# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc

Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ADK Soho Fund

Name of Transferee

Name and Address where notices to transferee should be sent:
155 Wooster Street
New York, NY 20012
United States

e-mail: micah@adkcapital.com

Tel : +1 323 230 4536

Yorvik Partners LLP

Name of Transferor

Court Claim # (if known): 59233

Amount of Claim: 60.34482759% (3500 of 5800 units filed under ISIN ANN5214A6810) (Nominal USD 350,000 of USD 580,000) which is 0.05607753527% (USD 350,000 of USD 624,135,847.52) filed under claim number 59233.

Date Claim Filed: 10/30/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________ Date: ______________
Transferor/Transferor's Agent

By: ______________________ Date: ______________
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Redacted

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Yorvik Partners LLP** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **ADK Soho Fund LP** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the 16 April 2013 (the "Effective Date"), (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **59233** filed by **Seller** (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or [redacted] reorganization or liquidation [redacted] tion, "claims" as defined in [redacted] or lawsuits of any nature w[redacted] tion with the Purchased Cl[redacted] lment and/or supporting d[redacted] nd interest in, to and unde[redacted] e rights and obligations u[redacted] he Purchased Claim, (c) an[redacted], and (e), the "Transferred [redacted] elating to the Purchased Cl[redacted]

2. [redacted] was duly and timely filed o[redacted] h the Court's order setting [redacted] the Proof of Claim relates [redacted] s Securities" available on [redacted] rketable title to the Transfe[redacted] participations, or encumbran[redacted] mpowered to execute and p[redacted] oof of Claim includes the P[redacted] acts, conduct or omissions, [redacted] receiving in respect of the [redacted] eatment than other unsecur[redacted] chaser as the holder of the [redacted] t Chapter 11 Plan of Lehm[redacted] wed Amount of Claim Tra[redacted] le 1, and (i) other than wi[redacted] as defined in the Debtors' [redacted] its Affiliated Debtors, date[redacted] tion with the initial Distrib[redacted] as a Class 5 Distribution u[redacted] on under the Plan, no pay[redacted] on of, or in connection w[redacted] submitted or otherwise to d[redacted] m approved by the Superv[redacted] pursuant to Title I, Chapt[redacted]

3. [redacted] haser on the books and rec[redacted] any notice

Redacted

or right to rec
Bankruptcy C ... Procedure, the
Purchaser for ... ion of Seller by
to the Transfe ... ses with respect
Bankruptcy P ... Federal Rule of
and understan ... r acknowledges
transferring t ... notice to Seller
Transferred C ... holder of the
Transferred Cl ... respect of the

4.
and performa ... cution, delivery
Purchaser sha ... scribed herein.
hereby agrees ... Seller. . Seller
employees, ag ... cers, directors,
expenses and ... damages, costs,
Seller's breach ... ich result from

5.
distributions o ... any payments,
forward to Pur ... er agrees to (a)
a timely mann ... erred Claims in
separately, the ... annot be voted
separately, and ... at can be voted
may from time ... gs as Purchaser
such account, ... sed Security to
Seller. This A ... e in writing to
any other auto ... confirmation,
transfer metho ... am (or similar

6.
delivered, all s ... executed and
such other and ... to be taken all
carry out the te ... purposes, and
to ensure the ti ... n, cooperating

7.
determined in ... interpreted and
that would req ... law provision
jurisdiction of ... submit to the
to service of pr ... ereto consents

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of April 2013.

**Yorvik Partners LLP**

By: [signature]
Name: Simon Mallory
Title: Founding Partner
11 Ironmonger Lane
London EC2V 8EY

**ADK Soho Fund LP**

By: [signature]
Name:
Title: Nathaniel Klipper
Managing Partner

Schedule 1

Transferred Claims

Purchased Claim

60.34482759% (or 3,500 units) of the 5,800 units of ISIN ANN5214A6810, filed as part of the Claim number 59233.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) | Allowed Amount of Claim Transferred to Purchaser |
|---|---|---|---|---|---|---|---|---|
| Structured Security | ANN5214A6810 | Lehman Brothers Securities NV | Lehman Brothers Holdings Inc | 3,500 units at US$ 100 per unit | N/A | N/A | N/A | US$ 350,000.00 |