UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                    :   Chapter 11 Case No.
                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
                                         :   (Jointly Administered)
                    **Debtors.**         :
                                         :
---------------------------------------------------------------x   Ref. Docket No. 37641 & 37643

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          <u>/s/ Lauren Rodriguez</u>
                                          Lauren Rodriguez

Sworn to before me this
7th day of June, 2013
<u>/s/ Cassandra Murray</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

08-13555-mg    Doc 37824    Filed 06/07/13    Entered 06/07/13 16:35:38    Main Document
Pg 2 of 5

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

```
Transferor:     UBS AG
                BAHNHOFSTR. 45
                ATTN: HUGO KOLLER
                ZURICH 8001 SWITZERLAND



Additional:     UBS AG
                ATTN: HUGO KOLLER, OQ9C/O5GC
                P.O. BOX
                ZURICH 8098 SWITZERLAND




  •




Transferee:     ADK SOHO FUND
                155 WOOSTER STREET
                NEW YORK NY 10012 SWITZERLAND




Your transfer   of claim #   59233-75   is defective for the reason(s) checked below:
Other                                   TRANSFEROR NOT CURRENT OWNER OF ISIN XS0192355302






Docket Number 37641              Date 05/29/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 5, 2013.
```

# EXHIBIT B

```
TIME: 12:50:32                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 06/05/13                                         CREDITOR LISTING

Name                           Address
ADK SOHO FUND                  155 WOOSTER STREET NEW YORK NY 10012 SWITZERLAND
HBK MASTER FUND, L.P.          TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                  ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
UBS AG                         BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                         ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND


Total Number of Records Printed       5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC