SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
George A. Zimmerman
Max S. Polonsky
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Dr. H.C. Tschira Beteiligungs GmbH & Co. KG
and Klaus Tschira Stiftung gGmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
    In re                             :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al., :    Case No. 08-13555 (JMP)
                                              :
                                              :    (Jointly Administered)
    Debtors.                       :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

    I, Max S. Polonsky, an attorney, certify that on June 5, 2013, I caused the following document to be filed electronically with the Clerk of the Court using the CM/ECF System:

1. Response Of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbh To LBHI's Four Hundred Second Omnibus Objection To Claims (No Liabilitly Derivatives Claims) **(Docket No. 37755)**

I further certify that on June 5, 2013, I caused the document listed above to be served by email on the parties identified on the attached <u>Exhibit A</u> and to be served by overnight courier on the parties identified on the attached <u>Exhibit B</u>.

Dated: New York, New York
June 7, 2013

      SKADDEN, ARPS, SLATE, MEAGHER
       & FLOM LLP

By: */s/ Max S. Polonsky*
    Max S. Polonsky
    George A. Zimmerman
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH

# **EXHIBIT A**

Weil, Gotshal & Manges LLP
Robert J. Lemons, Esq.        robert.lemons@weil.com
Lee J. Goldberg, Esq.         lee.goldberg@weil.com


Jones Day
Jayant W. Tambe, Esq.         jtambe@jonesday.com
Benjamin Rosenblum, Esq.      brosenblum@jonesday.com

## EXHIBIT B

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert J. Lemons, Esq.

Jones Day
222 East 41st Street
New York, New York  10017
Attn: Jayant W. Tambe, Esq.

Office of the United States Trustee
  for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:
Tracy Hope Davis, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lee J. Goldberg, Esq.)

Jones Day
222 East 41st Street
New York, New York  10017
Attn: Benjamin Rosenblum, Esq.

Chambers of the Honorable James M. Peck,
Courtroom 601
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004