# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc                                    Case No.    08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Yorvik Partners LLP | Julius Baer & Co. Ltd |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>11 Ironmonger Lane,<br>London<br>EC2V 8EY<br><br>e-mail: t.carmoody@yorvikpartners.com<br><br>Tel : + 44 207 796 5917 | Court Claim # (if known): 58786<br><br>Amount of Claim: USD 142,010.00 (or 33.33%) of ISIN XS0284611869 of the total filed under Claim number 58786<br><br>Date Claim Filed: 30 October 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: 10.6.13
Transferee/Transferee's Agent
TOM MULLALY
PARTNER

By: _[signature]_   Date: 6.6.13
Transferor/Transferor's Agent
P. ROOS
F. Burckhardt

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Redacted**

Seller shall pr utions or
proceeds rece shall transfer
as soon as pra following the
date hereof), ( ilar transfer
method), as P Purchased
Security has b as soon as
practicable aft on no later
than the third ( supplements
and does not s cable rules of
Euroclear or C sed Security.
Seller shall ac haser.

5.
(including, on and delivered
agreements, d er and further
on Seller's pa is (including,
Seller's predec ived by any
intent and pur ffectuate the
limitation, coo ding, without
that the sale ar In the event
a commerciall soever within
Transfer of Cl Evidence of
shall be cancel s Agreement

*Redacted*

6.
Seller or any S received by
after any recor before, on or
Purchaser may haser, (i) the
the Transferre in respect of
distributions, a in respect of
the Trade Date on and after
any other entit rs-in-title, or
Trade Date in and after the
this Agreemen on the date of

7.
effective imme all be made
extent that any n, and to the
payment of the unblocked.
Euroclear. For asis through
contemplated h hased Claim

8.
determined in erpreted and
would require rovision that
of the courts lo jurisdiction
process by cert to service of

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of March 2013.

3

SELLER
BANK JULIUS BAER & CO LTD

By: *P. Roos*
Name: P. Roos
Title: *[signature]*

By: *[signature]*
Name: *[illegible]*
Title: *[illegible]*

Address:
Bahnhofstrasse 36
8010 Zurich, Switzerland

BUYER
YORVIK PARTNERS LLP

By: *[signature]*
Name: Simon Mullaly
Title: Founding Partner

Address:
11 Ironmonger Lane
London EC2V 8EY
UK

4

**Schedule 1**

Transferred Claims

Purchased Claim

$100'000 of "Unspecified Amount"* (the outstanding amount of the Proof of Claim as of 30th October 2009, claim number 58786)

**Lehman Programs Securities to which Transfer Relates**

| Description of the Security | ISIN/CUSIP | Claim Number | Blocking Number | Issuer | Guarantor | Principal / Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|---|---|
| Structured Security | XS0284611869 | 58786 | 6040023 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc | USD$100,000.00 | N/A | N/A | N/A |

*Unspecified amount: due to complex issues relating to the structure of the Lehman Program Securities, the Creditor identified in the Proof of Claim could not determine the value of its claim against the Issuer of the Lehman Program Securities. For more information, please refer to the "Addendum" of the Proof of Claim.