SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Baupost Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Matthew A. Schwartz, hereby certify that, on June 7, 2013, I caused to be served a true and correct copy of **Objections of Baupost Group LLC to Debtors' Subpoena for Rule 2004 Examination** via e-mail and hand delivery upon:

> Richard W. Slack
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153-0119
>
> *Attorneys for Debtors*

Dated: New York, New York
       June 7, 2013

By:   /s/
      Matthew A. Schwartz