**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**JOINT STIPULATION ADJOURNING HEARING ON DEBTORS' OBJECTION TO**
**CMBS CLAIMS AND REQUEST FOR SUBORDINATION**
**PURSUANT TO SECTIONS 510(a)-(c) OF THE BANKRUPTCY CODE**

Lehman Brothers Holdings Inc. and its affiliated debtors, in the above referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "*Debtors*") along with certain affiliates of The Carlyle Group, Carlyle Mortgage Capital LLC, SASC 2007-BC4 A4 II LLC, SASC 2007-BNC1 LLC, SASC 2007-BC4 A4 LLC, and BNC 2007-4, LLC (the "*Carlyle Entities*"), Federal Home Loan Bank of Pittsburgh, and BRNP Holdings, L.L.C. (collectively, the "*Claimants*") hereby agree and stipulate that the hearing to consider the *Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code* [Docket No. 36882] (the "*Hearing*") shall be adjourned to a date to be agreed upon by the parties and approved by the Court. The Debtors and Claimants further stipulate that the deadline for any responses to the Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code shall be **July 11, 2013 at 12:00 p.m. (EST)** (the "*Reply Deadline*").

New York, New York
Dated:  June 5, 2013

/s/ Jonathan S. Henes
Jonathan S. Henes, P.C.
Joseph Serino, Jr., P.C.
Chad J. Husnick
Christopher T. Greco
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
*Attorneys for Lehman Brothers Holdings Inc.*

THE CARLYLE ENTITIES

By:  /s/ Paul Patterson
Paul Patterson
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8000
Facsimile: (215) 564-8120
*Attorneys for the Carlyle Entities*

FEDERAL HOME LOAN BANK OF
PITTSBURGH

By:  /s/ Thomas B. Hatch
Thomas B. Hatch
Robins, Kaplan, Miller & Ciresi LLP
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone: (612) 349-8206
*Attorneys for Federal Home Loan Bank of
Pittsburgh*

BRNP HOLDINGS, L.L.C.

By:  /s/ James Wright
James Wright
Ropes & Gray LLP
Prudential Tower
800 Boylston Street,
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
*Attorneys for BRNP Holdings, L.L.C.*

**SO ORDERED:**

Dated: New York, New York
June 10, 2013



/s/ James M. Peck

Honorable James M. Peck
United States Bankruptcy Judge