WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF**
**MERITS HEARING WITH RESPECT TO PROOF OF CLAIM NUMBER 45833**

**PLEASE TAKE NOTICE** that the hearing on the merits of the portion of proof of claim number 45833 listed on Exhibit A attached hereto, which was scheduled for June 13, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to June 27, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 10, 2013
      New York, New York

/s/ Alfredo R. Perez
Alfredo R. Perez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

2

## Exhibit A

## Claims Adjourned to June 27, 2013:

| Claimant Name | Claim Number | Relevant ISIN Number | Proposed Allowed Claim Amount For Relevant ISIN |
|---|---|---|---|
| ALAN MOZES (BENEFICIAL HOLDER) | 45833 | XS0315799709 | $3,700,842.08 |