WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**THREE HUNDRED NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Ninety-Eighth

Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for June 13,

2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims**

**listed on Exhibit A attached hereto, to June 27, 2013, at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be

further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated:  June 10, 2013
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

## Exhibit A

## Claims Adjourned to June 27, 2013 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 | 18483 | 36523 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 | 18484 | 36523 |