**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :
            Debtors.                        :   (Jointly Administered)
                                            :
------------------------------------------------------------------x   Ref. Docket No. 37788
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2013, I caused to be served the "Notice of Adjournment of the Four Hundred Twelfth Omnibus Objection to Claims (Duplicative Claims)," dated June 6, 2013 [Docket No. 37788], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed in the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Kerry O'Neil*
Sworn to before me this                                     Kerry O'Neil
7th day of June, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com

aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com

cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com

diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com

| | |
|---|---|
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com |
| etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| ezweig@optonline.net | jason.jurgens@cwt.com |
| fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| foont@foontlaw.com | jbeemer@entwistle-law.com |
| fritschj@sullcrom.com | jbeiers@co.sanmateo.ca.us |
| fsosnick@shearman.com | jbird@polsinelli.com |
| fyates@sonnenschein.com | jbromley@cgsh.com |
| gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| gbray@milbank.com | jchristian@tobinlaw.com |
| ggitomer@mkbattorneys.com | jchubak@proskauer.com |
| ggoodman@foley.com | jdoran@haslaw.com |
| giddens@hugheshubbard.com | jdrucker@coleschotz.com |
| gkaden@goulstonstorrs.com | jdwarner@warnerandscheuerman.com |
| glenn.siegel@dechert.com | jdyas@halperinlaw.net |
| gmoss@riemerlaw.com | jean-david.barnea@usdoj.gov |
| gravert@ravertpllc.com | jeanites@whiteandwilliams.com |
| gspilsbury@jsslaw.com | jeannette.boot@wilmerhale.com |
| harrisjm@michigan.gov | jeff.wittig@coair.com |
| harveystrickon@paulhastings.com | jeffery.black@bingham.com |
| hbeltzer@mayerbrown.com | jeffrey.sabin@bingham.com |
| heim.steve@dorsey.com | jeldredge@velaw.com |
| heiser@chapman.com | jemma.mcpherson@cliffordchance.com |
| hmagaliff@r3mlaw.com | jen.premisler@cliffordchance.com |
| hollace.cohen@troutmansanders.com | jennifer.demarco@cliffordchance.com |
| holsen@stroock.com | jennifer.gore@shell.com |
| howard.hawkins@cwt.com | jeremy.eiden@ag.state.mn.us |
| hseife@chadbourne.com | jfalgowski@reedsmith.com |
| hsnovikoff@wlrk.com | jflaxer@golenbock.com |
| hsteel@brownrudnick.com | jfreeberg@wfw.com |
| ian.roberts@bakerbotts.com | jg5786@att.com |
| icatto@mwe.com | jgenovese@gjb-law.com |
| igoldstein@proskauer.com | jguy@orrick.com |
| ilevee@lowenstein.com | jherzog@gklaw.com |
| ira.greene@hoganlovells.com | jhiggins@fdlaw.com |
| israel.dahan@cwt.com | jhorgan@phxa.com |
| iva.uroic@dechert.com | jhuggett@margolisedelstein.com |
| jacobsonn@sec.gov | jim@atkinslawfirm.com |
| james.heaney@lawdeb.com | jjoyce@dresslerpeters.com |
| james.mcclammy@dpw.com | jjtancredi@daypitney.com |

| | |
|---|---|
| jjureller@klestadt.com | jwallack@goulstonstorrs.com |
| jlamar@maynardcooper.com | jwcohen@daypitney.com |
| jlawlor@wmd-law.com | jweiss@gibsondunn.com |
| jlee@foley.com | jwest@velaw.com |
| jlevitin@cahill.com | jwh@njlawfirm.com |
| jlipson@crockerkuno.com | kanema@formanlaw.com |
| jlscott@reedsmith.com | karen.wagner@dpw.com |
| jmaddock@mcguirewoods.com | karl.geercken@alston.com |
| jmakower@tnsj-law.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | ken.coleman@allenovery.com |
| jmmurphy@stradley.com | ken.higman@hp.com |
| jmr@msf-law.com | kerry.moynihan@hro.com |
| jnadritch@olshanlaw.com | kgwynne@reedsmith.com |
| jnm@mccallaraymer.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kit.weitnauer@alston.com |
| john.rapisardi@cwt.com | kkelly@ebglaw.com |
| jonathan.henes@kirkland.com | kkolbig@mosessinger.com |
| jorbach@hahnhessen.com | klyman@irell.com |
| joseph.cordaro@usdoj.gov | klynch@formanlaw.com |
| joseph.serino@kirkland.com; | kmayer@mccarter.com |
| joshua.dorchak@bingham.com | kobak@hugheshubbard.com |
| jowen769@yahoo.com | korr@orrick.com |
| jowolf@law.nyc.gov | kovskyd@pepperlaw.com |
| joy.mathias@dubaiic.com | kpiper@steptoe.com |
| jpintarelli@mofo.com | kressk@pepperlaw.com |
| jporter@entwistle-law.com | kreynolds@mklawnyc.com |
| jprol@lowenstein.com | krosen@lowenstein.com |
| jrabinowitz@rltlawfirm.com | kuehn@bragarwexler.com |
| jrsmith@hunton.com | kurt.mayr@bgllp.com |
| jschiller@bsfllp.com | lacyr@sullcrom.com |
| jschwartz@hahnhessen.com | landon@streusandlandon.com |
| jsheerin@mcguirewoods.com | lapeterson@foley.com |
| jsherman@bsfllp.com | lathompson@co.sanmateo.ca.us |
| jshickich@riddellwilliams.com | lawrence.gelber@srz.com |
| jsmairo@pbnlaw.com | lberkoff@moritthock.com |
| jstoll@mayerbrown.com | lee.stremba@troutmansanders.com |
| jsullivan@mosessinger.com | lgotko@fklaw.com |
| jtimko@shutts.com | lgranfield@cgsh.com |
| jtorf@schiffhardin.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | linda.boyle@twtelecom.com |
| jvail@ssrl.com | lisa.ewart@wilmerhale.com |

lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com

melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com

| | |
|---|---|
| mwarner@coleschotz.com | relgidely@gjb-law.com |
| mwarren@mtb.com | rflanagan@flanassoc.com |
| nathan.spatz@pillsburylaw.com | rfrankel@orrick.com |
| nbojar@fklaw.com | rfriedman@silvermanacampora.com |
| ncoco@mwe.com | rgmason@wlrk.com |
| neal.mann@oag.state.ny.us | rgoodman@moundcotton.com |
| ned.schodek@shearman.com | rgraham@whitecase.com |
| neilberger@teamtogut.com | rhett.campbell@tklaw.com |
| newyork@sec.gov | richard.fingard@newedge.com |
| nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.levy@lw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | richard@rwmaplc.com |
| oipress@travelers.com | rick.murphy@sutherland.com |
| otccorpactions@finra.org | rjones@boultcummings.com |
| paronzon@milbank.com | rleek@hodgsonruss.com |
| patrick.oh@freshfields.com | rlevin@cravath.com |
| paul.turner@sutherland.com | rmatzat@hahnhessen.com |
| pbattista@gjb-law.com | rnetzer@willkie.com |
| pbosswick@ssbb.com | robert.bailey@bnymellon.com |
| pdublin@akingump.com | robert.dombroff@bingham.com |
| peisenberg@lockelord.com | robert.henoch@kobrekim.com |
| peter.blasone@klgates.com | robert.malone@dbr.com |
| peter.gilhuly@lw.com | robert.yalen@usdoj.gov |
| peter.macdonald@wilmerhale.com | robin.keller@lovells.com |
| peter.simmons@friedfrank.com | roger@rnagioff.com |
| peter@bankrupt.com | ronald.silverman@bingham.com |
| pfeldman@oshr.com | ross.martin@ropesgray.com |
| phayden@mcguirewoods.com | rrainer@wmd-law.com |
| philip.wells@ropesgray.com | rreid@sheppardmullin.com |
| pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| ppatterson@stradley.com | rterenzi@stcwlaw.com |
| psp@njlawfirm.com | russj4478@aol.com |
| ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| ptrostle@jenner.com | rwyron@orrick.com |
| r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| raj.madan@bingham.com | sabin.willett@bingham.com |
| ramona.neal@hp.com | sabramowitz@velaw.com |
| rbeacher@pryorcashman.com | sabvanrooy@hotmail.com |
| rbernard@foley.com | sally.henry@skadden.com |
| rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| rdaversa@orrick.com | sandyscafaria@eaton.com |

scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com

steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com

wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

**Master Service List:**

**OFFICE OF THE US TRUSTEE**
ATTN: TRACY HOPE DAVIS, ESQ.; SUSAN GOLDEN; ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**FEDERAL RESERVE BANK OF PHILADELPHIA**
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574


**Additional Service List:**

**GOLDEN MOON CAPITAL CORPORATION**
CITCO BUILDING, WICKHAMS CAY
P.O. BOX 662
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

**KLESTADT & WINTERS, LLP**
JOHN E. JURELLER, JR.
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK NY 10018-1624

**KLESTADT & WINTERS LLP**
570 FASHION AVE FL 17
NEW YORK NY 10018-1624