UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                               :      Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :      08-13555 (JMP)
                                                                    :
            Debtors.                                           :      (Jointly Administered)
                                                                    :
------------------------------------------------------------------x      Ref. Docket No. 37789

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                          ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2013, I caused to be served the "Notice of Hearing on the Three Hundred Forty-Third Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated June 6, 2013 [Docket No. 37789], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed in the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                */s/ Pete Caris*
Sworn to before me this                                             Pete Caris
7th day of June, 2013
*/s/ Panagiota Manatakis*
_____
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
ccullors@hunton.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com

dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com

jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com;
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| karl.geercken@alston.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.hellerer@pillsburylaw.com |
| kiplok@hugheshubbard.com | mark.sherrill@sutherland.com |
| kit.weitnauer@alston.com | marvin.clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@proskauer.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcantor@normandyhill.com |
| kuehn@bragarwexler.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mcyganowski@oshr.com |
| landon@streusandlandon.com | mdorval@stradley.com |
| lapeterson@foley.com | melorod@gtlaw.com |
| lathompson@co.sanmateo.ca.us | meltzere@pepperlaw.com |
| lberkoff@moritthock.com | metkin@lowenstein.com |
| lee.stremba@troutmansanders.com | mfeldman@willkie.com |
| lgotko@fklaw.com | mgordon@briggs.com |
| lgranfield@cgsh.com | mgreger@allenmatkins.com |
| lhandelsman@stroock.com | mh1@mccallaraymer.com |
| linda.boyle@twtelecom.com | mhopkins@cov.com |
| lisa.ewart@wilmerhale.com | michael.frege@cms-hs.com |
| lisa.kraidin@allenovery.com | michael.kelly@monarchlp.com |
| lisa.solomon@att.net | michael.kim@kobrekim.com |
| ljkotler@duanemorris.com | michael.mccrory@btlaw.com |
| lkatz@ltblaw.com | millee12@nationwide.com |
| lkiss@klestadt.com | miller@taftlaw.com |
| lmarinuzzi@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| lmay@coleschotz.com | mitchell.ayer@tklaw.com |
| lmcgowen@orrick.com | mjedelman@vedderprice.com |
| lml@ppgms.com | mjr1@westchestergov.com |
| lnashelsky@mofo.com | mkjaer@winston.com |
| loizides@loizides.com | mlahaie@akingump.com |
| lscarcella@farrellfritz.com | mlandman@lcbf.com |
| lschweitzer@cgsh.com | mlichtenstein@crowell.com |
| lubell@hugheshubbard.com | mlynch2@travelers.com |
| lwhidden@salans.com | mmooney@deilylawfirm.com |
| mabrams@willkie.com | mmorreale@us.mufg.jp |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| mneier@ibolaw.com | psp@njlawfirm.com |
| monica.lawless@brookfieldproperties.com | ptrain-gutierrez@kaplanlandau.com |
| mpage@kelleydrye.com | ptrostle@jenner.com |
| mparry@mosessinger.com | r.stahl@stahlzelloe.com |
| mpomerantz@julienandschlesinger.com | raj.madan@bingham.com |
| mprimoff@kayescholer.com | ramona.neal@hp.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbernard@foley.com |
| mruetzel@whitecase.com | rbyman@jenner.com |
| mschimel@sju.edu | rdaversa@orrick.com |
| michaels@jstriallaw.com | relgidely@gjb-law.com |
| msegarra@mayerbrown.com | rflanagan@flanassoc.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.fingard@newedge.com |
| mwarren@mtb.com | richard.lear@hklaw.com |
| nathan.spatz@pillsburylaw.com | richard.levy@lw.com |
| nbojar@fklaw.com | richard.tisdale@friedfrank.com |
| ncoco@mwe.com | richard@rwmaplc.com |
| neal.mann@oag.state.ny.us | rick.murphy@sutherland.com |
| ned.schodek@shearman.com | rjones@boultcummings.com |
| neilberger@teamtogut.com | rleek@hodgsonruss.com |
| newyork@sec.gov | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nickolas.karavolas@pillsburylaw.com | rnetzer@willkie.com |
| nissay_10259-0154@mhmjapan.com | robert.bailey@bnymellon.com |
| nlepore@schnader.com | robert.dombroff@bingham.com |
| notice@bkcylaw.com | robert.henoch@kobrekim.com |
| oipress@travelers.com | robert.malone@dbr.com |
| otccorpactions@finra.org | robert.yalen@usdoj.gov |
| paronzon@milbank.com | robin.keller@lovells.com |
| patrick.oh@freshfields.com | roger@rnagioff.com |
| paul.turner@sutherland.com | ronald.silverman@bingham.com |
| pbattista@gjb-law.com | ross.martin@ropesgray.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rreid@sheppardmullin.com |
| peisenberg@lockelord.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | rwasserman@cftc.gov |
| pfeldman@oshr.com | rwyron@orrick.com |
| phayden@mcguirewoods.com | s.minehan@aozorabank.co.jp |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sabvanrooy@hotmail.com |
| ppatterson@stradley.com | sally.henry@skadden.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| samuel.cavior@pillsburylaw.com | steven@blbglaw.com |
| sandyscafaria@eaton.com | streusand@streusandlandon.com |
| sara.tapinekis@cliffordchance.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | sweyl@haslaw.com |
| schannej@pepperlaw.com | swolowitz@mayerbrown.com |
| schepis@pursuitpartners.com | szuch@wiggin.com |
| schnabel.eric@dorsey.com | tannweiler@greerherz.com |
| schristianson@buchalter.com | tarbit@cftc.gov |
| schwartzmatthew@sullcrom.com | tbrock@ssbb.com |
| scott.golden@hoganlovells.com | tdewey@dpklaw.com |
| scottshelley@quinnemanuel.com | tduffy@andersonkill.com |
| scousins@armstrongteasdale.com | tgoren@mofo.com |
| sdnyecf@dor.mo.gov | thaler@thalergertler.com |
| seba.kurian@invesco.com | thomas.califano@dlapiper.com |
| sehlers@armstrongteasdale.com | tim.desieno@bingham.com |
| seichel@crowell.com | timothy.brink@dlapiper.com |
| sfelderstein@ffwplaw.com | timothy.palmer@bipc.com |
| sfineman@lchb.com | tjfreedman@pbnlaw.com |
| sfox@mcguirewoods.com | tkiriakos@mayerbrown.com |
| sgordon@cahill.com | tlauria@whitecase.com |
| sgubner@ebg-law.com | tmacwright@whitecase.com |
| shannon.nagle@friedfrank.com | tmarrion@haslaw.com |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tom.schorling@whitecase.com |
| sidorsky@butzel.com | tomwelsh@orrick.com |
| sleo@bm.net | tslome@msek.com |
| slerman@ebglaw.com | ttracy@crockerkuno.com |
| slerner@ssd.com | tunrad@burnslev.com |
| slevine@brownrudnick.com | twheeler@lowenstein.com |
| sloden@diamondmccarthy.com | villa@streusandlandon.com |
| smayerson@ssd.com | vmilione@nixonpeabody.com |
| smillman@stroock.com | vrubinstein@loeb.com |
| smulligan@bsblawyers.com | walter.stuart@freshfields.com |
| snewman@katskykorins.com | wanda.goodloe@cbre.com |
| sory@fdlaw.com | wballaine@lcbf.com |
| spiotto@chapman.com | wbenzija@halperinlaw.net |
| splatzer@platzerlaw.com | wchen@tnsj-law.com |
| squsba@stblaw.com | wcurchack@loeb.com |
| sree@lcbf.com | wdase@fzwz.com |
| sschultz@akingump.com | wfoster@milbank.com |
| sselbst@herrick.com | will.sugden@alston.com |
| sshimshak@paulweiss.com | wiltenburg@hugheshubbard.com |
| sskelly@teamtogut.com | wisotska@pepperlaw.com |
| sstarr@starrandstarr.com | wk@pwlawyers.com |
| steele@lowenstein.com | wmaher@wmd-law.com |
| stephen.cowan@dlapiper.com | wmarcari@ebglaw.com |
| steve.ginther@dor.mo.gov | wmckenna@foley.com |
| steven.troyer@commerzbank.com | wrightth@sullcrom.com |
| steven.usdin@flastergreenberg.com | wsilverm@oshr.com |
| steven.wilamowsky@bingham.com | wswearingen@llf-law.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
OVERNIGHT SERVICE LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

| Claim Name | Address Information |
|---|---|
| LBOREP III CAN, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LBOREP III CAN, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBOREP III CAN, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LBOREP III PARTNERS | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LBOREP III PARTNERS | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBOREP III PARTNERS | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LBREP III PP (CAN) GP LLC | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LBREP III PP (CAN) GP LLC | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBREP III PP (CAN) GP LLC | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LBREP III PP CAN, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LBREP III PP CAN, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LBREP III PP CAN, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTN | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTN | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO |

| Claim Name | Address Information |
|---|---|
| CAPITAL PARTN | IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NOR | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NOR | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NOR | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III- | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III- | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III- | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III- | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III- | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III- | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMIN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III, | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III, | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III, | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE FUND III, LP | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE FUND III, LP | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE FUND III, LP | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE III, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMIN BROTHERS REAL ESTATE III, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE III, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTN | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTN | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTN | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS (NYC) III LP | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS (NYC) III LP | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS (NYC) III LP | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III NYC, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III NYC, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III NYC, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III TRS, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| III TRS, L.P. | 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III TRS, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| OFFSHORE FUNDS III NONUS SPV,, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| OFFSHORE FUNDS III NONUS SPV,, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| OFFSHORE FUNDS III NONUS SPV,, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| OFFSHORE FUNDS III US SPV, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| OFFSHORE FUNDS III US SPV, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| OFFSHORE FUNDS III US SPV, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| PP III NON-US SPV, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| PP III NON-US SPV, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| PP III NON-US SPV, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| PP III US SPV, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| PP III US SPV, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| PP III US SPV, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| REPE CANADA LP | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| REPE CANADA LP | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| REPE CANADA LP | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  105**