WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                         :
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                    Debtors.             :    (Jointly Administered)
                                         :
                                         :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE
ONE HUNDRED NINETY-FIRST OMNIBUS OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Ninety-First

Omnibus Objection to Claims (Valued Derivative Claims), that was scheduled for October 27,

2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain

Valued Derivative Claims to June 13, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been**

2

**further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to a date to be determined**.

Dated: June 10, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 | 29721 |
| Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 | 29748 |