WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                 :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :    **08-13555 (JMP)**
:
Debtors.                                 :    **(Jointly Administered)**
:
:
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF THREE HUNDRED NINETY-FOURTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled originally for March 28, 2013 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to June 27, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to August 29, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  June 10, 2013
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44273743\2\58399.0011

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Golden State Tobacco Securitization Corporation | 67684 |
| Golden State Tobacco Securitization Corporation | 67685 |
| Golden State Tobacco Securitization Corporation | 67686 |
| Golden State Tobacco Securitization Corporation | 67687 |

US_ACTIVE:\44273743\2\58399.0011