# Exhibit 2

SAP GY €      s ↑ 58.39    +.37          Y58.45 /58.49 Y    1888 x 600
.⊪... At 11:35 d    Vol 2,599,278    O 58.00 Y    H 58.85 Y    L 57.85 Y    Val 151.992M

SAP GY Equity          95) Save As      96) Actions ▾        97) Edit  ▾      98) Chart                        Line Chart
09/15/2008 - 09/15/2008 Last Price  ▾ Line  ▾              11) Compare    Mov. Avgs                Volume        ▾ EUR  ▾
1D   3D   1M   6M   YTD   1Y   5Y   Max   Daily ▼                                «    ⩘  Security/Study    ⤬ Event    ⚙

| | Date | Last Price | Volume | SMAVG (15) |
|---|---|---|---|---|
| M | 09/15/2008 | 38.15 | 17.039M | 7.982M |
| F | 09/12/2008 | 37.29 | 8.102M | 7.064M |
| T | 09/11/2008 | 36.97 | 8.227M | |
| W | 09/10/2008 | 37.23 | 7.036M | |
| T | 09/09/2008 | 37.435 | 7.731M | |
| M | 09/08/2008 | 37.90 | 9.130M | |
| F | 09/05/2008 | 37.60 | 12.592M | |
| T | 09/04/2008 | 38.18 | 9.692M | |
| W | 09/03/2008 | 38.63 | 7.420M | |
| T | 09/02/2008 | 38.58 | 6.833M | |
| M | 09/01/2008 | 38.235 | 3.895M | |
| F | 08/29/2008 | 38.20 | 5.456M | |
| T | 08/28/2008 | 38.28 | 8.100M | |
| W | 08/27/2008 | 37.945 | 4.086M | |
| T | 08/26/2008 | 38.08 | 4.396M | |
| M | 08/25/2008 | 37.80 | 3.262M | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2013 Bloomberg Finance L.P.
SN 349320 H453-5345-0 10-Jun-13 13:48:30 EDT   GMT-4:00