B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

The Royal Bank of Scotland plc          Pyxis Finance Limited
Name of Transferee                       Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 27861
should be sent:                                    Amount of Claim Transferred: $164,484.00
                                                   Date Claim Filed:  September 22, 2009
The Royal Bank of Scotland plc                     Debtor: Lehman Brothers Holdings Inc.
600 Washington Boulevard
Stamford, CT 06901
Contact: Matthew Rosencrans
Phone: 203-897-2644
Email: matthew.rosencrans@rbs.com


Phone: 203-897-2644
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**THE ROYAL BANK OF SCOTLAND PLC, as Transferee**

By: RBS Securities Inc., its agent

By: _____          Date: _5/27/13_____
Name:
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:**    Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Pyxis Finance Limited ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to The Royal Bank of Scotland plc (the "Assignee") pursuant to a Transfer of Claim Agreement dated May 27, 2013 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated October 10, 2002 between the Debtor and the Assignor relating to the ISDA Master Agreement dated October 9, 2002 and related documents (the "ISDA") between the Assignor and the Debtor including, without limitation, all of its interest in claims represented by Proof of Claim number 27861.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED
THIS *27*ᵗʰ day of ___*May*___, 2013

**ASSIGNOR:**                                    **ASSIGNEE:**

EXECUTED on behalf of PYXIS FINANCE        THE ROYAL BANK OF SCOTLAND PLC
LIMITED                                     By: RBS Securities Inc., its agent

By: MARIE CLAIRE ROWBOTHAM · By: _____

Signature: _____             Name:

as appointed Receiver, acting as agent of Pyxis   Title:
Finance Limited without personal liability.

786682v.1 2620/00483