B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Elliott Management Corporation
40 West 57th Street
New York, N.Y. 10019
Attn: Michael Stephan
Email mstephan@elliottmgmt.com
Phone: (212) 478-2310
Fax:   (212) 478-2311
Last Four Digits of Acct #: _____

Court Claim # (if known): See schedule to attached Evidence of Transfer
Amount of Claim: See schedule to attached Evidence of Transfer
Date Claim Filed:     3/28/2011
Phone: _____

Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____        Date:     June 11, 2013
    Transferee/Transferee's Agent
  Elliot Greenberg, Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman Sachs Lending Partners LLC** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **Elliott Associates, L.P.** (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against **Lehman Brothers Holdings Inc.** (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11, Case No. 08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amounts and with respect to the claims listed in Schedule 1 attached hereto (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th day of June 2013.

Goldman Sachs Lending Partners LLC

By: _____
Name:   Barbara Fabbri
Title:   Authorized Signatory

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
Elliot Greenberg, Vice President

Elliott Associates, L.P.

By: _____
Name:
Title:

## SCHEDULE 1

### Transferred Claims

| | Proof of Claim Number | Debtor | Transferor | Transferee | Amount of Relevant Claim Portion | Percentage of Claim Transferred | Amount of Claim Transferred |
|---|---|---|---|---|---|---|---|
| 1 | 67407 | Lehman Brothers Holdings Inc. | Goldman Sachs Lending Partners LLC | Elliott Associates, L.P. | $289,151.00 | 34.7826% | $100,574.24 |
| 2 | 67408 | Lehman Brothers Holdings Inc. | Goldman Sachs Lending Partners LLC | Elliott Associates, L.P. | $17,405,455.00 | 34.7826% | $6,054,069.79 |
| 3 | 67409 | Lehman Brothers Holdings Inc. | Goldman Sachs Lending Partners LLC | Elliott Associates, L.P. | $52,920.00 | 34.7826% | $18,406.95 |
| 4 | 67410 | Lehman Brothers Holdings Inc. | Goldman Sachs Lending Partners LLC | Elliott Associates, L.P. | $101,624.00 | 34.7826% | $35,347.47 |
| 5 | 67411 | Lehman Brothers Holdings Inc. | Goldman Sachs Lending Partners LLC | Elliott Associates, L.P. | $114,792.00 | 34.7826% | $39,927.64 |
| 6 | 67412 | Lehman Brothers Holdings Inc. | Goldman Sachs Lending Partners LLC | Elliott Associates, L.P. | $2,027,909.00 | 34.7826% | $705,359.48 |
| 7 | 67413 | Lehman Brothers Holdings Inc. | Goldman Sachs Lending Partners LLC | Elliott Associates, L.P. | $306,140.00 | 34.7826% | $106,483.45 |