UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    Case No. 08-13555 (JMP)
                                                    :
                          Debtors.                  :    (Jointly Administered)
                                                    :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Locke R. McMurray, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Lehman Brothers Holdings Inc., a Debtor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of New York, the bar of the United States District Court for the District of Massachusetts, and the bar of the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 12, 2013
New York, New York

_____
Locke R. McMurray
JONES DAY
222 East 41st Street
New York, New York 10017
lmcmurray@jonesday.com
(212) 326-3774

NYI-4525609v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,* : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

# [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Locke R. McMurray, dated June 12, 2013, to be admitted, ***pro hac vice***, to represent Lehman Brothers Holdings Inc., (the "Client") a Debtor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, the bar of the United States District Court for the District of Massachusetts, and the bar of the United States Supreme Court, it is hereby

**ORDERED**, that Locke R. McMurray, is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June __, 2013
New York, New York

_____
Hon. James M. Peck
United States Bankruptcy Judge

NYI-4525617v1