B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
### Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | GOLDMAN, SACHS & CO. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg
Email: teri.salberg@carval.com
Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Court Claim # (if known): 15649
Total Amount of Claim: $609,695,486.40
Amount of Claim Transferred:
$249,867,777.50
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/___    by Carval Investors, LLC
                 its attorney-in-fact
Date:    June 10 2013
         Transferee/Transferee's Agent
         Tiffany Parr
         Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.