UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                Case No. 08-13555 (JMP)

                            Debtors.
------------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF LOCKE R. MCMURRAY

UPON the motion of Locke R. McMurray dated June 12, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Locke R. McMurray is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June 12, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge