WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON JUNE 13, 2013 AT 10:00 A.M.**

Location of Hearing:     United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.    Objection to Claim No. 62723 of Banesco Holdings CA **[ECF No. 37327]**

Response Deadline:    June 10, 2013 at 10:00 a.m.

Related Document:

A.    Declaration of Christina Pederson in Support of Objection to Claim No. 62723 of Banesco Holdings CA **[ECF No. 37328]**

Status:  This matter is going forward on an uncontested basis *solely* with respect to the portion of the Banesco Claim that is based on the LBT Security (each as defined in the objection).

II.    **CONTESTED MATTERS:**

2.    Four Hundred Second Omnibus Objection to Claims 32395 and 22671 (No Liability Derivatives Claims) **[ECF No. 36006]**

Response Deadline:    June 5, 2013 at 11:59 p.m.

Response Received:

A.    Response of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH To LBHI's Four Hundred Second Omnibus Objection To Claims (No Liability Derivatives Claims), **[ECF No. 37755]**

Related Documents:

B.    Supplemental Four Hundred Second Omnibus Objection to Claims 32395 and 22671 (No Liability Derivatives Claims) **[ECF No. 36569]**

C.    Notice of Adjournment of the Four Hundred Second Omnibus Objection to Claims 32395 and 22671 (No Liability Derivatives Claims) **[ECF No. 36627]**

D.    Reply in Further Support of Four Hundred Second Omnibus Objection to Claims 32395 and 22671 (No Liability Derivatives Claims) **[ECF No. 37860]**

E.    Declaration of Matthew Chow in Support of Four Hundred Second Omnibus Objection to Claims 32395 and 22671 (No Liability Derivatives Claims **[ECF No. 37861]**

Status:  This matter is going forward on a contested basis.

3.    Turnberry Centra Sub, LLC, *et al.* v. Lehman Brothers Holdings Inc., *et al.* **[Adversary Case No. 09-01062]**

**MOTION TO DISMISS**

Related Documents:

A.    Lehman Brothers Holdings Inc.'s and Lehman Brothers Bank, FSB's Motion to Dismiss Plaintiffs' Second Amended Complaint **[ECF No. 93]**

B.    Stipulation Adjourning Hearing Date and Setting Briefing Schedule re Defendants' Motion to Dismiss Second Amended Complaint **[ECF No. 95]**

2

      C.      Opposition Brief of Jacquelyn Soffer, *et al.* in response to Defendants' Motion to Dismiss Second Amended Complaint **[ECF No. 96]**

      D.      Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Second Amended Complaint **[ECF No. 97]**

Status:  This matter is going forward on a contested basis.

4.      Motion by Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. For an Order (i) Determining that the LCPI Settlement was Entered Into in Good Faith Pursuant to California Code of Civil Procedure §§ 877 and 877.6, and, Based on Such Good Faith Finding and for Other Reasons, (ii) Disallowing and Expunging Proofs of Claim Number 28845 and 28846 **[ECF No. 36163]**

Response Deadline:    April 25, 2013 at 4:00 p.m.

Related Documents:

      A.      LBREP Lakeside SC Master I, LLC's (A) Response to the Motion by Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. for an Order (I) Determining that the LCPI Settlement was Entered Into in Good Faith Pursuant to California Code of Civil Procedure Sections 877 and 877.6, and, Based on Such Good Faith Finding and for Other Reasons, (II) Disallowing and Expunging Proofs of Claim Number 28845 and 28846, and (B) Cross-Motion to Transfer for Improper Forum **[ECF No. 36870]**

      B.      Lehman Brothers Holdings Inc.'s and Lehman Commercial Paper Inc.'s (I) Reply to the Response of LBREP Lakeside SC Master I, LLC to Lehman's Motion (A) Seeking a Good Faith Determination for the LCPI Settlement, and Based on that Good Faith Finding and for Other Reasons (B) Objecting to the Proofs of Claim Filed by LBREP Lakeside, and (II) Objection to LBREP Lakeside's Cross-Motion to Transfer Venue **[ECF No. 37790]**

      C.      LBREP Lakeside SC Master I, LLC's Reply in Support of its Cross-Motion to Transfer for Improper Forum **[ECF 37856]**

Status:  This matter is going forward on a contested basis.

## III.    ADJOURNED MATTERS:

5.      Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

3

Adjourned Response:

    A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

    B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

    C.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

    D.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' Ninety-Seventh Omnibus Objection to Claims* filed on June 6, 2013 [ECF No. 37784] has been adjourned to June 27, 2013 at 10:00 a.m.

6.    Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

    B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims* filed on June 6, 2013 [ECF No. 37785] has been adjourned to June 27, 2013 at 10:00 a.m.

7.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

US_ACTIVE:\44272274\3\58399.0011

Status:  The hearing for Claim Nos. 12589 and 12590 has been adjourned to July 25, 2013.

8.    Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19888]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 **[ECF No. 20997]**

    B.    Response of Buckeye Tobacco Settlement Financing Authority **[ECF No. 20729]**

    C.    Response of Commonwealth of Virginia Tobacco Settlement Financing Corporation **[ECF No. 30541]**

    D.    Response of Washington State Tobacco Settlement Authority **[ECF No. 20995]**

Status:  The Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 has been adjourned *sine die* to a date to be determined.

9.    Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 29323]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

Response Received:

    A.    Response of Spanish Broadcasting System, Inc. to Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 30907]**

Related Documents:

    B.    Reply to Response of Spanish Broadcasting and in Further Support of the Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 34175]**

    C.    Declaration of Joseph Otchin **[ECF No. 34339]**

5

    D.    Declaration of Joseph A. Garcia in Support of Amended Proof of Claim of Spanish Broadcasting System, Inc. and In Response to Lehman's Reply **[ECF No. 34344]**

    E.    Letter from Madlyn Primoff on behalf of Spanish Broadcasting System, Inc. **[ECF No. 34443]**

    F.    Supplemental Brief of Spanish Broadcasting System, Inc. in Response to Reply of Lehman Brothers Holdings Inc. **[ECF No. 34549]**

    G.    Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Objection to Proof of Claim No. 67707 **[ECF No. 35857]**

Status:  This matter has been adjourned to a date to be determined.

10.    Three Hundred Sixtieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 31316]**

Response Deadline:    November 13, 2012 at 4:00 p.m.

Adjourned Response:

    A.    Response of ING AM Interfinance Services B.V. **[ECF No. 32034]**

Status: This matter has been adjourned to July 25, 2013 at 10:00 a.m.

11.    Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34044]**

Response Deadline:    February 19, 2013 at 4:00 p.m.

Adjourned Response:

    A.    Response of Preferred Residential Securities 06-1 PLC (Claim Nos. 34224 and 34225)

Status:  This matter has been adjourned to June 27, 2013 at 10:00 a.m.

12.    Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34728]**

Response Deadline:    March 14, 2013 at 4:00 p.m.

US_ACTIVE:\44272274\3\58399.0011

Adjourned Response:

     A.    Response of Deustsche Bank National Trust Company **[ECF No. 36523]**

Status:  This matter has been adjourned to June 27, 2013 at 10:00 a.m.

13.    Three Hundred Ninety-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 34732]**

Response Deadline:    March 18, 2013 at 4:00 p.m.

Adjourned Response:

     A.    Response of Deustsche Bank National Trust Company **[ECF No. 36523]**

Status:  The hearing for Claim Nos. 18483 and 18484 has been adjourned to June 27, 2013 at 10:00 a.m.

14.    Four Hundred Twelfth Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 37166]**

Response Deadline:    June 17, 2013 at 4:00 p.m.

Status:  The hearing on the objection has been adjourned to June 27, 2013 at 10:00 a.m.

15.    Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

     A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents:  None.

Status:  This matter has been adjourned to June 27, 2013 at 10:00 a.m.

16.    Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 34303]**

Response Deadline:    June 13, 2013 at 4:00 p.m.

US_ACTIVE:\44272274\3\58399.0011

Responses Received:

    A.    Creditor's Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 35026]**

    B.    Creditor's Amended Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 36165]**

Related Document:

    C.    Plan Administrator's Reply to Deborah Focht's Amended Response **[ECF No. 36737]**

Status:  This matter has been adjourned to June 27, 2013 at 10:00 a.m.

17.    Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code **[ECF No. 36882]**

Response Deadline:    June 11, 2013 at 12:00 p.m.

Related Document:

    A.    Joint So Ordered Stipulation and Order Signed on 6/10/2013 Adjourning Hearing on Debtors Objection to CMBS Claims and Request for Subordination **[ECF No. 37836]**

Status:  This matter has been adjourned to July 11, 2013 at 12:00 p.m.

18.    Merits Hearing With Respect to Proofs of Claim Number 57069 and 45833

Responses Received:

    A.    Response of Ying Hung Ng (Claim Number 57069)

    B.    Response of Alan Mozes, as Beneficial Holder (Claim Number 45833)

Related Documents:

    C.    Motion Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. **[ECF No. 16294]**

    D.    Order Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on

8

Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc**. [ECF No. 19120]**

E.      Notice of Scheduling of Merits Hearing With Respect to Proofs of Claim Number 57069 and 45833 **[ECF No. 36781]**

<u>Status</u>:  This matter has been adjourned to June 27, 2013 with respect to Claim Number 45833 and August 29, 2013 with respect to Claim Number 57069.

Dated:  June 12, 2013
New York, New York

<u>/s/ Robert J. Lemons</u>
Robert J. Lemons

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44272274\3\58399.0011