UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc., et al

Case No. 08-13555 (JMP)
(Jointly Administered)

Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claim referenced herein.

| Name of Transferee: ATTESTOR VALUE MASTER FUND LP | Name of Transferor: Deutsche Bank AG, London Branch |
|---|---|
| Notices to Transferee should be sent to: ATTESTOR VALUE MASTER FUND LP c/o Attestor Capital LLP 21 Upper Brook Street London W1K 7PY United Kingdom Phone: +44 20 7074 9621 Attn: Anke Heydenreich Email: Anke.Heydenreich@attestorcapital.com | Court Record Address of the Transferor: (Court use only) |
| Last Four Digits of Acct.#: 7713 | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: Deutsche Bank AG, London Branch Winchester House 1 Great Winchester Street London EC2N 2DB Phone: +44 20 7545 8000 Attn: Jamie Foote / Jamie Liew Email: Jamie.Foote@db.com, Jamie.Liew@db.com |
| Transferred Claim Amount: $6,392,834.03 | |
| Court Claim No. (if known): 55570 | |
| Date Claim Filed: 10/29/2009 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____     Date: 12 June 2013
Transferee's Authorized Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

1

**TRANSFER NOTICE**

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings, Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) |
| CLAIM NO. | 55570 as held previously by Aviva Italia S.p.A. |

**Deutsche Bank AG, London**, its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign to:

Attestor Value Master Fund LP
c/o Attestor Capital LLP
21 Upper Brook Street
London W1K 7PY
Attention: Isobelle White
Tel: +44 20 7074 9625

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US$ 6,392,834.03 (plus all interests, fees and costs) (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHERFOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12 day of June 2013.

Deutsche Bank AG, London Branch
Name:
Title:

Jamie Foote
Vice President

Simon Glennie
Vice President

Attestor Value Master Fund LP
Name: ANKE HEIDENREICH
Title: Managing Member