UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| **Lehman Brothers Holdings, Inc., et al.,** ) | CASE NO.: 08-13555 (JMP) |
| Debtor ) | JOINTLY ADMINISTERED |

## WITHDRAWAL OF NOTICE OF APPEARANCE (DOCKET ENTRY #30015)

The Movant, Plymouth Park Tax Services, LLC D/B/A Xspand, hereby withdraws its appearance (Docket No. 30015).

THE MOVANT

June 12, 2013                              /s/
Date                                       Juda J. Epstein, Esq. – ct 08704
                                           3543 Main Street
                                           Second Floor
                                           Bridgeport, CT 06606
                                           Tel: (203) 371-7007
                                           Fax: (203) 371-6001
                                           Email: contact@lawofficesjje.com

## **CERTIFICATION**

I hereby certify that on June 12, 2013, a copy of the foregoing Motion was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/
_____
Juda J. Epstein, Esq. –
3543 Main Street
Second Floor
Bridgeport, CT 06606
Tel: (203) 371-7007