UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                      Debtors.                                     :
                                                                   :
-----------------------------------------------------------------x   Ref. Docket Nos. 37535, 37540,
                                                                     37552, 37653, 37656, 37690, 37710,
                                                                     37711, 37732-37743, 37746, 37747

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
12th day of June, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 37535, 37540, 37552...37743, 37746, 37747_AFF_6-6-13.doc

# EXHIBIT A

08-13555-mg    Doc 37918    Filed 06/12/13    Entered 06/12/13 17:54:51    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 555854-25 in the above referenced case and in the amount of
         $40,000.00    allowed at $40,000.00         has been transferred **(unless previously expunged by court order)**

```
        FIBI BANK (SWITZERLAND) LTD.
        TRANSFEROR: BANK HAPOALIM B.M.
        SEESTRASSE 61
        ZURICH    CH-8027
        SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37737     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/06/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2013.

# EXHIBIT B

```
TIME: 11:03:31                                              LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    1
DATE: 06/06/13                                                    CREDITOR LISTING

Name                                            Address
ABU DHABI INVESTMENT AUTHORITY                  CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE
ABU DHABI INVESTMENT AUTHORITY                  ATTN: EXECUTIVE DIRECTOR - TREASURY 211 CORNICHE, P.O. BOX 3600 ABU DHABI UNITED ARAB EMIRATES
ABU DHABI INVESTMENT AUTHORITY                  CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER        TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  FUND, L.P.
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.         VIA SAN CARLO 8/20 MODENA  41100 ITALY
  COOP.
BANCA POPOLARE DI SPOLETO S.P.A.                ATTN: MR. VALERIO VOLPI PIAZZA LUIGI PIANCIANI, 5 SPOLETO (PERUGIA)  06049 ITALY
BANCO POPOLARE DELL'EMILIA ROMAGNA S.C.         TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. ATTN: PAOLO MAZZAO VIA SAN CARLO 8/20 MODENA  41121 ITALY
BANK HAPOALIM B.M.                              18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                              ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BETHMANN BANK AG                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CREDIT SUISSE                                   TRANSFEROR: MUT-STIFTUNG BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN FRANKFURT  GERMANY
CREDIT SUISSE                                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DAB BANK AG                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: CREDIT SUISSE HSBC-AS-BONDS ANKE DORNBUSCH YORCKSTRABE 21-23 DUSSELDORF D40476 GERMANY
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY
                                                60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY MUSKY 60 WALL STREET
                                                NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET
                                                NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                        TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                     TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                     TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
EMPYREAN INVESTMENTS, LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD. SUTE 2950 LOST ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950
                                                LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950
                                                LOS ANGELES CA 90067
ERSPARNISKASSE SCHAFFHAUSEN AG                  TRANSFEROR: CREDIT SUISSE MUNSTERPLATZ 34 SCHAFFHAUSEN  8200 SWITZERLAND
FIBI BANK (SWITZERLAND) LTD.                    TRANSFEROR: BANK HAPOALIM B.M. SEESTRASSE 61 ZURICH CH-8027 SWITZERLAND
GOLDMAN SACHS & CO.                             TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                             TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: DOLOSTONE, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                            TRANSFEROR: ABU DHABI INVESTMENT AUTHORITY ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HSBC PRIVATE BANK SUISSE SA                     ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211 SWITZERLAND
ILLIQUIDX LLP                                   TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: IBERMEDITERRANEO, S.L ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO S.P.A.                          TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
LA ROCHE 1787                                   ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY
LOMBARD ODIER & CIE                             TRANSFEROR: UBS AG ATTN: ROGER CHRIST RITTERGASSE 25 BASEL  4001 SWITZERLAND
                                                TRANSFEROR: HSBC PRIVATE BANK SUISSE SA RUE DE LA CORRATERIE 11 GENEVA  CH-1204 SWITZERLAND
MUT-STIFTUNG                                    MARIA & UWE THOMAS CARSTENSEN MAX-EYTH-STRASSE 24 HANNOVER  30173 GERMANY

                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:03:31                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   2
DATE: 06/06/13                                          CREDITOR LISTING

Name                            Address
NEUE AARGAUER BANK AG           TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
SOLUS CORE OPPORTUNITIES LP     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
UBS AG                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                          TRANSFEROR: NEUE AARGAUER BANK AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND

Total Number of Records Printed       50
```

EPIQ BANKRUPTCY SOLUTIONS, LLC