UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                            :  Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :  08-13555 (JMP)
                                                                 :  (Jointly Administered)
Debtors.                                                    :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 37016 & 37389

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
12th day of June, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 37016 & 37389_Aff 6-6-13.doc

EXHIBIT A

08-13555-mg Doc 37920 Filed 06/12/13 Entered 06/12/13 18:37:42 Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANCA ZARATTINI & CO. SA, LUGANO
              TRANSFEROR: RBS COUTTS BANK AG
              VIA BALESTRA 17
              LUGANO 6901 SWITZERLAND

Additional:

Transferee:   ILLIQUIDX LLP
              ATTN: MR. CELESTINO AMORE
              80 FLEET STREET
              LONDON EC4Y 1EL UNITED KINGDOM

**Your transfer   of claim #   45221-47   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number 37389            Date 05/10/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 6, 2013.

EXHIBIT B

```
TIME: 11:00:39                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 06/06/13                                          CREDITOR LISTING

Name                                Address
BANCA ZARATTINI & CO. SA, LUGANO    TRANSFEROR: RBS COUTTS BANK AG VIA BALESTRA 17 LUGANO  6901 SWITZERLAND
BARCLAYS BANK PLC                   TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                   ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
ILLIQUIDX LLP                       ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
STONEHILL INSTITUTIONAL PARTNERS, LP  C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022

Total Number of Records Printed       5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC