WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                      :
**In re**                             :        **Chapter 11 Case No.**
                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
                                      :
                  **Debtors.**        :        **(Jointly Administered)**
                                      :
----------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS**
**OBJECTIONS SCHEDULED FOR HEARING ON JUNE 13, 2013**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.       Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "Plan Administrator"), filed the following motions

and omnibus claims objections (collectively, the "Claims Objections") with the Court for hearing

on or before June 13, 2013:

    (a)    Three Hundred Forty-Third Omnibus Objection to Claims (No Liability Claims) **[ECF No. 30032]**

    (b)    Three Hundred Ninety-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 34732]**

    (c)    Four Hundred Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 37161]**

    (d)    Four Hundred Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 37162]**

    (e)    Four Hundred Tenth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 37164]**

    (f)    Four Hundred Eleventh Omnibus Objection to Claims (Reduce and Allow Claims) **[ECF No. 37165]**

    (g)    Plan Administrator's Objection to Claim No. 11385 Filed by Flamingo Valley View, LLC **[ECF No. 36940]**

    2.    In accordance with the Second Amended Case Management Order, the

Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response

Deadline") for each Claim Objection for parties to object or file responses. The Response

Deadlines have been extended for certain creditors from time to time. The Second Amended

Case Management Order provides that pleadings may be granted without a hearing, provided that

no objections or other responsive pleadings have been filed on or prior to the relevant response

deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

    3.    The Response Deadlines have now passed and, to the best of my

knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court

on the docket of the above-referenced cases in accordance with the procedures set forth in the

Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan

Administrator (or such responsive pleadings have been withdrawn) by any of the holders of the

claims included on Exhibit 1 to any of the Orders attached hereto, which include only the proofs

of claim for which the Claims Objection will be granted.  Responses to certain of the Claims

Objections were filed on the docket, or served on the Debtors or the Plan Administrator, by

holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims

Objections as to any proof of claim for which a response was either filed on the docket or

received by the Debtors or the Plan Administrator, and which response has not been resolved,

has been adjourned to a future date.

           4.        Accordingly, the Debtors and the Plan Administrator respectfully request

that the proposed orders granting the Claims Objections annexed hereto as Exhibits A through G,

which, except for the inclusion of additional language to indicate that such order is supplemental

to a previously entered order for a Claim Objection or to reference the inclusion of separate

exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is

granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be

entered in accordance with the procedures described in the Second Amended Case Management

Order.

        I declare that the foregoing is true and correct.


Dated: June 12, 2013
       New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc. and
                    Certain of Its Affiliates

**EXHIBIT A**
**(Proposed Order – ECF No. 30032)**

US_ACTIVE:\44275073\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                     :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                          :
                              **Debtors.**           :    **(Jointly Administered)**
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING THE THREE HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred forty-third omnibus objection to claims, dated August 14, 2012 (the "Three Hundred Forty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims to the extent that they assert claims for which the applicable Chapter 11 Estates do not have any liability, all as more fully described in the Three Hundred Forty-Third Omnibus Objection to Claims; and due and proper notice of the Three Hundred Forty-Third Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Forty-Third Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Forty-Third Omnibus Objection to Claims.

factual bases set forth in the Three Hundred Forty-Third Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is

ORDERED that the relief requested in the Three Hundred Forty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Three

Hundred Forty-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto, (ii) any claim listed on Exhibit A annexed to the Three Hundred Forty-Third Omnibus

Objection to Claims that is not listed on Exhibit 1 annexed to the *Order Granting the Three*

*Hundred Forty-Third Omnibus Objection to Claims (No Liability Claims)* [ECF No. 31153], and

(iii) the portion of any No Liability Claim that is not the subject of the Three Hundred Forty-

Third Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | LBOREP III CAN, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68022 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 2 | LBOREP III PARTNERS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68030 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 3 | LBREP III PP (CAN) GP LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67967 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 4 | LBREP III PP CAN, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68021 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 5 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67966 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 6 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68027 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 7 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68013 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 8 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67968 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 9 | LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67988 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 10 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67992 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67976 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 12 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67982 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 13 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NORBAN) II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67990 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 14 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67991 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 15 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67975 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 16 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67981 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 17 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67974 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 18 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67980 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 19 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67973 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 20 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68016 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 21 | LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67965 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 22 | LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67964 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 23 | LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68014 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 24 | LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67989 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 25 | LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68017 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 26 | LEHMAN BROTHERS REAL ESTATE FUND III, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67987 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 27 | LEHMAN BROTHERS REAL ESTATE FUND III, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68006 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 28 | LEHMAN BROTHERS REAL ESTATE III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67979 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 29 | LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTNERS III, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68018 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 30 | LEHMAN BROTHERS REAL ESTATE PARTNERS (NYC) III LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67983 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67994 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 32 | LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67995 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 33 | LEHMAN BROTHERS REAL ESTATE PARTNERS III NYC, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67978 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 34 | LEHMAN BROTHERS REAL ESTATE PARTNERS III TRS, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67984 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 35 | LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67986 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)

**OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 36 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67993 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 37 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67977 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 38 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67985 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 39 | OFFSHORE FUNDS III NONUS SPV,, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68023 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 40 | OFFSHORE FUNDS III US SPV, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68024 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|-----------|---------|------------------------------|--------------------------|----------------------------------|
| 41  PP III NON-US SPV, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68020 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 42  PP III US SPV, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68019 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 43  REPE CANADA LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67969 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI.  LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| | | | | TOTAL | $0.00 | $0.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT B**
**(Proposed Order – ECF No. 34732)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :        **08-13555 (JMP)**
                                                   :
                          **Debtors.**             :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the three hundred ninety-eighth omnibus objection to claims, dated

February 15, 2013 (the "Three Hundred Ninety-Eighth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator

under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and

Its Affiliated Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

[ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No

Liability Derivatives Claims on the grounds that they assert claims for which LBHI and Lehman

Brothers Special Financing Inc. (together, the "Chapter 11 Estates") have no liability, all as more

fully described in the Three Hundred Ninety-Eighth Omnibus Objection to Claims; and due and

proper notice of the Three Hundred Ninety-Eighth Omnibus Objection to Claims having been

provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange

Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern

District of New York; (v) the claimants listed on Exhibit A attached to the Three Hundred

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Ninety-Eighth Omnibus Objection to Claims.

Ninety-Eighth Omnibus Objection to Claims; and (vi) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [ECF No. 9635]; and

the Court having found and determined that the relief sought in the Three Hundred Ninety-

Eighth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their

creditors, and all parties in interest and that the legal and factual bases set forth in the Three

Hundred Ninety-Eighth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Ninety-Eighth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Three Hundred

Ninety-Eighth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## OMNIBUS OBJECTION 398: EXHIBIT 1 - NO LIABILITY DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18477 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 2 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 9/18/2009 | 18480 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | TOTAL | | | $0.00 | $0.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT C**
**(Proposed Order – ECF No. 37161)**

US_ACTIVE:\44275073\1\58399.0011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                    :          Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :          08-13555 (JMP)
                                                         :
                          Debtors.                       :          (Jointly Administered)
---------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED EIGHTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred eighth omnibus objection to claims, dated May 3, 2013

(the "Four Hundred Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc.,

as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced

chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance

and expungement of the No Liability Claims to the extent that they assert claims for which the

applicable Chapter 11 Estates do not have any liability, all as more fully described in the Four

Hundred Eighth Omnibus Objection to Claims; and due and proper notice of the Four Hundred

Eighth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Four Hundred Eighth Omnibus Objection to Claims is in the best interests of the

Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Eighth Omnibus Objection to Claims.

set forth in the Four Hundred Eighth Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Four Hundred Eighth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Four Hundred

Eighth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto and (ii) the

portion of any No Liability Claim that is not the subject of the Four Hundred Eighth Omnibus

Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**OMNIBUS OBJECTION 408: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 2012-03-05 | 68025 | Undetermined | Undetermined | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI has no liability for this claim. |
| 2 | ULYANENKO, IRINA, AS BENIFICIARY OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 2009-02-18 | 2879 | $150,000.00 | $150,000.00 | Claimant filed a claim for recovery under the Lehman Brothers Accidental Death and Dismemberment Insurance policy (the "Policy") in the amount of $150,000. The Policy (of which the maximum amount of eligible coverage was $50,000) did not cover the incident that gave rise to the benefits claim. Claimant was previously advised of the denial and basis for such denial via a letter dated July 20, 2005, which letter was attached to Claimant's proof of claim. Accordingly, LBHI has no liability to Claimant. |
| | | | | | TOTAL | $150,000.00 | $150,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT D**
**(Proposed Order – ECF No. 37162)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :        **08-13555 (JMP)**
                                                   :
                       **Debtors.**                :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED NINTH OMNIBUS
### OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the four hundred ninth omnibus objection to claims, dated May 3, 2013 (the

"Four Hundred Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc.

("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors

(the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664]

(the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives

Claims on the grounds that they assert claims for which LBHI and Lehman Brothers Special

Financing Inc. (together, the "Chapter 11 Estates") have no liability, all as more fully described

in the Four Hundred Ninth Omnibus Objection to Claims; and due and proper notice of the Four

Hundred Ninth Omnibus Objection to Claims having been provided to (i) the United States

Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue

Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants

listed on Exhibit A attached to the Four Hundred Ninth Omnibus Objection to Claims; and (vi)

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Ninth Omnibus Objection to Claims.

all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635]; and the Court having found and determined that the relief sought in the Four Hundred Ninth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Ninth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Ninth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## OMNIBUS OBJECTION 409: EXHIBIT 1 - NO LIABILITY DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ESKATON PROPERTIES, INCORPORATED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24646 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 2 | ESKATON PROPERTIES, INCORPORATED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 9/21/2009 | 24648 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | TOTAL | | $0.00 | $0.00 | |

**EXHIBIT E**
**(Proposed Order – ECF No. 37164)**

US_ACTIVE:\44275073\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :          **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :          **08-13555 (JMP)**
                                                         :
                        **Debtors.**                     :          **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING THE**
**FOUR HUNDRED TENTH OMNIBUS**
**OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)**

Upon the four hundred tenth omnibus objection to claims, dated May 3, 2013 (the

"Four Hundred Tenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as

Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664], seeking disallowance and expungement of the Employment-

Related Claims to the extent that they assert claims for which LBHI has no liability, all as more

fully described in the Four Hundred Tenth Omnibus Objection to Claims; and due and proper

notice of the Four Hundred Tenth Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief requested in the Four Hundred Tenth Omnibus Objection to Claims is

in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that

the legal and factual bases set forth in the Four Hundred Tenth Omnibus Objection to Claims

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Four Hundred Tenth Omnibus
Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Tenth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the portions

of the claims listed on Exhibit 1 annexed hereto under the heading "*Amount to be Disallowed*"

are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim or portion of any claim listed on Exhibit A annexed

to the Four Hundred Tenth Omnibus Objection to Claims that does not appear on Exhibit 1

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

 

                                   _____
                                   UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 410: EXHIBIT 1 – EMPLOYMENT-RELATED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | GOYAL, ANSHU | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/30/2009 | 2292 | $4,176,740.27 | $4,176,740.27 | Undetermined* |
| 2 | TILROE, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31550 | $34,750.00 | $34,750.00 | None |
| 3 | UVINO, WENDY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28566 | $350,000.00 | $350,000.00 | None |
| | | | | TOTAL | | $4,561,490.27 | $4,561,490.27 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT F**
**(Proposed Order – ECF No. 37165)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                      :        Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        **08-13555 (JMP)**
                                                           :
                           Debtors.                        :        **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED ELEVENTH
### OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

Upon the four hundred eleventh omnibus objection to claims, dated May 3, 2013

(the "Four Hundred Eleventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502 of title 11

of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664], seeking (i) to reduce and allow the Reduce and

Allow Claims and (ii) reassign the LOTC Claim such that the claim is asserted against LBHI, as

more fully described in the Four Hundred Eleventh Omnibus Objection to Claims; and due and

proper notice of the Four Hundred Eleventh Omnibus Objection to Claims having been provided,

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief requested in the Four Hundred Eleventh Omnibus Objection to Claims

is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and

that the legal and factual bases set forth in the Four Hundred Eleventh Omnibus Objection to

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eleventh Omnibus Objection to Claims.

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Eleventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Reduce and Allow Claim listed on Exhibit 1 annexed hereto is reduced and allowed in the modified amount and priority set forth on Exhibit 1, and any asserted amounts in excess of the modified amount are disallowed; and it is further

ORDERED that the LOTC Claim listed on Exhibit 1 annexed hereto is hereby reassigned to be a claim asserted against LBHI and reduced and allowed against LBHI in the modified amount and priority set forth on Exhibit 1, with any asserted amounts in excess of the modified amount disallowed; and it is further

ORDERED that, as to LOTC, the LOTC Claim listed on Exhibit 1 annexed hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Epiq Bankruptcy Solutions, LLC ("Epiq"), the court-appointed claims and noticing agent in these cases, is authorized and directed to enter the Reassigned Claim into, and delete the LOTC Claim from, the official claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Four Hundred Eleventh Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 411: EXHIBIT 1 - INCORRECT DEBTOR AND/OR REDUCE AND ALLOW CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | MODIFIED DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CITY OF MEMPHIS (TN) | 67748 | 11/28/11 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | $30.89 | | | | | $30.89 |
| | | | | **CLAIM AS MODIFIED** | | **$30.89** | | | | | **$30.89** |
| 2 | HARRIS COUNTY, ET AL | 66111 | 12/21/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | $186.10 | | | | | $186.10 |
| | | | | **CLAIM AS MODIFIED** | | **$186.10** | | | | | **$186.10** |
| 3 | HERNANDO COUNTY TAX COLLECTOR | 1378 | 12/16/08 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $676.75 | | | $676.75 |
| | | | | **CLAIM AS MODIFIED** | | | | **$676.75** | | | **$676.75** |
| 4 | SANTA BARBARA COUNTY | 7189 | 8/3/09 | Lehman Commercial Paper Inc. | Lehman Commercial Paper Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $1,543.26 | | | $1,543.26 |
| | | | | **CLAIM AS MODIFIED** | | | | **$1,543.26** | | | **$1,543.26** |
| 5 | SOBO, MICHAEL AND ELLEN | 18148 | 9/18/09 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | | $133,484.00 | | $133,484.00 |
| | | | | **CLAIM AS MODIFIED** | | | | | **$101,244.00** | | **$101,244.00** |
| | | | | TOTAL ASSERTED | | $216.99 | $0.00 | $2,220.01 | $133,484.00 | $0.00 | $135,921.00 |
| | | | | TOTAL NOT SUBJECT TO OBJECTION | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL SUBJECT TO OBJECTION | | 216.99 | 0.00 | 2,220.01 | 133,484.00 | 0.00 | 135,921.00 |
| | | | | **TOTAL CLAIM AS MODIFIED** | | **$216.99** | **$0.00** | **$2,220.01** | **$101,244.00** | **$0.00** | **$103,681.00** |

**EXHIBIT G**
**(Proposed Order – ECF No. 36940)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |
-----------------------------------------------------------------------x

### ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION
### TO CLAIM NO. 11385 FILED BY FLAMINGO VALLEY VIEW, LLC

Upon the objection, dated April 29, 2013 (the "Objection"),[1] of Lehman Brothers

Holdings Inc. ("LBHI or the "Plan Administrator") as Plan Administrator pursuant to the

*Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its*

*Affiliated Debtors* for the entities in the above referenced chapter 11 cases, pursuant to section

502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal

Rules of Bankruptcy Procedure, seeking disallowance and expungement of the Flamingo Valley

Claim, all as more fully described in the Objection; and due and proper notice of the Objection

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Objection is in the best interests

of LBHI and all parties in interest in the above referenced chapter 11 cases and that the legal and

factual bases set forth in the Objection establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Objection to the Flamingo Valley Claim.

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the Flamingo

Valley Claim, which has been assigned claim number 11385 by the Court-appointed claims

agent, is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: _____, 2013
     New York, New York
                                  _____
                                    UNITED STATES BANKRUPTCY JUDGE