UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
:
Debtors.                      :    (Jointly Administered)
:
------------------------------------------------------------------x

### ORDER SUPPLEMENTING THE TIER ONE
### AND SPV ALTERNATIVE DISPUTE RESOLUTION
### PROCEDURES ORDERS TO ADD TWO ADDITIONAL MEDIATORS

Upon the motion, dated May 31, 2013 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 105(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and General Order M-390, for an order supplementing (i) the *Alternative Dispute Resolution Order for Affirmative Claims of Debtors Under Derivatives Contracts*, dated September 17, 2009 [ECF No. 5207] and (ii) the *Amended Order Providing for Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties*, dated July 18, 2012 [ECF No. 29507], to add two additional mediators, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635]; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that Hon. Stephen Crane and Hon. Jane Greenspan are appointed as mediators for proceedings under the Affirmative ADR Orders; and it is further

ORDERED that all provisions of the Affirmative ADR Orders shall apply to Hon. Stephen Crane and Hon. Jane Greenspan as if they were appointed as mediators pursuant to section 10(a) of such orders; and it is further

ORDERED that service of notice of the Motion by e-mail or facsimile shall be good and sufficient notice of the Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       June 13, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge