B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Senator Global Opportunity Master Fund L.P.</u>     <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>19487</u>
should be sent:                                    Amount of Claim: $<u>580,000,000.00 (allowed)</u>
                                                   Transferred Amount: $<u>20,000,000.00</u>
Senator Global Opportunity Master Fund L.P.        Date Claim Filed: <u>9/18/09</u>
510 Madison Avenue                                 Debtor: <u>Lehman Commercial Paper Inc.</u>
28th Floor
New York 10022
USA

Phone:                                             Phone:
Last Four Digits of Acct #:                        Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.
By: Senator Master GP LLC, its General Partner

By: _____     Date: 6/13/13
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.
By: Senator Master GP LLC, its General Partner


By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

Michelle Latzoni
Authorized Signatory

By: _____
    Transferor/Transferor's Agent

15