WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors.                         : (Jointly Administered)
:
-------------------------------------------------------------------x

**NOTICE OF HEARING ON TWO HUNDREDTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

    **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundredth Omnibus Objection to Claims (No Liability Claims) *solely* as to the claim listed on <u>Exhibit A</u> attached hereto will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004 on **July 25, 2013 at 10:00 a.m. (Eastern Time)**.

Dated: June 13, 2013
New York, New York

            <u>/s/ Ralph I. Miller</u>
            Robert J. Lemons
            Ralph I. Miller

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Lehman Brothers Holdings Inc.
            and Certain of Its Affiliates

US_ACTIVE:\44269333\1\58399.0011

## Exhibit A

## Claim to Be Heard at July 25, 2013 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| MUNICIPAL SECURITIES RULEMAKING BOARD | 30588 | 20810 |