UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :     Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                                                                   :
                    Debtors.                                 :     (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING IN PART OBJECTION TO
### CLAIM NO. 62723 OF BANESCO HOLDINGS CA

Upon the objection, dated May 10, 2013 (the "Objection"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), seeking, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), disallowance and expungement of a portion of the Banesco Claim, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of LBHI, its creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the portion of the Banesco Claim based on the LBT Security is disallowed and expunged; and it is further

ORDERED that the hearing on the Objection with respect to the portion of the Banesco Claim based on the LBHI Security is adjourned to August 29, 2013 and the Response Deadline is adjourned to August 15, 2013 (or as each may be further adjourned by the Plan Administrator); and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, the portion of the Banesco Claim based on the LBHI Security; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on any of Banesco's claims against, or rights to seek a recovery from LBIE with respect to the LBT Security and/or the LBHI Security; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       June 14, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge

2