# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 411: EXHIBIT 1 - INCORRECT DEBTOR AND/OR REDUCE AND ALLOW CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | MODIFIED DEBTOR NAME | AMOUNTS | | | | | |
|------|---------|------------|-------------|----------------------|---------|--------|----------|-----------|--------|-------|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1  CITY OF MEMPHIS (TN) | 67748 | 11/28/11 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | $30.89 | | | | | $30.89 |
| | | | **CLAIM AS MODIFIED** | | **$30.89** | | | | | **$30.89** |
| 2  HARRIS COUNTY, ET AL | 66111 | 12/21/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | $186.10 | | | | | $186.10 |
| | | | **CLAIM AS MODIFIED** | | **$186.10** | | | | | **$186.10** |
| 3  HERNANDO COUNTY TAX COLLECTOR | 1378 | 12/16/08 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $676.75 | | | $676.75 |
| | | | **CLAIM AS MODIFIED** | | | | **$676.75** | | | **$676.75** |
| 4  SANTA BARBARA COUNTY | 7189 | 8/3/09 | Lehman Commercial Paper Inc. | Lehman Commercial Paper Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $1,543.26 | | | $1,543.26 |
| | | | **CLAIM AS MODIFIED** | | | | **$1,543.26** | | | **$1,543.26** |
| 5  SOBO, MICHAEL AND ELLEN | 18148 | 9/18/09 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | | $133,484.00 | | $133,484.00 |
| | | | **CLAIM AS MODIFIED** | | | | | **$101,244.00** | | **$101,244.00** |
| | | | TOTAL ASSERTED | | $216.99 | $0.00 | $2,220.01 | $133,484.00 | $0.00 | $135,921.00 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL SUBJECT TO OBJECTION | | 216.99 | 0.00 | 2,220.01 | 133,484.00 | 0.00 | 135,921.00 |
| | | | **TOTAL CLAIM AS MODIFIED** | | **$216.99** | **$0.00** | **$2,220.01** | **$101,244.00** | **$0.00** | **$103,681.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts