# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., et al., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 409: EXHIBIT 1 - NO LIABILITY DERIVATIVE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ESKATON PROPERTIES, INCORPORATED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24646 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 2 | ESKATON PROPERTIES, INCORPORATED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 9/21/2009 | 24648 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | | TOTAL | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts