UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
              Debtors.                               : (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NO. 11385 FILED BY FLAMINGO VALLEY VIEW, LLC

Upon the objection, dated April 29, 2013 (the "Objection"),[1] of Lehman Brothers Holdings Inc. ("LBHI or the "Plan Administrator") as Plan Administrator pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above referenced chapter 11 cases, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of the Flamingo Valley Claim, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of LBHI and all parties in interest in the above referenced chapter 11 cases and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Objection to the Flamingo Valley Claim.

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the Flamingo Valley Claim, which has been assigned claim number 11385 by the Court-appointed claims agent, is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
June 14, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge