# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 410: EXHIBIT 1 – EMPLOYMENT-RELATED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | GOYAL, ANSHU | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/30/2009 | 2292 | $4,176,740.27 | $4,176,740.27 | Undetermined* |
| 2 | TILROE, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31550 | $34,750.00 | $34,750.00 | None |
| 3 | UVINO, WENDY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28566 | $350,000.00 | $350,000.00 | None |
| | | | | | TOTAL | $4,561,490.27 | $4,561,490.27 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts