# EXHIBIT 1

08-13555-mg    Doc 37968-1    Filed 06/14/13    Entered 06/14/13 15:38:06    Exhibits
Pg 1 of 10

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | LBOREP III CAN, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68022 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 2 | LBOREP III PARTNERS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68030 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 3 | LBREP III PP (CAN) GP LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67967 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 4 | LBREP III PP CAN, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68021 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 5 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67966 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 37968-1    Filed 06/14/13    Entered 06/14/13 15:38:06    Exhibits
Pg 3 of 10

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 6 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68027 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 7 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68013 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 8 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67968 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 9 | LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67988 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 10 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67992 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 37968-1    Filed 06/14/13    Entered 06/14/13 15:38:06    Exhibits
Pg 4 of 10

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67976 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 12 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67982 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 13 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NORBAN) II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67990 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 14 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67991 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 15 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67975 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

08-13555-mg    Doc 37968-1    Filed 06/14/13    Entered 06/14/13 15:38:06    Exhibits
Pg 5 of 10

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 16 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67981 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 17 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67974 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 18 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67980 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 19 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67973 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 20 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68016 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 21 | LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67965 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 22 | LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67964 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 23 | LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68014 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 24 | LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67989 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 25 | LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68017 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 37968-1    Filed 06/14/13    Entered 06/14/13 15:38:06    Exhibits
Pg 7 of 10

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 26 | LEHMAN BROTHERS REAL ESTATE FUND III, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67987 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 27 | LEHMAN BROTHERS REAL ESTATE FUND III, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68006 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 28 | LEHMAN BROTHERS REAL ESTATE III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67979 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 29 | LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTNERS III, LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68018 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 30 | LEHMAN BROTHERS REAL ESTATE PARTNERS (NYC) III LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67983 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67994 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 32 | LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67995 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 33 | LEHMAN BROTHERS REAL ESTATE PARTNERS III NYC, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67978 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 34 | LEHMAN BROTHERS REAL ESTATE PARTNERS III TRS, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67984 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 35 | LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67986 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

08-13555-mg    Doc 37968-1    Filed 06/14/13    Entered 06/14/13 15:38:06    Exhibits
Pg 9 of 10

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 36 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67993 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 37 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67977 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 38 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67985 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 39 | OFFSHORE FUNDS III NONUS SPV,, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68023 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 40 | OFFSHORE FUNDS III US SPV, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68024 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 343: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 41 | PP III NON-US SPV, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68020 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 42 | PP III US SPV, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 68019 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| 43 | REPE CANADA LP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/5/2012 | 67969 | Undetermined* | Undetermined* | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI did not guarantee such obligations and, therefore, is not liable for this claim. |
| | | | | TOTAL | | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts