# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC., et al., CASE NO. 08-13555 (JMP)
## OMNIBUS OBJECTION 408: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 2012-03-05 | 68025 | Undetermined | Undetermined | This claim is a contingent claim for certain funding, giveback, indemnification, clawback or other contractual, legal or equitable obligations of a non-Debtor subsidiary of LBHI. LBHI has no liability for this claim. |
| 2 | ULYANENKO, IRINA, AS BENIFICIARY OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 2009-02-18 | 2879 | $150,000.00 | $150,000.00 | Claimant filed a claim for recovery under the Lehman Brothers Accidental Death and Dismemberment Insurance policy (the "Policy") in the amount of $150,000. The Policy (of which the maximum amount of eligible coverage was $50,000) did not cover the incident that gave rise to the benefits claim. Claimant was previously advised of the denial and basis for such denial via a letter dated July 20, 2005, which letter was attached to Claimant's proof of claim. Accordingly, LBHI has no liability to Claimant. |
| | | | | | TOTAL | $150,000.00 | $150,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts