UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                         : Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      : 08-13555 (JMP)
                                                              : (Jointly Administered)
               Debtors.                                       :
                                                              :
---------------------------------------------------------------x Ref. Docket Nos. 37726, 37727,
                                                                 37730, 37744, 37745, 37748, 37754,
                                                                 37757, 37758, 37760-37765, 37768,
                                                                 37771-37773, 37776-37783

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
14th day of June, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BROWNSTONE PARTNERS CATALYST MASTER FUND LTD
      C/O PINEBANK ASSET MANAGEMENT, LP
      505 PARK AVENUE, 2ND FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 66562 in the above referenced case and in the amount of
         $603,924.97           has been transferred **(unless previously expunged by court order)**

```
      NOMURA CORPORATE FUNDING AMERICAS, LLC
      TRANSFEROR: BROWNSTONE PARTNERS CATALYST MASTER FUND LTD
      C/O NOMURA AMERICAS
      ATTN: REHANA WIJENAYAKE
      2 WORLD FINANCIAL CENTER
      BUILDING 2, FLOOR 21
      NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37727      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/10/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 10, 2013.

# EXHIBIT B

```
TIME: 11:26:14                                         LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 06/10/13                                             CREDITOR LISTING

Name                                              Address
ADK SOHO FUND                                     TRANSFEROR: YORVIK PARTNERS LLP 155 WOOSTER STREET NEW YORK NY 20012
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 FUND, LP
ALDEN GLOBAL HEDGED OPPORTUNITIES                 TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
BANCA ALETTI & C. S.P.A.                          ATTN MASSIMO ZERBINO VIA SANTO SPIRITO, 14 20121 MILANO ITALY
BARCLAYS BANK PLC                                 ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BROWNSTONE PARTNERS CATALYST MASTER FUND          100 PARK AVENUE,    32ND FLOOR NEW YORK NY 10017
 LTD
BROWNSTONE PARTNERS CATALYST MASTER FUND          C/O PINEBANK ASSET MANAGEMENT, LP 505 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022
 LTD
CASAM CAAM EQUITY MARKET NEUTRAL FUND             C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR
 LIMITED (F/K/A CASAM SYSTEIA                      NEW YORK NY 10019
CASAM CAAM EQUITY MARKET NEUTRAL FUND             KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661
 LIMITED (F/K/A CASAM SYSTEIA
CASAM CAAM EQUITY MARKET NEUTRAL FUND             EQUITY QUANT FUND), A COMPANY ORGANIZED UNDER THE LAWS OF IRELAND C/O CREDIT AGRICOLE STRUCTURED ASSET MANANGEMENT SA
 LIMITED (F/K/A CASAM SYSTEIA                      ATTN: LEGAL DEPARTMENT 91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE
CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL          C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR
 FUND LIMITED, A COMPANY                           NEW YORK NY 10019
CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL          KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661
 FUND LIMITED, A COMPANY
CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL          INCORPORATED UNDER THE LAWS OF THE CAYMAN ISLANDS C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT SA ATTN: LEGAL DEPARTMENT
 FUND LIMITED, A COMPANY                           91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE
CASAM GLG EUROPEAN LONG-SHORT FUND                CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR
 LIMITED, A COMPANY INCORPORATED                   NEW YORK NY 10019
CASAM GLG EUROPEAN LONG-SHORT FUND                KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN 525 WEST MONROE STREET CHICAGO IL 60661
 LIMITED, A COMPANY INCORPORATED
CASAM GLG EUROPEAN LONG-SHORT FUND                UNDER THE LAWS OF THE CAYMAN ISLANDS C/O CREDIT AGRICOLE STRUCTURED ASSET MANEGEMENT SA ATTN: LEGAL DEPARTMENT
 LIMITED, A COMPANY INCORPORATED                   91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE
CHINA FUND LP                                     C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: CASAM CAAM EQUITY MARKET NEUTRAL FUND LIMITED (F/K/A CASAM C/O CARVAL INVESTORS UK LIMITED
                                                   25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMITED, A C C/O CARVAL INVESTORS UK LIMITED
                                                   25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMPANY INCO C/O CARVAL INVESTORS UK LIMITED
                                                   25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: CHINA FUND LP C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR
                                                   LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG                                  TRANSFEROR: WERZINGER, ROGER C.H. C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F9LT UNITED KINGDOM
DEUTSCHE BANK AG                                  ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858
DEUTSCHE BANK AG BRUSSELS BRANCH                  BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006
DEUTSCHE BANK AG, BRUSSELS                        TRANSFEROR: MARYSE, GENICOT ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 17 BRUSSELS 1000 BELGIUM
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
HSBC PRIVATE BANK MONACO S.A.                     ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT 17 AVENUE D'OSTENDE MONACO 98000 MONACO
ICCREA BANCA S.P.A.                               ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ILLIQUIDX LLP                                     TRANSFEROR: BANCA ALETTI & C. S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: HSBC PRIVATE BANK MONACO S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, NA                           TRANSFEROR: TWO SIGMA HORIZON PORTFOLIO, LLC C/O J.P. MORGAN SECURITIES LLC, MAIL CODE NY1-M138 ATTN: JEFFREY L. PANZO
                                                   383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10005
MARYSE, GENICOT                                   28, GRAAF SANSTRAAT WESTENDE 8434 BELGIUM
MOUNT KELLETT MASTER FUND II, LP                  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVE, FL 18 NEW YORK NY 10022-9139

                                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:26:14                                    LEHMAN BROTHERS HOLDING INC.
DATE: 06/10/13                                         CREDITOR LISTING
PAGE:     2

Name                                      Address
MOUNT KELLETT MASTER FUND II, LP          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE, FL 18
                                          NEW YORK NY 10022-9139
NOMURA CORPORATE FUNDING AMERICAS, LLC    TRANSFEROR: BROWNSTONE PARTNERS CATALYST MASTER FUND LTD C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER
                                          BUILDING 2, FLOOR 21 NEW YORK NY 10281
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: BAMBERG, HERBERT AND MARIANNE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: BOS, J.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: HACKLANDER, HANS HERMANN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: HARDER, STEFANIE & NIELS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: KELLER, WOLFGANG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: MAUFF, URSULA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: UNIVE NOORD-OOST SCHADE N.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: VAN AMSTEL, H.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: VRAKKING, R.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: ZARATE, SERGIO ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STRATEGIC VALUE MASTER FUND, LTC.         TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE
                                          GREENWICH CT 06830
STRATEGIC VALUE MASTER FUND, LTD.         TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE
                                          GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO100 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PATNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.                      GREENWICH CT 06830
TWO SIGMA HORIZON PORTFOLIO, LLC          C/O TWO SIGMA INVESTMENTS, LLC ATTN: MICHAEL MARINIC 379 WEST BROADWAY, 5TH FLOOR NEW YORK NY 10012
WERZINGER, ROGER C.H.                     DOFSTR. 32 CH 8835  SWITZERLAND
YORK GLOBAL FINANCE BDH, LLC              TRANSFEROR: DEUTSCHE BANK AG C/O YORK CAPITAL MGT LP/LAUREN SEARING ATTN: LAUREN SEARING 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC              TRANSFEROR: DEUTSCHE BANK AG C/O YORK GLOBAL FINANCE BDH, LLC ATTN: LAUREN SEARING 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK PARTNERS LLP                       TRANSFEROR: UBS AG ATTN: RICHARD CARMOODY 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     60
```

EPIQ BANKRUPTCY SOLUTIONS, LLC