UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :   08-13555 (JMP)
                                                               :   (Jointly Administered)
                    **Debtors.**                               :
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 37586, 37791,
                                                                   37792, 37815-37818, 37820, 37821

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
14th day of June, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  EMPYREAN INVESTMENTS, LLC
         TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
         C/O EMPYREAN CAPITAL PARTNERS, LP
         ATTN: STERLING HATHAWAY
         10250 CONSTELLATION BLVD., SUITE 2950
         LOS ANGELES CA 90067

Please note that your claim # 66799-03 in the above referenced case and in the amount of
   $4,748,303.37   allowed at $4,748,303.37        has been transferred (**unless previously expunged by court order**)

         BANC OF AMERICA CREDIT PRODUCTS, INC.
         TRANSFEROR: EMPYREAN INVESTMENTS, LLC
         C/O BANK OF AMERICA MERRILL LYNCH
         ATTN: GARY S. COHEN / AUTE JAKIE
         BANK OF AMERICA TOWER - 3RD FLOOR
         ONE BRYANT PARK
         NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 37820     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/11/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 11, 2013.

# EXHIBIT B

```
TIME: 10:55:02                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 06/11/13                                                CREDITOR LISTING

Name                                 Address
ATTESTOR VALUE MASTER FUND LP        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET
                                     LONDON WIK 7PY UNITED KINGDOM
ATTESTOR VALUE MASTER FUND LP        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP ATTN; ANKE HEYDENREICH 21 UPPER BROOK STREET
                                     LONDON WIK 7PY UNITED KINGDOM
ATTESTOR VALUE MASTER FUND LP        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP ATTN; ANKE HEYDENREICH 21 UPPER BROOK STREET
                                     LONDON WIK7PY UNITED KINGDOM
BANC OF AMERICA CREDIT PRODUCTS, INC.TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIE
                                     BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / AUTE JAKIE
                                     BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
CASTLEPARK MICHAEL TRAYNOR PENSION FUND BDO SIMPSON XAVIER PRIVATE WEALTH MANAGEMENT LIMITED 5TH FLOOR, BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2   IRELAND
CYRUS SELECT OPPORTUNITIES MASTER FUND, TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
DEUTSCHE BANK AG, LONDON BRANCH      TRANSFEROR: AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                     LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH      TRANSFEROR: DEXIA CREDIT LOCAL ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH      TRANSFEROR: DEXIA KOMMUNALKREDIT BANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET
                                     LONDON EC2N 2DB UNITED KINGDOM
DEXIA KOMMUNALKREDIT BANK AG         ATTN: PIERRE VEROT FISCHHOF 3 VIENNA  1010 AUSTRIA
DEXIA KOMMUNALKREDIT BANK AG         JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019
EMPYREAN INVESTMENTS, LLC            TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                     10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
GOLDMAN SACHS & CO.                  TRANSFEROR: BANCO SABADELL S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                  TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                  TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                  TRANSFEROR: LUXICAV OBBLIGAZIONARIO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                  TRANSFEROR: LUXICAV PLUS FLEX 35 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                  TRANSFEROR: LUXICAV PLUS FLEX 50 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                  TRANSFEROR: SOCIETE EUROPEENNE DE BANQUE SA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
LIQUIDITY SOLUTIONS, INC.            TRANSFEROR: CASTLEPARK MICHAEL TRAYNOR PENSION FUND ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601

Total Number of Records Printed     21
```