WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

### THIRTEENTH NOTICE OF ESTABLISHMENT OF
### OMNIBUS HEARING DATES AND HEARING DATES FOR CLAIMS
### MATTERS PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER
### IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing dates in the above-captioned cases:

September 18, 2013 at 10:00 a.m. (Prevailing Eastern Time)

October 23, 2013 at 10:00 a.m. (Prevailing Eastern Time)

November 20, 2013 at 10:00 a.m. (Prevailing Eastern Time)

December 18, 2013 at 10:00 a.m. (Prevailing Eastern Time)

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled the following hearing dates for claims matters in the above-captioned cases:

September 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)

October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)

November 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)

December 19, 2013 at 10:00 a.m. (Prevailing Eastern Time)

PLEASE TAKE FURTHER NOTICE that except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom 601, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: June 14, 2013
    New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates