UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
               Debtors.                                           :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 37591-37593,
                                                                       37595, 37597, 37787, 37792, 37823,
                                                                       37829, 37831, 37832, 37840, 37843,
                                                                       37846

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
14th day of June, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP   ATTN: ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
     745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
     NEW YORK NY 10019
```

Please note that your claim # 63654-09 in the above referenced case and in the amount of
$3,685,919.00  allowed at $3,608,350.86     has been transferred **(unless previously expunged by court order)**

```
     LBVN HOLDINGS, L.L.C.                          LBVN HOLDINGS, L.L.C.
     TRANSFEROR: BARCLAYS BANK PLC                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     P.O. BOX 1641                                  ATTN: ANDREW N. ROSENBERG
     NEW YORK NY 10150                              1285 AVENUE OF THE AMERICAS
                                                    NEW YORK NY 10019-6064
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37592     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/12/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 12, 2013.

# EXHIBIT B

```
TIME: 12:58:19                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 06/12/13                                              CREDITOR LISTING

Name                                          Address
ADK SOHO FUND                                 TRANSFEROR: YORVIK PARTNERS LLP 155 WOOSTER STREET NEW YORK NY 20012
BANK JULIUS BAER & CO. LTD.                   ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                   TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BARCLAYS BANK PLC                             ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                    TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
CENTERBRIDGE CREDIT PARTNERS MASTER,          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
L.P.
CENTERBRIDGE CREDIT PARTNERS, L.P.            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CREDIT SUISSE                                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                 RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CVI CVF II LUX MASTER S.A.R.L.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CYRUS OPPORTUNITIES MASTER FUND II, LTD.      TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND        TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
CYRUS SELECT OPPORTUNITIES MASTER FUND,       TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
DEUTSCHE BANK AG, LONDON                      TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                      TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                      TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EFG BANK AG                                   GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                   BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH  8022 SWITZERLAND
GOLDMAN SACHS & CO.                           TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUSAON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: MICHELLE LATZONI C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
LBVN HOLDINGS, L.L.C.                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                         TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 1641 NEW YORK NY 10150
RIVERROCK SECURITIES LIMITED                  TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD - MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON  SW1X 7EE UNITED KINGDOM
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
YORVIK PARTNERS LLP                           TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: UBS AG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed            36                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```