DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Glenn E. Siegel
*Attorneys for RIC-OMIGSA Global Bond Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (JMP)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |

-------------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL BY RIC-OMIGSA GLOBAL BOND FUND

Reference is made to (a) proof of claim number 60874 (the "Claim") filed by RIC-OMIGSA Global Bond Fund ("RIC"); (b) the Debtors' Two Hundred Seventeenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim (the "Claim Objection"); and (c) the Response and Joinder of RIC-OMIGSA Global Bond Fund to Response of The Royal Bank of Scotland plc to Debtors' Two Hundred and Seventeenth Omnibus Objection to Claims [ECF No. 22029] (the "Response").

**WHEREAS** on November 2, 2009, RIC filed the Claim in the amount of $1,959,723.54, consisting of a $1,524,769.63 claim for ISIN XS0287044969 (the "Unaffected Claim Portion") and a $434,953.91 claim for ISIN XS0243852562 (the "Objectionable Claim Portion"); and

**WHEREAS** the Claim Objection seeks to disallow the Objectionable Claim Portion of the Claim;

**PLEASE TAKE NOTICE** that RIC hereby withdraws with prejudice the Objectionable Claim Portion and the Response. RIC hereby directs Epiq Bankruptcy Solutions LLC, the court-approved claims agent, to expunge the Objectionable Claim Portion from the claims register.

**PLEASE TAKE FURTHER NOTICE** that the Unaffected Claim Portion is not affected hereby.

**PLEASE TAKE FURTHER NOTICE** that no other proof of claim of RIC against any of the above-captioned debtors shall be affected hereby.

US_ACTIVE:\44276085\1\58399.0011

The undersigned represents and warrants that the withdrawal of the Objectionable Claim Portion and the Response is within RIC's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: June 13, 2013
New York, New York

Respectfully Submitted,

DECHERT LLP

By: /s/ Glenn E. Siegel
Glenn E. Siegel
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
glenn.siegel@dechert.com
*Attorneys for RIC-OMIGSA Global Bond Fund*