**BUCHANAN INGERSOLL & ROONEY PC**
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
Christopher P. Schueller (CS-9525)
Donald E. Malecki
Zakarij O. Thomas

*Attorneys for Greenbrier Minerals Holdings, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, | : | |
| INC., *et al* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that Greenbrier Minerals Holdings, LLC ("Greenbrier"), by its

counsel, Buchanan Ingersoll & Rooney PC, hereby withdraws its Proof of Claim filed on

September 21, 2009 and docketed on the claims register as Claim Number 23710.  Greenbrier

authorizes the claims agent to reflect this withdrawal on the Debtors' official claims register.


Dated:  June 17, 2013        **BUCHANAN INGERSOLL & ROONEY PC**

                By:   /s/ Christopher P. Schueller
                      Christopher P. Schueller (CS-9525)
                      Donald E. Malecki, Esquire
                      Zakarij O. Thomas, Esquire
                      620 Eighth Ave., 23rd Floor
                      New York, NY 10018
                       (212) 440-4400 - Telephone
                       (212) 440-4401 - Facsimile

                      Counsel for Greenbrier Minerals Holdings, LLC