**BUCHANAN INGERSOLL & ROONEY PC**
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
Christopher P. Schueller (CS-9525)
Donald E. Malecki
Zakarij O. Thomas

*Attorneys for Greenbrier Minerals Holdings, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## CERTIFICATION OF SERVICE

I, Christopher P. Schueller, Esquire, do hereby certify that on June 17, 2013 I caused a true and correct copy of the attached to be served via ECF notification.

Dated: June 17, 2013        **BUCHANAN INGERSOLL & ROONEY PC**

                By:    /s/ Christopher P. Schueller
                       Christopher P. Schueller (CS-9525)
                       Donald E. Malecki, Esquire
                       Zakarij O. Thomas, Esquire
                       620 Eighth Ave., 23rd Floor
                       New York, NY 10018
                       (212) 440-4400 - Telephone
                       (212) 440-4401 - Facsimile

                       Counsel for Greenbrier Minerals Holdings, LLC