WGZ Bank AG, Westdeutsche Genossenschafts-Zentralbank
Ludwig-Erhard-Allee 20
D-40227 Düsseldorf
Telephone: +49 211 778-1532
Facsimile: +49 211 778-1539
Christiane Breuer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 27836, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by WGZ Bank AG, Westdeutsche Genossenschafts-Zentralbank (the "Claimant") in the amount of $8,581,852.40 plus interest, costs, fees and expenses (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the portion of the Claim with respect to certain derivative transactions with Lehman Brothers Commercial Corporation (the "LBCC Claim"). Claimant directs Epiq Bankruptcy Solutions LLC to expunge the LBCC Claim portion of the Claim from the claims register and to reflect that the asserted amount of the Claim has been reduced by $6,330,056.80.

The undersigned represents and warrants that the withdrawal of certain portions of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44273198\1\58399.0011

Dated: June ___, 2013
       New York, New York

_/s/ Christiane Breuer_____
Christiane Breuer
WGZ BANK AG
Westdeutsche Genossenschafts-Zentralbank
Ludwig-Erhard-Allee 20
D-40227 Düsseldorf
Telephone: +49 211 778-1532
Facsimile: +49 211 778-1539

_/s/ Uwe Knopf_____
Uwe Knopf
WGZ BANK AG
Westdeutsche Genossenschafts-Zentralbank
Ludwig-Erhard-Allee 20
D-40227 Düsseldorf
Telephone: +49 211 778-3300
Facsimile: +49 211 778-3019

US_ACTIVE:\44273198\1\58399.0011