WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    **08-13555 (JMP)**
                                                               :
                **Debtors.**                                   :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x
                                                               :
**In re**                                                      :
                                                               :    **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
                                                               :    **08-01420 (JMP) (SIPA)**
                **Debtor.**                                    :
                                                               :
---------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
# THE SIXTY-SECOND OMNIBUS HEARING ON JUNE 19, 2013 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

### I.    CLAIMS MATTER:

1. Trustee's Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) [**LBI ECF No. 5775**]

    Response Deadline:    March 15, 2013 at 4:00 p.m., extended by agreement for a certain party to April 19, 2013 at 4:00 p.m.

    Responses Going Forward:

    A.    Response of Aaron Akman [**LBI ECF No. 5888**]

    B.    Response of Adam Epstein [**Docketed by Trustee at LBI ECF No. 6323**]

    C.    Response of Grace Gathungu [**LBI ECF No. 5874**]

    D.    Response of Dean R. Monksfield [**Docketed by Trustee at LBI ECF No. 6323**]

    E.    Response of Andre Verderame [**Docketed by Trustee at LBI ECF No. 6323**]

    F.    Response of Mario Monello [**LBI ECF No. 6062**]

    G.    Emergency Response of ZPR International, Inc. [**LBI ECF No. 6083**]

    Adjourned Responses:

    H.    CA, Inc.'s Response to the Trustee's Motion [**LBI ECF No. 5930**]

    I.    Response of Stephen H. Thomas [**LBI ECF No. 5864**]

    Related Documents:

    J.    Order Granting the Trustee's Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) [**LBI ECF No. 6141**]

      K.    Notices of Withdrawal of Trustee's Twenty-Eighth Omnibus Objection Solely as to Certain Claimants [**LBI ECF Nos. 5844, 5857, 6058**]

      L.    Notices of Adjournment [**LBI ECF Nos. 6049, 6170, 6185, 6543**]

      M.    Trustee's Omnibus Reply to Certain Responses to the Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) and Opposition to the Cross-Motion of Mario A. Monello [**LBI ECF No. 6323**]

      N.    Memorandum of Law of SIPC in Support of Trustee's Twenty-Eighth Omnibus Objection [**LBI ECF No. 6319**]

      O.    Sur-Reply of Mario A. Monello to Trustee's Omnibus Reply [**LBI ECF No. 6390**]

Status:  This matter is going forward.

## II.   **UNCONTESTED FEE MATTERS:**

2.    Eleventh Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From March 1, 2012 Through June 30, 2012 [**LBI ECF No. 5951**]

Response Deadline:    June 12, 2013 at 4:00 p.m.

Response Received:

      A.    Recommendation of the Securities Investor Protection Corporation in Support of the Eleventh and Twelfth Applications of Counsel for Interim Compensation and Reimbursement of Expenses [**LBI ECF No. 6429**]

Related Document:

      B.    Notice of Hearing on Trustee's Counsels' Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [**LBI ECF No. 6265**]

Status:  This matter is going forward.

3.    Twelfth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From July 1, 2012 Through February 28, 2013 [**LBI ECF No. 6263**]

Response Deadline:    June 12, 2013 at 4:00 p.m.

3

Response Received:

  A. Recommendation of the Securities Investor Protection Corporation in Support of the Eleventh and Twelfth Applications of Counsel for Interim Compensation and Reimbursement of Expenses [**LBI ECF No. 6429**]

Related Document:

  B. Notice of Hearing on Trustee's Counsels' Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [**LBI ECF No. 6265**]

Status: This matter is going forward.

4. Joint Notice of Presentment of Fifth Amended Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Hughes Hubbard & Reed LLP [**LBI ECF No. 6264**]

Response Deadline: June 12, 2013 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward.

### III. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc. Chapter 11 Cases

5. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

Response Deadline: February 9, 2011 at 4:00 p.m.

Responses Received:

  A. Debtors' Objection [**ECF No. 14398**]

  B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

4

    Related Documents:

        C.    Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

        D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

    Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m.

6.    Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities [**ECF No. 16803**]

    Response Deadline:    June 8, 2011 at 4:00 p.m.

    Response Received:

        A.    Debtors' Objection [**ECF No. 17502**]

    Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m.

**B.**    **Securities Investor Protection Corporation Proceedings**

7.    Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

    Response Deadline:    August 8, 2012 at 4:00 p.m.

    Responses Received:

        A.    Response of LBHI Entities [**LBI ECF No. 5211**]

        B.    Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

        C.    Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

        D.    Trustee's Opposition [**LBI ECF No. 5215**]

        E.    Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**]

        F.    Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

Related Documents:

G. Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

H. Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

I. FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

J. Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

K. Stipulation and Agreed Order Resolving Motion of FirstBank Puerto Rico for Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim [**LBI ECF No. 6303**]

L. Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040, 6193, 6322**]

Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m.

8. Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement [**LBI ECF No. 5483**]

Response Deadline:    December 21, 2012 at 4:00 p.m., extended by agreement for LBHI to April 5, 2013 at 4:00 p.m.

Response Received:

A. Objection of Lehman Brothers Holdings Inc. to Trustee's Motion [**LBI ECF No. 5958**]

Related Documents:

B. Notices of Adjournment [**LBI ECF Nos. 5628, 5711, 5813, 6045, 6174, 6515**]

Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m.

9. Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Response Received:

6

   A. Response of Zameer H. Khan [**To be Docketed by Trustee at LBI ECF No. TBD**]

 Related Documents:

   B. Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF No. 6528**]

   C. Notice of Adjournment [**LBI ECF No. 6520**]

 Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m., solely as to a certain claim.

10. Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6131**]

 Response Deadline: May 20, 2013 at 4:00 p.m.

 Responses Received:

   A. Response of David Tribou [**LBI ECF No. 6230**]

   B. Response of Walter A. Bogumil, Jr., IRA [**LBI ECF No. 6232**]

 Related Documents:

   C. Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF No. 6538**]

   D. Notice of Adjournment [**LBI ECF No. 6529**]

 Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m., solely as to certain claims.

11. Trustee's Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6132**]

 Response Deadline: May 20, 2013 at 4:00 p.m.

 Response Received:

   A. Response of Claimants Charles B. Rudnick, Kathleen A. Wojcik and Robert W. Lazarus [**LBI ECF No. 6241**]

Related Documents:

    B.    Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustee's Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF No. 6356**]

    C.    Notice of Adjournment [**LBI ECF No. 6354**]

Status: This matter has been adjourned *sine die*, solely as to certain claims.

12. Trustee's Sixty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6145**]

Response Deadline:    May 22, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Claimants Maria Anagnostopoulos, Steven D. Christie, Peter G. Kollydas, Michael K. McCully, Blayne M. Ross, Gregg Somma and Nancy J. Stanton [**LBI ECF No. 6255**]

Related Documents:

    B.    Order Granting the Trustee's Sixty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6339**]

    C.    Notice of Adjournment [**LBI ECF No. 6298**]

Status: This matter has been adjourned *sine die*, solely as to certain claims.

13. Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6157**]

Response Deadline:    May 24, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Wayne Croner [**LBI ECF No. 6231**]

    B.    Response of Leona and Tom Beck [**LBI ECF No. 6348**]

    C.    Response of Charles L. Bisgaier [**To be Docketed by Trustee at LBI ECF No. TBD**]

Related Documents:

    D.    Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustee's Sixty-Sixth Omnibus Objection to General Creditor

      Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF No. 6544**]

   E.  Notice of Adjournment [**LBI ECF No. 6541**]

Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m., solely as to certain claims.

14. Trustee's Seventieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6192**]

Response Deadline: May 31, 2013 at 4:00 p.m.

Response Received:

   A.  City of Oakland's Response [**LBI ECF No. 6289**]

Related Documents:

   B.  Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustees Seventieth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF No. 6351**]

   C.  Notice of Adjournment [**LBI ECF No. 6349**]

Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m., solely as to a certain claim.

15. Trustee's Seventy-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6194**]

Response Deadline: May 31, 2013 at 4:00 p.m.

Response Received:

   A.  Response of Russell Reynolds Associates [**LBI ECF No. 6290**]

Related Documents:

   B.  Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustees Seventy-First Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF No. 6353**]

   C.  Notice of Adjournment [**LBI ECF No. 6352**]

Status:  This matter has been adjourned to July 17, 2013 at 10:00 a.m., solely as to a certain claim.

C.   **Adversary Proceedings**

16.   Lehman Brothers Special Financing Inc. v. Federal Home Loan Bank of Cincinnati [**Case No. 13-01330**]

   **Pre-Trial Conference**

   A.   Adversary Complaint **[ECF No. 1]**

   B.   Summons with Notice of Pre-Trial Conference **[ECF No. 2]**

   C.   Stipulation Extending Time to Respond to Complaint **[ECF No. 4]**

   Status:  The pre-trial conference for this matter has been adjourned to July 17, 2013 at 2:00 p.m.

17.   Lehman Brothers Holdings Inc., *et al*. v. Intel Corp. [**Case No. 13-01340**]

   **Pre-Trial Conference**

   A.   Adversary Complaint [**ECF No. 1**]

   B.   Summons with Notice of Pre-Trial Conference [**ECF No. 2**]

   C.   Joint Stipulation to Extend Time to Answer, Move, or Otherwise Respond to the Complaint [**ECF No. 3**]

   Status:  The pre-trial conference for this matter has been adjourned to July 17, 2013 at 2:00 p.m.

## IV. **RESOLVED MATTER:**

18. Motion to Deem Claim Timely Filed [**LBI ECF No. 6126**]

    <u>Status</u>: This matter has been resolved.

Dated: June 18, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: June 18, 2013
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

11