WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
--------------------------------------------------------------------x
```

## NOTICE OF CORRECTED EXHIBIT TO FOUR HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

**PLEASE TAKE NOTICE** that on June 13, 2013, Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22738] for the entities in the above referenced chapter 11 cases, filed its four hundred seventeenth omnibus objection to claims (the "Four Hundred Seventeenth Omnibus Objection to Claims") [ECF No. 37956],[1] seeking to expunge and disallow those claims listed on Exhibit A annexed thereto (the "Initial No Liability Claims Exhibit").

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby files a corrected version of the Initial No Liability Claims Exhibit, annexed hereto as Exhibit 1 (the

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Four Hundred Seventeenth Omnibus Objection to Claims.

"Corrected Exhibit").  The Corrected Exhibit reflects the addition of an additional proof of claim

filed by LB Australia, claim number 63500.  The Corrected Exhibit supersedes the Initial No

Liability Claims Exhibit originally filed with the Court.   The Plan Administrator reserves its

rights to object to the claims listed on the Corrected Exhibit on any other basis in the event that

the relief requested in the Four Hundred Seventeenth Omnibus Objection to Claims is not

granted.

**PLEASE TAKE FURTHER NOTICE** that a blacklined version of the

Corrected Exhibit that reflects the corrections made to the Initial No Liability Claims Exhibit is

annexed hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that this notice of the Corrected Exhibit

has been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange

Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern

District of New York; (v) LB Australia; and (vi) all other parties entitled to notice in accordance

with the procedures set forth in the second amended order entered on June 17, 2010, governing

case management and administrative procedures for these cases [ECF No. 9635].  The Plan

Administrator submits that no other or further notice need be provided.

**PLEASE TAKE FURTHER NOTICE** that, other than the Corrected Exhibit,

the Four Hundred Seventeenth Omnibus Objection to Claims remains otherwise unaffected.

Dated:  June 18, 2013
       New York, New York

                      /s/ Jacqueline Marcus
                      Jacqueline Marcus
                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Lehman Brothers
                      Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44278922\3\58399.0011

**Exhibit 1**

(Corrected Exhibit)

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ALRENE PTY LIMITED ATF THE FIRMAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11099 | $412,000.00 | $412,000.00 | No Liability Claim - Derivative |
| 2 | ARC ENERGY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32672 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 3 | ARC ENERGY LIMITED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32684 | $780,400.00 | $780,400.00 | No Liability Claim - Derivative |
| 4 | ARMIDALE DUMARESQ COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 890 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 5 | BLAND SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32671 | $2,745,590.00 | $2,745,590.00 | No Liability Claim - Derivative |
| 6 | BLAND SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32681 | $351,180.00 | $351,180.00 | No Liability Claim - Derivative |
| 7 | BLAYNEY SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32670 | $825,700.00 | $825,700.00 | No Liability Claim - Derivative |
| 8 | BLUE MOUNTAINS CITY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32639 | $737,478.00 | $737,478.00 | No Liability Claim - Derivative |
| 9 | BLUE MOUNTAINS CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32669 | $4,685,848.00 | $4,685,848.00 | No Liability Claim - Derivative |
| 10 | BOYSTOWN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12645 | $3,131,200.00 | $3,131,200.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 BROKEN HILL CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 886 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 12 CABONNE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32679 | $949,555.00 | $949,555.00 | No Liability Claim - Derivative |
| 13 CABONNE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32686 | $234,120.00 | $234,120.00 | No Liability Claim - Derivative |
| 14 CENTRAL TABLELANDS WATER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32678 | $759,644.00 | $759,644.00 | No Liability Claim - Derivative |
| 15 CENTRAL TABLELANDS WATER | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32691 | $234,120.00 | $234,120.00 | No Liability Claim - Derivative |
| 16 CITY OF ALBANY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32640 | $2,823,894.00 | $2,823,894.00 | No Liability Claim - Derivative |
| 17 CITY OF ALBANY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32646 | $1,638,840.00 | $1,638,840.00 | No Liability Claim - Derivative |
| 18 CITY OF GERALDTON-GREENOUGH COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32664 | $2,022,965.00 | $2,022,965.00 | No Liability Claim - Derivative |
| 19 CITY OF GERALDTON-GREENOUGH COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32689 | $390,200.00 | $390,200.00 | No Liability Claim - Derivative |
| 20 CITY OF MELVILLE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32645 | $4,136,120.00 | $4,136,120.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 CITY OF MELVILLE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32676 | $17,521,354.00 | $17,521,354.00 | No Liability Claim - Derivative |
| 22 CITY OF RYDE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 880 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 23 CITY OF SWAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/29/2009 | 66029 | $7,031,847.85 | $7,031,847.85 | No Liability Claim - Derivative |
| 24 CITY OF SWAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/29/2009 | 66030 | $1,170,600.00 | $1,170,600.00 | No Liability Claim - Derivative |
| 25 COFFS HARBOUR CITY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32642 | $3,293,288.00 | $3,293,288.00 | No Liability Claim - Derivative |
| 26 COFFS HARBOUR CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32688 | $12,439,487.00 | $12,439,487.00 | No Liability Claim - Derivative |
| 27 CRAIG WHITE PTY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12157 | $2,183,600.00 | $2,183,600.00 | No Liability Claim - Derivative |
| 28 DENILIQUIN COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32644 | $546,280.00 | $546,280.00 | No Liability Claim - Derivative |
| 29 DENILIQUIN COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32687 | $1,610,115.00 | $1,610,115.00 | No Liability Claim - Derivative |
| 30 FIRMAN, JOHN JOSEPH/FIRMAN, JUDITH ANN/COLLIN, NICHOLAS JAMES/ | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11513 | $412,000.00 | $412,000.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 GILGANDRA COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32663 | $949,555.00 | $949,555.00 | No Liability Claim - Derivative |
| 32 GILGANDRA COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/19/2010 | 66308 | $468,240.00 | $468,240.00 | No Liability Claim - Derivative |
| 33 GLENROAD HOLDINGS PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12156 | $824,000.00 | $824,000.00 | No Liability Claim - Derivative |
| 34 GOWING BROTHERS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 873 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 35 GOWING WHALE FUND PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 872 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 36 GOWINGS BROS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24733 | $4,120,000.00 | $4,120,000.00 | No Liability Claim - Derivative |
| 37 GOWINGS WHALE FUND P/L ATF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24732 | $82,400.00 | $82,400.00 | No Liability Claim - Derivative |
| 38 GUYRA SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 871 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 39 HURSTVILLE CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10369 | $16,895,860.44 | $16,895,860.44 | No Liability Claim - Derivative |
| 40 KIAMA MUNICIPAL COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32647 | $3,500,968.00 | $3,500,968.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 41 | KIAMA MUNICIPAL COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32673 | $655,536.00 | $655,536.00 | No Liability Claim - Derivative |
| 42 | LANSELL PTY LTD ATF THE ALEX MARAKOFF SUPERANNUATION FUND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31346 | $247,200.00 | $247,200.00 | No Liability Claim - Derivative |
| 43 | LEHMAN BROTHERS AUSTRALIA LIMITED (IN LIQUIDATION) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58607 | Undetermined | Undetermined | No Liability Claim - Derivative |

The Contribution Claim is included within proof of claim number 58607. Claim 58607 is being expunged solely with respect to its asserted Financial Products Claim and Contribution Claim. The remaining portion of Claim 58607 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 58607 are reserved.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 44 | LEHMAN BROTHERS AUSTRALIA LTD | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/02/2009 | 63500 | $433,848.18 * | Undetermined | No Liability Claim    Derivative |

This claim includes a duplication of the Financial Products Claim asserted in proof of claim number 58607 and this Objection is solely seeking to expunge the duplicative portion of the claim. All rights with respect to the remaining portion of Claim 63500 are reserved.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 45 | LEICHHARDT COUNCIL - ABN 92379 942 845 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32666 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 46 | LITTLE COLLINS SPRING PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10371 | $494,400.00 | $494,400.00 | No Liability Claim - Derivative |
| 47 | MCCAMISH BROS (ORCHARDS) PTY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11091 | $1,236,000.00 | $1,236,000.00 | No Liability Claim - Derivative |
| 48 | MCMULLEN, DAVID AND FIONA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32653 | $743,130.00 | $743,130.00 | No Liability Claim - Derivative |
| 49 | MOREE PLAINS SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32650 | $5,367,050.00 | $5,367,050.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 MOREE PLAINS SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32690 | $390,200.00 | $390,200.00 | No Liability Claim - Derivative |
| 51 MORTGAGE RISK MANAGEMENT PTY LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19359 | $6,880,400.00 | $6,880,400.00 | No Liability Claim - Derivative |
| 52 NARRABI SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32643 | $663,340.00 | $663,340.00 | No Liability Claim - Derivative |
| 53 NARRABRI SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32657 | $3,360,599.00 | $3,360,599.00 | No Liability Claim - Derivative |
| 54 ORANGE CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32649 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 55 PARKES SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 867 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 56 PITTWATER COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32648 | $2,163,334.00 | $2,163,334.00 | No Liability Claim - Derivative |
| 57 PITTWATER COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32668 | $312,160.00 | $312,160.00 | No Liability Claim - Derivative |
| 58 PORT MACQUARIE-HASTINGS COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32667 | $13,624,050.00 | $13,624,050.00 | No Liability Claim - Derivative |
| 59 PORT MACQUARIE-HASTINGS COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/19/2010 | 66307 | $2,341,200.00 | $2,341,200.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|------------------------------|---------------------------|----------------------------------|
| 60 | PORT STEPHENS COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 865 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 61 | PRESCARE ABN 85338603114 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 11002 | $833,505.32 | $833,505.32 | No Liability Claim - Derivative |
| 62 | ROCK BUILDING SOCIETY LIMITED, THE - ABN 16 067 765 717 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32652 | $3,302,800.00 | $3,302,800.00 | No Liability Claim - Derivative |
| 63 | SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32654 | $1,279,835.00 | $1,279,835.00 | No Liability Claim - Derivative |
| 64 | SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32661 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 65 | SUTHERLAND SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32665 | $11,146,950.00 | $11,146,950.00 | No Liability Claim - Derivative |
| 66 | TENTERFIELD SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32656 | $2,477,100.00 | $2,477,100.00 | No Liability Claim - Derivative |
| 67 | TENTERFIELD SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32674 | $429,220.00 | $429,220.00 | No Liability Claim - Derivative |
| 68 | TOWN OF KWINANA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32675 | $1,053,540.00 | $1,053,540.00 | No Liability Claim - Derivative |
| 69 | TOWN OF KWINANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32677 | $3,963,360.00 | $3,963,360.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 417: EXHIBIT A – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 70 TRUSTEES OF DE LA SALLE BROTHERS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13059 | $3,282,816.00 | $3,282,816.00 | No Liability Claim - Derivative |
| 71 TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32651 | $2,840,408.00 | $2,840,408.00 | No Liability Claim - Derivative |
| 72 TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32682 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 73 URALLA SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 859 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 74 WALCHA COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32662 | $1,073,410.00 | $1,073,410.00 | No Liability Claim - Derivative |
| 75 WELLINGTON SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32658 | $1,279,835.00 | $1,279,835.00 | No Liability Claim - Derivative |
| 76 WELLINGTON SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32685 | $351,180.00 | $351,180.00 | No Liability Claim - Derivative |
| 77 WOOLLAHRA MUNICIPAL COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32680 | $7,307,445.00 | $7,307,445.00 | No Liability Claim - Derivative |
| 78 WOOLLAHRA MUNICIPAL COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32683 | $1,386,085.00 | $1,386,085.00 | No Liability Claim - Derivative |
| 79 YASS VALLEY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32641 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 80 | YASS VALLEY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32655 | $2,109,110.38 | $2,109,110.38 | No Liability Claim - Derivative |
| | | | TOTAL | | | $188,711,116.17 | $188,277,267.99 | |

**Exhibit 2**

(Blackline of Corrected Notice)

US_ACTIVE:\44278922\3\58399.0011

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|------------------------------|--------------------------|----------------------------------|
| 1 | ALRENE PTY LIMITED ATF THE FIRMAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11099 | $412,000.00 | $412,000.00 | No Liability Claim - Derivative |
| 2 | ARC ENERGY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32672 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 3 | ARC ENERGY LIMITED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32684 | $780,400.00 | $780,400.00 | No Liability Claim - Derivative |
| 4 | ARMIDALE DUMARESQ COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 890 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 5 | BLAND SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32671 | $2,745,590.00 | $2,745,590.00 | No Liability Claim - Derivative |
| 6 | BLAND SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32681 | $351,180.00 | $351,180.00 | No Liability Claim - Derivative |
| 7 | BLAYNEY SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32670 | $825,700.00 | $825,700.00 | No Liability Claim - Derivative |
| 8 | BLUE MOUNTAINS CITY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32639 | $737,478.00 | $737,478.00 | No Liability Claim - Derivative |
| 9 | BLUE MOUNTAINS CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32669 | $4,685,848.00 | $4,685,848.00 | No Liability Claim - Derivative |
| 10 | BOYSTOWN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12645 | $3,131,200.00 | $3,131,200.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 BROKEN HILL CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 886 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 12 CABONNE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32679 | $949,555.00 | $949,555.00 | No Liability Claim - Derivative |
| 13 CABONNE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32686 | $234,120.00 | $234,120.00 | No Liability Claim - Derivative |
| 14 CENTRAL TABLELANDS WATER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32678 | $759,644.00 | $759,644.00 | No Liability Claim - Derivative |
| 15 CENTRAL TABLELANDS WATER | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32691 | $234,120.00 | $234,120.00 | No Liability Claim - Derivative |
| 16 CITY OF ALBANY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32640 | $2,823,894.00 | $2,823,894.00 | No Liability Claim - Derivative |
| 17 CITY OF ALBANY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32646 | $1,638,840.00 | $1,638,840.00 | No Liability Claim - Derivative |
| 18 CITY OF GERALDTON-GREENOUGH COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32664 | $2,022,965.00 | $2,022,965.00 | No Liability Claim - Derivative |
| 19 CITY OF GERALDTON-GREENOUGH COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32689 | $390,200.00 | $390,200.00 | No Liability Claim - Derivative |
| 20 CITY OF MELVILLE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32645 | $4,136,120.00 | $4,136,120.00 | No Liability Claim - Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 21 | CITY OF MELVILLE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32676 | $17,521,354.00 | $17,521,354.00 | No Liability Claim - Derivative |
| 22 | CITY OF RYDE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 880 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 23 | CITY OF SWAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/29/2009 | 66029 | $7,031,847.85 | $7,031,847.85 | No Liability Claim - Derivative |
| 24 | CITY OF SWAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/29/2009 | 66030 | $1,170,600.00 | $1,170,600.00 | No Liability Claim - Derivative |
| 25 | COFFS HARBOUR CITY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32642 | $3,293,288.00 | $3,293,288.00 | No Liability Claim - Derivative |
| 26 | COFFS HARBOUR CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32688 | $12,439,487.00 | $12,439,487.00 | No Liability Claim - Derivative |
| 27 | CRAIG WHITE PTY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12157 | $2,183,600.00 | $2,183,600.00 | No Liability Claim - Derivative |
| 28 | DENILIQUIN COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32644 | $546,280.00 | $546,280.00 | No Liability Claim - Derivative |
| 29 | DENILIQUIN COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32687 | $1,610,115.00 | $1,610,115.00 | No Liability Claim - Derivative |
| 30 | FIRMAN, JOHN JOSEPH/FIRMAN, JUDITH ANN/COLLIN, NICHOLAS JAMES/ | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11513 | $412,000.00 | $412,000.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | GILGANDRA COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32663 | $949,555.00 | $949,555.00 | No Liability Claim - Derivative |
| 32 | GILGANDRA COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/19/2010 | 66308 | $468,240.00 | $468,240.00 | No Liability Claim - Derivative |
| 33 | GLENROAD HOLDINGS PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12156 | $824,000.00 | $824,000.00 | No Liability Claim - Derivative |
| 34 | GOWING BROTHERS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 873 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 35 | GOWING WHALE FUND PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 872 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 36 | GOWINGS BROS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24733 | $4,120,000.00 | $4,120,000.00 | No Liability Claim - Derivative |
| 37 | GOWINGS WHALE FUND P/L ATF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24732 | $82,400.00 | $82,400.00 | No Liability Claim - Derivative |
| 38 | GUYRA SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 871 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 39 | HURSTVILLE CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10369 | $16,895,860.44 | $16,895,860.44 | No Liability Claim - Derivative |
| 40 | KIAMA MUNICIPAL COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32647 | $3,500,968.00 | $3,500,968.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 KIAMA MUNICIPAL COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32673 | $655,536.00 | $655,536.00 | No Liability Claim - Derivative |
| 42 LANSELL PTY LTD ATF THE ALEX MARAKOFF SUPERANNUATION FUND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31346 | $247,200.00 | $247,200.00 | No Liability Claim - Derivative |
| 43 LEHMAN BROTHERS AUSTRALIA LIMITED (IN LIQUIDATION) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58607 | Undetermined | Undetermined | No Liability Claim - Derivative |
| The Contribution Claim is included within proof of claim number 58607. Claim 58607 is being expunged solely with respect to its asserted Financial Products Claim and Contribution Claim. The remaining portion of Claim 58607 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 58607 are reserved. | | | | | | | |
| 44 LEHMAN BROTHERS AUSTRALIA LTD | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/02/2009 | 63500 | $433,848.18 * | Undetermined | No Liability Claim - Derivative |
| This claim includes a duplication of the Financial Products Claim asserted in proof of claim number 58607 and this Objection is solely seeking to expunge the duplicative portion of the claim. All rights with respect to the remaining portion of Claim 63500 are reserved. | | | | | | | |
| 45 LEICHHARDT COUNCIL - ABN 92379 942 845 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32666 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 46 LITTLE COLLINS SPRING PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10371 | $494,400.00 | $494,400.00 | No Liability Claim - Derivative |
| 47 MCCAMISH BROS (ORCHARDS) PTY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11091 | $1,236,000.00 | $1,236,000.00 | No Liability Claim - Derivative |
| 48 MCMULLEN, DAVID AND FIONA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32653 | $743,130.00 | $743,130.00 | No Liability Claim - Derivative |
| 49 MOREE PLAINS SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32650 | $5,367,050.00 | $5,367,050.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------|
| 50 MOREE PLAINS SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32690 | $390,200.00 | $390,200.00 | No Liability Claim - Derivative |
| 51 MORTGAGE RISK MANAGEMENT PTY LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19359 | $6,880,400.00 | $6,880,400.00 | No Liability Claim - Derivative |
| 52 NARRABI SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32643 | $663,340.00 | $663,340.00 | No Liability Claim - Derivative |
| 53 NARRABRI SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32657 | $3,360,599.00 | $3,360,599.00 | No Liability Claim - Derivative |
| 54 ORANGE CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32649 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 55 PARKES SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 867 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 56 PITTWATER COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32648 | $2,163,334.00 | $2,163,334.00 | No Liability Claim - Derivative |
| 57 PITTWATER COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32668 | $312,160.00 | $312,160.00 | No Liability Claim - Derivative |
| 58 PORT MACQUARIE-HASTINGS COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32667 | $13,624,050.00 | $13,624,050.00 | No Liability Claim - Derivative |
| 59 PORT MACQUARIE-HASTINGS COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/19/2010 | 66307 | $2,341,200.00 | $2,341,200.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 60 | PORT STEPHENS COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 865 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 61 | PRESCARE ABN 85338603114 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 11002 | $833,505.32 | $833,505.32 | No Liability Claim - Derivative |
| 62 | ROCK BUILDING SOCIETY LIMITED, THE - ABN 16 067 765 717 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32652 | $3,302,800.00 | $3,302,800.00 | No Liability Claim - Derivative |
| 63 | SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32654 | $1,279,835.00 | $1,279,835.00 | No Liability Claim - Derivative |
| 64 | SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32661 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 65 | SUTHERLAND SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32665 | $11,146,950.00 | $11,146,950.00 | No Liability Claim - Derivative |
| 66 | TENTERFIELD SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32656 | $2,477,100.00 | $2,477,100.00 | No Liability Claim - Derivative |
| 67 | TENTERFIELD SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32674 | $429,220.00 | $429,220.00 | No Liability Claim - Derivative |
| 68 | TOWN OF KWINANA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32675 | $1,053,540.00 | $1,053,540.00 | No Liability Claim - Derivative |
| 69 | TOWN OF KWINANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32677 | $3,963,360.00 | $3,963,360.00 | No Liability Claim - Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------|
| 70 | TRUSTEES OF DE LA SALLE BROTHERS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13059 | $3,282,816.00 | $3,282,816.00 | No Liability Claim - Derivative |
| 71 | TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32651 | $2,840,408.00 | $2,840,408.00 | No Liability Claim - Derivative |
| 72 | TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32682 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 73 | URALLA SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 859 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 74 | WALCHA COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32662 | $1,073,410.00 | $1,073,410.00 | No Liability Claim - Derivative |
| 75 | WELLINGTON SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32658 | $1,279,835.00 | $1,279,835.00 | No Liability Claim - Derivative |
| 76 | WELLINGTON SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32685 | $351,180.00 | $351,180.00 | No Liability Claim - Derivative |
| 77 | WOOLLAHRA MUNICIPAL COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32680 | $7,307,445.00 | $7,307,445.00 | No Liability Claim - Derivative |
| 78 | WOOLLAHRA MUNICIPAL COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32683 | $1,386,085.00 | $1,386,085.00 | No Liability Claim - Derivative |
| 79 | YASS VALLEY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32641 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT A - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|------------------------------|--------------------------|----------------------------------|
| 80 | YASS VALLEY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32655 | $2,109,110.38 | $2,109,110.38 | No Liability Claim - Derivative |
| | | | | TOTAL | | $188,277,267.99 $188,711,116.17 | $188,277,267.99 | |