UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                                                  :
                        Debtors.                                  :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 37904

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2013, I caused to be served the "Notice of Agenda of Matters Scheduled for Claims Hearing on June 13, 2013 at 10:00 A.M.," dated June 12, 2013 [Docket No. 37904], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed in the annexed Exhibit A,

    ii.  delivered via facsimile to those parties listed in the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
12th day of June, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Agenda for Hearing on June 13_DI_37904_AFF_6-12-13.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cweiss@ingramllp.com | dwildes@stroock.com |
| dallas.bankruptcy@publicans.com | dworkman@bakerlaw.com |
| dave.davis@isgria.com | easmith@venable.com |
| david.bennett@tklaw.com | echang@steinlubin.com |
| david.heller@lw.com | ecohen@russell.com |
| david.powlen@btlaw.com | edward.flanders@pillsburylaw.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | eglas@mccarter.com |
| dbesikof@loeb.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | eleicht@whitecase.com |
| dcoffino@cov.com | ellen.halstead@cwt.com |
| dcrapo@gibbonslaw.com | emagnelli@bracheichler.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | enkaplan@kaplanlandau.com |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | erin.mautner@bingham.com |
| deggert@freebornpeters.com | eschwartz@contrariancapital.com |
| demetra.liggins@tklaw.com | etillinghast@sheppardmullin.com |
| dfelder@orrick.com | ezujkowski@emmetmarvin.com |
| dflanigan@polsinelli.com | ezweig@optonline.net |
| dgrimes@reedsmith.com | fbp@ppgms.com |
| dhayes@mcguirewoods.com | ffm@bostonbusinesslaw.com |
| dheffer@foley.com | fhyman@mayerbrown.com |
| dhurst@coleschotz.com | foont@foontlaw.com |
| diconzam@gtlaw.com | fritschj@sullcrom.com |
| djoseph@stradley.com | fsosnick@shearman.com |
| dkessler@ktmc.com | fyates@sonnenschein.com |
| dkleiner@velaw.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gbray@milbank.com |
| dlemay@chadbourne.com | ggitomer@mkbattorneys.com |
| dlipke@vedderprice.com | ggoodman@foley.com |
| dludman@brownconnery.com | giddens@hugheshubbard.com |
| dmcguire@winston.com | gkaden@goulstonstorrs.com |
| dmurray@jenner.com | glenn.siegel@dechert.com |
| dneier@winston.com | gmoss@riemerlaw.com |
| dodonnell@milbank.com | gravert@ravertpllc.com |
| dove.michelle@dorsey.com | gspilsbury@jsslaw.com |
| dpegno@dpklaw.com | harrisjm@michigan.gov |
| draelson@fisherbrothers.com | harveystrickon@paulhastings.com |
| dravin@wolffsamson.com | hbeltzer@mayerbrown.com |
| drose@pryorcashman.com | heim.steve@dorsey.com |
| drosenzweig@fulbright.com | heiser@chapman.com |
| drosner@goulstonstorrs.com | hmagaliff@r3mlaw.com |
| dshaffer@wtplaw.com | hollace.cohen@troutmansanders.com |
| dshemano@peitzmanweg.com | holsen@stroock.com |
| dspelfogel@foley.com | howard.hawkins@cwt.com |
| dtatge@ebglaw.com | hseife@chadbourne.com |
| dtheising@harrisonmoberly.com | hsnovikoff@wlrk.com |
| dwdykhouse@pbwt.com | hsteel@brownrudnick.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| ian.roberts@bakerbotts.com | jjoyce@dresslerpeters.com |
| icatto@mwe.com | jjtancredi@daypitney.com |
| igoldstein@proskauer.com | jjureller@klestadt.com |
| ilevee@lowenstein.com | jlamar@maynardcooper.com |
| ira.greene@hoganlovells.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.heaney@lawdeb.com | jlscott@reedsmith.com |
| james.mcclammy@dpw.com | jmaddock@mcguirewoods.com |
| james.sprayregen@kirkland.com | jmakower@tnsj-law.com |
| jamestecce@quinnemanuel.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmelko@gardere.com |
| jason.jurgens@cwt.com | jmerva@fult.com |
| jay.hurst@oag.state.tx.us | jmmurphy@stradley.com |
| jay@kleinsolomon.com | jmr@msf-law.com |
| jbecker@wilmingtontrust.com | jnadritch@olshanlaw.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | jonathan.henes@kirkland.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jchubak@proskauer.com | joseph.serino@kirkland.com; |
| jdoran@haslaw.com | joshua.dorchak@bingham.com |
| jdrucker@coleschotz.com | jowen769@yahoo.com |
| jdwarner@warnerandscheuerman.com | jowolf@law.nyc.gov |
| jdyas@halperinlaw.net | joy.mathias@dubaiic.com |
| jean-david.barnea@usdoj.gov | jpintarelli@mofo.com |
| jeanites@whiteandwilliams.com | jporter@entwistle-law.com |
| jeannette.boot@wilmerhale.com | jprol@lowenstein.com |
| jeff.wittig@coair.com | jrabinowitz@rltlawfirm.com |
| jeffery.black@bingham.com | jrsmith@hunton.com |
| jeffrey.sabin@bingham.com | jschiller@bsfllp.com |
| jeldredge@velaw.com | jschwartz@hahnhessen.com |
| jemma.mcpherson@cliffordchance.com | jsheerin@mcguirewoods.com |
| jen.premisler@cliffordchance.com | jsherman@bsfllp.com |
| jennifer.demarco@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.gore@shell.com | jsmairo@pbnlaw.com |
| jeremy.eiden@ag.state.mn.us | jstoll@mayerbrown.com |
| jfalgowski@reedsmith.com | jsullivan@mosessinger.com |
| jflaxer@golenbock.com | jtimko@shutts.com |
| jfreeberg@wfw.com | jtorf@schiffhardin.com |
| jg5786@att.com | judy.morse@crowedunlevy.com |
| jgenovese@gjb-law.com | jvail@ssrl.com |
| jguy@orrick.com | jwallack@goulstonstorrs.com |
| jherzog@gklaw.com | jwcohen@daypitney.com |
| jhiggins@fdlaw.com | jweiss@gibsondunn.com |
| jhorgan@phxa.com | jwest@velaw.com |
| jhuggett@margolisedelstein.com | jwh@njlawfirm.com |
| jim@atkinslawfirm.com | kanema@formanlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| karen.wagner@dpw.com | lwhidden@salans.com |
| karl.geercken@alston.com | mabrams@willkie.com |
| kdwbankruptcydepartment@kelleydrye.com | maofiling@cgsh.com |
| keckhardt@hunton.com | marc.chait@sc.com |
| keith.simon@lw.com | margolin@hugheshubbard.com |
| ken.coleman@allenovery.com | mark.bane@ropesgray.com |
| ken.higman@hp.com | mark.deveno@bingham.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.ellenberg@cwt.com |
| kiplok@hugheshubbard.com | mark.hellerer@pillsburylaw.com |
| kit.weitnauer@alston.com | mark.sherrill@sutherland.com |
| kkelly@ebglaw.com | marvin.clements@ag.tn.gov |
| kkolbig@mosessinger.com | matt@willaw.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| klynch@formanlaw.com | maustin@orrick.com |
| kmayer@mccarter.com | max.polonsky@skadden.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kpiper@steptoe.com | mbienenstock@proskauer.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| kreynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krosen@lowenstein.com | mcademartori@sheppardmullin.com |
| kuehn@bespc.com | mcantor@normandyhill.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| lacyr@sullcrom.com | mcto@debevoise.com |
| landon@streusandlandon.com | mcyganowski@oshr.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | meghan.breen@srz.com |
| lawrence.gelber@srz.com | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |
| lisa.solomon@att.net | michael.kelly@monarchlp.com |
| ljkotler@duanemorris.com | michael.kim@kobrekim.com |
| lkatz@ltblaw.com | michael.mccrory@btlaw.com |
| lkiss@klestadt.com | michaels@jstriallaw.com |
| lmarinuzzi@mofo.com | millee12@nationwide.com |
| lmay@coleschotz.com | miller@taftlaw.com |
| lmcgowen@orrick.com | mimi.m.wong@irscounsel.treas.gov |
| lml@ppgms.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mjedelman@vedderprice.com |
| loizides@loizides.com | mjr1@westchestergov.com |
| lscarcella@farrellfritz.com | mkjaer@winston.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lubell@hugheshubbard.com | mlandman@lcbf.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mlichtenstein@crowell.com | pmaxcy@sonnenschein.com |
| mlynch2@travelers.com | ppascuzzi@ffwplaw.com |
| mmooney@deilylawfirm.com | ppatterson@stradley.com |
| mmorreale@us.mufg.jp | psp@njlawfirm.com |
| mneier@ibolaw.com | ptrain-gutierrez@kaplanlandau.com |
| monica.lawless@brookfieldproperties.com | ptrostle@jenner.com |
| mpage@kelleydrye.com | r.stahl@stahlzelloe.com |
| mparry@mosessinger.com | raj.madan@bingham.com |
| mpomerantz@julienandschlesinger.com | ramona.neal@hp.com |
| mprimoff@kayescholer.com | rbeacher@pryorcashman.com |
| mpucillo@bermanesq.com | rbernard@foley.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| msegarra@mayerbrown.com | rflanagan@flanassoc.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.fingard@newedge.com |
| mwarren@mtb.com | richard.lear@hklaw.com |
| nathan.spatz@pillsburylaw.com | richard.levy@lw.com |
| nbojar@fklaw.com | richard.tisdale@friedfrank.com |
| ncoco@mwe.com | richard@rwmaplc.com |
| neal.mann@oag.state.ny.us | rick.murphy@sutherland.com |
| ned.schodek@shearman.com | rjones@boultcummings.com |
| neilberger@teamtogut.com | rleek@hodgsonruss.com |
| newyork@sec.gov | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.bailey@bnymellon.com |
| notice@bkcylaw.com | robert.dombroff@bingham.com |
| oipress@travelers.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robin.keller@lovells.com |
| paul.turner@sutherland.com | roger@rnagioff.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbosswick@ssbb.com | ross.martin@ropesgray.com |
| pdublin@akingump.com | rrainer@wmd-law.com |
| peisenberg@lockelord.com | rreid@sheppardmullin.com |
| peter.blasone@klgates.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | rwasserman@cftc.gov |
| pfeldman@oshr.com | rwyron@orrick.com |
| phayden@mcguirewoods.com | s.minehan@aozorabank.co.jp |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| sabramowitz@velaw.com | steven.troyer@commerzbank.com |
| sabvanrooy@hotmail.com | steven.usdin@flastergreenberg.com |
| sally.henry@skadden.com | steven.wilamowsky@bingham.com |
| samuel.cavior@pillsburylaw.com | steven@blbglaw.com |
| sandyscafaria@eaton.com | streusand@streusandlandon.com |
| scargill@lowenstein.com | susheelkirpalani@quinnemanuel.com |
| schannej@pepperlaw.com | sweyl@haslaw.com |
| schepis@pursuitpartners.com | swolowitz@mayerbrown.com |
| schnabel.eric@dorsey.com | szuch@wiggin.com |
| schristianson@buchalter.com | tannweiler@greerherz.com |
| schwartzmatthew@sullcrom.com | tbrock@ssbb.com |
| scott.golden@hoganlovells.com | tdewey@dpklaw.com |
| scottj@sullcrom.com | tduffy@andersonkill.com |
| scottshelley@quinnemanuel.com | tgoren@mofo.com |
| scousins@armstrongteasdale.com | thaler@thalergertler.com |
| sdnyecf@dor.mo.gov | thomas.califano@dlapiper.com |
| seba.kurian@invesco.com | tim.desieno@bingham.com |
| sehlers@armstrongteasdale.com | timothy.brink@dlapiper.com |
| seichel@crowell.com | tjfreedman@pbnlaw.com |
| sfelderstein@ffwplaw.com | tkiriakos@mayerbrown.com |
| sfineman@lchb.com | tlauria@whitecase.com |
| sfox@mcguirewoods.com | tmacwright@whitecase.com |
| sgordon@cahill.com | tmarrion@haslaw.com |
| sgubner@ebg-law.com | tnixon@gklaw.com |
| shannon.nagle@friedfrank.com | toby.r.rosenberg@irscounsel.treas.gov |
| sharbeck@sipc.org | tom.schorling@whitecase.com, |
| shari.leventhal@ny.frb.org | tomwelsh@orrick.com |
| shgross5@yahoo.com | tslome@msek.com |
| sidorsky@butzel.com | ttracy@crockerkuno.com |
| sleo@bm.net | tunrad@burnslev.com |
| slerman@ebglaw.com | twheeler@lowenstein.com |
| slerner@ssd.com | villa@streusandlandon.com |
| slevine@brownrudnick.com | vmilione@nixonpeabody.com |
| sloden@diamondmccarthy.com | vrubinstein@loeb.com |
| smayerson@ssd.com | walter.stuart@freshfields.com |
| smillman@stroock.com | wanda.goodloe@cbre.com |
| smulligan@bsblawyers.com | wballaine@lcbf.com |
| snewman@katskykorins.com | wbenzija@halperinlaw.net |
| sory@fdlaw.com | wchen@tnsj-law.com |
| spiotto@chapman.com | wcurchack@loeb.com |
| splatzer@platzerlaw.com | wdase@fzwz.com |
| squsba@stblaw.com | wfoster@milbank.com |
| sree@lcbf.com | will.sugden@alston.com |
| sschultz@akingump.com | wiltenburg@hugheshubbard.com |
| sselbst@herrick.com | wisotska@pepperlaw.com |
| sshimshak@paulweiss.com | wk@pwlawyers.com |
| sskelly@teamtogut.com | wmaher@wmd-law.com |
| sstarr@starrandstarr.com | wmarcari@ebglaw.com |
| steele@lowenstein.com | wmckenna@foley.com |
| stephen.cowan@dlapiper.com | wrightth@sullcrom.com |
| steve.ginther@dor.mo.gov | wsilverm@oshr.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**Additional Party**

mprimoff@kayescholer.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
FAX SERVICE LIST

| FAX | NAME |
|---|---|
| 212-506-1800 | KASOWITZ BENSON TORRES LLP ATTN: M. KASOWITZ |
| 404-881-7777 | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE |
| 866-596-3967 | NIXON PEABODY LLP ATTN: CHRISTOPHER M. DESIDERIO |
| 212-548-2150 | MCGUIRE WOODS LLP ATTN: PATRICK L. HAYDEN SHAWN R. FOX |
| 800-364-1291 | THE MICHAELSON LAW FIRM  ATTN: ROBERT N. MICHAELSON |

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.
OVERNIGHT SERVICE LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574