**Georgia Department of Revenue**
COMPLIANCE DIVISION - BANKRUPTCY SECTION
1800 CENTURY BLVD NE, SUITE 17200
ATLANTA, GA 30345-3205
Telephone: (404) 417-2488   Fax: (404) 417-2484

Peter Donnelly, Deputy Commissioner of Tax                    Douglas J. MacGinnitie, State Revenue Commissioner

LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE 3RD FLOOR
NEW YORK NY 10017-2013

Letter ID:    L1064390752
Issued Date:  13-Jun-2013

Re:   LEHMAN BROTHERS SPECIAL FINANCING INC
      08-13888
      S DIST OF NY - NEW YORK
      Chapter 11

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 1629, in the amount of $1,000.00 regarding the above referenced matter.

Sincerely,

*Eunice Nicholson*
Eunice Nicholson
Authorized Representative
Georgia Department of Revenue