Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | BNP Paribas Securities Corp. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 67138

Amount of Claim: $57,219,369.00

Date Claim Filed:  10/25/2010

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___   Date: _____
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**                                               **EXHIBIT A1**

TO:    United States Bankruptcy Court for the
       Southern District of New York ("Bankruptcy Court")
       Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67138

BNP PARIBAS SECURITIES CORP., its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

DEUTSCH BANK AG, LONDON BRANCH
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Tel:    212-250-5760
Fax:    212-797-8770
Attn : Matthew Weinstein

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $57,219,369.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated May ___, 2013.

SELLER

BNP PARIBAS SECURITIES CORP.

By: /s/ Mary Dierdorff
Name: Mary Dierdorff
Title: Authorized Representative

By: /s/ Patrick McAvoy
Name: Patrick McAvoy
Title: Authorized Representative

BUYER

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated May ___, 2013.

| SELLER | BUYER |
|---|---|
| BNP PARIBAS SECURITIES CORP. | DEUTSCHE BANK AG, LONDON BRANCH |

By: _____
  Name:
  Title:

By: _____
  Name: Philipp Kozaro
  Title: Director

By: _____
  Name:
  Title: [Vice President]