# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

June 19, 2013

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
     **Forty-third Status Report**

Dear Judge Peck:

The six Mediators have requested again, your Honor, that I submit this monthly report (the forty-third) to the Court pursuant to Order ¶13 that governs Tier One ADRs.  In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012.  Debtors will file this report on the docket in advance of the June 19, 2013 omnibus hearing.

In the 35 days following the last prior report, Debtors served 105 additional ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 421. During the immediately past reporting period, Debtors achieved settlements with counterparties in four ADR matters, none as a result of mediation.  Upon closing of such settlements, Debtors will have received an aggregate total of $1,543,923,352 new dollars for the Debtors' estates.  Settlements now have been achieved in 264 ADR matters involving 358 counterparties.

Honorable James M. Peck                                    **Weil, Gotshal & Manges LLP**
June 19, 2013
Page 2

To date, of the 108 ADR matters that have reached the mediation stage in Tier One and have been concluded, 101 have been settled in mediation. Only seven Tier One mediations have terminated without settlement. Two additional Tier One mediations have been scheduled to commence on the following date: July 25 and 31, 2013.

Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Stephen Crane, Esq
     Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Jane Greenspan, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)