## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 89: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BPI OBRIGACOES DE ALTO RENDIMENTO DE ALTO RISCO DE OBRIGACOES DE TAXA FIXA (BPI OARAR) LARGO JEAN MONET, NO. 11, 5 LISBOA, 1250-049 PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57662 | $170,000.00 | No Liability Claim |
| 2 | BPI REFORMA INVESTIMENTO PPR LARGO JEAN MONET, NO. 11, 5 LISBOA, 1250-049 PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57657 | $2,750,000.00 | No Liability Claim |
| | | | | | TOTAL | $2,920,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts