# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.,                Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: **BSI SA**                    Name of Transferor: **Credit Suisse AG**

Name and Address where notices to transferee should be sent:
**BSI SA**
**Attn. Mr. Andrea Ferrari – Custody Administration**
**Via Magatti 2**
**6900 Lugano, Switzerland**

Court Claim #:                58829
Amount of Claim: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details for USD 30,000

Date Claim Filed: 10/29/2009

Phone: Phone: +41 (0)58 8083373
Email: group.bsicustodyadministration@bsibank.com

Phone: +41 44 333 09 46

Last Four Digits of Acct #:                    Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments should be sent (if different from above):

**CITIBANK NEW YORK**
**SWIFT address: CITIUS33**
**Account nr. 10938561**
**In the name of BSI SA**
**Attn. Andrea Ferrari**
**Ref: Lehman**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____P. Solari_____A.. Ferrari____        Date:  June 4th 2013
BSI SA as Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE AG** ("Transferor") unconditionally and irrevocably transferred to **BSI SA Lugano** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 4, 2013.**

By:_____
Name: Adrian Graf
Title: AVP

By:_____
Name: Pilipp Oswald
Title: AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0340735892 | 55829 | October 30, 2009 | Lehman Brothers Securities NV | USD 30,000 |

United States Bankruptcy Court
Southern District of New York
Lehman Borthers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

**BY DHL**

**EXPRESS WORLDWIDE** IntraShip  **DOX**  **DHL**

From BSI SA
+4191/8093111
VIA FRANSCINI 8
6900 LUGANO
CH SWITZERLAND

Origin
LUG

Phone:

To: EPIQ BANKRUPTCY SOLUTIONS LLC
ATT. LEHMAN BROTHERS HOLDINGS
CLAIM PROCESSING
757 THIRD AVENUE
3RD FLOOR
10017 NEW YORK NEW YORK
US UNITED STATES OF AMERICA

P-TSS

0.5 kg    1/1

FILED / RECEIVED
JUN 11 2013

www.dhl.com



To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

**BY DHL**

Lugano    5 June 2013

Notice of transfer, from Credit Suisse AG (the "Transferor") to BSI SA on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Securities N.V. (the "Securities") and claim n. 55829 attached thereto (the "Claim")

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "Transfer").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) *"Evidence of Transfer of Claim"*, signed by Credit Suisse AG as Transferor, as proof that Credit Suisse AG has partially transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

Patrizia Solari        Andrea Ferrari

*Attachments: as above*