**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (JMP)
                                                     :
                    Debtors.                         : (Jointly Administered)
                                                     :
------------------------------------------------------------------------x  Ref. Docket No. 37956

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 13, 2013, I caused to be served the "Notice of Hearing on Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated June 13, 2013, to which was attached the "Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated June 13, 2013 [Docket No. 37956], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed in the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
14th day of June, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

1

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bslawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com

2

ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com

ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com

3

jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com;
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com

jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com

4

kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com

5

mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com

peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com

6

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com

sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com

7

tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com,
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com

wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ALRENE PTY LIMITED ATF THE FIRMAN | SUPERANNUATION FUND C/- APARTMENT 39, 27 QUEENS ROAD MELBOURNE VIC 3004 AUSTRALIA |
| ARC ENERGY LIMITED | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| ARC ENERGY LIMITED | C/AMANDA BANTON PIPER ALDERMAN LEVEL 23, GOVERNOR MACQUARIE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| ARMIDALE DUMARESQ COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| BLAND SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| BLAND SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| BLAYNEY SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| BLUE MOUNTAINS CITY COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER- 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| BOYSTOWN | BOYSTOWN BUSINESS CENTRE SUITE 9, BLACK STREET MILTON QLD 4064 AUSTRALIA |
| BROKEN HILL CITY COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CABONNE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CENTRAL TABLELANDS WATER | ATTN: AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWE- 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CITY OF ALBANY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| CITY OF ALBANY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CITY OF GERALDTON-GREENOUGH COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| CITY OF GERALDTON-GREENOUGH COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CITY OF MELVILLE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| CITY OF MELVILLE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CITY OF RYDE | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CITY OF SWAN | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| COFFS HARBOUR CITY COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| COFFS HARBOUR CITY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CRAIG WHITE PTY LTD | C/- CRAIG WHITE P.O. BOX 1918 BYRON BAY NSW 2481 AUSTRALIA |
| DENILIQUIN COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| DENILIQUIN COUNCIL | C/AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| FIRMAN, JOHN JOSEPH/FIRMAN, JUDITH ANN/COLLIN, NIC | COLLIN, SAMANTHA LOUISE ATF NICHOLAS COLLIN SUPERANNUATION FUND C/ APARTMENT 39, 27 QUEENS ROAD MELBOURNE VICTORIA 3004 AUSTRALIA |
| GILGANDRA COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| GILGANDRA COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOVERNOR MCQUARIE TOWER 1 FARRER |

| Claim Name | Address Information |
|---|---|
| GILGANDRA COUNCIL | PLACE SYDNEY NSW 2000 AUSTRALIA |
| GLENROAD HOLDINGS PTY LIMITED | C/ - CRAIG WHITE P.O. BOX 1918 BYRON BAY NSW 2481 AUSTRALIA |
| GOWING BROTHERS LIMITED | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| GOWING WHALE FUND PTY LIMITED | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| GOWINGS BROS LIMITED | C/-21/26-32 PIRRAMA ROAD PYRMONT NSW 2009 AUSTRALIA |
| GOWINGS WHALE FUND P/L ATF | GOWINGS WHALE TRUST C/-21/26-32 PIRRAMA ROAD PYRMONT NSW 2009 AUSTRALIA |
| GUYRA SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| HURSTVILLE CITY COUNCIL | CIVIC CENTRE MCMAHON STREET HURSTVILLE NSW 2220 AUSTRALIA |
| KIAMA MUNICIPAL COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| KIAMA MUNICIPAL COUNCIL | C/O  AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 200 AUSTRALIA |
| LANSELL PTY LTD ATF THE ALEX MARAKOFF SUPERANNUATI | LOCKED BAG 171 EDGECLIFF NSW 2027 AUSTRALIA |
| LEHMAN BROTHERS AUSTRALIA LIMITED (IN LIQUIDATION) | C/O NEIL SINGLETON AND STEPHEN PARBERY PPB LEVEL 46, MLC CENTRE 19 MARTIN PLACE SYDNEY, NSW 2000 AUSTRALIA |
| LEICHHARDT COUNCIL - ABN 92379 942 845 | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| LITTLE COLLINS SPRING PTY LIMITED | ATF LITTLE COLLINS SPRING TRUST C/-97 SPRING STREET MELBOURNE VIC 3000 AUSTRALIA |
| MCCAMISH BROS (ORCHARDS) PTY LTD | C/O PETER MCCAMISH 305 CORNISH ROAD ARDMONA VIC 3629 AUSTRALIA |
| MCMULLEN, DAVID AND FIONA | AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOVERNOR MACQUARIE TOWER- 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| MCMULLEN, DAVID AND FIONA | 18 SIXTH AVENUE KENSINGTON, WESTERN AUSTRALIA 6151 AUSTRALIA |
| MOREE PLAINS SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| MOREE PLAINS SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| MORTGAGE RISK MANAGEMENT PTY LTD. | C/O WIDE BAY AUSTRALIA LTD. PO BOX 1063 BUNDABERG QLD 4670 AUSTRALIA |
| NARRABI SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| NARRABRI SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| ORANGE CITY COUNCIL | CNR BYNG ST AND LORDS PLACE ORANGE, NSW 2000 AUSTRALIA |
| ORANGE CITY COUNCIL | AMANDA BANTON PIPER ALDERNAN, LEVEL 23 GOVERNOR MACQUARIE TOWER- 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| PARKES SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| PITTWATER COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| PITTWATER COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| PORT MACQUARIE-HASTINGS COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| PORT MACQUARIE-HASTINGS COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOVE MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| PORT STEPHENS COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| PRESCARE ABN 85338603114 | PRESBYTERIAN CHURCH OF QUEENSLAND PO BOX 15136 CITY EAST          BRIBANE QLD4002 AUSTRALIA |

| Claim Name | Address Information |
|---|---|
| ROCK BUILDING SOCIETY LIMITED, THE - ABN 16 067 76 | AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOVERNOR MACQUARIE TOWER- 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| ROCK BUILDING SOCIETY LIMITED, THE - ABN 16 067 76 | 102 BOLSOVER STREET ROCKHAMPTON, QLD 4700 AUSTRALIA |
| SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| SUTHERLAND SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| TENTERFIELD SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| TENTERFIELD SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV. MAQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| TOWN OF KWINANA | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV. MAQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| TOWN OF KWINANA | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| TRUSTEES OF DE LA SALLE BROTHERS | C/O KING FINANCIAL SERVICES P/L LEVEL 1 11 NATIONAL CIRCUIT BARTON ACT 2600 AUSTRALIA |
| TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV. MAQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| URALLA SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV. MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| WALCHA COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| WELLINGTON SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| WELLINGTON SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| WOOLLAHRA MUNICIPAL COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN LAWYERS LEVEL 23, GOV MACQUARIE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| YASS VALLEY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| YASS VALLEY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |

**Total Creditor count  78**