## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 213: EXHIBIT A - SUBORDINATED GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|---|---|---|---|---|---|---|
| 1 | BANQUE POPULAIRE COTE D'AZUR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/09 | 37176 | XS0282978666 | $5,140,305.27 |
| | | | | | | TOTAL | $ 5,140,305.27 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Ninth Omnibus Objection.