## OMNIBUS OBJECTION 214: EXHIBIT A – SUBORDINATED GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|---|---|---|---|---|---|---|
| 1 | BANQUE POPULAIRE COTE D'AZUR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/09 | 37175 | XS0301813522 | $808,807.13 |
| | | | | | | TOTAL | $ 808,807.13 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Ninth Omnibus Objection.