**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING
## DEBTORS' TWO HUNDRED SEVENTEENTH OMNIBUS
## OBJECTION TO DISALLOW AND EXPUNGE CERTAIN CLAIMS

Upon the two hundred seventeenth omnibus objection to claims, dated September 16, 2011 (the "Two Hundred Seventeenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Subordinated Guarantee Claims, all as more fully described in the Two Hundred Seventeenth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Seventeenth Omnibus Objection to Claims having been provided; and it appearing that no other or further notice need be provided; and the holder of the Subordinated Guarantee Claim listed on Exhibit 1 attached hereto having filed a response to the Two Hundred Seventeenth Omnibus Objection to Claims [ECF No. 21996] (the "Response"); and the holder of the No Liability Claim listed on Exhibit 1 having withdrawn the Response [ECF No. 22690]; and the Court having found and determined that the relief sought in the Two Hundred Seventeenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Seventeenth Omnibus Objection to Claims.

that the legal and factual bases set forth in the Two Hundred Seventeenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

   ORDERED that the relief requested in the Two Hundred Seventeenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

   ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, all portions of the claim listed on <u>Exhibit 1</u> annexed hereto that relate to the securities identified by ISIN XS0243852562, whether liquidated, unliquidated or undetermined, are disallowed and expunged with prejudice; and it is further

   ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



Dated: New York, New York  
   June 19, 2013

/s/ James M. Peck  
_____  
Honorable James M. Peck  
United States Bankruptcy Judge

2