## OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | DEKA INVESTMENT GMBH, ON BEHALF OF: | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58964 | $427,320.00 * | $427,320.00 |
| | | | | | TOTAL | $427,320.00 | $427,320.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts