UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                         :
                    Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING THREE HUNDRED SEVENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred seventy-eighth omnibus objection to claims, dated December 7, 2012 (the "Three Hundred Seventy-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the No Liability Claims, all as more fully described in the Three Hundred Seventy-Eighth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Seventy-Eighth Omnibus Objection to Claims having been provided; and it appearing that no other or further notice need be provided; and the holder of the No Liability Claim listed on Exhibit 1 attached hereto having filed a response to the Three Hundred Seventy-Eighth Omnibus Objection to Claims [ECF No. 34217] (the "Response"); and the holder of the No Liability Claim listed on Exhibit 1 having withdrawn the Response [ECF No. 36837]; and the Court having found and determined that the relief sought in the Three Hundred Seventy-Eighth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Seventy-

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Seventy-Eighth Omnibus Objection to Claims.

2

Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Seventy-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, all portions of the claim listed on <u>Exhibit 1</u> annexed hereto that relate to the securities identified by ISIN XS0215349357 or ISIN XS0229269856, whether liquidated, unliquidated or undetermined, are disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      June 19, 2013

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge