## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)
## OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 1  BANK OF VALLETTA P.L.C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58114 | XS0229269856 | $3,491,415.00 * |
| | | | | | TOTAL | $ 3,491,415.00 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.