UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                                          )
                                                                ) Chapter 11
                                                                )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        ) Case No. 08-13555 (JMP)
                                                                )
                                                                )
                                                                )
     Debtors                                                    ) (Jointly Administered)
----------------------------------------------------------------x

## TRANSFER OF CLAIMS FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| <u>CVF II Lux Securities Trading S.à r.l.</u> | <u>CVF II Lux Finco, LLC</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVF II Lux Securities Trading S.à r.l.
c/o Carval Investors LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg
(952) 984-3416

Case No.: 08-13555
Court Claim No.: See attached
Amount of Claim as Filed: See attached
Date Claim Filed: See attached
Debtor: Lehman Brothers Holdings Inc.

*With Copies To*:

Credit Suisse
11 Madison Avenue
New York, NY 10010
Attn: William Doyle
(212) 325-3571

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
E-mail: <u>dhoyt@andrewskurth.com</u>

Error! Unknown document property name.

# EVIDENCE OF TRANSFER OF CLAIMS FOR SECURITY

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVF II Lux Finco, LLC (the "Finco"), hereby unconditionally and irrevocably grants a first priority security interest to CVF II Lux Securities Trading S.à r.l. ("Trading") in all of its right, title, interest, claims and causes of action in and to, or arising under or in consideration with, the claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) listed below (each, a "Claim," and collectively, the "Claims") against the Debtor in the above captioned jointly administered bankruptcy proceedings pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim as listed below held by Finco with the Bankruptcy Court in respect of the foregoing claims.

| Proof of Claim No. | Claim Amount |
|---|---|
| 13940 | $37,000,000.00 |
| 20121 | $39,697,528.17 |
| 15922 | $100,000,000.00 |

Finco hereby directs the Debtor and the Bankruptcy Court to make all payments or distributions of money or property in respect of the claim to the following account:

Wire Instructions:
Citibank N.A., N.Y.
ABA 021 000 089
A/C Credit Suisse Securities (USA) LLC, N.Y.
A/C 4080 4003
F/F/C 70YA00 CVF II Lux Finco, LLC

Finco hereby waives any objection to the transfer of the Claims for security to Trading on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or any other applicable law.

Error! Unknown document property name.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS FOR SECURITY is executed this ___18th___ day of June, 2013.

CVF II LUX FINCO, LLC

By CVI CVF II Lux Master S.À R.L.,
Its sole Member/Manager

By: _____
Name: __Tiffany Parr_____
Title: __Authorized Signer_____


CVI CVF II LUX SECURITIES TRADING S.À R.L.

By: _____
Name: _____
Title: __Tiffany Parr_____
       __Authorized Signer_____

Error! Unknown document property name.

# EVIDENCE OF TRANSFER OF CLAIMS

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered

CVI CVF II Lux Master S.à.r.l. (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Master Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred, and assigned to:

CVF II Lux Finco, LLC
c/o CarVal Investors, LLC
9320 Excelsior Blvd, 7th Floor
Hopkins, MN 55343
Attn: Teri Salberg
Email: bdsettlements@carval.com
Tel: 952-984-3416

its successors and assigns ("Buyer"), all rights, title, and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. in the proof of claim numbers and in the dollar amounts as further set forth below (each, a "Claim," and collectively, the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JPM).

| Proof of Claim No. | Claim Amount |
|---|---|
| 13940 | $37,000,000.00 |
| 20121 | $39,697,528.17 |
| 15922 | $100,000,000.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to each of the Claims to Buyer.

**Error! Unknown document property name.**

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the __18th__ day of June, 2013.

SELLER:

CVI CVF II LUX MASTER S.À R.L.

By Carval Investors, LLC
Its attorney-in-fact

By: _____
    Name:
    Title:   **Tiffany Parr**
             **Authorized** Signer


BUYER

CVF II LUX FINCO, LLC

By Carval Investors, LLC
Its attorney-in-fact

By: _____
    Name:
    Title:   **Tiffany Parr**
             **Authorized** Signer

Error! Unknown document property name.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              )
In re:                                        )   Chapter 11
                                              )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      )   Case No. 08-13555 (JMP)
                                              )
                                              )
                                              )
          Debtors                             )   (Jointly Administered)
---------------------------------------------------------------x

## TRANSFER OF CLAIMS FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| <u>CVF II Lux Securities Trading S.à r.l.</u><br>Name of Transferee | <u>CVF II Lux Finco, LLC</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

CVF II Lux Securities Trading S.à r.l.
c/o Carval Investors LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg
(952) 984-3416

Case No.: 08-13555
Court Claim No.: See attached
Amount of Claim as Filed: See attached
Date Claim Filed: See attached
Debtor: Lehman Brothers Special Financing Inc.

*With Copies To*:

Credit Suisse
11 Madison Avenue
New York, NY 10010
Attn: William Doyle
(212) 325-3571

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
E-mail: <u>dhoyt@andrewskurth.com</u>

**Error! Unknown document property name.**

## EVIDENCE OF TRANSFER OF CLAIMS FOR SECURITY

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVF II Lux Finco, LLC (the "Finco"), hereby unconditionally and irrevocably grants a first priority security interest to CVF II Lux Securities Trading S.à r.l. ("Trading") in all of its right, title, interest, claims and causes of action in and to, or arising under or in consideration with, the claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) listed below (each, a "Claim," and collectively, the "Claims") against the Debtor in the above captioned jointly administered bankruptcy proceedings pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim as listed below held by Finco with the Bankruptcy Court in respect of the foregoing claims.

| Proof of Claim No. | Claim Amount |
|---|---|
| 13939 | $37,000,000.00 |
| 20149 | $39,696,491.20 |
| 15921 | $100,000,000.00 |

Finco hereby directs the Debtor and the Bankruptcy Court to make all payments or distributions of money or property in respect of the claim to the following account:

Wire Instructions:
Citibank N.A., N.Y.
ABA 021 000 089
A/C Credit Suisse Securities (USA) LLC, N.Y.
A/C 4080 4003
F/F/C 70YA00 CVF II Lux Finco, LLC

Finco hereby waives any objection to the transfer of the Claims for security to Trading on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or any other applicable law.

**Error! Unknown document property name.**

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS FOR SECURITY is executed this 18th day of June, 2013.

CVF II LUX FINCO, LLC

By CVI CVF II Lux Master S.À R.L.,
Its sole Member/Manager

By: _____
Name: Tiffany Parr
Title: Authorized Signer


CVI CVF II LUX SECURITIES TRADING S.À R.L.

By: _____
Name: Tiffany Parr
Title: Authorized Signer

Error! Unknown document property name.

Tiffany Parr
Authorized Signer

Tiffany Parr
Authorized Signer

# EVIDENCE OF TRANSFER OF CLAIMS

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered

CVI CVF II Lux Master S.à.r.l. (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Master Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred, and assigned to:

CVF II Lux Finco, LLC
c/o CarVal Investors, LLC
9320 Excelsior Blvd, 7th Floor
Hopkins, MN 55343
Attn: Teri Salberg
Email: bdsettlements@carval.com
Tel: 952-984-3416

its successors and assigns ("Buyer"), all rights, title, and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. in the proof of claim numbers and in the dollar amounts as further set forth below (each, a "Claim," and collectively, the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JPM).

| Proof of Claim No. | Claim Amount |
|---|---|
| 13939 | $37,000,000.00 |
| 20149 | $39,696,491.20 |
| 15921 | $100,000,000.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to each of the Claims to Buyer.

**Error! Unknown document property name.**

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 16th day of June, 2013.

SELLER:

CVI CVF II LUX MASTER S.À R.L.

By Carval Investors, LLC
Its attorney-in-fact

By: _____
    Name:
    Title:  **Tiffany Parr**
            **Authorized Signer**

BUYER

CVF II LUX FINCO, LLC

By Carval Investors, LLC
Its attorney-in-fact

By: _____
    Name:
    Title:  **Tiffany Parr**
            **Authorized Signer**

Error! Unknown document property name.