**EXHIBIT A**

HEARING DATE AND TIME: July 25, 2013 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: July 19, 2013 at 4:00 p.m. (Eastern Time)

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT A TO OMNIBUS OBJECTION 422 – BASIS FOR OBJECTIONS AS TO EACH EMPLOYMENT CLAIM**

| CLAIMS | | | | | | DISALLOW AND EXPUNGE | | | | | REDUCE AND ALLOW AND/OR RECLASSIFY AS EQUITY PORTION OF AOC* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Case No. | Debtor Name | Claim No. | Amount of Claim ("AOC") | Basis for Claim | Non-Debtor Employee Claims | Transferred Employee Bonus Claims | Transferred Employee Severance Claim | Wage Claims | Unused Vacation Claims | Paid By Barclays Claims | Equity Award Program Claims* |
| DORLAND, CHRISTOPHER | 08-13885 (JMP) | Lehman Brothers Commodities Services, Inc. | 180 | $1,275,000.00 | Bonus Claim | | X (AOC) | | | | X | X |
| GRECO, JOHN | 08-13885 (JMP) | Lehman Brothers Commodities Services, Inc. | 599 | $572,928.75 | Bonus Claim / Severance Claim | | X ($492,000.00) | X ($80,928.75) | | | X | X |
| MCLOUGHLIN, ALYSSE | 08-13555 (JMP) | Lehman Brothers Holdings, Inc. | 25510 | $181,731.00 | Bonus Claim / Unused Vacation Claim | X (AOC) | X ($175,000.00) | | | X ($6,731.00) | X | X |
| O'CONNOR, MATTHEW S. | 08-13555 (JMP) | Lehman Brothers Holdings, Inc. | 197 | $1,690,000.00 | Bonus Claim / Wage Claim | X (AOC) | X ($1,650,000.00) | | X ($40,000.00) | | X | X |
| POCZA, ROD | 08-13885 (JMP) | Lehman Brothers Commodities Services, Inc. | 324 | $330,000.00** | Bonus Claim | | X (AOC) | | | | X | X |
| TORRES, CARLOS | 08-13885 (JMP) | Lehman Brothers Commodities Services, Inc. | 532 | $245,000.00 | Bonus Claim | | X (AOC) | | | | X | X |
| WILSON, DAVID | 08-13885 (JMP) | Lehman Brothers Commodities Services, Inc. | 772 | $330,000.00 | Bonus Claim | | X (AOC) | | | | X | X |

\*   Indicates the Paid By Barclays Claims and Equity Award Program Claims are for amounts to be determined.

\*\*  Indicates the claim contains an unliquidated amount of CDN$9,698.72; however, in an email to Erika del Nido at Weil, Gotshal & Manges, dated June 14, 2012, Claimant stated he no longer seeks the unliquidated amount. *See* Exhibit C annexed to the Four Hundred Twenty-Second Omnibus Objection.