# **EXHIBIT C**

## Spinelli, Joyce

| | |
|---|---|
| From: | Rod Pocza <rpocza@termna.com> |
| Sent: | Thursday, June 14, 2012 7:28 PM |
| To: | del Nido, Erika |
| Subject: | Response to Requested Information Inquiry - Claim # 324 Rod Pocza against LBHI |
| Attachments: | Lehman Claim 324 attachments.pdf |

Erika, thank you for your letter dated June 8, 2012 requesting additional information relating to my claim #324 (attached ) filed October 20, 2008.

Your June 8, 2012 letter requested :

(i) The amount (and any supporting documentation of such amount) of any bonus payment I received from Barclays relating to my 2008 commpensation
(ii) The commencement date and termination date of my employment with Barclays

As you are aware, my claim was filed October 17, 2008 and was received and acknowledged by Epiq on October 20,2008. Since the filing date in October 2008, I did receive the funds due to me in my Proof of Claim for items 2, 3, & 4 totalling $9,698.72 so these amounts are no longer part of my outstanding claim. I have attached copies of my pay slips and corresponndence from Barclays setlling all of these outstanding payments for vacation pay, saving plans etc.

Therefore, the only outstanding item is **item 1** in my Proof of Claim which is for Compensation in my Offer Letter from Lehman dated December 28, 2007 (attached with my claim) which included a minimum bonus for the 2008 performance year in the amount of US$330,000



response to your request (ii) above I have attached the following information:

- Copy of an e-mail from Barclays dated September 21, 2008 offering me employment which I accepted
- A Record Of Employment provided to the Government of Canada from Barclays showing my start date of September 22, 2008 and my termination date of December 05, 2008.

In response to your request (i) above I have attached the following information:

- On December 03, 2008 I received an agreement from Barclay's concerning my seperation from employment by Barclays (attached)
- Before I was willing to accept Barclays offer, I wanted to be absolutely certain that my acceptance would not in any way, impact my claim against Lehman. I spoke with and was provided an e-mail dated December 08, 2008 (attached) from Lisa Swanson with Barclays assuring me that acceptance of Barclays offer would not limit my claim against Lehman. With this assurance, later on december 08, 2008 I accepted Barclays offer. The details of the payments I received are in the Seperation Agreement and I have attached a copy of my pay stubs from Barclays showing the amounts. Please note…the amount due to me were in US funds but actual dollars received were converted to Canadian funds for tax purposes. I have shown on the pay stubs the $US to Canadian $ conversion rate that was applied at the time of payments.

I trust the above e-mail response and attached information satifies your Request for Additional Information. I sincerely appreciate your review of my claim as it has been over 3 years and 7 months since I have heard any feedback. I have provided Epiq with my Tax Form and OFAC Certification and they have acknowledged receipt. **Please acknowledge your ceipt of my response to your Requested Information before the June 22, 2012 date. If you requires originals or ould like me to courier this response with attachments please let me know and I will courier immediately.**

1

Thank you again and please don't hesitate to call me at 1-403-984-5353 at the office or 1-403-540-0852 on my cell if you would like to discuss any of the information provided or if you require additional information.

Please note…. I have moved from the address filed in my claim. My old residence is still forwarding me my mail but I am concerned that this may not continue in the future. To ensure I receive your correspondence in the future, **please sent all future mail to my new residence located at 145 Oakbriar Close SW, Calgary, Alberta, Canada T2P 5G8.**

Regards,


Rod Pocza



Senior Vice President
Twin Eagle Resource Management Canada, LLC
Fifth & Fifth Tower, Suite 1910
605 – 5th Avenue SW, Calgary, Alberta, T2P 3H5
Phone (403) 984-5353
Cell    (403) 540-0852
rpocza@termna.com



2