**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Jason B. Sanjana, Esq.
Email: jason.sanjana@lw.com
*Attorneys for GoldenTree Asset Management*
*and its affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws its appearance in this case on behalf of GoldenTree Asset Management and its affiliates in the above-captioned Chapter 11 proceedings. Mark A. Broude of Latham & Watkins LLP will remain as attorney of record for GoldenTree Asset Management and its affiliates..

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
　　　　June 20, 2013

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

By: /s/ Jason B. Sanjana

Jason B. Sanjana
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jason.sanjana@lw.com

*Attorneys for GoldenTree Asset Management and its affiliates*

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Jason B. Sanjana, Esq.
Email: jason.sanjana@lw.com
*Attorneys for GoldenTree Asset Management and its affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached has been served upon interested parties on the 20th day of June, 2013 via ECF notification.

Dated: New York, New York
June 20, 2013

LATHAM & WATKINS LLP

By: /s/ Jason B. Sanjana

Jason B. Sanjana
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jason.sanjana@lw.com

*Attorneys for GoldenTree Asset Management and its affiliates*