**Platzer, Swergold, Karlin, Levine,**
**Goldberg & Jaslow, LLP**
1065 Avenue of The Americas, 18th Floor
New York, NY 10018
(212) 593-3000
Sydney G. Platzer, Esq.

*Attorneys for 250 East Borrower, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,               Case No.: 08-13555 (JMP)

                        Debtors.                        Jointly Administered
--------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE**, that the undersigned hereby withdraws its appearance on behalf of 250 East Borrower, LLC in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that he be removed from all service lists for these cases, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
       June 20, 2013

                              Respectfully submitted,

                              Platzer, Swergold, Karlin,
                              Levine, Goldberg & Jaslow, LLP

                              By:*/s/ Sydney G. Platzer*
                              Sydney G. Platzer, Esq.
                              1065 Avenue of The Americas, 18th Floor
                              New York, New York 10018
                              Tel.: (212) 593-3000
                              Fax: (212) 593-0353
                              splatzer@platzerlaw.com

                              *Counsel to 250 East Borrower, LLC*