**Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP**
1065 Avenue of The Americas, 18th Floor
New York, NY 10018
(212) 593-3000
Sydney G. Platzer, Esq.

*Attorneys for East 46th Borrower, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No.: 08-13555 (JMP) |
| Debtors. | Jointly Administered |

---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE**, that the undersigned hereby withdraws its appearance on behalf of East 46th Borrower, LLC in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that he be removed from all service lists for these cases, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
June 20, 2013

Respectfully submitted,

Platzer, Swergold, Karlin,
Levine, Goldberg & Jaslow, LLP

By:*/s/ Sydney G. Platzer*
Sydney G. Platzer, Esq.
1065 Avenue of The Americas, 18th Floor
New York, New York 10018
Tel.: (212) 593-3000
Fax: (212) 593-0353
splatzer@platzerlaw.com

*Counsel to East 46th Borrower, LLC*