B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Barclays Bank PLC</u> | <u>Magnetar Capital Master Fund, Ltd</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Aileen Montana
Barclays
1301 Avenue of the Americas
New York, NY 10166

With Copy to:

Anthony Vitiello
Dan Miranda
Joseph Puccio
Barclays
745 Seventh Avenue
New York, N.Y. 10019

Court Claim # (if known): <u>12716</u>
Amount of Claim Transferred (as allowed): <u>$11,715,165.00</u>
Date Claim Filed: <u>09/15/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(212) 412-3923</u>                    Phone: <u>(847) 905-4684</u>
Last Four Digits of Acct #: <u>9104</u>        Last Four Digits of Acct. #: <u>5896</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

DOC ID - 20159364.1

NY1 8822656v.1

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

By: _____/s/ Anthony Fox_____        Date: 6/20/13
    Transferor/Transferor's Agent

Anthony Fox
Chief Financial Officer - Funds
Magnetar Financial LLC

DOC ID - 20159364.1

NY1 8822656v.1

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

By: _____    Date: _____
    Transferor/Transferor's Agent

DOC ID - 20159364.1

NY1 8822656v.1