B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Värde Investment Partners, L.P.</u>              <u>Barclays Bank PLC</u>
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>12716</u>
should be sent:                                  Amount of Claim Transferred: <u>$11,715,165.00</u>
                                                 Date Claim Filed: <u>09/15/09</u>
Värde Investment Partners, L.P.                  Debtor: <u>Lehman Brothers Holdings Inc.</u>
8500 Normandale Lake Boulevard
Suite 1570
Minneapolis, MN 55437
Attn: Edwina P.J. Steffer
Ph:  +1 952 374 6983
Fax: +1 952 893 9613
E-mail: <u>esteffer@varde.com</u>

Phone: _____              Phone: _____<u>(212) 412-3923</u>
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____<u>9104</u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

NY1 8819658v.3

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**
By Värde Investment Partners G.P., LLC, Its General Partner
By Värde Partners, L.P., Its Managing Member
By Värde Partners, Inc., Its General Partner

By: _____  Date: _____6/20/2013_____
Transferee/Transferee's Agent
Todd B. Jelen
Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

**BARCLAYS BANK PLC**

By: _____  Date: _____
Transferor/Transferor's Agent

NY1 8819658v.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**
By Värde Investment Partners G.P., LLC, Its General Partner
By Värde Partners, L.P., Its Managing Member
By Värde Partners, Inc., Its General Partner

By: _____          Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

**BARCLAYS BANK PLC**

By: _____          Date: 6/20/2013
      Transferor/Transferor's Agent
      Authorized Signatory
      Aileen Montana
      Vice President

NY1 8819658v.3