WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                                : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             : **08-13555 (JMP)**
:
                  **Debtors.**           : **(Jointly Administered)**
:
:
----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THE FOUR HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twelfth Omnibus Objection to Claims (Duplicative Claims) [ECF No. 37166], that was scheduled for June 27, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 25, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: June 20, 2013
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                     and Certain of its Affiliates

US_ACTIVE:\44280611\1\58399.0011