United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Taconic Opportunity Master Fund LP              Taconic Opportunity Fund L.P.
_____             _____
Name of Transferee                              Name of Transferor

                                                Court Claim #: 16742
                                                Amount of Claim Transferred: $2,884,274.39
                                                (allowed)

Name and Address where notices to Transferee
should be sent:

Taconic Opportunity Master Fund LP
c/o Taconic Capital Advisors LP
450 Park Avenue, 9th Floor
NY, NY  10022
Attention : Michael Zaczyk
Phone: 212 209-3124
Fax 212-209-3189
e-mail: mzaczyk@taconiccap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**TACONIC OPPORTUNITY MASTER FUND**
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____    Date: 06/21/13
Name:
Title: **Kevin P. Kavanagh**
       **Principal**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.