MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Meryl L. Rothchild

*Counsel for GMAC Mortgage, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------ x
: 
**LEHMAN BROTHERS HOLDINGS INC., on behalf of** : 
**itself and as assignee of LEHMAN BROTHERS INC.,** : 
: **Adv. Case No.**
**Plaintiff,** : 
: **10-03553 (JMP)**
v. : 
: **(Jointly Administered)**
**GMAC MORTGAGE CORPORATION,** : 
: 
: 
**Defendant.** : 
: 
------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the law firm of Morrison & Foerster LLP has replaced Hinshaw & Culbertson LLP as attorneys for GMAC Mortgage, LLC ("GMACM") in the above-captioned cases. GMACM respectfully requests that all notices, motions, applications, reports, stipulations, pleadings, orders, complaints, and other documents filed in the above-

ny-1096473

captioned cases, including, without limitation, all such items referred to in Bankruptcy Rules 2002, 2015, 3017, and 9007, should be served upon GMACM at the following address:

> Lorenzo Marinuzzi
> Meryl L. Rothchild
> MORRISON & FOERSTER LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Telephone: (212) 468-8000
> Facsimile: (212) 468-7900
> lmarinuzzi@mofo.com
> mrothchild@mofo.com

**PLEASE TAKE FURTHER NOTICE** that Lorenzo Marinuzzi and Meryl L. Rothchild hereby enter appearances in the above-captioned cases.

Dated: June 21, 2013
    New York, New York

/s/ Charles M. Tatelbaum
Charles M. Tatelbaum
Steven E. Seward
**HINSHAW & CULBERTSON LLP**
One E. Broward Boulevard, Suite 1010
Fort Lauderdale, Florida 33301
Telephone: (954) 457-7900
Facsimile: (954) 467-1024

and

Concepcion A. Montoya
**HINSHAW & CULBERTSON LLP**
780 Third Avenue, 4th Floor
New York, New York, 10017
Telephone: (212) 471-6200
Facsimile: (212) 935-1166

*Original Counsel for GMAC Mortgage, LLC*

/s/ Lorenzo Marinuzzi
Lorenzo Marinuzzi
Meryl L. Rothchild
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Substituted Counsel for GMAC Mortgage, LLC*

ny-1096473