# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br> Debtors | Case No. 08-13555 <br><br> Chapter 11 <br><br> Jointly Administered |

## NOTICE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $22,000,000.00 of the claim set forth below (the "Transferred Claim"):

| Allowed Claim Amount | Proof of Claim No. | Amount of Transferred Claim |
|---|---|---|
| 45,000,000.00 | 42540 | $22,000,000.00 |

has been transferred and assigned from Citigroup Financial Products Inc. ("Assignor") to CVI CVF II Lux Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $22,000,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | **CVI CVF II LUX MASTER S.A.R.L.** <br> By: Carval Investors, LLC <br> Its attorney-in-fact | ASSIGNOR: <br> Address: | **CITIGROUP FINANCIAL PRODUCTS INC.** <br> Citigroup Financial Products Inc. <br> 1615 Brett Road, Bldg 3 <br> New Castle, DE 19720 |
| Address: | 9320 Excelsior Boulevard <br> Hopkins, MN 55343 | | |
| Signature: <br> Name: <br> Title: <br> Date: | *[signature]* <br> **Tiffany Parr** <br> **Authorized Signer** | Signature: <br> Name: <br> Title: <br> Date: | _____ <br> _____ <br> _____ <br> _____ |

17

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF PARTIAL TRANSFER OF**
**CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $22,000,000.00 of the claim set forth below (the "Transferred Claim"):

| Allowed Claim Amount | Proof of Claim No. | Amount of Transferred Claim |
|---|---|---|
| 45,000,000.00 | 42541 | $22,000,000.00 |

has been transferred and assigned from Citigroup Financial Products Inc. ("Assignor") to CVI CVF II Lux Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $22,000,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | **CVI CVF II LUX MASTER S.A.R.L.**<br>By: Carval Investors, LLC<br>Its attorney-in-fact | ASSIGNOR: | **CITIGROUP FINANCIAL PRODUCTS INC.** |
| Address: | 9320 Excelsior Boulevard<br>Hopkins, MN 55343 | Address: | Citigroup Financial Products Inc.<br>1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Signature: | *[signature]* | Signature: | _____ |
| Name: | | Name: | _____ |
| Title: | **Tiffany Parr** | Title: | _____ |
| Date: | **Authorized** S__ | Date: | _____ |

18

Doc#: US1:8525432v6