KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000
Fax: (212) 972-2245

Attorneys for *Golden Moon Capital Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
In re:                                                          :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., *et al.,*                       :
                                                                :
                    Debtor.                                     :
                                                                :
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

JOHN E. JURELLER, JR., being duly sworn, hereby certifies as follows:

1. I am over the age of 18, am not a party to this action, and am a partner in the firm of Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 21st day of June, 2013, I served a copy of the LIMITED RESPONSE AND OPPOSITION OF GOLDEN MOON CAPITAL CORPORATION TO THE DEBTORS' FOUR HUNDRED TWELFTH OBJECTION TO CLAIMS (DUPLICATE CLAIMS), by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

    Weil Gotshal & Manges LLP
    767 Fifth Avenue
    New York, NY  10153
    Attn: Robert J. Lemons, Esq.
         Maurice Horwitz, Esq.

    Office of the United States Trustee for Region 2
    33 Whitehall Street, 21st Floor
    New York, NY 10004
    Attn:   Tracy Hope David, Esq.
         Susan Golden, Esq.
         Andrea B. Schwartz, Esq.

                                                  */s/ John E. Jureller, Jr.*
                                                  John E. Jureller, Jr.

Dated: June 21, 2013