B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Permal Stone Lion Fund Ltd.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Stone Lion Capital Partners L.P.
555 5th Ave., 18th Floor
New York, NY 10017
Attn:  Brian Wood
Tel:   212.843.1243
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>19487</u>
Amount of Claim Transferred: <u>$3,000,000.00</u>
Date Claim Filed: <u>9/18/09</u>
Debtor: <u>Lehman Commercial Paper Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____   Date: June 21, 2013
Name of Transferee/Transferee's Agent
Claudia Borg
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Transferor/Transferor's Agent

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _*[signature]*_____
    Transferor/Transferor's Agent

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Permal Stone Lion Fund Ltd.</u>                  <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>17247</u>
should be sent:                                    Amount of Claim Transferred: <u>$3,000,000.00</u>
                                                   Date Claim Filed: <u>9/18/09</u>
c/o Stone Lion Capital Partners L.P.              Debtor: <u>Lehman Brothers Holdings Inc.</u>
555 5th Ave., 18th Floor
New York, NY 10017
Attn:   Brian Wood
Tel:    212.843.1243
Email:  bwood@stonelioncapital.com

Phone:                                             Phone:
Last Four Digits of Acct #:                        Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____          Date: June 21, 2013
Name of Transferee/Transferee's Agent
Claudia Borg
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Transferor/Transferor's Agent

18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____        Date: _____
      Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _[signature]_____
    Transferor/Transferor's Agent

18