B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SL Liquidation Fund L.P.</u>                    <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>19487</u>
should be sent:                                 Amount of Claim Transferred: $<u>12,000,000.00</u>
                                                Date Claim Filed: <u>9/18/09</u>
c/o Stone Lion Capital Partners L.P.            Debtor: <u>Lehman Commercial Paper Inc.</u>
555 5th Ave., 18th Floor
New York, NY 10017
Attn:  Brian Wood
Tel:   212.843.1243
Email: bwood@stonelioncapital.com

Phone: _____           Phone: _____
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
   By: SLGP Partners L.P., its Managing Member

By: _____
    Name of Transferee/Transferee's Agent
    Claudia Borg
    General Counsel

Date: __June 21, 2013__

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
   By: SLGP Partners L.P., its Managing Member

By: _____          Date: _____
   Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _[signature]_____
   Transferor/Transferor's Agent

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SL Liquidation Fund L.P.                         Goldman Sachs Lending Partners LLC
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 17247
should be sent:                                  Amount of Claim Transferred: $12,000,000.00
                                                 Date Claim Filed: 9/18/09
c/o Stone Lion Capital Partners L.P.             Debtor: Lehman Brothers Holdings Inc.
555 5th Ave., 18th Floor
New York, NY 10017
Attn:   Brian Wood
Tel:    212.843.1243
Email: bwood@stonelioncapital.com

Phone:                                           Phone:
Last Four Digits of Acct #:                      Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
   By: SLGP Partners L.P., its Managing Member

By: _____           Date: June 21, 2013
   Name of Transferee/Transferee's Agent
   Claudia Borg
   General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____
   Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
    By: SLGP Partners L.P., its Managing Member


By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

18