UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                           :

In re                                   :      Chapter 11 Case No.
                                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :      08-13555 (JMP)
                                            :      (Jointly Administered)
                      Debtors.                 :
                                             :
------------------------------------------------------------------------x    Ref. Docket Nos. 37787, 37797,
                                                          37800, 37801, 37847, 37853-37855,
                                                          37858, 37863-37866

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
   New York 10017. I am over the age of eighteen years and am not a party to the above-
   captioned action.

2. On June 13, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to
   F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
   true and correct copies to be: 1) personalized with the transferee, transferor and claim
   information for the above-referenced docket numbers, 2) enclosed securely in separate
   postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
   attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
21st day of June, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                      | Chapter 11 Case No.
                                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,                     | 08-13555 (JMP)
                                                           |
                                                           | (Jointly Administered)
                           Debtors.                        |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
     TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP         ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                                 BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                        745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                                    NEW YORK NY 10019

Please note that your claim # 60700-03 in the above referenced case and in the amount of
     $12,400,420.50  allowed at $11,882,013.53        has been transferred (**unless previously expunged by court order**)

          BSOF MASTER FUND L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O KNIGHTHEAD CAPITAL MGMT - L. TORRADO
          1140 AVENUE OF THE AMERICAS, 12TH FLOOR
          NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37801    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/13/2013                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 13, 2013.

EXHIBIT B

TIME: 15:52:29
DATE: 06/13/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ATLANTIC INTERNATIONAL FINANCE LIMITED | BY THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED (AS ATTORNEY-IN-FACT) ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING 1 QUEEN'S ROAD CENTRAL HONG KONG |
| BARCLAYS BANK PLC | ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BSOF MASTER FUND L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MGMT - L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L. 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L. 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: JOY WINGS HOLDINGS LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: LUI LAI LING ANITA ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GOLDMAN SACHS & CO. | TRANSFEROR: BANCO SABADELL S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, LTD. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HYPOSWISS PRIVATE BANK GENEVE SA | 7 RUE DES ALPES GENEVE 1 CH-1211 SWITZERLAND |
| ILLIQUIDX LLP | TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| JOY WINGS HOLDINGS LIMITED | 21/F, 2 JING YUAN BEI JIE BEIJING ECONOMIC TECH DPT AREA BEIJING 100716 CHINA |
| LUI LAI LING ANITA | ROM 1301 TAI SANG BANK BUILDING 130-132 DES VOEUX ROAD CENTRAL HONG KONG |
| PYXIS FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| PYXIS FINANCE LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1- 1102 CAYMAN ISLANDS |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: ATLANTIC INTERNATIONAL FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: PYXIS FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |

Total Number of Records Printed    27

EPIQ BANKRUPTCY SOLUTIONS, LLC