UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                          :    (Jointly Administered)
                    **Debtors.**          :
                                          :
-----------------------------------------------------------------x    Ref. Docket No. 37560

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 17, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
24th day of June, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   NOMURA CORPORATE FUNDING AMERICAS, LLC
              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
              C/O NOMURA AMERICAS
              ATTN: REHANA WIJENAYAKE
              2 WORLD FINANCIAL CENTER
              BUILDING 2, FLOOR 21
              NEW YORK NY 10281

Additional:

Transferee:   CVI CVF II LUX MASTER S.A.R.L.
              C/O CARVAL INVESTORS, LLC
              9320 EXCELSIOR BLVD., 7TH FLOOR
              HOPKINS MN 55343

Your transfer   of claim #   11308-21   is defective for the reason(s) checked below:

Other                                    Transfer Amount Exceeds Amount Currently Owned

Docket Number 37560            Date 05/24/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 17, 2013.

EXHIBIT B

```
TIME: 15:41:28                          LEHMAN BROTHERS HOLDING INC.                              PAGE:   1
DATE: 06/17/13                                CREDITOR LISTING

Name                         Address
CVI CVF II LUX MASTER S.A.R.L.    C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD., 7TH FLOOR HOPKINS MN 55343
NOMURA CORPORATE FUNDING AMERICAS, LLC  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER
                                  BUILDING 2, FLOOR 21 NEW YORK NY 10281

Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC