UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                        :

In re                                   :    Chapter 11 Case No.
                                        :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                        :    (Jointly Administered)
        Debtors.                      :

                                        :
-------------------------------------------------------------------x  Ref. Docket Nos. 37753, 37796,
                                                   37804, 37844, 37867-37870, 37879,
                                                  37898, 37900, 37914-37917, 37926,
                                                  37939, 37943, 37957, 37963

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
Sworn to before me this                          Lauren Rodriguez
24th day of June, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CREDIT SUISSE                              CREDIT SUISSE
         ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
         1 MADISON AVE                              ATTN: RICHARD LEVIN
         NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                    825 EIGHTH AVENUE
                                                    NEW YORK NY 10019
```

Please note that your claim # 5055829-95 in the above referenced case and in the amount of
        $0.00   allowed at $27,045.22       has been transferred **(unless previously expunged by court order)**

```
         BANK JULIUS BAER & CO. LTD.
         TRANSFEROR: CREDIT SUISSE
         ATTN: PATRIK ROOS
         BAHNHOFSTRASSE 36
         ZURICH    8010
         SWITZERLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37957      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/19/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 19, 2013.

# EXHIBIT B

```
TIME: 10:59:21                                          LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 06/19/13                                               CREDITOR LISTING

Name                                                    Address
ALDEN GLOBAL HEDGED OPPORTUNTIES MASTER                 TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  FUND, LP
ALDEN GLOBAL HEDGED OPPORTUNTIES MASTER                 TRANSFEROR: ILLIQUIDX LLP ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  FUND, LP
BANK JULIUS BAER & CO. LTD.                             TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
BANQUE DE GESTION                                       EDMOND DE ROTHSCHILD - MONACO 2, AVENUE DE MONTE-CARLO B.P. 317 MONACO CEDEX 98006 MONACO
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER - ATTN: J. DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
CANYON BALANCED MASTER FUND, LTD.                       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND, LTD.                       TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                                        LOS ANGELES CA 90067
CANYON BALANCED MASTER FUND, LTD.                       TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITOL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                                        NEW YORK NY 90067
CREDIT SUISSE                                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CRESCENT 1, LP                                          TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, L.P.                                   TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CVI CVF II LUX SECURITIES TRADING                       TRANSFEROR: GOLDMAN, SACHS & CO. CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MI 55343
  S.A.R.L.
DEUTSCHE BANK AG, LONDON BRANCH (UK)                    TRANSFEROR: LANDESBANK BADEN-WURTTEMBERG ATTN: ALEXANDER KRAEMER/PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                        LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FAIR HARBOR CAPITAL, LLC                                TRANSFEROR: FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FINANCIERING EN. BEHEER MAATSCHAPPIJ                    POSTBUS 9101 3301AC NOORDHOEVENLAAN 60 DORDRECHT 3319 CH NETHERLANDS
  REPPEL BV
GOLDMAN SACHS & CO.                                     TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                     TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                     TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                     TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                        JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                    TRANSFEROR: ABU DHABI INVESTMENT AUTHORITY ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                                   TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                                   TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                           TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: BANQUE DE GESTION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: NANNETTI ROSSELLA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES LLC                              TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
KING STREET ACQUISITION COMPANY, LLC                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022
MELZER, AXEL                                            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION CARL-LANGHANS-STR. 20A MONHEIM 40789 GERMANY
NATIONAL BANK OF FUJAIRAH PSC                           ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI UNITED ARAB EMIRATES
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: MELZER, AXEL ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS

Total Number of Records Printed          36

                                                                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```