June 14, 2013



To: United States Bankruptcy Court Southern District of New York

From: Ronald Kuykendall

    17508 Alisara Trail

    Henryville, In 47126

Dear Sir,

I would like to notify you of a change of address on my lehman brothers holding claim #6394.

I have had my address changed from 162 Mill Springs, Coatesville, In 46121 to the above address.

Please send all correspondence or claim information to the above address.

This involves my claim against Lehman Brothers Case #08-13555

Thanks,

*Ronald Kuykendall*

Ronald Kuykendall

my e-mail: ronald37kuy@gmail.com

June 14, 2013

To: United States Bankruptcy Court Southern District of New York

From: Ronald Kuykendall

17566 Almara Trail

[illegible], In 4[illegible]120

Dear Sir,

I would like to notify you of a change of address on my lehman brothers holding claim #6394.

I have had my address changed from 152 Mill Springs, Coatesville, In 46121 to the above address

Please send all correspondence or claim information to the above address.

This involves my claim against Lehman Brothers Case #08-13555

Thanks,

[illegible signature]

Ronald Kuykendall

My email: [illegible]