B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **LEHMAN BROTHERS HOLDINGS INC.**            Case No. **08-13555**
                                                  **(Jointly Administered)**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Taconic Opportunity Master Fund L.P.**           **Barclays Bank PLC**
Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): __18076__
should be sent:
                                                   Total Allowed Amount of Claim Filed:
                                                   USD $1,024,699,710.00
Taconic Opportunity Master Fund L.P.               Amount of Claim Transferred:
c/o Taconic Capital Advisors LP                    $27,000,000.00
450 Park Avenue, 9th Floor
New York, NY 10022                                 Date Claim Filed: 9/18/2009
Attention: Michael Zaczyk
Phone: (212) 209-3124
Email: mzaczyk@taconiccap.com


Name and Address where transferee payments
should be sent (if different from above):



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Marc Schwartz_____          Date: _____June 24, 2013_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Taconic Opportunity Master Fund L.P.** ("Buyer") an undivided 2.63491828% interest in all rights, title and interest in and to the claims of Seller referenced as proof of claim number 18076, which is in the principal amount of $27,000,000.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __24__ day of June, 2013.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **TACONIC OPPORTUNITY MASTER FUND L.P.**<br>By: Taconic Capital Advisors LP, as<br>Investment Advisor |
| Name: Authorized Signatory | Name: |
| Title: Tina Wong, Vice President | Title: |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Taconic Opportunity Master Fund L.P.** ("Buyer") an undivided 2.63491828% interest in all rights, title and interest in and to the claims of Seller referenced as proof of claim number 18076, which is in the principal amount of **$27,000,000.00** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __24__ day of June, 2013.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **TACONIC OPPORTUNITY MASTER FUND L.P.** By: Taconic Capital Advisors LP, as Investment Advisor |
| Name: | Name: MARC SCHWARTZ |
| Title: | Title: PRINCIPAL |