UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                             Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,              Case No. 08-13555 (JMP)

                       Debtors.
-----------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DIANE C. HUTNYAN

UPON the motion of Diane C. Hutnyan dated June 3, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Diane C. Hutnyan is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June 25, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge