WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
-----------------------------------------------------------------x

**NOTICE OF HEARING ON TWO HUNDRED
NINETY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (INVALID
OR NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

      **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) *solely* as to the claim listed on Exhibit A attached hereto will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **July 25, 2013 at 10:00 a.m. (Eastern Time)**.

Dated: June 25, 2013
      New York, New York

                                  /s/ Robert J. Lemons
                                  Robert J. Lemons

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Lehman Brothers Holdings Inc.
                                  and Certain of Its Affiliates

US_ACTIVE:\44282716\1\58399.0008

# Exhibit A

## Claim to Be Heard at July 25, 2013 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| CABINET KINESITHERAPIE JEANNE-MARIE MALTAUX | 19647 | 28885 |