June 18, 2013

United States Bankruptcy Court
Southern District of New York
Debtor: Lehman Brothers Inc.
Case No. 08-01420(JMP) SIPA

<u>Re: Trustee's seventy-eighth omnibus objection to general creditor claims</u>

Lexcel Partners, Attorneys at Law is a law firm in Taiwan specializing in financial
related regulatory matters, among others.    We were previously engaged by Lehman
Brothers Inc. ("LBI") in 2007 and 2008 to provide legal advice related to its execution
of Master Repurchase Agreement with various Taiwan financial institutions, including
Bank of Panhsin, Sunny Bank, Agricultural Bank of Taiwan, Ta Chong Bank, and
Kings Town Bank, as well as comments on the global commission sharing agreement
by and among various Lehman entities.

The claim of US$9713 was incurred for the above legal services provided by Lexcel
Partners, Attorneys at Law.    We attach our claim form and the relevant invoices for
your consideration.    We object the Bankruptcy Court to expunge, reduce, reclassify,
and/or disallow our claim on the ground that LBI estate has no liability for the claim
asserted.

Lexcel Partners, Attorneys at Law

L0901/BL



### CUSTOMER CLAIM FORM
### LEHMAN BROTHERS INC.

LEXCEL PARTNERS
ACCOUNT #: 0000030400
4TH FL
125 NAN KING EAST ROAD
SECTION 5, TAIPEI, TAIWAN
TP
TAIWAN

Email: _stacylo @ lexgroup. com. tw_

Daytime Phone: _+886-2-2718340 ext.3010_  Taxpayer I.D. Number

Contact Person: _Stacy Lo_  (Social Security No.): _____

## PLEASE NOTE

- **A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.**

- **TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.**

- **THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.**

- **ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.**

- **YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

- **IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.**

- **LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.**

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

[THIS PAGE INTENTIONALLY LEFT BLANK]

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.  LBI owes me a credit or cash in the amount of:                        $ __9713__

   b.  I owe LBI a debit or cash in the amount of:                           $ __0__

   c.  If you wish to repay the debit balance listed in point b. above please
       insert the amount you wish to repay and attach a check payable to
       "James W. Giddens, Trustee for the SIPA Liquidation of Lehman
       Brothers Inc." If you wish to make a payment, **it must be enclosed
       with this claim form.**

                                                                            $ _____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   <u>**Please Do Not Claim Any Securities You Have In Your Possession**</u>

   |     |                        | YES | NO |
   |-----|------------------------|-----|-----|
   |     |                        | (Circle Y or N) | |
   | a.  | LBI owes me securities: | Y   | (N) |
   | b.  | I owe LBI securities:   | Y   | (N) |

   c.  If yes to either, please list below (or in
       additional pages as necessary):

| Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|---|
| | | | LBI Owes Me (Long) | I Owe LBI (Short) |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

If additional space is needed, attach additional pages providing the information in the exact
format above.

[THIS PAGE INTENTIONALLY LEFT BLANK]

### 3.   COMMODITY FUTURES CLAIMS

|  | YES | NO |
|---|---|---|
|  | (Circle Y or N) | |
| Do you have a claim based on a commodity futures account? | Y | Ⓝ |

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____

_____

_____

_____

_____

### WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

### PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

**NOTE:** IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | YES | NO |
|---|---|---|
|  | (Circle Y or N). | |
| 4.   Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | Y | Ⓝ |
| 5.   Has there been any change in your account since September 19, 2008? | Y | Ⓝ |

3

[THIS PAGE INTENTIONALLY LEFT BLANK]

6. Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?      Y      (N)

7. Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).      Y      (N)

8. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?      Y      (N)

9. Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.      Y      (N)

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.      Y      (N)

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.      Y      (N)

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____

Address: _____

_____

Phone number: _____

Email address: _____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _Dec 25, 2008_____    Signature _Lexcel Partners_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT     Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lehman Brothers, Inc. | Case Number: 08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Lexcel Partners

Name and address where notices should be sent:
1000913527 LBI 12/1/2008 *78000882784*
LEXCEL PARTNERS
~~4TH FL 125 NAN KING EAST ROAD SECTION 5, TAIPEI, TAIWAN~~
Telephone number: TP   11th FL. 122 Pun Hua North Road, Taipei, Taiwan
TAIWAN

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number: +886-2-27183400

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $ 9713

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Service performed
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ___0401

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*\*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FOR COURT USE ONLY

| Date: Dec 31 2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Lexcel Partners   *Lexcel Partners* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (12/07) — Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form:

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

[THIS PAGE INTENTIONALLY LEFT BLANK]

If you would like to file a claim online please go to www.lehmantrustee.com and select the link for the online claim form.  You will need the tracking number and mail id listed below to complete your claim online.

Tracking No: 882598; Mail ID: 882784

LEXCEL PARTNERS
4TH FL
125 NAN KING EAST ROAD
SECTION 5, TAIPEI, TAIWAN
TP
TAIWAN

**Lehman Brothers Inc. Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**P.O. Box 6389**
**Portland, OR 97228-6389**

| DIN NO | ISSUE DATE | CUST NO | MATTER | CUSTOMER NAME | MATTER NAME | LEGAL FEE | DISBURSEMENT | TOTAL_USD |
|---|---|---|---|---|---|---|---|---|
| 20070800378 | 14-Sep-07 | L0401 | M01 | LEHMAN BROTHERS INC | MASTER REPURCHASE AGREEMENT WITH BANK OF PANHSIN | 621 | - | 621 |
| 20070800379 | 14-Sep-07 | L0401 | M02 | LEHMAN BROTHERS INC | MASTER REPURCHASE AGREEMENT WITH SUNNY BANK | 1,769 | - | 1,769 |
| 20081100256 | 26-Feb-08 | L0401 | M03 | LEHMAN BROTHERS INC | MASTER REPURCHASE AGREEMENT WITH AGRICULTURAL BANK OF TAIWAN | 373 | 3 | 373 |
| 20080400309 | 9-May-08 | L0401 | M04 | LEHMAN BROTHERS INC | REPURCHASE AGREEMENT WITH KINGS TOWN BANK | 1,527 | - | 1,527 |
| 20080400018 | 9-May-08 | L0401 | M05 | LEHMAN BROTHERS INC | REPURCHASE AGREEMENT WITH TA CHONG BANK (MATTER ID#GENB20080730,CONTACT:CHERYL PHIPPS) | 266 | - | 266 |
| 20080700028 | 8-Aug-08 | L0401 | M05 | LEHMAN BROTHERS INC | REPURCHASE AGREEMENT WITH KINGS TOWN BANK | 375 | - | 375 |
| 20080700333 | 8-Aug-08 | L0401 | M05 | LEHMAN BROTHERS INC | REPURCHASE AGREEMENT WITH TA CHONG BANK (MATTER ID#GENB20080730,CONTACT:CHERYL PHIPPS) | 301 | - | 301 |
| 20080600261 | 9-Sep-08 | L0401 | M04 | LEHMAN BROTHERS INC | REPURCHASE AGREEMENT WITH KINGS TOWN BANK | 398 | - | 398 |
| 20080600266 | 9-Sep-08 | L0401 | M05 | LEHMAN BROTHERS INC | REPURCHASE AGREEMENT WITH TA CHONG BANK (MATTER ID#GENB20080730,CONTACT:CHERYL PHIPPS) | 679 | 1 | 679 |
| 20080800194 | 5-Sep-08 | L0401 | A01 | LEHMAN BROTHERS INC | LBI - GLOBAL COMMISSION SHARING AGREEMENT | 3,500 | - | 3,500 |
| Outstanding bill AS OF Nov., 2008 | | | | | | 9,709 | 4 | 9,711 |

惇安法律事務所
LEXCEL PARTNERS
11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

# DEBIT NOTE

MS. CHERYL PHIPPS
LEHMAN BROTHERS INC.
745 7TH AVENUE,19TH FLOOR, NEW YORK, NY10019

DATE 09/09/2008
BILL # 20080800266

CLIENT NO/NAME L0401 LEHMAN BROTHERS INC.
MATTER NO/NAME M05 REPURCHASE AGREEMENT WITH TA CHONG BANK (MATTER ID#GENB20080730,CONTACT:CHERYL PHIPPS)

DEAR SIR:

ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND OTHER EXPENSES FOR SERVICES RENDERED FROM 8/1/2008 TO 8/31/2008 . TOTAL CHARGES ARE SUMMARIED AS FOLLOWS. THANK YOU.

| | | NT$ |
|---|---|---|
| SERVICE FEES | | 19,000 |
| OTHER EXPENSES | | 31 |
| TOTAL | | 19,031 |
| EQUIVALENT TO | USD $ | 679.68 |

( Exchange Rate at USD = NT $ 28.0000 )

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE : UWCBTWTP016
ACCOUNT NO. : 016-03-006000-1
BENEFICIARY : LEXCEL PARTNERS (惇安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料：惇安法律事務所 統一編號：29236482 地址：台北市松山區中正里22鄰敦化北路122號11樓

LEXCEL PARTNERS
VALID FOR BILLING ONLY



LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

BILL SUMMARY INFORMATION

DATE    09/09/2008
BILL #    20080800266

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Echo Yeh | 0.40 | 9,000 | 0.00 | 3,600.00 |
| Stacy Lo | 2.20 | 7,000 | 0.00 | 15,400.00 |
| Grand Total Fees | 2.60 | | | 19,000 |

| | |
|---|---|
| Cap (Max)： | 61,600 |
| CUMULATIVE SERVICE FEES： | 15,900 |
| Net Grand Total Fees： | 19,000 |

MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
|---|---|---|---|
| Echo Yeh | 08/01/2008 | GR | E-MAILS RE TA CHONG BANK RELATED ISSUES |
| Stacy Lo | 08/01/2008 | RW | RW DOCS PROVIDED. |
| Stacy Lo | 08/04/2008 | D | EMAIL TO ANNE. |

# LEXCEL PARTNERS
## 博安法律事務所

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

DATE    09/09/2008
BILL #   20080800266

## MATTER DISBURSEMENT SUMMARY

| Description | Amount |
|---|---|
| TELEPHONE & FAX | 31 |
| Total Disbursement | 31 |

## MATTER DISBURSEMENT DETAIL

| Atty. | Date | Disb. Amt | Description |
|---|---|---|---|
| | 08/29/2008 | 31 | TELEPHONE & FAX |
| Disb. Total | | 31 | |

悍安法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

## DEBIT NOTE

MS. CHERYL PHIPPS                                    DATE    09/09/2008
LEHMAN BROTHERS INC.                                 BILL #   20080800261
745 7TH AVENUE,19TH FLOOR, NEW YORK, NY10019

CLIENT NO/NAME   L0401   LEHMAN BROTHERS INC.
MATTER NO/NAME   M04   REPURCHASE AGREEMENT WITH KINGS TOWN
                  BANK

DEAR SIR:

    ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND
OTHER EXPENSES FOR SERVICES RENDERED FROM 8/1/2008 TO 8/31/2008 . TOTAL CHARGES ARE
SUMMARIED AS FOLLOWS. THANK YOU.

|  |  | NT$ |
|---|---|---|
| SERVICE FEES |  | 8,340 |
| OTHER EXPENSES |  | 0 |
| TOTAL |  | 8,340 |
| EQUIVALENT TO | USD $ | 297.86 |

( Exchange Rate at USD = NT $    28.0000    )

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK  KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE : UWCBTWTP016
ACCOUNT NO. : 016-03-006000-1
BENEFICIARY : LEXCEL PARTNERS (悍安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料：悍安法律事務所    統一編號：29236482    地址：台北市松山區中正里22鄰敦化北路122號11樓

LEXCEL PARTNERS
VALE FOR BILLING ONLY

俸安法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

BILL SUMMARY INFORMATION

DATE    09/09/2008
BILL #   20080800261

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Echo Yeh | 0.20 | 9,000 | 0.00 | 1,800.00 |
| Stacy Lo | 2.50 | 7,000 | 0.00 | 17,500.00 |
| Grand Total Fees | 2.70 | | | 19,300 |

Cap (Max)：         61,600

CUMULATIVE SERVICE FEES：     53,260

Net Grand Total Fees：        8,340

MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
|---|---|---|---|
| Echo Yeh | 08/19/2008 | GR | E-MAIL RE MEMO |
| Stacy Lo | 08/19/2008 | D | DT OPINION. |

惇安法律事務所
**LEXCEL PARTNERS**

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

## DEBIT NOTE

MS. CHERYL PHIPPS                                      DATE   08/08/2008
LEHMAN BROTHERS INC.                                   BILL #  20080700332
745 7TH AVENUE,19TH FLOOR, NEW YORK, NY10019

CLIENT NO/NAME   L0401   LEHMAN BROTHERS INC.
MATTER NO/NAME   M05   REPURCHASE AGREEMENT WITH TA CHONG BANK
                       (MATTER ID#GENB20080730,CONTACT:CHERYL PHIPPS)

DEAR SIR:

ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND OTHER EXPENSES FOR SERVICES RENDERED FROM 7/1/2008 TO 7/31/2008 . TOTAL CHARGES ARE SUMMARIED AS FOLLOWS. THANK YOU.

|  | NT$ |
|---|---|
| SERVICE FEES | 8,440 |
| OTHER EXPENSES | 0 |
| TOTAL | 8,440 |
| EQUIVALENT TO   USD $ | 301.43 |

( Exchange Rate at USD = NT $   28.0000   )

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK  KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE : UWCBTWTP016
ACCOUNT NO. : 016-03-006000-1
BENEFICIARY : LEXCEL PARTNERS (惇安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料：惇安法律事務所    統一編號：29236482    地址：台北市松山區中正里22鄰敦化北路122號11樓



寰宇法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

BILL SUMMARY INFORMATION

DATE    08/08/2008
BILL #    20080700332

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Stacy Lo | 1.00 | 7,000 | 0.00 | 7,000.00 |
| John Wu | 0.80 | 1,800 | 0.00 | 1,440.00 |
| Grand Total Fees | 1.80 | | | 8,440 |

Cap (Max)：    61,600
CUMULATIVE SERVICE FEES：    7,460
Net Grand Total Fees：    8,440

MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
|---|---|---|---|
| Stacy Lo | 07/11/2008 | D | DT EMAIL TO THERESA. |
| John Wu | 07/11/2008 | RA | RESEARCH THE INFOMRATION RE：TA CHONG BANK LTD. |
| Stacy Lo | 07/16/2008 | D | EMAIL TO ANNE. |
| Stacy Lo | 07/18/2008 | D | EMAIL TO ANNE. |

惇安法律事務所
LEXCEL PARTNERS
11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

## DEBIT NOTE

MS. CHERYL PHIPPS
LEHMAN BROTHERS INC.
745 7TH AVENUE,19TH FLOOR, NEW YORK, NY10019

DATE    08/08/2008
BILL #   20080700328

CLIENT NO/NAME   L0401   LEHMAN BROTHERS INC.
MATTER NO/NAME   M04   REPURCHASE AGREEMENT WITH KINGS TOWN
                              BANK

DEAR SIR:

ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND OTHER EXPENSES FOR SERVICES RENDERED FROM 7/1/2008 TO 7/31/2008 . TOTAL CHARGES ARE SUMMARIED AS FOLLOWS. THANK YOU.

|  | NT$ |
|---|---|
| SERVICE FEES | 10,500 |
| OTHER EXPENSES | 0 |
| TOTAL | 10,500 |
| EQUIVALENT TO        USD $ | 375.00 |
| ( Exchange Rate at USD = NT $      28.0000      ) | |

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK  KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE: UWCBTWTP016
ACCOUNT NO.: 016-03-006000-1
BENEFICIARY : LEXCEL PARTNERS (惇安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料：惇安法律事務所    統一編號：29236482    地址：台北市松山區中正里22鄰敦化北路122號11樓

LEXCEL PARTNERS
VAILD FOR BILLING ONLY

恒安法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

## BILL SUMMARY INFORMATION

|  |  | DATE | 08/08/2008 |
|  |  | BILL # | 20080700328 |

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Stacy Lo | 1.50 | 7,000 | 0.00 | 10,500.00 |
| Grand Total Fees | 1.50 |  |  | 10,500 |

| | |
|---|---|
| Cap (Max)： | 61,600 |
| CUMULATIVE SERVICE FEES： | 42,760 |
| Net Grand Total Fees： | 10,500 |

## MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
|---|---|---|---|
| Stacy Lo | 07/10/2008 | D | EMAIL TO THERESA. |
| Stacy Lo | 07/14/2008 | D | EMAIL TO ANNE. |
| Stacy Lo | 07/15/2008 | D | EMAIL TO ANNE. |

惇安法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

## DEBIT NOTE

MS. CHERYL PHIPPS
LEHMAN BROTHERS INC.
745 7TH AVENUE,19TH  FLOOR, NEW YORK, NY10019

DATE    05/09/2008
BILL #    20080400318

CLIENT NO/NAME   L0401   LEHMAN BROTHERS INC.
MATTER NO/NAME   M05   REPURCHASE AGREEMENT WITH TA CHONG BANK
(MATTER ID#GENB20080730,CONTACT:CHERYL PHIPPS)

DEAR SIR:

ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND OTHER EXPENSES FOR SERVICES RENDERED FROM 4/1/2008 TO 4/30/2008 . TOTAL CHARGES ARE SUMMARIED AS FOLLOWS. THANK YOU.

|  | NT$ |
|---|---|
| SERVICE FEES | 7,460 |
| OTHER EXPENSES | 0 |
| TOTAL | 7,460 |
| EQUIVALENT TO          USD $ | 266.43 |

( Exchange Rate at USD = NT $      28.0000      )

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK  KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE : UWCBTWTP016
ACCOUNT NO. : 016-03-006000-1
BENEFICIARY：LEXCEL PARTNERS (惇安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料：惇安法律事務所     統一編號：29236482     地址：台北市松山區中正里22鄰敦化北路122號11樓

LEXCEL PARTNERS
VALID FOR BILLING ONLY

# 博偉法律事務所
## LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

### BILL SUMMARY INFORMATION

|  |  | DATE | 05/09/2008 |
|  |  | BILL # | 20080400318 |

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Echo Yeh | 0.20 | 9,000 | 0.00 | 1,800.00 |
| Stacy Lo | 0.50 | 7,000 | 0.00 | 3,500.00 |
| John Wu | 1.20 | 1,800 | 0.00 | 2,160.00 |
| Grand Total Fees | 1.90 |  |  | 7,460 |

|  |  |
|---|---|
| Cap (Max)： | 61,600 |
| CUMULATIVE SERVICE FEES： | 0 |
| Net Grand Total Fees： | 7,460 |

### MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
|---|---|---|---|
| Echo Yeh | 04/01/2008 | GR | E-MAIL RE DOCS REQUIRED FOR KINGS BANK |
| Stacy Lo | 04/08/2008 | D | PROVIDING DOC LIST. |
| John Wu | 04/08/2008 | RA | RESEARCH THE INFORMATIOAL RE：TA CHONG BANK LTD. |

<div align="center">

惇安法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

</div>

## DEBIT NOTE

MS. CHERYL PHIPPS

LEHMAN BROTHERS INC.

745 7TH AVENUE,19TH FLOOR, NEW YORK, NY10019

DATE    05/09/2008
BILL #    20080400309

CLIENT NO/NAME   L0401   LEHMAN BROTHERS INC.

MATTER NO/NAME   M04   REPURCHASE AGREEMENT WITH KINGS TOWN BANK

DEAR SIR:

    ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND OTHER EXPENSES FOR SERVICES RENDERED FROM 4/1/2008 TO 4/30/2008 . TOTAL CHARGES ARE SUMMARIED AS FOLLOWS. THANK YOU.

|  | NT$ |
|---|---|
| SERVICE FEES | 42,760 |
| OTHER EXPENSES | 73 |
| TOTAL | 42,833 |
| EQUIVALENT TO        USD $ | 1,529.75 |
| ( Exchange Rate at USD = NT $    28.0000    ) | |

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK  KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE : UWCBTWTP016
ACCOUNT NO. : 016-03-006000-1
BENEFICIARY : LEXCEL PARTNERS (惇安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料：惇安法律事務所    統一編號：29236482    地址：台北市松山區中正里22鄰敦化北路122號11樓



寰瀛法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

### BILL SUMMARY INFORMATION

|  | | DATE | 05/09/2008 |
| --- | --- | --- | --- |
|  | | BILL # | 20080400309 |

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
| --- | --- | --- | --- | --- |
| Stacy Lo | 5.80 | 7,000 | 0.00 | 40,600.00 |
| John Wu | 1.20 | 1,800 | 0.00 | 2,160.00 |
| Grand Total Fees | 7.00 | | | 42,760 |

| | |
| --- | --- |
| Cap (Max)： | 61,600 |
| CUMULATIVE SERVICE FEES： | 0 |
| Net Grand Total Fees： | 42,760 |

### MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
| --- | --- | --- | --- |
| Stacy Lo | 04/01/2008 | D | PROVIDING OPINION. |
| John Wu | 04/01/2008 | RA | RESEARCH THE INFORMATIOAL RE：KINGS TOWN BANK |
| Stacy Lo | 04/02/2008 | RW | RW DOCS PROVIDED. |
| Stacy Lo | 04/03/2008 | RW | RW THE REPURCHASE AG. |

博安法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

DATE    05/09/2008
BILL #  20080400309

## MATTER DISBURSEMENT SUMMARY

| Description | Amount |
|---|---|
| TELEPHONE & FAX | 73 |
| Total Disbursement | 73 |

## MATTER DISBURSEMENT DETAIL

| Atty. | Date | Disb. Amt | Description |
|---|---|---|---|
| | 04/30/2008 | 73 | TELEPHONE & FAX |
| Disb. Total | | 73 | |

恒安法律事務所
## LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

## DEBIT NOTE

MS. CHERYL PHIPPS
LEHMAN BROTHERS INC.
745 7TH AVENUE,19TH FLOOR, NEW YORK, NY10019

DATE    02/26/2008
BILL #    20080100296

CLIENT NO/NAME   L0401   LEHMAN BROTHERS INC.

MATTER NO/NAME   M03   MASTER REPURCHASE AGREEMENT WITH
AGRICULTURAL BANK OF TAIWAN

DEAR SIR:

ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND OTHER EXPENSES FOR SERVICES RENDERED FROM 1/1/2008 TO 1/31/2008 . TOTAL CHARGES ARE SUMMARIED AS FOLLOWS. THANK YOU.

| | NT$ |
|---|---|
| SERVICE FEES | 11,200 |
| OTHER EXPENSES | 0 |
| TOTAL | 11,200 |
| EQUIVALENT TO          USD $ | 373.33 |

( Exchange Rate at USD = NT $    30.0000    )

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK  KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE : UWCBTWTP016
ACCOUNT NO. : 016-03-006000-1
BENEFICIARY : LEXCEL PARTNERS (恒安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料:恒安法律事務所     統一編號: 29236482     地址:台北市松山區中正里22鄰敦化北路122號11樓

LEXCEL PARTNERS
VAILD FOR BILLING ONLY

博恩法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

## BILL SUMMARY INFORMATION

DATE    02/26/2008
BILL #   20080100296

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Mike Lu | 0.50 | 8,000 | 0.00 | 4,000.00 |
| Kang-Shen Liu | 1.20 | 6,000 | 0.00 | 7,200.00 |
| Grand Total Fees | 1.70 | | | 11,200 |

## MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
|---|---|---|---|
| Mike Lu | 01/23/2008 | D | REVIEW AND DRAFT E-MAIL TO ANNE RE CORPORATE REGISTRATION CARD |
| Kang-Shen Li | 01/23/2008 | RA | REVIEW FOUR DOCUMENTS PROVIDED BY CLIENT; RESEARCH CORPORATE RECORD OF ARGRICUTUAL BANK OF TAIWAN; EMAIL CLIENT RE REQUIRED DOCUMENTS |

恆安法律事務所
LEXCEL PARTNERS
11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

## <u>DEBIT NOTE</u>

MS. CHERYL PHIPPS                                           DATE    09/14/2007
LEHMAN BROTHERS INC.                                        BILL #  20070800379
745 7TH AVENUE,19TH  FLOOR, NEW YORK, NY10019


CLIENT NO/NAME   L0401  LEHMAN BROTHERS INC.
MATTER NO/NAME   M02  MASTER REPURCHASE AGREEMENT WITH SUNNY
                      BANK


DEAR SIR:

    ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND
OTHER EXPENSES FOR SERVICES RENDERED FROM 8/1/2007 TO 8/31/2007 .  TOTAL CHARGES ARE
SUMMARIED AS FOLLOWS. THANK YOU.

|                |          | NT$    |
|----------------|----------|--------|
| SERVICE FEES   |          | 53,940 |
| OTHER EXPENSES |          | 0      |
| TOTAL          |          | 53,940 |
| EQUIVALENT TO  | USD $    | 1,768.52 |

( Exchange Rate at USD = NT $     30.5000     )


PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK  KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE: UWCBTWTP016
ACCOUNT NO. : 016-03-006000-1
BENEFICIARY : LEXCEL PARTNERS (惇安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料：惇安法律事務所    統一編號：29236482    地址：台北市松山區中正里敦化北路122號11樓



怡安法律事務所
LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

BILL SUMMARY INFORMATION

DATE    09/14/2007
BILL #    20070800379

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Stacy Lo | 7.50 | 7,000 | 0.00 | 52,500.00 |
| John Wu | 0.80 | 1,800 | 0.00 | 1,440.00 |
| Grand Total Fees | 8.30 | | | 53,940 |

| | |
|---|---|
| Cap (Max)： | 61,000 |
| CUMULATIVE SERVICE FEES： | 0 |
| Net Grand Total Fees： | 53,940 |

MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
|---|---|---|---|
| Stacy Lo | 08/08/2007 | RW | RW DOCS PROVIDED. |
| John Wu | 08/08/2007 | RA | RESEARCH THE INFORMATION RE： SUNNY BANK LTD. |
| Stacy Lo | 08/09/2007 | RW | RW DOCS. |
| Stacy Lo | 08/13/2007 | D | DT OPINION. |
| Stacy Lo | 08/14/2007 | D | DT OPINION. |
| Stacy Lo | 08/15/2007 | D | PROVIDING THE OPINION. |

# 理律法律事務所
## LEXCEL PARTNERS
11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel : 2718-3400 Fax : 2718-3420 E-mail : attorneys@lexgroup.com.tw

## DEBIT NOTE

MS. CHERYL PHIPPS
LEHMAN BROTHERS INC.
745 7TH AVENUE, 19TH FLOOR, NEW YORK, NY10019

DATE : 09/14/2007
BILL # : 2007080037B

CLIENT NO/NAME    L0401    LEHMAN BROTHERS INC.

MATTER NO/NAME    M01    MASTER REPURCHASE AGREEMENT WITH BANK OF
                         PANHSIN

DEAR SIR:

ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND
OTHER EXPENSES FOR SERVICES RENDERED FROM 8/1/2007 TO 8/31/2007 . TOTAL CHARGES ARE
SUMMARIED AS FOLLOWS, THANK YOU.

|  | NT$ |
|---|---|
| SERVICE FEES | 18,940 |
| OTHER EXPENSES | 0 |
| TOTAL | 18,940 |
| EQUIVALENT TO    USD $ | 620.98 |

( Exchange Rate at USD 1 = NT $        30.5000        )

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK, KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE : UWCBTWTP016
ACCOUNT NO. : 016-03-000600-1
BENEFICIARY : LEXCEL PARTNERS (理律法律事務所)
CORRESPONDENT BANK. CITIUS33

關於該款之結匯10%扣繳所得稅，請匯款之前一日通知匯款總額(匯入人帳戶代之扣繳外)

扣繳義務人：理律法律事務所    統一編號：29236482    地址：台北市松山區中正東路化北路段122號11樓

LEXCEL PARTNERS
VALID FOR BILLING ONLY

LEXCEL PARTNERS
11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

BILL SUMMARY INFORMATION

|  | | DATE | 09/14/2007 |
|---|---|---|---|
|  | | BILL # | 20070800378 |

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Stacy Lo | 2.50 | 7,000 | 0.00 | 17,500.00 |
| John Wu | 0.80 | 1,800 | 0.00 | 1,440.00 |
| Grand Total Fees | 3.30 | | | 18,940 |

| | |
|---|---|
| Cap (Max)： | 61,000 |
| CUMULATIVE SERVICE FEES： | 0 |
| Net Grand Total Fees： | 18,940 |

MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | Description |
|---|---|---|---|
| Stacy Lo | 08/08/2007 | D | DT EMAIL TO CHARLES AND ANN. |
| Stacy Lo | 08/08/2007 | RW | RW DOCS. |
| John Wu | 08/08/2007 | RA | RESEARCH THE INFORMATION  RE： BANK OF PANHSIN |

悻安法律事務所
**LEXCEL PARTNERS**

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400  Fax：2718-3420  E-mail：attorneys@lexgroup.com.tw

<u>DEBIT NOTE</u>

MS. KATRINA PIERCE                                          DATE    12/16/2008
LEHMAN BROTHERS INC.                                   BILL #  20080800394
745 SEVENTH AVENUE NEW YORK NY 10019-6801

CLIENT NO/NAME  L0401  LEHMAN BROTHERS INC.

MATTER NO/NAME  A01  LBI - GLOBAL COMMISSION SHARING AGREEMENT

DEAR SIR:

    ENCLOSED FOR YOUR ATTENTION PLEASE FIND A DETAILED DESCRIPTION OF OUR LEGAL FEES AND OTHER EXPENSES FOR SERVICES RENDERED FROM 8/1/2008 TO 8/31/2008 . TOTAL CHARGES ARE SUMMARIED AS FOLLOWS. THANK YOU.

|  | NT$ |
|---|---|
| SERVICE FEES | 98,000 |
| OTHER EXPENSES | 0 |
| TOTAL | 98,000 |
| EQUIVALENT TO          USD $ | 3,500.00 |

( Exchange Rate at USD = NT $      28.0000      )

PLEASE REMIT THE PAYMENT TO FOLLOWING ACCOUNT AS SOON AS POSSIBLE.

BANK NAME : CATHAY UNITED BANK  KUANG FU BRANCH (國泰世華商業銀行光復分行)
BANK ADDRESS : 99 NANKING E. ROAD, SEC. 5, TAIPEI, TAIWAN
SWIFT CODE : UWCBTWTP016
ACCOUNT NO. : 016-03-006000-1
BENEFICIARY : LEXCEL PARTNERS (悻安法律事務所)
CORRESPONDENT BANK: CITIUS33

請依法就全額10%扣繳所得稅，並請於次年一月填報扣繳憑單。(個人及境外公司除外)
扣繳資料：悻安法律事務所    統一編號：29236482    地址：台北市松山區中正里22鄰敦化北路122號11樓

LEXCEL PARTNERS
VAILD FOR BILLING ONLY

悍安海律事務所
# LEXCEL PARTNERS

11th Fl., 122 Dun Hua North Road, Taipei 105, Taiwan, R.O.C.
Tel：2718-3400 Fax：2718-3420 E-mail：attorneys@lexgroup.com.tw

## BILL SUMMARY INFORMATION

DATE    12/16/2008
BILL #    20080800394

| Timekeeper Name | Time | Billing Rate | Discount % | Matter Value |
|---|---|---|---|---|
| Echo Yeh | 2.20 | 9,000 | 0.00 | 19,800.00 |
| Stacy Lo | 11.10 | 7,000 | 0.00 | 77,700.00 |
| John Wu | 0.60 | 1,800 | 0.00 | 1,080.00 |
| Grand Total Fees | 13.90 | | | 98,580 |

## MATTER TIME DETAIL

| Timekeeper Name | Date | Work Code | | Description |
|---|---|---|---|---|
| Echo Yeh | 08/01/2008 | GR | | COMMISSION SHARING AGT |
| Stacy Lo | 08/04/2008 | D | | COMMENTS ON THE AGREEMENT. |
| Echo Yeh | 08/05/2008 | GR | | COMMISSION SHARING AGT |
| Stacy Lo | 08/05/2008 | D | | DT EMAIL RESPONSE. |
| John Wu | 08/05/2008 | RA | | RESEARCH REGULATION RE：INTERNAL CONTRAL OF SECURITIES FIRMS |
| Echo Yeh | 08/28/2008 | GR | | E-MAIL TO JOHN RE RESPONSE TO QUESTIONS |
| Stacy Lo | 08/28/2008 | D | | EMAIL RESPONSE TO JOHN. |

LEXCEL PARTNERS
VALID FOR BILLING ONLY