UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors : | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 22901, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Yasuda Japanese Market Neutral Fund (the "Claimant") in the amount of $40,797,775.29, plus interest (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44267426\1\58399.0011

08-13555-mg    Doc 38183    Filed 06/26/13    Entered 06/26/13 19:05:30    Main Document
                                      Pg 2 of 2

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon the Claimant on December 3, 2012, the issuance of which was noticed in a filing with the Court on December 4, 2013 [ECF No. 32554].

Dated: June 24, 2013
      Grand Cayman, Cayman Islands

_____
Andrea Williams
UBS Fund Services (Cayman) Ltd.
UBS House
227 Elgin Avenue, PO Box 852
Grand Cayman KY1-1103
Cayman Islands
Telephone: (345) 914-1060
Facsimile: (345) 914-4060

Dated: June 25, 2013
      New York, New York

_____
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*