**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
**In re**                                                    :         **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :         **08-13555 (JMP)**
:
**Debtors.**                          :         **(Jointly Administered)**
:
------------------------------------------------------------------------x   **Ref. Docket Nos. 37959 & 37960**

<u>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 25, 2013, I caused to be served the:

    a)  "Reply in Connection with the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) as to Claim No. 19647," dated June 14, 2013 [Docket No. 37959], and

    b)  "Declaration of Holly Clack in Support of Reply in Connection with the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) as to Claim No. 19647," dated June 14, 2013 [Docket No. 37960],

    by causing true and correct copies to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the following party: Cabinet Kinesitherapie, Jeanne-Marie Maltaux, 33 Avenue Des Poules D'eau, 1640 Rhode. St. Genese, Belgium, Belgium.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
26th day of June, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014