B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holding Inc., et. al., Debtors     Case No. 08-13555 (JMP)
(Jointly Administrator)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Paulson Credit Opportunities Master Ltd. | PBC Financing LLC |

Name and Address where notices to transferee should be sent:

Paulson Credit Opportunities Master Ltd.
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Email: Paul_ops@paulsonco.com
Fax: 212-977-9505

Court Claim # (if known): 13776
Amount of Claim as Filed: $33,492,567.00
Amount of Claim Transferred: $33,492,567.00
(which has been allowed in the amount of $29,800,000.00)
Date Claim Filed: 9/16/09
Debtor: Lehman Brothers Holdings Inc.

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: June 26, 2013

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7976625v1

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, PBC Financing LLC ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto Paulson Credit Opportunities Master Ltd. ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number **13776** (the "Claim") against **Lehman Brothers Holdings Inc.** (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as **In re Lehman Brothers Holding Inc., et. al., Case No. 08-13555 (JMP) (Jointly Administered)**.

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

NYI 8710219v.3

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the _26_ day of _June_, 2013.

| ASSIGNEE: | ASSIGNOR: |
|---|---|
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | PBC FINANCING LLC |
| *[signature]* | *[signature]* |
| Name: **Stuart Merzer** <br> Title: **Authorized Signatory** | Name: **Stuart Merzer** <br> Title: **Authorized Signatory** |

NY1 8710219v.3