EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $17,980,794.08 of or an undivided 7.67390329% ownership interest in the claim set forth below (the "Transferred Claim"), of **Empyrean Investments, LLC** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $17,980,794.08 | 20120 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $17,980,794.08 of or an undivided 7.67390329% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: Citigroup Financial Products Inc. | ASSIGNOR: Empyrean Investments, LLC |
|---|---|
| Address: 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: |
| Signature: /s/ Brian S. Broyles | 10250 Constellation Blvd., Ste 2950 |
| Name: Brian S. Broyles<br>Title: Authorized Signatory | Los Angeles, CA 90067 |
| Date: June 24, 2013 | Signature: /s/ Sterling Hathaway |
| | Name: Sterling Hathaway<br>Title: Authorized Signatory<br>Date: June 19, 2013 |

Doc#: US1:8620112v6