UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                               :    Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                     :
                           Debtors.                  :    (Jointly Administered)
                                                     :
---------------------------------------------------------------x

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                   Name of Transferor

  Aurelius Investment, LLC                             Deutsche Bank AG, London

Name and Address where notices to transferee
should be sent:

  c/o Aurelius Capital Management, LP                  Court Claim # (if known): 10117
  535 Madison Avenue, 22nd Floor                      Total Amount of Claim: $29,106,324.47
  New York, NY 10022                                   Date Claim Filed: September 2, 2009
                                                       Transferred Portion: 2.75% or $800,423.92
  Contact: Jason Stramaglia / Patrick Vance
  Email: bankdebt@aurelius-capital.com
  Telephone: 646-445-6583 / 646-445-6584

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Aurelius Investment, LLC**

By: Aurelius Capital Management, LP,
solely as manager and not in its individual
capacity

By: _____
Name:    Richard Petrilli
Title:   Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transfer of LBHI Claim # 10117

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 10117 (In Part – See Below)

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a **2.75%** or **$800,423.92** portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of **$29,106,324.47** (the "Claim").

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**Aurelius Investment, LLC**

Contact: Jason Stramaglia / Patrick Vance
Address: c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022
Telephone: 646-445-6583 / 646-445-6584
Facsimile: 212-786-5906
Email: bankdebt@aurelius-capital.com
Reference: Lehman Brothers Bankhaus

("Buyer") by assignment agreement dated 26 June 2013.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.



Transfer of LBHI Claim # 10117

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of ~~May~~ June 2013.

| Deutsche Bank AG, London Branch | Aurelius Investment, LLC |
|---|---|
| | By: Aurelius Capital Management, LP, solely as manager and not in its individual capacity |
| Name: | Name: Richard Petrilli |
| Title: Philipp Roever, Director / Jamie Foote, Vice President | Title: Chief Financial Officer |