WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
------------------------------------------------------------------x

**THIRTEENTH NOTICE OF WITHDRAWAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1.   On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973]. The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

US_ACTIVE:\44260524\6\58399.0011

2. Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3. On January 31, 2012, February 9 and 13, 2012, April 3, 2012, May 31, 2012, June 25, 2012, August 14, 2012, October 19, 2012, November 16, 2012, December 4, 2012, February 8, 2013, and March 8, 2013, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4. Subsequent to the filing of the Notices of Withdrawal or Deferral, the Debtors have reached agreements with certain additional parties with respect to their objections to the Debtors' application to assume executory contracts and unexpired leases.

5. The Debtors hereby withdraw their application to assume the executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

6. The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on

Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed

on Schedule 1 or 2 to the Confirmation Order.

Dated: June 27, 2013
      New York, New York

      /s/ Jacqueline Marcus
      Jacqueline Marcus
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates

# EXHIBIT A

# AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND ORDERS PERTAINING THERETO

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011 [ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contacts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

A-1

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

26. Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 8, 2013 [ECF No. 34503].

27. Twelfth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on March 8, 2013 [ECF No. 35786].

28. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on March 14, 2013 [ECF No. 35924].

29. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on March 19, 2013 [ECF No. 36058].

A-2

# EXHIBIT B

# WITHDRAWN CONTRACTS

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LION CITY CDO 2006-2 LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002, AS AMENDED AND RESTATED ON JULY 22, 2005 | C/O WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH ST., 14TH FL. NY, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NY, NY 10022 |
| | | | SIDLEY AUSTIN LLP BRYAN KRAKAUER ROBERT J. ROBINSON ALEX R. ROVIRA SOPHIA P. MULLEN 787 SEVENTH AVENUE NY, NY 10019 |
| MASSACHUSETTS HOUSING FINANCE AGENCY | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JUNE 10, 2002 AND ISDA MASTER AGREEMENT, DATED AS OF JULY 18, 2008 | ONE BEACON STREET BOSTON, MA , 02108 ATTN: TIMOTHY SULLIVAN |
| | | | ROPES & GRAY LLP JOSE RAUL ALCANTAR VILLAGRAN 1211 AVENUE OF THE AMERICAS NY, NY 10036-8704 |
| | | | ROPES & GRAY LLP D. ROSS MARTIN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON, MASSACHUSETTS 02199 |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVE., 34TH FL NY, NY 10017-5010 |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| PYXIS ABS CDO 2007-1 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF MARCH 6, 2007 | LASALLE BANK NATIONAL ASSOCIATION<br>181 WEST MADISON STREET, 32ND FL<br>CHICAGO, IL, 60602<br>CDO TRUST SERVICES GROUP - PYXIS ABS CDO 2007-1 LT |
| | | | PYXIS ABS CDO 2007-1 LTD.C/O MAPLES FINANCE LIMITED<br>P.O. BOX 1093 GT, QUEENSGATE HOUSE<br>SOUTH CHURCH STREET<br>GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS<br>CDO TRUST SERVICES GROUP - PYXIS ABS CDO 2007-1 LT |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVE., 34TH FL<br>NY, NY 10017-5010 |
| | | | MAYER BROWN LLP<br>BRIAN TRUST<br>STEVEN WOLOWITZ,<br>CHRISTOPHER J. HOUPT<br>1675 BROADWAY<br>NY, NY 10019 |
| | | | SIDLEY AUSTIN LLP<br>ALEX R. ROVIRA<br>787 SEVENTH AVENUE<br>NY, NY 10019 |
| | | | ALSTON & BIRD LLP<br>MICHAEL E. JOHNSON<br>90 PARK AVENUE<br>NY, NY 10016 |
| | | | ALSTON & BIRD LLP<br>JOHN C. WEITNAUER<br>1201 WEST PEACHTREE ST.<br>ATLANTA, GEORGIA 30309 |
| SAINT JOSEPH'S UNIVERSITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF MAY 16, 2006 | SAINT JOSEPH'S UNIVERSITY<br>5600 CITY AVENUE<br>PHILADELPHIA, PA, 19131<br>ATTN: LOUIS MAYER, VP OF FINANCIAL AFFAIRS |

B-2

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVE., 34TH FL<br>NY, NY 10017-5010 |
| SHINHAN BANK | LEHMAN BROTHERS COMMERCIAL CORPORATION | | APEX LLC<br>16-18F, MERITZ TOWER, 825-2 YEOKSAM-DONG<br>GANGNAM-GU,SEOUL<br>135-934<br>KOREA<br>JONG BAEK PARK/KYU HYUN SONG |
| TOPAZ FINANCE LTD 2005-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002, AS AMENDED AND RESTATED ON JULY 22, 2005 | 540 WEST MADISON STREET, 25TH FLOOR<br>CHICAGO, IL, 60661<br>ATTN: MATTHEW MASSIER |
| | | | BNY CORPORATE TRUSTEE SERVICES LIMITED – LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH ST., 14TH FL.<br>NY, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVE.<br>NY, NY 10022 |
| YORK HOSPITAL | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JUNE 1, 1993 | 1001 SOUTH GEORGE STREET<br>YORK, 17405<br>ATTN: VICE PRESIDENT FINANCE |
| | | | BALLARD SPAHR LLP<br>CHRISTOPHER S. CHOW<br>919 N. MARKET ST., 11TH FL.<br>WILMINGTON, DE 19801 |

B-3

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
|  |  |  | BALLARD SPAHR LLP WILLIAM A. SLAUGHTER 1735 MARKET ST., 51ST FL. PHILADELPHIA, PA 19103-7599 |