### EXHIBIT 1-A

### EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Macquarie Bank Limited ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto HBK Master Fund L.P. ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17203 in the amount of $15,000,000 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 25 day of June, 2013.

| Seller | Buyer |
|---|---|
| **Macquarie Bank Limited** | **HBK Master Fund L.P.**<br>By: HBK Services LLC<br>Investment Advisor |
| By: _/s/ Alan Cameron_<br>Name: Alan D Cameron<br>Title: Executive Director<br>Fixed Income & Currencies<br>Macquarie Bank Ltd<br><br>By: _/s/ Nathan Booker_<br>Name: Nathan Booker<br>Title: Associate Director | By: _/s/_<br>Name: J. BAKER GENTRY, JR.<br>Title: Authorized Signatory |

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

NY1 8780148v.3

#1163183

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al*., Debtors       Case No. 08-01355 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Macquarie Bank Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): 17203
Amount of Claim Total: $15,000,000
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing, Inc.

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                    Date: June 27, 2013
     Transferees' Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

NY1 8780148v.3

## EXHIBIT 1-B

### EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Macquarie Bank Limited ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto HBK Master Fund L.P. ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17202 in the amount of $15,000,000 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 25 day of June, 2013.

SELLER:

**Macquarie Bank Limited**

By: _____
Name:          Alan D Cameron
Title:          ~~Executive~~ Director
            Fixed Income & Currencies
            Macquarie Bank Ltd

By: _____
Name:
Title:    Nathan Booker
         Associate Director

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

BUYER:

**HBK Master Fund L.P.**
**By: HBK Services LLC**
      **Investment Advisor**

By: _____
Name: J. BAKER GENTRY, JR.
Title: Authorized Signatory

NY1 8780148v.3

#1163183

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al*., Debtors            Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Macquarie Bank Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): 17202
Amount of Claim Total: $15,000,000.00
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings, Inc.

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith            Date: June 27, 2013
    Transferees' Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

NY1 8780148v.3