B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>Paulson Credit Opportunities Master Ltd.</u>
Name of Transferee                                                    Name of Transferor

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>14175</u> |
| | Amount of Claim Transferred:  <u>$3,000,000.00 (as allowed)</u> |
| Goldman Sachs Lending Partners LLC | |
| c/o Goldman, Sachs & Co. | Date Claim Filed:  <u>09/16/2009</u> |
| 30 Hudson Street, 5th Floor | Debtor:  <u>Lehman Brothers Commodity Services Inc.</u> |
| Jersey City, NJ 07302 | |
| Attn: Michelle Latzoni | |
| Email: gsd.link@gs.com | |
| Tel: (212)934-3921 | |
| Fax: (646) 769-7700 | |

14

775971v.5 3091/00338

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Goldman Sachs Lending Partners LLC

By: _____          Date: _6/27|13
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

Paulson Credit Opportunities Master Ltd.


By: _____          Date: _____
　　　Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Goldman Sachs Lending Partners LLC

By: _____          Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Paulson Credit Opportunities Master Ltd.

By: _____          Date: 6/27/13 _____
      Transferor/Transferor's Agent