B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Goldman Sachs Lending Partners LLC</u> | <u>Paulson Credit Opportunities Master Ltd.</u> |
| :---: | :---: |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921
Fax: (646) 769-7700

Court Claim # (if known):  <u>66139 (amends claim 2895)</u>
Amount of Claim Transferred:  <u>$5,000,000.00 (as allowed)</u>
Date Claim Filed:  <u>1/20/2010</u>
Debtor:  <u>Lehman Brothers Holdings Inc.</u>

16

784810v.1 3091/00340

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Goldman Sachs Lending Partners LLC

By: _____    Date: 6/27/13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Paulson Credit Opportunities Master Ltd.

By: _____    Date: _____
Transferor/Transferor's Agent

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Goldman Sachs Lending Partners LLC

By: _____     Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Paulson Credit Opportunities Master Ltd.

By: *[signature]* _____     Date: 6/27/13
    Transferor/Transferor's Agent

17