STUTMAN, TREISTER & GLATT, P.C.
675 Third Avenue, Suite 2216
New York, New York 10017
Telephone: (212) 235-0800
Facsimile: (212) 235-0842
William P. Weintraub
Kizzy L. Jarashow

*Attorneys for Bay Harbour Master Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :  Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :  Case No. 08-13555 (JMP)
                                                               :
                       Debtors.                                :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Bay Harbour Master Ltd. ("Bay Harbour"), by its attorneys, Stutman, Treister & Glatt, P.C., hereby appears in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and demands copies of all notices given or required to be given in the Chapter 11 Cases and that all papers served in these cases be given to and served upon the undersigned:

> STUTMAN, TREISTER & GLATT, P.C.
> William P. Weintraub
> Kizzy L. Jarashow
> 675 Third Avenue, Suite 2216
> New York, New York 10017-5714
> (212) 235-0800
> wweintraub@stutman.com
> kjarashow@stutman.com

574336v1

**PLEASE TAKE FURTHER NOTICE** that the undersigned consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over Bay Harbour or to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Bay Harbour may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: New York, New York
June 28, 2013

Respectfully Submitted,

**STUTMAN, TREISTER & GLATT, P.C.**

By:   /s/ William P. Weintraub
William P. Weintraub
Kizzy L. Jarashow
675 Third Avenue, Suite 2216
New York, NY 10017-5714
Telephone: (212) 235-0800

*Attorneys for Bay Harbour Master Ltd.*

574336v1