LAURA J. MONROE, 14272300
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. Box 817
LUBBOCK, TX 79408
(806) 744-5091
FAX (806) 744-9953
lmonroe@pbfcm.com

ATTORNEY FOR ANDREWS COUNTY

FILED / RECEIVED
JUN 27 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| LEHMAN BROTHERS HOLDINGS | § BANKRUPTCY ACT |
| INC., et al | § |
| | § |
| DEBTOR | § NO. 08-13555 (JMP) |

### WITHDRAWAL OF CLAIM NO. 177
### FOR TAXES OF ANDREWS COUNTY

Claimant, ANDREWS COUNTY, filed Secured Claim Number 177 for Taxes of Andrews County in the amount of $74.83. Claimant wishes to withdraw this claim since the ad valorem taxes have been paid in full.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 744-5091
FAX: (806) 744-9953

By _/s/ Laura J. Monroe_
LAURA J. MONROE
Bar No:14272300

# PerdueBrandonFielderCollins&Mott LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| Howard Perdue (1933-2005)<br>Larry Brandon (1939-2012)<br>James O. Collins<br>Terry Ann White<br>R. Bruce Medley<br>Robert Mott<br>Kevin Brennen<br>Jeanmarie Baer<br>David A. Ellison<br>Laura J. Monroe<br>Tab Beall<br>Michael J. Darlow<br>Joseph T. Longoria<br>David S. Crawford<br>Donald B. Roseman<br>Carl O. Sandin<br>Jason Bailey<br>Owen M. Sonik<br>David Hudson<br>R. Gregory East<br>Elizabeth Banda Calvo<br>Yolanda M. Humphrey<br>John T. Banks<br>Sandra Griffin<br>Sergio E. Garcia<br>E. Stephen Lee<br>D'Layne Peeples Carter<br>Hiram A. Gutierrez<br>Michael J. Siwierka | P.O. Box 817<br>Lubbock, TX 79408<br>TELEPHONE 806-744-5091<br>FAX 806-744-9953<br>www.pbfcm.com<br><br>June 24, 2013<br><br>FILED / RECEIVED JUN 27 2013 EPIQ BANKRUPTCY SOLUTIONS, LLC | Thelma Banduch<br>Christopher S. Jackson<br>Eboney Cobb<br>Charles E. Brady<br>Adam J. Walker<br>Alesha L. Williams<br>Leslie M. Schkade<br>Pamela Gleason<br>W. Tracy Crites, Jr.<br>Guy A. "Tony" Fidelie, Jr.<br>Carol Barton<br>D'Arwyn Daniels<br>Michael W. Balcezak<br>Veronica Leal Vasquez<br>Jonathan Garza<br>Otilia R. Gonzales<br>Elizabeth Wiehle Wang<br>Caleb Perkins<br>Ashly Steele Atkins<br>Kyle T. Dickson<br>Justin J. Brom<br>George Dowlen*<br>Terry G. Wiseman*<br>C. David Fielder *<br>Gregg M. McLaughlin*<br>Harold Lerew**<br>B. Lynn Stavinoha**<br>*Retired<br>**Of Counsel |

Lehman Brothers Holding Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

Re:    *In re* Lehman Brothers Holdings Inc., et al
       U.S. Bankruptcy Court, Southern District of New York
       Chapter 11 Case No. 08-13555

Dear Sir or Madame:

Here is an original and one copy of the Withdrawal of Claim #177 of Andrews County in the above referenced bankruptcy case. Please file the original and return the file-marked copy to me in the enclosed self-addressed stamped envelope.

Thank you for your assistance.

Sincerely,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

Laura J. Monroe

LJM:kr