LAURA J. MONROE, 14272300
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. Box 817
LUBBOCK, TX 79408
(806) 744-5091
FAX (806) 744-9953
lmonroe@pbfcm.com

ATTORNEY FOR ANDREWS INDEPENDENT SCHOOL DISTRICT



IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| LEHMAN BROTHERS HOLDINGS | § BANKRUPTCY ACT |
| INC., et al | |
| | § |
| DEBTOR | § NO. 08-13555 (JMP) |

## WITHDRAWAL OF CLAIM NO. 6281
## FOR TAXES OF THE ANDREWS INDEPENDENT SCHOOL DISTRICT

Claimant, ANDREWS INDEPENDENT SCHOOL DISTRICT, filed Secured Claim Number 6281 for Taxes of the Andrews Independent School District in the amount of $383.26. Claimant wishes to withdraw this claim since the ad valorem taxes have been paid in full.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 744-5091
FAX: (806) 744-9953

By _____
LAURA J. MONROE
Bar No:14272300

# PerdueBrandonFielderCollins&Mott LLP
## ATTORNEYS AT LAW

P.O. Box 817
Lubbock, TX 79408
TELEPHONE 806-744-5091
FAX 806-744-9953
www.pbfcm.com

Howard Perdue (1933-2005)
Larry Brandon (1939-2012)
James O. Collins
Terry Ann White
R. Bruce Medley
Robert Mott
Kevin Brennen
Jeanmarie Baer
David A. Ellison
Laura J. Monroe
Tab Beall
Michael J. Darlow
Joseph T. Longoria
David S. Crawford
Donald B. Roseman
Carl O. Sandin
Jason Bailey
Owen M. Sonik
David Hudson
R. Gregory East
Elizabeth Banda Calvo
Yolanda M. Humphrey
John T. Banks
Sandra Griffin
Sergio E. Garcia
E. Stephen Lee
D'Layne Peeples Carter
Hiram A. Gutierrez
Michael J. Siwierka

Thelma Banduch
Christopher S. Jackson
Eboney Cobb
Charles E. Brady
Adam J. Walker
Alesha L. Williams
Leslie M. Schkade
Pamela Gleason
W. Tracy Crites, Jr.
Guy A. "Tony" Fidelie, Jr.
Carol Barton
D'Arwyn Daniels
Michael W. Balcezak
Veronica Leal Vasquez
Jonathan Garza
Otilia R. Gonzales
Elizabeth Wiehle Wang
Caleb Perkins
Ashly Steele Atkins
Kyle T. Dickson
Justin J. Brom
George Dowlen*
Terry G. Wiseman*
C. David Fielder *
Gregg M. McLaughlin*
Harold Lerew**
B. Lynn Stavinoha**
*Retired
**Of Counsel

June 24, 2013

Lehman Brothers Holding Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

Re:   *In re* Lehman Brothers Holdings Inc., et al
      U.S. Bankruptcy Court, Southern District of New York
      Chapter 11 Case No. 08-13555

Dear Sir or Madame:

Here is an original and one copy of the Withdrawal of Claim #6281 of the Andrews Independent School District in the above referenced bankruptcy case. Please file the original and return the file-marked copy to me in the enclosed self-addressed stamped envelope.

Thank you for your assistance.

Sincerely,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

*Laura J. Monroe*

Laura J. Monroe

LJM:kr





**PerdueBrandonFielderCollins&Mott LLP**
ATTORNEYS AT LAW

P.O. BOX 817
LUBBOCK, TEXAS 79408

RETURN SERVICE REQUESTED

PRESORTED FIRST CLASS

U.S. POSTAGE PITNEY BOWES
ZIP 79401 $ 000.43
02 1W
0001380184 JUN 24 2013

FILED / RECEIVED
JUN 27 2013
EPIQ SYSTEMS

Lehman Brothers Holding Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076