LAURA J. MONROE, 14272300
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. Box 817
LUBBOCK, TX 79408
(806) 744-5091
FAX (806) 744-9953
lmonroe@pbfcm.com

ATTORNEY FOR ANDREWS COUNTY TAX OFFICE



IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

IN RE                                § IN PROCEEDINGS UNDER
                                     § CHAPTER 11 OF THE
LEHMAN BROTHERS HOLDINGS             § BANKRUPTCY ACT
INC., et al
                                     §
DEBTOR                               § NO. 08-13555 (JMP)

## WITHDRAWAL OF CLAIM NO. 6328
## FOR TAXES OF THE ANDREWS COUNTY TAX OFFICE

Claimant, ANDREWS COUNTY TAX OFFICE, filed Secured Claim Number 6328 for Taxes of the Andrews County Tax Office in the amount of $86.16. Claimant wishes to withdraw this claim since the ad valorem taxes have been paid in full.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 744-5091
FAX: (806) 744-9953

By _____
LAURA J. MONROE
Bar No:14272300

# PerdueBrandonFielderCollins&Mott LLP
## ATTORNEYS AT LAW

Howard Perdue (1933-2005)
Larry Brandon (1939-2012)
James O. Collins
Terry Ann White
R. Bruce Medley
Robert Mott
Kevin Brennen
Jeanmarie Baer
David A. Ellison
Laura J. Monroe
Tab Beall
Michael J. Darlow
Joseph T. Longoria
David S. Crawford
Donald B. Roseman
Carl O. Sandin
Jason Bailey
Owen M. Sonik
David Hudson
R. Gregory East
Elizabeth Banda Calvo
Yolanda M. Humphrey
John T. Banks
Sandra Griffin
Sergio E. Garcia
E. Stephen Lee
D'Layne Peeples Carter
Hiram A. Gutierrez
Michael J. Siwierka

P.O. Box 817
Lubbock, TX 79408
TELEPHONE 806-744-5091
FAX 806-744-9953
www.pbfcm.com

Thelma Banduch
Christopher S. Jackson
Eboney Cobb
Charles E. Brady
Adam J. Walker
Alesha L. Williams
Leslie M. Schkade
Pamela Gleason
W. Tracy Crites, Jr.
Guy A. "Tony" Fidelie, Jr.
Carol Barton
D'Arwyn Daniels
Michael W. Balcezak
Veronica Leal Vasquez
Jonathan Garza
Otilia R. Gonzales
Elizabeth Wiehle Wang
Caleb Perkins
Ashly Steele Atkins
Kyle T. Dickson
Justin J. Brom
George Dowlen*
Terry G. Wiseman*
C. David Fielder *
Gregg M. McLaughlin*
Harold Lerew**
B. Lynn Stavinoha**
*Retired
**Of Counsel

FILED / RECEIVED
JUN 27 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

June 24, 2013

Lehman Brothers Holding Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

Re:   *In re* Lehman Brothers Holdings Inc., et al
      U.S. Bankruptcy Court, Southern District of New York
      Chapter 11 Case No. 08-13555

Dear Sir or Madame:

   Here is an original and one copy of the Withdrawal of Claim #6328 of the Andrews County Tax Office in the above referenced bankruptcy case. Please file the original and return the file-marked copy to me in the enclosed self-addressed stamped envelope.

   Thank you for your assistance.

                                    Sincerely,

                                    PERDUE, BRANDON, FIELDER,
                                    COLLINS & MOTT, L.L.P.

                                    *[signature]*
                                    Laura J. Monroe

LJM:kr

AMARILLO   ARLINGTON   AUSTIN   CONROE   HOUSTON   LUBBOCK
MCALLEN   MIDLAND   SAN ANTONIO   TYLER   WICHITA FALLS




PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW

P.O. BOX 817
LUBBOCK, TEXAS 79408

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 79401 $ 000.43
02 1W
0001380184 JUN 24 2013

FILED / RECEIVED
JUN 27 2013
EPIQ SYSTEMS

Lehman Brothers Holding Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076