UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                           Debtors.                              :
                                                                 :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 37875-37878,
                                                                     37989, 37991, 38000-38004, 38006,
                                                                     38008, 38009, 38011, 38015

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 20, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
28th day of June, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 38256    Filed 06/28/13    Entered 06/28/13 13:27:01    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC
     TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P.
     ATTN: DANIEL MIRANDA
     745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019

BARCLAYS BANK PLC
ATTN: ANTHONY VITIELLO
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

Please note that your claim # 59098-63 in the above referenced case and in the amount of
     $2,901,108.93   allowed at $2,949,800.87        has been transferred **(unless previously expunged by court order)**

STONEHILL INSTITUTIONAL PARTNERS, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O STONEHILL CAPITAL MANAGEMENT LLC
ATTN: STEVEN D. NELSON
885 THIRD AVENUE, 30TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 38000      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/21/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 21, 2013.

EXHIBIT B

```
TIME: 13:46:20                                            LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 06/21/13                                                 CREDITOR LISTING

Name                                          Address
BANK JULIUS BAER & CO. LTD.                   TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH    8010 SWITZERLAND
BARCLAYS BANK PLC                             ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
                                              TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND, LTD.             ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND, LTD.             TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                              LOS ANGELES CA 90067
CANYON VALUE REALIZATION MASTER FUND,         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
L.P., THE
CANYON VALUE REALIZATION MASTER FUND,         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
L.P., THE                                     LOS ANGELES CA 90067
CITIGROUP GLOBAL MARKETS INC.                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
ELLIOTT ASSOCIATES, L.P.                      TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FIR TREE CAPITAL OPPORTUNITY MASTER           TRANSFEROR: RBS SECURITIES INC. C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.              WILLKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
                                              FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099
FIR TREE VALUE MASTER FUND, L.P.              TRANSFEROR: RBS SECURITIES INC. C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
GOLDMAN SACHS & CO.                           TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ICCREA BANCA S.P.A.                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                           ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ILLIQUIDX LLP                                 ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
                                              TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                              NEW YORK NY 10022
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE FUND VI-A LP, THE                       TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                 TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)          TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER LP
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed      31
```

EPIQ BANKRUPTCY SOLUTIONS, LLC