UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :   08-13555 (JMP)
                                                  :   (Jointly Administered)
              Debtors.                            :

                                                  :
-----------------------------------------------------------------x   Ref. Docket Nos. 37728, 37939,
                                                      37941, 37942, 38020, 38031, 38034,
                                                      38035, 38041, 38049, 38051, 38073,
                                                      38074, 38076, 38078-38082

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 20, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
28th day of June, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 37728, 37939, 37941...38076, 38078-38082_AFF_6-24-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ASHTON INVESTMENTS, LLC
      TRANSFEROR: ELLIOTT INTERNATIONAL, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: MICHAEL STEPHAN
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

Please note that your claim # 62744-73 in the above referenced case and in the amount of $1,145,175.57 allowed at $1,486,125.66 has been transferred (**unless previously expunged by court order**)

```
BARCLAYS BANK PLC                              BARCLAYS BANK PLC
TRANSFEROR: ASHTON INVESTMENTS, LLC            ANTHONY VITIELLO
ATTN: DANIEL MIRANDA                           BARCLAYS BANK PLC
745 SEVENTH AVENUE, 2ND FLOOR                  745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019                              NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 38020 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/24/2013                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 24, 2013.

# EXHIBIT B

08-13555-mg    Doc 38261    Filed 06/28/13    Entered 06/28/13 13:53:44    Main Document
Pg 4 of 5

```
TIME: 09:45:12                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 06/24/13                                        CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: YORVIK PARTNERS LLP 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 FUND, L.P.
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 FUND, LP
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
BANCA PROFILO S.P.A.                              CORSO ITALIA, 49 MILAN 20122 ITALY
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 BARCLAYS ATTN: ANTHONY VITIELLO, DAN MIRANDA, JOSEPH PUCCIO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD C/O BARCLAYS ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10166
BARCLAYS BANK PLC                                 TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRADA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BNP PARIBAS SECURITIES CORP                       TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 7TH AVENUE NEW YORK NY 10019
BSI SA                                            TRANSFEROR: CREDIT SUISSE ATTN: MR. ANDREA FERRARI CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO   6900 SWITZERLAND
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     TRANSFEROR: UBS AG ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE 625 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE TUMBLOLO 625 8TH AVENUE NEW YORK NY 10019
CVF II LUX FINCO, LLC                             TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L. 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVF II LUX FINCO, LLC                             TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L. CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVF II LUX SECURITIES TRADING S.A.R.L.            WILLIAM DOYLE CREDIT SUISSE 11 MADISON AVENUE NEW YORK NY 10010
CVF II LUX SECURITIES TRADING S.A.R.L.            TRANSFEROR: CVF II LUX FINCO, LLC C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55437
CVF II LUX SECURITIES TRADING S.A.R.L.            TRANSFEROR: CVF II LUX FINCO, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BNP PARIBAS SECURITIES CORP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELSTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
JEFFERIES INTERNATIONAL LIMITED                   TRANSFEROR: BANCA PROFILO S.P.A. VINTNERS PLACE 68 UPPER THAMES STREET LONDON   EC4V 3BJ UNITED KINGDOM
MAGNETAR CAPITAL MASTER FUND, LTD                 STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYPER 180 MAIDEN LANE NEW YORK NY 10038
MAGNETAR CAPITAL MASTER FUND, LTD                 C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201
MOUNT KELLETT MASTER FUND II, LP                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE - FLOOR 18 NEW YORK NY 10022-9139
UBS AG                                            45 ATTN: HUGO KOLLER ZURICH   8001 SWITZERLAND
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER OQ9C/05GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE FUND VI-A LP, THE                           ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
 MASTER LP                                        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: VARDE INVESTMENT PARTNERS, LP THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP                               TRANSFEROR: BANK JULIUS BAER & CO. LTD. 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     41
```