UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :    (Jointly Administered)
                    Debtors.                :
                                            :
------------------------------------------------------------x    Ref. Docket Nos. 37731, 37943,
                                                 38038

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 17, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
24th day of June, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

```
Transferor:    CREDIT SUISSE
               ATTN: ALLEN GAGE
               1 MADISON AVE
               NEW YORK NY 10010


Additional:    CREDIT SUISSE
               CRAVATH, SWAINE & MOORE LLP
               ATTN: RICHARD LEVIN
               WORLDWIDE PLAZA
               825 EIGHTH AVENUE
               NEW YORK NY 10019




Transferee:    BERNER KATONALBANK AG
               ATTN: SAMUEL STUCKI
               POSTFACH
               BERN 3001 SWITZERLAND
```

**Your transfer  of claim #   55829   is defective for the reason(s) checked below:**

Other                              Cuurency discrepancy.  Transfer currency does not match.

Docket Number 37731             Date 04/30/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 24, 2013.

EXHIBIT B

```
TIME: 09:43:16
DATE: 06/24/13                                                                                                     PAGE:   1

                                                    LEHMAN BROTHERS HOLDING INC.
                                                           CREDITOR LISTING

Name                        Address
BERNER KATONALBANK AG       ATTN: SAMUEL STUCKI POSTFACH BERN  3001 SWITZERLAND
CREDIT SUISSE               ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE               RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
LOMBARD ODIER & CIE         ATTN: JOSE FILELLA/CORPORATE ACTIONS RUE DE LA CORRATERIE 11 GENEVA  CH-1204
PICTET & CIE                60 ROUTE DES ACACIAS GENEVA 73  CH-1211 SWITZERLAND


Total Number of Records Printed        6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

| | |
|---|---|
| ILLIQUIDX LLP<br>80 FLEET STREET<br>LONDON EC4Y 1EL<br>UNITED KINGDOM<br>ATTENTION: MR. CELESTINO AMORE | ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP<br>C/O ALDEN GLOBAL CAPITAL<br>ATTENTION: ITHRAN OLIVACCE<br>885 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 |