UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (JPM)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
:
Debtors. :
:
:
:
---------------------------------------------------------------- x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer of claim, other than for security, referenced in this evidence and notice.

Credit Suisse International
Name of Transferee

Illiquidx LLP
Name of Transferor

Name and Address where notices to transferee should be sent:

Credit Suisse International
1-5 Cabot Square
London
E14 4QJ, United Kingdom
E-mail: mark.cheyne@credit-suisse.com;
ashwinee.sawh@credit-suisse.com

*With Copies To*:

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
E-mail: dhoyt@andrewskurth.com

Court Claim No.: See attached.
Amount of Claim Transferred: See attached.
Date Claim Filed: See attached.

Name and Address where notices to transferor should be sent:

Illiquidx LLP
80 Fleet Street
London,
EC4Y 1EL, United Kingdom
Attn: Celestino Amore
Email: amore@illiquidx.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 1/28/13
 Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:250606.2

## SCHEDULE 3

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

And

Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Illiquidx LLP ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse International (the Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 12486) originally filed by Banca Aletti & C.S.p.A. with the Bankruptcy Court respect of the foregoing claim in the amount of $5,109,798.95 (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28th day of June, 2013.

**ASSIGNOR:**                                **ASSIGNEE:**

ILLIQUIDX LLP                                CREDIT SUISSE INTERNATIONAL

By: _____                  By: _____
Name:  CELESTINO AMORE                       Name:
Title: MANAGING PARTNER                      Title:

NYC:249911.3

**SCHEDULE 3**

**FORM OF EVIDENCE OF TRANSFER OF CLAIM**

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

And

Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Illiquidx LLP ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse International (the Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 12486) originally filed by Banca Aletti & C.S.p.A. with the Bankruptcy Court respect of the foregoing claim in the amount of $5,109,798.95 (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28th day of June, 2013.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| ILLIQUIDX LLP | CREDIT SUISSE INTERNATIONAL |
| By:_____ | By: _____ _____ |
| Name: | Name: Shui Wong / Bik Kwan Chung |
| Title: | Title: Authorized Signatory / Authorized Signatory |

NYC:249911.3