UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                                :

In re:                                          :      **Chapter 11 Case No.**
                                                  :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :      **08-13555 (JMP)**
                                                  :

                      **Debtors.**             :      **(Jointly Administered)**
                                                  :

-----------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **RUST BELT HOLDINGS, L.L.C.** | **DEUTSCHE BANK AG, LONDON BRANCH** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    RUST BELT HOLDINGS, L.L.C.
    PO Box 8155
    New York, NY 10150
    E-mail: claims@rustbeltholdings.net

    with a copy to:

    Alice Belisle Eaton
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Phone (212) 373-3125
    Fax (212) 492-0125
aeaton@paulweiss.com

Court Claim # (if known): 15364
Amount of Claim: $68,351,668.66
Amount of Claim to be Transferred: $68,351,668.66
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

Name and Address of Transferor:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005

**\*\*PLEASE SEE ATTACHED DOCUMENTS\*\***

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RUST BELT HOLDINGS, L.L.C

By: _~signature~_                            Date: June 28 , 2013
Name: Alice Eaton
Title: Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**EXHIBIT A**

Proof of Claim

| *United States Bankruptcy Court/Southern District of New York* | **PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10 150-5076

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 888047140 |
|---|---|---|
| Name of Debtor Against Which Claim is Held Lehman Brothers Holdings Inc. | Case No. of Debtor Case No. 08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (Creditor.DBF.Crednum) Crednum #: 888047140******
Telecom Italia Capital Societe Anonyme
Telecom Italia Capital SA
12, Rue Eugene Ruppert
L-2453 Luxembourg, B.P. 872 L-2018 Luxembourg
Telephone no.: +352 456060275   Email: antonio.sica@tifinance.lu

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** *(If Known)*

Filed on:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed: In excess of $68,351,668.66**

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*
**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** See attached Annex A (See instruction #2 on reverse side.)
**3.** Last four digits of any number by which creditor identifies debtor: None
   3a. Debtor may have scheduled account as:       (See instruction #3a on reverse side.)
**4.** Secured Claim (See instruction #4 on reverse side.) Not Applicable
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $         Annual Interest Rate      %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$                   Basis for perfection:
Amount of Secured Claim: $       Amount Unsecured: $

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $**
   (See instruction #6 on reverse side.)

**7. Credits:** The amount of a
**8. Documents:** Attach redac
orders, invoices, itemized state
Attach redacted copies of docu
*on reverse side.)* If the documer
**DO NOT SEND ORIGINAL**
**SCANNING.**
If the documents are not availab

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000015364

of making this proof of claim.
; promissory notes, purchase
:es and security agreements.
it. *(See definition of "redacted"*
**DESTROYED AFTER**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(    ).

**Amount entitled to priority:**

$

**FILED / RECEIVED**
FOR COURT USE ONLY
SEP 17 2009
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date: 9/17/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Antonio Sica, Director       Adriano Trapletti, Managing director | |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :
                                                                 :  Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                                   :
                                                                 :  Case No. 08-13555 (JMP)
                                                                 :
                      Debtor.                                    :  (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

## ANNEX A TO PROOF OF CLAIM OF TELECOM ITALIA CAPITAL S.A.

1.      Claimant.   The undersigned, Telecom Italia Capital S.A. ("**Claimant**"), whose

business and mailing address is 12 rue Eugène Ruppert, L-2453 Luxembourg, B.P. 872 L-2018

Luxembourg is a party with Lehman Brothers International (Europe) ("**LBIE**") to (i) that certain

ISDA Master Agreement dated January 16, 2006 between Claimant and LBIE (the "**Master

Agreement**"); (ii) that certain ISDA Schedule to the Master Agreement dated January 16, 2006

between Claimant and LBIE (the "**Schedule**"); and (iii) a series of transactions governed by the

Master Agreement and evidenced by one or more confirmations exchanged between the parties

(each, a "**Confirmation**") confirming the transactions (the "**Transactions**," together with the

Master Agreement, the Schedule and the Confirmations, the "**Transaction Documents**").[1]

2.      Guarantee.  Pursuant to the Schedule, Lehman Brothers Holdings Inc. ("**LBHI**" or

"**Debtor**") is the Credit Support Provider[2] to LBIE.  Pursuant to the Guarantee of Lehman

---

[1]      Each of the Transaction Documents will be filed electronically in accordance with this Court's Order dated
July 2, 2009 entered in the above-captioned bankruptcy cases establishing the deadline and procedures for filing
proofs of claim based on derivative contracts.

[2]      All capitalized terms not otherwise defined herein shall have the meanings attributed to them in the
Transaction Documents, as amended.

Brothers Holdings Inc. dated January 16, 2006 (the "**Guarantee**"), LBHI is the guarantor of all amounts due under the Transaction Documents, as amended, payable by LBIE to Claimant.

3.    Event of Default.  Pursuant to Section 5(a)(vii) of the Master Agreement, an Event of Default occurred upon the filing of a voluntary petition for relief under title 11, chapter 11 of the United States Code by LBHI on September 15, 2008.  Such Event of Default is continuing.

4.    Notice of Early Termination.  On September 16, 2008, as a result of the Event of Default, Claimant exercised its rights under Section 6(a) of the Master Agreement and notified LBIE that Claimant was designating September 17, 2008 as the Early Termination Date in respect of all then outstanding transactions.

5.    Notification of Settlement Amount.  On September 23, 2008, Claimant transmitted a Notification of Settlement Amount to LBIE demanding payment from LBIE in the amount of USD 68,151,668.66 in connection with the early termination of the outstanding transactions.

6.    Claim.  As of the Early Termination Date, Claimant has a liquidated claim ("**Liquidated Claim**") against Debtor as follows:

a.    approximately USD 68,151,668.66 in connection with the early termination of the outstanding transactions; plus

b.    interest at the Default Rate of 9.051% per annum from (and including) the Early Termination Date to (but excluding) the date such amount is paid; plus

c.    an amount not less than approximately USD 200,000.00, representing all fees, costs, expenses, and indemnities (including legal fees and expenses, if any) payable under

2

the Transaction Documents in connection with Debtor's default under or obligations arising from the Transaction Documents and the enforcement of the Claimant's rights thereunder; and

    d.  subject in all cases to reduction for amounts already paid to Claimant under the Transaction Documents since the Early Termination Date.

    7.  <u>Unliquidated Claim</u>. Debtor is or may be directly or indirectly indebted to Claimant for contingent or unliquidated amounts (**"Unliquidated Claim,"** together with the Liquidated Claim, the **"Claim"**) under the Transaction Documents in respect of, *inter alia*, other defaults by LBIE under the Transaction Documents.

    8.  <u>Judgments</u>. No judgment has been rendered on the Claim.

    9.  <u>Credits and Set-Offs</u>. The amount of all payments on the Claim since the Early Termination Date (as described in paragraph 6 hereof) have been credited and deducted for the purpose of making this proof of claim. The Claim is not subject to any setoffs, defenses or counterclaims by Debtor.

    10.  <u>Reservation of Rights</u>. The execution and filing of this proof of claim is not and shall not be deemed: (a) a waiver of any remedies set forth in Section 6 of the Master Agreement (including the right to terminate) or a waiver of any other rights or remedies of the Claimant under the Master Agreement, the Schedule, the Confirmations, or any other Transaction Document; (b) a waiver of any right to assert that all or any portion of the Claim constitutes an administrative expense claim, an unsecured claim, or a priority claim in this case; (c) a waiver or release of Claimant's claims or rights against any other entity, person, or property liable for all or any part of the Claim asserted herein or any matters related to the Claim asserted herein; (d) a consent by Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving Claimant; (e) a waiver of the right to withdraw the

reference, or otherwise to challenge the jurisdiction of this Court with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto, or any other proceedings commenced in this case against or otherwise involving Claimant; (f) a waiver or release by Claimant of Claimant's right to trial by jury, or a consent by Claimant to a trial by jury in this Court or any other court; (g) a waiver of any right to the subordination, in favor of Claimant, of indebtedness or liens held by any creditors of Debtor or any of its affiliates; or (h) an election of remedies which waives or otherwise affects any other remedy.

Claimant specifically reserves all of its defenses and rights, procedural and substantive, including, without limitation, its rights with respect to any claim that may be asserted against Claimant or any of its affiliates, by Debtor, any of its affiliates or any other party, including LBIE.

11.    Amendments.   Claimant expressly reserves its right to file any separate or additional proof of claim with respect to the Claim set forth herein or otherwise (which proof of claim, if so filed, shall not be deemed to supersede this proof of claim), to amend or supplement this proof of claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional claims or for any other reason.

12.    Notice.  All notices in respect of this claim should be forwarded to:

> Telecom Italia Capital S.A.
> 12 rue Eugène Ruppert
> L-2453 Luxembourg
> B.P. 872 L-2018 Luxembourg
> Attn.: Mr. Antonio Sica
> Tel: +352 456060275
> Fax: +352 456060444
>
> With a copy to:
> Orrick, Herrington & Sutcliffe LLP

4

666 Fifth Avenue
New York, New York 10103
Attn: Alyssa D. Englund, Esq.
Tel:  (212) 506-5187
Fax:  (212) 506-5151

**EXHIBIT B**

Evidence of Transfer from Transferor to Transferee

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn:  Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 15364

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

RUST BELT HOLDINGS, L.L.C.
PO Box 8155
New York, NY 10150
E-mail: claims@rustbeltholdings.net

with a copy to:

Alice Belisle Eaton
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone (212) 373-3125
Fax (212) 492-0125
aeaton@paulweiss.com

its successors and assigns ("Buyer"), all right, title and interest in and to $68,351,668.66 of the Claim of Seller, represented by Proof of Claim Number 15364, against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor (the "Assigned Claim").

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December __20__ , 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____  Philipp Roever
   Name:                        Vice President
   Title:

By: _____
   Name:
   Title:

**RUST BELT HOLDINGS, L.L.C.**

By: _____
   Name: Alice B. Eaton
   Title: Authorized Signatory

2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 20 , 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**        **RUST BELT HOLDINGS, L.L.C.**

By: _____              By: _____
    Name:                                       Name: Alice B. Eaton
    Title:                                      Title: Authorized Signatory

By: _____
    Name:
    Title: