WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
               Debtors.                   :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF THREE**
**HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without

prejudice its Three Hundred Eleventh Omnibus Objection to Claims (No Liability Derivatives

Claims) [ECF No. 28430] **solely as to the claims listed on Exhibit A attached hereto**. The

Plan Administrator reserves its rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated: June 28, 2013
       New York, New York

                                          /s/ Robert J. Lemons
                                          Robert J. Lemons

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Lehman Brothers Holdings Inc.
                                          and Certain of Its Affiliates

US_ACTIVE:\44286209\1\58399.0003

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| STATE OF LOUISIANA, DEPARTMENT OF TREASURY, TOBACCO SETTLEMENT FINANCING CORPORATION | 42907 | 29216 |
| STATE OF LOUISIANA, DEPARTMENT OF TREASURY, TOBACCO SETTLEMENT FINANCING CORPORATION | 42908 | 29216 |