B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Goldman Sachs Lending Partners LLC</u> | <u>KA Finanz AG (f/k/a or otherwise as successor to Kommunalkredit International Bank Limited)</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni

Court Claim # (if known): <u>17515</u>
Amount of Claim Transferred: <u>$3,059,443.13</u>
Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC Michelle Latzoni
Authorized Signatory

By: _____    Date: 7/1/13
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, KA FINANZ AG (f/k/a or otherwise as successor to Kommunalkredit International Bank Limited) (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to GOLDMAN SACHS LENDING PARTNERS LLC (the "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with a portion of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) designated as claim number 17515 in the amount of $3,059,443.13 against LEHMAN BROTHERS HOLDINGS INC. (the "Debtor"), a debtor in the Chapter 11 Case In re Lehman Brothers Holdings Inc., et al. Case No. 08-13555 (Jointly Administered), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Claim").

The Assignee has the following business address:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

*[remainder of page intentionally left blank; signatures follow]*

IN WITNESS WHEREOF, the undersigned has executed this EVIDENCE OF TRANSFER OF CLAIM by its duly authorized representative this 1 day of ~~June~~ July, 2013.

KA FINANZ AG (f/k/a or otherwise as successor to Kommunalkredit International Bank Limited)

By: _____
Name: Robert Bruckner, MBA, MSc.
Title: Risk Officer

By: _____
Name: Friedrich Mach
Title: Portfolio Officer

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

IN WITNESS WHEREOF, the undersigned has executed this EVIDENCE OF TRANSFER OF CLAIM by its duly authorized representative this \_1\_ day of ~~June,~~ July 2013.

KA FINANZ AG (f/k/a or otherwise as successor to Kommunalkredit International Bank Limited)

By: _____
Name: Robert Bruckner, MBA, MSc.
Title: Risk Officer

By: _____
Name: Friedrich Mach
Title: Portfolio Officer

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name: Michelle Latzoni
Title: Authorized Signatory

785788v.1 3091/00390                    4