B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc..                    Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Solus Core Opportunities LP | MACQUARIE BANK LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Phone: (214) 778-1652
Facsimile: (212) 284-4347
E-Mail: notices@soluslp.com

Court Claim #s (if known): 17204
Debtor: Lehman Brothers Holdings Inc.
Amount of Claim Total: $134,000,000.00
**Amount of Transferred Claim : $1,387,155.00**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Solus Core Opportunities LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____                    Date: July 1, 2013
Transferee/Transferee's Agent
    Gordon Yeager
    Chief Risk Officer &
    Chief Operations Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT 1-B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Macquarie Bank Limited** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Solus Core Opportunities LP** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17204, in the amount of **$1,387,155.00** (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the _1_ day of July, 2013.

**SELLER:**

**MACQUARIE BANK LIMITED**

By: _/s/ Alan Cameron_

Name:  Alan Cameron
Title:  Executive Director

By: _/s/ Nathan Booker_

Name:  Nathan Booker
Title:  Associate Director
*(Macquarie POA Ref: #938 dated 22 November 2012, signed in Sydney)*
**BUYER:**

**SOLUS CORE OPPORTUNITIES LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____

Name:
Title:

16

NY1 8823748v.1

### EXHIBIT 1-B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Macquarie Bank Limited** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Solus Core Opportunities LP** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17204, in the amount of **$1,387,155.00** (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 1 day of July, 2013.

**SELLER:**

**MACQUARIE BANK LIMITED**

By: _____

Name:
Title:

By: _____

Name:
Title:

**BUYER:**

**SOLUS CORE OPPORTUNITIES LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name: Gordon Yeager
Title: Chief Risk Officer & Chief Operations Officer

17