B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>RWNIH-HAM LLC</u> | <u>Goldman Sachs Lending Partners LLC</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

RWNIH-HAM LLC
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York 10022
Attention: Matt Seltzer

Court Claim # (if known): <u>14162</u>
Amount of Claim Transferred: <u>$2,401,250.00</u>
Date Claim Filed: <u>09/16/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

790533v.2 3091/00339                15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RWNIH-HAM LLC
By: Halcyon Asset Management LLC, Its Investment Manager

By: _____  Date: __JUN 2 8 2013__
Transferee/Transferee's Agent
David Martino
Controller

By: _____  Date: __JUN 2 8 2013__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Date: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RWNIH-HAM LLC
By: Halcyon Asset Management LLC, Its Investment Manager


By: _____          Date: _____
      Transferee/Transferee's Agent


By: _____          Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _*[signature]*_____          Date: 6/28/13
      Transferor/Transferor's Agent


790533v.2 3091/00339                   16