B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HLTS Fund II LP | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HLTS Fund II LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York 10022
Attention:  Matt Seltzer

Court Claim # (if known):  13777
Amount of Claim Transferred:  $4,147,000.00
Date Claim Filed:  09/16/2009
Debtor:  Lehman Brothers Commodity Services Inc.

790555v.2 3091/00339                    13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HLTS FUND II LP
By: Halcyon Long Term Strategies LP, Its Investment Manager

By: _____    Date: JUN 28 2013
Transferee/Transferee's Agent
David Martino
Controller

By: _____    Date: JUN 28 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HLTS FUND II LP
By: Halcyon Long Term Strategies LP, Its Investment Manager

By: _____     Date: _____
    Transferee/Transferee's Agent


By: _____     Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _[signature]_____     Date: 6/28/2013
    Transferor/Transferor's Agent