B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>RWNIH-HAM LLC</u>                                         <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):  <u>13776</u>
should be sent:                                                       Amount of Claim Transferred:  <u>$3,201,666.67</u>
                                                                              Date Claim Filed:  <u>09/16/2009</u>
RWNIH-HAM LLC                                              Debtor:  <u>Lehman Brothers Holdings Inc.</u>
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York 10022
Attention:  Matt Seltzer

790542v.2 3091/00339                              15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RWNIH-HAM LLC
By: Halcyon Asset Management LLC, Its Investment Manager

By: _____     Date: JUN 28 2013
Transferee/Transferee's Agent
**David Martino**
**Controller**

By: _____     Date: JUN 28 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RWNIH-HAM LLC
By: Halcyon Asset Management LLC, Its Investment Manager

By: _____        Date: _____
    Transferee/Transferee's Agent


By: _____        Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _[signature]_____        Date: 6/28/2013
    Transferor/Transferor's Agent