B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
                                                        (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HCN LP | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HCN LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York 10022
Attention: Matt Seltzer

Court Claim # (if known): 13776
Amount of Claim Transferred: $2,689,000.00
Date Claim Filed: 09/16/2009
Debtor: Lehman Brothers Holdings Inc.

790568v.2 3091/00339                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HCN LP
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _____          Date: _____JUN 2 8 2013_____
　　　Transferee/Transferee's Agent
　　　**David Martino**
　　　**Controller**

By: _____          Date: _____JUN 2 8 2013_____
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
　　　Transferor/Transferor's Agent

08-13555-mg    Doc 38339    Filed 07/01/13    Entered 07/01/13 19:11:29    Main Document
Pg 3 of 3

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HCN LP
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _____     Date: _____
    Transferee/Transferee's Agent

By: _____     Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: /s/ *[signature]*     Date: 6/28/2013
    Transferor/Transferor's Agent