**UNITED STATES BANKRUPTCY COURT**
**FOR SOUTHERN DISTRICT OF NEW YORK**

_____
                                                    )
IN RE:                                         )    CHAPTER 11
                                                    )
Lehman Brothers Holdings, Inc., et al.,    )    CASE NO.: 08-13555 (JMP)
        Debtor              )    JOINTLY ADMINISTERED
_____)

## WITHDRAWAL AS ATTORNEY

To the Clerk of this Court and all parties of record:

    Please enter my withdrawal my appearance as counsel in this case for the Creditor:

    Plymouth Park Tax Service, LLC D/B/A Xspand.

    Our Motion for Relief from Stay has been withdrawn and we no longer have an interest in this matter.

**THE MOVANT**

July 2, 2013                                  /s/_____
Date                                      Juda J. Epstein, Esq. – ct 08704
                                          3543 Main Street
                                          Second Floor
                                          Bridgeport, CT 06606
                                          Tel: (203) 371-7007
                                          Fax: (203) 371-6001
                                          Email: contact@lawofficesjje.com

## **CERTIFICATION**

   I hereby certify that on July 2, 2013, a copy of the foregoing Motion was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                 /s/
                Juda J. Epstein, Esq. –
                3543 Main Street
                Second Floor
                Bridgeport, CT 06606
                Tel: (203) 371-7007