UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Alchima Finance Holding Sa<br>Societe Anonyme, Siege Social<br>31 Bld du Prince Henri<br>L-1724 Luxembourg<br>RC Luxembourg B52 129 |
| Claim Number (if known): | 13811 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $1,010,576 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signed] | Title: SOLE DIRECTOR |
|---|---|
| Printed Name: MARINA SALAMON | Dated: 24/6/13 |

US_ACTIVE:\44096563\1\58399.0011