UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 27880, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Swiss Re Global Markets Limited in the amount of $6,051,196.98. Anchorage Capital Master Offshore Ltd. (the "Claimant") purchased a 16.52% interest in the claim, equal to $1,000,000.00, from Deutsche Bank AG, London Branch, *see* ECF No. 10741 (Claimant's portion of the claim shall be hereinafter referred to as the "Claim"). The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

1

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice each of the subpoenas served upon the Claimant on November 12, 2012 and June 10, 2013, the issuances of which were noticed in filings with the Court on November 15, 2012 [ECF No. 32098] and June 13, 2013 [ECF No. 37947], respectively. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: July 1, 2013
      New York, New York

/s/ Alex R. Rovira

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599

*Attorneys for Anchorage Capital Master Offshore Ltd.*

Dated: July 1, 2013
      New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*