UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | CFM Portfolio Corp liq.<br>Ricardo Arias Street<br>Proconsa II Building, Suite 13-B<br>P.O. Box 0832-1143, W.T.C.<br>Panama, Republic of Panama |
| Claim Number (if known): | 17179 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $28,641 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signed] A. Vogel* | Title: Liquidator |
| Printed Name: Pamaco Inc. | Dated: July 1st, 2013 |