UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                  :   Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :   08-13555 (JMP)
                                                       :
                                  Debtors.             :   (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Sipi Finance SA liq.<br>Quantum Plaza, 2nd Floor<br>53rd East Street<br>Panama, Republic of Panama |
| Claim Number (if known): | 17178 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $37,012 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature] A. Vogel* | Title: Liquidator |
| Printed Name: Pamaco Inc. | Dated: July 1st, 2013 |

US_ACTIVE:\44096563\1\58399.0011