UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                 Debtors.                                   :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Rupert Evans<br>St. Jacques, St. Peter Port<br>GY1 1SW, Guernsey, Channel Islands |
| Claim Number (if known): | 27609 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $225 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *Rupert Evans* | Title: Mr. |
|---|---|
| Printed Name: RUPERT EVANS | Dated: 22.6.13 |

US_ACTIVE:\44096563\1\58399.0011