**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x

| | |
|---|---|
| In re:<br>    LEHMAN BROTHERS HOLDINGS INC., *et al*.<br>                                Debtor | CASE NO.: 08-13555 (JMP)<br><br>CHAPTER 11 |

---------------------------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Jeffrey G. Close, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent First Trust Strategic High Income Fund II, Defendant in the above-referenced case.

    *I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 2, 2013
New York, New York

                                                  /s/ Jeffrey G. Close
                                                  *Mailing Address:*

                                                  Chapman and Cutler LLP
                                                  111 W. Monroe St.
                                                  Chicago, Illinois 60603
                                                  Email:  jclose@chapman.com
                                                  Telephone: (312) 845-3000

3421554.01.02.doc