**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

In re:                                                                Case No.: 08-13555 (JMP)

        LEHMAN BROTHERS HOLDINGS INC., *et al*.

                                                        Chapter 11

                                      Debtor

-------------------------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

       Upon the motion of Jeffrey G. Close, to be admitted, ***pro hac vice***, to represent First Trust Strategic High Income Fund II, (the *"Client"*) Defendant in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

       **ORDERED**, that Jeffrey G. Close, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York

                                                      /s/ _____
                                                           UNITED STATES BANKRUPTCY JUDGE

3421563.01.03.doc