**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x

| | |
|---|---|
| In re:<br>    LEHMAN BROTHERS HOLDINGS INC., *et al*.<br>                                Debtor | Case No.: 08-13555 (JMP)<br><br>Chapter 11 |

---------------------------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Jeremy D. Schreiber, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent First Trust Strategic High Income Fund II, Defendant in the above-referenced case.

    *I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  July 2, 2013
New York, New York

                                        /s/ Jeremy D. Schreiber
                                        *Mailing Address:*
                                        Chapman and Cutler LLP
                                        111 W. Monroe St.
                                        Chicago, Illinois 60603
                                        Email:  jschreib@chapman.com
                                        Telephone:  (312) 845-3000