**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------x

| | |
|---|---|
| In re:<br>    LEHMAN BROTHERS HOLDINGS INC., *et al*.<br>                              Debtor | Case No.: <u>08-13555</u> (JMP)<br><br>Chapter <u>11</u> |

-----------------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeremy D. Schreiber, to be admitted, ***pro hac vice***, to represent First Trust Strategic High Income Fund II, (the "Client") Defendant in the above-referenced <u>X</u> case __ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Jeremy D. Schreiber, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced _X_ case __ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
<u>New York</u>, New York

/s/ _____
        UNITED STATES BANKRUPTCY JUDGE

3421555.01.02.doc