SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-4466

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                               :
In re                                                          :
                                                               :  Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :  Case No. 08-13555 (JMP)
                                                               :
        Debtors                                                :  (Jointly Administered)
                                                               :
                                                               :  Ref. Docket Nos. 38285, 38286,
                                                               :  38288, 38290 and 38291.
                                                               :
-------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) s.s.:
NEW YORK COUNTY          )

Jerome Mounier, being duly sworn, deposes and states:

1) I am employed by Shearman & Sterling LLP at 599 Lexington Avenue, in New York, New York. I am over the age of eighteen and I am not a party to this proceeding.

2) On July 1, 2013, I caused to be served true and correct copies of the **Partial Transfers of Claim Other than for Security** listed on Schedule I attached hereto upon the parties on the service list attached hereto as Exhibit A.

_Jerome Mounier_
Jerome Mounier

NYDOCS03/971169.2

SUBSCRIBED AND SWORN to
before me this 2nd day of July, 2013

*Christine Dionne*

CHRISTINE ANN DIONNE
Notary Public, State of New York
No. 01DI4992660
Qualified in Bronx County
Commission Expires March 2, 2014

NYDOCS03/971169.2

## Schedule I

Partial Transfer of Claim Other than for Security (Claim No. 18791) / Transferor: Morgan Stanley Bank International Limited to CIV GVF (Lux) Master s.a.r.l. [Ref. Docket No. 38291]

Partial Transfer of Claim Other than for Security (Claim No. 18797) / Transferor: Morgan Stanley Bank International Limited to CIV GVF (Lux) Master s.a.r.l. [Ref. Docket No. 38286]

Partial Transfer of Claim Other than for Security (Claim No. 18798) / Transferor: Morgan Stanley Bank International Limited to CIV GVF (Lux) Master s.a.r.l. [Ref. Docket No. 38290]

Partial Transfer of Claim Other than for Security (Claim No. 18799) / Transferor: Morgan Stanley Bank International Limited to CIV GVF (Lux) Master s.a.r.l. [Ref. Docket No. 38288]

Partial Transfer of Claim Other than for Security (Claim No. 21864) / Transferor: Morgan Stanley Bank International Limited to CIV GVF (Lux) Master s.a.r.l. [Ref. Docket No. 38285]

## Exhibit A

Brian Cripps
Morgan Stanley Bank International Limited
20 Bank Street, Canary Wharf, Floor 2
London, E14 4AD

NYDOCS03/971169.2