CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Jeffrey G. Close (*pro hac vice* pending)
Jeremy D. Schreiber (*pro hac vice* pending)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
30th Floor
New York, New York  10020-1708
Telephone:  (212) 655-6000
Laura Appleby (LA 4879)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al*.,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case as counsel for First Trust Strategic High Income Fund II and hereby requests that copies of all notices, applications, motions, petitions, pleadings, orders, filings and all other mailings and documents in this case from and after this date be given to and served upon the following:

Jeffrey G. Close (*pro hac vice* pending)
Jeremy D. Schreiber (*pro hac vice* pending)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603
(312) 845-3000
(312) 701-2361 (fax)
jclose@chapman.com
jschreib@chapman.com

-and-

3421573.01.03.doc

Laura Appleby  (LA 4879)
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
30th Floor
New York, New York  10020-1708
(212) 655-6000
appleby@chapman.com

Dated: July 2, 2012

Respectfully submitted,

**FIRST TRUST STRATEGIC HIGH INCOME FUND II**

**By** ___/s/ Laura Appleby_____
Laura Appleby
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
30th Floor
New York, New York  10020-1708
Telephone:  (212) 655-6000
Email:  appleby@chapman.com

Attorneys for Defendant, First Trust Strategic High Income Fund II