CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Jeffrey G. Close (*pro hac vice* pending)
Jeremy D. Schreiber (*pro hac vice* pending)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
30th Floor
New York, New York 10020-1708
Telephone: (212) 655-6000
Laura Appleby (LA 4879)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                              Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP) |

## CERTIFICATE OF SERVICE

      I, Laura Appleby, an attorney, hereby certify that prior to 4:00 pm EST on the 2nd day of July 2013, I caused a true and correct copy of the **Notice of Appearance**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY 10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

3421919.01.01.doc

- 2 -

| | |
|---|---|
| Andy Velez-Rivera, Esq. | Dennis F. Dunne, Esq. |
| Paul Schwartzberg, Esq. | Dennis O'Donnell, Esq. |
| Brian Masumoto, Esq. | Evan R. Fleck, Esq. |
| Linda Riffkin, Esq. | MILBANK, TWEED, HADLEY AND MCCLOY LLP |
| Tracy Hope Davis, Esq. | 1 Chase Manhattan Plaza |
| Office of the United States Trustee | New York, NY  10005 |
| 33 Whitehall Street, 21st Floor | |
| New York, NY  10004 | |

                                                              /s/ Laura Appleby
                                     _____
                                                   Laura Appleby