CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Jeffrey G. Close (*pro hac vice* pending)
Jeremy D. Schreiber (*pro hac vice* pending)
jclose@chapman.com
jschreib@chapman.com

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone:  (212) 655-6000
Laura Appleby (LA-4879)
appleby@chapman.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | CHAPTER 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**RULE 7007.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, the First Trust Strategic High Income Fund II, by and through its undersigned counsel, states that no one entity or corporation directly or indirectly owns 10% or

3422409.01.01.doc

more of any class of First Trust Strategic High Income Fund II's equity interests.

Dated: July 2, 2013

                                                   Respectfully submitted,

**FIRST TRUST STRATEGIC HIGH INCOME FUND II**

**By**      /s/ Laura Appleby
      Laura Appleby
      CHAPMAN AND CUTLER LLP
      1270 Avenue of the Americas
      30th Floor
      New York, New York  10020-1708
      Telephone:  (212) 655-6000
      Email:  appleby@chapman.com

      Attorneys for Defendant, First Trust Strategic High Income Fund II