LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of a portion of the claim referenced in this evidence and notice.

PLEASE TAKE NOTICE that any and all claims of CVI GVF (LUX) MASTER S.A.R.L ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), relating to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| The greater of $45,620,848.07 or half of the Amount of Claim No. 18799* | 18799 |

*plus additional amounts as set forth in the proof of claim

have been transferred and assigned to ELLIOTT ASSOCIATES, L.P. ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE:  ELLIOTT ASSOCIATES, L.P.

c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn:  Michael Stephan/Robert Ryan
Tel:  (212) 974-6000

Elliott Associates, L.P
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
        Elliot Greenberg, Vice President

Date: _____

SELLER:  CVI GVF (LUX) MASTER S.A.R.L

c/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street,
London, W1F 9LT, UK
Attn: Matt Shipton
Tel: 00 44 207 292 7724

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE:  ELLIOTT ASSOCIATES, L.P.

c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn:  Michael Stephan/Robert Ryan
Tel: (212) 974-6000

Signature: _____

Name: _____

Title: _____

Date: _____

SELLER:  CVI GVF (LUX) MASTER S.A.R.L

c/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street,
London, W1F 9LT, UK
Attn: Matt Shipton
Tel: 00 44 207 292 7724

BY CARVAL INVESTORS UK LIMITED

Signature: _____

Name: _____

Title:  DAVID SHORT
OPERATIONS MANAGER

Date: _____

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVI GVF (LUX) MASTER S.A.R.L (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to ELLIOTT ASSOCIATES, L.P. (the "Assignee") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 08-13555, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising out of, in connection with and/or related to ISDA Master Agreement dated May 14, 1997 and the Overseas Securities Lender's Agreement dated June 4, 1997 both between Lehman Brothers International Europe and Credit Industriel et Commercial together with all schedules and confirmations and guarantees related thereto, in the amount of no less than USD 45,620,848.07 Claim No. 18799 (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM IS EXECUTED THIS 2nd day of July 2013.

ELLIOTT ASSOCIATES, L.P.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____

Elliot Greenberg, Vice President

CVI GVF (LUX) MASTER S.A.R.L

By: _____

Name:

Title:

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM IS EXECUTED THIS 2nd day of July 2013.

ELLIOTT ASSOCIATES, L.P.

By:_____

Name:

Title:

CVI GVF (LUX) MASTER S.A.R.L
BY CARVAL INVESTORS UK LIMITED

By:_____

Name:    DAVID SHORT

Title:    OPERATIONS MANAGER