UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
              Debtors.                                             :
                                                                   :    Ref. Docket Nos. 37730, 38062,
                                                                   :    38071, 38072, 38075, 38083, 38084,
                                                                   :    38088, 38091-38102, 38115
                                                                   :
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                            :    08-13888 (JMP)
                                                                   :    (Jointly Administered)
              Debtors.                                             :
                                                                   :    Ref. Docket Nos. 359-371
                                                                   :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 25, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of July, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 37730, 38062, 38071...38091-38102, 38115, (08-13888) 359-371_AFF_6-25-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BARCLAYS BANK PLC
TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD
C/O BARCLAYS
ATTN: AILEEN MONTANA
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10166

BARCLAYS BANK PLC
BARCLAYS
ATTN: ANTHONY VITIELLO, DAN MIRANDA, JOSEPH
745 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 12715-01 in the above referenced case and in the amount of
    $18,612,335.77   allowed at $11,715,165.00        has been transferred **(unless previously expunged by court order)**

VARDE INVESTMENT PARTNERS, L.P.
TRANSFEROR: BARCLAYS BANK PLC
ATTN: EDWINA P.J. STEFFER
8500 NORMANDALE LAKE BOULEVARD, SUITE 1570
MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38075     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/25/2013                         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 25, 2013.

EXHIBIT B

```
TIME: 11:42:01                                          LEHMAN BROTHERS HOLDING INC.                                                            PAGE:   1
DATE: 06/25/13                                              CREDITOR LISTING

Name                                          Address
BARCLAYS BANK PLC                             BARCLAYS ATTN: ANTHONY VITIELLO, DAN MIRANDA, JOSEPH PUCCIO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD C/O BARCLAYS ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CBA VITA SPA                                  ATTN: MR. BIAGIO MASSI VIA VITTOR PISANI, 13 MILANO 20124 ITALY
CBA VITA SPA                                  ANDREA SURIANO SIMMONS & SIMMONS VIA DI SAN BASILIO 72 ROME 00187 ITALY
CITIGROUP FINANCIAL PRODUCTS INC.             ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CVI CVF II LUX MASTER S.A.R.L.                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: TIFFANY PARR 9320 EXCELSIOR BOULEVARD HO;KINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: TIFFANY PARR 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DON PROHASKA & ASSOCIATES                     3465 REGENT AVENUE EUGENE OR 97401
JEFFERIES INTERNATIONAL LIMITED               TRANSFEROR: BANCA PROFILO S.P.A. VINTNERS PLACE 68 UPPER THAMES STREET LONDON  EC4V 3BJ UNITED KINGDOM
JPMORGAN CHASE BANK, NA                       TRANSFEROR: TWO SIGMA HORIZON PORTFOLIO, LLC C/O J.P. MORGAN SECURITIES LLC - ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179
MERRILL LYNCH INTERNATIONAL                   TRANSFEROR: CBA VITA SPA ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON  ECIA IHQ UNITED KINGDOM
MOUNT KELLETT MASTER FUND II, LP              TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022
MOUNT KELLETT MASTER FUND II, LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE - FLOOR 18 NEW YORK NY 10022-9139
OZ SPECIAL MASTER FUND, LTD.                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
RIVERROCK SECURITIES LIMITED                  TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD - MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON  SWIX 7EE UNITED KINGDOM
TACONIC CAPITAL PARTNERS 1.5 L.P.             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS, L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.             TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC MASTER FUND 1.5 LP                    TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC MASTER FUND I.5 LP                    TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENU 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.                TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022
TACONIC OPPORTUNITY MASTER FUND LP            TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P. C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK N 10022
TACONIC OPPORTUNITY MASTER FUND LP            TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P. C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY MASTER FUND LP            TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P. C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZAEZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TGOTO LTD                                     TRANSFEROR: RIVERROCK SECURITIES LIMITED ATTN: TARO GOTO - DIRECTOR 44 VIVIAN WAY LONDON  N2 0HZ UNITED KINGDOM
TGOTO LTD                                     TRANSFEROR: RIVERROCK SECURITIES LIMITED ATTN: TARO GOTO - DIRECTOR 44 VIVIAN WAY LONDON  N2 0HZ UNITED KINGDOM
TWO SIGMA HORIZON PORTFOLIO, LLC              C/O TWO SIGMA INVESTMENTS, LLC ATTN: MICHAEL MARINIC 379 WEST BROADWAY, 5TH FLOOR NEW YORK NY 10012
VARDE CREDIT PARTNERS MASTER, L.P.            TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                 TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.               TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1570 MINNEAPOLIS MN 55437
VONWIN CAPITAL MANAGEMENT, LP                 TRANSFEROR: DON PROHASKA & ASSOCIATES C/O VONWIN CAPITAL, LLC ITS GENERAL PARTNER ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016


Total Number of Records Printed                42                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```