UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                      :       Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :       08-13555 (JMP)
                                                           :       (Jointly Administered)
                        Debtors.                           :
                                                           :
                                                           :
---------------------------------------------------------------x   Ref. Docket Nos. 37732, 37742,
                                                                   37777, 37802, 37804, 37917, 38122,
                                                                   38123, 38129, 38130, 38132, 38135,
                                                                   38136

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 26, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
2nd day of July, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
              Debtors.                         |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      CREDIT RESTRUCTURING AND ADVISORY GROUP        CLEARY GOTTLIEB STEEN & HAMILTON LLP
      ATTN: DAVID SAWYER                             ATTN: LINDSEE P. GRANFIELD, ESQ.
      200 PARK AVENUE                                ONE LIBERTY PLAZA
      NEW YORK NY 10166                              NEW YORK NY 10006
```

Please note that your claim # 18076-01 in the above referenced case and in the amount of
         $3,296,009.22   allowed at $3,000,000.00          has been transferred **(unless previously expunged by court order)**

```
      TACONIC MASTER FUND 1.5 LP
      TRANSFEROR: BARCLAYS BANK PLC
      C/O TACONIC CAPITAL ADVISORS LP
      ATTN: MICHAEL ZACZYK
      450 PARK AVENUE, 9TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 38135       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/26/2013                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 26, 2013.

# EXHIBIT B

```
TIME: 13:19:17                                              LEHMAN BROTHERS HOLDING INC.                                                             PAGE:    1
DATE: 06/26/13                                                    CREDITOR LISTING

Name                                        Address
BANCA POPOLARE DI SPOLETO S.P.A.            ATTN: MR. VALERIO VOLPI PIAZZA LUIGI PIANCIANI, 5 SPOLETO (PERUGIA) 06049 ITALY
BANCO POPOLARE DELL'EMILIA ROMAGNA S.C.     TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. ATTN: PAOLO MAZZA, V.P. VIA SAN CARLO, N.8/20 MODENA 41121 ITALY
BARCLAYS BANK PLC                           CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                           CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166
BKM HOLDINGS (CAYMAN) LTD.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                            NEW YORK NY 10022
CRS MASTER FUND, L.P.                       TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.    TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON                    TRANSFEROR: DOLOSTONE, L.L.C. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS & CO.                         TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                         TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                         TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: DANSKE BANK A/S LONDON BRANCH C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                            JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: GENTRIFICATION VENTURES, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                            JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                       TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HOWARD, NICHOLAS P.                         114 WEST ROAD NEW CANAAN CT 06840
HSBC PRIVATE BANK SUISSE SA                 ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211 SWITZERLAND
ILLIQUIDX LLP                               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LIQUIDITY SOLUTIONS, INC.                   TRANSFEROR: HOWARD, NICHOLAS P. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LOMBARD ODIER & CIE                         TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: JOSE FILELLA / FRANCK GUIDEMANN RUE DE LA CORRATERIE 11 GENEVA  CH-1204 SWITZERLAND
PERMAL STONE LION FUND LTD.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONE LION CAPITAL PARTNERS L.P. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR
                                            NEW YORK NY 10017
SL LIQUIDATION FUND L.P.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONE LION CAPITAL PARTNERS L.P. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR
                                            NEW YORK NY 10017
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: ERSEL SIM SPA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
TACONIC MASTER FUND 1.5 LP                  TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY MASTER FUND L.P.        TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022


Total Number of Records Printed             25
```

EPIQ BANKRUPTCY SOLUTIONS, LLC