UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                           :

In re                            :        Chapter 11 Case No.
                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                :        (Jointly Administered)

                    Debtors.        :
                                :

-----------------------------------------------------------------------x     Ref. Docket No. 37917

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 26, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
2nd day of July, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ILLIQUIDX LLP
               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION
               ATTN: MR. CELESTINO AMORE
               80 FLEET STREET
               LONDON EC4Y 1EL UNITED KINGDOM


Additional:




Transferee:    HBK MASTER FUND, L.P.
               C/O HBK SERVICES LLC
               2101 CEDAR SPRINGS ROAD, SUITE 700
               DALLAS TX 75201


Your transfer   of claim #   50473-09  is defective for the reason(s) checked below:

Other                              Claim piece does not have enough money to complete transfer.




Docket Number 37917              Date 06/12/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 26, 2013.

EXHIBIT B

TIME: 13:23:10
DATE: 06/26/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| HBK MASTER FUND, L.P. | C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ILLIQUIDX LLP | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC