UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                      :

In re                           :          Chapter 11 Case No.
                                    :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :          08-13555 (JMP)
                                    :          (Jointly Administered)
               Debtors.         :

-------------------------------------------------------------------x     Ref. Docket No. 38089

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 27, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
2nd day of July, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    UBS AG
               BAHNHOFSTR. 45
               ATTN: HUGO KOLLER
               ZURICH 8001 SWITZERLAND


Additional:    UBS AG
               ATTN: HUGO KOLLER, OQ9C/O5GC
               P.O. BOX
               ZURICH 8098 SWITZERLAND


Transferee:    BANK JULIUS BAER & CO. LTD.
               ATTN: PATRIK ROOS
               BAHNHOFSTRASSE 36
               ZURICH 8010 SWITZERLAND


Your transfer   of claim #   59233-75  is defective for the reason(s) checked below:

Other                                    Claim Portion Filed in EUR - Transfer NTC Filed in Units


Docket Number 38089           Date 06/21/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 27, 2013.

EXHIBIT B

TIME: 11:11:09
DATE: 06/27/13

PAGE:  1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010  SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001  SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098  SWITZERLAND |

Total Number of Records Printed        3

EPIQ BANKRUPTCY SOLUTIONS, LLC