UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                    :

In re                               :       Chapter 11 Case No.
                                      :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                                      :     (Jointly Administered)
                  Debtors.        :

                                      :
-------------------------------------------------------------------------x  Ref. Docket Nos. 37805, 37806,
                                                38139, 38142, 38149-38153, 38155,
                                                38171, 38174-38177, 38189-38194

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 28, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Lauren Rodriguez*
                                     Lauren Rodriguez

Sworn to before me this
2nd day of July, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                          BARCLAYS BANK PLC
     CREDIT RESTRUCTURING AND ADVISORY GROUP    CLEARY GOTTLIEB STEEN & HAMILTON LLP
     ATTN: DAVID SAWYER                         ATTN: LINDSEE P. GRANFIELD, ESQ.
     200 PARK AVENUE                            ONE LIBERTY PLAZA
     NEW YORK NY 10166                          NEW YORK NY 10006

Please note that your claim # 18074-10 in the above referenced case and in the amount of
     $53,518,241.00  allowed at $48,711,854.94        has been transferred **(unless previously expunged by court order)**

               PAULSON ENHANCED LTD.
               TRANSFEROR: BARCLAYS BANK PLC
               C/O PAULSON & CO.
               ATTN: JAMES OLIVO
               1251 AVENUE OF THE AMERICAS, 50TH FLOOR
               NEW YORK NY 10020

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38174      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 28, 2013.

EXHIBIT B

TIME: 10:55:16
DATE: 06/28/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: RBS COUTTS BANK AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: MARINER OPPORTUNITIES FUND LP C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | MARINER INVESTMENT GROUP LLC ATTN JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | C/O CASPIAN CAPITAL ATTN. SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O CASPIAL CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P. C/O CASPIAL CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P. C/O CASPIAL CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER OPPORTUNITIES FUND LP C/O CASPIAL CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CITIBANK PRIVATKUNDEN AG & CO | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| CITIBANK PRIVATKUNDEN AG & CO | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CVF LUX FINCO, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LTD. ATTN: PAUL VERMAAK 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| DAETA SAVING LIFE ASSURANCE LTD. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN:JOHN FINNEGAN ALLIANZ HOUSE MERRION ROAD DUBLIN 4 IRELAND |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: KESHET DEBENTURES LIMITED ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MATHEOT OLAM (WORLD CURRENCIES) LTID ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: BANCO SABADELL S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LUXICAV OBBLIGAZIONARIO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LUXICAV PLUS FLEX 35 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LUXICAV PLUS FLEX 50 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SOCIETE EUROPEENNE DE BANQUE SA ATTN: RICK ZANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION) ATTN: ANTHONY PEARSON / GILLIAN EARLE 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| MARINER OPPORTUNITIES FUND LP | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: PBC FINANCING LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON ENHANCED LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO.. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PBC FINANCING LLC | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PBC FINANCING LLC | WILLIAM DOYLE SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PBC FINANCING LLC | PBC FINANCING LLC C/O PAULSON & CO ATTN OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PBC FINANCING LLC | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PBC FINANCING LLC | ROBERT SCHEININGER SIDLEY AUSTIN LLP SEVENTH AVENUE NEW YORK NY 10019 |
| PBC FINANCING LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| PBC FINANCING LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| PBC FINANCING LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| RBS COUTTS BANK AG | TRANSFEROR: CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010 |
| STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND | |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed          47

EPIQ BANKRUPTCY SOLUTIONS, LLC