DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Tel:  (212) 430-5400
Fax:  (212) 430-5499
Howard D. Ressler, Esq.
Stephen T. Loden, Esq.
Benjamin R. Garry, Esq.

*Counsel for JA Hokkaido Shinren*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                :

**In re:**           :

            :

      **LEHMAN BROTHERS HOLDINGS INC.,** *et al,* :    **Chapter 11**

            :

        **Debtors.**     :    **Case No. 08-13555 (JMP)**

------------------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Limited Objection of JA Hokkaido Shinren to Motion of Lehman Brothers Holdings, Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1) to Extend Stay of Avoidance Actions and Grant Certain Related Relief (Dkt No. 38382) was served by the Court's CM/ECF system on all parties registered to receive notice on the 2nd day of July 2013.

DATED:    July 3, 2013
          New York, New York

                              Respectfully submitted,


                              By:    /s/ Stephen T. Loden
                                     Howard D. Ressler, Esq.
                                     Stephen T. Loden, Esq.
                                     Benjamin R. Garry, Esq.
                              DIAMOND MCCARTHY LLP
                              620 Eighth Avenue, 39th Floor
                              New York, New York 10018
                              Tel:  (212) 430-5400
                              Fax:  (212) 430-5499

                              *Counsel for JA Hokkaido Shinren*

448466-1

Anne Marie Aaronson on behalf of
Creditor Jeanes Hospital
aaaronson@dilworthlaw.com

Marc Abrams on behalf of Creditor ADI
Alternative Investments
maosbny@willkie.com,
mabrams@willkie.com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman.com

David J. Adler on behalf of Creditor Occidental
Energy Marketing, Inc. dadler@mccarter.com

David J. Adler on behalf of Defendant Security
Benefit Life Insurance Co. dadler@mccarter.com

Suyash Agrawal on behalf of Attorney
Susman Godfrey, L.L.P.
sagrawal@susmangodfrey.com

Kathleen M. Aiello on behalf of Attorney Fox Rothschild LLP
kaiello@foxrothschild.com

Robert D. Albergotti on behalf of Creditor Steven
G. Holder Living Trust
robert.albergotti@haynesboone.com

Craig J. Albert on behalf of Creditor Edward J. Agostini Living
Trust Dated May 12, 2000 calbert@reitlerlaw.com

Nelson D Alexander on behalf of Defendant Ohio Public
Employee Retirement System nalexander@fbtlaw.com,
sbailey@fbtlaw.com

Ana M. Alfonso on behalf of Interested Party BANK
OF AMERICA, N.A. maosbny@willkie.com,
aalfonso@willkie.com

Darryl J. Alvarado on behalf of
Unknown Chun Ip
dalvarado@rgrdlaw.com,
e_file_sd@rgrdlaw.com

Carla O. Andres on behalf of Interested
Party Fee Committee
candres@gklaw.com

George Angelich on behalf of Creditor The
Vanguard Group, Inc.
angelich.george@arentfox.com

Philip D. Anker on behalf of Creditor Banque
Populaire Cote d'Azur
philip.anker@wilmerhale.com

Tara B. Annweiler on behalf of Creditor American
National Insurance Company tannweiler@greerherz.com

Laura E. Appleby on behalf of Creditor US Bank, National
Association, as Trustee appleby@chapman.com

Bruce G. Arnold on behalf of Creditor Metavante Corporation
barnold@whdlaw.com

John R. Ashmead on behalf of Attorney Seward & Kissel LLP
ashmead@sewkis.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com

Douglas Bacon on behalf of Defendant Federal National
Mortgage Association chefiling@lw.com,
beth.arnold@lw.com

Ingrid Bagby on behalf of Defendant Cutwater Asset Management (f/k/a MBIA Capital Management)
ingrid.bagby@cwt.com,
michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffrey.taub@cwt.com;wendy.
kane@cwt.com;casey.servais@cwt.com

Ingrid Bagby on behalf of Foreign Representative D. Geoffrey Hunter and Dan Schwarzmann, as Joint Provisional
Liquidators of Lehman Re Ltd. ingrid.bagby@cwt.com,
michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffrey.taub@cwt.com;wendy.
kane@cwt.com;casey.servais@cwt.com

Katrina Lynne Baker on behalf of Defendant Lehman
Brothers Holdings Inc. kbaker@kramerlevin.com,
docketing@kramerlevin.com

Lindsey F. Baker on behalf of Defendant Ohio Public
Employee Retirement System lbaker@fbtlaw.com

Helen Ball on behalf of Creditor
Wellmont Health System mtaylor@ba-
boult.com

William G. Ballaine on behalf of Creditor Federal Home
Loan Mortgage Corporation wballaine@lcbf.com

Andrew E. Balog on behalf of Unknown Investment Strategies Fund LP
aeb@gtlaw.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com,  ebcalvo@pbfcm.com

Duncan E. Barber on behalf of Creditor Ironbridge Aspen Collection, LLC
dbarber@bsblawyers.com

Luke A Barefoot on behalf of Intervenor Cardinal
Investment Sub I, L.P. lbarefoot@cgsh.com,
maofiling@cgsh.com

Jean-David Barnea on behalf of Defendant
United States Of America jean-
david.barnea@usdoj.gov

David L. Barrack on behalf of Unknown Canadian
National Resources Limited dbarrack@fulbright.com

Peter John Barrett on behalf of Creditor Merrill Lynch Portfolio Management, Inc. and
Merrill Lynch Capital Services, Inc. peter.barrett@kutakrock.com

Athanasios Basdekis on behalf of Unknown Sequa Corporation tbasdekis@baileyglasser.com,
bglasser@baileyglasser.com;gspruce@baileyglasser.com;pmuench@baileyglasser.com;mhatcher@baileygl
asser.com;gsiegle@baileyglasser.com

Lawrence Bass on behalf of Creditor
National CineMedia
lawrence.bass@hro.com

Beatrice Hamza Bassey on behalf of Trustee James W. Giddens, Trustee for the SIPA
Liquidation of Lehman Brothers Inc. bassey@hugheshubbard.com

Paul M. Basta on behalf of Creditor CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II, L.P.
pbasta@kirkland.com,
jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com;ross.kwasteniet@kirkland.com;bradley.giordano@kirkland.com;joe.
graham@kirkland.com;steven.serajeddini@

Paul A. Batista on behalf of Creditor Unclaimed Property
Recovery Service, Inc. batista007@aol.com

Alison D. Bauer on behalf of Defendant Integra
Canadian Fixed Income abauer@torys.com,
wgray@torys.com;nsu@torys.com

Kenneth L. Baum on behalf of Creditor Highland Credit
Strategies Master Fund, L.P., kbaum@coleschotz.com

Kevin M. Baum on behalf of Creditor Banc of
America Credit Products, Inc.
kevin.baum@kattenlaw.com

Kevin M. Baum on behalf of Unknown York Global Finance BDH, LLC
kevin.baum@kattenlaw.com

Arthur G. Baumeister, Jr. on behalf of Unknown
Michael Alexis Coleman, Sr.
abaumeister@amigonesanchez.com

Peter Nils Baylor on behalf of Creditor Nutter, McClennen & Fish LLP
pnb@nutter.com

Ronald Scott Beacher on behalf of Creditor
SPCP Group L.L.C.
rbeacher@pryorcashman.com,
docketing@pryorcashman.com

Anne E. Beaumont on behalf of Creditor Lazard Freres & Co. LLC
abeaumont@fklaw.com, lehmanbros@fklaw.com;vgarvey@fklaw.com;jshaw@fklaw.com

Martin Beeler on behalf of Creditor Wilmington Trust
Company, as Indenture Trustee mbeeler@cov.com

Neil Sheehan Begley on behalf of Creditor
Hipparchus Master Fund Ltd neil.begley@srz.com,
sean.berry@srz.com

Christopher Robert Belmonte on behalf of Attorney Satterlee Stephens Burke & Burke LLP
cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com

Howard S. Beltzer on behalf of Attorney Morgan, Lewis & Bockius LLP
hbeltzer@mayerbrown.com

Evan J. Benanti on behalf of Creditor The Financial Services
Compensation Scheme Limited evan.benanti@bingham.com

Menachem M. Bensinger on behalf of Unknown
Elizabeth Colon Lopez
mbensinger@mcgrailbensinger.com

Gregory M. Bentz on behalf of Creditor Fed. Home
Loan Bank-Des Moines gbentz@polsinelli.com

Walter Benzija on behalf of Creditor
Dunn & Bradstreet
wbenzija@halperinlaw.net,
lgu@halperinlaw.net

David Adam Berger on behalf of Defendant
Syncora Guarantee Inc. dberger@abv.com

Shaya M. Berger on behalf of Creditor Interwind Corp.
bergers@dicksteinshapiro.com,
nybankruptcydocketing@dicksteinshapiro.com

Jed I. Bergman on behalf of Counter-Defendant
Turnberry Retail Holding, L.P.
jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman on behalf of Counter-Defendant Turnberry
Retail Holding, L.P. jbergman@kasowitz.com,
courtnotices@kasowitz.com;smoskowitz@kasowitz.com

Leslie Ann Berkoff on behalf of Creditor
The Hotchkiss School
lberkoff@moritthock.com

Ronit J. Berkovich on behalf of Plaintiff Lehman
Brothers Holdings Inc. ronit.berkovich@weil.com

Jessica G. Berman on behalf of Creditor Public Service
Electric and Gas Company jberman@msek.com

Mark N. Berman on behalf of Creditor
Commonwealth of Peurto Rico
mberman@nixonpeabody.com

Richard J. Bernard on behalf of Creditor
Metavante Corporation rbernard@foley.com

Darren Elliot Bernstein on behalf of Trustee James W. Giddens, Trustee for the SIPA
Liquidation of Lehman Brothers Inc. bernsted@lbitrustee.com

Matthew R. Berry on behalf of Unknown Joint Administrators of UK
Administration Companies mberry@susmangodfrey.com

Gene R. Besen on behalf of Creditor Hudson
City Savings Bank
gene.besen@snrdenton.com

Daniel B. Besikof on behalf of Interested Party Thomas Cook AG
dbesikof@loeb.com

Kiah D. Beverly-Graham on behalf of Creditor
4Kids Entertainment Inc. kbeverly-
graham@eisemanlevine.com

Riyaz G. Bhimani on behalf of Creditor Merchantil
Commercebank, N.A.
rbhimani@eckertseamans.com

Adam M. Bialek on behalf of Plaintiff Lehman Brothers
Special Financing Inc. abialek@wmd-law.com

Martin J. Bienenstock on behalf of Creditor Ad Hoc Group of
Lehman Brothers Creditors mbienenstock@proskauer.com,
tkarcher@proskauer.com

Martin J. Bienenstock on behalf of Defendant Federal Home
Loan Bank of Cincinnati mbienenstock@proskauer.com,
tkarcher@proskauer.com

Laurie R. Binder on behalf of Creditor Global Thematic Opportunities Fund LP
binder@sewkis.com

Neil S. Binder on behalf of
Creditor BDF Limited
nbinder@rkollp.com

Robert Jeffery Black on behalf of Plaintiff State Street Bank
And Trust Company jeffery.black@bingham.com,
pat.wright@bingham.com;michael.ableson@bingham.com

Joshua R. Blackman on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE)
jBlackman@morganlewis.com

Benjamin Blaustein on behalf of Creditor The
Juilliard School bblaustein@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Daniel S. Bleck on behalf of Interested Party Wells Fargo Bank, National
Association, as Indenture Trustee dbleck@mintz.com

Tricia J. Bloomer on behalf of Cross Defendant
Barclays Capital Inc. tbloomer@bsfllp.com

Anthony D. Boccanfuso on behalf of Creditor Adventist
Health System/Sunbelt, Inc.
Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi on behalf of Creditor GS European
Performance Fund Limited maofiling@cgsh.com,
cboccuzzi@cgsh.com

James Nicholas Boeving on behalf of Defendant
United States Of America
james.n.boeving@usdoj.gov

Phillip W. Bohl on behalf of Defendant MoneyGram USA
phillip.bohl@gpmlaw.com

Nora Bojar on behalf of Creditor
Bank Of Montreal
nbojar@fklaw.com,
vgarvey@fklaw.com

Hilary B. Bonial on behalf of Creditor Litton Loan Servicing, LP
notice@bkcylaw.com

Mark V. Bossi on behalf of Creditor ARG
Funding Corp., et al.
mbossi@thompsoncoburn.com,
lmckinnon@thompsoncoburn.com

Charles E. Boulbol on behalf of Unknown Russell
Reynolds Associates Limited rtrack@msn.com

Maria A. Bove on behalf of Attorney Special
Counsel to the Debtors mbove@pszjlaw.com,
dharris@pszjlaw.com;mbove@pszjlaw.com

Armen James Boyajian on behalf of Creditor
Jeffery K. Wardell
jamesboyajian@gmail.com

Ethan A. Brecher on behalf of Creditor
Mary Annette Ortegon
ethan@ethanbrecherlaw.com

Jerrold Lyle Bregman on behalf of Debtor Lehman Brothers Holdings Inc.
jbregman@curtis.com, ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com

Timothy W. Brink on behalf of Interested Party River
Capital Advisors, Inc. timothy.brink@dlapiper.com

James L. Bromley on behalf of Interested Party Hellman & Friedman LLC
maofiling@cgsh.com, jbromley@cgsh.com;reckenrod@cgsh.com

Luke O. Brooks on behalf of Plaintiff Ka Kin
Wong, Siu Lui Ching lukeb@rgrdlaw.com

Melvin A. Brosterman on behalf of Creditor Basso
Capital Management, L.P. mbrosterman@stroock.com,
docketing@stroock.com;insolvency@stroock.com

Mark A. Broude on behalf of Creditor Brickman
Group Holdings, Inc. mark.broude@lw.com,
peter.gilhuly@lw.com

Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public Accounts
BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US

Andrew P. Brozman on behalf of Creditor Calyon
andrew.brozman@cliffordchance.com,
adam.lesman@cliffordchance.com

Andrew P. Brozman on behalf of Defendant Credit Agricole Corporate and Investment Bank (F/K/A Calyon)
andrew.brozman@cliffordchance.com, adam.lesman@cliffordchance.com

Robert W. Brundige, Jr. on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. brundige@hugheshubbard.com

John J. Buckley, Jr. on behalf of
Defendant Intel Corp.
jbuckley@wc.com,
yolande.thompson@wilmerhale.com

Martin G. Bunin on behalf of Creditor
Dell Global B.V.
marty.bunin@alston.com

Michael P. Burke on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
mburke@wmd-law.com

Spencer A. Burkholz on behalf of Plaintiff Ka Kin
Wong, Siu Lui Ching spenceb@rgrdlaw.com,
e_file_sd@rgrdlaw.com

Malani Cademartori on behalf of Creditor
Agricultural Bank of Taiwan
mcademartori@sheppardmullin.com

Aaron R. Cahn on behalf of Creditor Empyrean Investments, LLC
cahn@clm.com

Aaron R. Cahn on behalf of
Creditor Julia Kaufman
cahn@clm.com

Daniel K. Cahn on behalf of Creditor U.S. Bank National Association, Trustee for Lehman Brothers Securitization Name
Structured Asset Investment Loan Trust dcahn@cahnlaw.com

John M. Callagy on behalf of Defendant JPMORGAN
CHASE BANK, N.A. jcallagy@kelleydrye.com

Carollynn H.G. Callari on behalf of Creditor Danske
Bank A/S, London Branch ccallari@venable.com

Donald F. Campbell, Jr. on behalf of Creditor
South Jersey Hospital, Inc.
dcampbell@ghclaw.com

Sarah Campbell on behalf of Creditor Fir Tree Capital
Opportunity Master Fund, L.P.
jdisanti@whitecase.com;mcosbny@whitecase.com

David M. Capriotti on behalf of Attorney F.F.
Thompson Foundation, Inc.
bkemail@harrisbeach.com

John F. Carberry on behalf of Creditor 8 Sound Shore Associates LLC
jcarberry@cl-law.com

Jeffrey Morgan Carbino on behalf of Defendant Baxter
Financial Services Ltd. jcarbino@cohenseglias.com

Scott Cargill on behalf of Creditor Cerberus Partners, L.P. and
Cerberus International, Ltd. scargill@lowenstein.com,
msavetsky@lowenstein.com

Lawrence F. Carnevale on behalf of
Plaintiff Declan Kelly
bankruptcy@clm.com

Michael Robert Carney on behalf of Interested Party
Athilon Capital Corporation mcarney@mckoolsmith.com

James S. Carr on behalf of Creditor BP
Corporation North America Inc.
KDWBankruptcyDepartment@kelleydrye.com

Daniel J. Carragher on behalf of
Creditor Fabio Liotti
djcarragher@daypitney.com

Timothy J. Carter on behalf of Creditor Rogge Global Partners PLC
tcarter@goulstonstorrs.com

Gerard Sylvester Catalanello on behalf of Unknown Pennsylvania Public School
Employees' Retirement System gcatalanello@duanemorris.com,
gcatalanello@duanemorris.com

Rocco A. Cavaliere on behalf of Attorney
Capital Automotive L.P.
rcavaliere@tarterkrinsky.com

Gabriel I. Chacon on behalf of Creditor New Jersey Economic
Development Authority gabriel.chacon@dol.lps.state.nj.us

Shelley C. Chapman on behalf of
Creditor AIG CDS, Inc.
maosbny@willkie.com

Thomas E. Chase on behalf of Unknown
Malayan Banking Berhad
tchase@rlrpclaw.com

Omar-John C. Chavez on behalf of Creditor
John Dmuchowski
ochavez@smithstratton.com

Pamela Rogers Chepiga on behalf of Counter-Claimant KBC
Financial Products UK Limited
pamela.chepiga@newyork.allenovery.com,
kurt.vellek@allenovery.com

Ly S Chhay on behalf of Unknown ACTIV Financial Systems, Inc.
ly.chhay@activfinancial.com

Jonathan Chi-Shoong Cho on behalf of Creditor China
Minsheng Banking Corp., Ltd.
jonathan.cho@allenovery.com

Conrad Chiu on behalf of Creditor SPCP
Group L.L.C.
cchiu@pryorcashman.com,
docketing@pryorcashman.com

Christopher S. Chow on behalf of Creditor Mountain
States Properties Inc. chowc@ballardspahr.com

Dale C. Christensen, Jr. on behalf of Defendant BERYL FINANCE LTD. AS
ISSUER OF SERIES 2005-14 christensen@sewkis.com

Jennifer A. Christian on behalf of Creditor Barton Creek
Senior Living Center, Inc. jennifer.christian@tklaw.com,
justin.roberts@tklaw.com

Shawn M. Christianson on behalf of
Creditor Oracle USA, Inc.
schristianson@buchalter.com,
cmcintire@buchalter.com

Robert N. H. Christmas on behalf of Creditor Bryant
University rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Jeffrey Chubak on behalf of Creditor The Boston Company Asset Management, LLC
jchubak@proskauer.com

Bruce E. Clark on behalf of Creditor Giants Stadium LLC
clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements, Jr. on behalf of Creditor Tennessee
Department of Revenue agbanknewyork@ag.tn.gov

Dianne F. Coffino on behalf of
Creditor Joy Global Inc.
dcoffino@cov.com

David S. Cohen on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of
Lehman Brothers Holdings Inc., et al. dcohen2@milbank.com

Hollace T. Cohen on behalf of Creditor
Jason Wallace
hollace.cohen@troutmansanders.com

Joshua W. Cohen on behalf of Creditor Fidelity National
Title Insurance Company jwcohen@daypitney.com,
arametta@daypitney.com

Michael A. Cohen, on behalf of Unknown Dow
Corning Corporation macohen@curtis.com,
jweber@curtis.com

Ronald L. Cohen on behalf of Creditor Battenkill Asset Management, LLC
cohenr@sewkis.com

Ronald L. Cohen on behalf of Creditor Claren Road Credit
Opportunities Master Fund, Ltd. cohenr@sewkis.com

Joshua D. Cohn on behalf of Interested Party International Swaps and
Derivatives Association, Inc.
choupt@mayerbrown.com;jmarsala@mayerbrown.com

Michael H. Cohn on behalf of Creditor
Accredited Home Lenders, Inc.
mcohn@cohnroth.com, scaba@cohnroth.com

Adam D. Cole on behalf of Unknown Florida Power & Light Company, and NextEra Energy Power Marketing, LLC
colea@gtlaw.com

Cassandra L. Coleman on behalf of Creditor The Treasurer of
Garfield County, Colorado ccoleman@garfield-county.com

Jeffrey R. Coleman on behalf of Trustee James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. coleman@hugheshubbard.com

Kenneth P. Coleman on behalf of Creditor Bank of China (Tokyo)
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

Magdeline D. Coleman on behalf of Defendant PNC
Bank, National Association donna.curcio@bipc.com

Scarlett E Collings on behalf of Plaintiff Lehman Brothers
Special Financing Inc. scarlett.collings@weil.com,
tricia.patterson@weil.com

Patrick Collins on behalf of
Creditor CA, Inc.
pcollins@farrellfritz.com,
ffbkmao@farrellfritz.com

Christopher Combest on behalf of Creditor
United Parcel Service, Inc.
christopher.combest@quarles.com

Roger A Cooper on behalf of Counter-Claimant
Credit Protection Trust 207 racooper@cgsh.com,
maofiling@cgsh.com

Dena Copulsky on behalf of Unknown
Landwirtschaftliche Rentenbank
dlcopulsky@hhlaw.com

Joseph N. Cordaro on behalf of Defendant
United States Of America
joseph.cordaro@usdoj.gov

Kenneth Corey-Edstrom on behalf of Creditor
Heritage Christian Academy
kcoreyedstrom@larkinhoffman.com

Steven Cousins on behalf of Creditor Ameren
Corporation and its subsidiaries
scousins@armstrongteasdale.com,
jsant@armstrongteasdale.com

David N. Crapo on behalf of Creditor
Standard & Poor's
dcrapo@gibbonslaw.com

David A. Crichlow on behalf of Unknown Union
Bank of California, N.A.
david.crichlow@kattenlaw.com

Maureen A. Cronin on behalf of Interested Party JFK International Air Terminal LLC
mao-ecf@debevoise.com

Nicholas P. Crowell on behalf of
Defendant BlackRock, Inc.
ncrowell@sidley.com

Leo T. Crowley on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
leo.crowley@pillsburylaw.com

Walter H. Curchack on behalf of Attorney Loeb & Loeb LLP
wcurchack@loeb.com,  vrubinstein@loeb.com

Louis A. Curcio on behalf of Creditor
Hudson City Savings Bank
louis.curcio@snrdenton.com

Raniero D'Aversa on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
rdaversa@orrick.com,  lmetzger@orrick.com;spearsall@orrick.com

William F. Dahill on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
wdahill@wmd-law.com

Marilee P. Dahlman on behalf of Unknown GSO Special Situations Fund L.P. and GSO Special
Situations Overseas Master Fund Ltd. lschwall@kayescholer.com

Robert K. Dakis on behalf of Attorney Quinn Emanuel Urquhart & Sullivan, LLP
, bankruptcy@morrisoncohen.com

Michael R. Dal Lago, on behalf of Creditor
Carmignac Gestion mdallago@hahnlaw.com,
cmbeitel@hahnlaw.com;hlpcr@hahnlaw.com

J. Patrick Darby on behalf of Creditor
Wellmont Health System
pdarby@babc.com

Wolfgang A Dase on behalf of Creditor Banque Privee
Edmond de Rothschild S.A. wdase@fzwz.com

Brijesh P. Dave, on behalf of Debtor Lehman
Brothers Holdings Inc.
brijesh.dave@lehmanholdings.com

Jason C. Davis on behalf of
Interested Party Chun Ip
jdavis@rgrdlaw.com,
ptiffith@rgrdlaw.com

Megan P. Davis on behalf of Creditor Banque Privee
Edmond de Rothschild S.A. mdavis@fzwz.com

Paul R. DeFilippo on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
pdefilippo@wmd-law.com,  gparascondola@wmd-law.com;jgiampolo@wmd-law.com

Louis T. DeLucia on behalf of Creditor The Robert C. Lieber 2003 Life
Insurance Trust UAD 4/24/2003 ldelucia@schiffhardin.com,
sodavis@schiffhardin.com

Jennifer C. DeMarco on behalf of Creditor Barclays Global
Investors National Association
jennifer.demarco@cliffordchance.com

Jennifer C. DeMarco on behalf of Interested Party
Pollyson International Limited
jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. on behalf of Creditor The TAARP Group, LLP
gabriel.delvirginia@verizon.net

Bradford E. Dempsey on behalf of Creditor Costello Maione Schuch Inc. dba
CMS Innovative Consultants bdempsey@faegre.com

Christopher M. Desiderio on behalf of Creditor CVF II LUX FINCO, LLC
cdesiderio@nixonpeabody.com,  nyc.managing.clerk@nixonpeabody.com

Christopher M. Desiderio on behalf of Creditor CVI
CVF II Lux Master S.a.r.l.
cdesiderio@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Mark W. Deveno on behalf of Creditor Metropolitan
Life Insurance Company mark.deveno@bingham.com,
pat.wright@bingham.com

Francesco Di Pietro on behalf of Creditor Alpiq f/k/a AARE-TESSIN
francesco.dipietro@wg-law.com,  gayle.eisenberg@wg-law.com

Maria J. DiConza on behalf of Interested Party FPL Energy Power Marketing, Inc. and
Florida Power & Light Company diconzam@gtlaw.com,
petermann@gtlaw.com;cusumanod@gtlaw.com;lowena@gtlaw.com

Daryl L. Diesing on behalf of
Unknown Daryl L. Diesing
ddiesing@whdlaw.com,
pbartoli@whdlaw.com

John P. Dillman on behalf of
Creditor Dallas County
houston_bankruptcy@publicans.co
m

Caroline R. Djang on behalf of Creditor LINC-
Redondo Beach Seniors, Inc. cdjang@rutan.com

Stephen A. Donato on behalf of Creditor Benisasia
Investment and Properties, Ltd. sdonato@bsk.com,
kdoner@bsk.com;tayers@bsk.com

Christopher R. Donoho, III on behalf of Creditor
Banca Italease S.p.A.
chris.donoho@hoganlovells.com,
ronald.cappiello@hoganlovells.com

Jennifer V. Doran on behalf of Creditor Citibank,
N.A. Agency & Trust jdoran@haslaw.com,
calirm@haslaw.com

Joshua Dorchak on behalf of Attorney Bingham McCutchen LLP
joshua.dorchak@bingham.com

Joshua Dorchak on behalf of Defendant Sun Life
Assurance Company of Canada
joshua.dorchak@bingham.com

Mark J. Dorval on behalf of Creditor Aberdeen
Asset Management, Inc. mdorval@stradley.com

Amish R. Doshi on behalf of Cred. Comm. Chair SPCP Group L.L.C. as agent for Silver Point Capital Fund, L.P. and
Silver Point Capital Offshore Fund, Ltd. adoshi@magnozzikye.com

Mary Joanne Dowd on behalf of Interested Party Georgetown
University mary.dowd@arentfox.com,
andrea.davison@arentfox.com;jeffrey.rothleder@arentfox.com

Thomas Alan Draghi on behalf of
Unknown CorrectNet, Inc.
tdraghi@westermanllp.com

Dennis J. Drebsky on behalf of Unknown County of
Monterey, California ddrebsky@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Creditor Nelson Westerberg, Inc.
DBA Atlas Van Lines, Inc. rdremluk@seyfarth.com,
rwd1517@ecf.inforuptcy.com

Todd E. Duffy on behalf of Creditor Elliott
Management Corporation
tduffy@duffyamedeo.com

James C. Dugan on behalf of Unknown Natixis Financial Products LLC
maosbny@willkie.com, jdugan@willkie.com

Buce J. Duke on behalf of Creditor Municipal
Securities Rulemaking Board
bruceduke@comcast.net

David Dunn on behalf of Interested Party
Westernbank Puerto Rico
ddunn@hhlaw.com;mferrara@hhlaw.com

Matthew Dyer on behalf of Creditor America's Servicing Company
BkMail@prommis.com

David W. Dykhouse on behalf of Creditor
Syncora Guarantee, Inc.
dwdykhouse@pbwt.com,
mcobankruptcy@pbwt.com

Lawrence P. Eagel on behalf of
Plaintiff Mark Mazzatta
eagel@bragarwexler.com

Kevin M. Eckhardt on behalf of Transferee Paulson Enhanced LTD
keckhardt@hunton.com

Andrew B. Eckstein on behalf of Attorney Attorneys for
Italease Finance S.p.A. aeckstein@blankrome.com

Michael James Edelman on behalf of Creditor Pursuit Opportunity Fund I Master Ltd.
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Henry A. Efroymson on behalf of Defendant Standard Life
Insurance Co. of Indiana henry.efroymson@icemiller.com

Daniel Egan on behalf of Unknown The Buck Institute for Age Research daniel.egan@dlapiper.com,
evelyn.rodriguez@dlapiper.com;maria.grabis@dlapiper.com;jacob.frumkin@dlapiper.com;MLinn@FarallonCapital.c
om;DocketingBaltimore@dlapiper.com

Daniel Eggermann on behalf of Creditor Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation)
deggermann@kramerlevin.com, edaniels@kramerlevin.com

Devon Eggert on behalf of Creditor Accenture LLP
deggert@freeborn.com, bkdocketing@freeborn.com

Susan K. Ehlers on behalf of Creditor Ameren
Corporation and its subsidiaries
sehlers@armstrongteasdale.com

Steven B. Eichel on behalf of Unknown AMERICAN EXPRESS TRAVEL
RELATED SERVICES CO., INC. seichel@crowell.com

Jeremy D. Eiden on behalf of Creditor Minnesota
State Board of Investment
jeremy.eiden@ag.state.mn.us,
jeremy.eiden@gmail.com

Charles R. Ekberg on behalf of Creditor Fred Hutchinson
Cancer Research Center ekbergc@lanepowell.com

Robert F. Elgidely on behalf of
Creditor Jamie H. Murcia
relgidely@gjb-law.com, gjbecf@gjb-
law.com

Erin L. Eliasen on behalf of Creditor ElectroScientific Industries, Inc.
eleliasen@stoel.com,
basargent@stoel.com;dblevant@stoel.com;nmevans@stoel.com;spgross@stoel.com;sea_docket@stoel.com;cejordan@stoel.com;ja
woolms@stoel.com

Mark C. Ellenberg on behalf of Attorney Cadwalader, Wickersham & Taft LLP
mark.ellenberg@cwt.com,  wendy.kane@cwt.com

Mark C. Ellenberg on behalf of Creditor CQS ABS
Master Fund Limited mark.ellenberg@cwt.com,
wendy.kane@cwt.com

Kristin Elliott on behalf of Creditor Washington State
Tabacco Settlement Authority kelliott@kelleydrye.com,
KDWBankruptcyDepartment@Kelleydrye.com

David Elrod on behalf of Unknown TransCanada Pipelines Limited
delrod@elrodtrial.com, kwolfgram@elrodtrial.com;avance@elrodtrial.com;jdickerson@elrodtrial.com

Bertin C. Emmons on behalf of
Creditor Sovereign Bank
bemmons@sovereignbank.com

Michael R. Enright on behalf of Unknown
Lewtan Technologies, Inc. menright@rc.com

Andrew J. Entwistle on behalf of Interested Party New York State Common Retirement Fund
aentwistle@entwistle-law.com,  mgayle@entwistle-law.com;ncasey@entwistle-law.com;mmezzina@entwistle-
law.com;aarce@entwistle-law.com

Juda J. Epstein on behalf of Creditor Plymouth park tax
services, LLC D/B/A Xspand contact@lawofficesjje.com

Earle I. Erman on behalf of Defendant Michigan
Carpenters Pension Fund
eerman@ermanteicher.com

Scott L. Esbin on behalf of Creditor Centerbridge Credit Partners LP
bankruptcyinfo@esbinalter.com,  bankruptcyinfo@esbinalter.com

Scott L. Esbin on behalf of Unknown BROMINE
MANAGEMENT, L.L.C.
bankruptcyinfo@esbinalter.com,
bankruptcyinfo@esbinalter.com

Mauricio A. Espana on behalf of Plaintiff Lehman
Brothers Holdings Inc.
mauricio.espana@dechert.com,
nycmanagingclerks@dechert.com

Edward J. Estrada on behalf of Unknown PD
Financial Corporation
eestrada@reedsmith.com

Michael S. Etkin on behalf of Creditor Boilermaker-
Blacksmith National Pension Trust metkin@lowenstein.com,
mseymour@lowenstein.com;tdwatson@lowenstein.com

William J. Factor on behalf of
Creditor City of Chicago
wfactor@wfactorlaw.com

Michael A. Fagone on behalf of Creditor Hebron Academy
mfagone@bernsteinshur.com,
astewart@bernsteinshur.com;sspizuoco@bernsteinshur.com;kquirk@bernsteinshur.com;kfox@bernsteinshur.com

Garrett A. Fail on behalf of Debtor Lehman
Brothers Holdings Inc. garrett.fail@weil.com

Jessica Fainman on behalf of Interested Party Barclays Bank PLC
jessica.fainman@barclayscapital.com

Robert Michael Farquhar on behalf of Creditor Structure Consulting Group, LLC
mfarquhar@winstead.com,  whsu@winstead.com

William L. Farris on behalf of Defendant
Barclays Capital Inc.
farrisw@sullcrom.com,
s&cmanagingclerk@sullcrom.com

Adam M. Feinmesser on behalf of Transferee
Monarch Master Funding Ltd
afeinmesser@esbinalter.com

Matthew Allen Feldman on behalf of
Creditor IntraLinks, Inc.
maosbny@willkie.com,
mfeldman@willkie.com

Hydee R. Feldstein on behalf of Interested Party
Barclays Capital, Inc. wiesell@sullcrom.com,
s&cmanagingclerk@sullcrom.com

Gregg M. Ficks on behalf of Creditor
Openwave Systems, Inc. gmf@cpdb.com

Charles J. Filardi, Jr. on behalf of Creditor Federal
Express Corporation charles@filardi-law.com,
abothwell@filardi-law.com

Steven E. Fineman on behalf of Unknown Certified Class in
Austin, et al. v. Chisick, et al. sfineman@lchb.com

Steven E. Fineman on behalf of
Unknown City of Oakland
sfineman@lchb.com

Steven J. Fink on behalf of Creditor Golden State Tobacco Securitization
Corporation sfink@orrick.com,
nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com;sbridge@or
rick.com

Harden Alexander Fisch on behalf of Creditor TPG-Austin Portfolio Holdings LLC
afisch@stutman.com

Gabriel Fischbarg on behalf of Plaintiff
Margaret Bennett fis123@yahoo.com

Eric Fisher on behalf of Creditor Caixa Geral de
Depositos, S.A. fishere@dicksteinshapiro.com,
nybankruptcydocketing@dicksteinshapiro.com

James C. Fitzpatrick on behalf of Trustee James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. fitzpat@hugheshubbard.com

Richard J. Flanagan on behalf of Unknown Interface Cable Assemblies and Services Corp. a/k/a ICAS
rjflanagan@flanassoc.com

Steven B. Flancher on behalf of Creditor State of Michigan, Department of
Treasury, Revenue Division flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Abraham Kamber & Company LLC
dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Sunrise
Partners Limited Partnership jflaxer@golenbock.com,
eneuman@golenbock.com;mweinstein@golenbock.com

Robert M. Fleischer on behalf of Interested Party NC Land
Corporation rfleischer@pryorcashman.com,
docketing@pryorcashman.com;dstevens@pryorcashman.com

Martin N. Flics on behalf of Unknown Joint Administrators of the Lehman European
Group Administration Companies martin.flics@linklaters.com,
shauin.wang@linklaters.com;casey.bell@linklaters.com

Eric M. Fogel on behalf of
Defendant Iron Financial
efogel@lathropgage.com

Shawn Randall Fox on behalf of Creditor Chapel Hill
Retirement Center, Inc. sfox@mcguirewoods.com,
tcollins@mcguirewoods.com

Mark A. Frankel on behalf of Creditor Citizens Electric Company of Lewisburg, PA
and Wellsboro Electric Company mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com

Jane M. Freeberg on behalf of
Creditor Emad Morrar
jfreeberg@wfw.com

Mark Freedlander on behalf of Creditor Access
Data Corp. mfreedlander@mcguirewoods.com,
hhickman@mcguirewoods.com

Rachel Freeman on behalf of Creditor
Melvyn J. Colby
rfreeman@dealysilberstein.com

Elise Scherr Frejka on behalf of Interested
Party CME Group Inc.
efrejka@kramerlevin.com

Anson B. Frelinghuysen on behalf of Trustee James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. frelingh@hugheshubbard.com

Ellen A. Friedman on behalf of Creditor Pacific Gas
& Electric Company
jquiambao@friedmanspring.com

Jeff J. Friedman on behalf of Creditor Banc of
America Credit Products, Inc.
jeff.friedman@kattenlaw.com,
nyc.bknotices@kattenlaw.com

Jeff J. Friedman on behalf of Creditor Clearbridge Advisors LLC
jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth Friedman on behalf of Unknown
Informatica Corporation
kfriedman@manatt.com

Mark J. Friedman on behalf of
Unknown James P. Meyer
mfriedman@friedmanpc.com

Michael Friedman on behalf of Creditor BDF Limited
mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com;ksambur@rkollp.com

Michael Friedman on behalf of Unknown Central Reinsurance Corp.
mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com;ksambur@rkollp.com

Andrew J Frisch on behalf of Creditor American
National Insurance Company
afrisch@andrewfrisch.com

Joshua Fritsch on behalf of Interested Party Barclays Bank PLC
fritschj@sullcrom.com, s&cmanagingclerk@sullcrom.com

Joseph Froehlich on behalf of Counter-Claimant Wells
Fargo Bank, N.A., Trustee jfroehlich@lockelord.com

Thomas M. Gaa on behalf of Interested Party Cisco Systems Capital
Corporation and Cisco Systems, Inc. tgaa@bbslaw.com,
yessenia@bbslaw.com

Michael Garcia on behalf of Creditor Realclub Holdings LLC
mgarcia@nixonpeabody.com

R. Scott Garley on behalf of
Defendant Fridator Trust
lduignan@gibbonslaw.com

Karl Geercken on behalf of Creditor
Aozora Bank, Ltd.
kgeercken@alston.com,
kgeercken@alston.com

Lawrence V. Gelber on behalf of Creditor
Auriel Currency 2X Fund
lawrence.gelber@srz.com

Lawrence V. Gelber on behalf of Interested Party Mariner-Tricadia Credit
Strategies Master Fund, Ltd. lawrence.gelber@srz.com

Andrew E. Gelfand on behalf of Unknown Canary
Wharf Management Ltd. gelfanda@sullcrom.com,
s&cmanagingclerk@sullcrom.com

Jan B. Geller on behalf of Creditor Oceanus Securities, LLC
jbgesq@bway.net

Daniel F.X. Geoghan on behalf of Unknown CF Midas
Balanced Growth Fund bankfilings@ycst.com,
dgeoghan@ycst.com;rlogan@ycst.com;dlaskin@ycst.com

Katherine Geraci on behalf of Creditor
The August '86 Trust
geraci@thalergertler.com

Anthony I. Giacobbe, Jr. on behalf of Creditor SecureWorks,
Inc. f/k/a LURHQ Corp. agiacobbe@zeklaw.com

John D Giampolo on behalf of Creditor Sistema Universitario Ana
G. Mendez, Incorporado jgiampolo@wmd-law.com

Steven A. Ginther on behalf of Creditor Missouri
Department of Revenue sdnyecf@dor.mo.gov

Glenn S. Gitomer on behalf of Creditor
Jacqueline W. Edelmann
ggitomer@mkbattorneys.com

Joseph M. Gitto on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
jgitto@nixonpeabody.com

Lara O. Glaesman on behalf of Unknown Pines
Edge Value Investors Ltd.
lara.glaesman@leonard.com

Eduardo J. Glas on behalf of Creditor Capital
Moving & Storage Co., Inc. eglas@mccarter.com

Gabriel I. Glazer on behalf of
Attorney Gabriel I Glazer
gglazer@stutman.com

John P. Gleason on behalf of Creditor Chauny S A
jgleason@gleasonkoatz.com

Jeffrey E. Glen on behalf of Unknown Elliott
Management Corporation
jglen@andersonkill.com

Andrew K. Glenn on behalf of Creditor Ramius LLC
aglenn@kasowitz.com, courtnotices@kasowitz.com

Larry Ivan Glick on behalf of Creditor
Banco Sabadell Miami lglick@shutts.com

Jay M. Goffman on behalf of Creditor H/2 Credit
Partners Master Fund LTD JGoffman@skadden.com

Kristin Going on behalf of Interested
Party Richard Hayne
kristin.going@dbr.com,
Daniel.Northrop@dbr.com

Andrew C. Gold on behalf of Unknown AEW Capital Management, LP
agold@herrick.com

Matthew J. Gold on behalf of Creditor
Edgewater Partners, L.P.
mgold@kkwc.com

Matthew J. Gold on behalf of Creditor Upton A LLC
mgold@kkwc.com

Ronald Eric Gold on behalf of Defendant Ohio Public
Employee Retirement System rgold@fbtlaw.com,
kgrubbs@fbtlaw.com;jbwells@fbtlaw.com

Adam J. Goldberg on behalf of Unknown Latham & Watkins LLP
adam.goldberg@lw.com

Thomas D. Goldberg on behalf of
Plaintiff Jonathan Keeney
tdgoldberg@dbh.com

Andrew R Goldenberg on behalf of Creditor
Antoinette E La Belle goldenberg@ssnyc.com

Andrew R Goldenberg on behalf of
Creditor Blayne M Ross
goldenberg@ssnyc.com

Michelle Goldis on behalf of Interested Party Quoniam Asset Management GmbH
michelle.goldis@wilmerhale.com

Richard M. Goldman on behalf of Unknown FCPLP
rgoldman@teamtogut.com

Seth Goldman on behalf of Creditor Southern
California Edison Company
seth.goldman@mto.com

Irena M. Goldstein on behalf of Creditor Credit
Protection Trusts 207 and 283
igoldstein@proskauer.com

Steven Martin Golub on behalf of Creditor
Perry Principals, L.L.C.
sgolub@golublaw.com

Brett D. Goodman on behalf of Plaintiff PT Bank Negara
Indonesia (Persero) Tbk
brett.goodman@troutmansanders.com,
harriet.cohen@troutmansanders.com

Robert S. Goodman on behalf of Creditor
Kreissparkasse Heinsberg
rgoodman@moundcotton.com

Todd M. Goren on behalf of Interested Party Fondo Latinoamericano de Reservas,
Individually and as a Trustee tgoren@mofo.com, lmarinuzzi@mofo.com

Andrew R. Gottesman on behalf of Broker
SecondMarket, Inc.
agottesman@secondmarket.com

Christopher F. Graham on behalf of Spec. Counsel McKenna Long & Aldridge LLP
cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com

Richard A. Graham on behalf of Interested Party SRM Global Master Fund LP
rgraham@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

Lindsee Paige Granfield on behalf of Defendant Barclays Capital, Inc. lgranfield@cgsh.com,
maofiling@cgsh.com;racooper@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.co
m;rryan@cgsh.com;ebussigel@cgsh.com

Timothy E. Graulich on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
bankruptcy.routing@dpw.com

Ira S. Greene on behalf of Attorney Hogan &
Hartson L.L.P. ira.greene@hoganlovells.com,
ronald.cappiello@hoganlovells.com

Carl M. Greenfeld on behalf of Creditor Cerberus Partners, L.P. and
Cerberus International, Ltd. cgreenfeld@lowenstein.com

Michael E. Grenert on behalf of
Creditor James G. Lister
mgrenert@liddlerobinson.com

Emanuel C. Grillo on behalf of Plaintiff
Evergreen Solar, Inc.
egrillo@goodwinprocter.com

Robert K. Gross on behalf of Plaintiff
Maximilian Coreth rgross@evw.com,
slapriore@evw.com

Stephen H. Gross on behalf of Interested Party
Vignette Europe Ltd. shgross5@yahoo.com

Howard J. Grossman on behalf of Creditor J.P.
Morgan Securities plc
howard.j.grossman@chase.com

Howard J. Grossman on behalf of Unknown Chase Lincoln First
Commercial Corporation howard.j.grossman@chase.com

Edward P. Grosz on behalf of Transferee BEINT, LLC
egrosz@reitlerlaw.com

Steven T. Gubner on behalf of Creditor
City of Long Beach ecf@ebg-law.com

Paul C. Gunther on behalf of Creditor Bank Handlowy W Warszawie SA
pgunther@salans.com, nina.khalatova@dentons.com

Michael P. Guta on behalf of Defendant
Casey Securities, Inc. karlaortega@hill-
law-offices.com

Daniel J. Guyder on behalf of Creditor Aozora Bank, Ltd.
daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

Richard F. Hahn on behalf of Interested Party
Parkcentral Global Hub Limited
rfhahn@debevoise.com;mao-bk-ecf@debevoise.com

Robert R. Hall on behalf of Creditor
State of Arizona
robert.hall@azag.gov

Terry E. Hall on behalf of Creditor Indiana State
Teachers Retirement Fund terry.hall@faegrebd.com

Alan D. Halperin on behalf of Creditor BTR Global Arbitrage Trading
Limited ahalperin@halperinlaw.net,
lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.ne
t

Heidi L Hamilton on behalf of
Creditor Julian Iragorri
heidi@crumbielaw.com

Aaron L. Hammer on behalf of Creditor Accenture LLP
ahammer@SugarFGH.com, mmelickian@SugarFGH.com;mbrandess@SugarFGH.com;bkdocket@SugarFGH.com

Andrew Hammond on behalf of Creditor Ad Hoc Group of
Lehman Brothers Creditors ahammond@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com

James K. Haney on behalf of Defendant Nationwide
Life Insurance Company jhaney@wongfleming.com

William Hao on behalf of Creditor
Dell Global B.V.
william.hao@alston.com

Carrie V. Hardman on behalf of Plaintiff European
Credit (Luxembourg) S.A. chardman@klestadt.com

Carrie V. Hardman, on behalf of Creditor
Southdene Investments Ltd
chardman@winston.com

Lee Harrington on behalf of Interested Party BANK
OF AMERICA, N.A.
lharrington@nixonpeabody.com

Adam Craig Harris on behalf of Unknown Davidson Kempner Capital Management LLC
adam.harris@srz.com

Christopher Harris on behalf of Interested Party
Veyance Technologies, Inc.
Christopher.harris@lw.com

Lynn P. Harrison, III on behalf of Debtor Lehman Brothers Holdings Inc.
lharrison@curtis.com,
jdrew@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndelaney@curtis.com;dching@curtis.com;pbehmke@curtis.com

Brian W. Harvey on behalf of Unknown
Clayton Services, Inc.
bharvey@goodwinprocter.com,
bharvey@goodwinprocter.com

Howard R. Hawkins, Jr. on behalf of Creditor Credit Suisse
howard.hawkins@cwt.com,  anthony.moore@cwt.com

Patrick L. Hayden on behalf of Unknown The
Toronto-Dominion Bank
phayden@mcguirewoods.com

Dion W. Hayes on behalf of Unknown The Toronto-Dominion
Bank dhayes@mcguirewoods.com,
phayden@mcguirewoods.com;kcain@mcguirewoods.com

Nava Hazan on behalf of Interested Party Crestview Capital Master LLC
nhazan@mwe.com,  mmartel@mwe.com;atgiuliano@giulianomiller.com;gkopacz@mwe.com

Patricia H. Heer on behalf of Creditor Pennsylvania Public School
Employees' Retirement System phheer@duanemorris.com,
odmclean@duanemorris.com

Douglas S. Heffer on behalf of Creditor Trading
Technologies International, Inc. dheffer@foley.com

Eric Paul Heichel on behalf of Cross
Defendant Cede & Co.
eheichel@eisemanlevine.com

Matthew B. Heimann on behalf of Creditor Samuel E. Belk, IV
mbheimann@pbnlaw.com,  mdlaskowski@pbnlaw.com;mpdermatis@pbnlaw.com

Christopher R. Heinrich on behalf of Creditor Nebraska Investment
Council and State of Nebraska cheinrich@hslegalfirm.com

Jay Heinrich on behalf of Transferee UBS
AG, Stamford Branch
jheinrich@mkbllp.com

Jay Heinrich on behalf of Unknown
Gentrification Ventures, L.L.C.
jheinrich@mkbllp.com

James M. Heiser on behalf of
Attorney Ann E. Acker
heiser@chapman.com

Jay S. Hellman on behalf of Attorney
SilvermanAcampora LLP
JHellman@SilvermanAcampora.com,
SGreenberg@SilvermanAcampora.com

Jonathan S. Henes on behalf of Debtor Lehman
Brothers Holdings Inc. jhenes@kirkland.com,
jgoldfinger@kirkland.com;patrick.nash@kirkland.com

Larry D. Henin on behalf of
Creditor Edward J Lill
lhenin@eapdlaw.com

Marian S. Henry on behalf of
Unknown Grace Farrelly
mshenry@lshv.org

Robin A. Henry on behalf of Defendant BNP
Paribas, London Branch rhenry@bsfllp.com

Sally M. Henry on behalf of Attorney Skadden, Arps,
Slate, Meagher & Flom LLP Sally.Henry@skadden.com

Ira L. Herman on behalf of Creditor Crossmark
Corporate Advisers, L.P. ira.herman@tklaw.com,
deanna.immitt@tklaw.com;justin.roberts@tklaw.com

Neil E. Herman on behalf of Creditor Cognizant Technology Solutions
Nherman@morganlewis.com

David F. Heroy on behalf of Creditor
Longwood at Oakmont, Inc.
david.heroy@bakermckenzie.com

Jennifer B. Herzog on behalf of Interested Party Marshall Funds, Inc. and Marshall
& Ilsley Trust Company, N.A. jherzog@gklaw.com, zraiche@gklaw.com

Paul S. Hessler on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE)
paul.hessler@linklaters.com,  shauin.wang@linklaters.com

Paul S. Hessler on behalf of Defendant
Taiwan Life
paul.hessler@linklaters.com,
shauin.wang@linklaters.com

William Heuer on behalf of Clerk of Court Fondazione
Cassa di Risparmio di Imola wheuer@duanemorris.com

Autumn D. Highsmith on behalf of Creditor Steven
G. Holder Living Trust
autumn.highsmith@haynesboone.com

Hugh F. Hill, IV on behalf of Defendant SCOR
Reinsurance Company
hugh.hill@hoganlovells.com,
ronald.cappiello@hoganlovells.com

Robert M. Hirsh on behalf of Creditor The
Vanguard Group, Inc.
hirsh.robert@arentfox.com,
constantino.nova@arentfox.com

David J. Hoffman on behalf of Creditor Hipotecas de America, SA
djhoffman@djhoffmanlaw.com

Evan C. Hollander on behalf of Creditor
Acumen Fund, Inc.
mcosbny@whitecase.com;jdisanti@whit
ecase.com

Pamela Smith Holleman on behalf of Attorney Sullivan & Worcester LLP
pholleman@sandw.com

Robert Neil Holtzman on behalf of Defendant Lehman
Brothers Holdings Inc. rholtzman@kramerlevin.com

Jonathan Hook on behalf of Creditor Parties
Listed on Exhibit "A"
jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com

Jed Horwitt on behalf of Creditor Children's
Healthcare of Atlanta, Inc.
JHorwitt@Zeislaw.com

Christopher J. Houpt on behalf of Creditor Threadneedle
Asset Managment Ltd. choupt@mayerbrown.com,
jmarsala@mayerbrown.com

Casey B. Howard on behalf of Counter-Claimant Wells
Fargo Bank, N.A., Trustee choward@lockelord.com

Eunice Rim Hudson on behalf of Interested Party Tobacco
Settlement Financing Corporation eunice.hudson@klgates.com,
klgatesbankruptcy@klgates.com

Hamish Hume on behalf of Interested Party
Barclays Capital Inc. hhume@bsfllp.com,
tbloomer@bsfllp.com;lsmith@bsfllp.com

David R. Hurst on behalf of Unknown Neelam P. Daryani
dhurst@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com

Jay W. Hurst on behalf of Creditor Texas Comptroller
of Public Accounts jay.hurst@texasattorneygeneral.gov,
sherri.simpson@texasattorneygeneral.gov

Frederick D. Hyman on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets
Corp., and CIBC World Markets Inc. fhyman@mayerbrownrowe.com

Jeremiah Iadevaia on behalf of
Plaintiff Olivia Bam
jiadevaia@vladeck.com

Peter D. Isakoff, on behalf of Plaintiff Lehman Brothers
Commercial Corporation peter.isakoff@weil.com

Adam H. Isenberg on behalf of Interested Party The Pennsylvania
Convention Center Authority aisenberg@saul.com

Dillon Edward Jackson on behalf of Unknown OneWest Bank, FSB
jackd@foster.com

Jennifer M. Jackson on behalf of Counter-Defendant Michigan State
Housing Development Authority jacksonj5@michigan.gov

Lawrence Evan Jacobs on behalf of Attorney Davis Polk & Wardwell LLP
lawrence.jacobs@davispolk.com

Ron Jacobs on behalf of Claims and Noticing Agent Epiq Bankruptcy
Solutions, LLC Claims Agent rjacobs@ecf.epiqsystems.com

Steve Jakubowski on behalf of
Creditor Frank M. Paris
sjakubowski@rsplaw.com,
lwilliams@rsplaw.com

Sedgwick M. Jeanite on behalf of Creditor Carol Bunevich
jeanites@whiteandwilliams.com, yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

Daniel S. Jo on behalf of Creditor
James G. Lister
djo@liddlerobinson.com

Brandon Johnson on behalf of Transferee AG Centre
Street Partnership, L.P.
brandon.johnson@pillsburylaw.com

Michael E. Johnson on behalf of Counter-
Defendant Libra CDO Limited
michael.johnson@alston.com

Robert Alan Johnson on behalf of Creditor Dynegy
Power Marketing, Inc. rajohnson@akingump.com,
nymco@akingump.com

John J. Jolley, Jr. on behalf of Creditor City and County of
Denver, Department of Revenue jay.jolley@fnf.com,
thomas.roubidoux@kutakrock.com

Roger G. Jones on behalf of Creditor Franklin
American Mortgage Company rjones@bccb.com

Dennis Jose on behalf of Defendant McCurdy & Candler, LLC
ecfnotices@gpolaw.com, djose@gpolaw.com

Benay L. Josselson on behalf of Defendant
Liberty Square CDO I, Ltd.
josselson@sewkis.com

John E. Jureller, Jr. on behalf of Creditor Annscroft
Investments Limited jjureller@klestadt.com,
jjureller@klestadt.com

John E. Jureller, Jr. on behalf of Unknown Alchima Finance Holdings SA
jjureller@klestadt.com, jjureller@klestadt.com

Steven Z. Jurista on behalf of Unknown
Jeffrey Vanderbeek
sjurista@wjslaw.com,
lrankins@wjslaw.com

Gregory O. Kaden on behalf of Creditor
125 High Street, L.P.
gkaden@goulstonstorrs.com

William Wade Kannel on behalf of Creditor
Belmont Insurance Company wkannel@mintz.com

Richard S. Kanowitz on behalf of Creditor AboveNet
Communications Inc. rkanowitz@cooley.com

Alex J. Kaplan on behalf of Counter-Defendant Blackrock Mortgage
Investors Master Fund, L.P. ajkaplan@sidley.com,
emcdonnell@sidley.com

Eugene Neal Kaplan on behalf of Attorney Kaplan Landau LLP
enkaplan@kaplanlandau.com

Gary Kaplan on behalf of Interested Party The 144AMaster Fund, LP
gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

Anjna R. Kapoor on behalf of Defendant JPMORGAN
CHASE BANK, N.A. akapoor@kelleydrye.com,
docketing@kelleydrye.com

Nickolas Karavolas on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
nkaravolas@phillipslytle.com

Dimitri G. Karczazes on behalf of Unknown Huron
Consulting Group, Inc.
dimitri.karcazes@goldbergkohn.com

David J. Karp on behalf of Creditor Blackwell Partners LLC
david.karp@srz.com

David J. Karp on behalf of Transferee Blackwell Partners LLC
david.karp@srz.com

Marc E Kasowitz on behalf of Interested Party Bay Harbour Management LC
mkasowitz@kasowitz.com, courtnotices@kasowitz.com

Diane J. Kasselman on behalf of Creditor
Trade Settlement Inc.
dkasselman@kasselman-law.com

Elyssa Suzanne Kates on behalf of Creditor Advanced
Graphic Printing, Inc. ekates@bakerlaw.com,
bhlitdocket@bakerlaw.com

Lawrence A. Katz on behalf of Creditor
The United Company lkatz@ltblaw.com

Philip Kaufler on behalf of
Unknown Jeffrey P Eves
philip@kauflerlaw.com

Alan F. Kaufman on behalf of Unknown THE DISPATCH PRINTING COMPANY
akaufman@mckennalong.com

Jordan Kaye on behalf of Defendant Lehman
Brothers Holdings Inc. jkaye@kramerlevin.com

Robert J. Keach on behalf of Creditor Hebron Academy Incorporated
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com

Robin Elizabeth Keller on behalf of Creditor Pearl Assurance
Limited robin.keller@lovells.com,
omeca.nedd@lovells.com;ronald.cappiello@hoganlovells.com

Craig I. Kelley on behalf of Creditor
Merit Floors, Inc.
ecf@kelleylawoffice.com

Kenneth J. Kelly on behalf of Creditor
Intersil Europe SaRL, Inc.
kkelly@ebglaw.com, nyma@ebglaw.com

Elena Paras Ketchum on behalf of
Trustee Soneet R. Kapila
eketchum.ecf@srbp.com

John Kibler on behalf of Creditor China
Development Bank Corporation
john.kibler@allenovery.com

Michael S. Kim on behalf of Interested Party Kobre & Kim LLP
michael.kim@kobrekim.com

Christopher K. Kiplok on behalf of Attorney Hughes Hubbard & Reed LLP
kiplok@hugheshubbard.com

Edward J. Kirk on behalf of Unknown Certain Underwriters at
Lloyd's London and Companies edward.kirk@clydeco.us

Paul Kizel on behalf of Creditor BlueMountain Capital
Management LLC and Affiliates pkizel@lowenstein.com

Barry R. Kleiner on behalf of Creditor
Shinsei Bank, Limited
dkleiner@velaw.com

Emil A. Kleinhaus on behalf of Defendant JPMORGAN
CHASE BANK, N.A. eakleinhaus@wlrk.com,
calert@wlrk.com

Tracy L. Klestadt on behalf of Creditor Yakima-
Tieton Irrigation District tklestadt@klestadt.com,
tklestadt@gmail.com

Joseph B. Koczko on behalf of Unknown Ohio
Housing Finance Agency
joseph.koczko@thompsonhine.com

Scott Edward Koerner on behalf of Creditor Great Bay
Condominium Owners Association scott.koerner@dentons.com

Douglas Koff on behalf of Unknown Lehman Brothers
Special Financing Inc. douglaskoff@paulhastings.com

Howard Koh on behalf of Unknown Ipreo Holdings, LLC
hkoh@meisterseelig.com

Samuel S. Kohn on behalf of Unknown Informal Committee of Noteholders of iStar Financial, Inc.
, dcunsolo@winston.com

Claude F. Kolm on behalf of Creditor Alameda County Treasurer-Tax
Collector Donald R. White claude.kolm@acgov.org,
jamartinez@acgov.org

Alan Kolod on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
dkick@mosessinger.com

Anna Kornikova on behalf of Creditor Federal Home Loan
Mortgage Corporation akornikova@lcbf.com

Sheron Korpus on behalf of Creditor
Loreley Noteholders
courtnotices@kasowitz.com

Lawrence J. Kotler on behalf of Creditor FPB
International Bank, Inc.
ljkotler@duanemorris.com

Nancy Lynne Kourland on behalf of
Unknown Mario A. Monello
nkourland@rosenpc.com

Deborah Kovsky-Apap on behalf of Interested Party ING BANK, FSB
kovskyd@pepperlaw.com, alexsym@pepperlaw.com,kressk@pepperlaw.com

Lisa J.P. Kraidin on behalf of Creditor RBC Dexia Investor Services Bank France SA
lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com

Bennette D. Kramer on behalf of Creditor Moore Capital Management, LP
bdk@schlamstone.com

Richard P. Krasnow on behalf of Debtor Fundo de Investimento Multimercado Credito Privado
Navigator Investimento No Exterior richard.krasnow@weil.com,
richard.krasnow@weil.com;victoria.vron@weil.com

Michael M. Krauss on behalf of Attorney Faegre & Benson LLP
michael.krauss@faegrebd.com, cj.harayda@faegrebd.com;mdoty@faegre.com

Julia S. Kreher on behalf of Attorney Hodgson Russ LLP
rleek@hodgsonruss.com;jthoman@hodgsonruss.com

J. Alex Kress on behalf of Creditor
Lawson Software, Inc.,
akress@riker.com

Martin Krolewski on behalf of Defendant J.P. Morgan Chase Bank,
N.A. mkrolewski@kelleydrye.com,
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Justin A. Kuehn on behalf of
Unknown Mark Mazzatta
kuehn@bragarwexler.com

Ross M. Kwasteniet on behalf of Creditor PCCP, LLC
ross.kwasteniet@kirkland.com, david.meyer@kirkland.com;max.weber@kirkland.com

Paul J. Labov on behalf of Creditor OM Financial
Life Insurance Company plabov@eapdlaw.com

Robinson B. Lacy on behalf of Counter-Defendant Blackrock Mortgage
Investors Master Fund, L.P. Lacyr@sullcrom.com,
s&cmanagingclerk@sullcrom.com

Darryl S. Laddin on behalf of Unknown SunTrust
Robinson Humphrey, Inc. bkrfilings@agg.com

Michael C. Lambert on behalf of Attorney Gilmartin, Poster & Shafto LLP
mclambert@lawpost-nyc.com

Mark Landman on behalf of Creditor Federal Home Loan
Mortgage Corporation mlandman@lcbf.com

David P. Langlois on behalf of Interested Party Shell Energy
North America (US), L.P. david.langlois@sablaw.com

Robert Laplaca on behalf of
Creditor Zedak Corp.
rlaplaca@levettrockwood.com

Kevin J. Larner on behalf of
Creditor The Kroger Co.
klarner@riker.com

Francis J. Lawall on behalf of Interested Party EXXONMOBIL GAS MARKETING EUROPE LIMITED
lawallf@pepperlaw.com,  henrys@pepperlaw.com;matourj@pepperlaw.com

James N. Lawlor on behalf of Creditor JAS
Holding Corporation jlawlor@wmd-
law.com,  jgiampolo@wmd-law.com

David M. LeMay on behalf of Creditor AIG Global Services, Inc.,
f/k/a AIG Technologies, Inc. dlemay@chadbourne.com

Michael C. Ledley on behalf of Plaintiff Lehman Brothers
Special Financing Inc. mledley@wmd-law.com

Mark G. Ledwin on behalf of Creditor
Hartford Index HLS Fund
mark.ledwin@wilsonelser.com

David H. Lee on behalf of Creditor Bank Of
America, N.A. dlee@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Kenneth E. Lee on behalf of Trustee James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. klee@levinelee.com,  malinikoff@levinelee.com

Alexander B. Lees on behalf of Counter-Claimant
JPMORGAN CHASE BANK, N.A. ablees@wlrk.com,
calert@wlrk.com

David S. Leinwand on behalf of Creditor Avenue Blue TC Fund, LP
dleinwand@avenuecapital.com

Robert J. Lemons on behalf of Debtor Lehman
Brothers Holdings Inc. robert.lemons@weil.com,
lee.goldberg@weil.com

Stephen D. Lerner on behalf of Creditor KeyBank
National Association
stephen.lerner@squiresanders.com,
karen.graves@squiresanders.com

Ira M. Levee on behalf of Creditor Boilermaker-Blacksmith
National Pension Trust ilevee@lowenstein.com,
mseymour@lowenstein.com

Shari D. Leventhal on behalf of Creditor Federal
Reserve Bank of New York
shari.leventhal@ny.frb.org

Erin S. Levin on behalf of Creditor LibertyView Capital Management, LLC; LibertyView Credit Opportunities Fund; LibertyView
Credit Select Fund, L.P.; LibertyView
Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P
elevin@lowenstein.com

Richard B. Levin on behalf of Creditor Credit Suisse
rlevin@cravath.com, managing_attorneys_office@cravath.com;jmanning@cravath.com

Eric B. Levine on behalf of
Unknown Unknown Filer
levine@whafh.com

Eric R. Levine on behalf of Creditor 4Kids Entertainment Inc.
elevine@eisemanlevine.com, lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com

Jonathan Levine on behalf of
Unknown EPCO Holdings
bankruptcy@andrewskurth.com

Jeffrey W. Levitan on behalf of Unknown MarketAxess Holdings Inc.
and MarketAxess Corporation jlevitan@proskauer.com,
srutsky@proskauer.com

Joel H. Levitin on behalf of Creditor HYPO Investmentbank AG
JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;MPeleg@cahill.com

Richard Levy, Jr. on behalf of Creditor Credito Privato Commerciale SA
rlevy@pryorcashman.com

Leo V. Leyva on behalf of Interested Party 125North10, LLC
lleyva@coleschotz.com

Isabelle Liberman on behalf of Unknown Common
Fund Hedged Equity Co. iliberman@akingump.com

Michael Liberman on behalf of Unknown Larsen &
Toubro Infotech, Ltd. nyma@ebglaw.com

Mark S. Lichtenstein on behalf of Creditor City Employee Welfare Fund Local 3 IBEW
mlichtenstein@crowell.com, mlichtenstein@crowell.com

Valdi Licul on behalf of
Plaintiff Olivia Bam
vlicul@vladeck.com

David Liebenstein on behalf of Transferee Hayman
Capital Master Fund, L.P.
david.liebenstein@haynesboone.com

Seth H. Lieberman on behalf of Interested Party Iberdrola
Renewables Energies USA, Ltd. slieberman@pryorcashman.com

David Liebov on behalf of Interested Party
Barclays Capital, Inc.
liebovd@sullcrom.com,
S&Cmanagingclerk@sullcrom.com

Demetra Liggins on behalf of Creditor Crossmark Conerstone Partners, L.P.
demetra.liggins@tklaw.com,
justin.roberts@tklaw.com;Ashley.Enderli@tklaw.com;Nashira.Parker@tklaw.com;Caroline.LeMire@tklaw.com

Angelina E. Lim on behalf of Creditor Mark W.
Hein angelinal@jpfirm.com,
barbarab@jpfirm.com;minervag@jpfirm.com

Douglas J. Lipke on behalf of Creditor Newedge USA,
LLC and Affiliated Entities dlipke@vedderprice.com

Alan Jay Lipkin on behalf of Creditor Royal
Charter Properties-East, Inc. alipkin@willkie.com,
maosbny@willkie.com

Joanne K. Lipson on behalf of Creditor The Central Puget Sound
Regional Transit Authority jlipson@crockerlaw.com,
ttracy@crockerlaw.com;nancy@crockerlaw.com

David Y. Livshiz on behalf of
Creditor Ian Lowitt
dlivshiz@cgsh.com,
maofiling@cgsh.com

Stephen T. Loden on behalf of Defendant JA Hokkaido Shinren
sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com;bgarry@diamondmccarthy.com

Stephen T. Loden on behalf of Interested Party The Kiyo Bank, Ltd.
sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com;bgarry@diamondmccarthy.com

Christopher Loizides on behalf of Plaintiff
Miron Berenshteyn loizides@loizides.com

Sarah K. Loomis Cave on behalf of
Defendant James W. Giddens
cave@hugheshubbard.com

Eric Lopez Schnabel on behalf of Creditor Columbia Management Investment Advisers, LLC f/k/a Riversource Investments, LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Lopez Schnabel on behalf of Creditor Kenwood Capital Management LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Sara E. Lorber on behalf of
Creditor City of Chicago
slorber@wfactorlaw.com

Sara E. Lorber on behalf of Interested
Party City of Chicago
slorber@wfactorlaw.com

Alexander S. Lorenzo on behalf of Counter-
Defendant Libra CDO Limited
alexander.lorenzo@alston.com

Daniel A. Lowenthal on behalf of Creditor Hilliard
Farber & Co., Inc. dalowenthal@pbwt.com,
mcobankruptcy@pbwt.com;bguiney@pbwt.com

Mark L. Lubelsky on behalf of Intervenor-
Defendant LH 1440, L.L.C.
mark@mllassociates.com

Donald K. Ludman on behalf of Creditor
Business Objects Americas
dludman@brownconnery.com

Alan Lungen on behalf of Interested Party
BHCO Master Ltd
alungen@kasowitz.com,
alungen@kasowitz.com

Kerri Anne Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com

Kim R. Lynch on behalf of Unknown John
Mahonchak klynch@formanlaw.com,
dpatel@formanlaw.com;kanema@formanlaw.com

Michael C. Lynch on behalf of Defendant JPMORGAN
CHASE BANK, N.A. mlynch@kelleydrye.com,
docketing@kelleydrye.com

Bruce G. MacIntyre on behalf of Creditor
Puget Sound Energy, Inc.
bmacintyre@perkinscoie.com

Kevin L. MacMillan on behalf of Creditor
Syncora Guarantee, Inc.
kmacmillan@abv.com

John H. Maddock, III on behalf of Creditor CSX
Transportation, Inc.
jmaddock@mcguirewoods.com,
jsheerin@mcguirewoods.com

Howard P. Magaliff on behalf of
Creditor Roger Saks
hmagaliff@r3mlaw.com

Wendy Mager on behalf of Creditor
John Dmuchowski
wmager@smithstratton.com

Eric Magnelli on behalf of Creditor
Thomas P Blakeslee
emagnelli@bracheichler.com

George E.B. Maguire on behalf of
Unknown Juice Energy, Inc.
gebmaguire@debevoise.com,  mao-bk-
ecf@debevoise.com

William R. Maguire on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. maguire@hugheshubbard.com

William A Maher on behalf of Interested Party
Lana Franks Harber wmaher@wmd-law.com

John S. Mairo on behalf of Creditor Aliant Bank
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

Christopher J. Major on behalf of Counter-Claimant Fontainebleau Resorts, LLC
cjm@msf-law.com, nj@msf-law.com;bm@msf-law.com

Jill L. Makower on behalf of Creditor Metropolitan
Bank & Trust Company jmakower@nscslaw.com,
bgonsalves@nscslaw.com

Robert K. Malone on behalf of Creditor Allianz Global Investors AG
robert.malone@dbr.com

Michael J. Maloney on behalf of Defendant JPMORGAN
CHASE BANK, N.A. mmaloney@kelleydrye.com,
docketing@kelleydrye.com

Ray A. Mandlekar on behalf of
Interested Party Chun Ip
e_file_sd@csgrr.com

Beverly Weiss Manne on behalf of Creditor Federal Home
Loan Bank of Pittsburgh bmanne@tuckerlaw.com

Julie A. Manning on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com

Wendy G. Marcari on behalf of
Creditor InfoSpace
wmarcari@ebglaw.com,
nyma@ebglaw.com

Wendy G. Marcari on behalf of Interested
Party InfoSpace, Inc.
wmarcari@ebglaw.com,
nyma@ebglaw.com

Jacqueline Marcus on behalf of Debtor BNC Mortgage LLC
jacqueline.marcus@weil.com, jessica.liou@weil.com;stefanie.beyer@weil.com

Alan E. Marder on behalf of Creditor Advanced
Portfolio Technologies, Inc. lgomez@msek.com

Jeffrey S. Margolin on behalf of Attorney Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Jeffrey S. Margolin on behalf of Attorney Norton Rose Fulbright LLP
margolin@hugheshubbard.com

Lorenzo Marinuzzi on behalf of Creditor Centerbridge Credit Partners LP
lmarinuzzi@mofo.com

Lorenzo Marinuzzi on behalf of Creditor GMAC Mortgage, LLC
lmarinuzzi@mofo.com

David J. Mark on behalf of
Unknown Souad Salame
dmark@kasowitz.com,
courtnotices@kasowitz.com

Scott S. Markowitz on behalf of Creditor AKF Engineers, LLP
smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com

Thomas S. Marrion on behalf of Interested Party United Church Of Christ Retirement Community, Inc.
d/b/a Havenwood Heritage Heights tmarrion@haslaw.com

D. Ross Martin on behalf of Creditor Stanford
Hospital and Clinics
ross.martin@ropesgray.com

Richard W. Martinez on behalf of Creditor Louisiana Sheriff's
Pension and Relief Fund claire@rwmaplc.com

Rosanne Thomas Matzat on behalf of Interested Party Avista Corporation and Powerex Corp.
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@
hahnhessen;nrigano@hahnhessen.com

Laurence May on behalf of Creditor Federal Home
Loan Bank of Pittsburgh lmay@coleschotz.com

Douglas Kirk Mayer on behalf of Unknown
The Carlyle Group dkmayer@wlrk.com,
calert@wlrk.com

Sandra E. Mayerson on behalf of Interested Party Caisse de depot et placement
du Quebec sandra.mayerson@squiresanders.com,
wilfred.lancaster@squiresanders.com;rudy.green@squiresanders.com

Kurt A. Mayr on behalf of Creditor Banque
Lehman Brothers S.A. kurt.mayr@bgllp.com

Jil Mazer-Marino on behalf of Creditor Advanced
Portfolio Technologies, Inc. jmazermarino@msek.com,
kgiddens@msek.com

James I. McClammy on behalf of Creditor Asset
Backed Management Corp.
james.mcclammy@davispolk.com

Aaron G. McCollough on behalf of Defendant Ford
Global Treasury, Inc.
amccollough@mcguirewoods.com

Theodore McCombs on behalf of Creditor Giants Stadium LLC
mccombst@sullcrom.com

Richard J. McCord on behalf of Creditor Thomson C. Murray, Jr.
RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com

Michael K. McCrory on behalf of Unknown Grace Village
Health Care Facilities, Inc. mmccrory@btlaw.com

Mark McDermott on behalf of Plaintiff Prudential Global Funding LLC
Mark.McDermott@skadden.com,  Julie.Lanz@skadden.com;Adi.Habbu@skadden.com;John.Murphy@skadden.com

Hugh M. McDonald on behalf of Attorney Special Counsel to
the Debtors hugh.mcdonald@snrdenton.com,
elsmith@sonnenschein.com;lcurcio@sonnenschein.com

Frank McGinn on behalf of Creditor Iron Mountain
Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com,  dfelder@orrick.com

Mark E. McKane on behalf of Plaintiff Pulsar Re, Ltd.
mmckane@kirkland.com,  adrienne.levin@kirkland.com;beth.friedman@kirkland.com;sarah.farley@kirkland.com

William J. McKenna on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund wmckenna@foley.com

Michelle McMahon on behalf of Defendant St. Regis New York michelle.mcmahon@bryancave.com, jamila.willis@bryancave.com

Matthew S. Melamed on behalf of Plaintiff Ka King Wong, et. al., MMelamed@rgrdlaw.com

John P. Melko on behalf of Creditor Pyrrhuloxia, LP jmelko@gardere.com

Richard G. Menaker on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. rmenaker@mhjur.com

Michelle A. Mendez on behalf of Creditor Health Care Service Corporation mmendez@crb-law.com

Gary J. Mennitt on behalf of Defendant Forward Funds gary.mennitt@dechert.com, nycmanagingclerks@dechert.com

Michael T. Mervis on behalf of Unknown Markit Group Limited Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth on behalf of Creditor Community Trust Bancorp Inc. msteen@foxrothschild.com, mlsecf@gmail.com

G. Christopher Meyer on behalf of Creditor The Buckeye Tobacco Settlement Financing Authority cmeyer@ssd.com

Jessica Mikhailevich on behalf of Creditor Marquette Financial Companies mikhailevich.jessica@dorsey.com

Lisa Milas on behalf of Creditor Attorneys for Property Asset Managment Inc. and US Bank National Association as Trustee lmilas@rosicki.com

Brett H. Miller on behalf of Creditor AB Bankas SNORAS bmiller@mofo.com, ecf@mofo.com

Brett H. Miller on behalf of Defendant Far Glory Life Insurance Co., Ltd. bmiller@mofo.com, ecf@mofo.com

David Emanuel Miller on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista dmiller@rakowerlaw.com, mrakower@rakowerlaw.com

Harvey R. Miller on behalf of Debtor Lehman Brothers Holdings Inc. harvey.miller@weil.com, garrett.fail@weil.com

Nicholas M. Miller on behalf of Interested Party Neal, Gerber & Eisenberg LLP nmiller@ngelaw.com, ecfdocket@ngelaw.com

Ralph I. Miller on behalf of Counter-Claimant Lehman Brothers Special Financing Inc. ralph.miller@weil.com

Richard Steven Miller on behalf of Creditor
AllianceBernstein L.P.
robert.honeywell@klgates.com

W. Timothy Miller on behalf of Unknown The Federal Home
Loan Bank of Cincinnati miller@taftlaw.com

Anne Miller-Hulbert on behalf of Creditor LSF6 Mercury REO
Investments Trust Series 2008-1 rocbkcourt@logs.com

Joseph G. Minias on behalf of Creditor SOLA LTD
maosbny@willkie.com, jminias@willkie.com

Joseph G. Minias on behalf of Creditor SOLA LTD
maosbny@willkie.com, jminias@willkie.com

Robert K. Minkoff on behalf of Interested Party Jefferies Leveraged Credit Products, LLC
rminkoff@jefferies.com, mrichards@jefferies.com

Joseph Thomas Moldovan on behalf of Creditor
Carpenter Group, Inc.
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor Evergreen Core
Bond Trust Full Discretion maofiling@cgsh.com,
tmoloney@cgsh.com;dlivshiz@cgsh.com

Christopher R. Momjian on behalf of Creditor Pennsylvania
Department of Revenue crmomjian@attorneygeneral.gov

John J. Monaghan on behalf of
Creditor Air Canada Inc. bos-
bankruptcy@hklaw.com

Claude D. Montgomery on behalf of Creditor Svenska Handelsbanken
AB (publ)
Claude.Montgomery@dentons.com;Anthony.Pabon@dentons.com;Nin
a.Khalatova@dentons.com

Martin A. Mooney on behalf of Creditor DCFS Trust
mmooney@deilylawfirm.com, arappold@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

James C. Moore on behalf of Unknown "Spanish Holders of
Lehman Programs Securities" jcmoore1939@gmail.com,
cjohnson@hselaw.com

Boaz S. Morag on behalf of Defendant
Barclays Capital, Inc. bmorag@cgsh.com,
maofiling@cgsh.com

Suzanna M.M. Morales on behalf of
Defendant IRON Financial
smorales@lathropgage.com

William M. Moran on behalf of
Unknown SunCal Debtors
wmoran@mccarter.com

Matthew P. Morris on behalf of Creditor Centerbridge Credit Partners LP
matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com

Joshua D. Morse on behalf of
Unknown DCP Parties
jmorse@jonesday.com

Judy Hamilton Morse on behalf of Creditor Oklahoma
Municipal Power Authority
judy.morse@crowedunlevy.com, ecf@crowedunlevy.com

Jeanne Morton on behalf of Creditor America's
Servicing Company bkmail@prommis.com

Max Anderson Moseley on behalf of Creditor BlueMountain Capital
Management LLC and Affiliates mmoseley@bakerdonelson.com,
syoung@bakerdonelson.com

Eric T. Moser on behalf of
Creditor EFETNet B.V.
emoser@r3mlaw.com

Eric T. Moser on behalf of Creditor GAM International
Management Limited emoser@r3mlaw.com

Seth A. Moskowitz on behalf of Counter-Defendant
Turnberry Retail Holding, L.P. smoskowitz@kasowitz.com,
courtnotices@kasowitz.com

Kerry Moynihan on behalf of Creditor Millennium Marketing
& Management Pty, Ltd. kerry.moynihan@bryancave.com,
raul.morales@bryancave.com

Monique J. Mulcare on behalf of Creditor BNP Paribas Energy Trading GP
mmulcare@mayerbrown.com

Monique J. Mulcare on behalf of Creditor Castlerigg
Master Investments Ltd. mmulcare@mayerbrown.com

Lance Mulhern on behalf of Creditor
Shinsei Bank, Limited
lmulhern@velaw.com

Andrew S. Muller on behalf of Creditor
David Livingston
amuller@platzerlaw.com,
lgibbs@platzerlaw.com

Steven T. Mulligan on behalf of Creditor Ironbridge Aspen Collection, LLC
smulligan@bsblawyers.com

H. Kent Munson on behalf of Unknown
Lutheran Senior Services
hkm@stolarlaw.com

Michael F. Murphy on behalf of Plaintiff Michigan State
Housing Development Authority murphym2@michigan.gov,
ballingerb1@michigan.gov

Jordanna L. Nadritch on behalf of Creditor
Christiane Schuster
jnadritch@olshanlaw.com,
ssallie@olshanlaw.com

Jason A. Nagi on behalf of Creditor EXCO Operating Company, LP and other Clients listed on Schedule I
jnagi@polsinelli.com, tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com

David L. Neale on behalf of Creditor Kalaimoku-
Kuhio Development Corp. tma@lnbyb.com,
tma@lnbyb.com

David Neier on behalf of Creditor Mariner Investment Group, LLC
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown
Duke Energy Ohio, Inc.
mneier@ibolaw.com

Edward E. Neiger on behalf of Creditor Banque Safdie SA
eneiger@askllp.com, lporten@askllp.com

Laura E. Neish on behalf of Creditor The State of New Jersey, Department of Treasury, Division of Investment, by Director of
the Division of Investment William G. Clark lneish@zuckerman.com

Roger David Netzer on behalf of
Creditor AIG CDS, Inc.
maosbny@willkie.com,
rnetzer@willkie.com

James D. Newbold on behalf of Creditor Illinois Department of Revenue
James.Newbold@illinois.gov

Deborah Newman on behalf of Defendant Korea's National
Agricultural Cooperative Federation djnewman@akingump.com,
nymco@akingump.com

Steven H. Newman on behalf of Creditor Tuxedo Reserve Owner LLC
snewman@katskykorins.com

Philip John Nichols on behalf of Creditor President
Securities (Hong Kong) Limited
pnichols@philipjohnnichols.com

Robert E. Nies on behalf of Creditor Mack-Cali Realty LP
rnies@wolffsamson.com, ecf@wolffsamson.com

Timothy F. Nixon on behalf of Interested
Party Fee Committee tnixon@gklaw.com,
zraiche@gklaw.com;eshipman@gklaw.com

Solomon J Noh on behalf of Creditor CIMB
Securities (Singapore) Pte Ltd.
solomon.noh@shearman.com

Solomon J Noh on behalf of Unknown Halcyon Loan Trading Fund LLC
solomon.noh@shearman.com

Rebecca Northey on behalf of Trustee James W. Giddens, Trustee for the SIPA
Liquidation of Lehman Brothers Inc. rnorthey-lbi@mhjur.com

Richard P. Norton on behalf of Unknown
Genworth Financial, Inc.
rnorton@hunton.com

Robert M. Novick on behalf of Cross-Claimant
Lloyds TSB Bank plc rnovick@kasowitz.com,
courtnotices@kasowitz.com

Harold S. Novikoff on behalf of Creditor J.P. Morgan
International Bank Limited hsnovikoff@wlrk.com,
calert@wlrk.com

Anne Faith O'Berry on behalf of Creditor Florida State
Board of Administration jputnam@bermanesq.com

Edmond P. O'Brien on behalf of Unknown SLG 220 News Owner LLC
eobrien@sbchlaw.com

Brian Edward O'Connor on behalf of Creditor Duquesne
Capital Management L.L.C. maosbny@willkie.com,
boconnor@willkie.com

Sean A. O'Neal on behalf of Creditor EOP
Funding Master, Ltd. soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com

Paul B. O'Neill on behalf of Debtor Lehman
Brothers Holdings Inc.
boneill@kramerlevin.com,
edaniels@kramerlevin.com

Kalman Ochs on behalf of Unknown HWA 555 Owners, LLC
ochska@ffhsj.com

Patrick D. Oh on behalf of Attorney Freshfields Bruckhaus Deringer US LLP
patrick.oh@freshfields.com

Sean A. Okeefe on behalf of
Unknown SunCal Debtors
sokeefe@winthropcouchot.com

Jeffrey M. Olinsky on behalf of Creditor Deutsche Bank AG, London Branch
jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Jeffrey M. Olinsky on behalf of Interested Party Deutsche Bank AG, London Branch
jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

Harold Olsen on behalf of Creditor Mercuria Energy
Trading PTE Limited holsen@stroock.com

Matthew Olsen on behalf of Interested
Party SCC Entities
molsen@morganlewis.com

David H. Orozco on behalf of Unknown Joint Administrators of UK
Administration Companies dorozco@susmangodfrey.com

Jody Michelle Oster on behalf of Creditor The Huntington National Bank
ECF.Oster@huntington.com

Alec P. Ostrow on behalf of Attorney Stevens & Lee, P.C.
aostrow@beckerglynn.com,
rmarsico@beckerglynn.com;jbaritz@beckerglynn.com

Neil J. Oxford on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. oxford@hugheshubbard.com

Neil J. Oxford on behalf of Unknown James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. oxford@hugheshubbard.com

Isaac M. Pachulski on behalf of Interested Party The
Baupost Group, L.L.C. ipachulski@stutman.com

Anthony Paduano on behalf of Interested
Party Phillip Walsh ap@pwlawyers.com,
lw@pwlawyers.com

R. Stephen Painter, Jr. on behalf of Unknown Commodity
Futures Trading Commission spainter@cftc.gov

Deryck A. Palmer on behalf of Creditor Citigroup Inc. and all of its
affiliates, including Citibank, N.A. deryck.palmer@pillsburylaw.com

Peter V. Pantaleo on behalf of Unknown Simpson Thacher & Bartlett LLP
ppantaleo@stblaw.com

Charles N. Panzer on behalf of Unknown HFF I, LLC
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor Board of Education of the City of Chicago
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.co
m;monica.mosby@kattenlaw.com

David W. Parham on behalf of Creditor
Cathay United Bank
david.w.parham@bakernet.com,
julia.rogic@bakermckenzie.com

Barbra R. Parlin on behalf of Creditor
Kantatsu Co. Ltd.
barbra.parlin@hklaw.com

Peter S. Partee on behalf of Creditor Bank of America, National Association, Successor
by Merger to LaSalle Bank, N.A. ppartee@hunton.com

Michael A. Paskin on behalf of Transferee Credit Suisse AG,
Cayman Islands Branch mpaskin@cravath.com

David S. Pegno on behalf of Unknown Tranquility Master Fund Ltd. (n/k/a Spectrum Master Fund Ltd.)
dpegno@dpklaw.com

Alfredo R. Perez on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l.
alfredo.perez@weil.com,
Michele.meises@weil.com;Chris.lopez@weil.com;michele.meises@weil.com;donald.etienne@weil.com;nicole.aliseo@weil.com

Robert E. Pershes on behalf of Creditor Camilo
Kuri Con rpershes@bdblaw.com,
sweires@bdblaw.com;cedwards@bdblaw.com

Anne M. Peterson on behalf of Creditor HSBC Bank
USA, National Association
anne.m.peterson@us.hsbc.com,
lorraine.b.lubecki@us.hsbc.com

David M. Peterson on behalf of Unknown Joint Administrators of UK
Administration Companies dpeterson@susmangodfrey.com

Albena Petrakov on behalf of
Creditor Stibbe N.V.
apetrakov@mhjur.com

Gregory M. Petrick on behalf of Foreign Representative D. Geoffrey Hunter and Dan Schwarzmann, as Joint
Provisional Liquidators of Lehman Re Ltd. gregory.petrick@cwt.com

Deborah J. Piazza on behalf of Attorney Hodgson Russ LLP
dpiazza@tarterkrinsky.com,  dallen@tarterkrinsky.com

Andrea Pincus on behalf of Creditor
Banco di Napoli S.p.A.
apincus@reedsmith.com

Leslie A. Plaskon on behalf of Unknown 605 Third Avenue Fee LLC
leslieplaskon@paulhastings.com

Sydney G. Platzer on behalf of Creditor 250 East Borrower, LLC
splatzer@platzerlaw.com

Frederick B. Polak on behalf of Creditor Duke Corporate Education, f/k/a
Duke Corporate Education, Inc. fbp@ppgms.com,
vvl@ppgms.com;lml@ppgms.com

John Polich on behalf of Creditor
County of Ventura
john.polich@ventura.org

Jeffrey S. Posta on behalf of Defendant
Pinnacle Associates, Ltd. jposta@stark-
stark.com

John N. Poulos on behalf of Trustee James W. Giddens, Trustee for the SIPA
Liquidation of Lehman Brothers Inc. poulos@hugheshubbard.com

Kiyam J. Poulson on behalf of Creditor US Bank National Association as Trustee for the Structured Asset
Securities Corporation, Series 2005-GEL2 kpoulson@dlgnylaw.com

Constantine Pourakis on behalf of Attorney
Stevens & Lee, P.C. cp@stevenslee.com

George W Pratt on behalf of Creditor ESS PRISA III, LLC
gpratt@joneswaldo.com

Jennifer Premisler on behalf of Creditor Pacific Investment
Management Company LLC
Jen.Premisler@cliffordchance.com

Patricia Williams Prewitt on behalf of Creditor Dynegy
Power Marketing, Inc. pwp@pattiprewittlaw.com

Craig Price on behalf of Creditor
Bank Of Montreal
cprice@chapman.com

William C. Price on behalf of Creditor Access
Data Corp. wprice@clarkhillthorpreed.com,
rhotaling@clarkhillthorpreed.com

Madlyn Gleich Primoff on behalf of Unknown Caisse De Depot
Et Placement Du Quebec mprimoff@kayescholer.com,
maosbny@kayescholer.com,joseph.otchin@kayescholer.com

Jeffrey D. Prol on behalf of Creditor Fubon Bank
(Hong Kong) Limited jprol@lowenstein.com

Jeffrey D. Prol on behalf of Defendant Counsel to Defendant Bank Sinopac,
f/k/a International Bank of Taipei jprol@lowenstein.com

Andrew P. Propps on behalf of Creditor Canyon Capital Advisors LLC
apropps@sidley.com, emcdonnell@sidley.com

Andrew P. Propps on behalf of
Creditor PCI Fund L.L.C.
apropps@sidley.com,
emcdonnell@sidley.com

Chrystal Puleo on behalf of Attorney Reed Smith LLP
cpuleo@reedsmith.com, nlapsatis@reedsmith.com;ejaffe@reedsmith.com

Jacob S. Pultman on behalf of Intervenor-
Plaintiff FCCD Limited
jacob.pultman@allenovery.com,
kurt.vellek@allenovery.com

Deborah Quinn on behalf of Creditor The Treasurer of
Garfield County, Colorado dquinn@garfield-county.com,
garcoatt@garfield-county.com

Jonathan I. Rabinowitz on behalf of Creditor Somerset Associates, LLC
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy on behalf of Creditor Wilmington Trust
Company, as Indenture Trustee araboy@cov.com

Paul A. Rachmuth on behalf of Creditor BCP Voyager
Master Funds SPC, Ltd. paul@paresq.com

Randall Rainer on behalf of Plaintiff Lehman Brothers
Special Financing Inc. rrainer@wmd-law.com

Anthony M. Rainone on behalf of Creditor
Thomas P Blakeslee
arainone@bracheichler.com

Jahan P. Raissi on behalf of Creditor Weintraub
Capital Management, L.P. calendar@sflaw.com,
bwolff@sflaw.com

Michael C. Rakower on behalf of Unknown Sociedad Militar Seguro de
Vida Institucion Mutualista mrakower@rakowerlaw.com

Jennifer Rando Cristiano on behalf of Creditor
Kondaur Capital Corporation plamberti@logs.com

Kiara L. Rankin on behalf of Plaintiff Lehman
Brothers Holdings Inc.
kiara.rankin@bingham.com,
angela.owens@bingham.com

John J. Rapisardi on behalf of Creditor Citigroup Inc. and all of its
affiliates, including Citibank, N.A. jrapisardi@omm.com

Craig V. Rasile on behalf of Unknown
HBK Master Fund L.P.
craig.rasile@dlapiper.com,
monica.tucker@dlapiper.com

Paul L. Ratelle on behalf of Creditor Bremer
Financial Corporation pratelle@fwhtlaw.com

Gary O. Ravert on behalf of Creditor Scotia
Capital (USA) Inc. gravert@ravertpllc.com

Gary O. Ravert on behalf of Interested
Party Marie Papillon gravert@mwe.com

Jeremy B Reckmeyer on behalf of Unknown CCP Credit Acquisition Holdings Luxco, SARL
jeremyreckmeyer@andrewskurth.com

Sophia Ree on behalf of Creditor Federal Home Loan
Mortgage Corporation sree@lcbf.com

Ira A. Reid on behalf of Unknown Banque
Cantonale du Valais
ira.reid@bakermckenzie.com

Russell Lowell Reid, Jr. on behalf of Creditor The
Bank of New York Mellon rreid@sheppardmullin.com,
bwolfe@sheppardmullin.com

Michael J. Reilly on behalf of Unknown Wells Fargo Bank Northwest,
N.A., as Indenture Trustee michael.reilly@bingham.com

Steven J. Reisman on behalf of Debtor Lehman Brothers Holdings Inc. sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;jzimmer@curtis.com;macohen@curtis.com;ts
mith@curtis.com;hhiznay@curtis.com;bkotl

Howard D. Ressler on behalf of Interested Party DCI Umbrella Fund PLC
hressler@diamondmccarthy.com,  sloden@diamondmccarthy.com

Kenneth A. Reynolds on behalf of Interested Party
Executive Fliteways, Inc. kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume on behalf of Creditor Salem
Five Cents Savings Bank arheaume@riemerlaw.com

Jeffrey N. Rich on behalf of Creditor
Structure Tone Inc.
jrich@r3mlaw.com,
emoser@r3mlaw.com

Robert A. Rich on behalf of Creditor Hunton & Williams LLP
rrich2@hunton.com

Michael P. Richman on behalf of Unknown Lehman
Brothers Holdings Inc. mrichman@hunton.com

Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com,  docketing@mintz.com

Michael J. Riela on behalf of Creditor Aurora Loan Services LLC
michael.riela@lw.com

Fred B. Ringel on behalf of
Creditor Eugene Greene
fbr@robinsonbrog.com,
fbr@ecf.inforuptcy.com

Christy Rivera on behalf of Creditor AIG Markets, Inc. (f/k/a AIG CDS, Inc.)
crivera@chadbourne.com

Kimberly Joan Robinson on behalf of Creditor Piguet Galland & Cie, S.A
kim.robinson@bfkn.com

Jennifer L. Rodburg on behalf of Creditor BREF ONE, LLC
jennifer.rodburg@friedfrank.com,  aaron.rothman@friedfrank.com;richard.tisdale@friedfrank.com;michael.handler@friedfrank.com

Theodore O. Rogers, Jr. on behalf of Defendant
Barclays Capital Inc. rogerst@sullcrom.com,
s&cmanagingclerk@sullcrom.com

Michael A. Rollin on behalf of Debtor Lehman
Brothers Holdings Inc. mrollin@rplaw.com,
scoggins@rplaw.com;aromanelli@rplaw.com

William A. Rome on behalf of Plaintiff Neuberger Berman LLC
warome@hpplegal.com

Jack J. Rose on behalf of Unknown Liquidation Opportunities Master Fund, LP
filing@ashurst.com

Jorian L. Rose on behalf of Unknown Banco Finantia
International Limited jrose@bakerlaw.com

Adam L. Rosen on behalf of Transferee Reef
Road Master Fund, Ltd.
arosen@silvermanacampora.com;sgiugliano@sil
vermanacampora.com

Zachary David Rosenbaum on behalf of Unknown Logan Hotels and
Resorts, Mexico, S.A. de C.V. zrosenbaum@lowenstein.com,
lbonilla@lowenstein.com;dramos@lowenstein.com

Arthur E. Rosenberg on behalf of Interested Party Caisse de
depot et placement du Quebec arthur.rosenberg@hklaw.com

Jeffrey M. Rosenberg on behalf of
Unknown Hope Greenfield
jeff@kleinsolomon.com

Kermit A. Rosenberg on behalf of Interested Party Satyam
Computer Services, Ltd. krosenberg@bltplaw.com

Robert J. Rosenberg on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
rachel.feld@lw.com

Heath D. Rosenblat on behalf of Interested
Party HD Supply, Inc.
Heath.Rosenblat@dbr.com

Benjamin Rosenblum on behalf of Debtor Lehman
Brothers Holdings Inc. brosenblum@jonesday.com

Benjamin Rosenblum on behalf of Plaintiff Lehman
Brothers Special Financing Inc. brosenblum@jonesday.com

Jeffrey A. Rosenthal on behalf of Creditor
Dader Investment Corp. maofiling@cgsh.com

Jeffrey A. Rosenthal on behalf of Defendant Merrill Lynch Pierce
Fenner & Smith Incorporated maofiling@cgsh.com

Michael A. Rosenthal on behalf of Foreign Representative Lehman Brothers
Finance AG, in Liquidation mrosenthal@gibsondunn.com

David A. Rosenzweig on behalf of
Creditor AT&T Inc.
DRosenzweig@Fulbright.com

David S. Rosner on behalf of Interested Party BHCO Master Ltd
dfliman@kasowitz.com;courtnotices@kasowitz.com

Douglas B. Rosner on behalf of Creditor BP 399 Park Avenue LLC
drosner@goulstonstorrs.com

Melissa-Jean Rotini on behalf of Creditor
Westchester County
mjr1@westchestergov.com

Rene S. Roupinian on behalf of Creditor CYNTHIA SWABSIN
rsr@outtengolden.com, jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com

Alex R. Rovira on behalf of Counter-Defendant Blackrock Mortgage
Investors Master Fund, L.P. arovira@sidley.com,
emcdonnell@sidley.com

Barry J Roy on behalf of Interested Party Somerset Properties SPE, LLC
broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Kenneth Rudd on behalf of Defendant
Rabobank Group krudd@zeklaw.com

Samuel H. Rudman on behalf of Plaintiff Chun IP
srudman@rgrdlaw.com

Abby Rudzin on behalf of Creditor Olivant
Investments Switzerland S.A. arudzin@omm.com

Eric L. Ruiz on behalf of Creditor Silver Point Capital Fund, L.P. and Silver
Point Capital Offshore Fund, Ltd. eric.ruiz@davispolk.com

Scott K. Rutsky on behalf of Unknown BT Americas Inc.
and Radianz Americas Inc. srutsky@proskauer.com

Herbert K. Ryder on behalf of Creditor SPCP Group L.L.C. as agent for Silver Point Capital Fund, L.P. and
Silver Point Capital Offshore Fund, Ltd. hryder@daypitney.com, hryder@ecf.inforuptcy.com

Bruce Sabados on behalf of Defendant Brown Brothers Harriman &
Co. bruce.sabados@kattenlaw.com,
gregory.johnson@kattenlaw.com;mark.ciani@kattenlaw.com

Rohit Sabharwal on behalf of Unknown MAP 98 Segregated Portfolio of LMA SPC
sabilaw@aol.com

Jeffrey S. Sabin on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment
Master Fund Ltd.)
jeffrey.sabin@bingham.com

Jay G. Safer on behalf of Plaintiff
Carolina First Bank
jsafer@lockelord.com

Chester B. Salomon on behalf of Creditor 1301
Properties Owner, L.L.C.
csalomon@beckerglynn.com

Michael E. Salzman on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc. salzman@hugheshubbard.com

Michael E. Salzman on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf
of himself as Trustee and as assignee of
Lehman Brothers Holdings Inc., et al.,
Chapter 11 Debtors
salzman@hugheshubbard.com

Diane W. Sanders on behalf of Creditor
McLennan County
austin.bankruptcy@lgbs.com

Jason Sanjana on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
jason.sanjana@lw.com

Lori K. Sapir on behalf of
Creditor Niscayah, Inc.
lsapir@sillscummis.com

Jeffrey L. Sapir-13 on behalf of Trustee
Jeffrey L. Sapir-13
info@sapirch13tr.com

Joseph Cono Savino on behalf of Creditor Inverell Shire Council
savino@larypc.com,  silvestro@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella@larypc.com

Robert Scannell on behalf of
Unknown SunCal Debtors
rscannell@morganlewis.com

Louis A. Scarcella on behalf of Creditor
Capital One, N.A.
lscarcella@farrellfritz.com,
ffbkmao@farrellfritz.com

Eric A Schaffer on behalf of Counter-Claimant BNY Corporate
Trustee Services Limited eschaffer@reedsmith.com,
slucas@reedsmith.com

Richard J. Schager, Jr. on behalf of
Creditor Anshuman Goyal
schager@ssnyc.com

Ilan D. Scharf on behalf of Unknown Liquidators of ICP Strategic Credit Income Master Fund Ltd.
ischarf@pszjlaw.com

Brian Schartz on behalf of Creditor QVT Fund LP
bschartz@kirkland.com,  bfriedman@kirkland.com

Thomas J. Schell on behalf of Defendant
Bank of America, NA.
tjschell@bryancave.com,
dortiz@bryancave.com

Jonathan D. Schiller on behalf of Creditor Sankaty
Credit Opportunities III, L.P. jschiller@bsfllp.com

William B. Schiller on behalf of Creditor Wells Fargo Bank, NA, d/b/a America's Servicing Company as servicer for U.S. Bank
National Association, as Trustee for the
Structured Asset Investment Loan Trust,
Series 2005-HE3
wschiller@schillerknapp.com,
lgadomski@schillerknapp.com

Michael L. Schleich on behalf of Creditor TATA American International Corporation and
TATA Consultancy Services Limited mschleich@fslf.com

Erik Schneider on behalf of Creditor Alden Global Hedged Opportunities Master Fund, LP
erik.schneider@srz.com

Erik Schneider on behalf of Unknown Alden Global Distressed Opportunites Master Fund, LP
erik.schneider@srz.com

Edward L. Schnitzer on behalf of Unknown Roger Trout eschnitzer@hahnhessen.com,
jzawadzki@hahnhessen.com;nrigano@hahnhessen.com;sthompson@hahnhessen.com;kprimm@hahnhessen.com;hahnhessen@ecf
.inforuptcy.com;eschnitzer@ecf.inforuptcy.

Carey D. Schreiber on behalf of Creditor Capgemini
Financial Services USA, Inc. cschreiber@winston.com

Christopher P. Schueller on behalf of Creditor Greenbriar Minerals, LLC
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan J. Schulman on behalf of Creditor Eze Castle Software LLC
dschulman@schulmanblackwell.com

Andrea B. Schwartz on behalf of U.S. Trustee
United States Trustee
andrea.b.schwartz@usdoj.gov

Jeffrey L. Schwartz on behalf of Creditor CommerzBank A.G.
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@hahnhessen.com;sg

Matthew A. Schwartz on behalf of Creditor Giants Stadium LLC
schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com

Matthew A. Schwartz on behalf of Unknown Baupost Group LLC
schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com

Lisa M. Schweitzer on behalf of Interested Party Barclays
Capital, Inc. lschweitzer@cgsh.com,
maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com

Brendan M. Scott on behalf of Plaintiff Massachusetts
Water Resources Authority bscott@klestadt.com

Jeffrey T. Scott on behalf of Interested Party Barclays Bank PLC
scottj@sullcrom.com, s&cmanagingclerk@sullcrom.com

John Scott on behalf of Unknown Yarpa Investmenti
S.G.R. S.p.A. RP3 Fund jlscott@reedsmith.com

Barry N. Seidel on behalf of Interested Party Caixa
Geral de Depositos, S.A. seidelb@dicksteinshapiro.com,
nybankruptcydocketing@dicksteinshapiro.com

Howard Seife on behalf of Creditor GLG Partners LP
arosenblatt@chadbourne.com

Stephen B. Selbst on behalf of Creditor MEAG
New York Corporation sselbst@herrick.com,
courtnotices@herrick.com

Erin P. Severini on behalf of Interested Party ClearVue Opportunity XVIII, LLC
es@dgandl.com

Andrew D. Shaffer on behalf of Creditor Lehman Brothers Asia Capital Company (in liquidation) and Lehman Brothers
Commercial Corporation Asia Limited (in liquidation)
shaffer@butzel.com

Joel Shafferman on behalf of Attorney Bret H. Reed,
Jr., a Law Corporation joel@shafeldlaw.com

Dan Shaked on behalf of Creditor
Moshe & Hanna Shram
dan@shakedandposner.com

Paul V. Shalhoub on behalf of Creditor
Millennium International, Ltd.
maosbny@willkie.com, pshalhoub@willkie.com

Nolan E. Shanahan on behalf of Creditor Federal Home
Loan Bank of Pittsburgh nshanahan@coleschotz.com

David B. Shemano on behalf of Creditor
Cascade Investment, L.L.C.
dshemano@peitzmanweg.com

James H. Shenwick on behalf of Unknown
Dorothea Douglas jshenwick@gmail.com

Thomas I. Sheridan, III on behalf of Unknown
Benjamin M Gamoran
tsheridan@hanlyconroy.com

Andrew Howard Sherman on behalf of Attorney Sills
Cummis & Gross P.C. asherman@sillscummis.com,
asherman@sillscummis.com

Jonathan Sherman on behalf of Creditor Sankaty Credit
Opportunities III, L.P. jsherman@bsfllp.com

Mark Sherrill on behalf of Creditor
AgFirst Farm Credit Bank
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Citibank,
N.A. and certain Affiliates sshimshak@paulweiss.com,
sshimshak@paulweiss.com

Michael A. Shiner on behalf of Plaintiff Federal Home
Loan Bank of Pittsburgh mshiner@tuckerlaw.com

J. Christopher Shore on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com

Joshua Samuel Shteierman on behalf of
Unknown Michael D. Kieran
j.shteierman@devittspellmanlaw.com

Carren B. Shulman on behalf of Unknown Bank
of New York Mellon
cshulman@sheppardmullin.com

Motty Shulman on behalf of Defendant BNP Paribas, London Branch
MSHULMAN@BSFLLP.COM

Paul H. Silverman on behalf of Creditor Corporate
Park Associates Inc.
PSilverman@mclaughlinstern.com

Laurie Selber Silverstein on behalf of Interested Party Genesys Conferencing Europe SAS, Genesys Conferencing Limited,
InterCall, Inc., West Receivables Holdings LLC, and West Receivables LLC
bankruptcy@potteranderson.com

Paul N. Silverstein on behalf of Creditor Centerbridge
Special Credit Partners, L.P.
paulsilverstein@andrewskurth.com,  jlevine@akllp.com

Peter L. Simmons on behalf of Creditor Federal Home
Loan Bank of Atlanta peter.simmons@friedfrank.com

Keith A. Simon on behalf of Unknown
Fannie Mae keith.simon@lw.com,
chefiling@lw.com;beth.arnold@lw.com

Leif T. Simonson on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Japanese Systematic Long
Short D SP
lsimonson@faegre.com

Charles E. Simpson on behalf of Unknown Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx.com, mmartir@windelsmarx.com;cdinapoli@windelsmarx.com

Howard G. Sloane on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
pfarren@cahill.com

Thomas R. Slome on behalf of Creditor Dresdner Kleinwort Group Holdings LLC
lgomez@msek.com

Edward Smith on behalf of Creditor Brevan Howard
Master Fund Limited easmith@venable.com

Elizabeth Page Smith on behalf of Creditor Customer
Asset Protection Company esmith@llgm.com

John R. Smith, Jr. on behalf of Interested Party
HBK Master Fund L.P. jrsmith@hunton.com

John R. Smith, Jr. on behalf of Interested Party
HBK Master Fund L.P. jrsmith@hunton.com

Turner P. Smith on behalf of Plaintiff Lehman Brothers
Special Financing Inc. tsmith@cm-p.com, jclyne@cm-
p.com

Abigail Snow on behalf of Attorney Satterlee Stephens Burke & Burke LLP
asnow@ssbb.com

John H. Snyder on behalf of
Creditor Andrew Weber
john@jhsnyderlaw.com

Andrew T. Solomon on behalf of Unknown Acta Asset Management ASA
asolomon@sandw.com, rlombardo@sandw.com

Jay B. Solomon on behalf of Creditor Greenfield's OTP LLC
jay@kleinsolomon.com

Lisa M. Solomon on behalf of
Creditor Anke Parr
lisa.solomon@worldnet.att.net

John Wesley Spears, III on behalf of Creditor
Japan Net Bank, Ltd. john.spears@alston.com

Arthur J. Spector on behalf of Creditor Petroleum Realty
Investment Partners, L.P. aspector@bergersingerman.com,
efile@bergersingerman.com

Mark A. Speiser on behalf of Attorney Stroock & Stroock & Lavan LLP
mspeiser@stroock.com, insolvency2@stroock.com

Mark A. Speiser on behalf of Creditor Mizuho
Corporate Bank, Ltd. mspeiser@stroock.com,
insolvency2@stroock.com

Douglas E. Spelfogel on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix Capital LLP, as Investment
Manager for Lehman Brothers USA Value Fund dspelfogel@foley.com

James H.M. Sprayregen on behalf of Liquidators of Lehman
Brothers Australia Limited jsprayregen@kirkland.com,
wguerrieri@kirkland.com

Marvin E. Sprouse on behalf of Creditor Level 3 Communications, LLC
msprouse@jw.com,  ccthomas@jw.com;kgradney@jw.com

J. Gregory St.Clair on behalf of Unknown Gruss Global Investors
Master Fund (Enhanced), Ltd.
Chris.Dickerson@skadden.com;Elise.OConnell@skadden.com

Katherine Stadler on behalf of Attorney
Godfrey & Kahn, S.C.
kstadler@gklaw.com,  zraiche@gklaw.com

Michael Scott Stamer on behalf of Unknown Sunshine Enterprises L.P.
mstamer@akingump.com,  cpadien@akingump.com;dkrasa-
berstell@akingump.com;sschultz@akingump.com;jsamper@akingump.com;abeane@akingump.com

Stephen Z. Starr on behalf of
Interested Party Judson
sstarr@starrandstarr.com

Howard Steel on behalf of Unknown Alandsbanken ABP
(Finland), Svensk Filial hsteel@brownrudnick.com,
JDMarshall@brownrudnick.com

Arthur Jay Steinberg on behalf of Interested Party Lehman Brothers Holdings
Inc. and Certain of its Affiliates asteinberg@kslaw.com,
rtrowbridge@kslaw.com

Bonnie Steingart on behalf of Unknown FMR LLC
steinbo@ffhsj.com,  nydocketclrk@ffhsj.com

J. Robert Stoll on behalf of Interested Party The Lehman
Hong Kong Liquidators jstoll@mayerbrownrowe.com,
jstoll@mayerbrownrowe.com

Ralph M. Stone on behalf of Creditor
Karl Ernsdoerfer
rstone@lawssb.com

Brent C. Strickland on behalf of Interested Party Headstrong Services, LLC
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Creditor European Bank for
Reconstruction and Development harveystrickon@paulhastings.com

Fletcher W. Strong on behalf of Plaintiff ARCHSTONE LB SYNDICATION PARTNER LLC
fstrong@wmd-law.com

Walter B. Stuart on behalf of Attorney Freshfields Bruckhaus Deringer US LLP
walter.stuart@freshfields.com

William S. Sugden on behalf of Creditor
Aozora Bank, Ltd.
will.sugden@alston.com

David A. Sullivan on behalf of Creditor Fir Tree Capital
Opportunity Master Fund, L.P.
david.sullivan@cliffordchance.com

James M. Sullivan on behalf of Interested Party China
Development Industrial Bank jsullivan@mosessinger.com,
dkick@mosessinger.com

Walter E. Swearingen on behalf of Unknown
Mary Jane DaPuzzo wswearingen@llf-
law.com

Claude Szyfer on behalf of Creditor Mitsui & Co. Commodity
Risk Management Limited cszyfer@stroock.com,
docketing@stroock.com;insolvency@stroock.com

Matthew S. Tamasco on behalf of Unknown PJM
Interconnection, L.L.C. mtamasco@schnader.com

Sara M. Tapinekis on behalf of
Creditor Calyon
sara.tapinekis@cliffordchance.
com

Robert E. Tarcza on behalf of Creditor Louisiana Sheriff's
Pension & Relief Fund bobt@tglaw.net

Charles Martin Tatelbaum on behalf of Creditor GMAC Mortgage, LLC
ctatelbaum@hinshawlaw.com,  lparker@hinshawlaw.com

James Tecce on behalf of Attorney Quinn Emanuel Urquhart & Sullivan, LLP
jamestecce@quinnemanuel.com

James Tecce on behalf of Counter-Defendant Official Committee Of Unsecured Creditors Of
Lehman Brothers Holdings Inc., et al jamestecce@quinnemanuel.com

Samuel Jason Teele on behalf of Creditor EnergyCo, LLC and
EnergyCo Marketing and Trading jteele@lowenstein.com

Samuel Jason Teele on behalf of Interested Party Claimants represented by Lowenstein Sandler LLP
jteele@lowenstein.com

Jay Teitelbaum on behalf of Creditor
The United Company
jteitelbaum@tblawllp.com,
dcampagne@tblawllp.com

H. Marc Tepper on behalf of Defendant PNC Bank,
National Association marc.tepper@bipc.com,
donna.curcio@bipc.com

Ronald M. Terenzi on behalf of Attorney Stagg, Terenzi, Confusione & Wabnik, LLP
rterenzi@stcwlaw.com

Andrew M. Thaler on behalf of Creditor
The August '86 Trust
thaler@thalergertler.com

April J. Theis on behalf of Creditor
State of Arizona
april.theis@azag.gov,
hua.qin@azag.gov

David J. Theising on behalf of Unknown Bell
Trace Obligated Group
dtheising@harrisonmoberly.com

James C. Thoman on behalf of Interested Party Deere &
Company jthoman@hodgsonruss.com,
rleek@hodgsonruss.com;ezelasko@hodgsonruss.com

Richard C. Tisdale on behalf of Creditor
Commonwealth Bank of Australia
richard.tisdale@friedfrank.com

My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise.com,  mao-bk-ecf@debevoise.com

Christine M. Tobin-Presser on behalf of Unknown Kline Galland Center
ctobin@bskd.com,  psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com

Lawrence E. Tofel on behalf of Unknown Charles
Diccianni letofel@tofellaw.com,
mallison@tofellaw.com;jworden@tofellaw.com

Patricia Tomasco on behalf of Defendant RGA
Reinsurance Company, Inc. ptomasco@jw.com,
kgradney@jw.com;ccthomas@jw.com

Michael Torkin on behalf of Creditor
IKB International S.A.
s&cmanagingclerk@sullcrom.com

Jeffrey G. Tougas on behalf of Creditor Sumitomo Mitsui Banking Corporation
JCDebaca@mayerbrown.com;mlotito@mayerbrown.com

Dylan G. Trache on behalf of Creditor Wiley Rein LLP
dtrache@wileyrein.com,  rours@wileyrein.com

Curtis V. Trinko on behalf of Plaintiff
Carolyn Fogarazzo
ctrinko@trinko.com

Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner.com

James N. Truitt on behalf of Creditor Lydian Overseas
Partners Master Fund Ltd. james.truitt@hoganlovells.com

Brian Trust on behalf of Creditor
National Bank of Canada
btrust@mayerbrown.com

Tal Unrad on behalf of Creditor Year Up, Inc.
tunrad@burnslev.com

Steven D. Usdin on behalf of Creditor The Irvine Company
steven.usdin@flastergreenberg.com,  nella.bloom@flastergreenberg.com;briege.hartman@flastergreenberg.com

Rafael J. Valdes on behalf of Unknown Banco
Interior de Sao Paulo, S.A. rvaldes@astidavis.com

Jantra Van Roy on behalf of Defendant
Rabobank Group
jvanroy@zeklaw.com

Shmuel Vasser on behalf of Creditor Aviva
Investors North America, Inc.
shmuel.vasser@dechert.com

Michael J. Venditto on behalf of Attorney Reed Smith LLP
mvenditto@reedsmith.com

Michael J. Venditto on behalf of Creditor BNY Mellon
Corporate Trust Services Limited mvenditto@reedsmith.com

Mahesh Venkatakrishnan on behalf of Plaintiff Lehman
Brothers Holdings Inc. mvparlikad@jonesday.com

August C. Venturini on behalf of
Creditor Lamita Jabbour
acv@venturini-law.com

Raymond W. Verdi on behalf of Interested Party
Barclays Capital, Inc. rwvlaw@yahoo.com

Paul Vizcarrondo, Jr. on behalf of Counter-Claimant
JPMORGAN CHASE BANK, N.A. pvizcarrondo@wlrk.com,
calert@wlrk.com

Shai Waisman on behalf of Debtor LB 2080 Kalakaua Owners LLC
shai.waisman@weil.com,  victoria.vron@weil.com;julio.gurdian@weil.com;michele.meises@weil.com

Shai Waisman1 on behalf of Plaintiff LB 745 LLC
shai.waisman@weil.com

Shai Waisman2 on behalf of Plaintiff Lehman Brothers
Derivative Products Inc. shai.waisman@weil.com

Adrienne Walker on behalf of Creditor Belmont
Insurance Company awalker@mintz.com

Edward Timothy Walker on behalf of Intervenor ERP
Operating Limited Partnership
twalker@edwardswildman.com

Lisa L. Wallace on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP as
servicing agent for Lehman Brothers Holding Inc. lwallace@mwc-law.com

Abbey Walsh on behalf of Creditor
CommerzBank A.G.
awalsh@kkwc.com

Christine Walsh on behalf of Creditor
BNP Paribas
cwalsh@mayerbrown.com,
mlotito@mayerbrown.com

Rodd C. Walton on behalf of
Plaintiff Marie A Walton
rwalton@legacy-groups.com

Josephine Wang on behalf of Defendant Securities Investor
Protection Corporation jwang@sipc.org

Jonathan David Warner on behalf of Plaintiff
Maximilian Coreth
jdwarner@warnerandscheuerman.com

Michael D. Warner on behalf of Creditor Highland
Capital Management, L.P. mwarner@coleschotz.com,
klabrada@coleschotz.com

Mark W. Warren on behalf of Creditor Manufacturers and
Traders Trust Company mwarren@mtb.com

E. Donald Watnick on behalf of Creditor
Steiger Associates L.P.
dwatnick@watnicklaw.com

Corey R. Weber on behalf of Unknown The
City of Long Beach ecf@ebg-law.com

Jeffrey T. Wegner on behalf of Creditor Nebraska
Investment Finance Authority
jeffrey.wegner@kutakrock.com

Chaya F. Weinberg-Brodt on behalf of Unknown CRE Capital LLC
chaya.weinberg@withers.us.com

Stephen L. Weinstein on behalf of Interested Party
Northgate Minerals Corporation
sweinstein@eisemanlevine.com

William P. Weintraub on behalf of Creditor Bay
Harbour Master Ltd. wweintraub@stutman.com,
gfox@stutman.com

William P. Weintraub on behalf of Interested Party The
Middleby Corporation wweintraub@stutman.com,
gfox@stutman.com

Rochelle R. Weisburg on behalf of Creditor Hanover
Moving & Storage Co. Inc. rochellew@shiboleth.com

John W. Weiss on behalf of Unknown Nomura Holding America, Inc., and certain of its direct and
indirect subsidiaries and affiliates john.weiss@alston.com

John C. Weitnauer on behalf of Creditor Wilmington
Trust Company, as Trustee kit.weitnauer@alston.com

Elizabeth Weller on behalf of
Creditor Dallas County
dallas.bankruptcy@publicans.com

Annie Wells on behalf of Unknown Logan
Circle Partners, L.P.
awells@morganlewis.com

Philip Anthony Wells on behalf of Creditor Sankaty
Credit Opportunities III, L.P. philip.wells@ropesgray.com

Philip Anthony Wells on behalf of Transferee
Mallard Way, L.L.C.
philip.wells@ropesgray.com

Mark F. Werle on behalf of Creditor
Rutland Hospital, Inc.
eag@rsclaw.com;dmc@rsclaw.com

Stephen E. Weyl on behalf of Interested Party United Church Of Christ Retirement Community, Inc.
d/b/a Havenwood Heritage Heights sweyl@haslaw.com

David B. Wheeler on behalf of Creditor Public
Service of North Carolina
davidwheeler@mvalaw.com

Timothy Raymond Wheeler on behalf of Interested Party
Spiral Binding Company, Inc. twheeler@lowenstein.com,
klafiura@lowenstein.com

Lee Papachristou Whidden on behalf of
Attorney Salans
lee.whidden@dentons.com,
nina.khalatova@dentons.com

Dennis J. Wickham on behalf of Interested Party Lusardi
Construction Company wickham@scmv.com

Tally M. Wiener on behalf of Creditor
Lionel Dardo Occhione
tallymindy@gmail.com

Michael E. Wiles on behalf of Interested Party Ross
Financial Corporation mewiles@debevoise.com,
mao-bk-ecf@debevoise.com

Brady C. Williamson on behalf of Interested
Party Fee Committee
bwilliamson@gklaw.com,
zraiche@gklaw.com

Deborah D. Williamson on behalf of Interested
Party Tesoro Corporation
dwilliamson@coxsmith.com,
aseifert@coxsmith.com

Eric J. Wilson on behalf of Interested
Party Fee Committee
zraiche@gklaw.com

Eric R. Wilson on behalf of Creditor
Murphy & Durieu, L.P.
KDWBankruptcyDepartment@Kelleydry
e.com

L. Matt Wilson on behalf of Stockholder
Greg Georgas, et al efile@willaw.com

Michael G. Wilson on behalf of Unknown Merrill
Lynch Capital Services, Inc. mwilson@hunton.com,
shislop@hunton.com;candonian@hunton.com

Stephen P Wing on behalf of Creditor
Charles L. Kuykendall spwing@iabar.org

Eric D. Winston on behalf of Creditor Committee Official
Committee of Unsecured Creditors
ericwinston@quinnemanuel.com

Jane Rue Wittstein on behalf of Debtor Lehman
Brothers Holdings Inc.
jruewittstein@jonesday.com

Amy R. Wolf on behalf of Attorney Wachtell,
Lipton, Rosen & Katz arwolf@wlrk.com,
calert@wlrk.com

Joshua Matthew Wolf on behalf of Creditor
City Of New York jowolf@law.nyc.gov

Blanka K. Wolfe on behalf of Creditor
Agricultural Bank of Taiwan
bwolfe@sheppardmullin.com

Steven Wolowitz on behalf of Defendant
Bank Of America, N.A.
swolowitz@mayerbrown.com,
jmarsala@mayerbrown.com

James Addison Wright, III on behalf of Counter-
Claimant FFI Fund Ltd.
james.wright@ropesgray.com

Karon Y. Wright on behalf of Creditor c/o Karon Y.
Wright Travis County karon.wright@co.travis.tx.us,
bkecf@co.travis.tx.us

Thomas John Wright on behalf of Creditor Giants Stadium LLC
wrightth@sullcrom.com, s&cmanagingclerk@sullcrom.com

Robert William Yalen on behalf of Unknown
United States of America robert.yalen@usdoj.gov

Robert C. Yan on behalf of
Creditor CA, Inc.
ryan@farrellfritz.com,
ffbkmao@farrellfritz.com

David Farrington Yates on behalf of Interested Party
Dr. Michael C. Frege farrington.yates@dentons.com

Jack Yoskowitz on behalf of Defendant Liberty
Square CDO I, Ltd. yoskowitz@sewkis.com

Jared D. Zajac on behalf of Creditor Hospital for Special
Surgery jzajac@proskauer.com,
mlespinasselee@proskauer.com;dcooper@proskauer.com

Erin Zavalkoff on behalf of Creditor Newedge USA, LLC
and Affiliated Entities ecfnydocket@vedderprice.com

Menachem O. Zelmanovitz on behalf of
Unknown SunCal Debtors
mzelmanovitz@morganlewis.com

George A. Zimmerman on behalf of Plaintiff Prudential Global Funding LLC
brian.mcdermott@skadden.com

N. Theodore Zink, Jr. on behalf of Creditor Bayview Finacial, L.P. and Bayview
Opportunity Master Fund, L.P. tzink@chadbourne.com,
tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser on behalf of Creditor Carlton
Willard Homes, Inc. lawzisser@att.net

Scott A. Zuber on behalf of Creditor
SPCP Group L.L.C.
scott.zuber@wilsonelser.com,
helena.mills@wilsonelser.com

Amy A. Zuccarello on behalf of Unknown U.S. Bank National Association, as a member of the
Committee and as Indenture Trustee azuccarello@sandw.com, jdarcey@sandw.com

Edward P. Zujkowski on behalf of Creditor Australia and New
Zealand Banking Group Limited ezujkowski@emmetmarvin.com,
pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com

Ellen Zweig on behalf of Unknown Ellen Zweig Law
Office of Neil Moldovan ezweig@optonline.net

Abraham L. Zylberberg on behalf of Creditor Adagio
Fund azylberberg@whitecase.com,
mcosbny@whitecase.com;jdisanti@whitecase.com