# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 414: EXHIBIT 1 - LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOTHBY, RICHARD C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/18/2013 | 68146 | $92,000.00 | $92,000.00 | None |
| 2 | GRECO, MICHELE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/31/2013 | 68149 | $839,238.91 | $839,238.91 | None |
| 3 | LOHRUM, MARTINA | | Lehman Brothers Holdings Inc. | 12/19/2012 | 68143 | $50,000.00 | $50,000.00 | None |
| 4 | MARCELINO, ELEUTERIO L. | | Lehman Brothers Holdings Inc. | 2/6/2013 | 68150 | $10,000.00 * | $10,000.00 | None |
| 5 | NGAI, BERNARD | | Lehman Brothers Holdings Inc. | 12/28/2012 | 68145 | Undetermined | Undetermined | None |
| 6 | NGAI, WENDY | | Lehman Brothers Holdings Inc. | 12/28/2012 | 68144 | Undetermined | Undetermined | None |
| 7 | P AND R CASILIO ENTERPRISES, INC. | 09-17505 (JMP) | LB Preferred Somerset LLC | 1/18/2013 | 68147 | $10,000.00 * | $10,000.00 | None |
| 8 | P AND R CASILIO ENTERPRISES, INC. | 09-17503 (JMP) | LB Somerset LLC | 1/18/2013 | 68148 | $10,000.00 * | $10,000.00 | None |
| | | | | | TOTAL | $1,011,238.91 | $1,011,238.91 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts