# EXHIBIT 1

US_ACTIVE:\44284201\1\58399.0011

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 415: EXHIBIT 1 - NO LIABILITY DERIVATIVE CLAIMS**

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HAMADA SHOKAI CO. LD | Lehman Brothers Holdings Inc. | 12450 | $15,780,487.60 | $15,780,487.60 | None | No Liability Claim - Derivative |
| 2 | KT CORPORATION | Lehman Brothers Holdings Inc. | 2122 | $14,851,674.00 | $14,851,674.00 | None | No Liability Claim - Derivative |
| 3 | LOVELY QUEEN CO, LTD | Lehman Brothers Holdings Inc. | 9399 | $3,743,517.18 | $3,743,517.18 | None | No Liability Claim - Derivative |
| | | | TOTAL | $34,375,678.78 | $34,375,678.78 | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts