# ⚛ UBS

**UBS AG**
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

June 13, 2013

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of     Attention: Clerk of the Court

you are receiving    Evidence of Transfer of Claim between HSBC Private Bank (Suisse) SA, Geneva and UBS AG, Zurich dated 24.5.2013 / 13.6.2013

☐ for your information     ☐ returned with thanks     ☐ please return
☒ for your records         ☐ please comment          ☒ please confirm receipt
☐ as agreed                ☐ please sign             ☒ please process
☐ please complete          ☐ please forward to

Remarks
TOCE057 units   20.00   2950662    ANN5214A6406

Transferor: HSBC Private Bank (Suisse) SA, Geneva
Claim Number 51762
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*Benson*

Jean-Claude Besson
Associate Director

**RECEIVED JUN 24 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**



61555 E      05.2005    J1

[*Lehman Brothers*]

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY



**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **HSBC PRIVATE BANK (SUISSE) S.A., Geneva** ("Transferor") unconditionally and irrevocably transferred to **UBS AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: May 24, 2013                                     Date: June 13, 2013

**Transferor**                                         **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.                        UBS AG
Quai Général –Guisan 2 / P.O. Box 3580                 Securities OQ9C / O5GC
CH- 1211 Geneva 3                                      Bahnhofstrasse 45
                                                       CH-8001 Zurich (Switzerland)

Signature(s): _____                      Signature(s): _____
              Giorgio Gagliani                                       Hugo Koller, Director
              Associate Director

Signature(s): _____                      Signature(s): _____
              RAOUL INZLICHT                                         Jean-Claude Besson,
                                                                     Associate Director





Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| ANN5214A6406 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | -20- |

TOCE057
2/2

