**UBS**

UBS AG
Badenerstrasse 574 / C
P.O.Box, PO Box, 8098 Zurich
Tel.

OQ9C/O5GC
C/A Special Transactions / Default MGMT

Matthias Mohos
YBM
Tel. +41 44 236 07 54
Fax +41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

RECEIVED JUN 24 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## Message

June 19, 2013

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of        Attention: Clerk of the Court

you are receiving   Evidence of Transfer of Claim between Credit Suisse AG, Zurich and UBS AG, Zurich
                    dated 29.5.2013 / 19.6.2013

☐ for your information        ☐ returned with thanks        ☐ please return
☒ for your records            ☐ please comment              ☒ please confirm receipt
☐ as agreed                   ☐ please sign                 ☒ please process
☐ please complete             ☐ please forward to

Remarks
TOCE058   CHF   75'000.00   3615279   XS0336037204

Transferor: Credit Suisse AG, Zurich (Switzerland)
Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*(signature)*                 *(signature)*
Matthias Mohos                Hugo Koller
Associate Director            Director

61555 E    05.2005    J1

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor *regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.* Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **May 29, 2013.**

By: _____
Name: Rita von Wyl
Title: AVP

By: _____
Name: Philipp Oswald
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0336037204 | 55829 | October 30, 2009 | Lehman Brothers Securities NV | CHF 75,000 |