— Please avoid duplication —

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
: Chapter 11
:
In re                                            : Case No. 08-13555
:
LEHMAN BROTHERS HOLDINGS INC.                    : (Jointly Administered)
:
Debtor.                                          : **Ref. No. 37737**
------------------------------------------------- x

RECEIVED JUN 27 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

### NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Fibi Bank (Switzerland) Ltd hereby withdraws the *Agreement and Evidence of Transfer of Claim* [Docket No. 37737], dated June 3, 2013, filed in reference to Claim No. 55854, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: June 20, 2013

FIBI Bank (Schweiz) AG
Pavel Pantucek
(Vice Manager)

FIBI Bank (Schweiz) AG
Sacha Hostettler
(Mandatory)

**UPS Internet-Versand: Aufkleber anzeigen/drucken**

1. **Stellen Sie sicher, dass auf Ihrem Paket keine anderweitigen Versand- oder Kontrollaufkleber zu finden sind.**
   Wählen Sie im angezeigten Dialogfenster "Drucken" die Schaltfläche "Drucken" aus. Hinweis: Wenn Ihr Browser diese Funktion nicht unterstützt, müssen Sie die Option "Drucken" im Menü "Datei" auswählen, um den Aufkleber zu drucken.

2. **Falten Sie das ausgedruckte Blatt mit dem Aufkleber an der Linie, sodass der vollständige Versandaufkleber sichtbar ist. Bringen Sie den Aufkleber auf einer Seite des Pakets an und bedecken Sie ihn vollständig mit dem entsprechenden durchsichtigen Kunststoffklebeband. Bedecken Sie mit dem Aufkleber nicht die Laschen oder die Verschlüsse des Pakets.** Schieben Sie den Aufkleber in einen UPS Klarsichtumschlag für den Versand. Wenn Sie keinen Klarsichtumschlag verfügbar haben, befestigen Sie den gefalteten Aufkleber mit durchsichtigem Versandklebeband über die gesamten Fläche des Aufklebers.

3. **Abholung und Anlieferung:**
   Wählen Sie Eine Abholung planen oder Eine Versandstelle suchen aus der Registerkarte Versand, um eine Abholung zu beauftragen oder eine UPS Versandstelle zu suchen.
   Kunden mit täglicher Abholung: Halten Sie Ihre Sendung(en) wie üblich für den UPS Zusteller bereit.

20.6.13

HIER FALTEN



https://www.ups.com/uis/create?ActionOriginPair=default___PrintWindowPage&key...   20.06.2013