Banca Zarattini & Co
P.O. Box 5893
CH - 6901 Lugano
telefono +41 (0) 91 260 85 85
fax +41 (0) 91 260 85 90
e-mail info@bancazarattini.ch
www.bancazarattini.ch

BY DHL

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Lehman Bros. Claims Dept.

Lugano, July 01st 2013

**Portion of Claim Transfer**

Dear Sirs,

please find herewith attached the "Evidence of Transfer of Portion of Claim", duly filled and signed by both the Transferor RBS Coutts Bank AG and the Transferee Banca Zarattini & Co. SA.

Yours sincerely,

Banca Zarattini & Co. SA

Elena Carosi          Patrizia Norando



RECEIVED
JUL - 2
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT



For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Banca Zarattini & Co. SA, Lugano** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 18 June 2013

RBS Coutts Bank AG

By: _____  
Name: Erich Vogel  
Title: Vice President

By: _____  
Name: Hans-Peter Schmid  
Title: Director

**Banca Zarattini & Co**

Ivan Mattei         Elena Carosi

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

*RICEVUTO 19 GIU. 2013*

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0343843982 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | USD 41'990.00 |

Banca Zarattini & Co

Ivan Mattei

Elena Carosi