UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

JOINT NOTICE OF PARTIAL WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 27635, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Commerzbank AG – Group Intensive Care (the "Claimant") in the amount of $820,730,824.87 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the portion of the claim relating to a certain Global Master Repurchase Agreement, dated August 2, 2002, as amended on September 6, 2002, and arising out of certain transactions entered into by Dresdner Bank AG, now Commerzbank AG, as agent for various principals (the "Agency Claim"); provided, however, that Claimant does not withdraw and continues to assert a claim for damages in connection with that portion of the Agency Claim relating to the amounts subrogated to Dresdner Bank AG, now Commerzbank AG, as set forth in the proof of debt submitted by the Claimant in the insolvency proceeding of Lehman Brothers International (Europe). All rights and defenses as to the remaining portions of the claim are hereby reserved, including, without limitation, Lehman Brothers Holdings Inc.'s rights to serve subpoenas and file objections and Claimant's rights and defenses with respect to any subpoenas served or objections filed. Claimant hereby directs Epiq Bankruptcy Solutions LLC

1

to expunge the Agency Claim (except as provided above) from the claims register and to reflect that the asserted amount of the Claim has been reduced to $44,436,090.90.

The Claimant, through its counsel, represents and warrants that the withdrawal of the Agency Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoenas served upon the Claimant on March 8, 2013 and Commerzbank AG on February 12, 2013.

Dated: July 2, 2013
New York, New York

Jeffrey L. Schwartz
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Fax: (212) 478-7400

*Attorneys for Commerzbank AG – Group Intensive Care and Commerzbank AG*

Dated: July 2, 2013
New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2