James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
Scott A. Lewis
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000

-and-

Craig M. Price (CP 9039)
CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone:  (212) 655-6000

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Franklin H. Top III, an attorney, hereby certify that prior to 4:00 pm EST on the 3rd day of July 2013, I caused a true and correct copy of the **Objection of U.S. Bank National Association, as Trustee, to Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

3422626.01.02.doc

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>United States Bankruptcy Court for the<br>    Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Richard W. Slack, Esq.<br>Jacqueline Marcus, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Tracy Hope Davis, Esq.<br>Susan Golden, Esq.<br>Andrea Schwartz, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE FOR<br>    REGION 2<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan R. Fleck, Esq.<br>MILBANK, TWEED, HADLEY AND MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

                                                /s/ Franklin H. Top III
                                                  Franklin H. Top III