Hearing Date:  July 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline:  July 3, 2013 at 4:00 p.m. (Prevailing Eastern Time)

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin (ME 0570)
        and
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Counsel for Ameritas Life Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555(JMP)<br><br>(Jointly Administered)<br><br>**Re: Doc. No. 38390** |

**JOINDER TO THE OBJECTIONS OF NATIONWIDE LIFE INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY TO JOINT MOTION OF LEHMAN BROTHERS HOLDINGS, INC. AND LITIGATION SUBCOMMITTEE OF CREDITORS' COMMITTEE, PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(A)(1).  TO EXTEND STAY OF AVOIDANCE ACTIONS AND TO GRANT CERTAIN RELATED RELIEF**

Ameritas Life Insurance Corporation ("Ameritas"), a defendant in the adversary proceeding entitled *Lehman Brothers Special Financing, Inc. v. Bank of America national Association, et al.*, Adv. Proc. No. 10-03547(JMP), hereby submits this Joinder to the *Objections Of Nationwide Life Insurance Company and Nationwide Mutual Insurance Company to Joint Motion of Lehman Brothers Holdings, Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1).*

26093/2
07/03/2013 25849723.1

*To Extend Stay of Avoidance Actions and to Grant Certain Related Relief* (the "Nationwide Objection") and respectfully requests that it be permitted to be heard in connection with the Nationwide Objection. Ameritas is in a similar position to that of the Nationwide Parties and believes that the Nationwide Objection applies equally to it.

Dated: July 3, 2013

      /s/ *Michael S. Etkin*
**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (ME 0570)
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel for Ameritas Life Insurance Corporation*