SULLIVAN & CROMWELL LLP
Brian D. Glueckstein
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Sullivan & Cromwell LLP hereby withdraws with prejudice proof of claim number 21322, filed on September 21, 2009, against Lehman Brothers Holdings Inc. in the amount of $107,087.67 (the "Claim") and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The undersigned represents and warrants that the withdrawal of the Claim has been duly authorized.

Dated: July 3, 2013
New York, New York

*/s/ Brian D. Glueckstein*

Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588