Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Counsel for Warwickshire Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

    Reference is made to the below claims asserted against Lehman Brothers Holdings Inc. (the "Claims"), proofs of which were filed on the dates and in the amounts listed below. Warwickshire Holdings LLC ("Warwickshire") purchased a 100% interest in the Claims (the ECF Numbers for Rule 3001(e) notices are listed below). Warwickshire represents and warrants that as of the date hereof, Warwickshire has not sold, assigned or transferred the Claims.

| Claim | Amount | Date Filed | ECF |
|---|---|---|---|
| 14976 | undetermined | 09/17/2009 | 29372 |
| 14978 | undetermined | 09/17/2009 | 29796 |
| 14980 | undetermined | 09/17/2009 | 29373 |
| 14981 | undetermined | 09/17/2009 | 29371 |
| 15047 | undetermined | 09/17/2009 | 29797 |
| 17174 | $3,557,31.006 | 9/18/2012 | 37430 |
| 17526 | $2,304,479.43 | 09/18/2009 | 27349 |
| 17527 | $6,634,598.86 | 09/18/2009 | 27348 |
| 17528 | $994,200.48 | 09/18/2009 | 30639 |
| 16506 | $18,803,441.33 | 09/18/2009 | 34537 |
| 17511 | $8,053,416.90 | 09/18/2009 | 30640 |
| 17529 | $36,620,278.42 | 09/18/2009 | 27348 |
| 17530 | $13,640,752.71 | 09/18/2009 | 27349 |
| 24468 | $61,814,140.09 | 09/21/2009 | 31856 |
| 25422 | $4,832,697.89 | 09/21/2009 | 31857 |
| 33476 | $21,534,248.24 | 09/21/2009 | 22680 |
| 67595 | $21,146,424.00 | 08/04/2011 | 34538 |

1

RGREEN\230925.1 - 07/01/13

PLEASE TAKE NOTICE that, through its undersigned counsel, Warwickshire hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. This withdrawal shall not affect any claim held by Warwickshire other than the Claims. Warwickshire represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July 3, 2013

*/s/ Marc Rosen*
Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Warwickshire Holdings LLC*

RGREEN\230925.1 - 07/01/13