Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Counsel for Edgewater Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to claim number 12037 asserted against Lehman Brothers Holdings Inc. (the "Claim"), proof of which was filed on September 14, 2009, in the amount of $7,741,986.63. Edgewater Partners, L.P. ("Edgewater") purchased a 100% interest in the Claim (ECF Number 36838 for the Rule 3001(e) notice). Edgewater represents and warrants that as of the date hereof, Edgewater has not sold, assigned or transferred its interest in the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Edgewater hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Edgewater other than the Claim. Edgewater represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July ___, 2013

_____
Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Edgewater Partners, L.P.*

1

RGREEN\231778.1 - 07/01/13