Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Counsel for Elliott International, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to claim number 29060, asserted against Lehman Brothers Holdings Inc. (the "Claim"), proof of which was filed on September 22, 2009 by Elliott International, L.P. ("Elliott") in the amount of $73,152,349.84. Elliott subsequently transferred a portion of the Claim and currently owns 2% ($1,528,886.00) of the Claim (the "Elliott Claim") (see ECF Numbers 17821 and 17822 for the Rule 3001(e) notices). Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Elliott Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice Elliott Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Elliott Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Elliott Claim. Elliott represents and warrants that the withdrawal of the Elliott Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July __, 2013

_____
Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott International, L.P.*

RGREEN\230919.1 - 07/01/13