Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Counsel for Bristol Partners LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to claim number 17751, asserted against Lehman Brothers Holdings Inc., proof of which was filed by Deutsche Bank AG, London Branch on September 18, 2009, in the amount of $58,712,861.15. Bristol Partners LLC ("Bristol") purchased a 50% interest in the Claim in the amount of $29,356,430.58 (the "Bristol Claim") (ECF Number 30667 for the Rule 3001(e) notice). Bristol represents and warrants that as of the date hereof, Bristol has not sold, assigned or transferred its interest in the Bristol Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Bristol hereby withdraws with prejudice its portion of the Bristol Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Bristol Claim from the claims register. This withdrawal shall not affect any claim held by Bristol other than the Bristol Claim. Bristol represents and warrants that the withdrawal of the Bristol Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July ___, 2013

*/s/ Marc Rosen*
Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Bristol Partners LLC*

1