Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Provendor Liquidity LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to below claims asserted against Lehman Brothers Holdings Inc. (the "Claims") proofs of which were filed on September 22, 2009 in the amounts listed below. Provendor Liquidity LLC ("Provendor") purchased a 100% interest in the Claims (the ECF Numbers for Rule 3001(e) notices are listed below). Provendor represents and warrants that as of the date hereof, Provendor has not sold, assigned or transferred the Claims.

| Claim | Amount | ECF |
|---|---|---|
| 29889 | $46,360,344.56 | 26408 |
| 30099 | $24,120,008.63 | 26407 |

PLEASE TAKE NOTICE that, through its undersigned counsel, Provendor hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. This withdrawal shall not affect any claim held by Provendor other than the Claims. Provendor represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July __, 2013

/s/ Marc Rosen
Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Provendor Liquidity LLC*

1

RGREEN\230920.1 - 06/20/13