Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Counsel for Upton A LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the below claims asserted against Lehman Brothers Holdings Inc. (the "Claim"), proof of which was filed on the date and in the amount listed below.  Upton A LLC ("Upton") purchased a 100% interest in the Claim (the ECF Number for Rule 3001(e) notice is listed below).  Upton represents and warrants that as of the date hereof, Upton has not sold, assigned or transferred the Claim.

| Claim | Amount | Date Filed | ECF |
|---|---|---|---|
| 24270 | $1,842,884.85 | 9/21/2009 | 37431 |

PLEASE TAKE NOTICE that, through its undersigned counsel, Upton hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.  This withdrawal shall not affect any claim held by Upton other than the Claim.  Upton represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:  July 3, 2013

Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Upton A LLC*

1