Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Marshgate Investments, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

Reference is made to the below claims asserted against Lehman Brothers Holdings Inc. (the "Claims"), proofs of which were filed on the dates and in the amounts listed below. Marshgate Investments, LLC ("Marshgate") purchased a 100% interest in the Claims (the ECF Numbers for the Rule 3001(e) notices are listed below). Marshgate represents and warrants that as of the date hereof, Marshgate has not sold, assigned or transferred the Claims.

| Claim | Amount of Claim | Date Filed | ECF |
|---|---|---|---|
| 13213 | unliquidated | 09/16/2009 | 28627 |
| 13214 | unliquidated | 09/16/2009 | 28627 |
| 13215 | unliquidated | 09/16/2009 | 28627 |
| 13216 | unliquidated | 09/16/2009 | 28627 |
| 13217 | unliquidated | 09/16/2009 | 28627 |
| 13270 | unliquidated | 09/16/2009 | 28627 |
| 13271 | unliquidated | 09/16/2009 | 28627 |
| 13272 | unliquidated | 09/16/2009 | 28627 |
| 13273 | unliquidated | 09/16/2009 | 28627 |
| 13274 | unliquidated | 09/16/2009 | 28627 |
| 13275 | unliquidated | 09/16/2009 | 28629 |
| 13276 | unliquidated | 09/16/2009 | 28629 |
| 13277 | unliquidated | 09/16/2009 | 28629 |
| 13278 | unliquidated | 09/16/2009 | 28629 |
| 13279 | unliquidated | 09/16/2009 | 28629 |
| 13280 | unliquidated | 09/16/2009 | 28629 |
| 13281 | unliquidated | 09/16/2009 | 28629 |
| 13282 | unliquidated | 09/16/2009 | 28629 |
| 13283 | unliquidated | 09/16/2009 | 28629 |
| 13284 | unliquidated | 09/16/2009 | 28629 |

RGREEN\230944.2 - 07/01/13

| Claim | Amount of Claim | Date Filed | ECF |
|---|---|---|---|
| 37405 | $9,077,763.00 | 10/12/2009 | 28631 |

PLEASE TAKE NOTICE that, through its undersigned counsel, Marshgate hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. This withdrawal shall not affect any claim held by Marshgate other than the Claims. Marshgate represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:    July 1, 2013

*/s/ Marc Rosen*

Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Marshgate Investments, LLC*

2

RGREEN\230944.2 - 07/01/13