Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Queensferry L LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
In re                                        :    Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                             :
              Debtors.                       :    (Jointly Administered)
--------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to claim number 25360 asserted against Lehman Brothers Holdings Inc. (the "Claim") proof of which was filed on September 21, 2009 in the amount of $2,245,868.00. Queensferry L LLC ("Queensferry") purchased a 100% interest in the Claim (see ECF Number 31919 for the Rule 3001(e) notice). Queensferry represents and warrants that as of the date hereof, Queensferry has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Queensferry hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Queensferry other than the Claim. Queensferry represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:        July 1, 2013

                                        _____
                                        Marc R. Rosen
                                        Kleinberg, Kaplan, Wolff & Cohen P.C.
                                        551 Fifth Avenue
                                        New York, NY 10176
                                        (212) 986-6000

                                        *Attorneys for Queensferry L LLC*

RGREEN\230923.2 - 07/01/13