Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Queensferry M LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to claim number 33633 asserted against Lehman Brothers Holdings Inc. (the "Claim") proof of which was filed on September 22, 2009 in the amount of $479,352,972.82. Queensferry M LLC ("Queensferry") purchased a 34% interest in the Claim ($161,518,226.74) (the "Queensferry Claim") (see ECF Number 37684 for the Rule 3001(e) notice). Queensferry represents and warrants that as of the date hereof, Queensferry has not sold, assigned or transferred the Queensferry Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Queensferry hereby withdraws with prejudice the Queensferry Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Queensferry Claim from the claims register. This withdrawal shall not affect any claim held by Queensferry other than the Queensferry Claim. Queensferry represents and warrants that the withdrawal of the Queensferry Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:        July __/__, 2013

_____
Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Queensferry M LLC*