Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000
*Attorneys for Queensferry T LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the below claims asserted against Lehman Brothers Holdings Inc. (the "Claims") proofs of which were filed on December 28, 2010 in the amounts listed below. Queensferry T LLC ("Queensferry") purchased an interest in the Claims in the amounts and in the percentages listed below (the "Queensferry Claims") (ECF Numbers for the Rule 3001(e) notices are listed below). Queensferry represents and warrants that as of the date hereof, Queensferry has not sold, assigned or transferred the Queensferry Claims.

| Claim | Creditor | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed | ECF |
|---|---|---|---|---|---|---|
| 67279 | QUEENSFERRY T LLC | $106,777,040.02 | $1,191,514.78 | 1% | 12/28/2010 | 36108 |
| 67281 | QUEENSFERRY T LLC | $65,382,085.31 | $807,592.27 | 1% | 12/28/2010 | 36108 |
| 67282 | QUEENSFERRY T LLC | $142,030,214.76 | $3,230,933.57 | 2% | 12/28/2010 | 36108 |

PLEASE TAKE NOTICE that, through its undersigned counsel, Queensferry hereby withdraws with prejudice the Queensferry Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Queensferry Claims from the claims register. This withdrawal shall not affect any claim held by Queensferry other than the Queensferry Claims. Queensferry represents and warrants that the withdrawal of the Queensferry Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:    July 1, 2013

*[signature]*
Marc R. Rosen
Kleinberg, Kaplan, Wolff & Cohen P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000
*Attorneys for Queensferry T LLC*

RGREEN\230923.2 - 07/01/13