DONALD E. WATNICK (DW-6019)
LAW OFFICES OF DONALD E. WATNICK
51 East 42nd Street, 11th Floor
New York, NY 10017
Phone: (212)213-6886
Email:  dwatnick@watnicklaw.com
*Attorneys for Heidi L. Steiger and Steiger Associates L.P.*
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | Case No. 08-13555(JMP) |
| | (Jointly Administered) |
| Debtor. | |

-------------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the undersigned counsel for Claimants Heidi L. Steiger and Steiger Associates L.P. has relocated its offices to

>51 East 42nd Street, 11th Floor
>New York, NY 10017
>Phone: (212)213-6886
>Email: dwatnick@watnicklaw.com

and that, as of the date hereof, all papers and correspondence in this case should be directed to the undersigned counsel at that address.

Dated:  July 5, 2013

>LAW OFFICES OF DONALD WATNICK
>
>By:  /s/ Donald E. Watnick
>   Donald E. Watnick (DW-6019)
>   *Attorneys for Heidi L. Steiger*
>   *and Steiger Associates L.P.*
>   51 East 42nd Street, 11th Floor
>   New York, NY 10017
>   (212)213-6886

## CERTIFICATE OF SERVICE

Donald E. Watnick, an attorney duly admitted to practice law in the State of New York, declares under the penalty of perjury, that on July 5, 2013, a copy of the annexed Notice of Change of Address was served upon counsel of record in this Action via the Court's ECF system.

Executed on July 5, 2013

/s/ Donald E. Watnick_____

Donald E. Watnick