

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Investment Services
Anja Sonnleithner
Telefon: +49 (69) 2177 4292
Telefax: +49 (69) 2177 4460

Frankfurt, 26. June 2013

**claim #46676**

Dear Sir or Madam,

please note that claim #46676 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Danijela Gunnesch            Birgit Funk

*RECEIVED JUL -1 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK*

Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177-0
Telefax +49 69 2177-3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:  DE 122786951

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA



Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 46676**

We would like to inform you that Mr. Bernd Runte who filed the claim Number 46676 on 10/26/2009 has assigned the rights arising out of this claim totalling USD 127,809.00 corresponding with the following securities

- 40 Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) in the amount of EUR 29,000.00 as of purchase date July 9, 2008 (face value EUR 40,000.00); amount in USD as of 26 October 2009 (filing of claim): USD 60,076.00

- 50 Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) in the amount of EUR 34,772.00 as of purchase date August 22, 2008 (face value EUR 50,000.00); amount in USD as of 26 October 2009 (filing of claim): USD 75,095.00

to
**Bethmann Bank AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
Germany.

Bethmann Bank AG has agreed to this assignment. Both Mr. Bernd Runte and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, _18.06.13_                                   Buchholz, _05.06.2013_

Bethmann Bank AG                                        Bernd Runte
(Assignee)                                              (Assignor)

_____                               _____
(Jochen Weber)   (Oliver Körner)                        (Bernd Runte)



Postfach 10 06 32
60006 Frankfurt am Main

Deutsche Post
FRANKIT 0,75 EUR
26.06.13    1D1000018A
Brief
P.P./PRIORITY

Wir können nicht immer verhindern,
dass Sie mehrere Briefsendungen an
einem Tag von uns erhalten.
Das Aussortieren der Sendungen
wäre teurer als das zusätzliche Porto.
Bitte haben Sie dafür Verständnis.



RECEIVED
JUL - 1 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK