Form 210A (10/06)



## United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HUNTRESS (CI) NOMINEES LIMITED - A/C KGCLT | CREDIT SUISSE AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO BOX 222
LEVEL 5, THE MARKET BUILDINGS
FOUNTAIN STREET
ST PETER PORT
GUERNSEY, GY1 4JG

Phone: +44 1481 732766
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: 29 OCTOBER 2009
Amount of Claim: EUR 200,000.00
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 26 / 06 / 2013
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# RAVENSCROFT
Stockbroking & Investment Management

**Payment Details**

Please reference your account name and number on all payments.

## United Kingdom (GBP)

**CHAPS/BACS/Faster Payments**

| | |
|---|---|
| Payment to: | BNP Paribas Securities Services, Jersey |
| Sort Code | 60-95-06 |
| Beneficiary | Huntress (CI) Nominees Ltd 30454600 |

**Payment by SWIFT MT103**

| | |
|---|---|
| Correspondent Bank (Field 56) | NatWest, London |
| Swift Address | NWBKGB2L |
| Account with (Field 57) | BNP Paribas Securities Services, Jersey |
| Swift Address | PARBJESH |
| Beneficiary (Field 59) | Huntress (CI) Nominees Ltd 30454600 |
| IBAN: | GB55PARB60950630454600 |

**Please make any cheques payable to:** "Huntress (CI) Nominees Ltd"

I hereby certify this to be a true copy of the original document, which I have seen,

I hereby certify this to be a true copy of the original document, and confirm that the photograph therein is a true likeness of the person described, whom I have met.

Signed: _____ Date _____
Name: STEVEN FIELD
Position: HEAD OF SETTLEMENTS
Ravenscroft Limited

## Euro (EUR)

| | |
|---|---|
| Correspondent (Field 56) | BNP Paribas, Paris |
| Swift Address | PARBFRPP |
| Account with (Field 57) | BNP Paribas Securities Services, Jersey |
| Swift Address | PARBJESH |
| Beneficiary (Field 59) | Huntress (CI) Nominees Ltd 30454610 |
| IBAN: | GB76PARB60950630454610 |

## United States Dollars (USD)

| | |
|---|---|
| Correspondent (Field 56) | BNP Paribas, New York |
| Swift Address | BNPAUS3N |
| Account with (Field 57) | BNP Paribas Securities Services, Jersey |
| Swift Address | PARBJESH |
| Beneficiary (Field 59) | Huntress (CI) Nominees Ltd 30454620 |
| IBAN: | GB97PARB60950630454620 |

Should you have any queries please contact us at settlements@ravenscroft.gg.

**Ravenscroft**

**GUERNSEY**
PO Box 222, The Market Buildings,
Fountain Street, St Peter Port,
Guernsey, GY1 4JG
t +44 (0)1481 729100

**JERSEY**
PO Box 419, 13 Broad Street,
St Helier, Jersey, JE4 5QH
t +44 (0)1534 722051

www.ravenscroft.gg

Ravenscroft is a trading name of Ravenscroft Limited ("RL") (company number 42906) and Ravenscroft Investment Management Limited ("RIML") (company number 49397) both of which have their registered office addresses at PO Box 222, The Market Buildings, Fountain Street, St Peter Port, Guernsey, GY1 4JG. Ravenscroft Investment Management is a trading name of RIML. RL and RIML are licensed and regulated by the Guernsey Financial Services Commission and RL is a member of both the London Stock Exchange and the Channel Islands Stock Exchange. Ravenscroft is the registered business name of Ravenscroft Jersey Limited ("RJL") (company number 99050) whose registered office address is at PO Box 419, 13 Broad Street, St. Helier, Jersey JE4 5QH. RJL is regulated by the Jersey Financial Services Commission in the conduct of Investment Business and Fund Services Business.

About the Ravenscroft Group of Companies: Ravenscroft Investment Management Limited and Ravenscroft Jersey Limited are wholly owned subsidiaries of Ravenscroft Limited.



## Huntress (CI) Nominees Limited
### Authorised Signatory List

**A Signatories**

| Name | Position | Signature |
|---|---|---|
| Jonathan Richard Ravenscroft ("JR") | Director | |
| Simon Charles Melling | Director | |
| Alexander John Davis Margison ("AJDM") | Director | |
| Mark Le Conte Bousfield | Alternate Director to JR | |
| Sandra-Pamela Marie Lawrence | Alternate Director to AJDM | |
| Christopher Anthony Leslie Brock | Director of Stockbroking | |
| Steven Charles Field | Head of Settlements | |
| David Johnson McGall | Company Secretary | |
| Stephanie Bouwmeester | Group Head of Risk | |

**B Signatories**

| Name | Position | Signature |
|---|---|---|
| Andrew Mauger | Settlements Officer | |
| Alex Cross | Settlements Officer | |

**Ravenscroft**

**GUERNSEY**
PO Box 222, The Market Buildings,
Fountain Street, St Peter Port,
Guernsey, GY1 4JG
t +44 (0)1481 729100

**JERSEY**
PO Box 419, 13 Broad Street,
St Helier, Jersey, JE4 5QH
t +44 (0)1534 722051

www.ravenscroft.gg

Ravenscroft is a trading name of Ravenscroft Limited ("RL") (company number 42906) and Ravenscroft Investment Management Limited ("RIML") (company number 49397) both of which have their registered office addresses at P.O. Box 222, The Market Buildings, Fountain Street, St. Peter Port, Guernsey, GY1 4JG. Ravenscroft Investment Management is a trading name of RIML. RL and RIML are licensed and regulated by the Guernsey Financial Services Commission and RL is a member of both the London Stock Exchange and the Channel Islands Stock Exchange. Ravenscroft is the registered business name of Ravenscroft Jersey Limited ("RJL") (company number 99050) whose registered office address is at P.O. Box 419, 13 Broad Street, St. Helier, Jersey JE4 5QH. RJL is regulated by the Jersey Financial Services Commission in the conduct of Investment Business and Fund Services Business.

About the Ravenscroft Group of Companies: Ravenscroft Investment Management Limited and Ravenscroft Jersey Limited are wholly owned subsidiaries of Ravenscroft Limited.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Huntress (CI) Nominees Limited, Designation KGCLT** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON June 19, 2013.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:   AVP

By: _____
Name: Irma Bauer
Title:   VP



SCHEDULE 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0339537390 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 200'000.00 |



# Alex Cross

| | |
|---|---|
| **From:** | Alex Cross |
| **Sent:** | 26 June 2013 11:17 |
| **To:** | 'Winter, Greg' |
| **Subject:** | RE: LEHMAN BROTHERS HOLDING INC. / Claim Assignment of the 3nd Distribution of Bankruptcy Proceeds, XS0339537390 / V. 3478337 |
| **Attachments:** | 2025_001.pdf |

Hi Greg,

Attached are being posted today.

Kind Regards,

**Alexander Cross**

DD: **+44 (0)1481 732766**

**Ravenscroft**
PO Box 222, Level 5, The Market Buildings, Fountain Street, St Peter Port, Guernsey, GY1 4JG

T (Guernsey): **+44 (0)1481 729100**
T (Jersey): **+44 (0)1534 722051**
W: **www.ravenscroft.gg**

---

**From:** Winter, Greg [mailto:gwinter@epiqsystems.com]
**Sent:** 17 June 2013 21:53
**To:** Alex Cross; 'Bauer Irma (TSZA 95)'
**Cc:** Sandra Lawrence
**Subject:** RE: LEHMAN BROTHERS HOLDING INC. / Claim Assignment of the 3nd Distribution of Bankruptcy Proceeds, XS0339537390 / V. 3478337

Alex,
If you are submitting amended claim transfer agreements, you can send them directly to the court at the following address:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

The bankruptcy court address is only for sending the Evidence of Transfer Agreement, Amended Transfer Agreements, etc.

All Tax Forms, claim correspondence, etc should be sent to:

Epiq Bankruptcy Solutions, LLC
Lehman Brothers Holdings Inc. Claims Processing
Attn: Gregory Winter

757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Let me know if you have any questions

1

Pg 9 of 10

Regards,
Gregory

GREGORY WINTER
Business Analyst
Epiq Systems
Bankruptcy Solutions
E: gwinter@epiqsystems.com

---

**From:** Alex Cross [mailto:ACross@ravenscroft.gg]
**Sent:** Monday, June 17, 2013 4:45 PM
**To:** 'Bauer Irma (TSZA 95)'
**Cc:** Winter, Greg; Sandra Lawrence
**Subject:** RE: LEHMAN BROTHERS HOLDING INC. / Claim Assignment of the 3nd Distribution of Bankruptcy Proceeds, XS0339537390 / V. 3478337

Good Evening Irma,

I have just received a call from Gregory at Epiq Systems (who as you will know are managing Lehmans claims), and he has shed some light on why our acceptance of your transfers that we submitted some considerable time ago have not gone though. It relates to missing tax forms, which it transpires my colleague Sandra Lawrence has since submitted.

The plot thickens however, in that the transfer of claim forms you have completed are in the name of Cenkos Channel Islands Limited (or in the case of the attached Ravenscroft Limited), however all client assets are held in the name of our nominee company, Huntress (CI) Nominees Limited. My apologies if I have not made this clear previously

What I suggest we do, is that you resubmit your transfer of claim forms to transfer to "Huntress (CI) Nominees Limited, Designation KGCLT", and send us over a copy as you did for the attached.
We will then complete the relevant Form 210A to correspond with your submission.
Gregory (CC'd) is going to hold on to our tax forms in the name of our nominee company for the time being, so hopefully upon receipt of both our forms he will be able to complete the transfer.


Gregory, I know the last time I was dealing with these transfers of claim much of New York was under water, am I correct in saying that all documentation should be submitted to the below address still?
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA



Kind Regards,


**Alexander Cross**

DD: **+44 (0)1481 732766**

**Ravenscroft**
PO Box 222, Level 5, The Market Buildings, Fountain Street, St Peter Port, Guernsey, GY1 4JG

T (Guernsey): **+44 (0)1481 729100**
T (Jersey): **+44 (0)1534 722051**
W: **www.ravenscroft.gg**

---

**From:** Bauer Irma (TSZA 95) [mailto:irma.bauer@credit-suisse.com]
**Sent:** 05 June 2013 14:33

2

**To:** Alex Cross
**Subject:** FW: LEHMAN BROTHERS HOLDING INC. / Claim Assignment of the 3nd Distribution of Bankruptcy Proceeds, XS0339537390 / V. 3478337
**Importance:** High

Dear Mr. Cross

Enclosed we send you our Evidence of Transfer of Claim form and ask you to have the respective claim transferred to your company to avoid future payments to Credit Suisse.

Thanks and kind regards

Irma Bauer
**CREDIT SUISSE AG**
CREDIT SUISSE | Business Support, TSZA 95
Uetlibergstr. 231 (C1) | 8070 Zürich | Switzerland
Phone +41 44 332 62 65 |
irma.bauer@credit-suisse.com | www.credit-suisse.com

*"This message may contain confidential, proprietary or legally privileged information and is intended only for the use of the addressee named above. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate, copy it in any form or take any action in reliance on it. If you have received this message in error please delete it and any copies of it and notify the sender immediately. Credit Suisse Group AG and its subsidiaries reserve the right to intercept and monitor any e-mail communication through its networks if legally allowed.."*

---

**From:** Schwarz Michael (TSZA 34)
**Sent:** Tuesday, June 04, 2013 9:42 AM
**To:** ACross@ravenscroft.gg
**Cc:** Zingg Marcel (TSZA 34)
**Subject:** RE: LEHMAN BROTHERS HOLDING INC. / Claim Assignment of the 3nd Distribution of Bankruptcy Proceeds, XS0339537390 / V. 3478337
**Importance:** High

Dear Mr. Cross.

We inform you that we paid funds of USD 8'731.23 with value date 04/06/13.

Best regards


Michael Schwarz
CREDIT SUISSE AG
Private Banking / TSZA 34
Uetlibergstr. 231
Postfach 600
CH-8070 Zürich
Phone: + 41 44 332 73 59
Fax:    + 41 44 332 21 51
mailto: michael.schwarz@credit-suisse.com
http://www.credit-suisse.com

3