NIXON PEABODY, LLP
Christopher M. Desiderio
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3018(a)

NOW COMES NIXON PEABODY LLP, located at 437 Madison Avenue, New York, New York, 10022 and 100 Summer Street, Boston, Massachusetts 02110, who respectfully requests that this Honorable Court take notice that they act as counsel Longshore CDO Funding 2007-3, LTD., an exempted company incorporated with limited liability under the laws of the Cayman Islands.

Nixon Peabody LLP hereby requests pursuant to Bankruptcy Rule 9010, all papers served or required to be served in this case and in any cases consolidated herewith, be given and served upon:

Amanda Darwin
Richard C. Pedone
NIXON PEABODY, LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

and

Christopher M. Desiderio
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesiderio@nixonpeabody.com

     This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

     Neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding

related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: New York, New York
         July 8, 2013

                                              Respectfully Submitted

By: */s/ Christopher M. Desiderio*
   Christopher M. Desiderio
   NIXON PEABODY LLP
   437 Madison Avenue
   New York, NY 10022
   Telephone: (212) 940-3000
   Facsimile: (212) 940-3111
   Email: cdesiderio@nixonpeabody.com

and

Amanda Darwin
Richard C. Pedone (admitted *pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000
Email: adarwin@nixonpeabody.com
rpedone@nixonpeabody.com