**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin (ME 0570)
    and
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Counsel for Ameritas Life Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555(JMP) |
| | (Jointly Administered) |
| Debtors. | **Re: Doc. No. 38415** |

## CERTIFICATE OF SERVICE

    **Kim Marie LaFiura**, being of full age, hereby certifies as follows:

    1.    I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to Ameritas Life Insurance Corporation in the above-referenced matter.  As such, I have knowledge of the facts set forth herein.

    2.    I hereby certify that on July 3, 2013, I caused the following document to be e-filed [Docket No. 38415] with the United States Bankruptcy Court for the Southern District of New York and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice:

    a. *Joinder to the Objections Of Nationwide Life Insurance Company and Nationwide Mutual Insurance Company to Joint Motion of Lehman Brothers Holdings, Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1). To Extend Stay of Avoidance Actions and to Grant Certain Related Relief.*

  3. I further certify that on July 3, 2013, I caused a true and correct copy of the forgoing document to be served upon the parties indicated on the attached service list, in the manner listed therein.

  4. I further certify that on July 3, 2013, I caused a true and correct copy of the foregoing document to be sent to the Chambers of the Honorable James M. Peck, U.S.B.J. via Federal Express.

 I certify that the foregoing statements made by me are true to the best of my knowledge and belief.

            */s/ Kim Marie LaFiura*
            Kim Marie LaFiura, Paralegal

Dated: July 8, 2013

# SERVICE LIST

*Via Federal Express*

Tracy Hope Davis, Esq.
Susan Golden, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
Region 2
33 Whitehall Street
21st Floor
New York, NY 10004

Richard W. Slack, Esq.
Jacqueline Marcus, Esq.
Wiel Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

*Via the Court's Electronic Filing System:*

All parties who receive notice through the Court's electronic filing system.