UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
:
Debtors.                                                         :    (Jointly Administered)
:
-----------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Special Financing Inc., Debtor, Case No. 08-13888**) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., that on October 27, 2011 the Transferor effectuated a transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Lehman Brothers International (Europe) (in administration) | HUA AN INTERNATIONAL BALANCED FUND |
| Proof of Claim Amount | Proof of Claim No. |
| $42,760,579.09 | 11014 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN:
Address:     ANTHONY V. LOMAS, JOINT ADMINISTRATOR
             LEVEL 23
             25 CANADA SQUARE
             LONDON, E14 5LQ
             UNITED KINGDOM

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**Lehman Brothers International (Europe) (in administration)**

By: _[signature]_           Date: July 5, 2013
Name: Russell Downs
Title: Joint Administrator

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

US_ACTIVE:\44274160\1\58399.0011