UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                        Debtors.                             :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | BALSA GROVE, L.L.C.<br>P.O. Box 6487<br>F.D. Roosevelt Station<br>New York, New York 10150<br>E-Mail: notices@balsagrove.net<br><br>With a copy to:<br>Scott L. Esbin<br>Esbin & Alter, LLP<br>497 South Main Street<br>New City, New York 10956<br>Telephone: (845) 634-7909<br>Facsimile: (845) 634-4160<br>E-Mail: sesbin@esbinalter.com |
| Claim Number: | 29585 |
| Date Claim Filed: | September 22, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $4,018,002.54 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

BALSA GROVE, L.L.C.

| | |
|---|---|
| Signature: [signature] | Title: Authorized Signatory |
| Printed Name: Scott L. Esbin | Dated: July 8, 2013 |