UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)

Debtors. : (Jointly Administered)

---

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Chapter 11 Case No.: 08-13555 |
|---|---|
| Creditor Name and Address: | RUST BELT HOLDINGS, L.L.C.<br>PO Box 8155<br>New York, NY 10150<br>E-mail: claims@rustbeltholdings.net<br><br>With a copy to:<br>Alice Belisle Eaton<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone: (212) 373-3125<br>Fax: (212) 492-0125<br>E-mail: aeaton@paulweiss.com |
| Claim Number: | 13479 |
| Date Claim Filed: | September 16, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $708,074.19 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

RUST BELT HOLDINGS, L.L.C.

| Signature: *[signature]* | Title: Authorized Signatory |
|---|---|
| Printed Name: Alice Belisle Eaton | Dated: June 24, 2013 |