UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :  Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :  08-13555 (JMP)
                                                   :
                        Debtors.                   :  (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | RUST BELT HOLDINGS, L.L.C. PO Box 8155 New York, NY 10150 E-mail: claims@rustbeltholdings.net<br><br>With a copy to: Alice Belisle Eaton Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas New York, NY 10019-6064 Phone: (212) 373-3125 Fax: (212) 492-0125 E-mail: aeaton@paulweiss.com |
| Claim Number: | 15364 |
| Date Claim Filed: | September 17, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $68,351,668.66 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

**RUST BELT HOLDINGS, L.L.C.**

| Signature: | Title: |
|---|---|
| *(signed)* | Authorized Signatory |
| Printed Name: | Dated: |
| Alice Belisle Eaton | June 24, 2013 |