WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                                  :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :   **08-13555 (JMP)**
:
Debtors.                                    :   **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF HEARING ON THREE
HUNDRED FORTY-SECOND OMNIBUS OBJECTION TO
CLAIMS (EMPLOYMENT-RELATED CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Forty-Second Omnibus Objection to Claims (Employment-Related Claims) [ECF No. 30031] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **July 25, 2013**

**at 10:00 a.m. (Eastern Time)**, *solely* as to the $150,000.00 portion of Claim Number 28279 of Nicholas Howard.  The hearing with respect to the $362,226.03 portion of Claim Number 28279 of Nicholas Howard remains adjourned to a date to be determined.

Dated: July 9, 2013
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of its Affiliates

2