B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,   Case No. <u>08-13555 (JMP)</u>
                                                                                 (Jointly Administered)
Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>         <u>GlaxoSmithKline LLC</u>
        Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): <u>20187</u>
should be sent:                                                             Amount of Claim as Filed: <u>USD 41,193,779</u>
                                                                                   Amount of Claim Transferred: <u>100%</u>
Goldman Sachs Lending Partners LLC                    Date Claim Filed: <u>September 21, 2009</u>
c/o Goldman, Sachs & Co.                                      Debtor: <u>Lehman Brothers Holdings Inc.</u>
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Michelle Latzoni
Phone: 212-934-3921
Email: gsd.link@gs.com

Phone:                                                                        Phone: <u>(215) 751-5046</u>
Last Four Digits of Acct #:                                       Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

791624v.7 3091/00465

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: 6/27/2013
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GLAXOSMITHKLINE LLC

By: _____
         Transferor/Transferor's Agent

791624v.7 3091/00465

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GLAXOSMITHKLINE LLC

By: _____
      Transferor/Transferor's Agent