UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                      Debtors.                 :    (Jointly Administered)
---------------------------------------------------------------X

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | MZ57, L.L.C.<br>P.O. Box 8301<br>New York, NY 10150<br>Email: bankruptcy@mz57.net<br><br>With a copy to:<br>James H. Millar<br>WilmerHale<br>399 Park Avenue<br>New York, NY 10022<br>Phone: 212-295-6411<br>Fax: 212-230-8888<br>Email: james.millar@wilmerhale.com |
| Claim Number: | 18799 |
| Date Claim Filed: | September 18, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $45,620,848.08 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

MZ57, L.L.C.

| | |
|---|---|
| Signature: *[signature]* | Title: Authorized Signatory |
| Printed Name: James Millar | Dated: July 8, 2013 |