UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                          Debtors.                             :   (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Chapter 11 Case No.: 08-13555 |
|---|---|
| Creditor Name and Address: | GENTRIFICATION VENTURES, L.L.C.<br>P.O. Box 7235<br>New York, NY 10150<br>debt@gentrificationventures.net<br><br>With a copy to:<br>Mandel Katz & Brosnan LLP<br>Attn: Kara Scheinmann Katz<br>The Law Building<br>210 Route 303<br>Valley Cottage, New York 10989 |
| Claim Number: | 67392 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $14,516.33 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

GENTRIFICATION VENTURES, L.L.C.

| Signature: *Kara S. K* | Title: Authorized Signatory |
|---|---|
| Printed Name: Kara Scheinmann Katz | Dated: July 8, 2013 |