UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                              Debtors.             :    (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | Calanthe Capital, L.L.C. FDR Station PO Box 7268 New York, NY 10150 financials@calanthecapital.net |
| Claim Number: | 33633 |
| Date Claim Filed: | September 22, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $161,518,226.74 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

CALANTHE CAPITAL, L.L.C.

| | |
|---|---|
| Signature: [signed] | Title: Authorized Signatory |
| Printed Name: Jon Smith | Dated: July 8, 2013 |