UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          : Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       : 08-13555 (JMP)
                                               :
                    Debtors.                   : (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GENTRIFICATION VENTURES, L.L.C. P.O. Box 7235 New York, NY 10150 debt@gentrificationventures.net  With a copy to: Mandel Katz & Brosnan LLP Attn: Kara Scheinmann Katz The Law Building 210 Route 303 Valley Cottage, New York 10989 |
| Claim Number: | 67400 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $14,087.66 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

GENTRIFICATION VENTURES, L.L.C.

| | |
|---|---|
| Signature: *[signature]* | Title: Authorized Signatory |
| Printed Name: Kara Scheinmann Katz | Dated: July 8, 2013 |