B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings, Inc.,                          Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | SOLUS RECOVERY LH FUND LP |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent. | Court Claim #s (if known): 17204<br>Debtor: Lehman Brothers Holdings Inc.<br>Amount of Claim Total: $134,000,000.00 |
|---|---|
| Citigroup Financial Products Inc.<br>1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | **Amount of Transferred Claim : $2,090,670.00** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Citigroup Financial Products Inc.

By: _____   Brian S. Broyles,   Date: July 1, 2013
Transferee/Transferee's Agent   Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

14

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 17204 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on July 9, 2013.

| Solus Recovery LH Fund LP | Citigroup Financial Products Inc. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Attn: Solus Operations Administration
SOLUS RECOVERY LH FUND LP
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Phone: 212-778-1652
Fax:    212-284-4347
email: notices@soluslp.com

Address of Transferee:

CITIGROUP FINANCIAL PRODUCTS INC.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-323-3624
Email: brian.broyles@citi.com

| ~ DEADLINE TO OBJECT TO TRANSFER ~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                        **CLERK OF THE COURT**

**EXHIBIT 1-B**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Solus Recovery LH Fund LP ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Citigroup Financial Products Inc. ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17204, in the amount of $2,090,670.00 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 1st day of July, 2013.

**SELLER:**

**SOLUS RECOVERY LH FUND LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____

Name:        Gordon Yeager
Title:         Chief Risk Officer &
                 Chief Operations Officer

**BUYER:**

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____

Name:
Title:

15

**EXHIBIT 1-B**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Solus Recovery LH Fund LP ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Citigroup Financial Products Inc. ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17204, in the amount of **$2,090,670.00** (the "Claim") against Lehman Brothers Holdings Inc (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 1st day of July, 2013.

SELLER:

SOLUS RECOVERY LH FUND LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____

Name:
Title:


BUYER:

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
            Brian S. Broyles
Name:      Authorized Signatory
Title: