UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**JOINT STIPULATION ADJOURNING HEARING ON DEBTORS' OBJECTION TO CMBS CLAIMS AND REQUEST FOR SUBORDINATION PURSUANT TO SECTIONS 510(a)-(c) OF THE BANKRUPTCY CODE**

Lehman Brothers Holdings Inc. and its affiliated debtors, in the above referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***") along with certain affiliates of The Carlyle Group, Carlyle Mortgage Capital LLC, SASC 2007-BC4 A4 II LLC, SASC 2007-BNC1 LLC, SASC 2007-BC4 A4 LLC, and BNC 2007-4, LLC (the "***Carlyle Entities***"), Federal Home Loan Bank of Pittsburgh, and BRNP Holdings, L.L.C. (collectively, the "***Claimants***") hereby agree and stipulate that the hearing to consider the *Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code* [Docket No. 36882] (the "***Hearing***") shall be adjourned to a date agreed upon by the parties and approved by the Court. The Debtors and Claimants further stipulate that the deadline for any responses to the Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code shall be **July 25, 2013 at 12:00 p.m. (EST)** (the "***Reply Deadline***").

| | |
|---|---|
| New York, New York<br>Dated: July 8, 2013 | */s/ Joseph Serino*<br>Jonathan S. Henes, P.C.<br>Joseph Serino, Jr., P.C.<br>Chad J. Husnick<br>Christopher T. Greco<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York  10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>*Attorneys for Lehman Brothers Holdings Inc.* |
| THE CARLYLE ENTITIES<br><br>By:  */s/ Paul Patterson*<br>Paul Patterson<br>Stradley Ronon Stevens & Young LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>Telephone: (215) 564-8000<br>Facsimile: (215) 564-8120<br>*Attorneys for the Carlyle Entities* | FEDERAL HOME LOAN BANK OF PITTSBURGH<br><br>By:  */s/ Thomas B. Hatch*<br>Thomas B. Hatch<br>Robins, Kaplan, Miller & Ciresi LLP<br>800 LaSalle Avenue, 2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8206<br>*Attorneys for Federal Home Loan Bank of Pittsburgh* |
| BRNP HOLDINGS, L.L.C.<br><br>By:  */s/ James Wright*<br>James Wright<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street,<br>Boston, MA 02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br>*Attorneys for BRNP Holdings, L.L.C.* | |

**SO ORDERED:**

Dated: New York, New York
        July 9, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge