UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF PORTION OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | PAMI Statler Arms LLC<br>Chapter 11 Case No.: 08-13664 |
| Creditor Name and Address: | KING STREET CAPITAL, L.P.<br>c/o King Street Capital Management, L.P.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Attn: General Counsel<br>Phone: (212) 812-3100<br>Email: tradeclaims@kingstreet.com |
| Claim Number: | 19764 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Withdrawn: | 100% of Claim |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

**KING STREET CAPITAL, L.P.**
By: King Street Capital Management, L.P.
    Its Investment Manager

| | |
|---|---|
| Signature: *[signature]* | Title:<br>Authorized Signatory |
| Printed Name:<br>Howard Baum | Dated:<br>July 8, 2013 |