UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                        :     Chapter 11 Case No.
                                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :     08-13555 (JMP)
                                                                                 :
                              Debtors.                                :     (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | KING STREET EUROPE MASTER FUND, LTD. c/o King Street Capital Management, L.P. 65 East 55th Street, 30th Floor New York, NY 10022 Attn: General Counsel Telephone: (212) 812-3100 Email: tradeclaims@kingstreet.com |
| Claim Number: | 19720 |
| Date Claim Filed: | September 21, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $2,143,670.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

KING STREET EUROPE MASTER FUND, LTD.
By: King Street Capital Management, L.P.
    Its Investment Manager

| | |
|---|---|
| Signature: *[signature]* | Title: Authorized Signatory |
| Printed Name: Howard Baum | Dated: July 8, 2013 |