UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
            Debtors.                          :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Scottish Finance L.P. Chapter 11 Case No.: 08-13904 |
|---|---|
| Creditor Name and Address: | KING STREET EUROPE, L.P. c/o King Street Capital Management, L.P. 65 East 55th Street, 30th Floor New York, NY 10022 Attn: General Counsel Telephone: (212) 812-3100 Email: tradeclaims@kingstreet.com |
| Claim Number: | 17683 |
| Date Claim Filed: | September 18, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% of Claim |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

KING STREET EUROPE, L.P.
By: King Street Capital Management, L.P.
    Its Investment Manager

| Signature: | Title: Authorized Signatory |
|---|---|
| Printed Name: Howard Baum | Dated: July 8, 2013 |