DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Tel:  (212) 430-5400
Fax:  (212) 430-5499
Allan B. Diamond, Esq.
Howard D. Ressler, Esq.
Stephen T. Loden, Esq.
Benjamin R. Garry, Esq.

*Counsel for JA Hokkaido Shinren*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                :
In re:                                                          :
                                                                :
          **LEHMAN BROTHERS HOLDINGS INC.,** *et al*,  :        **Chapter 11**
                                                                :
                              Debtors.                          :        **Case No. 08-13555 (JMP)**
------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF JA HOKKAIDO
SHINREN TO MOTION OF LEHMAN BROTHERS HOLDINGS, INC. TO EXTEND
STAY OF AVOIDANCE ACTIONS AND GRANT CERTAIN RELATED RELIEF**

          PLEASE TAKE NOTICE THAT JA Hokkaido Shinren ("JA Hokkaido"), withdraws its

limited objection to the Motion of Lehman Brothers Holdings Inc., Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rule 7004(a)(1) to Extend Stay of Avoidance Actions and

Grant Certain Related Relief (the "Stay Extension Motion").

          PLEASE TAKE FURTHER NOTICE THAT nothing contained herein shall be construed

as a waiver of the right of JA Hokkaido or any other party in interest to assert further objections

to the Stay Extension Motion as appropriate.

Dated:  New York, New York
          7/10/2013

**DIAMOND McCARTHY LLP**

By: _____*/s/ Stephen T. Loden*_____
       Allan B. Diamond, Esq.
       Howard D. Ressler, Esq.
       Stephen T. Loden, Esq.
       Benjamin R. Garry, Esq.
DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Tel:  (212) 430-5400
Fax:  (212) 430-5499

*Counsel for JA Hokkaido Shinren*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on July 10, 2013,

by the Court's CM/ECF system to all parties registered to receive electronic service.

*  /s/ Stephen T. Loden*