UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                              Debtors.                       :    (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | CES Aviation IX LLC<br>Chapter 11 Case No.: 08-13907 |
| Creditor Name and Address: | KING STREET CAPITAL, LTD.<br>c/o King Street Capital Management, L.P.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Attn: General Counsel<br>Phone: (212) 812-3100<br>Email: tradeclaims@kingstreet.com |
| Claim Number: | 19727 |
| Date Claim Filed: | September 21, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% of Claim |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

KING STREET CAPITAL, LTD.
By: King Street Capital Management, L.P.
    Its Investment Manager

| | |
|---|---|
| Signature: *[signature]* | Title: Authorized Signatory |
| Printed Name: Howard Baum | Dated: July 8, 2013 |