UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                     Debtors.                      :    (Jointly Administered)
----------------------------------------------------------------x

## WITHDRAWAL OF PORTION OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | KING STREET CAPITAL, L.P.<br>c/o King Street Capital Management, L.P.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Attn: General Counsel<br>Phone: (212) 812-3100<br>Email: tradeclaims@kingstreet.com |
| Claim Number: | 19769 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Withdrawn: | The entire claim other than the claim for return of US$920,000 cash deposit Claimant posted in connection with a subparticipation agreement entered into with LBHI as described more fully in Section IV of this proof of claim number 19769 at ¶¶ 26-31 (the "Subparticipation Collateral Claim").<br><br>For the avoidance of doubt, Claimant does not withdraw the Subparticipation Collateral Claim and it does not constitute any part of the Total Amount of Claim Withdrawn. |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

KING STREET CAPITAL, L.P.
By: King Street Capital Management, L.P.
    Its Investment Manager

| | |
|---|---|
| Signature: *[signature]* | Title: Authorized Signatory |
| Printed Name: Howard Baum | Dated: July 8, 2013 |