UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                                    Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF PORTION OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper Inc. Chapter 11 Case No.: 08-13900 |
| Creditor Name and Address: | KING STREET CAPITAL, L.P. c/o King Street Capital Management, L.P. 65 East 55th Street, 30th Floor New York, NY 10022 Attn: General Counsel Phone: (212) 812-3100 Email: tradeclaims@kingstreet.com |
| Claim Number: | 19756 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Withdrawn: | The entire claim other than the claim for return of US$920,000 cash deposit Claimant posted in connection with a subparticipation agreement entered into with LBHI as described more fully in this proof of claim number 19756 at ¶¶ 7-8 (the "Subparticipation Collateral Claim"). For the avoidance of doubt, Claimant does not withdraw the Subparticipation Collateral Claim and it does not constitute any part of the Total Amount of Claim Withdrawn. |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

KING STREET CAPITAL, L.P.
By: King Street Capital Management, L.P.
    Its Investment Manager

| | |
|---|---|
| Signature: *[signature]* | Title: Authorized Signatory |
| Printed Name: Howard Baum | Dated: July 8, 2013 |