Simon Hookway
MSS Fund Management Limited



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                   Debtors.              :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the following proofs of claim, filed on September 22, 2009, filed by MSS Distressed & Opportunities 2. ("MSS") against the below listed debtors in the below listed amounts (the "Claims"). MSS purchased a 100% interest in the Claims. MSS represents and warrants that as of the date hereof, MSS has not sold, assigned or transferred any of the Claims.

| Claim | Debtor | Amount |
|---|---|---|
| 27019 | Luxembourg Residential Properties Loan Finance S.a.r.l. | undetermined |
| 27024 | East Dover Limited | undetermined |
| 27029 | CES Aviation IX LLC | undetermined |
| 27034 | CES Aviation V LLC | undetermined |
| 27039 | CES Aviation LLC | undetermined |
| 27044 | Lehman Scottish Finance L.P. | undetermined |
| 27049 | Lehman Brothers Financial Products Inc. | undetermined |
| 27054 | Lehman Brothers Commercial Corporation | undetermined |
| 27059 | Lehman Commercial Paper Inc. | undetermined |
| 27064 | Lehman Brothers Derivative Products Inc. | undetermined |
| 27070 | Lehman Brothers OTC Derivatives Inc. | undetermined |
| 27075 | Lehman Brothers Commodity Services Inc. | undetermined |
| 27080 | LB 745 LLC | undetermined |
| 27088 | Lehman Brothers Holdings Inc. | undetermined |
| 29126 | Kalakaua Owners LLC | undetermined |
| 29667 | PAMI Statler Arms LLC | undetermined |
| 29672 | LB Rose Ranch LLC | undetermined |
| 29677 | Structured Asset Securities Corporation | undetermined |
| 29682 | BNC Mortgage LLC | undetermined |

RGREEN\230139.1 - 07/01/13

For the avoidance of doubt, the claims listed on the attached Schedule 1 are not being withdrawn pursuant to this notice.

PLEASE TAKE NOTICE that, through its undersigned counsel, MSS hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. This withdrawal shall not affect any claim held by MSS other than the Claims. MSS represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July 8, 2013

_____
Simon Hookway
MSS Fund Management Limited

SCHEDULE I

| Claim | Creditor | Debtor |
|---|---|---|
| 27020 | Institutional Benchmarks Series (Master Feeder) Ltd. | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 27025 | Institutional Benchmarks Series (Master Feeder) Ltd. | East Dover Limited |
| 27030 | Institutional Benchmarks Series (Master Feeder) Ltd. | CES Aviation IX LLC |
| 27035 | Institutional Benchmarks Series (Master Feeder) Ltd. | CES Aviation V LLC |
| 27040 | Institutional Benchmarks Series (Master Feeder) Ltd. | CES Aviation LLC |
| 27045 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Scottish Finance L.P. |
| 27050 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Brothers Financial Products Inc. |
| 27055 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Brothers Commercial Corporation |
| 27060 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Commercial Paper Inc. |
| 27065 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Brothers Derivative Products Inc. |
| 27071 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Brothers OTC Derivatives Inc. |
| 27076 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Brothers Commodity Services Inc. |
| 27081 | Institutional Benchmarks Series (Master Feeder) Ltd. | LB 745 LLC |
| 27087 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Brothers Holdings Inc. |
| 29366 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Brothers Holdings Inc. |
| 29663 | Institutional Benchmarks Series (Master Feeder) Ltd. | Kalakaua Owners LLC |
| 29668 | Institutional Benchmarks Series (Master Feeder) Ltd. | PAMI Statler Arms LLC |
| 29673 | Institutional Benchmarks Series (Master Feeder) Ltd. | LB Rose Ranch LLC |
| 29678 | Institutional Benchmarks Series (Master Feeder) Ltd. | Structured Asset Securities Corporation |
| 29683 | Institutional Benchmarks Series (Master Feeder) Ltd. | BNC Mortgage LLC |
| 29690 | Institutional Benchmarks Series (Master Feeder) Ltd. | Lehman Brothers Special Financing Inc. |
| 29687 | Bay Harbour Master Ltd. | Lehman Brothers Special Financing Inc. |
| 29689 | BHCO Master Ltd. | Lehman Brothers Special Financing Inc. |
| 29691 | MSS Distressed & Opportunities 2 | Lehman Brothers Special Financing Inc. |
| 29688 | Trophy Hunter Investments Ltd. | Lehman Brothers Special Financing Inc. |

RGREEN\230139.1 - 07/01/13