Douglas R. Davis
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Bank Hapoalim B.M.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: Chapter 11
In re :
: Case No. 08-13555
:
LEHMAN BROTHERS HOLDINGS INC. : (Jointly Administered)
:
Debtor. : **Ref. No. 38305**
------------------------------------- x

## NOTICE OF WITHDRAWAL OF
## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Bank Hapoalim B.M. hereby withdraws the *Agreement and Evidence of Transfer of Claim* [Docket No. 38305], dated June 17, 2013, filed on July 1, 2013, in reference to Claim No. 55854, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: New York, New York
       July 10, 2013

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ *Douglas R. Davis*
      (A Member of the Firm)
      1285 Avenue of the Americas
      New York, New York  10019-6064
      Telephone:  (212) 373-3000
      Facsimile:  (212) 757-3990

*Attorneys for Bank Hapoalim B.M.*