08-13555-mg    Doc 38653    Filed 07/10/13    Entered 07/10/13 16:36:16    Main Document
                                            Pg 1 of 5

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                              Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| CITIGROUP FINANCIAL PRODUCTS INC. | OZ SPECIAL MASTER FUND, LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Scott Evan
Phone: 302-323-3624
Email: scott.evan@citi.com

Court Claim # (if known): 17376
Total Allowed Amount of Claim: $24,234,520.00

Allowed Amount of Claim Transferred: $20,000,000.00

ISIN/CUSIP:
Blocking Number:
Date Claim Filed: September 22, 2009
Phone: (312) 822-1337

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian S. Broyles                    Date: 7/9/13
    Transferee/Transferee's Agent
    Brian S. Broyles
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                   Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 17376 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on July 10, 2013.

| OZ Special Master Fund, Ltd. | Citigroup Financial Products Inc. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

OZ SPECIAL MASTER FUND, LTD.
C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
9 West 57th Street
13th Floor
New York, NY 10019
Attn: Leslie Evans
email: noticesbankdebt@ozcap.com

Address of Transferee:

CITIGROUP FINANCIAL PRODUCTS INC.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Scott Evan
Phone: 302-323-3624
Email: scott.evan@citi.com

| | ~ DEADLINE TO OBJECT TO TRANSFER ~ |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                        **CLERK OF THE COURT**

**EXHIBIT A-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>           Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF [PARTIAL] TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $20,000,000.00 of or an undivided 82.52690799% ownership interest in the claim set forth below (the "Transferred Claim"), of OZ Special Master Fund, Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $24,234,520.00 | 17376 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $20,000,000.00 of or an undivided 82.52690799% ownership interest in the claim and all rights thereto.

(signature page follows)

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC.
Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720
Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: OZ SPECIAL MASTER FUND, LTD.

By: OZ Management LP, its investment manager

By: Och & Ziff Holding Corporation, its general partner

Address: Suite 3307, Gardenia Court 45 Market Street, Camana Bay, Grand Cayman KY1-1104

Signature: _/s/ Joel Frank_____
Name: Joel Frank
Title: Chief Financial Officer
Date: 7/2/13

Doc#: US1:8491650v6

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNOR: | OZ SPECIAL MASTER FUND, LTD. |
| Address: | 1615 Brett Road, Bldg 3, New Castle, DE 19720 | By: | OZ Management LP, its investment manager |
| Signature: | *[signed]* | By: | Och & Ziff Holding Corporation, its general partner |
| Name: | Scott R. Evan | | |
| Title: | Authorized Signatory | Address: | Suite 3307, Gardenia Court, 45 Market Street, Camana Bay, Grand Cayman KY1-1104 |
| Date: | | Signature: | |
| | | Name: | |
| | | Title: | |
| | | Date: | |

Doc#: US1 8491650v6