UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 36114, 37917,
                                                                       38165, 38195, 38196, 38198-38203,
                                                                       38206-28211, 38213, 38213, 38217-
                                                                       38219, 38221, 38223-38226, 38228,
                                                                       38230, 38231, 38233-38239

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 2, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   /s/ Lauren Rodriguez
                                                   Lauren Rodriguez

Sworn to before me this
10th day of July, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALSTON INVESTMENTS LLC
     TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
     C/O ELLIOTT MANAGEMENT CORPORATION
     ATTN: ELLIOT GREENBERG / RAJAT BOSE
     712 FIFTH AVENUE, 35TH FLOOR
     NEW YORK NY 10019
```

Please note that your claim # 62743-87 in the above referenced case and in the amount of
     $32,744.60   allowed at $32,961.09         has been transferred **(unless previously expunged by court order)**

```
BARCLAYS BANK PLC                              BARCLAYS BANK PLC
TRANSFEROR: ALSTON INVESTMENTS LLC             ATTN: ANTHONY VITIELLO
ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38206       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2013                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2013.

EXHIBIT B

```
TIME: 12:57:01                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE: 1
DATE: 07/02/13                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: FRANCO BRICHETTI, FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| AURELIUS INVESTMENT, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: JASON STRAMAGLIA/PATRICK VANCE 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BES HIPPOLIET | DEMINOR INTERNATONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BY. 8 BRUSSELS 1160 BELGIUM |
| BES HIPPOLIET | WINKELSTAP 23/3 SCHOTEN 2900 BELGIUM |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MATT WEINSTEIN; C/O DEUTSCHE BANK SECURITIES INC. 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES INC ATTN:STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 295 LOS ANGELES CA 90067 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BES HIPPOLIET ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: TILLEMA, H. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FRIEDEMANN WOLFF | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KNIEPHOFSTR. 60 BERLIN 12157 GERMANY |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: ROVIDA HOLDINGS LIMITED C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: BANK LEUMI USA C/O J.P. MORGAN SECURITIES; MAIL CODE: NY1-M138 ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH ST NEW YORK NY 10019 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:57:01                                  LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 07/02/13                                       CREDITOR LISTING

Name                                            Address
MERRILL LYNCH CAPITAL SERVICES, INC.            C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
PAULSON CREDIT OPPORTUNITIES MASTER LTD.        TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
ROVIDA HOLDINGS LIMITED                         C/O SNR DENTON SAM J. ALBERTS 1301 K STREET, NW WASHINGTON DC 20005
SOLUS CORE OPPORTUNITIES LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                                NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP                TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                                NEW YORK NY 10022
SOLUS RECOVERY FUND LP                          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                                NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                                NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                       TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                                NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                       TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
TILLEMA, H.                                     MARGRIETLAAN 21 BAFLO  9953 PB NETHERLANDS
VARDE CREDIT PARTNERS MASTER, L.P.              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) MAS        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed                 59
```

EPIQ BANKRUPTCY SOLUTIONS, LLC