| | |
|---|---|
| **DAY PITNEY LLP** | Hearing Date: **August 21, 2013** |
| Joshua W. Cohen (JC-2978) | Hearing Time: **10:00 A.M.** |
| James J. Tancredi (JT-3269) | |
| One Audubon Street | |
| New Haven, CT 06511-6433 | |
| Telephone: (203) 752-5000 | |
| Facsimile: (203) 752-5001 | |

– and –

7 Times Square
New York, NY 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING
ON FIDELITY NATIONAL TITLE INSURANCE COMPANY'S
MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS
OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD
BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.
PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code [Docket No. 11513] (the "Motion to Compel"), which is scheduled for July 17, 2013, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to August 21, 2013 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the relief requested in the Motion to Compel will be held before the Honorable James M. Peck, United States Bankruptcy

Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion to Compel may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated at New Haven, Connecticut, this 11th day of July, 2013.

> FIDELITY NATIONAL TITLE INSURANCE COMPANY
>
> By:  /s/ Joshua W. Cohen
> Joshua W. Cohen (JC-2978)
> James J. Tancredi (JT-3269)
> DAY PITNEY LLP
> One Audubon Street
> New Haven, CT 06511-6433
> Tel:    (203) 752-5008
> Fax:    (203) 752-5001
> E-mail: jwcohen@daypitney.com