# EXHIBIT B



...CASES of 1-ATF-010701; ...011294; ...of Ammo 110704; One Pallet Smokeless 706; One Pallet garettes, $300.00; ...ining 24 Cases of 0; 11-ATF- ; Tobacco 707; One Pallet acco Products; ...let Containing acco Products; ...let Containing 0.00; 11-ATF- o Products;

Revolver CAL:45 SN:PK-8701; $100.00; 11-ATF-010694; Walthin P22 Pistol 01124...; 9 Rds Winchester Western Ammo CAL:22; $2.50; 11-ATF-011295; 466 Rds Winchester Western Ammo CAL:22; $46.80; 780000-11-0037; 04/20/2011; 18 USC 924(d); Laredo, TX; 11-ATF-011471; Bushmaster Firearms XM15-E2S Rifle CAL:223 SN:L445343; $700.00; 11-ATF-011472; Beretta USA Corp 92FS Centurion Pistol CAL:9 SN:BER332652; $300.00; 782118-11-0028; 04/14/2011; 18 USC 924(d); Weslaco, TX; 11-ATF-011432; 1840 Rds Asel Ammo CAL:***; $184.00; 788118-11-0033; 02/24/2011; 18 USC 924(d); McAllen, TX; 11-ATF-004497; 3 Rds Winchester Western Ammo CAL:380; $0.30; 781035-11-0168; 04/14/2011; 18 USC 924(d); Sierra Blanca, TX; 11-ATF-011072; LLAMA (Gabilondo & CIA) IXA Pistol CAL:45 SN:A1022; $100.00; 11-ATF-011077; 5

(380.00; 11-ATF-010694; Walther P22 Pistol CAL:22 SN:L375632; $300.00; 11-ATF-010617; 713 Rds Asel Ammo CAL:*; $71.30; WISCONSIN 778020-11-0076; 04/15/2011; 18 USC 924(d); Green Bay, WI; 11-ATF-010820; Yugoslavia 59/66 Rifle CAL:762 SN:K420262; $100.00; 11-ATF-010826; Winchester 94 Rifle CAL:30-30 SN:4682731; $215.00; WEST VIRGINIA 788055-11-0021; 04/06/2011; 18 USC 924(d); Martinsburg, WV; 11-ATF-010023; Ruger LCR Revolver CAL:38 SN:540-98914; $4/9.99; 11-ATF-010026; 5 Rds Hornaday Ammo CAL:38; $0.50; 11-ATF-010029; 20 Rds Hornaday Ammo CAL:38; $2.00; 11-ATF-010030; 22 Rds CCI Ammo CAL:40; $2.20; 11-ATF-010931; 40 Rds Asel Ammo CAL:22; $4.00;

...PTER 53; 28-78...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 75; 18-44...PROPERTIES WERE

# BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re
**LEHMAN BROTHERS HOLDINGS INC.**, et al.,
Debtors.

Case No. 08-13555 (JMP)

**IMPORTANT NOTICE** for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.
**Lehman Brothers Special Financing Inc. ("LBSF")**, has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.
**U.S. Bank National Association, as Trustee**

# INTERNATIONAL NOTICES

**Terex Industrial Holding AG with its registered seat in Düsseldorf, Germany**

Notice regarding the voluntary public purchase offer to the shareholders of

**Demag Cranes AG with its registered seat in Düsseldorf, Germany**

In accordance with section 14 para. 3 sentence 1 no. 2 of the German Securities Acquisition and Takeover Act (Wertpapiererwerbs- und Übernahmegesetz (WpÜG))

As of today, the offer document concerning the voluntary takeover offer of Terex Industrial Holding AG with its registered seat in Düsseldorf and its business address at Lindemannstrasse 81, 44137 Dortmund, Germany, to the shareholders of Demag Cranes AG with its registered seat in Düsseldorf (ISIN DE000CAG010), is available in German and in a non-binding English translation on the internet at http://www.industrialholding-angebot.de. In addition, copies of the non-binding English translation of the complete offer document are available for distribution free of charge by contacting Commerzbank AG, ZCM-ECM Execution, Mainzer Landstrasse 153, 60327 Frankfurt am Main, Germany (requests can be made by facsimile at +49 69 136-44598.)

Further updates regarding the progress of the offer will be made available periodically in English on the internet at http://www.industrialholding-angebot.de.

Düsseldorf, May 19, 2011
Terex Industrial Holding AG



## Businesses For Sale.

Advertise in The Mart.

Call 1-800-366-3975

or email sales.mart@wsj.com



**THE WALL STREET JOURNAL.**

...until through counsel of their own choosing, either personally or may appear in their own behalf, however, to Synthos shareholders shall be heard at the Final Hearing unless (i) by June 17, 2011 such shareholder has filed with the Court and delivered to the Settling Parties' counsel a notice of objection and the ground for opposing the Settlement, and (ii) at or before the Final Hearing, such shareholder provides proof of status as a record holder and/or beneficial owner of the common stock of Synthes as of April 19, 2011, and the dates of Synthes stock ownership. All such objections must be filed with the Court and delivered to counsel as identified below.

| | |
|---|---|
| Robert A. Hoffman, Esq.<br>**BARRACK, RODOS & BACINE**<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Counsel for Plaintiff | Joan L. Frank, Esq.<br>**LAMB McERLANE PC**<br>24 East Market Street<br>P.O. Box 565<br>West Chester PA 19381<br>Counsel for the Individual<br>Defendants |

Ann B. Laupheimer, Esq.
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Counsel for Nominal Defendant,
Synthes, Inc.

Only shareholders who have filed and delivered timely written notices of objection will be entitled to be heard at the Final Hearing unless the Court orders otherwise. Any Current Company Shareholder who fails to object and present proof of ownership of Synthes stock in the manner provided in the preceding paragraph of this Notice shall be deemed to have waived such objection and shall forever be foreclosed from making any objections to the fairness, adequacy, or reasonableness of the Settlement and to the Fee Award to Plaintiff's Counsel, and shall be bound by the Judgment to be entered and the releases to be given.

[1] This notice should be read in conjunction with, and is qualified in its entirety by reference to the text of the Stipulation, which has been filed with the Court and is available on the websites of Synthes, www.synthes.com, and Plaintiff's Counsel, www.barrack.com. All capitalized terms herein have the same meanings as set forth in the Stipulation.

**PLEASE DO NOT TELEPHONE THE COURT CONCERNING THIS NOTICE.**
Dated: May 10, 2011
BY ORDER OF THE COURT OF COMMON PLEAS, CHESTER COUNTY

# BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Case No. 08-13555 (JMP)

**IMPORTANT NOTICE** for the holders of securities issued by the following Issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2007-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.
Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.
U.S. Bank National Association, as Trustee

Call 1

THE WALL STREET JOUR

[illegible] w/18 karat white gold bracelet; (1) [illegible] Steel Quad Quartz bracelet watch; [illegible] Steel Mosaic Quartz bracelet [illegible] (1) Gents Stainless [illegible] Chronograph [illegible] (1) Gents Stainless Steel [illegible] Automatic Chronograph [illegible] Genuine Cultured Pearl [illegible] yellow gold/round figure pearl [illegible] diamond [illegible] (1) Pair 14 karat white gold diamond stud [illegible] diamond wedding band w/8 [illegible] (1) Pair 14 karat white gold [illegible] earrings w/20 Channel set [illegible] St. Louis, MO [illegible]

**[illegible] OF MONTANA**

[illegible] U.S. Currency, [illegible] Montana Cannabis [illegible] Bank of Helena, Account [illegible] Helena, MT, Montana [illegible] Association d/b/a Montana Cannabis

[illegible] OH, James Jennings Hallberg AKA James Hallberg AKA James J. Hallberg 03/10/11

11-DEA-[illegible], [illegible] Serial No. [illegible], VL $3,400.00, Akron, OH, James Jennings Hallberg AKA James Hallberg AKA James J. Hallberg 03/10/11

11-DEA-[illegible], $2,000.00 U.S. Currency, Akron, OH, Edward [illegible] AKA Edward E. [illegible] 03/17/11

11-DEA-[illegible], $[illegible] U.S. Currency, [illegible], OH, Ernest Ray Phillips AKA Earnest Ray Phillips AKA Ernest Lee Phillips AKA Ray Phillips AKA Ray Phillips 03/20/11

11-DEA-[illegible], 2008 Chevrolet Silverado 2500, [illegible], Akron, OH, James Jennings Hallberg AKA James Hallberg AKA James J. Hallberg 03/21/11

11-DEA-[illegible], $[illegible] U.S. Currency, Campbell, OH, Julio Agront 03/18/11

**SOUTHERN DISTRICT OF OHIO**

11-DEA-[illegible], [illegible] Semi-Automatic Handgun, Ser No [illegible], VL $115.00, [illegible], OH, Amos Smith AKA Amos R. Smith 03/24/11

11-DEA-[illegible], (3) Assorted Firearms, VL $720.00, (1) Norinco MAC 90 Sporter 7.62 Caliber AK-47 Rifle, Ser No [illegible], (1) Taurus M410 Revolver, Ser No

11-DEA-[illegible], $[illegible] U.S. Currency, [illegible], VA, [illegible] 03/24/11

11-DEA-[illegible], [illegible] Lexus GS300, [illegible], Petersburg, VA, [illegible] 03/31/11

11-DEA-[illegible], 2007 Chevrolet SS Monte Carlo, [illegible], Petersburg, VA, [illegible] 03/31/11

11-DEA-[illegible], 2002 Infiniti Q45, [illegible], Petersburg, VA, [illegible] 03/31/11

**DISTRICT OF VERMONT**

11-DEA-[illegible], $4,500.00 U.S. Currency, Burlington, VT, Sam Grady 03/31/11

**EASTERN DISTRICT OF WISCONSIN**

09-DEA-[illegible], $1,840.00 U.S. Currency, Milwaukee, WI, Comfort Terrell Johnson 0[illegible]/09

11-DEA-[illegible], $[illegible],180.29 U.S. Currency, Sherwood, WI, Arthur Lever Jones 03/31/11

11-DEA-[illegible], $2,375.00 U.S. Currency, Milwaukee, WI, Oray Edward Timms 03/23/11

[The property listed above is NOT for sale. The DEA DOES NOT sell forfeited property and the DEA DOES NOT have information on property for sale.]

## [illegible]BLIC NOTICES

**[illegible] TO CUSTOMERS OF**

**[illegible]INANCIAL SERVICES, INC.**

[illegible] WallStreet*E Financial Services, Inc. [illegible] De Leon Boulevard, Coral Gables, FL 33134-[illegible] of a Direct Payment Procedure pursuant to [illegible] Investor Protection Act ("SIPA"), 15 U.S.C. §78fff-[illegible] procedure, the Securities Investor Protection [illegible] timely filed claims of customers of WallStreet*E [illegible]

[illegible] under SIPA must be filed with SIPC on or [illegible] on November 23, 2011 at the address set [illegible] SIPC cannot pay or otherwise satisfy, in whole [illegible] the deadline.

[illegible] the Direct Payment Procedure for WallStreet*E [illegible] and, together with a copy of this notice, will [illegible] to investors with accounts at WallStreet*E [illegible] appear on the books and records of [illegible] does not receive a claim form within fifteen [illegible] may obtain a claim form on SIPC's website at [illegible] SIPC at the following address:

**[illegible]TOR PROTECTION CORPORATION**
**[illegible]PAYMENT PROCEDURE**
**[illegible]E FINANCIAL SERVICES, INC.**
**[illegible] STREET, N.W., SUITE 800**
**[illegible]INGTON, DC 20005**

[illegible] of a claim is complete only upon receipt of [illegible], no claim of a customer of WallStreet*E [illegible] **actually received by SIPC on or before the [illegible]ber 23, 2011.** Timely filing and proof of timely [illegible] of the claimant. In this regard, you should **[illegible] certified mail - return receipt requested or with [illegible] which provides you with proof of receipt** [illegible] as verification that your claim was received

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br>Debtors. | Case No. 08-13555 (JMP) |

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.

U.S. Bank National Association, as Trustee

# Bond fund flows signal shift

**Money pours into emerging market debt**

**Risk fears hit several European countries**

By Robin Wigglesworth in London

Money is continuing to pour into emerging market bond funds, subduing the cost of borrowing for developing countries and underlining the shift in economic power away from the western heavyweights of the financial system. Eight consecutive weeks of net inflows have taken the total invested in these funds this year to $7.9bn, according to EPFR, the fund data provider.

This has reduced the yield on emerging market dollar-denominated sovereign and corporate debt to 5.46 per cent on average, from 6.14 per cent a year ago, at a time when aggregate global yields have edged up, according to calculations by Barclays Capital for the Financial Times.

Indonesia's fresh $2.5bn bond, for example, yields 4.7 per cent, less than similar maturity euro-denominated debt of Italy and Spain.

Brazilian and Mexican government bonds are trading on similar or lower yields than equivalent Belgian and South Korean sovereign debt issues.

Some emerging market countries are now judged to be less risky borrowers than several western European countries.

The credit default swap index for 15 major emerging market countries has fallen by a third to 206, while the iTraxx SovX index for western European CDS has climbed to almost 190.

"Emerging market debt is no longer a niche," Simon Lue-Fong, head of emerging market debt at Pictet, the asset manager, said. "It's losing its risk premium as the developed world has shot itself in the foot. "Fundamentally, emerging markets are just less leveraged, and thus more able to repay their loans."

> 'Emerging market debt . . . is losing its risk premium as the developed world has shot itself in the foot'

Robust inflows into emerging market bonds stand in contrast to nervousness over potentially overheating equity markets in developing countries, and the debt crisis in western Europe's periphery.

Investors have pulled $12.9bn out of European bond funds this year, and more than $7bn was withdrawn from global equity funds last week, of which $1.9bn came from emerging market equity funds, according to EPFR.

This selling has pushed MSCI's benchmark Emerging Markets Index down 1 per cent so far this year, while bonds sold by governments and companies in developing countries have largely held firm.

Analysts have voiced concern over the scale of the inflows into emerging markets. Equity markets have attracted the most attention, but some say borrowing costs are being pushed too low given the risks.

Credit-fuelled boom, Page 4

# Japanese companies seek to take a bite of foreign growth

News analysis

**Moves prompted by weak domestic economy, strong yen and low interest rates, says Lindsay Whipp**

In the world of mergers and acquisitions, Japan has rarely been a shining example of bold moves.

But last week's combined $15bn of European acquisitions by Takeda and Toshiba raises the prospect of Japanese companies taking advantage of the strong yen and rock-bottom interest rates to buy overseas growth.

Deflation continues to be a problem for Japan, which is also weighed down by huge government debt and a falling population. Japan's fragility was underscored last week with data showing the country had slipped back into recession under the strain of the tragic earthquake and tsunami on March 11.

Yasuchika Hasegawa, chief executive of Takeda, Japan's largest drugmaker and among the most aggressive companies when it comes to overseas acquisitions, says looking beyond Japan for growth opportunities makes sense given the outlook for the domestic economy.

"The alternative is to go outside to get part of the growth pie," says Mr Hasegawa. "If you logically consider the situation we are in, maybe many chief executives are thinking the same way."

The prospect of slow domestic growth is nothing new for Japanese managers who have been dealing with falling prices for most of the past decade. But the outbound acquisition numbers, which this year have reached a record $34.7bn, according to Dealogic, suggest companies are beginning to seek more deals outside Japan.

Takeda and Toshiba initiated talks with their respective targets - Nycomed and Landis & Gyr - before the disaster, suggesting that for many companies the tragedy has not prompted management to abandon or postpone long-term overseas expansion plans. It has probably compounded the need to diversify following the global financial crisis, one banker says.

"Two major crises that should only happen once in 100 and 1,000 years happened over a five-year period," said Yuichi Jinbo, deputy president of Citigroup Global Markets in Japan.

"So many people are feeling that volatility in the world is increasing and they need to be really prepared and diversify their manufacturing base [and markets]."

But that does not mean that they will necessarily win the deals. Japanese management faces stiffer competition from private equity firms with replenished funds, and aggressive companies, including government-backed Chinese groups, for a smaller pool of available targets, due to an M&A boom earlier in the past decade.

"Japanese companies may have missed the window when there was less competition for assets," said Edward Cole, a lawyer at Freshfields Bruckhaus Deringer in Tokyo. "A trend we may see is Japanese companies tying up with private equity firms to buy something together."

While last week's deals represented a marked increase in size on the usual deals involving Japanese buyers, it is not unusual for larger deals to overshadow a plethora of smaller ones. So far this year there have been a total of seven agreed $1bn-plus deals where Japanese companies have been the acquirers, totalling $23.4bn, including Takeda and Toshiba, and 223 deals worth a combined $11.3bn, according to Dealogic.

Some bankers argue that this is partly because so many domestic industries remain fragmented, reducing profitability that could have been channelled into bolder acquisitions overseas.

Observers say there is a need for domestic consolidation in many sectors. A merger between Nippon Steel and Sumitomo Metal in February raised hopes that more could follow – but this is yet to happen.

Bankers also point out that unlike in Europe and North America, selling a company in Japan is unlikely to reward management financially, as they rarely own shares in the businesses they manage.

Mr Hasegawa is unequivocal about his lack of interest in pursuing a domestic acquisition strategy, because of the need to make redundancies at the acquired company to create value for shareholders. The target company's employees could believe they would become "second-class citizens" being absorbed into a much bigger company, explained Mr Hasegawa.

"If I need to spend my energy as a top executive of a company, I'd rather spend my time on a more rewarding opportunity [overseas] in terms of return on investment," he says.

Problems: Japan is plagued by deflation, government debt and falling population — Bloomberg

**Japanese M&A**

Outbound M&A volumes
Deal value ($bn)
Number of deals
80
60
40
20
0
500
400
300
200
100
2001 03 05 07 09 11*

Top acquiring M&A nations including domestic deals*

| | Deal value ($bn) | Number of deals |
|---|---|---|
| US | 499.9 | 3,911 |
| Japan | 84.6 | 1,090 |
| China | 67.7 | 1,216 |
| UK | 64.1 | 987 |
| France | 54.2 | 567 |
| Germany | 52.0 | 450 |
| Canada | 44.9 | 1,132 |
| Russia | 34.1 | 1,000 |
| Australia | 30.3 | 576 |
| Spain | 26.4 | 278 |

* Year-to-date 2011

Yen
Against the euro and dollar
¥ per €
¥ per $
125
120
115
110
105
86
84
82
80
78
Jan
2011
May

Source: Dealogic

# It's full steam ahead for Citi skipper

News analysis

**It was anything but plain sailing after Vikram Pandit took on the 'Titanic', but now he has landed a $22m package, writes Justin Baer**

Vikram Pandit spent most of his first two years after being made Citigroup chief executive in 2007 defying expectations that his days at the US bank were numbered as it came perilously close to collapse during the financial crisis.

But last week, as Citi seeks to build on its first annual profit in three years, the bank's directors rewarded Mr Pandit with a set of retention awards that all but ensures he will remain in his job for the foreseeable future – and that he will be paid handsomely to do it.

The $22m package of restricted shares, deferred cash and stock options was an unequivocal statement by Citi's board that Mr Pandit had emerged from the crisis on a more solid footing than many of his counterparts. "By almost any measure, Citi is further along than you could have imagined," Richard Parsons, Citi's chairman, told the Financial Times. "Who could complain about how things have gone so far?"

But critics question the low bar that Citi's profit-sharing plan has set for Mr Pandit.

"This is outrageous," said Mike Mayo, an analyst at CLSA, the brokerage and investment group, who rates Citi an 'underperform'.

"We have no problem if CEOs that create long-term shareholder value are paid commensurate with those benefits," he added. "This plan does not do this.

"It encourages risk-taking with little long-term repercussions, much like what we saw before the crisis."

Almost immediately after his appointment in December 2007, former Morgan Stanley executive Mr Pandit found himself under the gun. It was, as he acknowledged during an address to the Wharton business school, "a bit like becoming captain of the Titanic after the ship hit the iceberg".

There were moments during the crisis when Mr Pandit appeared destined to walk the plank. Within a year of his promotion, he believed he had reached a deal to acquire Wachovia. Yet as Citi executives sought to finalise the deal, Wells Fargo emerged with a rival bid that won over the Charlotte-based lender.

The episode was an embarrassment for Citi, and left a rift with regulators whom Mr Pandit had accused of allowing Wells Fargo to "steal" Wachovia.

Mr Pandit soon replaced his finance chief, Ned Kelly, amid tensions with regulators. By April 2009, Mr Pandit faced new questions about his leadership. Concerned about whether Citi might need another injection of government aid, senior officials at the Federal Deposit Insurance Corporation discussed privately who might replace him.

The bank's stock had tumbled almost 90 per cent. Citi owed the government $45bn, and had begun a programme of shedding billions of dollars of businesses and assets that did not fit Mr Pandit's strategy of focusing on consumer, corporate and investment banking.

Perhaps, as critics maintain, Citi has merely exceeded expectations that had been repeatedly lowered by the string of blunders of Mr Pandit's predecessors. Maybe the bank should count its blessings for having a smaller mortgage business than Bank of America, whose home-loan arm remains its biggest millstone. Or that Carl Levin, chairman of the US Senate's permanent subcommittee on investigations, has not accused Citi executives of misleading congress - allegations that have weighed on Goldman Sachs' shares.

But Citi has reeled off five successive profitable quarters. While its shares have fallen in value in recent months along with its peers amid lingering economic and regulatory uncertainty, Citi has outperformed all of its top competitors in the past year.

In March Mr Pandit even reinstituted the bank's dividend. Along the way, Mr Pandit convinced his board that he was the right executive to lead the bank as Wall Street steps out into its new era. For a CEO who once appeared a few missteps away from dismissal, the storm may have passed.

See Lex

Solid footing: Vikram Pandit

**Contracts & Tenders**

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY
REQUEST FOR PROPOSALS FOR PERFORMANCE OF EXPERT PROFESSIONAL STRATEGIC BUSINESS DEVELOPMENT AND REPRESENTATION SERVICES FOR HONG KONG, TAIWAN, AND THE PEOPLE'S REPUBLIC OF CHINA DURING 2011-2014
[illegible]

Extension of deadline for submitting responses to the Request for Information (R.F.I.)
As a follow-up to the advertisement for a request for information (R.F.I.) of a system for the handling of municipal solid waste (urban sanitation) for the metropolis of Jerusalem, published at the beginning of April, 2011.
The Jerusalem Wastewater and Purification Enterprises, Ltd. now informs the public that the time and date for potential respondents to submit responses has been postponed from May 31, 2011 to 1:30 p.m. on June 30, 2011.

**Legal Notices**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors. | Case No. 08-13555 (JMP) |

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.
U.S. Bank National Association, as Trustee

Businesses for sale

FT BUSINESS
[illegible]
Classified Business Advertising
UK: +44 20 7873 4000 [illegible]

# Banks battle for $1bn road

By Helen Thomas in New York

Goldman Sachs and Morgan Stanley are squaring off in the bidding to finance and operate one of Puerto Rico's busiest roads as a 10-month-long privatisation process approaches its conclusion.

The infrastructure funds of the Wall Street rivals are expected to submit final bids at the end of May for the PR-22 concession, a 52-mile highway that runs west of San Juan along Puerto Rico's northern coast, people familiar with the matter said. The project could fetch about $1bn, they added.

Goldman's $3.1bn fund is working with Spain's Abertis on its bid, while Morgan Stanley's $4bn fund is partnered with OHL, another Spanish infrastructure company. The pair were among four groups shortlisted last year to bid on the project. But Citigroup's infrastructure fund and Brazilian toll road operator CCR have since dropped out, people familiar with the process said.

The banks declined to comment. Forthcoming regulations, including the so-called Volcker rule, could limit banks' ability to invest in infrastructure where funds include the bank's own money. However, the rules are still being worked out.

Debt-laden Puerto Rico is blazing ahead with privatising the island's infrastructure, after a troubled period for similar projects in the US. Puerto Rico is a self-governing commonwealth but uses the US dollar and is treated similarly to US states. The island's toll road project, the first of a package of proposed public-private partnerships, would be the largest of its kind since the financial crisis.

Political resistance stymied an ambitious $12.8bn proposal to privatise the Pennsylvania Turnpike in 2008. Other so-called P3 projects, including Pittsburgh's parking garages and meters, have also encountered opposition. But interest in harnessing private capital is picking up as budget constraints force US authorities to scale back construction projects and authorities think about how best to build and improve critical infrastructure.

"There is a significant uptick at the state and local level in terms of the number of governments exploring public-private partnerships as an option and in terms of governments looking at a wider variety of projects, such as toll roads, water and schools," says DJ Gribbin, a managing director at Macquarie Capital.

The Department of Transportation has recently met advisers and state officials to canvass ideas about how to help states bring transport projects to market. Some advisers see Puerto Rico's experience as a possible model for future projects in the US.

Puerto Rico is expected within weeks to launch the privatisation process for San Juan airport, which could become the first such deal in the US. An agreement to privatise Chicago's Midway airport collapsed in 2009 when Citigroup could not find financing for its $2.5bn bid.

PR-22 generated $85.1m of revenue in 2008. The government is offering a 50-year concession to finance, operate and maintain the road, in conjunction with a smaller freeway, PR-6.

Puerto Rico's PR-22 is a 52-mile stretch of highway

**More news at FT.com**

- **Slimmed down** Is tighter regulation in Mexico endangering Carlos Slim's title as the world's richest man? www.ft.com/lexvideo
- **Commodities: 'never catch a falling knife'** Yogi Dewan, founding partner of wealth manager Hassium Asset Management, says that while he would continue to hold certain commodities, now is not the time to buy www.ft.com/ftimvideo
- **STMicro has high hopes for wireless venture** STMicro expects ST-Ericsson wireless joint venture to gain a 15 per cent market share www.ft.com/technology

ft.com/companies

May 23, 2011
The Bolivarian Republic of Venezuela
Oil Indexed Payment Obligations
[illegible]

## Mideast unrest

# Bahrain races to restore normality

### Deadline looms for Grand Prix decision

### Motor circuit staff allege beatings

By Simeon Kerr in Manama

Bahrain, traumatised by months of protest and repression, hopes to reschedule its Formula 1 race for later in the season after it was cancelled in March because of large pro-democracy protests.

Many, especially regime supporters, hope the government will decide by its June 3 deadline to go ahead with the Grand Prix, marking a return to normality for the Gulf business hub.

But even motorsport has been dragged into the Sunni-dominated government's campaign against largely Shia protesters since the crackdown on the Pearl roundabout in mid-March, and widespread allegations of heavyhanded tactics, including torture, undermine the prospect of reconciliation between the majority Shia community and the ruling Sunni elite determined to restore order to the tiny island.

The government-owned Bahrain International Circuit is due to host the Formula 1 race. But about a quarter of its staff – all Shia – were arrested in early April and most have since been suspended or sacked, according to one of those detained who declined to be named for fear of retribution. The group included three women and two senior staff, he told the Financial Times.

"They were all slapping and kicking me as they led me down the corridor," he says of the police, who conceal their identities by using Shia nicknames.

"He [the policeman] put my head between his legs, flipped me on to the floor – and then the beatings really began," according to the detainee, who still has bruises on his kidney and upper back. The beatings worsened if he did not admit he had visited the roundabout, taken orders from Shia politicians, or seen weapons, he said.

BIC declined to comment. One person close to the government says the employees were sacked for cheering the cancellation of the race. The government denies the use of torture.

"Allegations are exaggerated or unfounded to gain international sympathy," says Sheikh Abdulaziz bin Mubarak al-Khalifa, a government spokesman. "They should issue a complaint to the authorities."

He also points out that policemen have been charged for using excessive force against protesters who died in detention.

Moderates in Bahrain hope that the lifting of effective martial law, scheduled for June 1, will be followed by reconciliatory steps introduced by the crown prince, Sheikh Salman bin Hamad al-Khalifa, who also oversees the Grand Prix. But many wonder whether the country can recover from the tough measures instituted as the ruling Al-Khalifa family seeks to put an end to the pro-democracy movement.

"By embarking on a policy of repression, the government is escalating sectarian tensions," says Human Rights First, a US-based human rights group.

"This strengthens extremists . . . and provides a pretext for greater Iranian involvement."

The government's campaign against pro-democracy protesters has allegedly widened to include local journalists working for foreign news agencies.

Mazen Mahdi, a photojournalist with the German Press Agency and Defense News, and Nazeeha Saeed, a reporter for France24 and Radio Monte Carlo, were detained for hours and questioned about their reporting. They said they were abused during their detention and released late Sunday and early Monday.

The country's reputation has been particularly damaged by its alleged targeting of the medical profession. Forty-seven doctors and nurses are facing trial and rights groups are concerned at claims that the police have tortured doctors to secure confessions.

One doctor, recently released after weeks in jail, says she was threatened with rape, beaten on a daily basis and forced to sign confessions. "There was a group of 60 men – they started cursing me, using dirty words," she told the FT. "They were slapping my face and then beating my neck and head. They told me to remain silent when they let me go, warning me that a case could be brought at any time."

The government says Salmaniya hospital was a hive of opposition activity, claiming that Shia doctors refused to treat Sunnis and aggravated protesters' wounds. The tough security clampdown, backed by Saudi Arabia, has been welcomed by many expatriates, who number around half of the island's 1.2m population. Some foreign workers were killed by protesters.

But others fear a grave future with increasing polarisation between cowed Shia and Sunni groups fearful of Iranian involvement in their country's politics.

Many expatriates, including Lebanese nationals who have been harassed because of suspected involvement with Hezbollah, are looking for jobs elsewhere.

"I came to Bahrain thinking it was the Beirut of the Gulf," says one banker, referring to the island's liberal outlook. "But it now reminds me of Lebanon for all the wrong reasons."

In-depth news and analysis, www.ft.com/arabprotests

Red Bull's German driver Sebastian Vettel in action at the Bahrain Formula 1 Grand Prix last year AFP/Getty

### Regime fights back in cyberspace

Facebook, YouTube and Twitter continue to be an important battleground in the propaganda war behind the Arab uprisings, but anti-government voices from Bahrain no longer dominate the debate in cyberspace, writes Simeon Kerr.

Bahrain Online, a banned internet forum, helped plan the protest movement's strategy on February 14, the day of rage inspired by uprisings in north Africa.

One user posted pictures of three potential sites for Bahrain's own Tahrir Square, the location of Egypt's anti-government protests, and users voted for the Pearl roundabout as the ideal site for the events.

The website's founder, Ali Abdulemam, is now being tried in absentia for joining a terrorist plot to overthrow the government, and the disparate February 14 movement has lost many followers from its Facebook site as people fear arrest for political activity.

Since the Saudi-backed crackdown to end the protests, the authorities have demolished the Pearl monument and replaced it with a traffic intersection.

Pro-government activists have also logged on to counter anti-regime voices that were pointing the world's media to video clips of repression and reports on human rights abuses.

In full: www.ft.com/mideast

# EU sets sanctions to raise pressure on Assad

By Joshua Chaffin in Brussels

The European Union has imposed sanctions on Bashar al-Assad, Syria's president, in a further attempt to press his regime to halt a violent crackdown on pro-democracy protests.

The sanctions against Mr Assad and nine other senior regime officials include a travel ban and a freeze on assets held within the 27-member bloc. The curbs follow similar measures taken by the US a week ago.

EU foreign ministers said the bloc "condemns in the strongest terms the ongoing repression in Syria".

William Hague, the UK's foreign secretary, said the sanctions "target those responsible, in particular President Assad. He must change course and immediately introduce meaningful reforms."

In May, EU member states imposed sanctions on 13 top Syrian officials but took the controversial decision to leave Mr Assad off the list. France, in particular, and the UK had pressed for his inclusion but other nations, including Cyprus and Germany, argued that the EU should take a more gradual approach.

The hope was that sparing Mr Assad would help preserve a line of communication and allow the Syrian leader some room for manoeuvre. But that strategy appears to have failed as the regime has, if anything, intensified its crackdown, with casualties believed to have topped 900.

As the upheaval continues in Syria and across north Africa, the EU is seeking to overhaul its so-called neighbourhood policy, which aims to provide trade access, development aid and other inducements to countries in the region that embrace economic and political reform.

**Legal Notices**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors. | Case No. 08-13555 (JMP) |

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.

U.S. Bank National Association, as Trustee

**Business Opportunities**

Fractional Jets Europe

Pilatus PC-12 fractional ownership. Half the price of a jet, and twice as flexible.

For more information: +44 [illegible]

**Contracts & Tenders**

REPUBLIC OF ALBANIA
ELECTRONIC AND POSTAL COMMUNICATIONS AUTHORITY

Public Tender Announcement

Object: "Purchase of the National Testing Center for transmission networks GSM, UMTS, etc."

Available limit fund: 59 758 333 (fifty nine million seven hundred and fifty eight thousand three hundred and thirty three) ALL, VAT excluded or 420 833 (four hundred and twenty thousand eight hundred and thirty three) Euros, VAT excluded.

Deadline for submitting offers: July 08, 2011 (10:00, local time)
Address: Electronic Procurement on the website: www.app.gov.al

Further information: The complete Tender Document may be downloaded from the websites: http://www.app.gov.al/ or www.akep.al or requested at:

Contact: Anbelda Boga, Frederik Kote
Phone: + 355 4 2257347
Fax: + 355 4 2259106
E-mail: anbelda.boga@akep.al, frederik.kote@akep.al

**Business For Sale**

Businesses and Assets for Sale as Going Concerns
Hillcrest International Schools

Hillcrest Secondary School Limited ("HSSL") and Hillcrest School Limited ("HSL") (Both In Receivership)

The Joint Receivers and Managers offer for sale the businesses and assets of HSSL and HSL, as going concerns

- Profitable, leading international schools in sub Sahara Africa delivering the British National Curriculum (as varied)
- Substantial freehold and leasehold premises, covering some 55 acres, in a quiet suburb of Nairobi, Kenya
- Over 600 students from ages 2 to 18 covering in excess of 40 different nationalities
- Consolidated turnover of circa US$7m
- Boarding facilities with material room for expansion
- Extensive sports and recreation facilities
- Significant opportunity to develop and expand existing profile in the International Schools arena

For further information please contact the joint receivers and managers:

Kieran Day and Kereto Marima
Hillcrest International Schools
c/o The Business Advisory Group Limited
PO Box 1404 - 00502
Nairobi
Kenya

Email: hillcrestsale@thebizadvisorygroup.com
Tel: +254 735 337729 or +254 724 372239

INTERESTED PARTIES SHOULD NOTE THAT A FEE WILL BE CHARGED FOR THE INFORMATION MEMORANDUM PREPARED IN CONNECTION WITH THE PROPOSED SALE OF THE SCHOOLS. OTHER PRE-QUALIFICATION TERMS ALSO APPLY, DETAILS OF WHICH WILL BE PROVIDED ON APPLICATION.

**Contracts & Tenders**

Extension of deadline for submitting responses to the Request for Information (R.F.I.)

As a follow-up to the advertisement for a request for information (R.F.I.), of a system for the handling of municipal solid waste (urban sanitation) for the metropolis of Jerusalem, publicized at the beginning of April, 2011.
The Jerusalem Wastewater and Purification Enterprises, Ltd. now informs the public that the time and date for potential respondents to submit responses has been postponed from May 31, 2011 to 1:30 p.m. on June 30, 2011.

**Legal Notices**

In the Matter of the Insolvency Act 1986 and in the Matter of ROVER FRANCE SAS In Administration

Notice of Intended Dividend

[illegible]

Dated 17 May 2011

**The Property Market**

SALE DIRECTLY FROM OWNER –
REAL ESTATE IN EXCELLENT LOCATION

Wien Energie GmbH and Wien Energie Stromnetz GmbH plan to sell the following real estate in a bidding procedure:

Austria 1090 Vienna

Mariannengasse 4–6, Spitalgasse 5–9, Rummelhardtgasse 5–7
Office and parking building, total area of plot of land about 8,600 m², gross floor area about 55,400 m²

Mariannengasse 19, Pelikangasse 1
Office building, total area of plot of land about 1,370 m², gross floor area about 7,900 m²

Mariannengasse 3–5
Office building, total area of plot of land about 1,350 m², gross floor area about 4,800 m²

Austria 1110 Vienna

7, Haidequerstraße 6
Business property, total area of plot of land about 59,000 m², gross floor area about 38,300 m²

For more information on the real estate as well as the bidding procedure see: wienenergie.at/immobilien or wienenergie-stromnetz.at/immobilien

Expressions of interest and requests should be made exclusively in writing to: MSW Rechtsanwälte, att. Dr. René Mayer and Dr. Alexander Strehn, Wipplingerstraße 32, Mezzanin (Intermediate floor), Austria 1010 Vienna, Fax: +43 (0)1 583 77 84-20, E-mail: [illegible]

WIEN ENERGIE STROMNETZ
WIEN ENERGIE

UNIQUE 5 STAR INVESTMENT OPPORTUNITY
MAINLAND SPAIN

Owners with proven track record in the Leisure industry are looking for partner/s to develop site located approx 50 minutes from Malaga Airport bordering the Spanish National Park. Project benefits from the first Full Formal Andalucia Planning of its kind. To build Luxury Mountain Spa resort comprising 144 lodges, 212 touring pitches, conference and leisure facilities etc. Financial plan with secure exit strategy in place.
Interested parties to contact +44(0)7785371770

FINANCIAL TIMES WEDNESDAY MAY 25 2011

17

## Companies | International

# Murdoch signals push into education

### News Corp chief in digital lessons move

**Vision for learning outlined in G8 talk**

By Tim Bradshaw in Paris

Rupert Murdoch signalled that News Corp, the media group he heads, is to make a significant new push into education technology market, in a high-profile speech to the e-G8 conference of internet entrepreneurs and European policymakers in Paris.

Describing education as the "last holdout from the digital revolution", Mr Murdoch outlined a vision for personalised learning and more engagement, delivered by the world's best teachers to thousands of students via the internet.

"The same technologies that transformed every other aspect of modern life

> 'The technologies that transformed every other aspect of life can transform education'

can transform education, provide our businesses with the talent they need to thrive, and give hundreds of millions of young people the fringes of society the opportunity to make their own mark on this global economy," he said.

With Joel Klein, the former New York schools chancellor hired by News Corp in November, Mr Murdoch has visited pioneering educational schemes and classrooms worldwide, including South Korea, California and Sweden.

"Our challenge is to bring what works best – wherever in the world we find it – and put it all together," he said. "My company is determined to try – in a big way."

That determination will see News Corp in a multibillion resume with more established education publishers such as Pearson, owner of the FT, and

McGraw-Hill. Such companies have already invested heavily in digitising their materials and moving to more personalised learning and assessment, although Mr Murdoch's assertion that "today's classroom looks almost exactly the same as it did in the Victorian age".

News Corp first indicated that it was taking the education technology market more seriously in November with the acquisition of 90 per cent of Wireless Generation, a New York company that tracks student performance through mobile devices and assessments software, for $360m.

It indicated then that further acquisitions would follow, even as it plans to spend $100m or more on the new enterprise, most of it through internal costs cutting of more than $100m.

In an impassioned address to delegates of the e-G8 Forum, hosted by Nicolas Sarkozy, the French president ahead of the G8 summit later this week, Mr Murdoch called on the new generation of digital companies to use their skill and influence to do for education what they have already done for the media and advertising world.

"Now we need to ... make mathematics a sticky, immersive target the eight-grade girls who might want to be physicists and to personalise the reading for each student," he said. "I want to engage young people in new ways. That key is the software ... not a company or a tablet or some other device."

Additional reporting by Jennifer Thompson in Paris



Rupert Murdoch spoke of revolution in education

# Online grocers gain ground in US

First food: Freshdirect is planning to expand after better technology helped it become profitable

**Doubts remain about expanding beyond cities into the suburbs, writes Alan Rappeport**

The online grocery business was billed a dotcom bust a decade ago, when venture capital-backed start-ups collapsed under the weight of ambitious expansion plans.

But Walmart's recent foray into the market shows how the business of food delivery has progressed during the past 10 years, with big bets on fresh groceries bringing big companies and incumbent market alarms that have been looking to expand to the grocery delivery space.

Grocery delivery has been increasing as US customers cope with soaring petrol prices. Analysts expect the demand, but for Internet retailers, the challenge is convincing local customers that they can have fresh food trucks are fuel-hungry too.

FreshDirect in New York has been a case study of methodical expansion since it started delivering groceries and selling meals in the New York area seven years ago. The privately held company hauls from the snakskin of fadid companies such as Webvan and,

after early missteps, has gradually expanded its footprint in New York, New Jersey and Connecticut.

An early participant in online grocery, FreshDirect – which sources food from farms to shorten the time between procuring and delivering – initially found trouble with quality control and struggled to get orders correct. Better technology has helped the company become profitable and, with 85 per cent growth last year, it is planning a national expansion.

"There are going to be lots of people interested in it and we expect competition," says Jason Ackerman, founder and chief executive of FreshDirect. "That's why we've been so slow to roll out across the country because we have been so focused on how to get this model right."

Increased competition for key markets was highlighted in March when PepsiCo, a FreshDirect rival that was founded in 1998, made its debut in New York city. PepsiCo works with bricks-and-mortar chains such as Stop & Shop and Giant and now serves 12 states and Washington DC.

According to PepsiCo, online food shopping is more feasible now than it ever was because of greater broadband access and the

spread of smartphones, which has made buying even more convenient.

"The consumer is arriving in the uninvest," says Mike Beskind, chief operating officer and head of marketing at PepsiCo. "In 2005, it might have been too early."

Walmart's online debut in San Jose, California, follows a similar experiment by Amazon, which sells a groceries in some parts of the Seattle area, Meanwhile, US grocery chains such as



Challenges: Dalton Philips, Wm Morrison chief executive

Kroger, Safeway and Whole Foods all have started offering limited delivery options.

The delivery market in the UK is also becoming more crowded. Earlier this year, Wm Morrison, the UK grocery chain, took a 10 per cent stake in FreshDirect, investing $32m to fund its US expansion and help develop its online business in the UK. Wm Morrison is looking to vie for online

customers with competitors such as Ocado and Tesco.

Although the concept of buying food online is gaining acceptance, sceptics still doubt that significant customers of consumers will choose to buy food without seeing and touching it first.

Meanwhile, some analysts argue that the economics of delivery can only work if there is an area of high-population density, where delivery is more efficient and people trip less on cars. "At bricks-and-mortar grocery stores, the customer does all the work in rural areas," says Peter Larkin, head of the NGA. "I think as national opportunity market-by-market, there may be some areas where people are willing to pay for delivery.

Even Dalton Philips, Wm Morrison's chief executive, says it will be several years before online food shopping is a given mass in the UK.

He predicts that areas suffering from low density of consumers will struggle to generate sufficient return on capital. "I think it's going to be hard to make the delivery economics work in the suburbs of middle America," says Mr Ackerman. "We're going to be very focused by focusing on dense, urban markets first."

John Deighton, a professor of marketing at Harvard, is sceptical that online grocery can reach mass market. "Online food shopping represents just 1 to 2 per cent of the $1,000bn food market in the US.

"Obviously there was a lot of e-failures eight years ago, when people thought that business was going to do away," says Prof Deighton. "But the moral of the story is that there is nobody invested any real money in it," he says. "It remains a niche business."

Additional reporting by Logan Siler

VIDEO ON FT.COM

FreshDirect is one of a growing number of US online grocery businesses using technology to push expansion www.ft.com/groceries

# Intel joins shift to China as executive takes Beijing brief

By Kathrin Hille in Beijing and Robert Jonse in Hong Kong

Intel is moving Sean Maloney, one of its most senior executives, to Beijing as chairman of its China operations, reflecting the rise of China as one of the world's most important markets for multinationals.

Mr Maloney, an executive vice-president who was head of Intel's architecture

group in Silicon Valley in California, has in the past been sanctioned as a potential successor to Paul Otellini, Intel's chief executive.

"[It is] an unprecedented move for Intel to place one of its most senior executives in China," the company said.

"Companies are looking at China at a second home market," said Joseph Ngai of McKinsey in Hong Kong. This recent building controversy shows that what a company worth of its executive office to Asia.

In January John Rice, a vice-chairman at General Electric, was appointed to head the company's global operations – all business

and reputation, just as they would in their home markets, he said.

In December, Caterpillar, the world's biggest maker of earthmoving equipment by revenue, moved group president Rich Lavin from the US to Hong Kong – the first of five of its top leaders to relocate a number of his executive office in Asia.

Analysts said there was strong business reason for moving senior executives closer to the Chinese mar-

outside the US – from Hong Kong. He had been based in GE's US headquarters.

Further moves are expected. Another, shifting its regional headquarters for Asia-Pacific and Africa from Switzerland to Singapore in 2009, installing functional executives from headquarters in the country. Paul Etchells, deputy president and head of its multinationals, head Nestlé, last year announced plans to shift regional headquarters to Shanghai.

The number of multinationals with regional headquarters in Shanghai has

reached from $24 in 2006 to 305 in 2010, including 74 Fortune Global 500 companies, according to the Shanghai statistics bureau.

Intel said Mr Maloney would take up the new position as chairman of Intel China and relocate to Beijing from China. Since 2009, leading functional executives from the region for more than a year, have announced plans to shift its regional headquarters to Shanghai.

The number of multinationals with regional headquarters in Shanghai has

# Microsoft launches handset software upgrade

By Paul Taylor in New York

Microsoft launched a new version of its Windows Phone 7 smartphone operating system in New York on Tuesday, announcing that it would prove the first of a new generation of Nokia handsets due to launch late this year.

The two technology companies in April finalised a deal to team up in the smartphone market as they try to fight back against the dominance of devices such as Apple's iPhone and those running on Google's Android.

Andy Lees, president of Microsoft's Mobile Communications Business, demonstrated a preview of the next version of Windows Phone software, codenamed "Mango", which he said would be available for new to Windows Phone 7 users this autumn and described as a major upgrade, launching the next chapter to Microsoft's mobile phone ambitions.

Microsoft launched the Phone 7 operating system seven months ago in an attempt to catch up with features found on the iPhone and other powered smartphones but while Phone 7 has been well-received by reviewers, it has made little headway in the market in part because of the limited number of apps/tools which it is available.

Microsoft has said that advanced features that disclosed how many Phone 7 handsets have been sold since its launch, but Gartner, the research group, estimates that about 1.6m Phone 7 smartphones were shipped in the first quarter. Microsoft's share of the mobile phone market in the first quarter was just 3.6 per cent however, against 36 per cent for Android powered handsets.

Phone 7 handsets are currently available from Samsung, LG, HTC and Dell. Mr Lees said the Mango upgrade to Phone 7 would also be available on handsets from Acer, Fujitsu and ZTE, and "if current Nokia handset partnership with Nokia was proceeding well.

● Lawyers for Microsoft on Tuesday began an appeal against the European Commission in what could be the final tussle in its antitrust battle in Europe which has consumed the group for more than a decade. writes Nikki Tait in Brussels

Most of the issues between the company and competition regulators in Brussels were settled at the end of 2009. But Microsoft has continued to pursue an outstanding appeal to one of the European Union's top courts over the right of the Commission to impose certain penalties during the lengthy legal struggle.

The Commission fined Microsoft €390m ($1.3bn) for non-compliance with its original decision several years earlier. Intel the company had invoiced €15.6m; Intel, however, antitrust rules and abused a dominant market position in PC computer operating systems.

Interview with Andy Lees, Page 18

## News digest

### Mecom lures Endemol official

Tom Toumazis, chief commercial officer of television production company Endemol, has been appointed head of Mecom, the pan-European newspaper group, following a search process that has taken more than six months.

Mr Toumazis is expected to join the group in August when Stephen Davidson, currently executive chairman, will become non-executive chairman.

Mecom has been without a chief executive since David Montgomery, the group's founder and former chief executive, was ousted by rebel shareholders in January.

Mr Montgomery had indicated to Mecom's board that he wished to stay on as chief executive but

Legal & General and Aviva threatened to call an extraordinary general meeting if he did not step down.

*Salamander Davvault, London*

### France Telecom bullish on 4G

France Telecom has stressed its determination to remain the leading operator in France after the government limited the amount of 4G wireless frequencies a single company can buy when they are auctioned at the end of the year.

"Our target is to be the leader in France for broadband networks, both fixed and mobile," Stéphane Richard, chairman and chief executive of France Telecom said on Tuesday.

While the audience of the auction are "very



Focus on operations: Stéphane Richard

complicated" the French group "will definitely apply to buy some spectrum", he said.

Eric Bevan, industry watcher, announced the operator had made the following following by France Telecom confirms MI5 Beaujean and filed amid

tractors that France Telecom could embark in a lead by acquiring more of the frequencies.

*Jennifer Thompson, Paris*

### MoI buy-back to cost €1.9bn

Hungary is set to pay €1.9bn (€0.6bn) to buy back more than one-fifth of MoI, the oil and gas company, from Russia's Surgutneftegaz, the sensitive Russian energy group, ending a long-running share purchase saga that stained relations between Budapest and Moscow.

Surgut acquired a 21.2 per cent stake in MoI in 2009 from OMV, the Austrian energy group, which had foiled its first attempt to acquire MoI via a hostile takeover.

MoI viewed the purchase as unfriendly and claimed OMV had acted as a front for Russian interests. It

subsequently prevented Surgut from joining the share register or sitting at its annual meetings.

"From a national strategic point of view, we have managed to place one of the most important transactions of the decade," said Zoltán Illés, Hungary's prime minister. "No country can be strong if it doesn't own its national energy interests.

*Neil Buckley, Moscow*

### Hana carrying on with KEB talks

South Korea's Hana Financial Group said it had agreed to continue talks to finalise its $4.1bn deal to buy Korea Exchange Bank from the buy-out fund Lone Star, a further delay on the long-running saga.

Both Hana and Lone Star want to buy same time to save what would be the country's largest banking deal after unresolved legal disputes delayed regulatory approval this month.

The deal is also demanding a higher price for the KEB stake to reflect gains from the bank's recent sale of a stake in Hyundai Engineering & Construction, a Hana official, who requested anonymity, said.

### Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., et al.

Chapter 11 Case No. 08-13555 (JMP)

IMPORTANT NOTICE for the holders of securities issued by the following issuers: ABLIX CDO 1, LTD., AIRLIE LCDO I CAYMAN LCDO 2006-II, LTD., AIRLIE LCDO 76-II, LTD., LIMITED, AVIV LCDO 2006-I, LIMITED, AVIV LCDO 2006-II, LIMITED, EXUM RIDGE CDO 2006-I, LTD., EXUM RIDGE CDO 2006-II, LTD., EXUM RIDGE CBO 2006-3, LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., PEBBLE CREEK 2006-I, LTD., PEBBLE CREEK 2006-II, LTD., PEBBLE CREEK 2006-III, LTD., WHITE MARLIN CDO 2007-I, LTD., and RACERS 2006-20-C.