B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>    Case No. <u>08-13555 Jointly Administered</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Paulson Partners Enhanced, L.P. | Barclays Bank PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Paulson Partners Enhanced, L.P.
    c/o Paulson & Co.
    1251 Avenue of the Americas
    50th Floor
    New York, NY 10020
    Attn: James Olivo

Phone: 212-599-6323 (p) 212-977-9505 (f)
Last Four Digits of Acct #: _____

Court Claim # (if known): 15367
Amount of Claim Transferred: $3,414,535.30
Date Claim Filed: 9/17/2009

Phone: N/A
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 7/10/13
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court for the Southern District of New York

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Barclays Bank PLC ("**Assignor**") does hereby unconditionally and irrevocably sell, transfer and assign unto Paulson Partners Enhanced, LP. ("**Assignee**") all rights, title and interest in and to the claim of Assignor referenced as proof of claim number 15367 to the extent of the amount of $3,414,535.30, which has been allowed in the amount of $2,835,550.00 (the "**Claim**") against Lehman Brothers Special Financing Inc. (the "**Debtor**") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9 day of July, 2013.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **BARCLAYS BANK PLC** | **PAULSON PARTNERS ENHANCED, LP.** |
| *[signature]* | |
| Name: Aileen Montana (Authorized Signatory) | Name: |
| Title: Vice President | Title: |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court for the Southern District of New York

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Barclays Bank PLC ("**Assignor**") does hereby unconditionally and irrevocably sell, transfer and assign unto Paulson Partners Enhanced, LP. ("**Assignee**") all rights, title and interest in and to the claim of Assignor referenced as proof of claim number 15367 to the extent of the amount of $3,414,535.30, which has been allowed in the amount of $2,835,550.00 (the "**Claim**") against Lehman Brothers Special Financing Inc. (the "**Debtor**") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9 day of July, 2013.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **BARCLAYS BANK PLC** | **PAULSON PARTNERS ENHANCED, LP.** |
| Name:<br>Title: | Name: **Stuart Merzer**<br>Title: **Authorized Signatory** |