B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Commercial Paper Inc.**  Case No. **08-13555**
**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**          **DRYDEN XIV – EURO CLO 2006**
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 16857
should be sent:                                     Total Amount of Claim Transferred:
                                                    USD $147,528.47
Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036                                  Date Claim Filed: Sept. 18, 2009
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com


Name and Address where transferee payments
should be sent (if different from above):



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _/s/Ronald Torok_____          Date: _____7/11/13_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Dryden XIV – Euro CLO 2006 ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Banc of America Credit Products, Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Seller against **Lehman Commercial Paper Inc.** (Claim No.: 16857) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this transfer as an unconditional assignment and the Transferee herein as the valid owner of the Claim. Transferor acknowledges and agrees that Transferee shall be the holder of record of the Claim and shall identify itself as such on the records of the Bankruptcy Court.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of July, 2013.

DRYDEN XIV – EURO CLO 2006
By: Pramerica Investment Management ( a
trading name of Prudential Investment
Management, Inc.), as Collateral Manager
By: Pramerica Investment Management
Limited, as sub advisor

By: _____
Name:
Title: Tarun Buxant
      Authorised Signatory
BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:   **Ronald Torok**
         **Managing Director**

19

84722115v2