SHARI L. FREIDENRICH
ORANGE COUNTY TREASURER-TAX COLLECTOR
Office of the Orange County Tax Collector
12 Civic Center Plaza, Room G40
Post Office Box 1438
Santa Ana, CA 92702-1438

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC.

Debtor.

Case No.: 8-13555 JMP
Chapter: 11

**WITHDRAWAL OF CLAIM FOR EXPENSES OF ADMINISTRATION FILED BY ORANGE COUNTY TREASURER-TAX COLLECTOR**

**[NO HEARING DATE]**

**TO ALL INTERESTED PERSONS AND THEIR COUNSEL OF RECORD, IF ANY:**

//
//
//
//
//
//
//
//
//

*./*
-1-
WITHDRAWAL OF CLAIM FOR EXPENSES OF ADMINISTRATION

The undersigned claimant hereby withdraws its Claim for Expenses of Administration (Claim 3013) for post-petition estimated taxes for 2009-2010 filed on February 25, 2009 pursuant to 11 U.S.C § 503 in the amount of $ 14,217.08.

DATED: July 8, 2013

        SHARI L. FREIDENRICH
        Orange County Treasurer-Tax Collector

By: _R.D. Butani_____
    Ratna D. Butani,
    Deputy Tax Collector

-2-
WITHDRAWAL OF CLAIM FOR EXPENSES OF ADMINISTRATION

# PROOF OF SERVICE BY MAIL

## (CCP SEC. 1013A, 2015.5)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:     Proof of Claim

US BANKRUPTCY COURT

On July 8, 2013, I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X]  (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

[X]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this July 8, 2013

at Santa Ana, California by

Roeth Bunn
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:

| Attorney for the Debtor | Claims and Noticing Agent |
|---|---|
| Harvey R. Miller | Epiq Bankruptcy Solutions, LLC |
| Weil, Gotshal & Mangers, LLP | (f/k/a Bankruptcy Services LLC) 757 Third Avenue, 3rd floor |
| 767 Fifth Avenue | New York, NY 10017 |
| New York, NY 10153 | |