WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                :
                    Debtors.                    :    **(Jointly Administered)**
                                                :
------------------------------------------------------------------x

## NOTICE OF CORRECTED EXHIBIT
## WITH RESPECT TO THIRTEENTH NOTICE OF WITHDRAWAL
## OF DEBTORS' APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE THAT** on June 27, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a notice of withdrawal [ECF No. 38227] (the "Thirteenth Notice of Withdrawal")[1] of their application to assume the executory contracts identified on Exhibit B annexed thereto (the "Initial Exhibit"), as more fully described in the Thirteenth Notice of Withdrawal.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a corrected version of the Initial Exhibit, a copy of which is annexed hereto as Exhibit 1 (the "Corrected Exhibit"). The Corrected Exhibit supersedes the Initial Exhibit originally filed with the Court.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Thirteenth Notice of Withdrawal.

US_ACTIVE:\44293003\3\58399.0011

**PLEASE TAKE FURTHER NOTICE** that a blacklined version of the Corrected Exhibit that reflects the correction made to the Initial Exhibit is annexed hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that notice of the Corrected Exhibit has been served in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635] on (i) all parties who have requested notice in these chapter 11 cases and (ii) all notice addresses listed on the Initial Exhibit and/or the Corrected Exhibit.

**PLEASE TAKE FURTHER NOTICE** that, other than the Corrected Exhibit, the Thirteenth Notice of Withdrawal remains otherwise unaffected.

Dated: July 12, 2013
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit 1

(Corrected Exhibit)

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LION CITY CDO 2006-2 LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002, AS AMENDED AND RESTATED ON JULY 22, 2005 | C/O WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH ST., 14TH FL. NY, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NY, NY 10022 |
| | | | SIDLEY AUSTIN LLP BRYAN KRAKAUER ROBERT J. ROBINSON ALEX R. ROVIRA SOPHIA P. MULLEN 787 SEVENTH AVENUE NY, NY 10019 |
| MASSACHUSETTS HOUSING FINANCE AGENCY | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JUNE 10, 2002 AND ISDA MASTER AGREEMENT, DATED AS OF JULY 18, 2008 | ONE BEACON STREET BOSTON, MA , 02108 ATTN: TIMOTHY SULLIVAN |
| | | | ROPES & GRAY LLP JOSE RAUL ALCANTAR VILLAGRAN 1211 AVENUE OF THE AMERICAS NY, NY 10036-8704 |
| | | | ROPES & GRAY LLP D. ROSS MARTIN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON, MASSACHUSETTS 02199 |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVE., 34TH FL NY, NY 10017-5010 |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| SAINT JOSEPH'S UNIVERSITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF MAY 16, 2006 | SAINT JOSEPH'S UNIVERSITY<br>5600 CITY AVENUE<br>PHILADELPHIA, PA, 19131<br>ATTN: LOUIS MAYER, VP OF FINANCIAL AFFAIRS |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVE., 34TH FL<br>NY, NY 10017-5010 |
| SHINHAN BANK | LEHMAN BROTHERS COMMERCIAL CORPORATION | | APEX LLC<br>16-18F, MERITZ TOWER, 825-2 YEOKSAM-DONG<br>GANGNAM-GU, SEOUL<br>135-934<br>KOREA<br>JONG BAEK PARK/KYU HYUN SONG |
| TOPAZ FINANCE LTD 2005-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002, AS AMENDED AND RESTATED ON JULY 22, 2005 | 540 WEST MADISON STREET, 25TH FLOOR<br>CHICAGO, IL, 60661<br>ATTN: MATTHEW MASSIER |
| | | | BNY CORPORATE TRUSTEE SERVICES LIMITED – LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH ST., 14TH FL.<br>NY, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVE.<br>NY, NY 10022 |
| YORK HOSPITAL | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JUNE 1, 1993 | 1001 SOUTH GEORGE STREET<br>YORK, 17405<br>ATTN: VICE PRESIDENT FINANCE |

B-2

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | BALLARD SPAHR LLP<br>CHRISTOPHER S. CHOW<br>919 N. MARKET ST., 11TH FL.<br>WILMINGTON, DE 19801 |
| | | | BALLARD SPAHR LLP<br>WILLIAM A. SLAUGHTER<br>1735 MARKET ST., 51ST FL.<br>PHILADELPHIA, PA 19103-7599 |

B-3

**Exhibit 2**

(Blackline of Corrected Notice)

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LION CITY CDO 2006-2 LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002, AS AMENDED AND RESTATED ON JULY 22, 2005 | C/O WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH ST., 14TH FL. NY, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NY, NY 10022 |
| | | | SIDLEY AUSTIN LLP BRYAN KRAKAUER ROBERT J. ROBINSON ALEX R. ROVIRA SOPHIA P. MULLEN 787 SEVENTH AVENUE NY, NY 10019 |
| MASSACHUSETTS HOUSING FINANCE AGENCY | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JUNE 10, 2002 AND ISDA MASTER AGREEMENT, DATED AS OF JULY 18, 2008 | ONE BEACON STREET BOSTON, MA , 02108 ATTN: TIMOTHY SULLIVAN |
| | | | ROPES & GRAY LLP JOSE RAUL ALCANTAR VILLAGRAN 1211 AVENUE OF THE AMERICAS NY, NY 10036-8704 |
| | | | ROPES & GRAY LLP D. ROSS MARTIN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON, MASSACHUSETTS 02199 |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVE., 34TH FL NY, NY 10017-5010 |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ~~PYXIS ABS CDO 2007-1~~ | ~~LEHMAN BROTHERS SPECIAL FINANCING INC.~~ | ~~ISDA MASTER AGREEMENT, DATED AS OF MARCH 6, 2007~~ | ~~LASALLE BANK NATIONAL ASSOCIATION~~<br>~~181 WEST MADISON STREET, 32ND FL~~<br>~~CHICAGO, IL, 60602~~<br>~~CDO TRUST SERVICES GROUP - PYXIS ABS CDO 2007-1 LT~~ |
| | | | ~~PYXIS ABS CDO 2007-1 LTD.C/O MAPLES FINANCE LIMITED~~<br>~~P.O. BOX 1093 GT, QUEENSGATE HOUSE~~<br>~~SOUTH CHURCH STREET~~<br>~~GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS~~<br>~~CDO TRUST SERVICES GROUP - PYXIS ABS CDO 2007-1 LT~~ |
| | | | ~~CHAPMAN AND CUTLER LLP~~<br>~~JAMES E. SPIOTTO~~<br>~~ANN E. ACKER~~<br>~~FRANKLIN H. TOP, III~~<br>~~JAMES HEISER~~<br>~~111 WEST MONROE STREET~~<br>~~CHICAGO, ILLINOIS 60603~~ |
| | | | ~~CHAPMAN AND CUTLER LLP~~<br>~~CRAIG M. PRICE~~<br>~~330 MADISON AVE., 34TH FL~~<br>~~NY, NY 10017-5010~~ |
| | | | ~~MAYER BROWN LLP~~<br>~~BRIAN TRUST~~<br>~~STEVEN WOLOWITZ,~~<br>~~CHRISTOPHER J. HOUPT~~<br>~~1675 BROADWAY~~<br>~~NY, NY 10019~~ |
| | | | ~~SIDLEY AUSTIN LLP~~<br>~~ALEX R. ROVIRA~~<br>~~787 SEVENTH AVENUE~~<br>~~NY, NY 10019~~ |
| | | | ~~ALSTON & BIRD LLP~~<br>~~MICHAEL E. JOHNSON~~<br>~~90 PARK AVENUE~~<br>~~NY, NY 10016~~ |
| | | | ~~ALSTON & BIRD LLP~~<br>~~JOHN C. WEITNAUER~~<br>~~1201 WEST PEACHTREE ST.~~<br>~~ATLANTA, GEORGIA 30309~~ |

B-2

Pg 10 of 11

| **Counterparty** | **Debtor** | **Title of Agreement** | **Notice Address** |
|---|---|---|---|
| SAINT JOSEPH'S UNIVERSITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF MAY 16, 2006 | SAINT JOSEPH'S UNIVERSITY<br>5600 CITY AVENUE<br>PHILADELPHIA, PA, 19131<br>ATTN: LOUIS MAYER, VP OF FINANCIAL AFFAIRS |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVE., 34TH FL<br>NY, NY 10017-5010 |
| SHINHAN BANK | LEHMAN BROTHERS COMMERCIAL CORPORATION | | APEX LLC<br>16-18F, MERITZ TOWER, 825-2 YEOKSAM-DONG<br>GANGNAM-GU,SEOUL<br>135-934<br>KOREA<br>JONG BAEK PARK/KYU HYUN SONG |
| TOPAZ FINANCE LTD 2005-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002, AS AMENDED AND RESTATED ON JULY 22, 2005 | 540 WEST MADISON STREET, 25TH FLOOR<br>CHICAGO, IL, 60661<br>ATTN: MATTHEW MASSIER |
| | | | BNY CORPORATE TRUSTEE SERVICES LIMITED – LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH ST., 14TH FL.<br>NY, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVE.<br>NY, NY 10022 |
| YORK HOSPITAL | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JUNE 1, 1993 | 1001 SOUTH GEORGE STREET<br>YORK, 17405<br>ATTN: VICE PRESIDENT FINANCE |

B-3

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | BALLARD SPAHR LLP<br>CHRISTOPHER S. CHOW<br>919 N. MARKET ST., 11TH FL.<br>WILMINGTON, DE 19801 |
| | | | BALLARD SPAHR LLP<br>WILLIAM A. SLAUGHTER<br>1735 MARKET ST., 51ST FL.<br>PHILADELPHIA, PA 19103-7599 |

B-4