UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                              Debtors.                         :   (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
|---|---|
| Creditor Name and Address: | BEINT, L.L.C.<br>PO Box 8342<br>New York, NY 10150<br>E-Mail: tradeclaims@beint.net<br><br>With a copy to:<br>Scott H. Rosenblatt<br>Reitler Kailas & Rosenblatt LLC<br>885 Third Avenue, 20th Floor<br>New York, New York 10022<br>Telephone: (212) 209-3040<br>Facsimile: (212) 371-5500<br>E-Mail: srosenblatt@reitlerlaw.com |
| Claim Number: | 67281 |
| Date Claim Filed: | December 28, 2010 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $346,110.98 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

BEINT, L.L.C.

| Signature: [signature] | Title: Authorized Signatory |
|---|---|
| Printed Name: Scott H. Rosenblatt | Dated: July 8, 2013 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :
                       Debtors.                 :   (Jointly Administered)
---------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2013 JUL -9  A 11: 09
S.D.N.Y.

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | BEINT, L.L.C.<br>PO Box 8342<br>New York, NY 10150<br>E-Mail: tradeclaims@beint.net<br><br>With a copy to:<br>Scott H. Rosenblatt<br>Reitler Kailas & Rosenblatt LLC<br>885 Third Avenue, 20th Floor<br>New York, New York 10022<br>Telephone: (212) 209-3040<br>Facsimile: (212) 371-5500<br>E-Mail: srosenblatt@reitlerlaw.com |
| Claim Number: | 67279 |
| Date Claim Filed: | December 28, 2010 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $510,649.19 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

BEINT, L.L.C.

| | |
|---|---|
| Signature: *[signature]* | Title: Authorized Signatory |
| Printed Name: Scott H. Rosenblatt | Dated: July 8, 2013 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :
                      Debtors.                     :     (Jointly Administered)
------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2013 JUL -9 A 11: 09
S.D.N.Y.

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
|---|---|
| Creditor Name and Address: | BEINT, L.L.C. PO Box 8342 New York, NY 10150 E-Mail: tradeclaims@beint.net  With a copy to: Scott H. Rosenblatt Reitler Kailas & Rosenblatt LLC 885 Third Avenue, 20th Floor New York, New York 10022 Telephone: (212) 209-3040 Facsimile: (212) 371-5500 E-Mail: srosenblatt@reitlerlaw.com |
| Claim Number: | 3584 |
| Date Claim Filed: | March 31, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $200,530,046.91 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

BEINT, L.L.C.

| Signature: [signed] | Title: Authorized Signatory |
|---|---|
| Printed Name: Scott H. Rosenblatt | Dated: July 8, 2013 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
                    Debtors.                :    (Jointly Administered)

---------------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2013 JUL -9 A 11: 09
S.D.N.Y.

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Chapter 11 Case No.: 08-13555 |
|---|---|
| Creditor Name and Address: | BEINT, L.L.C.<br>PO Box 8342<br>New York, NY 10150<br>E-Mail: tradeclaims@beint.net<br><br>With a copy to:<br>Scott H. Rosenblatt<br>Reitler Kailas & Rosenblatt LLC<br>885 Third Avenue, 20th Floor<br>New York, New York 10022<br>Telephone: (212) 209-3040<br>Facsimile: (212) 371-5500<br>E-Mail: srosenblatt@reitlerlaw.com |
| Claim Number: | 67282 |
| Date Claim Filed: | December 28, 2010 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $1,384,685.82 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

BEINT, L.L.C.

| Signature: [signature] | Title:<br>Authorized Signatory |
|---|---|
| Printed Name:<br>Scott H. Rosenblatt | Dated:<br>July 8, 2013 |