CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7000
Facsimile: (516) 296-7111
Richard J. McCord, Esq.
rmccord@certilmanbalin.com

*Attorneys for Monti Family Holding Company, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                       :

                                                             :       Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                    Case No.: 08-13555(JMP)
                                                             :
                         Debtors.                                    (Jointly Administered)
                                                             :
-------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF MONTI FAMILY HOLDING COMPANY, LTD FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS HOLDINGS INC AND OTHER ENTITIES**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of Monti Family Holding Company, Ltd ("Movant"), by and through its counsel, Certilman Balin Adler & Hyman, LLP, Seeking Leave to Conduct Rule-2004 Discovery of the Debtor, Lehman Brothers Holdings, Inc. and Other Entities (Docket No. 16803), which is scheduled for July 17, 2013, at 10:00 a.m. (Eastern Time), has been adjourned by agreement with the Debtors and Movant, to September 18, 2013 at 10:00 a.m. The hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004-1408, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

1                                                                                    2690538.1

Dated: East Meadow, New York
July 12, 2013

**CERTILMAN BALIN ADLER & HYMAN, LLP**

By:   /s/ Richard J. McCord
**RICHARD J. MCCORD, ESQ.**
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000

*Attorneys for Monti Family Holding Company, Ltd.*