James H.M. Sprayregen, P.C.
Jeffrey Gettleman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) |
| | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc. 08-13555 (JMP) |
| **Creditor Name and Address:** | Lehman Brothers Australia Limited (in liquidation) c/o Mr. Marcus Ayres and Mr. Stephen Parbery PPB Level 46, MLC Centre 19 Martin Place Sydney, NSW, Australia, 2000 |
| **Court Claim Number:** | 58607 (Part only—See Below) |
| **Date Claim Filed:** | October 30, 2009 |
| **Total Amount of Claim filed:** | Contingent and Unliquidated |

Lehman Brothers Australia Limited (in liquidation) (hereinafter, the "**Credito**r") having filed the above-referenced proof of claim ("**Claim**"), hereby gives notice of the partial withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby partially withdraws the Claim but only in respect to that part of the Claim referred to on p. 5 of Exhibit A to the Four Hundred Seventeenth Omnibus Objection to Claims (No Liabilities Derivatives Claims) dated June 13, 2013 [ECF No: 37956] and on p. 5 of Exhibit A to the Notice of Corrected Exhibit to Four Hundred Seventeenth Omnibus Objection to Claims [ECF. 38025] and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. The Creditor reserves all rights, including but not limited to defenses, counterclaims, setoffs and recoupments with respect to the remaining (non-withdrawn) portions of Claim 58607.

Dated: July 12, 2013              /s/ *Jeffery. W. Gettleman*
                                           Name: Jeffrey Gettleman
                                           Title: Partner