B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                    Case No. **08-13555 (JMP)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**York Global Finance BDH, LLC**            **Deutsche Bank AG, London Branch**
Name of Transferee                          Name of Transferors

Name and Address where notices to transferee       Court Claim # (if known):  19968
should be sent:

York Global Finance BDH, LLC
York Capital Management
767 5th Avenue, 17th Fl.
New York, NY 10153                          Transferred Claim Amount: $16,841,923.94
Attn: Lauren Searing                        Date Claim Filed:  9/21/2009
Email: bankdebt@yorkcapital.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____/s/Kevin M. Carr_____          Date:  ___7/12/2013_____
            Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the
           "Bankruptcy Court")
Attn:      Clerk

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number **19968**

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for
good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged,
does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned
unto:

**York Global Finance BDH, LLC**
York Capital Management
767 5th Ave, 17th Fl
New York, NY 10153
Ph 212-710-6549
Fax 212-710-6590
Attn: Lauren Searing
Email: bankdebt@yorkcapital.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim
Number **19968** (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other
court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records
of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law
any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of
Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable
law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy
Court may be entered without further notice to Seller transferring to Buyer the Claim and
recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and
other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 9, 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____

Name: JAMIE FOOTE

Title: V.P.

By: _____

Name: SIMON GWENNIE

Title: V.P.

**YORK GLOBAL FINANCE BDH, LLC**

By: _____

Name:

Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July _5_ , 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____

    Name:
    Title:

By: _____

    Name:
    Title:

**YORK GLOBAL FINANCE BDH, LLC**

By: _____

    Name: *KEVIN M. CARR*
    Title: *DIRECTOR OF OPERATIONS*

Error! Digit expected.