B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
                                               (Jointly Administered)
                        Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HLTS Fund II LP | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HLTS Fund II LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attention: Matt Seltzer
Telephone: 212-303-9487
Fax: 212-838-8299
mseltzer@halcyonllc.com
pdesai@halcyonllc.com
jgreene@halcyonllc.com

Court Claim # (if known): 20187
Amount of Claim as Filed: USD 41,193,779.00
Amount of Claim Transferred: 14.56% (which correlates to USD 5,998,000.00 of the Claim as filed)
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HLTS FUND II LP
By: Halcyon Long Term Strategies LP, Its Investment Manager

By: _____     Date: July 11, 2013
    Transferee/Transferee's Agent
    James W. Sykes
    Managing Principal

By: _____     Date: July 11, 2013
    Transferee/Transferee's Agent    David Martino
                                     Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HLTS FUND II LP
By: Halcyon Long Term Strategies LP, Its Investment Manager

By: _____    Date: _____
      Transferee/Transferee's Agent

By: _____    Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
      Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory

*Signature Page to Partial Transfer of Claim Other than for Security*