B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, | Case No. <u>08-13555 (JMP)</u> |
| Debtors. | (Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HCN LP</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HCN LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attention: Matt Seltzer
Telephone: 212-303-9487
Fax: 212-838-8299
mseltzer@halcyonllc.com
pdesai@halcyonllc.com
jgreene@halcyonllc.com

Court Claim # (if known): <u>20187</u>
Amount of Claim as Filed: <u>USD 41,193,779.00</u>
Amount of Claim Transferred: <u>29.00% (which correlates to USD 11,947,000.00 of the Claim as filed)</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HCN LP
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _____   Date: _July 11, 2013_
    Transferee/Transferee's Agent James W. Dykes
    Managing Principal

By: _____   Date: _July 11, 2013_
    Transferee/Transferee's Agent  David Martino
    Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

*Signature Page to Partial Transfer of Claim Other than for Security*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HCN LP
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _____    Date: _____
      Transferee/Transferee's Agent


By: _____    Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Michelle Latzoni
      Transferor/Transferor's Agent  Authorized Signatory


*Signature Page to Partial Transfer of Claim Other than for Security*