## EVIDENCE OF TRANSFER OF LBHI CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Citigroup Financial Products Inc. (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of USD 25,623,204.00 (the "LBHI Claim"), and assigned claim no. 27974.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of July 2013.

| | |
|---|---|
| ASSIGNEE: CITIGROUP FINANCIAL FINANCIAL PRODUCTS INC.<br>c/o Citibank, N.A.<br>1615 Brett Road Ops III<br>New Castle, DE 19720<br>Attn: Brian Blessing/ Brian Broyles<br><br>Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ | ASSIGNOR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD<br>Address: c/o Drawbridge Global Macro Advisors LLC<br>1345 Avenue of the Americas,<br>New York, NY 10105<br>Tel: 212-798-6100<br>Attention: General Counsel – Fortress Liquid Markets<br>Signature: *Louis D. Thorne*<br>Name: Louis D. Thorne<br>Title: Authorized Signatory<br>Date: July 1, 2013 |

## SCHEDULE 4: FORM OF EVIDENCE OF TRANSFER OF LBHI CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Citigroup Financial Products Inc. (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of USD 25,623,204.00 (the "LBHI Claim"), and assigned claim no. 27974.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15 day of July 2013.

ASSIGNEE: **CITIGROUP FINANCIAL FINANCIAL PRODUCTS INC.**
c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/ Brian Broyles
Signature: _____
Name: Brian S. Broyles
Title: Authorized Signatory
Date: _____

ASSIGNOR: **DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD**
Address: c/o Drawbridge Global Macro Advisors LLC
1345 Avenue of the Americas,
New York, NY 10105
Tel: 212-798-6100
Attention: General Counsel – Fortress Liquid Markets

Signature: _____
Name: _____
Title: _____
Date: _____