ROPES & GRAY LLP
D. Ross Martin
Peter L. Welsh
Aliza F. Goren
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for Massachusetts Housing Finance Agency*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION FOR A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF CERTAIN LITIGATION AGAINST THE DEBTORS FOR POST-PETITION CONDUCT OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY TO <u>PERMIT COMMENCEMENT OF SUCH LITIGATION</u>**

**PLEASE TAKE NOTICE** that Massachusetts Housing Finance Agency, by and through its undersigned counsel, hereby withdraws, with prejudice, its *Motion for a Determination that the Automatic Stay Does Not Bar Commencement of Certain Litigation Against the Debtors for Post-Petition Conduct or, in the Alternative, Granting Relief from the Automatic Stay to Permit Commencement of Such Litigation*, which was filed on December 27, 2012, at Docket No. 33427.

US_ACTIVE:\44230932\1\58399.0008

| | |
|---|---|
| Dated: July 15, 2013<br>Boston, Massachusetts | ROPES & GRAY LLP<br><br>/s/ D. Ross Martin<br>D. Ross Martin<br>Peter L. Welsh<br>Aliza F. Goren<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br><br>*Attorneys for Massachusetts Housing Finance Agency* |