ROPES & GRAY LLP
D. Ross Martin
Peter L. Welsh
Aliza F. Goren
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for Massachusetts Housing Finance Agency*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)
                                                                 :
                    Debtors.                              :    (Jointly Administered)
                                                                 :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO DEBTORS' PROPOSED**
**ASSUMPTION OF ISDA MASTER AGREEMENTS**

**PLEASE TAKE NOTICE** that Massachusetts Housing Finance Agency, by and through its undersigned counsel, hereby withdraws, with prejudice, its *Objection to Debtors' Proposed Assumption of ISDA Master Agreements*, which was filed on November 10, 2011, at Docket No. 21899.

| | |
|---|---|
| Dated: July 15, 2013<br>Boston, Massachusetts | ROPES & GRAY LLP<br><br>/s/ D. Ross Martin<br>D. Ross Martin<br>Peter L. Welsh<br>Aliza F. Goren<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br><br>*Attorneys for Massachusetts Housing Finance Agency* |