ROPES & GRAY LLP
D. Ross Martin
Peter L. Welsh
Aliza F. Goren
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for Massachusetts Housing Finance Agency*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF MASSACHUSETTS    )
                                 :ss.:
COUNTY OF SUFFOLK                )

    MEIR C. WEINBERG, being duly sworn, deposes and says:

    1.    I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

    2.    On Monday, July 15, 2013, I caused true and correct copies of the following documents, which were filed by Ropes & Gray LLP on Monday, July 15, 2013, to be served on all of those parties receiving electronic notification via the Court's electronic filing system, by regular US Mail upon the parties listed on the annexed Exhibit A, and by e-mail upon the parties listed on the annexed Exhibit B:

1

- Notice of Withdrawal of Motion for a Determination that the Automatic Stay Does Not Bar Commencement of Certain Litigation Against the Debtors for Post-Petition Conduct or, in the Alternative, Granting Relief from the Automatic Stay to Permit Commencement of Such Litigation [Docket No. 38707]

- Notice of Withdrawal of Objection to Debtors' Proposed Assumption of ISDA Master Agreements [Docket No. 38708]

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: July 15, 2013

/s/ Meir C. Weinberg
Meir C. Weinberg

**EXHIBIT A**

The Chambers of the Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
Attn: Lori R. Fife, Esq.
Attn: Shai Y. Waisman, Esq.
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
Attn:  Andy Velez-Rivera, Esq.
Attn:  Paul Schwartzberg, Esq.
Attn:  Brian Masumoto, Esq.
Attn:  Linda Riffkin, Esq.
Attn: Tracy Hope Davis, Esq.
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.
Attn: Dennis O'Donnell, Esq.
Attn: Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN
290 BROADWAY
NEW YORK, NY 10007

CROWELL & MORING LLP
ATTN: MARL S. LICHTENSTEIN, ESQ.
STEVEN B. EICHEL, ESQ.
590 MADISON AVENUE
NEW YORK, NY 10022

DEPARTMENT OF JUSTICE
ATTN: DIANE WINTERS
ONTARIO REGIONAL OFFICE
THE EXCHANGE TOWER
130 KING STREET WEST
TORONTO, ON M5X 1K6

KAPLAN LANDAU LLP
1065 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY 10018

2

**EXHIBIT B**

AAARONSON@DILWORTHLAW.com; CPAPPAS@DILWORTHLAW.com;
AALFONSO@WILLKIE.com; ADAM.BREZINE@HRO.com;
KERRY.MOYNIHAN@HRO.com; ADARWIN@NIXONPEABODY.com;
ADIAMOND@DIAMONDMCCARTHY.com; SLODEN@DIAMONDMCCARTHY.com;
AECKSTEIN@BLANKROME.com; AENTWISTLE@ENTWISTLE-LAW.com;
JBEEMER@ENTWISTLE-LAW.com; JPORTER@ENTWISTLE-LAW.com;
AFRIEDMAN@IRELL.com; KLYMAN@IRELL.com; AGBANKNEWYORK@AG.TN.gov;
MARVIN.CLEMENTS@AG.TN.gov; AGOLD@HERRICK.com;
AHAMMER@FREEBORNPETERS.com; DEGGERT@FREEBORNPETERS.com;
AHANDLER@MOUNDCOTTON.com; RGOODMAN@MOUNDCOTTON.com;
AISENBERG@SAUL.com; AKANTESARIA@OPPENHEIMERFUNDS.com;
AKOLOD@MOSESSINGER.com; MPARRY@MOSESSINGER.com;
KKOLBIG@MOSESSINGER.com; ALUM@FTPORTFOLIOS.com;
AMARDER@MSEK.com; JMAZERMARINO@MSEK.com;
AMARTIN@SHEPPARDMULLIN.com; AMCMULLEN@BOULTCUMMINGS.com;
RJONES@BOULTCUMMINGS.com; AMENARD@TISHMANSPEYER.com;
MBENNER@TISHMANSPEYER.com; BTURK@TISHMANSPEYER.com;
ANANN@FOLEY.com; ANDREW.BROZMAN@CLIFFORDCHANCE.com;
JEN.PREMISLER@CLIFFORDCHANCE.com;
ANDREW.BROZMAN@CLIFFORDCHANCE.com;
SARA.TAPINEKIS@CLIFFORDCHANCE.com; ANGELICH.GEORGE@ARENTFOX.com;
ANN.REYNAUD@SHELL.com; ANTHONY_BOCCANFUSO@APORTER.com;
AOSTROW@BECKERGLYNN.com; APPLEBY@CHAPMAN.com;
AQUALE@SIDLEY.com; AUNGER@SIDLEY.com; ARAHL@REEDSMITH.com;
ARLBANK@PBFCM.com; ARWOLF@WLRK.com; ASEUFFERT@LAWPOST-NYC.com;
ASHMEAD@SEWKIS.com; AUSTIN.BANKRUPTCY@PUBLICANS.com;
BANKR@ZUCKERMAN.com; BANKRUPTCY@GOODWIN.com;
BANKRUPTCY@MORRISONCOHEN.com; BANKRUPTCY@NTEXAS-
ATTORNEYS.com; BANKRUPTCYMATTERS@US.NOMURA.com;
BARBRA.PARLIN@HKLAW.com; BARBRA.PARLIN@HKLAW.com;
ARTHUR.ROSENBERG@HKLAW.com; FRANCOIS.JANSON@HKLAW.com;
BBISIGNANI@POSTSCHELL.com; BCARLSON@CO.SANMATEO.CA.US;
JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US;
BDK@SCHLAMSTONE.com; BILL.FREEMAN@PILLSBURYLAW.com;
MARK.HOULE@PILLSBURYLAW.com; BMANNE@TUCKERLAW.com;
MSHINER@TUCKERLAW.com; BMILLER@MOFO.com;
BONEILL@KRAMERLEVIN.com; ACATON@KRAMERLEVIN.com;
BRIAN.COREY@GREENTREECREDITSOLUTIONS.com;
BRUCE.WRIGHT@SUTHERLAND.com; BSTRICKLAND@WTPLAW.com;
DSHAFFER@WTPLAW.com; CWALSH@MAYERBROWN.com;
BTRUST@MAYERBROWN.com; FHYMAN@MAYERBROWN.com;
ATREHAN@MAYERBROWN.com; BTRUST@MAYERBROWN.com;
FHYMAN@MAYERBROWN.com; ATREHAN@MAYERBROWN.com;
BZABARAUSKAS@CROWELL.com; CAHN@CLM.com; CALBERT@REITLERLAW.com;
CANELAS@PURSUITPARTNERS.com; SCHEPIS@PURSUITPARTNERS.com;
CBELISLE@WFW.com; JFREEBERG@WFW.com; CBELMONTE@SSBB.com;
TBROCK@SSBB.com; PBOSSWICK@SSBB.com; ASNOW@SSBB.com;

CCULLORS@HUNTON.com; CHARLES@FILARDI-LAW.com;
CHARLES_MALLOY@APORTER.com; CHIPFORD@PARKERPOE.com;
CHRIS.DONOHO@LOVELLS.com; CLARKB@SULLCROM.com;
SCHWARTZMATTHEW@SULLCROM.com; WRIGHTTH@SULLCROM.com;
CLYNCH@REEDSMITH.com; CMONTGOMERY@SALANS.com;
LWHIDDEN@SALANS.com; COHEN@SEWKIS.com; COLE@GTLAW.com;
CP@STEVENSLEE.com; CP@STEVENSLEE.com;
CRAIG.GOLDBLATT@WILMERHALE.com; LISA.EWART@WILMERHALE.com;
CRMOMJIAN@ATTORNEYGENERAL.gov; CSALOMON@BECKERGLYNN.com;
CSCHREIBER@WINSTON.com; CSHORE@WHITECASE.com;
CSHULMAN@SHEPPARDMULLIN.com; RREID@SHEPPARDMULLIN.com;
CSZYFER@STROOCK.com; CWARD@POLSINELLI.com; CWEISS@INGRAMLLP.com;
DALLAS.BANKRUPTCY@PUBLICANS.com; DAVE.DAVIS@ISGRIA.com;
DAVID.BENNETT@TKLAW.com; DAVID.HELLER@LW.com;
DAVID.POWLEN@BTLAW.com; DAVIDS@BLBGLAW.com;
DAVIDWHEELER@MVALAW.com; DBARBER@BSBLAWYERS.com;
SMULLIGAN@BSBLAWYERS.com; DCRAPO@GIBBONSLAW.com;
DDREBSKY@NIXONPEABODY.com; DDUNNE@MILBANK.com;
WFOSTER@MILBANK.com; DODONNELL@MILBANK.com; EFLECK@MILBANK.com;
DEGGERMANN@KRAMERLEVIN.com; DFLANIGAN@POLSINELLI.com;
DHAYES@MCGUIREWOODS.com; DHEFFER@FOLEY.com;
DHURST@COLESCHOTZ.com; DICONZAM@GTLAW.com; DKESSLER@KTMC.com;
BHINERFELD@SBTKLAW.com; DKLEINER@VELAW.com;
DLEMAY@CHADBOURNE.com; HSEIFE@CHADBOURNE.com;
AROSENBLATT@CHADBOURNE.com; DLIPKE@VEDDERPRICE.com;
DLUDMAN@BROWNCONNERY.com; DLUDMAN@BROWNCONNERY.com;
DMCGUIRE@WINSTON.com; MKJAER@WINSTON.com; DMURRAY@JENNER.com;
RBYMAN@JENNER.com; DNEIER@WINSTON.com; DPIAZZA@HODGSONRUSS.com;
RLEEK@HODGSONRUSS.com; DRAELSON@FISHERBROTHERS.com;
DRAVIN@WOLFFSAMSON.com; DROSENZWEIG@FULBRIGHT.com;
DROSNER@KASOWITZ.com; AGLENN@KASOWITZ.com;
DSHEMANO@PEITZMANWEG.com; DSPELFOGEL@FOLEY.com;
DTATGE@EBGLAW.com; DTHEISING@HARRISONMOBERLY.com;
DWDYKHOUSE@PBWT.com; BGUINEY@PBWT.com;
DWORKMAN@BAKERLAW.com; EASMITH@VENABLE.com;
ECHANG@STEINLUBIN.com; ECOHEN@RUSSELL.com; EFRIEDMAN@FKLAW.com;
WWEINTRAUB@FKLAW.com; ABEAUMONT@FKLAW.com;
EFRIEDMAN@FRIEDUMSPRING.com; EGLAS@MCCARTER.com;
EHOLLANDER@WHITECASE.com; EHOLLANDER@WHITECASE.com;
AZYLBERBERG@WHITECASE.com; DBAUMSTEIN@WHITECASE.com;
RGRAHAM@WHITECASE.com; EKBERGC@LANEPOWELL.com;
ELEVIN@LOWENSTEIN.com; EMAGNELLI@BRACHEICHLER.com;
ARAINONE@BRACHEICHLER.com; EMERBERG@MAYERBROWN.com;
EOBRIEN@SBCHLAW.com; ESCHAFFER@REEDSMITH.com;
ESCHWARTZ@CONTRARIANCAPITAL.com; ESMITH@DL.com;
ETILLINGHAST@SHEPPARDMULLIN.com; BWOLFE@SHEPPARDMULLIN.com;
EZUJKOWSKI@EMMETMARVIN.com; EZWEIG@OPTONLINE.net; FBP@PPGMS.com;
LML@PPGMS.com; FFM@BOSTONBUSINESSLAW.com;
FHYMAN@MAYERBROWN.com; ATREHAN@MAYERBROWN.com;
FOONT@FOONTLAW.com; FRANCOIS.JANSON@HKLAW.com;

FRITSCHJ@SULLCROM.com; SCOTTJ@SULLCROM.com;
FSOSNICK@SHEARMAN.com; NED.SCHODEK@SHEARMAN.com;
FYATES@SONNENSCHEIN.com; GABRIEL.DELVIRGINIA@VERIZON.net;
GGITOMER@MKBATTORNEYS.com; GGOODMAN@FOLEY.com;
LAPETERSON@FOLEY.com; GIDDENS@HUGHESHUBBARD.com;
KIPLOK@HUGHESHUBBARD.com; KOBAK@HUGHESHUBBARD.com;
MARGOLIN@HUGHESHUBBARD.com; LUBELL@HUGHESHUBBARD.com;
WILTENBURG@HUGHESHUBBARD.com; GLENN.SIEGEL@DECHERT.com;
IVA.UROIC@DECHERT.com; GMOSS@RIEMERLAW.com;
ABRAUNSTEIN@RIEMERLAW.com; ARHEAUME@RIEMERLAW.com;
GRAVERT@RAVERTPLLC.com; GSPILSBURY@JSSLAW.com;
HARRISJM@MICHIGAN.gov; HARVEYSTRICKON@PAULHASTINGS.com;
HBELTZER@MAYERBROWN.com; SH@MAYERBROWN.com;
CWALSH@MAYERBROWN.com; HEIM.STEVE@DORSEY.com;
DOVE.MICHELLE@DORSEY.com; HEISER@CHAPMAN.com;
HMAGALIFF@R3MLAW.com; HOLLACE.COHEN@TROUTMANSANDERS.com;
LEE.STREMBA@TROUTMANSANDERS.com; HOLSEN@STROOCK.com;
HOWARD.HAWKINS@CWT.com; ELLEN.HALSTEAD@CWT.com;
HOWARD.HAWKINS@CWT.com; JASON.JURGENS@CWT.com;
ELLEN.HALSTEAD@CWT.com; HSNOVIKOFF@WLRK.com; RGMASON@WLRK.com;
IAM.ROBERTS@BAKERBOTTS.com; ICATTO@MWE.com;
IGOLDSTEIN@PROSKAUER.com; JCHUBAK@PROSKAUER.com;
ILEVEE@LOWENSTEIN.com; IRA.HERMAN@TKLAW.com;
DEMETRA.LIGGINS@TKLAW.com; ISRAEL.DAHAN@CWT.com;
JACOBSONN@SEC.gov; JAMES.HEANEY@LAWDEB.com;
JAMES.MCCLAMMY@DPW.com; JAMES.SPRAYREGEN@KIRKLAND.com;
JAR@OUTTENGOLDEN.com; RROUPINIAN@OUTTENGOLDEN.com;
JAY.HURST@OAG.STATE.TX.US; JAY@KLEINSOLOMON.com;
JBECKER@WILMINGTONTRUST.com; JBIRD@POLSINELLI.com;
JBROMLEY@CGSH.com; JCARBERRY@CL-LAW.com; JCHRISTIAN@TOBINLAW.com;
JCLOSE@CHAPMAN.com; JSCHREIB@CHAPMAN.com; JDORAN@HASLAW.com;
JDWARNER@WARNERANDSCHEUERMAN.com;
JEANITES@WHITEANDWILLIAMS.com; JEFF.WITTIG@COAIR.com;
JOSHUA.DORCHAK@BINGHAM.com; ROBERT.DOMBROFF@BINGHAM.com;
JEFFREY.SABIN@BINGHAM.com; RONALD.SILVERMAN@BINGHAM.com;
STEVEN.WILAMOWSKY@BINGHAM.com; CAROL.WEINERLEVY@BINGHAM.com;
JELDREDGE@VELAW.com; JENNIFER.DEMARCO@CLIFFORDCHANCE.com;
JENNIFER.GORE@SHELL.com; JEREMY.EIDEN@AG.STATE.MN.US;
JFLAXER@GOLENBOCK.com; JG5786@ATT.com; JGUY@ORRICK.com;
JGUY@ORRICK.com; KORR@ORRICK.com; DFELDER@ORRICK.com;
MAUSTIN@ORRICK.com; JHORGAN@PHXA.com;
JHUGGETT@MARGOLISEDELSTEIN.com; JJOYCE@DRESSLERPETERS.com;
JJTANCREDI@DAYPITNEY.com; JJURELLER@KLESTADT.com;
JLAMAR@MAYNARDCOOPER.com; JLAWLOR@WMD-LAW.com; JLEE@FOLEY.com;
JLIPSON@CROCKERKUNO.com; TTRACY@CROCKERKUNO.com;
JLSCOTT@REEDSMITH.com; DGRIMES@REEDSMITH.com;
RQURESHI@REEDSMITH.com; JMADDOCK@MCGUIREWOODS.com;
JSHEERIN@MCGUIREWOODS.com; JMELKO@GARDERE.com; JMERVA@FULT.com;
JMR@MSF-LAW.com; JNADRITCH@OLSHANLAW.com;
JNM@MCCALLARAYMER.com; JOHN.MONAGHAN@HKLAW.com;

JOHN.RAPISARDI@CWT.com; JONATHAN.HENES@KIRKLAND.com;
JOSEPH.SERINO@KIRKLAND.com; CHAD.HUSNICK@KIRKLAND.com;
CHRISTOPHER.GRECO@KIRKLAND.com; JOSEPH.CORDARO@USDOJ.gov;
JOSHUA.DORCHAK@BINGHAM.com; ERIN.MAUTNER@BINGHAM.com;
JOWOLF@LAW.NYC.gov; JOY.MATHIAS@DUBAIIC.com; JPINTARELLI@MOFO.com;
JPINTARELLI@MOFO.com; LMARINUZZI@MOFO.com; JPROL@LOWENSTEIN.com;
JRABINOWITZ@RLTLAWFIRM.com; BROY@RLTLAWFIRM.com;
JRSMITH@HUNTON.com; JSCHILLER@BSFLLP.com;
JSCHWARTZ@HAHNHESSEN.com; JORBACH@HAHNHESSEN.com;
JSHENWICK@GMAIL.com; JSHERMAN@BSFLLP.com;
JSHICKICH@RIDDELLWILLIAMS.com; JSMAIRO@PBNLAW.com;
TJFREEDMAN@PBNLAW.com; JSTOLL@MAYERBROWN.com;
JSULLIVAN@MOSESSINGER.com; JTIMKO@SHUTTS.com;
JTORF@SCHIFFHARDIN.com; JUDY.MORSE@CROWEDUNLEVY.com;
JVAIL@SSRL.com; JWALLACK@GOULSTONSTORRS.com;
DROSNER@GOULSTONSTORRS.com; GKADEN@GOULSTONSTORRS.com;
JWCOHEN@DAYPITNEY.com; JWEST@VELAW.com; KAREN.WAGNER@DPW.com;
JAMES.MCCLAMMY@DPW.com; KARL.GEERCKEN@ALSTON.com;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.com;
KECKHARDT@HUNTON.com; KEITH.SIMON@LW.com;
KEN.COLEMAN@ALLENOVERY.com; KEN.HIGMAN@HP.com;
KGWYNNE@REEDSMITH.com; JFALGOWSKI@REEDSMITH.com;
KIT.WEITNAUER@ALSTON.com; KKELLY@EBGLAW.com;
KLYNCH@FORMANLAW.com; KANEMA@FORMANLAW.com;
KMAYER@MCCARTER.com; KRESSK@PEPPERLAW.com;
KOVSKYD@PEPPERLAW.com; KREYNOLDS@MKLAWNYC.com;
KROSEN@LOWENSTEIN.com; kuehn@bespc.com; KURT.MAYR@BGLLP.com;
LACYR@SULLCROM.com; LANDON@STREUSANDLANDON.com;
VILLA@STREUSANDLANDON.com; LAWALLF@PEPPERLAW.com;
LAWRENCE.GELBER@SRZ.com; MEGHAN.BREEN@SRZ.com;
LBERKOFF@MORITTHOCK.com; LEE.STREMBA@TROUTMANSANDERS.com;
LGRANFIELD@CGSH.com; LSCHWEITZER@CGSH.com;
LHANDELSMAN@STROOCK.com; DWILDES@STROOCK.com;
LINDA.BOYLE@TWTELECOM.com; LISA.KRAIDIN@ALLENOVERY.com;
LISA.SOLOMON@ATT.net; LJKOTLER@DUANEMORRIS.com; LKATZ@LTBLAW.com;
LKISS@KLESTADT.com; LMARINUZZI@MOFO.com; LMAY@COLESCHOTZ.com;
JDRUCKER@COLESCHOTZ.com; LMCGOWEN@ORRICK.com;
RDAVERSA@ORRICK.com; LNASHELSKY@MOFO.com; LOIZIDES@LOIZIDES.com;
LSCARCELLA@FARRELLFRITZ.com; LSCHWEITZER@CGSH.com;
LGRANFIELD@CGSH.com; MABRAMS@WILLKIE.com; MFELDMAN@WILLKIE.com;
MAOFILING@CGSH.com; MARC.CHAIT@SC.com; MARK.DEVENO@BINGHAM.com;
MARK.ELLENBERG@CWT.com; MARTIN.DAVIS@OTS.TREAS.gov;
MATT@WILLAW.com; MBERMAN@NIXONPEABODY.com;
CDESIDERIO@NIXONPEABODY.com; IGOLDSTEIN@DL.com;
MBIENENSTOCK@DL.com; TKARCHER@DL.com;
MBIENENSTOCK@PROSKAUER.com; JCHUBAK@PROSKAUER.com;
MBLOEMSMA@MHJUR.com; MBOSSI@THOMPSONCOBURN.com;
MCADEMARTORI@SHEPPARDMULLIN.com; BWOLFE@SHEPPARDMULLING.com;
MCANTOR@NORMANDYHILL.com; MCORDONE@STRADLEY.com;
MCTO@DEBEVOISE.com; MCYGANOWSKI@OSHR.com; PFELDMAN@OSHR.com;

MDORVAL@STRADLEY.com; PPATTERSON@STRADLEY.com;
DJOSEPH@STRADLEY.com; JMMURPHY@STRADLEY.com; MELOROD@GTLAW.com;
MELTZERE@PEPPERLAW.com; SCHANNEJ@PEPPERLAW.com;
SCARGILL@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
STEELE@LOWENSTEIN.com; ILEVEE@LOWENSTEIN.com;
TWHEELER@LOWENSTEIN.com; MGORDON@BRIGGS.com;
MGREGER@ALLENMATKINS.com; KRODRIGUEZ@ALLENMATKINS.com;
MH1@MCCALLARAYMER.com; BKMAIL@PROMMIS.com; MHOPKINS@COV.com;
DCOFFINO@COV.com; ARABOY@COV.com; MICHAEL.FREGE@CMS-HS.com;
MICHAEL.KELLY@MONARCHLP.com; MICHAEL.KIM@KOBREKIM.com;
ROBERT.HENOCH@KOBREKIM.com; ANDREW.LOURIE@KOBREKIM.com;
MICHAEL.MCCRORY@BTLAW.com; MILLEE12@NATIONWIDE.com;
MILLER@TAFTLAW.com; MJEDELMAN@VEDDERPRICE.com;
MJR1@WESTCHESTERGOV.com; MLANDMAN@LCBF.com; WBALLAINE@LCBF.com;
SREE@LCBF.com; AKORNIKOVA@LCBF.com; MLICHTENSTEIN@CROWELL.com;
SEICHEL@CROWELL.com; MMOONEY@DEILYLAWFIRM.com;
MMORREALE@US.MUFG.JP; MNEIER@IBOLAW.com;
MONICA.LAWLESS@BROOKFIELDPROPERTIES.com; MPAGE@KELLEYDRYE.com;
MPOMERANTZ@JULIENANDSCHLESINGER.com;
MSCHLESINGER@JULIENANDSCHLESINGER.com;
MPRIMOFF@KAYESCHOLER.com; MPUCILLO@BERMANESQ.com;
WZOBERMAN@BERMANESQ.com; AOBERRY@BERMANESQ.com;
MROSENTHAL@GIBSONDUNN.com; JWEISS@GIBSONDUNN.com;
MROTHCHILD@MOFO.com; MRUETZEL@WHITECASE.com;
TOM.SCHORLING@WHITECASE.CO; LEILA.ROEDER@WHITECASE.com;
MSCHIMEL@SJU.EDU; MSCHLESINGER@JULIENANDSCHLESINGER.com;
MSCHONHOLTZ@KAYESCHOLER.com; AALFONSO@KAYESCHOLER.com;
MSIEGEL@BROWNRUDNICK.com; MSOLOW@KAYESCHOLER.com;
MDAHLMAN@KAYESCHOLER.com; MSPEISER@STROOCK.com;
SMILLMAN@STROOCK.com; MSTAMER@AKINGUMP.com;
NLEVINE@AKINGUMP.com; MSTAMER@AKINGUMP.com;
PDUBLIN@AKINGUMP.com; MLAHAIE@AKINGUMP.com;
MSTEEL@BROWNRUDNICK.com; MVENDITTO@REEDSMITH.com;
MWARNER@COLESCHOTZ.com; MWARREN@MTB.com; NCOCO@MWE.com;
NEAL.MANN@OAG.STATE.NY.US; NEILBERGER@TEAMTOGUT.com;
SSKELLY@TEAMTOGUT.com; NEWYORK@SEC.gov;
NHERMAN@MORGANLEWIS.com; NISSAY_10259-0154@MHMJAPAN.com;
NLEPORE@SCHNADER.com; NOTICE@BKCYLAW.com; OIPRESS@TRAVELERS.com;
MLYNCH2@TRAVELERS.com; OTCCORPACTIONS@FINRA.ORG;
PARONZON@MILBANK.com; GBRAY@MILBANK.com;
PAUL.TURNER@SUTHERLAND.com; PEISENBERG@LOCKELORD.com;
PETER.BLASONE@KLGATES.com; PETER.GILHULY@LW.com;
PETER.MACDONALD@WILMERHALE.com; JEANNETTE.BOOT@WILMERHALE.com;
PETER.SIMMONS@FRIEDFRANK.com; RICHARD.TISDALE@FRIEDFRANK.com;
PETER@BANKRUPT.com; PHAYDEN@MCGUIREWOODS.com;
SFOX@MCGUIREWOODS.com; Wells, Philip A. <Philip.Wells@ropesgray.com>;
PMAXCY@SONNENSCHEIN.com; PPATTERSON@STRADLEY.com;
MCORDONE@STRADLEY.com; MDORVAL@STRADLEY.com; PSP@NJLAWFIRM.com;
JWH@NJLAWFIRM.com; PTRAIN-GUTIERREZ@KAPLANLANDAU.com;
ENKAPLAN@KAPLANLANDAU.com; PTROSTLE@JENNER.com;

5

R.STAHL@STAHLZELLOE.com; RAJ.MADAN@BINGHAM.com;
RAJOHNSON@AKINGUMP.com; RAMONA.NEAL@HP.com;
RBEACHER@PRYORCASHMAN.com; RBERNARD@FOLEY.com;
RDAVERSA@ORRICK.com; RELGIDELY@GJB-LAW.com; JGENOVESE@GJB-LAW.com; PBATTISTA@GJB-LAW.com; DCIMO@GJB-LAW.com;
RFLANAGAN@FLANASSOC.com; RFRANKEL@ORRICK.com;
RWYRON@ORRICK.com; JGUY@ORRICK.com; DFELDER@ORRICK.com;
RFRIEDMAN@SILVERMANACAMPORA.com; RGRAHAM@WHITECASE.com;
RHETT.CAMPBELL@TKLAW.com; RHETT.CAMPBELL@TKLAW.com;
MITCHELL.AYER@TKLAW.com; RICHARD.FINGARD@NEWEDGEGROUP.com;
RICHARD.KRASNOW@WEIL.com; LORI.FIFE@WEIL.com;
ROBERT.LEMONS@WEIL.com; JACQUELINE.MARCUS@WEIL.com;
RICHARD.LEAR@HKLAW.com; RICHARD.LEVY@LW.com;
RICHARD@RWMAPLC.com; RICK.MURPHY@SUTHERLAND.com;
RLEVIN@CRAVATH.com; RMATZAT@HAHNHESSEN.com; RNETZER@WILLKIE.com;
DKOZUSKO@WILLKIE.com; ROBERT.BAILEY@BNYMELLON.com;
ROBERT.MALONE@DBR.com; ROBERT.YALEN@USDOJ.gov;
ROBIN.KELLER@LOVELLS.com; ROGER@RNAGIOFF.com; Martin, D. Ross
<ross.martin@ropesgray.com>; RPEDONE@NIXONPEABODY.com;
RREID@SHEPPARDMULLIN.com; BWOLFE@SHEPPARDMULLIN.com;
RRUSSELL@ANDREWSKURTH.com; RTERENZI@STCWLAW.com;
CGOLDSTEIN@STCWLAW.com; RUSSJ4478@AOL.com; RWASSERMAN@CFTC.gov;
S.MINEHAN@AOZORABANK.CO.JP; SABIN.WILLETT@BINGHAM.com;
SABRAMOWITZ@VELAW.com; SABVANROOY@HOTMAIL.com;
SALLY.HENRY@SKADDEN.com; SAMUEL.CAVIOR@PILLSBURYLAW.com;
EDWARD.FLANDERS@PILLSBURYLAW.com; SANDYSCAFARIA@EATON.com;
SCHNABEL.ERIC@DORSEY.com; SCHRISTIANSON@BUCHALTER.com;
SCOTT.GOLDEN@HOGANLOVELLS.com; IRA.GREENE@HOGANLOVELLS.com;
SCOUSINS@ARMSTRONGTEASDALE.com; SEHLERS@ARMSTRONGTEASDALE.com;
SDNYECF@DOR.MO.gov; STEVE.GINTHER@DOR.MO.gov;
SEBA.KURIAN@INVESCO.com; SFELDERSTEIN@FFWPLAW.com;
PPASCUZZI@FFWPLAW.com; SFINEMAN@LCHB.com; SGORDON@CAHILL.com;
JLEVITIN@CAHILL.com; SGUBNER@EBG-LAW.com; CWEBER@EBG-LAW.com;
SHANNON.NAGLE@FRIEDFRANK.com; RICHARD.TISDALE@FRIEDFRANK.com;
SHARBECK@SIPC.ORG; JWANG@SIPC.ORG; SHARI.LEVENTHAL@NY.FRB.ORG;
SHEEHAN@TXSCHOOLLAW.com; SIDORSKY@BUTZEL.com; SLERNER@SSD.com;
SLEVINE@BROWNRUDNICK.com; SLOE@BM.net; SMAYERSON@SSD.com;
SNEWMAN@KATSKYKORINS.com; SORY@FDLAW.com; JHIGGINS@FDLAW.com;
SPIOTTO@CHAPMAN.com; ACKER@CHAPMAN.com; HEISER@CHAPMAN.com;
SQUSBA@STBLAW.com; SSCHULTZ@AKINGUMP.com; SSELBST@HERRICK.com;
SSHIMSHAK@PAULWEISS.com; DDAVIS@PAULWEISS.com;
CHAMMERMAN@PAULWEISS.com; SSTARR@STARRANDSTARR.com;
STEELE@LOWENSTEIN.com; STEPHEN.COWAN@DLAPIPER.com;
STEVEN.TROYER@COMMERZBANK.com;
STEVEN.USDIN@FLASTERGREENBERG.com; STEVEN@BLBGLAW.com;
STREUSAND@STREUSANDLANDON.com;
SUSHEELKIRPALANI@QUINNEMANUEL.com; JAMESTECCE@QUINNEMANUEL.com;
SCOTTSHELLEY@QUINNEMANUEL.com; ROBERTDAKIS@QUINNEMANUEL.com;
SWEYL@HASLAW.com; SWOLOWITZ@MAYERBROWN.com;
BTRUST@MAYERBROWN.com; SZUCH@WIGGIN.com;

TANNWEILER@GREERHERZ.com; TARBIT@CFTC.gov; TDEWEY@DPKLAW.com; DPEGNO@DPKLAW.com; TDUFFY@ANDERSONKILL.com; JIM@ATKINSLAWFIRM.com; TGOREN@MOFO.com; THALER@THALERGERTLER.com; THOMAS.CALIFANO@DLAPIPER.com; THOMAS_NOGUEROLA@CALPERS.CA.gov; TIM.DESIENO@BINGHAM.com; JEFFREY.BLACK@BINGHAM.com; TIMOTHY.BRINK@DLAPIPER.com; MATTHEW.KLEPPER@DLAPIPER.com; TKIRIAKOS@MAYERBROWN.com; TLAURIA@WHITECASE.com; TMACWRIGHT@WHITECASE.com; AVENES@WHITECASE.com; TMARRION@HASLAW.com; TNIXON@GKLAW.com; JHERZOG@GKLAW.com; TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.gov; MIMI.M.WONG@IRSCOUNSEL.TREAS.gov; TOMWELSH@ORRICK.com; TSLOME@MSEK.com; TUNRAD@BURNSLEV.com; VMILIONE@NIXONPEABODY.com; WALTER.STUART@FRESHFIELDS.com; PATRICK.OH@FRESHFIELDS.com; WANDA.GOODLOE@CBRE.com; WBENZIJA@HALPERINLAW.net; JDYAS@HALPERINLAW.net; WCHEN@TNSJ-LAW.com; AGOLDSTEIN@TNSJ-LAW.com; JMAKOWER@TNSJ-LAW.com; WCURCHACK@LOEB.com; VRUBINSTEIN@LOEB.com; DBESIKOF@LOEB.com; WDASE@FZWZ.com; WILL.SUGDEN@ALSTOM.com; WILLIAM.M.GOLDMAN@DLAPIPER.com; WISOTSKA@PEPPERLAW.com; WK@PWLAWYERS.com; WMAHER@WMD-LAW.com; RRAINER@WMD-LAW.com; WMARCARI@EBGLAW.com; SLERMAN@EBGLAW.com; WMCKENNA@FOLEY.com; WSILVERM@OSHR.com; PFELDMAN@OSHR.com; WSWEARINGEN@LLF-LAW.com; WTAYLOR@MCCARTER.com; WWEINTRAUB@FKLAW.com; LGOTKO@FKLAW.com; ABEAUMONT@FKLAW.com; KJARASHOW@FKLAW.com; NBOJAR@FKLAW.com; WWEINTRAUB@STUTMAN.com; KJARASHOW@STUTMAN.com; YAMASHIRO@SUMITOMOTRUST.CO.JP; YUWATOKO@MOFO.com

7