WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF CORRECTED EXHIBIT**
**WITH RESPECT TO NOTICE OF ADJOURNMENT OF HEARING ON**
**DEBTORS' APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

**PLEASE TAKE NOTICE THAT** on July 3, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a notice of adjournment [ECF No. 38404] (the "Notice of Adjournment")[1] of the hearing on their application to assume the executory contracts that are the subject of the objections identified on Exhibit B annexed thereto (the "Initial Exhibit"), as more fully described in the Notice of Adjournment.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a corrected version of the Initial Exhibit, a copy of which is annexed hereto as Exhibit 1 (the "Corrected Exhibit"). The Corrected Exhibit supersedes the Initial Exhibit originally filed with the Court.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Notice of Adjournment.

US_ACTIVE:\44293474\3\58399.0011

**PLEASE TAKE FURTHER NOTICE** that a blacklined version of the Corrected Exhibit that reflects the correction made to the Initial Exhibit is annexed hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that notice of the Corrected Exhibit has been served in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635] on (i) all parties who have requested notice in these chapter 11 cases and (ii) all parties who filed an objection listed on the Initial Exhibit and/or the Corrected Exhibit.

**PLEASE TAKE FURTHER NOTICE** that, other than the Corrected Exhibit, the Notice of Adjournment remains otherwise unaffected.

Dated: July 15, 2013
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit 1

(Corrected Exhibit)

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 1. | Limited Objection to Proposed Assumption of Executory Contracts (GMAC Mortgage, LLC) | 21556 | 11/03/11 |
| 2. | Limited Objection of The Buck Institute For Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Amended Limited Objection of the Buck Institute for Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21599 and 21886 | 11/4/11 and 11/10/11 |
| 3. | Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Declaration of David R. Seligman in Support of Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Supplemental Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Supplemental Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21602, 21606, 21616, 21904 and 21946 | 11/4/11 and 11/10/11 |
| 4. | Limited Objection of Giants Stadium LLC to Debtors' Supplement to the Third Amended Joint Chapter 11 Plan<br><br>Objection of Giants Stadium LLC to Debtors' Proposed Assumption of Terminated Contracts | 21604 and 21905 | 11/4/11 and 11/10/11 |
| 5. | Objection of The Loreley Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21634 | 11/4/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 6. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Reservation of Rights of U.S. Bank National Association to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivative Contracts<br><br>Objection of U.S. Bank National Association, not Individually but as Trustee, to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Amendment to Exhibit A to the Objection of U.S. Bank National Association, Not Individually But as Trustee, To Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21655, 21833, 21922 and 22281 | 11/4/11, 11/9/11, 11/10/11 and 11/17/11 |
| 7. | Objection to Motion to Assume Executory Contract (United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights) | 21699 | 11/7/11 |
| 8. | Objection of ITV PLC And Carlton Communications Limited in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21802 | 11/9/11 |
| 9. | Objection and Reservation of Rights filed (Bell Trace Obligated Group) | 21913 | 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 10. | Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors' Proposed Assumption of an ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in the Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors Proposed Assumption of An ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors Third Amended Joint Plan | 21921 and 21959 | 11/10/11 |
| 11. | Objection of Unicredit Bank AG, London Branch with Respect to Ruby Finance Public Limited Company Series 2005-1 Class A2 Notes, Class A3 Notes, Class A4 Notes, Class A5 Notes, Class A6 Notes, Class A7 Notes, Class A8 Notes and Class A9 Notes to the Debtors' Proposed Assumption of ISDA Master Agreement and the Transactions Thereunder Pursuant to Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon | 21929 and 21956 | 11/10/11 |
| 12. | Ballyrock ABS CDO 2007-1 Limited's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21930 | 11/10/11 |
| 13. | Blackrock, Inc. Objection to Debtor's Proposed Assumption of Derivative Contracts | 21932 | 11/10/11 |
| 14. | Principal Life Insurance Company Objection to the Debtors' Proposed Assumption of Derivative Contracts | 21938 | 11/10/11 |
| 15. | Objection of Delphi Financial Group, Inc. to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21955 | 11/10/11 |
| 16. | Objection of Wellmont Health System to Debtors' Proposed Assumption of Certain Executory Contracts Pursuant to Third Amended Plan | 21969 | 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 17. | Objection of the Bank of New York Mellon, as Agent, to Assumption of Sealink Funding Limited Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22004 | 11/11/11 |
| 18. | Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Amendment to Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited<br><br>Amendment to Schedule 1 to the Objection of the Bank of New York Mellon, the Bank Of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Inc. and its Affiliated Debtors | 22010, 22766 and 22970 | 11/11/11, 12/2/11, and 12/5/11 |
| 19. | Objection and Reservation of Rights of Horizon II International Limited to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22081 | 11/14/11 |
| 20. | Objection of CNP Assurances and Anthracite Investments (Ireland) PLC to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22088 | 11/14/11 |
| 21. | Objection of Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC to Proposed Cure Amounts in Connection with the Assumption of Their Contracts | 22089 | 11/14/11 |
| 22. | Objection of Anthracite Balanced Company (Discover 1) Ltd., et al to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22175 | 11/15/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 23. | Objection of Eurosail 2006-1 PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan Of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22222 | 11/16/11 |
| 24. | Limited Objection of Consumer Unsecured Reperforming Loans (CURL) PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22224 | 11/16/11 |
| 25. | Objection of Eurosail 2006-3NC PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22225 | 11/16/11 |
| 26. | Objection of Eurosail 2006-2BL PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22227 | 11/16/11 |
| 27. | Limited Objection of Eurosail-UK 2007-2NP PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22229 | 11/16/11 |
| 28. | Objection of Heungkuk Life Insurance Co. Ltd., Heungkuk Fire & Marine Insurance Co. Ltd., Meritz Fire and Marine Insurance Co, Ltd., BNY Mellon Corporate Trustee Services Limited and Granite Finance Limited to Debtors' Proposed Assumption of Executory Contracts | 24101 | 1/6/12 |
| 29. | Objection of Andbanc Grup Agricol Reig to the Debtors' Assumption of Certain Derivative Contracts[*] | 25036 | 2/7/2012 |
| 30. | Objection of Santander Asset Management SGFIM SA to the Debtors' Assumption of Certain Derivative Contracts[*] | 25040 | 2/7/2012 |
| 31. | Magnetar Capital, LLC's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21910 | 11/10/11 |

---

[*] These Objections are untimely.

# Exhibit 2

(Blackline of Corrected Exhibit)

US_ACTIVE:\44293474\3\58399.0011

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 1. | Limited Objection to Proposed Assumption of Executory Contracts (GMAC Mortgage, LLC) | 21556 | 11/03/11 |
| 2. | Limited Objection of The Buck Institute For Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Amended Limited Objection of the Buck Institute for Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21599 and 21886 | 11/4/11 and 11/10/11 |
| 3. | Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Declaration of David R. Seligman in Support of Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Supplemental Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Supplemental Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21602, 21606, 21616, 21904 and 21946 | 11/4/11 and 11/10/11 |
| 4. | Limited Objection of Giants Stadium LLC to Debtors' Supplement to the Third Amended Joint Chapter 11 Plan<br><br>Objection of Giants Stadium LLC to Debtors' Proposed Assumption of Terminated Contracts | 21604 and 21905 | 11/4/11 and 11/10/11 |
| 5. | Objection of The Loreley Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21634 | 11/4/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 6. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Reservation of Rights of U.S. Bank National Association to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivative Contracts<br><br>Objection of U.S. Bank National Association, not Individually but as Trustee, to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Amendment to Exhibit A to the Objection of U.S. Bank National Association, Not Individually But as Trustee, To Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21655, 21833, 21922 and 22281 | 11/4/11, 11/9/11, 11/10/11 and 11/17/11 |
| 7. | Objection to Motion to Assume Executory Contract (United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights) | 21699 | 11/7/11 |
| 8. | Objection of ITV PLC And Carlton Communications Limited in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21802 | 11/9/11 |
| 9. | Objection and Reservation of Rights filed (Bell Trace Obligated Group) | 21913 | 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 10. | Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-- Linked Synthetic Portfolio Notes Due 2043 to the Debtors' Proposed Assumption of an ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in the Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors Proposed Assumption of An ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors Third Amended Joint Plan | 21921 and 21959 | 11/10/11 |
| 11. | Objection of Unicredit Bank AG, London Branch with Respect to Ruby Finance Public Limited Company Series 2005-1 Class A2 Notes, Class A3 Notes, Class A4 Notes, Class A5 Notes, Class A6 Notes, Class A7 Notes, Class A8 Notes and Class A9 Notes to the Debtors' Proposed Assumption of ISDA Master Agreement and the Transactions Thereunder Pursuant to Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon | 21929 and 21956 | 11/10/11 |
| 12. | Ballyrock ABS CDO 2007-1 Limited's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21930 | 11/10/11 |
| 13. | Blackrock, Inc. Objection to Debtor's Proposed Assumption of Derivative Contracts | 21932 | 11/10/11 |
| 14. | Principal Life Insurance Company Objection to the Debtors' Proposed Assumption of Derivative Contracts | 21938 | 11/10/11 |
| 15. | Objection of Delphi Financial Group, Inc. to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21955 | 11/10/11 |
| 16. | Objection of Wellmont Health System to Debtors' Proposed Assumption of Certain Executory Contracts Pursuant to Third Amended Plan | 21969 | 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 17. | Objection of the Bank of New York Mellon, as Agent, to Assumption of Sealink Funding Limited Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22004 | 11/11/11 |
| 18. | Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Amendment to Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited<br><br>Amendment to Schedule 1 to the Objection of the Bank of New York Mellon, the Bank Of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Inc. and its Affiliated Debtors | 22010, 22766 and 22970 | 11/11/11, 12/2/11, and 12/5/11 |
| 19. | Objection and Reservation of Rights of Horizon II International Limited to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22081 | 11/14/11 |
| 20. | Objection of CNP Assurances and Anthracite Investments (Ireland) PLC to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22088 | 11/14/11 |
| 21. | Objection of Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC to Proposed Cure Amounts in Connection with the Assumption of Their Contracts | 22089 | 11/14/11 |
| 22. | Objection of Anthracite Balanced Company (Discover 1) Ltd., et al to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22175 | 11/15/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 23. | Objection of Eurosail 2006-1 PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan Of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22222 | 11/16/11 |
| 24. | Limited Objection of Consumer Unsecured Reperforming Loans (CURL) PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22224 | 11/16/11 |
| 25. | Objection of Eurosail 2006-3NC PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22225 | 11/16/11 |
| 26. | Objection of Eurosail 2006-2BL PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22227 | 11/16/11 |
| 27. | Limited Objection of Eurosail-UK 2007-2NP PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22229 | 11/16/11 |
| 28. | Objection of Heungkuk Life Insurance Co. Ltd., Heungkuk Fire & Marine Insurance Co. Ltd., Meritz Fire and Marine Insurance Co, Ltd., ~~Woori Bank,~~ BNY Mellon Corporate Trustee Services Limited and Granite Finance Limited to Debtors' Proposed Assumption of Executory Contracts | 24101 | 1/6/12 |
| 29. | Objection of Andbanc Grup Agricol Reig to the Debtors' Assumption of Certain Derivative Contracts[*] | 25036 | 2/7/2012 |
| 30. | Objection of Santander Asset Management SGFIM SA to the Debtors' Assumption of Certain Derivative Contracts[*] | 25040 | 2/7/2012 |
| 31. | Magnetar Capital, LLC's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21910 | 11/10/11 |

---

[*] These Objections are untimely.