Darren Ross
TITAN ADVISORS, LLC
2 International Drive, Suite 200
Rye Brook, New York 10573
Telephone: (914) 517-7124
Facsimile: (914) 937-8820

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (JMP)** |
| **Debtors.** : | **(Jointly Administered)** |

### NOTICE OF WITHDRAWAL OF CLAIMS

Reference is made to proof of claim numbers 12691, 12684, 12677, 12687, 12685, 12686, 12690, 12696, 12695, 12682, 12683, 12692, 12688, 12679, 12689, 12681, 12694, 12678, 12680, and 12693, each filed on September 15, 2009 against various debtors by Titan TW, Ltd. (Tradeworx Re) in the amount of $1,568,424.00 (the "Claims").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The undersigned represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

1

Dated: July 15, 2013
     Rye Brook, New York

                                            /s/ Darren Ross
                                            Darren Ross
                                            TITAN ADVISORS, LLC
                                            2 International Drive, Suite 200
                                            Rye Brook, New York 10573
                                            Telephone: (914) 517-7124
                                            Facsimile: (914) 937-8820