Anne E. Beaumont
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York  10036-6516
(212) 833-1100
abeaumont@fklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           : Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         : Case No. 08-13555 (JMP)
                                                                 : (Jointly Administered)
                              Debtors.                           :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Lazard Frères & Co. LLC ("Lazard"), having filed Proof of Claim Number 12555 (the "Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. Lazard hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 16, 2013
       New York, New York

                                    _____
                                    Anne E. Beaumont

757242.3