WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

--------------------------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |
| | : | |

--------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## THE SIXTY-THIRD OMNIBUS HEARING ON JULY 17, 2013 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

## I.    CONTESTED MATTERS:

1.    Motion of Lehman Brothers Holdings Inc., Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief [**ECF No. 38118**]

Response Deadline:    July 3, 2013 at 4:00 p.m.

Responses Received:

   A.    Limited Objection of First Trust Strategic High Income Fund II [**ECF No. 38366**]

   B.    Objection of Nationwide Life Insurance Company, *et al*. [**ECF No. 38390**]

   C.    Objection of U.S. Bank National Association, as Trustee [**ECF No. 38414**]

   D.    Joinder of Ameritas Life Insurance Corporation [**ECF No. 38415**]

Related Documents:

   E.    Notice of Corrected Exhibit [**ECF No. 38157**]

   F.    Omnibus Reply in Support of Motion of Lehman Brothers Holdings Inc. [**ECF No. 38702**]

   G.    Declaration of Lawrence Brandman in Support of Motion of Lehman Brothers Holdings Inc. [**ECF No. 38706**]

Status:  This matter is going forward.

US_ACTIVE:\44288259\4\58399.0011

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

II.   **UNCONTESTED MATTERS:**

2.   Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of Order Approving Settlement Agreement Between the Trustee and Lehman Brothers Securities N.V. [**LBI ECF No. 6523**]

Response Deadline:   July 3, 2013 at 4:00 p.m.

Responses Received:   None.

Related Document:

A.   Declaration of Christopher K. Kiplok in Support of Trustees Motion [**LBI ECF No. 6524**]

Status: This matter is going forward.

3.   Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Order Approving Settlement Agreements Between the Trustee and Lehman Brothers (Luxembourg) S.A. and Lehman Brothers (Luxembourg) Equity Finance S.A. [**LBI ECF No. 6601**]

Response Deadline:   July 10, 2013 at 4:00 p.m.

Responses Received:   None.

Related Document:

A.   Declaration of Christopher K. Kiplok in Support of Trustees Motion [**LBI ECF No. 6602**]

Status:  This matter is going forward.

III.   **CONTESTED MATTERS:**

4.   Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement [**LBI ECF No. 5483**]

Response Deadline:   December 20, 2012 at 4:00 p.m., extended by agreement for LBHI to April 5, 2013 at 4:00 p.m.

Responses Received:

A.   Objection of Lehman Brothers Holdings Inc. to Trustee's Motion [**LBI ECF No. 5958**]

US_ACTIVE:\44288259\4\58399.0011

B.      Amendment to Objection of Lehman Brothers Holdings Inc. to Trustee's Motion [**LBI ECF No. 6798**]

Related Documents:

C.      Trustee's Reply Regarding Motion [**LBI ECF No. 6778**]

D.      Response of Lehman Brothers Bankhaus to Objection of Lehman Brothers Holdings Inc.[**LBI ECF No. 6783**]

Status:  This matter is going forward as a status conference.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### IV.     ADVERSARY PROCEEDINGS:

5.      Lehman Brothers Holdings Inc. v. Ford Global Treasury, Inc. [**Adversary Case No. 12-01877**]

**Motion to Dismiss**

Related Documents:

A.      Defendant Ford Global Treasury, Inc.'s Motion to Dismiss Count I (Solely as to Claim for Damages Under 11 U.S.C. 562) and Counts II and III in Their Entirety [**ECF Nos. 6 and 7**]

B.      So Ordered Stipulation and Order Signed on 11/21/2012 Regarding Motion to Dismiss filed by the Defendant [**ECF No. 13**]

C.      So Ordered Stipulation and Order Regarding Motion to Dismiss [**ECF No. 18**]

D.      Plaintiffs' Memorandum in Opposition to Defendant's Partial Motion to Dismiss [**ECF No. 19**]

E.      Declaration of Stefania D. Venezia in Support of Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss [**ECF No. 20**]

F.      Reply of Defendant Ford Global Treasury, Inc. in Further Support of Motion to Dismiss [**ECF No. 23**]

Status:  This matter is going forward.

US_ACTIVE:\44288259\4\58399.0011

6.    El Veasta Lampley v. Lehman Brothers Holdings Inc. [**Adversary Case No. 13-01354**]

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Request for Fee Waiver [**ECF No. 2**]

    C.    Summons with Notice of Pre-Trial Conference [**ECF No. 3**]

    D.    Lehman Brothers Holdings Inc.'s Motion to Dismiss Adversary Complaint [**ECF No. 4**]

Status:  This matter is going forward solely as a pre-trial conference.

## V.    ADDITIONAL CONTESTED MATTER:

7.    Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 34303**]

Response Deadline:    June 13, 2013 at 4:00 p.m.

Responses Received:

    A.    Creditor's Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 35026**]

    B.    Creditor's Amended Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 36165**]

    C.    Creditor's Second Amended Response And Opposition To Plan Administrator's Omnibus Objection and Reply to Claims Filed by Deborah E. Focht; and, Creditor's Motion for Order of Allowance and Payment Deeming Claim Nos.: 34380 and 34381, as Timely Filed; Or in the Alternate Motion for Stay, Discovery, Determinations; and, Extension of Time to File Amended Claims and Response [**ECF No. 38147**]

    D.    Creditor's Opposition and Motion to Strike the Plan Administrator's Reply to Deborah E. Focht's Second Amended Response to Plan Administrator's Omnibus Objection to Claims [**ECF No. TBD**]

US_ACTIVE:\44288259\4\58399.0011

Related Documents:

    E.    Plan Administrator's Reply to Deborah Focht's Amended Response **[ECF No. 36737]**

    F.    Order Granting Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 36993]**

    G.    Reply to Deborah E. Focht's Second Amended Response to Plan Administrator's Omnibus Objection to Claims **[ECF No. 38138]**

Status:  This matter is going forward on a contested basis.

## VI.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

8.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection [**ECF No. 14398**]

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

Status:  This matter has been adjourned to August 21, 2013 at 10:00 a.m.

9.    Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities [**ECF No. 16803**]

Response Deadline:    June 8, 2011 at 4:00 p.m.

Response Received:

    A.    Debtors' Objection [**ECF No. 17502**]

6

Status:  This matter has been adjourned to September 18, 2013 at 10:00 a.m.

10.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    May 2, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to August 21, 2013 at 10:00 a.m.

## B.    Securities Investor Protection Corporation Proceedings

11.    Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

Response Deadline:    August 8, 2012 at 4:00 p.m.

Responses Received:

A.    Response of LBHI Entities [**LBI ECF No. 5211**]

B.    Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

C.    Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

D.    Trustee's Opposition [**LBI ECF No. 5215**]

E.    Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**]

F.    Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

Related Documents:

G.    Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

H.    Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

US_ACTIVE:\44288259\4\58399.0011

I.      FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

J.      Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

K.      Stipulation and Agreed Order Resolving Motion of FirstBank Puerto Rico for Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim [**LBI ECF No. 6303**]

L.      Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040, 6193, 6322, 6746**]

Status:  This matter has been adjourned to August 21, 2013 at 10:00 a.m.

12.    Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Response Received:

A.      Response of Zameer H. Khan [**To be Docketed by Trustee at LBI ECF No. TBD**]

Related Documents:

B.      Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. 6563**]

C.      Notices of Adjournment [**LBI ECF Nos. 6520, 6762**]

Status:  This matter has been adjourned September 26, 2013 at 10:00 a.m., solely as to a certain claim.

13.    Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6131**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Responses Received:

A.      Response of David Tribou [**LBI ECF No. 6230**]

B.      Response of Walter A. Bogumil, Jr., IRA [**LBI ECF No. 6232**]

US_ACTIVE:\44288259\4\58399.0011

Related Documents:

    C.    Order Granting the Trustees Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims). [**LBI ECF No. 6574**]

    D.    Notices of Adjournment [**LBI ECF Nos. 6529, 6763**]

Status:  This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to certain claims.

14.    Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6157**]

Response Deadline:    May 24, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Wayne Croner [**LBI ECF No. 6231**]

    B.    Response of Leona and Tom Beck [**LBI ECF No. 6348**]

    C.    Response of Charles L. Bisgaier [**LBI ECF No. 6551**]

Related Documents:

    D.    Order Granting the Trustees Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims). [**LBI ECF No. 6573**]

    E.    Notices of Adjournment [**LBI ECF Nos. 6541, 6764**]

Status:  This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to certain claims.

15.    Trustee's Seventieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6192**]

Response Deadline:    May 31, 2013 at 4:00 p.m.

Response Received:

    A.    City of Oakland's Response [**LBI ECF No. 6289**]

Related Documents:

    B.    Order Granting the Trustees Seventieth Omnibus Objection to General Creditor Claims (No Liability Claims). [**LBI ECF No. 6435**]

       C.      Notices of Adjournment [**LBI ECF Nos. 6349, 6765**]

Status:  This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to a certain claim.

## C.    Adversary Proceedings

16.    Turnberry/Centra Sub, LLC, *et al.* v. Lehman Brothers Holdings Inc. [**Adversary Case No. 09-01062**]

**Status Conference**

Related Document:

       A.      So Ordered Stipulation and Consent Order Regarding Third Amended Discovery Schedule. [**ECF No. 92**]

Status:  This matter has been adjourned to a date to be determined.

17.    Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, *et al.* [**Adversary Case No. 10-02821**]

**Status Conference**

Related Document:

       A.      So Ordered Stipulation and Consent Order Regarding Second Amended Discovery Schedule. [**ECF No. 67**]

Status:  This matter has been adjourned to a date to be determined.

18.    Lehman Brothers Holdings Inc.  v. Fontainebleau Resorts, LLC, *et al.* [**Adversary Case No. 10-02823**]

**Status Conference**

Related Document:

       A.      So Ordered Stipulation and Consent Order Regarding Third Amended Discovery Schedule [**ECF No. 66**]

Status:  This matter has been adjourned to a date to be determined.

US_ACTIVE:\44288259\4\58399.0011

19.    Lehman Brothers Special Financing Inc. v. Federal Home Loan Bank of
Cincinnati [**Case No. 13-01330**]

**Pre-Trial Conference**

<u>Related Documents</u>:

      A.    Adversary Complaint **[ECF No. 1]**

      B.    Summons with Notice of Pre-Trial Conference **[ECF No. 2]**

      C.    Stipulation Extending Time to Respond to Complaint **[ECF No. 4]**

      D.    Notice of Adjournment of Pre-Trial Conference **[ECF No. 9]**

<u>Status</u>:  This matter has been adjourned to a date to be determined.

US_ACTIVE:\44288259\4\58399.0011

20.    Lehman Brothers Holdings Inc., *et al.* v. Intel Corp. [**Case No. 13-01340**]

**Pre-Trial Conference**

Related Documents:

A.    Adversary Complaint [**ECF No. 1**]

B.    Summons with Notice of Pre-Trial Conference [**ECF No. 2**]

C.    Joint Stipulation to Extend Time to Answer, Move, or Otherwise Respond to the Complaint [**ECF No. 3**]

Status:  This matter has been adjourned to September 18, 2013 at 2:00 p.m.

Dated:  July 16, 2013
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  July 16, 2013
        New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

12