B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### AMENDED PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

This AMENDED PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY amends the previously filed PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY identified as Docket Number 32868, attached hereto as <u>Exhibit A</u>.

| <u>HLTS Fund II LP</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HLTS Fund II LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Court Claim # (if known): <u>28105</u>
Amount of Claim Transferred: <u>$16,497,500.00</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(212) 303-9481</u>
Last Four Digits of Acct #: _____

Phone: <u>(212) 934-3921</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: July 16, 2013
Name of Transferee/Transferee's Agent
James W. Sykes
Managing Principal

By: _____  Date: July 16, 2013
Name of Transferee/Transferee's Agent
David Martino
**Controller**

Acknowledged and Agreed:

By: _____  Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent


By: _____          Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: ___*[signature]*_____     Date: July 16, 2013
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A
Docket Number 32868

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HLTS Fund II LP</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HLTS Fund II LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Court Claim # (if known): <u>28105</u>
Amount of Claim Transferred: <u>$16,947,500.00</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(212) 303-9481</u>
Last Four Digits of Acct #: _____

Phone: <u>(212) 934-3921</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

758378v.1 3091/00240                      22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ James W. Sykes_____                    Date: 12\14\12
      Name of Transferee/Transferee's Agent
      James W. Sykes
      Managing Principal

Acknowledged and Agreed:

By: _____David Martino_____                          Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758378v.1 3091/00240                         23

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: _____
Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____Michelle Latzoni_____       Date: 12/14/12
Name of Transferor/Transferor's Agent
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758378v.1 3091/00240                    23