**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

July 17, 2013

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: **ADR Procedures Order Dated 9/17/09 ("Order")**
**Forty-fourth Status Report**

Dear Judge Peck:

The six Mediators have requested again, your Honor, that I submit this monthly report (the forty-fourth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the July 17, 2013 omnibus hearing.

In the 28 days following the last prior report, Debtors served four additional ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 425. During the immediately past reporting period, Debtors achieved settlements with counterparties in two ADR matters, one as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $1,547,031,118 new dollars for the Debtors' estates. Settlements now have been achieved in 265 ADR matters involving 360 counterparties.

Honorable James M. Peck              **Weil, Gotshal & Manges LLP**
July 17, 2013
Page 2

To date, of the 109 ADR matters that have reached the mediation stage in Tier One and have been concluded, 101 have been settled in mediation. Only eight Tier One mediations have terminated without settlement. Three additional Tier One mediations have been scheduled to commence on the following dates: July 25 and 31 and September 12, 2013.

Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc: Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)