WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FOUR HUNDRED
SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY
DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 37956] (the "Objection") that was scheduled for July 25, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\44296359\1\58399.0011

**PLEASE TAKE FURTHER NOTICE** that deadline to respond to the Objection <u>**has been extended to August 20, 2013 at 4:00 p.m. (Prevailing Eastern Time)**</u>, solely with respect to those holders of claims identified on Exhibit A attached hereto.

Dated: July 17, 2013
       New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers
    Holdings Inc. and Certain of Its Affiliates

08-13555-mg    Doc 38756    Filed 07/17/13    Entered 07/17/13 18:10:53    Main Document
Pg 3 of 3

## Exhibit A

**Adjourned Claims:**

| Claimant Name | LBHI Proof of Claim Number | LBSF Proof of Claim Number |
|---|---|---|
| Bland Shire Council | 32671 | 32681 |
| City of Geraldton-Greenough | 32664 | 32689 |
| City of Melville | 32676 | 32645 |
| Coffs Harbour City Council | 32688 | 32642 |
| Deniliquin Shire Council | 32687 | 32644 |
| Kiama Municipal Council | 32647 | 32673 |
| Orange City Council | 32649 | |
| Uralla Shire Council | 859 | |
| Yass Valley Council | 32641 | 32655 |
| Sutherland Shire Council | 32665 | |
| Port Macquarie Hastings Council | 32667 | 32660 |
| Hurstville City Council | 10369 | |