**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re                                                     :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :          **08-13555 (JMP)**
:
Debtors.                      :          **(Jointly Administered)**
:
-------------------------------------------------------------------------x          **Ref. Docket No. 38689**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
)  ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 12, 2013, I caused to be served the "Reply to Response of Municipal Securities Rulemaking Board to Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims)," dated July 12, 2013 [Docket No. 38689], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
15th day of July, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

MUNICIPAL SECURITIES RULEMAKING
1900 DUKE STREET
SUITE 600
ALEXANDRIA, VA 22314-3412

BRUCE J. DUKE, LLC
BRUCE J. DUKE, ESQUIRE
(COUNSEL TO MUNICIPAL SECURITIES
RULEMAKING)
4201 GRENWICH LANE
MT. LAUREL, NJ 08054