B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc.,          Case No. 08-13555(JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TCA Event Investments S.a.r.l.<br><br>Name of Transferee | Deutsche Bank AG, London<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>TCA Event Investments S.a.r.l.<br>c/o Taconic Capital Advisors LP<br>450 Park Avenue, 9th Floor<br>NY, NY 10022<br>Attention : Alexandra Grigos<br>Phone: 212 209-3125<br>Fax 212-209-3189<br>e-mail: agrigos@taconiccap.com | Court Claim # (if known): 19967<br><br>Amount of Claim: US$469,453.84 of a total amount of US$14,083,615.15 specified on the Court Claim<br><br>Date Claim Filed: 21 September 2009<br><br>Debtor: Lehman Brothers Holdings Inc. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ J.S. Thompson_____     Date: 18 July 2013
    Transferee
    James Thompson
    Principal

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

(2) Evidence of Transfer of Claim

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Deutsche Bank AG, London Branch** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **TCA Event Investments S.a.r.l.** ("Purchaser") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of US$469,453.84 under a guarantee from Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 19967) originally filed by SLB Leasing-Fonds GmbH & Co. Uranus KG with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 18th day of July 2013.

TCA EVENT INVESTMENTS S.A.R.L.
By: Taconic Capital Advisors L.P., acting as special proxyholder

By: _____
Name: James Thompson
Title: Principal

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Jamie Foote
Title: Vice President

By: _____
Name: Simon Glennie
Title: Vice President