**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Chapter 11 |
| Debtors | Jointly Administered |

**NOTICE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $2,231,219.95 of or an undivided 21.66232961% ownership interest in the claim set forth below (the "Transferred Claim"), of Solus Recovery Fund II Master LP ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $10,412,106.19 | 67134 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $2,231,219.95 of or an undivided 21.66232961% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: | **Citigroup Financial Products Inc.** | ASSIGNOR: | **Solus Recovery Fund II Master LP** |
|---|---|---|---|
| Address: | 1615 Brett Road, Bldg 3 New Castle, DE 19720 | Address: | C/O Solus Alternative Asset Management LP, 410 Park Avenue, 11th Floor, New York, NY 10022 |

By: Solus Alternative Asset Management LP,
Its Investment Advisor

| Signature: | _____ | | |
|---|---|---|---|
| Name: | _____ | Signature: | _____ |
| Title: | _____ | Name: | _____ |
| Date: | _____ | Title: | _____ |
| | | Date: | _____ |

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., <u>et al.</u>, | Chapter 11 |
| | Jointly Administered |
| Debtors | |

**NOTICE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $2,231,219.95 of or an undivided 21.66232961% ownership interest in the claim set forth below (the "Transferred Claim"), of Solus Recovery Fund II Master LP ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $10,412,106.19 | 67134 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $2,231,219.95 of or an undivided 21.66232961% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: | **Citigroup Financial Products Inc.** | ASSIGNOR: **Solus Recovery Fund II Master LP** |
|---|---|---|
| Address: | 1615 Brett Road, Bldg 3 New Castle, DE 19720 | Address:  C/O Solus Alternative Asset Management LP, 410 Park Avenue, 11th Floor, New York, NY 10022 |

ASSIGNEE:  **Citigroup Financial Products Inc.**

Address:  1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature:  _____

Name:

Title:  Brian S. Broyles
Authorized Signatory

Date:

ASSIGNOR: **Solus Recovery Fund II Master LP**

Address:  C/O Solus Alternative Asset Management LP,
410 Park Avenue, 11th Floor, New York, NY
10022

By:  Solus Alternative Asset Management LP,
Its Investment Advisor

Signature:  _____

Name:  _____

Title:  _____

Date:  _____

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc., et al., (and Lehman Brothers Commodity Services Inc., Case. No. 08-13885)
        (the "Debtor"), Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 67134

**SOLUS RECOVERY FUND II MASTER LP**, and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CITIGROUP FINANCIAL PRODUCTS INC**
1615 Brett Road, Bldg 3
New Castle, DE 19720

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 67134, solely to the extent of $2,231,219.95, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated July 12 2013.

**SOLUS RECOVERY FUND II MASTER LP**

By:  Solus Alternative Asset Management LP,
     Its Investment Advisor

By: _____
    Name:
    Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
    Name:
    Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
          Attn:  Clerk

AND TO:      Lehman Brothers Holdings Inc., et al., (and Lehman Brothers Commodity Services Inc., Case. No. 08-13885)
              (the "Debtor"), Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 67134

**SOLUS RECOVERY FUND II MASTER LP,** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CITIGROUP FINANCIAL PRODUCTS INC**
1615 Brett Road, Bldg 3
New Castle, DE 19720

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 67134, solely to the extent of $2,231,219.95, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated July  10  2013.

**SOLUS RECOVERY FUND II MASTER LP**

By:  Solus Alternative Asset Management LP,
     Its Investment Advisor

By:  _____ ____ ____ _____
     Name:
     Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

By:  _____
     Name:
     Title:           Brian S. Broyles
                      Authorized Signatory