**EFG Bank**

EFG Bank SA
Quai du Seujet 24 / P. O. Box 2391
1211 Geneva 2 / Switzerland

Telephone +41 22 918 71 71
Facsimile +41 22 918 71 72
www.efgbank.com

Dear all,

Please find attached a letter for a partial transfer of claim. We have received the shares free of payment.

Could you please send me a notification of cacentrui. Best regards.

With our compliments

X. Dejean
Vice President

Member of EFG International



B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                   Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **EFG BANK AG** | **HSBC PRIVATE BANK MONACO S.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # :56651

EFG Bank
24, quai du Seujet
CP 2391  1211 Genève 2
SUISSE

**Total Amount of Claim Filed with respect to isin XS0247679573:**
550 000 EUR equivalent to  784 520 $ + indeterminate amount of interests

**Amount of Claim Transferred:**
EUR 100 000
( equivalent to USD 142 640 USD )+ indeterminate amount of interests
ISIN/CUSIP: XS0247679573
Blocking Number: 6060768
Date Claim Filed: October 29, 2009

Name and address where transferee payments should be sent (if different from above):

*Deutsche Bank AG, Frankfurt*
*Swift code : DEUTDEFF*
*In favour of EFG BANK*
*Account No : 100.9425455.0000*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **EFG BANK AG**                             Date: 8th July 2013
Transferee/Transferee's Agent

X. Dejean
Vice President

*INTERNAL - Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.            Case No. 08-13555

### NOTICE OF PARTIAL TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

Claim No. 55393 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October [3], 2012.

| **HSBC PRIVATE BANK MONACO S.A.** | **EFG BANK AG** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
17 AVENUE D'OSTENDE
MC 98000 MONACO
Attn: GEROME VICENTE
Phone: +377 93 15 24 23
Email: gerome.vicente@hsbcpb.com

Address of Transferee:

EFG Bank
24, quai du Seujet
CP 2391  1211 Genève 2
SUISSE



X. Dejean
Vice President

**~ DEADLINE TO OBJECT TO TRANSFER ~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                                                    **CLERK OF THE COURT**

INTERNAL