

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Schroder & Co Bank AG</u>    <u>Credit Suisse AG</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

Schroder & Co Bank AG
Service Center Private Banking
Pfingstweidstrasse 60, P.O. Box 2222
CH-8031 Zurich

Court Claim # (if known): <u>55829</u>
Date Claim Filed: <u>October 20, 2009</u>
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): <u>see Evidence of Transfer of Claim Form</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
see attached wire instructions

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  M. Isaak    Date: <u>Zurich, July 4th, 2013</u>
   Transferee/Transferee's Agent
   L. Schenker
   Associate Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Schroder & Co Bank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON December 21, 2012.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Irma Bauer
Title:  VP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0200265709 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 30'000.00 |

# Schroder & Co Bank AG

## STANDARD PAYMENT INSTRUCTIONS:

| | |
|---|---|
| CHF | Swiss Interbank Clearing No. 86349 or Bank Clearing: 8634 (SWIFT BJHSCHZZ) |
| AUD | Westpac Banking Corporation, Sydney. SWIFT: WPAC AU 2S. Acct No: SCI0001978. |
| CAD | Royal Bank of Canada, Toronto. SWIFT: ROYC CA T2. Acct No: 095911423706. |
| CZK | Deutsche Bank AG, Prague. SWIFT: DEUT CZ PX. Acct No: 8452026200018. |
| DKK | Danske Bank Aktieselskab, Copenhagen. SWIFT: DABA DK KK. Acct No: 3007531311. |
| EUR | SECB Swiss Euro Clearing Bank GmbH, Frankfurt am Main. SWIFT: SECG DE FF. Acct No: 03908634900EUR., IBAN: DE02524207000390863490, BIC (Cover bank SWIFT) BJHSCHZZ |
| GBP | HSBC Bank PLC., 27-32 Poultry, London. SWIFT: MIDL GB 22, Sort Code: 400515; Acct. No: 39814128, IBAN : GB91MIDL40051539814128 |
| HKD | Standard Chartered Bank, Hong Kong. SWIFT: SCBL HK HH Acct. No: 41109485996 |
| HUF | Deutsche Bank AG, Frankfurt. SWIFT: DEUT DE FF Acct No: 100-94271050064 |
| IDR | Standard Chartered Bank, Jakarta. SWIFT: SCBL ID JX Acct No: 306-0-001982-6 |
| JPY | Bank of Tokyo-Mitsubishi UFJ Ltd., Tokyo. SWIFT: BOTK JP JT. Acct No: 653-0463353. |
| NOK | Den Norske Bank ASA, Oslo. SWIFT: DNBA NO KK. Acct No: 7001.02.34652. |
| NZD | Bank of New Zealand, Wellington. SWIFT: BKNZ NZ 22. Acct No: 2174580000. |
| SEK | Skandinaviska Enskilda Banken AB (Publ), Stockholm. SWIFT: ESSE SE SS. Acct No: 52018560476. |
| SGD | Oversea-Chinese Banking Corp Ltd, Singapore. SWIFT: OCBC SG SG. Acct No: 501162119001. |
| THB | Bangkok Bank Public Company Ltd, Bangkok. SWIFT: BKKB TH BK. Acct No: 101- 468202-3 |
| TRY | Deutsche Bank AG, Frankfurt. SWIFT: DEUT DE FF Acct No: 100-94271050058 |
| USD *NEW* | Deutsche Bank Trust Company Americas, New York SWIFT: BKTRUS33 ABA No: 021001033. Acct No: 04455213. |
| ZAR | FirstRand Bank Ltd, Johannesburg. SWIFT: FIRN ZA JJ. Acct No: 9017364. |

Schroder & Co Bank AG

L. Schenker
Associate Director

M. Isaak
Manager

**Schroder & Co Bank AG**
Service Centre Private Banking
Pfingstweidstrasse 60, CH-8031 Zurich, Switzerland
BIC:           BJHSCHZZ
Phone No:      +41 44 250 13 89
Mail Address: funddealing@schroders.com

**To whom it may concern**

Zurich, 31st May 2013

**Change of Standard Payment Instruction for USD**

Dear Sir or Madam,

Please note that Schroder & Co Bank AG will change its standard payment instruction for USD per 10th June 2013 as follows:

Current payment instruction (valid until 9th June 2013):

UBS AG, New York
A/C: 101-WA-763577-000
BIC: UBSWUS33
ABA/FW No. 026007993

New payment instruction (valid from 10th June 2013):

**Deutsche Bank Trust Company Americas, New York**
**A/C: 04455213**
**BIC: BKTRUS33**
**ABA/FW No. 021001033**

Please adjust your systems accordingly.

Thanks and kind regards

Schroder & Co Bank AG

L. Schenker
Associate Director

M. Isaak
Manager

**Schroder & Co Bank AG**

Service Centre Private Banking

Pfingstweidstrasse 60, P.O.Box 2222

CH-8031 Zurich

www.schroders.ch



| | |
|---|---|
| To | Epiq Bankruptcy Solutions, LLC |
| | Attn: Lehman Brothers Holdings Inc. Claims Processing |
| | 757 Third Avenue, 3rd Floor |
| | New York, Ny 10017 |
| | |
| Tel | 001 646 282 2500 |
| From | Marco Isaak |
| Direct Fax | +41-44-250 12 69 |
| Direct Tel. | +41-44-250 15 57 |
| Email | Marco.Isaak@schroders.com |
| | |
| Date | 04 July 2013 |

## Request for Transfer of Claim

Dear Sir/Madam

Please see attached forms (Evidence of Transfer of Claim and Transfer of Claim other than for Security). Could you please transfer the Claim 55829 from Credit Suisse AG to Schroder & Co Bank AG. Any further payment should be wired to Schroders & Co Bank AG, Zürich (Account with Deutsche Bank Trust Company Americas, New York) Wire Instructions attached.

Thanks and best regards,
SCHRODER & CO BANK AG

Liliane Schenker        Marco Isaak
Associate Director      Manager

Please call immediately if you do not receive any part of this fax. Confirmation of receipt of this fax is not required. This message may contain confidential and/or privileged information intended solely for the use of the named addressee. If you are not the named addressee and/or have received this facsimile in error, please contact us immediately by telephone or fax. We will accept a reverse charge call. You should not disclose the contents to any other person nor make copies.

