**Hearing Date and Time: July 25, 2013 at 10:00 a.m. (prevailing Eastern Time)**

John G. Kissane
Jane Freeberg-Sarma
WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone: (212) 922-2200
Facsimile: (212) 922-1512

*Attorneys for Mrs Wendy John*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | **08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **(Jointly Administered)** |
| **Debtors.** | : | **CLAIM No. 43187** |

-----------------------------------------------------------x

### OPPOSITION TO DEBTORS' FOUR HUNDRED EIGHTEENTH OMNIBUS <u>OBJECTION TO CLAIMS</u>

Mrs Wendy John ("Mrs John/Claimant") by and through her undersigned

attorneys, hereby files this Opposition (the "Opposition") to the four hundred eighteenth

[Docket No. 38010] omnibus objection to claims dated June 18, 2013 (the "<u>Objection</u>"), filed by

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-captioned case

(together with LBHI, the "<u>Debtors</u>") and respectfully represents:

1.      Claimant filed a timely proof of claim on October 21, 2009. (A true and correct

copy of Claimant's proof of claim and attachments is attached as Exhibit 1).

2.      Claimant's claim was assigned "Claim No. 43187".

3.     The proof of claim related to certain notes issued by LBHI, and guaranteed by LBHI, identified as ISIN XS0137335468, CUSIP: N5213ACT9, with a face value of approximately $20,000.00 (the "Investment").

4.     Because Claimant had submitted a note redemption request to her broker on June 23, 2008, which request was being processed when the Debtors filed their petition of September 2008, there was no European Reference Number, Clearstream Blocking Reference or Euroclear Reference Number attached to the Investment (collectively, "Blocking Reference").

5.     The unavailability of the Blocking Reference was confirmed by Claimant's broker, Pioneer Financial Planning on October 15, 2009, and Claimant attached the correspondence informing her of unavailability of the Blocking Reference to her proof of claim. (See Exhibit 1, attached e-mail dated October 15, 2009 from Wendy van der Linde of Pioneer Financial Planning to Claimant).   This e-mail also explains why the Blocking Reference was not available for redemption requests that had already been made by security holders, such as Claimant.

6.     In June 2012, additional information was provided to Claimant from Epiq Bankruptcy Solutions LLC concerning the Investment, including a Euroclear Reference Number. That information was:

**Acct: 3lw-421616**
**Security delivery: 08/18/2008**
**Quantity: 20,000**
**Delivered to: EUROCLEAR 92904 LEHMAN BROTHERS**
**isin # XS0137335468  cusip N5213ACT9**
**EUROCLEAR REFERENCE #: 7028783**

7. Claimant forwarded the information to Lehman Brothers Holdings Claims Processing center immediately after it became available (Exhibit 2, Letter dated June 20, 2012 from Claimant to Lehman Brothers Holdings Claims Processing).

8. The lack of the availability of the Blocking References for trades and redemptions of certain securities in progress was apparently well known to the Debtor, but Debtor provided no guidance on how such claims should be filed. (See Exhibit 1, attached e-mail dated October 15, 2009 from Wendy van der Linde of Pioneer Financial Planning to Claimant).

9. The Debtor has had all required information to verify and process Claimant's claim since June 2012.

10. Claimant has not filed any other claim in this or any related proceeding other than Claim No. 43187, and has not received any payment with respect to this claim from any source, (see Certification of Claimant attached as Exhibit 3).

For the foregoing reasons, the Debtor's objection to Mrs John's claim number 43187 should be denied, and the claim approved and processed.

Dated: July 09, 2013
New York, New York

Respectfully Submitted,

_____/s/ John G. Kissane_____
John G. Kissane
Jane Freeberg-Serma
WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone:  (212) 922-2200
Facsimile:  (212) 922-1512


*Attorneys for Mrs Wendy John*

# EXHIBIT 1

| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS** |
|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., El Al. 08-13555 (JMP)    0000043187 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

|  |  |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor:   MRS WENDY JOHN   6 WINDSOR COURT   WINDSOR ROAD   DOUGLAS,   +44 1624 643162   Email Address: wenjohninuk@yahoo.co.uk Telephone number: | ☐ Check this box to indicate that this claim amends a previously filed claim. Court Claim Number: _____ (*If known*) Filed on: _____ |
| Name and address where payment should be sent (if different from above) Telephone number:      Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **20,000** _____ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **XS0137335468** (Required)    CUSIP: NS213ACT9

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: **NOT AVAILABLE AS REDEMPTION ALREADY PROCESSED/DELIVERED SEE ATTACHED DOCUMENTS** (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: _____ (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY **FILED / RECEIVED** OCT 2 1 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date. **19/10/09** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    W. John | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy
filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



**BRIDGE**
ASSET MANAGEMENT

Date: ___23·6·08___

### Lehman Note Redemption

[1] To Bridge Asset Management

I hereby wish to redeem the Lehman notes in my account as per the terms set out in the original term sheet. We understand that in order to execute the redemption the Lehman notes will have to be transferred to Lehman Brothers London:

| | |
|---|---|
| Pershing Account Name | WENDY JOHN |
| Pershing Account Number | 3LW401616 |
| Quantity (face value) | 20,000 |
| Description | LEHMAN NOTES |
| Cusip / ISIN | N5213ACT9 / XS0137333468 |

[2] TO Global Investor Services, LC
777 Brickell Avenue, Suite 650
Miami, FL 33131

Attn: Cristina Gonzalez

Please transfer, free of payment, to Lehman Brothers London, E/C No. 92904,
the Securities as detailed above to the attention of:

David Wilson (Fund Derivatives)
Tel # 44-207-103-1772
Fax # 44-207-706-9203

_David Wilson_
_P. Aller_

_W. John_
Signature of account holder(s) or authorized power of attorney          Joint Signature (if applicable)

For Office Use:

| | |
|---|---|
| Trade Date: | 14-July-08 |
| Settlement Date: | 18. Aug-08 |

BRIDGE ASSET MANAGEMENT
Tel. 1.284.494.0306     Fax 1.284.494.0089     Email: info@bridgeam.com
Web: www.bridgeam.com

Page 1 of 2

### Anat Reshef

| | |
|---|---|
| From: | Yates, Patrick [payates@lehman.com] |
| Sent: | 14 July 2008 10:40 |
| To: | Anat Reshef; Hood, Thomas W |
| Cc: | Danit Assaf |
| Subject: | RE: Lehman Redemptions July 2008 |

Hi Anat,

We confirm receipt of these orders. Trade date is 14-July-08 and Settlement date 18-Aug-08 for the bond delivery.

Regards,

Patrick

**From:** Anat Reshef [mailto:AnatR@pioneer-offshore.com]
**Sent:** 14 July 2008 07:25
**To:** Hood, Thomas W; Yates, Patrick
**Cc:** Danit Assaf
**Subject:** Lehman Redemptions July 2008

Hi Patrick & Thomas,

Please find below 2 Lehman redemptions for this month. The original client instructions are enclosed (2 pages).

Please confirm receipt of the email and advise Trade Date and Settlement Date for delivery.

July 15th 2008

| Account #<br>Lehman<br>Brothers | Account Name | Euroclear | CUSIP | ISIN |
|---|---|---|---|---|
| 3LW421616 | Wendy John | $<br>20,000.00 | N5213ACT9 | XS0137335468 |
| | | $ | | |

Kind Regards,

**Anat Reshef**
Tel: +972-9-9611373
Fax: +972-9-9611305

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any

Global Investor Services
777 Brickell Avenue, Miami Florida 33131
Tel 305.982.4585

WENDY JOHN
C/O PARAGON
11 GREENLAND RD
BARNET - HERTS EN5 2AL
UNITED KINGDOM

# Brokerage
## Account Statement

Account Number: 3LW-421616
Statement Period: 08/01/2008 - 08/31/2008

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $23,961.09 |
| Fees | -2.00 |
| Change in Account Value* | -23,952.00 |
| Ending Account Value | $7.09 |

* Change in Account Value includes the value of free receives/delivers.

| | Value This Period | Percent Allocation | |
|---|---|---|---|
| Beginning Account Value | 7.09 | 100% | Your Account is 100% invested in Cash and Cash Equivalents. |
| Fees | 0.00 | 0% | |
| Ending Account Value | $7.09 | 100% | |

## Asset Allocation

| | Value Last Period |
|---|---|
| Cash and Cash Equivalents | 9.09 |
| Fixed Income | 23,952.00 |
| **Account Total** | **$23,961.09** |

A002750SC5F31001S        PAP-02-ROLL


DALLAR RATED
FOR COMMUNICATION

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 1 of 3

# Customer Service Information

**Your Financial Advisor Is: 308**

## Customer Service Information

Service Hours: Monday - Friday 09:00 a.m. - 05:00 p.m.(ET )

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents 100.00% of Portfolio | | | | | | |
| | Cash Balance | 9.09 | 7.09 | | | |
| **Total Cash and Cash Equivalents** | | **$9.09** | **$7.09** | **$0.00** | **$0.00** | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | **$7.09** | **$0.00** | **$0.00** |

## Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

Account Number: 3LW-421616
WENDY JOHN

PAR-02-ROLL

DAHAR RATED FOR COMMUNICATION

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

A00275S5CSP70015

Global Investor Services
777 Brickell Avenue, Miami Florida 33131
Tel 305.982.4585



# Brokerage
## Account Statement

Statement Period: 08/01/2008 - 08/31/2008

## Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| **Withdrawals and Deposits of Securities** | | | | | | | |
| 08/18/08 | | SECURITY DELIVERED | LEHMAN BROTHERS TREASURY BV ISIN#XS0137335468 0.000% 10/26/08 REG DTD 10/26/01 | -20,000.000 | | | 0.00 |
| **Total Withdrawals and Deposits of Securities** | | | | | | | **$0.00** |
| **Fees** | | | | | | | |
| 08/01/08 | | FOREIGN CUSTODY FEE | LEHMAN BROTHERS TREASURY BV FGN SEC. SAFEKEEPING NG213ACT9 | | | | -2.00 |
| **Total Fees** | | | | | | | **-$2.00** |
| **Total Value of all Transactions** | | | | | | | **-$2.00** |

The price and quantity displayed may have been rounded.

A00231595C5P510215    [BALBAR BATCO FOR COMMUNICATION]    Account Number: 3LW-421616    PAR-02-ROLL    Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
WENDY JOHN    Member FINRA, NYSE, SIPC

## Wendy John

| | |
|---|---|
| **From:** | wendy john [wenjohninuk@yahoo.co.uk] |
| **Sent:** | 16 October 2009 12:08 |
| **To:** | Wendy John |
| **Subject:** | FW: Wendy John Lehman Position |
| **Attachments:** | image001.jpg; notes for completing form.doc; LEHMAN_PROGRAMS_SECURITIES_POC_FORM[1].pdf; John.pdf; 3LW421616 Statement.pdf |

--- On **Thu, 15/10/09, Wendy Van der Linde <*WendyV@pioneer.co.za*>** wrote:

From: Wendy Van der Linde <WendyV@pioneer.co.za>
Subject: FW: Wendy John Lehman Position
To: wenjohninuk@yahoo.co.uk
Date: Thursday, 15 October, 2009, 8:48

Hi Mrs John

Please see the below from my Head Office re your Lehman claim.

Regards

**Wendy van der Linde**
**Pioneer Financial Planning**
**FSP Licence 7007**
**Tel    : +27 31 582 7250**
**Fax    : +27 31 563 2091**
**e-mail : <u>wendyv@pioneer.co.za</u>**
**Visit our website at <u>www.pioneer.co.za</u>**
This message and its attachments ("the e-mail") is a confidential communication, may contain legally privileged information and is intended only for the indicated addressee/s ("the Addressee"). The retention, use, copying or distribution of the Email other than by the Addressee is prohibited. If you have received the Email in error, you are kindly requested to notify the sender immediately. The sender does not warrant that the Email is virus-free, that (having regard to the nature of electronic data) it is complete or accurate and is not responsible for any loss or damage occasioned to any person as a result thereof.

---

**From:** Pearla Alexander-Heller [mailto:PearlaA@pioneer-offshore.com]
**Sent:** Thu 2009/10/15 09:52 AM
**To:** Wendy Van der Linde
**Cc:** DavidI@pioneer-offshore.com; Dafnag@pioneer-offshore.com; Pearlaa@pioneer-offshore.com
**Subject:** Wendy John Lehman Position

Dear Wendy,

Please ensure that this email and its attachments are received by above mentioned client.

Clients holding Lehman Notes have been made aware of The Lehman Securities Programs Proof of Claim that they can submit to the US Bankruptcy Court. In order to complete the claim form in full, the client needs to produce a 'blocking number'. This number is obtained from the custodian that holds the position being claimed for. Upon the client's request, the custodian 'blocks' the position in question and supplies the client with the 'blocking number' as a reference. If the client does not have the position in their account, the

custodian cannot 'block' it and therefore cannot provide the required blocking number for the claim.

As part of the redemption process of Lehman, clients sent a redemption request to the custodian, authorizing them to deliver the positions to Lehman. In return for the delivered position, Lehman would transfer the proceeds of the sale to the client's account. Due to the very unfortunate circumstances of September 2008, there may be a situation whereby the position was delivered to Lehman but the proceeds were not sent to the client. In this case, the client is currently not holding the positions in their account and therefore the proof of claim form cannot be fully completed as there is no blocking number.

We have made every effort to obtain guidance from Lehman as to how these clients should proceed. We have not been successful in acquiring any instructions of how to complete the proof of claim in absence of a blocking number.

We have stressed in past correspondence, and do so again, that Pioneer is not in a position to offer legal advise to its clients and that clients are strongly urged to seek independent legal advice concerning all matters relating to the filing of claims. However, and this is not to be construed as a recommendation from Pioneer, clients finding themselves in the above described situation may wish to consider submitting a proof of claim form as follows:

- complete all details on the form except the tracking number

- attach to the claim a copy of the redemption letter requesting that the positions be delivered to Lehman Euroclear account # 92904 (attached)

- attach to the claim a copy of the email Pioneer received from Lehman confirming receipt of the redemption request (attached)

- attach to the claim a copy of the GIS account statements that prove the delivery of the position to Lehman (attached)

- attach a cover letter explaining that the positions had been transferred to Lehman Euroclear account # 92904 as part of redemption process

- The deadline for the claim to be received in the US is Nov 2, 2009

In absence of any true indication as to whether a claim filed in this manner will be accepted, this course of action may be considered preferable to non completion of the proof of claim form.

Should you or your clients wish to direct legal inquiries to somebody involved in the bankruptcy case, they can contact the Lehman Legal Hotline +1-212-3108040. We have spoken to a number of people through this hotline but they were unable to provide us with any advice on how to proceed.

6 Windsor Court
Windsor Road
Douglas
Isle of Man IM1 3JA
British Isles

19 October 2009

By Registered Mail

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
U.S.A.

Dear Sirs

**Proof of Claim Lehman Notes: ISIN XS0137335468**

Attached herewith please find the following documents including a self addressed
envelope for acknowledgement of receipt of claim; I am unable to stamp the
envelope as I do not have USA stamps available to me in the Isle of Man.

1 x Complete Proof of Claim Form duly completed and signed but with a Clearstream
Blocking Number as the Notes in question had already been delivered in the
redemption process and the cash should have been repaid free of payment to
Lehman Brothers, London E/E No. 92904.

1 x Copy of Lehman Note Redemption Notice dated 23/06/2008.

1 x Copy of e-mail from Pioneer Offshore to Lehman showing delivery of redemption
notice and confirmation of receipt of same by Lehman.

1 x Copy Brokerage Account Statement (3 pages) giving details of amount due for
redemption.

1 x Copy of e-mail received from Pioneer Offshore explaining the position and the
lack of a blocking number as the position had previously been delivered as part of
the redemption process and the proceeds never sent to me, the client.

As Pioneer Offshore is unable to get clarification on this process without a blocking
number and I myself have tried the telephone number for the Lehman Legal Hotline

and left various messages to no avail, I send herewith the documents as listed above in order to support my claim.

Unfortunately, I am not in a position to seek further legal advice as I am a pensioner with limited funds and have already lost too much money in this experience of investing with Lehman Notes.

Therefore I would be grateful if you would acknowledge receipt of this claim and advise if it will be acceptable for the purpose intended.

Yours faithfully

W, John

**Wendy John**

Encs.





# EXHIBIT 2

6 Windsor Court
Windsor Road
Douglas
Isle of Man IM1 3JA
British Isles

20 June 20112

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
U.S.A.

Dear Sirs

**Proof of Claim Lehman Notes: ISIN XS0137335468 Claim No. 43187**

Further to the submission of various documents in support of my claim, I have not yet received any payment of funds.

My security holding was delivered to Lehman Brothers by Global Investor Services LC on my behalf for redemption and for which I had not received payment prior to the Lehman collapse. Further details of the security delivery are given hereunder in the hope that the details may be of assistance in order to expedite the acceptance and approval and thus payment of my claim.

Acct 3lw-421616
Security Delivery 08/18/2008
Quantity : 20,000
Delivered to EUROCLEAR 92904 LEHMAN BROTHERS
ISIN # XS0137335468  CUSIP # N5213ACT9
EUROCLEAR REFERENCE # 7028783

Yours faithfully

W. John

Wendy John

# EXHIBIT 3

**Hearing Date and Time: July 25, 2013 at 10:00 a.m. (prevailing Eastern Time)**

John G. Kissane
Jane Freeberg-Serma
WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone: (212) 922-2200
Facsimile: (212) 922-1512

*Attorneys for Mrs Wendy John*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | **08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al., :** | | **(Jointly Administered)** |
| Debtors. | : | **CLAIM No. 43187** |

--------------------------------------------------------x

## CERTIFICATION OF WENDY JOHN OF NO OTHER CLAIM

I, Mrs Wendy John, hereby submit this certification in support of my Opposition

(the "Opposition") to the four hundred eighteenth [Docket No. 38010] omnibus objection to

claims dated June 18, 2013 (the "Objection"), filed by Lehman Brothers Holdings Inc. ("LBHI")

and its affiliated debtors in the above-captioned case (together with LBHI, the "Debtors") and

hereby affirm:

1.      I have not filed any other claims in this proceeding or any related proceeding

other than the proof of claim being objected to in the Objection and denominated as Claim No.

43187 (my "Claim").

2.    I have attached a true and correct copy of my Claim to my Opposition as Exhibit

1.

3.    My Claim relates to the securities listed below.

Acct: 3lw-421616
Security delivery: 08/18/2008
Quantity: 20,000
Delivered to: EUROCLEAR 92904 LEHMAN BROTHERS
isin # XS0137335468  cusip N5213ACT9
EUROCLEAR REFERENCE #: 7028783

4.    I have not received any payment on account of my Claim in this proceeding or

from anywhere else, either before or after the proceeding.

I, Mrs. Wendy John, hereby swear, under penalty of perjury of the laws of the United States of

America, that the foregoing statements are true and correct.

_W. John_____
*Mrs Wendy John*

Dated: July 18, 2013
         New York, New York

2