Simon Hookway
MSS Fund Management Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 29691, filed on September 22, 2009, against Lehman Brothers Special Financing Inc. by MSS Distressed & Opportunities 2 (the "Claimant") in an undetermined amount (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by the Claimant other than the Claim.

The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July 18, 2013

_____
Simon Hookway
MSS Fund Management Limited

US_ACTIVE:\44291877\1\58399.0011