UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (JMP)
                                                        :    (Jointly Administered)
                        Debtors.                        :
                                                        :
                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 38133, 38134,
                                                             38141, 38154, 38212, 38214, 38232,
                                                             38240, 38247, 38254, 38260, 38272-
                                                             38277, 38285, 38286, 38288, 38290,
                                                             38291, 38300-38304

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 5, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
18th day of July, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 38133, 38134, 38141...38291, 38300-38304_AFF_7-5-13.doc

# EXHIBIT A

08-13555-mg    Doc 38804    Filed 07/18/13    Entered 07/18/13 15:43:14    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
      ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
      1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
      NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                      NEW YORK NY 10019
```

Please note that your claim # 555854-26 in the above referenced case and in the amount of
$150,000.00   allowed at $150,000.00        has been transferred **(unless previously expunged by court order)**

```
      FIBI BANK (SWITZERLAND) LTD
      TRANSFEROR: BANK HAPOALIM B.M.
      SEESTRASSE 61
      ZURICH    CH-8027
      SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38303       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/05/2013                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 5, 2013.

# EXHIBIT B

```
TIME: 14:17:30                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 07/05/13                                             CREDITOR LISTING
```

| Name | Address |
|---|---|
| ABN AMRO BANK NV, JERSEY BRANCH | PO BOX 255 7 CASTLE STREET ST. HEILER, JERSEY  UNITED KINGDOM |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P.MORGAN SECURITIES LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ARKESTEIJN, C.L.M. | MEERKOETLAAN 1 WOERDEN  3444 BH NETHERLANDS |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MATT WEINSTEIN ; C/O DEUTSCHE BANK SECURITIES INC. 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ABN AMRO BANK NV, JERSEY BRANCH ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FIBI BANK (SWITZERLAND) LTD | TRANSFEROR: BANK HAPOALIM B.M. SEESTRASSE 61 ZURICH  CH-8027 SWITZERLAND |
| GLASON HOLDING B.V. | DE STANDAARD 8 SWIFTERBANT  8225 GB NETHERLANDS |
| GOEDHART - BODEGRAUEN, J.E. | C/O MARCO VAN DRIEL HOORN 126A ALPHEN AAN DEN RIJN  2404 HJ NETHERLANDS |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: KA FINANZ AG C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HOLWERDA, W.P. EN/OF A. HOLWERDA-DEVRIES | PROVINCIALEWEG 26 ADORP  9774 PB NETHERLANDS |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: NUVERSE ADVISORS LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: EFG EUROBANK ERGASIAS SA C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| J.P.MORGAN SECURITIES LTD | TRANSFEROR: JAMAICA MONEY MARKET BROKERS LIMITED C/O JPMORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ILLIQUIDX LLP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KA FINANZ AG | F/K/A KOMMUNALKREDIT INTERNATIONAL BANK LTD TURKENSTRASSE 9 VIENNA  1092 AUSTRIA |
| KA FINANZ AG | FRESHFIELDS BRUCKHAUS DERINGER LLP SEILERGASSE 16 DR. FRIEDRICH JERGITSCH VIENNA  1010 AUSTRIA |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: BANQUE DE LUXEMBOURG ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON  E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: BANQUE FEDERATIVE DU CREDIT MUTUEL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON  E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CM-CIC ASSET MANAGEMENT ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON  E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON  E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED P.O. BOX 8301 NEW YORK NY 10150 |
| MZ57, L.L.C. | JAMES H. MILLAR WILMERHALE 399 PARK AVENUE NEW YORK NY 10022 |
| MZ57, L.L.C. | JAMES H. MILLAR WILMERHALE 399 PARK AVENUE NEW YORK NY 10150 |
| MZ57, L.L.C. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: PBC FINANCING LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: ARKESTEIJN, C.L.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION |  |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:17:30                                            LEHMAN BROTHERS HOLDING INC.
DATE: 07/05/13                                                 CREDITOR LISTING                                                    PAGE:  2

Name                                          Address
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: GLASON HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: GOEDHART - BODEGRAUEN, J.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: HOLWERDA, W.P. EN/OF A. HOLWERDA-DEVRIES ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN GEMERT, A.G.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN KESTEREN, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
TACONIC MASTER FUND 1.5 LP                    TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY MASTER FUND L.P.          TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                              TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                              TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
VAN GEMERT, A.G.G.                            PRINSENLAAN 8 CW APELDOORN NL 7316 NETHERLANDS
VAN KESTEREN, J.                              ZEVENEND 10 C 1251 RN LAREN  NETHERLANDS
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed      53
```

EPIQ BANKRUPTCY SOLUTIONS, LLC