**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                         :          Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :          08-13555 (JMP)
:          (Jointly Administered)
Debtors.      :
:
------------------------------------------------------------------x          Ref. Docket Nos. 38284 & 38304

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On July 5, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which
    is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with
    the transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
18th day of July, 2013
*/s/  Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE OF DEFECTIVE TRANSFER**


Transferor:    JPMORGAN CHASE BANK, NA
               TRANSFEROR: ISP SECURITIES LTD.
               ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
               ONE CHASE MANHATTAN PLAZA - FLOOR 26
               NEW YORK NY 10005


Additional:


Transferee:    ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
               C/O ALDEN GLOBAL CAPITAL
               ATTN: ITHRAN OLIVACCE
               885 THIRD AVENUE, 34TH FLOOR
               NEW YORK NY 10022


**Your transfer   of claim #   47976   is defective for the reason(s) checked below:**

Other                          Transfer Amount Exceeds Amount Owned


Docket Number 38304            Date 07/01/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 5, 2013.

EXHIBIT B

TIME: 14:17:57
DATE: 07/05/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ISP SECURITIES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| TURNPIKE LIMITED | C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |

Total Number of Records Printed     4

EPIQ BANKRUPTCY SOLUTIONS, LLC