UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re                                                               :   Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :   08-13555 (JMP)
                                                                    :   (Jointly Administered)
Debtors.                                                            :
                                                                    :
                                                                    :
---------------------------------------------------------------------x   Ref. Docket Nos. 38316, 38317,
                                                                         38319, 38321, 38343, 38345, 38346

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 8, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
18th day of July, 2013
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 38316, 38317, 38319, 38321, 38343, 38345, 38346_AFF_7-8-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    GOLDMAN SACHS LENDING PARTNERS LLC
       TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD.
       C/O GOLDMAN, SACHS & CO.
       ATTN: MICHELLE LATZONI
       30 HUDSON STREET, 5TH FLOOR
       JERSEY CITY NJ 07302
```

Please note that your claim # 66139-04 in the above referenced case and in the amount of $1,109,204.67  allowed at $997,916.67   has been transferred **(unless previously expunged by court order)**

```
       HALCYON LOAN TRADING FUND LLC
       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
       C/O HALCYON ASSET MANAGEMENT - M SELTZER
       477 MADISON AVENUE, 8TH FLOOR
       NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38343     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/07/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 7, 2013.

# EXHIBIT B

08-13555-mg    Doc 38807    Filed 07/18/13    Entered 07/18/13 15:53:16    Main Document
Pg 4 of 5

```
TIME: 09:46:08                                      LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 07/08/13                                            CREDITOR LISTING

Name                                         Address
CENTRAL REINSURANCE CORP.                    TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: VINCENT TING 12F 53 NANKING E. RD., SEC. 2 TAIPEI    TAIWAN
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                             JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC          TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                             JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                             NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                             NEW YORK NY 10022
LEHMAN BROTHERS INTERNATIONAL (EUROPE)       (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)       PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)       LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
MACQUARIE BANK LIMITED                       JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                       TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING
                                             125 WEST 55TH STREET NEW YORK NY 10019
MERRILL LYNCH CAPITAL SERVICES, INC.         ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.         ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.         C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH CAPITAL SERVICES, INC.         C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
RWNIH-HAM LLC                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                             NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.            TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
TRC MASTER FUND LLC                          SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
TRC MASTER FUND LLC                          TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. C/O TR CAPITAL MANAGEMENT, LLC ATTN: TERREL ROSS 336 ATLANTIC AVE, SUITE 302
                                             EAST ROCKAWAY NY 11518


Total Number of Records Printed     18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC