UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :    (Jointly Administered)
             Debtors.                         :
                                              :
------------------------------------------------------------------x    Ref. Docket No. 38305

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 8, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
18th day of July, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.
                                                                                        Case No. 08-13555 (JMP)
                                                                                        Jointly Administered

                             Debtors.
_____

### NOTICE OF DEFECTIVE TRANSFER

Seller:         FIBI Bank (Switzerland) Ltd.
                Seestrasse 61
                CH-8027 Zurich
                Switzerland

Purchaser:      Bank Hapoalim BM
                Attn: David Hertz & Harold J. Weissler
                1177 Avenue of the Americas
                New York, NY 10036

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
    [ ] expunged by court order
    [ ] previously transferred
        By document #
*(X) other (specify): Pending Objection Filed at Docket No. 38181*

Docket Number: 38305

/s/ Lauren Rodriquez_____
Bankruptcy Services LLC as claims
agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the seller, purchaser, and debtor(s) counsel by first class mail, postage prepaid on July 8, 2013.

# EXHIBIT B

| | |
|---|---|
| FIBI BANK (SWITZERLAND) LTD.<br>SEESTRASSE 61<br>CH-8027 ZURICH<br>SWITZERLAND | BANK HAPOALIM BM<br>ATTN: DAVID HERTZ & HAROLD J. WEISSLER<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |