UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
:   (Jointly Administered)
Debtors.                               :
:
:
------------------------------------------------------------------x   Ref. Docket Nos. 38089, 38278-
38282, 38292, 38296, 38304, 38309,
38310, 38315, 38318, 38320, 38322-
38341, 38344, 38368-38370

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
18th day of July, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
                                           |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |   (Jointly Administered)
                                           |
            Debtors.                       |
                                           |
_____|

          NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                        BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   GOLDMAN SACHS LENDING PARTNERS LLC
              TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD.
              C/O GOLDMAN, SACHS & CO.
              ATTN: MICHELLE LATZONI
              30 HUDSON STREET, 5TH FLOOR
              JERSEY CITY NJ 07302

Please note that your claim # 66140-04 in the above referenced case and in the amount of
        $1,109,204.67   allowed at $997,916.67       has been transferred (**unless previously expunged by court order**)

              HALCYON LOAN TRADING FUND LLC
              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
              C/O HALCYON ASSET MANAGEMENT - M SELTZER
              477 MADISON AVENUE, 8TH FLOOR
              NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38344      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/09/2013                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 9, 2013.

# EXHIBIT B

```
TIME: 14:11:02                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 07/09/13                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ARENDSHORST-ROOSJE, L.G. | MR. MODDERMANSTRAAT 2 WINSCHOTEN 9671 AG NETHERLANDS |
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BLACKWELL PARTNERS LLC | SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVENUE NEW YORK NY 10022 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN/ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN SACHS & CO.; ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HIPPARCHUS MASTER FUND LTD | SHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVENUE NEW YORK NY 10022 |
| HIPPARCHUS MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| HIPPARCHUS MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: CITIBANK, N.A. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: NUVERSE ADVISORS LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:11:02                                            LEHMAN BROTHERS HOLDING INC.                                                     PAGE:     2
DATE: 07/09/13                                                  CREDITOR LISTING

Name                                          Address
J.P. MORGAN SECURITIES PLC                    TRANSFEROR: EFG EUROBANK ERGASIAS SA C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                    TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                       TRANSFEROR: BANK SARASIN & CO. LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                       TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                       TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                       TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                              NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                       TRANSFEROR: WOODSTOCK FINANCIAL GROUP, INC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
LAMBERS-KALLE, A. HILLE RIS                   WATERFRONT 276 TERNEUZEN 4531 HZ NETHERLANDS
MACQUARIE BANK LIMITED                        JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                        TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING
                                              125 WEST 55TH STREET NEW YORK NY 10019
MAGNETAR CAPITAL MASTER FUND LTD              TRANSFEROR: SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR CAPITAL MASTER FUND LTD              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                              EVANSTON IL 60201
MAGNETAR CAPITAL MASTER FUND LTD              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                              EVANSTON IL 60201
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND      TRANSFEROR: SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVENUE NEW YORK NY 10022
LTD
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
LTD                                           EVANSTON IL 60201
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
LTD                                           EVANSTON IL 60201
MULDER, J.                                    SAMUEL LEVIESTRAAT 45 LEEK 9351 BM NETHERLANDS
RWNIH-HAM LLC                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                              NEW YORK NY 10022
RWNIH-HAM LLC                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                              NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.             TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.                    TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: ARENDSHORST-ROOSJE,L.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: LAMBERS-KALLE, A. HILLE RIS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: MULDER, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN MOOK, A.H.P. & VAN MOOK VAN HEESWIJK, G.J.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN OLDEN, PRAEBENDE H ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
TURNPIKE LIMITED                              TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VAN MOOK, A.H.P. & VAN MOOK VAN               BELSAKKER 13 LAGE MIERDE 5094 EP NETHERLANDS
HEESWIJK, G.J.J.M.
VAN OLDEN, PRAEBENDE H                        P/A MR. W VAN OLDEN GEMONDSEWEG 45 SCHIJNDEL 5481 XW NETHERLANDS

Total Number of Records Printed    61                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```