UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| -----------------------------------------------------------------x | | Ref. Docket No. 38391 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
18th day of July, 2013
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE (LUXEMBOURG) S.A.
              ZWEIGNIEDERLASSUNG OSTERREICH
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:    CREDIT SUISSE (LUXEMBOURG) S.A.
              CRAVATH, SWAINE & MOORE LLP
              WORLDWIDE PLAZA
              ATTN: RICHARD LEVIN
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:    DR. BRIGITTE ARNOLD
              MANAGETTAGASSE 12
              KLOSTERNEUBURG 3400 AUSTRIA

**Your transfer** of claim # 55818 is defective for the reason(s) checked below:

Other                                Not enough money to complete the transfer.

Docket Number 38391          Date 06/26/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 9, 2013.

# EXHIBIT B

```
TIME: 14:11:45                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 07/09/13                                                 CREDITOR LISTING

Name                                  Address
CREDIT SUISSE (LUXEMBOURG) S.A.       ZWEIGNIEDERLASSUNG OSTERREICH ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (LUXEMBOURG) S.A.       ADVISORY AND ORDER FULFILMENT (SEBL 4) 56, GRAND RUE PO BOX 40 LUXEMBOURG  2010 LUXEMBOURG
CREDIT SUISSE (LUXEMBOURG) S.A.       CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DR. BRIGITTE ARNOLD                   MANAGETTAGASSE 12 KLOSTERNEUBURG  3400 AUSTRIA


Total Number of Records Printed          5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC