UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                         :

In re                            :        Chapter 11 Case No.
                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                          :     (Jointly Administered)
            Debtors.        :

                          :
------------------------------------------------------------------------x  Ref. Docket Nos. 38266, 38296,
                                      38296, 38299, 38311-38314, 38358,
                                      38359, 38367, 38371, 38376-38378,
                                      38380, 38399, 38409-38411

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 10, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
18th day of July, 2013

*/s/  Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BARCLAYS BANK PLC
CREDIT RESTRUCTURING AND ADVISORY GROUP
ATTN: DAVID SAWYER
200 PARK AVENUE
NEW YORK NY 10166

BARCLAYS BANK PLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD, ESQ.
ONE LIBERTY PLAZA
NEW YORK NY 10006

Please note that your claim # 18074-18 in the above referenced case and in the amount of
$645,463,319.93  allowed at $577,500,000.00     has been transferred **(unless previously expunged by court order)**

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
TRANSFEROR: BARCLAYS BANK PLC
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38266    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/10/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 10, 2013.

EXHIBIT B

TIME: 16:32:53
DATE: 07/10/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BANCA ZARATTINI & CO. SA, LUGANO | TRANSFEROR: RBS COUTTS BANK AG VIA BALESTRA 7 LUGANO 6900 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166 |
| BSOF MASTER FUND, L.P. | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BSOF MASTER FUND, L.P. | ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036 |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORATION | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: WESLEY SASSER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORATION | PTY LIMITED LEVEL 11, TOWER 1 201 SUSSEX STREET SYDNEY  NSW 2000 AUSTRALIA |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SUCURSAL EN ESPANA | TRANSFEROR: CREDIT SUISSE CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SUCURSAL EN ESPANA | TRANSFEROR: CREDIT SUISSE CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN / ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN / ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN / ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: AMPEGAGERLING INVESTMENT GMBH ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: BANCO SABADELL S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES S.A. SEGUROS Y REASEGUROS ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORATION PTY LIMITED C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: ROVIDA HOLDINGS LIMITED C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: RR INVESTMENT CO LTD C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: CITIBANK, N.A. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ILLIQUIDX LP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| MACQUARIE BANK LIMITED | TRANSFEROR: JAIME SENGKO VIDJAY AUSTIN LLP 767 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH STREET NEW YORK NY 10019 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 41 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    43