UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                        Debtors.                                :
                                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 37731 & 38296

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 10, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
18th day of July, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    JPMORGAN CHASE BANK, NA
               TRANSFEROR: BANK LEUMI LE-ISRAEL B.M.
               ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
               ONE CHASE MANHATTAN PLAZA - FLOOR 26
               NEW YORK NY 10005


Additional:




Transferee:    ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
               C/O ALDEN GLOBAL CAPITAL
               ATTN: ITHRAN OLIVACCE
               885 THIRD AVENUE, 34TH FLOOR
               NEW YORK NY 10022


**Your transfer    of claim #    35942    is defective for the reason(s) checked below:**

Other                                      Not enough money to complete transfer.




Docket Number 38296            Date 07/01/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 10, 2013.

# EXHIBIT B

08-13555-mg    Doc 38814    Filed 07/18/13    Entered 07/18/13 16:11:47    Main Document
Pg 4 of 5

```
TIME: 16:33:33                                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 07/10/13                                                CREDITOR LISTING

Name                                      Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES     C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MASTER FUND, LP
BERNER KANTONALBANK AG                    ATTN: SAMUEL STUCKI POSTFACH BERN  3001 SWITZERLAND
CREDIT SUISSE                             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                             CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                             RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
JPMORGAN CHASE BANK, NA                   TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10000

Total Number of Records Printed           6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC