UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER TO SHOW CAUSE ON CONSENT TO SHORTEN NOTICE PERIOD FOR CONSIDERATION OF THE MOTION OF DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG AND KLAUS TSCHIRA STIFTUNG GGMBH TO WITHDRAW CLAIM NUMBERS 32395 AND 22671 PURSUANT TO RULE 3006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the motion, dated July 18, 2013 (the "Motion"),[1] of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG ("KG") and Klaus Tschira Stiftung gGmbH ("KTS" and together with KG, the "Tschira Entities") in the above-referenced chapter 11 cases, to withdraw proofs of claim numbers 32395 and 22671; and upon the Declaration of George A. Zimmerman pursuant to Rule 9077-1(a) of the Local Bankruptcy Rules for the Southern District of New York, attesting to the necessity for relief by Order to Show Cause On Consent; and it appearing that no notice of this Order to Show Cause On Consent need be given, except as provided herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that a hearing (the "Hearing") to consider the Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **July 30, 2013 at 11:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the notice of the Hearing shall be given by sending a copy of this Order to Show Cause On Consent, the Motion, and the proposed order on the Motion, via email, fax, or overnight mail, on or before **July 19, 2013**, to the Master Service List (as defined in this Court's Second Amended Order, dated June 17, 2010, Implementing Certain Notice and Case Management Procedures), and it appearing that no other or further notice need be provided; and it is further

ORDERED that any objection to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and (b) by all other parties in interest, on a 3.5-inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Suite 604; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Maurice Horwitz, Esq..); (iii) special counsel for the Debtors, Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Jayant W. Tambe, Esq. and Matthew S. Chow, Esq.); (iv) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.); (v) attorneys for the Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza,

New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.); (vi) special counsel to the Committee, Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 (Attn: John B. Quinn, Esq. and Erica Taggard, Esq.); (vii) attorneys for the Tschira Entities, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 (Attn: George A. Zimmerman and Lauren E. Aguiar); and (viii) all parties with a particularized interest in the Motion, so as to be filed and received (via email) no later than **July 24, 2013 at 12 Noon (Prevailing Eastern Time)** (the "Objection Deadline"); and it is further

ORDERED that any reply by the Tschira Entities to any objection to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 and served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Suite 604; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Maurice Horwitz, Esq.); (iii) special counsel for the Debtors, Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Jayant W. Tambe, Esq. and Matthew S. Chow, Esq.); (iv) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.); (v) attorneys for the Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.); (vi) special counsel to the Committee, Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 (Attn: John B. Quinn, Esq. and Erica Taggard, Esq.); and

(vii) all parties with a particularized interest in the Motion, so as to be filed and received (via email) no later than **July 26, 2013 at 5:00 p.m. (Prevailing Eastern Time)** (the "Reply Deadline"); and it is further

ORDERED that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing; and it is further

ORDERED that any objecting party is required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.



Dated: New York, New York
      July 18, 2013

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge