HENGELER MUELLER PARTNERSCHAFT VON RECHTSANWÄLTEN
Bockenheimer Landstraße 24
60323 Frankfurt am Main
Telephone: +49 69 17095-392
Facsimile: +49 69 17095-7211
Dr. Frank Burmeister

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (JMP) |
| **Debtors** | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Hengeler Mueller Partnerschaft von Rechtsanwälten (the "Claimant") hereby withdraws with prejudice proof of claim number 8931, filed on August 21, 2009, against Lehman Brothers Holdings Inc. in the amount of $1,033,256.00 (the "Claim") and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Notwithstanding the foregoing, the withdrawal of the Claim is without prejudice to any other claims held by the Claimant against other Lehman entities, including claims held by the Claimant against Lehman Brothers International (Europe).

Dated: July 16, 2013
Frankfurt am Main, Germany

*/s/ F. Burmeister*

Dr. Frank Burmeister
HENGELER MUELLER PARTNERSCHAFT
VON RECHTSANWÄLTEN
Bockenheimer Landstraße 24
60323 Frankfurt am Main
Telephone: +49 69 17095-392
Facsimile: +49 69 17095-7211