WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
                        Debtors.                    :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------------x

**NOTICE OF CORRECTED EXHIBIT WITH**
**RESPECT TO NOTICE OF ADJOURNMENT OF FOUR**
**HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE THAT** on July 17, 2013, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22738] for the entities in the above referenced chapter 11 cases, filed a notice of adjournment [ECF No. 38756] (the "Notice of Adjournment") of the hearing on the Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 37956] (the "Objection") solely as to the claims identified on Exhibit A annexed thereto (the "Initial Exhibit"), as more fully described in the Notice of Adjournment.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby files a corrected version of the Initial Exhibit, a copy of which is annexed hereto as Exhibit 1 (the

"Corrected Exhibit"). The Corrected Exhibit supersedes the Initial Exhibit originally filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that a blacklined version of the Corrected Exhibit that reflects the correction made to the Initial Exhibit is annexed hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that notice of the Corrected Exhibit has been served in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].

**PLEASE TAKE FURTHER NOTICE** that, other than the Corrected Exhibit, the Notice of Adjournment remains otherwise unaffected.

Dated: July 18, 2013
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

US_ACTIVE:\44296970\1\58399.0011

# Exhibit 1

(Corrected Exhibit)

## Exhibit A

### Adjourned Claims:

| Claimant Name | LBHI Proof of Claim Number | LBSF Proof of Claim Number |
|---|---|---|
| Bland Shire Council | 32671 | 32681 |
| City of Geraldton-Greenough | 32664 | 32689 |
| City of Melville | 32676 | 32645 |
| Coffs Harbour City Council | 32688 | 32642 |
| Deniliquin Shire Council | 32687 | 32644 |
| Kiama Municipal Council | 32647 | 32673 |
| Orange City Council | 32649 | |
| Uralla Shire Council | 859 | |
| Yass Valley Council | 32641 | 32655 |
| Sutherland Shire Council | 32665 | |
| Port Macquarie Hastings Council | 32667 | 66301 |
| Hurstville City Council | 10369 | |

**Exhibit 2**

(Blackline of Corrected Exhibit)

US_ACTIVE:\44296970\1\58399.0011

# Exhibit A

## Adjourned Claims:

| Claimant Name | LBHI Proof of Claim Number | LBSF Proof of Claim Number |
|---|---|---|
| Bland Shire Council | 32671 | 32681 |
| City of Geraldton-Greenough | 32664 | 32689 |
| City of Melville | 32676 | 32645 |
| Coffs Harbour City Council | 32688 | 32642 |
| Deniliquin Shire Council | 32687 | 32644 |
| Kiama Municipal Council | 32647 | 32673 |
| Orange City Council | 32649 | |
| Uralla Shire Council | 859 | |
| Yass Valley Council | 32641 | 32655 |
| Sutherland Shire Council | 32665 | |
| Port Macquarie Hastings Council | 32667 | ~~32660~~ 66301 |
| Hurstville City Council | 10369 | |