UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :    (Jointly Administered)
                    Debtors.                     :
                                                 :
-------------------------------------------------------------------x   Ref. Docket No. 38393

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 11, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Lauren Rodriguez
                                                Lauren Rodriguez

Sworn to before me this
18th day of July, 2013
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 38393_Aff 7-11-13.doc

# EXHIBIT A

08-13555-mg    Doc 38822    Filed 07/18/13    Entered 07/18/13 18:39:08    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   HSBC PRIVATE BANK SUISSE SA
              ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER
              QUAI GENERAL-GUISAN 2
              GENEVA 3 1211 SWITZERLAND

Additional:

Transferee:   UBS AG
              SECURITIES OQ9C / O5GC
              BAHNHOFSTRASSE 45
              ZURICH CH-8001 SWITZERLAND

**Your transfer   of claim #   51762-01   is defective for the reason(s) checked below:**

Other                                   Nominla Amount to Transfer is not Clear / Verify Currency

Docket Number 38393            Date 07/03/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 11, 2013.

# EXHIBIT B

08-13555-mg    Doc 38822    Filed 07/18/13    Entered 07/18/13 18:39:08    Main Document
Pg 4 of 5

```
TIME: 15:58:27                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 07/11/13                                 CREDITOR LISTING

Name                           Address
HSBC PRIVATE BANK SUISSE SA    ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3   1211 SWITZERLAND
UBS AG                         SECURITIES OQ9C / O5GC BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND

Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC