UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
: 
In re                                                                                                    :    Chapter 11 Case No.
                                                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                                                                              :    (Jointly Administered)
                                        Debtors.                                           :
                                                                                                              :
                                                                                                              :
-----------------------------------------------------------------------x    Ref. Docket Nos. 38400-38402,
                                                                                                                   38412

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 12, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
18th day of July, 2013
/s/ Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS & CO.
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      ATTN: MICHELLE LATZONI
      30 HUDSON STREET, 5TH FLOOR
      JERSEY CITY NJ 07302
```

Please note that your claim # 55813-47 in the above referenced case and in the amount of
    $0.00    allowed at $68,117.08        has been transferred **(unless previously expunged by court order)**

```
      HBK MASTER FUND L.P.
      TRANSFEROR: GOLDMAN SACHS & CO.
      C/O HBK SERVICES LLC
      2101 CEDAR SPRINGS ROAD, SUITE 700
      DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38412    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/12/2013                          Vito Genna, Clerk of Court


                                          /s/ Panagiota Manatakis
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 12, 2013.

# EXHIBIT B

```
TIME: 14:03:37                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 07/12/13                                               CREDITOR LISTING

Name                                        Address
GOLDMAN SACHS & CO.                         TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                         TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                        TRANSFEROR: GOLDMAN SACHS & CO. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
MORGAN STANLEY & CO. INTERNATIONAL PLC      1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC      MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC      HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC      ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC        COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC        ATTN:  CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC        CADWALADER, WICKERSHAM & TAFT LLP ATTN:  HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES, LLC        CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES, LLC        CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES, LLC        F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
YORK GLOBAL FINANCE BDH, LLC                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR
                                            NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR
                                            NEW YORK NY 10153

Total Number of Records Printed     15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC