UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :    (Jointly Administered)
                    Debtors.                                  :
                                                              :    Ref. Docket Nos. 38142, 38153,
                                                              :    38204, 38205, 38395, 38398, 38417-
                                                              :    38420, 38426, 38457-38461, 38463-
                                                              :    38467, 38470, 38481, 38534, 38536-
                                                              :    38540, 38633, 38640, 38641, 38647,
                                                              :    38648, 38653-38662, 38665
----------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                       :    08-13888 (JMP)
                                                              :    (Jointly Administered)
                    Debtors.                                  :
                                                              :    Ref. Docket No. 372
                                                              :
                                                              :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 16, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                                    */s/ Panagiota Manatakis*
                                                                                                                      Panagiota Manatakis

Sworn to before me this
18th day of July, 2013

*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 38142, 38153, 38204...38653-38662, 38665, (08-13888) 372_AFF_7-16-13.doc

# EXHIBIT A

08-13555-mg    Doc 38824    Filed 07/18/13    Entered 07/18/13 18:53:35    Main Document
Pg 3 of 8

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      CREDIT RESTRUCTURING AND ADVISORY GROUP        CLEARY GOTTLIEB STEEN & HAMILTON LLP
      ATTN: DAVID SAWYER                             ATTN: LINDSEE P. GRANFIELD, ESQ.
      200 PARK AVENUE                                ONE LIBERTY PLAZA
      NEW YORK NY 10166                              NEW YORK NY 10006
```

Please note that your claim # 18076-10 in the above referenced case and in the amount of
     $43,946,789.64  allowed at $40,000,000.00      has been transferred **(unless previously expunged by court order)**

```
      VARDE INVESTMENT PARTNERS, LP
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: EDWINA PJ STEFFER
      8500 NORMANDALE LAKE BLVD., STE 1500
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 38142     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/16/2013                    Vito Genna, Clerk of Court

                                    /s/ Panagiota Manatakis
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 16, 2013.

# EXHIBIT B

08-13555-mg    Doc 38824    Filed 07/18/13    Entered 07/18/13 18:53:35    Main Document
Pg 5 of 8

```
TIME: 09:01:21                                      LEHMAN BROTHERS HOLDING INC.                                                        PAGE:     1
DATE: 07/16/13                                          CREDITOR LISTING

Name                                            Address
BALOISE BANK SOBA AG                            TRANSFEROR: UBS AG ATTN: ULRICH ISCHI AMTHAUSPLATZ 4 SOLOTHURN    4500 SWITZERLAND
BANCA MONTE DEI PASCHI DI SIENA S.P.A.          ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK DELEN                                      TRANSFEROR: UBS AG ATTN: TESSA THIELEMAN JAN VAN RIJSWIJCKLAAN 184 ANTWERPEN  2020 BELGIUM
BARCLAYS BANK PLC                               CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                               CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166
BKM HOLDINGS (CAYMAN) LTD.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55 STREET, 19TH FLOOR
                                                NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                NEW YORK NY 10022
CASPIAN FOCUSED CREDIT L FUND, L.P.             TRANSFEROR: BARCLAYS BANK PLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. 1615 BRETT ROAD, BLDG 3 ATTN: SCOTT EVAN NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT SUISSE                                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CRESCENT 1, LP                                  TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, L.P.                           TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.        TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND          TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FAIR HARBOR CAPITAL, LLC                        TRANSFEROR: WONG, YAU LAP PAULA AS ASSIGNEE OF WONG, YAU LAP PAULA ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
GOLDMAN SACHS & CO.                             TRANSFEROR: BANKIA BANCA PRIVADA, S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                                   TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
NOTENSTEIN PRIVATBANK AG                        TRANSFEROR: CREDIT SUISSE BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND
OZ SPECIAL MASTER FUND, LTD.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                                NEW YORK NY 10019
UBS AG                                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG                                          TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
UNICREDIT BANK AUSTRIA AG                       TRANSFEROR: UBS AG
VARDE INVESTMENT PARTNERS, LP                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WONG, YAU LAP PAULA                             E3, CASA PARADIZO, 83, SAN TAM ROAD YUEN LONG, N.T.  HONG KONG


Total Number of Records Printed        30
```

```
TIME: 09:11:04                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 07/16/13                                           CREDITOR LISTING

Name                                                  Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                 TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND, L.P.                                     NEW YORK NY 10022
BANCO DI DESIO E DELLA BRIANZA SPA                    VIA ROVAGNATI, 1 DESIO (MB) 20033 ITALY
BANK JULIUS BAER & CO. LTD.                           TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
BARCLAYS BANK PLC                                     ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BETHMANN BANK AG                                      TRANSFEROR: RUNTE, BERND BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY
CANTOR FITZGERALD EUROPE                              TRANSFEROR: RBS COUTTS BANK AG ATTN: BEN MELNICKI 110 EAST 59TH STREET NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS, INC.                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                    TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                    TRANSFEROR: SOLUS CORE OPPORTUNITIES LP 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                    TRANSFEROR: SOLUS RECOVERY LH FUND II MASTER LP. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                    TRANSFEROR: SOLUS RECOVERY LH FUND LP 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                    TRANSFEROR: SOLUS RECOVERY LH FUND LP. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT SUISSE                                         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
EMPYREAN INVESTMENTS, LLC                             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950
                                                        LOS ANGELES CA 90067
GOLDMAN SACHS & CO.                                   TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                   TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HUA AN INTERNATIONAL BALANCED FUND                    TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED C/O HUA AN FUND MANAGEMENT CO LTD. ATTN: ZHANG HAIMO
                                                        2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI 200120 CHINA
HUNTRESS (CI) NOMINEES LIMITED - A/C                  TRANSFEROR: CREDIT SUISSE PO BOX 222 LEVEL 5, THE MARKET BUILDINGS FOUNTAIN STREET ST PETER PORT GY1 4JG GUERNSEY
  KGCLT
ILLIQUIDX LLP                                         TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                         TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.                REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
KNIGHTHEAD MASTER FUND, LP                            TRANSFEROR: CANTOR FITZGERALD EUROPE C/O KNIGHTHEAD CAPITAL MGMT - L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                                        NEW YORK NY 10036
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                TRANSFEROR: HUA AN INTERNATIONAL BALANCED FUND ATTN: ANTHONY V. LOMAS, JOINT ADMINISTRATOR LEVEL 23 25 CANADA SQUARE
  (IN ADMINISTRATION)                                   LONDON E14SLQ UNITED KINGDOM
LIQUIDATION OPPORTUNITIES MASTER FUND LP              TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LMA SPC FOR AND ON BEHALF OF THE MAP 84               TRANSFEROR: CANTOR FITZGERALD EUROPE C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO, ESQ.
  SEGREGATED PORTFOLIO                                  1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
MERRILL LYNCH, PIERCE,FENNER & SMITH, INC             TRANSFEROR: YORK EUROPEAN STRATEGIES TRADING LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
RBS COUTTS BANK AG                                    STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
ROYAL BANK OF SCOTLAND, PLC, THE                      DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE                      C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                      IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
RUNTE, BERND                                          ALTE RENNBAHN 35 BUCHHOLZ D-21244 GERMANY
SOLUS CORE OPPORTUNITIES LP                           TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.                     TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                             TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 41 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.                            TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
THE ROYAL BANK OF SCOTLAND, PLC                       DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
THE ROYAL BANK OF SCOTLAND, PLC                       IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
THE ROYAL BANK OF SCOTLAND, PLC                       TRANSFEROR: FRONT CAPITAL LTD ATTN: OONAGH HOYLAND & JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND, PLC                       TRANSFEROR: VR-LIW GMBH ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
TURNPIKE LIMITED                                      TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                        NEW YORK NY 10022
VARDE FUND IX LP, THE                                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 09:11:04                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 07/16/13                                          CREDITOR LISTING

Name                                      Address
VARDE FUND IX-A LP, THE                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE             TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
YORK EUROPEAN STRATEGIES TRADING LIMITED  TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                          NEW YORK NY 10153

Total Number of Records Printed       51
```

EPIQ BANKRUPTCY SOLUTIONS, LLC