**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                      :    Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                         :
: 
---------------------------------------------------------------x    Ref. Docket No. 38484

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                                          ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 16, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Panagiota Manatakis*
                                                                    Panagiota Manatakis

Sworn to before me this
18th day of July, 2013
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   SMITHKLINE BEECHAM CORPORATION
              ATTN: WILLIAM J. MOSHER, ESQ. VICE PRESIDENT AND SECRETARY
              ONE FRANKLIN PLAZA (FP2355)
              200 N. 16TH STREET
              PHILADELPHIA PA 19102

Additional:   SMITHKLINE BEECHAM CORPORATION
              CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
              ATTN: MICHEAL D. DAYAN, ESQ.
              ONE LIBERTY PLAZA
              NEW YORK NY 10006

Transferee:   GOLDMAN SACHS LENDING PARTNERS, LLC
              C/O GOLDMAN, SACHS & CO.
              ATTN: MICHELLE LATZONI
              30 HUDSON STREET, 5TH FLOOR
              JERSEY CITY NJ 07302

**Your transfer** of claim # 20187 is defective for the reason(s) checked below:

Other                                  TRANSFEROR NAME DISCREPANCY

Docket Number 38484         Date 07/09/13

/s/ Panagiota Manatakis
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 16, 2013.

# EXHIBIT B

08-13555-mg    Doc 38825    Filed 07/18/13    Entered 07/18/13 19:03:47    Main Document
Pg 4 of 5

```
TIME: 09:43:55                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 07/16/13                                         CREDITOR LISTING

Name                                 Address
GOLDMAN SACHS LENDING PARTNERS, LLC  C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HSBC PRIVATE BANK SUISSE SA          ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3   1211 SWITZERLAND
SMITHKLINE BEECHAM CORPORATION       ATTN: WILLIAM J. MOSHER, ESQ. VICE PRESIDENT AND SECRETARY ONE FRANKLIN PLAZA (FP2355) 200 N. 16TH STREET PHILADELPHIA PA 19102
SMITHKLINE BEECHAM CORPORATION       CLEARY, GOTTLIEB, STEEN & HAMILTON LLP ATTN: MICHEAL D. DAYAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
UBS AG                               SECURITIES OQ9C / O5GC BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND

Total Number of Records Printed          5
```