EXHIBIT B
EVIDENCE OF TRANSFER OF CLAIM TO GUARANTOR

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. as of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

**Deutsche Bank AG, London Branch**

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn : Matt Weinstein
matthew.weinstein@db.com

**BPCE**

**Court Claim # (if known):** 67745 (amends Claim # 29608, filed September 22, 2009)
**Amount of Claim Transferred:** $32,461,427.00
**Date Claim Filed:** November 28, 2011
**Debtor:** Lehman Brothers Holdings Inc.

By:_____
   Transferee/Transferee's Agent

By: _Alain David, Deputy CFO - BPCE_
   Transferor/Transferor's Agent

Date:_____

Date: _11th July 2013_

BPCE
50 Avenue Pierre Mendès France
75201 PARIS Cedex 13
Siret : 493 455 042 00025
Téléphone : 01 58 40 41 42

-13-