UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | |

-------------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEFFREY G. CLOSE

UPON the motion of Jeffrey G. Close dated July 2, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeffrey G. Close is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.



Dated: New York, New York
       July 19, 2013

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge