UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,         Case No. 08-13555 (JMP)

                                    Debtors.
-----------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEREMY D. SCHREIBER

UPON the motion of Jeremy D. Schreiber dated July 2, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeremy D. Schreiber is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       July 19, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge