WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
                    Debtors.                  :   (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF HEARING *SINE DIE***
**OF THE FOUR HUNDRED TWENTIETH OMNIBUS OBJECTION TO**
**CLAIMS (EMPLOYMENT-RELATED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twentieth

Omnibus Objection to Claims (Employment-Related Claims) [**ECF No. 38014**], that was

scheduled for July 25, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely as to the claim of Paul Marsilio (Claim No. 66257) to a date to be determined**.

Dated: July 19, 2013
      New York, New York

                                           /s/ Robert J. Lemons
                                           Robert J. Lemons

                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of its Affiliates

US_ACTIVE:\44295989\1\58399.0011