WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph Miller
Teresa C. Brady

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                          :        Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        08-13555 (JMP)
                                               :
                   Debtors.                    :        (Jointly Administered)
                                               :
                                               :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF CLAIMS OBJECTIONS
### HEARING WITH RESPECT TO CLAIM NOS. 21730 AND 21741

**PLEASE TAKE NOTICE** that the hearing on the Objection to Claim Nos. 21730 and 21741 [ECF. 18405] that was scheduled for July 25, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to August 29, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: July 18, 2013
      New York, New York

/s/ Ralph Miller
Ralph Miller
Teresa C. Brady
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*