**Hearing Date and Time: July 25, 2013 at 10:00 a.m. (prevailing Eastern Time)**

Neil Quartaro
WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone: (212) 922-2200
Facsimile: (212) 922-1512
E-mail: nquartaro@wfw.com

and

Jane Freeberg-Sarma
WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone: (212) 922-2200
Facsimile: (212) 922-1512
E-mail: jfreeberg@wfw.com

*Counsel for Mrs Wendy John*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., : | (Jointly Administered) |
| Debtors. | : CLAIM No. 43187 |

------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM SERVICE LIST**

Neil A. Quataro, Esquire, of Watson Farley & Williams (New York) LLP, hereby withdraws as counsel of record for Mrs Wendy John ("Mrs John") in the above-captioned bankruptcy case and requests to be removed from the CM/ECF noticing list and any other service list in this case. Jane Freeberg-Sarma of Watson Farley & Williams (New York) LLP will continue to represent Mrs John in the above-captioned bankruptcy case.

Dated: July 19, 2013
New York, New York

WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

/s/ Neil A. Quartaro
Neil A. Quartaro
1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone: (212) 922-2214
Facsimile: (212) 922-1512
E-mail: nquartaro@wfw.com

*Withdrawing Counsel of record for Mrs Wendy John*