WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                    Debtors.              :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT**
**OF FOUR HUNDRED EIGHTEENTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighteenth

Omnibus Objection to Claims (No Liability Claims) [ECF No. 38010] (the "Objection") that was

scheduled for July 25, 2013, at 10:00 a.m. (Eastern Time), **has been adjourned, solely as to the**

**claims listed on Exhibit A attached hereto, to August 29, 2013 at 10:00 a.m. (Eastern Time)**

(the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before

the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further

US_ACTIVE:\44297944\1\58399.0011

notice other than an announcement at the Hearing.

Dated: July 19, 2013
       New York, New York

                                              /s/ Robert J. Lemons
                                              Robert J. Lemons

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Lehman Brothers
                                              Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44297944\1\58399.0011

## Exhibit A

### Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| WENDY JOHN | 43187 |
| FAIRBAIRN TRUST COMPANY LIMITED AS TRUSTEES OF THE BURLS FAMILY TRUST | 41375 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | 10662 |