# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper Inc. 08-139000 |
| Creditor Name and Address: | Triangle (Funding One) Limited (formerly known as BAE Systems (Funding One) Limited), 1 Bishop Square, St. Albans Road West, Hatfield, AL10 9NE, UK |
| Claim Number (if known): | 20830 |
| Date Claim Filed: | 21 September 2009 |
| Total Amount of Claim Filed: | Amount equal to shares owed under a Claims Exchange Agreement between the Debtor and Creditor and for value of other consideration arising thereunder plus interest, cost, fees and expenses. |

I, the undersigned, am ~~the above-referenced creditor, or~~ an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 19 July 2013

Print Name: Douglas Thomas

Title (if applicable): Director

---

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically.

US_ACTIVE:¥43840726¥01¥58399.0008