UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED / RECEIVED
JUL 18 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

In re: ) Chapter 11
)
Lehman Brothers Holdings Inc., *et al.*, ) Case No. 08-13555 (JMP)
)
Debtors. ) Jointly Administered
)

## NOTICE OF WITHDRAWAL OF CLAIM

| Creditor Name and Address | Caisse Federale du Credit Mutuel de Maine Anjou et Basse Normandie<br>43 Boulevard Volney<br>53083 Laval Cedex 9<br>France |
|---|---|
| Claim Number | 18792 |
| Date Claim Filed | September 18, 2009 |
| Total Amount of Claim | $165,493.29 |

I, Pascal Durand, am the authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtors.

Dated: July 12, 2013
Laval, France

_____
Pascal Durand
Chief Executive Officer

1

July 12, 2013

VIA UPS

Lehman Brothers Holdings Noticing Agent
Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017

   Re: <u>Withdrawal of Claim No. 18792 (*In re Lehman Brothers Holdings Inc., et al.,*</u>
     <u>Case No. 08-13555(JMP))</u>

To Whom It May Concern:

  Enclosed please find a Notice of Withdrawal of Claim No. 18792, submitted and signed on behalf of Caisse Federale du Credit Mutuel de Maine Anjou et Basse Normandie in *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555.

  Please file the enclosed on the docket for the above-referenced case and note this withdrawal on the official claims register.

              Sincerely,

              Pascal Durand
              Chief Executive Officer

cc: Weil Gotshal & Manges LLP
   767 Fifth Avenue
   New York, NY 10153
   Attn: Harvey R. Miller, Esq.
      Lori R. Fife, Esq.
      Jacqueline Marcus, Esq.
      Robert J. Lemons, Esq.
      Alfredo R. Perez, Esq.

Encl.

