SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
George A. Zimmerman
Lauren E. Aguiar
Jeffrey S. Geier
Susan A. Arbeit
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Dr. H.C. Tschira Beteiligungs GmbH & Co. KG
and Klaus Tschira Stiftung gGmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                  :

In re                             : Chapter 11
                                  :

LEHMAN BROTHERS HOLDINGS INC., et al.,  : Case No. 08-13555 (JMP)
                                  :
                                  : (Jointly Administered)
         Debtors.            :
                                  :
------------------------------------x

## CERTIFICATE OF SERVICE

      I, Susan A. Arbeit, an attorney, certify that on July 18, 2013, I caused the following documents to be filed electronically with the Clerk of the Court using the CM/ECF System:

1. Signed Order to Show Cause on Consent to Shorten Notice Period for Consideration of the Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure ("<u>Order to Show Cause</u>") **(Docket No. 38815)**;

2. Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure (the "<u>Motion</u>") **(Docket No. 38809)**;

3. Declaration of George A. Zimmerman in Support of Order to Show Cause on Consent to Shorten Notice Period for the Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure  **(Docket No. 38813)**; and

4. Proposed Order Granting Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **(Docket No. 38818)**.

I further certify that on July 18, 2013, I caused the documents listed above to be served by email on the parties identified on the attached Exhibit A and to be served by overnight courier on the parties identified on the attached Exhibit B.

In addition, I further certify that on July 19, 2013, I caused the documents listed above to be served by email on the parties identified on the attached Exhibit C and to be served by overnight courier on the parties identified on the attached Exhibit D.

Dated: New York, New York
July 22, 2013

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

                By: */s/Susan A. Arbeit*_____
                    George A. Zimmerman
                    Lauren E. Aguiar
                    Jeffrey S. Geier
                    Susan A. Arbeit
                Four Times Square
                New York, New York 10036
                (212) 735-3000

                Attorneys for Dr. H.C. Tschira Beteiligungs GmbH
                & Co. KG and Klaus Tschira Stiftung gGmbH

# EXHIBIT A

JTAMBE@JONESDAY.COM
MCHOW@JONESDAY.COM
RICHARD.KRASNOW@WEIL.COM
LORI.FIFE@WEIL.COM
ROBERT.LEMONS@WEIL.COM
JACQUELINE.MARCUS@WEIL.COM
ALFREDO.PEREZ@WEIL.COM
MAURICE.HORWITZ@WEIL.COM
GIDDENS@HUGHESHUBBARD.COM
KIPLOK@HUGHESHUBBARD.COM
KOBAK@HUGHESHUBBARD.COM
MARGOLIN@HUGHESHUBBARD.COM
LUBELL@HUGHESHUBBARD.COM
WILTENBURG@HUGHESHUBBARD.COM
DDUNNE@MILBANK.COM
WFOSTER@MILBANK.COM
DODONNELL@MILBANK.COM
EFLECK@MILBANK.COM
PARONZON@MILBANK.COM
GBRAY@MILBANK.COM
ROBERT.YALEN@USDOJ.GOV
TARBIT@CFTC.GOV
RWASSERMAN@CFTC.GOV
SHARBECK@SIPC.ORG
JWANG@SIPC.ORG
NEWYORK@SEC.GOV
JACOBSONN@SEC.GOV
JBROMLEY@CGSH.COM
LSCHWEITZER@CGSH.COM
LGRANFIELD@CGSH.COM
MSTAMER@AKINGUMP.COM
PDUBLIN@AKINGUMP.COM
MLAHAIE@AKINGUMP.COM
RAJOHNSON@AKINGUMP.COM
MSTAMER@AKINGUMP.COM
SSCHULTZ@AKINGUMP.COM
LISA.KRAIDIN@ALLENOVERY.COM
KEN.COLEMAN@ALLENOVERY.COM
MGREGER@ALLENMATKINS.COM
KRODRIGUEZ@ALLENMATKINS.COM
KARL.GEERCKEN@ALSTON.COM
KIT.WEITNAUER@ALSTON.COM
RRUSSELL@ANDREWSKURTH.COM
S.MINEHAN@AOZORABANK.CO.JP
ANGELICH.GEORGE@ARENTFOX.COM
SCOUSINS@ARMSTRONGTEASDALE.COM
SEHLERS@ARMSTRONGTEASDALE.COM
CHARLES_MALLOY@APORTER.COM
ANTHONY_BOCCANFUSO@APORTER.COM
JG5786@ATT.COM
NEAL.MANN@OAG.STATE.NY.US
DWORKMAN@BAKERLAW.COM
PETER@BANKRUPT.COM

MICHAEL.MCCRORY@BTLAW.COM
DAVID.POWLEN@BTLAW.COM
FFM@BOSTONBUSINESSLAW.COM
CSALOMON@BECKERGLYNN.COM
AOSTROW@BECKERGLYNN.COM
MPUCILLO@BERMANESQ.COM
WZOBERMAN@BERMANESQ.COM
AOBERRY@BERMANESQ.COM
DAVIDS@BLBGLAW.COM
STEVEN@BLBGLAW.COM
DBARBER@BSBLAWYERS.COM
SMULLIGAN@BSBLAWYERS.COM
JEFFREY.SABIN@BINGHAM.COM
RONALD.SILVERMAN@BINGHAM.COM
STEVEN.WILAMOWSKY@BINGHAM.COM
SABIN.WILLETT@BINGHAM.COM
ROBERT.DOMBROFF@BINGHAM.COM
MARK.DEVENO@BINGHAM.COM
JOSHUA.DORCHAK@BINGHAM.COM
CAROL.WEINERLEVY@BINGHAM.COM
RAJ.MADAN@BINGHAM.COM
ERIN.MAUTNER@BINGHAM.COM
TIM.DESIENO@BINGHAM.COM
JEFFREY.BLACK@BINGHAM.COM
AECKSTEIN@BLANKROME.COM
JSCHILLER@BSFLLP.COM
JSHERMAN@BSFLLP.COM
AMCMULLEN@BOULTCUMMINGS.COM
RJONES@BOULTCUMMINGS.COM
ARINOINE@BRACHEICHLER.COM
EMAGNELLI@BRACHEICHLER.COM
KURT.MAYR@BGLLP.COM
KUEHN@BRAGARWEXLER.COM
NOTICE@BKCYLAW.COM
MGORDON@BRIGGS.COM
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM
DLUDMAN@BROWNCONNERY.COM
MSIEGEL@BROWNRUDNICK.COM
SLEVINE@BROWNRUDNICK.COM
SCHRISTIANSON@BUCHALTER.COM
TUNRAD@BURNSLEV.COM
SIDORSKY@BUTZEL.COM
HOWARD.HAWKINS@CWT.COM
ELLEN.HALSTEAD@CWT.COM
ISRAEL.DAHAN@CWT.COM
MARK.ELLENBERG@CWT.COM
JASON.JURGENS@CWT.COM
SGORDON@CAHILL.COM
JLEVITIN@CAHILL.COM
THOMAS_NOGUEROLA@CALPERS.CA.GOV
CAHN@CLM.COM
WANDA.GOODLOE@CBRE.COM
DLEMAY@CHADBOURNE.COM
HSEIFE@CHADBOURNE.COM
AROSENBLATT@CHADBOURNE.COM
JCLOSE@CHAPMAN.COM

JSCHREIB@CHAPMAN.COM
APPLEBY@CHAPMAN.COM
SPIOTTO@CHAPMAN.COM
ACKER@CHAPMAN.COM
HEISER@CHAPMAN.COM
LGRANFIELD@CGSH.COM
LSCHWEITZER@CGSH.COM
MAOFILING@CGSH.COM
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM
ANDREW.BROZMAN@CLIFFORDCHANCE.COM
SARA.TAPINEKIS@CLIFFORDCHANCE.COM
PSP@NJLAWFIRM.COM
JWH@NJLAWFIRM.COM
LMAY@COLESCHOTZ.COM
JDRUCKER@COLESCHOTZ.COM
MWARNER@COLESCHOTZ.COM
DHURST@COLESCHOTZ.COM
JEFF.WITTIG@COAIR.COM
ESCHWARTZ@CONTRARIANCAPITAL.COM
BCARLSON@CO.SANMATEO.CA.US
JBEIERS@CO.SANMATEO.CA.US
LATHOMPSON@CO.SANMATEO.CA.US
MHOPKINS@COV.COM
DCOFFINO@COV.COM
RLEVIN@CRAVATH.COM
JLIPSON@CROCKERKUNO.COM
TTRACY@CROCKERKUNO.COM
JUDY.MORSE@CROWEDUNLEVY.COM
BZABARAUSKAS@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM
SEICHEL@CROWELL.COM
JCARBERRY@CL-LAW.COM
KAREN.WAGNER@DPW.COM
JAMES.MCCLAMMY@DPW.COM
JJTANCREDI@DAYPITNEY.COM
JWCOHEN@DAYPITNEY.COM
MCTO@DEBEVOISE.COM
GLENN.SIEGEL@DECHERT.COM
IVA.UROIC@DECHERT.COM
MMOONEY@DEILYLAWFIRM.COM
TDEWEY@DPKLAW.COM
DPEGNO@DPKLAW.COM
ADIAMOND@DIAMONDMCCARTHY.COM
SLODEN@DIAMONDMCCARTHY.COM
AAARONSON@DILWORTHLAW.COM
CPAPPAS@DILWORTHLAW.COM
TIMOTHY.BRINK@DLAPIPER.COM
MATTHEW.KLEPPER@DLAPIPER.COM
THOMAS.CALIFANO@DLAPIPER.COM
STEPHEN.COWAN@DLAPIPER.COM
WILLIAM.M.GOLDMAN@DLAPIPER.COM
SCHNABEL.ERIC@DORSEY.COM
HEIM.STEVE@DORSEY.COM
DOVE.MICHELLE@DORSEY.COM
STEVEN.TROYER@COMMERZBANK.COM
JJOYCE@DRESSLERPETERS.COM

ROBERT.MALONE@DBR.COM
LJKOTLER@DUANEMORRIS.COM
SANDYSCAFARIA@EATON.COM
EZUJKOWSKI@EMMETMARVIN.COM
AENTWISTLE@ENTWISTLE-LAW.COM
JBEEMER@ENTWISTLE-LAW.COM
JPORTER@ENTWISTLE-LAW.COM
KKELLY@EBGLAW.COM
DTATGE@EBGLAW.COM
WMARCARI@EBGLAW.COM
SLERMAN@EBGLAW.COM
SGUBNER@EBG-LAW.COM
CWEBER@EBG-LAW.COM
LSCARCELLA@FARRELLFRITZ.COM
SHARI.LEVENTHAL@NY.FRB.ORG
SFELDERSTEIN@FFWPLAW.COM
PPASCUZZI@FFWPLAW.COM
CHARLES@FILARDI-LAW.COM
ALUM@FTPORTFOLIOS.COM
RFLANAGAN@FLANASSOC.COM
STEVEN.USDIN@FLASTERGREENBERG.COM
WDASE@FZWZ.COM
DHEFFER@FOLEY.COM
JLEE@FOLEY.COM
WMCKENNA@FOLEY.COM
DSPELFOGEL@FOLEY.COM
GGOODMAN@FOLEY.COM
LAPETERSON@FOLEY.COM
RBERNARD@FOLEY.COM
KLYNCH@FORMANLAW.COM
KANEMA@FORMANLAW.COM
SORY@FDLAW.COM
JHIGGINS@FDLAW.COM
AHAMMER@FREEBORNPETERS.COM
DEGGERT@FREEBORNPETERS.COM
WALTER.STUART@FRESHFIELDS.COM
PATRICK.OH@FRESHFIELDS.COM
PETER.SIMMONS@FRIEDFRANK.COM
RICHARD.TISDALE@FRIEDFRANK.COM
SHANNON.NAGLE@FRIEDFRANK.COM
EFRIEDMAN@FRIEDUMSPRING.COM
EFRIEDMAN@FKLAW.COM
WWEINTRAUB@FKLAW.COM
ABEAUMONT@FKLAW.COM
LGOTKO@FKLAW.COM
NBOJAR@FKLAW.COM
DROSENZWEIG@FULBRIGHT.COM
JMERVA@FULT.COM
JMELKO@GARDERE.COM
BANKRUPTCY@NTEXAS-ATTORNEYS.COM
RELGIDELY@GJB-LAW.COM
JGENOVESE@GJB-LAW.COM
PBATTISTA@GJB-LAW.COM
DCIMO@GJB-LAW.COM
DCRAPO@GIBBONSLAW.COM
MROSENTHAL@GIBSONDUNN.COM

JWEISS@GIBSONDUNN.COM
ASEUFFERT@LAWPOST-NYC.COM
TNIXON@GKLAW.COM
JFLAXER@GOLENBOCK.COM
JWALLACK@GOULSTONSTORRS.COM
DROSNER@GOULSTONSTORRS.COM
GKADEN@GOULSTONSTORRS.COM
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM
DICONZAM@GTLAW.COM
COLE@GTLAW.COM
MELOROD@GTLAW.COM
TANNWEILER@GREERHERZ.COM
JOY.MATHIAS@DUBAIIC.COM
JSCHWARTZ@HAHNHESSEN.COM
JORBACH@HAHNHESSEN.COM
RMATZAT@HAHNHESSEN.COM
WBENZIJA@HALPERINLAW.NET
JDYA@HALPERINLAW.NET
DTHEISING@HARRISONMOBERLY.COM
AGOLD@HERRICK.COM
SSELBST@HERRICK.COM
RAMONA.NEAL@HP.COM
KEN.HIGMAN@HP.COM
JDORAN@HASLAW.COM
TMARRION@HASLAW.COM
SWEYL@HASLAW.COM
RLEEK@HODGSONRUSS.COM
SCOTT.GOLDEN@HOGANLOVELLS.COM
IRA.GREENE@HOGANLOVELLS.COM
BARBRA.PARLIN@HKLAW.COM
RICHARD.LEAR@HKLAW.COM
FRANCOIS.JANSON@HKLAW.COM
JOHN.MONAGHAN@HKLAW.COM
ARTHUR.ROSENBERG@HKLAW.COM
ADAM.BREZINE@HRO.COM
KERRY.MOYNIHAN@HRO.COM
CCULLORS@HUNTON.COM
KECKHARDT@HUNTON.COM
JRSMITH@HUNTON.COM
CWEISS@INGRAMLLP.COM
DAVE.DAVIS@ISGRIA.COM
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV
SEBA.KURIAN@INVESCO.COM
AFRIEDMAN@IRELL.COM
KLYMAN@IRELL.COM
MNEIER@IBOLAW.COM
JAY.HURST@OAG.STATE.TX.US
PTROSTLE@JENNER.COM
DMURRAY@JENNER.COM
RBYMAN@JENNER.COM
GSPILSBURY@JSSLAW.COM
JOSEPH.CORDARO@USDOJ.GOV
MPOMERANTZ@JULIENANDSCHLESINGER.COM
PETER.BLASONE@KLGATES.COM
PTRAIN-GUTIERREZ@KAPLANLANDAU.COM

ENKAPLAN@KAPLANLANDAU.COM
DROSNER@KASOWITZ.COM
AGLENN@KASOWITZ.COM
SNEWMAN@KATSKYKORINS.COM
MPRIMOFF@KAYESCHOLER.COM
MSOLOW@KAYESCHOLER.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
MPAGE@KELLEYDRYE.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JONATHAN.HENES@KIRKLAND.COM
JOSEPH.SERINO@KIRKLAND.COM
CHAD.HUSNICK@KIRKLAND.COM
CHRISTOPHER.GRECO@KIRKLAND.COM
JAY@KLEINSOLOMON.COM
JJURELLER@KLESTADT.COM
LKISS@KLESTADT.COM
MICHAEL.KIM@KOBREKIM.COM
ROBERT.HENOCH@KOBREKIM.COM
ANDREW.LOURIE@KOBREKIM.COM
BONEILL@KRAMERLEVIN.COM
ACATON@KRAMERLEVIN.COM
DEGGERMANN@KRAMERLEVIN.COM
MLANDMAN@LCBF.COM
WBALLAINE@LCBF.COM
SREE@LCBF.COM
AKORNIKOVA@LCBF.COM
EKBERGC@LANEPOWELL.COM
KEITH.SIMON@LW.COM
DAVID.HELLER@LW.COM
PETER.GILHULY@LW.COM
RICHARD.LEVY@LW.COM
JAMES.HEANEY@LAWDEB.COM
GABRIEL.DELVIRGINIA@VERIZON.NET
LISA.SOLOMON@ATT.NET
EZWEIG@OPTONLINE.NET
LKATZ@LTBLAW.COM
WSWEARINGEN@LLF-LAW.COM
SHEEHAN@TXSCHOOLLAW.COM
SFINEMAN@LCHB.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
AUSTIN.BANKRUPTCY@PUBLICANS.COM
PEISENBERG@LOCKELORD.COM
WCURCHACK@LOEB.COM
VRUBINSTEIN@LOEB.COM
DBESIKOF@LOEB.COM
LOIZIDES@LOIZIDES.COM
ROBIN.KELLER@LOVELLS.COM
CHRIS.DONOHO@LOVELLS.COM
ILEVEE@LOWENSTEIN.COM
KROSEN@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
JPROL@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
TWHEELER@LOWENSTEIN.COM
SCARGILL@LOWENSTEIN.COM
MWARREN@MTB.COM

JHUGGETT@MARGOLISEDELSTEIN.COM
FHYMAN@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM
EMERBERG@MAYERBROWN.COM
TKIRIAKOS@MAYERBROWN.COM
CWALSH@MAYERBROWN.COM
SWOLOWITZ@MAYERBROWN.COM
JSTOLL@MAYERBROWN.COM
HBELTZER@MAYERBROWN.COM
JLAMAR@MAYNARDCOOPER.COM
KREYNOLDS@MKLAWNYC.COM
MH1@MCCALLARAYMER.COM
BKMAIL@PROMMIS.COM
JNM@MCCALLARAYMER.COM
EGLAS@MCCARTER.COM
KMAYER@MCCARTER.COM
WTAYLOR@MCCARTER.COM
GGITOMER@MKBATTORNEYS.COM
NCOCO@MWE.COM
ICATTO@MWE.COM
PHAYDEN@MCGUIREWOODS.COM
SFOX@MCGUIREWOODS.COM
DHAYES@MCGUIREWOODS.COM
JMADDOCK@MCGUIREWOODS.COM
JSHEERIN@MCGUIREWOODS.COM
JMR@MSF-LAW.COM
MBLOEMSMA@MHJUR.COM
TSLOME@MSEK.COM
AMARDER@MSEK.COM
JMAZERMARINO@MSEK.COM
HARRISJM@MICHIGAN.GOV
MICHAEL.FREGE@CMS-HS.COM
SDNYECF@DOR.MO.GOV
STEVE.GINTHER@DOR.MO.GOV
MICHAEL.KELLY@MONARCHLP.COM
DAVIDWHEELER@MVALAW.COM
NHERMAN@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM
LBERKOFF@MORITTHOCK.COM
JPINTARELLI@MOFO.COM
LMARINUZZI@MOFO.COM
YUWATOKO@MOFO.COM
TGOREN@MOFO.COM
JPINTARELLI@MOFO.COM
LNASHELSKY@MOFO.COM
MROTHCHILD@MOFO.COM
BMILLER@MOFO.COM
BANKRUPTCY@MORRISONCOHEN.COM
JSULLIVAN@MOSESSINGER.COM
AKOLOD@MOSESSINGER.COM
MPARRY@MOSESSINGER.COM
KKOLBIG@MOSESSINGER.COM
RGOODMAN@MOUNDCOTTON.COM
SABVANROOY@HOTMAIL.COM
MILLEE12@NATIONWIDE.COM
JOWOLF@LAW.NYC.GOV

Pg 10 of 18

RICHARD.FINGARD@NEWEDGEGROUP.COM
DDREBSKY@NIXONPEABODY.COM
ADARWIN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM
CDESIDERIO@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM
RPEDONE@NIXONPEABODY.COM
BANKRUPTCYMATTERS@US.NOMURA.COM
MCANTOR@NORMANDYHILL.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
MJR1@WESTCHESTERGOV.COM
JEREMY.EIDEN@AG.STATE.MN.US
MARTIN.DAVIS@OTS.TREAS.GOV
JNADRITCH@OLSHANLAW.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
RDAVERSA@ORRICK.COM
JGUY@ORRICK.COM
KORR@ORRICK.COM
DFELDER@ORRICK.COM
MAUSTIN@ORRICK.COM
RFRANKEL@ORRICK.COM
RWYRON@ORRICK.COM
LMCGOWEN@ORRICK.COM
TOMWELSH@ORRICK.COM
OTCCORPACTIONS@FINRA.ORG
WSILVERM@OSHR.COM
PFELDMAN@OSHR.COM
MCYGANOWSKI@OSHR.COM
JAR@OUTTENGOLDEN.COM
RROUPINIAN@OUTTENGOLDEN.COM
WK@PWLAWYERS.COM
CHIPFORD@PARKERPOE.COM
DWDYKHOUSE@PBWT.COM
BGUINEY@PBWT.COM
HARVEYSTRICKON@PAULHASTINGS.COM
DRAELSON@FISHERBROTHERS.COM
SSHIMSHAK@PAULWEISS.COM
DDAVIS@PAULWEISS.COM
CHAMMERMAN@PAULWEISS.COM
DSHEMANO@PEITZMANWEG.COM
KRESSK@PEPPERLAW.COM
KOVSKYD@PEPPERLAW.COM
WISOTSKA@PEPPERLAW.COM
LAWALLF@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM
SCHANNEJ@PEPPERLAW.COM
ARLBANK@PBFCM.COM
JHORGAN@PHXA.COM
SAMUEL.CAVIOR@PILLSBURYLAW.COM
NICKOLAS.KARAVOLAS@PILLSBURYLAW.COM
BILL.FREEMAN@PILLSBURYLAW.COM
MARK.HOULE@PILLSBURYLAW.COM
DFLANIGAN@POLSINELLI.COM
JBIRD@POLSINELLI.COM
CWARD@POLSINELLI.COM

JSMAIRO@PBNLAW.COM
TJFREEDMAN@PBNLAW.COM
BBISIGNANI@POSTSCHELL.COM
FBP@PPGMS.COM
LML@PPGMS.COM
IGOLDSTEIN@PROSKAUER.COM
JCHUBAK@PROSKAUER.COM
MBIENENSTOCK@PROSKAUER.COM
RBEACHER@PRYORCASHMAN.COM
CANELAS@PURSUITPARTNERS.COM
SCHEPIS@PURSUITPARTNERS.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM
JAMESTECE@QUINNEMANUEL.COM
SCOTTSHELLEY@QUINNEMANUEL.COM
JOHNQUINN@QUINNEMANUEL.COM
ERICTAGGART@QUINNEMANUEL.COM
JRABINOWITZ@RLTLAWFIRM.COM
BROY@RLTLAWFIRM.COM
GRAVERT@RAVERTPLLC.COM
ARAHL@REEDSMITH.COM
KGWYNNE@REEDSMITH.COM
JFALGOWSKI@REEDSMITH.COM
CLYNCH@REEDSMITH.COM
ESCHAFFER@REEDSMITH.COM
MVENDITTO@REEDSMITH.COM
JLSCOTT@REEDSMITH.COM
DGRIMES@REEDSMITH.COM
CALBERT@REITLERLAW.COM
HMAGALIFF@R3MLAW.COM
RICHARD@RWMAPLC.COM
JSHICKICH@RIDDELLWILLIAMS.COM
GMOSS@RIEMERLAW.COM
ABRAUNSTEIN@RIEMERLAW.COM
ARHEAUME@RIEMERLAW.COM
ROGER@RNAGIOFF.COM
MARK.BANE@ROPESGRAY.COM
ROSS.MARTIN@ROPESGRAY.COM
PHILIP.WELLS@ROPESGRAY.COM
ECOHEN@RUSSELL.COM
RUSSJ4478@AOL.COM
MSCHIMEL@SJU.EDU
CMONTGOMERY@SALANS.COM
LWHIDDEN@SALANS.COM
CBELMONTE@SSBB.COM
TBROCK@SSBB.COM
PBOSSWICK@SSBB.COM
ASNOW@SSBB.COM
AISENBERG@SAUL.COM
JTORF@SCHIFFHARDIN.COM
DKESSLER@KTMC.COM
BDK@SCHLAMSTONE.COM
NLEPORE@SCHNADER.COM
JVAIL@SSRL.COM
LAWRENCE.GELBER@SRZ.COM
MEGHAN.BREEN@SRZ.COM
COHEN@SEWKIS.COM

ASHMEAD@SEWKIS.COM
FSOSNICK@SHEARMAN.COM
NED.SCHODEK@SHEARMAN.COM
ANN.REYNAUD@SHELL.COM
JENNIFER.GORE@SHELL.COM
JSHENWICK@GMAIL.COM
CSHULMAN@SHEPPARDMULLIN.COM
RREID@SHEARMAN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
ETILLINGHAST@SHEPPARDMULLIN.COM
BWOLFE@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
AMARTIN@SHEPPARDMULLIN.COM
BANKRUPTCY@GOODWIN.COM
JTIMKO@SHUTTS.COM
AQUALE@SIDLEY.COM
AUNGER@SIDLEY.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
SQUSBA@STBLAW.COM
FYATES@SONNENSCHEIN.COM
PMAXCY@SONNENSCHEIN.COM
SLERNER@SSD.COM
SMAYERSON@SSD.COM
RTERENZI@STCWLAW.COM
CGOLDSTEIN@STCWLAW.COM
R.STAHL@STAHLZELLOE.COM
MARC.CHAIT@SC.COM
SSTARR@STARRANDSTARR.COM
EOBRIEN@SBCHLAW.COM
CP@STEVENSLEE.COM
MCORDONE@STRADLEY.COM
PPATTERSON@STRADLEY.COM
PPATTERSON@STRADLEY.COM
DJOSEPH@STRADLEY.COM
JMMURPHY@STRADLEY.COM
LANDON@STREUSANDLANDON.COM
VILLA@STREUSANDLANDON.COM
STREUSAND@STREUSANDLANDON.COM
MSPEISER@STROOCK.COM
SMILLMAN@STROOCK.COM
LHANDELSMAN@STROOCK.COM
DWILDES@STROOCK.COM
HOLSEN@STROOCK.COM
CSZYFER@STROOCK.COM
WWEINTRAUB@STUTMAN.COM
FRITSCHJ@SULLCROM.COM
SCOTTJ@SULLCROM.COM
LACYR@SULLCROM.COM
CLARKB@SULLCROM.COM
SCHWARTZMATTHEW@SULLCROM.COM
PAUL.TURNER@SUTHERLAND.COM
RICK.MURPHY@SUTHERLAND.COM
BRUCE.WRIGHT@SUTHERLAND.COM
MILLER@TAFTLAW.COM
AGBANKNEWYORK@AG.TN.GOV
MARVIN.CLEMENTS@AG.TN.GOV

THALER@THALERGERTLER.COM
ROBERT.BAILEY@BNYMELLON.COM
MMORREALE@US.MUFG.JP
FOONT@FOONTLAW.COM
MATT@WILLAW.COM
IRA.HERMAN@TKLAW.COM
DEMETRA.LIGGINS@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM
MITCHELL.AYER@TKLAW.COM
DAVID.BENNETT@TKLAW.COM
MBOSSI@THOMPSONCOBURN.COM
AMENARD@TISHMANSPEYER.COM
MBENNER@TISHMANSPEYER.COM
BTURK@TISHMANSPEYER.COM
JCHRISTIAN@TOBINLAW.COM
WCHEN@TNSJ-LAW.COM
AGOLDSTEIN@TNSJ-LAW.COM
JMAKOWER@TNSJ-LAW.COM
NEILBERGER@TEAMTOGUT.COM
SSKELLY@TEAMTOGUT.COM
OIPRESS@TRAVELERS.COM
MLYNCH2@TRAVELERS.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM
LEE.STREMBA@TROUTMANSANDERS.COM
BMANNE@TUCKERLAW.COM
MSHINER@TUCKERLAW.COM
LINDA.BOYLE@TWTELECOM.COM
DLIPKE@VEDDERPRICE.COM
MJEDELMAN@VEDDERPRICE.COM
EASMITH@VENABLE.COM
SABRAMOWITZ@VELAW.COM
JWEST@VELAW.COM
DKLEINER@VELAW.COM
JELDREDGE@VELAW.COM
HSNOVIKOFF@WLRK.COM
RGMASON@WLRK.COM
ARWOLF@WLRK.COM
JDWARNER@WARNERANDSCHEUERMAN.COM
CBELISLE@WFW.COM
JFREEMERG@WFW.COM
RGRAHAM@WHITECASE.COM
TMACWRIGHT@WHITECASE.COM
AVENES@WHITECASE.COM
AZYLBERBERG@WHITECASE.COM
DBAUMSTEIN@WHITECASE.COM
MRUETZEL@WHITECASE.COM
LEILA.ROEDER@WHITECASE.COM
TLAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
JEANITES@WHITEANDWILLIAMS.COM
BSTRICKLAND@WTPLAW.COM
DSHAFFER@WTPLAW.COM
SZUCH@WIGGIN.COM
MABRAMS@WILLKIE.COM
MFELDMAN@WILLKIE.COM
AALFONSO@WILLKIE.COM

```
RNETZER@WILLKIE.COM
DKOZUSKO@WILLKIE.COM
PETER.MACDONALD@WILMERHALE.COM
JEANNETTE.BOOT@WILMERHALE.COM
CRAIG.GOLDBLATT@WILMERHALE.COM
LISA.EWART@WILMERHALE.COM
JBECKER@WILMINGTONTRUST.COM
CSCHREIBER@WINSTON.COM
DMCGUIRE@WINSTON.COM
MKJAER@WINSTON.COM
DNEIER@WINSTON.COM
DRAVIN@WOLFFSAMSON.COM
JLAWLOR@WMD-LAW.COM
WMAHER@WMD-LAW.COM
RRAINER@WMD-LAW.COM
BANKR@ZUCKERMAN.COM
```

**EXHIBIT B**

| | |
|---|---|
| Chambers of the Honorable James M. Peck, United States Bankruptcy Court Southern District of New York One Bowling Green New York, New York 10004 | Office of the United States Trustee for Region 2 201 Varick Street, Suite 1006 New York, NY 10014 Attn: Tracy Hope Davis, Esq. Susan Golden, Esq. Andrea B. Schwartz, Esq. |
| Jones Day 222 East 41st Street New York, New York 10017 Attn: Jayant W. Tambe, Esq. Matthew S. Chow, Esq. | Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, New York 10153 Attn: Robert J. Lemons, Esq. Richard P. Krasnow, Esq. Lori R. Fife, Esq. Jacqueline Marcus, Esq. |
| Quinn Emanuel Urquhart & Sullivan, LLP 51 Madison Avenue, 22nd Floor New York, New York 10010 Attn: Susheel Kirpalani, Esq. James C. Tecce, Esq. Scott C. Shelley, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 Attn: John B. Quinn, Esq. Erica P. Taggard, Esq. |
| Milbank, Tweed, Hadley & McCloy LLP 1 Chase Manhattan Plaza New York, New York 10005 Attn: Dennis F. Dunne, Esq. Dennis C. O'Donnell, Esq. Evan R. Fleck, Esq. | Milbank, Tweed, Hadley & McCloy LLP 601 South Figueroa Street, 30th Floor Los Angeles, California 90017 Attn: Paul S. Aronzon, Esq. Gregory A. Bray, Esq. |
| McGuire Woods LLP Atn: Aaron G. McCollough 901 East Cary Stereet Richmond, VA 23219 | Federal Reserve Bank of Philadelphia c/o William T. Wisser, Assistant Vice President Ten Independence Mall Philadelphia, PA 19106-1574 |

Internal Revenue Service  
Special Procedures Branch  
Attn: District Director,  
Bonnie Austin  
290 Broadway  
New York, NY 10007

Department of Justice  
(Solicitor for the Respondent  
Canada Revenue Agency)  
Attn: Diane Winters  
Ontario Regional Office  
The Exchange Tower  
Toronto, ON M5X 1K56  
Canada

# **EXHIBIT C**

WILL.SUGDEN@ALLSTON.COM
DNOLAN@ANDERSONKILL.COM
IANROBERTS@BAKERBOTTS.COM
MDAVIDOFF@BM.NET
RSWITZENBAUM@BM.NET
HSTEEL@BROWNRUDNICK.COM
MARGARET.WELSH@CLIFFORDCHANCE.COM
WDASE@FZWZ.COM
TNIXON@GKLAW.COM
MICHAELS@JSTRIALLAW.COM

# **EXHIBIT D**

The Sumitomo Trust & Banking Co., Ltd.  
Attn: Mr. Masaya Yamashiro, Senior Mgr.  
Grantokyo, South Tower  
1-9-2, Marunouchi, Chiyoda-Ku  
Tokyo, 100-6611  

Office of Thrift Supervision  
 Northeast Region  
Attn:  Michael Finn  
Martin Jefferson Davis  
Harborside Financial Center Plaza Five  
Jersey City, NJ 07311