WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                :    08-13555 (JMP)
                                                            :
              Debtors.                                      :    (Jointly Administered)
                                                            :
------------------------------------------------------------------x

**NOTICE OF SECOND CORRECTED EXHIBIT WITH**
**RESPECT TO NOTICE OF ADJOURNMENT OF FOUR**
**HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE THAT** on July 18, 2013, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22738] for the entities in the above referenced chapter 11 cases, filed a notice of corrected exhibit with respect to notice of adjournment [ECF No. 38820] (the "Corrected Notice of Adjournment") of the hearing on the Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 37956] (the "Objection") solely as to the claims identified on Exhibit 1 annexed thereto (the "Corrected Exhibit"), as more fully described in the Corrected Notice of Adjournment.

US_ACTIVE:\44299046\1\58399.0011

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby files a further corrected version of the Corrected Exhibit, a copy of which is annexed hereto as Exhibit 1 (the "Second Corrected Exhibit"). The Second Corrected Exhibit supersedes the Corrected Exhibit filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that a blacklined version of the Second Corrected Exhibit that reflects the revisions made to the Corrected Exhibit is annexed hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that notice of the Second Corrected Exhibit has been served in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].

**PLEASE TAKE FURTHER NOTICE** that, other than the Second Corrected Exhibit, the Corrected Notice of Adjournment remains otherwise unaffected.

Dated:  July 22, 2013
        New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit 1

(Second Corrected Exhibit)

US_ACTIVE:\44299046\1\58399.0011

# Exhibit A

## Adjourned Claims:

| Claimant Name | LBHI Proof of Claim Number | LBSF Proof of Claim Number |
|---|---|---|
| Bland Shire Council | 32671 | 32681 |
| City of Geraldton-Greenough | 32664 | 32689 |
| City of Melville | 32676 | 32645 |
| Coffs Harbour City Council | 32688 | 32642 |
| Deniliquin Shire Council | 32687 | 32644 |
| Kiama Municipal Council | 32647 | 32673 |
| Orange City Council | 32649 | |
| Uralla Shire Council | 859 | |
| Yass Valley Council | 32641 | 32655 |
| Sutherland Shire Council | 32665 | |
| Port Macquarie Hastings Council | 32667 | 66307 |
| Hurstville City Council | 10369 | |

**Exhibit 2**

(Blackline of Second Corrected Exhibit)

US_ACTIVE:\44299046\1\58399.0011

## Exhibit A

### Adjourned Claims:

| Claimant Name | LBHI Proof of Claim Number | LBSF Proof of Claim Number |
|---|---|---|
| Bland Shire Council | 32671 | 32681 |
| City of Geraldton-Greenough | 32664 | 32689 |
| City of Melville | 32676 | 32645 |
| Coffs Harbour City Council | 32688 | 32642 |
| Deniliquin Shire Council | 32687 | 32644 |
| Kiama Municipal Council | 32647 | 32673 |
| Orange City Council | 32649 | |
| Uralla Shire Council | 859 | |
| Yass Valley Council | 32641 | 32655 |
| Sutherland Shire Council | 32665 | |
| Port Macquarie Hastings Council | 32667 | 6630~~17~~ |
| Hurstville City Council | 10369 | |