WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                                            :
                    Debtors.                :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF FOUR HUNDRED**
**SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO**
**LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that on June 13, 2013, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* for the entities in the above-referenced chapter 11 cases, filed the Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 37956] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator is withdrawing without prejudice the Objection *solely* with respect to the claims identified on Exhibit A annexed hereto and withdrawn pursuant to the Notice of Withdrawal of Claim No. 63500 [ECF No. 38694] and Notice of Withdrawal of Claim No. 38693 [ECF No. 38693]. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any

US_ACTIVE:\44298876\1\58399.0011

grounds in the future.

Dated: July 22, 2013
       New York, New York

                                  /s/ Jacqueline Marcus
                                Jacqueline Marcus

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Lehman Brothers Holdings
                                Inc. and Certain of Its Affiliates

# Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Four Hundred Seventeenth Omnibus Objection to Claims ||
|---|---|
| **Claimant** | **Claim No.** |
| Lehman Brothers Australia Limited | 63500 |
| Lehman Brothers Australia Limited | 58607 |