UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re                                                            :   Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   Case No. 08-13555 (JMP)
                                                                 :
                    Debtors.                             :   Jointly Administered
                                                                 :
_____

### ORDER AUTHORIZING BAUPOST GROUP, LLC TO FILE UNDER SEAL CERTAIN DOCUMENTS IN CONNECTION WITH ITS MOTION TO QUASH DEBTORS' SUBPOENA ISSUED UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the *ex parte* Motion ("Motion") of Baupost Group LLC ("Baupost") for the entry of an order (this "Order") pursuant to Section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure authorizing Baupost to file under seal Exhibits B-1 through B-4 ("Confidential Exhibits") to the Declaration of Matthew A. Schwartz In Support of the Motion of Baupost Group, LLC to Quash Debtors' Subpoena Issue Under Federal Rule of Bankruptcy Procedure 2004, which will be filed on July 23, 2013 ("Schwartz Declaration"); and upon consideration of the Motion and related papers; it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. Baupost is authorized to file the Confidential Exhibits to the Schwartz Declaration under seal by delivering such documents to Chambers and to the Clerk of the Court's attention with a letter referencing this Order.

3. The documents subject to this Order shall remain under seal and confidential and shall not be made available to anyone, other than as provided for in

paragraph 4 of this Order, without the consent of Baupost or Giants Stadium LLC or without further order of the Court.

4. The Confidential Exhibits shall be made available only to the Court, counsel to Debtors Lehman Brothers Special Finance and Lehman Brothers Holdings, Inc., and counsel to Giants Stadium LLC.

5. Baupost will dispose of the Confidential Exhibits at the conclusion of this matter.

6. Notwithstanding anything contained in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of the Southern District of New York, the terms and conditions of this Order (i) shall be immediately effective and enforceable upon its entry, and (ii) shall not prejudice the rights of any party in interest or the United States Trustee to seek to unseal the Confidential Exhibits in whole or in part.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 23, 2013
      New York, New York

                                             ____/s/ JAMES M. PECK_____
                                             THE HONORABLE JAMES M. PECK
                                             UNITED STATES BANKRUPTCY JUDGE