WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                         :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
                    Debtors.                     :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING *SINE DIE*
OF THE FOUR HUNDRED TWENTIETH OMNIBUS OBJECTION TO
CLAIMS (EMPLOYMENT-RELATED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twentieth

Omnibus Objection to Claims (Employment-Related Claims) [**ECF No. 38014**], that was

scheduled for July 25, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

US_ACTIVE:\44299337\1\58399.0011

**solely as to the claim of Erica Pagano (Claim No. 6503) to a date to be determined**.

Dated: July 22, 2013
      New York, New York

                      /s/ Robert J. Lemons
                      Robert J. Lemons

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Lehman Brothers Holdings Inc.
                      and Certain of its Affiliates