# Exhibit B

## [Filed Under Seal]

Exhibit B-1:  GStad_LB_0062762-GStad_LB_0062797;
Exhibit B-2:  GStad_LB_0062806-GStad_LB_0062812;
Exhibit B-3:  GStad_LB_0062876-GStad_LB_0062967; and
Exhibit B-4:  GStad_LB_0063359-GStad_LB_0063381.