WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : **08-13555 (JMP)**
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

### NOTICE OF HEARING ON THE TWO HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO THE CLAIM OF <u>CBARB, A SEGREGATED ACCOUNT OF GEORGE CAPITAL MASTER FUND LTD.</u>

**PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) *solely* as to claim number 20787 of CBARB, a Segregated Account of George Capital Master Fund Limited will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **July 25, 2013 at 10:00 a.m. (Eastern Time)**.

US_ACTIVE:\44299593\1\58399.0011

Dated: July 22, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates