WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                     :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                              :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**AMENDED NOTICE OF HEARING ON THE**
**TWO HUNDRED NINETEENTH OMNIBUS OBJECTION TO**
**CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO THE CLAIM OF**
**CBARB, A SEGREGATED ACCOUNT OF GEORGE CAPITAL MASTER FUND LTD.**

**PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred

Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) *solely* as to claim number

31921 of CBARB, a Segregated Account of George Capital Master Fund Limited will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

US_ACTIVE:\44299593\1\58399.0011

Custom House, One Bowling Green, New York, New York, Room 601, on **July 25, 2013 at**

**10:00 a.m. (Eastern Time)**.

Dated: July 23, 2013
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons
    Ralph Miller
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates