**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                              Chapter 11

Lehman Brothers Holdings, Inc., *et al.,*       Case No. 08-13555 (JMP)
                                                   (Jointly Administered)

                                            Debtors
-------------------------------------------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED JULY 23, 2013, [DOCKET NO. 38938], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Exhibits B1 through B4 to the Declaration of Matthew A. Schwartz in Support of Motion of Baupost Group, LLC to Quash Debtors' Subpoena.**