JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,* : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF**
**FOUR HUNDRED TWENTY-SECOND OMNIBUS OBJECTION**
**TO CLAIMS (EMPLOYMENT CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [ECF No. 38050], that was scheduled for July 25, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated: July 23, 2013          JONES DAY
       New York, New York

                              /s/ Kelly A. Carrero
                              Robert W. Gaffey
                              Kelly A. Carrero
                              Benjamin Rosenblum
                              222 East 41st Street
                              New York, New York  10017
                              Telephone: (212) 326-3939
                              Facsimile: (212) 755-7306

                              *Attorneys for Lehman Brothers Holdings Inc.*
                              *and Certain of Its Affiliates*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| DORLAND, CHRISTOPHER | 180 |
| GRECO, JOHN | 599 |
| TORRES, CARLOS | 532 |
| WILSON, DAVID | 772 |