B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>Penn Mutual Life Insurance Company</u>
Name of Transferee                                                    Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>23555</u>
should be sent:                                  Amount of Claim Transferred: <u>100% or $30,545,128.03</u>

Goldman Sachs Lending Partners LLC               Date Claim Filed: <u>September 21, 2009</u>
c/o Goldman, Sachs & Co.                         Debtor: <u>Lehman Brothers Holdings Inc.</u>
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni

Phone: _____              Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: 7/12/2013
Name of Transferee/Transferee's Agent
Ashwin Ramakrishna
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Penn Mutual Life Insurance Company** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **Goldman Sachs Lending Partners LLC** ("Assignee") Assignor's right title and interest in and to claim number 23555 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the _21_ day of May, 2013.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **PENN MUTUAL LIFE INSURANCE COMPANY** | **GOLDMAN SACHS LENDING PARTNERS LLC** |
| By: _[signature]_ | By: _____ |
| Name: Christopher Beaulieu | Name: |
| Title: Managing Director | Title: |

_[signature: Debbi L. Warriner]_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Debbi L. Warriner, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Dec. 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

NY1 8775727v.3

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Penn Mutual Life Insurance Company** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **Goldman Sachs Lending Partners LLC** ("Assignee") Assignor's right title and interest in and to claim number 23555 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the  12  day of July, 2013.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **PENN MUTUAL LIFE INSURANCE COMPANY** | **GOLDMAN SACHS LENDING PARTNERS LLC** |
| By: _____ | By: _____ |
| Name: | Name: Ashwin Ramakrishna |
| Title: | Title: Authorized Signatory |

-4-

NY1 8775727v.3