WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON JULY 25, 2013 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.   Three Hundred Forty-Second Omnibus Objection to Claims (Employment-Related Claims) [**ECF No. 30031**]

    Response Deadline:    August 14, 2012 at 4:00 p.m.

    Adjourned Claims:

        A.    Response of Nicholas Howard *solely* with respect to the $362,226.03 portion of Claim Number 28279 [**ECF No. 30921**]

        B.    Response of Michael Kieran [**ECF No. 30912**]

        C.    Response of Nikki Marshall [**ECF No. 30949**]

    Status:  This matter is proceeding on an uncontested basis *solely* as to the $150,000.00 portion of Claim Number 28279 of Nicholas Howard. The hearing

with respect to the $362,226.03 portion of Claim Number 28279 of Nicholas Howard and the other Adjourned Claims has been adjourned *sine die*.

2. Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

    Response Deadline:    July 18, 2013 at 4:00 p.m.

    Related Document:

    A.    Notice of Adjournment [**ECF No. 38867**]

    Status: This matter is going forward on an uncontested basis with respect to all claims identified on the Objection other than those claims for which the Objection has been adjourned or otherwise resolved.

**II.    CONTESTED MATTERS:**

3. Two Hundredth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 19921**]

    Response Deadline:    October 13, 2011 at 4:00 p.m.

    Response Received:

    A.    Opposition to Debtors Two Hundredth Omnibus Objection to Claims (No Liability Claims) of Municipal Securities Rulemaking Board [**ECF No. 20810**]

    Related Document:

    B.    Reply to Response of Municipal Securities Rulemaking Board to Debtors Two Hundredth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38689**]

    Status: This matter is going forward on a contested basis.

4. Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) [**ECF No. 27868**]

    Response Deadline:    June 14, 2012 at 4:00 p.m.

    Response Received:

    A.    Response of Jeanne-Marie Maltaux [**ECF No. 28885**]

2

Related Documents:

B. Notice of Adjournment of the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claim [**ECF No. 28928**]

C. Reply in Connection with the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) as to Claim No. 19647 [**ECF No. 37959**]

D. Declaration of Holly Clack in Support of Reply in Connection with the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) as to Claim No. 19647 [**ECF No. 37960**]

E. Notice of Hearing on Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claim [**ECF No. 38146**]

Status:  This matter is going forward on a contested basis.

### III.    ADJOURNED MATTERS:

5. Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) [**ECF No. 14492**]

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

A. Response of Deutsche Bank National Trust Company [**ECF No. 17879**]

Related Documents:

B. Declaration of Keri Reed in support of Debtors' Motion [**ECF No. 14502**]

C. Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 [**ECF No. 25371**]

D. Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims [**ECF No. 26901**]

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' Ninety-Seventh Omnibus Objection to*

3

Claims filed on July 15, 2013 [ECF No. 38711] has been adjourned to August 29, 2013 at 10:00 a.m.

6. Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) [**ECF No. 16079**]

   Response Deadline:   May 18, 2011 at 4:00 p.m.

   Adjourned Response:

       A.   Response of Wilmington Trust Company [**ECF No. 17886**]

   Related Documents:

       B.   Declaration of Keri Reed in support of Debtors' Motion [**ECF No. 16080**]

   Status: The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims* filed on July 15, 2013 [ECF No. 38712] has been adjourned to August 29, 2013 at 10:00 a.m.

7. Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 16865**]

   Response Deadline:   June 15, 2011 at 4:00 p.m.

   Status: The hearing for Claim Nos. 12589 and 12590 has been adjourned to August 29, 2013.

8. Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 18405**]

   Response Deadline:   August 10, 2011 at 4:00 p.m.

   Adjourned Response:

       A.   Response of Cascade Investment, L.L.C. [**ECF No. 19349**]

   Status: This matter has been adjourned to August 29, 2013 at 10:00 a.m.

9. Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 27380**]

   Response Deadline:   May 17, 2012 at 4:00 p.m.

   Status: The hearing for Claim No. 24073 has been adjourned to August 29, 2013.

4

10. Three Hundred Forty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 30953]**

    Response Deadline: October 31, 2012 at 4:00 p.m.

    Adjourned Response:

    A. Response of New York City Industrial Development Agency " NYC IDA" [**ECF No. 31616**]

    Status:  This matter has been adjourned to August 29, 2013 at 10:00 a.m.

11. Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34044**]

    Response Deadline:   February 19, 2013 at 4:00 p.m.

    Adjourned Response:

    A. Response of Preferred Residential Securities 06-1 PLC (Claim Nos. 34224 and 34225)

    Status: This matter has been adjourned to August 29, 2013 at 10:00 a.m.

12. Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34728]**

    Response Deadline:   March 14, 2013 at 4:00 p.m.

    Adjourned Responses:

    A. Response of Deustsche Bank National Trust Company **[ECF No. 36523]**

    B. Response of Tobacco Settlement Financing Corporation **[ECF No. 35919]**

    Status:  The Response of Deutsche Bank National Trust Company has been adjourned to August 29, 2013 at 10:00 a.m.  The Response of Tobacco Settlement Financing Corporation has been adjourned to October 24, 2013 at 10:00 a.m.

13. Four Hundred Twelfth Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 37166]**

    Response Deadline:   Response deadline adjourned to June 24, 2013 at 4:00 p.m.

5

Response Received:

 A. Limited Response and Opposition of Golden Moon Capital Corporation to the Debtors Four Hundred Twelfth Omnibus Objection to Claims (Duplicative Claims) [**ECF No. 38121**]

Status: The hearing on the objection has been adjourned to August 29, 2013 at 10:00 a.m. **[ECF No.38982]**.

14. Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline: June 3, 2013 at 4:00 p.m.

Adjourned Responses:

 A. Response of Commerzbank AG (Claim No. 18996)

 B. Response of EuroHypo AG (Claim No. 19002)

Status: This matter has been adjourned to August 29, 2013 at 10:00 a.m.

15. Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 37956**]

Response Deadline: July 10, 2013 at 4:00 p.m.

Withdrawn Claims:

 A. Lehman Brothers Australia Limited (Claim Nos. 58607 and 63500)

Related Documents:

 B. Notice of Corrected Exhibit to Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 38025]

 C. Notice of Adjournment of Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims [ECF No. 38756]

 D. Notice of Corrected Exhibit with Respect to Notice of Adjournment of Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims [ECF No. 38820]

 E. Notice of Withdrawal of Claim [ECF No. 38694]

6

   F. Notice of Withdrawal of Claim [ECF No. 38693]

Status:  The hearing on the objection to the claims identified on the *Notice of Second Corrected Exhibit with Respect to Notice of Adjournment of Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims* [ECF No. 38930] has been adjourned to August 29, 2013 at 10:00 a.m.

16. Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

Response Deadline: July 18, 2013 at 4:00 p.m. (Except for Claim No. 10662, which has been extended to August 1, 2013 at 4:00 p.m.)

Status:  The hearing for Claim Nos. 10662, 41375, and 43187 has been adjourned to August 29, 2013 at 10:00 a.m.

17. Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 38018**]

Response Deadline: July 18, 2013 at 4:00 p.m.

Status:  The hearing for Claim Nos. 21440, 21441, 33094, and 33104 has been adjourned to August 29, 2013.

18. Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38050**]

Response Deadline: July 19, 2013 at 4:00 p.m.

Responses Received:

   A. Response of David Wilson to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38865**]

   B. Response of Christopher Dorland to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF. No. 38864**]

   C. Response of John Greco to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF. No. 38863**]

     D.    Response of Carlos Torres to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF. No. 38862**]

Related Document:

     E.    Notice of Adjournment of Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) Solely as to Certain Claims [**ECF No. 38969**]

Status: This matter has been adjourned without date solely with respect to Proofs of Claim Nos. 180, 532, 599 and 772.

19. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. [**ECF No. 20087**]

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

     A.    Response of Syncora Guarantee, Inc. [**ECF No. 20915**]

Related Documents:   None.

Status: The hearing on the objection to the claim identified above has been adjourned to August 29, 2013 at 10:00 a.m.

20. Debtors' Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank [**ECF No. 37835**]

Response Deadline:    July 10, 2013 at 4:00 p.m.

Adjourned Response:   None.

Related Documents:    None.

Status: This matter has been adjourned to August 29, 2013 at 10:00 a.m.

21. Plan Administrators' Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [**ECF No. 37839**]

Response Deadline:    July 10, 2013 at 4:00 p.m.

US_ACTIVE:\44296995\2\58399.0011

Related Documents: None.

Status: This matter has been adjourned to August 29, 2013 at 10:00 a.m.

Dated: July 24, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

9