**BRUCE J. DUKE, LLC**
By: Bruce J. Duke, Esquire
4201 Grenwich Lane
Mt. Laurel, NJ 08054
(856) 701-0555 – Telephone
(609) 784-7823– Facsimile
Admitted Pro Hac Vice
Attorney for Municipal Securities Rulemaking Board

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
In re                                                                       CHAPTER 11

**LEHMAN BROTHERS**                                      CASE NO. 08-13555-JMP
**HOLDINGS INC.,** *et al.,*
                                                                                **(Jointly Administered)**
                        **Debtors.**
-------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF MUNICIPAL SECURITIES**
**RULEMAKING BOARD AS TO LEHMAN BROTHERS HOLDINGS, INC.**

TO: CLERK OF THE COURT:

Please be advised that Municipal Securities Rulemaking Board ("MSRB"), by and through undersigned counsel, is withdrawing its Proof of Claim, No. 30588, in the amount of $204,286.31, such claim being filed on or about September 22, 2009, solely as to Lehman Brothers Holdings, Inc., and not to Lehman Brothers, Inc.

BRUCE J DUKE, LLC


By:   /s/Bruce J. Duke
          Bruce J. Duke, Esq.
          4201 Grenwich Lane
          Mount Laurel, NJ 08054
          (856) 701-0555 –Telephone
Dated: July 24, 2013          (609) 784-7823 Facsimile
          Attorney for Municipal Securities
          Rulemaking Board
          Admitted Pro Hac Vice

1