B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Northern District of Illinois

In re Lehman Brothers Holdings, Inc., et al.

Case No. 08-13555
Jointly Administered

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HCN LP | Royal Bank of Canada |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 14050
Amount of Claim Total: $9,105,000.00
Date Claim Filed: 09/16/09

  HCN LP
  c/o Halcyon Asset Management LP
  477 Madison Avenue – 8th Floor
  New York, New York 10022
  Attention: Matt Seltzer

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Solomon J. Noh_____
      Transferee's Agent

Date: 7/24/13_____

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Royal Bank of Canada** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HCN LP**, its successors and assigns ("Buyer"), a 28.792% interest in all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 14050), equal to the amount of $9,105,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the /5ᵗʰ day of July 2013.

**Royal Bank of Canada**

By: _____
Name: m,ch ael Her
Title: Authorized Signatory

**HCN LP**
By: Halcyon Offshore Asset Management LLC, its Investment Manager

By: _____
Name:    James W. Jykes
Title:    Managing Principal

**David Martino
Controller**