UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 27880, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Swiss Re Global Markets Limited in the amount of $6,051,196.98. Strategic Value Master Fund, Ltd. (the "Claimant") purchased a 16.52% interest in the claim, equal to $1,000,000.00, from Deutsche Bank AG, London Branch, *see* ECF No. 10510 (Claimant's portion of the claim shall be hereinafter referred to as the "Claim"). The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This notice and the withdrawal of the Claim (a) shall not affect any portion of Claim 27800 other than the Claim, and no portion of Claim 27880 other than the Claim shall be withdrawn by this notice and withdrawal; and (b) nothing herein constitutes a waiver, release, modification, amendment or withdrawal of any other proofs of claim or claims (as defined in section 101 of the Bankruptcy Code) filed or held by the Claimant. The Claimant represents and warrants that the withdrawal of the Claim is within its

1

corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on June 11, 2013 the issuance of which was noticed in a filing with the Court on June 13, 2013 [ECF No. 37954]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: July 23 2013
New York, New York

Andrew L. Buck
COHEN TAUBER SPIEVACK & WAGNER P.C.
The Graybar Building
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone: (212) 586-5800
Facsimile: (212) 586-5095

*Attorneys for Strategic Value Master Fund, Ltd.*

Dated: July 23 2013
New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*