WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
                                              :
**In re**                                     :        **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                              :
                            **Debtors.**      :        **(Jointly Administered)**
                                              :
---------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS**
**OBJECTIONS SCHEDULED FOR HEARING ON JULY 25, 2013**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "Plan Administrator"), filed the following motions

and omnibus claims objections (collectively, the "Claims Objections") with the Court for hearing

on or before July 25, 2013:

    (a)    Motion Pursuant to Section 502(c) of the Bankruptcy Code and Section 9.3 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate the Allowed Amounts of Certain Employee Indemnification Claims [ECF No. 38023];

    (b)    Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 20787];

    (c)    Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 37956];

    (d)    Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 38010];

    (e)    Four Hundred Nineteenth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 38012];

    (f)    Four Hundred Twentieth Omnibus Objection to Claims (Employment-Related Claims) [ECF No. 38014]; and

    (g)    Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 38018].

    2.    In accordance with the Second Amended Case Management Order, the Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response Deadline") for each Claim Objection for parties to object or file responses. The Response Deadlines have been extended for certain creditors from time to time. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

    3.    The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court

on the docket of the above-referenced cases in accordance with the procedures set forth in the

Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan

Administrator (or such responsive pleadings have been withdrawn) by any of the holders of the

claims included on Exhibit 1 to any of the Orders attached hereto, which include only the proofs

of claim for which the Claims Objection will be granted.  Responses to certain of the Claims

Objections were filed on the docket, or served on the Debtors or the Plan Administrator, by

holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims

Objections as to any proof of claim for which a response was either filed on the docket or

received by the Debtors or the Plan Administrator, and which response has not been resolved,

has been adjourned to a future date.

        4.        Accordingly, the Debtors and the Plan Administrator respectfully request

that the proposed orders granting the Claims Objections annexed hereto as Exhibits A and G,

which, except for the inclusion of additional language to indicate that such order is supplemental

to a previously entered order for a Claim Objection or to reference the inclusion of separate

exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is

granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be

3

entered in accordance with the procedures described in the Second Amended Case Management

Order.

I declare that the foregoing is true and correct.


Dated: July 24, 2013
        New York, New York


/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

US_ACTIVE:\44301250\1\58399.0011

**EXHIBIT A**
**(Proposed Order – ECF No. 38023)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
---------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE AND SECTION 9.3 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS ESTIMATING THE ALLOWED AMOUNTS OF CERTAIN PROOFS OF CLAIM

Upon the motion (the "Motion") dated June 18, 2013 of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan")[1], for approval, pursuant to section 9.3 of the Plan and section 502(c) of title

11 of the United States Code (the "Bankruptcy Code"), to estimate the Allowed amounts of

certain proofs of claim, all as more fully described in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

§§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012

(Preska, C.J.); and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to

(i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the

Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

(v) the Claimants listed on Exhibit 1; and (vi) all other parties entitled to notice in accordance

with the procedures set forth in the second amended order entered on June 17, 2010 governing

case management and administrative procedures for these cases [ECF No. 9635]; and it

appearing that no other or further notice need be provided; and a hearing having been held to

consider the relief requested in the Motion; and the Court having found and determined that the

relief sought in the Motion is in the best interests of the Chapter 11 Estates, their creditors, and

all parties in interest and that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that, pursuant to section 9.3 of the Plan and section 502(c) of the

Bankruptcy Code, each of the claims identified on Exhibit 1 attached hereto (the "Employee

Indemnification Claims") is hereby estimated in the Allowed amount of zero dollars ($0.00); and

it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A attached to the Motion that is

not listed on Exhibit 1 attached hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       _____, 2013

_____
Honorable James M. Peck
United States Bankruptcy Judge

**Exhibit 1**

**Claims to Be Estimated in the Allowed Amount of Zero Dollars ($0.00):**

| Claimant Name | Claim Number | Date Filed | Debtor Name | Asserted Total Claim Dollars |
|---|---|---|---|---|
| BEESON, LISA | 12844 | 09/15/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| BERKENFELD, STEVEN | 28480 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| BERTAGNA, ROBERT | 27175 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| BLAIR, NATASHA | 12841 | 09/15/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| CHAN, ANDREW L. | 28731 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| GELBAND, MICHAEL | 23808 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| HARBER, LANA | 12856 | 09/15/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| HASH, STEVEN | 31763 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| HEDLUND III, ROBERT G. | 30057 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| HOLLEB, THOMAS J. | 66496 | 04/02/2010 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| KELLY, MARTIN | 18362 | 09/18/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| KRAVETZ, LARRY J. | 27319 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| LAZARUS, DAVID | 19336 | 09/18/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| MCGEE, HUGH | 31080 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| MICHAELS, JEFFREY A. | 66974 | 07/30/2010 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| MOHR, SCOTT W. | 27180 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| ORLAN, FRED | 22129 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| OVERLANDER, KEITH F. | 23561 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| PEDONE, MICHAEL | 22130 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| SHAH, ASHISH C. | 33026 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |

| | | | | |
|---|---|---|---|---|
| SWEENEY, BRAD | 28733 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| THOMPSON, SARAH C. | 24581 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| TONUCCI, PAOLO | 12667 | 09/15/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| TREILING, ERIC | 18277 | 09/18/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| WELIKSON, JEFFREY A. | 13919 | 09/16/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| WELSH, JOHN M. | 27176 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |

**EXHIBIT B**
**(Proposed Order – ECF No. 20787)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :        **08-13555 (JMP)**
                                                   :
                          **Debtors.**             :        **(Jointly Administered)**
-----------------------------------------------------------------------x

## THIRD SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the two hundred nineteenth omnibus objection to claims, dated October 12,

2011 (the "Two Hundred Nineteenth Omnibus Objection to Claims"),[2] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce and allow the

Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are greater

than the fair, accurate, and reasonable values determined by the Debtors after a review of the

claimants' supporting documentation and the Debtors' books and records, as more fully

described in the Two Hundred Nineteenth Omnibus Objection to Claims; and due and proper

notice of the Two Hundred Nineteenth Omnibus Objection to Claims having been provided to (i)

the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two

---

[2]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Nineteenth Omnibus Objection to Claims.

Hundred Nineteenth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [Docket No. 9653];

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Two Hundred Nineteenth Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Nineteenth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Nineteenth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto

is hereby modified and allowed in the amount set forth on Exhibit 1 under the column heading

"Modified Amount" and any asserted amount in excess of the modified amount is disallowed;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A to the Two Hundred Nineteenth

Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 219: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LIMITED ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 31921 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $59,119.08* | Lehman Brothers Special Financing Inc. | Unsecured | $40,000.00 |
| | | | | | TOTAL | $59,119.08 | | TOTAL | $40,000.00 |

**EXHIBIT C**
**(Proposed Order – ECF No. 37956)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                          :          **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :          **08-13555 (JMP)**
                                                                  :
                                       **Debtors.**      :          **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED SEVENTEENTH OMNIBUS
### OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the four hundred seventeenth omnibus objection to claims, dated June 13,

2013 (the "Four Hundred Seventeenth Omnibus Objection to Claims"),[3] of Lehman Brothers

Holdings Inc. ("LBHI or the "Plan Administrator") as Plan Administrator pursuant to the

*Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its*

*Affiliated Debtors* for the entities in the above referenced chapter 11 cases, pursuant to section

502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [ECF No.  6664] (the "Procedures Order"),

seeking disallowance and expungement of the No Liability Claims on the grounds that they

assert claims for which LBHI or Lehman Brothers Special Financing ("LBSF") have no liability,

all as more fully described in the Four Hundred Seventeenth Omnibus Objection to Claims; and

due and proper notice of the Four Hundred Seventeenth Omnibus Objection to Claims having

been provided, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Four Hundred Seventeenth Omnibus

Objection to Claims is in the best interests of LBHI, LBSF and all parties in interest in the above

---

[3] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Four
Hundred Seventeenth Omnibus Objection to Claims.

referenced chapter 11 cases and that the legal and factual bases set forth in the Four Hundred

Seventeenth Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Seventeenth Omnibus

Objection to Claims is granted; and it is further

ORDERED that pursuant to sections 502(b) and 502(e)(1)(B) of the Bankruptcy

Code, the No Liability Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in

their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, the Guarantee Claim component of the proof of claim

assigned number 58607 by the Court-appointed claims agent; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: July \_\_, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------|
| 1 | ALRENE PTY LIMITED ATF THE FIRMAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11099 | $412,000.00 | $412,000.00 | No Liability Claim - Derivative |
| 2 | ARC ENERGY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32672 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 3 | ARC ENERGY LIMITED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32684 | $780,400.00 | $780,400.00 | No Liability Claim - Derivative |
| 4 | ARMIDALE DUMARESQ COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 890 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 5 | BLAYNEY SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32670 | $825,700.00 | $825,700.00 | No Liability Claim - Derivative |
| 6 | BLUE MOUNTAINS CITY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32639 | $737,478.00 | $737,478.00 | No Liability Claim - Derivative |
| 7 | BLUE MOUNTAINS CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32669 | $4,685,848.00 | $4,685,848.00 | No Liability Claim - Derivative |
| 8 | BOYSTOWN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12645 | $3,131,200.00 | $3,131,200.00 | No Liability Claim - Derivative |
| 9 | BROKEN HILL CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 886 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 10 | CABONNE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32679 | $949,555.00 | $949,555.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | CABONNE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32686 | $234,120.00 | $234,120.00 | No Liability Claim - Derivative |
| 12 | CENTRAL TABLELANDS WATER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32678 | $759,644.00 | $759,644.00 | No Liability Claim - Derivative |
| 13 | CENTRAL TABLELANDS WATER | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32691 | $234,120.00 | $234,120.00 | No Liability Claim - Derivative |
| 14 | CITY OF ALBANY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32640 | $2,823,894.00 | $2,823,894.00 | No Liability Claim - Derivative |
| 15 | CITY OF ALBANY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32646 | $1,638,840.00 | $1,638,840.00 | No Liability Claim - Derivative |
| 16 | CITY OF RYDE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 880 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 17 | CITY OF SWAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/29/2009 | 66029 | $7,031,847.85 | $7,031,847.85 | No Liability Claim - Derivative |
| 18 | CITY OF SWAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/29/2009 | 66030 | $1,170,600.00 | $1,170,600.00 | No Liability Claim - Derivative |
| 19 | CRAIG WHITE PTY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12157 | $2,183,600.00 | $2,183,600.00 | No Liability Claim - Derivative |
| 20 | FIRMAN, JOHN JOSEPH/FIRMAN, JUDITH ANN/COLLIN, NICHOLAS JAMES/ | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11513 | $412,000.00 | $412,000.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 GILGANDRA COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32663 | $949,555.00 | $949,555.00 | No Liability Claim - Derivative |
| 22 GILGANDRA COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/19/2010 | 66308 | $468,240.00 | $468,240.00 | No Liability Claim - Derivative |
| 23 GLENROAD HOLDINGS PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12156 | $824,000.00 | $824,000.00 | No Liability Claim - Derivative |
| 24 GOWING BROTHERS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 873 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 25 GOWING WHALE FUND PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 872 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 26 GOWINGS BROS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24733 | $4,120,000.00 | $4,120,000.00 | No Liability Claim - Derivative |
| 27 GOWINGS WHALE FUND P/L ATF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24732 | $82,400.00 | $82,400.00 | No Liability Claim - Derivative |
| 28 GUYRA SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 871 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 29 LANSELL PTY LTD ATF THE ALEX MARAKOFF SUPERANNUATION FUND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31346 | $247,200.00 | $247,200.00 | No Liability Claim - Derivative |
| 30 LEICHHARDT COUNCIL - ABN 92379 942 845 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32666 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | LITTLE COLLINS SPRING PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10371 | $494,400.00 | $494,400.00 | No Liability Claim - Derivative |
| 32 | MCCAMISH BROS (ORCHARDS) PTY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11091 | $1,236,000.00 | $1,236,000.00 | No Liability Claim - Derivative |
| 33 | MCMULLEN, DAVID AND FIONA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32653 | $743,130.00 | $743,130.00 | No Liability Claim - Derivative |
| 34 | MOREE PLAINS SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32650 | $5,367,050.00 | $5,367,050.00 | No Liability Claim - Derivative |
| 35 | MOREE PLAINS SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32690 | $390,200.00 | $390,200.00 | No Liability Claim - Derivative |
| 36 | MORTGAGE RISK MANAGEMENT PTY LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19359 | $6,880,400.00 | $6,880,400.00 | No Liability Claim - Derivative |
| 37 | NARRABI SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32643 | $663,340.00 | $663,340.00 | No Liability Claim - Derivative |
| 38 | NARRABRI SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32657 | $3,360,599.00 | $3,360,599.00 | No Liability Claim - Derivative |
| 39 | PARKES SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 867 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 40 | PITTWATER COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32648 | $2,163,334.00 | $2,163,334.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 PITTWATER COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32668 | $312,160.00 | $312,160.00 | No Liability Claim - Derivative |
| 42 PORT STEPHENS COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 865 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 43 PRESCARE ABN 85338603114 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 11002 | $833,505.32 | $833,505.32 | No Liability Claim - Derivative |
| 44 ROCK BUILDING SOCIETY LIMITED, THE - ABN 16 067 765 717 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32652 | $3,302,800.00 | $3,302,800.00 | No Liability Claim - Derivative |
| 45 SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32654 | $1,279,835.00 | $1,279,835.00 | No Liability Claim - Derivative |
| 46 SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32661 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 47 TENTERFIELD SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32656 | $2,477,100.00 | $2,477,100.00 | No Liability Claim - Derivative |
| 48 TENTERFIELD SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32674 | $429,220.00 | $429,220.00 | No Liability Claim - Derivative |
| 49 TOWN OF KWINANA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32675 | $1,053,540.00 | $1,053,540.00 | No Liability Claim - Derivative |
| 50 TOWN OF KWINANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32677 | $3,963,360.00 | $3,963,360.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 51 | TRUSTEES OF DE LA SALLE BROTHERS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13059 | $3,282,816.00 | $3,282,816.00 | No Liability Claim - Derivative |
| 52 | TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32651 | $2,840,408.00 | $2,840,408.00 | No Liability Claim - Derivative |
| 53 | TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32682 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 54 | WALCHA COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32662 | $1,073,410.00 | $1,073,410.00 | No Liability Claim - Derivative |
| 55 | WELLINGTON SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32658 | $1,279,835.00 | $1,279,835.00 | No Liability Claim - Derivative |
| 56 | WELLINGTON SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32685 | $351,180.00 | $351,180.00 | No Liability Claim - Derivative |
| 57 | WOOLLAHRA MUNICIPAL COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32680 | $7,307,445.00 | $7,307,445.00 | No Liability Claim - Derivative |
| 58 | WOOLLAHRA MUNICIPAL COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32683 | $1,386,085.00 | $1,386,085.00 | No Liability Claim - Derivative |
| | | | TOTAL | | | $91,022,474.17 | $91,022,474.17 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT D**
**(Proposed Order – ECF No. 38010)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :    **08-13555 (JMP)** |
| | : |
| Debtors. | :    **(Jointly Administered)** |

---------------------------------------------------------------------x

## ORDER GRANTING THE FOUR HUNDRED EIGHTEENTH
## <u>OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)</u>

Upon the four hundred eighteenth omnibus objection to claims, dated June 18,

2013 (the "<u>Four Hundred Eighteenth Omnibus Objection to Claims</u>"),[4] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-

referenced chapter 11 cases (collectively, the "<u>Chapter 11 Estates</u>"), pursuant to section 502(b)

of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules

of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664] (the "<u>Procedures Order</u>"), seeking disallowance

and expungement of the No Liability Claims to the extent that they assert claims for which the

applicable Chapter 11 Estates do not have any liability, all as more fully described in the Four

Hundred Eighteenth Omnibus Objection to Claims; and due and proper notice of the Four

Hundred Eighteenth Omnibus Objection to Claims having been provided, and it appearing that

no other or further notice need be provided; and the Court having found and determined that the

relief sought in the Four Hundred Eighteenth Omnibus Objection to Claims is in the best

interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and

---

[4] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Eighth Omnibus Objection to Claims.

factual bases set forth in the Four Hundred Eighteenth Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is

        ORDERED that the relief requested in the Four Hundred Eighteenth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

        ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> annexed hereto (collectively, the "<u>No Liability Claims</u>") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

        ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Four Hundred

Eighteenth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto and (ii)

the portion of any No Liability Claim that is not the subject of the Four Hundred Eighteenth

Omnibus Objection to Claims; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

                      _____

                      UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

## OMNIBUS OBJECTION 418: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANC OF AMERICA CREDIT PRODUCTS, INC. | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22001 | $23,517,759.45 * | $23,517,759.45* | Claim 22001 is duplicative of Claim 22060. |
| 2 | CLOSE TRUSTEES GUERNSEY LIMITED AS TRUSTEES OF THE YELLOW BRICK ROAD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44421 | $119,380.00 | $119,380.00 | Claim 44421 is based on a Lehman Programs Security that does not include a valid electronic instruction reference number or blocking reference number as required by this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases. |
| 3 | LOOMIS SAYLES SECURITIZED ASSET FUND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1687 | $199,335.94 | $199,335.94 | Claim is 1687 is based on a "pair off transaction." The Debtors' records reflect that LBHI has no liability to claimant relative to such transaction. |
| 4 | PALM BEACH COUNTY TAX COLLECTOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12232 | $30,619.34 * | $30,619.34* | Claim is 12232 is based on property taxes owed by Lehman Brothers Inc., a non-Debtor entity. LBHI has no liability to claimant relative to such property taxes. |
| | | | | | TOTAL | $23,867,094.73 | $23,867,094.73 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT E**
**(Proposed Order – ECF No. 38012)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :        **08-13555 (JMP)**
                                                   :
                        **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the four hundred nineteenth omnibus objection to claims, dated June 18, 2013 (the "Four Hundred Nineteenth Omnibus Objection to Claims"),[5] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Insufficient Documentation Claims, all as more fully described in the Four Hundred Nineteenth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Nineteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Nineteenth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Nineteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[5] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Nineteenth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Nineteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Four Hundred Nineteenth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

## OMNIBUS OBJECTION 419: EXHIBIT 1 - INSUFFICIENT DOCUMENTS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | COLLINS STEWART LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20291 | $6,253,037.58 | $6,253,037.58 | None |
| 2 | MARBLE FINANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27815 | Undetermined | Undetermined | None |
| 3 | MARBLE FINANCE LIMITED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27866 | Undetermined | Undetermined | None |
| 4 | STAUSS, TOM | 09-17331 (JMP) | Merit, LLC | 06/01/2010 | 66715 | Undetermined | Undetermined | None |
| | | | | | TOTAL | $6,253,037.58 | $6,253,037.58 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT F**
**(Proposed Order – ECF No. 38014)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                                    :        **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                                         :
                                    **Debtors.**              :        **(Jointly Administered)**
------------------------------------------------------------------x

**ORDER GRANTING THE**
**FOUR HUNDRED TWENTIETH OMNIBUS**
**OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)**

Upon the four hundred twentieth omnibus objection to claims, dated June 18,

2013 (the "Four Hundred Twentieth Omnibus Objection to Claims"),[6] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502(b) of title

11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the

Employment-Related Claims to the extent that they assert claims for which LBHI has no

liability, all as more fully described in the Four Hundred Twentieth Omnibus Objection to

Claims; and due and proper notice of the Four Hundred Twentieth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief requested in the Four Hundred Twentieth

Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors,

and all parties in interest and that the legal and factual bases set forth in the Four Hundred

---

[6] Terms not defined herein shall have the same meaning ascribed to them in the Four Hundred Twentieth Omnibus
Objection to Claims.

Twentieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Twentieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Amounts to be Disallowed*" are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim or portion of any claim listed on Exhibit A annexed to the Four Hundred Twentieth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

## OMNIBUS OBJECTION 420: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | EPSHTEYN, BORIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13375 | $13,140.00 | $13,140.00 | None |
| 2 | JOHNSON, HEIDI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 33280 | $225,137.37 | $225,137.37 | None |
| 3 | TSESMELIS, NICOLE E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/10/2009 | 3287 | $10,913.95 * | $10,913.95 * | Undetermined |
| 4 | VASHISHT, VISHAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/23/2009 | 2354 | $175,000.00 | $175,000.00 | None |
| | | | | TOTAL | | $424,191.32 | $424,191.32 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT G**
**(Proposed Order – ECF No. 38018)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
In re                                                      :          **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :          **08-13555 (JMP)**
                                                           :
                        **Debtors.**                       :          **(Jointly Administered)**
---------------------------------------------------------------------x

**ORDER GRANTING FOUR HUNDRED TWENTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

Upon the four hundred twenty-first omnibus objection to claims, dated June 18,

2013 (the "Four Hundred Twenty-First Omnibus Objection to Claims"),[7] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF

No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability

Derivatives Claims on the grounds that they assert claims for which LBHI, Lehman Brothers

OTC Derivatives Inc., and Lehman Brothers Special Financing Inc. (together, the "Chapter 11

Estates") have no liability, all as more fully described in the Four Hundred Twenty-First

Omnibus Objection to Claims; and due and proper notice of the Four Hundred Twenty-First

Omnibus Objection to Claims having been provided to (i) the United States Trustee for Region

2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the

United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit

---
[7] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Twenty-First Omnibus Objection to Claims.

A attached to the Four Hundred Twenty-First Omnibus Objection to Claims; and (vi) all other

parties entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010 governing case management and administrative procedures for these

cases [ECF No. 9635]; and the Court having found and determined that the relief sought in the

Four Hundred Twenty-First Omnibus Objection to Claims is in the best interests of the Chapter

11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth

in the Four Hundred Twenty-First Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Twenty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred

Twenty-First Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

            _____
            UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

## OMNIBUS OBJECTION 421: EXHIBIT 1 - NO LIABILITY DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | PENN VIRGINIA CORPORATION | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 22266 | $14,134,590.00 | $14,134,590.00 | No Liability Claim - Derivative |
| 2 | PVHA/SIMS VENTURES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28240 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 3 | PVHA/SIMS VENTURES, LLC | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28241 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | TOTAL | | $14,134,590.00 | $14,134,590.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts