# Exhibit 1

## Claims to Be Estimated in the Allowed Amount of Zero Dollars ($0.00):

| Claimant Name | Claim Number | Date Filed | Debtor Name | Asserted Total Claim Dollars |
|---|---|---|---|---|
| BEESON, LISA | 12844 | 09/15/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| BERKENFELD, STEVEN | 28480 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| BERTAGNA, ROBERT | 27175 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| BLAIR, NATASHA | 12841 | 09/15/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| CHAN, ANDREW L. | 28731 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| GELBAND, MICHAEL | 23808 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| HARBER, LANA | 12856 | 09/15/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| HASH, STEVEN | 31763 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| HEDLUND III, ROBERT G. | 30057 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| HOLLEB, THOMAS J. | 66496 | 04/02/2010 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| KELLY, MARTIN | 18362 | 09/18/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| KRAVETZ, LARRY J. | 27319 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| LAZARUS, DAVID | 19336 | 09/18/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| MCGEE, HUGH | 31080 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| MICHAELS, JEFFREY A. | 66974 | 07/30/2010 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| MOHR, SCOTT W. | 27180 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| ORLAN, FRED | 22129 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| OVERLANDER, KEITH F. | 23561 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| PEDONE, MICHAEL | 22130 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| SHAH, ASHISH C. | 33026 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |

| | | | | |
|---|---|---|---|---|
| SWEENEY, BRAD | 28733 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| THOMPSON, SARAH C. | 24581 | 09/21/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| TONUCCI, PAOLO | 12667 | 09/15/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| TREILING, ERIC | 18277 | 09/18/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| WELIKSON, JEFFREY A. | 13919 | 09/16/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |
| WELSH, JOHN M. | 27176 | 09/22/2009 | Lehman Brothers Holdings Inc. | Contingent / Unliquidated |