**Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 297: EXHIBIT 1 – INVALID OR NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CABINET KINESITHERAPIE JEANNE-MARIE MALTAUX 33 AVENUE DES POULES D'EAU 1640 RHODE. ST. GENESE BELGIUM, BELGIUM | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 19647 | Undetermined | Invalid or No Blocking Number LPS Claim |
| | | | | | TOTAL | Undetermined | |