**Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 342: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 HOWARD, NICHOLAS P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28279 | $3,247,606.03 | $150,000.00 | | $2,735,380.00 |
| | | | | Total | $3,247,606.03 | $150,000.00 | $0.00 | $2,735,380.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts