**Exhibit 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 219: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LIMITED ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON, MA 02109 | 31921 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $59,119.08* | Lehman Brothers Special Financing Inc. | Unsecured | $40,000.00 |
| | | | | | TOTAL | $59,119.08 | | TOTAL | $40,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts