UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                    Debtors.                       :   (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING FOUR HUNDRED SEVENTEENTH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

Upon the four hundred seventeenth omnibus objection to claims, dated June 13, 2013 (the "Four Hundred Seventeenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator") as Plan Administrator pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above referenced chapter 11 cases, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims on the grounds that they assert claims for which LBHI or Lehman Brothers Special Financing ("LBSF") have no liability, all as more fully described in the Four Hundred Seventeenth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventeenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventeenth Omnibus Objection to Claims is in the best interests of LBHI, LBSF and all parties in interest in the above

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Four Hundred Seventeenth Omnibus Objection to Claims.

referenced chapter 11 cases and that the legal and factual bases set forth in the Four Hundred Seventeenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Seventeenth Omnibus Objection to Claims is granted; and it is further

ORDERED that pursuant to sections 502(b) and 502(e)(1)(B) of the Bankruptcy Code, the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, the Guarantee Claim component of the proof of claim assigned number 58607 by the Court-appointed claims agent; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 25, 2013
    New York, New York

                                                            */s/ James M. Peck*  
                                                            UNITED STATES BANKRUPTCY JUDGE

2