**Exhibit 1**

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)
## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ALRENE PTY LIMITED ATF THE FIRMAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11099 | $412,000.00 | $412,000.00 | No Liability Claim - Derivative |
| 2 | ARC ENERGY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32672 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 3 | ARC ENERGY LIMITED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32684 | $780,400.00 | $780,400.00 | No Liability Claim - Derivative |
| 4 | ARMIDALE DUMARESQ COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 890 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 5 | BLAYNEY SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32670 | $825,700.00 | $825,700.00 | No Liability Claim - Derivative |
| 6 | BLUE MOUNTAINS CITY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32639 | $737,478.00 | $737,478.00 | No Liability Claim - Derivative |
| 7 | BLUE MOUNTAINS CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32669 | $4,685,848.00 | $4,685,848.00 | No Liability Claim - Derivative |
| 8 | BOYSTOWN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12645 | $3,131,200.00 | $3,131,200.00 | No Liability Claim - Derivative |
| 9 | BROKEN HILL CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 886 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 10 | CABONNE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32679 | $949,555.00 | $949,555.00 | No Liability Claim - Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg Doc 39022-1 Filed 07/25/13 Entered 07/25/13 15:28:48 Exhibit 1
Pg 3 of 7
IN RE: LEHMAN BROTHERS HOLDINGS INC., et al., CASE NO. 08-13555 (JMP)

OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | CABONNE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32686 | $234,120.00 | $234,120.00 | No Liability Claim - Derivative |
| 12 | CENTRAL TABLELANDS WATER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32678 | $759,644.00 | $759,644.00 | No Liability Claim - Derivative |
| 13 | CENTRAL TABLELANDS WATER | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32691 | $234,120.00 | $234,120.00 | No Liability Claim - Derivative |
| 14 | CITY OF ALBANY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32640 | $2,823,894.00 | $2,823,894.00 | No Liability Claim - Derivative |
| 15 | CITY OF ALBANY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32646 | $1,638,840.00 | $1,638,840.00 | No Liability Claim - Derivative |
| 16 | CITY OF RYDE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 880 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 17 | CITY OF SWAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/29/2009 | 66029 | $7,031,847.85 | $7,031,847.85 | No Liability Claim - Derivative |
| 18 | CITY OF SWAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/29/2009 | 66030 | $1,170,600.00 | $1,170,600.00 | No Liability Claim - Derivative |
| 19 | CRAIG WHITE PTY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12157 | $2,183,600.00 | $2,183,600.00 | No Liability Claim - Derivative |
| 20 | FIRMAN, JOHN JOSEPH/FIRMAN, JUDITH ANN/COLLIN, NICHOLAS JAMES/ | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11513 | $412,000.00 | $412,000.00 | No Liability Claim - Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 21 | GILGANDRA COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32663 | $949,555.00 | $949,555.00 | No Liability Claim - Derivative |
| 22 | GILGANDRA COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/19/2010 | 66308 | $468,240.00 | $468,240.00 | No Liability Claim - Derivative |
| 23 | GLENROAD HOLDINGS PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12156 | $824,000.00 | $824,000.00 | No Liability Claim - Derivative |
| 24 | GOWING BROTHERS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 873 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 25 | GOWING WHALE FUND PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 872 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 26 | GOWINGS BROS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24733 | $4,120,000.00 | $4,120,000.00 | No Liability Claim - Derivative |
| 27 | GOWINGS WHALE FUND P/L ATF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24732 | $82,400.00 | $82,400.00 | No Liability Claim - Derivative |
| 28 | GUYRA SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 871 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 29 | LANSELL PTY LTD ATF THE ALEX MARAKOFF SUPERANNUATION FUND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31346 | $247,200.00 | $247,200.00 | No Liability Claim - Derivative |
| 30 | LEICHHARDT COUNCIL - ABN 92379 942 845 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32666 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)
## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | LITTLE COLLINS SPRING PTY LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10371 | $494,400.00 | $494,400.00 | No Liability Claim - Derivative |
| 32 | MCCAMISH BROS (ORCHARDS) PTY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11091 | $1,236,000.00 | $1,236,000.00 | No Liability Claim - Derivative |
| 33 | MCMULLEN, DAVID AND FIONA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32653 | $743,130.00 | $743,130.00 | No Liability Claim - Derivative |
| 34 | MOREE PLAINS SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32650 | $5,367,050.00 | $5,367,050.00 | No Liability Claim - Derivative |
| 35 | MOREE PLAINS SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32690 | $390,200.00 | $390,200.00 | No Liability Claim - Derivative |
| 36 | MORTGAGE RISK MANAGEMENT PTY LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19359 | $6,880,400.00 | $6,880,400.00 | No Liability Claim - Derivative |
| 37 | NARRABI SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32643 | $663,340.00 | $663,340.00 | No Liability Claim - Derivative |
| 38 | NARRABRI SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32657 | $3,360,599.00 | $3,360,599.00 | No Liability Claim - Derivative |
| 39 | PARKES SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 867 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 40 | PITTWATER COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32648 | $2,163,334.00 | $2,163,334.00 | No Liability Claim - Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 41 | PITTWATER COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32668 | $312,160.00 | $312,160.00 | No Liability Claim - Derivative |
| 42 | PORT STEPHENS COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 865 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 43 | PRESCARE ABN 85338603114 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 11002 | $833,505.32 | $833,505.32 | No Liability Claim - Derivative |
| 44 | ROCK BUILDING SOCIETY LIMITED, THE - ABN 16 067 765 717 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32652 | $3,302,800.00 | $3,302,800.00 | No Liability Claim - Derivative |
| 45 | SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32654 | $1,279,835.00 | $1,279,835.00 | No Liability Claim - Derivative |
| 46 | SHIRE OF AUGUSTA-MARGARET RIVER COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32661 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 47 | TENTERFIELD SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32656 | $2,477,100.00 | $2,477,100.00 | No Liability Claim - Derivative |
| 48 | TENTERFIELD SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32674 | $429,220.00 | $429,220.00 | No Liability Claim - Derivative |
| 49 | TOWN OF KWINANA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32675 | $1,053,540.00 | $1,053,540.00 | No Liability Claim - Derivative |
| 50 | TOWN OF KWINANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32677 | $3,963,360.00 | $3,963,360.00 | No Liability Claim - Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 51 | TRUSTEES OF DE LA SALLE BROTHERS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13059 | $3,282,816.00 | $3,282,816.00 | No Liability Claim - Derivative |
| 52 | TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32651 | $2,840,408.00 | $2,840,408.00 | No Liability Claim - Derivative |
| 53 | TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32682 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 54 | WALCHA COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32662 | $1,073,410.00 | $1,073,410.00 | No Liability Claim - Derivative |
| 55 | WELLINGTON SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32658 | $1,279,835.00 | $1,279,835.00 | No Liability Claim - Derivative |
| 56 | WELLINGTON SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32685 | $351,180.00 | $351,180.00 | No Liability Claim - Derivative |
| 57 | WOOLLAHRA MUNICIPAL COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32680 | $7,307,445.00 | $7,307,445.00 | No Liability Claim - Derivative |
| 58 | WOOLLAHRA MUNICIPAL COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32683 | $1,386,085.00 | $1,386,085.00 | No Liability Claim - Derivative |
| | | | | TOTAL | | $91,022,474.17 | $91,022,474.17 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts