B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

                       Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BKM Holdings (Cayman) Ltd.
Name of Transferee

Name and Address where notices to transferee should be sent:

BKM Holdings (Cayman) Ltd.
c/o Davidson Kempner Capital Management LLC
65 East 55th Street, 19th Floor
New York, NY 10022
Attn: Jennifer Donovan

Phone: 212-446-4018
Last Four Digits of Acct #: _____

Deutsche Bank AG, London Branch
Name of Transferor

Court Claim # (if known): 19937
Amount of Claim as Allowed: $55,034,047.95
Amount of Claim Transferred: $10,000,000.00
Date Claim Filed: 9/21/2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
      Transferee/Transferee's Agent

Date:    7/24/13
_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571
795983v.1 445/01681

08-13555-mg    Doc 39024    Filed 07/25/13    Entered 07/25/13 15:34:35    Main Document
Pg 2 of 3

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn:  Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 19937

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

    **BKM Holdings (Cayman) Ltd.**
    c/o Davidson Kempner Capital Management LLC
    Attn: Jennifer Donovan
    65 East 55th Street
    New York, New York 10022

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 19937, in the allowed amount of $10,000,000.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated ___July 24___, 2013.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____      By: _____
   Name:                        Name:
   Title:                         Title:

BKM HOLDINGS (CAYMAN) LTD.

By: _____
   Name:
   Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
             Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 19937

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

      **BKM Holdings (Cayman) Ltd.**
      c/o Davidson Kempner Capital Management LLC
      Attn: Jennifer Donovan
      65 East 55th Street
      New York, New York 10022

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 19937, in the allowed amount of $10,000,000.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated   July 24  , 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
     Name:                              Name:
     Title:                               Title:

**BKM HOLDINGS (CAYMAN) LTD.**

By: _____
     Name:
     Title: