**Exhibit 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)
## OMNIBUS OBJECTION 418: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANC OF AMERICA CREDIT PRODUCTS, INC. | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22001 | $23,517,759.45 * | $23,517,759.45* | Claim 22001 is duplicative of Claim 22060. |
| 2 | CLOSE TRUSTEES GUERNSEY LIMITED AS TRUSTEES OF THE YELLOW BRICK ROAD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44421 | $119,380.00 | $119,380.00 | Claim 44421 is based on a Lehman Programs Security that does not include a valid electronic instruction reference number or blocking reference number as required by this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases. |
| 3 | LOOMIS SAYLES SECURITIZED ASSET FUND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1687 | $199,335.94 | $199,335.94 | Claim is 1687 is based on a "pair off transaction." The Debtors' records reflect that LBHI has no liability to claimant relative to such transaction. |
| 4 | PALM BEACH COUNTY TAX COLLECTOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12232 | $30,619.34 * | $30,619.34* | Claim is 12232 is based on property taxes owed by Lehman Brothers Inc., a non-Debtor entity. LBHI has no liability to claimant relative to such property taxes. |
| | | | | TOTAL | | $23,867,094.73 | $23,867,094.73 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1