**Exhibit 1**

**OMNIBUS OBJECTION 419: EXHIBIT 1 - INSUFFICIENT DOCUMENTS CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | COLLINS STEWART LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20291 | $6,253,037.58 | $6,253,037.58 | None |
| 2 | MARBLE FINANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27815 | Undetermined | Undetermined | None |
| 3 | MARBLE FINANCE LIMITED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27866 | Undetermined | Undetermined | None |
| 4 | STAUSS, TOM | 09-17331 (JMP) | Merit, LLC | 06/01/2010 | 66715 | Undetermined | Undetermined | None |
| | | | | | TOTAL | $6,253,037.58 | $6,253,037.58 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts