**Exhibit 1**

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)
## OMNIBUS OBJECTION 420: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | EPSHTEYN, BORIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13375 | $13,140.00 | $13,140.00 | None |
| 2 | JOHNSON, HEIDI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 33280 | $225,137.37 | $225,137.37 | None |
| 3 | TSESMELIS, NICOLE E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/10/2009 | 3287 | $10,913.95 * | $10,913.95 * | Undetermined |
| 4 | VASHISHT, VISHAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/23/2009 | 2354 | $175,000.00 | $175,000.00 | None |
| | | | | | TOTAL | $424,191.32 | $424,191.32 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1