**Exhibit 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)
## OMNIBUS OBJECTION 421: EXHIBIT 1 - NO LIABILITY DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | PENN VIRGINIA CORPORATION | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 22266 | $14,134,590.00 | $14,134,590.00 | No Liability Claim - Derivative |
| 2 | PVHA/SIMS VENTURES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28240 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 3 | PVHA/SIMS VENTURES, LLC | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28241 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | | TOTAL | $14,134,590.00 | $14,134,590.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts