Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Pictet & Cie
_____
Name of Transferee

Credt Suisse AG
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

Pictet & Cie
Att.: Legal Department
Route des Acacias 60
1211 Geneva 73

Court Claim # (if known): 55829
Date Claim Filed: 10/30/2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): EUR 70,000

Phone: +41583231326
Last Four Digits of Acct #: EOC 93010

Phone: +41583231326
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 09 July 2013
Transferee/Transferee's Agent
Antoine SALAMOLARD   Nicole LACHER

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM



TO:  THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Pictet & Cie** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 24, 2013**.

**CREDIT SUISSE AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0349852433 | 55829 | October 30, 2009 | Lehman Brothers Treasury BV | EUR 70,000 |

# SignatureNet



**Pictet & Cie**

**Pictet & Cie, Genève**

**LACHER Nicole Elisabeth**
Fondé de Pouvoir
Prokurist
Assistant Vice President



### Signature rule

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

### Issue date: 09.07.2013

Page displayed on: 9 JUL 2013 14:48:29 (UTC)
Page printed for: Antoine SALAMOLARD (asalamolard)
Data record Last changed on: 10 JUL 2012 13:06:24 (UTC)

# SignatureNet



**Pictet & Cie**

**Pictet & Cie, Genève**

**SALAMOLARD Antoine**
Sous-Directeur
Vizedirektor
Vice President

Juriste



**Signature rule**

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 09.07.2013**

Page displayed on: 9 JUL 2013 14:48:40 (UTC)
Page printed for: Antoine SALAMOLARD (asalamolard)
Data record Last changed on: 28 MAR 2013 08:31:31 (UTC)

PICTET & CIE BANQUIERS

Pictet & Cie
Route des Acacias 60
CH-1211 Genève 73
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com





By registered mail
Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 9 July 2013
Our ref: 1326/AS

Re :   Lehman Brothers Holding Inc., et al., Debtors
       Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
       TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Pictet & Cie, we are pleased to request the transfer of a portion of the claim number 55829 filled in the name of Credit Suisse AG (Transferor) to Pictet & Cie (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee:

-   Form 210A duly signed by the Transferee;
-   Evidence of Transfer of Claim duly signed by the Transferor;
-   Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (asalamolard@pictet.com), fax (+41583232950), telephone (+41583231326) or post mail to the attention of Mr. Antoine Salamolard, Legal Department.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

PICTET & C<sup>IE</sup>

Antoine Salamolard         Nicole Lacher

011.80
PRIORITY
Gross 2
LA POSTE

09.07.13
CH-1200
Genève 2
750238

A
Priority
1200 Genève 2

R Recommandé Etranger

RM 043 212 585 CH
09.07.2013

FILED / RECEIVED
JUL 18 2013
EPIQ SYSTEMS