# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.,      Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: **RBS Coutts Bank AG,** Zurich, Switzerland | Name of Transferor: **Bank of Singapore Ltd** |
| Court Claim #: 45221 | Court Claim #: 41773 |
| Date Claim Filed: 10/23/2009 | Date Claim Filed: 10/19/2009 |
| Name and Address where notices to transferee should be sent:<br><br>RBS Coutts Bank AG<br>Attn: OCAEL / H.-P. Schmid<br>Stauffacherstrasse 1<br>Postfach<br>8022 Zurich / Switzerland | Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details |
| Phone: +41 43 245'57'67<br>Email: hans-peter.schmid@coutts.com<br>Last Four Digits of Acct #: | Phone:<br>Email:<br>Last Four Digits of Acct. #: n/a |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone:<br>Email:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _E. Vogel_    _H.-P. Schmid_      Date: 15 July 2013
    Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank of Singapore Limited, 9 Raffles Place #08-01 Republic Plaza, Singapore 048619** ("Transferor") unconditionally and irrevocably transferred to **RBS Coutts Bank AG, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with that portion of the Transferor's claim (as such term is defined in Section 101(5) of the Bankruptcy Code) (Claim No. 41773) identified on Schedule I hereto (the "Transferred Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the Transferred Claim and recognizing the Transferee as the sole owner and holder of such Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 8 JULY 2013.

**Bank of Singapore Limited**

By: _____  8/7/2013
Name: KAM CHEW SENG
Title: DIRECTOR

By: _____
Name: YEO GUEK HOON
Title: ASSOCIATE DIRECTOR

RECEIVED JUL 22 2013 U.S. BANKRUPTCY COURT NEW YORK

SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0349154400 | 41773 | 19 Oct 2009 | Lehman Brothers Securities NV | USD 150'000.00 |

15.07.13        003.80
CH-8022         PRIORITY
Zürich          Stand 2

735112          DIE POST

Lehman Brothers Holding Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York, NY 10150 - 5076
U.S.A.

FILED / RECEIVED
JUL 18 2013
EPIQ SYSTEMS

10150$5076