UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

_____

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proofs of claim 22165 and 22167, filed by Eurobank Ergasias S.A. (f/k/a EFG Eurobank Ergasias SA) (the "Claimant") on September 21, 2009, against Lehman Brothers Holdings Inc. ("LBHI") in the amounts of $2,758,031.39 and $2,966,841.44, respectively, and proof of claim 28519, filed by the Claimant on September 22, 2009, against LBHI in the amount of $15,608.00 (the "Claims").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

1

WGM_Trailer

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on June 10, 2013, the issuance of which was noticed in a filing with the Court on June 13, 2013 [ECF No. 37949], and will not serve future subpoenas with respect to the Claims upon the Claimant.

Dated: July 25, 2013
      New York, New York

/s/ Daniel Guyder

Daniel Guyder
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for Eurobank Ergasias S.A.*

Dated: July __, 2013
      New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*