**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ :
                                                  :
In re                                             :          Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :          **08-13555 (JMP)**
                                                  :
Debtors                                           :          **(Jointly Administered)**
_____ :

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 23558, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Nomura Partners Funds, Inc. (F/K/A The Japan Fund, Inc.), on behalf of its series, The Japan Fund (the "Claimant") in the amount of $35,405.17, plus contingent and/or unliquidated claims, including all reasonable costs, fees and expenses (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.   The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on July 19, 2013, the issuance of which was noticed in a filing with the Court on July 23, 2013 [ECF No. 38963]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: July 25, 2013
     New York, New York

/s/ Alex R. Rovira

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599

*Attorneys for Nomura Partners Funds, Inc. (F/K/A The Japan Fund, Inc.), on behalf of its series, The Japan Fund*

Dated: July 25, 2013
     New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*