**DR. OTTOKAR STROBICH**
WIRTSCHAFTSPRÜFER UND STEUERBERATER
*Kirchmayergasse 48, 3400 Klosterneuburg*
Tel 0664/307 97 99    Fax 02243/36866
e-mail strobich@aon.at

VIA DHL

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

Klosterneuburg, July 17, 2013
31338

Enclosed document

☐ returned with thanks
☒ for your attention
☐ for your comments
☐ with reference to our telephone conversation
☐ for immediate attention/approval
☐ please return to us promptly
☐ please check and ring back
☐ for your files
☐ addressee unknown
☐ please pass to

RECEIVED
JUL 18 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Kind regards,

Ottokar Strobich



Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Dkfm. Dr. Ottokar Strobich
**Name of Transferee**

Credit Suisse (Lux) S.A. Zweigniederlassung Österreich
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Kirchmayergasse 48
3400 Klosterneuburg
Austria

Court Claim # (if known): 55818
Date Claim Filed: October 29, 2009
Amount of Claim: 10.000
Portion of Claim Transferred (see Schedule I): Evidence of Transfer of Claim Schedule 1

Phone: 0043 664 30 79 799
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Account at LGT Bank
AT73 1946 0010 2083 0008
BIC BLFLATWW XXX

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: 17.7. 2013
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Luxembourg) S.A. Zweigniederlassung Österreich** ("Transferor") unconditionally and irrevocably transferred to **Client Dkfm. Dr. Ottokar Strobich, born April 5, 1941** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No 55818)** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON November 28, 2012.

By: _____
Name: Werner Pleiner
Title: Vice President

By: _____
Name: Reinhard Mues
Title: Director

RECEIVED JUL 18 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0243354619 | 55818 | October 30, 2009 | Lehman Brothers Treasury BV | EUR 10.000,- |