B210A (Form 210A) (12/09)



## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.         Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Bank Hapoalim BM | Bank Leumi Le Israel |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 55854
Total Amount of Claim Filed: 290,000
Amount of Claim Transferred: 290,000
ISIN/CUSIP: XS0346466781
Blocking Number:
Date Claim Filed:

Phone: 00-972-3-514-7457
Last Four Digits of Acct #: 8653

BANK LEUMI LE-ISRAEL B.M.
Capital Markets Division
Securities Back Office
35, Yehuda-Halevy St.
Tel-Aviv - 65136, Israel

JENNY ASHER
2618

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 17.7.2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.