WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                              :
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                              :
                                **Debtors.**  :    **(Jointly Administered)**
                                              :
                                              :
---------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. hereby

withdraws without prejudice its Subpoena served upon Maverick Long Enhanced Fund, Ltd. on

June 10, 2013, the issuance of which was noticed in a filing with the Court on June 13, 2013

[ECF No. 37950].

Dated: July 26, 2013
        New York, New York

                                          /s/ Robert J. Lemons
                                          Robert J. Lemons
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          *Attorneys for Lehman Brothers Holdings Inc.*
                                          *and Certain of Its Affiliates*

US_ACTIVE:\44302479\1\58399.0011