Hearing Date: August 21, 2013 at 10:00 a.m.  
Objection Deadline: August 14, 2013 at 5:00 p.m.

Jeff J. Friedman  
Kevin M. Baum  
KATTEN MUCHIN ROSENMAN LLP  
575 Madison Avenue  
New York, New York 10022  
Telephone: (212) 940-8800  
Facsimile: (212) 940-8776  

*Attorneys for RBC Dominion Securities Inc.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555(JMP) |
| Debtor. | (Jointly Administered) |

### NOTICE OF HEARING ON MOTION OF RBC DOMINION SECURITIES INC. TO COMPEL LEHMAN BROTHERS HOLDINGS, INC. TO REISSUE CHECKS FOR ALLOWED CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Motion (the "Motion") of RBC Dominion Securities Inc. ("RBC") for an order pursuant to (a) Rule 9006(b)(2) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"), or in the alternative, (b) sections 105(a), 347(b), 1142(b) and 1143 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 3021, compelling Lehman Brothers Holdings, Inc. ("LBHI" or the "Debtor") to reissue certain distribution checks payable to RBC in respect of its allowed claim will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York , New York 10004 (the

1

"Bankruptcy Court"), on **August 21, 2013 at 10:00 (Prevailing Eastern Time)** or as soon thereafter as counsel may be heard (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court and shall be filed electronically with the Bankruptcy Court by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, Wordperfect or any other Windows-based word processing format (in either case, with two hard copies delivered directly to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York, 10004); and shall also be served upon (a) counsel to the Debtor, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Esq., Garrett Fail, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.); (b) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq.); (c) counsel to the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.); and (d) counsel for RBC Dominion Securities Inc., Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York, 10022 (Attn: Jeff J. Friedman, Esq. and Kevin M. Baum, Esq.) as to be received no later than **August 14, 2013, at 5:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Bankruptcy Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

Dated: New York, New York
July 29, 2013

                    KATTEN MUCHIN ROSENMAN LLP
                    *Attorneys for RBC Dominion Securities Inc.*

                    By:  */s/ Jeff J. Friedman*
                          Jeff J. Friedman
                    575 Madison Avenue
                    New York, New York 10022-2585
                    Telephone: (212) 940-8800
                    Facsimile: (212) 940-8776