WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
In re                                                              :    **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                   :
            Debtors.                                         :    **(Jointly Administered)**
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTER**
**SCHEDULED FOR HEARING ON JULY 30, 2013 AT 11:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1. Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung GGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 38809]**

    Response Deadline:   July 24, 2013 at 12:00 p.m.

    Response Received:

    A.   LBHI's Opposition to Claimants' Motion to Withdraw Claims 32395 And 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 38975]**

    B.   Declaration of Jayant W. Tambe in Support of LBHI's Opposition to Claimants' Motion to Withdraw Claims 32395 And 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 38976]**

C.     Declaration of Ines Pöschel in Support of LBHI's Opposition to Claimants' Motion to Withdraw Claims 32395 And 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 38977]**

D.     Declaration of Jonathan Nash QC in Support of LBHI's Opposition to Claimants' Motion to Withdraw Claims 32395 And 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 38978]**

E.     Declaration of Daniel J. Ehrmann in Support of LBHI's Opposition to Claimants' Motion to Withdraw Claims 32395 And 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 38979]**

Related Documents:

F.     Reply in Support of the Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung GGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 39052]**

G.     Declaration of George A. Zimmerman in Support of the Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung GGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 39053]**

US_ACTIVE:\44303272\1\58399.0003

      H.      Declaration of Bernd Kammerlander in Support of the Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung GGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **[ECF No. 39054]**

<u>Status</u>:  This matter is going forward.

Dated: July 29, 2013
New York, New York

                                                /s/ Robert J. Lemons
                                                Robert J. Lemons

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers Holdings Inc.
                                                and Certain of Its Affiliates