LEHMAN BROTHERS HOLDINGS INC.
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND, OR 97208-4199

DEBTOR:  LEHMAN BROTHERS HOLDINGS INC.


780100396149

000 0002312 00000000 001 002 01135 INS: 0 0
RBC DOMINION SECURITIES
ATTN: LANCE LONGMORE
277 FRONT STREET W.
4TH FLOOR
TORONTO ON M5V 2X4
CANADA

| | |
|---|---|
| AGGREGATION NUMBER: | W0019804 |
| CHECK NUMBER: | 0002140 |
| CHECK AMOUNT: | $183,338.42 |
| CHECK DATE: | APRIL 17, 2012 |

You are receiving the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

K0671 v.0.11 04.09.2012

EPIQ BANKRUPTCY SOLUTIONS, LLC AS DISBURSEMENT AGENT FOR
LEHMAN BROTHERS HOLDINGS INC.
PO BOX 4199
PORTLAND, OR 97208-4199

Citizens Bank, N.A.    29-1310
                       0213

Void if not negotiated within ninety (90) days of date of issue

| CHECK NUMBER | DATE |
|---|---|
| 0002140 | 04/17/2012 |
| For Deposit Only | |
| | AMOUNT |

PAY EXACTLY ********** One Hundred Eighty Three Thousand Three Hundred Thirty Eight DOLLARS and 42 CENTS
PAY TO THE ORDER OF:    $183,338.42

RBC DOMINION SECURITIES
ATTN: LANCE LONGMORE
277 FRONT STREET W.
4TH FLOOR
TORONTO ON M5V 2X4
CANADA

**SAMPLE - VOID**

PAYEE: RBC DOMINION SECURITIES                     CHECK NUMBER: 6002140                              AGGREGATION NUMBER: W0019804

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. | Claim Class per Plan | Allowed Amount | Payout Percentage | Disbursement Amount * |
|---|---|---|---|---|---|---|
| 51231.03 | XS0207884379 | 6053127 | 05  SENIOR THIRD-PARTY GUARANTEE | $3,244.61 | 0.03609229 | $117.10 |
| 51231.03 | XS0276072682 | 6053129 | 05  SENIOR THIRD-PARTY GUARANTEE | $348,048.73 | 0.03609229 | $12,561.87 |
| 51231.03 | XS0365026656 | 6053135 | 05  SENIOR THIRD-PARTY GUARANTEE | $301,275.00 | 0.03609229 | $10,873.70 |
| 51231.03 | XS0379247504 | 6053136 | 05  SENIOR THIRD-PARTY GUARANTEE | $454,500.00 | 0.03609229 | $16,403.94 |
| 51231.03 | XS0346689143 | 6053137 | 05  SENIOR THIRD-PARTY GUARANTEE | $3,207,333.33 | 0.03609229 | $115,760.00 |
| 51231.03 | XS0344835078 | 6053133 | 05  SENIOR THIRD-PARTY GUARANTEE | $22,887.47 | 0.03609229 | $826.06 |
| 51231.03 | XS0349757442 | 6053134 | 05  SENIOR THIRD-PARTY GUARANTEE | $511,347.22 | 0.03609229 | $18,455.69 |
| 51231.03 | XS0299103084 | 6053131 | 05  SENIOR THIRD-PARTY GUARANTEE | $231,076.04 | 0.03609229 | $8,340.06 |
| | | | Aggregated total: | $5,079,712.40 | | $183,338.42 |

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.

* Disbursement Amount calculated by multiplying Allowed Amount times Payout Percentage, rounded down to the nearest penny.



Page 1 of 1

LEHMAN BROTHERS HOLDINGS INC., *et. al.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND, OR 97208-4199



DEBTOR: LEHMAN BROTHERS HOLDINGS INC.


780100556924

000 0001887 00000000 001 002 00931 INS: 0 0
RBC DOMINION SECURITIES
ATTN: LANCE LONGMORE
277 FRONT STREET W.
4TH FLOOR
TORONTO ON M5V2X4
CANADA

| | |
|---|---|
| AGGREGATION NUMBER: | W0019804 |
| CHECK NUMBER: | 0020931 |
| CHECK AMOUNT: | $123,720.37 |
| CHECK DATE: | OCTOBER 1, 2012 |

You are receiving the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

PAYMENT TRANSACTION NUMBER: 15641
TRACKING NUMBER: 37611
K6181 v.002 09.13.2012

---

EPIQ BANKRUPTCY SOLUTIONS, LLC AS DISBURSEMENT AGENT FOR
LEHMAN BROTHERS HOLDINGS INC.
PO BOX 4199
PORTLAND, OR 97208-4199

RBS Citizens, N.A.

29-1310
0213

| CHECK NUMBER | DATE |
|---|---|
| 0020931 | 10/01/2012 |

Void if not negotiated within ninety (90) days of date of issue

For Deposit Only

AMOUNT

PAY EXACTLY ********** One Hundred Twenty Three Thousand Seven Hundred Twenty DOLLARS and 37 CENTS

$123,720.37

PAY TO THE ORDER OF:
RBC DOMINION SECURITIES
ATTN: LANCE LONGMORE
277 FRONT STREET W.
4TH FLOOR
TORONTO ON M5V2X4
CANADA



Authorized Signature

Authorized Signature

VOID

PAYEE: RBC DOMINION SECURITIES       CHECK NUMBER: 6020931       AGGREGATION NUMBER: W0019804

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. | Claim Class per Plan | Allowed Amount | Payout Percentage | Principal Amount | Interest [A] | Disbursement Amount [B] |
|---|---|---|---|---|---|---|---|---|
| 51231.03 | XS0207884379 | 6053127 | 05 SENIOR THIRD-PARTY GUARANTEE | $3,244.61 | 0.02435579 | $79.02 | $0.00 | $79.02 |
| 51231.03 | XS0276072682 | 6053129 | 05 SENIOR THIRD-PARTY GUARANTEE | $348,048.73 | 0.02435579 | $8,477.00 | $0.00 | $8,477.00 |
| 51231.03 | XS0299103084 | 6053131 | 05 SENIOR THIRD-PARTY GUARANTEE | $231,076.04 | 0.02435579 | $5,628.03 | $0.00 | $5,628.03 |
| 51231.03 | XS0344835078 | 6053133 | 05 SENIOR THIRD-PARTY GUARANTEE | $22,887.47 | 0.02435579 | $557.44 | $0.00 | $557.44 |
| 51231.03 | XS0349757442 | 6053134 | 05 SENIOR THIRD-PARTY GUARANTEE | $511,347.22 | 0.02435579 | $12,454.26 | $0.00 | $12,454.26 |
| 51231.03 | XS0365026656 | 6053135 | 05 SENIOR THIRD-PARTY GUARANTEE | $301,275.00 | 0.02435579 | $7,337.79 | $0.00 | $7,337.79 |
| 51231.03 | XS0379247504 | 6053136 | 05 SENIOR THIRD-PARTY GUARANTEE | $454,500.00 | 0.02435579 | $11,069.70 | $0.00 | $11,069.70 |
| 51231.03 | XS0346689143 | 6053137 | 05 SENIOR THIRD-PARTY GUARANTEE | $3,207,333.33 | 0.02435579 | $78,117.13 | $0.00 | $78,117.13 |

Aggregated total: $123,720.37

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.

[A] Interest is payable only on previously disputed claims pursuant to the Plan.

[B] Disbursement Amount calculated by multiplying Allowed Amount times Payout Percentage, rounded down to the nearest penny, plus any interest, if applicable.



Page 1 of 1

LEHMAN BROTHERS HOLDINGS INC., et. al.
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND, OR 97208-4199

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.


780100706628



000 0001818 00000000 001 002 00897 INS: 0 0
RBC DOMINION SECURITIES
ATTN: LANCE LONGMORE
277 FRONT STREET W.
4TH FLOOR
TORONTO ON M5V2X4
CANADA

| | |
|---|---|
| AGGREGATION NUMBER: | W0019804 |
| CHECK NUMBER: | 0030897 |
| CHECK AMOUNT: | $156,267.92 |
| CHECK DATE: | APRIL 4, 2013 |

You are receiving the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

PAYMENT TRANSACTION NUMBER: 25274
TRACKING NUMBER: 46503
K9351 v.002 02.15.2013

EPIQ BANKRUPTCY SOLUTIONS, LLC AS DISBURSEMENT AGENT FOR
LEHMAN BROTHERS HOLDINGS INC.
PO BOX 4199
PORTLAND, OR 97208-4199

RBS Citizens, N.A.

29-1310
0213

CHECK NUMBER
0030897

DATE
04/04/2013

Void if not negotiated within one hundred eighty (180) days of date of issue

For Deposit Only

PAY EXACTLY ********** One Hundred Fifty Six Thousand Two Hundred Sixty Seven DOLLARS and 92 CENTS

AMOUNT
$156,267.92

PAY TO THE ORDER OF:
RBC DOMINION SECURITIES
ATTN: LANCE LONGMORE
277 FRONT STREET W.
4TH FLOOR
TORONTO ON M5V2X4
CANADA



Authorized Signature
Authorized Signature

PAYEE: RBC DOMINION SECURITIES         CHECK NUMBER: 6030697         AGGREGATION NUMBER: W0019804

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. | Claim Class per Plan | Allowed Amount | Payout Percentage | Principal Amount | Interest [A] | Disbursement Amount [B] |
|---|---|---|---|---|---|---|---|---|
| 51231.03 | XS0207884379 | 6053127 | 05  SENIOR THIRD-PARTY GUARANTEE | $3,244.61 | 0.03076315 | $99.81 | | $99.81 |
| 51231.03 | XS0276072682 | 6053129 | 05  SENIOR THIRD-PARTY GUARANTEE | $348,048.73 | 0.03076315 | $10,707.07 | | $10,707.07 |
| 51231.03 | XS0299103084 | 6053131 | 05  SENIOR THIRD-PARTY GUARANTEE | $231,076.04 | 0.03076315 | $7,108.62 | | $7,108.62 |
| 51231.03 | XS0344835078 | 6053133 | 05  SENIOR THIRD-PARTY GUARANTEE | $22,887.47 | 0.03076315 | $704.09 | | $704.09 |
| 51231.03 | XS0346689143 | 6053137 | 05  SENIOR THIRD-PARTY GUARANTEE | $3,207,333.33 | 0.03076315 | $98,667.67 | | $98,667.67 |
| 51231.03 | XS0349757442 | 6053134 | 05  SENIOR THIRD-PARTY GUARANTEE | $511,347.22 | 0.03076315 | $15,730.65 | | $15,730.65 |
| 51231.03 | XS0365026656 | 6053135 | 05  SENIOR THIRD-PARTY GUARANTEE | $301,275.00 | 0.03076315 | $9,268.16 | | $9,268.16 |
| 51231.03 | XS0379247504 | 6053136 | 05  SENIOR THIRD-PARTY GUARANTEE | $454,500.00 | 0.03076315 | $13,981.85 | | $13,981.85 |

Aggregated total:    $156,267.92

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.

[A] Interest is payable only on previously disputed claims pursuant to the Plan.

[B] Disbursement Amount calculated by multiplying Allowed Amount times Payout Percentage, rounded down to the nearest penny, plus any interest, if applicable.

