UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :   Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                             :   Case No. 08-13555(JMP)
                                                                    :
                         Debtors.                                   :   (Jointly Administered)
                                                                    :
------------------------------------------------------------------- x

## DECLARATION OF LANCE LONGMORE IN SUPPORT OF MOTION OF RBC DOMINION SECURITIES INC. TO COMPEL LEHMAN BROTHERS HOLDINGS, INC. TO REISSUE CHECKS FOR ALLOWED CLAIM

I, Lance Longmore, hereby declare:

1. I am an Associate Director of RBC Dominion Securities Inc. ("RBC"). I make this affidavit in support of the *Motion of RBC Dominion Securities to Compel Lehman Brothers Holdings, Inc. to Reissue Checks for Allowed Claim.*

2. RBC holds an allowed claim [Claim No. 51231] against Lehman Brothers Holdings, Inc. (the "LBHI") in the amount of $5,079,712.40 (the "Allowed Claim"). The proof of claim form for the Allowed Claim provides that notices and payment should be addressed to "RBC Dominion Securities, 277 Front Street W., 4th Floor, Toronto, Ontario, Canada M5V 2X4 Attn: Lance Longmore."

3. I regularly open and review all mail addressed to my attention and received at the foregoing address.

4. I never received from LBHI or Epiq Bankruptcy Solutions, LLC ("Epiq"), the Debtor's bankruptcy claims agent, a check (number 0002140), dated April 17, 2012, for

$183,338.42 in respect of the Allowed Claim, nor a check (number 0020931), dated October 1, 2012, for $123,720.37 in respect of the Allowed Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Toronto, Ontario, Canada
July 23, 2013

_____
Lance Longmore

_____
Notary Public
July 23, 2013

2