

757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

January 31, 2013

*** LBH OPEN D2 CK 01-31-2013 (MERGE2,TXNUM2) 4000129108 BAR(23) MAIL ID *** 000068164024 ***
RBC DOMINION SECURITIES
ATTN: LANCE LONGMORE
277 FRONT STREET W.
4TH FLOOR
TORONTO, ON M5V 2X4
CANADA

# TAKE ACTION TO AVOID
# LOSING YOUR DISTRIBUTIONS FROM
# LEHMAN BROTHERS HOLDINGS INC.

On October, 1 2012, we mailed you check number 20931 for $123,720.37 pursuant to the chapter 11 plan of Lehman Brothers Holdings Inc. and its affiliates (the "Plan").

**Pursuant to the Plan, if you do not negotiate (cash or deposit) the check by March, 30 2013, the check will become null and void, and you will not be entitled to collect the amount of the check.**

**TO AVOID THIS RESULT, PLEASE NEGOTIATE YOUR CHECK AS SOON AS POSSIBLE.**

**PLEASE CONTACT US:**
- **IF YOU DID NOT RECEIVE YOUR CHECK**
- **IF YOU REQUIRE A REPLACEMENT CHECK**
- **IF YOU PREFER TO RECEIVE DISTRIBUTIONS BY WIRE TRANSFER**
- **IF YOU HAVE ANY QUESTIONS**

Sincerely,

Epiq Bankruptcy Solutions LLC
Tel (US):  866-879-0688
Tel (Non-US):  +1 503-597-7691
Email:  Lehmancallcenter@epiqsystems.com