CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Richard Levin

*Attorneys for Credit Suisse AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Credit Suisse AG hereby withdraws its Notice of Transfer of Claim filed on July 25, 2013 at Docket No. 39012, transferring a portion of claim number 55829 from Credit Suisse AG as transferor to Bank EKI Genossenschaft as transferee in the amount of CHF 50,000, as this transfer was filed in error.

Respectfully submitted on this 29th day of July 2013.

By /s/ Richard Levin
Richard Levin
Cravath Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

B-1

[[NYCORP:3422279v1:3176D: 07/29/2013--03:59 PM]]