UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
In re:                                                               :    Chapter 11
                                                                     :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                              :    Case No. 08-13555(JMP)
                                                                     :
                Debtor.                                              :    (Jointly Administered)
                                                                     :
-------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss:
COUNTY OF NEW YORK       )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

On July 29, 2013, I caused a copy of the following documents in the above captioned matter to be served upon the parties listed on Exhibit A via Federal Express Overnight Mail.

- **NOTICE OF HEARING ON MOTION OF RBC DOMINION SECURITIES INC. TO COMPEL LEHMAN BROTHERS HOLDINGS, INC. TO REISSUE CHECKS FOR ALLOWED CLAIM**

- **MOTION OF RBC DOMINION SECURITIES INC. TO COMPEL LEHMAN BROTHERS HOLDINGS, INC. TO REISSUE CHECKS FOR ALLOWED CLAIM**

_____
Marie A. Siena

Sworn to before me this
29th day of July, 2013

_____
Notary Public

JEFF FRIEDMAN
NOTARY PUBLIC, State of New York
No. 02FR4952054
Qualified in New York County
Commission Expires June 12, 20 15

847298

## EXHIBIT A

### Service List

| | |
|---|---|
| Paul Schwartzberg, Esq.<br>Office of the U.S. Trustee<br>201 Varick Street, Unit 1006<br>New York, NY 10014 | Garrett Fail, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Dennis Dune, Esq.<br>Evan Fleck, Esq.<br>Dennis O'Donnell, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Lori Fife, Esq.<br>Shai Waisman, Esq.<br>Richard Krasnow, Esq.<br>Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

84729812