SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
George A. Zimmerman
Lauren E. Aguiar
Jeffrey S. Geier
Susan A. Arbeit
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Dr. H.C. Tschira Beteiligungs GmbH & Co. KG*
*and Klaus Tschira Stiftung gGmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
    In re                           :   Chapter 11
                                    :
LEHMAN BROTHERS HOLDINGS INC., et al., :  Case No. 08-13555 (JMP)
                                    :
                                    :   (Jointly Administered)
    Debtors.                        :
                                    :
------------------------------------x
```

## CERTIFICATE OF SERVICE

      I, Susan A. Arbeit, an attorney, certify that on July 26, 2013, I caused the following documents to be filed electronically with the Clerk of the Court using the CM/ECF System:

1. Reply in Support of Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure  (**Docket No. 39052**);

2. Declaration of George A. Zimmerman in Support of Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure (**Docket No. 39053**); and

3. Declaration of Bernd Kammerlander in Support of the Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure **(Docket No. 39054).** and

I further certify that on July 26, 2013, I caused the documents listed above to be served by email on the parties identified on the attached Exhibit A and to be served by overnight courier on the parties identified on the attached Exhibit B.

In addition, I further certify that, in accordance with the Order to Show Cause On Consent to Shorten Notice Period for Consideration of the Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH to Withdraw Claim Numbers 32395 and 22671 Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure entered by the Court on July 18, 2013 **(Docket No. 38815)**, I caused the documents listed above to be served by email on the parties identified on the attached Exhibit C prior to 5:00 p.m. prevailing eastern time on July 26, 2013.

Dated: New York, New York
July 29, 2013

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

                By: */s/Susan A. Arbeit*_____
                    George A. Zimmerman
                    Lauren E. Aguiar
                    Jeffrey S. Geier
                    Susan A. Arbeit
                Four Times Square
                New York, New York 10036
                (212) 735-3000

                Attorneys for Dr. H.C. Tschira Beteiligungs GmbH
                & Co. KG and Klaus Tschira Stiftung gGmbH

## **EXHIBIT A**

RICHARD.KRASNOW@WEIL.COM
LORI.FIFE@WEIL.COM
ROBERT.LEMONS@WEIL.COM
JACQUELINE.MARCUS@WEIL.COM
GIDDENS@HUGHESHUBBARD.COM
KIPLOK@HUGHESHUBBARD.COM
KOBAK@HUGHESHUBBARD.COM
MARGOLIN@HUGHESHUBBARD.COM
LUBELL@HUGHESHUBBARD.COM
WILTENBURG@HUGHESHUBBARD.COM
WFOSTER@MILBANK.COM
PARONZON@MILBANK.COM
GBRAY@MILBANK.COM
ROBERT.YALEN@USDOJ.GOV
TARBIT@CFTC.GOV
RWASSERMAN@CFTC.GOV
SHARBECK@SIPC.ORG
JWANG@SIPC.ORG
NEWYORK@SEC.GOV
JACOBSONN@SEC.GOV
JBROMLEY@CGSH.COM
LSCHWEITZER@CGSH.COM
LGRANFIELD@CGSH.COM
MSTAMER@AKINGUMP.COM
PDUBLIN@AKINGUMP.COM
MLAHAIE@AKINGUMP.COM
RAJOHNSON@AKINGUMP.COM
MSTAMER@AKINGUMP.COM
SSCHULTZ@AKINGUMP.COM
LISA.KRAIDIN@ALLENOVERY.COM
KEN.COLEMAN@ALLENOVERY.COM
MGREGER@ALLENMATKINS.COM
KRODRIGUEZ@ALLENMATKINS.COM
KARL.GEERCKEN@ALSTON.COM
KIT.WEITNAUER@ALSTON.COM
RRUSSELL@ANDREWSKURTH.COM
S.MINEHAN@AOZORABANK.CO.JP
ANGELICH.GEORGE@ARENTFOX.COM
SCOUSINS@ARMSTRONGTEASDALE.COM
SEHLERS@ARMSTRONGTEASDALE.COM
CHARLES_MALLOY@APORTER.COM
ANTHONY_BOCCANFUSO@APORTER.COM
JG5786@ATT.COM
NEAL.MANN@OAG.STATE.NY.US
DWORKMAN@BAKERLAW.COM
PETER@BANKRUPT.COM
MICHAEL.MCCRORY@BTLAW.COM
DAVID.POWLEN@BTLAW.COM
FFM@BOSTONBUSINESSLAW.COM
CSALOMON@BECKERGLYNN.COM
AOSTROW@BECKERGLYNN.COM
MPUCILLO@BERMANESQ.COM
WZOBERMAN@BERMANESQ.COM

AOBERRY@BERMANESQ.COM
DAVIDS@BLBGLAW.COM
STEVEN@BLBGLAW.COM
DBARBER@BSBLAWYERS.COM
SMULLIGAN@BSBLAWYERS.COM
JEFFREY.SABIN@BINGHAM.COM
RONALD.SILVERMAN@BINGHAM.COM
STEVEN.WILAMOWSKY@BINGHAM.COM
SABIN.WILLETT@BINGHAM.COM
ROBERT.DOMBROFF@BINGHAM.COM
MARK.DEVENO@BINGHAM.COM
JOSHUA.DORCHAK@BINGHAM.COM
CAROL.WEINERLEVY@BINGHAM.COM
RAJ.MADAN@BINGHAM.COM
ERIN.MAUTNER@BINGHAM.COM
TIM.DESIENO@BINGHAM.COM
JEFFREY.BLACK@BINGHAM.COM
AECKSTEIN@BLANKROME.COM
JSCHILLER@BSFLLP.COM
JSHERMAN@BSFLLP.COM
AMCMULLEN@BOULTCUMMINGS.COM
RJONES@BOULTCUMMINGS.COM
ARINOINE@BRACHEICHLER.COM
EMAGNELLI@BRACHEICHLER.COM
KURT.MAYR@BGLLP.COM
KUEHN@BRAGARWEXLER.COM
NOTICE@BKCYLAW.COM
MGORDON@BRIGGS.COM
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM
DLUDMAN@BROWNCONNERY.COM
MSIEGEL@BROWNRUDNICK.COM
SLEVINE@BROWNRUDNICK.COM
SCHRISTIANSON@BUCHALTER.COM
TUNRAD@BURNSLEV.COM
SIDORSKY@BUTZEL.COM
HOWARD.HAWKINS@CWT.COM
ELLEN.HALSTEAD@CWT.COM
ISRAEL.DAHAN@CWT.COM
MARK.ELLENBERG@CWT.COM
JASON.JURGENS@CWT.COM
SGORDON@CAHILL.COM
JLEVITIN@CAHILL.COM
THOMAS_NOGUEROLA@CALPERS.CA.GOV
CAHN@CLM.COM
WANDA.GOODLOE@CBRE.COM
DLEMAY@CHADBOURNE.COM
HSEIFE@CHADBOURNE.COM
AROSENBLATT@CHADBOURNE.COM
JCLOSE@CHAPMAN.COM
JSCHREIB@CHAPMAN.COM
APPLEBY@CHAPMAN.COM
SPIOTTO@CHAPMAN.COM
ACKER@CHAPMAN.COM
HEISER@CHAPMAN.COM
LGRANFIELD@CGSH.COM
LSCHWEITZER@CGSH.COM

MAOFILING@CGSH.COM
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM
ANDREW.BROZMAN@CLIFFORDCHANCE.COM
SARA.TAPINEKIS@CLIFFORDCHANCE.COM
PSP@NJLAWFIRM.COM
JWH@NJLAWFIRM.COM
LMAY@COLESCHOTZ.COM
JDRUCKER@COLESCHOTZ.COM
MWARNER@COLESCHOTZ.COM
DHURST@COLESCHOTZ.COM
JEFF.WITTIG@COAIR.COM
ESCHWARTZ@CONTRARIANCAPITAL.COM
BCARLSON@CO.SANMATEO.CA.US
JBEIERS@CO.SANMATEO.CA.US
LATHOMPSON@CO.SANMATEO.CA.US
MHOPKINS@COV.COM
DCOFFINO@COV.COM
RLEVIN@CRAVATH.COM
JLIPSON@CROCKERKUNO.COM
TTRACY@CROCKERKUNO.COM
JUDY.MORSE@CROWEDUNLEVY.COM
BZABARAUSKAS@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM
SEICHEL@CROWELL.COM
JCARBERRY@CL-LAW.COM
KAREN.WAGNER@DPW.COM
JAMES.MCCLAMMY@DPW.COM
JJTANCREDI@DAYPITNEY.COM
JWCOHEN@DAYPITNEY.COM
MCTO@DEBEVOISE.COM
GLENN.SIEGEL@DECHERT.COM
IVA.UROIC@DECHERT.COM
MMOONEY@DEILYLAWFIRM.COM
TDEWEY@DPKLAW.COM
DPEGNO@DPKLAW.COM
ADIAMOND@DIAMONDMCCARTHY.COM
SLODEN@DIAMONDMCCARTHY.COM
AAARONSON@DILWORTHLAW.COM
CPAPPAS@DILWORTHLAW.COM
TIMOTHY.BRINK@DLAPIPER.COM
MATTHEW.KLEPPER@DLAPIPER.COM
THOMAS.CALIFANO@DLAPIPER.COM
STEPHEN.COWAN@DLAPIPER.COM
WILLIAM.M.GOLDMAN@DLAPIPER.COM
SCHNABEL.ERIC@DORSEY.COM
HEIM.STEVE@DORSEY.COM
DOVE.MICHELLE@DORSEY.COM
STEVEN.TROYER@COMMERZBANK.COM
JJOYCE@DRESSLERPETERS.COM
ROBERT.MALONE@DBR.COM
LJKOTLER@DUANEMORRIS.COM
SANDYSCAFARIA@EATON.COM
EZUJKOWSKI@EMMETMARVIN.COM
AENTWISTLE@ENTWISTLE-LAW.COM
JBEEMER@ENTWISTLE-LAW.COM
JPORTER@ENTWISTLE-LAW.COM

KKELLY@EBGLAW.COM
DTATGE@EBGLAW.COM
WMARCARI@EBGLAW.COM
SLERMAN@EBGLAW.COM
SGUBNER@EBG-LAW.COM
CWEBER@EBG-LAW.COM
LSCARCELLA@FARRELLFRITZ.COM
SHARI.LEVENTHAL@NY.FRB.ORG
SFELDERSTEIN@FFWPLAW.COM
PPASCUZZI@FFWPLAW.COM
CHARLES@FILARDI-LAW.COM
ALUM@FTPORTFOLIOS.COM
RFLANAGAN@FLANASSOC.COM
STEVEN.USDIN@FLASTERGREENBERG.COM
WDASE@FZWZ.COM
DHEFFER@FOLEY.COM
JLEE@FOLEY.COM
WMCKENNA@FOLEY.COM
DSPELFOGEL@FOLEY.COM
GGOODMAN@FOLEY.COM
LAPETERSON@FOLEY.COM
RBERNARD@FOLEY.COM
KLYNCH@FORMANLAW.COM
KANEMA@FORMANLAW.COM
SORY@FDLAW.COM
JHIGGINS@FDLAW.COM
AHAMMER@FREEBORNPETERS.COM
DEGGERT@FREEBORNPETERS.COM
WALTER.STUART@FRESHFIELDS.COM
PATRICK.OH@FRESHFIELDS.COM
PETER.SIMMONS@FRIEDFRANK.COM
RICHARD.TISDALE@FRIEDFRANK.COM
SHANNON.NAGLE@FRIEDFRANK.COM
EFRIEDMAN@FRIEDUMSPRING.COM
EFRIEDMAN@FKLAW.COM
WWEINTRAUB@FKLAW.COM
ABEAUMONT@FKLAW.COM
LGOTKO@FKLAW.COM
NBOJAR@FKLAW.COM
DROSENZWEIG@FULBRIGHT.COM
JMERVA@FULT.COM
JMELKO@GARDERE.COM
BANKRUPTCY@NTEXAS-ATTORNEYS.COM
RELGIDELY@GJB-LAW.COM
JGENOVESE@GJB-LAW.COM
PBATTISTA@GJB-LAW.COM
DCIMO@GJB-LAW.COM
DCRAPO@GIBBONSLAW.COM
MROSENTHAL@GIBSONDUNN.COM
JWEISS@GIBSONDUNN.COM
ASEUFFERT@LAWPOST-NYC.COM
TNIXON@GKLAW.COM
JFLAXER@GOLENBOCK.COM
JWALLACK@GOULSTONSTORRS.COM
DROSNER@GOULSTONSTORRS.COM
GKADEN@GOULSTONSTORRS.COM

BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM
DICONZAM@GTLAW.COM
COLE@GTLAW.COM
MELOROD@GTLAW.COM
TANNWEILER@GREERHERZ.COM
JOY.MATHIAS@DUBAIIC.COM
JSCHWARTZ@HAHNHESSEN.COM
JORBACH@HAHNHESSEN.COM
RMATZAT@HAHNHESSEN.COM
WBENZIJA@HALPERINLAW.NET
JDYA@HALPERINLAW.NET
DTHEISING@HARRISONMOBERLY.COM
AGOLD@HERRICK.COM
SSELBST@HERRICK.COM
RAMONA.NEAL@HP.COM
KEN.HIGMAN@HP.COM
JDORAN@HASLAW.COM
TMARRION@HASLAW.COM
SWEYL@HASLAW.COM
RLEEK@HODGSONRUSS.COM
SCOTT.GOLDEN@HOGANLOVELLS.COM
IRA.GREENE@HOGANLOVELLS.COM
BARBRA.PARLIN@HKLAW.COM
RICHARD.LEAR@HKLAW.COM
FRANCOIS.JANSON@HKLAW.COM
JOHN.MONAGHAN@HKLAW.COM
ARTHUR.ROSENBERG@HKLAW.COM
ADAM.BREZINE@HRO.COM
KERRY.MOYNIHAN@HRO.COM
CCULLORS@HUNTON.COM
KECKHARDT@HUNTON.COM
JRSMITH@HUNTON.COM
CWEISS@INGRAMLLP.COM
DAVE.DAVIS@ISGRIA.COM
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV
SEBA.KURIAN@INVESCO.COM
AFRIEDMAN@IRELL.COM
KLYMAN@IRELL.COM
MNEIER@IBOLAW.COM
JAY.HURST@OAG.STATE.TX.US
PTROSTLE@JENNER.COM
DMURRAY@JENNER.COM
RBYMAN@JENNER.COM
GSPILSBURY@JSSLAW.COM
JOSEPH.CORDARO@USDOJ.GOV
MPOMERANTZ@JULIENANDSCHLESINGER.COM
PETER.BLASONE@KLGATES.COM
PTRAIN-GUTIERREZ@KAPLANLANDAU.COM
ENKAPLAN@KAPLANLANDAU.COM
DROSNER@KASOWITZ.COM
AGLENN@KASOWITZ.COM
SNEWMAN@KATSKYKORINS.COM
MPRIMOFF@KAYESCHOLER.COM
MSOLOW@KAYESCHOLER.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

MPAGE@KELLEYDRYE.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JONATHAN.HENES@KIRKLAND.COM
JOSEPH.SERINO@KIRKLAND.COM
CHAD.HUSNICK@KIRKLAND.COM
CHRISTOPHER.GRECO@KIRKLAND.COM
JAY@KLEINSOLOMON.COM
JJURELLER@KLESTADT.COM
LKISS@KLESTADT.COM
MICHAEL.KIM@KOBREKIM.COM
ROBERT.HENOCH@KOBREKIM.COM
ANDREW.LOURIE@KOBREKIM.COM
BONEILL@KRAMERLEVIN.COM
ACATON@KRAMERLEVIN.COM
DEGGERMANN@KRAMERLEVIN.COM
MLANDMAN@LCBF.COM
WBALLAINE@LCBF.COM
SREE@LCBF.COM
AKORNIKOVA@LCBF.COM
EKBERGC@LANEPOWELL.COM
KEITH.SIMON@LW.COM
DAVID.HELLER@LW.COM
PETER.GILHULY@LW.COM
RICHARD.LEVY@LW.COM
JAMES.HEANEY@LAWDEB.COM
GABRIEL.DELVIRGINIA@VERIZON.NET
LISA.SOLOMON@ATT.NET
EZWEIG@OPTONLINE.NET
LKATZ@LTBLAW.COM
WSWEARINGEN@LLF-LAW.COM
SHEEHAN@TXSCHOOLLAW.COM
SFINEMAN@LCHB.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
AUSTIN.BANKRUPTCY@PUBLICANS.COM
PEISENBERG@LOCKELORD.COM
WCURCHACK@LOEB.COM
VRUBINSTEIN@LOEB.COM
DBESIKOF@LOEB.COM
LOIZIDES@LOIZIDES.COM
ROBIN.KELLER@LOVELLS.COM
CHRIS.DONOHO@LOVELLS.COM
ILEVEE@LOWENSTEIN.COM
KROSEN@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
JPROL@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
TWHEELER@LOWENSTEIN.COM
SCARGILL@LOWENSTEIN.COM
MWARREN@MTB.COM
JHUGGETT@MARGOLISEDELSTEIN.COM
FHYMAN@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM
EMERBERG@MAYERBROWN.COM
TKIRIAKOS@MAYERBROWN.COM
CWALSH@MAYERBROWN.COM
SWOLOWITZ@MAYERBROWN.COM

JSTOLL@MAYERBROWN.COM
HBELTZER@MAYERBROWN.COM
JLAMAR@MAYNARDCOOPER.COM
KREYNOLDS@MKLAWNYC.COM
MH1@MCCALLARAYMER.COM
BKMAIL@PROMMIS.COM
JNM@MCCALLARAYMER.COM
EGLAS@MCCARTER.COM
KMAYER@MCCARTER.COM
WTAYLOR@MCCARTER.COM
GGITOMER@MKBATTORNEYS.COM
NCOCO@MWE.COM
ICATTO@MWE.COM
PHAYDEN@MCGUIREWOODS.COM
SFOX@MCGUIREWOODS.COM
DHAYES@MCGUIREWOODS.COM
JMADDOCK@MCGUIREWOODS.COM
JSHEERIN@MCGUIREWOODS.COM
JMR@MSF-LAW.COM
MBLOEMSMA@MHJUR.COM
TSLOME@MSEK.COM
AMARDER@MSEK.COM
JMAZERMARINO@MSEK.COM
HARRISJM@MICHIGAN.GOV
MICHAEL.FREGE@CMS-HS.COM
SDNYECF@DOR.MO.GOV
STEVE.GINTHER@DOR.MO.GOV
MICHAEL.KELLY@MONARCHLP.COM
DAVIDWHEELER@MVALAW.COM
NHERMAN@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM
LBERKOFF@MORITTHOCK.COM
JPINTARELLI@MOFO.COM
LMARINUZZI@MOFO.COM
YUWATOKO@MOFO.COM
TGOREN@MOFO.COM
JPINTARELLI@MOFO.COM
LNASHELSKY@MOFO.COM
MROTHCHILD@MOFO.COM
BMILLER@MOFO.COM
BANKRUPTCY@MORRISONCOHEN.COM
JSULLIVAN@MOSESSINGER.COM
AKOLOD@MOSESSINGER.COM
MPARRY@MOSESSINGER.COM
KKOLBIG@MOSESSINGER.COM
RGOODMAN@MOUNDCOTTON.COM
SABVANROOY@HOTMAIL.COM
MILLEE12@NATIONWIDE.COM
JOWOLF@LAW.NYC.GOV
RICHARD.FINGARD@NEWEDGEGROUP.COM
DDREBSKY@NIXONPEABODY.COM
ADARWIN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM
CDESIDERIO@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM

RPEDONE@NIXONPEABODY.COM
BANKRUPTCYMATTERS@US.NOMURA.COM
MCANTOR@NORMANDYHILL.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
MJR1@WESTCHESTERGOV.COM
JEREMY.EIDEN@AG.STATE.MN.US
MARTIN.DAVIS@OTS.TREAS.GOV
JNADRITCH@OLSHANLAW.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
RDAVERSA@ORRICK.COM
JGUY@ORRICK.COM
KORR@ORRICK.COM
DFELDER@ORRICK.COM
MAUSTIN@ORRICK.COM
RFRANKEL@ORRICK.COM
RWYRON@ORRICK.COM
LMCGOWEN@ORRICK.COM
TOMWELSH@ORRICK.COM
OTCCORPACTIONS@FINRA.ORG
WSILVERM@OSHR.COM
PFELDMAN@OSHR.COM
MCYGANOWSKI@OSHR.COM
JAR@OUTTENGOLDEN.COM
RROUPINIAN@OUTTENGOLDEN.COM
WK@PWLAWYERS.COM
CHIPFORD@PARKERPOE.COM
DWDYKHOUSE@PBWT.COM
BGUINEY@PBWT.COM
HARVEYSTRICKON@PAULHASTINGS.COM
DRAELSON@FISHERBROTHERS.COM
SSHIMSHAK@PAULWEISS.COM
DDAVIS@PAULWEISS.COM
CHAMMERMAN@PAULWEISS.COM
DSHEMANO@PEITZMANWEG.COM
KRESSK@PEPPERLAW.COM
KOVSKYD@PEPPERLAW.COM
WISOTSKA@PEPPERLAW.COM
LAWALLF@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM
SCHANNEJ@PEPPERLAW.COM
ARLBANK@PBFCM.COM
JHORGAN@PHXA.COM
SAMUEL.CAVIOR@PILLSBURYLAW.COM
NICKOLAS.KARAVOLAS@PILLSBURYLAW.COM
BILL.FREEMAN@PILLSBURYLAW.COM
MARK.HOULE@PILLSBURYLAW.COM
DFLANIGAN@POLSINELLI.COM
JBIRD@POLSINELLI.COM
CWARD@POLSINELLI.COM
JSMAIRO@PBNLAW.COM
TJFREEDMAN@PBNLAW.COM
BBISIGNANI@POSTSCHELL.COM
FBP@PPGMS.COM
LML@PPGMS.COM
IGOLDSTEIN@PROSKAUER.COM
JCHUBAK@PROSKAUER.COM

MBIENENSTOCK@PROSKAUER.COM
RBEACHER@PRYORCASHMAN.COM
CANELAS@PURSUITPARTNERS.COM
SCHEPIS@PURSUITPARTNERS.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM
JAMESTECE@QUINNEMANUEL.COM
SCOTTSHELLEY@QUINNEMANUEL.COM
taggatJRABINOWITZ@RLTLAWFIRM.COM
BROY@RLTLAWFIRM.COM
GRAVERT@RAVERTPLLC.COM
ARAHL@REEDSMITH.COM
KGWYNNE@REEDSMITH.COM
JFALGOWSKI@REEDSMITH.COM
CLYNCH@REEDSMITH.COM
ESCHAFFER@REEDSMITH.COM
MVENDITTO@REEDSMITH.COM
JLSCOTT@REEDSMITH.COM
DGRIMES@REEDSMITH.COM
CALBERT@REITLERLAW.COM
HMAGALIFF@R3MLAW.COM
RICHARD@RWMAPLC.COM
JSHICKICH@RIDDELLWILLIAMS.COM
GMOSS@RIEMERLAW.COM
ABRAUNSTEIN@RIEMERLAW.COM
ARHEAUME@RIEMERLAW.COM
ROGER@RNAGIOFF.COM
MARK.BANE@ROPESGRAY.COM
ROSS.MARTIN@ROPESGRAY.COM
PHILIP.WELLS@ROPESGRAY.COM
ECOHEN@RUSSELL.COM
RUSSJ4478@AOL.COM
MSCHIMEL@SJU.EDU
CMONTGOMERY@SALANS.COM
LWHIDDEN@SALANS.COM
CBELMONTE@SSBB.COM
TBROCK@SSBB.COM
PBOSSWICK@SSBB.COM
ASNOW@SSBB.COM
AISENBERG@SAUL.COM
JTORF@SCHIFFHARDIN.COM
DKESSLER@KTMC.COM
BDK@SCHLAMSTONE.COM
NLEPORE@SCHNADER.COM
JVAIL@SSRL.COM
LAWRENCE.GELBER@SRZ.COM
MEGHAN.BREEN@SRZ.COM
COHEN@SEWKIS.COM
ASHMEAD@SEWKIS.COM
FSOSNICK@SHEARMAN.COM
NED.SCHODEK@SHEARMAN.COM
ANN.REYNAUD@SHELL.COM
JENNIFER.GORE@SHELL.COM
JSHENWICK@GMAIL.COM
CSHULMAN@SHEPPARDMULLIN.COM
RREID@SHEARMAN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM

ETILLINGHAST@SHEPPARDMULLIN.COM
BWOLFE@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
AMARTIN@SHEPPARDMULLIN.COM
BANKRUPTCY@GOODWIN.COM
JTIMKO@SHUTTS.COM
AQUALE@SIDLEY.COM
AUNGER@SIDLEY.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
SQUSBA@STBLAW.COM
FYATES@SONNENSCHEIN.COM
PMAXCY@SONNENSCHEIN.COM
SLERNER@SSD.COM
SMAYERSON@SSD.COM
RTERENZI@STCWLAW.COM
CGOLDSTEIN@STCWLAW.COM
R.STAHL@STAHLZELLOE.COM
MARC.CHAIT@SC.COM
SSTARR@STARRANDSTARR.COM
EOBRIEN@SBCHLAW.COM
CP@STEVENSLEE.COM
MCORDONE@STRADLEY.COM
PPATTERSON@STRADLEY.COM
PPATTERSON@STRADLEY.COM
DJOSEPH@STRADLEY.COM
JMMURPHY@STRADLEY.COM
LANDON@STREUSANDLANDON.COM
VILLA@STREUSANDLANDON.COM
STREUSAND@STREUSANDLANDON.COM
MSPEISER@STROOCK.COM
SMILLMAN@STROOCK.COM
LHANDELSMAN@STROOCK.COM
DWILDES@STROOCK.COM
HOLSEN@STROOCK.COM
CSZYFER@STROOCK.COM
WWEINTRAUB@STUTMAN.COM
FRITSCHJ@SULLCROM.COM
SCOTTJ@SULLCROM.COM
LACYR@SULLCROM.COM
CLARKB@SULLCROM.COM
SCHWARTZMATTHEW@SULLCROM.COM
PAUL.TURNER@SUTHERLAND.COM
RICK.MURPHY@SUTHERLAND.COM
BRUCE.WRIGHT@SUTHERLAND.COM
MILLER@TAFTLAW.COM
AGBANKNEWYORK@AG.TN.GOV
MARVIN.CLEMENTS@AG.TN.GOV
THALER@THALERGERTLER.COM
ROBERT.BAILEY@BNYMELLON.COM
MMORREALE@US.MUFG.JP
FOONT@FOONTLAW.COM
MATT@WILLAW.COM
IRA.HERMAN@TKLAW.COM
DEMETRA.LIGGINS@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM
MITCHELL.AYER@TKLAW.COM

DAVID.BENNETT@TKLAW.COM
MBOSSI@THOMPSONCOBURN.COM
AMENARD@TISHMANSPEYER.COM
MBENNER@TISHMANSPEYER.COM
BTURK@TISHMANSPEYER.COM
JCHRISTIAN@TOBINLAW.COM
WCHEN@TNSJ-LAW.COM
AGOLDSTEIN@TNSJ-LAW.COM
JMAKOWER@TNSJ-LAW.COM
NEILBERGER@TEAMTOGUT.COM
SSKELLY@TEAMTOGUT.COM
OIPRESS@TRAVELERS.COM
MLYNCH2@TRAVELERS.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM
LEE.STREMBA@TROUTMANSANDERS.COM
BMANNE@TUCKERLAW.COM
MSHINER@TUCKERLAW.COM
LINDA.BOYLE@TWTELECOM.COM
DLIPKE@VEDDERPRICE.COM
MJEDELMAN@VEDDERPRICE.COM
EASMITH@VENABLE.COM
SABRAMOWITZ@VELAW.COM
JWEST@VELAW.COM
DKLEINER@VELAW.COM
JELDREDGE@VELAW.COM
HSNOVIKOFF@WLRK.COM
RGMASON@WLRK.COM
ARWOLF@WLRK.COM
JDWARNER@WARNERANDSCHEUERMAN.COM
CBELISLE@WFW.COM
JFREEMERG@WFW.COM
RGRAHAM@WHITECASE.COM
TMACWRIGHT@WHITECASE.COM
AVENES@WHITECASE.COM
AZYLBERBERG@WHITECASE.COM
DBAUMSTEIN@WHITECASE.COM
MRUETZEL@WHITECASE.COM
LEILA.ROEDER@WHITECASE.COM
TLAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
JEANITES@WHITEANDWILLIAMS.COM
BSTRICKLAND@WTPLAW.COM
DSHAFFER@WTPLAW.COM
SZUCH@WIGGIN.COM
MABRAMS@WILLKIE.COM
MFELDMAN@WILLKIE.COM
AALFONSO@WILLKIE.COM
RNETZER@WILLKIE.COM
DKOZUSKO@WILLKIE.COM
PETER.MACDONALD@WILMERHALE.COM
JEANNETTE.BOOT@WILMERHALE.COM
CRAIG.GOLDBLATT@WILMERHALE.COM
LISA.EWART@WILMERHALE.COM
JBECKER@WILMINGTONTRUST.COM
CSCHREIBER@WINSTON.COM
DMCGUIRE@WINSTON.COM

MKJAER@WINSTON.COM
DNEIER@WINSTON.COM
DRAVIN@WOLFFSAMSON.COM
JLAWLOR@WMD-LAW.COM
WMAHER@WMD-LAW.COM
RRAINER@WMD-LAW.COM
BANKR@ZUCKERMAN.COM
WILL.SUGDEN@ALLSTON.COM
DNOLAN@ANDERSONKILL.COM
IANROBERTS@BAKERBOTTS.COM
MDAVIDOFF@BM.NET
RSWITZENBAUM@BM.NET
HSTEEL@BROWNRUDNICK.COM
MARGARET.WELSH@CLIFFORDCHANCE.COM
WDASE@FZWZ.COM
TNIXON@GKLAW.COM
MICHAELS@JSTRIALLAW.COM

**EXHIBIT B**

Office of the United States Trustee
 for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Tracy Hope Davis, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.

Jones Day
222 East 41st Street
New York, New York 10017
Attn: Jayant W. Tambe, Esq.
Matthew S. Chow, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Alfredo Perez, Esq.
Maurice Horwitz, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert J. Lemons, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn: Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Scott C. Shelley, Esq.

Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Attn: John B. Quinn, Esq.
Erica P. Taggart, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis C. O'Donnell, Esq.
Evan R. Fleck, Esq.

Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Attn: Paul S. Aronzon, Esq.
Gregory A. Bray, Esq.

McGuire Woods LLP
Atn: Aaron G. McCollough
901 East Cary Stereet
Richmond, VA 23219

Federal Reserve Bank of Philadelphia
c/o William T. Wisser,
Assistant Vice President
Ten Independence Mall
Philadelphia, PA 19106-1574

| | |
|---|---|
| Internal Revenue Service<br>Special Procedures Branch<br>Attn: District Director,<br>Bonnie Austin<br>290 Broadway<br>New York, NY 10007 | Department of Justice<br>(Solicitor for the Respondent<br>Canada Revenue Agency)<br>Attn: Diane Winters<br>Ontario Regional Office<br>The Exchange Tower<br>Toronto, ON M5X 1K56<br>Canada |
| The Sumitomo Trust & Banking Co., Ltd.<br>Attn: Mr. Masaya Yamashiro, Senior Mgr.<br>Grantokyo, South Tower<br>1-9-2, Marunouchi, Chiyoda-Ku<br>Tokyo, 100-6611 | Office of Thrift Supervision<br> Northeast Region<br>Attn:  Michael Finn<br>Martin Jefferson Davis<br>Harborside Financial Center Plaza Five<br>Jersey City, NJ 07311 |

# Exhibit C

JMP.CHAMBERS@NYSB.USCOURTS.GOV
TRACY.DAVIS2@USDOJ.GOV
SUSAN.GOLDEN@USDOJ.GOV
ANDREA.B.SCHWARTZ@USDOJ.GOV
JTAMBE@JONESDAY.COM
MCHOW@JONESDAY.COM
ALFREDO.PEREZ@WEIL.COM
MAURICE.HORWITZ@WEIL.COM
DDUNNE@MILBANK.COM
DODONNELL@MILBANK.COM
EFLECK@MILBANK.COM
JOHNQUINN@QUINNEMANUEL.COM
ERICTAGGART@QUINNEMANUEL.COM