UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In re                            :  Chapter 11 Case No.
                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :  08-13555 (JMP)
                                 :
                    Debtors.     :  (Jointly Administered)
---------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Jonathan Plimley and Carolyn Beswick, as Executors of the Estate of Ivan Beswick; transferees of claim of Praxis Trustees Limited as Trustee of the Ivan Beswick 2003 Life Suites 13 & 15, Sarnia House, Le Truchot, St. Peter Port, GY1 4NA, Guernsey, Channel Islands |
| Claim Number (if known): | 13586 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $531,102 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: /s/ [signature]    Title: [signature] Carolyn Beswick    Dated: 19 July 2013

Printed Name: JK Plimley & Jonathan Plimley & Carolyn Beswick, As Executors of the Estate of Ivan Beswick