UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :
                                    Debtors.                      :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 38974

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2013, I caused to be served the "Notice of Adjournment of Four Hundred Thirteenth Omnibus Objection to Certain Claims (Valued Derivative Claims) Solely as to Certain Claims," dated July 24, 2013 [Docket No. 38974], by causing true and correct copies to be:

    i.  delivered by electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Kerry O'Neil*
                                                    Kerry O'Neil

Sworn to before me this
25th day of July, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bzabarauskas@crowell.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com

dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com

eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com

ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com

jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com;
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com

jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com

kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com

mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com

pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com

rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com

sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com

tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com,
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com

wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

**Master Service List:**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: TRACY HOPE DAVIS, ESQ.; SUSAN D. GOLDEN, ESQ.; ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574


**Additional Service List:**

COMMERZBANK AG
ATTN: GROUP INTENSIVE CARE
INTENSIVE CARE CORPORATES INTERNATIONAL
KAISERSTRASSE 16
FRANKFURT  60261
GERMANY

EUROHYPO AG
ATTN: LEGAL DEPT.
HELFMANN-PARK 5
ESCHBORN 65760
GERMANY