Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Metropolitan Capital Advisors, L.P.
and Metropolitan Capital Advisors International, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                 :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC.,          :    Case No. 08-13555 (JMP)
:
Debtor.                                                             :    (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

PLEASE TAKE NOTICE that, through the undersigned counsel, (a) Metropolitan Capital Advisors, L.P. hereby withdraws <u>Proof of Claim number 14061</u> and (b) Metropolitan Capital Advisors International, Ltd. hereby withdraws <u>Proof of Claim number 14062</u>, each filed against Lehman Brothers Holdings Inc. in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: July 31, 2013
         New York, New York

                                                       **BINGHAM MCCUTCHEN LLP**

                                                       By: /s/ Joshua Dorchak
                                                            Joshua Dorchak
                                                            399 Park Avenue
                                                            New York, New York 10022
                                                            (212) 705-7000
                                                            joshua.dorchak@bingham.com

                                                            *Attorneys for Metropolitan Capital
                                                            Advisors, L.P. and Metropolitan Capital
                                                            Advisors International, Ltd.*

A/75659236.1