UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 27937, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Lehman Brothers MLP Opportunity Fund L.P. (the "Claimant") in the amount of $479,714,333.00, plus contingent unliquidated interest, fees, expenses and other amounts (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44292739\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on June 14, 2013, the issuance of which was noticed in a filing with the Court on June 17, 2013 [ECF No. 37985]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: July 31, 2013
       Washington, DC

                                                  John H. Thompson
                                                  CADWALADER, WICKERSHAM & TAFT LLP
                                                  700 Sixth Street, N.W.
                                                  Washington, DC 20001
                                                  Telephone: (202) 862-2411
                                                  Facsimile: (202) 862-2400

Dated: July 31, 2013
       New York, New York

                                                  Robert J. Lemons
                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007

                                                  *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*