David L. Neale (DN 1948)
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd. Suite 1700
Los Angeles, CA 90067
DLN@LNBYB.COM
Phone: (310) 229-1234
Fax: (310) 229-1244

Attorneys for Lessor and Sublessor,
Kalaimoku-Kuhio Development Corp.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,**<br>et al.,<br><br>Debtors. | **Chapter 11 Case**<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws its appearance in this case on behalf of Lessor and Sublessor Kalaimoku-Kuhio Development Corp. and requests that the undersigned be removed from the ECF and any other service list in this case.

Dated: July 29, 2013

Respectfully submitted,

By: _____
David L. Neale
Levene, Neale, Bender,
  Yoo & Brill L.L.P.
10250 Constellation Blvd. Suite 1700
Los Angeles, CA 90067