UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                                           : Chapter 11

In re                                                        : Case No. 08-13555

LEHMAN BROTHERS HOLDINGS INC.       : (Jointly Administered)

                              Debtors.         : Ref. No. 39049
------------------------------------- x

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

       PLEASE TAKE NOTICE that Bank Hapoalim B.M. and Bank Leumi Le Israel hereby withdraw the *Partial Transfer of Claim* [Docket No. 39049], dated July 17, 2013, filed on July 26, 2013, in reference to Claim No. 55854, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: New York, New York     Bank Hapoalim B.M.
       July 31, 2013
                                         By: _____
                                         Title: General Manager

Dated: New York, New York     Bank Leumi Le Israel
       July 31, 2013
                                         By: _____ [JENNY ASHER 2618]
                                         Title: Manager