Alex Greyserman
HFF I, LLC
205 Lexington Ave
8th Floor
New York, New York 10016
Telephone: (212) 561-1200
Facsimile: (212) 561-1201

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors** | : | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF CLAIMS

Reference is made to proofs of claim 18391, 18392, 18393, 18394, 18395, 18396, 18397, 18398, 18399, 18400, 18454, 18455, 18456, 18457, 18458, 18459, 18460, 18461, 18462, and 18463, filed on September 18, 2009, against various subsidiaries of Lehman Brothers Holdings Inc. by HFF I, LLC (the "Claimant") in unliquidated amounts (the "Claims").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register.

The undersigned represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July 31, 2013
　　　New York, New York

_____
Alex Greyserman
HFF I, LLC
205 Lexington Ave
8th Floor
New York, New York 10016
Telephone: (212) 561-1200
Facsimile: (212) 561-1201

US_ACTIVE:\44298332\1\58399.0011