JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Laura W. Sawyer
Benjamin Rosenblum

*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                            :
                                            :    (Jointly Administered)
                                            :
                                            :
                       Debtors.             :
                                            :
--------------------------------------------------------------- x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1]    All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

NYI-4536487v1

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) declarations of service (attached hereto as Exhibit B).

| | |
|---|---|
| Dated: July 31, 2013<br>New York, New York | JONES DAY<br><br>*s/* Laura W. Sawyer<br>Jayant W. Tambe<br>Laura W. Sawyer<br>Benjamin Rosenblum<br>JONES DAY<br>222 East 41st Street<br>New York, New York  10017<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br><br>*Attorneys for Debtors* |

NYI-4536487v1

# EXHIBIT A

## SUPPLEMENTAL NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | The Bank of New York Mellon |
| Date of Service of Subpoena: | July 29, 2013 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by August 28, 2013 at 10:00 A.M. (ET) at: Jones Day, 222 East 41st Street, New York, New York 10017 |

## EXHIBIT B

## DECLARATIONS OF SERVICE

NYI-4536487v1

# RETURN OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Index Number: 08-13555(JMP)                                                          Date Filed: _____

In re:
**LEHMAN BROTHERS HOLDINGS, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **THE BANK OF NEW YORK MELLON, Att'n: James McAuliffe, One Wall St., New York, NY 10286**.

I, Simon Kahn, do hereby affirm that on the **29th day of July, 2013** at **3:58 pm, I:**

Personally delivered a true copy of the **Subpoena fo Rule 2004 Examination with Exhibits A and B** to Thomas McCauley, ParaLegal accepting for James McAuliffe, and that said documents were in actuality delivered to the business at the location noted above

**Additional Information pertaining to this Service:**
An attempt to serve Mr. Mcauliffe at 32 Old Slip, where he works was not possible. Security told me he was advised no one would come to the lobby, as they were not allowed to accept service in such a manner and that service could be accomplished at One Wall St.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 6'3", Weight: 200, Hair: Brown, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct. Executed on __7/30/13__

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
130 East 18th St., Apt. 16 B
New York, NY  10003
(212) 481-9000
Our Job Serial Number: 2013000187

# RETURN OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Index Number: 08-13555(JMP)                                    Date Filed: _____

In re:
**LEHMAN BROTHERS HOLDINGS, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **GARLAND SIMS, The Bank of New York Mellon, One Wall St., New York, NY 10286**.

I, Simon Kahn, do hereby affirm that on the **29th day of July, 2013** at **3:10 pm**, I:

Personally delivered a true copy of the **Subpoena fo Rule 2004 Examination with Exhibits A and B** to Thomas McCauley, Para-Legal acceptinhg for Mr. Sims and that said documents were in actuality delivered to the business at the location noted above

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 6'3", Weight: 200, Hair: Brown, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct. Executed on ___7/30/13___

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
130 East 18th St., Apt. 16 B
New York, NY 10003
(212) 481-9000
Our Job Serial Number: 2013000186