# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 19526

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.19526, solely to the extent of $611,512.38 , against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17 , 2013.

| CITIGROUP FINANCIAL PRODUCTS INC. | STONE LION PORTFOLIO L.P. |
| --- | --- |
|  | By: Stone Lion Capital Partners, L.P., Its Investment Manager |
| By: _____ | By: _____ |
| Name: _____ | Name: Claudia Borg |
| Title: _____ | Title: General Counsel |

-16-

Doc# US1:8633085v3

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 19526

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.19526, solely to the extent of $611,512.38 , against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17 , 2013.

| CITIGROUP FINANCIAL PRODUCTS INC. | STONE LION PORTFOLIO L.P. |
|---|---|
| | By: Stone Lion Capital Partners, L.P., Its Investment Manager |
| By: [signature] | By: _____ |
| Name: _____ | Name: _____ |
| Title: Brian S. Broyles, Authorized Signatory | Title: _____ |

-16-

Doc#: US1:8633085v3

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
        Case No. 08-13555 (the "Case")

Claim # 19537

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Stone Lion Portfolio L.P.
> Stone Lion Capital Partners L.P.
> 555 5th Ave, 18th Floor
> New York, NY 10017
> Phone: (212) 843-1225
> Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.19537, solely to the extent of $611,512.38 , against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17    , 2013.

CITIGROUP FINANCIAL PRODUCTS INC.           STONE LION PORTFOLIO L.P.
                                             By: Stone Lion Capital Partners, L.P., Its
                                             Investment Manager

By: _____                  By: _____
Name: _____                  Name: Claudia Borg
Title: _____                 Title: General Counsel

-17-

Doc# US1:8633085v3

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:    LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 19537

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 19537, solely to the extent of $611,512.38, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 17___, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.        STONE LION PORTFOLIO L.P.
                                         By: Stone Lion Capital Partners, L.P., Its
                                         Investment Manager

By: _____              By: _____
Name: ___Brian S. Broyles___             Name: _____
Title: ___Authorized Signatory___        Title: _____

-17-

Doc# US1 8633085v3

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:   LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 17727

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 17727, solely to the extent of $5,000,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 17___, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.      STONE LION PORTFOLIO L.P.
                                        By: Stone Lion Capital Partners, L.P., Its
                                        Investment Manager

By: _____               By: _____
Name: _____               Name: __Claudia Borg__
Title: _____              Title: __General Counsel__

-17-

Doc#: US1:8632207v2

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:   LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 17727

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 17727, solely to the extent of $5,000,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated     July 17    , 2013.

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name: _____
Title: __Brian S. Broyles__
       Authorized Signatory

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners, L.P., Its
Investment Manager

By: _____
Name: _____
Title: _____

-17-

Doc# US! 8632207v2

# EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:   LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 17728

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.17728, solely to the extent of $5,000,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.            STONE LION PORTFOLIO L.P.
                                             By: Stone Lion Capital Partners, L.P., Its
                                             Investment Manager

By: _____                  By: _____
Name: _____                  Name: Claudia Borg
Title: _____                 Title: General Counsel

-18-

Doc#: US1:8632207v2

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 17728

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.     , solely to the extent of $5,000,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 17___, 2013.

| CITIGROUP FINANCIAL PRODUCTS INC. | STONE LION PORTFOLIO L.P. |
|---|---|
| | By: Stone Lion Capital Partners, L.P., Its Investment Manager |
| By: _[signature]_ | By: _____ |
| Name: _____ | Name: _____ |
| Title: Brian S. Broyles, Authorized Signatory | Title: _____ |

-18-

Doc# US1 8632207v2

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:    LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 19528

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Stone Lion Portfolio L.P.
> Stone Lion Capital Partners L.P.
> 555 5th Ave, 18th Floor
> New York, NY 10017
> Phone: (212) 843-1225
> Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.19528, solely to the extent of $1,372,337.28, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name: _____
Title: _____

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners, L.P., Its Investment Manager

By: _____
Name: Claudia Borg
Title: General Counsel

-16-

Doc#: US1:8633012v3

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:  LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 19528

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.19528, solely to the extent of $1,372,337.28, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 17___, 2013.

| CITIGROUP FINANCIAL PRODUCTS INC. | STONE LION PORTFOLIO L.P.<br>By: Stone Lion Capital Partners, L.P., Its Investment Manager |
|---|---|
| By: _____<br>Name: _____<br>Title: Brian S. Broyles<br>Authorized Signatory | By: _____<br>Name: _____<br>Title: _____ |

-16-

Doc# US1 8633012v3

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 19531

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 19531, solely to the extent of $1,372,337.28, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17, 2013.

| CITIGROUP FINANCIAL PRODUCTS INC. | STONE LION PORTFOLIO L.P. |
|---|---|
| | By: Stone Lion Capital Partners, L.P., Its Investment Manager |
| By: _____ | By: /s/ Claudia Borg |
| Name: _____ | Name: Claudia Borg |
| Title: _____ | Title: General Counsel |

-17-

Doc# US1:8633012v3

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn:  Clerk

AND TO:   LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 19531

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.19531, solely to the extent of $1,372,337.28, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated   July 17       , 2013.

CITIGROUP FINANCIAL PRODUCTS INC.          STONE LION PORTFOLIO L.P.
                                                                                  By: Stone Lion Capital Partners, L.P., Its
                                                                                  Investment Manager

By: _____                           By: _____
Name:                                                                      Name: _____
Title:   Brian S. Broyles                                          Title: _____
           Authorized Signatory

-17-

Doc#: US1:8633012v3

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:   LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 19530

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.19530, solely to the extent of $562,926.99, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 17___, 2013.

| CITIGROUP FINANCIAL PRODUCTS INC. | STONE LION PORTFOLIO L.P.<br>By: Stone Lion Capital Partners, L.P., Its Investment Manager |
|---|---|
| By: _____<br>Name: _____<br>Title: _____ | By: _[signature]_<br>Name: Claudia Borg<br>Title: General Counsel |

-16-

Doc#: US1:8657850v2

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 19530

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.19530, solely to the extent of $562,926.99, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 17___, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.          STONE LION PORTFOLIO L.P.
                                           By: Stone Lion Capital Partners, L.P., Its
                                           Investment Manager

By: _____                By: _____
Name: _____                Name: _____
Title: Brian S. Broyles                    Title: _____
       Authorized Signatory

-16-

Doc# US1:8657850v2

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 67359

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.67359, solely to the extent of $562,926.99, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 17___, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name: _____
Title: Brian S. Broyles
Authorized Signatory

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners, L.P., Its Investment Manager

By: _____
Name: _____
Title: _____

-17-

Doc# US1:8657850v2

# EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:  LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
         Case No. 08-13555 (the "Case")

Claim # 67359

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **Stone Lion Portfolio L.P.**
> Stone Lion Capital Partners L.P.
> 555 5th Ave, 18th Floor
> New York, NY 10017
> Phone: (212) 843-1225
> Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No.67359, solely to the extent of $562,926.99, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.          STONE LION PORTFOLIO L.P.
                                           By: Stone Lion Capital Partners, L.P., Its
                                           Investment Manager

By: _____                 By: _____(signed)_____
Name: _____                 Name: Claudia Borg
Title: _____                Title: General Counsel

-17-

Doc#: US1:8657850v2