UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                        Debtors.                :    (Jointly Administered)
------------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL

Reference is made to the proofs of claim listed on the attached Exhibit A (the "Exhibit A Claims"), which were filed against Lehman Brothers Holdings Inc. ("LBHI") or one of its affiliates (together with LBHI, the "Debtors") in the above-captioned cases in the amounts listed on Exhibit A, and which are currently held by parties listed thereon (collectively, the "Claimants").

Further reference is made to the proofs of claim listed on the attached Exhibit B (the "Exhibit B Claims"), which were filed against LBHI in the amounts listed on Exhibit B, and which are currently held by the Claimants listed thereon.

PLEASE TAKE NOTICE that each of the Claimants listed on Exhibit A hereby withdraws with prejudice its Exhibit A Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Exhibit A Claims in their entirety from the claims register.

PLEASE TAKE FURTHER NOTICE that each of the Claimants listed on Exhibit B hereby (a) withdraws with prejudice the portions of its Exhibit B Claims specified in the column titled "Amount to be Withdrawn" on Exhibit B and (b) directs Epiq Bankruptcy Solutions LLC to (i) expunge such portions from the claims register and (ii) reduce each of the Exhibit B Claims to the respective amount specified in the column titled "Amount of Remaining Claim" on Exhibit B. This notice of withdrawal is without prejudice to respective

1

rights of the Claimants and Debtors with respect to the remaining portions of the Exhibit B Claims.

Each Claimant represents and warrants that the withdrawal of its Exhibit A Claims and partial withdrawal of its Exhibit B Claims is within its corporate powers, has been duly authorized by all necessary action, and, to the best of its knowledge, will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws all subpoenas served upon the Claimants prior to the date hereof, and withdraws with prejudice all subpoenas served upon the Claimants with respect to the Exhibit A Claims.

Dated: July 31, 2013
New York, New York

By: /s/ Bryan R. Kaplan

Bryan R. Kaplan
PAUL HASTINGS LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 230-5179

*Attorneys for CarVal Investors UK Limited*

Dated: July 31, 2013
New York, New York

/s/ Garrett A. Fail

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2

## **EXHIBIT A**

| Claim No. | Current Creditor | Filed Amount |
|---|---|---|
| 23768 | CVF LUX MASTER SARL | $83,404,286.02 |
| 21556 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $80,798,607.04 |
| 21775 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $38,562,702.89 |
| 21515 | CVI CVF II LUX MASTER S.A.R.L. | $28,855,725.00 |
| 31684 | CVI GVF LUXEMBOURG FOURTEEN S.A.R.L. | $28,205,702.28 |
| 33448 | CVF LUX SECURITIES TRADING S.A.R.L. | $24,459,904.64 |
| 28527 | CVI CVF II LUX MASTER S.A.R.L. | $16,266,565.00 |
| 19220 | CVI CVF II LUX MASTER S.A.R.L. | $12,394,389.20 |
| 67250 | CVF LUX SECURITIES TRADING S.A.R.L. | $10,084,912.57 |
| 24242 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $7,441,033.43 |
| 24244 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $7,260,195.66 |
| 24243 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $7,216,988.58 |
| 21779 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $5,830,829.52 |
| 22196 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $5,692,778.00 |
| 21659 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $5,650,589.60 |
| 13683 | CVI CVF II LUX MASTER SARL | $5,540,307.74 |
| 24247 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $5,432,500.00 |
| 25379 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $4,930,698.00 |
| 13815 | CVI CVF II LUX MASTER S.A.R.L. | $4,532,182.00 |
| 19969 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $4,434,421.00 |
| 21656 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $4,419,580.26 |
| 21778 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $4,194,922.01 |
| 29351 | CVI CVF II LUX MASTER S.A.R.L. | $3,716,824.00 |
| 19676 | CVF LUX MASTER S.A.R.L. | $3,628,091.00 |

US_ACTIVE:\44289690\6\58399.0011

| 13685 | CVF LUX MASTER S.A.R.L. | $3,360,454.00 |
| 24245 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $3,321,041.00 |
| 13691 | CVI CVF II LUX MASTER S.A.R.L. | $2,890,699.00 |
| 17122 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $2,866,571.00 |
| 13753 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $2,785,774.00 |
| 24249 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $2,485,661.63 |
| 13814 | CVI CVF II LUX MASTER S.A.R.L. | $2,111,489.00 |
| 13817 | CVI CVF II LUX MASTER S.A.R.L. | $2,093,285.00 |
| 46947 | CVF LUX MASTER S.A.R.L. | $2,041,398.89 |
| 26521 | CVF LUX MASTER S.A.R.L. | $1,918,856.62 |
| 14130 | CVF LUX MASTER S.A.R.L. | $1,522,735.00 |
| 13805 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $1,515,403.00 |
| 28635 | CVI CVF II LUX MASTER S.A.R.L. | $1,198,736.51 |
| 13692 | CVI CVF II LUX MASTER SARL | $1,189,433.00 |
| 13693 | CVI CVF II LUX MASTER SARL | $1,112,020.00 |
| 13690 | CVI CVF II LUX MASTER SARL | $892,790.00 |
| 13472 | CVIC LUX MASTER SARL | $651,131.67 |
| 21557 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $627,628.45 |
| 13570 | CVIC LUX MASTER S.A.R.L. | $620,841.00 |
| 13816 | CVI CVF II LUX MASTER S.A.R.L. | $507,586.00 |
| 13689 | CVI CVF II LUX MASTER SARL | $503,023.00 |
| 28638 | CVI CVF II LUX MASTER SARL | $319,787.00 |
| 11346 | CVIC LUX MASTER S.A.R.L. | $311,755.73 |
| 13804 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $297,119.00 |
| 17123 | CVI GVF (LUX) MASTER SARL | $194,079.00 |
| 24246 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $84,123.00 |

US_ACTIVE:\44289690\6\58399.0011

| 33465 | CVI CVF II LUX MASTER S.A.R.L. | $6,563,895.58 |
|---|---|---|
| 4623 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $5,296,538.70 |
| 9786 | C.V.I G.V.F. LUX MASTER S.A.R.L. UK | $3,984,952.04 |
| 3646 | C.V.I G.V.F. LUX MASTER S.A.R.L. UK | $3,657,248.00 |
| 66881 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $2,653,518.79 |
| 19677 | CVIC LUX MASTER S.A.R.L. | $377,255.44 |
| 66057 | C.V.I G.V.F. LUX MASTER S.A.R.L. UK | $22,601,120.00 |
| 17192 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $5,965,067.00 |
| 17113 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $2,397,313.00 |

US_ACTIVE:\44289690\6\58399.0011

## **EXHIBIT B**

| Claim No. | Current Creditor | Filed Amount | Amount to be Withdrawn | Amount of Remaining Claim |
|---|---|---|---|---|
| 42912 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $12,367,248.16 | $9,506,509.50 | $2,860,738.66 |
| 45149 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $9,071,368.00 | $1,471,255.00 | $7,600,113.00 |
| 45147 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | $11,549,633.00 | $1,194,592.00 | $10,355,041.00 |
| 33604 | CVI GVF LUXEMBOURG FOURTEEN S.A.R.L. | $23,155,004.94 | $23,140,004.94 | $15,000.00 |

US_ACTIVE:\44289690\6\58399.0011