WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : **08-13555 (JMP)**
:
**Debtors.** : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF ONE**
**HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without

prejudice its One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives

Claims) [ECF No. 16865] **solely as to the claims listed on Exhibit A attached hereto**.  The

Plan Administrator reserves its rights to object to the claims listed on <u>Exhibit A</u> on any grounds

in the future.

Dated:  July 31, 2013
     New York, New York

             /s/ Robert J. Lemons
             Robert J. Lemons

             WEIL, GOTSHAL & MANGES LLP
             767 Fifth Avenue
             New York, New York 10153
             Telephone: (212) 310-8000
             Facsimile: (212) 310-8007

             Attorneys for Lehman Brothers Holdings Inc.
             and Certain of Its Affiliates

US_ACTIVE:\44305479\1\58399.0003

### Exhibit A

### Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| UNITED COMPANY | 22942 | 23518 |
| UNITED COMPANY | 22940 | 23518 |
| UNITED COMPANY | 22941 | 23518 |