**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————————— :
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :       **08-13555 (JMP)**
                                        :
Debtors                                 :       (Jointly Administered)
——————————————————————————— :

### JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proofs of claim 19534 and 19539, each filed on September 19, 2009, against Lehman Brothers Holdings Inc. by Stark Criterion Master Fund Ltd. (the "Claimant") in the amount of $67,446.00 (the "Claims").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44294501\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon the Claimant on January 2, 2013, the issuance of which was noticed in a filing with the Court on January 4, 2013 [ECF No. 33629].

Dated: July 30, 2013
        New York, New York

/s/ Daniel Guyder
Daniel Guyder
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for Stark Criterion Master Fund Ltd.*

Dated: July 31, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*