B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>            Case No. <u>08-13555 (JMP)</u>
                                                              (Jointly Administered)
                    Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Burlington Loan Management Limited</u>           <u>Altuned Holdings LLC</u>
       Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>22672</u>
should be sent:                                  Amount of Claim Transferred: <u>$99,804,616.48</u>
                                                 Date Claim Filed: <u>9/21/2009</u>
   65 East 55th Street, 19th Floor               Debtor: <u>Lehman Brothers Holdings Inc.</u>
   New York, NY  10022
   Tel: +1 212 446 4018
   Email:  <u>jdonovan@dkpartners.com</u>
   Attention: Jennifer Donovan


Phone:_____          Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Burlington Loan Management Limited

By: _____          Date:   7/31/2013
   Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 22672 **(partial transfer)** |

It is hereby certified that **ALTUNED HOLDINGS LLC** ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

**BURLINGTON LOAN MANAGEMENT LIMITED**
c/o Davidson Kempner Capital Management
65 East 55th Street, 19th Floor
New York, NY 10022
Tel: +1 212 446 4018
Email: jdonovan@dkpartners.com
Attention: Jennifer Donovan

("Buyer") all of its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the claim referenced above (the "Claim") filed against the Debtor in the Bankruptcy Court, solely to extent of **US$ 99,804,616.48** (the "Transferred Portion").

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM IS EXECUTED THIS 31 day of July 2013

| | |
|---|---|
| **Altuned Holdings LLC** | **Burlington Loan Management Limited** Acting through Davidson Kempner Capital ManagementLLC, its investment manager |
| Name: Avram Friedman Title: Manager | Name: Avram Friedman Title: Managing Member |