United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings Inc                    Case No.    08-13555 (JMP)

TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Yorvik Investments Ltd | Yorvik Partners LLP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
11 Ironmonger Lane
London EC2V 8EY
United Kingdom

e-mail:  r.carmody@yorvikpartners.com

Tel :    +44 20 7796 5917

Court Claim # (if known):  66356

Amount of Claim:  100% of the total filed under Claim number 66356

Date Claim Filed:    16 July 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___
Transferee/Transferee's Agent

Date: 01/08/2013

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, **Yorvik Partners LLP** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Yorvik Investments Ltd** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the _1st August 2013_ (the "Effective Date")

562011v.4

and understa[REDACTED]e to Seller
transferring [REDACTED]der of the
Transferred [REDACTED]ect of the
Transferred [REDACTED]

4. [REDACTED] payments,
distributions [REDACTED]grees to (a)
forward to P[REDACTED] Claims in
a timely man[REDACTED]ot be voted
separately, th[REDACTED]an be voted
separately, a[REDACTED] Purchaser
may from ti[REDACTED] Security to
such account[REDACTED] writing to
Seller. This [REDACTED], any other
automaticall[REDACTED]lar transfer
method) wit[REDACTED]

5. [REDACTED]ecuted and
delivered, al[REDACTED]e taken all
such other a[REDACTED]rposes, and
carry out the[REDACTED]g to ensure
the timely ar[REDACTED]

6. [REDACTED]rpreted and
determined i[REDACTED]v provision
that would r[REDACTED]bmit to the
jurisdiction [REDACTED]to consents
to service of [REDACTED]

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of August.



YORVIK PARTNERS LLP

By: _____
Name: Simon Mullaly
Title: Partner

Address:
11 Ironmonger Lane,
London EC2V 8EY
U.K.

YORVIK INVESTMENTS LTD

By: _____
Name: Simon Mullaly
Title: Director

Address:
11 Ironmonger Lane,
London EC2V 8EY
U.K.

562911v.4

Schedule 1

Transferred Claims

Purchased Claim

100.00% of Seller's interest in the ISIN XS0238228901 described below as set out in Proof of Claim number 66356

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| EUR 5,400,000 Swing Garant Notes and EUR 7,000,000 Swing Garant Notes | XS0238228901 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | EUR1,000.00 which is the equivalent of US$1,419.11 | Not applicable | Due 2015 and due 2016 | Not applicable |

562011v.4