<u>United States Bankruptcy Court</u>
<u>Southern District of New York</u>

In re <u>Lehman Brothers Holdings Inc., et al.,</u>    Case No. <u>08-13555 (JMP)</u>

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Corbin Opportunity Fund, L.P.</u>    <u>RBS Securities Inc.</u>
Name of Transferee    Name of Transferor

Court Claim #: <u>multiple – see attached schedule</u>
Claim Amount: <u>see attached schedule</u>

Name and Address where notices to Transferee
should be sent:

Corbin Opportunity Fund, L.P.
c/o Corbin Capital Partners, L.P.
590 Madison Avenue, 31st Floor
New York, NY 10022
P: 212-634-7373
F: 212-634-7399
Email: notices@corbincapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CORBIN OPPORTUNITY FUND, L.P.**
**by: Corbin Capital Partners, L.P.**

By: _[signature]_    Date: _8-1-13_
Name: _Daniel Friedman_
Title: _General Counsel_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Schedule

| Proof of Claim Number | ISIN/CUSIP | Allowed Amount (in USD) |
|---|---|---|
| 29181 | XS0353157216 | **2,752,731.80** |
| 29184 | XS0353157216 | **277,840.60** |
| 29185 | XS0353157216 | **1,011,207.60** |
| 58834 | XS0353157216 | **3,075,820.00** |