SEWARD & KISSEL LLP
Ronald L. Cohen
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Claren Road Credit Master Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors : | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 33475, filed on September 21, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by Claren Road Credit Master Fund Ltd. (the "Claimant") in an unliquidated amount (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

This notice of withdrawal applies only to the Claim asserted against LBHI. The withdrawal of the Claim is without prejudice to any claims asserted by Claimant against any

affiliate of LBHI or Lehman Brothers Inc.

Dated:   August 1, 2013
         New York, New York

                                        /s/ Ronald L. Cohen
                                        Ronald L. Cohen
                                        SEWARD & KISSEL LLP
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone: (212) 574-1200
                                        Facsimile: (212) 901-2110

                                        *Attorneys for Claren Road Credit*
                                        *Master Fund Ltd.*