Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings Inc.**              Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **VonWin Capital Management, LP** | **Traxis Fund LP** |

**Name and Address where notices to Transferee should be sent:**
By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 66511**
Amount of Claim: **$676,637.80**
Date Claim Filed**: 4/6/10**
Debtor: **Lehman Brothers Holdings Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**              Date:  August 1, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

DEBTOR

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIMS
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all Claims of Traxis Fund LP ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claims against the Debtor(s), including but not limited to the following:

| Proof of Claims Amount | Proof of Claims No. |
|---|---|
| $676,637.80 | 66511 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Buyer"). The signature of Seller on this document is evidence of the transfer of the Claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to the Buyer.

BUYER: VonWin Capital Management, L.P.
       By VonWin Capital, LLC,
       its general partner
Address: 261 Fifth Avenue, 22nd Floor
         New York, NY 10016

Signature: 
Name: Roger Von Spiegel
Title: Managing Member
Date:

SELLER: Traxis Fund LP
Address: 4 Greenwich Office Park, 2nd Floor
         Greenwich, CT 06831

Signature:
Name: Amer Bisat
Title: Managing Member
Date: 7/31/2013

YASMIN ANTUN
Notary Public-Connecticut
My Commission Expires
March 31, 2017

SK 26435 0009 1399184

Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings Inc.**          Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **VonWin Capital Management, LP** | **Traxis Fund LP** |

**Name and Address where notices to Transferee should be sent:**
By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 66512**
Amount of Claim: **$676,637.80**
Date Claim Filed**: 4/6/10**
Debtor: **Lehman Brothers Special Financing Inc.**


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**          Date:   August 1, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 Lehman Brothers Special Financing Inc.

DEBTOR

Case No. 08-13888

Chapter 11

### NOTICE OF TRANSFER OF CLAIMS
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all Claims of Traxis Fund LP ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claims against the Debtor(s), including but not limited to the following:

| Proof of Claims Amount | Proof of Claims No. |
|---|---|
| $676,637.80 | 66512 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Buyer"). The signature of Seller on this document is evidence of the transfer of the Claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to the Buyer.

BUYER: VonWin Capital Management, L.P.
By VonWin Capital, LLC,
its general partner
Address: 261 Fifth Avenue, 22nd Floor
New York, NY 10016

Signature: _____
Name: Roger Von Spiegel
Title: Managing Member
Date: _____

SELLER: Traxis Fund LP
Address: 4 Greenwich Office Park, 2nd Floor
Greenwich, CT 06831

Signature: _____
Name: Amer B. Sqt
Title: Managing Member
Date: 7/31/2013

YASMIN ANTUN
Notary Public-Connecticut
My Commission Expires
March 31, 2017

SK 26435 0009 1399184