UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING MOTION OF DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG AND KLAUS TSCHIRA STIFTUNG GGMBH TO WITHDRAW CLAIM NUMBERS 32395 AND 22671 PURSUANT TO RULE 3006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the Motion of Dr. H.C. Tschira Beteiligungs GmbH & Co. KG ("KG") and Klaus Tschira Stiftung gGmbH ("KTS" and together with KG, the "Tschira Entities") to withdraw Claim Numbers 32395 and 22671 pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure (the "Motion"), and any opposition and reply thereto and the arguments of counsel; and the Court having found that due and proper notice of the Motion has been provided, and it appearing that no further notice need be provided, and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the MOTION is GRANTED in part; and it is further

ORDERED that the Tschira Entities are hereby authorized to withdraw proofs of claim numbers 32395 and 22671; and it is further

ORDERED that proofs of claim numbers 32395 and 22671 are withdrawn, with prejudice; and it is further

ORDERED that, as an agreed condition of withdrawal, the Tschira Entities shall continue to be subject to this Court's jurisdiction with respect to any affirmative claims by the Debtors (as defined in the Order Confirming Modified Third Amended Joint Chapter 11 Plan of

Lehman Brothers Holdings Inc. and its Affiliated Debtors [Docket No. 23023]) to the same extent as if claim numbers 32395 and 22671 had not been withdrawn.

Dated: New York, New York  
August 2, 2013



/s/ James M. Peck  
_____  
Honorable James M. Peck  
United States Bankruptcy Judge