# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.                Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Värde Investment Partners, L.P.** | **The Royal Bank of Scotland plc** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

8500 Normandale Lake Boulevard
Suite 1500
Minneapolis, MN 55437
Attn: Edwina P.J. Steffer
e-mail: *esteffer@varde.com*

Last Four Digits of Acct. #:

Court Claim No.: 67256

Amount of Claims Transferred: $4,597,869.85, plus all accrued interest, fees and other recoveries due.

Date Claims Filed: December 16, 2010

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.

By Värde Investment Partners G.P., LLC,
Its General Partner
By Värde Partners, L.P.,
Its Managing Member
By Värde Partners, Inc.,
Its General Partner

By: _____        Date: 8/2/13
Name:   **Todd B. Jelen**
Title:   **Managing Director**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

119-1525/CERTS/3900507.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 67256 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on    .

| **The Royal Bank of Scotland plc** | **Värde Investment Partners, L.P.** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>The Royal Bank of Scotland plc<br>600 Washington Boulevard<br>Stamford, CT 06901<br>Attn: Matthew Rosencrans<br>Phone: (203) 897-2644<br>Email: Matthew.Rosencrans@rbs.com<br><br>Copy to:<br><br>Christopher Young<br>Phone: (203) 897-1287<br>Email: Christopher.Young@rbs.com | Address of Transferee<br>8500 Normandale Lake Boulevard<br>Suite 1500<br>Minneapolis, MN 55437<br>Attn: Edwina P.J. Steffer<br>E-mail: esteffer@varde.com |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
CLERK OF THE COURT

119-1525/CERTS/3900507.1

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

The Royal Bank of Scotland plc, with offices located at 600 Washington Boulevard, Stamford, CT 06901 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Värde Investment Partners, L.P., its successors and assigns ("Buyer"), all right, title and interest in and to the allowed general unsecured claim of Seller against Lehman Commercial Paper Inc. ("LCPI"), docketed as Claim No. 28430 (subsequently amended by Claim No. 67256), which was stipulated as allowed pursuant to that certain Settlement Agreement, entered into on October 13, 2010, between IKB Deutsche Industriebank AG, London Branch and LCPI in the amount of $4,597,869.85 (the "Transferred Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

In witness whereof, this Evidence of Transfer of Claim is executed as of this 2nd day of ~~July~~ AUGUST, 2013.

| The Royal Bank of Scotland plc | Värde Investment Partners, L.P. |
|---|---|
| By: RBS Securities Inc., its agent | By: Värde Investment Partners G.P., LLC, its General Partner |
| By: _____ | By: Värde Partners, L.P., its Managing Member |
| Name: Matthew Wilson | By: Värde Partners, Inc., its General Partner |
| Title: Authorized Signatory | |
| | By: _____ |
| | Name: |
| | Title: |

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

The Royal Bank of Scotland plc, with offices located at 600 Washington Boulevard, Stamford, CT 06901 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Värde Investment Partners, L.P., its successors and assigns ("Buyer"), all right, title and interest in and to the allowed general unsecured claim of Seller against Lehman Commercial Paper Inc. ("LCPI"), docketed as Claim No. 28430 (subsequently amended by Claim No. 67256), which was stipulated as allowed pursuant to that certain Settlement Agreement, entered into on October 13, 2010, between IKB Deutsche Industriebank AG, London Branch and LCPI in the amount of $4,597,869.85 (the "Transferred Claim") , in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

In witness whereof, this Evidence of Transfer of Claim is executed as of this 2nd day of ~~July~~ AUGUST, 2013.

| The Royal Bank of Scotland plc | Värde Investment Partners, L.P. |
|---|---|
| By: RBS Securities Inc., its agent | By: Värde Investment Partners G.P., LLC, its General Partner<br>By: Värde Partners, L.P., its Managing Member<br>By: Värde Partners, Inc., its General Partner |
| By: _____<br>Name:<br>Title: | By: _____<br>Name: Todd B. Jelen<br>Title: Managing Director |