UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## WITHDRAWAL OF [PORTION OF] CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al., 08-13555 |
| Creditor Name and Address: | Contrarian Funds, LLC as assignee of MKM Longboat Multi-Strategy Master 411 West Putnam Ave Greenwich, CT 06830 |
| Claim Number: | 43775 |
| Date Claim Filed: | 10/22/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% $158,378,970.89 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Jon R. Bauer Managing Member | Dated: 8/2/13 |