UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

## WITHDRAWAL OF [PORTION OF] CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al., 08-13555 |
| Creditor Name and Address: | Contrarian Funds, LLC as assignee of Fortrinn Volatility Fund LTD 411 West Putnam Ave Greenwich, CT 06830 |
| Claim Number: | 29810 |
| Date Claim Filed: | 9/22/09 |
| Percentage and Total Amount of Claim Withdrawn: | 100%   $5,483,311.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: |
|---|---|
| Printed Name: Jon R. Bauer, Managing Member | Dated: 8/2/13 |

US_ACTIVE:\44286191\2\58399.0003