UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                            Debtors.               :   (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF [PORTION OF] CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al., 08-13555 |
| --- | --- |
| Creditor Name and Address: | Contrarian Funds, LLC<br>411 West Putnam Ave<br>Greenwich, CT 06830 |
| Claim Number: | 19117 |
| Date Claim Filed: | 9/18/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%<br>$2,762,292.39 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
| --- | --- |
| Printed Name: Jon R. Bauer<br>Managing Member | Dated: 8/2/13 |

US_ACTIVE:\44286191\2\58399.0003