UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                        Debtors.                               :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF [PORTION OF] CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al., 08-13555 |
| --- | --- |
| Creditor Name and Address: | Contrarian Funds, LLC as assignee of Gandhara Master Fund Limited 411 West Putnam Ave Greenwich, CT 06830 |
| Claim Number: | 43776 |
| Date Claim Filed: | 10/22/09 |
| Percentage and Total Amount of Claim Withdrawn: | 100%    $1,637,368.33 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signature] | Title: |
| --- | --- |
| Printed Name: Jon R. Bauer ~~Managing Member~~ | Dated: 8/2/13 |

US_ACTIVE:\44286191\2\58399.0003