UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| In re | : | Chapter 11 Case No. |
| --- | --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## WITHDRAWAL OF [PORTION OF] CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al., 08-13555 |
| --- | --- |
| Creditor Name and Address: | Contrarian Funds, LLC as assignee of Oppeheimer Quest Opportunity for Value Funds 411 West Putnam Ave Greenwich, CT 06830 |
| Claim Number: | 29325 |
| Date Claim Filed: | 9/22/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%  $2,782,956.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
| --- | --- |
| Printed Name: Jon R. Bauer  Managing Member | Dated: 8/2/13 |