UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                         :
                        Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF [PORTION OF] CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al., 08-13555 |
|---|---|
| Creditor Name and Address: | Contrarian Funds, LLC<br>411 West Putnam Ave<br>Greenwich, CT 06830 |
| Claim Number: | 19122 |
| Date Claim Filed: | 9/18/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%    $9,136,319.48 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: |
|---|---|
| Printed Name: Jon R. Bauer, Managing Member | Dated: 8/2/13 |