UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## WITHDRAWAL OF [PORTION OF] CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al., 08-13555 |
| Creditor Name and Address: | Contrarian Funds, LLC  411 West Putnam Ave  Greenwich, CT  06830 |
| Claim Number: | 19124 |
| Date Claim Filed: | 9/18/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%    $3,149,518.95 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Jon R. Bauer  Managing Member | Dated: 8/2/13 |