UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :   08-13555 (JMP)
                                               :
                                   Debtors.    :   (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF [PORTION OF] CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., et al., 08-13555 |
|---|---|
| Creditor Name and Address: | Contrarian Funds, LLC as assignee of NASDAQ OMX  411 West Putnam Ave  Greenwich, CT 06830 |
| Claim Number: | 29350 |
| Date Claim Filed: | 9/22/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%   $1,733,412.40 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Jon R. Bauer  Managing Member | Dated: 8/2/13 |