UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

_____

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF
SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 29115, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Robert B. Henske and Elisabeth R. Henske (the "Claimants") in the amount of $204,708.00 (the "Claim"). The Claimants represent and warrant that as of the date hereof, the Claimants have not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Claimants, by and through their attorneys, hereby withdraw with prejudice the Claim and direct Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimants represent and warrant that the withdrawal of the Claim is within their corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on them, or any law, regulation, judgment, order or administrative action binding on them.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice all subpoenas related to the Claim served upon the Claimants and hereby agrees to instruct all process servers not to serve any further subpoena related to the Claim upon either of the Claimants and to withdraw with prejudice any further subpoena related to the Claim served upon either of the Claimants.

Dated: August 1, 2013
      New York, New York

/s/ Jonathan B.L. Decker

Jonathan B.L. Decker
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7852
Facsimile: (617) 235-9732

*Attorneys for Robert B. Henske and Elisabeth R. Henske*

Dated: August 2, 2013
      New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*