UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| _____ | : | |

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim numbers 26884, 26885, and 26870, each filed on September 22, 2009, against Lehman Brothers Holdings Inc. by LMA SPC for and on behalf of MAP 19 Segregated Portfolio (the "Claimant") in unliquidated amounts (the "Claims").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register.  The Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44279307\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon the Claimant on November 29, 2012, the issuance of which was noticed in a filing with the Court on November 30, 2012 [ECF No. 32507].

Dated: August 2, 2013
    New York, New York

/s/ Alex R. Rovira

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599

*Attorneys for LMA SPC for and on behalf of MAP 19 Segregated Portfolio*

Dated: August 2, 2013
    New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*