UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF
SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim numbers 26889, 26890, and 26894, each filed on September 22, 2009, against Lehman Brothers Holdings Inc. by LMA SPC for and on behalf of MAP G Segregated Portfolio (the "Claimant") in unliquidated amounts (the "Claims").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44279319\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon the Claimant on November 29, 2012, the issuance of which was noticed in a filing with the Court.

Dated: August 2, 2013
      New York, New York

                                     /s/ Alex R. Rovira

                                     Alex R. Rovira
                                     SIDLEY AUSTIN LLP
                                     787 Seventh Avenue
                                     New York, New York 10019
                                     Telephone: (212) 839-5989
                                     Facsimile: (212) 839-5599

                                     *Attorneys for LMA SPC for and on behalf of MAP G Segregated Portfolio*

Dated: August 2, 2013
      New York, New York

                                     /s/ Robert J. Lemons

                                     Robert J. Lemons
                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007

                                     *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*