UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :    (Jointly Administered)
                        Debtors.              :
                                              :
                                              :
------------------------------------------------------------------------x    Ref. Docket Nos. 37553, 38421,
                                                   38666, 38667, 38671-38673, 38676-
                                                   38683

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 17, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
1st day of August, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 37553, 38421, 38666...38673, 38676-38683_AFF_7-17-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                        |   Chapter 11 Case No.
                                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,                       |   08-13555 (JMP)
                                                             |
                                                             |   (Jointly Administered)
            Debtors.                                         |
_____

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   DRYDEN X - EUROPEAN LOAN FUND 2005
          ATTN: TERENCE DUN
          C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC.
          PO BOX 32339
          GATEWAY CENTER 2, 3RD FLOOR
          NEWARK NJ 07102

Please note that your claim # 16858 in the above referenced case and in the amount of
       $314,770.29   allowed at $78,885.42        has been transferred **(unless previously expunged by court order)**

          BANC OF AMERICA CREDIT PRODUCTS, INC.
          TRANSFEROR: DRYDEN X - EUROPEAN LOAN FUND 2005
          C/O BANK OF AMERICA MERRILL LYNCH
          ATTN: GARY S. COHEN/ANTE JAKIC
          BANK OF AMERICA TOWER - 3RD FLOOR
          ONE BRYANT PARK
          NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 38682     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/17/2013                            Vito Genna, Clerk of Court


                                            /s/ Panagiota Manatakis
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 17, 2013.

# EXHIBIT B

08-13555-mg    Doc 39168    Filed 08/02/13    Entered 08/02/13 17:29:34    Main Document
Pg 4 of 5

```
TIME: 11:49:34                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 07/17/13                                               CREDITOR LISTING

Name                                        Address
BANC OF AMERICA CREDIT PRODUCTS, INC.       TRANSFEROR: DRYDEN X - EUROPEAN LOAN FUND 2005 C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                            BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.       TRANSFEROR: DRYDEN XIV - EURO CLO 2006 C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                            BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.       TRANSFEROR: DRYDEN XV- EURO CLO 2006 C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                            BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BARCLAYS BANK PLC                           ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                           TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                           TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 1 CHURCHILL PLACE LONDON  E14 5HP UNITED KINGDOM
BARCLAYS BANK, S.A.                         ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK, S.A.                         TRANSFEROR: AGRUPAEJIDO, S.A. ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID  28036 SPAIN
CVF LUX MASTER S.A.R.L.                     TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                     TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343
DRYDEN X - EUROPEAN LOAN FUND 2005          ATTN: TERENCE DUNN C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC. PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK NJ 07102
DRYDEN XIV - EURO CLO 2006                  ATTN: TERENCE DUNN C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC. PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK NJ 07102
DRYDEN XV- EURO CLO 2006                    ATTN: TERRENCE DUNN C/O PRUDENTIAL INVESTMENT MANAGEMENT INC PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK NJ 07102
HBK MASTER FUND, L.P.                       TRANSFEROR: UBS AG, STAMFORD BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
J.P. MORGAN SECURITIES LLC                  TRANSFEROR: LAMP HAYMAN CAPITAL FUND ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                  TRANSFEROR: LAMP HAYMAN CAPITAL FUND C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                            383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JAVANO MANAGEMENT, L.L.C.                   TRANSFEROR: LAMP HAYMAN CAPITAL FUND ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
                                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
JAVANO MANAGEMENT, L.L.C.                   TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE P.O. BOX 6934 NEW YORK NY 10150
LAMP HAYMAN CAPITAL FUND                    TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                            DALLAS TX 75201
LAMP HAYMAN CAPITAL FUND                    TRANSFEROR: J.P.MORGAN SECURITIES LTD C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                            DALLAS TX 75201
LAMP HAYMAN CAPITAL FUND                    TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                            DALLAS TX 75201
NOMURA CORPORATE FUNDING AMERICAS, LLC      TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O NOMURA AMERICAS ATTN: REHANA WIEJENAYAKE 2 WORLD FINANCIAL CENTER
                                            BUILDING 2, FLOOR 21 NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS, LLC      TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER
                                            BUILDING 2, FLOOR 21 NEW YORK NY 10281
PAULSON ENHANCED LTD.                       TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.              TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
ROYAL BANK OF SCOTLAND, PLC, THE            DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE            C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901
                                            IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
UBS AG, STAMFORD BRANCH                     TRANSFEROR: CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                     TRANSFEROR: INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD
                                            STAMFORD CT 06901

Total Number of Records Printed              30

                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```