UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                    :
In re                                               :          Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :          08-13555 (JMP)
                                                    :          (Jointly Administered)
                               Debtors.             :
                                                    :
-----------------------------------------------------------------------x          Ref. Docket Nos. 37553

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 17, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Panagiota Manatakis*
                                        Panagiota Manatakis

Sworn to before me this
1st day of August, 2013
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 37553_Aff 7-17-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     NOMURA CORPORATE FUNDING AMERICAS, LLC
                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
                C/O NOMURA AMERICAS
                ATTN: REHANA WIJENAYAKE
                2 WORLD FINANCIAL CENTER
                BUILDING 2, FLOOR 21
                NEW YORK NY 10281


Additional:


Transferee:     CVF LUX MASTER S.A.R.L.
                C/O CARVAL INVESTORS LLC
                9320 EXCELSIOR BOULEVARD
                HOPKINS MN 55343


**Your transfer   of claim #    11308-21   is defective for the reason(s) checked below:**

Other                                Transfer Amount Exceeds Amount Currently Owned
Other                                Transfer Amount Exceeds AMount


Docket Number 37553              Date 05/23/13


/s/ Panagiota Manatakis
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 17, 2013.

EXHIBIT B

```
TIME: 13:33:34                                    PAGE:   1
DATE: 07/17/13
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CVF LUX MASTER S.A.R.L. | C/O CARVAL INVESTORS LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD., 7TH FLOOR HOPKINS MN 55343 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281 |

Total Number of Records Printed        3

EPIQ BANKRUPTCY SOLUTIONS, LLC