UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :   08-13555 (JMP)
                                              :   (Jointly Administered)
                    Debtors.                  :
                                              :
                                              :
-----------------------------------------------------------------x   Ref. Docket Nos. 38175, 38177,
                                                  38202, 38212, 38215, 38473, 38632,
                                                  38685, 38687, 38690, 38696, 38701,
                                                  38703-38705, 38709, 38717, 38719-
                                                  38722, 38736-38738

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
1st day of August, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 38175, 38177, 38202...38722, 38736-38738_AFF_7-18-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                                   |
In re                                              |   Chapter 11 Case No.
                                                   |
                                                   |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,              |
                                                   |   (Jointly Administered)
                                                   |
            Debtors.                               |
                                                   |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
            TRANSFEROR: DRYDEN XV- EURO CLO 2006
            C/O BANK OF AMERICA MERRILL LYNCH
            ATTN: GARY S. COHEN/ANTE JAKIC
            BANK OF AMERICA TOWER - 3RD FLOOR
            ONE BRYANT PARK
            NEW YORK NY 10036
```

Please note that your claim # 16606 in the above referenced case and in the amount of
    $14,682,158.27   allowed at $12,687,086.18          has been transferred **(unless previously expunged by court order)**

```
            VARDE INVESTMENT PARTNERS, LP
            TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
            ATTN: EDWINA PJ STEFFER
            8500 NORMANDALE LAKE BLVD., STE 1500
            MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38687        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/18/2013                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 18, 2013.

# EXHIBIT B

08-13555-mg    Doc 39170    Filed 08/02/13    Entered 08/02/13 17:35:16    Main Document
Pg 4 of 6

```
TIME: 11:06:04                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE: 1
DATE: 07/18/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P.MORGAN SECURITIES LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: DRYDEN X - EUROPEAN LOAN FUND 2005 C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: DRYDEN XIV - EURO CLO 2006 C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: DRYDEN XV- EURO CLO 2006 C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVEUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CENTRAL REINSURANCE CORP. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: VINCENT TING 12F 53 NANKING E. RD., SEC. 2 TAIPEI TAIWAN |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CREDIT SUISSE AG | TRANSFEROR: PICTET & CIE C/O CRAVATH, SWAINE & MOORE LLP ATTN: STPHANIE R. TUMBIOLO 825 85H AVENUE NEW YORK NY 10019 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SLB LEASING-FONDS GMBH & CO ODIN KG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DORREPAAL, A. | WEITPOORTSEWEG 2-B ZOETERWOUDE 2381 NA NETHERLANDS |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: DORREPAAL, A. AS ASSIGNEE OF DORREPAAL, A. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FOUR WINDS INTERNATIONAL LTD | FLAT 10, ST GEORGE'S COURT 81A KADOORIE AVE KOWLOON HONG KONG |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED HUA AN FUND MANAGEMENT CO LTD ATTN: ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI 200120 PR CHINA |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| J.P.MORGAN SECURITIES LTD | TRANSFEROR: JAMAICA MONEY MARKET BROKERS LIMITED C/O JPMORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | TRANSFEROR: HUA AN INTERNATIONAL BALANCED FUND ATTN: ANTHONY V. LOMAS, JOINT ADMINISTRATOR LEVEL 23 25 CANADA SQUARE LONDON E14SLQ UNITED KINGDOM |
| LEUNG, SALLY WONG | SUITE 1807, GREAT EAGLE CENTRE 23 HARBOUR ROAD WAN CHAI HONG KONG |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE,FENNER & SMITH,INC | TRANSFEROR: YORK EUROPEAN STRATEGIES TRADING LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: FOUR WINDS INTERNATIONAL LTD 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: LEUNG, SALLY WONG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| NOMURA GLOBAL FINANCIAL PRODUCTS, INC. | TRANSFEROR: ILLIQUIDX LLP C/O SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 DOUGLAS P BARTNER / SOLOMON J NOH |
| NOMURA GLOBAL FINANCIAL PRODUCTS, INC. | THOMAS SALATTE, ESQ 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PAULSON ENHANCED LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PICTET & CIE | 60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND |
| RBS SECURITIES INC. | TRANSFEROR: CENTRAL REINSURANCE CORP. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| TURNPIKE LIMITED | TRANSFEROR: J.P.MORGAN SECURITIES LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:06:04                                  LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 07/18/13                                       CREDITOR LISTING

Name                                        Address
VARDE INVESTMENT PARTNERS (OFFSHORE)        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
    MASTER LP
VARDE INVESTMENT PARTNERS, LP               TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP               TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP               TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WOLFF, FRIEDEMANN                           TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KNIEPHOFSTR. 60 BERLIN  12157 GERMANY
YORK GLOBAL FINANCE BDH, LLC                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR
                                            NEW YORK NY 10153


Total Number of Records Printed        52
```

EPIQ BANKRUPTCY SOLUTIONS, LLC