UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                         :        Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :        08-13555 (JMP)
                                                              :        (Jointly Administered)
                          Debtors.                            :
                                                              :
                                                              :
---------------------------------------------------------------x        Ref. Docket Nos. 33878, 37641,
                                                                       38133, 38134, 38141, 38154, 38210,
                                                                       38211, 38232, 38403, 38462, 38475,
                                                                       38484, 38691, 38695, 38697-38699,
                                                                       38718, 38723, 38724, 38732, 38735,
                                                                       38739, 38748, 38749, 38751-38755,
                                                                       38764-38768, 38770-38779, 38781-
                                                                       38786, 38830-38836

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Lauren Rodriguez
                                                          Lauren Rodriguez

Sworn to before me this
1st day of August, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 33878, 37641, 38133...38786, 38830-38836_AFF_7-22-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      CREDIT RESTRUCTURING AND ADVISORY GROUP        CLEARY GOTTLIEB STEEN & HAMILTON LLP
      ATTN: DAVID SAWYER                             ATTN: LINDSEE P. GRANFIELD, ESQ.
      200 PARK AVENUE                                ONE LIBERTY PLAZA
      NEW YORK NY 10166                              NEW YORK NY 10006
```

Please note that your claim # 18076-14 in the above referenced case and in the amount of
   $71,413,533.17   allowed at $65,000,000.00      has been transferred **(unless previously expunged by court order)**

```
      QUANTUM PARTNERS LP
      TRANSFEROR: BARCLAYS BANK PLC
      C/O SOROS FUND MANAGMENT LLC
      888 SEVENTH AVE
      NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 38751    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 22, 2013.

# EXHIBIT B

08-13555-mg    Doc 39171    Filed 08/02/13    Entered 08/02/13 17:41:59    Main Document
Pg 4 of 7

```
TIME: 12:31:11                                      LEHMAN BROTHERS HOLDING INC.                                                        PAGE:  1
DATE: 07/22/13                                          CREDITOR LISTING

Name                                                Address
ADK SOHO FUND                                       TRANSFEROR: YORVIK PARTNERS LLP 155 WOOSTER STREET NEW YORK NY 10012
AUGSBURGER AKTIENBANK AG                            TRANSFEROR: UBS AG ATTN: MR. BRANDMEYER HALDERSTR. 21 AUGSBURG    86150 GERMANY
BANCA FIDEURAM S.P.A.                               PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY
BANCA MEDIOLANUM S.P.A.                             ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO )    20080 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.              ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                 TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO  20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                 TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO  20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                 TRANSFEROR: CASSA DI RISPARMIO DELLA SPEZIA S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO  20124 ITALY
BANCA POPOLARE DI SONDRIO S.C.P.A.                  TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: GERRY DE ALBERTI SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI
                                                    PIAZZA GARIBALDI, 16 SONDRIO  23100 ITALY
BANCO DI CREDITO P. AZZOAGLIO S.P.A.                ATTN: MR ROSSI ALLESANDRO - LEGAL DEPARTMENT 17 VIA A. DORIA CEVA (CN)    12073 ITALY
BANK JULIUS BAER & CO. LTD.                         TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH   8010 SWITZERLAND
BANK OF SINGAPORE LIMITED                           CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
BANK OF SINGAPORE LIMITED                           ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                                                    SINGAPORE  048819 SINGAPORE
BANK VONTOBEL AG, ZURICH/SWITZERLAND                TRANSFEROR: NEUE AARGAUER BANK AG C/O BANK VONTOBEL AG GOTTHARDSTRASSE 43 POSTFACH ZURICH  CH-8022 SWITZERLAND
BANQUE PASCHE SA                                    TRANSFEROR: UBS AG SERVICES SECURITIES ATTN: CINDY BUEHLMANN RUE E HOLLANDE 10 GENEVE  CH-1204 SWITZERLAND
BARCLAYS BANK PLC                                   ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                                   CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166
BARCLAYS BANK PLC                                   TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019
BIJSTERVELD, MEVROUW H.M.C.                         TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
                                                    BARON SLOETKADE 329 7321 ZZ APELDOORN    NETHERLANDS
BOSTY LIMITED                                       15A HOLLYWOOD HEIGHTS 6 OLD PEAK ROAD, MID-LEVELS HONG KONG    HONG KONG
BSI SA                                              TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: ANDREA FERRARI-CUSTODY ADMINISTRATION VIA MAGATTI, 2 LUGANO   6900 SWITZERLAND
CASPIAN FOCUSED CREDIT L FUND, L.P.                 TRANSFEROR: BARCLAYS BANK PLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CASSA DI RISPARMIO DELLA SPEZIA S.P.A.              ATTN: PAOLO GAVINI C.SO CAVOUR, 86 LA SPEZIA  19121 ITALY
CASSA LOMBARDA S.P.A.                               VIA A MANZONI 12/16 MILANO  20121 ITALY
CITIGROUP FINANCIAL PRODUCTS, INC.                  TRANSFEROR: SOLUS CORE OPPORTUNITIES LP 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                  TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                  TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                  TRANSFEROR: SOLUS RECOVERY LH FUND LP 1614 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                  TRANSFEROR: SOLUS RECOVERY LH FUND LP 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT SUISSE                                       ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY                                 TRANSFEROR: UBS AG ATTN: MARIA LUZZI VIA SANTA MARGHERITA, 3 MILANO  20121 ITALY
CREDITO PRIVATO COMMERCIALE SA                      VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
CVI AA LUX MASTER S.A.R.L.                          TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343
D'HAVERKAMP BV                                      BOLDYK 4 ZELHEM  7021 JA NETHERLANDS
DE BEER, J.A.                                       WESTPOINT 215 TILBURG  5038 KG NETHERLANDS
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: SLB LEASING-FONDS GMBH & CO THOR KG ATTN: JAMIE FOOTE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET
                                                    LONDON  EC2N 2BD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: SLB LEASING-FONDS GMBH & CO URANUS KG ATTN: JAMIE FOOTE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET
                                                    LONDON  EC2N 2BD UNITED KINGDOM
EFG BANK AG                                         TRANSFEROR: HSBC PRIVATE BANK MONACO S.A. 24, QUAI DU SEUJET CP 2391 GENEVE 2    1211 SWITZERLAND
ERKA B.V.                                           SCHAVERENSEWEG 2 EMST  8166 JN NETHERLANDS
FAIR HARBOR CAPITAL, LLC                            TRANSFEROR: BIJSTERVELD, MEVROUW H.M.C. AS ASSIGNEE OF BIJSTERVELD, MEVROUW H.M.C. ANSONIA FINANCE STATION PO BOX 237037
                                                    NEW YORK NY 10023
GLAXOSMITHKLINE LLC F/K/A SMITHKLINE                CLEARY, GOTTLIEB, STEEN & HAMILTON LLP ATTN: MICHEAL D. DAYAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BEECHAM CORPORATION
GLAXOSMITHKLINE LLC F/K/A SMITHKLINE                ATTN: WILLIAM J. MOSHER, ESQ. VICE PRESIDENT AND SECRETARY ONE FRANKLIN PLAZA (FP2355) 200 N. 16TH STREET PHILADELPHIA PA 19102
BEECHAM CORPORATION
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                    JERSEY CITY NJ 07302

                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:31:11                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 07/22/13                                   CREDITOR LISTING

Name                                                 Address
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: GLAXOSMITHKLINE LLC F/K/A SMITHKLINE BEECHAM CORPORATION C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                     30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                     JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                     NEW YORK NY 10022
HBK MASTER FUND, L.P.                                TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HCN LP                                               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                     NEW YORK NY 10022
HLF LP                                               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                     NEW YORK NY 10022
HLTS FUND II LP                                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HOZBA BEHEER B.V.                                    POSTBUS 260 BARENDRECHT  2990 AG NETHERLANDS
HSBC PRIVATE BANK MONACO S.A.                        ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT 17 AVENUE D'OSTENDE MONACO  98000 MONACO
ILLIQUIDX LLP                                        TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO SPA                                  TRANSFEROR: ILLIQUIDX LLP VIA VERDI 8 MILANO 20121 ITALY
JOYER LIMITED                                        7D VILLA SORRENTO NO. 64-66 MOUNT DAVIS ROAD POK FU LAM HONG KONG  HONG KONG
MANAGED ACCOUNTS MASTER FUND SERVICES -              SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
  MAP 15
MANAGED ACCOUNTS MASTER FUND SERVICES -              TRANSFEROR: PAULSON ENHANCED LTD. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
  MAP 15
MERRILL LYNCH INTERNATIONAL                          TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC               C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC               F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                     NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC               MANAGING CLERK RICHARD KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC               MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC               TRANSFEROR: BOSTY LIMITED 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC               TRANSFEROR: JOYER LIMITED 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
NEUE AARGAUER BANK AG                                ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                                CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                                RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
PAULSON ENHANCED LTD.                                SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON ENHANCED LTD.                                TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
QUANTUM PARTNERS LP                                  TRANSFEROR: BARCLAYS BANK PLC C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
RBS COUTTS BANK AG                                   TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: OCAEL/H.-P. SCHMID STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
SCHRADE, MANFRED                                     TRANSFEROR: AUGSBURGER AKTIENBANK AG SCHWABSTR. 6 EHINGEN (DONAU)  89584 GERMANY
SOLUS CORE OPPORTUNITIES LP                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                                     NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                                     NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP; ATTN: GORDON YEAGER
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT; ATTN: GORDON YEAGER
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                                     NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: D'HAVERKAMP BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: DE BEER, J.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: ERKA B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: HOZBA BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: STICHTING WELZIJNSZORG VAN MAREN FONDS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: TEGELAAR-KRAMER, MILA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: VERHOEVEN BEHEER BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS

                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:31:11                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    3
DATE: 07/22/13                                              CREDITOR LISTING

Name                                              Address
STICHTING WELZIJNSZORG VAN MAREN FONDS            EMDENMEEN 56 HARDERWIJK   3844 ED NETHERLANDS
STONEHILL MASTER FUND LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
TACONIC MASTER FUND 1.5 LP                        TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY MASTER FUND L.P.              TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TCA EVENT INVESTMENTS S.A.R.L.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                                  NEW YORK NY 10022
TCA OPPORTUNITY INVESTMENTS S.A.R.L.              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                                  NEW YORK NY 10022
                                                  PRINS BERNHARDLAAN 4 BARRN 3743 JJ NETHERLANDS
TEGELAAR-KRAMER, MILA                             TRANSFEROR: BANCO DI CREDITO P. AZZOAGLIO S.P.A. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
THE SEAPORT GROUP EUROPE LLP07162013              MINNEAPOLIS MN 55437
                                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                                            TRANSFEROR: THE SEAPORT GROUP EUROPE LLP07162013 ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
VARDE CREDIT PARTNERS MASTER, L.P.                MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VERHOEVEN BEHEER BV                               WILLEM ALEXANDERLAAN 14 OISTERWIJK  5062 KV NETHERLANDS
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O YORK CAPITAL MANAGEMENT; ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR
                                                  NEW YORK NY 10153
YORVIK PARTNERS LLP                               TRANSFEROR: UBS AG 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     108
```