UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-----------------------------------------------------------------x    Ref. Docket Nos. 37643, 38763,
                                                                      38829

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
1st day of August, 2013
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 37643, 38763, 38829_Aff 7-22-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
 | 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | 
Debtors. | (Jointly Administered)

---

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   INTESA SANPAOLO PRIVATE BANKING S.P.A.
              TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.
              ATTN: PAOLO POLLASTRI
              VIA HOEPLI
              MILANO 10-20121 ITALY

Additional:

Transferee:   BANCA MONTE DEI PASCHI DI SIENA SPA
              ATTN: VALERIA VIGANO
              VIA ROSELLINI 16
              MILANO 20124 ITALY

**Your transfer   of claim #   49719-06   is defective for the reason(s) checked below:**

Other                                TRANSFEROR NAME DISCREPANCY

Docket Number 38763              Date 07/09/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 22, 2013.

# EXHIBIT B

```
TIME: 12:28:27                                          LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   1
DATE: 07/22/13                                              CREDITOR LISTING

Name                                       Address
BANCA MONTE DEI PASCHI DI SIENA SPA        ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO 20124 ITALY
BESSELSEN, J. AND G.W. BESSELSEN -         LIVINGSTONESTRAAT 22 BARNEVELD 3772 KJ NETHERLANDS
JANSEN
ILLIQUIDX LLP                              ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.     TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: PAOLO POLLASTRI VIA HOEPLI MILANO 10-20121 ITALY
STICHTING THE IAMEX VALUE FOUNDATION       ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: D.W. VAN RUITEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: D.W. VAN RUITEN PENSIOEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: DROK-MARCHAND, H.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: SOLLIE, J.E. ENOF SOLLIE-DREES, M.M.W.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: VRAKKING, R.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: ZEEUW VAN DER LAAN, J.L.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS


Total Number of Records Printed            11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC