UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :      08-13555 (JMP)
                                                    :     (Jointly Administered)
                        Debtors.                    :
                                                    :
-------------------------------------------------------------------------x     Ref. Docket Nos. 38283, 38393,
                                                          38787, 38788, 38819

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )  ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On July 23, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                              Lauren Rodriguez
1st day of August, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

---

|    | Chapter 11 Case No.
|    | 08-13555 (JMP)
|    | (Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 555854-27 in the above referenced case and in the amount of
$150,000.00  allowed at $151,125.00      has been transferred **(unless previously expunged by court order)**

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
C/O RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD NJ 07450

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 38787      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/23/2013

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 23, 2013.

EXHIBIT B

```
TIME: 10:44:19                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 07/23/13                                        CREDITOR LISTING


Name                                      Address
BANK HAPOALIM B.M.                        18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                        ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                        PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN ATTN MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
HSBC PRIVATE BANK SUISSE SA               ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211  SWITZERLAND
IRA FBO MICHAEL ZLATIN PERSHING LLC AS    TRANSFEROR: BANK HAPOALIM B.M. C/O MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631
   CUSTODIAN
KOOPER, H.W. & KOOPER-JANSEN, J.          C/O LANGBREE 23 ASSEN GB 9403 NETHERLANDS
MERRILL, LYNCH, PIERCE,FENNER & SMITH,INC TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL, LYNCH, PIERCE FENNER & SMITH     TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
   INCORPORATED
ROTH IRA FBO RICHARD FELS PERSHING LLC    TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
   AS CUSTODIAN
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: KOOPER, H.W. & KOOPER-JANSEN, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
UBS AG                                    TRANSFEROR: HSBC PRIVATE BANK SUISSE SA BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND


Total Number of Records Printed           17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC