UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                            Debtors.                              :
                                                                  :
-------------------------------------------------------------------x   Ref. Docket Nos. 37913, 38174,
                                                                       38176, 38723, 38724, 38788, 38793,
                                                                       38799-38801, 38817, 38826-38828,
                                                                       38837-38844, 38852-38856, 38861,
                                                                       38886-38888, 38890, 38892, 38898,
                                                                       38913, 38916, 38927, 38932, 38935-
                                                                       38937, 38945, 38947, 38948, 38972,
                                                                       38973, 38990, 38999, 39000, 39002,
                                                                       39003

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 26, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
Sworn to before me this                                    Lauren Rodriguez
1st day of August, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 37913, 38174, 38176...39000, 39002, 39003_AFF_7-26-13.doc

# EXHIBIT A

08-13555-mg    Doc 39174    Filed 08/02/13    Entered 08/02/13 17:54:22    Main Document
Pg 2 of 7

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    ALSTON INVESTMENTS LLC
       TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
       C/O ELLIOTT MANAGEMENT CORPORATION
       ATTN: MICHAEL STEPHAN
       40 WEST 57TH STREET
       NEW YORK NY 10019

Please note that your claim # 62745-02 in the above referenced case and in the amount of $3,150,000.00    has been transferred **(unless previously expunged by court order)**

       MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED
       TRANSFEROR: ALSTON INVESTMENTS LLC
       ATTN: GREGORY W. PONDER
       214 NORTH TRYON STREET, 15TH FLOOR
       CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 38800    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/26/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 26, 2013.

# EXHIBIT B

```
TIME: 11:34:40                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 07/26/13                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN; ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULIO DOUHET, 31 ROMA 00163 ITALY |
| BANCO DI CREDITO P. AZZOAGLIO S.P.A. | ATTN: MR ROSSI ALLESANDRO - LEGAL DEPARTMENT 17 VIA A. DORIA CEVA (CN) 12073 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANQUE HAPOALIM SUISSE SA LUXEMBOURG | TRANSFEROR: BANK HAPOALIM B.M. 25 SAVILE ROW LONDON W18B 2ES UNITED KINGDOM |
| BANQUE POPULAIRE - CASSIE D'EPARGNE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCE, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANQUE POPULAIRE - CASSIE D'EPARGNE | ATTN: NICHOLAS DUHAMEL 50, AVENUE PIERRE MENDES-FRANCE CEDEX 13 75201 PARIS FRANCE |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 1 CHURCHILL PLACE LONDON E14 5HP UNITED KINGDOM |
| BPCE | ATTN: NICOLAS DUHAMEL 50 AVENUE PIERRE MENDES FRANCE PARIS CEDEX 13 75201 FRANCE |
| BRADY, GREGORY A. | C/O ONE NETWORK ENTERPRISES 4055 VALLEY VIEW LANE STE 1000 (FORMERLY STE 400) DALLAS TX 75244 |
| CENTRAL REINSURANCE CORP. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: VINCENT TING 12F 53 NANKING E. RD., SEC. 2 TAIPEI TAIWAN |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA MONACO 98000 MONACO |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CWD OC 522 MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANQUE POPULAIRE - CASSIE D'EPARGNE C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BPCE C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CWD OC 522 MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SMITH BREEDEN MORTGAGE PARTNERS LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:34:40                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 07/26/13                                              CREDITOR LISTING

Name                                                Address
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH
                                                    60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. C/O DEUTSCHEBANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR
                                                    NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: WATERSTONE MF FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                    NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                    LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION; ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR
                                                    NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATNN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
FAVOUR CHINA LIMITED                                TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                    1/F NO.24, ALLEY 121, LANE 347 JINHU ROAD NEIHU DISTRICT TAIPEI TAIWAN
FLEMMING, UWE                                       TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BOHNSTEDTSTRASSE 9 BERLIN 12309 GERMANY
GOLDMAN SACHS LENDING PARTNERS, LLC                 TRANSFEROR: PENN MUTUAL LIFE INSURANCE COMPANY C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                    JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                               TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                       TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES PLC                          TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                    383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                             TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O JP MORGAN SECURITIES LLC ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138
                                                    383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                             TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O JP MORGAN SECURITIES LLC ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138
                                                    383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                             TRANSFEROR: ILLIQUIDX LP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                             TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                             TRANSFEROR: ISP SECURITIES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                             TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                    NEW YORK NY 10005
LBVN HOLDINGS, L.L.C.                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
LBVN HOLDINGS, L.L.C.                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                               TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC P.O. BOX 1641 NEW YORK NY 10150
LBVN HOLDINGS, L.L.C.                               TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED P.O. BOX 1641 NEW YORK NY 10150
LBVN HOLDINGS, L.L.C.                               TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED P.O. BOX 1641 NEW YORK NY 10150
MERRILL, LYNCH, PIERCE FENNER & SMITH               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC            TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255

                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:34:40                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   3
DATE: 07/26/13                                                    CREDITOR LISTING

Name                                                        Address
MERRILL, LYNCH, PIERCE FENNER & SMITH        TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH       TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH       TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH       TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH       TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH       TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH       TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MORGAN STANLEY & CO. INTERNATIONAL PLC       RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC       TRANSFEROR: FAVOUR CHINA LIMITED 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND
NATIONAL AUSTRALIA BANK LIMITED              ATTN: ALEX BOLTON 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167
NATIONAL AUSTRALIA BANK LIMITED              ATTN: ROSEMARIE DICANTO 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167
PAULSON ENHANCED LTD.                        JAMES E. SPIOTTO, ESQ.; ANN ACKER, ESQ. CHAPMAN AND CUTLER L.L.P. 111 W. MONROE ST., 18TH FL. CHICAGO IL 60603
PAULSON PARTNERS ENHANCED L.P.               TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.               TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.               TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PENN MUTUAL LIFE INSURANCE COMPANY           ATTN: JOSHUA MYERS 600 DRESHER ROAD, C1A HORSHAM PA 19044
PENN MUTUAL LIFE INSURANCE COMPANY           SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
PRIME CAPITAL MASTER SPC, GOT WAT MAC        SEGREGATED PORTFOLIO TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                             2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
RBS SECURITIES, INC.                         TRANSFEROR: CENTRAL REINSURANCE CORP. ATTN: MATHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
SEAPORT GROUP EUROPE LLP, THE                TRANSFEROR: BANCO DI CREDITO P. AZZOAGLIO S.P.A. ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS
                                             LONDON EC2M7EB UNITED KINGDOM
SMITH BREEDEN MORTGAGE PARTNERS LP           BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701
STANDARD CHARTERED BANK (HONG KONG) LTD.     TRANSFEROR: TAM WING, KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: FLEMMING, UWE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: VAN DER TOGT, WP ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STRATEGIC VALUE SPECIAL SITUATIONS           TRANSFEROR: MERRILL , LYNCH, PIERCE FENNER & SMITH INCORPORATED C/O STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE
  MASTER FUND II, L.P.                       GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS           TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830
  MASTER FUND II, L.P.
STRATEGIC VALUE SPECIAL SITUATIONS           TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED C/O STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE
  MASTER FUND II, L.P.                       GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS           TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED C/O STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE
  MASTER FUND II, L.P.                       GREENWICH CT 06830
TAM WING, KWAN                               RM 4 8/F LUNG TAN HOUSE LUNG YAN COURT 60 CAPE ROAD STANLEY HK   HONG KONG
TANNOR PARTNERS CREDIT FUND, LP              TRANSFEROR: BRADY, GREGORY A. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
THIRD POINT LOAN LLC                         TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: LAURINE HO 390 PARK AVENUE, 18TH FLOOR NEW YORK NY 10022
THIRD POINT LOAN LLC                         TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: LAURINE HO 390 PARK AVENUE, 18TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                             TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
VAN DER TOGT, WP                             MATHENESSESTRAAT 9 ZOETERMEER 2729 CP NETHERLANDS
VARDE CREDIT PARTNERS MASTER, L.P.           TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.              TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD. SUITE 1500 MINNEAPOLIS MN 55437
WATERSTONE MARKET NEUTRAL MASTER FUND,       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
  LTD.                                       PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                             PLYMOUTH MN 55447


Total Number of Records Printed           121                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```