UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                          :
:
------------------------------------------------------------------x    Ref. Docket Nos. 38919, 38980,
                                                                       38981, 38985-38989, 38993, 39004-
                                                                       39008, 39010, 39011, 39013, 39023,
                                                                       39024, 39029, 39030, 39032-39035,
                                                                       39037, 39040, 39048, 39051

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
1st day of August, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 38919, 38980, 38981...39040, 39048, 39051_AFF_7-30-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    BANK OF AMERICA, N.A.
           TRANSFEROR: INVESTEC CAPITAL ACCUMULATOR TRUST LIMITED
           C/O BANK OF AMERICA MERRILL LYNCH
           BANK OF AMERICA TOWER, 3RD FLOOR
           ONE BRYANT PARK
           ATTN: GARY COHEN, RONALD TOROK
           NEW YORK NY 10036

Please note that your claim # 26262 in the above referenced case and in the amount of
    $5,246,840.00   Unliquidated      has been transferred **(unless previously expunged by court order)**

           VARDE INVESTMENT PARTNERS, LP
           TRANSFEROR: BANK OF AMERICA, N.A.
           ATTN: EDWINA PJ STEFFER
           8500 NORMANDALE LAKE BLVD., STE 1500
           MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39033      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/30/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 30, 2013.

# EXHIBIT B

08-13555-mg    Doc 39175    Filed 08/02/13    Entered 08/02/13 17:57:47    Main Document
Pg 4 of 6

```
TIME: 14:26:30                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 07/30/13                                              CREDITOR LISTING

Name                                                    Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
    MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
    MASTER FUND, L.P.
BANC OF AMERICA CREDIT PRODUCTS, INC.                   TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH / RON TOROK / RYAN WEDDLE
                                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA MONTE DEI PASCHI DI SIENA S.P.A.                  ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK JULIUS BAER & CO. LTD.                             TRANSFEROR: LLOYDS TSB BANK PLC (GENEVA BRANCH) ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
BANK OF AMERICA, N.A.                                   TRANSFEROR: INVESTEC CAPITAL ACCUMULATOR TRUST LIMITED C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR
                                                        ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036
BANK OF SINGAPORE LIMITED                               ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                                                        SINGAPORE 048619 SINGAPORE
BKM HOLDINGS (CAYMAN) LTD                               TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN
                                                        65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD                               TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC ATTN: JENNIFER DONOVAN
                                                        65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
BSOF MASTER FUND, L.P.                                  BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                                  TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ.
                                                        1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.                         ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND, L.P.                         TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ.
                                                        1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
CASSA DI RISPARMIO DELLA REPUBBLICA DI                  PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO 47890 SAN MARINO
    SAN MARINO S.P.A.
CITIGROUP FINANCIAL PRODUCTS, INC.                      TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT SUISSE                                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                           TRANSFEROR: CREDIT SUISSE ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE (LUXEMBOURG) S.A.                         ADVISORY AND ORDER FULFILMENT (SEBL 4) 56, GRAND RUE PO BOX 40 LUXEMBOURG 2010 LUXEMBOURG
CREDIT SUISSE (LUXEMBOURG) S.A.                         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.                         CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.                         ZWEIGNIEDERLASSUNG OSTERREICH ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE AG, HONG KONG BRANCH                      TRANSFEROR: CREDIT SUISSE ONE RAFFLES QUAY NORTH TOWER #29-00 SINGAPORE 048583 HONG KONG
CREDITO EMILIANO S.P.A.                                 TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY
CREDITO EMILIANO S.P.A.                                 TRANSFEROR: CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N.4
                                                        REGGIO EMILIA 42121 ITALY
CVI CVF II LUX MASTER S.A.R.L.                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR CAPITAL PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: OC19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: OC19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SPCP GROUP, LLC ATTN: MATHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:26:30                                                                                                                PAGE:    2
DATE: 07/30/13
                                              LEHMAN BROTHERS HOLDING INC.
                                                   CREDITOR LISTING

Name                                              Address
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: ROYAL BANK OF CANADA C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                            TRANSFEROR: ROYAL BANK OF CANADA C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLF LP                                            TRANSFEROR: ROYAL BANK OF CANADA C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: ROYAL BANK OF CANADA C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
JPMORGAN CHASE BANK, NA                           TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
LLOYDS TSB BANK PLC (GENEVA BRANCH)               TRANSFEROR: LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
LLOYDS TSB BANK PLC (GENEVA BRANCH)               ON BEHALF OF: MR.NABIH ZAKI MIKHAEL 20, RAMSES STREET HELIOPOLIS, CAIRO  EGYPT
MERRILL, LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
OZ SPECIAL MASTER FUND, LTD.                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                                  NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP; ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                                  NEW YORK NY 10019
PICTEL & CIE                                      TRANSFEROR: CREDIT SUISSE ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73  CH-1211
PICTEL & CIE                                      TRANSFEROR: CREDIT SUISSE ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVE 73  CH-1211
PICTET & CIE                                      TRANSFEROR: CREDIT SUISSE ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73  CH-1211
RBS COUTTS BANK AG, SWITZERLAND                   TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: OCAEL/H.-P. SCHMID STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
ROYAL BANK OF CANADA                              ATTN: EMILY JELICH, ASST. GENERAL COUNSEL 14TH FLOOR NORTH TOWER 200 BAY STREET, ROYAL BANK PLAZA RBC LAW GROUP
                                                  TORONTO ON M5J 2J5 CANADA
SOUTH FERRY CAPITAL MASTER FUND LTD.              TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOUTH FERRY CAPITAL MANAGEMENT, L.P. ATTN: SOUTH FERRY OPERATIONS
                                                  777 THIRD AVENUE, SUITE 19D NEW YORK NY 10017
SOUTH FERRY CAPITAL MASTER FUND LTD.              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SOUTH FERRY CAPITAL MANAGEMENT, L.P. ATTN: SOUTH FERRY OPERATIONS
                                                  777 THIRD AVENUE, SUITE 19D NEW YORK NY 10017
SPCP GROUP, LLC                                   RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                   TRANSFEROR: NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND
                                                  AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD
                                                  GREENWICH CT 06830
STROBICH, OTTOKAR, DKFM. DR.                      TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. KIRCHMAYERGASSE 48 KLOSTERNEUBURG  3400 AUSTRIA
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BANK OF AMERICA, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed        68


                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```