UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                           :
:
-------------------------------------------------------------------x    Ref. Docket No. 39049

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
1st day of August, 2013
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 39049_Aff 7-30-13.doc

# EXHIBIT A

08-13555-mg    Doc 39176    Filed 08/02/13    Entered 08/02/13 18:02:49    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   BANK HAPOALIM B.M.
              ATTN: DAVID HERTZ & HAROLD J. WEISSLER
              1177 AVENUE OF THE AMERICAS
              NEW YORK NY 10019


Additional:   BANK HAPOALIM B.M.
              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
              ATTN: DOUGLAS R. DAVIS
              1285 AVENUE OF THE AMERICAS
              NEW YORK NY 10019


Transferee:   BANK HAPOALIM BM
              FOREIGN SECURITIES DEPARTMENT
              HEAD OFFICE
              YEHUDA HALEVI STREET 62
              TEL AVIV 65227 ISRAEL


Your transfer  of claim #   55854-44   is defective for the reason(s) checked below:

Other                                TRANSFEROR NOT CURRENT OWNER OF CLAIM


Docket Number 39049           Date 07/18/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 30, 2013.

# EXHIBIT B

08-13555-mg    Doc 39176    Filed 08/02/13    Entered 08/02/13 18:02:49    Main Document
Pg 4 of 6

```
TIME: 14:23:55                                   LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 07/30/13                                          CREDITOR LISTING

Name                     Address
BANK HAPOALIM B.M.       ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.       18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.       PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM BM         FOREIGN SECURITIES DEPARTMENT HEAD OFFICE YEHUDA HALEVI STREET 62 TEL AVIV  65227 ISRAEL


Total Number of Records Printed     4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

| | |
|---|---|
| BANK LEUMI LE ISRAEL<br>CAPITAL MARKETS DIVISION<br>SECURITIES BACK OFFICE<br>35 YEHUDA-HALEVY ST.<br>TEL-AVIV 65136<br>ISREAL | BANK HAPOALIM B.M.<br>FOREIGN SECURITIES DEPARTMENT<br>HEAD OFFICE<br>YAHUDA HALEVI STREET 62<br>TEL AVIV  65227<br>ISREAL |