UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                                :    Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :    08-13555 (JMP)
                                                                     :    (Jointly Administered)
                    Debtors.                                         :
                                                                     :
---------------------------------------------------------------------x    Ref. Docket Nos. 39036, 39065,
                                                                          39066

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*
                                                              Lauren Rodriguez

Sworn to before me this
1st day of August, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
 | 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | 
 | (Jointly Administered)
Debtors. | 

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MERRILL LYNCH CAPITAL SERVICES, INC.           MERRILL LYNCH CAPITAL SERVICES, INC.
      ATTN: JEFFREY BENESH & GARY S. COHEN           C/O FREDRIC SOSNICK
      BANK OF AMERICA TOWER- 3RD FLOOR               NED S. SCHODEK
      ONE BRYANT PARK                                SHEARMAN & STERLING LLP
      NEW YORK NY 10036                              599 LEXINGTON AVENUE
                                                     NEW YORK NY 10022
```

Please note that your claim # 20148-10 in the above referenced case and in the amount of
     $8,425,545.61   allowed at $2,000,000.00        has been transferred **(unless previously expunged by court order)**

```
      TRC MASTER FUND LLC                             TRC MASTER FUND LLC
      TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. SCHEININGER, ROBERT
      TR CAPITAL MANAGEMENT, LLC                      SIDLEY AUSTIN LLP
      ATTN: TERREL ROSS                               787 SEVENTH AVENUE
      336 ATLANTIC AVE., SUITE 302                    NEW YORK NY 10019
      EAST ROCKAWAY NY 11518
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39065      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/31/2013                   Vito Genna, Clerk of Court

                                   /s/ Lauren Rodriguez
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 31, 2013.

EXHIBIT B

```
TIME: 14:21:37                                              LEHMAN BROTHERS HOLDING INC.                                                     PAGE:  1
DATE: 07/31/13                                                   CREDITOR LISTING

Name                                     Address
ALLIANZ BANK FINANCIAL ADVISORS SPA      TRANSFEROR: DEUTSCHE BANK S.P.A. ATTN: FRANCO BRICHETTI PIAZZALE LODI, 3 MILANO   20137 ITALY
DEUTSCHE BANK S.P.A.                     ATTN: MR. ANDREA MOIOLI PIAZZA DEL CALENDARIO, 3 MILANO 20126 ITALY
MERRILL LYNCH CAPITAL SERVICES, INC.     ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.     ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.     C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
                                         C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
TRC MASTER FUND LLC                      SCHEININGER, ROBERT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
TRC MASTER FUND LLC                      TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. TR CAPITAL MANAGEMENT, LLC ATTN: TERREL ROSS 336 ATLANTIC AVE., SUITE 302
                                         EAST ROCKAWAY NY 11518

Total Number of Records Printed          8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC