UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
In re                             :   Chapter 11 Case No.
                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   08-13555 (JMP)
                                  :
                    Debtors.      :   (Jointly Administered)
----------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Golden Moon Capital Corporation<br>Citco Building, Wickhams Cay<br>P.O. Box 662<br>Road Town, Tortola, BVI<br><br>Notice Address:<br>c/o Klestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10007<br>Attn: John E. Jureller, Jr. |
| Claim Number (if known): | 13809 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $303,459.48 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: _Morris Pinsky_    Title: _DIRECTOR_

Printed Name: _MORRIS PINSKY_    Dated: _07/31/2013_