UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re                                : Chapter 11 Case No.
                                     :
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
                                     :
                  Debtors.           : (Jointly Administered)

------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Special Financing Inc. [Case No. 08-13888] |
| Creditor Name and Address: | Golden Moon Capital Corporation<br>Citco Building, Wickhams Cay<br>P.O. Box 662<br>Road Town, Tortola, BVI<br><br>Notice Address:<br>c/o Kleestadt & Winters, LLP<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10007<br>Attn: John E. Jureller, Jr. |
| Claim Number (if known): | 13810 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $303,459.48 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: _Moises Pinsky_    Title: DIRECTOR

Printed Name: MOISES PINSKY    Dated: 07/31/2013