EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: SBA COMMUNICATIONS CORPORATION ("SELLER")

SELLER, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Transfer of Claim Agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN:  Jeffrey L. Panzo, its successors and assigns ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers OTC Derivatives Inc. represented by Claim Number 22613 (current principal amount of $30,000,000.00) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13893.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as set forth below.

**SBA COMMUNICATIONS CORPORATION**

By: 
Name: _BRENDAN  CAVANAGH_
Title: _CFO_
Date: _7-18-13_

**JPMORGAN CHASE BANK, N.A.**

By: 
Name: _Amita Bhandari_
Title: _Authorized Signatory_
Date: _7/19/13_