# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Avenue TC Fund, L.P.**, its successors and assigns, with offices at 399 Park Avenue, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Commodity Services Inc.** (Claim No.: 20526) in the amount of $3,022,488.72 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated as set forth below.

**AVENUE TC FUND, L.P.**

By:   Avenue TC GenPar, LLC, its general partner

By:   GL TC Partners, LLC, its managing member

By: _____
    Sonia Gardner, Member
Date:   August 1, 2013

**JPMORGAN CHASE BANK, N.A.**

By: _____
Name:   Alexander Wilk
Title:   Authorized Signatory
Date:   8-5-13

KL2-#2807492-v1-AOC_-_LBCS_LBHI_-_Avenue_TC_(Morgan_Stanley)_to_JPM_7_8_13TD.DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Avenue TC Fund, L.P.**, its successors and assigns, with offices at 399 Park Avenue, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 20527) in the amount of $3,022,488.72 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated as set forth below.

**AVENUE TC FUND, L.P.**

By:   Avenue TC GenPar, LLC, its general partner

By:   GL TC Partners, LLC, its managing member

By: _____
       Sonia Gardner, Member
Date: August 1, 2013

**JPMORGAN CHASE BANK, N.A.**

By: _____
Name:  Alexander Wilk
Title:  Authorized Signatory
Date:  8-5-13