Bank Vontobel AG



United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

Zurich, July 19, 2013/VBSNT
Telephone 0041 58 283 74 71
Telefax 0041 58 283 51 60
thomas.schwerzmann@vontobel.ch

- [ ] as discussed
- [ ] for your information
- [ ] for your records
- [ ] please return
- [ ] please call
- [ ] forward to

- [x] please process
- [ ] please comment
- [ ] please sign
- [ ] returned with thanks
- [ ] please clarify

Enclosed please find one form "Evidence of Transfer of Claim". Please note, that the mentioned Lehman Product is deposited now in our bank.
Our Claim number is: 67373
If you have any questions, don't hesitate to contact me.

Yours sincerely,

Bank Vontobel AG

Thomas Schwerzmann

---



Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bank Vontobel AG Zurich / Switzerland
Name of Transferee

UBS AG Zurich / Switzerland
Name of Transferor

Name and Address where notices to transferee should be sent:

Bank Vontobel AG
Gotthardstrasse 43
Postfach
CH-8022 Zurich / Switzerland

Court Claim # (if known): 59233
Date Claim Filed: not known
Amount of Claim: to be determined
Portion of Claim Transferred (see Schedule I): CHF 50'000.00

Phone: 0041 58 283 74 71
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: July 19, 2013

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bank Vontobel AG
Gotthardstrasse 43
CH-8022 Zürich



## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG; Zurich** ("Transferor") unconditionally and irrevocably transferred to **Bank Vontobel AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of July 2013.

UBS AG
By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0324890440 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 50'000.00 out of CHF 52'547'000.00 |

