DEPARTMENT OF TAXATION
STATE OF HAWAII
P.O. Box 259
Honolulu, HI  96809
Attn:  Bankruptcy Unit
Telephone: (808) 587-1672

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS,<br>et al.,<br><br>           Debtors. | CASE NO. 08-13555 (JMP)<br>(Chapter 11)<br>(Jointly Administered)<br><br>NOTICE OF WITHDRAWAL OF<br>DEPARTMENT OF TAXATION,<br>STATE OF HAWAII'S PROOF OF<br>CLAIMS AS TO LB 2080<br>KALAKAUA OWNERS LLC AND<br>LEHMAN BROTHERS HOLDINGS<br>LLC; EXHIBITS A-B |

502787

NOTICE OF WITHDRAWAL OF DEPARTMENT
OF TAXATION, STATE OF HAWAII'S PROOF OF
CLAIMS AS TO LB 2080 KALAKAUA OWNERS LLC
AND LEHMAN BROTHERS HOLDINGS LLC; EXHIBITS A-B

   The Department of Taxation, State of Hawaii (the

"Department") hereby WITHDRAWS its proofs of claims as to

LB 2080 KALAKAUA OWNERS LLC a true and accurate copy of

which is attached as Exhibit A and filed on September 8,

2009; and as to LEHMAN BROTHERS HOLDINGS LLC, a true and

RECEIVED
JUL 24 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

accurate copy of the proof of claim is attached hereto as Exhibit B, filed on July 27, 2009.

DATED:   Honolulu, Hawaii,   JUL 1 9 2013   .

_____
FRANCES CASINAS

DEPARTMENT OF TAXATION
STATE OF HAWAII
P.O. Box 259
Honolulu, HI  96809
Attn:  Bankruptcy Unit
Telephone: (808) 587-1672

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | CASE NO. 08-13555 (JMP) (Chapter 11) (Jointly Administered) |
|---|---|
| LEHMAN BROTHERS HOLDINGS, et al., | |
| Debtors. | CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on ___JUL 1 9 2013___, copies of NOTICE OF WITHDRAWAL OF DEPARTMENT OF TAXATION, STATE OF HAWAII'S PROOF OF CLAIMS AS TO LB 2080 KALAKAUA OWNERS LLC AND LEHMAN BROTHERS HOLDINGS LLC; EXHIBITS A-B was duly served by depositing same in the United States mail, postage prepaid, addressed as follows:



RECEIVED JUL 24 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

PETER GRUENBERGER, ESQ.
ROBERT J. LEMONS, ESQ.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153


DATED:  Honolulu, Hawaii, ____JUL 1 9 2013____.


_____
FRANCES CASINAS