B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>LB 2080 KALAKAUA OWNERS LLC, jointly administered under Lehman Brothers Holding, et al | Case Number:<br>09-12516 (JMP) |
|---|---|

BK08-13555 (JMP)

NOTE:  This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
STATE OF HAWAII, DEPARTMENT OF TAXATION

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
HAWAII STATE TAX COLLECTOR   ATTN: BANKRUPTCY UNIT (el)
P O BOX 259
HONOLULU HI  96809

Telephone number
(808) 587-1675

**Court Claim Number:**
(If known)

Filed on

Name and address where payment should be sent (if different from above):

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $   unknown

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**   see attached
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**   2314

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$ _____   Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $  unknown

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ unknown

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date:
09/02/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

LYNNE M. KANETA, TAX COLLECTOR (el)

Lynne M Kaneta

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FILED / RECEIVED
SEP 08 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT ___A___

STATE OF HAWAII
DEPARTMENT OF TAXATION

TO:   LB 2080 KALAKAUA OWNERS LLC          Case No. 09-12516-jmp
      1271 AVENUE OF THE AMERICAS          Priority Claim
      NEW YORK NY  10020

## DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 20-4542314 | PERIOD | TAX | PENALTY | INTEREST TO 04/23/09 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Net Income | 2006 to 2008 | unknown | | unknown | unknown |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| * TOTAL * | | | Unknown | | Unknown | Unknown |

Date:          09/02/09
Prepared By:   E. Liu
Telephone:     (808) 587-1675

OAHU COLLECTION BRANCH

By:  _Lynne M Kaneta_

     LYNNE M. KANETA
     Tax Collector

FORM D-5 (PC)
(REV 1994)

# STATE OF HAWAII
## DEPARTMENT OF TAXATION

TO:    LB 2080 KALAKAUA OWNERS LLC
       1271 AVENUE OF THE AMERICAS
       NEW YORK NY  10020

Case No. 09-12516-jmp
Unsecured Claim

## DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 20-4542314 | PERIOD | TAX | PENALTY | INTEREST TO 04/23/09 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Net Income | 2006 to 2008 | | unknown | | unknown |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| * TOTAL * | | | | unknown | | Unknown |

Date:    09/02/09
Prepared By:    E. Liu
Telephone:    (808) 587-1675

OAHU COLLECTION BRANCH

By: *Lynne M Kaneta*

LYNNE M. KANETA
Tax Collector

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>LEHMAN BROTHERS HOLDINGS INC, jointly administered | Case Number<br>08-13555-JMP |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**STATE OF HAWAII, DEPARTMENT OF TAXATION**

Name and address where notices should be sent:
HAWAII STATE TAX COLLECTOR    ATTN: BANKRUPTCY UNIT (el)
P O BOX 259
HONOLULU HI  96809

Telephone number:
(808) 587-1675

❑ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):



Telephone number:

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

❑ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $ unknown

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**   see attached
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**   6325

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ❑ Real Estate   ❑ Motor Vehicle   ❑ Other
Describe:

Value of Property:$_____  Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $ unknown

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

❑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

❑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

❑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

❑ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ unknown

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>07/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>LYNNE M. KANETA, TAX COLLECTOR (el) | FOR COURT USE ONLY |
|---|---|---|

FILED / RECEIVED

JUL 27 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT    B

## STATE OF HAWAII
## DEPARTMENT OF TAXATION

TO:    LEHMAN BROTHERS HOLDINGS INC          Case No. 08-13555-jmp
       745 SEVENTH AVE                        Priority Claim
       NEW YORK NY  10019

### DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 13-3216325 | PERIOD | TAX | PENALTY | INTEREST TO 09/15/08 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Net Income | 2005, 2006 | unknown | | unknown | unknown |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| * TOTAL * | | | Unknown | | Unknown | Unknown |

Date:        07/22/09                    OAHU  COLLECTION  BRANCH
Prepared By:  E. Liu                     By: _____
Telephone:   (808) 587-1675                   LYNNE M. KANETA
                                              Tax Collector

FORM D-5 (PC)
(REV 1994)

## STATE OF HAWAII
## DEPARTMENT OF TAXATION

TO:   LEHMAN BROTHERS HOLDINGS INC
      745 SEVENTH AVE
      NEW YORK NY  10019

Case No. 08-13555-jmp
Unsecured Claim

### DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN# 13-3216325 | PERIOD | TAX | PENALTY | INTEREST TO 09/15/08 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Net Income | 2001 to 2004 | unknown | unknown | unknown | unknown |
| unknown | Net Income | 2005 to 2006 | | unknown | | unknown |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| * TOTAL * | | | Unknown | unknown | Unknown | Unknown |

Date: 07/22/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH

By: _Lynne M Kaneta_

LYNNE M. KANETA
Tax Collector