Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>        Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Walter Dominiak-Ernst</u>        <u>Credit Suisse AG</u>
Name of Transferee                              Name of Transferor

Name and Address where notices                    Court Claim # (if known): <u>55829</u>
to transferee should be sent:                     Date Claim Filed: <u>Oct. 30, 2009</u>
                                                  Amount of Claim: _____—_____
Walter Dominiak-Ernst                             Portion of Claim Transferred (see
Weckmarkt 4                                       Schedule I): <u>See Evidence of Transfer</u>
D-60311  Frankfurt am Main
Phone: <u>0049-69 682872</u>                       Phone: _____—_____
Last Four Digits of Acct #: _____—_____          Last Four Digits of Acct. #: _____—_____

Name and Address where transferee
payments should be sent (if different
from above) Deutsche Bank AG
         Zeil 57
         D-60313 Frankfurt am Main
         Depot-Nr. 216462201   BLZ:50070024
Phone: _____ 0049- 69. 92625119
Last Four Digits of Acct #: _____—_____

I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

By: <u>Walter Dominiak-Ernst</u>        Date: <u>21. of July 2013</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
JUL 29 2013
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Walter Dominiak-Ernst** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 55829)** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JULY 1, 2013.

**CREDIT SUISSE AG**

By: _____
Name:  Martina Berli
Title:   Director

By: _____
Name:  Juliette Diallo
Title:   Assistant Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|------------------------------------------------|
| XS0229269856 | 55829 | October 30, 2009 | Lehman Brothers UK Capital Funding II LP | EUR 20,000.00 |

FI: ED / RECEIVED
JUL 2 4 2013
EPIQ SYSTEMS

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holding Claims Processing

757 Third Avenue, 3rd Floor

USA – New York, NY 10017



PRIORITY
PRIORITAIRE / LUFTPOST

Deutsche Post
FILIALE   F1016OC60D   22.07.13
3.45 EUR