# ⚜ UBS

**UBS AG**
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

July 19, 2013

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

Attention: Clerk of the Court

you are receiving

Evidence of Transfer of Claim between UBS AG, Zurich and Volksbank Schwarzwald Baar Hegau dated 27.6.2013 / 11.7.2013

☐ for your information           ☐ returned with thanks        ☐ please return
☒ for your records               ☐ please comment              ☒ please confirm receipt
☐ as agreed                      ☐ please sign                 ☒ please process
☐ please complete                ☐ please forward to

Remarks
TOC143 EUR    20'000.00    3477186    XS0338495087
Transferor: UBS AG, Zurich (Switzerland)
Claim Number: 59233
Transferee: Volksbank Schwarzwald Baar Hegau

Yours sincerely,

UBS AG

*[signature]*

Jean-Claude Besson
Associate Director



RECEIVED JUL 26 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

61555 E    05.2005    J1

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Volksbank Schwarzwald Baar Hegau | Name of Transferor: <br> UBS AG |
|---|---|
| Notices to Transferee should be sent to: <br> Volksbank eG <br> Am Riettor 1 <br> 78048 Villingen-Schwenningen <br> Germany <br> +49 (0) 7721 802 1387 <br> Attn: Sandra Keipert <br> privatebanking(at)voba-sbh.de | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> EUR   20'000.00 <br> (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: 11. Juli 2013
    Sandra Keipert
    Volksbank eG
    Am Riettor 1, 78048 Villingen-Schwenningen

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).



Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
| --- | --- | --- | --- | --- |
| 14% Rev.Cv Lehman Bros. Sec. NV 2008-19.12.2008 | XS0338495087 | LBT BV | LBH Inc. | EUR 20'000.00 out of EUR 2'523'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Volksbank eG**
Am Riettor 1
78048 Villingen-Schwenningen
Germany
Tel: +49 (0) 7721 802 1387
Fax: +49 (0) 7721 802 1476
Attention: Sandra Keipert

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 27, 2013.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Hugo Koller
Title: Director

ACKNOWLEDGED BY:

Volksbank eG
Transferee

By: _____
Name: Sandra Keipert