BENSIÓN, ALBERTO AND/OR ZULEMA MALLO, in Pro Per
Br.Artigas 34, P.10
Montevideo, CP 11300
Uruguay
(Proof of Claim 47495)

BENSIÓN MALLO, ANDRÉS, in Pro Per
San Rafael 1227
Barra de Carrasco
Canelones, CP 15001
Uruguay
(Proof of Claim 47496)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No.: |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JMP) (Jointly Administered) |
| Debtors. | |

### REQUEST FOR HEARING TO DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

We hereby respectfully request that the Court order Debtors to set a date for the hearing regarding Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim. Such hearing, originally scheduled for November 30, 2011, has been repeatedly continued by Debtors and seems to have been indefinitely put off calendar.

Although we understand the complex nature of the Lehman bankruptcy proceedings, more than three years have elapsed since we filed our claims, and we believe that it is reasonable to assert our right to have our day in court in this matter.

Dated: July 10, 2013

_____
BENSIÓN ALBERTO AND/OR ZULEMA MALLO, in Pro Per

_____
BENSIÓN MALLO ANDRÉS, in Pro Per

C/ C

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.);

The Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.);

and

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.)