*FILED UNDER SEAL*           Hearing Date: September 18, 2013 at 2:00 p.m.

Lindsee P. Granfield
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., ET AL.,<br><br>                Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>                Debtor. | Case No.<br>08-01420 (JMP) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>                Plaintiff,<br><br>-against-<br><br>BARCLAYS CAPITAL INC.,<br><br>                Defendant. | Adversary Proc. No.<br>10-04103 (JMP) |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT
OF BARCLAYS CAPITAL INC.'S MOTION FOR CIVIL CONTEMPT
SANCTIONS AGAINST FIRSTBANK PUERTO RICO
<u>FOR WILLFUL VIOLATION OF THE SALE ORDER</u>**

THE WITHIN DOCUMENT IS **FILED UNDER SEAL**

PURSUANT TO THE CONFIDENTIALITY STIPULATION AND

PROTECTIVE ORDER BETWEEN BARCLAYS CAPITAL INC.

AND FIRSTBANK PUERTO RICO, FILED AND ENTERED ON

APRIL 5, 2011 (ECF DOC. #6).