Hearing Date: September 18, 2013 at 2:00 p.m.

Lindsee P. Granfield
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., ET AL.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>Debtor. | Case No.<br>08-01420 (JMP) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>Plaintiff,<br><br>-against-<br><br>BARCLAYS CAPITAL INC.,<br><br>Defendant. | Adversary Proc. No.<br>10-04103 (JMP) |

**SUPPLEMENTAL DECLARATION OF BOAZ S. MORAG IN FURTHER SUPPORT
OF DEFENDANT BARCLAYS CAPITAL INC.'S MOTION FOR CIVIL
CONTEMPT SANCTIONS AGAINST FIRSTBANK PUERTO RICO
<u>FOR WILLFUL VIOLATION OF THE SALE ORDER</u>**

I, BOAZ S. MORAG, declare as follows:

1. I am a member of the bar of this Court and Counsel to the law firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for Barclays Capital Inc. ("Barclays") in the above-captioned proceedings. I respectfully submit this supplemental declaration in further support of Barclays' Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico ("FirstBank") for Willful Violation of the Sale Order (the "Contempt Motion").

2. Citations to Exhibits 97-102 in Barclays' reply memorandum of law in further support of its Contempt Motion refer to the following Exhibits 97-102, true and correct copies of which are attached to this Declaration:

| EXHIBIT | DESCRIPTION |
|---|---|
| 97. | Letter from Jeffrey A. Mitchell to Hon. Naomi Reice Buchwald (July 11, 2013) |
| 98. | Letter from Boaz S. Morag to Hon. Naomi Reice Buchwald (July 10, 2013) |
| 99. | First Bancorp. May 10, 2013 Current Report on Form 8-K, filed May 13, 2013 |
| 100. | Transcript of Aug. 25, 2010 Hearing before Hon George B. Daniels ("Motion to Refer Hearing") |
| 101. | Excerpt of International Swaps and Derivatives Association, Inc., Guidelines for Collateral Practitioners (1996)[1] |
| 102. | Stipulation & Order, FirstBank Puerto Rico v. Barclays Capital Inc., Case No. 13-CV-04732 (NRB) (July 24, 2013), ECF No. 5 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2013
New York, New York

BOAZ S. MORAG

---

[1] Pursuant to Paragraph II(A)(3) of General Order M-399 of the General Orders of the Bankruptcy Court for the Southern District of New York, Barclays will provide a complete copy of this exhibit upon the Court's request.

2