Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Lehman Brothers Holdings Inc.   Case No.: 08-13555 (JMP

Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Berner Kantonalbank AG | Name of Transferor:<br>Credit Suisse AG |
|---|---|
| Notices to Transferee should be sent to:<br>Berner Kantonalbank AG<br>Postfach<br>CH 3001 Bern<br>PHONE ++41 31 666 11 33<br>Attn: Samuel Stucki<br>EMAIL samuel.stucki@bekb.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>CREDIT SUISSE AG<br>Postfach<br>8070 Zürich<br>Attn: Irma Bauer<br>+41 44 332 62 65<br>Transfer.lps@credit-suisse.com |
| Amount of Claim Being Transferred:<br><br>USD 140'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 55829 | |
| Date Claim Filed: October 29, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 13/07/15
Samuel Stucki, authorized representative

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).



registered mail

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States

Contact: Reto Braun
T +41 31 950 73 10, F +41 31 950 76 51
reto.braun@swisscom.com
Gümligen, July 22nd, 2013

**In re: Lehman Brothers Holdings Inc.**

Dear Sir or Madam

Please find attached two notices of claims

ISIN XS0186883798    Transferee: Berner Kantonalbank AG    Transferor: Credit Suisse AG

If you have any questions, please do not hesitate to contact us. We thank you in advance for your cooperation.

Yours faithfully
Swisscom IT Services, Banking Services

Michael Ruf
Abteilungsleiter Settlement /
Transfer; Namenaktien

Fabian Müller
Teamleiter Anlegen Corporate
Actions

Swisscom IT Services, Banking Services, Mattenstrasse 8, 3073 Gümligen, Telefon +41 58 892 92 92






Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 55829

Portion of the Claim Subject to Transfer (the "Transferred Claim"): USD 140'000

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| (2 ½ % min) BCN Lehman Bros Treasury BV 2004-08.03.2010 | XS0186883798 | LBT BV | LBH Inc. | USD 140'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

CREDIT SUISSE AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Berner Kantonalbank AG
Postfach
CH 3001 Bern
PHONE ++41 31 666 11 33
Attn: Samuel Stucki
EMAIL samuel.stucki@bekb.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Lehman Brothers_CS-BEKB_VN1784537.docx
Page 3 of 4

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 8, 2013.

Credit Suisse AG
Transferor

By: _____
Name:  Irma Bauer
Title:  Vice President

By: _____
Name:  Elisabeth Scheiwiller
Title:  Vice President

ACKNOWLEDGED BY:

[Berner Kantonalbank AG]
Transferee

By: _____
Name:  Samuel Stucki
Title:  Authorized representative



registered mail

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States

Contact: Reto Braun
T +41 31 950 73 10, F +41 31 950 76 51
reto.braun@swisscom.com
Gümligen, July 22nd, 2013

**In re: Lehman Brothers Holdings Inc.**

Dear Sir or Madam

Please find attached two notices of claims

ISIN XS0186883798       Transferee: Berner Kantonalbank AG        Transferor: Credit Suisse AG

If you have any questions, please do not hesitate to contact us. We thank you in advance for your cooperation.

Yours faithfully
Swisscom IT Services, Banking Services


Michael Ruf                          Fabian Müller
Abteilungsleiter Settlement /        Teamleiter Anlegen Corporate
Transfer; Namenaktien                Actions

Swisscom IT Services, Banking Services, Mattenstrasse 8, 3073 Gümligen, Telefon +41 58 892 92 92




