B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                    Case No. 08-13555

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.
§ 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2),
Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest
in the claim referenced in this evidence and notice.


| Citigroup Financial Products Inc. | Empyrean Investments, LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee
should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn:  Brian Broyles
Phone:  302-894-6175
Email:  Brian.Broyles@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:  Jaime A. Madell
Phone:  212-373-3228
Email:  jmadell@paulweiss.com

Court Claim # (if known):  26204
Amount Claimed: $1,400,000.00

Allowed Amount of Claim Transferred:
$1,400,000.00
Date Claim Filed:  9/21/09

Name and address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By: _____          Date: _____August 1, 2013_____
        Transferee/Transferee's Agent

                Brian S. Broyles
              Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                  Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 26204 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on August 1, 2013.

| Empyrean Investments, LLC | Citigroup Financial Products Inc. |
|---|---|
| **Name of Transferor** | **Name of Transferee** |

Address of Alleged Transferor:                    Address of Transferee:

Empyrean Investments, LLC                         Citigroup Financial Products Inc.
10250 Constellation Boulevard, Suite 2950         1615 Brett Road, Bldg 3
Los Angeles, CA 90067                             New Castle, DE 19720
                                                  Attn:  Brian Broyles
                                                  Phone:  302-894-6175
                                                  Email:  Brian.Broyles@citi.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                   _____
                                                  **CLERK OF THE COURT**