RECEIVED

AUG - 5 2013

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:     Lehman Brothers Holdings Inc.          Case No.: _08-13555 (JMP_
                                                  Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>BANCA MONTE DEI PASCHI DI SIENA SPA | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br>BANCA MONTE DEI PASCHI DI SIENA SPA<br>Via Rosellini 16 – 20124 MILAN (ITALY)<br>0039 02 69705714<br>Attn: FRAGNELLI DORIANA<br>Bof.amministrazioneestero@banca.mps.it | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 15'000.00 (face amount of securities) | ***NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 12th June 2013

Dr. ALFREDO MONTALBANO  FRAGNELLI DORIANA
BANCA MONTE DEI PASCHI DI SIENA SPA

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.*As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).



**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:　　　　United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:　　Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros. Treasury BV 2004-14.7.2014 | XS0195431613 | LBT BV | LBH Inc. | EUR 15'000.00 out of EUR 220'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

　　　　BANCA MONTE DEI PASCHI DI SIENA SPA
　　　　Piazza Salimbeni 3 – 53100 SIENA (ITALY)
　　　　Telephone: 0039 02 69705714
　　　　　Fax 0039 02 6970 5650
　　　　Attention: DORIANA FRAGNELLI

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 12, 2013.

UBS AG
Transferor

By: _____
Name:  Jean-Claude Besson
Title:  Associate Director

By: _____
Name:  Matthias Mohos
Title:  Associate Director

ACKNOWLEDGED BY:

BANCA MONTE DEI PASCHI DI SIENA SPA
Transferee

By: _____
Name: ~~Dr. Alfredo Montalbano~~  FRAGNELLI DORIANA
Title: ~~Chief Operating Officer~~  MANAGER