Hearing date: September 18, 2013 at 2:00 p.m.
Response date: Fully briefed

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 1633 Broadway | One Liberty Plaza |
| New York, NY 10019 | New York, New York 10006 |
| (212) 277-6500 | (212) 225-2000 |
| Jeffrey A. Mitchell | Lindsee P. Granfield |
| Judith R. Cohen | Boaz S. Morag |
| *Attorneys for FirstBank Puerto Rico* | *Attorneys for Barclays Capital Inc.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., ET AL.,<br><br>            Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>            Debtor. | Case No.<br>08-01420 (JMP) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>            Plaintiff,<br><br>-against-<br><br>BARCLAYS CAPITAL INC.,<br><br>            Defendant. | Adversary Proc. No.<br>10-04103 (JMP) |

## NOTICE OF HEARING ON BARCLAYS CAPITAL INC.'S
## MOTION FOR CIVIL CONTEMPT SANCTIONS
## AGAINST FIRSTBANK PUERTO RICO

DOCSNY-544149v1

PLEASE TAKE NOTICE THAT, on September 13, 2012, Barclays Capital Inc. filed a motion for civil contempt sanctions against FirstBank Puerto Rico (the "Contempt Motion") in the above-captioned proceedings (D.I. 20 in Adversary Proc. No. 10-4103 (JMP)), which is now fully briefed.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Contempt Motion will be held on September 18, 2013 at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 601, New York, New York 10004.

Dated: August 5, 2013
      New York, New York

Respectfully submitted,

| DICKSTEIN SHAPIRO LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By:   s/Jeffrey A. Mitchell<br>    Jeffrey A. Mitchell<br>    Judith R. Cohen | By: *[signature]*<br>    Lindsee P. Granfield<br>    Boaz S. Morag |
| 1633 Broadway<br>New York, NY 10019<br>(212) 277-6500 | One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| *Attorneys for FirstBank Puerto Rico* | *Attorneys for Barclays Capital Inc.* |

DOCSNY-544149v1