

The group > Organisation

# Organisation

**The Caisse des Dépôts group is made up of the Caisse des Dépôts Public Institution and its subsidiary companies.**

**The Caisse des Dépôts Public Institution, created by law in 1816, carries out Caisse des Dépôts' traditional and general interest missions.**

**Its subsidiary companies operate within the competitive sector.**

**Caisse des Dépôts operates throughout French territory through its regional management bodies. This ground level network, working directly with territorial authorities and local partners, draws upon and promotes all the group's know-how and financing.**

Group organisation chart



Click on the picture to enlarge

©2009 Caisse des Dépôts

2a


Caisse des Dépôts

# Organisation de la direction juridique et fiscale et des gestions associées

Avril 2012

**Jean-Marc MORIN**
Adjoint au Secrétaire général
Directeur juridique et fiscal du groupe
Adjoint au Directeur : Richard LANTERI

Céline RATIN (provisoire)
Assistante

**Richard LANTERI**
Adjoint au Directeur
Responsable du secteur Economique
Etudes et synthèses,
fiscalité, risques,
contrôle interne et externe

**Jean-Claude DAVERDIN**
Responsable du secteur Affaires générales
budget et RH métier,
coordination et fonctions supports
Cour des comptes et rapports DGAU
Responsable du service des Gestions associées

**Isabelle DELAMOUR MONNARD**
Responsable du secteur
Contentieux

**Xavier LE JEUNE**
Responsable du secteur
Droit immobilier

**N.**
Responsable du secteur droit public
Gouvernance CDC,
affaires statutaires, marchés publics

**Laurence FERAL**
Adjoint
Responsable du secteur Droit privé
Droit européen/concurrence,
contrats, nouvelles technologies,
propriété intellectuelle, sociétés, droit social

**Jérémie GUE**
Adjoint
Responsable du secteur
Droit financier et projets



Organisation de la direction juridique et fiscale
et des gestions associées – Détail par secteur

Avril 2012

Caisse des Dépôts

**Jérémie GUE**
Adjoint
Responsable du secteur
Droit financier et projets

Marie-Hélène LAPORTE
Assistante

**Béatrice DE POMPIGNAN**
Emission de titres

**Carine DYMON**
Fonds d'investissements

**Cécile DEGOVE**
Responsable du pôle
Bancaire & Financements

Yasmine BOÏK-BOUHEDJAR (Ext)
Pauline CORNU THENARD
Michael GRONSTEIN
Daniela KOTZEVA (Ext)
Gonzague DE MONTRICHARD (Ext)
Hélène PANCRAZI
Véronique TRANCHIMAND

**Nathalie BRAUD**
Responsable du pôle
Fusions & Acquisitions

Simon BEAUROY
Cécile CHATOT
Louis CHENARD (Ext)
Amandine DAVIET-DENIAUD
Paul DE TOURNEMIRE (Ext)
Audrey GIRARD GRILLO
Camille JAEGLE (Ext)
Agnès PESCHARD
Eve ROUSSEAU
Clara SCHAHMANECHE
Agata SZYMCZYK
Léonard VIELLE

**Laurent TARI**
Responsable du pôle
Finance Carbone/CDC Climat

Marie BOUTEFEU
Nathalie ORIBERT

**Valérie HULST**
Responsable du pôle
Projets

Florence BROUSSEAU
Arthur DESCAMPS
Anne-Marie ILTIS
Dessislava LE MOENNER
Constance LE VERT
Mathieu WERNER



Organisation de la direction juridique et fiscale
et des gestions associées – Détail par secteur

Avril 2012

**Isabelle DELAMOUR MONNARD**
Responsable du secteur
Contentieux

**Valérie BOVY**
Assistante

Contentieux civil, commercial,
social, pénal
Florence ARDITO
Patricia BOURGUIGNON
Ewa KNOTHE
Anne MCQUEEN
Isabelle NOEL
Christine SEVESTRE
Anna SENIUTA (Stg)
Aurore TAGLIANA (Ext)

**Isabelle NOEL**
Responsable du pôle
Reporting
sur les risques juridiques

Pascale BALBINE

**Anne MCQUEEN**
Responsable du pôle
Recouvrement de créances

**Valérie BOVY**
Marie-Amélie RECLAIR

**Isabelle NOEL**
Responsable du pôle
Oppositions – Saisies
Actes d'huissiers

Pascale BALBINE
Serge MOROY

Caisse
desDépôts

3α



# Direction des Back-offices

Caisse des Dépôts

Juin 2011

**Directeur**
Yvon Le Moullec*

*membres du Comité de direction

Relations institutionnelles et missions transversales
Agence comptable de l'EPFPMA

**Secrétariat général**
Michèle Hardré-Schille*

- Ressources humaines
- Budget, Contrôle de gestion et pilotage de la performance
- Communication
- Coordination informatique, Sécurité & Bureautique

**Contrôle des Risques et de la Conformité**
Albert Moirignot*

**Département Exécution des Dépenses et Comptabilités**
Marie-Caroline de Lussy*

- Comptabilité des Ressources humaines
- Comptabilité de la Holding
- Prestations de Comptabilité et de Middle-office
- MOA Exécution des Dépenses et Comptabilités
- Plateforme d'Exécution des Dépenses
- Contrôle de l'Exécution des Dépenses

**Département Trésorerie et Moyens de paiements**
Soïzick Mazoué*

- Relations de Place
- Trésorerie Opérations unitaires
- Guichet - Caisse
- Opérations de masse
- Comptabilité Numéraire
- Rapprochements bancaires
- MOA Numéraire

**Département Instruments financiers**
Michel Cadio*

- Relations clientèles
- Relations de Place
- Référentiels financiers
- Opérations financières
- Comptabilité Investisseur
- Contrôle Dépositaire et Conservateurs
- Valorisation Instruments financiers
- MOA Instruments financiers

3b



# Département Instruments financiers

**Caisse des Dépôts**

**Michel CADIO**
DBOFI0

**Assistantes**
Myriam FRANCOIS
Céline FAVIER (CDP)

**Chargée de mission**
Martine RONSAC

**Relations de place**
Henri ORANGE

**Relations clientèles Instruments financiers**
Alexis SARBERG
DBOFIR
Yves DAVRY - Patricia FAUTRAS - Maureen MCNERNEY

Avril 2012

---

**Référentiels financiers**
Denis ROBERT
**DBOFI1**

Annick BOSCHER
Marie-Luce BOUCICAUD
Eric DONNAT
Nicolas MATHIEU
Samantha PINTO
Laurence SIMON
Josiane TARTARIN

*Apprentis/CDP*
Julien COUDERC
Céline LOISEL

---

**X Opérations financières**
Jean-Pierre BAJOT
**DBOFI4**

**Philippe MONTEAN**
Adjoint
Maryse BALIN
Adeline BETTENCOURT
Kein-Bung CHAU
**Frédéric FONT-Y-RADUA**
Murèle GAUTHERIN
**Guillaume JEAN**
Joëlle KHOUTMAN
Annie LANOT
Frédéric MOLLAR-BOUDOIRE
**Olivier MOULIN**
Joselle OTHON
Marie-José PARIS
Marie-José PERITO
Maria PITTIGLIO
Daniel RECLAIR
Noémie SIVILAY
Romain TABAU
Paul VONGSAVATH

*Apprentis/CDP/Intérimaire*
Lolita BALLESTER
Diouma DIAKITE
Mame Mbayame DIOP
Anitha DJEARAM
Cigdem GUVENIR
Berline JEAN-PIERRE
Rainier NGUYEN VAN PHU
Svetlana PARIS
Leila RHAZI

---

**Valorisation Instruments financiers**
Eric MEDDOUR
**DBOFIV**

**Ginette ADELAIDE**
Iadine BONNET
Julie BRULE
Sandrine BURON
Laurent CALIBRE
Bernard CAVROIS
Marc DELAGE
Agnès GRANCHER
Josiane GUINGO
Thomas IAFRATE
Catherine JOLIMAY
Nadia LARBY
Thierry LE FLOHIC
**Thanh NGUYEN**
Patricia PAUCHET
Michel PUJOL
Patrice VAYSSIERE

*Apprentis/CDP*
Florian BENHAMOU
Julie BOUKOUIREN
Elodie BRUNET
Mato KEN-KENGUE

---

**Comptabilité investisseur**
Odile DELAPORTE
**DBOFIC**

Patricia AVARE
Patricia BERGER
**Corinne BOUDIER**
Florence CHAPUT
Michaël COTTON
Huguette DAGUENET
Agnès DEBRUE
Bernadette DENIZIOT
Oumou DIARRA-PAK
Annie FOURNIER
**Sylvie FRAYSSE**
Djamila KROURI
Sylviane LECEFEL
Patrick MOREIRA
Marlène PARIZEL
**Guillaume QUIGNETTE**
Sylvie SELBONNE
Annie TROUVE

*Apprentis/CDP*
Faïza DJAZIRI
Jonathan KADDOUCH
Marvin NSOMBI

---

**Contrôle dépositaire et conservateurs**
Martine PELLETIER
**DBOFID**

Jacques ANTONY
Catherine DURAND
Nathalie SIDZINA
Sorina TOCH

---

**MOA Instruments financiers**
Rachel CASCAJO
**DBOFIM**

Frédéric ANCHER
**Danuta BANCOURT**
Nathalie BEYREND
Olivier COSSAIS
Régis LE MERCIER
Laurent LOISEAU
**Sylvain ORUS**
Christel SANNIER



GROUPE

Caisse des Dépôts

**Organisation du pôle finances, stratégie, filiales et international (FSFI)**

Juillet 2012

**Antoine Gosset-Grainville**
**Directeur général adjoint**

Chargée de relations internes et institutionnelles
Aurore Thomas

Conseiller auprès du directeur général adjoint
Thierry Giami
Adjoint : Gilles Demonet

Département développement, filiales et participations
Sabine Schimel

Adjoint : Julien Brami

Institutions financières
Julien Brami

Transport et services
Julien Français

Capital Investissement et Infrastructures
Thomas Espiard

Immobilier - Logement - Tourisme
Julien Goubault

Développement
Loïc Bonhoure

Direction des affaires européennes et internationales
Laurent Vigier

Adjointe : Anne Haudry de Soucy
Secrétaire générale du Club des investisseurs de long terme

Affaires générales
Pierre-André Massis

Europe
Anne Haudry de Soucy

Délégué permanent à Bruxelles
Christophe Bourdillon

Méditerranée-Afrique
Christian Badaut

International
Philippe Pronost

Direction du pilotage stratégique, du développement durable et des études
Edward Arkwright

Affaires générales
Philippe-Jacques Parquet

Analyse stratégique, innovation et développement durable
Clément Lecuivre

Planification et pilotage stratégique
Christian Costrejean

Conseiller du comité de direction
Chargé de mission auprès du Directeur général adjoint
Responsable du service Gouvernance et mandats
Olivier Bailly

Directeur de projet
Virginie Chapron du Jeu

Direction des finances
Olivier Mareuse

Chargés de mission
Elie Beauroy
Michel Parenthoux

Gestion financière
Alain Minczeles

Comptabilité et pilotage financier
Yvon-Michel Loreau





GROUPE
Caisse
des Dépôts

Pôle finances, stratégie, filiales et international (FSFI)
Direction des finances
Département de la gestion financière

Juillet 2012

**Alain Minczeles**
Directeur

**Adjoint**
Pierre-François Koehl

**Assistante**
Patricia Vilmen

---

**ALM / Financement**
Pierre-François Koehl

Assistante
Véronique Boitard

**ALM**
Vincent Bremailère

Adjointe : Anne Bauer

Modéles :
Philippe Cossaye
Pricilla Monlol-Duquenne
Yassine Rabiai
Radia Roquania
Valérie Ruinet

Risques structurels :
Laurence Picaud
Raja El Baboni
Antoeil Lescoudère

Qualité des données
Thomas Nguyen
Béatrice Albrzbd

**Financements long-terme**
Stéphane Haezew

Thibaud Grimaud
Maodine Raillard
Alexandra Crevosseils (appr)

**Trésorerie**
Marie Siupler

Adjointe : Audrey Athull

Pierre Floucat
Florence Palozzi
David Raymond

**Gestion déléguée**
Jean-Tristan Parodi

Jean-Claude Trah

Prévision de trésorerie à 7 jours
Sophie Barbier

Michel Mouren

---

**Gestion actifs compte propre**
Joël Prohin

Assistantes
Marjorie Bovet
Sylvie Prashen

**Actions**
Bernard Izard

Adjoint : Jean Lantel-Laura

Claire Apard-Beverly
Adélaïe Beaugéndre
Frédéric Guyard
Aude de Lardimelle
Pierre-Henri Lourd
Sébastien Berchercroul (appr)

**Taux**
Pascal Clivet

Audrey Benlovy
Véronique Colin
Anne Favre
Raphaëlle Halkemeer
Morgann Leclève
Louis Paght
Dominique Sainir-Yves
Marianne Klarsfeld (appr)

---

**Immobilier, private equity et participations**
Céline Soennana

Middle-Office
David Grasskowsk
Maurice Aubacre
Jingliv-Justine Shao

Private equity
Jaouhar Moudi
Anne-Camille Copé (appr)

Immobilier
Arnaud Taverne
Lucas Migori
Nicolas Soucier
Corinne Trabey
Vincent Peres (appr)

Forêts et Immobilier direct
Jean-Pierre Guérin
Emmanuel Roquier
Laurence Zaboul

Participations financières
Marie-Hélène Lachand

Archives
Mathieu Chazeaux (CDP)

---

**Support comptable gestion financière**
David Dughoay

Assistante
Carole Soro

Maîtrise d'ouvrage
Valère Bonneau

Karim Bouharsi
Abdou Fall
Vrasalh Frichithavong
Bana Gakou
Sba Wins Harguebhard
Patrick Scuffir
Salong Vaillant
Laurent Cassel (appr)
Minh Thanh Ngo (CDP)

Bureautique et Sécurité
Chou Lim

Middle-Office
Samira Sahil

Audrey Bonnet
Bényamne Erkan
Christophe Havest
Estelle N-Toulouse
Valérie Mavel
Bénezit Montegutil
Françoise Sodilo
Arèlé Zeidman
Mathilde Ifhim (appr)

Mesure de performance et prévision de résultat
Cécilia Lyet

Nicolas Dhisifont
Romain Gavurbri
Christian Lavigne
Marie-Pierre Pailloux
Sabina Toris
Salwa Joof (appr)

---

**Intermédiation**
Manuela Laudic

Assistante
Patricia Vilmen

Adjointe fonctions support
Delphine Burg

Actions
Benoît Colombel

Vincent Arquier
Nasor Tahir

Taux
Nathalie Sroussi

Huguette Albudite
Samuel Belin
Jean-Charles Bellio
Ondrea Fleurs
Pierre Scandelle
Philippe Ricard (CDP)

---

**Secrétariat Financier / Compliance**
Françoise Tzychenko

Assistante
Véronique Boitard

Adjointe
Elena Masip

Secrétariat financier

Audrey Couturier
Thierry Large

Compliance
Françoise Tzychenko

Natataa Blanchel
Mathieu Pacha-Fenka