**SILVERMANACAMPORA LLP**
Counsel to Caisse des Dépôts et Consignations,
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Jay S. Hellman
Brett S. Silverman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In re                                                                              Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*           Case No. 08-13555 (JMP)

Debtors.                              (Jointly Administered)
----------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF CAISSE DES DÉPÔTS ET CONSIGNATIONS' SECOND MOTION FOR ENTRY OF AN ORDER TO PERMIT A LATE-FILED PROOF OF CLAIM**

**JAY S. HELLMAN**, pursuant to 28 U.S.C. §1746, states as follows:

1. I am a member of SilvermanAcampora LLP, the attorneys for Caisse des Dépôts et Consignations ("CDC") and, as such, I am fully familiar with all of the facts and circumstances set forth herein.

2. I submit this declaration in support of CDC's second motion for entry of an order to permit late-filed proof of claim against Lehman Brothers Special Financing Inc. ("LBSF" and, together with its jointly administered co-debtors, "Lehman" or the "Debtors") in accordance with Rules 3003(c)(3) and 3002(c)(6) or, alternatively, Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with such claim being deemed timely filed (the "Motion").[1]

3. Annexed hereto and made a part hereof as **Exhibit A** is a copy of the Master Agreement, dated July 29, 1994, governing certain future transactions between CDC and LBSF.

4. Annexed hereto and made part hereof as **Exhibit B** is a copy of the Guarantee of Lehman Brothers Holdings Inc., dated November 4, 1994, between CDC and LBSF

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

1                                                           CM/1351470.1/060177

5. Annexed hereto and made part hereof as **Exhibit C** is a copy of the Master Pledge Agreement, dated November 4, 1994, between CDC and LBSF whereby LBSF is the "Pledgor" and CDC is "Pledgee."

6. Annexed hereto and made part hereof as **Exhibit D** is a copy of Schedule G of the Debtors' chapter 11 petition wherein the Debtors reference the Master Agreement as an unexpired executor contract with reference to Master Derivative Account Number 070494CDDC.

7. Annexed hereto and made part hereof as **Exhibit E** is a copy of the returned envelope that allegedly held the Bar Date Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2013

                                      s/JAY S. HELLMAN  
                                        JAY S. HELLMAN