Lehman Brothers Special Financing Inc.

Case No. 08-13888 (JMP)

Sch G
Executory Contracts and Unexpired Leases
G: Derivative Contracts

| Contract Counterparty | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 1212030026 |
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 1212030027 |
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 1212030054 |
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 1212030025 |
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 031705DISP |
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 1212030029 |
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 1212030010 |
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 1212030030 |
| c/o Blackrock Advisors, Inc. | 40 E. 52nd Street, 18th Floor | | | New York | NY | 10022 | UNITED STATES | Derivative Master Account Number 1212030041 |
| c/o Merrill Lynch Investment Managers LLC | 800 Scudders Mill Road | | | Plainsboro NJ | | 8536 | UNITED STATES | Derivative Master Account Number 113005ML15 |
| c/o Putnam Investments | One Post Office Square | One Post Office Square | | Boston | MA | 2109 | United States | Derivative Master Account Number 030607CRED |
| CAAM GLOBAL BOND FUND | 168 Robinson Rd #22-03 | | Capital Towers 068912 | | | | Singapore | Derivative Master Account Number 092607CRED |
| CABLE & WIRELESS PLC SUPERANNUATION FUND | PIMCO | 840 Newport Center Drive | Suite 100 | Newport Beach | CA | 92660 | UNITED STATES | Derivative Master Account Number 100605CABW |
| Cadbury Corporation | 2150 Route 38 | | | Cherry Hill | NJ | 08002-4302 | United States | Derivative Master Account Number 112096CBCP |
| CAIN BROTHERS & COMPANY LLC | 452 Fifth Ave | | | New York | NY | 10018 | UNITED STATES | Derivative Master Account Number 121598CBB |
| Caisse d' Amortissement de la Dette Sociale | 139, rue de Bercy | | | Cedex 12 | | 75572 Paris | France | Derivative Master Account Number 121097CADL |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 1000, Place Jean Paul Riopelle | | | Montreal | QC | 0 | Canada | Derivative Master Account Number 052797QJON |
| CAISSE DES DEPOTS ET CONSIGNATIONS | 56 rue de Lille | | | Cedex 07 | | 75356 Paris | France | Derivative Master Account Number 080494CDDC |