

INTERNATIONAL

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
NEW YORK, NY
PERMIT #4427

RETURN
TO SENDER

NEW YORK, NY

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

ADDRESS SERV

Legal Documents Enclosed -
Please direct to the attention of the Addressee,
it or President.

PLI NON DISTRIBUABLE

Anomalie d'adresse :

Name ...ddress of Creditor: (and name and address where notices should be sent if
different from Creditor)

BH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 8880008400******
CAISSE DES DEPOTS ET CONSIGNATIONS
56 RUE DE LILLE
75356 PARIS
CEDEX 07
FRANCE