UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re                                                                                    Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*,         Case No. 08-13555 (JMP)

                                                                                         (Jointly Administered)
                                             Debtors.
-------------------------------------------------------------------X

## ORDER PERMITTING A LATE-FILED PROOF OF CLAIM

Upon the motion of Caisse des Dépôts et Consignations' ("CDC") to permit a late-filed claim against Lehman Brothers Special Financing Inc. ("LBSF" and, together with its jointly administered co-debtors, "Lehman" or the "Debtors") in accordance with Rules 3003(c)(3) and 3002(c)(6) or, alternatively, Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with such claim being deemed timely filed (the "Motion");[1] and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28, United States Code to consider the Motion and the relief requested therein; and the Debtors' cases having been automatically referred to this Court by the Standing Order of Reference from the United States District Court for the Southern District of New York dated July 10, 1984; and venue being proper in this Court pursuant to Sections 1408 and 1409 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice is required; and the Court having heard argument on the record at the hearing before the Court, on September 26, 2013 (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted in its entirety; and it is further

**ORDERED** that to the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled; and it is further

**ORDERED** that CDC shall file a proof of claim within sixty (60) days of this Order, which

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

proof of claim shall be deemed to have been timely filed; and it is further

**ORDERED** that the Debtors shall retain all of their rights to object to CDC's proof of claim on any basis other than timeliness, and that CDC shall retain all of its rights to respond to any such objection.

Dated: New York, New York
_____ \_\_, 2013

                                                HONORABLE JAMES M. PECK
                                                UNITED STATES BANKRUPTCY JUDGE