Lindsee P. Granfield
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>                              Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>                              Debtor. | Case No.<br>08-01420 (JMP)SIPA<br><br>CERTIFICATE OF SERVICE |
| FIRSTBANK PUERTO RICO,<br><br>                              Plaintiff,<br><br>         - against -<br><br>BARCLAYS CAPITAL INC.,<br><br>                              Defendant. | Adversary Proc. No.<br><br>10-04103 (JMP) |

   I, Richard V. Conza, an attorney admitted to practice in the State of the New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 5th day of August 2013, the Reply Memorandum of Law in Further Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order and the Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order with Exhibits 97 through 102 were served by email upon:

"Mitchell, Jeffrey" <MitchellJ@dicksteinshapiro.com>,
"Cohen, Judith" <CohenJudith@dicksteinshapiro.com>

Dated:   New York, New York
        August 7, 2013

                                        Richard V. Conza