Lindsee P. Granfield
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>                              Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>                              Debtor. | Case No.<br>08-01420 (JMP)SIPA<br><br>CERTIFICATE OF SERVICE |
| FIRSTBANK PUERTO RICO,<br><br>                              Plaintiff,<br><br>- against -<br><br>BARCLAYS CAPITAL INC.,<br><br>                              Defendant. | Adversary Proc. No.<br><br>10-04103 (JMP) |

I, Richard V. Conza, an attorney admitted to practice in the State of the New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 6th day of August 2013, the Notice of Hearing on Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico was served by email upon:

"Mitchell, Jeffrey" <MitchellJ@dicksteinshapiro.com>,
"Cohen, Judith" <CohenJudith@dicksteinshapiro.com>

Dated:  New York, New York
        August 7, 2013

_____
Richard V. Conza