B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.      Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Panning Master Fund, LP                          Deutsche Bank AG, London Branch
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 3643
should be sent:                                   Amount of Claim Transferred: $274,539.07
                                                  Date Claim Filed: March 31, 2009
Panning Master Fund, LP                           Debtor: Lehman Brothers Holdings Inc.
c/o Panning Capital Management, LP
50 Madison Ave, 24th Floor
New York, NY 10022
Fax: 212-916-1861
Attn: Robert Bowers
Email: rbowers@panningcapital.com


Phone: _____              Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

797351v.1 3250/00006                    1

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 8/5/13
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.