B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Panning Master Fund, LP</u>              <u>Deutsche Bank AG, London Branch</u>
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee should be sent:

Panning Master Fund, LP
c/o Panning Capital Management, LP
50 Madison Ave, 24th Floor
New York, NY 10022
Fax: 212-916-1861
Attn: Robert Bowers
Email: rbowers@panningcapital.com

Court Claim # (if known): <u>3644</u>
Amount of Claim Transferred: <u>$1,291,701.00</u>
Date Claim Filed: <u>March 31, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

797353v.1 3250/00006                    1

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 8/5/13
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

797353v.1 3250/00006                    2