## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to CVIC II Lux Master Sárl. (the "Assignee") pursuant to a Transfer of Claim Agreement dated June 13, 2013 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated July 3, 2006 between the Debtor and Atlantic International Finance Limited relating to the ISDA Master Agreement dated July 3, 2006 and related documents (the "ISDA") between Atlantic International Finance Limited and the Debtor including, without limitation, all of its interest in claims represented by Proof of Claim number 20832.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2013

**ASSIGNOR:**

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title:

**ASSIGNEE:**

CVIC II LUX MASTER SÁRL.

By: _____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _13_ day of ~~May~~ June, 2013

**ASSIGNOR:**

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title:

**ASSIGNEE:**

CVIC II LUX MASTER SÁRL.

By: _____
Name:
Title: ASIM CHOHAN
DIRECTOR

2

786729v.1 2620/00483

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to CVIC II Lux Master Sárl. (the "Assignee") pursuant to a Transfer of Claim Agreement dated June 13, 2013 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated October 10, 2002 between the Debtor and Pyxis Finance Limited relating to the ISDA Master Agreement dated October 9, 2002 and related documents (the "ISDA") between Pyxis Finance Limited and the Debtor including, without limitation, all of its interest in claims represented by Proof of Claim number 27861.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

786747v.1 2620/00483

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2013

**ASSIGNOR:**            **ASSIGNEE:**

THE ROYAL BANK OF SCOTLAND PLC    CVIC II LUX MASTER SÁRL.
By: RBS Securities Inc., its agent

By: _____       By: _____
Name:                                    Name:
Title:                                    Title:

786747v.1 2620/00483

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of ~~May~~ June, 2013

**ASSIGNOR:**

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By:_____
Name:
Title:

**ASSIGNEE:**

CVIC II LUX MASTER SÁRL.

By: _____
Name:   ASIM CHOHAN
Title:   DIRECTOR

2

## EVIDENCE OF TRANSFER OF CLAIM

**TO:**  Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to CVIC II Lux Master Sárl. (the "Assignee") pursuant to a Transfer of Claim Agreement dated June *13*, 2013 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated October 10, 2002 between the Debtor and Pyxis Finance Limited relating to the ISDA Master Agreement dated October 9, 2002 and related documents (the "ISDA") between Pyxis Finance Limited and the Debtor including, without limitation, all of its interest in claims represented by Proof of Claim number 27862.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

786755v.1 2620/00483

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2013

**ASSIGNOR:**

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title:

**ASSIGNEE:**

CVIC II LUX MASTER SÁRL.

By: _____
Name:
Title:

2

786755v.1 2620/00483

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS *13* day of ~~May~~ June, 2013

**ASSIGNOR:**

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By:_____
Name:
Title:

**ASSIGNEE:**

CVIC II LUX MASTER SÁRL.

By: _____
Name: ASIM CHOHAN
Title: DIRECTOR

2

786755v.1 2620/00483

## EVIDENCE OF TRANSFER OF CLAIM

**TO:**   Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to CVIC II Lux Master Sárl. (the "Assignee") pursuant to a Transfer of Claim Agreement dated June 13, 2013 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated October 10, 2002 between the Debtor and Pyxis Finance Limited relating to the ISDA Master Agreement dated October 9, 2002 and related documents (the "ISDA") between Pyxis Finance Limited and the Debtor including, without limitation, all of its interest in claims represented by Proof of Claim number 27863.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

786760v.1 2620/00483

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of June, 2013

**ASSIGNOR:**

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title:

**ASSIGNEE:**

CVIC II LUX MASTER SÁRL.

By: _____
Name:
Title:

2

786760v.1 2620/00483

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS *13* day of ~~May~~, 2013
June

**ASSIGNOR:**

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:
Title:

**ASSIGNEE:**

CVIC II LUX MASTER SÁRL.

By: _____
Name: ASIM CHOHAN
Title: DIRECTOR

2

786760v.1 2620/00483