SILVERMANACAMPORA LLP
Attorneys for Caisse des Depots et Consignations
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Jay S. Hellman, Esq.
Brett S. Silverman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDING INC., *et al.*                   Case No. 08-13555 (JMP)
                                                         (Jointly Administered)
                                          Debtor.
-------------------------------------------------------------------X      **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NASSAU           )

        I, **Sheree B. King,** being duly sworn, depose and say: I am not a party to this action, am
over 18 years of age and am employed by SilvermanAcampora LLP.

        On August 6, 2013, deponent served the:

- **NOTICE OF CAISSE DES DÉPÔTS ET CONSIGNATIONS' SECOND MOTION
  FOR ENTRY OF AN ORDER TO PERMIT A LATE-FILED CLAIM**

- **CAISSE DES DÉPÔTS ET CONSIGNATIONS' SECOND MOTION FOR ENTRY
  OF AN ORDER TO PERMIT A LATE-FILED CLAIM) with exhibits.**

by regular mail delivery to the addresses listed thereon, said addresses designated for that
purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper,
in an official depository under the exclusive care and custody of the United States Postal
Service within the State of New York.

To:     **ATTORNEYS FOR THE DEBTORS**
        WEIL GOTSHAL & MANGES LLP
        ATTN: RICHARD P. KRASNOW, LORI R. FIFE
        JACQUELINE MARCUS ROBERT LEMONS
        767 FIFTH AVENUE
        NEW YORK, NY 10153

        **OFFICE OF THE UNITED STATES TRUSTEE**
        OFFICE OF THE US TRUSTEE
        TRACY HOPE DAVIS, ESQ;
        201 VARICK STREET, SUITE 1006
        NEW YORK, NEW YORK  10014

SBK/1366489.1/060177

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, DENNIS O',DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY IOOO5

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET,3OTH FL
LOS ANGELES, CA 90017

    I, **Sheree B. King,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

    On August 6, 2013, deponent served the:

- **NOTICE OF CAISSE DES DÉPÔTS ET CONSIGNATIONS' SECOND MOTION FOR ENTRY OF AN ORDER TO PERMIT A LATE-FILED CLAIM**
-

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**See Attached:**

                                   s/ Sheree King
                                   SHEREE B. KING

Sworn to before me this
7TH  day of AUGUST, 2013

s/ Carol Ann Gallo Russo
Notary Public

Carol Ann Gallo-Russo
Notary Public, State of New York
No. 01GA4632721
Qualified in Suffolk County
Commission Expires April 30, 2014

SBK/1366489.1/060177

## SERVICE LIST

LEHMAN BROTHERS HOLDINGS, *et al.*
Case No. 08-13555 (JMP)
Master Mailing Matrix
Established August 6, 2013 per CM

| | | |
|---|---|---|
| HINSHAW & CULBERTSON<br>ATTN: CHARLES TAT<br>1 EAST BROWARD BLVD, SUITE 1O1O FT<br>LAUDERDALE, FL 3330I | UNITED STATES BANKRUPTCY COTJRT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY 1OOO4 | WEIL GOTSHAL & MANGES LLP<br>ATTN: RICHARD P. KRASNOW, LORI R. FIFE<br>JACQUELINE MARCUS ROBERT LEMONS<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| OFFICE OF THE US TRUSTEE<br>TRACY HOPE DAVIS, ESQ;<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NEW YORK 10014 | HUGHES HUBBARD & REED LLP<br>ATTN: SARAH CAVE, JAMES W. GIDDENS,<br>JAMES B. KOBAK, JR., CHRISTOPHERK.<br>KIPLOK ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1482 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS DUNNE, DENNIS O',DONNELL, ESQ.<br>EVAN FLECK, ESQ.<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 1OOO5 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>ATTN: PAUL ARONZO & GREGORY BRAY<br>601 SOUTH FIGUEROA STREET,3OTH FL<br>LOS ANGELES, CA 90017 | ASSISTANT UNITED STATES ATTORNEY,<br>SDNY ATTN: ROBERT YALEN, ESQ.<br>86 CHAMBERS STREET,3RD FLOOR<br>NEW YORK, NY 1OOO7 | COMMODITY FUTURES TRADING<br>COMMISSION TERRY S ARBIT<br>THREE LAFAYETTE CENTRE<br>1 155 21ST ST, NW<br>WASHINGTON, DC 20581 |
| COMMODITY FUTURES TRADING<br>COMMISSION ROBERT B WASSERMAN<br>THREE LAFAYETTE CENTRE<br>1155 21ST ST, NW<br>WASHINGTON, DC 20581 | FEDERAL RESERVE BANK OF PHILADELPHIA<br>C/O WILLIAM T. WISSER, ASSISTANT VICE<br>PRESIDENT TEN INDEPENDENCE MALL<br>PHILADELPHIA, PA 19106-1 57 4 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN<br>290 BROADWAY<br>NEW YORK, NY 1OOO7 |
| SECURITIES INVESTOR PROTECTION<br>CORPORATION 805 15TH STREET, N.W.<br>SUITE 8OO<br>WASHINGTON, DC 2OOO5 -221 5 | US SECURITIES AND EXCHANGE COMMISSION<br>MARK SCHONFELD, REGIONAL DIRECTOR<br>DIVISION OF MARKET EGULATION<br>450 5TH STREET, NW<br>WASHINGTON, DC 20534 | US SECURITIES AND EXCHANGE<br>COMMISSION NEAL JACOBSON<br>DIVISION OF MARKET REGULATION<br>450 5TH STREET, NW<br>WASHINGTON, DC 20534 |
| CLEARY GOTTLIEB LLP JAMES BROMLEY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>LISA S CHWEITZEIVLIND S EE GRANFIELD<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN:MICHAEL S. STAMER, PHILIP C. DUBLI<br>AND MEREDITH A. LAHAIE - (COUNSEL TO<br>INFORMAL NOTEHOLDER GROUP)<br>ONE BRYANT PARK<br>NEW YORK, NY 10036-6715 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: ROBERT A. JOHNSON<br>(COUNSEL TO DYNERGY MARKETING<br>POWER INC.)<br>ONE BRYANT PARK<br>NEWYORK,NY 10036 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: MICHAEL S. STAMER & NATALIE E.<br>LEVINE (COUNSEL TO SUNSHINE<br>ENTERPRISES, L.P.)<br>ONE BRYANT PARK<br>NEWYORK,NY I0036 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: SARAH LINK SCHULTZ<br>(COLTNSEL TO SUNSHINE ENTERPRISES L.P.<br>17OO PACIFIC AVENUE, SUITE 41OO<br>DALLAS, TX'75201 |
| ALLEN & OVERY LLP<br>ATTN: LISA KRAIDIN<br>(COUNSEL TO BANK OF CHRNA)<br>1221 AVENUE OF THE AMERICAS<br>NEWYORK,NY IOO2O | ALLEN & OVERY LLP<br>ATTN: KEN COLEMAN<br>(COUNSEL TO FIRST COMMERCIAL BANK,,<br>LTD NY AGENCY AND BANK OF TAIWAN)<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 1OO2O | ALLEN MATKINS LECK GAMBLE & MALLORY LLP<br>ATTN: MICHAEL S. GREGER - (COUNSEL TO<br>CONSTELLATION PL, ADV PORTFOLIO TECH, SUN<br>GUARD, ET AL.,INF SRVS, WALL ST<br>CONCEPTS) - 19OO MAIN STREET, 5TH FLOOR<br>IRVINE, C4.92614-7321 |

ALSTON & BIRD LLP
ATTN: KARL GEERCKEN
(COUNSEL TO AOZORA BANK, LTD.)
90 PARK AVENUE
NEW YORK, NY 10016-1387

ALSTON & BIRD LLP
ATTN: WILLIAM S. SUGDEN, ESQ.
(COUNSEL TO AOZORA BANK)
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309

ALSTON & BIRD LLP
ATTN:JOHN C. WEITNAUER
(COUNSEL TO WILMINGTON TRUST
COMPANY, AS TRUSTEE) ONE ATLANTIC
CENTER  1201 WEST PEACHTREE STREET
ATLANTA, GA30309-3424

ANDERSON KILL & OLICK, P.C.
ATTN:ROBERT M HORKOVICH, TODD E DUFFY
DENNIS J NOLAN, ESQ
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1182

ANDREWS KURTH LLP
ATTN: ROBIN RUSSELL, ESQ.
(COUNSEL TO EPCO HOLDTNGS, INC.) 600
TRAVIS, STE. 4200
HOUSTON, TX77019

AOZORA BANK, LTD,
ATTN: SUSAN MINEHAN, SENIOR COUNSEL 1-
3-1 KUDANMINAMI
CHIYODA-KU
TOKYO, 102-8660

ARENT FOX LLP
ATTN: GEORGE P ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2740

ARNOLD & PORTER LLP
ATTN: CHARLES A. MALLOY
(COUNSEL TO DANSKE BANK A/S AND
SAMPO BANK PLC)
555 12TH ST., NW
WASHINGTON, DC 20004

ARNOLD & PORTER LLP
ATTN: ANTHONY D. BOCCANFUSO
(COUNSEL TO DANSKE BANK A/S & SAMPO
BANK PLC) 399 PARK AVENUE
NEW YORK, NY 10022-4690

AT&T SERVICES INC.
LAW GROUP COLINSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATTORNEY GENERAL OF STATE OF NY
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY
GENERAL 1 20 BROADW AY, 24TH FLOOR
NEW YORK,NY 10271

BAKER & HOSTETLER LLP
ATTN: DONALD A. WORKMAN
(COUNSEL TO METAVANTE CORPORATTON)
WASHTNGTON SQUARE, SUITE 1100
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036-5304

BAKER BOTTS L.L.P.
ATTN: IAN ROBERTS
(COUNSEL TO LINN ENERGY, LLC)
910 LOUISIANA STREET
HOUSTON, TX77002-4995

BARNES & THORNBURG LLP
ATTN: MICHAEL K. MCCRORY
(COUNSEL TO NB COATINGS, INC.)
1I S. MERIDIAN STREET
INDIANAPOLIS, IN 46204

BARNES & THORNBURG LLP
ATTN:DAVID M. POWLEN
(COUNSEL TO NB COATINGS, INC.)
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN MGT INC)
155 FEDERAL STREET 9TH FLOOR
BOSTON, MA 02110

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: CHESTER B. SALOMON
(COUNSEL TO 469 BERGMAN PROPERTIES LLC,
SUMMIT CAPITAL PARTNERS, IRA
ERTENTIEL,RICHARD E WITTEN, SHAMAH 2000
FAMILY TRUST, ET AL.)
299 PARK AVENUE NEW YORK, NY 10171

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: ALEC P. OSTROW
(COUNSEL TO ALPINE BANK)
299 PARK AVENUE
NEWYORK,NY 10171

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER,
ROBIN SWITZENBAUM AND DAVID ANZISKA
(COUNSEL TO STATE OF NJ, DEPARTMENT OF
TREASURY)
1622LOCUST STREET
PHILADELPHIA, PA 19103

BERMAN DEVALERIO PEASE TABACCO BURT &
PUCILLO ATTN: MICHAEL PUCILLO, WENDY
ZOBERMAN, ANNE F O'BERRY
(COUNSEL TO FLORTDA STATE BOARD OF
ADMINISTRATION)
4280 PROFESSIONAL CENTER DR., STE 350
PALM BCH GDNS, FL334T0-4280

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN:DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N.IRELAND GOVT COMM, EDINBURGH COLTNCIL &
OPER. ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA92130

BERNSTEIN LITOWITZ BERGER & GROSSMANN
LLP
ATTN: STEVEN SINGER, ESQ.
(COUNSEL TO ALMEDA CNTY, GOVT OF GUAM, N.
IRELAND GOVT COMM, EDINBURGH COUNCIL &
OPER. ENG. LCL 13)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BIEGING SHAPIRO & BURNS LLP
ATTN: DLTNCAN E. BARBER, STEVEN T.
MULLIGAN (COUNSEL TO PAYREEL INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80231

BIEGING SHAPIRO & BURRUS LLP
ATTN: DUNCAN E. BARBER, STEVEN T.
MULLIGAN (COUNSEL TO IRONBRIDGE
ASPEN, MOUNTAIN & HOMES)
4582 SOUTH ULSTER STREET PARKWAY,
SUITE 1650 DENVER, CO 80237

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN
AND STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SERVICES, ET AL)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN:P. SABIN WILLETT
(COUNSEL TO UBS FINANCIAL SERVICES, UBS
INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK,
HALBIS)
ONE FEDERALPLAZA.
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M.
DOMBROFF AND STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN:MARKW. DEVENO
(COUNSEL TO METROPOLITAN LIFE
INSURANCE coMPANY)
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J.
SILVERMAN AND JOSHUA DORCHAK
(COTINSEL TO CURRENEX, STATE ST BANK &
UBS SEC'S) 399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN:JEFFREY SABIN, RONALD SILVERMAN,
STEVEN WILAMOWSKY AND CAROL WEINER LEVY
(COUNSEL TO HALBIS DISTRESSED
OPP MASTER FUND LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN:JEFFREY S. SABIN AND JOSHUA DORCHAK
(COUNSEL TO PUTNAM INVESTMENTS, LLC &
AFFILIATES)
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
ATTN:RAJIV MADAN AND ANGIE OWEN
(SPECIAL COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSTON)
2O2OK STREET NW
WASHTNGTON, DC 20006-1 806

BINGHAM MCCUTCHEN LLP
ATTN: JOSHUA DORCHAK, ERIN K. MAUTNER
(COUNSEL TO WELLS FARGO BANK
NORTHWEST, N.A.)
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
ATTN: TIMOTHY B. DESIENO & R. JEFFERY BLACK
(COUNSEL TO THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BLANK ROME LLP
ATTN: ANDREW ECKSTEIN, ESQ.
(COUNSEL TO THOMSON REUTERS)
THE CHRYSLER BUILDING,
405 LEXINGTON AVE
NEW YORK, NY 10174

BOIES, SCHILLER & FLEXNER LLP
ATTN: JONATHAN D. SCHILLER
(COUNSEL TO SANKATY ADVISORS LLC, SANKATY
CREDIT OPPORTUNITIES I LP, SANKATY CREDIT
OPPORTUNITIES
III, L.P. & SANKATY SPECIAL SITUATIONS I, LP)
575 LEXINGTON AVENUE,7TH FLOOR
NEW YORK, NY 10022

BOIES, SCHILLER & FLEXNER LLP
ATTN: JONATHAN SHERMAN
(COUNSEL TO SANKATY ADVISORYS, LLC; SANKATY
CREDIT OPPORTUNITES I LP; SANKATY CREDIT
OPPORTLTNITIES
III LP;& SANKATY SPECIAL SITUATIONS I, LP)
5301 WISCONSIN AVE NW, SUITE 8OO
WASHINGTON, DC 20015

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN: AUSTIN L. MCMULLEN, ROGER G. JONES
(COUNSEL TO FRANKLIN AMERICAN MORTGAGE
COMPANY)
1600 DIVISION STREET, SUITE 7OO
P.O. BOX 34002s
NASHVILLE, TN 37203

BRACEWELL & GRULIANI LLP
ATTN: KURT A. MAYR
(COUNSEL TO MR. ALAIN BACHELOT, THE
PROVISIONAL FRENCH ADMINISTRATOR OF
BANQUE LEHMAN
BROTHERS SA)
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103

BRAGAR WEXLER EAGEL & SQUIRE, P.C.
ATTN: JUSTIN A. KUEHN
(COUNSEL TO MARK MAZZATTA &
MICHELLE MCHUGH-MAZZATA)
885 THIRD AVENUE - SUITE 3O4O
NEWYORK,NY 10022

BRICE, VANDER LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
(COUNSEL TO LITTON LOAN SERVICING, LP)
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX75243

BRIGGS & MORGAN, P.A.
ATTN: MICHAEL D. GORDON
(COUNSEL TO MEMBERS UNTD CORP
FEDERAL CRDT UNION)
22OO IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS. MN 55402

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN:MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES
ONE WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
2OO VESEY STREET
NEW YORK, NY 10281-1021

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COI.]NSEL TO BUSINESS OBJECTS
AMERICAS) 6 NORTH BROAD STREET, SUITE
1OO
WOODBURY, NJ 08096

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSELTO FRICTTONLESS COMMERCE,
INC.) 6 NORTH BROAD STREET, SUITE 1OO
WOODBURY, NJ 08096

BROWN RUDNICK LLP
ATTN:MARTIN S. SIEGEL
(COUNSEL TO LBT AD HOC GROUP) SEVEN
TIMES SQUARE
NEWYORK,NY 10036

BROWN RUDNICK LLP
ATTN: STEVEN B. LEVINE
(COUNSEL TO LBT AD HOC GROUP) ONE
FINANCIAL CENTER
BOSTON, MA 0211I

BROWN RUDNICK LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO ASR LEVENSVERZEKERING
N.V., FALCON LEVEN N.V. & AMERSFOORTSE
LEVENSVERZEKERING MAATSCHAPPIJ)
SEVEN TIMES SQUARE
NEW YORK. NY I0036

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION ATTN: SHAWN M
CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE USA INC)
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
ONE OXFORD CENTRE
301 GRANT STREET,2OTH FLOOR
PITTSBURGH, PA 1 5219-I410

BURNS & LEVINSON LLP
ATTN: TAL M. UNRAD, ESQUIRE
(COUNSEL TO ZPR INTERNATIONAL, INC.)
125 SUMMER STREET
BOSTON, MA 02110

BUTZEL LONG, A PROFESSIONAL
CORPORATION ATTN:ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL
DE DEPOSTTOS, S.A.)
380 MADISON AVENUE, 22ND FLOOR
NEW YORK,NY I0OI7

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: JOHN RAPISARDI, ESQ,
AND GARY TICOLL, ESQ.
(COUNSEL TO CTTTGROUP INC.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN:HOWARD HAWKINS, JR., AND ELLEN
HALSTEAD (COUNSEL TO MORGAN STANLEY,
CHILTON NEW ERA) ONE WORLD FINANCIAL
CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS LLC, MORGAN
STANLEY & CO INC & AFFILIATES, ET AL. & JEREMY
DAVIS)
7OO SIXTH STREET, NW
WASHINGTON, DC 2OOO1

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, ELLEN HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLI
ATTN: HOWARD HAWKINS, JR. AND ELLEN M.
HALSTEAD (COUNSEL TO LEHMAN BROTHERS MLP
OPPORTUNITY FLTND L.P. AND LEHMAN BROTHERS
CDO OPPORTT]NITY FUND LP) - ONE WORLD
FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR., ESQ.
(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD
FI'ND, AVIV LCDO, AIRLIE LCDO, PEBBLE CREEK
AND WHITE MARLIN)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 1028I

CADWALDER, WICKERSHAM & TAFT, LLP
ATTN:HOWARD R. HAWKINS, JASON ruRGENS
& ELLEN M. HALSTEAD, ESQ.
(COUNSEL TO WESTLB AG, NEW YORK
BRANCH) ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY IOOO5

CALIFORNIA PUBLIC EMPLOYEES
RETIREMENT SYSTEM ATTN: THOMAS
NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942101
SACRAMENTO, CA 9 4229.27 07

CARTER, LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
(COUNSEL TO PUNJAB NATIONAL BANK)
2WALL STREET
NEW YORK, NY IOOO5

CB RICHARD ELLIS,INC
ATTN: WANDAN. GOODLOE, ESQ.
2OO PARK AVENUE, ITTH FLOOR
NEWYORK,NY 10166

CHADBOURNE & PARKE LLP
ATTN:HOWARD SEIFE, DAVID M. LEMAY, &
ANDREW ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

CHAPMAN AND CUTLER LLP
JAMES SPIOTTO ANN ACKER FRANKLIN TOP
JAMES HEISER
(COUNSEL TO BANK OF MONTREAL; US BANK
NATIONAL & AUSTRALIA BANK LIMITED)
1I I WEST MONROE STREET
CHICAGO,IL 60603

CHAPMAN AND CUTLER LLP
ATTN:JAMES HEISER
(COUNSEL TO GENERAL HELICOPTERS
INTERNATIONAL LLC)
I 11 WEST MONROE STREET
CHICAGO,IL 60603

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M.
SCHWEITZER
(COUNSEL TO BARCLAYS CAPTTAL, INC.)
ONE LIBERTY PLAZA
NEW YORK,NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE
PORTFOLIOS, LLC AND D.E. SHAW OCULUS
PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN:JAMES L. BROMLEY AND SEAN A.
O}{EILL (COUNSEL TO HELLMAN
& FRIEDMAN LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZI & DAVID LIVSHIV
(COUNSEL TO GOLDMAN SACHS CREDIT
PARTNERS AND GS EUROPEAN PERFORMANCE
FIIND LTD;NORDIC INVEST. BANK ZWINGER OPCO 6
BV & FINMECCANICA S.P.A.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JEFFREY A. ROSENTHAL
(COUNSEL TO WACHOVIA BANK, WACHOVIA
SECURITIES LTD
AND EVERGREEN, ET AL.)
ONE LIBERTY PLAZA
NEWYORK.NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D,BOCCUZZI AND THOMAS J.
MOLONEY (COUNSEL TO GOLDMAN, SACHS &
CO., ET AL. & J. ARON & COMPANY)
ONE LIBERTY PLAZA,
NEW YORK, NY IOOO6

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: DAVID Y. LIVSHIV, ESQ.
(COUNSEL TO IAN LOWTTT)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C, DE MARCO
3I WEST 52ND STREET
NEWYORK,NY 10019

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND SARA M.
TAPINEKIS (COUNSEL TO CALYON AND
CALYON SECURITIES) 3I WEST 52ND
STREET
NEW YORK, NY 10019-6131

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND JENNIFER
PREMISLER (COUNSEL TO BANIF-BANCO, DEXIA
LUXEMBURG, DEXIA LOCAL, DEXIA DEUTSCHLAND
AND DEXIA
BELGIQUE)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

COHN LIFLAND PEARLMAN HERRMANN & KNOPF
LLP ATTN: PETER PEARLMAN AND JEFFREY
HERRMANN (COUNSEL TO STATE OF NEW JERSEY,
DEPARTMENT OF TREASURY, DIVISION OF
INVESTMENT)
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A, ATTN: LAURENCE MAY, ESQ.
AND JOHN H. DRUCKER, ESQ.
(COUNSEL TO FEDERAL HOME LOAN BANK
OF PITTSBURGH)
9OO THIRD AVENUE, 16TH FLOOR
NEW YORK. NY 10022

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
ATTN: MICHAEL D. WARNER
(COUNSEL TO "THE HIGHLAND ENTITIES")
3O1 COMMERCE STREET, SUITE 17OO
FORT WORTH,TX'76102

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
ATTN: DAVID HURST, ESQ.
(COUNSEL TO DARYANTS)
9OO THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022

CONTINENTAL AIRLINES, INC.
ATTN:JEFF WITTIG
I600 SMITH
DEPT. HQ56G
HOUSTON, TX'77019

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
4i 1 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830

COUNTY OF SAN MATEO
ATTN: B CARLSON, J BEIERS, L THOMPSON,
CO COUNSEL (COUNSEL TO COUNTY OF
SAN MATEO AND COUNTY OF MONTEREY)
4OO COUNTY CENTER
REDWOOD CITY, CA 94063-t662

COVINGTON & BURLING LLP
ATTN: M HOPKINS, D COFFINO, A RABOY
(COUNSEL TO WTLMTNGTON TRUST
COMPANY) THE NEW YORK TIMES BUILDING
NEWYORK, NY 10018

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ
(COI-TNSEL TO CREDTT SUTSSE)
WORLDWIDEPLAZA 825 EIGHTH AVENUE
NEWYORK, NY 10019

CROCKER KUNO PLLL
ATTN:JOANNE K. LIPSON AND J. TODD TRACY
(COUNSEL TO THE CENTRAL PUGET SOUND
REGIONAL TRANSIT AUTHORITY)
720 OLIYE WAY, SUITE IOOO
SEATTLE, WA 98101

CROWE & DUNLEVY, P.C.
ATTN: JUDY HAMILTON MORSE
(COUNSEL TO OKLAHOMA MUNTCIPAL
POWER AUTHORITY)
20 NORTH BROADWAY, SUITE I88O
OKLAHOMA CITY, OK 73102

CROWELL & MORING LLP
ATTN: BRUCE J. ZABARAUSKAS
(COUNSEL TO AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY)
590 MADISON AVENUE
NEW YORK, NY 10022

CROWELL & MORING LLP
ATTN: MARK S. LICHTENSTEIN & STEVEN B. EICHEL
(COUNSEL TO IRONBRIDGE PROPERTY OWNERS
ASSOC. & CITY EMPLOYEE WELFARE FUND LOCAL
3 IBEW)
590 MADISON AVENUE
NEW YORK, NY 10022

CROWELL & MORING LLP
(COLINSEL TO: CITY EMPLOYEE WELFARE
FUND LOCAL 3)
ATTN:MARL S. LICHTENSTEIN, ESQ.
STEVEN B. EICHEL, ESQ.
590 MADISON AVENUE
NEW YORK.NY 10022

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCTATES
LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER AND JAMES I.
MCCLAMMY
(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED
MGMT CORP., AND BANQUE PRIVEE SAINT
DOMINIQUE)
450 LEXINGTON AVENUE
NEW YORK, NY Loo17

DAVIS POLK & WARDWELL
ATTN:JAMES I. MCCLAMMY
(COUNSEL TO BANK JULIUS BAER & CO. LTD., INTL
BANK RECONSTRUCTION & DEVELOPMENT, INTL
FINANCE CORP)
450 LEXINGTON AVENUE
NEW YORK, NY IOOI7

DAY PITNEY LLP
ATTN:JAMES J. TANCREDI, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE
INSURANCE CO)
242 TRUMBULL STREET
HARTFORD, CT 06103

DAY PITNEY LLP
ATTN: JOSHUA W. COHEN, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE
INSURANCE CO.)
ONE AUDUBON STREET
NEW HAVEN, CT 06510

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO
(COUNSEL TO JFK INTL AIR TERM, ROCK-FORTY-
NINTH, ROCKEFELLER CTR MGMT, ROCKEF GRP
DEV, ROCKEF CTR)
919 3RD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E, SIEGEL AND IVA UROIC
(COUNSEL TO RUSSELL INVESTMENT
GROUP, INC.)
1O95 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEILY, MOONEY & GLASTETTER, LLP ATTN:
MARTIN A. MOONEY, ESQ.
(COUNSEL TO DCFS TRUST)
8 THURLOW STREET
ALBANY, NY 12203

**DEPARTMENT OF JUSTICE (SOLICITOR FOR
THE RESPONDENT CANADA REVENUE
AGENCY) ATTN:DIANE WINTERS ONTARIO
REGIONAL OFFICE - THE EXCHANGE
TOWER 130 KING STREET WEST
TORONTO, ON M5X 1K6**

DEWEY & LEBOEUF LLP
ATTN:MARTIN J BIENENSTOCK, TIMOTHY Q.
KARCHER (couNSEL TO BANK OF NEW YORK
MELLON)
13OI AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH
(COUNSEL TO CUSTOMER ASSET
PROTECTTON CO)
13OI AVENUE OF THE AMERICAS
NEW YORK, NY IOO19

DEWEY & LEBOEUF LLP
ATTN: MARTIN BIENENSTOCK AND IRENA M.
GOLDSTEIN (COUNSEL TO AD HOC GROUP
OF LEHMAN CREDITORS)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DEWEY PEGNO & I(RAMARSKY LLP
ATTN: THOMAS E. L. DEWEY, ESQ.
DAVID S. PEGNO, ESQ.
COUNSEL TO TRANQUILITY MASTER FUND LTD.
(N/K/A SPECTRUM MASTER FUND LTD.)
777 THIRD AVENUE, 37TH FLOOR
NEW YORK,NY IOO17

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN
(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE
& MARINE INSURANCE COMPANY, LTD.)
909 FANNIN, SUITE I5OO
HOUSTON, TXTTOIO

DILWORTH PAXSON LLP
ATTN:ANNE M. AARONSON AND CATHERINE G.
PAPPAS (COUNSEL TO JEANES HOSP, TEMPLE
HEALTH, TRANSPORT TEAM, TEMPLE PHYS,
TEMPLE U HOSP, TEMPLE U HEALTH)
1 5OO MARKET STREET, 35OOE
PHILADELPFIIA, PA 1 9 1 02 -2 1 01

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T.
KLEPPER (COUNSEL TO RIVER CAPITAL
ADVISORS, INC.)
203 NORTH LASALLE STREET, SUITE 19OO
CHICAGO,IL 60601

DLA PIPER LLP (US)
ATTN: THOMAS R, CALIFANO
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP,
HANK'S LIVING TRUST, OSTERREICHISCHE AND
ETIHAD ATRWAYS)
1251 AVENUE OF THE AMERICAS
NEWYORK,NY 10020-1104

DLA PIPER LLP (US)
ATTN: STEPHEN COWAN
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP,
HANK'S LIVING TRUST, OSTERREICHISCHE AND
ETIHAD ATRWAYS)
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071

DLA PIPER LLP (US)
ATTN: WILLIAM GOLDMAN ESQ
(COUNSEL TO SWEDBANK AB,
NEW YORK (BRANCH)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

DORSEY & WHITNEY LLP
ATTN: ERIC LOPEZ SCHNABEL
(COUNSEL TO US BANK NATIONAL
ASSOCIATION) 250 PARK AVENUE
NEW YORK, NY 10177

DORSEY & WHITNEY LLP
ATTN: STEVEN J. HEIM AND MICHELLE
KREIDLER DOVE (COUNSEL TO US BANK
NATIONAL ASSOCIATION)
50 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

DRESDNER BANK A.G.
ATTN: STEVEN TROYER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DRESSLER & PETERS, LLC
ATTN: JAMES JOYCE, ESQ.
(COUNSEL TO TOM WOLF)
111 W WASHINGTON STREET SUITE 1900
CHICAGO, IL 60602

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
(COUNSEL TO ALLIANZ GLOBAL INVESTORS
AG AND ITS SUBSIDIARIES)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

DUANE MORRIS LLP
ATTN:LAWRENCE J. KOTLER, ESQUIRE
(COUNSEL TO FPB INTERNATIONAL BANK, INC.
AND NATIONAL AGRICULTURAL COOPERATIVE
FEDERATION)
1540 BROADWAY
NEW YORK, NY 10036-4086

DUFFY & ATKINS LLP
ATTN: TODD E. DUFFY AND JAMES E. ATKINS
(COUNSEL TO SOUTH MISSISSIPPI POWER
ASSOCIATION AND COAST ELECTRIC POWER
ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44 I 1 4-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW
ZEALAND BANKING GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271

ENTWISTLE & CAPPUCCI LLP
ANDREW ENTWISTLE; J BEEMER; J PORTER
(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE
TRUSTEE OF THE NY STATE COMMON
RETIREMENT FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND
INTERSIL CORP.)
250 PARK AVENUE
NEWYORK,NY 10177-1211

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL
CORP.)
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON. DC 20037

EPSTEIN BECKER & GREEN, P.C.
ATTN:WENDY G, MARCARI & STEPHANIE LERMAN
(COUNSEL TO INFOSPACE, INC.,INTERSIL
COMMUINICATION XICOR, LLC, INTERSIL EUROPE
SARL & INTERSIL HOLDING GMBH)
250 PARK AVENUE
NEW YORK, NY 10177

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY
R. WEBER,ESQ
(COUNSEL TO THE CIT OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 9T367

FARRELL FRITZ, P.C.
ATTN: LOUIS A. SCARCELLA
(COUNSEL TO HEGEMON FUND I, LLC) I320
REXCORP PLAZA
UNIONDALE, NY 1 1556-1320

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COT]NSEL AND
SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUSSI LLP
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI
(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES
RETIREMENT SYSTEM)
400 CAPITOL MALL, SUITE I450
SACRAMENTO, CA 95814

FILARDI LAW OFFICES LLC
ATTN:CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS
CORPORATION) 65 TRUMBULL STREET
NEW HAVEN, CT 06510

FIRST TRUST PORTFOLIOS L.P.
ATTN: AMY LUM (COUNSEL TO FIRST TRUST
PORTFOLIOS LP, FIRST TRUST ADVISORS LP
AND BONDWAVE LLC)
I20 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187-5455

FLANAGAN & ASSOCIATES, PLLC
ATTN: RICHARD J. FLANAGAN
(COUNSEL TO INTERFACE CABLE
ASSEMBLIES & SERVICES A/K/A ICAS)
I370 BROADWAY - SUITE 566
NEW YORK, NY 10006

FLASTER/GREENBERG PC
ATTN: STEVEN D. USDIN, ESQUIRE
(COUNSEL TO THE IRVINE COMPANY)
4 PENN CENTER,2ND FLOOR
1600 J.F.K. BOULEVARD
PHILADELPHIA, PA 19103

FLEMMING ZULACK WILLIAMSON ZAUDERER
LLP ATTN: WOLFGANG A. DASE
(COUNSEL TO BANQUE PRIVEE EDMOND DE
ROTHSCHILD SA)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016

FOLEY & LARDNER LLP
ATTN; JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO. IL 60654

FOLEY & LARDNER LLP
ATTN: WILLIAM MCKENNA, ESQ.
(COUNSEL TO ARAB FOREIGN INVESTMENT
CO.) 555 SOUTH FLOWER ST., SUITE 3500
LOS ANGELES, CA 90071-2417

FOLEY & LARDNER LLP
ATTN: DOUGLAS E. SPELFOGEL, OLYA
PETUKOVA
(COUNSEL TO LIBYAN ARAB FOREIGN
INVESTMENT CO.) 90 PARK AVE., 20TH
FLOOR
NEW YORK, NY 10016

FOLEY & LARDNER LLP
ATTN: ALISSA M. NANN
(COUNSEL TO ACCESS GROUP,INC.)
90 PARK AVENUE,36TH FLOOR
NEW YORK, NY 10016-1314

FOLEY & LARDNER LLP
ATTN: GEOFFREY S. GOODMAN & LARS A.
PETERSON
(COUNSEL TO ACCESS GROUP, INC.)
321 N. CLARK STREET, SUITE 2800
CHICAGO, IL 60654

FOLEY & LARDNER LLP
ATTN: RICHARD J. BERNARD
(COUNSEL TO INVESTEC BANK
(SWITZERLAND) AG) 90 PARK STREET
NEW YORK, NY 10016

FORMAN HOLT ELIADES & RAVIN LLC ATTN:
KIM R. LYNCH, ESQ.
(COUNSEL TO JOHN MAHONCHAK)
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652

FREDERIC DORWART, LAWYERS
ATTN: SAMUEL S, ORY AND JAMES A.
HIGGINS
COUNSEL TO BANK OF OKLAHOMA, N.A.)
124 EAST FOURTH STREET
TULSA, OK 74103

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER &
DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: WALTER STUART ESQ., PATRICK OH, ESQ.
(COUNSEL TO SLB LEASTNG-FONDS GMBH & CO
HERAKLES KG ET AL.)
520 MADISON AVENUE
NEWYORK,NY 10022

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER SIMMONS, R TISDALE
(COUNSEL TO FEDERAL HOME LOAN BANK OF
ATLANTA)
ONE NEW YORKPLAZA
NEW YORK, NY 10004-1980

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
ATTN: SHANNON NAGLE, ESQ. &
RICHARD TISDALE, ESQ.
(COUNSEL TO COMMONWEALTH BANK OF
AUSTRALIA) ONE NEW YORKPLAZA
NEW YORK, NY 10004

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC
COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
(COUNSEL TO: BOULTBEE (HELSTNKD AB)
ATTN:WILLIAM WEINTRAUB &
ANNE BEAUMONT
7 TIMES SQUARE
NEW YORK, NY 10036-6516

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
ATTN: WILLIAM P. WEINTRAUB, LANCE J.
GOTKO, ANNE E. BEAUMONT,KIZZY L.
JARASHOW & NORA BOJAR
(COUNSEL TO BANK OF MONTREAL)
7 TIMES SQUARE
NEW YORK. NY 10036-6516

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY 10103

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COLINSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER,PA 11604

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
(COUNSEL TO PYRRHULOXIA, LP) 1 000
LOUISIANA, SUITE 3400
HOUSTON, TX 77002-5011

GAY MCCALL ISAACKS GORDON & ROBERTS,
PC (COLTNSEL TO: COLLIN COUNTY TAX
ASSESSOR/COLLECTOR)
ATTN: 777 EAST 15TH STREET
PLANO, TX75074

GENOVESE, JOBLOVE & BATTISTA, P.A.
ATTN: ROBERT F. ELGIDELY
(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,
JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING
HEUNG) BANK OF AMERICA TOWER, 100 S.E. 2ND ST,
STE 4400
MIAMI, FL 33131

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S &
TABACCO SETTLEMENT
FINANCING CORP)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL TO LEHMAN BROTHERS PRIVATE
EQUITY FUND)
200 PARK AVENUE
NEW YORK, NY 10166-0193

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
(COUNSEL TO PIETRO FERRERO,
VERSORGUNGSWERK DER APOTHEKERKAMMER
NORDRHEIN)
845 THIRD AVENUE
NEW YORK, NY 10022

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B.
HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND
MARSHALL & ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE,WI53202

GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP ATT: JONATHAN L. FLAXER,
ESQ. (COUNSEL TO SUNRISE PARTNERS
LIMITED PARTNERSHIP)
437 MADISON AVENUE
NEWYORK,NY 10022

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS
ROSNER AND GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORP)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639

GREENBERG TRAURIG, LLP
ATTN: MARIA DICONZA, ESQ.
(COTINSEL TO NOMURA HOLDING AMERICA,
INC AND ON BEHALF OF NOMURA HOLDINGS,
INC.)
200 PARK AVENUE
NEW YORK, NY 10166

GREENBERG TRAURIG, LLP
ATTN: ADAM D COLE, ESQ
(COUNSEL TO FLORTDA POWER & LTGHT, NEXTRA
ENERGY)
METLIFE BUILDING
2OO PARK AVENUE
NEWYORK, NY 10166

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O JOY MATHIAS
DUBAI INTERNATIONAL CAPITAL LLC DIFC
BUILDING 2,4TH FLOOR
SHEIKH ZAYED ROAD,
PO BOX 72888 DUBAI,

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN
CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
(COUNSEL TO COMPAGNIE FINANCIERE
TRADITION SA) 2 PARK AVENUE
NEW YORK, NY 10016

HINCKLEY, ALLEN & SNYDER LLP
(COUNSEL TO CITIBANK, N.A. AGENCY & TRUST,
WILMINGTON TRUST, TINITED CHURCH OF CHRIST
RETIREMENT COMMUNITY, INC. DBA HAVENWOOD
HERITAGE HEIGHTS) ATTN:JENNIFER V. DORAN,
ESQ. - 28 STATE STREET
BOSTON, MA 02109

HODGSON RUSS LLP
ATTN:DEBORAH J,PIAZZA, RENEE LEEK
(COUNSEL TO GESCONSULT S.A. SG LLC &
DEERE & CO.) 60 E.42ND STREET,
37TH FLOOR
NEW YORK, NY 10165

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC) 2099
PENNSYLVANIA AVE, NW, SUITE 1OO
WASHINGTON, DC 20006

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO PRICEWATERHOUSECOOPERS
LLP) 1 95 BROADW AY, 24TH FLOOR
NEW YORK, NY 1OOO7

HUNTON & WILLIAMS LLP
ATTN:KEVIN M. ECKHARDT
(COUNSEL TO CATALANA
EMPLEO,PREVISION,RFI,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS,
SEGUROS)
1111 BRICKELL AVENUE, SUITE 25OO
MIAMI, FL 33131

GREENBERG TRAURIG, LLP
ATTN: DENNIS A MELORO, ESQ
(COUNSEL TO FLORIDA POWER & LIGHT, NEXTRA
ENERGY)
THE NEMOURS BUILDING
1OO7 NORTH ORANGE STREET, SUITE 12OO
WILMINGTON, DE 19801

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH
ORBACH (COLTNSEL TO COMMERZBANK A,G. AND
DRESDNER BANKAG)
488 MADISON AVENUE
15TH FLOOR
NEWYORK,NY 1OO22

HARRISON & MOBERLY, LLP
ATTN:DAVID J. THEISING
(COUNSEL TO BELL TRACE OBLIGATED GROUP) 1O
WEST MARKET STREET, SUITE 7OO
INDIANAPOLIS,IN 46204

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE
COUNSEL 11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HINCKLEY, ALLEN & SNYDER LLP
(COUNSEL TO: IINITED CHURCH OF CHRIST
RETIREMENT COMMUNITY, INC. D/B/A HAVENWOOD-
HERITAGE HEIGHTS)
ATTN:THOMSAS S. MARRION, ESQ
20 CHURCH STREET
HARTFORD, CT 06103

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 1OO22

HOLLAND & KNIGHT LLP
ATTN: FRANCOIS JANSON AND ARTHUR
ROSENBERG (COUNSEL TO CAISSE DE
DEPOT ET PLACEMENT DU QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLMES ROBERTS & OWEN LLP
ATTN: ADAM BREZINE, ESQ. & KERRY MO\NIHAN
(COUNSEL TO MILLENIUM MARKETING &
MANAGEMENT PTY. LTD.)
8OO W. OLYMPIC BOULEVARD,4TH FLOOR
LOS ANGELES, CA 90015

HIINTON & WILLIAMS, LLP
ATTN:J,R. SMITH
(COUNSEL: BANK OF AMERICA NA,
GENWORTH FINANCIAL)
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND. Y A 23219 -407 4

GREER, HERZ & ADAMS, LLP
ATTN: FREDERICK BLACK AND TARA B.
ANNWEILER (COUNSEL TO: AMERICAN NATIONAL
INSURANCE
COMPANY)
ONE MOODY PLAZA,I8TH FLOOR
GALVESTON , TX 17 550

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
(COLTNSEL TO AVISTA CORP., CASCADE
INVESTMENT LLC, AND POWEREX CORP.)
488 MADISON AVE
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT,
LP AND LYON CAPITAL VENTURES)
2 PARK AVENUE
NEW YORK, NY 1OO16

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR.
DEFAULT&RECOVERY ANALYST
2125 E, KATELLA AVE
SUITE 4OO
ANAHEIM, CA 92806

HINCKLEY, ALLEN & SNYDER LLP
(COLJNSEL TO UNITED CHURCH OF CHRIST
RETIREMENT COMMUNITY, INC. D/B/A HAVENWOOD
HERITAGE HEIGHTS)
ATTN: STEPHEN E. WEYL, ESQ.
I I SOUTH MAIN STREET
CONCORD, NH 03301

HOLLAND & KNIGHT LLP
BARBRA PARLIN ARTHUR ROSENBERG FRANCOIS
JANSON
(COLTNSEL TO MONUMENT REALTY; SINGAPORE
AIRLINES US BANK; HSBC REALTY CREDIT
CARLTON WILLARD;SBC)
1 95 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
(COUNSEL TO SINGAPORE AIRLINES, US
BANK NAT ASSOC, HSBC REALTY CREDIT,
CARLTON WILLARD AND SBA COMM.)
IO ST. JAMES AVENUE
BOSTON. MA 02116

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A
BLUE CROSS AND BLUE SHIELD OF ILLINOIS)
1445 ROSS AVENUE, SUITE 37OO
DALLAS, TX75202

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP.
LLC)
250 PARK AVENUE,6TH FLOOR
NEW YORK, NY 10177

INSTITUTIONAL SERVICES GROUP, LLC
ATTN: HUGH L. DAVIS (DAVE) AND VICTORE.
BLAYLOCK
PO BOX 4654
JACKSON, MS 39296

INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY IOO38

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 624309
PALM BEACH, FL32905

INVESCO AIM MANAGEMENT GROUP,INC.
ATTN: SEBA KURIAN, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA,SUITE 1OO
HOUSTON, TX77046-tt73

IRELL & MANELLA LLP
ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN
(COUNSEL TO "PARTY-IN-INTEREST")
840 NEWPORT CENTER DRTVE, SUITE 4OO
NEWPORT BEACH, CA92660

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO DUKE ENERGY OHIO, INC.)
170 MASON STREET
GREENWICH, CT 06830

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC
ACCOUNTS OF
THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O, BOX 12548
AUSTIN, TX78711-2548

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COLINSEL TO ANTON R. VALUKAS, THE
EXAMINER) 919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY AND ROBERT L.
BYMAN (COTINSEL TO ANTON R. VALUKAS,
THE EXAMINER) 353 N. CLARK ST.
CHICAGO, IL 60654-3456

JENNINGS, STROUSS & SALMON, P.L.C.
ATTN: GEORGE C. SPILSBURY
(COUNSEL TO LA LOMA SENIOR
LIVING SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTzuCT OF NEW YORK
86 CHAMBERS STREET,3RD FLOOR
NEW YORK, NY IOO07

JULIEN & SCHLESINGER, P.C.
ATTN: MICHELLE L. POMERANTZ
(COUNSEL TO RICHARD J. GLASEBROOK II, JUDITH
ANN KENNEY, RICHARD NACKENSON, ET AL)
ONE WHITEHALL STREET, 17TH FLOOR
NEW YORK, NY 1OOO4

JULIEN & SCHLESINGER, P.C.
ATTN: MICHAEL S. SCHLESINGER
(COUNSEL TO RICHARD S. LEVINE)
ONE WHITEHALL STREET, 17TH FLOOR
NEW YORK, NY 1OOO4

K&L GATES LLP
ATTN: ELI R. MATTIOLI, ESQ.
(COUNSEL TO FIRSTBANK PUERTO RICO) 599
LEXINGTON AVENUE
NEW YORK, NY 10022

KAPLAN LANDAU LLP
(COUNSEL TO RICHARD J. GLASEBROOK II, JUDITH
ANN KENNEY, RICHARD NACKENSON, ET AL)
1065 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY 10018

KAPLAN LANDAU, LLP
ATTN: EUGENE NEAL KAPLAN & PATRICK TRAIN-
GUTIERREZ
(COUNSEL TO RICHARD S. LEVINE)
1065 AVENUE OF THE AMERICAS,
27TH FLOOR
NEW YORK, NY IOOI8

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER AND ANDREW K. GLENN
(COUNSEL TO BAY HARBOUR MAGMT, BAY
HARBOUR MASTER, TROPHY HUNTER, BHCO
MASTER, MSS,INST BENCHMARKS)
1633 BROADWAY
NEWYORK,NY 10019

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER LLC
AND TUXEDO TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D
TALMADGE (COUNSEL TO WELLS FARGO
BANK NA, WELLS FARGO & CO)
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF
(COUNSEL TO CAISSE DE DEPOT, TOTAL
GAS&POWER LTD, GALLIARD CAP, BANCO
POPULAR, POPULAR GESTTON)
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MICHAEL B. SOLOW & MARILEE P. DAHLMAN
(COI-TNSEL TO STONE LION PORTFOLTO L.P. &
PERMAL STONE LION FUND LTD.)
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
(COUNSEL TO BANC OF AMERICA, N.A.)
ATTN: MARGOT B. SCHONHOLTZ & ANNA M.
ALFONSO 425 PARK AVENUE
NEW YORK, NY IOO22

KELLEY DRYE & WARREN LLP
ATTN:JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN,
ESQ. (COUNSEL TO BP CORPORATION NA)
IOI PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP
CANADA AND IGI RESOURCES)
333 WEST WACKERDRIVE, 26TH FLOOR
CHICAGO,IL 60606

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COLTNSEL TO TATA AMERICAN INTERNATIONAL
CORP AND TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178-0002

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JULLIARD SCHOOL)
IOI PARKAVENUE
NEW YORK,NY 10178

KIRKLAND & ELLIS LLP
ATTN: JAMES H. M. SPRAYREGEN
(COUNSEL TO LEHMAN RE, LTD & PULSAR RE,
LTD) 601 LEXINGTON AVENUE
NEW YORK,NY 10022

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN
(COUNSEL TO LIQUIDATORS OF LEHMAN
BROTHERS AUSTRALIA LIMITED)
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

KIRKLAND & ELLIS LLP
ATTN: DAVID R SELIGMAN
(COUNSEL TO LIQUIDATORS OF LEHMAN
BROTHERS AUSTRALIA LIMITED)
3OO NORTH LASALLE
CHICAGO,IL60654

KIRKLAND & ELLIS LLP
ATTN: JONATHAN S. HENES, JOSEPH SERINO, JR.
CHAD J. HUSNICK, CHRISTOPHER. GRECO
(COUNSEL TO LEHMAN
BROTHERS HOLDINGS, INC.)
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

KLEIN SOLOMON LLP
ATTN:JAY B. SOLOMON
(COUNSEL TO HOPE GREENFIELD &
GREENFIELDS OTP LLC)
275 MADISON AVENUE, 11TH FLOOR
NEWYORK,NY 10016

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
(COUNSEL TO OVERSTOCK.COM)
292 MADISON AVENUE, 17TH FLOOR NEW
YORK, NY IOO17

KLESTADT & WINTERS, LLP
ATTN: LAUREN KISS
(COUNSEL TO EUROPEAN CREDIT MANAGEMENT
LIMITED;RELATIVE EUROPEAN VALUE S.A., ET. AL)
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH,
ANDREW C LOURIE
(COUNSEL TO ESSEX; 4KIDS ENT; NORTHGATE;
ABM IND)
8OO THIRD AVENUE
NEW YORK,NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN:P. BRADLEY O'NEILL AND
AMY CATON (COUNSEL TO THE BANK OF NY
MELLON TRUST CO., NA)
I177 AVENUE OF THE AMERICAS
NEW YORK,NY I0036

KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN:
DANIEL M. EGGERMAN
(COUNSEL TO RUTGER SCHIMMELPENNINCK)
1177 AVENUE OF THE AMERICAS
NEW YORK,NY I0036

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, WILLIAM BALLAINE &
SOPHIA REE -(COUNSEL TO FEDERAL HOME LOAN
MORTGAGE CORP. IN CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER
RESEARCH CTR)
1420 FIFTH AVENUE  SUITE 41OO
SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP
ATTN:KEITH A. SIMON
(Counsel TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN:DAVID S. HELLER
(COUNSEL TO FANNIE MAE) SEARS TOWER,
233 SOUTH WACKER DRIVE,  SUITE 58OO
CHICAGO, IL 60606

LATHAM & WATKINS LLP
ATTN:PETER M. GILHULY
(COLINSEL TO NETAPP, INC.; ASURION
CORPORATION) 355 SOUTH GRAND AVENUE
LOS ANGELES, CA 9OO7I-1560

LATHAM & WATKINS LLP
ATTN:RICHARD A. LEVY
(COUNSEL TO GE CORPORATE FINANCIAL
SERVICES, INC.)
SEARS TOWER, SUITE 58OO
233 SOUTH WACKER DRIVE
CHICAGO,IL 60606

LAW DEBENTURE TRUST COMPANY
OF NEW YORK
ATTN:JAMES D. HEANEY
4OO MADISON AVENUE,4TH FLOOR
NEWYORK,NY IOOI7

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP) 641
LEXINGTON AVENUE,2IST FLOOR
NEW YORK, NY 10022

LAW OFFICES OF NEIL MOLDOVAN, P.C.
ATTN:ELLEN ZWEIG
(COUNSEL TO ANITA BRYANT)
ONE OLD COTINTRY ROAD, SUITE 270
CARLE PLACE, NY 1 1514

LEACH TRAVELL BRITT PC
ATTN: LAWRENCE A. KATZ, ESQ.
(COUNSEL TO THE LTNTTED COMPANY)
8270 GREENSBORO DRIVE, SUITE 1O5O
MCLEAN, VA22IO2

LEWISVILLE INDEPENDENT SCHOOL
DISTRICT C/O ANDREA SHEEHAN, ESQ.
LAW OFFICES OF ROBERT E. LUNA P.C.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX75205

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
(COLINSEL TO PETER J. AND MARY JANE
DAPUZZO)
I185 AVENUE OF THE AMERICAS, 17TH FLOOR
NEW YORK, NY I0036

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E FINEMAN, ESQ
(COUNSEL TO CERTIFIED CLAS IN AUSTIN V
CHISICK)
50 HUDSON STREET 8TH FLOOR
NEW YORK,NY 10013-1413

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRTS COUNTY)
2323 BRYAN STREET, SUITE I600
DALLAS, TX752O1

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN:
ELIZABETH WELLER
(COUNSEL TO HUNT & SMITH COITNTY)
2323 BRYAN STREET SUITE 1600
DALLAS, TX75201

LINEBARGER GOGGAN BLAIR & SAMPSON,
LLP ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX78760

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: PHILIP EISENBERG
(COUNSEL TO D\NERGY POWER MARKETING,
INC.) 34OO JPMORGAN CHASE TOWER
600 TRAVIS TOWER
HOUSTON, TX77002-3095

LOEB & LOEB LLP
ATTN: WALTERH, CURCHACK, VADIM J.
RUBINSTEIN & DANIEL B, BESIKOF, ESQ.
(COUNSEL TO THOMAS COOK AG)
345 PARK AVENUE
NEW YORK, NY 10154

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
(COUNSEL TO 72 INDIVIDUALS)
1225 KING STREET, SUITE 8OO
WILMINGTON, DE 19801

LOVELLS LLP
ATTN:ROBIN E. KELLER
(COUNSEL TO QVT FINANCIAL LP &
INSTITUTO DE CREDITO OFICIAL)
590 MADISON AVE
NEW YORK, NY 10022

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
(COUNSEL TO STANDARD CHARTERED
BANK, SEA PORT GROUP SECURITIES, LLC
AND CENTERBRIDGE)
590 MADISON AVENUE
NEW YORK, NY 1OO22

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD
AND INSTITUTO CREDITO OFICIAL)
590 MADISON AVENUE
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
125I AVENUE OF THE AMERICAS,
NEW YORK, NY 1OO2O - 18TH FLOOR

LOWENSTEIN SANDLERPC ATTN: IRA M.
LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTONE AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLERPC ATTN: KENNETH
ROSEN (COUNSEL TO AVAYA INC.)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN,S. JASON TEELE,IRA
LEVEE (COUNSEL TO ALAMEDA CNTY, GOVT OF
GUAM, N,IRELAND GOVT COMM, EDINBURGH
COUNCIL & OPER. ENG. LCL 3)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 1OO2O

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, S. JASON TEELE,IRA
LEVEE (COUNSEL TO ALAMEDA CNTY, GOVT OF
GUAM, N.IRELAND GOVT COMM, EDINBURGH
COUNCIL & OPER. ENG. LCL 3)
65 LIVINGSTONE AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN:MICHAEL S. ETKIN AND S. JASON TEELE
(COTINSEL TO PNMR SERVICES CO AND FIRST
CHOICE POWER, LP)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 1OO2O

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES COMPANY AND
FIRST CHOICE POWER, LP)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN:MICHAEL S. ETKIN, ESQ.
(COLTNSEL TO RELIANT ENERGY SERVICES, INC.
AND RELIANT ENERGY POWER SUPPLY, LLC)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 1OO2O

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COLINSEL TO ENERGYCO, LLC AND ENERGYCO
MARKETING AND TRADING)
1251 AVENUE OF THE AMERICAS,
18TH FLOOR
NEW YORK, NY 1OO2O

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON
TEELE (COUNSEL TO ENERGYCO, LLC AND
ENERGYCO MARKETING AND TRADING)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R.
WHEELER (COUNSEL TO BINDING COMPANY,
INC.) – 18TH FLOOR
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 1OO2O

LOWENSTEIN SANDLERPC
ATTN: JEFFREY PROL, ESQ.
(COUNSEL TO FUBON SECURITIES CO., FUBON
INSURANCE CO.,LTD., TAIPEI FUBON COMMERCIAL
BANK CO.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN:MICHAEL ETKIN, SCOTT CARGILL
(COUNSEL TO LIBERTYVIEW CAPITAL
MANAGEMENT LLC, LIBERTYVIEW CREDIT
OPPORTUNITIES FUND, ET AL)
125 1 AVENUE OF THE AMERICAS, I 8TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL
(COUNSEL TO LIBERTYVIEW CAPITAL
MANAGEMENT LLC,LIBERTYVIEW CREDIT
OPPORTUNITIES FUND, ET AL)
65 LIVINGSTON STREET
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: ERIN S. LEVIN, ESQ.
(COUNSEL TO LIBERTYVTEW)
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR NEW YORK, NY 10022

LOWENSTEIN SANDLERPC
ATTN: S. JASON TEELE, ESQ.
(COUNSEL TO GENON INC.)
I251 AVENUE OF THE AMERICAS,
NEW YORK, NY 1OO2O

MANUFACTURERS AND TRADER TRUST
COMPANY ATTN: MARK W. WARREN, ESQ.
(COUNSEL TO M&T BANK)
ONE M&T PLAZA,I2TH FLOOR
BUFFALO, NY i4203

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ,,
AMIT TREHAN, ESQ.
(COUNSEL TO CIBC)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN:BRIAN TRUST, JEFFREY TOUGAS AND
AMIT TREHAN
(COUNSEL TO SUMITOMO MITSUI BANK)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICKD. HYMAN
AMIT K. TRHAN
(COUNSEL TO NATL BANK OF CANADA,
WASHINGTON MUTUAL)
1675 BROADWAY
NEW YORK, NY 10019

MAYERBROWN LLP
ATTN: EVAN MERBERG, ESQ
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO,IL 60606

MAYER BROWN LLP ATTN: FREDERICK D.
HYMAN, ESQ., AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA
ET AL.)
1675 BROADWAY
NEW YORK, NY 1OOI9

MAYER BROWN LLP
ATTN: STEVEN WOLOWITZ AND BRIAN TRUST
(COTINSEL TO LIBRA CDO LTD AND SOCIETE
GENERALE) 1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: J. ROBERT STOLL
(COUNSEL TO THE LEHMAN HONG KONG
LIQUIDATORS)
1675 BROADWAY
NEW YORK, NY 1OOI9

MAYER BROWN LLP
ATTN:HOWARD S. BELTZER, ESQ.,
CHRISTINE A, WALSH, ESQ.
(COLTNSEL TO BNP PARIBAS AND ITS
AFFILIATES) 1675 BROADWAY
NEW YORK, NY 1OOI9

MAYER BROWN LLP
ATTN: BRIAN TRUST, CHRISTINE WALSH
(COUNSEL TO CYPRESSTREE INVESTMENT
MANAGEMENT, LLC AS SUBADVISOR TO
PRTMUS CLO r, LTD.)
1675 BROADWAY
NEW YORK, NY 1OOI9

MAYNARD COOPER & GALE, PC
ATTN: JA\.NA PARTAIN LAMAR
(COUNSEL TO REGIONS BANK)
i9O1 SIXTH AVENUENORTH
24OO REGIONS/HARBERT PLAZA
BIRMINGHAM, AL 35203

MCBREEN & KOPKO
ATTN: KENNETH A. RE\.NOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
5OO NORTH BROADWAY, SUITE 129
JERICHO, NY 11753

MCCALLA RAYMER, LLC
ATTN: A MICHELLE HART LUREECE LEWIS
(COUNSEL TO AMERICA'S SERVICING
COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA30076-2t02

MCCALLA RAYMER, LLC
ATTN: JEANNE MORTON, ESQ
COUNSEL TO AMERICA'S SERVICING
COMPANY
1544 OLD ALABAMA ROAD
ROSWELL, GA30076-2102

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY
MARKETING INC.) - FOUR GATEWAY CENTER,
1OO MULBERRY STREET
NEWARK, NJ 07102-4096

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY
MARKETING INC.) RENAISSANCE
CENTRE,4O5 NORTH KING STREET
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
ATTN:WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL
GROUP, INC.) 4O5 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801

MCCAUSLAN, KEEN & BUCKLAND
ATTN: GLENN S. GITOMER, ESQ.
(COUNSEL TO DR. PETER BERMAN, JOYCE L.
REHORST, STEPHEN J, EDELMANN &
JACQUELINE W. EDELMANN)
11 BROADWAY, SUITE 7I5
NEW YORK, NY 1OOO4

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
(COUNSEL TO MARRE PAPTLLON)
227 WEST MONROE STREET, SUITE 44OO
CHICAGO.IL 60606-5096

MCDERMOTT WILL & EMERY LLP
ATTN: ISKENDER CATTO
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
34O MADISON AVENUE
NEW YORK, NY 10173-1922

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
(COUNSEL TO TORONTO-DOMTNTON BANK)
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK,NY IO1O5

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO TORONTO-DOMINION BANK) ONE
JAMES CENTER,9O1 EAST CARY STREET
RICHMOND, VA  23219

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH S.
SHEERIN (COUNSEL TO CSX TRANSPORTATION,
INC.) -ONE JAMES CENTER
9O1 EAST CARY STREET
RICHMOND,VA  23219

MEISTER SEELIG & FEIN LLP
ATTN:JAMES M. RINGER
(COUNSEL TO ROSSLYN INVESTORS I, LLC)
2 GRAND CENTRAL TOWER, 19TH FLOOR
14O EAST 45TH STREET
NEW YORK, NY 10017

MENAKER & HERRMANN LLP
ATTN: MICHIEL BLOEMSMA & ALBENA
PERRAKOV (COUNSEL TO STTBBE N.V.)
1O EAST 4OTH STREET
NEW YORK, NY 10016

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT
GROUP HOLDINGS LLC)
9OO STEWART AVENUE, SUITE 3OO PO BOX
9194 GARDEN CITY, NY I1530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO,
ESQS. (COUNSEL TO CONSTELLATION PLACE,
ADV. PORTFOLIO, SUNGUARD, ET AL.,INF. SRVS,
WALL ST CONCEPTS)
99O STEWART AVENUE, SUITE 3OO
GARDEN CITY, NY 11530

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT
ATTORNEY GENERAL (COUNSEL TO STATE OF
MICHIGAN, DEPT. OF TREASURY)
CADILLAC PLACE, STE. 1O-2OO
3O3O W. GRAND BLVD.
DETROIT, MI48202

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS
INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN BROTHERS
BANKHAUS AKTIENGESELLSCHAFT
BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN.

MISSOURI DEPARTMENT OF REVENUE,
BANKRUPTCY TINIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
3O1 W HIGH STREET, ROOM 670
JEFFERSON CITY, MO 65105.0475

MONARCH ALTERNATIVE CAPITAL LP MICHAEL J
KELLY, ESQ
535 MADISON AVENUE
NEW YORK, NY 10022

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
(COUNSEL TO PUBLIC SERVICE OF NORTH
CAROLINA) 4O CALHOUN STREET, SUITE 3OO
POST OFFICEBOX22828
CHARLESTON, SC 29413-2828

CM/1362712.1/060177

MORGAN LEWIS & BOCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNTZANT TECHNOLOGY
SOLUITONS) 101 PARK AVENUE
NEW YORK, NY 10178-0600

**MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TONIPPON LIFE INSURANCE
COMPANY) MARTINOUCHI KITAGUCHI
BUILDING 1 -6-5 MARTINOUCHI, CHIYODA-KU
TOKYO 100-8222,**

MORITT HOCK HAMROFF & HOROWITZ LLP
ATTN:LESLIE A. BERKOFF
(COUNSEL TO THE HOTCHKTSS SCHOOL)
4OO GARDEN CITY PLAZA
GARDEN CITY, NY 11530

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO
MARINUZZI (COUNSEL TO BROOKF'RELD
PROPERTTES ONE WFC CO.
LLC) 1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ.
(COTINSEL TO NIPPON LIFE INSURANCE
COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY IOI04

MORRISON & FOERSTER LLP
ATTN: YUKITOSHI UWATOKO, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE)
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME, CHIYODA-KU
TOKYO, 100-6529

MORRISON & FOERSTER LLP
ATTN: TODD M. GOREN, ESQ.
(COUNSEL TO CB ZUCHARD ELLIS, INC.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY IOI04

RISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI,ESQ
(COUNSEL TO FONDIARIA, BIM, VITA,
ASSICURAZIONI, MILANO, POPOLARE, BANCA
SAI, SYSTEMA AND NOVARA)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10IO4

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
(COLTNSEL TO PACIFIC COAST CAP.
PARTNERS, LLC,
MITSUBISHI UGJ SEC CO.,ING REAL ESTATE
FINANCE) I290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER, LLP
ATTN:BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE BANKING
CORP, INF GRP OF TAIWAN FIN INST, FONDO
LATINO AND AB BANKAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
(COUNSEL TO CARMIGNAC GESTION) 909
THIRD AVENUE
NEWYORK,NY 10022

MOSES & SINGER LLP
ATTN: JAMES M. SULLIVAN, ESQ.
(COUNSEL TO CHINA DEVELOPMENT
INDUSTRIAL BANK & DOTSON INVESTMENTS
LIMITED) THE CHRYSLERBUILDING 405
LEXINGTON AVENUE
NEW YORK, NY 10174

MOSES & SINGER LLI
ATTN: ALAN KOLOD, MARK PARRY & KENT
KOLBIG (COUNSEL TO DEUTSCHE BANK AG)
THE CHRYSLER BUILDING)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

MOUND COTTON WOLLAN & GREENGRASS
ATTN: ARTHUR M. HANDLER & ROBERT S.
GOODMAN (COUNSEL TO SYMPHONY ASSET
MANAGEMENT LLC ACTING ON BEHALF OF
FORTISSIMO FUND, ENCORE FUND, ANDANTE FUND
& ADAGIO FLTND)
ONE BATTERY PARK PLAZA.
NEW YORK, NY 10OO4

**MRS. S.A.B. VAN ROOY, DVM AND LLM
SCHOONOUWENSEWEG 24
282I NX STOLWIJK,**

NATIONWIDE FUND ADVISORS
ATTN: ERIC E MILLER, ESQ
SVP/GENERAL COTINSEL
1OOO CONTINENTAL DR STE 4OO KING OF
PRUSSIA, PA 19406-2850

NEW YORK CITY LAW DEPARTMENT
JOSHUA M. WOLF ASSISTANT CORPORATION
COUNSEL 1OO CHURCH STREET, ROOM 5-199
NEW YORK, NY 10077

NEWEDGE USA, LLC
ATTN:RICHARD FINGARD, GROUP DEPUTY
GENERAL COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 5OO
CHICAGO,IL 60661

NIXON PEABODY LLP
ATTN:DENNIS J. DREBSKY
(COUNSEL TO SAN MATEO, MONTEREY,
MITSUI-MOL)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
ATTN:AMANDA DARWIN
(COTINSEL TO DEUTSCHE BANK TRUST CO.
AMERICAS)
1OO SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN:VICTOR G. MILIONE
(COUNSEL TO DEUTSCHE BANK TRUST
COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
(COUNSEL TO THE METROPOLITAN TRANSIT
AUTHORITY & WELLINGTON MGMT COMPANY,
GEORGETOWN UNIVERSITY)
LOO SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY) 1
1OO SUMMER STREET
BOSTON, MA   02110

NIXON PEABODY - ATTN: MARKN. BERMAN &
CHRISTOPHERM. DESIDERIO (COUNSEL TO THE
COMMONWEALTH OF PUERTO RICO, PUERTO
RICO SALES TAX FINANCING CORPORATION &
XAVIER UNIVERSITY)
437 MADISON AVENUE
NEW YORK, NY 10022

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B,22ND FLOOR
NEWYORK,NY 1028I

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP) 150
EAST 52ND STREET, LOTH FLOOR
NEW YORK, NY IOO22

OFFICE OF ATTORNEY GENERAL
ATTN: CHRISTOPHER R. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF
PENNSYLVANIA DEPT OF REVENUE, BUREAU OF
ACCOUNTS SETTLEMENT)
21 S. 12TH STREET,3RD FLOOR
PHILADELPHIA, PA 1 9 I 07-3603

OFFICE OF CHARLENE M.INDELICATO ATTN:
MELISSA-JEAN ROTINI, ESQ.
(COUNSEL TO WESTCHESTER COUNTY)
WESTCHESTER COUNTY ATTORNEY
148 MARTINE AVENUE,6TH FLOOR
WHITE PLAINS, NY 10601

OFFICE OF THE MINNESOTA ATTORNEY
GENERAL ATTN: JEREMY D. EIDEN, ESQ.
(COUNSEL TO MINNESOTA STATE BOARD OF
INVESTMENT)
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127

OFFICE OF THRIFT SUPERVISION, NORTHEAST
REGION ATTN: MARTIN JEFFERSON DAVIS (SENIOR
TRIAL ATTORNEY) –
HARBORSIDE FINANCIAL
CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

OLSHAN GRUNDMAN FROME ROSENZWEIG &
WOLOSKY LLP
ATTN: JORDANNA L. NADRITCH, ESQ.
(COUNSEL TO MS. CHRISTIANE SCHUSTER)
PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NY 10022

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO 801 12-3924

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FL
NEW YORK, NY 10281-1008

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN:RANIERO D'AVERSA
(COUNSEL TO TELECOM ITALIA CAPITAL S.A. &
DEPFA BANKPLC)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR.
(COUNSEL TO THE BANK OF NOVA SCOTTA) 51
WEST 52ND STREET
New York, NY  10019-6142

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA SCOTIA) 1152
15TH STREET, NW
WASHINGTON, DC 20005-1 706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
(COUNSEL TO CALIFORNIA IND. SYSTEMS
OPERATOR CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-l 706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROGERFRANKEL, RICHARD H. WYRON,
JONATHAN P. GUY AND DEBRA L. FELDER
(COLTNSEL TO RIZAL COMMERCIAL BANKING
CORPORATTON)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005- 1 706

PADUANO & WEINTRAUB LLP
ATTN:WILLARD KNOX
(COUNSEL TO JASON T TAYLOR & PHILLIP WALSH)
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NY 10020

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO
D'AVERSA, JR. (COUNSEL TO RIZAL COMMERCIAL
BANKING CORPORATTON)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN:
THOMAS J. WELSH, ESQ.
(COUNSEL TO DEPFA BANK PLC)
400 CAPITAL MALL
SUITE 3000
SACRAMENTO, CA 95814

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER AND RENE ROUPINIAN
(COUNSEL TO 72 INDIVIDUALS)
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10016

OTC CORPORATE ACTIONS
ATTN: SHAMIRA ASSURIAN
9509 KEY WEST AVENUE
ROCKVILLE, MD 20850

OTTERBOURG, STEINDLER, HOUSTON & ROSEN,
P.C. ATTN: WILLIAM M. SILVERMAN AND PETER
FELDMAN, ESQ (COUNSEL TO THE BANK OF TOKYO-
MITSUBISHI UFJ, LTD & FDIC AS RECEIVER OF
WESTERNBANK PUERTO RICO)
230 PARK AVENUE
NEW YORK, NY R0169-0075

OTTERBOURG, STEINDLER, HOUSTON & ROSEN,
P.C. ATTN: MELANIE CYGANOWSKI ESQ. & PETER
FELDMAN, ESQ (COUNSEL TO THE FREEDOM
FORUM, INC.)
230 PARK AVENUE
NEW YORK, NY 10169-0075

PARKER POE ADAMS & BERNSTEIN LLP
ATTN:KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC,)
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
(COLTNSEL TO ASBURY ATLANTIC AND ASBURY-
SOLOMONS)
1133 AVENUE OF THE AMEZUCAS
NEW YORK, NY 10036-6710

PAUL HASTINGS LLP
ATTN:HARVEY A. STRICKON (HS5210)
(COUNSEL TO GE CAPITAL CORP, EUROPEAN
BANK FOR RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PAUL HASTINGS LLP
ATTN: MARTIN EDELMAN, ROBERT
WERTHEIMER (COUNSEL TO 605 THRRD
AVENUE FEE LLC)
75 EAST 55TH STREET
NEWYORK,NY 10022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS
AND CLAUDIA L. HAMMERMAN
(COUNSEL TO CITIGROUP, INC. & BANK HAPOALIM
(SWTTZERLAND))
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PEITZMAN, WEG & KEMPINSKY LLP
ATTN:DAVID B. SHEMANO
(COUNSEL TO AVISTA CORP., CASCADE
INVESTEMENT LLC, AND POWEREX CORP.)
10100 SANTA MONICA BLVD., SUITE 1450
LOS ANGELES, CA 90067

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS DEBORAH
KOVSKY-APAP
(COLRNSEL TO RNG BANK)
4000 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI48075

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543.5276

PEPPER HAMILTON LLP
ATTN:FRANCIS J. LAWALL, ESQ NINA
VARUGHESE, ESQ (COUNSEL TO ENCANA
CORP, ENCANA OIL & GAS)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19 1 03 -27 99

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II (COUNSEL TO ENCANA CORP. AND ENCANA ORL & GAS) HERCULES PLAZA' SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP ATTN: ELIZABETH BANDA (COUNSEL TO CITY OF FARMERS BRANCH ET AL)
P.O. BOX 13430
ARLINGTON, TX 7 6094-0430

PHOENIX AMERICAN FINANCIAL SERVICES, INC. ATTN: JOSEPH HORGAN
2401 KERNER BLVD
SAN RAFAEL, CA 94901

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: SAMUEL CAVIOR,ESQ. & NICKOLAS KARAVOLAS, ESQ.
(COUNSEL TO TJNION BANK OF CALIFORNIA, N.A.) I54O BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARKD. HOULE (COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 28OO
LOS ANGELES, CA 9OOI7-5443

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW - ATTN: SYDNEY G. PLATZER (COUNSEL TO 250 EAST BORROWER LLC (41), EAST 46TH BORROWER LLC @2); HALE AVENUE BORROWER LLC (43))
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
7OO W.47TH STREET, SUITE IOOO
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDTNGS, INC,)
7OO W.47TH STREET, SUITE LOOO
KANSAS CITY, MO 64I12

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222DELAWARE AVENUE, SUITE ILOI
WILMINGTON, DE 19801

PORZIO, BROMBERG &NEWMAN, P.C. ATTN:JOHN S. MAIRO AND TERI JANE FREEDMAN, ESQS (COUNSEL TO ALIANT BANK)
1OO SOUTHGATE PARKWAY
MORRISTOWN, NJ 07 962-1997

POST & SCHELL, P.C.
ATTN:BRIAN W. BISIGNANI, ESQ.
(COUNSEL TO AON CONSULTTNG)
17 NORTH 2ND STREET,I2TH FLOOR
HARRISBURG, PA 17 IO1-I601

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE (COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY IOO22

PROSKAUER ROSE LLP
ATTN: IRENA M. GOLDSTEIN & JEFFREY CHUBAK (COUNSEL TO ROYAL BANK OF SCOTLAND PLC, ROYAL BANK OF SCOTLAND, N.V., RBS SECURITIES INC, ET AL)
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

PROSKAUER ROSE LLP
ATTN: MARTIN J. BIENENSTOCK & JEFFREY CHUBAK (COUNSEL TO THE WALT DISNEY COMPANY & THE WALT DISNEY COMPANY MASTER RETIREMENT PLAN)
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

PRYOR CASHMAN LLP
ATTN: RONALD S BEACHER, ESQ
(COUNSEL TO SPCP GROUP, BANK OF VALLETTA P.L.C & APS BANK LTD.)
7 TIMES SQUARE
NEW YORK, NY 10036

PURSUIT PARTNERS
ATTN: FRANK CANELAS, ANTHONY SCHEPIS, 333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD,CT 06902

QUINN EMANUEL URQUHART & SULLIVAN, LLP ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE, SCOTT C. SHELLEY & ROBERT DAKIS (COUNSEL TO OFFICIAL COMMITTEE OF UNS. CREDITORS)
51 MADISON AVE,22ND FLOOR
NEW YORK, NY1OOIO

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY (COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 1OO
LIVINGSTON, NJ 07039

RAVERT PLLC
ATTN: GARY O. RAVERT, ESQ.
(COUNSEL TO SCOTTA CAPTTAL (USA) INC.)
116 WEST 23 STREET, FIFTH FLOOR
NEWYORK,NY IOO11

REED SMITH LLP
ATTN: J. ANDREW RAHL, ESQ.
(COUNSEL TO GALLEON BUCCANEERS OFFSHORE LTD) 599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI (COUNSEL TO GE CAPITAL INFORMATION TECH SOLUTION)
I201 N MARKET STREET SUITE 15OO
WILMINGTON, DE I9801

REED SMITH LLP
ATTN:CHRIS L\NCH
(COUNSEL TO GE CAPITAL INFORMATION TECH SOLUTIONS;
QUEST & QWEST COMMUNICATIONS; IKON OFFICE)
599 LEXINGTON AVENUE
3OTH FLOOR - NEW YORK, NY 10022

REED SMITH LLP
ATTN: ERIC A SCHAFFER, ESQ
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
225 5TH AVENUE STE 12OO
PITTSBURGH, P A I 5222-27 I 6

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
599 LEXINGTON AVE.
NEW YORK, NY 10022

REED SMITH LLP
ATTN:JOHN L. SCOTT, DAVID M. GRIMES AND RIZWAN A. QURESHI
(COUNSEL TO YARPA INVESTMENT S.G.R. S.P.A.-RP3) 599 LEXINGTON AVENUE
NEW YORK, NY 10022

REITLER KAILAS & ROSENBLATT LLC
ATTN: CRAIG J. ALBERT, ESQ.
(COUNSEL TO EDWARD J. AGOSTINI & SYLVIA AGOSTIND
885 THIRD AVE., 2OTH FLOOR
NEW YORK, NY 10022

RICH MICHAELSON MAGALIFF MOSER, LLP
ATTN: HOWARD P. MAGALIFF, ESQ.
(COUNSEL TO ROGER SAKS)
340 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10173

RICHARD W. MARTINEZ, APLC
RICHARD W. MARTINEZ
(COUNSEL TO LOUISIANA SHERIFF'S
PENSION & RELIEF FUND)
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORP &
LTCENSTNG GP) 1001 4TH AVENUE
SUITE 4500
SEATTLE, WA 98154-I192

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRATINSTEIN AND
ALEXANDER RHEAUME (COUNSEL TO
SALEM FIVE CENTS SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA 02108

ROGER B. NAGIOFF
THE LEYS
BARNET LANE
ELSTREE
HERFORDSHIRE, WD6 3RQ

ROPES & GRAY LLP ATTN: MARKBANK
(COUNSEL TO SANKATY CREDIT OPPORTLTNITIES
III, L.P. SANKATY SPECIAL SITUATIONS I, L.P. &
MASSACHUSETTS HOUSING FINANCE AGENCY)
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROPES & GRAY LLP ATTN:D. ROSS MARTIN
(COUNSEL TO MASSACHUSETTS HOUSING
FINANCE AGENCY) PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MAO2I99

ROPES & GRAY LLP
ATTN:PHILIP A. WELLS
(COUNSEL TO SANKATY CREDIT
OPPORTUNITIES III, LP & SANKATY SPECIAL
SITUATIONS I, LP)
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

RUSSELL INVESTMENTS
ATTN: ELOIT COHEN
909 A STREET
TACOMA, WA98402-5120 F

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23I03

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COTINSEL
ATTN: MARIANNE SCHIMELFENIQ, ESQ.
(COUNSEL TO SAINT JOSEPH'S LTNIVERSITY)
5600 CITY AVENUE
PHILADELPHIA, PA 1 9 13 1 -1395

SALANS ATTN: CLAUDE D. MONTGOMERY &LEE P.
WHIDDEN (COTINSEL TO SVENSKA, SWEDBANK,
ARAB BANK, BANK PEKAO, GL TRADE, BNY, EZE
CASTLE &
LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10O2O

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA
BOSSWICK TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE &
IBM) 230 PARK AVENUE
NEW YORK, NY 10I69

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION CENTER
AUTHORITY) CENTRE SQUARE WEST
I500 MARKET STREET,38TH FLOOR
PHILADELPHIA, PA I9102

SCHIFF HARDIN LLP
ATTN: JASON TORF
(COUNSEL TO NORTHERN INDIANA PUBLIC
SERVICE CO. AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO,IL 60606

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
NKA BARROWAY TOPAZ KESSLER MELTZER &
CHECK, LLP (COUNSEL TO ALAMEDA CNTY, GOVT
OF GUAM, N.IRELAND GOVT COMM, EDINBURGH
COUNCIL & OPER. ENG. LCL 13)
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087 - ATTN: JOHN A. KEHOE &
BENJAMIN J. INERFELD, ESQS.

SCHLAM STONE & DOLAN LLP
ATTN: BENNETTE D. KRAMER
COUNSEL TO GLENCORE COMMODITIES LTD
MOORE CAP MGT ALPHAD\'NE INTERNATIONAL
MASTER FUND
26 BROADWAY
NEW YORK,NY 10004

SCHNADERHARRISON SEGAL & LEWIS LLP
ATTN: NICHALOS J. LEPORE,III, ESQ.
(COUNSEL TO PJM INTERCONNECTION, LLC)
1600 MARKET STREET, SUITE 3600
PHILADELPHIA,'PA 19 103-7 286

SCHNEIDER, SMELTZ, RANNEY & LAFOND,
PLL ATTN: JAMES D. VAIL, ESQ.
(COUNSEL TO JUDSON)
1111 SUPERIOR AVENUE, SUITE 1000
CLEVELAND, OH 44114

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO THE SUMITOMO TRUST & BANKTNG
CO., LTD & LAW DEBENTURE TRUST COMPANY OF
NEW YORK, AS SEPARATE TRUSTEE)
ONE BATTERY PARK PLAZA,
NEW YORK, NY 10004

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL, PANTON, CFIP, CURA,
TURNBERRY,INVESTCORP ET AL, DIAMOND
NOTCH AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHELL OIL COMPANY
ATTN: JENNIFER M. GORE, ESQ.
1000 MAIN STREET, LEVEL 12
HOUSTON, TX77OO2

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ.,
AND NED S. SCHODEK, ESQ,
(COUNSEL TO BANK OF AMERICA, N.A.) 599
LEXINGTON AVENUE
NEWYORK,NY 10022

SHELL ENERGY NORTH AMERICA (US), L.P.
ATTN: ANN RE\.NAUD
909 FANNIN,PLAZA LEVEL I
HOUSTON, TX 77010

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN,PLAZA LEVEL 1
HOUSTON, TX 77010

SHENWICK & ASSOCIATES
(COUNSEL TO DOROTHEA DOUGLAS)
ATTN:JAMES SHENWICK
655 THIRD AVENUE, 2OTH FLOOR
NEW YORK, NY 10017

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN:CARREN SHULMAN & RUSSELLRIED ESQS
(COUNSEL TO THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA - 24TH FLOOR
NEWYORK,NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI & BLANKA K.
WOLFE (COLTNSEL TO AGRICULTURAL BANK OF
TAIWAN)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN:MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FTELDS
LIMITED) 30 ROCKEFELLER PLAZA,24TH
FLOOR NEW YORK, NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: EDWARD H TILLINGHAST, III & BLANKA
WOLFE (COUNSEL TO MAKOLA 2005 SL)
30 ROCKEFELLER PLAZA
NEWYORK,NY 10112

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: ALAN H. MARTIN, ESQ.
(COUNSEL TO AGRICULTURAL BANK OF TAIWAN)
650 TOWN CENTER DRIVE, FOURTH FLOOR
COSTA MESA, CA92626

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTNIRUSSELL L. REID AND BLANKA K. WOLFE
(COUNSEL TO TSRAEL DTSCOUNT
BANK OF NEW YORK)
30 ROCKEFELLER PLAZA,24TH FLOOR
NEW YORK, NY 10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC., GARTNER UK,
COMPUTER FINANCIAL CONSULTANTS, TANGOE
AND OPEN SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06 I03-1 91 9

SHUTTS & BOWEN LLP
ATTN:JAMES A. TIMKO
(COUNSEL TO THE "SUNGARD ENTITIES)
3OO SOUTH ORANGE AVE., SUITE IOOO
ORLANDO, FL 32801

SIDLEY AUSTIN LLP
ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER
(COUNSEL TO AIRCRAFT FINANCE TRUST)
787 SEVENTH AVENUE
NEW YORK, NY 10019

~~SILVERMANACAMPORA LLP~~
~~ATTN: RONALD J. FRIEDMAN~~
~~(COUNSEL TO MARTHA CHILTON MUELLER) 100~~
~~JERICHO QUADRANGLE, SURRE 300~~
~~JERICHO, NY 11753~~

SIMPSON THACHER & BARTLETT LLP ATTN:
SANDEEP QUSBA
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE, NASDAQ OMX,
CHICAGO MERCANTILE EX. AND BLACKROCK
FINANCIAL MANAGEMENT)
FOUR TIMES SQUARE
NEWYORK,NY 10036

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: D. FARRINGTON YATES
(COUNSEL TO DR. MTCHAEL C. FREGE)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 1OO2O

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN:PATRICK C. MAXCY, ESQUIRE
(COUNSEL TO DR. MTCHAEL C. FREGE)
8OOO SEARS TOWER
233 WACKER DRIVE CHICAGO,IL 60606

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING
SOLUTIONS, RNC.)
221 E. FOURTH STREET, SUITE 29OO
CINCINNATI,OH 45202

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: SANDRA E. MAYERSON, ESQ PETER A
ZISSER, ESQ. (COUNSEL TO CAISSE DE
DEPOT ET PLACEMENT QUEBEC)
30 ROCKEFELLERPLZFL22
NEW YORK,NY 101T2-2299

STAGG, TERENZI, CONFUSIONE & WABNIK,
LLP ATTN: RONALD TERENZI AND CARA
GOLDSTEIN (COLRNSEL TO
LAUREL COVE DEVELOPMENT)
401 FRANKLIN AVENUE
GARDEN CITY, NY 11530

STAHL ZELLOE, P.C.
ATTN RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP) I1350
RANDOM HILLS ROAD, SUITE 7OO
FAIRFAX, V A22O3O

STANDARD CHARTERED BANK
ATTN:MARC CHAIT
1095 AVENUE OF THE AMERICAS NEW
YORK,NY 10036

STARR & STARR, PLLC
ATTN: STEPHEN Z. STARR, ESQ.
(COUNSEL TO JUDSON)
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10016

STEIN & LUBIN LLP
ATTN: EUGENE CHANG
(COUNSEL TO OVERSTOCK.COM)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94I11

STEMPEL BENNETT CLAMAN & HOCHBERG,
P.C.
ATTN:EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER LLC)
675 THIRD AVENUE, 3IST FLOOR
NEW YORK, NY 10017

STEVENS & LEE, P.C.
ATTN: CONSTANTINE POURAKIS
(COUNSEL TO 1301 PROPERTTES
OWNER LP PARAMOUNT GP)
485 MADISON AVE, 2OTH FLOOR
NEW YORK, NY IOO22

STEVENS & LEE, P.C.
ATTN: CONSTANTINE D. POURAKIS
(COUNSEL TO ROYAL BANK OF AMERICA)
485 MADISON AVENUE, 2OTH FLOOR
NEW YORK, NY 10022

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: MICHAEL J, CORDONE, ESQ.
(COTRNSEL TO SAINT JOSEPH'S
UINIVERSITY)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 1 91 03-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A PATTERSON AND MICHAELJ.
CORDONE (COUNSEL TO AIM FLTNDS AND
AIM ADVISORS)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA I9 103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL PATTERSON, (COUNSEL TO FULTON
BANK, ABERDEEN, NATIONWIDE FUND DELAWARE
MGMT HOLDINGS, TEMPLETON GLOBAL, ET AL.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 1 9 103-7098

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: M DORVAL, P PATTERSON, D JOSEPH, J
MURPHY (COUNSEL TO CARLYLE MORTGAGE
CAPITAL, LLC, BNC 2OO7-4, LLC, SASC 2OO7-BC4 44,
ET. AL)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19 1 03-7098

STREUSAND & LANDON LLP
ATTN: G JAMES LANDON, ESQ
RICHARD D VILLA, ESQ.
(COUNSEL TO: VIGNETTE EUROPE LIMITED)
515 CONGRESS AVE, STE 2525
AUSTIN, TX 7870I-3508

STREUSAND & LANDON LLP
515 CONGRESS AVE STE 2525
AUSTIN, TX 78701-3508

STROOCK & STROOCK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J.
MILLMAN (COUNSEL TO MIZUHO
CORPORATE BANK)
180 MAIDEN LANE
NEW YORK, NY 10038

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN
(COUNSEL TO STAMFORD ASSOCIATES L.P.)
180 MAIDEN LANE
NEW YORK, NY 10038

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN (COUNSEL TO MERCURIA
ENERGY TR, DEUTSCHE ZENTRAL, BASSO CAPITAL,
MAGNETAR CAPTIAL AND MTTSUT & CO.)
180 MAIDEN LANE
NEWYORK,NY 10038

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACY
(COUNSEL TO BARCLAYS CAPITAL, INC.) 125
BROAD STREET
NEW YORK, NY 1OOO4

SULLIVAN & CROMWELLLLP
ATTN: BRUCE CLARKE, MATTHEW
SCHWARTZ & THOMAS JOHN WRIGHT
(COUNSEL TO GIANTS STADIUM LLC)
125 BROAD STREET
NEWYORK,NY 1OOO4

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: PAUL B. TURNER - (COUNSEL TO SHELL
TRADING/SHELL ENERGY N. AMER. & FDRL HOME
LOAN BANK OF BOSTON)
TWO HOUSTON CNTR.
919 FANNIN, SUITE 22OO
HOUSTON, TX 77010

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: RICHARD G. MURPHY, JR.
(COUNSEL TO SHELL, AGBANK. AVIVA, AGRIBANK,
KRAFT, PROFIJNDS, AGFIRST, PHILIP MORRIS,
VININGS PARKS)
7OO SIXTH STREET, NW, SUITE 7OO
WASHINGTON, DC 2OOO1-3980

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: P. BRUCE WRIGHT, ESQ.
(COUNSEL TO CUSTOMER ASSET
PROTECTION COMPANY)
I114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-7703

TAFT STETTINIUS & HOLLISTER LLP
ATTN: W. TIMOTHY MILLER, ESQ.
(COUNSEL TO THE FEDERAL HOME LOAN
BANK OF CINCINNATI)
425 WALNUT STREET, STE. 18OO
CINCINNATI, OH 45202

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE,
BANKRUPTCY DIV,
PO BOX 20207
NASHVILLE, TN 37202-0207

THALER & GERTLER, LLP
ATTN: ANDREW. M THALER & KATHERINE
GERACI (COUNSEL TO THE AUGUST '86
TRUST)
90 MERRICK AVENUE; SUITE 400
EAST MEADOW, NY I 1554

THE BANK OF NEW YORK MELLON
ATTN: ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
125i AVENUE OF THE AMERICAS
NEWYORK,NY 10020-1104

THE FOONT LAW FIRM LLC
(COUNSEL TO AFCO CARGO PIT LLC) ATTN:
BRIAN E. FOONT, ESQ.
11909 REYNOLDS AVENUE
POTOMAC, MD 20854

THE LAW OFFICES OF JUDA J. EPSTEIN
ATTN:JUDA J. EPSTEIN, ESQ.
(COT]NSEL TO PLYMOUTH PARKTAX
SERVICES, LLC D/B/A XSPAND)
3543 MAIN STREET,2ND FLOOR
BRIDGEPORT, CT 06606

**THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR
MANAGER GRANTOKYO, SOUTH TOWER
1 -9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,**

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANT A PLAZA
ATLANTA, GA30326

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO CROSSROADS INVESTMENT
ADVISORS, LP DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE,39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY BUSINESS,
LLC) 333 CLAY STREET, SUITE 33OO
HOUSTON, TX 77002-4499

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E.
AYER (COUNSEL TO CHEVRONNATURAL GAS)
333 CLAY STREET, SUITE 33OO
HOUSTON, TX 77OO2

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT
ADVISERS, LP)
1722 ROUTH STREET
SUITE 15OO
DALLAS, TX 75201-2533

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
(COUNSEL TO ARG FLTNDING CORP AND
VANGUARD CAR RENTAL USA HO)
ONE US BANK PLAZA
SAINT LOUIS, MO 6310I

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD,
BRADLEY TURK
45 ROCKEFELLER PLAZA
NEW YORK,NY I0111

TODTMAN, NACHAMIE,SPIZZ & JOHNS, P.C.
ATTN: WESLEY CHEN, ESQ., JILL MAKOWER,
ESQ. (COUNSEL TO METROPOLITAN BANK &
TRUST COMPANY)
425 PARK AVENUE
NEW YORK, NY 10022

TOBIN & TOBIN
ATTN: JOHN P. CHRISTIAN, ESQ.
(COUNSEL TO JOHN ROSEKRANS) 5OO
SANSOME STREET, 8TH FLOOR SAN
FRANCISCO, CA 94111-3214

TOGUT, SEGAL & SEGAL LLP
ATTENTION: NEIL BERGER, ESQ.
STEPHANIE A. SKELLY, ESQ.
(COUNSEL TO TRONOX, INCORPORATED, ET
AL.) ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10019

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

TUCKERARENSBURG, P.C.
ATTN:BEVERLY WEISS MANNE AND
MICHAEL A. SHINER, ESQS.
(COUNSEL TO FEDERAL HOME LOAN BANK OF
PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH,PA 15222

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COLINSEL TO PURSUIT CAPITAL &
OPPORTUNITY FUND) 1633 BROADWAY,
47TH FLOOR
NEW YORK, NY 10019

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND
STEVEN M. ABRAMOWITZ (COUNSEL TO
CONTINENTAL AIRLINES, INC.)
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ,
RICHARD G. MASON,ESQ
(COUNSEL TO JP MORGAN CHASE BANK)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WATSON, FARLEY & WILIAMS (NEW YORK) LLP
ATTN: CHRISTOPHER BELISLE, JANE
FREEBERG SARMA (COUNSEL TO ROGER B.
NAGIOFF) 1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO TIGER ASIA FLTND, L.P. AND
TIGER ASIA OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP – ATTN:THOMAS E.
LAURIA (COUNSEL TO AD HOC GROUP OF
LEHMAN CREDITORS) WACHOVIA FINANCIAL
CENTER, SUITE 4900,
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

WHITEFORD TAYLOR & PRESTON, LLP
BRENT STRICKLAND, ESQ, DENNIS
SHAFFER, ESQ (COUNSEL TO MONARCH
ALTERNATIVE CAPITAL LP)
SEVEN SAINT PAUL STREET
BALTIMORE,MD 21202

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN & LEE STREMBA
(COUNSEL TO PT BANK NEGARA INDONESIA
NEW SOUTH FED SAV BANK, RWE, AND
ELECTRABEL)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS,
25TH FLOOR
NEW YORK, NY 10020

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED) 666
FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

WACHTELL, LIPTON, ROSEN &KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER
PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WHITE & CASE LLP
ATTN:RICHARD GRAHAM
(COUNSEL TO DNB NOR BANK ASA) 1155
AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WHITE & CASE LLP ATTN: ABRAHAM L.
ZYLBERBERG, DOUGLAS BAUMSTEIN AND
RICHARD GRAHAM (COUNSEL TO
COMMERZBANK AG, NY & GRAND CAYMAN)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE
(COUNSEL TO AD HOC GROUP OF LEHMAN
CREDITORS)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WIGGIN AND DANA LLP
ATTN: SHARYN B.ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103 -3402

TROUTMAN SANDERS LLP
ATTN: LEE STREMBA, ESQ. (COUNSEL TO
JASON WALLACE) THE CHRYSLER
BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC) 222 N.
LASALLE STREET
CHICAGO,IL 60601-1003

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO GSEF ALNAWRAS
(CAYMAN) LIMITED)
666 FIFTH AVENUE,27TH FLOOR
NEW YORK, NY 10103

**VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS (CAYMAN)
LIMITED) CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,**

WARNER & SCHEUERMAN
ATTN: JONATHAN D. WARNER, ESQ.
(COUNSEL TO MAXIMILIAN CORETH)
6 WEST 18TH STREET, 10TH FLOOR
NEW YORK NY 10011

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND
AILEEN VENES (COUNSEL TO DNB NOR BANK
ASA) WACHOVIA FINANCIAL CENTER
SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

**WHITE & CASE LLP ATTN: MICHAEL
RUETZEL,TOM SCHORLING, LEILA
ROEDER (COUNSEL TO GERMAN
ASSOCIATION OF SAVINGS BOCKENHEIMER
LANDSTRASSE 20
60323 FRANKFURT AM MAIN,**

WHITE AND WILLIAMS LLP
SEDGWICK M. JEANITE, ESQ.
(COUNSEL TO ROBERT FRANZ)
ONE PENN PLAZA, SUITE 4110
NEW YORK,NY 10119

WILLKIE FARR & GALLAGHER LLP
ATTN: MATTHEW A. FELDMAN & MARC
ABRAMS (COUNSEL TO GREEN TREE
SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: ANA ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. (COUNSEL TO
FIR TREE VALUE MASTER FLIND, L.P. AND FIR
TREE CAPITAL OPPORTIINITY MASTERFUND,
L.P.) 787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
(COUNSEL TO MARSHALL WACE LLP) 787
SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILMER CUTLER PICKING HALE & DORR LLP
ATTN: PETER J. MACDONALD, JEANNETTE K.
BOOT & (COUNSEL TO INTEL CORPORATTON)
399 PARK AVENUE
NEW YORK,NY 10022

WILMER CUTLER PICKING HALE & DORR LLP
ATTN: CRAIG GOLDBLATT & LISA EWART
(COUNSEL TO INTEL CORPORATION)
1875 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20006

WILMINGTON TRUST COMPANY
ATTN:JAMES J MCGINLEY
520 MADISON AVE,33RD FL
NEW YORK,NY IOO22

WILMINGTON TRUST FSB
ATTN:JULIE BECKER
50 S 6TH ST STE 1290
MINNEAPOLIS, MN 55402-1544

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL
SERVICES USA, INC)
2OO PARK AVENUE
NEW YORK,NY 10166-4193

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL
SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO,IL 6060I

WINSTON & STRAWN LLP
ATTN: DAVID NEIER (COUNSEL TO
PENTWATER CAPITAL MANAGEMENT, LP
AND PIPER JAFFRAY & CO.)
2OO PARK AVENUE
NEW YORK, NY I0166-4193

WOLFF & SAMSON PC
ATTN:DAVID N. RAVIN
(COUNSEL TO MACK-CALI REALTY LP) THE
OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA
LINIVERSITARIO ANA G. MENDEZ)
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ 07102

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO
ANA G. MENDEZ)
5OO FIFTH AVENUE
NEW YORK, NY 10110

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: WILLIAM MAHER & RANDALL RAINER
(SPECIAL COLINSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSTON)
5OO FIFTH AVENUE
NEW YORK, NY 1OI10

ZUCKERMAN SPAEDER LLP
ATTN:THOMAS G MACAULEY & VIRGINIA
WHITEHILL GULDI (COUNSEL TO STATE
OFNEW JERSEY, DEPT OF TREASURY, DIV
OF INVESTMENT)
919 MARKET ST, STE 990
PO BOX 1028 WILMINGTON, DE 19899

# TAXING AUTHORITIES

NYS Dept. of Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, New York 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, New York 12201

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs – Devora Cohn
Brooklyn, New York 11201

U.S. Securities and Exchange
Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022

United States Attorney
Southern District of New York
Attn:  Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, New York 10007

United States Trustee's Office
Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, New York 11201

**Robert Roberts**
**Office of Site Remediation Enforcement**
**Office of Enforcement & Compliance Assurance**
**U.S. Environmental Protection Agency**
**1200 Pennsylvania Avenue, N.W.**
**Mail Code 2272A**
**Washington, DC 20004-2004**

John Cahill, Esq.
Regional Counsel for NY/NJ
U.S. Dept. of Housing and Urban
Development
26 Federal Plaza, Room 3500
New York, New York 10278-0068

U.S. Dept. of Health and Human
Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, New York 10278

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

U.S. Department of Education
50 Beale Street, #8629
San Francisco, CA 94105

Security Exchange Commission
Northeast Regional
The Woolworth Building
233 Broadway – John Murray
New York, New York 10279