# Transferred Claim



RECEIVED
AUG -6 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

$ __5,680.40__ of $ __$ 430,715,533.56__ (the outstanding amount of the Proof of Claim as of

__04. February 2013__
date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

## Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.BO.E.N13SX5E | DE000A0SUEV6 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 5,680.40 | ---------------- | 23.01.2013 | $ 5,680.40 |

# Agreement and evidence of transfer of claim
## Lehman Program Security

MAR 1 2013

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

   Mrs. GISELA GEFFERS
   name of customer

   (the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __5,680.40__, which is equal to __0.001318829__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

   Mrs. GISELA GEFFERS
   name of customer

   (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __5,680.40__, which is equal to __0.001318829__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __04__ th day of __Februar__ 2013.

TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA on behalf of

| Mrs. GISELA GEFFERS | Mrs. GISELA GEFFERS |
| name of customer | name of customer |
| By *(signatures)* ppa | By X *(signature)* Gisela Geffers |
| Name   Mr. Oliver Stuempges   Mr. Theo Peters | Name   Mrs. GISELA GEFFERS |
| Title   Area Director   Area Manager | Title |
| Kasernenstr. 10 | LIEDBERGWEG 16 |
| address | address |
| 40213 Duesseldorf, Germany | 51069 KOELN, Germany |
| city, state, zip | city, state, zip |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al., Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mrs. GISELA GEFFERS | TARGOBANK AG & Co. KGaA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Mrs. GISELA GEFFERS
LIEDBERGWEG 16, 51069 KOELN, Germany

Court Claim # (if known): 55404
Amount of Claim: $ 5,680.40
Date Claim Filed: 29 October 2009

Phone: +49 (0) 221-604240
Last Four Digits of Acct #: _____

Phone: +49 (0)203 347-5703
Last Four Digits of Acct #: _____

Name and Address where notices to Transferee should be sent: (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By X /s/ Gisela Geffers     Date _____
Transferee/Transferee's Agent

MAR 1 2013

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Wichtig! Important!**
Hinweise auf der Rückseite
Voir instructions au verso

☐ Warenmuster / Échantillon commercial  ☐ Sonstiges / Autre

Gewicht (in kg) (2) / Poids (en kg): Wert (3) / Valeur: **13g**

RECEIVED MAR 1 2013
BANKRUPTCY COURT
S. DIST. OF NEW YORK

Nur für Handelswaren
Pour les envois commerciaux seulement
(Falls bekannt) Zolltarifnr. nach dem HS (4)
und Ursprungsland der Waren (5)
N° tarifaire du SH et pays d'origine
des marchandises (si connus)

Gesamtgewicht (in kg) (6) / Poids total (en kg): Gesamtwert (7) / Valeur totale: **13g**

Ich, der/die Unterzeichnende, dessen/deren Name und Adresse auf der Sendung angeführt sind, bestätige, dass die in der vorliegenden Zollinhaltserklärung angegebenen Daten korrekt sind und dass diese Sendung keine gefährlichen, gesetzlich oder auf Grund postalischer oder zollrechtlicher Regelungen verbotenen Gegenstände enthält. Ich übergebe insbesondere keine Güter, deren Versand, Beförderung oder Lagerung gemäß den AGB der Deutschen Post ausgeschlossen ist.

Je, soussigné dont le nom et l'adresse figurent sur l'envoi, certifie que les renseignements donnés dans la présente déclaration sont exacts et que cet envoi ne contient aucun objet dangereux ou interdit par la législation ou la réglementation postale ou douanière. Je ne transmets notamment aucune marchandise dont l'envoi, le transport ou l'entreposage est exclu par les Conditions générales de Deutsche Post.

Datum und Unterschrift des Absenders (8) / Date et signature de l'expéditeur
**26.02.13** *[signature]*

**Deutsche Post**

☐ EINSCHREIBEN EINWURF
☒ EINSCHREIBEN (Recommandé)
☐ EIGENHÄNDIG (A remettre en main propre)
☐ INT. NACHNAHME (Remboursement)
☐ RÜCKSCHEIN (Avis de réception)

**R**  RG 31 405 414 3DE

912-671-000

United States Bankruptcy Court
Southern District of New York
Attention: Clerk's Office
One Bowling Green
New York, NY 10004-1408
USA

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CITIBANK PRIVATKUNDEN AG & CO. KGAA
              ATTN: WILHELM HUELSKEN
              KASERNENSTRASSE 10
              DUSSELDORF 40213 GERMANY

POSTEINGANG
3 0. April 2013

Additional:   CITIBANK PRIVATKUNDEN AG & CO. KGAA
              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
              ATTN: DOUGLAS R. DAVIS
              1285 AVENUE OF THE AMERICAS
              NEW YORK NY 10019-6064

Transferee:   GISELA GEFFERS
              LIEDBERGWEG 16
              KOELN 51069 GERMANY

Your transfer of claim # 55404-71 is defective for the reason(s) checked below:

Other                         Schedule 1 Missing - not able to determine transferred ISIN

Docket Number 35762           Date 03/01/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 11, 2013.