**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x    **Ref. Docket No. 39263**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 7, 2013, I caused to be served the "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to The Depository Trust & Clearing Corporation*, dated August 7, 2013 [Docket No. 39263], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
8th day of August, 2013
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2014

**EXHIBIT A**

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.barbarosh@pillsburylaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

epearlman@scottwoodcapital.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jemma.mcpherson@cliffordchance.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

3

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshenwick@gmail.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kjarashow@stutman.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com

mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com

mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com

6

rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com

seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com

tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com

wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574


BROWN RUDNICK LLP
ATTN: MARTIN S. SIEGEL
(COUNSEL TO LBT AD HOC GROUP)
SEVEN TIMES SQUARE
NEW YORK, NY 10036