KLESTADT & WINTERS, LLP
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel.: (212) 972-3000
Tracy L. Klestadt
John E. Jureller, Jr.
Lauren C. Kiss

REUBEN RAUCHER & BLUM
10940 Wilshire Blvd., 18th Floor
Los Angeles, California 90024
Tel.: (310) 777-1990
Timothy D. Reuben

Attorneys for *Retirement Housing Foundation and its affiliates, Foundation Property Management, Bixby Knolls Towers, Inc., Gold Country Health Center, Inc., Mayflower Gardens Health Facilities, Inc., Mayflower RHF Housing, Inc., Sun City RHF Housing, Holly Hill RHF Housing, Inc., Merritt Island RHF Housing, Inc., Martin Luther Foundation, Inc., Yellowwood Acres, Inc., Bluegrass RHF Housing, Inc., St. Catherine RHF Housing, Inc. and DeSmet RHF Housing, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re: : Chapter 11
 :
LEHMAN BROTHERS HOLDINGS, INC., *et al.* : Case No. 08-13555 (JMP)
 : (Jointly Administered)
 Debtors. :
 :
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Lauren C. Kiss, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and an associate with the firm Klestadt & Winters, LLP located at 570 Seventh Avenue, 17th Floor, New York, New York, 10018. I am an attorney duly admitted to practice before this Court.

2. On the 8th day of August, 2013, I served copies of the:

- The Notice of Hearing of the Motion of RHF for a Determination that the Automatic Stay Does Not Bar Commencement of Certain Litigation Against the Debtors Related to Post-Petition Claims and/or Granting Relief from the Automatic Stay to Permit Commencement of Such Litigation; and Separately, to Grant RHF Relief from the Automatic Stay to Litigate the Tort Claim in the California State Court [Docket No. 39293];

1

- Motion of RHF for a Determination that the Automatic Stay Does Not Bar Commencement of Certain Litigation Against the Debtors Related to Post-Petition Claims and/or Granting Relief from the Automatic Stay to Permit Commencement of Such Litigation; and Separately, to Grant RHF Relief from the Automatic Stay to Litigate the Tort Claim in the California State Court [Docket No. 39291]; and

- The Declaration of Timothy D. Reuben in Support of Retirement Housing Foundation's Motion re: Automatic Stay, together with accompanying exhibits [Docket No. 39292]

by Federal Express, standard overnight, upon the parties listed on **Exhibit A**;

by first class mail, be depositing true copies thereof enclosed in a post-paid wrapper, in an official depository of the United States Postal Service within the State of New York upon the parties listed on **Exhibit B**; and

by e-mail upon the parties listed on **Exhibit C**.

Dated:  August 8, 2013                                                                                          *Lauren C. Kiss*
              New York, New York                                                                              Lauren C. Kiss

# **EXHIBIT A**

The Chambers of the Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Richard Krasnow, Lori Fife, Jacqueline Marcus & Shai Waisman

Office of the United States Trustee
201 Varick Street
Suite 1006
New York, NY 10014
Attn:  Andy Velez-Rivera, Tracy Hope Davis

Milbank Tweed Hadley &McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis Dunne, Dennis O'Donnell

**EXHIBIT B**

Federal Reserve Bank of Philadelphia
Ten Independence Mall
Philadelphia, PA 19106
Attn:  William T. Wisser, Assistant Vice President

Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
Attn:  Marl S. Lichtenstein, Esq. & Steven B. Eichel, Esq.

Kaplan Landau LLP
1065 Avenue of the Americas
27th Floor
New York, NY 10018

Internal Revenue Service
Special Procedures Branch
290 Broadway
New York, NY 10007
Attn:  District Director, Bonnie Austin

Department of Justice
Canada Revenue Agency
Ontario Regional Office – The Exchange Tower
Toronto, ON M5X 1K6, Canada
Attn:  Diane Winters

McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219
Attn:  Aaron G. McCollough

# EXHIBIT C

MARK.ELLENBERG@CWT.COM; RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM; GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM; KOBAK@HUGHESHUBBARD.COM; MARGOLIN@HUGHESHUBBARD.COM; LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM; DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM; PARONZON@MILBANK.COM; GBRAY@MILBANK.COM; ROBERT.YALEN@USDOJ.GOV; TARBIT@CFTC.GOV; RWASSERMAN@CFTC.GOV; SHARBECK@SIPC.ORG; JWANG@SIPC.ORG; NEWYORK@SEC.GOV; JACOBSONN@SEC.GOV; JBROMLEY@CGSH.COM; LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM; MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM; RAJOHNSON@AKINGUMP.COM; MSTAMER@AKINGUMP.COM; NLEVINE@AKINGUMP.COM; SSCHULTZ@AKINGUMP.COM; LISA.KRAIDIN@ALLENOVERY.COM; KEN.COLEMAN@ALLENOVERY.COM; MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM; KARL.GEERCKEN@ALSTON.COM; WILL.SUGDEN@ALSTOM.COM; KIT.WEITNAUER@ALSTON.COM; TDUFFY@ANDERSONKILL.COM; RRUSSELL@ANDREWSKURTH.COM; S.MINEHAN@AOZORABANK.CO.JP; ANGELICH.GEORGE@ARENTFOX.COM; SCOUSINS@ARMSTRONGTEASDALE.COM; SEHLERS@ARMSTRONGTEASDALE.COM; CHARLES_MALLOY@APORTER.COM; ANTHONY_BOCCANFUSO@APORTER.COM; JG5786@ATT.COM; NEAL.MANN@OAG.STATE.NY.US; DWORKMAN@BAKERLAW.COM; IAM.ROBERTS@BAKERBOTTS.COM; PETER@BANKRUPT.COM; MICHAEL.MCCRORY@BTLAW.COM; DAVID.POWLEN@BTLAW.COM; FFM@BOSTONBUSINESSLAW.COM; CSALOMON@BECKERGLYNN.COM; AOSTROW@BECKERGLYNN.COM; SLOE@BM.NET; MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM; DAVIDS@BLBGLAW.COM; STEVEN@BLBGLAW.COM; DBARBER@BSBLAWYERS.COM; DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM; JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM; SABIN.WILLETT@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM; MARK.DEVENO@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM; CAROL.WEINERLEVY@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM; RAJ.MADAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM; ERIN.MAUTNER@BINGHAM.COM; TIM.DESIENO@BINGHAM.COM; JEFFREY.BLACK@BINGHAM.COM; AECKSTEIN@BLANKROME.COM; JSCHILLER@BSFLLP.COM; JSHERMAN@BSFLLP.COM; AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM; KURT.MAYR@BGLLP.COM; EMAGNELLI@BRACHEICHLER.COM; ARAINONE@BRACHEICHLER.COM; kuehn@bespc.com; NOTICE@BKCYLAW.COM; MGORDON@BRIGGS.COM; MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM; DLUDMAN@BROWNCONNERY.COM; DLUDMAN@BROWNCONNERY.COM; MSIEGEL@BROWNRUDNICK.COM; SLEVINE@BROWNRUDNICK.COM; MSTEEL@BROWNRUDNICK.COM;

5

SCHRISTIANSON@BUCHALTER.COM; TUNRAD@BURNSLEV.COM; SIDORSKY@BUTZEL.COM; JOHN.RAPISARDI@CWT.COM; HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM; ISRAEL.DAHAN@CWT.COM; MARK.ELLENBERG@CWT.COM; HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM; HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM; ELLEN.HALSTEAD@CWT.COM; SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM; THOMAS_NOGUEROLA@CALPERS.CA.GOV; CAHN@CLM.COM; WANDA.GOODLOE@CBRE.COM; DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM; JCLOSE@CHAPMAN.COM; JSCHREIB@CHAPMAN.COM; APPLEBY@CHAPMAN.COM; SPIOTTO@CHAPMAN.COM; ACKER@CHAPMAN.COM; HEISER@CHAPMAN.COM; HEISER@CHAPMAN.COM; LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; JENNIFER.DEMARCO@CLIFFORDCHANCE.COM; ANDREW.BROZMAN@CLIFFORDCHANCE.COM; SARA.TAPINEKIS@CLIFFORDCHANCE.COM; ANDREW.BROZMAN@CLIFFORDCHANCE.COM; JEN.PREMISLER@CLIFFORDCHANCE.COM; PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM; MWARNER@COLESCHOTZ.COM; DHURST@COLESCHOTZ.COM; JEFF.WITTIG@COAIR.COM; ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US; MHOPKINS@COV.COM; DCOFFINO@COV.COM; ARABOY@COV.COM; RLEVIN@CRAVATH.COM; JLIPSON@CROCKERKUNO.COM; TTRACY@CROCKERKUNO.COM; JUDY.MORSE@CROWEDUNLEVY.COM; BZABARAUSKAS@CROWELL.COM; MLICHTENSTEIN@CROWELL.COM; SEICHEL@CROWELL.COM; JCARBERRY@CL-LAW.COM; KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM; JAMES.MCCLAMMY@DPW.COM; JJTANCREDI@DAYPITNEY.COM; JWCOHEN@DAYPITNEY.COM; MCTO@DEBEVOISE.COM; GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM; MMOONEY@DEILYLAWFIRM.COM; MBIENENSTOCK@DL.COM; TKARCHER@DL.COM; ESMITH@DL.COM; MBIENENSTOCK@DL.COM; IGOLDSTEIN@DL.COM; TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM; ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM; AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM; TIMOTHY.BRINK@DLAPIPER.COM; MATTHEW.KLEPPER@DLAPIPER.COM; THOMAS.CALIFANO@DLAPIPER.COM; STEPHEN.COWAN@DLAPIPER.COM; WILLIAM.M.GOLDMAN@DLAPIPER.COM; SCHNABEL.ERIC@DORSEY.COM; HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM; STEVEN.TROYER@COMMERZBANK.COM; JJOYCE@DRESSLERPETERS.COM; ROBERT.MALONE@DBR.COM; LJKOTLER@DUANEMORRIS.COM; TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM; SANDYSCAFARIA@EATON.COM; EZUJKOWSKI@EMMETMARVIN.COM; AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM; KKELLY@EBGLAW.COM; DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM; LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG; SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM; ALUM@FTPORTFOLIOS.COM;

6

RFLANAGAN@FLANASSOC.COM; STEVEN.USDIN@FLASTERGREENBERG.COM; WDASE@FZWZ.COM;
DHEFFER@FOLEY.COM; JLEE@FOLEY.COM; WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM;
ANANN@FOLEY.COM; GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM;
RBERNARD@FOLEY.COM; KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM;
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM; AHAMMER@FREEBORNPETERS.COM;
DEGGERT@FREEBORNPETERS.COM; WALTER.STUART@FRESHFIELDS.COM;
PATRICK.OH@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM; SHANNON.NAGLE@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM; EFRIEDMAN@FRIEDUMSPRING.COM;
EFRIEDMAN@FKLAW.COM; WWEINTRAUB@FKLAW.COM; ABEAUMONT@FKLAW.COM;
WWEINTRAUB@FKLAW.COM; LGOTKO@FKLAW.COM; ABEAUMONT@FKLAW.COM;
KJARASHOW@FKLAW.COM; NBOJAR@FKLAW.COM; DROSENZWEIG@FULBRIGHT.COM;
JMERVA@FULT.COM; JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-ATTORNEYS.COM;
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM; MROSENTHAL@GIBSONDUNN.COM;
JWEISS@GIBSONDUNN.COM; ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM;
JHERZOG@GKLAW.COM; JFLAXER@GOLENBOCK.COM; JWALLACK@GOULSTONSTORRS.COM;
DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM;
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM; COLE@GTLAW.COM;
MELOROD@GTLAW.COM; TANNWEILER@GREERHERZ.COM; JOY.MATHIAS@DUBAIIC.COM;
JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM;
WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET; DTHEISING@HARRISONMOBERLY.COM;
AGOLD@HERRICK.COM; SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM;
JDORAN@HASLAW.COM; TMARRION@HASLAW.COM; SWEYL@HASLAW.COM;
DPIAZZA@HODGSONRUSS.COM; RLEEK@HODGSONRUSS.COM; SCOTT.GOLDEN@HOGANLOVELLS.COM;
IRA.GREENE@HOGAN LOVELLS.COM; BARBRA.PARLIN@HKLAW.COM;
ARTHUR.ROSENBERG@HKLAW.COM; FRANCOIS.JANSON@HKLAW.COM; RICHARD.LEAR@HKLAW.COM;
FRANCOIS.JANSON@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM; BARBRA.PARLIN@HKLAW.COM;
ADAM.BREZINE@HRO.COM; KERRY.MOYNIHAN@HRO.COM; CCULLORS@HUNTON.COM;
KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM; CWEISS@INGRAMLLP.COM;
DAVE.DAVIS@ISGRIA.COM; TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; SEBA.KURIAN@INVESCO.COM; AFRIEDMAN@IRELL.COM;
KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM; JAY.HURST@OAG.STATE.TX.US;
PTROSTLE@JENNER.COM; DMURRAY@JENNER.COM; RBYMAN@JENNER.COM;
GSPILSBURY@JSSLAW.COM; JOSEPH.CORDARO@USDOJ.GOV;
MPOMERANTZ@JULIENANDSCHLESINGER.COM; MSCHLESINGER@JULIENANDSCHLESINGER.COM;
MSCHLESINGER@JULIENANDSCHLESINGER.COM; PETER.BLASONE@KLGATES.COM; PTRAIN-GUTIERREZ@KAPLANLANDAU.COM; ENKAPLAN@KAPLANLANDAU.COM; DROSNER@KASOWITZ.COM;
AGLENN@KASOWITZ.COM; SNEWMAN@KATSKYKORINS.COM; MPRIMOFF@KAYESCHOLER.COM;
MPRIMOFF@KAYESCHOLER.COM; MSOLOW@KAYESCHOLER.COM; MDAHLMAN@KAYESCHOLER.COM;
MSCHONHOLTZ@KAYESCHOLER.COM; AALFONSO@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; MPAGE@KELLEYDRYE.COM;

KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; JAMES.SPRAYREGEN@KIRKLAND.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM; JONATHAN.HENES@KIRKLAND.COM;
JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM;
CHRISTOPHER.GRECO@KIRKLAND.COM; JAY@KLEINSOLOMON.COM; JJURELLER@KLESTADT.COM;
LKISS@KLESTADT.COM; MICHAEL.KIM@KOBREKIM.COM; ROBERT.HENOCH@KOBREKIM.COM;
ANDREW.LOURIE@KOBREKIM.COM; BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM;
DEGGERMANN@KRAMERLEVIN.COM; MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM;
SREE@LCBF.COM; AKORNIKOVA@LCBF.COM; EKBERGC@LANEPOWELL.COM; KEITH.SIMON@LW.COM;
DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM; RICHARD.LEVY@LW.COM;
JAMES.HEANEY@LAWDEB.COM; GABRIEL.DELVIRGINIA@VERIZON.NET; LISA.SOLOMON@ATT.NET;
EZWEIG@OPTONLINE.NET; LKATZ@LTBLAW.COM; WSWEARINGEN@LLF-LAW.COM;
SHEEHAN@TXSCHOOLLAW.COM; SFINEMAN@LCHB.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM; AUSTIN.BANKRUPTCY@PUBLICANS.COM;
PEISENBERG@LOCKELORD.COM; WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM;
DBESIKOF@LOEB.COM; LOIZIDES@LOIZIDES.COM; ROBIN.KELLER@LOVELLS.COM;
CHRIS.DONOHO@LOVELLS.COM; ROBIN.KELLER@LOVELLS.COM; KROSEN@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM;
TWHEELER@LOWENSTEIN.COM; JPROL@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
SCARGILL@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
ELEVIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; MWARREN@MTB.COM;
JHUGGETT@MARGOLISEDELSTEIN.COM; FHYMAN@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;  ATREHAN@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;  ATREHAN@MAYERBROWN.COM;
EMERBERG@MAYERBROWN.COM; TKIRIAKOS@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
FHYMAN@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM; SWOLOWITZ@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM; HBELTZER@MAYERBROWN.COM;
SH@MAYERBROWN.COM, CWALSH@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
CWALSH@MAYERBROWN.COM; JLAMAR@MAYNARDCOOPER.COM; KREYNOLDS@MKLAWNYC.COM;
MH1@MCCALLARAYMER.COM; BKMAIL@PROMMIS.COM; JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM; WTAYLOR@MCCARTER.COM;
GGITOMER@MKBATTORNEYS.COM; NCOCO@MWE.COM; ICATTO@MWE.COM;
PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM; DHAYES@MCGUIREWOODS.COM;
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM; JMR@MSF-LAW.COM;
MBLOEMSMA@MHJUR.COM; TSLOME@MSEK.COM; AMARDER@MSEK.COM;
JMAZERMARINO@MSEK.COM; HARRISJM@MICHIGAN.GOV; MICHAEL.FREGE@CMS-HS.COM;
SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV; MICHAEL.KELLY@MONARCHLP.COM;
DAVIDWHEELER@MVALAW.COM; NHERMAN@MORGANLEWIS.COM; NISSAY_10259-
0154@MHMJAPAN.COM; LBERKOFF@MORITTHOCK.COM; JPINTARELLI@MOFO.COM;
LMARINUZZI@MOFO.COM; LMARINUZZI@MOFO.COM; YUWATOKO@MOFO.COM;
TGOREN@MOFO.COM; JPINTARELLI@MOFO.COM; LNASHELSKY@MOFO.COM;
MROTHCHILD@MOFO.COM; BMILLER@MOFO.COM; BANKRUPTCY@MORRISONCOHEN.COM;

JSULLIVAN@MOSESSINGER.COM; AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM;
KKOLBIG@MOSESSINGER.COM; AHANDLER@MOUNDCOTTON.COM;
RGOODMAN@MOUNDCOTTON.COM; SABVANROOY@HOTMAIL.COM; MILLEE12@NATIONWIDE.COM;
JOWOLF@LAW.NYC.GOV; RICHARD.FINGARD@NEWEDGEGROUP.COM;
DDREBSKY@NIXONPEABODY.COM; ADARWIN@NIXONPEABODY.COM;
VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM;
VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM;
CDESIDERIO@NIXONPEABODY.COM; RPEDONE@NIXONPEABODY.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM; MCANTOR@NORMANDYHILL.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV; MJR1@WESTCHESTERGOV.COM;
JEREMY.EIDEN@AG.STATE.MN.US; MARTIN.DAVIS@OTS.TREAS.GOV; JNADRITCH@OLSHANLAW.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM; AKANTESARIA@OPPENHEIMERFUNDS.COM;
RDAVERSA@ORRICK.COM; RDAVERSA@ORRICK.COM; JGUY@ORRICK.COM; JGUY@ORRICK.COM;
KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM; RFRANKEL@ORRICK.COM;
RWYRON@ORRICK.COM; JGUY@ORRICK.COM; DFELDER@ORRICK.COM; LMCGOWEN@ORRICK.COM;
RDAVERSA@ORRICK.COM; TOMWELSH@ORRICK.COM; OTCCORPACTIONS@FINRA.ORG;
WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM;
PFELDMAN@OSHR.COM; JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM;
WK@PWLAWYERS.COM; CHIPFORD@PARKERPOE.COM; DWDYKHOUSE@PBWT.COM;
BGUINEY@PBWT.COM; HARVEYSTRICKON@PAULHASTINGS.COM; DRAELSON@FISHERBROTHERS.COM;
SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM;
DSHEMANO@PEITZMANWEG.COM; KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM;
WISOTSKA@PEPPERLAW.COM; LAWALLF@PEPPERLAW.COM; MELTZERE@PEPPERLAW.COM;
SCHANNEJ@PEPPERLAW.COM; ARLBANK@PBFCM.COM; JHORGAN@PHXA.COM;
SAMUEL.CAVIOR@PILLSBURYLAW.COM; EDWARD.FLANDERS@PILLSBURYLAW.COM;
BILL.FREEMAN@PILLSBURYLAW.COM; MARK.HOULE@PILLSBURYLAW.COM;
DFLANIGAN@POLSINELLI.COM; JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM;
JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM; BBISIGNANI@POSTSCHELL.COM;
FBP@PPGMS.COM; LML@PPGMS.COM; IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM;
MBIENENSTOCK@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM; RBEACHER@PRYORCASHMAN.COM;
CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTECCE@QUINNEMANUEL.COM;SCOTTSHELLEY@QUINNEMANUEL.COM; ROBERTDAKIS@QUINNEMANUEL.COM; JRABINOWITZ@RLTLAWFIRM.COM;
BROY@RLTLAWFIRM.COM; GRAVERT@RAVERTPLLC.COM; ARAHL@REEDSMITH.COM;
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM; CLYNCH@REEDSMITH.COM;
ESCHAFFER@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM; JLSCOTT@REEDSMITH.COM;
DGRIMES@REEDSMITH.COM; RQURESHI@REEDSMITH.COM; CALBERT@REITLERLAW.COM;
HMAGALIFF@R3MLAW.COM; RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM;
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM;
ROGER@RNAGIOFF.COM; MARK.BANE@ROPESGRAY.COM; ROSS.MARTIN@ROPESGRAY.COM;
PHILIP.WELLS@ROPESGRAY.COM; ECOHEN@RUSSELL.COM; RUSSJ4478@AOL.COM;
MSCHIMEL@SJU.EDU; CMONTGOMERY@SALANS.COM;LWHIDDEN@SALANS.COM;

CBELMONTE@SSBB.COM;TBROCK@SSBB.COM;PBOSSWICK@SSBB.COM;ASNOW@SSBB.COM;
AISENBERG@SAUL.COM; JTORF@SCHIFFHARDIN.COM; DKESSLER@KTMC.COM;
BHINERFELD@SBTKLAW.COM; BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM;
JVAIL@SSRL.COM; LAWRENCE.GELBER@SRZ.COM; MEGHAN.BREEN@SRZ.COM; COHEN@SEWKIS.COM;
ASHMEAD@SEWKIS.COM; FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM;
ANN.REYNAUD@SHELL.COM; JENNIFER.GORE@SHELL.COM; JENNIFER.GORE@SHELL.COM;
JSHENWICK@GMAIL.COM; CSHULMAN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM; ETILLINGHAST@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM; MCADEMARTORI@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLING.COM; AMARTIN@SHEPPARDMULLIN.COM;
RREID@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM; BANKRUPTCY@GOODWIN.COM;
JTIMKO@SHUTTS.COM; AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM;
RFRIEDMAN@SILVERMANACAMPORA.COM; SQUSBA@STBLAW.COM; SALLY.HENRY@SKADDEN.COM;
FYATES@SONNENSCHEIN.COM; PMAXCY@SONNENSCHEIN.COM; SLERNER@SSD.COM;
SMAYERSON@SSD.COM; RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM;
R.STAHL@STAHLZELLOE.COM; MARC.CHAIT@SC.COM; SSTARR@STARRANDSTARR.COM;
ECHANG@STEINLUBIN.COM; EOBRIEN@SBCHLAW.COM; COM; CP@STEVENSLEE.COM;
CP@STEVENSLEE.COM; MCORDONE@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM; PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM;
MDORVAL@STRADLEY.COM; MDORVAL@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM; LANDON@STREUSANDLANDON.COM;
VILLA@STREUSANDLANDON.COM; STREUSAND@STREUSANDLANDON.COM;
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM; LHANDELSMAN@STROOCK.COM;
DWILDES@STROOCK.COM; HOLSEN@STROOCK.COM; CSZYFER@STROOCK.COM;
WWEINTRAUB@STUTMAN.COM; KJARASHOW@STUTMAN.COM; FRITSCHJ@SULLCROM.COM;
SCOTTJ@SULLCROM.COM; LACYR@SULLCROM.COM; CLARKB@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM; WRIGHTTH@SULLCROM.COM;
PAUL.TURNER@SUTHERLAND.COM; RICK.MURPHY@SUTHERLAND.COM;
BRUCE.WRIGHT@SUTHERLAND.COM; MILLER@TAFTLAW.COM; AGBANKNEWYORK@AG.TN.GOV;
MARVIN.CLEMENTS@AG.TN.GOV; THALER@THALERGERTLER.COM;
ROBERT.BAILEY@BNYMELLON.COM; MMORREALE@US.MUFG.JP; FOONT@FOONTLAW.COM;
YAMASHIRO@SUMITOMOTRUST.CO.JP; MATT@WILLAW.COM; IRA.HERMAN@TKLAW.COM;
DEMETRA.LIGGINS@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM;
MITCHELL.AYER@TKLAW.COM; DAVID.BENNETT@TKLAW.COM; MBOSSI@THOMPSONCOBURN.COM;
AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM;
BTURK@TISHMANSPEYER.COM; JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM;
AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM; NEILBERGER@TEAMTOGUT.COM;
SSKELLY@TEAMTOGUT.COM; OIPRESS@TRAVELERS.COM; MLYNCH2@TRAVELERS.COM;
HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM; DLIPKE@VEDDERPRICE.COM;
MJEDELMAN@VEDDERPRICE.COM; EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM;

10

JWEST@VELAW.COM; DKLEINER@VELAW.COM; JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM; ARWOLF@WLRK.COM; JDWARNER@WARNERANDSCHEUERMAN.COM; CBELISLE@WFW.COM; JFREEBERG@WFW.COM; RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM; EHOLLANDER@WHITECASE.COM; EHOLLANDER@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM; DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM; MRUETZEL@WHITECASE.COM; TOM.SCHORLING@WHITECASE.CO; LEILA.ROEDER@WHITECASE.COM; TLAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM; MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM; RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM; MABRAMS@WILLKIE.COM; PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM; CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM; JBECKER@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM; DNEIER@WINSTON.COM; DRAVIN@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM; JLAWLOR@WMD-LAW.COM; WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM; BANKR@ZUCKERMAN.COM