SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
|  | : |
| Debtors. | : Jointly Administered |
|  | : |

---

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF
GIANTS STADIUM LLC FOR LEAVE TO CONDUCT DISCOVERY OF LBI
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

PLEASE TAKE NOTICE that the hearing on the Motion of Giants Stadium LLC

for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004

[Docket No. 36874] (the "Motion"), which was scheduled for August 21, 2013 at 10:00 a.m.

(Prevailing Eastern Time), **has been adjourned to September 18, 2013 at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as the matter may be heard.  The Hearing on

the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling

Green, New York, New York, 10004, and such Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

Dated: New York, New York
       August 9, 2013

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:   /s/ _____
      Bruce E. Clark
      Matthew A. Schwartz
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, New York 10004
      Telephone: (212) 558-4000
      Facsimile: (212) 558-3588

      *Attorneys for Giants Stadium LLC*