UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 29366, filed on September 22, 2009 in the amount of $11,006,742.17 (the "Claim"), against Lehman Brothers Holdings Inc. by Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda Limited Liability Segregated Accounts Exempted Mutual Fund Company ("IBSMFL"), acting solely in respect of the former Helion Series (the "Claimant").

PLEASE TAKE NOTICE that IBSMFL, on behalf of the Claimant, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

1

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on September 14, 2012, the issuance of which was noticed in a filing with the court on September 17, 2012 [ECF No. 30958]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified above.

Dated: August 8 , 2013
Paris, France

Franck Dargent, in his capacity as director
INSTITUTIONAL BENCHMARKS SERIES
(MASTER FEEDER) LIMITED
C/O Amundi Alternative Investments SAS
91/93 boulevard Pasteur
75015 Paris
33 (0)1 72 32 32 10

Dated: August 8 , 2013
New York, New York

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*