UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to the following proofs of claim, filed on September 22, 2009 by Institutional Benchmarks Series (Master Feeder) Ltd., a Bermuda Segregated Account Company ("IBSMFL"), on behalf of the former Helion Segregated Account of IBSMFL (the "Claimant"), against the below listed debtors in the below listed amounts (the "Claims"). IBSMFL represents and warrants that as of the date hereof, the Claims have not been sold, assigned or transferred to any third party.

| Claim No. | Debtor | Amount |
|---|---|---|
| 27087 | Lehman Brothers Holdings Inc. | Undetermined |
| 27081 | LB 745 LLC | Undetermined |
| 27055 | Lehman Brothers Commercial Corporation | Undetermined |
| 27071 | Lehman Brothers OTC Derivatives Inc. | Undetermined |
| 27050 | Lehman Brothers Financial Products Inc. | Undetermined |
| 27076 | Lehman Brothers Commodity Services Inc. | Undetermined |
| 27040 | CES Aviation LLC | Undetermined |
| 27035 | CES Aviation V LLC | Undetermined |
| 27025 | East Dover Limited | Undetermined |
| 27060 | Lehman Commercial Paper Inc. | Undetermined |
| 27030 | CES Aviation IX LLC | Undetermined |
| 27065 | Lehman Brothers Derivatives Products Inc. | Undetermined |
| 27045 | Lehman Scottish Finance L.P. | Undetermined |
| 29683 | BNC Mortgage LLC | Undetermined |
| 27020 | Luxembourg Residential Properties Loan Finance S.a.r.l. | Undetermined |
| 29690 | Lehman Brothers Special Financing Inc. | Undetermined |
| 29668 | PAMI Statler Arms LLC | Undetermined |
| 29678 | Structured Asset Securities Corporation | Undetermined |
| 29663 | LB 2080 Kalakaua Owners LLC | Undetermined |
| 29673 | LB Rose Ranch LLC | Undetermined |

1

US_ACTIVE:\44297045\4\58399.0011

PLEASE TAKE NOTICE that IBSMFL, on behalf of the Claimant, hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. IBSMFL represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon IBSMFL on January 18, 2013, the issuance of which was noticed in a filing with the court on January 23, 2013 [ECF No. 34146]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified above.

Dated: August 8, 2013
Paris, France

_____
Franck Dargent, in his capacity as director
INSTITUTIONAL BENCHMARKS SERIES
(MASTER FEEDER) LIMITED
C/O Amundi Alternative Investments SAS
91/93 boulevard Pasteur
75015 Paris
33 (0)1 72 32 32 10

Dated: August 8, 2013
New York, New York

_____
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*