UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                   :   Chapter 11 Case No.
                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
                                        :   (Jointly Administered)
           Debtors.                     :
                                        :
---------------------------------------------------------------x   Ref. Docket Nos. 38174, 38176,
                                            38780, 39073, 39081, 39086, 39087


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 1, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of August, 2013

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      TRANSFEROR: VARDE INVESTMENT PARTNERS, LP      ATTN: ANTHONY VITIELLO
      ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
      745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
      NEW YORK NY 10019
```

Please note that your claim # 55728-07 in the above referenced case and in the amount of
   $2,162,087.40   allowed at $1,710,699.85    has been transferred **(unless previously expunged by court order)**

```
      STONEHILL INSTITUTIONAL PARTNERS, LP
      TRANSFEROR: BARCLAYS BANK PLC
      C/O STONEHILL CAPITAL MANAGEMENT LLC
      ATTN: STEVEN D. NELSON
      885 THIRD AVENUE, 30TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39081      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/01/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 1, 2013.

# EXHIBIT B

08-13555-mg    Doc 39316    Filed 08/09/13    Entered 08/09/13 17:28:51    Main Document
Pg 4 of 5

```
TIME: 10:29:06                                    LEHMAN BROTHERS HOLDING INC.                                                                  PAGE:    1
DATE: 08/01/13                                          CREDITOR LISTING

Name                                           Address
BARCLAYS BANK PLC                              ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                              CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166
BARCLAYS BANK PLC                              TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CASSA DI RISPARMIO DI PISTOIA E PESCIA         ATTN: TEMPESTINI ALBERTO VIA ROMA, 3 PISTOIA 5100 ITALY
 S.P.A.
CREDIT SUISSE                                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
FAIR HARBOR CAPITAL, LLC                       TRANSFEROR: CASSA DI RISPARMIO DI PISTOIA E PESCIA S.P.A. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                       TRANSFEROR: MERIVAN TRADE LTR ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
JAVANO MANAGEMENT, L.L.C.                      ANDREW N. ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
JAVANO MANAGEMENT, L.L.C.                      TRANSFEROR: RBS SECURITIES INC. P.O. BOX 6934 NEW YORK NY 10150
MERIVAN TRADE LTR                              DEXIE DANQUE INTERNATIONALE A LUXEMBOURGE SOCIETE ANONYME 69, ROUTE D'ESCH LUXEMBOURG  L-2953 LUXEMBOURG
PAULSON ENHANCED LTD.                          TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.                 TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
RBS SECURITIES INC.                            TRANSFEROR: CENTRAL REINSURANCE CORP. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
SCHRODER & CO BANK AG                          TRANSFEROR: CREDIT SUISSE SERVICE CENTER PRIVATE BANKING PFINGSTWEIDSTRASSE 60, P.O. BOX 2222 ZURICH  CH8031 SWITZERLAND
STONEHILL INSTITUTIONAL PARTNERS, LP           TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                               NEW YORK NY 10022


Total Number of Records Printed        21
```

EPIQ BANKRUPTCY SOLUTIONS, LLC