UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 36052, 37389,
                                                                       38691, 38829, 39097, 39098, 39102

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 2, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
9th day of August, 2013

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

08-13555-mg    Doc 39318    Filed 08/09/13    Entered 08/09/13 17:34:59    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
                                           |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,      |
                                           |    (Jointly Administered)
                                           |
            Debtors.                       |
                                           |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      CREDIT RESTRUCTURING AND ADVISORY GROUP        CLEARY GOTTLIEB STEEN & HAMILTON LLP
      ATTN: DAVID SAWYER                             ATTN: LINDSEE P. GRANFIELD, ESQ.
      200 PARK AVENUE                                ONE LIBERTY PLAZA
      NEW YORK NY 10166                              NEW YORK NY 10006
```

Please note that your claim # 18076-15 in the above referenced case and in the amount of
    $134,587,043.27    allowed at $122,500,000.00       has been transferred **(unless previously expunged by court order)**

```
      CVI AA LUX MASTER S.A.R.L.
      TRANSFEROR: BARCLAYS BANK PLC
      C/O CARVAL INVESTORS, LLC
      9320 EXCELSIOR BLVD., 7TH FLOOR
      HOPKINS MN 55343
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 38691        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/02/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 2, 2013.

# EXHIBIT B

```
TIME: 11:21:15                                                                                                              PAGE:   1
DATE: 08/02/13                                     LEHMAN BROTHERS HOLDING INC.
                                                        CREDITOR LISTING

Name                                            Address
BANCA ZARATTINI & CO. SA, LUGANO                TRANSFEROR: RBS COUTTS BANK AG VIA BALESTRA 17 LUGANO   6901 SWITZERLAND
BANCA ZARATTINI & CO. SA, LUGANO                TRANSFEROR: RBS COUTTS BANK AG VIA BALESTRA 7 LUGANO    6900 SWITZERLAND
BARCLAYS BANK PLC                               TRANSFEROR: CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                               CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166
BESSELSEN, J. AND G.W. BESSELSEN -              LIVINGSTONESTRAAT 22 BARNEVELD 3772 KJ NETHERLANDS
JANSEN
CITIGROUP FINANCIAL PRODUCTS, INC.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.              JAIME MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CVI AA LUX MASTER S.A.R.L.                      TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD., 7TH FLOOR HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: SMITH BREEDEN MORTGAGE PARTNERS LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
HBK MASTER FUND, L.P.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                   TRANSFEROR: BANCA ZARATTINI & CO. SA, LUGANO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LIQUIDATION OPPORTUNITIES MASTER FUND LP        TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION            TRANSFEROR: BESSELSEN, J. AND G.W. BESSELSEN - JANSEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STONE LION PORTFOLIO L.P.                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. STONE LION CAPITAL PARTNERS L.P. ATTN: CLAUDIA BORG NEW YORK NY 10017
STONE LION PORTFOLIO L.P.                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. STONE LION CAPITAL PARTNERS L.P. ATTN: CLAUDIA BORG 555 5TH AVE, 18TH FLOOR NEW YORK NY 10017
STONE LION PORTFOLIO L.P.                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. STONE LION CAPITAL PARTNERS L.P. ATTN: CLAUDIA BORG 555 5TH AVENUE, 18TH FLOOR NEW YORK NY 10017
YORVIK PARTNERS LLP                             TRANSFEROR: RBS COUTTS BANK AG ATTN: RICHARD CARMOODY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed        19

                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```