UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                            :
:
-----------------------------------------------------------------x    Ref. Docket No. 38890


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 2, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lauren Rodriguez*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lauren Rodriguez

Sworn to before me this
9th day of August, 2013
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (JMP)
                                                                 :
       **Debtors.**                                              :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x


### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:       BANK HAPOALIM B.M.
          ATTN: DAVID HERTZ & HAROLD J. WEISSLER
          1177 AVENUE OF THE AMERICAS
          NEW YORK, NY 10019

Your claim #555854-29 in the above referenced case and in the amount of $50,000.00 has been transferred, (unless previously expunged by court order)

          BANQUE HAPOALIM SUISSE SA LUXEMBOURG
          TRANSFEROR: BANK HAPOALIM B.M.
          18 BLVD ROYAL
          LUXEMBOURG L-2017
          LUXEMBOURG

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Send a copy of your objection to the transferee.
Refer to docket number 38890 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Lauren Rodriquez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 2, 2013.

EXHIBIT B

BANK HAPOALIM B.M.  
ATTN: DAVID HERTZ & HAROLD J. WEISSLER  
1177 AVENUE OF THE AMERICAS  
NEW YORK, NY 10019

BANQUE HAPOALIM SUISSE SA LUXEMBOURG  
TRANSFEROR: BANK HAPOALIM B.M.  
18 BLVD ROYAL  
LUXEMBOURG L-2017  
LUXEMBOURG