UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

-------------------------------------------------------------------------x    Ref. Docket Nos. 38763, 39099,
39106-39114, 39123, 39126


## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 5, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
  Lauren Rodriguez

Sworn to before me this
9th day of August, 2013
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ALTUNED HOLDINGS LLC
             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
             C/O RICHARD KIBBE & ORBE LLP
             ATTN: LARRY HALPERIN
             ONE WORLD FINANCIAL CENTER
             NEW YORK NY 10281

Please note that your claim # 22672-01 in the above referenced case and in the amount of
        $99,804,616.48  Unliquidated      has been transferred **(unless previously expunged by court order)**

             BURLINGTON LOAN MANAGEMENT LIMITED
             TRANSFEROR: ALTUNED HOLDINGS LLC
             ATTN: JENNIFER DONOVAN
             65 EAST 55TH STREET, 19TH FLOOR
             NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39107      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/05/2013

                              Vito Genna, Clerk of Court


                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 5, 2013.

EXHIBIT B

```
TIME: 11:12:18                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 08/05/13                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)  C/O RICHARD KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO   20124 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: ALTUNED HOLDINGS LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CORBIN OPPORTUNITY FUND L.P. | TRANSFEROR: RBS SECURITIES INC. C/O CORBIN CAPITAL PARTNERS, L.P. 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022 |
| CORBIN OPPORTUNITY FUND, L.P. | TRANSFEROR: RBS SECURITIES INC. C/O CORBIN CAPITAL PARTNERS, L.P. 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022 |
| CORBIN OPPORTUNITY FUND, L.P. | TRANSFEROR: RBS SECURITIES INC. C/O CORBIN CAPITAL PARTNERS, L.P. 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA, 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | TRANSFEROR: CREDIT SUISSE CRAVATH, SWAINE & MOORE LLP ATTN: MRS. STEPHANIE R. TOMAIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| ILMAVOIMIEN TUKI-SAATIO | EVLI BANK PLC NINA LAARKKONEN ALEKSANTERINKATU 19A PO BOX 1081 HELSINKI  FIN-00101 FINLAND |
| ILMAVOIMIEN TUKI-SAATIO | PL-30 TIKKAKOSKI  FIN-41161 FINLAND |
| INTESA SANPAOLO S.P.A. | F/K/A BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATOS CAVAZZA VIA FARINI, 17 BOLOGNA   40124 ITALY |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ILMAVOIMIEN TUKI-SAATIO ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. STONE LION CAPITAL PARTNERS L.P. ATTN: CLAUDIA BORG 555 5TH AVE, 18TH FLOOR NEW YORK NY 10017 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RBS SECURITIES INC. | TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| RBS SECURITIES INC. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| TRAXIS FUND LP | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: TRAXIS FUND LP VON WIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: TRAXIS FUND LP VONWIN CAPITAL, LLC ITS GERNAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| YORVIK INVESTMENTS LTD | TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LAND LONDON  EC2Y 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: YORVIK CAPITAL LTD ATTN: B. RANA 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    32

EPIQ BANKRUPTCY SOLUTIONS, LLC