UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 39127, 39130,
                                                                      39131

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                         Lauren Rodriguez

Sworn to before me this
9th day of August, 2013

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

08-13555-mg    Doc 39321    Filed 08/09/13    Entered 08/09/13 17:50:21    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                          BARCLAYS BANK PLC
     TRANSFEROR: ASHTON INVESTMENTS, LLC        ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                       745 SEVENTH AVENUE, 2ND FLOOR
     745 SEVENTH AVENUE, 2ND FLOOR              NEW YORK NY 10019
     NEW YORK NY 10019
```

Please note that your claim # 62744-73 in the above referenced case and in the amount of
    $1,145,175.57 allowed at $1,486,125.66    has been transferred **(unless previously expunged by court order)**

```
     STONEHILL INSTITUTIONAL PARTNERS, LP
     TRANSFEROR: BARCLAYS BANK PLC
     C/O STONEHILL CAPITAL MANAGEMENT LLC
     ATTN: STEVEN D. NELSON
     885 THIRD AVENUE, 30TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 39127    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/06/2013                                  Vito Genna, Clerk of Court

                                                  /s/ Lauren Rodriguez
                                                  _____
                                                  By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 6, 2013.

# EXHIBIT B

```
TIME: 10:26:00                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 08/06/13                                         CREDITOR LISTING

Name                                      Address
BARCLAYS BANK PLC                         ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE          IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
ROYAL BANK OF SCOTLAND, PLC, THE          TRANSFEROR: PIPER JAFFRAY & CO ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
STONEHILL INSTITUTIONAL PARTNERS, LP      TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                          NEW YORK NY 10022
THE ROYAL BANK OF SCOTLAND, PLC           RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
THE ROYAL BANK OF SCOTLAND, PLC           IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
THE ROYAL BANK OF SCOTLAND, PLC           TRANSFEROR: IKB DEUTSCHE INDUSTRIEBANK AG ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
VARDE INVESTMENT PARTNERS, LP             TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP             TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed     10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC