UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 30103, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by White & Case LLP, on behalf of White & Case - W. Danilowicz, W. Jurcewicz i Wspolnicy - Kancelaria Prawna sp.k. ("White & Case") in the amount of $184,477.04 (the "Claim").

PLEASE TAKE NOTICE that White & Case hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Claim is within White & Case's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: August 9, 2013
New York, New York

WHITE & CASE LLP
By:
1155 Avenue of the Americas
New York, New York 100036-2787

US_ACTIVE:\44305926\2\58399.0011