UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
          Debtors.                               :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Blue Angel Claims, LLC<br>65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attn: Jennifer Donovan |
| Claim Numbers | 28173, 37653 |
| Date Claims Filed: | 28173:  September 22, 2009<br>37653:  October 13, 2009 |
| Percentage and Total Amount of Claims Withdrawn: | 28173:  $1,610,328.88    (100%)<br>37653:  $832,497.82      (100%) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Manager |
|---|---|
| Printed Name: Avram Friedman | Dated: 8/9/13 |

799589v.1 445/01491