UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Burlington Loan Management Limited<br>c/o Davidson Kempner Capital Management LLC<br>65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attn: Jennifer Donovan |
| Claim Numbers | 3584, 3654, 10720, 10722, 17510, 17751, 22672, 23553, 67836, 13778, 13780, 13781, 13783, 17507, 17508, 15039, 15043, 15045, 15074, 21865 |
| Date Claims Filed: | 3584:    March 31, 2009<br>3654:    March 31, 2009<br>10720:   September 8, 2009<br>10722:   September 8, 2009<br>17510:   September 18, 2009<br>17751:   September 18, 2009<br>22672:   September 21, 2009<br>23553:   September 21, 2009<br>67836:   January 4, 2012<br>13778:   September 16, 2009<br>13780:   September 16, 2009<br>13781:   September 16, 2009<br>13783:   September 16, 2009<br>17507:   September 18, 2009<br>17508:   September 18, 2009<br>15039:   September 17, 2009<br>15043:   September 17, 2009<br>15045:   September 17, 2009<br>15074:   September 17, 2009<br>21865:   September 21, 2009 |

799603v.1 445/01491

| Percentage and Total Amount of Claims Withdrawn: | | | |
|---|---|---|---|
| | 3584: | $14,201,000.00 | (100%)[1] |
| | 3654: | $14,640,628.00 | (100%) |
| | 10720: | $2,384,583.87 | (100%) |
| | 10722: | $5,349,381.91 | (100%) |
| | 17510: | $118,219.75 | (100%) |
| | 17751: | $29,356,430.57 | (100%)[2] |
| | 22672: | $99,804,616.48 | (100%)[3] |
| | 23553: | $27,384,081.00 | (100%) |
| | 67836: | $85,626,879.45 | (100%)[4] |
| | 13778 | $25,053,838.96 | (100%) |
| | 13780: | $18,197,629.41 | (100%) |
| | 13781: | $18,465,494.04 | (100%) |
| | 13783: | $23,547,308.39 | (100%) |
| | 17507: | $84,237.25 | (100%) |
| | 17508: | $5,730,742.51 | (100%) |
| | 15039: | Unliquidated | (100%) |
| | 15043: | Unliquidated | (100%) |
| | 15045: | 58,421,613.00 | (100%)[5] |
| | 15074: | Unliquidated | (100%) |
| | 21865: | $14,279,625.00 | (100%) |

[Signature on next page]

---

[1] The withdrawal of claim pertains only to 100% of the portion of the claim owned by Burlington Loan Management Limited.

[2] The withdrawal of claim pertains only to 100% of the portion of the claim owned by Burlington Loan Management Limited.

[3] The withdrawal of claim pertains only to 100% of the portion of the claim owned by Burlington Loan Management Limited.

[4] The withdrawal of claim pertains only to 100% of the portion of the claim owned by Burlington Loan Management Limited.

[5] The withdrawal of claim pertains only to 100% of the portion of the claim owned by Burlington Loan Management Limited.

2

799603v.1 445/01491

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Managing Member of the Manager |
|---|---|
| Printed Name: Avram Friedman | Dated: 8/9/13 |

799603v.1 445/01491