UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                       Debtors.                                    :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (JMP) |
| Creditor Name and Address: | Davidson Kempner Partners<br>65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attn: Jennifer Donovan |
| Claim Number | 22090 |
| Date Claim Filed: | September 21, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | $5,859,232.64 (100%) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: General Partner |
|---|---|
| Printed Name: Avram Friedman | Dated: 8/9/13 |

799573v.1 445/01491