UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                    :    08-13555 (JMP)
                                                                :
           Debtors.                             :    (Jointly Administered)
----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (JMP) |
| Creditor Name and Address: | GHB LLC<br>65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attn: Jennifer Donovan |
| Claim Number | 67026 |
| Date Claim Filed: | August 19, 2010 |
| Percentage and Total Amount of Claim Withdrawn: | $3,809,642.61 (100%) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Manager |
|---|---|
| Printed Name: Avram Friedman | Dated: 8/9/13 |

799586v.1 445/01491