UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
            Debtors.                             :    (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Jatralec Capital, LLC<br>65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attn: Jennifer Donovan |
| Claim Numbers | 2435, 9575, 10240, 12025, 26498, 67247, 21859 |
| Date Claims Filed: | 2435:    February 2, 2009<br>9575:    August 26, 2009<br>10240:   September 3, 2009<br>12025:   September 14, 2009<br>26498:   September 22, 2009<br>67247:   December 7, 2010<br>21859:   September 21, 2009 |
| Percentage and Total Amount of Claims Withdrawn: | 2435:    $5,392,451.00     (100%)<br>9575:    $17,232,460.58    (100%)<br>10240:   $7,883,985.57     (100%)<br>12025:   $1,088,880.60     (100%)<br>26498:   $1,180,000.00     (100%)<br>67247:   $3,128,429.00     (100%)<br>21859:   $5,213,872.00     (100%) |

[Signature on next page]

799546v.1 445/01491

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: General Manager |
|---|---|
| Printed Name: Avram Friedman | Dated: 8/9/13 |