UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
                    Debtors.                                      :    (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (JMP) |
| Creditor Name and Address: | Realclub Holdings LLC<br>65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attn: Jennifer Donovan |
| Claim Numbers | 21678, 26205, 66458, 67076 |
| Date Claims Filed: | 21678:  September 21, 2009<br>26205:  September 21, 2009<br>66458:  April 1, 2010<br>67076:  September 14, 2010 |
| Percentage and Total Amount of Claims Withdrawn: | 21678:  $67,551,407.80   (100%)<br>26205:  $12,103,080.00   (100%)<br>66458:  $23,316,640.00   (100%)[1]<br>67076:  $30,181,512.43   (100%) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Manager |
|---|---|
| Printed Name: Avram Friedman | Dated: 8/9/13 |

---

[1] The withdrawal of claim pertains only to 100% of the portion of the claim owned by Realclub Holdings LLC.

799549v.1 445/01491