B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,    Case No. <u>08-13555 (JMP)</u>
                                                      (Jointly Administered)
                    Debtors.

## MULTIPLE PARTIAL TRANSFERS OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>BKM Holdings (Cayman) Ltd.</u> | <u>Goldman, Sachs & Co.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Davidson Kempner Capital Management
65 East 55th Street
New York, New York 10022
Attention: Jennifer Donovan
Telephone: 212 446 4018
Facsimile: 212 371 4318
Email: jdonovan@dkpartners.com

Court Claim # (if known): <u>multiple—please see Schedule I attached hereto</u>

Amount of Claim Transferred: <u>for each Claim #, please see Schedule I attached hereto</u>

Date Claim Filed: <u>multiple</u>

Debtor: <u>Lehman Brothers Holdings, Inc.</u>

Phone: _____N/A_____
Last Four Digits of Acct #: _____

Phone: _____N/A_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____N/A_____
Last Four Digits of Acct #: _____

795019v.2 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM HOLDINGS (CAYMAN) LTD.
By: Midtown Acquisitions LP, its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____    Date: __8/9/13__
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Agreed and acknowledged:

GOLDMAN SACHS & CO.

By: _____    Date: _____
       Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

2

795019v.2 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM HOLDINGS (CAYMAN) LTD.
By: Midtown Acquisitions LP, its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Agreed and acknowledged:

GOLDMAN SACHS & CO.

By: _____          Date: 8/9/13
    Dennis Lafferty
    Transferor/Transferor's Agent
    Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

795019v.2 153/05435

Schedule I

|   | Court Claim Number | ISIN/CUSIP | Principal/Notional Amount Transferred | | Allowed Amount Transferred (USD) |
|---|---|---|---|---|---|
| 1 | 35510 | XS0185247912 | EUR | 346,715.00 | 460,137.76 |
| 2 | 38795 | XS0370964073 | AUD | 135,000.00 | 109,308.36 |
| 3 | 38956 | XS0370386442 | USD | 200,000.00 | 139,468.30 |
| 4 | 39641 | XS0370964073 | AUD | 75,000.00 | 60,726.86 |
| 5 | 39712 | XS0370964073 | AUD | 150,000.00 | 121,453.73 |
| 6 | 42184 | XS0213971210 | EUR | 200,000.00 | 286,582.74 |
| 7 | 44578 | XS0238337439 | EUR | 1,229,000.00 | 1,744,080.99 |
| 8 | 44583 | XS0269969027 | EUR | 1,329,000.00 | 1,911,510.02 |
| 9 | 44616 | XS0359370722 | JPY | 100,600,000.00 | 968,899.17 |
| 10 | 44619 | XS0165754705 | EUR | 2,228,300.00 | 2,723,706.73 |
| 11 | 45722 | XS0238228901 | EUR | 1,000,000.00 | 1,419,105.77 |
| 12 | 46197 | XS0360517105 | JPY | 100,100,000.00 | 967,157.91 |
| 13 | 46198 | XS0361311102 | JPY | 100,548,000.00 | 795,562.12 |
| 14 | 47583 | XS0370964073 | AUD | 110,000.00 | 89,066.07 |
| 15 | 47674 | XS0370964073 | AUD | 2,300,000.00 | 1,862,290.52 |
| 16 | 48124 | XS0370386442 | USD | 85,000.00 | 59,274.03 |
| 17 | 48464 | XS0333302783 | USD | 200,000.00 | 192,587.39 |

3

| 18 | 48475 | XS0370964073 | AUD | 80,000.00 | 64,775.32 |
| --- | --- | --- | --- | --- | --- |
| 19 | 50315 | XS0317188059 | EUR | 7,286.00 | 10,635.00 |
| 20 | 50315 | XS0317188646 | EUR | 2,494.00 | 3,539.25 |
| 21 | 51136 | XS0289261546 | USD | 358,000.00 | 386,851.19 |
| 22 | 51137 | XS0350310909 | EUR | 654,000.00 | 547,413.72 |
| 23 | 51141 | XS0338465171 | USD | 413,000.00 | 290,487.86 |
| 24 | 51142 | XS0358299542 | USD | 100,000.00 | 96,055.79 |
| 25 | 51143 | XS0329243876 | EUR | 539,000.00 | 471,419.98 |
| 26 | 51145 | XS0204199540 | EUR | 450,000.00 | 638,597.60 |
| 27 | 51153 | XS0178969209 | EUR | 138,000.00 | 201,145.66 |
| 28 | 51154 | XS0180153826 | USD | 854,000.00 | 827,384.24 |
| 29 | 51155 | XS0180154550 | EUR | 336,000.00 | 476,819.49 |
| 30 | 51156 | XS0344834691 | USD | 390,000.00 | 214,944.27 |
| 31 | 51157 | XS0345215148 | EUR | 919,000.00 | 689,390.55 |
| 32 | 51158 | XS0338464950 | USD | 666,000.00 | 321,881.48 |
| 33 | 51159 | XS0338465098 | EUR | 955,000.00 | 633,346.48 |
| 34 | 51161 | XS0303538200 | EUR | 842,000.00 | 983,688.10 |
| 35 | 51162 | XS0329289192 | USD | 335,000.00 | 120,393.64 |
| 36 | 51163 | XS0258047165 | USD | 325,000.00 | 325,000.00 |
| 37 | 51164 | XS0299555739 | USD | 150,000.00 | 150,000.00 |
| 38 | 51165 | XS0267059755 | EUR | 583,000.00 | 827,338.69 |

795019v.2 153/05435

| | | | | | |
|---|---|---|---|---:|---:|
| 39 | 51167 | XS0344087340 | EUR | 848,000.00 | 970,992.74 |
| 40 | 51169 | XS0321471517 | USD | 405,000.00 | 236,456.24 |
| 41 | 51170 | XS0282866192 | USD | 679,000.00 | 410,738.01 |
| 42 | 51171 | XS0309101508 | USD | 344,000.00 | 344,000.00 |
| 43 | 51172 | XS0270482424 | EUR | 566,000.00 | 803,213.84 |
| 44 | 51301 | XS0368249487 | USD | 150,000.00 | 150,000.00 |
| 45 | 51302 | XS0359631974 | EUR | 1,150,000.00 | 574,772.54 |
| 46 | 51304 | XS0368298187 | EUR | 188,000.00 | 192,442.01 |
| 47 | 51305 | XS0362725540 | USD | 932,000.00 | 932,000.00 |
| 48 | 51306 | XS0362343930 | EUR | 67,000.00 | 95,080.09 |
| 49 | 51307 | XS0380296144 | USD | 233,000.00 | 233,000.00 |
| 50 | 51308 | XS0329288384 | USD | 95,000.00 | 95,000.00 |
| 51 | 51309 | XS0329284987 | USD | 86,000.00 | 86,000.00 |
| 52 | 51310 | XS0329905417 | EUR | 242,000.00 | 343,423.57 |
| 53 | 51311 | XS0334446134 | USD | 168,000.00 | 168,000.00 |
| 54 | 51312 | XS0334274098 | USD | 83,000.00 | 83,000.00 |
| 55 | 51313 | XS0337437007 | USD | 500,000.00 | 500,000.00 |
| 56 | 51315 | XS0345320872 | USD | 304,000.00 | 304,000.00 |
| 57 | 51316 | XS0253634850 | EUR | 20,000.00 | 28,382.12 |
| 58 | 51317 | XS0253635154 | USD | 490,000.00 | 490,000.00 |
| 59 | 51318 | XS0224249630 | EUR | 153,000.00 | 217,123.19 |

795019v.2 153/05435

| | | | | | |
|---|---|---|---|---:|---:|
| 60 | 51319 | XS0345439250 | EUR | 903,000.00 | 970,425.32 |
| 61 | 55292 | XS0210433206 | EUR | 500,000.00 | 733,859.97 |
| 62 | 55403 | XS0277722772 | HUF | 582,000,000.00 | 3,430,946.14 |
| 63 | 55403 | XS0325772456 | HUF | 115,800,000.00 | 682,652.09 |
| 64 | 55403 | XS0354043258 | EUR | 734,000.00 | 1,041,623.58 |
| 65 | 55825 | XS0303746571 | EUR | 200,000.00 | 283,821.15 |
| 66 | 55829 | XS0213416141 | EUR | 50,000.00 | 71,653.31 |
| 67 | 55829 | XS0285837455 | USD | 30,000.00 | 30,000.00 |
| 68 | 55829 | XS0303746571 | EUR | 1,259,000.00 | 1,786,654.17 |
| 69 | 55829 | XS0351272322 | EUR | 195,000.00 | 276,725.63 |
| 70 | 55837 | XS0323849199 | USD | 530,000.00 | 530,000.00 |
| 71 | 55837 | XS0328923379 | EUR | 847,000.00 | 1,201,982.59 |
| 72 | 55852 | XS0232569086 | JPY | 100,000,000.00 | 941,043.78 |
| 73 | 56041 | XS0162289663 | EUR | 284,000.00 | 407,353.42 |
| 74 | 56041 | XS0181945972 | EUR | 93,000.00 | 135,088.38 |
| 75 | 56041 | XS0195431613 | EUR | 224,000.00 | 320,549.26 |
| 76 | 56041 | XS0197173643 | EUR | 92,000.00 | 131,120.24 |
| 77 | 56041 | XS0200284247 | EUR | 291,000.00 | 425,076.46 |
| 78 | 56041 | XS0202417050 | EUR | 15,000.00 | 21,841.20 |
| 79 | 56041 | XS0213971210 | EUR | 103,000.00 | 147,590.11 |
| 80 | 56041 | XS0220704109 | EUR | 129,000.00 | 183,874.07 |

| | | | | | |
|---|---|---|---|---:|---:|
| 81 | 56130 | XS0181945972 | EUR | 745,000.00 | 1,082,159.58 |
| 82 | 56130 | XS0197173643 | EUR | 109,000.00 | 155,348.98 |
| 83 | 56130 | XS0200284247 | EUR | 10,000.00 | 14,607.44 |
| 84 | 56130 | XS0211814123 | EUR | 361,000.00 | 524,436.97 |
| 85 | 56130 | XS0302634059 | EUR | 126,000.00 | 178,807.33 |
| 86 | 56130 | XS0305646696 | EUR | 341,000.00 | 483,915.07 |
| 87 | 56919 | XS0336738769 | EUR | 1,000,000.00 | 990,253.90 |
| 88 | 58221 | XS0189294225 | EUR | 1,200,000.00 | 1,731,598.67 |
| 89 | 58221 | XS0220704109 | EUR | 1,109,000.00 | 1,580,746.93 |
| 90 | 58800 | XS0213416141 | EUR | 317,000.00 | 454,282.01 |
| 91 | 58819 | XS0342097317 | AUD | 1,080,000.00 | 874,466.85 |
| 92 | 58820 | XS0382587888 | AUD | 715,000.00 | 578,929.45 |
| 93 | 58824 | XS0122041675 | HKD | 35,000,000.00 | 4,757,887.06 |
| 94 | 58850 | XS0272915116 | USD | 500,000.00 | 471,846.91 |
| 95 | 58916 | AU300LBTC029 | AUD | 456,870.00 | 371,416.42 |
| 96 | 59143 | XS0212467947 | USD | 3,000,000.00 | 2,498,460.70 |
| 97 | 59144 | XS0323271170 | USD | 5,000,000.00 | 5,089,375.00 |
| 98 | 59233 | CH0027120903 | EUR | 1,000,000.00 | 1,419,105.77 |
| 99 | 59233 | XS0324929164 | EUR | 700,000.00 | 660,747.73 |
| 100 | 60441 | XS0299993336 | BRL | 5,050,000.00 | 2,536,070.53 |
| 101 | 62743 | CH0027120689 | EUR | 209,000.00 | 296,593.11 |

795019v.2 153/05435

| 102 | 62743 | CH0027120697 | EUR | 66,000.00 | 93,660.98 |
|---|---|---|---|---|---|
| 103 | 62743 | CH0027120705 | USD | 24,000.00 | 24,000.00 |
| 104 | 62743 | CH0027120747 | EUR | 98,000.00 | 139,072.37 |
| 105 | 62743 | CH0027120754 | EUR | 8,000.00 | 11,352.85 |
| 106 | 62743 | XS0210433206 | EUR | 370,000.00 | 543,056.38 |
| 107 | 62743 | XS0213416141 | EUR | 40,000.00 | 57,322.65 |
| 108 | 62743 | XS0257101856 | EUR | 84,000.00 | 119,204.88 |
| 109 | 62743 | XS0268043709 | EUR | 140,000.00 | 198,674.81 |
| 110 | 62743 | XS0315504323 | EUR | 500,000.00 | 712,319.07 |
| 111 | 62743 | XS0317422771 | EUR | 200,000.00 | 283,821.15 |
| 112 | 62744 | CH0027120689 | EUR | 313,000.00 | 444,180.11 |
| 113 | 62744 | CH0027120697 | EUR | 99,000.00 | 140,491.47 |
| 114 | 62744 | CH0027120705 | USD | 35,000.00 | 35,000.00 |
| 115 | 62744 | CH0027120747 | EUR | 147,000.00 | 208,608.55 |
| 116 | 62744 | CH0027120754 | EUR | 12,000.00 | 17,029.27 |
| 117 | 62744 | XS0210433206 | EUR | 555,000.00 | 814,584.57 |
| 118 | 62744 | XS0213416141 | EUR | 60,000.00 | 85,983.98 |
| 119 | 62744 | XS0257101856 | EUR | 125,000.00 | 177,388.22 |
| 120 | 62744 | XS0268043709 | EUR | 210,000.00 | 298,012.21 |
| 121 | 62744 | XS0317422771 | EUR | 300,000.00 | 425,731.73 |
| 122 | 62783 | XS0268364766 | JPY | 200,000,000.00 | 1,911,434.11 |

8

| | | | | | |
|---|---|---|---|---:|---:|
| 123 | 62783 | XS0293140553 | JPY | 100,000,000.00 | 739,433.74 |
| 124 | 62783 | XS0297459868 | JPY | 20,000,000.00 | 88,189.26 |
| 125 | 62783 | XS0302480230 | JPY | 50,000,000.00 | 276,117.83 |
| 126 | 62783 | XS0303862998 | JPY | 50,592,000.00 | 261,374.86 |
| 127 | 62783 | XS0305127150 | JPY | 50,000,000.00 | 188,712.70 |
| 128 | 62783 | XS0309186731 | JPY | 300,000,000.00 | 1,165,293.68 |
| 129 | 62783 | XS0311754963 | JPY | 51,000,000.00 | 244,826.42 |
| 130 | 62783 | XS0314747105 | AUD | 1,000,000.00 | 471,578.12 |
| 131 | 62783 | XS0316953255 | AUD | 1,000,000.00 | 809,691.53 |
| 132 | 62783 | XS0316953925 | JPY | 100,000,000.00 | 606,793.47 |
| 133 | 62783 | XS0318538930 | JPY | 200,000,000.00 | 509,987.87 |
| 134 | 62783 | XS0318599056 | JPY | 20,000,000.00 | 137,982.48 |
| 135 | 62783 | XS0319359039 | JPY | 300,000,000.00 | 626,501.72 |
| 136 | 62783 | XS0321396987 | JPY | 120,000,000.00 | 656,534.59 |
| 137 | 62783 | XS0324342582 | JPY | 130,000,000.00 | 1,343,710.33 |
| 138 | 62783 | XS0327082854 | JPY | 120,000,000.00 | 560,371.71 |
| 139 | 62783 | XS0327713359 | JPY | 300,000,000.00 | 542,113.29 |
| 140 | 62783 | XS0329067531 | JPY | 80,000,000.00 | 425,416.07 |
| 141 | 62783 | XS0329878267 | JPY | 90,000,000.00 | 348,075.23 |
| 142 | 62783 | XS0330724229 | JPY | 110,000,000.00 | 642,199.17 |
| 143 | 62783 | XS0338675571 | JPY | 50,000,000.00 | 210,072.37 |

795019v.2 153/05435

| | | | | | |
|---|---|---|---|---:|---:|
| 144 | 62783 | XS0340462042 | JPY | 30,000,000.00 | 126,332.19 |
| 145 | 62783 | XS0346508616 | JPY | 120,000,000.00 | 525,256.74 |
| 146 | 62783 | XS0349442615 | JPY | 140,000,000.00 | 876,927.26 |
| 147 | 62783 | XS0349757368 | JPY | 60,000,000.00 | 327,592.25 |
| 148 | 62783 | XS0353348823 | JPY | 150,000,000.00 | 1,104,289.61 |
| 149 | 62783 | XS0354482928 | JPY | 250,000,000.00 | 1,562,755.65 |
| 150 | 62783 | XS0354483140 | JPY | 320,000,000.00 | 2,406,028.84 |
| 151 | 62783 | XS0354911710 | JPY | 100,000,000.00 | 947,594.76 |
| 152 | 62783 | XS0362376435 | JPY | 90,000,000.00 | 303,737.91 |
| 153 | 62783 | XS0365822781 | JPY | 200,000,000.00 | 1,300,266.61 |
| 154 | 62783 | XS0366374634 | JPY | 70,000,000.00 | 374,977.51 |
| 155 | 62783 | XS0369334700 | JPY | 100,000,000.00 | 550,477.30 |
| 156 | 62783 | XS0379987372 | JPY | 120,000,000.00 | 447,902.65 |
| 157 | 66056 | XS0299371509 | EUR | 324,091.00 | 459,918.07 |
| 158 | 66356 | XS0231181222 | EUR | 84,000.00 | 119,204.88 |
| 159 | 66356 | XS0238228901 | EUR | 142,000.00 | 201,513.02 |
| 160 | 66356 | XS0252173066 | EUR | 355,000.00 | 503,782.55 |
| 161 | 66501 | DE000A0TLKY4 | EUR | 570,000.00 | 808,890.29 |
| 162 | 66501 | DE000A0TN6J5 | EUR | 333,000.00 | 472,562.21 |
| 163 | 66962 | XS0222198631 | USD | 600,000.00 | 600,000.00 |
| 164 | 66962 | XS0225471431 | EUR | 1,100,000.00 | 1,561,016.35 |

795019v.2 153/05435

| 165 | 66962 | XS0278126510 | EUR | 1,270,000.00 | 1,369,033.07 |
|---|---|---|---|---|---|
| 166 | 66962 | XS0279675150 | EUR | 1,190,000.00 | 1,302,711.10 |
| 167 | 66962 | XS0289261546 | USD | 250,000.00 | 270,147.49 |
| 168 | 66962 | XS0335758586 | EUR | 885,000.00 | 1,255,908.61 |
| 169 | 66962 | XS0350105135 | EUR | 800,000.00 | 1,135,284.62 |
| 170 | 67287 | AU300LBTC011 | AUD | 2,919,782.00 | 2,373,115.20 |

795019v.2 153/05435