UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (JMP) |
| Creditor Name and Address: | Successal Group LLC<br>65 East 55th Street, 20th Floor<br>New York, NY 10022<br>Attn: Jennifer Donovan |
| Claim Number | 67938 |
| Date Claim Filed: | March 2, 2012 |
| Percentage and Total Amount of Claim Withdrawn: | $195,553,765.98 (100%)[1] |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: Manager |
|---|---|
| Printed Name: Conor Bastable | Dated: 8/12/13 |

---

[1] The withdrawal of claim pertains only to 100% of the portion of the claim owned by Susscessal Group LLC.

799587v.1 445/01491