WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                             :    **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    **08-13555 (JMP)**
                                                  :
        Debtors.                                  :    **(Jointly Administered)**
                                                  :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**MERITS HEARING WITH RESPECT TO PROOF OF CLAIM NUMBER 45833**

**PLEASE TAKE NOTICE** that the hearing on the merits of the portion of proof of claim number 45833 listed on Exhibit A attached hereto, which was scheduled for August 29, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined**.

Dated:  August 12, 2013
        New York, New York

                                    /s/ Alfredo R. Perez
                                    Alfredo R. Perez

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers
                                    Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44311595\1\58399.0011

## Exhibit A

## Claims Adjourned to a Date to be Determined:

| Claimant Name | Claim Number | Relevant ISIN Number | Proposed Allowed Claim Amount For Relevant ISIN |
|---|---|---|---|
| ALAN MOZES (BENEFICIAL HOLDER) | 45833 | XS0315799709 | $3,700,842.08 |