BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings
Inc. and Certain of Its Affiliates.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
------------------------------------------------------------------x

NOTICE OF ADJOURNMENT
OF CLAIMS OBJECTION HEARING WITH
<u>RESPECT TO OBJECTION TO PROOF OF CLAIM NO. 42913</u>

      PLEASE TAKE NOTICE that the hearing on the Objection to Claim No. 42913 that was scheduled for August 29, 2013, at 10:00 a.m (Prevailing Eastern Time) **has been adjourned to October 24, 2013 at 10 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: August 12, 2013
      New York, New York

                                       /s/ Brijesh Dave
                                       Brijesh P. Dave
                                       LEHMAN BROTHERS HOLDINGS INC.
                                       OFFICE OF THE GENERAL COUNSEL
                                       1271 Avenue of the Americas
                                       New York, New York 10020
                                       Telephone: (646) 285-9441
                                       Facsimile: (646) 285-9337

                                       *Attorney for Lehman Brothers Holdings Inc. and*
                                       *Certain of Its Affiliates*