BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings
Inc. and certain of its affiliates.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                :

In re                                            :         Chapter 11 Case No.
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :         08-13555 (JMP)
                                                 :
                      Debtors.            :         (Jointly Administered)
                                                 :
----------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION
HEARING WITH RESPECT TO CLAIM NOs. 34226 AND 34227**

        PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 34226 and 34227 that was scheduled for August 29, 2013 at 10 a.m. (Prevailing Eastern Time), **has been adjourned to October 24, 2013 at 10 a.m.** (the "Hearing").  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: August 12, 2013
       New York, New York

                                              /s/ Brijesh Dave
                                            Brijesh P. Dave
                                            LEHMAN BROTHERS HOLDINGS INC.
                                            OFFICE OF THE GENERAL COUNSEL
                                            1271 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone: (646) 285-9441
                                            Facsimile: (646) 285-9337

                                            *Attorney for Lehman Brothers Holdings Inc. and*
                                            *Certain of Its Affiliates*