B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TCA SPV I LLC</u>                                                <u>Deutsche Bank AG, London Branch</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>19964</u>
should be sent:                                                  Amount of Claim: <u>$16,841,923.94</u>
                                                                      Date Claim Filed: <u>September 21, 2009</u>
c/o Taconic Capital Advisors LP                           Debtor: <u>Lehman Brothers Holdings Inc.</u>
450 Park Avenue, 9th Floor
New York, NY 10022
Attn: Reinhold Adam
Email: radam@taconiccap.com
Phone: +44 (0) 207 518 2523

Phone:_____              Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____James Thompson_____        Date: 8/12/13
         Principal/Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
799098v.1 3331/00002

Rule 3001(e) – Partial Transfer of LBHI Claim # 12147/12148

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **TCA SPV I LLC** (the "**Assignee**") that portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc., (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11, Case No.08-13555 (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), as documented in Proof of Claim No. 19964 ($16,841,923.94, plus amounts to be determined) that relates to claims against the Debtor originally held by SLB Leasing-Fonds GmbH & Co. Herakles KG, as subsequently assigned to Deutsche Bank AG, London Branch (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 day of August 2013.

| Deutsche Bank AG, London Branch | TCA SPV I LLC |
|---|---|
| By: _[signature]_ | By: Taconic Capital Advisors LP, as Investment Advisor |
| Name: _[signature]_ | By: _____ |
| Jamie Foote – V.P. | Name: _____ |
| Simon Glennie – V.P. | |

Rule 3001(e) – Partial Transfer of LBHI Claim # 12147/12148

## EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **TCA SPV I LLC** (the "**Assignee**") that portion of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc., (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11, Case No.08-13555 (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), as documented in Proof of Claim No. 19964 ($16,841,923.94, plus amounts to be determined) that relates to claims against the Debtor originally held by SLB Leasing-Fonds GmbH & Co. Herakles KG, as subsequently assigned to Deutsche Bank AG, London Branch (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 day of August 2013.

| Deutsche Bank AG, London Branch | TCA SPV I LLC |
|---|---|
| By: _____ | By: Taconic Capital Advisors LP, as Investment Advisor |
| Name: _____ | By: _____ |
| | Name: James Thompson, Principal |