UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                                    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 08-13555 (JMP)

        Debtors.                                                        (Jointly Administered)

-------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the mailing address for Halperin Battaglia Raicht, LLP ("HBR"), counsel to Empire Office, Inc. in the above-referenced case, has changed. HBR's offices are now located at:

    Halperin Battaglia Raicht, LLP
    40 Wall Street -37th Floor
    New York, New York 10005

Dated: New York, New York
       August 8, 2013

    **HALPERIN BATTAGLIA RAICHT, LLP**
    *Counsel to Empire Office, Inc.*

    By: */s/ Alan H. Halperin*
       Alan H. Halperin, Esq.
       Christopher J. Battaglia, Esq.
       Debra J. Cohen, Esq.
       40 Wall Street – 37th Floor
       New York, New York 10005
       Telephone: 212-765-9100
       Facsimile: 212-765-0964
       Email: ahalperin@halperinlaw.net
             cbattaglia@halperinlaw.net
             dcohen@halperinlaw.net

{00211323.1 / LGG100 }