**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA S.p.A., as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by CREDITO EMILIANO SPA, as

Agent ("CREDITO EMILIANO SPA" or "Transferor") against Lehman Brothers Holdings Inc.

(the "Debtor") in amount of at least $152,505,272.33, which has been designated as claim no.

62892 (the "Claim").  Transferee hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2),

of the transfer, other than for security, of a ratable portion of the claim in the amount of

$35,377.50 held by Transferor with respect to that certain security bearing ISIN code

XS0211814123.  A copy of the evidence of transfer of claim (the "Evidence of Transfer") is

attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA BANCA

Name and Address Where
    Notices to Assignee Should be Sent:
    Via Lucrezia Romana 41/47
    00178  Roma, Italy
    Attn:  Legal Department

**Name of Transferor**: CREDITO EMILIANO SPA, As Agent

    Via Emilia San Pietro, n.4
    42121 Reggio Emilia, Italy
    Name: Efisio Bertrand

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period.  The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated:  New York, New York         **ORRICK, HERRINGTON & SUTCLIFFE LLP**
       August 12, 2013

By: */s/ Lorraine S. McGowen*
       Lorraine S. McGowen, Esquire
       51 West 52nd Street
       New York, NY 10019-6142
       Telephone: (212) 506-5000
       Facsimile:  (212) 506-5151

       ATTORNEYS FOR TRANSFEREE
       ICCREA BANCA, S.p.A., as Agent

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**Form 210A**

### United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS          Case No. 08-13555  (JMP)
JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **ICCREA Banca S.p.A** | **Credito Emiliano SPA** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Court Claim #: 62892
Amount of Claim: $ 152,505,272.33
Date Claim Filed: November , 2 2009
Amount of claim transferred: $ 36,231.84

Via Lucrezia Romana 41/47
00178 Roma
Italy
Attn. Legal Department
E-mail:

Phone:                                                               Phone: 0039 0522 582464
Last Four Digits of Acct #: N/A                          Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: [*inserire contatto telefonico del ricevente il pagamento per conto del cessionario*]
Last Four Digits of Acct #: N/A

[*Inserire riferimenti bancari del cessionario*]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

Avv. ANTONIO TORRE
By: _____ Responsabile del Legale _____                    Date: 28th January 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

Schedule 1

Purchased Claim

0,613346 % of XS0211814123 EUR = USD 36,231.84 of USD 5,907,238.92 (i.e. the outstanding amount of XS0211814123 as described in the Proof of Claim dated 29 October, 2009 and filed on 2 November, 2009),

Transferred Claims

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 16.02.2005/2017 EUR | XS0211814123 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 25,000.00 (equivalent to USD 35,377.50) | 02/16/2017 | EUR 25,603.73 (equivalent to USD 36,231.84) |

ICCREA BANCA SPA
Avv. ANTONIO TORRE
Responsabile del Legale

CREDITO EMILIANO S.P.A.