UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                                      Debtors.                 :   (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| --- | --- |
| Creditor Name and Address: | Adel Sater & Layla Al Balushi<br>House 246, Road 2507, Block 225<br>Bahrain |
| Claim Number (if known): | 17117 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $7,194 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: /s/ | Title: |
| --- | --- |
| Printed Name: Adel Sater & Layla Al-Balushi | Dated: 25 June 2013 |

US_ACTIVE:\44096563\1\58399.0011