**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                               :
                    Debtors.                   :    (Jointly Administered)
                                               :
---------------------------------------------------------------x    Ref. Docket No. 39311

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 9, 2013, I caused to be served the "Declaration of Lawrence Brandman in Support of Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures," dated August 9, 2013 [Docket No. 39311], by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Carol Zhang*
Sworn to before me this                                     Carol Zhang
12th day of August, 2013
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Declaration of Lawrence Brandman_DI_39311_AFF_8-9-13_PC.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@willkie.com | barbra.parlin@hklaw.com |
| abeaumont@fklaw.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bkmail@prommis.com |
| adarwin@nixonpeabody.com | bmanne@tuckerlaw.com |
| adiamond@diamondmccarthy.com | bmiller@mofo.com |
| aeckstein@blankrome.com | boneill@kramerlevin.com |
| aentwistle@entwistle-law.com | brian.corey@greentreecreditsolutions.com |
| afriedman@irell.com | brosenblum@jonesday.com |
| agbanknewyork@ag.tn.gov | broy@rltlawfirm.com |
| aglenn@kasowitz.com | bruce.wright@sutherland.com |
| agold@herrick.com | bstrickland@wtplaw.com |
| agoldstein@tnsj-law.com | btrust@mayerbrown.com |
| ahandler@moundcotton.com | bturk@tishmanspeyer.com |
| aisenberg@saul.com | bwolfe@sheppardmullin.com |
| akantesaria@oppenheimerfunds.com | bzabarauskas@crowell.com |
| akolod@mosessinger.com | cahn@clm.com |
| alum@ftportfolios.com | calbert@reitlerlaw.com |
| amarder@msek.com | canelas@pursuitpartners.com |
| amartin@sheppardmullin.com | carol.weinerlevy@bingham.com |
| amcmullen@boultcummings.com | cbelisle@wfw.com |
| amenard@tishmanspeyer.com | cbelmonte@ssbb.com |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chad.husnick@kirkland.com |
| ann.reynaud@shell.com | chammerman@paulweiss.com |
| anthony_boccanfuso@aporter.com | charles@filardi-law.com |
| aoberry@bermanesq.com | charles_malloy@aporter.com |
| aostrow@beckerglynn.com | chipford@parkerpoe.com |
| aquale@sidley.com | chris.donoho@lovells.com |
| arahl@reedsmith.com | christopher.greco@kirkland.com |
| arainone@bracheichler.com | clarkb@sullcrom.com |
| arheaume@riemerlaw.com | clynch@reedsmith.com |
| arlbank@pbfcm.com | cmontgomery@salans.com |
| arosenblatt@chadbourne.com | cohen@sewkis.com |
| arthur.rosenberg@hklaw.com | cp@stevenslee.com |
| arwolf@wlrk.com | cpappas@dilworthlaw.com |
| aseuffert@lawpost-nyc.com | craig.barbarosh@pillsburylaw.com |
| ashmead@sewkis.com | craig.goldblatt@wilmerhale.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | csalomon@beckerglynn.com |
| austin.bankruptcy@publicans.com | cschreiber@winston.com |
| avenes@whitecase.com | cshore@whitecase.com |
| azylberberg@whitecase.com | cshulman@sheppardmullin.com |
| bankr@zuckerman.com | cszyfer@stroock.com |
| bankruptcy@goodwin.com | cwalsh@mayerbrown.com |
| bankruptcy@morrisoncohen.com | cward@polsinelli.com |
| bankruptcy@ntexas-attorneys.com | cweber@ebg-law.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| cweiss@ingramllp.com | dwildes@stroock.com |
| dallas.bankruptcy@publicans.com | dworkman@bakerlaw.com |
| dave.davis@isgria.com | easmith@venable.com |
| david.bennett@tklaw.com | echang@steinlubin.com |
| david.heller@lw.com | ecohen@russell.com |
| david.powlen@btlaw.com | edward.flanders@pillsburylaw.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | eglas@mccarter.com |
| dbesikof@loeb.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | eleicht@whitecase.com |
| dcoffino@cov.com | ellen.halstead@cwt.com |
| dcrapo@gibbonslaw.com | emagnelli@bracheichler.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | enkaplan@kaplanlandau.com |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | epearlman@scottwoodcapital.com |
| deggert@freebornpeters.com | erin.mautner@bingham.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| dfelder@orrick.com | etillinghast@sheppardmullin.com |
| dflanigan@polsinelli.com | ezujkowski@emmetmarvin.com |
| dgrimes@reedsmith.com | ezweig@optonline.net |
| dhayes@mcguirewoods.com | fbp@ppgms.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| dhurst@coleschotz.com | fhyman@mayerbrown.com |
| diconzam@gtlaw.com | foont@foontlaw.com |
| djoseph@stradley.com | fritschj@sullcrom.com |
| dkessler@ktmc.com | fsosnick@shearman.com |
| dkleiner@velaw.com | fyates@sonnenschein.com |
| dkozusko@willkie.com | gabriel.delvirginia@verizon.net |
| dlemay@chadbourne.com | gbray@milbank.com |
| dlipke@vedderprice.com | george.south@dlapiper.com |
| dludman@brownconnery.com | ggitomer@mkbattorneys.com |
| dmcguire@winston.com | ggoodman@foley.com |
| dmurray@jenner.com | giddens@hugheshubbard.com |
| dneier@winston.com | gkaden@goulstonstorrs.com |
| dodonnell@milbank.com | glenn.siegel@dechert.com |
| dove.michelle@dorsey.com | gmoss@riemerlaw.com |
| dpegno@dpklaw.com | gravert@ravertpllc.com |
| draelson@fisherbrothers.com | gspilsbury@jsslaw.com |
| dravin@wolffsamson.com | harrisjm@michigan.gov |
| drosenzweig@fulbright.com | harveystrickon@paulhastings.com |
| drosner@goulstonstorrs.com | hbeltzer@mayerbrown.com |
| drosner@kasowitz.com | heim.steve@dorsey.com |
| dshaffer@wtplaw.com | heiser@chapman.com |
| dshemano@peitzmanweg.com | hmagaliff@r3mlaw.com |
| dspelfogel@foley.com | hollace.cohen@troutmansanders.com |
| dtatge@ebglaw.com | holsen@stroock.com |
| dtheising@harrisonmoberly.com | howard.hawkins@cwt.com |
| dwdykhouse@pbwt.com | hseife@chadbourne.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com

jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jwest@velaw.com | lnashelsky@mofo.com |
| jwh@njlawfirm.com | loizides@loizides.com |
| kanema@formanlaw.com | lscarcella@farrellfritz.com |
| karen.wagner@dpw.com | lschweitzer@cgsh.com |
| karl.geercken@alston.com | lubell@hugheshubbard.com |
| kdwbankruptcydepartment@kelleydrye.com | lwhidden@salans.com |
| keckhardt@hunton.com | mabrams@willkie.com |
| keith.simon@lw.com | maofiling@cgsh.com |
| ken.coleman@allenovery.com | marc.chait@sc.com |
| ken.higman@hp.com | margolin@hugheshubbard.com |
| kerry.moynihan@hro.com | mark.bane@ropesgray.com |
| kgwynne@reedsmith.com | mark.deveno@bingham.com |
| kiplok@hugheshubbard.com | mark.ellenberg@cwt.com |
| kit.weitnauer@alston.com | mark.ellenberg@cwt.com |
| kjarashow@stutman.com | mark.sherrill@sutherland.com |
| kkelly@ebglaw.com | marvin.clements@ag.tn.gov |
| kkolbig@mosessinger.com | matt@willaw.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| klynch@formanlaw.com | maustin@orrick.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@proskauer.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| kreynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krodriguez@allenmatkins.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcantor@normandyhill.com |
| kuehn@bespc.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mcyganowski@oshr.com |
| landon@streusandlandon.com | mdorval@stradley.com |
| lapeterson@foley.com | meghan.breen@srz.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lawallf@pepperlaw.com | meltzere@pepperlaw.com |
| lawrence.gelber@srz.com | metkin@lowenstein.com |
| lberkoff@morithock.com | mfeldman@willkie.com |
| lee.stremba@troutmansanders.com | mgordon@briggs.com |
| lgotko@fklaw.com | mgreger@allenmatkins.com |
| lgranfield@cgsh.com | mh1@mccallaraymer.com |
| lhandelsman@stroock.com | mhopkins@cov.com |
| linda.boyle@twtelecom.com | michael.frege@cms-hs.com |
| lisa.ewart@wilmerhale.com | michael.kelly@monarchlp.com |
| lisa.kraidin@allenovery.com | michael.kim@kobrekim.com |
| lisa.solomon@att.net | michael.mccrory@btlaw.com |
| ljkotler@duanemorris.com | michaels@jstriallaw.com |
| lkatz@ltblaw.com | millee12@nationwide.com |
| lkiss@klestadt.com | miller@taftlaw.com |
| lmarinuzzi@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| lmay@coleschotz.com | mitchell.ayer@tklaw.com |
| lmcgowen@orrick.com | mjedelman@vedderprice.com |
| lml@ppgms.com | mjr1@westchestergov.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| mkjaer@winston.com | peter@bankrupt.com |
| mlahaie@akingump.com | pfeldman@oshr.com |
| mlandman@lcbf.com | phayden@mcguirewoods.com |
| mlichtenstein@crowell.com | philip.wells@ropesgray.com |
| mlynch2@travelers.com | pmaxcy@sonnenschein.com |
| mmooney@deilylawfirm.com | ppascuzzi@ffwplaw.com |
| mmorreale@us.mufg.jp | ppatterson@stradley.com |
| mneier@ibolaw.com | psp@njlawfirm.com |
| monica.lawless@brookfieldproperties.com | ptrain-gutierrez@kaplanlandau.com |
| mpage@kelleydrye.com | ptrostle@jenner.com |
| mparry@mosessinger.com | r.stahl@stahlzelloe.com |
| mpomerantz@julienandschlesinger.com | raj.madan@bingham.com |
| mprimoff@kayescholer.com | ramona.neal@hp.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbernard@foley.com |
| mrothchild@mofo.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| msegarra@mayerbrown.com | rflanagan@flanassoc.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.fingard@newedge.com |
| mwarren@mtb.com | richard.lear@hklaw.com |
| nathan.spatz@pillsburylaw.com | richard.levy@lw.com |
| nbojar@fklaw.com | richard.tisdale@friedfrank.com |
| ncoco@mwe.com | richard@rwmaplc.com |
| neal.mann@oag.state.ny.us | rick.murphy@sutherland.com |
| ned.schodek@shearman.com | rjones@boultcummings.com |
| neilberger@teamtogut.com | rleek@hodgsonruss.com |
| newyork@sec.gov | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.bailey@bnymellon.com |
| notice@bkcylaw.com | robert.dombroff@bingham.com |
| oipress@travelers.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robin.keller@lovells.com |
| paul.turner@sutherland.com | roger@rnagioff.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbosswick@ssbb.com | ross.martin@ropesgray.com |
| pdublin@akingump.com | rrainer@wmd-law.com |
| peisenberg@lockelord.com | rreid@sheppardmullin.com |
| peter.blasone@klgates.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| rwasserman@cftc.gov | steele@lowenstein.com |
| rwyron@orrick.com | stephen.cowan@dlapiper.com |
| s.minehan@aozorabank.co.jp | steve.ginther@dor.mo.gov |
| sabin.willett@bingham.com | steven.troyer@commerzbank.com |
| sabramowitz@velaw.com | steven.usdin@flastergreenberg.com |
| sabvanrooy@hotmail.com | steven.wilamowsky@bingham.com |
| sally.henry@skadden.com | steven@blbglaw.com |
| samuel.cavior@pillsburylaw.com | streusand@streusandlandon.com |
| sandyscafaria@eaton.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | sweyl@haslaw.com |
| schannej@pepperlaw.com | swolowitz@mayerbrown.com |
| schepis@pursuitpartners.com | szuch@wiggin.com |
| schnabel.eric@dorsey.com | tannweiler@greerherz.com |
| schristianson@buchalter.com | tbrock@ssbb.com |
| schwartzmatthew@sullcrom.com | tdewey@dpklaw.com |
| scott.golden@hoganlovells.com | tduffy@andersonkill.com |
| scottj@sullcrom.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | tim.desieno@bingham.com |
| seba.kurian@invesco.com | timothy.brink@dlapiper.com |
| sehlers@armstrongteasdale.com | tjfreedman@pbnlaw.com |
| seichel@crowell.com | tkiriakos@mayerbrown.com |
| sfelderstein@ffwplaw.com | tlauria@whitecase.com |
| sfineman@lchb.com | tmacwright@whitecase.com |
| sfox@mcguirewoods.com | tmarrion@haslaw.com |
| sgordon@cahill.com | tnixon@gklaw.com |
| sgubner@ebg-law.com | toby.r.rosenberg@irscounsel.treas.gov |
| shannon.nagle@friedfrank.com | tom.schorling@whitecase.com |
| sharbeck@sipc.org | tomwelsh@orrick.com |
| shari.leventhal@ny.frb.org | tslome@msek.com |
| shgross5@yahoo.com | ttracy@crockerkuno.com |
| sidorsky@butzel.com | tunrad@burnslev.com |
| sleo@bm.net | twheeler@lowenstein.com |
| slerman@ebglaw.com | villa@streusandlandon.com |
| slerner@ssd.com | vmilione@nixonpeabody.com |
| slevine@brownrudnick.com | vrubinstein@loeb.com |
| sloden@diamondmccarthy.com | walter.stuart@freshfields.com |
| smayerson@ssd.com | wanda.goodloe@cbre.com |
| smillman@stroock.com | wballaine@lcbf.com |
| smulligan@bsblawyers.com | wbenzija@halperinlaw.net |
| snewman@katskykorins.com | wchen@tnsj-law.com |
| sory@fdlaw.com | wcurchack@loeb.com |
| spiotto@chapman.com | wdase@fzwz.com |
| squsba@stblaw.com | wfoster@milbank.com |
| sree@lcbf.com | will.sugden@alston.com |
| sschultz@akingump.com | wiltenburg@hugheshubbard.com |
| sselbst@herrick.com | wisotska@pepperlaw.com |
| sshimshak@paulweiss.com | wk@pwlawyers.com |
| sskelly@teamtogut.com | wmaher@wmd-law.com |
| sstarr@starrandstarr.com | wmarcari@ebglaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574


CHAPMAN AND CUTLER LLP
ATTN: FRANKLIN H. TOP, III, ESQ &
SCOTT A. LEWIS, ESQ
111 WEST MONROE STREET
CHICAGO, ILLINOIS 60603