WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT
### OF FOUR HUNDRED EIGHTEENTH OMNIBUS OBJECTION
### TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 38010] (the "Objection") that was scheduled for August 29, 2013, at 10:00 a.m. (Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to September 26, 2013 at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further

US_ACTIVE:\44311851\2\58399.0011

notice other than an announcement at the Hearing.

Dated: August 13, 2013
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

2

US_ACTIVE:\44311851\2\58399.0011

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| WENDY JOHN | 43187 |
| FAIRBAIRN TRUST COMPANY LIMITED AS TRUSTEES OF THE BURLS FAMILY TRUST | 41375 |