WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------------x

**NOTICE RELATING TO MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON AUGUST 29, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the on the matters set forth on

Exhibit A hereto **has been changed to Wednesday, August 28, 2013, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, as there is no other matter

scheduled for hearing in the above-captioned case on August 29, 2013 at 10:00 a.m. (Prevailing

Eastern Time), the hearing that was scheduled for that date and time will not be held.

Dated: August 13, 2013
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates

# Exhibit A

1. Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 16865]

2. Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 27380]

3. Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 38010]

4. Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 38018]

5. Four Hundred Twenty-Third Omnibus Objection to Claims (Reduce and Allow Claims) [ECF No. 38949]

6. Four Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 38950]

7. Four Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 38951]

8. Four Hundred Twenty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 38952]

9. Four Hundred Twenty-Eighth Omnibus Objection to Claims (Subordinated Guarantee Claims) [ECF No. 38967]

10. Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [ECF No. 34303]

11. Merits Hearing with Respect to Proof of Claim No. 57069 [ECF No. 36781]

12. Plan Administrator's Objection to Claims of U.S. Bank, National Association [ECF No. 38847]