UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56671

Reference is made to proof of claim number **56671** filed on October 29, 2009 (the "**Claims**") against Lehman Brothers Holdings Inc. ("**LBHI**") by HSBC Private Bank (Suisse) SA, Singapore Branch ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion of the Claim identified in Schedule 1 attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: August 14, 2013
      New York, New York

                                        /s/ John Kibler
                                        John Kibler
                                        Jonathan Cho
                                        ALLEN & OVERY LLP
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        Telephone: (212) 610-6300
                                        Facsimile: (212) 610-6399

                                        *Attorneys for HSBC Private Bank (Suisse) SA,*
                                        *Singapore Branch*

## EXHIBIT A

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn |
|---|---|---|---|---|
| Lehman Brothers Treasury Co BV 1Y CDA STK INFY-32.3025 HDB-93.4546 28.25% 22JAN2009 | XS0340114353 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 300,000* |

* No portion of the Claim, whether relating to ISIN XS0340114353 or otherwise, is being withdrawn in excess of this principal amount.