Alysse McLoughlin
186 Sagamore Road
Millburn, NJ 07041

July 29, 2013

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, New York 10004

In Re: Lehman Brothers Holdings Inc., et. al.
Chapter 11
Case No. 08-13555(JMP)

To The Honorable James M. Peck:

The attorneys for Lehman Brothers Holdings Inc. have asked that my claim be dismissed because I didn't respond to their objection to my claim for the payment of the guaranteed bonus. I don't agree with their objection, but I did not hire an attorney, assuming that the cost of hiring the attorney would exceed any amount that I actually might receive as part of this bankruptcy. In addition, the order discussed how I either had to be registered with the court or file a 3.5 inch disk to file a protest. I was not able to do either of those things.

However, instead of just dismissing my claim without reviewing the merits, I assume that the court will review the merits of the claim in light of the evidence, and in light of any arguments put forth by the other debtors that are in similar situations that were guaranteed a bonus by Lehman Brothers Holdings Inc. that they did not receive.

Yours sincerely,

Alysse McLoughlin

cc:   Jones Day
      Attn: Robert W. Gaffey and Kelly A. Carrero
      222 East 41st Street
      New York, NY 10017

      Office of the United States Trustee for Region 2
      Attn: Tracy Hope Davis, Elisabetta Gasparini, and Andrea B. Schwartz
      33 Whitehall Street, 21st Floor
      New York, New York 10004


RECEIVED AUG - 1 2013 U.S. BANKRUPTCY COURT, SDNY JMP