Form 210A (10/06)

# United States Bankruptcy Court
## Southern District of `New York

**In re:** Lehman Brothers Holdings Inc,
Jointly Administered Under Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV**

Name of Alleged Transferor:
Fair Harbor Capital, LLC
As assignee of FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY  10023**

Court Claim # (if known): 53667
Amount of Claim: $146,771.99
Date Claim Filed:

Name and Address of Transferor:

FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV
POSTBUS 9101 3301AC
NOORDHOEVENLAAN 60
DORDRECHT, 3319 CH,
NETHERLANDS

Phone: ___212 967 4035_____
Last Four Digits of Acct #: _____n/a_____

Phone:
Last Four Digits of Acct. #: ___n/a____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____    Date:____August 14, 2013_____
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of `New York

In re:   Lehman Brothers Holdings Inc,
Jointly Administered Under Case No. 08-13555

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No.  53667 (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on August 14, 2013.

Name of Transferee:
**FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV**

Name of Alleged Transferor:
Fair Harbor Capital, LLC
As assignee of FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV
POSTBUS 9101 3301AC
NOORDHOEVENLAAN 60
DORDRECHT, 3319 CH,
NETHERLANDS

**~DEADLINE TO OBJECT TO TRANSFER~**

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                                                   Clerk of the Court