UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>DEBTORS | Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered) |

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | In re: Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| **Creditor Name and Address:** | CACEIS Bank Luxembourg<br>5 Allée Scheffer<br>L-2520 Luxembourg<br>Luxembourg |
| **Claim Number (if known):** | 15272 |
| **Date Claim Filed:** | 9/17/2009 |
| **Total Amount of Claim Filed:** | 1,917,262.49 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claim register for the above-referenced Debtor.

Dated: August 14, 2013

_____
Gaëlle KERBOEUF
General Counsel

_____
Jean-Pierre VALENTINI
Company Secretary