**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x    Ref. Docket No. 39355

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 12, 2013, I caused to be served the "Notice of Hearing on Four Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated August 12, 2013, to which was attached the "Four Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated August 12, 2013 [Docket No. 39355], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
14th day of August, 2013
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com

aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com

cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com

dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jemma.mcpherson@cliffordchance.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com

jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankrupcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com

linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com

melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com

mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com

rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com

| | |
|---|---|
| sandyscafaria@eaton.com | steele@lowenstein.com |
| scargill@lowenstein.com | stephen.cowan@dlapiper.com |
| schannej@pepperlaw.com | steve.ginther@dor.mo.gov |
| schepis@pursuitpartners.com | steven.troyer@commerzbank.com |
| schnabel.eric@dorsey.com | steven.usdin@flastergreenberg.com |
| schristianson@buchalter.com | steven.wilamowsky@bingham.com |
| schwartzmatthew@sullcrom.com | steven@blbglaw.com |
| scott.golden@hoganlovells.com | streusand@streusandlandon.com |
| scottj@sullcrom.com | susheelkirpalani@quinnemanuel.com |
| scottshelley@quinnemanuel.com | sweyl@haslaw.com |
| scousins@armstrongteasdale.com | swolowitz@mayerbrown.com |
| sdnyecf@dor.mo.gov | szuch@wiggin.com |
| seba.kurian@invesco.com | tannweiler@greerherz.com |
| sehlers@armstrongteasdale.com | tbrock@ssbb.com |
| seichel@crowell.com | tdewey@dpklaw.com |
| sfelderstein@ffwplaw.com | tduffy@andersonkill.com |
| sfineman@lchb.com | tgoren@mofo.com |
| sfox@mcguirewoods.com | thaler@thalergertler.com |
| sgordon@cahill.com | thomas.califano@dlapiper.com |
| sgubner@ebg-law.com | tim.desieno@bingham.com |
| shannon.nagle@friedfrank.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | tjfreedman@pbnlaw.com |
| shari.leventhal@ny.frb.org | tkiriakos@mayerbrown.com |
| shgross5@yahoo.com | tlauria@whitecase.com |
| sidorsky@butzel.com | tmacwright@whitecase.com |
| sleo@bm.net | tmarrion@haslaw.com |
| slerman@ebglaw.com | tnixon@gklaw.com |
| slerner@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| slevine@brownrudnick.com | tom.schorling@whitecase.com |
| sloden@diamondmccarthy.com | tomwelsh@orrick.com |
| smayerson@ssd.com | tslome@msek.com |
| smillman@stroock.com | ttracy@crockerkuno.com |
| smulligan@bsblawyers.com | tunrad@burnslev.com |
| snewman@katskykorins.com | twheeler@lowenstein.com |
| sory@fdlaw.com | villa@streusandlandon.com |
| spiotto@chapman.com | vmilione@nixonpeabody.com |
| squsba@stblaw.com | vrubinstein@loeb.com |
| sree@lcbf.com | walter.stuart@freshfields.com |
| sschultz@akingump.com | wanda.goodloe@cbre.com |
| sselbst@herrick.com | wballaine@lcbf.com |
| sshimshak@paulweiss.com | wbenzija@halperinlaw.net |
| sskelly@teamtogut.com | wchen@tnsj-law.com |
| sstarr@starrandstarr.com | wcurchack@loeb.com |

wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ATTN: TRACY HOPE DAVIS, ESQ.; SUSAN D. GOLDEN, ESQ.; ANDREA B.
SCHWARTZ, ESQ.
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
ATTN: DISTRICT DIRECTOR
SPECIAL PROCEDURES BRANCH
290 BROADWAY
NEW YORK, NY 10007

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ACKERMAN, DONALD | 1 MAYFAIR CIRCLE PURCHASE NY 10577 |
| ADES, SABAH | STEIMATZKY STREET NO. 2, APT. 43 TEL AVIV 67218 ISRAEL |
| ALAMO, JOHN | 150 WEST END AVENUE NEW YORK NY 10023 |
| ALESSANDRO, ROBERT | 8711 RANDALL DRIVE NW GIG HARBOR WA 98332 |
| ALTMAN, ROGER | 55 EAST 52ND STREET NEW YORK NY 10055 |
| AMBRECHT, KENNETH | 183 WEST ROAD NEW CANAAN CT 06840 |
| ANDERSON, BRENTON | PO BOX 56 ETNA NH 03750 |
| ANGST, CARLTON | 84 BRIXTON ROAD GARDEN CITY NY 11520 |
| ASHE, KATHLEEN | 310 TRENTON BOULEVARD SEA GIRT NJ 08750 |
| ASHER, THOMAS | 2939 HABERSHAM ROAD, NW ATLANTA GA 30305 |
| ATCHISON, JOHN | 340 WEST OAKDALE CHICAGO IL 60657 |
| AYOUB, ANTHONY | 18752 SE RED APPLE LANE JUPITER FL 33458 |
| BAKER, JOHN | 31 CANFIELD ROAD MORRISTOWN NJ 07960 |
| BARRETT, BERNARD | PO BOX 468 SARANAC LAKE NY 12983 |
| BARY, ROBERTA | 25 MONROE PLACE, 7C BROOKLYN NY 11201 |
| BATKIN, ALAN | 23 HURLINGHAM DRIVE GREENWICH CT 06830 |
| BECKERMAN, STANLEY | 15 BEECH PLACE DENVILLE NJ 07834 |
| BELLAS, ALBERT | 598 MADISON AVENUE NEW YORK NY 10022 |
| BELLINGER, RICHARD | TRUMP TOWER, 10 CITY PLACE SUITE 19C WHITE PLAINS NY 10601 |
| BENDER, DOUGLAS | 80 SPRING HOUSE LANE BASKING RIDGE NJ 07920 |
| BENDER, THEODORE | 3541 RIDGEWOOD ROAD, NW ATLANTA GA 30327 |
| BERKLEY, HENRY | PO BOX 1096, GLEN GOIN DRIVE ALPINE NJ 07620 |
| BESSE, ROBERT | 18 MOTT DRIVE ALAMO CA 94507 |
| BEST, ALAN | 22 EAST 1ST STREET, PH 16 NEW YORK NY 10003 |
| BIGGAR, ELIZABETH | 31993 FAIRMOUNT BOULEVARD PEPPER PIKE OH 44124 |
| BLUM, KEVIN | 169 WELLINGTON ROAD GARDEN CITY NY 11530 |
| BLUTINGER, NATAN | 14 STANFORD AVENUE WEST ORANGE NJ 07052 |
| BOE, RICHARD | 28100 SPRING COURT MUNDELEIN IL 60060 |
| BORCHERS, LEON | 110 BLACKLAND ROAD NW ATLANTA GA 30042 |
| BORRUSO, PATRICK | 5000 ROYAL MARCO WAY, APT. 534 MARCO ISLAND FL 34145 |
| BOSHART, JAMES | 80 BRIDGETOWN ROAD WEXFORD PLANT HILTON HEAD SC 29926 |
| BOURNE, GEORGE | 223 AUDUBON COURT NEW HAVEN CT 06510 |
| BOYD, WILLIAM | 42 ELM HILL LANE DUXBURY MA 02332 |
| BOYLES, KENNETH | 17418 HEATHER OAKS PLACE TAMPA FL 33647 |
| BRADY, JANE | 1900 OCEAN WALK LANE, APT 138 POMPANO BEACH FL 33062 |
| BRAGER, STANLEY | 14 HALCYON COURT PIKESVILLE MD 21208 |
| BRANDT, COLEMAN | 240 RIVERSIDE BOULEVARD NEW YORK NY 10069 |
| BRECK, CHRISTOPHER | 1 WHEELER DRIVE CLIFTON PARK NY 13065 |
| BRECK, HENRY | 550 PARK AVENUE, APT. 4E NEW YORK NY 10065 |
| BRECK, WILLIAM JR. | 7 WEST END COURT OLD GREENWICH CT 06870 |
| BRESNAN, JOHN | 2 BEDONS ALLEY CHARLESTON SC 29401 |
| BROADBENT, WILLIAM | 75 PECKSLAND ROAD GREENWICH CT 06831 |
| BRODA, KATHLEEN | 2131 PRESTON DRIVE COLUMBUS GA 31906 |
| BROWN, MELVILLE | 9516 FAIRCREST DRIVE DALLAS TX 75238 |
| BROWN, ROBERT MOTT III | 12 WALDRON HOUSE 57-63 OLD CHURCH STREET LONDON SW3 5BS UNITED KINGDOM |
| BRYDSON, JOHN | 111 HUNTING RIDGE ROAD GREENWICH CT 06831 |
| BULS, DONNA | 32068 WISKON WAY EAST PAUMA VALLEY CA 92061 |
| BURNS, PERRY | 82 BUTTERNUT HOLLOW ROAD GREENWICH CT 06830 |
| BURNS, THOMAS | 29 KINGSTON ROAD SCARSDALE NY 10583 |

| Claim Name | Address Information |
|---|---|
| BURTON, MARK | PO BOX 1211 MADISON CT 06443 |
| BUSACCA, GARY | 18 JOANNA WAY SHORT HILLS NJ 07078 |
| BUTTERS, DAVID | 215 EAST 72ND STREET NEW YORK NY 10021 |
| BUTTERY, STUART | 121 SOUTH COURT ALAMO CA 94507 |
| CAGNINA, ROBERT | 17 LONGVIEW ROAD READING MA 01867 |
| CAMPBELL, ROBERT H. | 8124 SANDY HOOK DRIVE CLINTON WA 98236 |
| CAPRA, JAMES | 555 THEODORE FREMD, SUITE C209 RYE NY 10580 |
| CARBONE, JAMES | STRAWBERRY HOUSE, CHISWICK MALL LONDON W42PS UNITED KINGDOM |
| CARBONE, RUDOLPH | 53 WOODS LANE BOYNTON BEACH FL 33436 |
| CARNS, LEWIS | 9862 EAST SAN SALVADOR SCOTTSDALE AZ 85258 |
| CARUANA, SALVATORE | 220 EAST DUDLEY AVENUE WESTFIELD NJ 07090 |
| CEISLER, ROBERT | 262 CENTRAL PARK WEST NEW YORK NY 10024 |
| CERASIA, ROBERT | 6 WILLOWBROOK LANE NO. CALDWELL NJ 07006 |
| CHATLEY, BRUCE | PO BOX 1098 ROSS CA 94957 |
| CHEN, PHILIP | 92 MAPLEWOOD AVENUE MAPLEWOOD NJ 07040 |
| CHILDERS, JOHN | 201 GREENBRIAR WEST RICHLAND WA 99352 |
| CIEMNIECKI, STANLEY | 304 TRENTON BOULEVARD SEA GIRT NJ 08750 |
| CLARK, JAMES | 7 ST. JAMES STREET LONDON SW1A1EE UNITED KINGDOM |
| COGHLAN, JOHN | 745 7TH AVENUE NEW YORK NY 10019 |
| COHEN, LEONARD | 812 HOLLY LANE CEDAR GROVE NJ 07009 |
| COHEN, PAUL | 425 EAST 58TH STREET, APT 38B NEW YORK NY 10022 |
| COHEN, SALLEE | 9 ROGERS LANE GREAT NECK NY 11024 |
| COLACURCI, GLENN | 3729 SKYFARM DRIVE SANTA ROSA CA 95403 |
| COLE, EMRIED | 48 IVY CHASE ATLANTA GA 30342 |
| CONWAY, MICHAEL | C/O CONWAY ADVISORY GROUP 5988 HAMMOCK ISLES CIRCLE NAPLES FL 34119 |
| COOPER, STANLEY | 245 WESTERVELT LANE MAHWAH NJ 07430 |
| CORONADO, FRANCISCO | 4117 CARUTH BOULEVARD DALLAS TX 75225 |
| COSGROVE, THOMAS | 848 THREE QUARTER POINT ROAD WIRTZ VA 24184 |
| COUCH, WILLIAM | 151 TEN EYCK STREET WATERTOWN NY 13601 |
| COX, TIMOTHY | 1251 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10020 |
| CRONIN, WILLIAM | 1160 FIFTH AVENUE NEW YORK NY 10029 |
| DAPUZZO, PETER | 18 PILOT ROCK LANE RIVERSIDE CT 06878 |
| DARSKY, JUDITH | 4 BRIAR DEL CIRCLE LARCHMONT NY 10538 |
| DAUMAN, STEWART | 4 WEST RED OAK LANE, SUITE 302 WHITE PLAINS NY 10604 |
| DAVID DWORSKY TRUST U/A FOURTH OF WILL | ATTN: RHODA DWORSKY & JOE DWORSKY 30 LEONARD TERRACE ROSELAND NJ 07068 |
| DE SAINT PHALLE, FRANCOIS | 1107 FIFTH AVENUE NEW YORK NY 10128 |
| DEGAGLIA, THOMAS | 34 CEDAR LANE BELLE MEAD NJ 08502 |
| DEGENNARO, MARK | 42 SNAKE HILL ROAD COLD SPRING HARBOR NY 11724 |
| DEL CAMPO, MICHAEL | 500 WEST SUPERIOR STREET CHICAGO IL 60654 |
| DELLIPAOLI, ROBERT | 1 PINE VALLEY COURT HOLMDEL NJ 07733 |
| DEUTSCH, HARVEY | 283 MARIL COURT PARAMUS NJ 07652 |
| DIXON, BARBARA | 993 PARK AVENUE NEW YORK NY 10028 |
| DOBIN, MICHAEL | 2 SUNRISE WAY SEA BRIGHT NJ 07760 |
| DOEPKE, WILLIAM | 1234 SPRUCE DRIVE GLENVIEW IL 60025 |
| DOLAN, ROBERT | 437 NORTH COUNTY LINE ROAD HINSDALE IL 60521 |
| DORFMAN, RICHARD | 1475 PEACHTREE STREET, NE ATLANTA GA 30309 |
| DORIS, MARTIN | 60 PLYMOUTH ROAD WHITE PLAINS NY 10603 |
| DOROSK, JEFFREY | 2511 PEACHWOOD PLACE WESTLAKE VILLAGE CA 91361 |
| DOYLE, WILLIAM | 501 ARROYO SQUARE SOUTH PASADENA CA 90071 |

| Claim Name | Address Information |
|---|---|
| DRESCHER, DENNIS | 350 SHERIDAN ROAD GLENCOE IL 60022 |
| DRUSKIN, ROBERT | 581 POTTERSVILLE ROAD GLADSTONE NJ 07934 |
| EDMISTON, ROBERT | 581 PEQUOT AVE SOUTHPORT CT 06890 |
| EDWARDS, MICHAEL | 14 SARATOGA COURT ALAMO CA 94507-2228 |
| EDWARDS, PAUL | 5 BROWN RIDGE COURT CEDAR GROVE NJ 07009 |
| EDWARDS, WILLIAM | 12 FIELD POINT DRIVE HOLMDEL NJ 07733 |
| EIGENFELD, STANLEY | 9747 SHORE ROAD, APT. D1 BROOKLYN NY 11209-7626 |
| ELLIOTT, FREDERIC | 190 SAGO PALM ROAD VERO BEACH FL 32963 |
| ELLIS, RICHARD | 1440 RIDGEWAY DRIVE ACWORTH GA 30102 |
| ELLNER, OLIVE | AS EXECUTOR OF THE ESTATE OF LAWRENCE ELLNER C/O KAROL HAUSMAN & SOSNIK, P.C. 600 OLD COUNTRY ROAD, STE 505 GARDEN CITY NY 11530 |
| ESCHERT, ERWIN | 32 HILLCREST DRIVE COLTS NECK NJ 07722 |
| ESTEY, ARTHUR | 15 CENTRAL PARK WEST 7-D NEW YORK NY 10023 |
| EVELO, JOSEPH | 8860 OLD INDIAN HILL ROAD CINCINNATI OH 45243 |
| EVENSON, DONALD | 2 TANGLEWOOD COURT RANDOLPH NJ 07869 |
| FARLEY, JAMES | MCKINNIS CREEK RANCH PO BOX 775906 STEAMBOAT SPRINGS CO 80477 |
| FELBERBAUM, ROGER | 800 PARK AVENUE 6A NEW YORK NY 10021 |
| FELDMAN, ALAN | 1601 LAKEVIEW DRIVE HEWLETT NY 11557 |
| FELDMAN, RICHARD | 911 PARK AVENUE NEW YORK NY 10075 |
| FELL, LAURENCE | 220 EL DORADO LANE PALM BEACH FL 33480 |
| FENWICK, LARRY | 625 AVIATOR DRIVE FORT WORTH TX 76179 |
| FINLAYSON, RODERICK | 165 EAST 89TH STREET, 4K NEW YORK NY 10128 |
| FISH, JASON | 2301 PACIFIC AVENUE SAN FRANCISCO CA 94115 |
| FISHBEIN, NORMAN | 308 BALTUSTROL CIRCLE ROSLYN NY 11576 |
| FORSHAGEN, DOUGLAS | 2 DUTCHESS COURT HOUSTON TX 77024 |
| FOX, JAMES | 4908 WELFORD DRIVE BELLAIRE TX 77401 |
| FRANK, EDWIN | 757 LOCUST STREET WINNETKA IL 60093 |
| FRANK, FREDERICK | 109 EAST 91ST STREET NEW YORK NY 10128 |
| FRANKEL, ARNOLD | 366 WEST 11TH STREET, APT. 11A NEW YORK NY 10014 |
| FRIED, ARTHUR | 20 BALFOUR JERUSALEM 92102 ISRAEL |
| FRIEDMAN, MARK | 35 EAST 75TH STREET, 9E NEW YORK NY 10021 |
| FRY, EDWARD | 5509 DRANE DRIVE DALLAS TX 75209 |
| FULTON, THOMAS | 924 STONERIDGE DRIVE, SUITE 1 BOZEMAN MT 59718 |
| FULTZ, THOMAS | 128 S HIDDENBROOKE DR ADVANCE NC 27006 |
| GALLATIN, RONALD | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| GALLEA, ANTHONY | 7575 PELICAN BAY GROUP # 1005 NAPLES FL 34108 |
| GALLEHER, RICHARD | 1641 HAZBETH LANE GLENDALE CA 91202 |
| GANZ, SUSAN | 3079 MIRO DRIVE SOUTH PALM BEACH GARDENS FL 33410 |
| GARBER, ALAN | 804 HOLLY LANE CEDAR GROVE NJ 07009 |
| GARD, RONALD | 3804 SLEEP LANE DALLAS TX 75229 |
| GARTLAND, JUDE | 2 MOUNT PLEASANT ROAD MORRISTOWN NJ 07960 |
| GARZARELLI, ELAINE | 534 HUDSON STREET, 4B NEW YORK NY 10014 |
| GELBAND, MICHAEL | 30 STEWART ROAD SHORT HILLS NJ 07078 |
| GENGLER, THOMAS | 18 WADSWORTH ROAD GLEN ROCK NJ 07452 |
| GENIRS, ROBERT | 400 WEST END AVENUE, 12C NEW YORK NY 10024 |
| GIOIELLA, HENRY | 15 LIGHTHOUSE WAY DARIEN CT 06820 |
| GLADSTONE, ALAN | 580 POLLY PARK ROAD HARRISON NY 10528 |
| GLASKY, JOEL | 1130 PARK AVENUE, #9-3 NEW YORK NY 10128 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GLISKER, GEORGE | 139 EUSTON ROAD GARDEN CITY NY 11530 |
| GOLD, JONATHAN | 1001 FRANKLIN AVENUE, SUITE 202 GARDEN CITY NY 11530 |
| GOLDMAN, CLIFFORD | 145 HIGHLAND AVENUE MONTCLAIR NJ 07042 |
| GOLDSCHMIDT, ELI | 1343 EAST 24TH STREET NEW YORK NY 11210 |
| GOODE, JOHN | 35 FALLEN LEAF TERRACE ORINDA CA 94563 |
| GOODSPEED, ROGER | 10 E 85TH STREET APT 8C NEW YORK NY 10028 |
| GOOGINS, GEORGE | 1909 CHILENO VALLEY ROAD PETALUMA CA 94952 |
| GOTT, STEPHEN | 425 OCEAN DRIVE WEST STAMFORD CT 06902 |
| GOTTMANN, HENRY | 208 HEATHER LANE RAMSEY NJ 07446-1035 |
| GRABER, JERROLD | 5921 BRIERHEDGE AVENUE MEMPHIS TN 38120 |
| GRAVES, JOHN | 13701 BAYLISS ROAD LOS ANGELES CA 90049 |
| GREEN, LAWRENCE | 111 EAST 65TH STREET NEW YORK NY 10065 |
| GREGORY, ROBERT | 27 PARTRIDGE LANE ESSEX CT 06426 |
| GUERNSEY, ALAN | 234 ABOTT PLACE TOWER LAKES IL 60010 |
| HADLEY, EDWIN | 23 TIMBER DRIVE CALDWELL NJ 07006-4405 |
| HAJIM, EDMUND | 600 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10020 |
| HAMENT, NANCY | 101 WEST 81ST STREET, # 709 NEW YORK NY 10024 |
| HANKS, THOMAS | 6435 GLEN OAKS LANE NE SANDY SPRINGS GA 30328 |
| HARCUM, JOSEPH | 102 SCHNAKENBERY ROAD EQUINUNK PA 18417 |
| HART, EDWARD | 514 N. ELLSWORTH STREET NAPERVILLE IL 60563 |
| HART, JAMES | 575 LEXINGTON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| HAYES, BRIAN | 1110 PEMBROKE JONES DRIVE WILMINGTON NC 28405 |
| HAYES, DENNIS LEE | 1 SMUGGLERS COVE LLOYD HARBOR NY 11743 |
| HERRMANN, JOHN | 1105 PARK AVENUE, 1C NEW YORK NY 10028 |
| HERSHBERG, DAVID | 20 FLINT AVENUE LARCHMONT NY 10538 |
| HERZER, CHARLES | 135 REMONTADO ROAD PO BOX 252 BOICEVILLE NY 12412 |
| HETZEL, CHARLES | 3330 MEADOWS DRIVE PARK CITY UT 84060 |
| HIGGINS, HARRISON | 81 HOLLY HILL LANE GREENWICH CT 06830 |
| HILL, J. TOMLINSON | 345 PARK AVENUE NEW YORK NY 10154 |
| HIMELRIGHT, LORING | 11516 W. ATLANTIC AVE. LAKEWOOD CO 80127 |
| HOFFMAN, ARNOLD | 415 L'AMBIANCE DRIVE, D-506 LONGBOAT KEY FL 34228 |
| HOFFMAN, KENNETH | 637 NORTH FOREST DRIVE TEANECK NJ 07666 |
| HOOPES, L. SCOTT | 2850 UNION STREET SAN FRANCISCO CA 94123 |
| HUBBARD, CHARLES | 2400 BUTTERNUT DRIVE HILLSBOROUGH CA 94010 |
| HYLDAHL, BRUCE | 44 DORCHESTER DRIVE BASKING RIDGE NJ 07920 |
| ILLGES, JOHN | 43 SPRING HARBOR CIRCLE COLUMBUS GA 30904 |
| ISLES, PHILIP | 955 LEXINGTON AVENUE NEW YORK NY 10021 |
| JACKSON, MICHAEL | 177 SABBADAY LANE WASHINGTON DEPOT CT 06784 |
| JACOBS, DAVID | 2 WESTON ROAD LINCOLN MA 01773 |
| JAMES, GRAEME | 44 WEST BROADWAY, APT 12068 SALT LAKE CITY UT 84101 |
| JEFFREY K. ANDERSON ESTATE | JANEY O. ANDERSON- PERSONAL REPRESENTATIVE C/O LUKINS & ANNIS ATTN: NEIL S. MCKAY 717 W. SPRAGUE AVE, SUITE 1600 SPOKANE WA 99201 |
| KAPLAN, ALICE | 1965 BROADWAY, APT 24E NEW YORK NY 10023 |
| KAPLAN, JACK | 344 SOUTH BURLINGAME AVENUE LOS ANGELES CA 90049 |
| KAROL, HERBERT | 23343 BLUE WATER CIRCLE, B-424 BOCA RATON FL 33433 |
| KATZ, EVAN | 150 J.F. KENNEDY PKWY., 4TH FLOOR SHORT HILLS NJ 07078 |
| KAUFMAN, JOEL | 34 BERKSHIRE ROAD WOODCLIFF LAKE NJ 07677 |
| KEARNS, WILLIAM | 310 SOUTH STREET MORRISTOWN NJ 07960 |
| KELLY, BRIAN | 25 KIPLING LANE SCOTCH PLAINS NJ 07076 |

| Claim Name | Address Information |
|---|---|
| KILGORE, JON | 2422 GLEN OAKS COURT ATLANTA GA 30345 |
| KIRBY, WILLIAM | 31 GRIST MILL ROAD CHICOPEE MA 01021 |
| KLONSKY, DANIEL | 34 FLAMINGO ROAD ROSLYN NY 11576 |
| KOENEN, KATHLEEN | 117 OSPREY POINT LANE JOHNS ISLAND SC 29455 |
| KOPP, BRADFORD | 43 CONGDON STREET PROVIDENCE RI 02906 |
| KOWSKI, GEORGE | P.O. BOX 68 39 WOODS ROAD YULAN NY 12792 |
| KOZELETZ, STEPHEN | 611 FIFTH AVENUE EAST NORTHPORT NY 11731 |
| KRA, HOWARD | C/O HENNIGAN BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| KRANTZ, ERIC | 3236 LAKE SHORE DRIVE LAKE GEORGE NY 12845 |
| KRUEGER, HARVEY | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| KUNIGK, PETER | PO BOX 462 BEDFORD HILLS NY 10507 |
| KURZROK, MORTON | C/O HENNIGAN BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| LAKEFIELD, BRUCE | 253 CHESHIRE WAY NAPLES FL 34110 |
| LANCASTER, ROBERT | 4209 MCFARLIN BOULEVARD DALLAS TX 90017 |
| LANDAU, ARNOLD | 29 MERRITT AVENUE MASSAPEQUA NY 11758 |
| LANDAU, ARNOLD | ARNOLD LANDAU C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| LANDGRAF, KARL | 33 AYRAULT STREET NEWPORT RI 02840 |
| LANE, JEFFREY | 791 PARK AVENUE NEW YORK NY 10021 |
| LAPCZYNSKI, ANTHONY | 5 TERRACE COURT WESTBURY NY 11568 |
| LATERMAN, BERNARD | 645 FIFTH AVENUE NEW YORK NY 10022 |
| LEETZOW, LEONARD | 5800 TIDEWOOD AVENUE SARASOTA FL 34231 |
| LEHMAN, JACK | 535 PARK AVENUE NEW YORK NY 10065 |
| LEHR, SETH | 1637 PAPER MILL ROAD JENKINTOWN PA 19046 |
| LENTZ, HENRY | 11809 LAKE HOUSE COURT NORTH PALM BEACH FL 33408 |
| LENZ, WILLIAM | 227 WEST MONROE, SUITE 3400 CHICAGO IL 60606 |
| LESSING, STEPHEN | 745 SEVENTH AVENUE, 6TH FLOOR NEW YORK NY 10019 |
| LESTER, RONALD | 205 EAST LINDEN AVENUE, 2ND FLOOR LINDEN NJ 07036 |
| LEVINSON, ANDREW | 950 PARK AVENUE NEW YORK NY 10028 |
| LEVY, JOHN | 895 PARK AVE., APT 3C NEW YORK NY 10075 |
| LEVY, ROBERT | 301 GREENS FARM ROAD WESTPORT CT 06880 |
| LEWIS, DOROTHY | 47 EAST 88TH STREET NEW YORK NY 10128 |
| LIBMAN, SPENCER | 659 BRIDGEWAY LANE NAPLES FL 34108 |
| LIND, ROBERT | 2596 GRASSY SPRING PLACE LAS VEGAS NV 89135 |
| LINDSTROM, WARD | 116 TIMBERLINE DRIVE LEMONT IL 60439 |
| LLOYD, MARCELLE | 19421 CROMWELL CT APT 102 FORT MYERS FL 33912 |
| LONGO, NICHOLAS | 1 VALERIE DRIVE GLEN HEAD NY 11545 |
| LORD, WILLIAM | PO BOX 22 YORK ME 03909 |
| LOVETT, NIGEL | 3535 GILLESPIE STREET, APT. 506 DALLAS TX 75219 |
| LUSARDI, ROBERT | 128 EAST 74TH STREET NEW YORK NY 10021 |
| MADDEN, MICHAEL | 23 BONNIE HEIGHTS MANHASSET NY 11030 |
| MAGUIRE, JAMES | 33 TILOU ROAD W SOUTH ORANGE NJ 07079 |
| MAHER, JOHN | C/O BESSEMER TRUST PAUL BARKUS 630 FIFTH AVENUE NEW YORK NY 10111 |
| MAHER, JOHN | 171 WEST LANE GUILFORD CT 06437 |
| MANLEY, JAMES | ONE PINE HILL CRANBURY NJ 08512 |
| MARANTZ, ALAN | 545 TOMPKINS AVE, 3RD FLOOR MAMARONECK NY 10543 |
| MARINO, BENEDICT | 155 FLYWAY DRIVE JOHNS ISLAND SC 29455 |
| MARINO, THOMAS | 135 CENTRAL PARK WEST, APT. 2SC NEW YORK NY 10023 |

| Claim Name | Address Information |
|---|---|
| MARKS, HERBERT | 115 WILLOW STREET, 4B NEW YORK NY 11021 |
| MARTINDALE, WIGHT | 1700 LAFAYETTE ROAD GLADWYNE PA 19035 |
| MARTINEZ, ROMAN IV | 555 PARK AVE NEW YORK NY 10065 |
| MARTOV, MARTIN | 4314 MARINA CITY DRIVE, UNIT 216 MARINA DEL REY CA 90292 |
| MAY, HAROLD | 26 VAN WAGONER DRIVE ENGLEWOOD CLIFFS NJ 07632 |
| MCCANN, JOHN | C/O HANNIGAN, BENNETT & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MCCLEARY, JOHN | 7703 RIDER HILL ROAD BALTIMORE MD 21204 |
| MCCORMICK, ROBERT | C/O HENNIGAN BENNETT & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90027 |
| MCDANIEL, ROGER | 221 HIGHBROOK AVENUE PELHAM NY 10803 |
| MCGLYNN, EDWARD | 20 EAGLE NEST ROAD MORRISTOWN NJ 07960 |
| MCGUINN, EDWIN | 10 COBB ISLAND DRIVE GREENWICH CT 06830 |
| MCHALE, EDWARD | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MCKEOWN, WILLIAM | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MCLENDON, HEATH | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MCPHERSON, WILLIAM | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MEHAFFEY, STANLEY | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MEJEAN, PAUL | C/O HENNIGAN BENNETT & DORMAN LLP 865 S FIGUEROA ASTEET, SUITE 2900 LOS ANGELES CA 90017 |
| MELNIK, RONALD | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MELZER, RICHARD | 165 LAKEWOOD AVENUE EAGLES MERE PA 17731 |
| MESSINGER, CRAIG | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MICKEL, FRANK | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MIKULICH, RAYMOND | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MILLARD, ROBERT | 9 EAST 88TH STREET NEW YORK NY 10128 |
| MILLER, JEROME | 13126 REDON DRIVE PALM BEACH GARDENS FL 33410 |
| MILLER, RONALD | 3880 VALLEY GREEN DRIVE MARIETTA GA 30068 |
| MILVERSTED, MICHAEL | 15 HAMPTON LANE STAMFORD CT 06903 |
| MINTER, ALAN | 122 OCEAN PARK BOULEVARD, APT. 412 SANTA MONICA CA 90405 |
| MONCRIEFFE, PEREGRINE | 4 AIGUE MARINE TERRACE, LAPOUQUELAYE ST. HELIER, JERSEY UK JE2 3GG UNITED KINGDOM |
| MONTALBANO, RICHARD | 1108 PARRILLA DE AVILA TAMPA FL 33613 |
| MORGIA, CATALDO | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MORTKOWITZ, HARRY | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MOSCHELLA, JOSEPH | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MUNRO, WILLIAM | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MURPHY, NEWELL | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |

| Claim Name | Address Information |
|---|---|
| MURRAY, PHILLIP | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| NASTRO, CHARLES | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| NAVRUDE, STANLEY | 241 AUGUSTA CIRCLE DAKOTA DUNES SD 57049 |
| NAVRUDE, STANLEY | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| NEIL, FRANK | 4230 VERSAILLES AVE DALLAS TX 75205 |
| NESTOR, THOMAS | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| NEWMARK, PAUL | C/O HENNIGAN, BENNETT & DURMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| ODERMATT, ROBERT | 624 LEIGH  DR WESTFIELD NJ 07090 |
| ORLINS, STEPHEN | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| OWENS, JOHNS | C/O HENNIGAN BENNETT & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| PALATNEK, ARNOLD | 13 MARIA ROAD WOODCLIFF LAKE NJ 07677 |
| PASSMAN, SEYMOUR | C/O HENNIGAN, BENNETT, & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| PAVLOFF, MICHAEL | C/O HENNIGAN. BENNETT & DORMAN LLP 854 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| PENROSE, JAMES | 21 E 87TH ST APT 8D NEW YORK NY 10128 |
| PETTIT, ANNE MARY | 27 SOUNDVIEW DRIVER HUNTINGTON NY 11743 |
| PHYFER, DANIEL | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| PLUMERI, JOSEPH | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| POGGI, IRENE | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| POLHEMUS, KENNETH | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| POLLACK, HOWARD | C/O HENNIGAN BENNETT & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| PONDT, DAVID | C/O HENNIGAN, BENNETT & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| PORTER, GRANT | C/O BARCLAYS 745 SEVENTH AVENUE, 25TH FLOOR NEW YORK NY 10019-6801 |
| PRAVATO, FRANK | C/O HENNIGAN, BENNETT & DROMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| PUCCIARELLI, JAMES | 3 STONY HILL RD. MORGANVILLE NJ 07751 |
| PULLING, THOMAS | 34 YELLOWCOTE ROAD OYSTER BAY NY 11771 |
| QUAST, LANI | C/O HANNIGAN, BENNETT & DORMAN LLP 865 S FIGUEROA STREET SUITE 2900 LOS ANGELES NY 90017 |
| RANEY, RICHARD | 13445 MARQUETTE AVE ELM GROVE WI 53122 |
| RAYMOND, EUGENE | C/O HANNIGAN, BENNETT & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| REEF, ALAN | 53 CREST DRIVE SOUTH ORANGE NJ 07079 |
| REITZEL, EDWARD | 36 NAVESINK AVE RUMSON NJ 07760 |
| RENEHAN, DANIEL | 34 VALLEY DRIVE HUNTINGTON NY 11743 |
| RENZI, FRANCES D. | A/B/A LOUIS RENZI 333 RECTOR PLACE #812 NEW YORK NY 10280 |
| RING, CARL | 511 RIDGEWOOD AVENUE GLEN RIDGE NJ 07028 |
| RITZ, NORMAN | C/O HENNIGAN, BENNETT, & DORMAN LLP 221 HEMPSTEAD ROAD SPRING VALLEY NY 10977 |

| Claim Name | Address Information |
|---|---|
| ROBINSON, ROBY | 400 DORRIS ROAD CRABAPPLE GA 30004 |
| ROBSON, THOMAS | 153 PARK AVE MANHASSET NY 11030 |
| ROOSEVELT, THEODORE, IV | C/O HENNIGAN, BENNETT, & DORMAN LLP 865 S FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| ROPER, JAMES | 21 BLACKPOINT HORESHOE RUMSON NJ 07760 |
| ROSEE, RICHARD | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| ROSENBERG, NANETTE | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| RYAN, THOMAS | 36 SHEPARDS PATH MARSHFIELD MA 02050 |
| RYAN, THOMAS | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| SACCO, GREGORY | 29 BELLEVUE AVE RUMSON NJ 07760 |
| SACCO, GREGORY | C/O HENNIGAN, BENNET & DORMAN LLP 865 S. FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| SACK, EDWARD | P.O. BOX 1098 MADISON CT 06443 |
| SAMRA, ALEXANDRA S. | E/O VICTOR SAMRA 25 CROWS NEST ROAD BRONXVILLE NY 10708 |
| SAVARESE, LAWRENCE JR. | 3800 NE 30TH AVE LIGHTHOUSE POINT FL 33064 |
| SCANLON, JOSEPH | 262 HARBOR ROAD STAMFORD CT 06902 |
| SCARAGGI, FRANK | 27 CORNELL WAY MONTCLAIR NJ 07043 |
| SCHAEFER, GARY | 2128 HIDDEN CREEK CT. LISLE IL 60532 |
| SCHIFFER, CRAIG | 40 BEEKMAN TERRACE SUMMIT NJ 07901 |
| SCHOENTHAL, DAVID | 1125 PARK AVE NEW YORK NY 10128 |
| SCHULSINGER, JEFFREY | 2 LIBERTY RD MARLBORO NJ 07746 |
| SCHWARZMAN, STEPHEN | C/O BLACKSTONE 345 PARK AVENUE, 44TH FLOOR NEW YORK NY 10154 |
| SEEGAL, FRED | 781 FIFTH AVE, APT 101 NEW YORK NY 10022 |
| SEIBELS, ROBERT | 3532 THOMAS AVE MONTGOMERY AL 36111 |
| SHAFIROFF, MARTIN | 635 PARK AVE NEW YORK NY 10065 |
| SHAFTEL, MEL | 211 CENTRAL PARK WEST 15G NEW YORK NY 10024 |
| SHAPIRO, ROBERT | 240 RIVERSIDE BLVD NEW YORK NY 10069 |
| SHEAN, ANNE | 1192 PARK AVE NEW YORK NY 10128 |
| SHEINBERG, GEORGE | 226 BD ST GERMAIN PARIS 75007 FRANCE |
| SHELTON, CHARLES | 3825 PACES WALK SE ATLANTA GA 30339 |
| SHEPARD, FRANK | ONE RIVER COURT APT 3107 JERSEY CITY NJ 07310 |
| SHERMAN, JOHN | 95 EVERGREEN AVE RYE NY 10580 |
| SHERMAN, MICHAEL | 868 NORTH STREET GREENWICH CT 06831 |
| SHORR, DAVID | 1035 PARK AVE NEW YORK NY 10028 |
| SHUTZER, WILLIAM | 520 E 86TH ST NEW YORK NY 10028 |
| SILVERBERG, DAVID | 4563 HAMILTON BLVD SIOUX CITY IA 51104 |
| SIMMONS, HARDWICK | 77 TODD ROAD KATONAH NY 10536 |
| SIMONETTI, PHILIP | 52 CLUB WAY RED BANK NJ 07701 |
| SIMONINI, JULIUS | 514 BISCAYNE DRIVE SAN RAFAEL CA 94108 |
| SINAI, ALLEN | 16 HOLMES ROAD LEXINGTON MA 02420 |
| SLIFER, STEPHEN | 75 DELAHOW ST CHARLESTON SC 29492 |
| SMITH, MICHAEL | 4412 DUNMORE RD MARIETTA GA 30068 |
| SMITH, RUSSELL | 15 SILVER LAKE DR SUMMIT NJ 07901 |
| SOBOTKA, DAVID | C/O HENNIGAN, BENNETT & DROMAN LLP 865 S FUGYERIA ST STE 2900 LOS ANGELES CA 90017 |
| SOLOMON, PETER | 810 FIFTH AVE NEW YORK NY 10021 |
| SPAR, WARREN | 20 FAIRFIELD DR SHORT HILLS NJ 07078 |

| Claim Name | Address Information |
| --- | --- |
| SPIEGEL, STEVEN | 204 WARREN ST BROOKLINE MA 02245 |
| SPRING, BURKE | 8 WINTERGREEN DRIVE WEST MELVILLE NY 11747 |
| STEIN, DAVID | 875 OARJ AVE NEW YORK NY 10075 |
| STERN, JAMES | 65 EAST 55TH STREET NEW YORK NY 10022 |
| STEVENSON, MARK | 96 BROOKSIDE DR GREENWICH CT 06831 |
| STONE, JERRY | 280 ISLAND CREEK ROAD VERO BEACH FL 32963 |
| STRONG, ROGER | 30 EAST 71ST ST APT 94 NEW YORK NY 10021 |
| STRUBLE, RAYMOND | 18 SE 19TH AVE FORT LAUDERDALE FL 33301 |
| TERRELL, STEVEN | 110 GREY FOX RUN CHAGRIN FALLS OH 44022 |
| TESCHE, ALLEN | C/O HENIGAN, BENNETT & DORMAN LLP 865 S FIGUEROA ST STE 2900 LOS ANGELES CA 90017 |
| TILLES, GLENN | 61 WEST SCHILLER STREET CHICAGO IL 60610 |
| TIRELLO, ED JR | 4 DEY FARM DRIVE WEST WINDSOR NJ 08550 |
| TOPOL, CLIFFORD | 92 MUCHMORE ROAD HARRISON NY 10528 |
| TROY, AUSTIN | 15 ROWAYTON AVE ROWAYTON CT 06853 |
| TUCKER, THOMAS | 303 BAY AVE HALESITE NY 11743 |
| URCIUOLI, CARMINE | 34 NORTHERN DRIVE SHORT HILLS NJ 07078 |
| VANDENBOSSCHE, PAMELA | 135 W. 10TH STREET, APT 9 NEW YORK NY 10014 |
| VIERING, DONALD | 830-13 A1A N. #247 PONTE VEDRA FL 32082 |
| VINCENT, RICHARD | 2229 AQUETONG ROAD NEW HOPE PA 18938 |
| VIRANY, STEVEN | 24 VANDERBILT DR LIVINGSTON NJ 07039 |
| VLACH, ROGER | 690 NW BROKEN ARROW ROAD BEND OR 97701 |
| VOELKER, EDWARD | 1216 HAWTHORNE COURT HINSDALE IL 60521 |
| VON STUTTERHEIM, KLAUS | 511 SIXTH AVE # 232 NEW YORK NY 10011 |
| WAIT, JARRETT | 1100 MADISON AVE 9C NEW YORK NY 10028 |
| WALLACE, GENE | 1700 PACIFIC AVE STE 2020 DALLAS TX 75201 |
| WALTHER, GARY | 269 LOCUST RD WINNETKA IL 60093 |
| WASHKOWITZ, ALAN | 10 GRACIE SQUARE NEW YORK NY 10028 |
| WEINBERG, RICHARD | 32 CARANETTA DR LAKEWOOD NJ 08701 |
| WEISS, EUGENE | C/O LAW OFFICES OF STEVEN M. WEISS, PA ATTN: STEVEN M. WEISS 11380 PROSPERITY FARMS ROAD PALM BEACH GARDENS FL 33410 |
| WELLS, WILLIAM | 29 ANDREW DR TIBURON CA 94920 |
| WEST, PATRICK | S. 1314 GRAND BLVD. SUITE 2, PMB #138 SPOKANE WA 99202 |
| WESTON, GERALD | 249 MEADOWBROOK RD. WYCKOFF NJ 07481 |
| WILLIAMS, PAUL | 21 HANCOCK LANE DARIEN CT 06820 |
| WILLIAMSON, JOHN | 5 KANES LANE HUNTINGTON NY 11743 |
| WILSON, JOHN | 24 HANSON RD DARIEN CT 06820 |
| WINCHESTER, DAVID | 47 LAKESIDE LANE KEY LARGO FL 33037 |
| WOLFF, WILLIAM | 1088 PARK AVE NEW YORK NY 10128 |
| WOLGEMUTH, KENT | 11 WEST 89TH ST NEW YORK NY 10024 |
| WOLITZER, STEVEN | 1185 PARK AVE 6A NEW YORK NY 10128 |
| WRIGHT, JEANNIE | 3851 ASHFORD TRAIL ATLANTA GA 30319 |
| WRIGHT, JOHN K | 9008 PORTSMOUTH COURT PONTE VEDRA BEACH FL 32082 |
| WYNN, BARRY | PO BOX 1724 SPARTANSBURG SC 29304 |
| YARKIN, ALLAN | 9401 COLLINS AVE APT 607 SURFSIDE FL 33154 |
| ZATULOVE, PAUL | 3139 E. MARSHALL AVE PHOENIX AZ 85016 |
| ZIPP, BRIAN | 131 EAST 92ND STREET NEW YORK NY 10128 |
| ZOOK, GEORGE | 84 RIVERSIDE DR APT 4 NEW YORK NY 10024 |

| **Claim Name** | **Address Information** |
| --- | --- |

| Total Creditor count  398 |
| --- |