**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x    Ref. Docket No. 39416

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 13, 2013, I caused to be served the "Notice Relating to Matters Scheduled for Claims Hearing on August 29, 2013 at 10:00 A.M.," dated August 13, 2013 [Docket No. 39416], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Pete Caris*
Sworn to before me this                                Pete Caris
14th day of August, 2013
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahandler@moundcotton.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

aquale@sidley.com

arahl@reedsmith.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com

dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com

emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com

icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com

jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com

kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com

mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com

mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com

pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

tim.desieno@bingham.com

timothy.brink@dlapiper.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tom.schorling@whitecase.com

tomwelsh@orrick.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@stutman.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

americanreply@gmail.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

Deborah Focht
1613 Ingram Ave.
Sarasota, FL  34232

Deborah Focht
530 E. Laurel Rd.
Nokomis, FL 34275

James E. Spiotto
Ann E. Acker
Franklin H. Top, Ill
Chapman and Cutler LLP
111 West Monroe St., 18th Fl.
Chicago, IL 60603

| Claim Name | Address Information |
|---|---|
| ARCH INSURANCE GROUP | ATTN: MICHAEL R. RODRIGUEZ, CPCU 300 PLAZA THREE, 3RD FLOOR JERSEY CITY NJ 07311 |
| CITI INTERNATIONAL FINANCIAL SERVICES, LLC | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITI INTERNATIONAL FINANCIAL SERVICES, LLC | ATTN: CESAR RODRIGUEZ SANTA MARINA 1 BUILDING, REXCO INDUSTRIAL PARK, STATE ROAD P.R. 165 GUAYNABO PR 00968 |
| CITIBANK (SWITZERLAND) AG | ATTN: BEAT CHRISTOFFEL 25 SEESTRASSE, P.O. BOX 3760 ZURICH CH-8021 SWITZERLAND |
| CITIBANK (SWITZERLAND) AG | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK SINGAPORE LIMITED | ATTENTION: ANDREW CHIA 23 CHURCH STREET, #07-01 CAPITAL SQUARE 049481 SINGAPORE |
| CITIBANK SINGAPORE LIMITED | ATTN: KH SUBRANANIAM 40A ORCHARD ROAD, 4TH FLOOR MACDONALD HOUSE, NRI BUSINESS CENTRE 238838 SINGAPORE |
| CITIBANK SINGAPORE LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTENTION: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK SINGAPORE LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019-6064 |
| CITIBANK SINGAPORE LTD. | TRANSFEROR: CITIBANK, N.A. UAE ATTN: K H SUBRAMANIAM 40A ORCHARD ROAD 4TH FLOOR MACDONALD HOUSE NRI BUSINESS CENTRE 238838 SINGAPORE |
| CITIBANK SINGAPORE LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIBANK, N.A. SINGAPORE BRANCH | ATTN: SAMEER DESPHANDE 3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE |
| CITIBANK, N.A. SINGAPORE BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019-6064 |
| CITIBANK, N.A. UAE | ATTN: AJAY KAPOOR P.O. BOX 749 DUBAI UNITED ARAB EMIRATES |
| CITIBANK, N.A. UAE | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIBANK, N.A., HONG KONG BRANCH | ATTN: SAMEER DESPHANDE 3 CHANGI BUSINESS PARK, CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE |
| CITIBANK, N.A., HONG KONG BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS, INC. | ATTN: EDWARD G. TURAN 388 GREENWICH ST NEW YORK NY 10013-2375 |
| CITIGROUP GLOBAL MARKETS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS, INC. | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS, INC. | C/O CITI PERSONAL WEALTH MANAGEMENT ATTN: BRIAN KLEIN 201 S. BISCAYNE BOULEVARD, 5TH FLOOR MIAMI FL 33131 |
| COUNTY OF SAN BERNARDINO | OFFICE OF THE TAX COLLECTOR 172 WEST THIRD STREET SAN BERNARDINO CA 92415 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CITIBANK, N.A., HONG KONG BRANCH ONE RAFFLES LINK UNITS 04-02 SINGAPORE 039393 SINGAPORE |
| DALLAS COUNTY | ELIZABETH WELLER, MICHAEL W. DEEDS, LAURIE SPINDLER HUFFMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: ANDREW B. ECKSTEIN C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: JAMES WHITE ONE PORT CENTER, 8TH FLOOR TWO RIVERSIDE DRIVE P.O BOX 1949 CAMDEN NJ 08101-1949 |
| FLESS, PETER | 3228 SOUTH BROAD ST TRENTON NJ 08619 |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA GA 30321 |
| HARRIS COUNTY, ET AL | JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX |

| Claim Name | Address Information |
|---|---|
| HARRIS COUNTY, ET AL | 77253-3064 |
| HEGEMON FUND I, LLC | C/O FARRELL FRITZ, P.C. ATTN: DARREN A. PASCARELLA 1320 RXR PLAZA UNIONDALE NY 11556 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110 LOS ANGELES CA 90054-0110 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HIGH COUNTRY ENGINEERING, INC. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110 LOS ANGELES CA 90054-0110 |
| MIAMI-DADE COUNTY TAX COLLECTOR | BANKRUPTCY UNIT 140 WEST FLAGLER STREET, SUITE 1403 MIAMI FL 33130 |
| NATIXIS | ATTN: THOMAS G. SHARPE 9 WEST 57TH STREET, 15TH FLOOR NEW YORK NY 10019 |
| NATIXIS | 1251 AVENUE OF THE AMERICAS LBBY 3 NEW YORK NY 10020-1104 |
| NG YING HUNG | FLAT B, 25/F BLOCK 3 GRAND PACIFIC VIEW SIU LAM TUEN MUN NEW TERRITORIES HONG KONG |
| PORTFOLIO GREEN GERMAN CMBS GMBH | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SAI KAI PANG / SU KUIEN PANG LIU | TRANSFEROR: CITIBANK, N.A., HONG KONG BRANCH ATTN: MR S K PANG 6TH FLOOR, FLAT B-1 EVERGREEN VILLA, 43 STUBBS ROAD HONG KONG |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | DAN MCALLISTER 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | BANKRUPTCY DESK SAN DIEGO COUNTY TREASURER - TAX COLLECTOR 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| STATE BOARD OF EQUALIZATION | SPECIAL PROCEDURES SECTION, MIC:55 PO BOX 942879 SACRAMENTO CA 94279-0055 |
| TRAVELERS INDEMNITY CO. & ITS AFFILIATES | TRAVELERS ATTN: OLGA GOLD ONE TOWER SQUARE, 5MN HARTFORD CT 06183 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-1 ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-1 ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WESTERNBANK PUERTO RICO | C/O WILLIAM M SILVERMAN & PETER FELDMAN OTTERBOURG STEINDLER HOUSTON & ROSEN 230 PARK AVENUE NEW YORK NY 10169 |

**Total Creditor count  48**