UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                                                   :     Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :     08-13555 (JMP)
                                                                        :
Debtors.                                                                :     (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x     Ref. Docket Nos. 39312 & 39313

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 9, 2013, I caused to be served the:

    i. "Joint Notice of Withdrawal of Claim and Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *relating to proof of claim number 29366 by Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda Limited Liabilty Segregated Accounts Exempted Mutual Fund Company*, dated August 8, 2013 [Docket No. 39312], and

    ii. "Joint Notice of Withdrawal of Claim and Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *relating to various proofs of claim by Institutional Benchmark Series (Master Feeder) Ltd., a Bermuda Segregated Account Company*, dated August 8, 2013 [Docket No. 39313],

    by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
13th day of August, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@willkie.com | barbra.parlin@hklaw.com |
| abeaumont@fklaw.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bkmail@prommis.com |
| adarwin@nixonpeabody.com | bmanne@tuckerlaw.com |
| adiamond@diamondmccarthy.com | bmiller@mofo.com |
| aeckstein@blankrome.com | boneill@kramerlevin.com |
| aentwistle@entwistle-law.com | brian.corey@greentreecreditsolutions.com |
| afriedman@irell.com | brosenblum@jonesday.com |
| agbanknewyork@ag.tn.gov | broy@rltlawfirm.com |
| aglenn@kasowitz.com | bruce.wright@sutherland.com |
| agold@herrick.com | bstrickland@wtplaw.com |
| agoldstein@tnsj-law.com | btrust@mayerbrown.com |
| ahandler@moundcotton.com | bturk@tishmanspeyer.com |
| aisenberg@saul.com | bwolfe@sheppardmullin.com |
| akantesaria@oppenheimerfunds.com | bzabarauskas@crowell.com |
| akolod@mosessinger.com | cahn@clm.com |
| alum@ftportfolios.com | calbert@reitlerlaw.com |
| amarder@msek.com | canelas@pursuitpartners.com |
| amartin@sheppardmullin.com | carol.weinerlevy@bingham.com |
| amcmullen@boultcummings.com | cbelisle@wfw.com |
| amenard@tishmanspeyer.com | cbelmonte@ssbb.com |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chad.husnick@kirkland.com |
| ann.reynaud@shell.com | chammerman@paulweiss.com |
| anthony_boccanfuso@aporter.com | charles@filardi-law.com |
| aoberry@bermanesq.com | charles_malloy@aporter.com |
| aostrow@beckerglynn.com | chipford@parkerpoe.com |
| aquale@sidley.com | chris.donoho@lovells.com |
| arahl@reedsmith.com | christopher.greco@kirkland.com |
| arainone@bracheichler.com | clarkb@sullcrom.com |
| arheaume@riemerlaw.com | clynch@reedsmith.com |
| arlbank@pbfcm.com | cmontgomery@salans.com |
| arosenblatt@chadbourne.com | cohen@sewkis.com |
| arthur.rosenberg@hklaw.com | cp@stevenslee.com |
| arwolf@wlrk.com | cpappas@dilworthlaw.com |
| aseuffert@lawpost-nyc.com | craig.barbarosh@pillsburylaw.com |
| ashmead@sewkis.com | craig.goldblatt@wilmerhale.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | csalomon@beckerglynn.com |
| austin.bankruptcy@publicans.com | cschreiber@winston.com |
| avenes@whitecase.com | cshore@whitecase.com |
| azylberberg@whitecase.com | cshulman@sheppardmullin.com |
| bankr@zuckerman.com | cszyfer@stroock.com |
| bankruptcy@goodwin.com | cwalsh@mayerbrown.com |
| bankruptcy@morrisoncohen.com | cward@polsinelli.com |
| bankruptcy@ntexas-attorneys.com | cweber@ebg-law.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cweiss@ingramllp.com | dwildes@stroock.com |
| dallas.bankruptcy@publicans.com | dworkman@bakerlaw.com |
| dave.davis@isgria.com | easmith@venable.com |
| david.bennett@tklaw.com | echang@steinlubin.com |
| david.heller@lw.com | ecohen@russell.com |
| david.powlen@btlaw.com | edward.flanders@pillsburylaw.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | eglas@mccarter.com |
| dbesikof@loeb.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | eleicht@whitecase.com |
| dcoffino@cov.com | ellen.halstead@cwt.com |
| dcrapo@gibbonslaw.com | emagnelli@bracheichler.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | enkaplan@kaplanlandau.com |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | epearlman@scottwoodcapital.com |
| deggert@freebornpeters.com | erin.mautner@bingham.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| dfelder@orrick.com | etillinghast@sheppardmullin.com |
| dflanigan@polsinelli.com | ezujkowski@emmetmarvin.com |
| dgrimes@reedsmith.com | ezweig@optonline.net |
| dhayes@mcguirewoods.com | fbp@ppgms.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| dhurst@coleschotz.com | fhyman@mayerbrown.com |
| diconzam@gtlaw.com | foont@foontlaw.com |
| djoseph@stradley.com | fritschj@sullcrom.com |
| dkessler@ktmc.com | fsosnick@shearman.com |
| dkleiner@velaw.com | fyates@sonnenschein.com |
| dkozusko@willkie.com | gabriel.delvirginia@verizon.net |
| dlemay@chadbourne.com | gbray@milbank.com |
| dlipke@vedderprice.com | george.south@dlapiper.com |
| dludman@brownconnery.com | ggitomer@mkbattorneys.com |
| dmcguire@winston.com | ggoodman@foley.com |
| dmurray@jenner.com | giddens@hugheshubbard.com |
| dneier@winston.com | gkaden@goulstonstorrs.com |
| dodonnell@milbank.com | glenn.siegel@dechert.com |
| dove.michelle@dorsey.com | gmoss@riemerlaw.com |
| dpegno@dpklaw.com | gravert@ravertpllc.com |
| draelson@fisherbrothers.com | gspilsbury@jsslaw.com |
| dravin@wolffsamson.com | harrisjm@michigan.gov |
| drosenzweig@fulbright.com | harveystrickon@paulhastings.com |
| drosner@goulstonstorrs.com | hbeltzer@mayerbrown.com |
| drosner@kasowitz.com | heim.steve@dorsey.com |
| dshaffer@wtplaw.com | heiser@chapman.com |
| dshemano@peitzmanweg.com | hmagaliff@r3mlaw.com |
| dspelfogel@foley.com | hollace.cohen@troutmansanders.com |
| dtatge@ebglaw.com | holsen@stroock.com |
| dtheising@harrisonmoberly.com | howard.hawkins@cwt.com |
| dwdykhouse@pbwt.com | hseife@chadbourne.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| hsnovikoff@wlrk.com | jhuggett@margolisedelstein.com |
| hsteel@brownrudnick.com | jim@atkinslawfirm.com |
| ian.roberts@bakerbotts.com | jjoyce@dresslerpeters.com |
| icatto@mwe.com | jjtancredi@daypitney.com |
| igoldstein@proskauer.com | jjureller@klestadt.com |
| ilevee@lowenstein.com | jlamar@maynardcooper.com |
| ira.greene@hoganlovells.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.heaney@lawdeb.com | jlscott@reedsmith.com |
| james.mcclammy@dpw.com | jmaddock@mcguirewoods.com |
| james.sprayregen@kirkland.com | jmakower@tnsj-law.com |
| jamestecce@quinnemanuel.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmelko@gardere.com |
| jason.jurgens@cwt.com | jmerva@fult.com |
| jay.hurst@oag.state.tx.us | jmmurphy@stradley.com |
| jay@kleinsolomon.com | jmr@msf-law.com |
| jbecker@wilmingtontrust.com | jnadritch@olshanlaw.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | jonathan.henes@kirkland.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jchubak@proskauer.com | joseph.serino@kirkland.com |
| jdoran@haslaw.com | joshua.dorchak@bingham.com |
| jdrucker@coleschotz.com | jowen769@yahoo.com |
| jdwarner@warnerandscheuerman.com | jowolf@law.nyc.gov |
| jdyas@halperinlaw.net | joy.mathias@dubaiic.com |
| jean-david.barnea@usdoj.gov | jpintarelli@mofo.com |
| jeanites@whiteandwilliams.com | jporter@entwistle-law.com |
| jeannette.boot@wilmerhale.com | jprol@lowenstein.com |
| jeff.wittig@coair.com | jrabinowitz@rltlawfirm.com |
| jeffery.black@bingham.com | jrsmith@hunton.com |
| jeffrey.sabin@bingham.com | jschiller@bsfllp.com |
| jeldredge@velaw.com | jschwartz@hahnhessen.com |
| jemma.mcpherson@cliffordchance.com | jsheerin@mcguirewoods.com |
| jen.premisler@cliffordchance.com | jshenwick@gmail.com |
| jennifer.demarco@cliffordchance.com | jsherman@bsfllp.com |
| jennifer.gore@shell.com | jshickich@riddellwilliams.com |
| jeremy.eiden@ag.state.mn.us | jsmairo@pbnlaw.com |
| jfalgowski@reedsmith.com | jstoll@mayerbrown.com |
| jflaxer@golenbock.com | jsullivan@mosessinger.com |
| jfreeberg@wfw.com | jtimko@shutts.com |
| jg5786@att.com | jtorf@schiffhardin.com |
| jgenovese@gjb-law.com | judy.morse@crowedunlevy.com |
| jguy@orrick.com | jvail@ssrl.com |
| jherzog@gklaw.com | jwallack@goulstonstorrs.com |
| jhiggins@fdlaw.com | jwcohen@daypitney.com |
| jhorgan@phxa.com | jweiss@gibsondunn.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mkjaer@winston.com | peter@bankrupt.com |
| mlahaie@akingump.com | pfeldman@oshr.com |
| mlandman@lcbf.com | phayden@mcguirewoods.com |
| mlichtenstein@crowell.com | philip.wells@ropesgray.com |
| mlynch2@travelers.com | pmaxcy@sonnenschein.com |
| mmooney@deilylawfirm.com | ppascuzzi@ffwplaw.com |
| mmorreale@us.mufg.jp | ppatterson@stradley.com |
| mneier@ibolaw.com | psp@njlawfirm.com |
| monica.lawless@brookfieldproperties.com | ptrain-gutierrez@kaplanlandau.com |
| mpage@kelleydrye.com | ptrostle@jenner.com |
| mparry@mosessinger.com | r.stahl@stahlzelloe.com |
| mpomerantz@julienandschlesinger.com | raj.madan@bingham.com |
| mprimoff@kayescholer.com | ramona.neal@hp.com |
| mpucillo@bermanesq.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbernard@foley.com |
| mrothchild@mofo.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| msegarra@mayerbrown.com | rflanagan@flanassoc.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.fingard@newedge.com |
| mwarren@mtb.com | richard.lear@hklaw.com |
| nathan.spatz@pillsburylaw.com | richard.levy@lw.com |
| nbojar@fklaw.com | richard.tisdale@friedfrank.com |
| ncoco@mwe.com | richard@rwmaplc.com |
| neal.mann@oag.state.ny.us | rick.murphy@sutherland.com |
| ned.schodek@shearman.com | rjones@boultcummings.com |
| neilberger@teamtogut.com | rleek@hodgsonruss.com |
| newyork@sec.gov | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.bailey@bnymellon.com |
| notice@bkcylaw.com | robert.dombroff@bingham.com |
| oipress@travelers.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robin.keller@lovells.com |
| paul.turner@sutherland.com | roger@rnagioff.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbosswick@ssbb.com | ross.martin@ropesgray.com |
| pdublin@akingump.com | rrainer@wmd-law.com |
| peisenberg@lockelord.com | rreid@sheppardmullin.com |
| peter.blasone@klgates.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| rwasserman@cftc.gov | steele@lowenstein.com |
| rwyron@orrick.com | stephen.cowan@dlapiper.com |
| s.minehan@aozorabank.co.jp | steve.ginther@dor.mo.gov |
| sabin.willett@bingham.com | steven.troyer@commerzbank.com |
| sabramowitz@velaw.com | steven.usdin@flastergreenberg.com |
| sabvanrooy@hotmail.com | steven.wilamowsky@bingham.com |
| sally.henry@skadden.com | steven@blbglaw.com |
| samuel.cavior@pillsburylaw.com | streusand@streusandlandon.com |
| sandyscafaria@eaton.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | sweyl@haslaw.com |
| schannej@pepperlaw.com | swolowitz@mayerbrown.com |
| schepis@pursuitpartners.com | szuch@wiggin.com |
| schnabel.eric@dorsey.com | tannweiler@greerherz.com |
| schristianson@buchalter.com | tbrock@ssbb.com |
| schwartzmatthew@sullcrom.com | tdewey@dpklaw.com |
| scott.golden@hoganlovells.com | tduffy@andersonkill.com |
| scottj@sullcrom.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | tim.desieno@bingham.com |
| seba.kurian@invesco.com | timothy.brink@dlapiper.com |
| sehlers@armstrongteasdale.com | tjfreedman@pbnlaw.com |
| seichel@crowell.com | tkiriakos@mayerbrown.com |
| sfelderstein@ffwplaw.com | tlauria@whitecase.com |
| sfineman@lchb.com | tmacwright@whitecase.com |
| sfox@mcguirewoods.com | tmarrion@haslaw.com |
| sgordon@cahill.com | tnixon@gklaw.com |
| sgubner@ebg-law.com | toby.r.rosenberg@irscounsel.treas.gov |
| shannon.nagle@friedfrank.com | tom.schorling@whitecase.com |
| sharbeck@sipc.org | tomwelsh@orrick.com |
| shari.leventhal@ny.frb.org | tslome@msek.com |
| shgross5@yahoo.com | ttracy@crockerkuno.com |
| sidorsky@butzel.com | tunrad@burnslev.com |
| sleo@bm.net | twheeler@lowenstein.com |
| slerman@ebglaw.com | villa@streusandlandon.com |
| slerner@ssd.com | vmilione@nixonpeabody.com |
| slevine@brownrudnick.com | vrubinstein@loeb.com |
| sloden@diamondmccarthy.com | walter.stuart@freshfields.com |
| smayerson@ssd.com | wanda.goodloe@cbre.com |
| smillman@stroock.com | wballaine@lcbf.com |
| smulligan@bsblawyers.com | wbenzija@halperinlaw.net |
| snewman@katskykorins.com | wchen@tnsj-law.com |
| sory@fdlaw.com | wcurchack@loeb.com |
| spiotto@chapman.com | wdase@fzwz.com |
| squsba@stblaw.com | wfoster@milbank.com |
| sree@lcbf.com | will.sugden@alston.com |
| sschultz@akingump.com | wiltenburg@hugheshubbard.com |
| sselbst@herrick.com | wisotska@pepperlaw.com |
| sshimshak@paulweiss.com | wk@pwlawyers.com |
| sskelly@teamtogut.com | wmaher@wmd-law.com |
| sstarr@starrandstarr.com | wmarcari@ebglaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574