**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:   (203) 752-5000
Facsimile:   (203) 752-5001

| | |
|---|---|
| **Hearing Date:** | **September 18, 2013** |
| **Hearing Time:** | **10:00 A.M.** |

– and –

7 Times Square
New York, NY  10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING**
**ON FIDELITY NATIONAL TITLE INSURANCE COMPANY'S**
**MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS**
**OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD**
**BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.**
<u>**PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**</u>

**PLEASE TAKE NOTICE** that the hearing on the relief requested in Fidelity National

Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance

Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial

Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code [Docket No.

11513] (the "Motion to Compel"), which is scheduled for August 21, 2013, at 10:00 a.m.

(prevailing Eastern Time), <u>**has been adjourned to September 18, 2013 at 10:00 a.m. (prevailing**</u>

<u>**Eastern Time)**</u>, or as soon thereafter as counsel may be heard.  The hearing on the relief requested

in the Motion to Compel will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such hearing on the Motion to Compel may be further adjourned from time

to time without further notice other than an announcement at the hearing.

Dated at New Haven, Connecticut, this 15th day of August, 2013.

FIDELITY   NATIONAL   TITLE   INSURANCE
COMPANY


By:      */s/ Joshua W. Cohen*_____
         Joshua W. Cohen (JC-2978)
         James J. Tancredi (JT-3269)
         DAY PITNEY LLP
         One Audubon Street
         New Haven, CT 06511-6433
         Tel:    (203) 752-5008
         Fax:    (203) 752-5001
         E-mail: jwcohen@daypitney.com

43981613.1