UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :
                    Debtors.                                       :   (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Cahill Enterprises Inc.<br>Morgan Trust Copmany of the Bahamas Limited<br>Charlotte & Shirley Streets<br>Nassau, Bahamas |
| Claim Number (if known): | 21788 |
| Date Claim Filed: | October 12, 2009 |
| Total Amount of Claim Filed: | $349,136 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signature] | Title:<br>Directors |
|---|---|
| Printed Name:<br>Barraterre Limited    Tarpumbay Limited | Dated:<br>August 14, 2013 |

US_ACTIVE:\44096563\1\58399.0011