UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-----------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Westcott Limited<br>JP Morgan Trust Company of the Bahamas Ltd.<br>Attn: Cameron A. Carey<br>Bahamas Financial Center, 2nd Floor<br>Shirley & Charlotte Streets, P.O. Box N-4899<br>Nassau, Bahamas |
| Claim Number (if known): | 27610 |
| Date Claim Filed: | October 16, 2009 |
| Total Amount of Claim Filed: | $35,565 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title:<br>Directors |
|---|---|
| Printed Name:<br>Baraterre Limited        Tarpumbay Limited | Dated:<br>August 14, 2013 |