UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Timothy Don Reuben, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Retirement Housing Foundation and its related entities, a creditor in the above-referenced cases.

*I certify that I am a member in good standing* of the bar in the State of California, the bars of the United States District Court for the Northern, Eastern, Southern, and Central Districts of California, the bar of the United States Court of Appeals for the Ninth Circuit, and the bar of the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 14, 2013
Los Angeles, California

Timothy Don Reuben

Mailing Address:
Reuben Raucher & Blum PC
10940 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024
E-mail: treuben@rrbattorneys.com
Telephone: (310) 777-1990