UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Timothy Don Reuben, to be admitted, *pro hac vice*, to represent Retirement Housing Foundation and its related entities ("RHF"), a creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, the bars of the United States District Court for the Northern, Eastern, Southern, and Central Districts of California, the bar of the United States Court of Appeals for the Ninth Circuit, and the bar of the United States Supreme Court, it is hereby

**ORDERED**, that Timothy Don Reuben, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent RHF, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August ____, 2013
       New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE