Adjourned Hearing Date: September 18, 2013 at 10:00 a.m.

Jeff J. Friedman
Kevin M. Baum
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for RBC Dominion Securities Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
                                                                         :
In re:                                                                   :   Chapter 11
                                                                         :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                                  :   Case No. 08-13555 (JMP)
                                                                         :
                           Debtor.                                       :   (Jointly Administered)
                                                                         :
------------------------------------------------------------------------ x

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF RBC DOMINION SECURITIES INC. TO COMPEL LEHMAN BROTHERS HOLDINGS, INC. TO REISSUE CHECKS FOR ALLOWED CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Motion of RBC Dominion Securities Inc. ("RBC") to Compel Lehman Brothers Holdings Inc. to Reissue Checks for Allowed Claim [Docket No. 39062] (the "Motion"), which is scheduled for August 21, 2013 at 10:00 a.m., **has been adjourned to September 18, 2013 at 10:00 a.m. (EDT)**, or as soon thereafter as counsel can be heard. The hearing on the Motion will be held before the Honorable James M. Peck,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 in Courtroom 601, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: New York, New York
      August 15, 2013

                KATTEN MUCHIN ROSENMAN LLP
                *Attorneys for RBC Dominion Securities Inc.*

                By: */s/ Jeff J. Friedman*
                     Jeff J. Friedman
                575 Madison Avenue
                New York, New York 10022-2585
                Telephone: (212) 940-8800
                Facsimile: (212) 940-8776