## CERTIFICATE OF SERVICE

   I, Scott A. Lewis, an attorney, hereby certify that on the 15th day of August 2013, I caused a true and correct copy of the **Objection of U.S. Bank National Association, as Trustee, to Motion of Lehman Brothers Holdings Inc. Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures Solely on Behalf of Canyon Value Realization Fund LP With Respect to the Exum Ridge CBO 2007-1 Settlement Agreement**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>United States Bankruptcy Court for the<br> Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Tracy Hope Davis, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>Office of the United States Trustee<br> for Region 2<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 |
| David S. Cohen, Esq.<br>MILBANK, TWEED, HADLEY AND MCCLOY LLP<br>1850 K Street NW<br>Suite 1100<br>Washington, DC  20006 | Jacqueline Marcus, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Christopher J. Cox, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | |

            By _____/s/ Scott A. Lewis_____
                Scott A. Lewis

3443347.01.03.doc