UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Marclaus Corp.<br>Broad Street, 80<br>Monrovia, County of Montserrado<br>Liberia |
| Claim Number (if known): | 13801 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $929 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: Y. Müller | Title: Director |
|---|---|
| Printed Name: MARCLAUS CORP. | Dated: 16. AUG. 2013 |

US_ACTIVE:\44096563\1\58399.0011