UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :
             Debtors.                             :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Merrill Lynch Credit Products, LLC<br>c/o Bank of America Merrill Lynch<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, New York 10036 |
| Claim Number: | 12891 |
| Date Claim Filed: | September 15, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% of amount owned by Merrill Lynch Credit Products, LLC ($2,999,822.63) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title:<br>Managing Director |
|---|---|
| Printed Name:<br>Ron Torok | Dated:<br>August 16, 2013 |

100005690