EXHIBIT A-2

# FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

**Form 210A (10/06)**

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC,   Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank PLC | GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC |
| Name of Transferee | Name of Transferor |

Court Claim # (if known):    0000020794

Amount of Claim:    $439,069.00

Date Claim Filed:    09/21/2009

Name and Address where notices to transferee should be sent:

Contact:    Aileen Montana
Institution Name:    Barclays
Street Address:    1301 Avenue of the Americas
City, State, Zip Code: New York, NY 10166
Phone Number:    212 412 3923
E-Mail Address:    distressedclosers@barclays.com

With Copy to:

Contact:    Anthony Vitiello and Dan Miranda
Institution Name:    Barclays
Street Address:    745 Seventh Avenue
City, State, Zip Code: New York, N.Y. 10019
Phone Number:    (212) 412-2865
Email Address:    anthony.vitiello@barclays.com

-4-

17328670v1

daniel.miranda@barclays.com

Phone:  
Last Four Digits of Acct #:

Phone:  
Last Four Digits of Acct. #:

Name and Address where transferee payments  
should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:

Bank accounts details of Transferee

U.S. Dollars  
Bank Name:                 Barclays Bank PLC  
Address (City, State):     1301 Ave of the Americas, 8th Fl  
                           New York, N.Y. 10019  
ABA#:                      026 002 574  
Account Name:              Clad Control Account  
Account Number:            050-019104

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: : ____/s/ Aileen Montana____  
Transferee/Transferee's Agent

Date: August 16, 2013

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to *5* years, or both. 18 U.S C. §1152 & 3571.

| Authorized Signatory |
|---|
| Aileen Montana |
| Vice President |

-5-

17328670v1

## EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **Barclays Bank PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 0000020794) (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the  8th  day of August, 2013.

| SELLER: | BUYER: |
|---|---|
| **GOLDMAN SACHS ASSET MANAGEMENT LP acting as authorised agent of GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC, a Delaware limited liability company and not in its individual capacity by** | Barclays Bank PLC |
| *(signature)* | *(signature)* |
| Name: Rich Vanecek<br>Title: Managing Director | Name:<br>Title: Authorized Signatory<br>Aileen Montana<br>Vice President |

-6-

17328670v1