UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
           Debtors.                             :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Merrill Lynch Credit Products, LLC c/o Bank of America Merrill Lynch Bank of America Tower – 3rd Floor One Bryant Park New York, New York 10036 |
| Claim Number: | 10411 |
| Date Claim Filed: | September 4, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% of amount owned by Merrill Lynch Credit Products, LLC ($111,901,960.00) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Managing Director |
|---|---|
| Printed Name: Ron Torok | Dated: August 16, 2013 |

100005683