UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :
                                Debtors.                   :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Case No. 08-13555 (JMP) |
| Creditor Name and Address: | Merrill Lynch Credit Products, LLC c/o Bank of America Merrill Lynch Bank of America Tower – 3rd Floor One Bryant Park New York, New York 10036 |
| Claim Number: | 12382 |
| Date Claim Filed: | September 14, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% of amount owned by Merrill Lynch Credit Products, LLC ($9,666,822.06) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Managing Director |
| Printed Name: Ron Torok | Dated: August 16, 2013 |

100005687