B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                   (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>RWNIH-HAM LLC</u>                          <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):  <u>66139</u>
should be sent:                                  Amount of Claim Transferred:  <u>$4,002,083.33</u>
                                                 Date Claim Filed:  <u>09/16/2009</u>
RWNIH-HAM LLC                                     Debtor:  <u>Lehman Brothers Holdings Inc.</u>
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York 10022
Attention:  Matt Seltzer

790537v.2 3091/00339                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RWNIH-HAM LLC
By: Halcyon Asset Management LLC, Its Investment Manager

By: _____    Date: _____ **JUN 2 8 2013** _____
　　　Transferee/Transferee's Agent
　　　　David Martino
　　　　Controller

By: _____    Date: _____ **JUN 2 8 2013** _____
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
　　　Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RWNIH-HAM LLC
By:  Halcyon Asset Management LLC, Its Investment Manager


By: _____
        Transferee/Transferee's Agent

Date: _____


By: _____
        Transferee/Transferee's Agent

Date: _____


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
        Transferor/Transferor's Agent

Date: _6/28/2013_____


790537v.2 3091/00339          16