

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA



Zürich, 05. August 2013

**RE: Notice of transfer from Julius Baer & Co. AG (the "Transferor") to NPB Neue Privat Bank AG, Zuerich, on behalf of its client/s (the "Transferee") of Lehman Brothers Securities NV – ISIN XXXXXX and the claim n.XXXX attached thereto (the "Claim")**

Dear Sirs

Reference is made to the transfer of the above mentioned Securities and the Claim attached thereto (the "Transfer") to our bank as nominee on behalf of its client/s.
In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:
1) Form 210/A, signed by our bank as Transferee on behalf of its client/s;
2) Form "Evidence of Transfer of Claim", signed by UBS AG as Transferor, as a proof that UBS AG has transferred a registered claim to NPB Neue Privat Bank AG on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, we would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: brenggli@npb-bank.ch
Thank you very much in advance for your kind help and attention.

Yours sincerely

Bernhard Renggli          Peter Gasser

Neue Privat Bank AG
Limmatquai 1 | am Bellevue
Postfach
CH-8022 Zürich

Telefon +41 44 265 11 88
Fax +41 44 265 11 89

info@npb-bank.ch
www.npb-bank.ch

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehmann Brothers Holdings Inc.            ,            Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NPB Neue Privat Bank AG, Zürich | Bank Julius Baer, Zürich |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 NPB Neue Privat Bank AG
 P.O. Box, Limmatquai 1, CH-8022 Zürich

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: +41 44 265 11 82
Last Four Digits of Acct #: ____1333____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Bernhard Renggli   /Peter Gasser          Date: 07/22/2013
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Neue Privat Bank AG**, Limmatquai 1, P.O. Box, 8022 Zurich, Switzerland ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in the **nominal amount of USD 300'000.-** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5 August 2013.

**Bank Julius Baer & Co. Ltd.**

_(signature)_  _(signature)_

Patrik Roos        Fabian Burckhardt
Executive Director  Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0186883798 | 58786 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 300'000.- |



