Peter Feldman
John Bougiamas
OTTERBOURG, STEINDLER, HOUSTON
 & ROSEN, P.C.
230 Park Avenue
New York, New York 10169
Telephone:  (212) 661-9100

Attorneys for the Federal Deposit Insurance Corporation
as Receiver of Westernbank Puerto Rico

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Chapter 11

In re:

:    Case No. 08-13555 (JMP)(SIPA)

LEHMAN BROTHERS HOLDINGS, INC., et al.

:    (Jointly Administered)

Debtor.

------------------------------------------------------------------------X

**CERTIFICATE  OF SERVICE**

The undersigned hereby certifies that on August 15, 2013, the Response of the Federal Deposit Insurance Corporation as Receiver for Westernbank Puerto Rico to Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivative Claims) [ECF No. 39461] was served by United States First Class Mail, postage prepaid, by email, and by hand as indicated upon:

**BY EMAIL AND MAIL**

| | |
|---|---|
| Dennis Dunne | Robert J. Lemons |
| Milbank Tweed Hadley & McCloy LLP | Lee J. Goldberg |
| 1 Chase Manhattan Plaza | Weil, Gotshal & Manges LLP |
| New York, NY  10005 | 767 Fifth Avenue |
| ddunne@Milbank.com | New York, NY  10153 |
| | robert.lemons@weil.gom |
| | lee.goldberg@weil.com |

3135600.1

**BY HAND**

Office of The United States Trustee
U.S. Federal Office Building
Tracy Hope Davis
Elisabetta G. Gasparini
Andrea B. Schwartz
201 Varick Street, Suite 1006
New York, NY 10014

Dated: New York, New York
August 16, 2012

By: /s/John Bougiamas
John Bougiamas

3135600.1                    2