WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph Miller
Teresa C. Brady

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                         :       Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :       08-13555 (JMP)
:
Debtors.                     :       (Jointly Administered)
:
:
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF CLAIMS OBJECTIONS HEARING WITH RESPECT TO CLAIM NOS. 21730 AND 21741

**PLEASE TAKE NOTICE** that the hearing on the Objection to Claim Nos. 21730 and 21741 [ECF. 18405] that was scheduled for August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to a date to be determined**.

Dated:  August 16, 2013
         New York, New York

/s/ Ralph Miller
Ralph Miller
Teresa C. Brady
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

US_ACTIVE:\44296494\3\58399.0011