WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                                  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,               :  **08-13555 (JMP)**
:
Debtors.                                      :  (Jointly Administered)
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE FOUR**
**HUNDRED TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(INSUFFICIENT DOCUMENTATION CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 38951] that was scheduled for August 28, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated: August 16, 2013
       New York, New York

                                      /s/ Robert J. Lemons
                                      Robert J. Lemons

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone:  (212) 310-8000
                                      Facsimile:   (212) 310-8007

                                      Attorneys for Lehman Brothers Holdings Inc.
                                      and Certain of Its Affiliates

US_ACTIVE:\44314621\1\58399.0008

## Exhibit A

### Adjourned Claim:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| TRAVELERS INDEMNITY CO. & ITS AFFILIATES | 32495 |