UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :   Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                             :   Case No. 08-13555(JMP)
                                                                    :
                            Debtor.                                 :   (Jointly Administered)
                                                                    :
------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss:
COUNTY OF NEW YORK         )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

On August 15, 2013, I caused a copy of the following document in the above captioned matter to be served upon the parties listed on Exhibit A via Federal Express Overnight Mail.

- **NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF RBC DOMINION SECURITIES INC. TO COMPEL LEHMAN BROTHERS HOLDINGS, INC. TO REISSUE CHECKS FOR ALLOWED CLAIM**

_____
Marie A. Siena

Sworn to before me this
16th day of August, 2013

_____
Notary Public
AMY L. MYJER
Notary Public, State of New York
No. 01MY4887907
Qualified in Queens County
Commission Expires March 23, 2015

100006319

## EXHIBIT A

### Service List

Paul Schwartzberg, Esq.
Office of the U.S. Trustee
201 Varick Street, Unit 1006
New York, NY 10014

Dennis Dune, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Garrett Fail, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Lori Fife, Esq.
Shai Waisman, Esq.
Richard Krasnow, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

100006319