UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,:    08-13555 (JMP)
                                                                   :
                              Debtors.                             :    (Jointly Administered)
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

PLEASE TAKE NOTICE that, through its undersigned counsel, Goldman Sachs International hereby withdraws the following proofs of claim filed against Lehman Brothers Holdings Inc.:

| Claim Number | Date Claim Filed | Percentage and Total amount of Claim Withdrawn |
|---|---|---|
| 26674 | September 22, 2009 | 100% or $5,851,027.56 |
| 26675 | September 22, 2009 | 100% or $2,156,616.70 |
| 26676 | September 22, 2009 | 100% or $2,429,020.00 |
| 58796 | October 30, 2009 | 100% or $1,701,480.00 |
| 66854 | June 16, 2010 | 100% or $34,469,444.00 |

Respectfully submitted this 16th day of August 2013.

RICHARDS KIBBE & ORBE LLP

By:  /s/ Joon P. Hong
       Joon P. Hong

One World Financial Center
New York, New York  10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Goldman Sachs International*