UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                              :      Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :      08-13555 (JMP)
                                                   :
                         Debtors.                  :      (Jointly Administered)

-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 17437 |
| Date Claim Filed: | September 18, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $1,500,863.98 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
                                         :
                        Debtors.         :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 17515 |
| Date Claim Filed: | September 18, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $3,059,443.13 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 20807 |
| Date Claim Filed: | September 21, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $769,278.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.,* :    08-13555 (JMP)
                                         :
                       Debtors.          :    (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 22212 |
| Date Claim Filed: | September 21, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $3,886,448.52 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :
                              Debtors.         :        (Jointly Administered)
-----------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 23498 |
| Date Claim Filed: | September 21, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $1,324,722.21 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
**Authorized Signatory**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                              Debtors.        :    (Jointly Administered)

----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & Co. Attn. Michelle Latzoni 30 Hudson Street, 5th Floor Jersey City, NJ 07302 |
| Claim Number: | 26087 |
| Date Claim Filed: | September 21, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $623,599.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & Co. Attn. Michelle Latzoni 30 Hudson Street, 5th Floor Jersey City, NJ 07302 |
| Claim Number: | 26088 |
| Date Claim Filed: | September 21, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $1,561,956.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                          Debtors.                 :        (Jointly Administered)
                                                   :

------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 30675 |
| Date Claim Filed: | September 22, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $940,757.92 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
                              Debtors.                 :    (Jointly Administered)

-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & Co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 United States Contact: Michelle Latzoni |
| Claim Number: | 31511 |
| Date Claim Filed: | September 22, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $888,803.41 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                            Debtors.               :    (Jointly Administered)

--------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & Co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 United States Contact: Michelle Latzoni |
| Claim Number: | 31512 |
| Date Claim Filed: | September 22, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $21,331,470.70 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |
| Nancy Y. Kwok Authorized Signatory | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.,<br>Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC<br>c/o Goldman Sachs & co.<br>30 Hudson Street, 5th Floor<br>Jersey City, NJ 07302<br>Contact: Michelle Latzoni |
| Claim Number: | 32802 |
| Date Claim Filed: | September 22, 2009 |
| Percentage and Total Amount of<br>Claim Withdrawn: | 100% or $2,209,923.03 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name:<br>Nancy Y. Kwok<br>Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                             :     Chapter 11 Case No.

                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :    08-13555 (JMP)

                                  :

               Debtors.         :    (Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 32803 |
| Date Claim Filed: | September 22, 2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $2,884,620.92 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 66143 |
| Date Claim Filed: | January 21, 2010 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $776,154.03 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |
| Nancy Y. Kwok Authorized Signatory | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                          :        **Chapter 11 Case No.**
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :        **08-13555 (JMP)**
                                               :
                          Debtors.             :        (Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67377 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $ 9,964,642.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67378 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $410,460.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                        :        Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :        08-13555 (JMP)
                                                             :
                                    Debtors.                 :        (Jointly Administered)

---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67379 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $ 136,429,402.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
~~~ed Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                        :
                             Debtors.                   :    (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67380 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $2,220,487.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :
                           Debtors.            :        (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67381 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $8,131,221.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: | Dated: |
| Nancy Y. Kwok Authorized Signatory | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                              Debtors.             :        (Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67382 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $7,246,495.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                              Debtors.             :    (Jointly Administered)

---------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67383 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $20,617,922.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67384 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $9,541,409.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                        :    Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                             :
              Debtors.                       :    (Jointly Administered)
----------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67385 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $ 30,622,871.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                                  Debtors.         :    (Jointly Administered)
-------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67386 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $745,995.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name:  Nancy Y. Kwok  **Authorized Signatory** | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                                  Debtors.               :    (Jointly Administered)

------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67387 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $3,641.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67388 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $109,836.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                              Debtors.         :    (Jointly Administered)

-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67389 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $102,771.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                           :
                          Debtors.         :    (Jointly Administered)
--------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67390 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $12,427.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.,* :    08-13555 (JMP)
                                         :
                    Debtors.             :    (Jointly Administered)
-------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67391 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $120,942.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re                                                                    :        Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                                         :
                                    Debtors.                        :        (Jointly Administered)

-----------------------------------------------------------------X

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67392 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $47,696.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67393 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $350,652.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                            :        Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :        08-13555 (JMP)
                                                 :
                      Debtors.                   :        (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67394 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $17,935.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                    :     Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                         :
                        Debtors.                 :     (Jointly Administered)

------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67395 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $130,624.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :
                              Debtors.         :        (Jointly Administered)
-------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67396 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $306,868.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67397 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $39,655.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :   08-13555 (JMP)
                                               :
                           Debtors.            :   (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67398 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $52,481.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                         :        Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :        08-13555 (JMP)
                                              :
                        Debtors.              :        (Jointly Administered)

------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, $5^{th}$ Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67399 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $34,426.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                    :      Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                                         :
                          Debtors.       :      (Jointly Administered)
-----------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67400 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $46,288.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                        :        Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :        08-13555 (JMP)
                                             :
                           Debtors.          :        (Jointly Administered)
-------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67401 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $34,169.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                              :    Chapter 11 Case No.
                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                   :
                    Debtors.       :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67402 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $12,561.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., <br> Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC <br> c/o Goldman Sachs & co. <br> 30 Hudson Street, 5th Floor <br> Jersey City, NJ 07302 <br> Contact: Michelle Latzoni |
| Claim Number: | 67403 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $5,442.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
|---|---|
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67404 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $42,274.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67405 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $51,164.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |
| Nancy Y. Kwok Authorized Signator | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                        Debtors.                   :        (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67406 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $6,426.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                              Debtors.             :        (Jointly Administered)

-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67407 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $144,575.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                          :      Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :      08-13555 (JMP)
                                               :
                          Debtors.             :      (Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67408 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $8,702,727.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: | Dated: |

Nancy Y. Kwok
Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67409 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $26,460.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: **Nancy Y. Kwok** Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                   :       Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :       08-13555 (JMP)
                                                        :
                                  Debtors.              :       (Jointly Administered)
-------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67410 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $50,812.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., <br> Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC <br> c/o Goldman Sachs & co. <br> 30 Hudson Street, 5$^{th}$ Floor <br> Jersey City, NJ 07302 <br> Contact: Michelle Latzoni |
| Claim Number: | 67411 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of <br> Claim Withdrawn: | 100% or $57,396.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: <br> Nancy Y. Kwok <br> **Authorized Signatory** | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                              Debtors.             :        (Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67412 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $1,013,954.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Nancy Y. Kwok Authorized Signatory | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No.: 08-13555 |
| Creditor Name and Address: | GOLDMAN SACHS LENDING PARTNERS LLC c/o Goldman Sachs & co. 30 Hudson Street, 5th Floor Jersey City, NJ 07302 Contact: Michelle Latzoni |
| Claim Number: | 67413 |
| Date Claim Filed: | March 28, 2011 |
| Percentage and Total Amount of Claim Withdrawn: | 100% or $153,070.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| Printed Name: **Nancy Y. Kwok** Authorized Signatory | Dated: |