B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**             Case No. 08-13555
                                                    (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **York Global Finance BDH, LLC** | **Goldman Sachs Lending Partners LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

York Global Finance BDH, LLC
c/o York Capital Management
767 5th Avenue, 17th Fl.
New York, NY 10153
Attn: Lauren Searing

Court Claim # (if known): __19466__

Amount of Claim Transferred:
$10,000,000.00

Date Claim Filed: ¶ _9/18/2009_

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ John Forsina__             Date: __8/16/2013__
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Goldman Sachs Lending Partners LLC, located at 200 West Street, New York, NY 10282-2198 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned York Global Finance BDH LLC, its successors and assigns ("Purchaser"), an undivided pro rata share (representing $10,000,000.00) (the "Transferred Claim") in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing . (Claim No.: 19466) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 16th day of August, 2013.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:   Nancy Y. Kwok
         Authorized Signatory

YORK GLOBAL FINANCE BDH LLC

By: _____
Name:
Title:

14

769584v.2 3091/00295

08-13555-mg    Doc 39507    Filed 08/19/13    Entered 08/19/13 12:10:09    Main Document
Pg 3 of 3


### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Goldman Sachs Lending Partners LLC, located at 200 West Street, New York, NY 10282-2198 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned York Global Finance BDH LLC, its successors and assigns ("Purchaser"), an undivided pro rata share (representing $10,000,000.00) (the "Transferred Claim") in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing . (Claim No.: 19466) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 16th day of August, 2013.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

YORK GLOBAL FINANCE BDH LLC

By: *[signature]*
Name:
Title:   John J. Fosina
         Chief Financial Officer

14

769584v.2 3091/00295