B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>Goldman Sachs Lending Partners LLC</u>               <u>Fir Tree Value Master Fund, L.P.</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):  <u>11074</u>
should be sent:                                      Amount of Claim Transferred:  <u>$1,103,062.50</u>
                                                     Date Claim Filed:  <u>September 10, 2009</u>
Goldman Sachs Lending Partners LLC                   Debtor:  <u>Lehman Commercial Paper Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn:  Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

779521v.2 3091/00323                17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FIR TREE VALUE MASTER FUND, L.P.

By: _____     Date: 8/16/13
Transferor/Transferor's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FIR TREE VALUE MASTER FUND, L.P.

By: _____    Date: _____
    Transferor/Transferor's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: 8/16/13
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.