WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                          :         **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :         **08-13555 (JMP)**
:
                                        **Debtors.**    :         **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

<u>**AMENDED**</u> **NOTICE OF WITHDRAWAL OF ONE**
**HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
<u>**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**</u>

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "<u>Plan</u>

<u>Administrator</u>"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing with prejudice

its One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims)

[ECF No. 16865] **solely as to the claims listed on Exhibit A attached hereto**.

Dated:  August 19, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44314336\2\58399.0003

## Exhibit A

## Claims for Which Objection Is Withdrawn With Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| GLITNIR BANKI HF | 27430 | 17730 |
| GLITNIR BANKI HF | 27420 | 17730 |