# EXHIBIT B

...1-ATF-010701, ...of Asst ...010704; One Pallet Smokeless ...706, One Pallet ...garettes, $300 00; ...ining 24 Cases of ...0; 11-ATF- ...Tobacco ...797; One Pallet ...co Products, ...allet Containing ...acco Products; ...let Containing ...0.00; 11-ATF- ...o Products,

Revolver CAL.22 SN.20-87061; $100 00; 11-ATF-011294, 8 Rds Winchester-Western Ammo CAL.22; $0.60; 11-ATF-011295; 468 Rds Winchester-Western Ammo CAL.22; $46.80; 780080-11-0037; 04/20/2011, 18 USC 924(d); Laredo, TX, 11 ATF-011471, Bushmaster Firearms XM15-E2S Rifle CAL.223 SN L445343; $700 00; 11-ATF 011472, Beretta USA Corp 92FS Centurion Pistol CAL.9 SN.BER332652, $300 00; 782115-11-0028; 04/14/2011, 18 USC 924(d); Weslaco, TX; 11 ATF-011432; 1840 Rds Asst Ammo CAL.""; $184 00; 780115-11-0033; 02/24/2011, 18 USC 924(d), McAllen, TX, 11-ATF-009997; 3 Rds Winchester-Western Ammo CAL.380; $0.30; 781035-11-0185; 04/14/2011; 18 USC 924(d), Sierra Blanca, TX; 11-ATF-011072; LLAMA (Gabilondo & CIA) IXA Pistol CAL.45 SN.A1022; $100.00; 11-ATF-011077; 5

$500 00; 11-ATF-010869; Walther P22 Pistol CAL.22 SN:L375632, $500 00; 11-ATF-010871; 713 Rds Asst Ammo CAL:", $71 30; **WISCONSIN** 778020-11-0076; 04/15/2011, 18 USC 924(d), Green Bay, WI; 11-ATF-010820; Yugoslavia 59/66 Rifle CAL.762 SN K420202; $100 00; 11 ATF-010826, Winchester 94 Rifle CAL.30-30 SN.4682731, $215 00; **WEST VIRGINIA** 780060-11-0021; 04/04/2011, 18 USC 924(d), Martinsburg, WV; 11-ATF-010023, Ruger LCR Revolver CAL.38 SN 540 08014, $479 99; 11-ATF-010026; 5 Rds Hornaday Ammo CAL.38, $0 50; 11-ATF-010029; 20 Rds Hornaday Ammo CAL.38, $2 00; 11-ATF-010030; 22 Rds CCI Ammo CAL 40, $2 20; 11-ATF-010031; 40 Rds Asst Ammo CAL.22; $4 00;

...PTER 53; 20-75. PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 75, 18-44. PROPERTIES WERE

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors. | Case No. 08-13555 (JMP) |
|---|---|

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.

U S. Bank National Association, as Trustee

Businesses For Sale.

Advertise in The Mart

Call 1-800-366-3975

or email sales.mart@wsj.com

THE WALL STREET JOURNAL.

## INTERNATIONAL NOTICES

**Terex Industrial Holding AG
with its registered seat in
Düsseldorf, Germany**

Notice regarding the voluntary public purchase offer to the shareholders of

**Demag Cranes AG
with its registered seat in
Düsseldorf, Germany**

In accordance with section 14 para. 3 sentence 1 no. 2 of the German Securities Acquisition and Takeover Act (Wertpapiererwerbs- und Übernahmegesetz (WpÜG))

As of today, the offer document concerning the voluntary takeover offer of Terex Industrial Holding AG with its registered seat in Düsseldorf and its business address at Lindemannstrasse 81, 44137 Dortmund, Germany, to the shareholders of Demag Cranes AG with its registered seat in Düsseldorf (ISIN DE000DCAG010), is available in German and in a non-binding English translation on the internet at http://www.industrialholding-angebot.de. In addition, copies of the non-binding English translation of the complete offer document are available for distribution free of charge by contacting Commerzbank AG, ZCM-ECM Execution, Mainzer Landstrasse 153, 60327 Frankfurt am Main, Germany (requests can be made by facsimile at + 49 69 136-44598)

Further updates regarding the progress of the offer will be made available periodically in English on the internet at http://www.industrialholding-angebot.de.

Düsseldorf, May 19, 2011

Terex Industrial Holding AG

2011

Shareholders of Synthes who satisfy this requirement may enter an appearance through counsel of their own choosing and at their own expense or may appear on their own. However, no Synthes shareholder shall be heard at the Final Hearing unless (i) by June 17, 2011 such shareholder has filed with the Court and delivered to the Settling Parties' counsel a notice of objection and the grounds for opposing the Settlement, and (ii) at or before the Final Hearing, such shareholder provides proof of status as a record holder and/or beneficial owner of the common stock of Synthes as of April 19, 2011 and the dates of Synthes stock ownership. All such objections must be filed with the Court and delivered to counsel as identified below:

Robert A. Hoffman, Esq.
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff*

Joel L. Frank, Esq.
**LAMB McERLANE PC**
24 East Market Street
P.O. Box 565
West Chester, PA 19381
*Counsel for the Individual Defendants*

Ann B. Laupheimer, Esq.
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Counsel for Nominal Defendant Synthes, Inc.

Only shareholders who have filed and delivered timely written notices of objection will be entitled to be heard at the Final Hearing unless the Court orders otherwise. Any Current Company Shareholder who fails to object and present proof of ownership of Synthes stock in the manner provided in the preceding paragraph of this Notice shall be deemed to have waived such objection and shall forever be foreclosed from making any objections to the fairness, adequacy, or reasonableness of the Settlement and to the Fee Award to Plaintiff's Counsel, and shall be bound by the Judgment to be entered and the releases to be given.

[1] This notice should be read in conjunction with, and is qualified in its entirety by reference to the text of the Stipulation, which has been filed with the Court and is available on the websites of Synthes, www.synthes.com, and Plaintiff's Counsel, www.barrack.com. All capitalized terms herein have the same meanings as set forth in the Stipulation.

**PLEASE DO NOT TELEPHONE THE COURT CONCERNING THIS NOTICE.**
Dated: May 10, 2011
BY ORDER OF THE COURT OF COMMON PLEAS, CHESTER COUNTY

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors. | Case No. 08-13555 (JMP) |
|---|---|

IMPORTANT NOTICE for the holders of securities issued by the following Issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD:, EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.
U.S. Bank National Association, as Trustee

[illegible] Ruger .357 magnum handgun, S/N [illegible]00043, Smith and Wesson .44 magnum handgun S/N BEC2250, Hi-Point .380 caliber pistol, S/N P900201, Jennings 9mm pistol, S/N 757980, RG .22 caliber pistol, S/N L618209, Smith & Wesson revolver S/N S00225, Smith & Wesson revolver S/N R714020

**NORTHERN DISTRICT OF GEORGIA**

3040-11-0080; $37,750; SUA; 03/30/2011; [illegible] Cadillac Service Center, 3077 Satellite Boulevard, Duluth, GA, 2008 Cadillac Escalade VIN 1GYFK63018R168417

3040-11-0081; $3,900; SUA; 03/31/2011; parking lot of Cracker Barrel, 4758 Friendship Road, Buford, GA, ladies princess cut diamond engagement ring, ladies princess cut diamond wedding band, ladies

Call 1

THE WALL STREET JOUR

OF MONTANA

SOUTHERN DISTRICT OF OHIO

DISTRICT OF VERMONT

EASTERN DISTRICT OF WISCONSIN

(The property listed above is NOT for sale. The DEA DOES NOT sell forfeited property and the DEA DOES NOT have information on property for sale.)

## BLIC NOTICES

TO CUSTOMERS OF

INANCIAL SERVICES, INC.

at WallStreet*E Financial Services, Inc. De Leon Boulevard, Coral Gables, FL 33134- t of a Direct Payment Procedure pursuant to estor Protection Act ("SIPA"), 15 U.S.C. §78fff- ocedure, the Securities Investor Protection timely filed claims of customers of WallStreet*E

under SIPA must be filed with SIPC on or a on November 23, 2011 at the address set PC cannot pay or otherwise satisfy, in whole y the deadline.

the Direct Payment Procedure for WallStreet*E and, together with a copy of this notice, will oce to investors with accounts at WallStreet*E ses appear on the books and records of ) does not receive a claim form within fifteen may obtain a claim form on SIPC's website at SIPC at the following address:

TOR PROTECTION CORPORATION
PAYMENT PROCEDURE
E FINANCIAL SERVICES, INC.
STREET, N.W., SUITE 800
HINGTON, DC 20005

ng of a claim is complete only upon receipt of is, no claim of a customer of WallStreet*E actually received by SIPC on or before the ber 23, 2011. Timely filing and proof of timely ty of the claimant. In this regard, you should tified mail - return receipt requested or with ing which provides you with proof of receipt e as verification that your claim was received

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re<br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br>Debtors. | Case No. 08-13555 (JMP) |
|---|---|

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.

U.S. Bank National Association, as Trustee

Companies | International

# Bond fund flows signal shift

Money pours into emerging market debt

Risk fears hit several European countries

By Robin Wigglesworth in London

'Emerging market debt ... is losing its risk premium as the developed world has shot itself in the foot'

# It's full steam ahead for Citi skipper

News analysis

It was anything but plain sailing after Vikram Pandit took on the 'Titanic', but now he has landed a $22m package, writes Justin Baer

Solid footing: Vikram Pandit

# Japanese companies seek to take a bite of foreign growth

News analysis

Moves prompted by weak domestic economy, strong yen and low interest rates, says Lindsay Whipp

Problems: Japan is plagued by deflation, government debt and falling population

Contracts & Tenders

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY

Extension of deadline for submitting responses to the Request for Information (RFI)

Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Businesses for sale

# Banks battle for $1bn road

By Helen Thomas in New York

More news at FT.com

ft.com/companies

Mideast unrest

# Bahrain races to restore normality

## Deadline looms for Grand Prix decision

### Motor circuit staff allege beatings

By Simeon Kerr in Manama

Bahrain, traumatised by months of protest and repression, hopes to reschedule its Formula 1 race for later in the season after it was cancelled in March because of large pro-democracy protests.

Many, especially regime supporters, hope the government will decide by the June 3 deadline to go ahead with the Grand Prix, marking a return to normality for the Gulf business hub.

But even motorsport has been dragged into the Sunni-dominated government's campaign against largely Shia protesters since the crackdown on the Pearl roundabout in mid-March, and widespread allegations of heavyhanded tactics, including torture, undermine the prospect of reconciliation between the majority Shia community and the ruling Sunni elite determined to restore order to the tiny island.

The government-owned Bahrain International Circuit is due to host the Formula 1 race. But about a quarter of its staff – all Shia – were arrested in early April and most have since been suspended or sacked, according to one of those detained who declined to be named for fear of retribution. The group included three women and two senior staff, he told the Financial Times.

"They were all slapping and kicking me as they led me down the corridor," he says of the police, who concealed their identities by using Shia nicknames.

"He [the policeman] put my head between his legs, flipped me on to the floor – and then the beatings really began," according to the detainee, who still has bruises on his kidney and upper back. The beatings worsened if he did not admit he had visited the roundabout, taken orders from Shia politicians or own weapons, he said.

BIC declined to comment. One person close to the government says the employees were sacked for cheering the cancellation of the race. The government denies the use of torture.

"Allegations are exaggerated or unfounded to gain international sympathy," says Sheikh Abdulaziz bin Mubarak al-Khalifa, a government spokesman. "They should make a complaint to the authorities."

He also points out that policemen have been charged for using excessive force against protesters who died in detention.

Moderates in Bahrain hope that the lifting of effective martial law, scheduled for June 1, will be followed by reconciliatory steps introduced by the crown prince, Sheikh Salman bin Hamad al-Khalifa, who also oversees the Grand Prix. But many wonder whether the country can recover from the tough measures instituted as the ruling Al-Khalifa family seeks to put an end to the pro-democracy movement.

"By embarking on a policy of repression, the government is escalating sectarian tensions," says Human Rights First, a US-based human rights group. "This strengthens extremists and provides a pretext for greater Iranian involvement."

The government's campaign against pro-democracy protesters has allegedly widened to include local journalists working for foreign news agencies.

Mazen Mahdi, a photojournalist with the German Press Agency and Defense News, and Nazeeha Saeed, a reporter for France24 and Radio Monte Carlo were detained for hours and questioned about their reporting. They said they were abused during their detention and released late Sunday and early Monday.

The country's reputation has been particularly damaged by its alleged targeting of the medical profession. Forty-seven doctors and nurses are facing trial and rights groups are concerned at claims that the police have tortured doctors to secure confessions.

One doctor, recently released after weeks in jail, says she was threatened with rape, beaten on a daily basis and forced to sign confessions. "There was a group of 60 men – they started cursing me using dirty words," she told the FT. "They were slapping my face and then beating my neck and head. They told me to remain silent when they let me go, warning me that a case could be brought at any time."

The government says Salmaniya hospital was a hive of opposition activity, claiming that Shia doctors refused to treat Sunnis and aggravated protesters' wounds. The tough security clampdown, backed by Saudi Arabia, has been welcomed by many expatriates, who number around half of the island's 1.2m population. Some foreign workers were killed by protesters.

But others fear a grave future with increasing polarisation between cowed Shia and Sunni groups fearful of Iranian involvement in their country's politics.

Many expatriates, including Lebanese nationals who have been harassed because of suspected involvement with Hezbollah, are looking for jobs elsewhere.

"I came to Bahrain thinking it was the Beirut of the Gulf," says one banker, referring to the island's liberal outlook. "But it now reminds me of Lebanon for all the wrong reasons."

In-depth news and analysis, www.ft.com/arabspring

Red Bull's German driver Sebastian Vettel in action at the Bahrain Formula 1 Grand Prix last year AFP/Getty

## Regime fights back in cyberspace

Facebook, YouTube and Twitter continue to be an important battleground in the propaganda war behind the Arab uprisings but anti-government voices from Bahrain no longer dominate the debate in cyberspace, writes Simeon Kerr.

Bahrain Online, a banned internet forum, helped plan the protest movement's strategy on February 14, the day of rage inspired by uprisings in north Africa.

One user posted pictures of three potential sites for Bahrain's own Tahrir Square, the location of Egypt's anti-government protests, and users voted for the Pearl roundabout as the ideal site for the events.

The website's founder, Ali Abdulemam, is now being tried in absentia for joining a terrorist plot to overthrow the government, and the disparate February 14 movement has lost many followers from its Facebook site as people fear arrest for political activity.

Since the Saudi-backed crackdown to end the protests, the authorities have demolished the Pearl monument and replaced it with a traffic intersection.

Pro-government activists have also logged on to counter anti-regime voices that were pointing the world's media to video clips of repression and reports on human rights abuses.

In Bahrain www.ft.com/[illegible]

# EU sets sanctions to raise pressure on Assad

By Joshua Chaffin in Brussels

The European Union has imposed sanctions on Bashar al-Assad, Syria's president, in a further attempt to press his regime to halt a violent crackdown on pro-democracy protests.

The sanctions against Mr Assad and nine other senior regime officials include a travel ban and a freeze on assets held within the 27-member bloc. The curbs follow similar measures taken by the US a week ago.

EU foreign ministers said the bloc "condemns in the strongest terms the ongoing repression in Syria".

William Hague, the UK's foreign secretary, said the sanctions "target those responsible, in particular President Assad. He must change course and immediately introduce meaningful reforms."

In May EU member states imposed sanctions on 13 top Syrian officials but took the controversial decision to leave Mr Assad off the list. France, in particular, and the UK had pressed for his inclusion but other nations, including Cyprus and Germany, argued that the EU should take a more gradual approach.

The hope was that sparing Mr Assad would help preserve a line of communication and allow the Syrian leader some room for manoeuvre. But that strategy appears to have failed as the regime has, if anything, intensified its crackdown with casualties believed to have topped 900.

As the upheaval continues in Syria and across north Africa the EU is seeking to overhaul its so-called neighbourhood policy, which aims to provide trade access, development aid and other inducements to countries in the region that embrace economic and political reform.

Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors.

IMPORTANT NOTICE for the holders of securities issued by the following issuers: ABACUS CDO I, LTD., ...

Business Opportunities

Fractional Jets

Contracts & Tenders

REPUBLIC OF ALBANIA
ELECTRONIC AND POSTAL COMMUNICATIONS AUTHORITY

Public Tender Announcement

Business For Sale

Businesses and Assets for Sale as Going Concerns
Hillcrest International Schools

Hillcrest Secondary School Limited ("HSSL") and Hillcrest School Limited ("HSL") (Both In Receivership)

The Joint Receivers and Managers offer for sale the businesses and assets of HSSL and HSL as going concerns

- Profitable, leading international schools in sub Saharan Africa delivering the British National Curriculum (as varied)
- Substantial freehold and leasehold premises, covering some 55 acres, in a quiet suburb of Nairobi, Kenya
- Over 600 students from ages 2 to 18 covering in excess of 40 different nationalities
- Consolidated turnover of circa US$7m
- Boarding facilities with potential room for expansion
- Extensive sports and recreation facilities
- Significant opportunity to develop and expand existing profile in the International Schools arena

For further information please contact the joint receivers and managers.

Kieran Day and Kuria Muchiru
Hillcrest International Schools
c/o The Business Advisory Group Limited
PO Box 1464 - 00502
Nairobi
Kenya

Email: hillcrestsale@[illegible]
Tel: +254 735 337739 or +254 724 372239

INTERESTED PARTIES SHOULD NOTE THAT A FEE WILL BE CHARGED FOR THE INFORMATION MEMORANDUM PREPARED IN CONNECTION WITH THE PROPOSED SALE OF THE SCHOOLS. OTHER PRE-QUALIFICATION TERMS ALSO APPLY. DETAILS OF WHICH WILL BE PROVIDED ON APPLICATION.

Contracts & Tenders

Extension of deadline for submitting responses to the Request for Information (R.F.I.)

Legal Notices

The Property Market

SALE DIRECTLY FROM OWNER –
REAL ESTATE IN EXCELLENT LOCATION

Austria 1090 Vienna

Austria 1110 Vienna

UNIQUE 5 STAR INVESTMENT OPPORTUNITY MAINLAND SPAIN

Owners with proven track record in the Leisure industry are looking for partner/s to develop site located approx 50 minutes from Malaga Airport bordering the Spanish National Park. Project benefits from the first Full Formal Andalucia Planning of its kind. To build Luxury Mountain Spa resort comprising 144 lodges, 212 touring pitches, conference and leisure facilities etc. Financial plan with secure exit strategy in place

Interested parties to contact +44(0)7785371770

FINANCIAL TIMES WEDNESDAY MAY 25 2011

# Murdoch signals push into education

News Corp chief in digital lessons move

Vision for learning outlined in G8 talk

By Tim Bradshaw in Paris

Rupert Murdoch signalled that News Corp, the media group he heads, is to make a significant new push into the education technology market, in a high-profile speech to the e-G8 conference of internet entrepreneurs and European policymakers in Paris.

Describing education as the "last holdout from the digital revolution", Mr Murdoch outlined a vision for personalised learning and more engaging lessons delivered by the world's best teachers to thousands of students via the internet.

"The same technologies that transformed every other aspect of modern life can transform education, provide our businesses with the talent they need to thrive, and give hundreds ...

> The technologies that transformed every other aspect of life can transform education

Rupert Murdoch spoke of revolution in education

# Online grocers gain ground in US

Doubts remain about expanding beyond cities into the suburbs, writes Alan Rappeport

Fast food: FreshDirect is planning to expand after better technology helped it become profitable

Challenges: Dalton Philips, Wm Morrison chief executive

VIDEO ON FT.COM

# Microsoft launches handset software upgrade

By Paul Taylor in New York

# Intel joins shift to China as executive takes Beijing brief

## News digest

### Mecom lures Endemol official

### France Telecom bullish on 4G

### Mol buy-back to cost €1.9bn

### Hana carrying on with KEB talks

## Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors. | Case No. 08-13555 (JMP) |
| --- | --- |

IMPORTANT NOTICE for the holders of securities issued by the following Issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1 LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD. AND RACERS 2006-20-AT

Lehman Brothers Special Financing Inc. ("LBSF") has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or [illegible]@usbank.com or Donald Higgins at (617) 603-6717 or [illegible]@usbank.com for further information.

U.S. Bank National Association, as Trustee