# CERTIFICATE OF SERVICE

      I, Scott A. Lewis, an attorney, hereby certify that on the 19th day of August 2013, I caused a true and correct copy of the **Affidavit of Donald F. Higgins in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the
   Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Tracy Hope Davis, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
   for Region 2
201 Varick Street
Suite 1006
New York, NY  10014

David S. Cohen, Esq.
MILBANK, TWEED, HADLEY AND MCCLOY LLP
1850 K Street NW
Suite 1100
Washington, DC  20006

Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Christopher J. Cox, Esq.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

                                        By         /s/ Scott A. Lewis        
                                                    Scott A. Lewis