# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn:   Clerk

AND TO:   LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 15937

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Stone Lion Portfolio L.P.**
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor
New York, NY 10017
Phone: (212) 843-1225
Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 15937, solely to the extent of $6,090,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name: Brian S. Broyles
Title: Authorized Signatory

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners, L.P., Its Investment Manager

By: _____
Name: Claudia Borg
Title: General Counsel

-16-

Doc#: US1.8657946v2

Pg 2 of 2

# EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:   LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 15949

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **Stone Lion Portfolio L.P.**
> Stone Lion Capital Partners L.P.
> 555 5th Ave, 18th Floor
> New York, NY 10017
> Phone: (212) 843-1225
> Attention: Claudia Borg

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 15949, solely to the extent of $6,090,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 17, 2013.

| CITIGROUP FINANCIAL PRODUCTS INC. | STONE LION PORTFOLIO L.P. |
|---|---|
|  | By: Stone Lion Capital Partners, L.P., Its Investment Manager |
| By: _[signature]_ | By: _[signature]_ |
| Name: | Name: Claudia Borg |
| Title: Brian S. Broyles, Authorized Signatory | Title: General Counsel |

-17-

Doc#: US1 8657946v2