UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM 31746

Reference is made to proof of claim number 31746 filed against Lehman Brothers Holdings Inc. ("**LBHI**") by The Stock Exchange of Hong Kong Limited ("**HKSE**") on September 22, 2009, in an amount of no less than USD 368,879.97 (the "**Claim**").

HKSE hereby withdraws the Claim and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to expunge the Claim from the official claims register for LBHI.

Dated: August 19, 2013

For and on behalf of The Stock
Exchange of Hong Kong Limited

*Authorized signature*
Name: Vincent Kwong
Title: Deputy Chief Financial Officer
