WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
        Debtors.                                                  :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT
TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon The Stock Exchange of Hong Kong Limited on July 18, 2013, the issuance of which was noticed in a filing with the Court on July 19, 2013 [ECF No. 38879].

Dated: August 19, 2013
      New York, New York

                                                             Robert J. Lemons
                                                             WEIL, GOTSHAL & MANGES LLP
                                                             767 Fifth Avenue
                                                             New York, New York 10153
                                                             Telephone: (212) 310-8000
                                                             Facsimile: (212) 310-8007

                                                            Attorneys for Lehman Brothers Holdings Inc.
                                                            and Certain of Its Affiliates