UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                                            :

In re                             :        Chapter 11 Case No.

                                                               :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)

                                          :        (Jointly Administered)

                 Debtors.            :

                                                   :        Ref. Docket Nos. 39047, 39182-
                                                 :        39187, 39190, 39192, 39193, 39200-
                                                 :        39225, 39227-39231, 39233-39236,
                                                 :        39238, 39239, 39241-39248
                                                 :

-------------------------------------------------------------------------x
                                                                  :

In re                             :        Chapter 11 Case No.

                                                                :

LEHMAN BROTHERS COMMODITY SERVICES INC.,  :        08-13885 (JMP)

                                                      :        (Jointly Administered)

                 Debtors.            :

                                                   :        Ref. Docket No. 63

                                                   :

-------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 8, 2013,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of August, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 39047, 39182-39187...39239, 39241-39248, (08-13885) 63_AFF_8-8-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                       Debtors.        |
                                       |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AVENUE BLUE TC FUND, L.P.
             TRANSFEROR: STROOCK & STROOCK & LAVAN LLP
             ATTN: DAVID S. LEINWAND
             399 PARK AVENUE, 6TH FLOOR
             NEW YORK NY 10022

Please note that your claim # 5519 in the above referenced case and in the amount of
        $166,303.89  allowed at $141,303.89        has been transferred **(unless previously expunged by court order)**

        VARDE CREDIT PARTNERS MASTER, L.P.
        TRANSFEROR: AVENUE BLUE TC FUND, L.P.
        ATTN: EDWINA P.J. STEFFER
        8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
        MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39234     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/08/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 8, 2013.

EXHIBIT B

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| AVENUE BLUE TC FUND, L.P. | TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: DAVID S. LEINWAND 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: DAVID S. LEINWAND 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, LP | TRANSFEROR: MORGAN STANLEY CAPITAL GROUP INC ATTN: SUZETTE DEL GIUDICE GARCIA 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AVENUE TC FUND, LP | TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: DAVID S. LEINWAND 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: INTESA SANPAOLO SPA ATTN: FRAGNELLI DORIANA VIA ROSELLINI 16 MILAN 20124 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: UBS AG ATTN: FRAGNELLI DORIANA VIA ROSELLINI 16 MILAN 20124 ITALY |
| BANK HAPOALIM B.M. | 1851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK LEUMI LE ISRAEL B.M. | TRANSFEROR: BANK HAPOALIM B.M. CAPITAL MARKETS DIVISION, SECURITIES BACK OFFICE 35 YEHUDA-HALEVY ST. TEL-AVIV 65136 ISREAL |
| BANK VONTOBEL AG | TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-5022 SWITZERLAND |
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BERNER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE ATTN: SAMUEL STUCKI POSTFACH BERN CH 3001 |
| BOL-RAAP, G. | KAM. ONNESSTRAAT 12 VLAARDINGEN 3132 RS NETHERLANDS |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME A. MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | JAMIE A. MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: BRIAN BROYLES, MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LAMP HAYMAN CAPITAL FUND ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | TRANSFEROR: CREDIT SUISSE ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY |
| CREDITO EMILIANO SPA | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLA LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK S.P.A. | ATTN: MR. ANDREA MOIOLI PIAZZA DEL CALENDARIO, 3 MILANO 20126 ITALY |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: C/O EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: C/O EMPYREAN AMERICA CREDIT SOLUTIONS, L.P. 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, L.P. ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |

TIME: 10:49:51
DATE: 08/08/13

PAGE: 2

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
|---|---|
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BOL-RAAP, G. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: AVENUE TC FUND, LP C/ J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: AVENUE TC FUND, LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: SBA COMMUNICATIONS CORPORATION C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LAMP HAYMAN CAPITAL FUND | TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| LAMP HAYMAN CAPITAL FUND | TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, LP ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| LAMP HAYMAN CAPITAL FUND | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| LAMP HAYMAN CAPITAL FUND | TRANSFEROR: J.P.MORGAN SECURITIES LTD C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| LAMP HAYMAN CAPITAL FUND | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| OCM OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: PBC FINANCING LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| SBA COMMUNICATIONS CORPORATION | C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH 8098 SWITZERLAND |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: AVENUE BLUE TC FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: AVENUE TC FUND, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VOLKSBANK SCHWARZWALD BAAR HEGAU | TRANSFEROR: UBS AG VOLKSBANK EG ATTN: SANDRA KEIPERT AM RIETTOR 1 VILLINGEN-SCHWENNINGEN 78048 GERMANY |
| WALTER DOMINIAK-ERNST | TRANSFEROR: CREDIT SUISSE WEERMARKT 4 FRANKFURT AM MAIN D-60311 GERMANY |

Total Number of Records Printed       73

EPIQ BANKRUPTCY SOLUTIONS, LLC