UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re                                               :         Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :         08-13555 (JMP)
                                                    :         (Jointly Administered)
                Debtors.                            :
                                                    :
-----------------------------------------------------------------x   Ref. Docket Nos. 39226

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 8, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
19th day of August, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 39535    Filed 08/19/13    Entered 08/19/13 18:49:42    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                                   |
In re                                              |   Chapter 11 Case No.
                                                   |
                                                   |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   |   (Jointly Administered)
                                                   |
              Debtors.                             |
                                                   |
_____|
```

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    EMPYREAN INVESTMENTS, LLC
               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
               C/O STERLING HATHAWAY
               EMPYREAN CAPITAL PARTNERS, LP
               10250 CONSTELLATION BLVD., STE 2950
               LOS ANGELES CA 90067


Additional:




Transferee:    CITIGROUP FINANCIAL PRODUCTS INC.
               ATTN: BRIAN BROYLES
               1615 BRETT ROAD, BLDG 3
               NEW CASTLE DE 19720



**Your transfer   of claim #   11308-17   is defective for the reason(s) checked below:**

Other                                       Transfer Amount Exceeds Amount Currently Owned




Docket Number 39226              Date 08/06/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 8, 2013.

# EXHIBIT B

```
TIME: 10:50:38                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 08/08/13                                CREDITOR LISTING

Name                              Address
CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
EMPYREAN INVESTMENTS, LLC         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP
                                  10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067

Total Number of Records Printed       2

                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```