UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
In re                                                                             :    Chapter 11 Case No.
                                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :     08-13555 (JMP)
                                                                                  :    (Jointly Administered)
                               Debtors.                               :
                                                                                  :
                                                                                  :
-----------------------------------------------------------------------x    Ref. Docket Nos. 39250-39256,
                                                                                       39258, 39260, 39261, 39265-39277

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                                )  ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 9, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of August, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 39536    Filed 08/19/13    Entered 08/19/13 18:51:48    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____|
                                                 |
In re                                            |    Chapter 11 Case No.
                                                 |
                                                 |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,            |
                                                 |    (Jointly Administered)
                                                 |
            Debtors.                             |
                                                 |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  DEUTSCHE BANK AG, LONDON
             TRANSFEROR: MONARCH MASTER FUNDING LTD
             ATTN: RICH VICHAIDITH
             60 WALL STREET, 3RD FLOOR
             NEW YORK NY 10005
```

Please note that your claim # 58233-56 in the above referenced case and in the amount of
       $13,118,516.71   allowed at $8,739,977.82       has been transferred **(unless previously expunged by court order)**

```
             PANNING MASTER FUND, LP
             TRANSFEROR: DEUTSCHE BANK AG, LONDON
             C/O PANNING CAPITAL MANAGEMENT, LP
             ATTN: ROBERT BOWERS
             50 MADISON AVENUE, 24TH FLOOR
             NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 39277       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/09/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 9, 2013.

EXHIBIT B

```
TIME: 14:20:58                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 08/09/13                                                    CREDITOR LISTING

Name                                            Address
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: SPCP GROUP, LLC ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                LONDON  EC2N 2DB UNITED KINGDOM
GOLDMAN, SACHS & CO.                            TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                            TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
OCM OPPORTUNITIES FUND VIIB, LP                 TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                                LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, PARALLEL,          TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
L.P.                                            LOS ANGELES CA 90071
PANNING MASTER FUND, LP                         TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVENUE, 24TH FLOOR
                                                NEW YORK NY 10022
PANNING MASTER FUND, LP                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVENUE, 24TH FLOOR
                                                NEW YORK NY 10022
SPCP GROUP, LLC                                 DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
SPCP GROUP, LLC                                 TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: ADAM DEPANFILIS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830

Total Number of Records Printed        12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC