B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.                Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Lataj Group LLC</u>                                           <u>BKM Holdings (Cayman) Ltd.</u>
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): <u>58574</u>
should be sent:                                          Amount of Claim: <u>$4,779,017.79 (as allowed)</u>
                                                        Date Claim Filed: <u>October 30, 2009</u>
Lataj Group LLC                                          Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Davidson Kempner Capital Management
65 East 55th Street, 20th Floor
New York, NY 10022
Attn: Jennifer Donovan
Tel: 212.446.4018
Email: jdonovan@dkpartners.com

Phone: _____         Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

801322v.1 445/01563

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __8|19|13__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
    Transferor/Transferor's Agent