UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| ------------------------------------------------------------x | | Ref. Docket Nos. 39290 & 39295 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 12, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of August, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| 
| (Jointly Administered)
Debtors. |

---

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  SERENGETI OPPORTUNITIES MM L.P.
             TRANSFEROR: BARCLAYS BANK PLC
             C/O SERENGETI ASSET MANAGEMENT LP
             ATTN: ERIN FINEGAN
             632 BROADWAY, 12TH FLOOR
             NEW YORK NY 10012

Additional:

Transferee:  BARCLAYS BANK PLC
             ATTN: DANIEL MIRANDA
             ATTN: ANTHONY VITIELLO
             745 SEVENTH AVENUE, 2ND FLOOR
             NEW YORK NY 10019

**Your transfer** of claim #  51636-01  is defective for the reason(s) checked below:

Other                                    Transfer Amount Exceeds Amount Currently Owned

Docket Number 39290              Date 08/08/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 12, 2013.

EXHIBIT B

```
TIME: 13:03:33                          LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   1
DATE: 08/12/13                               CREDITOR LISTING

Name                               Address
BARCLAYS BANK PLC                  ATTN: DANIEL MIRANDA ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
SERENGETI OPPORTUNITIES MM L.P.    TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012


Total Number of Records Printed         2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

SERENGETI LYCAON MM L.P.
C/O SERENGETI ASSET MANAGEMENT LP
ATTN: ERIN FINEGAN
632 BROADWAY, 12TH FLOOR
NEW YORK, NY 10012