UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
In re                                                                                       :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
:    (Jointly Administered)
            Debtors.                                                        :
:
:
-------------------------------------------------------------------x    Ref. Docket Nos. 39307, 39308,
                                                                                   39314, 39315, 39317, 39338, 39339,
                                                                                   39345

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                                ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Lauren Rodriguez*
Sworn to before me this                                          Lauren Rodriguez
19th day of August, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 39307, 39308, 39314, 39315, 39317, 39338, 39339, 39345_AFF_8-13-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                               |
In re                                          |   Chapter 11 Case No.
                                               |
                                               |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |   (Jointly Administered)
                                               |
                Debtors.                       |
                                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  CITIGROUP FINANCIAL PRODUCTS, INC.
             TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD.
             ATTN: BRIAN BROYLES
             1615 BRETT ROAD, BLDG 3
             NEW CASTLE DE 19720
```

Please note that your claim # 15921-29 in the above referenced case and in the amount of
        $2,694,411.11  allowed at $2,400,000.00        has been transferred **(unless previously expunged by court order)**

```
             CVI CVF II LUX MASTER S.A.R.L.
             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
             C/O CARVAL INVESTORS UK LIMITED
             ATTN: MATT SHIPTON
             3RD FLOOR, 25 GREAT PULTENEY STREET
             LONDON     W1F 9LT
             UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39314      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/13/2013                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 13, 2013.

# EXHIBIT B

```
TIME: 10:35:39                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/13/13                                                CREDITOR LISTING

Name                                          Address
BKM HOLDINGS (CAYMAN) LTD.                    TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III
                                              NEW CASTLE DE 19720
CREDITO VALTELLINESE S.C.                     TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. PIAZZA QUADRIVIO, 8 SONDRIO 23100 ITALY
CVI CVF II LUX MASTER S.A.R.L.                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                              LONDON W1F 9LT UNITED KINGDOM
CVI CVF II LUX MASTER S.A.R.L.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD
                                              HOPKINS MN 55343
CVIC LUX MASTER S.A.R.L.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD
                                              HOPKINS MA 55343
CVIC LUX MASTER S.A.R.L.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD
                                              HOPKINS MN 55343
GOLDMAN SACHS & CO.                           TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS & CO.                           TRANSFEROR: MANAGING CLERK RICHARDS KIBBE & ORBE LLP 1 WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS & CO.                           TRANSFEROR: MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS & CO.                           TRANSFEROR: MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS & CO.                           TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUSDON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: HKPCU ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: RISPARMIO & PREVIDENZA SOCIETA PER AZIONI ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: SOCIETE EUROPEENNE DE BANQUE SA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: UNIVERSAL INVESTMENT-GMBH SOLELY ON BE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                              JERSEY CITY NJ 07032
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                              JERSEY CITY NJ 07302
INTESA SANPAOLO PRIVATE BANKING S.P.A.        REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
UPTON E LLC                                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                              NEW YORK NY 10019

Total Number of Records Printed    27
```

EPIQ BANKRUPTCY SOLUTIONS, LLC