UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
:
---------------------------------------------------------------x    Ref. Docket Nos. 38472, 39097,
39288, 39296, 39337, 39340-39345,
39356-39359, 39361, 39362, 39365,
39366, 39368

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
19th day of August, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 38472, 39097, 39288...39365, 39366, 39368_AFF_8-14-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: CITIGROUP FINANCIAL PRODUCTS, INC.           CITIGROUP FINANCIAL PRODUCTS, INC.
    TRANSFEROR: SPCP GROUP, LLC                  JAIME MADELL
    ATTN: BRIAN BROYLES                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    1615 BRETT ROAD, BLDG 3                      1285 AVENUE OF THE AMERICAS
    NEW CASTLE DE 19720                          NEW YORK NY 10019
```

Please note that your claim # 19528 in the above referenced case and in the amount of
     $1,372,383.37         has been transferred **(unless previously expunged by court order)**

```
    STONE LION PORTFOLIO LP
    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
    C/O STONE LION CAPITAL PARTNERS LP
    ATTN: CLAUDIA BORG
    555 5TH AVE, 18TH FL
    NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39097      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/14/2013                    Vito Genna, Clerk of Court

                                    /s/ P. Manatakis
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 14, 2013.

# EXHIBIT B

08-13555-mg    Doc 39542    Filed 08/19/13    Entered 08/19/13 19:14:00    Main Document
Pg 4 of 5

```
TIME: 14:17:55                                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 08/14/13                                                   CREDITOR LISTING

Name                                              Address
BERYL FINANCE LIMITED SERIES 2005-11              C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON    E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-11              MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STTREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 5TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN; JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, N. 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: SLB LEASING-FONDS GMBH & CO HERAKLES KG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: WING LUNG BANK LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON    EC2N 2DB UNITED KINGDOM
DOMENICHINI GIOVANNI GERBI MARA                   TRANSFEROR: ICCREA BANCA S.P.A. VIA BOLOGNESE N. 17 ITALY
GERBI PAOLO AND GERBI MARA                        TRANSFEROR: ICCREA BANCA S.P.A. VIA BOLOGNESE N. 17 ITALY
GOLDMAN SACHS & CO.                               TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: MAELSTROM HOLDING INC. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: UBS AG ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HUA AN INTERNATIONAL BALANCED FUND                TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED HUA AN FUND MANAGEMENT CO LTD / ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER
                                                  360 SOUTH PUDONG ROAD SHANGHAI 200120 CHINA
ICCREA BANCA S.P.A.                               ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ICCREA BANCA S.P.A.                               TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: LEGAL DEPARTMENT VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
KLEINWORT BENSON PRIVATE BANK LIMITED             ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON EC2V 7PG UNITED KINGDOM
LAND BANK OF TAIWAN                               TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-11 ATTN: DEPARTMENT OF TRUST NO. 46, GUNCIAN ROAD TAIPEI     TAIWAN
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            TRANSFEROR: HUA AN INTERNATIONAL BALANCED FUND ATTN: ANTHONY V. LOMAS, JOINT ADMINISTRATOR LEVEL 23 2S CANADA SQUARE
(IN ADMINISTRATION)                               LONDON E14SLQ UNITED KINGDOM
LEHMAN BROTHERS SPECIAL FINANCING INC.            TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-11 C/O LEHMAN BROTHERS HOLDINGS, INC. ATTN: DERIVATIVES LEGAL
                                                  1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
MZRZOCCHI ILLARIO                                 TRANSFEROR: ICCREA BANCA S.P.A. VIA VIGNATAGLIATA FERRARA 34 ITALY
RBS SECURITIES INC.                               TRANSFEROR: KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
STONE LION PORTFOLIO LP                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 555 5TH AVE, 18TH FL
                                                  NEW YORK NY 10017
TCA SPV I LLC                                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O TACONIC CAPITAL ADVISORS LP ATTN: REINHOLD ADAM 450 PARK AVENUE, 9TH FLOOR
                                                  NEW YORK NY 10022
WING LUNG BANK LTD.                               ATTN: ANTHONY TSUI, HEAD OF TREASURY DEPARTMENT 45 DES VOEUX RD. CENTRAL    HONG KONG


Total Number of Records Printed            34                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```