UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :     Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :     08-13555 (JMP)
                                                                 :     (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x     Ref. Docket No. 39342

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
19th day of August, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

```
Transferor:   GOLDMAN SACHS & CO.
              TRANSFEROR: BBVA (SUIZA) S.A.
              ATTN: RICK CANONICO
              30 HUDSON STREET, 5TH FLOOR
              JERSEY CITY NJ 07302


Additional:




Transferee:   BKM HOLDINGS (CAYMAN) LTD.
              C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
              ATTN: JENNIFER DONOVAN
              65 EAST 55TH STREET
              NEW YORK NY 10022


Your transfer  of claim #  51307-01  is defective for the reason(s) checked below:




Docket Number 39342              Date 08/12/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 15, 2013.
```

EXHIBIT B

```
TIME: 18:36:08                                    LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   1
DATE: 08/15/13                                          CREDITOR LISTING

Name                          Address
BKM HOLDINGS (CAYMAN) LTD.    C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
GOLDMAN SACHS & CO.           TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302


Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC