B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>     Case No. <u>08-13555 Jointly Administered</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Paulson Partners Enhanced, L.P.</u>     <u>Deutsche Bank AG, London Branch</u>
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee should be sent:
    Paulson Partners Enhanced, L.P.
    c/o Paulson & Co.
    1251 Avenue of the Americas
    50th Floor
    New York, NY 10020
    Attn: James Olivo
Phone: 212-599-6323 (p) 212-977-9505 (f)
Last Four Digits of Acct #: _____

Court Claim # (if known): 66802
Amount of Claim Transferred: $7,797,760.00
Date Claim Filed: 6/7/2010

Phone: N/A
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kevin M. Eckhardt          Date: August 20, 2013
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66802

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Paulson Partners Enhanced L.P.**
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Attn:   James Olivo
Tel:    212-956-2221
Fax:    212-977-9505
Email:  James.Olivo@paulsonco.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 66802, solely to the extent of $7,797,760.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated   August 16  , 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
Name:                                Name:
Title:                               Title: