WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**               :    **08-13555 (JMP)**
                                                               :
              **Debtors.**                                     :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x
                                                               :
**In re**                                                      :
                                                               :    **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
                                                               :    **08-01420 (JMP) (SIPA)**
              **Debtor.**                                      :
                                                               :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**THE SIXTY-FOURTH OMNIBUS HEARING ON AUGUST 21, 2013 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

**A.    Lehman Brothers Holdings Inc. Chapter 11 Cases**

1. Motion for Approval of Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures [**ECF No. 38757**]

   Response Deadline:    August 14, 2011 at 4:00 p.m.

   Response Received:

   A.    Objection of U.S. Bank National Association, as Trustee [**ECF No. 39464**]

   B.    Affidavit of Donald F. Higgins in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures [**ECF No. 39516**]

   C.    Affidavit of Jonathan DeMarco in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures [**ECF No. 39515**]

   Related Document:

   D.    Declaration of Lawrence Brandman in Support of Motion [**ECF No. 39311**]

   Status:  This matter is going forward.

**B.    Adversary Proceedings**

2. LBSF v. Ballyrock ABS CDO 2007-1 Limited and Wells Fargo Bank, N.A., Trustee [**Case No. 09-01032**]

**Motion to Compel of Barclays Bank plc, Long Island International Limited for the Production of Documents**

    A.    Stipulation and Order Establishing Briefing Schedule for Motion to Compel **[ECF No. 122]**

    B.    Motion to Compel the Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 123]**

    C.    Declaration of Harry Ahlin in Support of the Motion of Barclays Bank plc, Long Island International Limited to Compel the Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 125]**

    D.    Motion to Compel **[ECF No. 130]**

    E.    Memorandum of Law in Support of Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financial, Inc. **[ECF No. 135]**

    F.    Response in Opposition to the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 136]**

    G.    Declaration of Robert W. Gaffey in Support of Response in Opposition to the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 137]**

    H.    Declaration of Thomas E. Hommel in Support of Response in Opposition to the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 138]**

    I.    Declaration of Richard W. Slack in Support of Response in Opposition to the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 139]**

    J.    Reply Memorandum of Law in Support of the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 142]**

    K.    Reply Declaration of Joshua Fritsch in Support of Motion of Barclays Bank plc and Long Island International Limited to

            Compel the Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 143]**

    L.    Declaration of Mark Shapiro in Support of the Motion of Barclays Bank plc and Long Island International Limited to Compel the Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 144]**

    M.    Notice of Hearing of Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 146]**

    N.    Statement / Correspondence to the Honorable James M. Peck from the LBI Trustee **[ECF No. 152]**

    O.    Response of Barclays Bank plc and Long Island International Limited to the Trustee's Letter Concerning Their Motion to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 155]**

Status:  This matter is going forward as a status conference.

## II. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc. Chapter 11 Cases

3.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

Response Deadline:   February 9, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection [**ECF No. 14398**]

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

Status:  This matter has been adjourned to September 18, 2013 at 10:00 a.m.

4. Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

   Response Deadline:   September 11, 2013 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to September 18, 2013 at 10:00 a.m.

5. Motion of RBC Dominion Securities Inc. to Compel Lehman Brothers Holdings, Inc. to Reissue Checks for Allowed Claim [**ECF No. 39062**]

   Response Deadline:   August 14, 2013 at 4:00 p.m.

   Response Received:

     A.   Response of Plan Administrator [**ECF No. 94453**]

   Related Documents:   None.

   Status:  This matter has been adjourned to September 18, 2013 at 10:00 a.m.

B. **Securities Investor Protection Corporation Proceedings**

6. Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

   Response Deadline:   August 8, 2012 at 4:00 p.m.

   Responses Received:

     A.   Response of LBHI Entities [**LBI ECF No. 5211**]

     B.   Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

     C.   Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

     D.   Trustee's Opposition [**LBI ECF No. 5215**]

     E.   Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**]

5

   F.  Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

  Related Documents:

   G.  Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

   H.  Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

   I.  FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

   J.  Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

   K.  Stipulation and Agreed Order Resolving Motion of FirstBank Puerto Rico for Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim [**LBI ECF No. 6303**]

   L.  Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc. [**LBI ECF No. 6938**]

   M.  Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040, 6193, 6322, 6746, 7019**]

   N.  Notice of Hearing [**LBI ECF No. 6952**]

  Status:  This matter has been adjourned to September 18, 2013 at 10:00 a.m.

7. Trustee's Eighty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6373**]

  Response Deadline: July 3, 2013 at 4:00 p.m.

  Response Received:

   A.  Response of Douglas Hall [**LBI ECF No. 6854**]

  Related Documents:

   B.  Order Granting the Trustee's Eighty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. 6969**]

6

      C.      Notice of Adjournment [**LBI ECF No. 6919**]

Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to a certain claim.

8.    Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) [**LBI ECF No. 6426**]

Response Deadline:    July 8, 2013 at 4:00 p.m., extended for certain parties to August 9, 2013 at 4:00 p.m.

Responses Received:

      A.      Responses of Joseph Wilson [**LBI ECF Nos. 6692, 6693**]

      B.      Response of Samuel Belk [**LBI ECF No. 6715**]

      C.      Response of Charlotte Grezo [**LBI ECF No. 6816**]

Related Documents:

      D.      Certificate of No Objection [**LBI ECF No. 6999**]

      E.      Notice of Adjournment [**LBI ECF No. 6992**]

      F.      Notice of Withdrawal **[LBI ECF No. 6872]**

Status:  This matter has been adjourned without date solely as to certain claims.

9.    Trustee's Eighty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6556**]

Response Deadline:    July 9, 2013 at 4:00 p.m.

Response Received:

      A.      Responses of Craig Kornett, John Quattrochhi, and Michael Wang [**LBI ECF No. 6721**]

Related Documents:

      B.      Order Granting the Trustee's Eighty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims). [**LBI ECF No. 6970**]

      C.      Notice of Adjournment [**LBI ECF No. 6920**]

Status:  This matter has been adjourned without date solely as to certain claims.

10. Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6566**]

    Response Deadline:    July 10, 2013 at 4:00 p.m.

    Responses Received:

    A.    Response of Joseph Stanaitis [**LBI ECF No. 6818**]

    B.    Responses of Employee's Retirement System of the Government of the Virgin Islands [**LBI ECF Nos. 6819, 6820**]

    C.    Response of H.D. Christian [**Not Docketed at LBI ECF**]

    Related Documents:

    D.    Order Granting the Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims). [**LBI ECF No. 6971**]

    E.    Notices of Adjournment [**LBI ECF No. 6921**]

    Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to certain claims.

11. Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6682**]

    Response Deadline:    July 23, 2013 at 4:00 p.m.

    Response Received:

    A.    Response of Judith Blackshire [**Not Docketed at LBI ECF**]

    Related Documents:

    B.    Certificate of No Objection [**LBI ECF No. 7014**]

    C.    Notice of Adjournment [**LBI ECF No. 7009**]

    Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to certain claims.

12. Trustee's Ninety-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6684**]

    Response Deadline:    July 23, 2013 at 4:00 p.m., extended for certain parties to August 6, 2013 at 4:00 p.m.

8

US_ACTIVE:\44314435\5\58399.0011

Response Received:

    A.    Response of William and Colleen Noyes **[LBI ECF No. 6855]**

Related Documents:

    B.    Certificate of No Objection **[LBI ECF No. 6987]**

    C.    Notice of Adjournment **[LBI ECF No. 6981]**

Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to a certain claim.

13. Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6699**]

Response Deadline:    July 24, 2013 at 4:00 p.m., extended for certain parties to July 31, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Jan De Deka Koss [**Not Docketed at LBI ECF**]

    B.    Response of Donald Perata [**LBI ECF No. 6863**]

Related Documents:

    C.    Certificate of No Objection [**LBI ECF No. 6984**]

    D.    Notice of Adjournment [**LBI ECF No. 6980**]

Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to certain claims.

14. Trustee's Objection to General Creditor Proof of Claim of Riverside Holdings, L.L.P. (Claim No. 9004770) [**LBI ECF No. 6389**]

Response Deadline:    Extended to August 26, 2013 at 4:00 p.m.

Response Received:    None.

Related Document:

    A.    Notice of Adjournment **[LBI ECF No. 7050]**

Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m.

15. Trustee's One Hundred First Omnibus Objection to General Creditor Claims (Employee Equity Claims) [**LBI ECF No. 6728**]

   Response Deadline:   July 30, 2013 at 4:00 p.m., extended for certain parties to August 6, 2013 at 4:00 p.m.

   Response Received:

   A.   Responses of Neil Dubrow, Paul Gasparro, John Laurino, and Patricia Salles [**LBI ECF No. 6897**]

   Related Documents:

   B.   Certificate of No Objection [**LBI ECF No. 6985**]

   C.   Notice of Adjournment [**LBI ECF No. 6979**]

   Status: This matter has been adjourned to a date to be determined, solely as to certain claims.

Dated: August 20, 2013
       New York, New York

                                  /s/ Robert J. Lemons
                                  Robert J. Lemons

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Lehman Brothers Holdings Inc.
                                  and Certain of Its Affiliates

Dated: August 20, 2013
       New York, New York

                                  /s/ Jeffrey S. Margolin
                                  James B. Kobak, Jr.
                                  Christopher K. Kiplok
                                  Jeffrey S. Margolin

                                  HUGHES HUBBARD & REED LLP
                                  One Battery Park Plaza
                                  New York, New York 10004
                                  Telephone: (212) 837-6000
                                  Facsimile: (212) 422-4726

                                  Attorneys for James W. Giddens, Trustee for
                                  the SIPA Liquidation of Lehman Brothers Inc.

10