# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| King Street Acquisition Company, L.L.C. | Barclays Bank PLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

King Street Acquisition Company, L.L.C.
65 East 55th Street, 30th Floor,
New York, NY 10022
Telephone: + 1 212 710 5025
Facsimile: +1 212 812 3125
Contact: Trade Claims
E-mail: tradeclaims@kingstreet.com

Court Claim # (if known): 27011

Amount of Claim Transferred: $4,352,662.01

Date Claim Filed: September 22, 2009

Last Four Digits of Acct. #: _____     Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

King Street Acquisition Company, L.L.C.
By: King Street Capital Management, L.P.
    Its Manager

By: _____     Date: 8/20/13
Name: Howard Baum
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

452-628/CERTS/3737801.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 27011 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on                 .

| Barclays Bank PLC | King Street Acquisition Company, L.L.C. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Barclays Bank PLC<br>5 The North Colonnade,<br>Canary Wharf,<br>London E14 4BB England<br>Attention: Scott Barnett<br>Telephone: +44 207 773 3914<br>E-Mail: scott.barnett@barclays.com | King Street Acquisition Company, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Attention: Trade Claims<br>Telephone: +1 212 710 5025<br>Facsimile: +1 212 812 3125<br>E-mail: tradeclaims@kingstreet.com |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

452-628/CERTS/3737801.1

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **King Street Acquisition Company, L.L.C.** ("Buyer") all rights, title, interest, claims and causes of action, in and to, or arising under or in connection with, the claims (as such term is defined in Section 101 (5) of the U.S. Bankruptcy Code) of Seller **referenced as proof of claim number 27011** in the principal amount of **$4,352,662.01** plus all interest, fees and other amounts related thereto against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered) and any and all documents filed with the Bankruptcy Court in respect of the proof of claim number 27011 (collectively, the "Claim").

Seller hereby waives any objection to the transfer to Buyer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __16__ day of July, 2013.

| SELLER: | BUYER: |
|---|---|
| Barclays Bank PLC | KING STREET ACQUISITION COMPANY, L.L.C.<br>By: King Street Capital Management, L.P.<br>      Its Manager |
| _[signature]_<br>Name: Authorized Signatory<br>Aileen Montana<br>Title: Vice President | By: _____<br>Name: Howard Baum<br>Title: Authorized Signatory |

16578369v1
452-628/CERTS/3828361.1

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **King Street Acquisition Company, L.L.C.** ("Buyer") all rights, title, interest, claims and causes of action, in and to, or arising under or in connection with, the claims (as such term is defined in Section 101 (5) of the U.S. Bankruptcy Code) of Seller **referenced as proof of claim number 27011** in the principal amount of **$4,352,662.01** plus all interest, fees and other amounts related thereto against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered) and any and all documents filed with the Bankruptcy Court in respect of the proof of claim number 27011 (collectively, the "Claim").

Seller hereby waives any objection to the transfer to Buyer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the  16   day of July, 2013.

| SELLER: | BUYER: |
|---|---|
| **Barclays Bank PLC** | **KING STREET ACQUISITION COMPANY, L.L.C.**<br>By: King Street Capital Management, L.P.<br>     Its Manager<br><br>By: _____<br>Name: Howard Baum<br>Title: Authorized Signatory |
| Name:<br><br>Title: | |

16578369v1
452-628/CERTS/3828361.1