AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Steven M. Pesner
Deborah Newman
Justin H. Bell
Roxanne Tizravesh

*Attorneys for Shinhan Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　: Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　: Case No. 08-13555 (JMP)
　　　　　　　　Debtors.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　: (Jointly Administered)
------------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF WRITTEN OBJECTION TO THE**
**NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES PURSUANT TO DEBTORS' THIRD AMENDED JOINT**
**CHAPTER 11 PLAN PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

　　　**WHEREAS**, Debtors in the above-captioned proceeding filed the *Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts*, on June 27, 2013, at Docket No. 38227, and the *Notice of Corrected Exhibit with Respect to Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts*, on July 12, 2013, at Docket No. 38686, thereby withdrawing Debtors' application to assume certain executory contracts as against Shinhan Bank (the "Shinhan Withdrawal");

　　　**PLEASE TAKE NOTICE** that, based on the Shinhan Withdrawal, Shinhan Bank, by and through its undersigned counsel, hereby withdraws its *Written Objection to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third*

*Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code*, which was

filed on November 21, 2011, at Docket No. 22395.

Dated:      New York, New York
            August 20, 2013

                                            AKIN GUMP STRAUSS HAUER & FELD LLP


                                            By:   */s/ Deborah Newman*
                                                  Steven M. Pesner
                                                  Deborah Newman
                                                  Justin H. Bell
                                                  Roxanne Tizravesh
                                                  Akin Gump Strauss Hauer & Feld LLP
                                                  One Bryant Park
                                                  New York, New York 10036
                                                  (212) 872-1000 (Telephone)
                                                  (212) 872-1002 (Facsimile)
                                                  Email:   spesner@akingump.com
                                                           djnewman@akingump.com
                                                           bellj@akingump.com
                                                           rtizravesh@akingump.com

                                            *Attorneys for Shinhan Bank*

2