CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**PARTIAL WITHDRAWAL OF PROOF OF CLAIM 31037 FILED BY U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE AGAINST LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH FORWARD PURCHASE AGREEMENTS INVOLVING AMERICAN BAPTIST HOMES OF THE WEST**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*US. Bank*") by and through its counsel, Chapman and Cutler LLP, hereby withdraws that portion of Claim Number 31037 filed against Lehman Brothers Special Financing Inc. relating to forward purchase agreements involving American Baptist Homes of the West. No other portion of Proof of Claim 31037 shall be affected hereby, and no other claim of U.S.

3445719.01.01.doc

Bank National Association, in any capacity, shall be affected hereby.

August 20, 2013

                                       Respectfully submitted,

                                       U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

                                       By: _____

                                       Its: **Timothy Pillar**
                                               **Vice President**