REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 33514 FILED BY FRANK TOLIN JR.

**PLEASE TAKE NOTICE** that the hearing on Plan Administrator's Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [Docket No. 37839] that was scheduled for August 29, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to September 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  August 20, 2013

/s/ Michael A. Rollin
Michael A. Rollin
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

1419480