UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                                               :    Chapter 11 Case No.
                                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                                                        :
                    Debtors.                                                 :    (Jointly Administered)
                                                                                        :
-----------------------------------------------------------------x    Ref. Docket No. 39505

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                                    ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2013, I caused to be served the "Notice of Adjournment of Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claim," dated August 16, 2013 [Docket No. 39505],
by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
19th day of August, 2013
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2014

T:\Clients\LBH\Affidavits\NOA 291st Omni_DI_39505_AFF_8-16-13_KH.doc

# EXHIBIT A

| | |
|---|---|
| aaaronson@dilworthlaw.com | kdwbankruptcydepartment@kelleydrye.com |
| aalfonso@willkie.com | keckhardt@hunton.com |
| abeaumont@fklaw.com | keith.simon@lw.com |
| abraunstein@riemerlaw.com | ken.coleman@allenovery.com |
| acaton@kramerlevin.com | ken.higman@hp.com |
| acker@chapman.com | kerry.moynihan@hro.com |
| adam.brezine@hro.com | kgwynne@reedsmith.com |
| adarwin@nixonpeabody.com | kiplok@hugheshubbard.com |
| adiamond@diamondmccarthy.com | kit.weitnauer@alston.com |
| aeckstein@blankrome.com | kjarashow@stutman.com |
| aentwistle@entwistle-law.com | kkelly@ebglaw.com |
| afriedman@irell.com | kkolbig@mosessinger.com |
| agbanknewyork@ag.tn.gov | klyman@irell.com |
| aglenn@kasowitz.com | klynch@formanlaw.com |
| agold@herrick.com | kmayer@mccarter.com |
| agoldstein@tnsj-law.com | kobak@hugheshubbard.com |
| ahandler@moundcotton.com | korr@orrick.com |
| aisenberg@saul.com | kovskyd@pepperlaw.com |
| akantesaria@oppenheimerfunds.com | kressk@pepperlaw.com |
| akolod@mosessinger.com | kreynolds@mklawnyc.com |
| alum@ftportfolios.com | krodriguez@allenmatkins.com |
| amarder@msek.com | krosen@lowenstein.com |
| amartin@sheppardmullin.com | kuehn@bespc.com |
| amcmullen@boultcummings.com | kurt.mayr@bgllp.com |
| amenard@tishmanspeyer.com | lacyr@sullcrom.com |
| andrew.brozman@cliffordchance.com | landon@streusandlandon.com |
| andrew.lourie@kobrekim.com | lapeterson@foley.com |
| angelich.george@arentfox.com | lathompson@co.sanmateo.ca.us |
| ann.reynaud@shell.com | lawallf@pepperlaw.com |
| anthony_boccanfuso@aporter.com | lawrence.gelber@srz.com |
| aoberry@bermanesq.com | lberkoff@moritthock.com |
| aostrow@beckerglynn.com | lee.stremba@troutmansanders.com |
| aquale@sidley.com | lgotko@fklaw.com |
| arahl@reedsmith.com | lgranfield@cgsh.com |
| arainone@bracheichler.com | lhandelsman@stroock.com |
| arheaume@riemerlaw.com | linda.boyle@twtelecom.com |
| arlbank@pbfcm.com | lisa.ewart@wilmerhale.com |
| arosenblatt@chadbourne.com | lisa.kraidin@allenovery.com |
| arthur.rosenberg@hklaw.com | lisa.solomon@att.net |
| arwolf@wlrk.com | ljkotler@duanemorris.com |
| aseuffert@lawpost-nyc.com | lkatz@ltblaw.com |

1

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com

lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

2

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com

mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com

| | |
|---|---|
| dhayes@mcguirewoods.com | nathan.spatz@pillsburylaw.com |
| dheffer@foley.com | nbojar@fklaw.com |
| dhurst@coleschotz.com | ncoco@mwe.com |
| diconzam@gtlaw.com | neal.mann@oag.state.ny.us |
| djoseph@stradley.com | ned.schodek@shearman.com |
| dkessler@ktmc.com | neilberger@teamtogut.com |
| dkleiner@velaw.com | newyork@sec.gov |
| dkozusko@willkie.com | nherman@morganlewis.com |
| dlemay@chadbourne.com | nissay_10259-0154@mhmjapan.com |
| dlipke@vedderprice.com | nlepore@schnader.com |
| dludman@brownconnery.com | notice@bkcylaw.com |
| dmcguire@winston.com | oipress@travelers.com |
| dmurray@jenner.com | otccorpactions@finra.org |
| dneier@winston.com | paronzon@milbank.com |
| dodonnell@milbank.com | patrick.oh@freshfields.com |
| dove.michelle@dorsey.com | paul.turner@sutherland.com |
| dpegno@dpklaw.com | pbattista@gjb-law.com |
| draelson@fisherbrothers.com | pbosswick@ssbb.com |
| dravin@wolffsamson.com | pdublin@akingump.com |
| drosenzweig@fulbright.com | peisenberg@lockelord.com |
| drosner@goulstonstorrs.com | peter.blasone@klgates.com |
| drosner@kasowitz.com | peter.gilhuly@lw.com |
| dshaffer@wtplaw.com | peter.macdonald@wilmerhale.com |
| dshemano@peitzmanweg.com | peter.simmons@friedfrank.com |
| dspelfogel@foley.com | peter@bankrupt.com |
| dtatge@ebglaw.com | pfeldman@oshr.com |
| dtheising@harrisonmoberly.com | phayden@mcguirewoods.com |
| dwdykhouse@pbwt.com | philip.wells@ropesgray.com |
| dwildes@stroock.com | pmaxcy@sonnenschein.com |
| dworkman@bakerlaw.com | ppascuzzi@ffwplaw.com |
| easmith@venable.com | ppatterson@stradley.com |
| echang@steinlubin.com | psp@njlawfirm.com |
| ecohen@russell.com | ptrain-gutierrez@kaplanlandau.com |
| edward.flanders@pillsburylaw.com | ptrostle@jenner.com |
| efleck@milbank.com | r.stahl@stahlzelloe.com |
| efriedman@fklaw.com | raj.madan@bingham.com |
| efriedman@friedumspring.com | ramona.neal@hp.com |
| eglas@mccarter.com | rbeacher@pryorcashman.com |
| ekbergc@lanepowell.com | rbernard@foley.com |
| eleicht@whitecase.com | rbyman@jenner.com |
| ellen.halstead@cwt.com | rdaversa@orrick.com |

4

emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com

relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com

5

| | |
|---|---|
| icatto@mwe.com | samuel.cavior@pillsburylaw.com |
| igoldstein@proskauer.com | sandyscafaria@eaton.com |
| ilevee@lowenstein.com | scargill@lowenstein.com |
| ira.greene@hoganlovells.com | schannej@pepperlaw.com |
| israel.dahan@cwt.com | schepis@pursuitpartners.com |
| iva.uroic@dechert.com | schnabel.eric@dorsey.com |
| jacobsonn@sec.gov | schristianson@buchalter.com |
| james.heaney@lawdeb.com | schwartzmatthew@sullcrom.com |
| james.mcclammy@dpw.com | scott.golden@hoganlovells.com |
| james.sprayregen@kirkland.com | scottj@sullcrom.com |
| jamestecce@quinnemanuel.com | scottshelley@quinnemanuel.com |
| jar@outtengolden.com | scousins@armstrongteasdale.com |
| jason.jurgens@cwt.com | sdnyecf@dor.mo.gov |
| jay.hurst@oag.state.tx.us | seba.kurian@invesco.com |
| jay@kleinsolomon.com | sehlers@armstrongteasdale.com |
| jbecker@wilmingtontrust.com | seichel@crowell.com |
| jbeemer@entwistle-law.com | sfelderstein@ffwplaw.com |
| jbeiers@co.sanmateo.ca.us | sfineman@lchb.com |
| jbird@polsinelli.com | sfox@mcguirewoods.com |
| jbromley@cgsh.com | sgordon@cahill.com |
| jcarberry@cl-law.com | sgubner@ebg-law.com |
| jchristian@tobinlaw.com | shannon.nagle@friedfrank.com |
| jchubak@proskauer.com | sharbeck@sipc.org |
| jdoran@haslaw.com | shari.leventhal@ny.frb.org |
| jdrucker@coleschotz.com | shgross5@yahoo.com |
| jdwarner@warnerandscheuerman.com | sidorsky@butzel.com |
| jdyas@halperinlaw.net | sleo@bm.net |
| jean-david.barnea@usdoj.gov | slerman@ebglaw.com |
| jeanites@whiteandwilliams.com | slerner@ssd.com |
| jeannette.boot@wilmerhale.com | slevine@brownrudnick.com |
| jeff.wittig@coair.com | sloden@diamondmccarthy.com |
| jeffery.black@bingham.com | smayerson@ssd.com |
| jeffrey.sabin@bingham.com | smillman@stroock.com |
| jeldredge@velaw.com | smulligan@bsblawyers.com |
| jemma.mcpherson@cliffordchance.com | snewman@katskykorins.com |
| jen.premisler@cliffordchance.com | sory@fdlaw.com |
| jennifer.demarco@cliffordchance.com | spiotto@chapman.com |
| jennifer.gore@shell.com | squsba@stblaw.com |
| jeremy.eiden@ag.state.mn.us | sree@lcbf.com |
| jfalgowski@reedsmith.com | sschultz@akingump.com |
| jflaxer@golenbock.com | sselbst@herrick.com |

6

jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com

wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574


DELAWARE RIVER PORT AUTHORITY
ATTN: JAMES WHITE
ONE PORT CENTER, 8TH FLOOR
TWO RIVERSIDE DRIVE
P.O BOX 1949
CAMDEN, NJ 08101-1949


BLANK ROME, LLP
ATTN: ANDREW ECKSTEIN
405 LEXINGTON AVENUE
NEW YORK, NY 10174