UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x   CHAPTER 11
In Re

LB 745 LLC                                                                CASE NO.: 08-13555 (LMP)
-------------------------------------------------------------------------x

ORDER GRANTING MOTION BY YURI BELIK AND IRENE BELIK FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)

Upon the motion dated August 20, 2013 (the "Motion") of YURI BELIK

and IRENE BELIK ("collectively, the "Movants"), for an Order, pursuant to 11 U.S.C.

§362(d), lifting the automatic stay imposed in the above-captioned case by 11 U.S.C.

§362(a) to allow Movants to prosecute their claims against LB 745 LLC in an action

entitled YURI BELIK and IRENE BELIK v. LB 745 LLC, HARRIGAN

CONTRACTING, INC. and HENEGAN CONSTRUCTION CO., INC; and in a third party

action under the same caption, LB 745 LLC and HENGAN CONSTRUCTION CO., INC.,

v. JDM INDUSTRIES, INC., and FOREST ELECTRIC CORP., Index No.: 350455/08,

pending before the Supreme Court of the State of New York, New York County (the

"Action")to the extent of LB 745 LLC's available insurance coverage; and a hearing on the

Motion having been held on September 18, 2013; and after due deliberation and sufficient

cause appearing;

IT IS HEREBY ORDERED, that the motion is granted as provided herein;

and it is further,

ORDERED, that the automatic stay imposed by 11 U.S.C.§362(a) is lifted

pursuant to 11 U.S.C. §362(d) to allow Movants to prosecute their claims against LB 745

LLC in the Action pursuant to the terms of this Order; and it is further,

ORDERED, that Movants may proceed with the Action against LB 745

LLC only to the extent of LB 745 LLC's available insurance coverage, and Movants waive

any and all rights to assert a claim against the states of the Debtors arising from the Action

including any deductible.

Dated: New York, New York
    __th day of _____, 2013



_____
Honorable James J. Peck
United States Bankruptcy Judge