UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
----------------------------------------------------------------x    Ref. Docket No. 39492

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2013, I caused to be served the "Notice of Fourth Distribution Date and Record Date in Connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated August 16, 2013 [Docket No. 39492], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Pete Caris*
Sworn to before me this                                        Pete Caris
16th day of August, 2013
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2014

T:\Clients\LBH\Affidavits\Notice of 4th Distribution_DI_39492_AFF_8-16-13.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@willkie.com | barbra.parlin@hklaw.com |
| abeaumont@fklaw.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bmanne@tuckerlaw.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| aeckstein@blankrome.com | brian.corey@greentreecreditsolutions.com |
| aentwistle@entwistle-law.com | brosenblum@jonesday.com |
| afriedman@irell.com | broy@rltlawfirm.com |
| agbanknewyork@ag.tn.gov | bruce.wright@sutherland.com |
| aglenn@kasowitz.com | bstrickland@wtplaw.com |
| agold@herrick.com | btrust@mayerbrown.com |
| agoldstein@tnsj-law.com | bturk@tishmanspeyer.com |
| ahandler@moundcotton.com | bwolfe@sheppardmullin.com |
| aisenberg@saul.com | bzabarauskas@crowell.com |
| akantesaria@oppenheimerfunds.com | cahn@clm.com |
| akolod@mosessinger.com | calbert@reitlerlaw.com |
| alum@ftportfolios.com | canelas@pursuitpartners.com |
| amarder@msek.com | carol.weinerlevy@bingham.com |
| amartin@sheppardmullin.com | cbelisle@wfw.com |
| amcmullen@boultcummings.com | cbelmonte@ssbb.com |
| amenard@tishmanspeyer.com | cdesiderio@nixonpeabody.com |
| andrew.brozman@cliffordchance.com | cgoldstein@stcwlaw.com |
| andrew.lourie@kobrekim.com | chad.husnick@kirkland.com |
| angelich.george@arentfox.com | chammerman@paulweiss.com |
| ann.reynaud@shell.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chipford@parkerpoe.com |
| aostrow@beckerglynn.com | chris.donoho@lovells.com |
| aquale@sidley.com | christopher.greco@kirkland.com |
| arahl@reedsmith.com | clarkb@sullcrom.com |
| arainone@bracheichler.com | clynch@reedsmith.com |
| arheaume@riemerlaw.com | cmontgomery@salans.com |
| arlbank@pbfcm.com | cohen@sewkis.com |
| arosenblatt@chadbourne.com | cp@stevenslee.com |
| arthur.rosenberg@hklaw.com | cpappas@dilworthlaw.com |
| arwolf@wlrk.com | craig.goldblatt@wilmerhale.com |
| aseuffert@lawpost-nyc.com | crmomjian@attorneygeneral.gov |
| ashmead@sewkis.com | csalomon@beckerglynn.com |
| asnow@ssbb.com | cschreiber@winston.com |
| aunger@sidley.com | cshore@whitecase.com |
| austin.bankruptcy@publicans.com | cshulman@sheppardmullin.com |
| avenes@whitecase.com | cszyfer@stroock.com |
| azylberberg@whitecase.com | cwalsh@mayerbrown.com |
| bankr@zuckerman.com | cward@polsinelli.com |
| bankruptcy@goodwin.com | cweber@ebg-law.com |
| bankruptcy@morrisoncohen.com | cweiss@ingramllp.com |
| bankruptcy@ntexas-attorneys.com | dallas.bankruptcy@publicans.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| dave.davis@isgria.com | easmith@venable.com |
| david.bennett@tklaw.com | echang@steinlubin.com |
| david.heller@lw.com | ecohen@russell.com |
| david.powlen@btlaw.com | edward.flanders@pillsburylaw.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@fklaw.com |
| dbarber@bsblawyers.com | efriedman@friedumspring.com |
| dbaumstein@whitecase.com | eglas@mccarter.com |
| dbesikof@loeb.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | eleicht@whitecase.com |
| dcoffino@cov.com | ellen.halstead@cwt.com |
| dcrapo@gibbonslaw.com | emagnelli@bracheichler.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | enkaplan@kaplanlandau.com |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | epearlman@scottwoodcapital.com |
| deggert@freebornpeters.com | erin.mautner@bingham.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| dfelder@orrick.com | etillinghast@sheppardmullin.com |
| dflanigan@polsinelli.com | ezujkowski@emmetmarvin.com |
| dgrimes@reedsmith.com | ezweig@optonline.net |
| dhayes@mcguirewoods.com | fbp@ppgms.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| dhurst@coleschotz.com | fhyman@mayerbrown.com |
| diconzam@gtlaw.com | foont@foontlaw.com |
| djoseph@stradley.com | fritschj@sullcrom.com |
| dkessler@ktmc.com | fsosnick@shearman.com |
| dkleiner@velaw.com | fyates@sonnenschein.com |
| dkozusko@willkie.com | gabriel.delvirginia@verizon.net |
| dlemay@chadbourne.com | gbray@milbank.com |
| dlipke@vedderprice.com | george.south@dlapiper.com |
| dludman@brownconnery.com | ggitomer@mkbattorneys.com |
| dmcguire@winston.com | ggoodman@foley.com |
| dmurray@jenner.com | giddens@hugheshubbard.com |
| dneier@winston.com | gkaden@goulstonstorrs.com |
| dodonnell@milbank.com | glenn.siegel@dechert.com |
| dove.michelle@dorsey.com | gmoss@riemerlaw.com |
| dpegno@dpklaw.com | gravert@ravertpllc.com |
| draelson@fisherbrothers.com | gspilsbury@jsslaw.com |
| dravin@wolffsamson.com | harrisjm@michigan.gov |
| drosenzweig@fulbright.com | harveystrickon@paulhastings.com |
| drosner@goulstonstorrs.com | hbeltzer@mayerbrown.com |
| drosner@kasowitz.com | heim.steve@dorsey.com |
| dshaffer@wtplaw.com | heiser@chapman.com |
| dshemano@peitzmanweg.com | hmagaliff@r3mlaw.com |
| dspelfogel@foley.com | hollace.cohen@troutmansanders.com |
| dtatge@ebglaw.com | holsen@stroock.com |
| dtheising@harrisonmoberly.com | howard.hawkins@cwt.com |
| dwdykhouse@pbwt.com | hseife@chadbourne.com |
| dwildes@stroock.com | hsnovikoff@wlrk.com |
| dworkman@bakerlaw.com | hsteel@brownrudnick.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| ian.roberts@bakerbotts.com | jjoyce@dresslerpeters.com |
| icatto@mwe.com | jjtancredi@daypitney.com |
| igoldstein@proskauer.com | jjureller@klestadt.com |
| ilevee@lowenstein.com | jlamar@maynardcooper.com |
| ira.greene@hoganlovells.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.heaney@lawdeb.com | jlscott@reedsmith.com |
| james.mcclammy@dpw.com | jmaddock@mcguirewoods.com |
| james.sprayregen@kirkland.com | jmakower@tnsj-law.com |
| jamestecce@quinnemanuel.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmelko@gardere.com |
| jason.jurgens@cwt.com | jmerva@fult.com |
| jay.hurst@oag.state.tx.us | jmmurphy@stradley.com |
| jay@kleinsolomon.com | jmr@msf-law.com |
| jbecker@wilmingtontrust.com | jnadritch@olshanlaw.com |
| jbeemer@entwistle-law.com | jnm@mccallaraymer.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | jonathan.henes@kirkland.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jchubak@proskauer.com | joseph.serino@kirkland.com |
| jdoran@haslaw.com | joshua.dorchak@bingham.com |
| jdrucker@coleschotz.com | jowen769@yahoo.com |
| jdwarner@warnerandscheuerman.com | jowolf@law.nyc.gov |
| jdyas@halperinlaw.net | joy.mathias@dubaiic.com |
| jean-david.barnea@usdoj.gov | jpintarelli@mofo.com |
| jeanites@whiteandwilliams.com | jporter@entwistle-law.com |
| jeannette.boot@wilmerhale.com | jprol@lowenstein.com |
| jeff.wittig@coair.com | jrabinowitz@rltlawfirm.com |
| jeffery.black@bingham.com | jrsmith@hunton.com |
| jeffrey.sabin@bingham.com | jschiller@bsfllp.com |
| jeldredge@velaw.com | jschwartz@hahnhessen.com |
| jemma.mcpherson@cliffordchance.com | jsheerin@mcguirewoods.com |
| jen.premisler@cliffordchance.com | jshenwick@gmail.com |
| jennifer.demarco@cliffordchance.com | jsherman@bsfllp.com |
| jennifer.gore@shell.com | jshickich@riddellwilliams.com |
| jeremy.eiden@ag.state.mn.us | jsmairo@pbnlaw.com |
| jfalgowski@reedsmith.com | jstoll@mayerbrown.com |
| jflaxer@golenbock.com | jsullivan@mosessinger.com |
| jfreeberg@wfw.com | jtimko@shutts.com |
| jg5786@att.com | jtorf@schiffhardin.com |
| jgenovese@gjb-law.com | judy.morse@crowedunlevy.com |
| jguy@orrick.com | jvail@ssrl.com |
| jherzog@gklaw.com | jwallack@goulstonstorrs.com |
| jhiggins@fdlaw.com | jwcohen@daypitney.com |
| jhorgan@phxa.com | jweiss@gibsondunn.com |
| jhuggett@margolisedelstein.com | jwest@velaw.com |
| jim@atkinslawfirm.com | jwh@njlawfirm.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| kanema@formanlaw.com | lscarcella@farrellfritz.com |
| karen.wagner@dpw.com | lschweitzer@cgsh.com |
| karl.geercken@alston.com | lubell@hugheshubbard.com |
| kdwbankruptcydepartment@kelleydrye.com | lwhidden@salans.com |
| keckhardt@hunton.com | mabrams@willkie.com |
| keith.simon@lw.com | maofiling@cgsh.com |
| ken.coleman@allenovery.com | marc.chait@sc.com |
| ken.higman@hp.com | margolin@hugheshubbard.com |
| kerry.moynihan@hro.com | mark.bane@ropesgray.com |
| kgwynne@reedsmith.com | mark.deveno@bingham.com |
| kiplok@hugheshubbard.com | mark.ellenberg@cwt.com |
| kit.weitnauer@alston.com | mark.ellenberg@cwt.com |
| kjarashow@stutman.com | mark.sherrill@sutherland.com |
| kkelly@ebglaw.com | marvin.clements@ag.tn.gov |
| kkolbig@mosessinger.com | matt@willaw.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| klynch@formanlaw.com | maustin@orrick.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@proskauer.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| kreynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krodriguez@allenmatkins.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcantor@normandyhill.com |
| kuehn@bespc.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mcyganowski@oshr.com |
| landon@streusandlandon.com | mdorval@stradley.com |
| lapeterson@foley.com | meghan.breen@srz.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lawallf@pepperlaw.com | meltzere@pepperlaw.com |
| lawrence.gelber@srz.com | metkin@lowenstein.com |
| lberkoff@moritthock.com | mfeldman@willkie.com |
| lee.stremba@troutmansanders.com | mgordon@briggs.com |
| lgotko@fklaw.com | mgreger@allenmatkins.com |
| lgranfield@cgsh.com | mh1@mccallaraymer.com |
| lhandelsman@stroock.com | mhopkins@cov.com |
| linda.boyle@twtelecom.com | michael.frege@cms-hs.com |
| lisa.ewart@wilmerhale.com | michael.kelly@monarchlp.com |
| lisa.kraidin@allenovery.com | michael.kim@kobrekim.com |
| lisa.solomon@att.net | michael.mccrory@btlaw.com |
| ljkotler@duanemorris.com | michaels@jstriallaw.com |
| lkatz@ltblaw.com | millee12@nationwide.com |
| lkiss@klestadt.com | miller@taftlaw.com |
| lmarinuzzi@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| lmay@coleschotz.com | mitchell.ayer@tklaw.com |
| lmcgowen@orrick.com | mjedelman@vedderprice.com |
| lml@ppgms.com | mjr1@westchestergov.com |
| lnashelsky@mofo.com | mkjaer@winston.com |
| loizides@loizides.com | mlahaie@akingump.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mlandman@lcbf.com | philip.wells@ropesgray.com |
| mlichtenstein@crowell.com | pmaxcy@sonnenschein.com |
| mlynch2@travelers.com | ppascuzzi@ffwplaw.com |
| mmooney@deilylawfirm.com | ppatterson@stradley.com |
| mmorreale@us.mufg.jp | psp@njlawfirm.com |
| mneier@ibolaw.com | ptrain-gutierrez@kaplanlandau.com |
| monica.lawless@brookfieldproperties.com | ptrostle@jenner.com |
| mpage@kelleydrye.com | r.stahl@stahlzelloe.com |
| mparry@mosessinger.com | raj.madan@bingham.com |
| mpomerantz@julienandschlesinger.com | ramona.neal@hp.com |
| mprimoff@kayescholer.com | rbeacher@pryorcashman.com |
| mpucillo@bermanesq.com | rbernard@foley.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mrothchild@mofo.com | rdaversa@orrick.com |
| mruetzel@whitecase.com | relgidely@gjb-law.com |
| mschimel@sju.edu | rflanagan@flanassoc.com |
| msegarra@mayerbrown.com | rfrankel@orrick.com |
| mshiner@tuckerlaw.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.fingard@newedge.com |
| mwarren@mtb.com | richard.lear@hklaw.com |
| nathan.spatz@pillsburylaw.com | richard.levy@lw.com |
| nbojar@fklaw.com | richard.tisdale@friedfrank.com |
| ncoco@mwe.com | richard@rwmaplc.com |
| neal.mann@oag.state.ny.us | rick.murphy@sutherland.com |
| ned.schodek@shearman.com | rjones@boultcummings.com |
| neilberger@teamtogut.com | rleek@hodgsonruss.com |
| newyork@sec.gov | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.bailey@bnymellon.com |
| notice@bkcylaw.com | robert.dombroff@bingham.com |
| oipress@travelers.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robin.keller@lovells.com |
| paul.turner@sutherland.com | roger@rnagioff.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbosswick@ssbb.com | ross.martin@ropesgray.com |
| pdublin@akingump.com | rrainer@wmd-law.com |
| peisenberg@lockelord.com | rreid@sheppardmullin.com |
| peter.blasone@klgates.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | rwasserman@cftc.gov |
| pfeldman@oshr.com | rwyron@orrick.com |
| phayden@mcguirewoods.com | s.minehan@aozorabank.co.jp |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| sabin.willett@bingham.com | steven.troyer@commerzbank.com |
| sabramowitz@velaw.com | steven.usdin@flastergreenberg.com |
| sabvanrooy@hotmail.com | steven.wilamowsky@bingham.com |
| sally.henry@skadden.com | steven@blbglaw.com |
| samuel.cavior@pillsburylaw.com | streusand@streusandlandon.com |
| sandyscafaria@eaton.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | sweyl@haslaw.com |
| schannej@pepperlaw.com | swolowitz@mayerbrown.com |
| schepis@pursuitpartners.com | szuch@wiggin.com |
| schnabel.eric@dorsey.com | tannweiler@greerherz.com |
| schristianson@buchalter.com | tbrock@ssbb.com |
| schwartzmatthew@sullcrom.com | tdewey@dpklaw.com |
| scott.golden@hoganlovells.com | tduffy@andersonkill.com |
| scottj@sullcrom.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | tim.desieno@bingham.com |
| seba.kurian@invesco.com | timothy.brink@dlapiper.com |
| sehlers@armstrongteasdale.com | tjfreedman@pbnlaw.com |
| seichel@crowell.com | tkiriakos@mayerbrown.com |
| sfelderstein@ffwplaw.com | tlauria@whitecase.com |
| sfineman@lchb.com | tmacwright@whitecase.com |
| sfox@mcguirewoods.com | tmarrion@haslaw.com |
| sgordon@cahill.com | tnixon@gklaw.com |
| sgubner@ebg-law.com | toby.r.rosenberg@irscounsel.treas.gov |
| shannon.nagle@friedfrank.com | tom.schorling@whitecase.com |
| sharbeck@sipc.org | tomwelsh@orrick.com |
| shari.leventhal@ny.frb.org | tslome@msek.com |
| shgross5@yahoo.com | ttracy@crockerkuno.com |
| sidorsky@butzel.com | tunrad@burnslev.com |
| sleo@bm.net | twheeler@lowenstein.com |
| slerman@ebglaw.com | villa@streusandlandon.com |
| slerner@ssd.com | vmilione@nixonpeabody.com |
| slevine@brownrudnick.com | vrubinstein@loeb.com |
| sloden@diamondmccarthy.com | walter.stuart@freshfields.com |
| smayerson@ssd.com | wanda.goodloe@cbre.com |
| smillman@stroock.com | wballaine@lcbf.com |
| smulligan@bsblawyers.com | wbenzija@halperinlaw.net |
| snewman@katskykorins.com | wchen@tnsj-law.com |
| sory@fdlaw.com | wcurchack@loeb.com |
| spiotto@chapman.com | wdase@fzwz.com |
| squsba@stblaw.com | wfoster@milbank.com |
| sree@lcbf.com | will.sugden@alston.com |
| sschultz@akingump.com | wiltenburg@hugheshubbard.com |
| sselbst@herrick.com | wisotska@pepperlaw.com |
| sshimshak@paulweiss.com | wk@pwlawyers.com |
| sskelly@teamtogut.com | wmaher@wmd-law.com |
| sstarr@starrandstarr.com | wmarcari@ebglaw.com |
| steele@lowenstein.com | wmckenna@foley.com |
| stephen.cowan@dlapiper.com | wrightth@sullcrom.com |
| steve.ginther@dor.mo.gov | wsilverm@oshr.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
OVERNIGHT SERVICE LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574