UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                  Case No. 08-13555 (JMP)

                              Debtors.
-------------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF TIMOTHY DON REUBEN

UPON the motion of Timothy Don Reuben dated August 15, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Timothy Don Reuben is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.



Dated: New York, New York
       August 21, 2013

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge