UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x Ref. Docket No. 39513

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
 ) ss.:
COUNTY OF NEW YORK )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2013, I caused to be served the "Notice of Partial Adjournment of Objection to Claim No 62723 of Banesco Holdings CA," dated August 19, 2013 [Docket No. 39513], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Sworn to before me this    Kerry O'Neil
19th day of August, 2013
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2014

T:\Clients\LBH\Affidavits\Ntc of Partial Adjournment re Claim No 62723_DI_39513_AFF_8-19-13.doc

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com

eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com

howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com

| | |
|---|---|
| jen.premisler@cliffordchance.com | jowen769@yahoo.com |
| jennifer.demarco@cliffordchance.com | jowolf@law.nyc.gov |
| jennifer.gore@shell.com | joy.mathias@dubaiic.com |
| jeremy.eiden@ag.state.mn.us | jpintarelli@mofo.com |
| jfalgowski@reedsmith.com | jporter@entwistle-law.com |
| jflaxer@golenbock.com | jprol@lowenstein.com |
| jfreeberg@wfw.com | jrabinowitz@rltlawfirm.com |
| jg5786@att.com | jrsmith@hunton.com |
| jgenovese@gjb-law.com | jschiller@bsfllp.com |
| jguy@orrick.com | jschwartz@hahnhessen.com |
| jherzog@gklaw.com | jsheerin@mcguirewoods.com |
| jhiggins@fdlaw.com | jshenwick@gmail.com |
| jhorgan@phxa.com | jsherman@bsfllp.com |
| jhuggett@margolisedelstein.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jsullivan@mosessinger.com |
| jjureller@klestadt.com | jtimko@shutts.com |
| jlamar@maynardcooper.com | jtorf@schiffhardin.com |
| jlawlor@wmd-law.com | judy.morse@crowedunlevy.com |
| jlee@foley.com | jvail@ssrl.com |
| jlevitin@cahill.com | jwallack@goulstonstorrs.com |
| jlipson@crockerkuno.com | jwcohen@daypitney.com |
| jlscott@reedsmith.com | jweiss@gibsondunn.com |
| jmaddock@mcguirewoods.com | jwest@velaw.com |
| jmakower@tnsj-law.com | jwh@njlawfirm.com |
| jmazermarino@msek.com | kanema@formanlaw.com |
| jmelko@gardere.com | karen.wagner@dpw.com |
| jmerva@fult.com | karl.geercken@alston.com |
| jmmurphy@stradley.com | kdwbankruptcydepartment@kelleydrye.com |
| jmr@msf-law.com | keckhardt@hunton.com |
| jnadritch@olshanlaw.com | keith.simon@lw.com |
| jnm@mccallaraymer.com | ken.coleman@allenovery.com |
| john.monaghan@hklaw.com | ken.higman@hp.com |
| john.rapisardi@cwt.com | kerry.moynihan@hro.com |
| jonathan.henes@kirkland.com | kgwynne@reedsmith.com |
| jorbach@hahnhessen.com | kiplok@hugheshubbard.com |
| joseph.cordaro@usdoj.gov | kit.weitnauer@alston.com |
| joseph.serino@kirkland.com | kjarashow@stutman.com |
| joshua.dorchak@bingham.com | kkelly@ebglaw.com |

| | |
|---|---|
| kkolbig@mosessinger.com | lwhidden@salans.com |
| klyman@irell.com | mabrams@willkie.com |
| klynch@formanlaw.com | maofiling@cgsh.com |
| kmayer@mccarter.com | marc.chait@sc.com |
| kobak@hugheshubbard.com | margolin@hugheshubbard.com |
| korr@orrick.com | mark.bane@ropesgray.com |
| kovskyd@pepperlaw.com | mark.deveno@bingham.com |
| kressk@pepperlaw.com | mark.ellenberg@cwt.com |
| kreynolds@mklawnyc.com | mark.ellenberg@cwt.com |
| krodriguez@allenmatkins.com | mark.sherrill@sutherland.com |
| krosen@lowenstein.com | marvin.clements@ag.tn.gov |
| kuehn@bespc.com | matt@willaw.com |
| kurt.mayr@bgllp.com | matthew.klepper@dlapiper.com |
| lacyr@sullcrom.com | maustin@orrick.com |
| landon@streusandlandon.com | mbenner@tishmanspeyer.com |
| lapeterson@foley.com | mberman@nixonpeabody.com |
| lathompson@co.sanmateo.ca.us | mberman@nixonpeabody.com |
| lawallf@pepperlaw.com | mbienenstock@proskauer.com |
| lawrence.gelber@srz.com | mbloemsma@mhjur.com |
| lberkoff@moritthock.com | mbossi@thompsoncoburn.com |
| lee.stremba@troutmansanders.com | mcademartori@sheppardmullin.com |
| lgotko@fklaw.com | mcantor@normandyhill.com |
| lgranfield@cgsh.com | mcordone@stradley.com |
| lhandelsman@stroock.com | mcto@debevoise.com |
| linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| lisa.kraidin@allenovery.com | meghan.breen@srz.com |
| lisa.solomon@att.net | melorod@gtlaw.com |
| ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| lkatz@ltblaw.com | metkin@lowenstein.com |
| lkiss@klestadt.com | mfeldman@willkie.com |
| lmarinuzzi@mofo.com | mgordon@briggs.com |
| lmay@coleschotz.com | mgreger@allenmatkins.com |
| lmcgowen@orrick.com | mh1@mccallaraymer.com |
| lml@ppgms.com | mhopkins@cov.com |
| lnashelsky@mofo.com | michael.frege@cms-hs.com |
| loizides@loizides.com | michael.kelly@monarchlp.com |
| lscarcella@farrellfritz.com | michael.kim@kobrekim.com |
| lschweitzer@cgsh.com | michael.mccrory@btlaw.com |
| lubell@hugheshubbard.com | michaels@jstriallaw.com |

| | |
|---|---|
| millee12@nationwide.com | nissay_10259-0154@mhmjapan.com |
| miller@taftlaw.com | nlepore@schnader.com |
| mimi.m.wong@irscounsel.treas.gov | notice@bkcylaw.com |
| mitchell.ayer@tklaw.com | oipress@travelers.com |
| mjedelman@vedderprice.com | otccorpactions@finra.org |
| mjr1@westchestergov.com | paronzon@milbank.com |
| mkjaer@winston.com | patrick.oh@freshfields.com |
| mlahaie@akingump.com | paul.turner@sutherland.com |
| mlandman@lcbf.com | pbattista@gjb-law.com |
| mlichtenstein@crowell.com | pbosswick@ssbb.com |
| mlynch2@travelers.com | pdublin@akingump.com |
| mmooney@deilylawfirm.com | peisenberg@lockelord.com |
| mmorreale@us.mufg.jp | peter.blasone@klgates.com |
| mneier@ibolaw.com | peter.gilhuly@lw.com |
| monica.lawless@brookfieldproperties.com | peter.macdonald@wilmerhale.com |
| mpage@kelleydrye.com | peter.simmons@friedfrank.com |
| mparry@mosessinger.com | peter@bankrupt.com |
| mpomerantz@julienandschlesinger.com | pfeldman@oshr.com |
| mprimoff@kayescholer.com | phayden@mcguirewoods.com |
| mpucillo@bermanesq.com | philip.wells@ropesgray.com |
| mrosenthal@gibsondunn.com | pmaxcy@sonnenschein.com |
| mrothchild@mofo.com | ppascuzzi@ffwplaw.com |
| mruetzel@whitecase.com | ppatterson@stradley.com |
| mschimel@sju.edu | psp@njlawfirm.com |
| msegarra@mayerbrown.com | ptrain-gutierrez@kaplanlandau.com |
| mshiner@tuckerlaw.com | ptrostle@jenner.com |
| msolow@kayescholer.com | r.stahl@stahlzelloe.com |
| mspeiser@stroock.com | raj.madan@bingham.com |
| mstamer@akingump.com | ramona.neal@hp.com |
| mvenditto@reedsmith.com | rbeacher@pryorcashman.com |
| mwarner@coleschotz.com | rbernard@foley.com |
| mwarren@mtb.com | rbyman@jenner.com |
| nathan.spatz@pillsburylaw.com | rdaversa@orrick.com |
| nbojar@fklaw.com | relgidely@gjb-law.com |
| ncoco@mwe.com | rflanagan@flanassoc.com |
| neal.mann@oag.state.ny.us | rfrankel@orrick.com |
| ned.schodek@shearman.com | rfriedman@silvermanacampora.com |
| neilberger@teamtogut.com | rgmason@wlrk.com |
| newyork@sec.gov | rgoodman@moundcotton.com |
| nherman@morganlewis.com | rgraham@whitecase.com |

rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com

schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com

wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

**Master Service List:**

OFFICE OF THE US TRUSTEE
ATTN: TRACY HOPE DAVIS, ESQ.; SUSAN D. GOLDEN, ESQ.; ANDREA B.
    SCHWARTZ, ESQ.
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574


**Additional Service List:**

BANESCO HOLDINGS CA
ATTN: MARCO ORTEGA
AVENIDA PRINCIPAL DE BELLO MONTE
ENTRE CALLES LINCOLN Y SORBONA
EDIFICIO CIUDAD BANESCO, PISO 3
CARACAS
VENEZUELA

CHADBOURNE & PARKE
ATTN: DAVID LEMAY ESQ, & CHRISTY RIVERA, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112