WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                       :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.                    :    (Jointly Administered)
:
:
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE
### EIGHTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
### (VALUED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing with prejudice its Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims), ECF No. 13955, solely with respect to the claims listed on Exhibit A annexed hereto.

US_ACTIVE:\44310513\2\58399.0011

Dated: August 21, 2013
      New York, New York

                                                  /s/ Robert J. Lemons
                                                  Robert J. Lemons
                                                  Ralph Miller

                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007

                                                  Attorneys for Lehman Brothers Holdings Inc.
                                                  and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn With Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Eton Park Fund, LP | 20521 |
| Eton Park Fund, LP | 20522 |