UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 14185, filed on September 16, 2009, against Lehman Brothers Holdings Inc. by Legance Studio Legale Associato (the "Claimant") in the amount of $62,102.00 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby

withdraws with prejudice the subpoena served upon the Claimant on July 18, 2013, the

issuance of which was noticed in a filing with the court on July 19, 2013 [ECF No. 38876].

Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from

issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: August 8, 2013
      Rome, Italy

Marco Graziani
LEGANCE STUDIO LEGALE ASSOCIATO
Via XX Settembre, 5
00187 Roma
Telephone: +39 06 93 18 271
Facsimile: +39 06 93 18 27 403

Dated: August 20, 2013
      New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*

2