WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                        :

In re                                      :         Chapter 11 Case No.
                                          :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :         08-13555 (JMP)
                                          :

                    Debtors.           :         (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT
TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

       **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Ingelsa Ltd on March 13, 2013, the issuance of which was noticed in a filing with the Court on March 14, 2013 [ECF No. 35932].

Dated: August 19, 2013
       New York, New York

                                                      <u>/s/ Robert J. Lemons</u>
                                                      Robert J. Lemons
                                                      WEIL, GOTSHAL & MANGES LLP
                                                      767 Fifth Avenue
                                                      New York, New York 10153
                                                      Telephone: (212) 310-8000
                                                      Facsimile: (212) 310-8007

                                                      Attorneys for Lehman Brothers Holdings Inc.
                                                      and Certain of Its Affiliates

US_ACTIVE:\44277348\1\58399.0011