WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                           :

**In re**                           :        **Chapter 11 Case No.**
                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                           :

            **Debtors.**         :        **(Jointly Administered)**
                           :
                           :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT
TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

       **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Western Management Overseas Limited on March 15, 2013, the issuance of which was noticed in a filing with the Court on March 18, 2013 [ECF No. 36044].

Dated: August 19, 2013
     New York, New York

                           /s/ Robert J. Lemons
                           Robert J. Lemons
                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Lehman Brothers Holdings Inc.
                           and Certain of Its Affiliates