Douglas R. Davis
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorney for Citigroup Financial Products Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :  Chapter 11
                                      :
In re                                 :  Case No. 08-13555
                                      :
   LEHMAN BROTHERS HOLDINGS INC.      :  (Jointly Administered)
                                      :
                          Debtor.     :  **Ref. No. 39226**
------------------------------------- x

# NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Citigroup Financial Products Inc., by and through its undersigned counsel, hereby withdraws the *Notice of Transfer of Claim other than for Security* [Docket No. 39226], dated August 6, 2013, filed in reference to Claim No. 11308, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: New York, New York          PAUL, WEISS, RIFKIND, WHARTON &
       August 21, 2013             GARRISON LLP

                                   By:    /s/ Douglas R. Davis
                                          Douglas R. Davis
                                          (ddavis@paulweiss.com)
                                          1285 Avenue of the Americas
                                          New York, New York  10019-6064
                                          Telephone:  (212) 373-3000
                                          Facsimile:  (212) 757-3990

                                   *Attorney for Citigroup Financial Products Inc.*

Doc#: US1:8778997v1