B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Goldman Sachs Lending Partners LLC</u> | <u>Centerbridge Credit Partners, L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni

Court Claim # (if known):  <u>19487</u>
Amount of Claim Transferred:  <u>$6,321,366.15</u>
Date Claim Filed:  <u>September 18, 2009</u>
Debtor:  <u>Lehman Commercial Paper Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: August 21, 2013
　　　Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Centerbridge Credit Partners, L.P.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman Sachs Lending Partners LLC** (the "Assignee") an undivided portion equal to $6,321,366.15 (the "Assigned Claim") of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), reflected in proof of **Claim No. 19487** filed by Assignor or its predecessor-in-interest with the Bankruptcy Court as settled and allowed in the amount of $580,000,000.00 by Bankruptcy Court Order dated November 18, 2011, against **Lehman Commercial Paper Inc.** (the "Debtor"), the debtor in Case No. **08-13900** (JMP) ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all payments or distributions of money or property in respect of the Assigned Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this August  21 , 2013.

| CENTERBRIDGE CREDIT PARTNERS, L.P. | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| By: _____<br>Name:<br>Title:<br>Aleksandra Markov<br>Authorized Signator | By: _____<br>Name:<br>Title: |

17

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Centerbridge Credit Partners, L.P.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman Sachs Lending Partners LLC** (the "Assignee") an undivided portion equal to **$6,321,366.15** (the "Assigned Claim") of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), reflected in proof of **Claim No. 19487** filed by Assignor or its predecessor-in-interest with the Bankruptcy Court as settled and allowed in the amount of $580,000,000.00 by Bankruptcy Court Order dated November 18, 2011, against **Lehman Commercial Paper Inc.** (the "Debtor"), the debtor in Case No. **08-13900 (JMP)** ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all payments or distributions of money or property in respect of the Assigned Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this August 21, 2013.

| **CENTERBRIDGE CREDIT PARTNERS, L.P.** | **GOLDMAN SACHS LENDING PARTNERS LLC** |
|---|---|
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title: **Nancy Y. Kwok**<br>Authorized Signatory |

16

NYC:252305.1