# Exhibit 1

Settlement Agreements

- Settlement Agreement among Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., U.S. Bank National Association, solely in its capacity as trustee under the Indenture, dated November 29, 2006, Pebble Creek LCDO 2006-1, Ltd., as Issuer, and Pebble Creek LCDO 2006-1, Corp., as Co-Issuer.

- Settlement Agreement among Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., U.S. Bank National Association, solely in its capacity as trustee under the Indenture, dated March 8, 2006, Exum Ridge CBO 2006-2, Ltd., as Issuer, and Exum Ridge CBO 2006-2, Corp., as Co-Issuer.

- Settlement Agreement among Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., U.S. Bank National Association, solely in its capacity as trustee under the Indenture, dated September 15, 2006, Exum Ridge CBO 2006-4, Ltd., as Issuer, and Exum Ridge CBO 2006-4, Corp., as Co-Issuer .

- Settlement Agreement among Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., U.S. Bank National Association, solely in its capacity as trustee under the Indenture, dated October 12, 2006, Exum Ridge CBO 2006-5, Ltd., as Issuer, and Exum Ridge CBO 2006-5, Corp., as Co-Issuer.

- Settlement Agreement among Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., U.S. Bank National Association, solely in its capacity as trustee under the Indenture, dated March 8, 2007, Exum Ridge CBO 2007-1, Ltd., as Issuer, and Exum Ridge CBO 2007-1, Corp., as Co-Issuer.