# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.* <br><br> Debtors. | Chapter 11 Case No. <br><br> Case No.: 08-13555 (JMP) <br><br> (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:** **U.S. Bank National Association, Assignor/Transferor**
One Federal Street, 3rd Floor
Boston, Massachusetts 02110
Attention:  Structured Finance - SASCO 2003-20

Your claims relating to the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-20 ("SASCO 2003-20") included in claim numbers 0000020515 and 0000021516 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (collectively, the "Claim") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to SASCO 2003-20).

No action is required if you do not object to the transfer of your Claim.  If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
10350 Park Meadows Drive
Littleton, CO 80124
Attention:  Michele Olds

## EVIDENCE OF TRANSFER

**U.S. Bank National Association**, its successors and assigns (collectively, "**Assignor**"), pursuant to that certain Assignment and Conveyance Agreement, dated July 25, 2013 (as may have been amended from time to time), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims (collectively, the "**Claim**") relating to the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-20 ("SASCO 2003-20") included in claim numbers 0000020515 and 0000021516 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "Claim") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to SASCO 2003-20.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly-authorized representatives this 25th day of July, 2013.

**U.S. Bank National Association**                **Nationstar Mortgage LLC**

By:_____                By: _Michele Olds_____
Name:_____                Name: Michele Olds
Title:_____                Title: Senior Vice President

## EVIDENCE OF TRANSFER

**U.S. Bank National Association**, its successors and assigns (collectively, "<u>Assignor</u>"), pursuant to that certain Assignment and Conveyance Agreement, dated July 25, 2013 (as may have been amended from time to time), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "<u>Assignee</u>"), its claims (collectively, the "<u>Claim</u>") relating to the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-20 ("SASCO 2003-20") included in claim numbers 0000020515 and 0000021516 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "Claim") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to SASCO 2003-20.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly-authorized representatives this 25th day of July, 2013.

**U.S. Bank National Association**
as Trustee

By: [signature]
Name: Jodi L. Scully
Title: Assistant Vice President

**Nationstar Mortgage LLC**

By: _____
Name: Michele Olds
Title: Senior Vice President