## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**Caspian Select Credit Master Fund, Ltd.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Caspian SC Holdings L.P.**, its successors and assigns ("Buyer"), a ratable portion equal to USD 241,017.10 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. 43813.04 (CUSIP/ISIN XS0298692434) (the "Claim") (being an amended claim whose original Claim No. was 10504) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Special Financing Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Special Financing Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 22 day of August 2013.

SELLER:

**Caspian Select Credit Master Fund, Ltd.**

By: _Chris Manz_
Name: Christopher Manz
Title: Authorized Signatory

**Address:**
c/o Caspian Capital LP
767 Fifth Avenue, 45th Floor
New York, New York 10153

BUYER:

**Caspian SC Holdings L.P.**

By: _Adele Kittredge Murray_
Name: Adele Kittredge Murray
Title: Authorized Signatory

**Address:**
c/o Caspian Capital LP
767 Fifth Avenue, 45th Floor
New York, New York 10153