BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              )
                                                              )
                                                              )    **Chapter 11 Case No.**
**In re**                                                     )
                                                              )    **08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.** *et al.,*                   )
                                                              )    **(Jointly Administered)**
               **Debtors.**                                   )
                                                              )
                                                              )
------------------------------------------------------------- x

**NOTICE OF ADR PROCEDURES AND**
**SCHEDULING OF CLAIMS OBJECTION HEARING WITH RESPECT**
**TO DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 17450 & 18011**

  PLEASE TAKE NOTICE that on **November 3, 2010,** Lehman Brothers Holdings Inc. ("LBHI") and Lehman Brothers Special Financing Inc. ("LBSF"), objected to proof of claim numbers 17450 and 18011 (the "Proofs of Claim"), which claims were transferred to Merrill Lynch Credit Products, LLC. (the "Claimant"), pursuant to the **DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION (VALUED DERIVATIVE CLAIMS)**, **Docket No. 12533** (the "Objection").

  **PLEASE TAKE FURTHER NOTICE THAT THE ATTACHED** *COURT-ORDERED CLAIMS HEARING PROCEDURES AND ADR PROCEDURES* **(THE "PROCEDURES") APPLY AND GOVERN THE OBJECTION TO YOUR PROOFS OF CLAIM THAT IS SCHEDULED FOR THE CLAIMS OBJECTION HEARING BEFORE THE BANKRUPTCY COURT ON THE DATE SET FORTH BELOW.**

  PLEASE TAKE FURTHER NOTICE that on October 24, 2013 at 10 a.m. (Prevailing Eastern Time), in accordance with the Procedures, a copy of which is attached hereto, the United States Bankruptcy Court for the Southern District of New York (the "Court") will commence a Claims Objection Hearing (as defined in the Procedures) for the purposes of holding an evidentiary hearing on the merits of the Proofs of Claim.

NYI-4487718v1

      PLEASE TAKE FURTHER NOTICE that the Procedures provide for certain mandatory actions by the Claimant within certain time periods.  Therefore, please review the Order carefully.  Failure to comply with the Procedures may result in the disallowance and expungement of the Proofs of Claim without further notice to the Claimant.  **In order to schedule the Mediation and initiate the Negotiation, please contact Brijesh P. Dave at 646-285-9441 upon receipt of this notice.**

      PLEASE TAKE FURTHER NOTICE that the LBHI and LBSF may further adjourn the Claims Objection Hearing at any time by providing notice to the Court and the Claimant.

Dated:    New York, New York        Respectfully submitted,
           August 22, 2013

                                                /s/ Brijesh Dave
                                            Brijesh P. Dave
                                            Lehman Brothers Holdings Inc.
                                            Office of the General Counsel
                                            1271 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone: (646) 285-9441
                                            Facsimile: (646) 285-9337

                                            *Attorney for Lehman Brothers Holdings Inc.*
                                            *and Certain of Its Affiliates*

NYI-4487718v1