UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
In re                                                                 :    Chapter 11 Case No.
                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :    08-13555 (JMP)
                                                                      :    (Jointly Administered)
                        Debtors.                                      :
                                                                      :
                                                                      :
-----------------------------------------------------------------------x    Ref. Docket Nos. 39346, 39412-
                                                                            39415, 39424, 39427-39432, 39434,
                                                                            39441-39448, 39450-39452

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Panagiota Manatakis*
                                                      Panagiota Manatakis

Sworn to before me this
22nd day of August, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

08-13555-mg    Doc 39660    Filed 08/22/13    Entered 08/22/13 17:25:28    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                                  BARCLAYS BANK PLC
     TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P.        ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                               BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                      745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                                  NEW YORK NY 10019
```

Please note that your claim # 59098-94 in the above referenced case and in the amount of
    $12,157,824.80   allowed at $12,444,769.01       has been transferred **(unless previously expunged by court order)**

```
     SERENGETI LYCAON MM L.P.
     TRANSFEROR: BARCLAYS BANK PLC
     C/O SERENGETI ASSET MANAGEMENT LP
     ATTN: ERIN FINEGAN
     632 BROADWAY, 12TH FLOOR
     NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39450     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/16/2013                    Vito Genna, Clerk of Court

                                    /s/ P. Manatakis
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 16, 2013.

EXHIBIT B

```
TIME: 13:59:43                                                        LEHMAN BROTHERS HOLDING INC.                                                                PAGE:   1
DATE: 08/16/13                                                             CREDITOR LISTING

Name                                              Address
BANK VONTOBEL AG                                  TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH  CH-8022 SWITZERLAND
BARCLAYS BANK PLC                                 ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BLACKWELL PARTNERS LLC                            DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
BLACKWELL PARTNERS LLC                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
CADWALADER, WICKERSHAM & TAFT LLP                 ATTN: POPPY QUATTLEBAUM ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG SINGAPORE BRANCH                 TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE 039393 SINGAPORE
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: FINANCIERING EN BEHEER MAATSCHAPPIJ REPPEL BV ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: GIL BENEDITO, JOAQUIN ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FINANCIERING EN. BEHEER MAATSCHAPPIJ              TRANSFEROR: FAIR HARBOR CAPITAL, LLC FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
REPPEL BV
GIL BENEDITO, JOAQUIN                             AV FRANCISCO LA ROCHE 45 7 C SANTA CRUZ DE TENERIFE 38001 SPAIN
GIL BENEDITO, JOAQUIN                             JORGE RODRIGUEZ PRADO C.CAPITAN HAYA 23 MADRID CP-28020 SPAIN
GOLDMAN SACHS & CO.                               TRANSFEROR: AG INSURANCE ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: AUSTRALIAN FIXED INTEREST MULTI-BLEND ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: BANCO BANIF, S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
                                                  TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                     MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HCN LP                                            TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HIPPARCHUS MASTER FUND LTD.                       DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
HIPPARCHUS MASTER FUND LTD.                       DAVID KARP SCULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
HIPPARCHUS MASTER FUND LTD.                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MAGENTAR CAPITAL MASTER FUND LTD.                 DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
MAGENTAR CAPITAL MASTER FUND LTD.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
MAGNETAR CAPITAL MASTER FUND LTD.                 DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR CAPITAL MASTER FUND LTD.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
MERRILL LYNCH CAPITAL SERVICES, INC.              ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.              ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.              C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH CAPITAL SERVICES, INC.              C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MORGAN STANLEY SENIOR FUNDING INC.                MANAGING CLERK (BANKRUPTCY) RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: CADWALADER, WICKERSHAM & TAFT LLP ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: CADWALADER, WICKERSHAM & TAFT LLP ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY) RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: CADWALADER, WICKERSHAM & TAFT LLP ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: PBC FINANCING LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
SERENGETI LYCAON MM L.P.                          TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: SHAKER CHOUDHURY C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012

                                                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:59:43                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:    2
DATE: 08/16/13                                         CREDITOR LISTING

Name                                    Address
SPECTRUM OPPORTUNITIES MASTER FUND LTD. DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
SPECTRUM OPPORTUNITIES MASTER FUND LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                        EVANSTON IL 60201
SPECTRUM OPPORTUNITITES MASTER FUND LTD. DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
SPECTRUM OPPORTUNITITES MASTER FUND LTD. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                        EVANSTON IL 60201
UBS AG                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
YORVIK PARTNERS LLP                     TRANSFEROR: OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN 11 IRONMONGER LANE
                                        LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed     55
```

EPIQ BANKRUPTCY SOLUTIONS, LLC