UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                        Debtors.                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 39404, 39405,
                                                                        39472

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
Sworn to before me this                     Lauren Rodriguez
22nd day of August, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 39404, 39405, 39472_AFF_8-19-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
            Debtors.                |
                                    |
_____|

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LTD        GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSH
      C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P.                   DAVID AMAN, ESQ
      ATTN: WENDY YUN                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
      200 WEST STREET                                            ONE LIBERTY PLAZA
      NEW YORK NY 10282                                          NEW YORK NY 10006

Please note that your claim # 20789 in the above referenced case and in the amount of
     $422,469.00       has been transferred (unless previously expunged by court order)

BARCLAYS BANK PLC                                                BARCLAYS BANK PLC
TRANSFEROR: GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LTD  ANTHONY VITIELLO AND DAN MIRANDA
ATTN: AILEEN MONTANA                                             BARCLAYS BANK PLC
1301 AVENUE OF THE AMERICAS                                      745 SEVENTH AVENUE
NEW YORK NY 10019                                                NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39472    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/19/2013                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 19, 2013.

EXHIBIT B

08-13555-mg    Doc 39662    Filed 08/22/13    Entered 08/22/13 17:28:00    Main Document
Pg 4 of 5

```
TIME: 15:19:24                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:    1
DATE: 08/19/13                                          CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 ANTHONY VITIELLO AND DAN MIRANDA BARCLAYS BANK PLC 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LTD ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS DYNAMIC RISK MASTER FUND            C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282
 OFFSHORE LTD
GOLDMAN SACHS DYNAMIC RISK MASTER FUND            DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
 OFFSHORE LTD
OCM OPPORTUNITIES FUND VIIB, PARALLEL,            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 L.P.                                             333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, PARALLEL,            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 L.P.                                             333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, PARALLEL,            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 L.P.                                             333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, PARALLEL,            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 L.P.                                             333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071


Total Number of Records Printed                   9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC