UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 39382

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of August, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 39382_Aff 8-19-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:　　BERNER KANTONALBANK AG
　　　　　　　　LEGAL DEPARTMENT
　　　　　　　　BUNDESPLATZ 8
　　　　　　　　BERN 3011 SWITZERLAND

Additional:　　BERNER KANTONALBANK AG
　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　ATTN: CHRISTOPHER R. DONOHO III, ESQ.
　　　　　　　　875 THIRD AVENUE
　　　　　　　　NEW YORK NY 10022

Transferee:　　BANK JULIUS BAER & CO. LTD.
　　　　　　　　ATTN: PATRIK ROOS
　　　　　　　　BAHNHOFSTRASSE 36
　　　　　　　　ZURICH 8010 SWIZERLAND

**Your transfer    of claim #    67487    is defective for the reason(s) checked below:**

Other　　　　　　　　　　　　　　　Transfer Amt not clear

Docket Number 39382　　　　Date 08/13/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 19, 2013.

EXHIBIT B

08-13555-mg Doc 39663 Filed 08/22/13 Entered 08/22/13 17:30:19 Main Document
Pg 4 of 5

```
TIME: 15:17:31                                    LEHMAN BROTHERS HOLDING INC.                                                  PAGE:   1
DATE: 08/19/13                                         CREDITOR LISTING

Name                         Address
BANK JULIUS BAER & CO. LTD.  ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWIZERLAND
BERNER KANTONALBANK AG       LEGAL DEPARTMENT BUNDESPLATZ 8 BERN 3011 SWITZERLAND
BERNER KANTONALBANK AG       HOGAN LOVELLS US LLP ATTN: CHRISTOPHER R. DONOHO III, ESQ. 875 THIRD AVENUE NEW YORK NY 10022

Total Number of Records Printed     3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC