UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                         Debtors.                                  :
                                                                   :
                                                                   :
------------------------------------------------------------------x    Ref. Docket Nos. 39474, 39475,
                                                                        39477, 39478, 39481, 39486, 39487,
                                                                        39491, 39493, 39495-39498, 39500,
                                                                        39501

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 20, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
22nd day of August, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 39474, 39475, 39477...39498, 39500, 39501_AFF_8-20-13.doc

# EXHIBIT A

08-13555-mg    Doc 39664    Filed 08/22/13    Entered 08/22/13 17:32:58    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER
     1177 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 555854-32 in the above referenced case and in the amount of
     $290,000.00   allowed at $295,988.50         has been transferred **(unless previously expunged by court order)**

BANK LEUMI LE ISRAEL B.M.
TRANSFEROR: BANK HAPOALIM B.M.
CAPITAL MARKETS DIVISION, SECURITIES BACK OFFICE
35 YEHUDA-HALEVY ST.
TEL-AVIV    65136
ISRAEL

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39496       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/20/2013              Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 20, 2013.

# EXHIBIT B

08-13555-mg    Doc 39664    Filed 08/22/13    Entered 08/22/13 17:32:58    Main Document
Pg 4 of 5

```
TIME: 17:02:46                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 08/20/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| AMUNDI ARBITRAGE VAR 2 | F/K/A CAAM ARBITRAGE VAR 2 C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| BANCA MONTE PARMA S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: ERICO VERDERI PIAZZALE JACOPO SNVITALE 1 PARMA 43121 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANCO DI CREDITO P. AZZOAGLIO S.P.A. | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. ROSSI ALESSANDRO - LEGAL VIA A. DORIA, 17 CEVA (CN) 12073 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD | TRANSFEROR: CREDIT SUISSE AG ATTN: ROY CLINTON SUITE 971, EUROPORT, PO BOX 542 GIBRALTAR UNITED KINGDOM |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK LEUMI LE ISRAEL B.M. | TRANSFEROR: BANK HAPOALIM B.M. CAPITAL MARKETS DIVISION, SECURITIES BACK OFFICE 35 YEHUDA-HALEVY ST. TEL-AVIV 65136 ISRAEL |
| BARCLAYS BANK PLC | ANTHONY VITIELLO AND DAN MIRANDA BARCLAYS BANK PLC 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | DANIEL MIRANDA BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AMUNDI ARBITRAGE VAR 2 ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND, LLC ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL ALPHA FUND LP ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL ALPHA FUND PLC ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10166 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: RBS SECURITIES INC. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND, LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND, LLC | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| NPB NEUE PRIVAT BANK AG, ZURICH | TRANSFEROR: BANK JULIUS BAER & CO. LTD. P.O. BOX LIMMATQUAI 1 ZURICH CH-8022 SWITZERLAND |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| RBS SECURITIES INC. | TRANSFEROR: KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| RWNIH-HAM LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| WEBANK S.P.A. | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: MIGNONE ANTONIO VIA MASSAUA N.4 MILANO 20146 ITALY |

Total Number of Records Printed    38

EPIQ BANKRUPTCY SOLUTIONS, LLC