B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>,

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

Debtors.

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee

<u>OZ Special Master Fund, Ltd.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212) 934-3921

Court Claim # (if known): <u>68032 (amending 67939, which amended 67502, which in turn amended 11034)</u>

Amount of Claim: <u>$329,870,721.00 (as allowed)</u>

Amount of Claim Transferred: <u>$4,015,487.42 (as allowed)</u>

Date Claim Filed: <u>March 6, 2012 (with respect to 68032)</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

[signatures on next page]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**
as Transferee

By: _____          Date:   _August 23, 2013_____
Name:
Title:                 Nancy Y. Kwok
                   Authorized Signatory

Acknowledged and agreed:

**OZ SPECIAL MASTER FUND, LTD.**
as Transferor

By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____          Date:   _____
Name: Joel Frank
Title: Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**
   as Transferee


By: _____          Date:    _____
Name:
Title:


Acknowledged and agreed:

**OZ SPECIAL MASTER FUND, LTD.**
   as Transferor

By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner


By: _____          Date:    _August 23, 2013_____
Name: Joel Frank
Title: Chief Financial Officer


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.