WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                             :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF FOUR HUNDRED TWENTY-THIRD OMNIBUS OBJECTION**
**TO CLAIMS (REDUCE AND ALLOW CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twenty-Third Omnibus Objection to Claims (Reduce and Allow Claims) [ECF No. 38949] (the "Objection") that was scheduled for August 28, 2013, at 10:00 a.m. (Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to September 26, 2013 at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further

US_ACTIVE:\44317942\1\58399.0011

notice other than an announcement at the Hearing.

Dated: August 23, 2013
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers
                    Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44317942\1\58399.0011

## **Exhibit A**

**Adjourned Claim:**

| **Claimant Name** | **Claim Number** |
|---|---|
| GEORGIA DEPARTMENT OF REVENUE | 1631 |