B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.      Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Amundi Alternatives Paulson Enhanced Master Fund | Mortgage Funding 2008-1 PLC |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 28824 |
|---|---|
| c/o Paulson & Co. | Amount of Claim Transferred: $12,749,000.00 (allowed) |
| 1251 Avenue of the Americas | Date Claim Filed: September 22, 2009 |
| 50th Floor | Debtor: Lehman Brothers Special Financing Inc. |
| New York, NY 10020 | |
| Attn: James Olivo | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 8-20-13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____      Date: _____
Transferor/Transferor's Agent

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its
right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to
receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor
consents to the substitution of Transferor by Transferee for all purposes in the above referenced
bankruptcy cases with respect to the claim, including without limitation, for voting and distribution
purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further
notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and
holder of the claim.    Transferor hereby directs that all payments, distributions, notices and
communications in respect of or with respect to the claim be made to Transferee.

| Amundi Alternatives Paulson Enhanced Master Fund | Mortgage Funding 2008-1 PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
c/o Paulson & Co.
1251 Avenue of the Americas
50th Floor
New York, NY  10020
Attn: James Olivo

Court Claim # (if known):  28824
Amount of Claim Transferred:  $12,749,000.00
(allowed)
Date Claim Filed:  September 22, 2009
Debtor:  Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____          Date: _____
        Transferor/Transferor's Agent