WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------------x

**NOTICE RELATING TO MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON AUGUST 29, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the on the matters set forth on

Exhibit A hereto **has been changed to Wednesday, August 28, 2013, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, as there is no other matter

scheduled for hearing in the above-captioned case on August 29, 2013 at 10:00 a.m. (Prevailing

Eastern Time), the hearing that was scheduled for that date and time will not be held.

Dated: August 23, 2013
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

# Exhibit A

1. Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF Nos. 37956, 38025]

2. Four Hundred Twenty-Seventh Omnibus Objection to Claims (No Blocking Number LPS Claims) [ECF No. 38953]