**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Special Financing Inc.      Case No. 08-13555 (JMP) (Jointly Administered)
                                                     Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Deutsche Bank AG, London Branch | Name of Transferor:<br>HCN LP |
| Notices to Transferee should be sent to:<br>Deutsche Bank AG, London Branch<br>c/o Deutsche Bank Securities Inc.<br>60 Wall Street, 3rd Floor<br>New York, New York 10005<br>Attn: Matthew Weinstein<br>Email: matthew.weinstein@db.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>HCN LP<br>c/o Halcyon Asset Management LLC<br>477 Madison Avenue, 8th Floor<br>New York, New York  10022<br>Attn: Matt Seltzer<br>Email: mseltzer@halcyonllc.com |
| Claim Amount being transferred:<br>$50,897,000.00 | *Note: this is a partial transfer of claim.* |
| Court Claim No. (if known):<br>28099 | |
| Date Claim Filed:<br>September 22, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _August 22, 2013_
        NAME   **Mark Landsman**
        Authorized Agent for Transferee  **Vice President**

By: _____          Date: _August 22 2013_
        NAME
        Authorized Agent for Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75682382.1

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of New York ("Bankruptcy Court")
       Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 28099

HCN LP, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

           DEUTSCHE BANK AG, LONDON BRANCH
           c/o Deutsche Bank Securities Inc.
           60 Wall Street, 3rd Floor
           New York, NY 10005
           Attn: Matt Weinstein
           Phone: 212-250-5760

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $50,897,000.00 (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August __, 2013.

HCN LP
By: Halcyon Offshore Asset Management LLC,
    Its Investment Manager

By: _____
Name: Aaron Gindel???
Title: Chief Financial Officer

By: _____
Name: Thomas Hirschfeld
Title: Managing Principal
       Chief Operating Officer
       Halcyon Offshore Asset Management LLC
       Its Investment Advisor