UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
|                                        | :  Chapter 11
In re                                    | :
                                         | :  Case No. 08-13555
LEHMAN BROTHERS HOLDINGS INC.            | :
                                         | :  (Jointly Administered)
                    Debtors.             | :
                                         | :  Ref. No. 39469
------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF
## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLEASE TAKE NOTICE that Bank Hapoalim B.M. and Bank Leumi Le Israel hereby withdraw the *Partial Transfer of Claim* [Docket No. 39496], dated August 9, 2013, filed on August 16, 2013, in reference to Claim No. 55854, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: New York, New York         Bank Hapoalim B.M.
       August 23, 2013
                                  By: _____
                                  Title: Head of Strategy & Risk Management

                                  BANK HAPOALIM B.M.
                                  25 SAVILE ROW
                                  LONDON W1S 2ES

Dated: New York, New York         Bank Leumi Le Israel
       August __, 2013

                                  JENNY ASHER
                                     2618
                                  By: _____
                                  Title:

                                  BANK LEUMI LE-ISRAEL B.M.
                                  Capital Markets Division
                                  Securities Back Office
                                  35, Yehuda-Halevy St.
                                  Tel-Aviv - 65136, Israel