UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings, Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Redpath Associates, L.L.C. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |
| $28,348,130.14 | 11067 |
| Amount of Claim Transferred | Proof of Claim Number |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Redpath Associates, L.L.C.
Address:             c/o Ropes & Gray LLP
                          1211 Avenue of the Americas
                          New York, NY 10036-8704
                          Attn: Philip Wells

37730658_1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 8/23/2013

Name: Philip A. Wells
Title:  Counsel for Transferee

# EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| DATE: | August 23, 2013 |
| TO: | United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") |
| AND TO: | Lehman Brothers Holdings Inc (the "**Debtor**") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.*, |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly Administered) |
| CLAIM NO. | 11067 (**In Part – See Below**) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | **This Evidence of Transfer of Claim relates solely to the extent of $28,348,130.14 (the "Transferred Portion") of the claim designated as Claim No. 11067 (the "Claim")** |

For value received, the adequacy and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **REDPATH ASSOCIATES, L.L.C.** ("Purchaser") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim, solely to the extent of the Transferred Portion.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Transferred Portion of the Claim, recognizing Purchaser as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this as of the date first written above.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Michael Sutton
Title: Managing Director

By: _____
Name:
Title: Simon Glennie
       Vice President