EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**JPMorgan Chase Bank, N.A.**, with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue – Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Caspian Focused Credit L Fund, L.P**, with offices at 767 Fifth Ave, 45th Floor New York, NY 10153, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 25634) in the amount of $14,701,578.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as set forth below.


JPMORGAN CHASE BANK, N.A.

By: _[signature]_
Name:   Alexander Wilk
Title:   Authorized Signatory
Date:   8-22-13


CASPIAN FOCUSED CREDIT L FUND, L.P

By: _[signature]_
Name:   Christopher Manz
Title:   Authorized Signatory
Date:   8/22/13


AOC - LBSF.LBHI; JPM(Credit Opportunity to OZ Special Master) to Caspian.doc