## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Caspian Focused Credit L Fund, L.P.**, with offices located at 767 Fifth Ave, 45th Floor New York, NY 10153 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of $3,380,876.48 docketed as Claim No. 28105 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signatory
Date: August 22, 2013

Caspian Focused Credit L Fund, L.P.

By: _____
(Signature of authorized signatory)
Christopher Manz
Name: Authorized Signatory
Title:
Date: August 22, 2013

16

LBSF LBHI GS - Solus Recovery Fund Offshore - JPM to Caspian AOC (2).docx