Elliot S. Cohen, Associate General Counsel
Russell Investments
1301 Second Avenue, 18th Floor
Seattle, Washington 98101
Telephone: (206) 505-7877

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : | **08-13555 (JMP)** |
| **Debtors** : | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF CLAIM**

  Reference is made to proof of claim number 31062, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by RIJ Japan Equity Mother Fund (the "Claimant") in the amount of $208.28 (the "Claim").

  PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

  The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: August 22, 2013
    Seattle, Washington

_____
Bruce W. Pflaum, President & CEO, Japan
Russell Investments Japan Co., Ltd.

By: Elliott S. Cohen, Associate General Counsel
Russell Investments
1301 Second Avenue, 18th Floor
Seattle, Washington 98101
Telephone: (206) 505-7877