**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE FOUR HUNDRED TWENTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS (SUBORDINATED GUARANTEE CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twenty-Eighth

Omnibus Objection to Claims (Subordinated Guarantee Claims), that was scheduled for August

28, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim**

[*Remainder of page intentionally left blank.*]

**listed on Exhibit A attached hereto, to September 26, 2013 at 10:00 a.m.**

Dated: August 23, 2013
      New York, New York

                                    **CURTIS, MALLET-PREVOST,**
                                      **COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
      L. P. Harrison 3rd
      Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

-2-

15791030

## EXHIBIT A

### Adjourned Claim

| Claimant | Claim Number |
| --- | --- |
| CITIBANK (SWITZERLAND) AG | 55399 |

15791030