EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 4921

**CHIMNEY ROCK VALUE FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**JPMORGAN CHASE BANK, N.A.**
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
Attn: Jeffrey L. Panzo
Email: Jeffrey.L.Panzo@jpmorgan.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 4921, solely to the extent of $2,948,807.16 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| CHIMNEY ROCK VALUE FUND, L.P. | JPMORGAN CHASE BANK, N.A. |
|---|---|
| By: *Erica Lee* | By: *[signature]* |
| Name: Erica Lee | Name: Alexander Wilk |
| Title: Vice President of Morton Holdings, Inc., its General Partner | Title: Authorized Signatory |
| Date: August 23, 2013 | Date: 8·23·13 |

2 - Handelsbanken - CRVF to JPM AoC.doc

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 4922

**CHIMNEY ROCK VALUE FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**JPMORGAN CHASE BANK, N.A.**
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
Attn: Jeffrey L. Panzo
Email: Jeffrey.L.Panzo@jpmorgan.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 4922, solely to the extent of $2,948,807.16 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| CHIMNEY ROCK VALUE FUND, L.P. | JPMORGAN CHASE BANK, N.A. |
|---|---|
| By: *Erica Lee* | By: *[signature]* |
| Name: Erica Lee | Name: Alexander Wilk |
| Title: Vice President of Morton Holdings, Inc., its General Partner | Title: Authorized Signatory |
| Date: August 23, 2013 | Date: 8·23·13 |

2 - Handelsbanken - CRVF to JPM AoC.doc

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 21894

**CHIMNEY ROCK VALUE FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**JPMORGAN CHASE BANK, N.A.**
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
Attn: Jeffrey L. Panzo
Email: Jeffrey.L.Panzo@jpmorgan.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 21894, solely to the extent of $12,771,853.90 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| **CHIMNEY ROCK VALUE FUND, L.P.** | **JPMORGAN CHASE BANK, N.A.** |
|---|---|
| By: *Erica Lee* | By: *[signature]* |
| Name: Erica Lee | Name: Alexander Wilk |
| Title: Vice President of Morton Holdings, Inc., its General Partner | Title: Authorized Signatory |
| Date: August 23, 2013 | Date: 8.23.13 |

3 - GE - CRVF to JPM AoC.doc

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 21893

**CHIMNEY ROCK VALUE FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**JPMORGAN CHASE BANK, N.A.**
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
Attn: Jeffrey L. Panzo
Email: Jeffrey.L.Panzo@jpmorgan.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 21893, solely to the extent of $12,771,853.90 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| CHIMNEY ROCK VALUE FUND, L.P. | JPMORGAN CHASE BANK, N.A. |
|---|---|
| By: *Erica Lee* | By: *[signature]* |
| Name: Erica Lee | Name: Alexander Wilk |
| Title: Vice President of Morton Holdings, Inc., its General Partner | Title: Authorized Signatory |
| Date: August 23, 2013 | Date: 8.23.13 |

3 - GE - CRVF to JPM AoC.doc

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28194

**CHIMNEY ROCK VALUE FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**JPMORGAN CHASE BANK, N.A.**
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
Attn: Jeffrey L. Panzo
Email: Jeffrey.L.Panzo@jpmorgan.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28194, solely to the extent of $3,687,117.91 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

**CHIMNEY ROCK VALUE FUND, L.P.**
By: Erica Lee
Name: Erica Lee
Title: Vice President of Morton Holdings, Inc., its General Partner
Date: August 23, 2013

**JPMORGAN CHASE BANK, N.A.**
By: /s/ Alexander Wilk
Name: Alexander Wilk
Title: Authorized Signatory
Date: 8.23.13

4a - OHA Coast - CRVF to JPM AoC.doc

EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28193

**CHIMNEY ROCK VALUE FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**JPMORGAN CHASE BANK, N.A.**
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
Attn: Jeffrey L. Panzo
Email: Jeffrey.L.Panzo@jpmorgan.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28193, solely to the extent of $3,687,117.91 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| **CHIMNEY ROCK VALUE FUND, L.P.** | **JPMORGAN CHASE BANK, N.A.** |
|---|---|
| By: *Erica Lee* | By: *[signature]* |
| Name: Erica Lee | Name: Alexander Wilk |
| Title: Vice President of Morton Holdings, Inc., its General Partner | Title: Authorized Signatory |
| Date: August 23, 2013 | Date: 8.23.13 |

4a - OHA Coast - CRVF to JPM AoC.doc

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28196

**CHIMNEY ROCK VALUE FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**JPMORGAN CHASE BANK, N.A.**
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
Attn: Jeffrey L. Panzo
Email: Jeffrey.L.Panzo@jpmorgan.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28196, solely to the extent of $452,220.30 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

**CHIMNEY ROCK VALUE FUND, L.P.**

By: *Erica Lee*
Name: Erica Lee
Title: Vice President of Morton Holdings, Inc., its General Partner
Date: August 23, 2013

**JPMORGAN CHASE BANK, N.A.**

By: *[signature]*
Name: Alexander Wilk
Title: Authorized Signatory
Date: 8·23·13

4b - OHA Hedged - CRVF to JPM AoC.doc

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28195

**CHIMNEY ROCK VALUE FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**JPMORGAN CHASE BANK, N.A.**
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
Attn: Jeffrey L. Panzo
Email: Jeffrey.L.Panzo@jpmorgan.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28195, solely to the extent of $452,220.30 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| **CHIMNEY ROCK VALUE FUND, L.P.** | **JPMORGAN CHASE BANK, N.A.** |
|---|---|
| By: *Erica Lee* | By: *[signature]* |
| Name: Erica Lee | Name: Alexander Wilk |
| Title: Vice President of Morton Holdings, Inc., its General Partner | Title: Authorized Signatory |
| Date: August 23, 2013 | Date: 8-23-13 |

4b - OHA Hedged - CRVF to JPM AoC.doc