B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings, Inc., et al.        Case No. 08-13555 (Jointly Administered)

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | HLTS Fund II LP |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-894-6175
Email: Brian.Broyles@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Jaime A. Madell
Phone: 212-373-3000
Email: Jmadell@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

Court Claim # (if known): 17718
Amount Originally Claimed: $125,805,379.00

Allowed Amount of Claim Transferred: $3,700,000.00
Date Claim Filed: September 18, 2009
Phone: 212-373-3000

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____

~~BRIAN BLESSING~~
AUTHORIZED SIGNATURE

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings, Inc., et al.          Case No. 08-13555 (Jointly
                                                                        Administered)

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 17718 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on August 21, 2013.

| HLTS Fund II LP | Citigroup Financial Products Inc. |
|---|---|
| **Name of Transferor** | **Name of Transferee** |

Address of Alleged Transferor:          Address of Transferee:

C/O HALCYON ASSET MANAGEMENT LP          Citigroup Financial Products Inc.
477 MADISON AVENUE – 8TH FLOOR           1615 Brett Road, Bldg 3
NEW YORK, NEW YORK 10022                 New Castle, DE 19720
ATTENTION: MATT SELTZER                  Attn: Brian Broyles
TELEPHONE: 212-303-9487                  Phone: 302-894-6175
FAX: 212-838-8299; 877-737-7680          Email: Brian.Broyles@citi.com
Email: Mseltzer@Halcyonllc.com
Email: Pdesai@Halcyonllc.com
Email: Jgreene@Halcyonllc.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~
The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                        **CLERK OF THE COURT**