B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Proceedings No. <u>08-13555</u>
<u>(JMP)</u>

                                                                              (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>CVI GVF Luxembourg Twelve S.a.r.l.</u>        <u>Goldman Sachs Lending Partners LLC</u>
          Name of Transferee                        Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>20148</u>
should be sent:                                    Amount of Claim Transferred: <u>$7,290,142.28</u>
                                                          Date Claim Filed: <u>September 21, 2009</u>
c/o Carval Investors, LLC                        Debtor: <u>Lehman Brothers Special Financing Inc.</u>
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____   Date: 8/23/13
       Transferee/Transferee's Agent
       Sean Gondy
       Authorized Signatory
GOLDMAN SACHS LENDING PARTNERS LLC

By: _____   Date: _____
       Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: _____
　　　Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 8\23\13
　　　Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.         Proceedings No. <u>08-13555</u>
<u>(JMP)</u>

                                                        (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>CVI GVF Luxembourg Twelve S.a.r.l.</u>         <u>Goldman Sachs Lending Partners LLC</u>
        Name of Transferee                 Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): <u>20120</u>
should be sent:         Amount of Claim Transferred: <u>$7,290,142.28</u>
        Date Claim Filed: <u>September 21, 2009</u>
        Debtor: <u>Lehman Brothers Holdings Inc.</u>

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____[signature]_____　　　　　　　　　　　　Date: 8/23/13
　　　Transferee/Transferee's Agent
　　　Sean Gonly
　　　Authorized Signatory

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____　　　　　　　　　　Date: _____
　　　Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: _____
      Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 8/23/13
      Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. (JMP)

Proceedings No. <u>08-13555</u>

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>CVI GVF Luxembourg Twelve S.a.r.l.</u><br>Name of Transferee | <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>c/o Carval Investors, LLC<br>9320 Excelsior Boulevard<br>Hopkins, MN 55343<br>Attn: Teri Salberg<br>Phone: (952) 984-3416<br>Teri.salberg@carval.com | Court Claim # (if known): <u>11307</u><br>Amount of Claim Transferred: <u>$18,712,468.70</u><br>Date Claim Filed: <u>September 10, 2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

801084v.1 3091/00407              13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____    Date: 8/23/13
    Transferee/Transferee's Agent
    Sean Gondy
    Authorized Signatory

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: _____
      Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC


By: _____          Date: 8\23\13
      Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

801084v.1 3091/00407                    14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. (JMP)

Proceedings No. <u>08-13555</u>

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>CVI GVF Luxembourg Twelve S.a.r.l.</u>
Name of Transferee

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>11306</u>
Amount of Claim Transferred: <u>$18,712,468.70</u>
Date Claim Filed: <u>September 10, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

801084v.1 3091/00407      15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____        Date: 8/23/13
        Transferee/Transferee's Agent
        Sean Gondy
        Authorized Signatory
Goldman Sachs Lending Partners LLC

By: _____        Date: _____
        Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: _____
    Transferee/Transferee's Agent


Goldman Sachs Lending Partners LLC


By: _____          Date: 8/23/13
    Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. (JMP)    Proceedings No. <u>08-13555</u>

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>CVI GVF Luxembourg Twelve S.a.r.l.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): <u>11308</u>
Amount of Claim Transferred: <u>$3,873,556.84</u>
Date Claim Filed: <u>September 10, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____    Date: 8/23/13
Transferee/Transferee's Agent
*Sean Gowdy*
*Authorized Signatory*

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: _____
　　　Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC


By: _____          Date: 9|23|13
　　　Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. <u>(JMP)</u> | Proceedings No. <u>08-13555</u><br><br>(Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>CVI GVF Luxembourg Twelve S.a.r.l.</u><br>Name of Transferee | <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>11305</u><br>Amount of Claim Transferred: <u>$3,873,556.84</u><br>Date Claim Filed: <u>September 10, 2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| c/o Carval Investors, LLC<br>9320 Excelsior Boulevard<br>Hopkins, MN 55343<br>Attn: Teri Salberg<br>Phone: (952) 984-3416<br>Teri.salberg@carval.com | |

801092v.1 3091/00407                             15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____  Date: 8/23/13
Transferee/Transferee's Agent
Sean Gondry
Authorized Signatory

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____        Date: _____
    Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC


By: _____        Date: 8/28/13
    Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.