B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>      <u>HLF LP</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>28105</u>
should be sent:                                                   Amount of Claim Transferred: <u>2,760,000.00</u>
                                                                        Date Claim Filed: <u>9/22/09</u>
Goldman Sachs Lending Partners LLC               Debtor: <u>Lehman Brothers Holdings Inc.</u>
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Michelle Latzoni
Phone: 212-934-3921
Email: gsd.link@gs.com

Phone: _____     Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

802013v.1 463/01291                                    16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]_____     Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____     Date: _____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____     Date: _____
    Name of Transferor/Transferor's Agent

Aaron Goldberg        Thomas Hirschfeld
Chief Financial Officer    Managing Principal
                      Chief Operating Officer
                      Halcyon Offshore Asset Management LLC
                      Its Investment Advisor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.