B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVIC Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 28104
Amount of Claim Transferred: $20,000,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

800562v.1 3091/00409                    14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVIC LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____        Date: 8/23/13
    Transferee/Transferee's Agent
    Sean Gonol
    Authorized Signature
GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVIC LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: _____
    Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 8/23/13
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

800562v.1 3091/00409                     15

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
                                                          (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVIC Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 28105
Amount of Claim Transferred: $20,000,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVIC LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: 8/23/13
    Transferee/Transferee's Agent

Sean Honda
Authorized Signatory

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

800562v.1 3091/00409                    17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVIC LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: _____
       Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC


By: _____          Date: 8\23\13
       Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVIC Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 15921
Amount of Claim Transferred: $20,000,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing Inc.

800711v.1 3091/00407    13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVIC LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: 8/23/13
      Transferee/Transferee's Agent

Sean Gondy
Authorized Signatory
GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
      Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVIC LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____      Date: _____
   Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC


By: _____      Date: 8/23/13
   Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

800711v.1 3091/00407                    14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)


## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.


| CVIC Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 15922
Amount of Claim Transferred: $20,000,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com


800711v.1 3091/00407                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVIC LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: __8/23/13__
    Transferee/Transferee's Agent

Sean Gordy
Authorized Signatory
GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

800711v.1 3091/00407                    16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVIC LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____
    Transferee/Transferee's Agent

Date: _____

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

Date: 8/23/13

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.