B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.                Case No. 08-13555 (JMP)
                                                                     (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | Goldman Sachs Lending Partners LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 28104
Amount of Claim Transferred: $25,000,000.00
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                Date: _____
    Name of Transferor/Transferor's Agent

Acknowledged and Agreed:

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
By: Carval Investors, LLC
its Attorney-in-Fact                                                           Date: _____

By: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
Name of Transferor/Transferor's Agent

Acknowledged and Agreed:

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
By: Carval Investors, LLC
its Attorney-in-Fact                                          Date: 8/23/13

By: _____
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

15

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.         Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | Goldman Sachs Lending Partners LLC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 28105 |
| c/o Carval Investors, LLC | Amount of Claim Transferred: $25,000,000.00 |
| 9320 Excelsior Boulevard | Date Claim Filed: 9/22/09 |
| Hopkins, MN 55343 | Debtor: Lehman Brothers Holdings Inc. |
| Attn: Teri Salberg | |
| Phone: (952) 984-3416 | |
| Teri.salberg@carval.com | |

Phone: _____          Phone: _____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferor/Transferor's Agent

Acknowledged and Agreed:

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
By: Carval Investors, LLC
its Attorney-in-Fact                                                      Date: _____

By: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferor/Transferor's Agent

Acknowledged and Agreed:

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
By: Carval Investors, LLC
its Attorney-in-Fact                                            Date: 8/23/13

By: _____ *Sean Gongly, Authorized Signatory*
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.