B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| CITIGROUP FINANCIAL PRODUCTS INC. | CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Scott Evan
Phone: 302-323-3624
Email: scott.evan@citi.com

Court Claim # (if known): 32695

Allowed Amount of Claim Transferred:
$3,577,000.00

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date: 8/23/13
Transferee/Transferee's Agent
Scott R. Evar
Authorized Signator

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 32695 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on August 23, 2013.

| | |
|---|---|
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | Citigroup Financial Products Inc. |
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Centerbridge Partners L.P.
375 Park Avenue - 13th Floor
New York, NY 10152
212 672 4678 (phone)
212 672 5004 (fax)
Email: lgrainer@centerbridge.com
tradeclaims@centerbridge.com

Address of Transferee:

CITIGROUP FINANCIAL PRODUCTS INC.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Scott Evan
Phone: 302-323-3624
Email: scott.evan@citi.com

**~ DEADLINE TO OBJECT TO TRANSFER ~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                  **CLERK OF THE COURT**

[EXECUTION COPY]

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Centerbridge Special Credit Partners II, L.P.

**Centerbridge Special Credit Partners II, L.P.**, with offices at 375 Park Avenue 13th Floor, New York, NY 10152 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.** ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) docketed as Claim No. 32695 to the extent of $3,577,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the **23rd** day of August, 2013.

**Centerbridge Special Credit Partners II, L.P.**

WITNESS:

_____  
(Signature)

Name: _____  
Title: _____  
(Print name and title of witness)

By: _____  
(Signature of authorized signatory)

*Aleksandra Markovic*
*Authorized Signatory*

Name: _____  
Title: _____  
Tel.: _____

**Citigroup Financial Products Inc.**

WITNESS:

_____  
(Signature)

Name: _____  
Title: _____  
(Print name and title of witness)

By: _____  
(Signature of authorized signatory)

Name: _____  
Title: _____  
Tel.: _____

11

NYC:252327.1

[EXECUTION COPY]

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Centerbridge Special Credit Partners II, L.P.

**Centerbridge Special Credit Partners II, L.P.**, with offices at 375 Park Avenue 13th Floor, New York, NY 10152 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.** ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) docketed as Claim No. 32695 to the extent of $3,577,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of August, 2013.

**Centerbridge Special Credit Partners II, L.P.**

WITNESS:

_____                    By:_____
(Signature)                                        (Signature of authorized signatory)

Name:_____
Title:_____                       Name:_____
(Print name and title of witness)                  Title:_____
                                                   Tel.:_____


**Citigroup Financial Products Inc.**

WITNESS: *[signature]*
                                                   By: *[signature]*
(Signature)  **Joelle Gavlick**                    (Signature of authorized signatory)
             Global Loans Support Services
Name:_____ 302-323-5975 _____                Name: **BRIAN BLESSING**
Title:_____                       Title: **AUTHORIZED SIGNATORY**
(Print name and title of witness)                  Tel.:_____

11

NYC:252327.1