UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

                Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $10,000,000.00 of or an undivided 52.9100529% ownership interest in the claim set forth below (the "Transferred Claim"), of OZ Special Master Fund, Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $18,900,000.00 | 4872 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $10,000,000.00 of or an undivided 52.9100529% ownership interest in the claim and all rights thereto.

(signature page follows)

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC.
Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720
Signature: _____
Name: Scott R. Evan
Title: Authorized Signatory
Date: _____

ASSIGNOR: OZ SPECIAL MASTER FUND, LTD.

By: OZ Management LP, its investment manager
By: Och & Ziff Holding Corporation, its general partner

Address: Suite 3307, Gardenia Court, 45 Market Street, Camana Bay, Grand Cayman KY1-1104

Signature: _____
Name: _____
Title: _____
Date: _____

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC.
Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: OZ SPECIAL MASTER FUND, LTD.

By: OZ Management LP, its investment manager
By: Och & Ziff Holding Corporation, its general partner

Address: Suite 3307, Gardenia Court, 45 Market Street, Camana Bay, Grand Cayman KY1-1104

Signature: _____/s/_____
Name: Joel Frank
Title: Chief Financial Officer
Date: _____