**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., <u>et al.,</u><br><br>               Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $465,552.00 of or an undivided 2.1960521% ownership interest in the claim against Lehman Brothers Holdings Inc. set forth below (such portion being the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount | Proof of Claim<br>No. |
|---|---|
| $21,199,497.00 | 22194 |

has been transferred and assigned to **Värde Investment Partners, L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $465,552.00 of or an undivided 2.1960521% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | |
|---|---|---|
| ASSIGNOR: | Citigroup Financial Products Inc. | ASSIGNEE: VÄRDE INVESTMENT PARTNERS, L.P. |
| Address: | 1615 Brett Road, Bldg 3 | By: Värde Investment Partners G.P., LLC, Its General Partner |
| | New Castle, DE 19720 | By: Värde Partners, L.P., Its Managing Member |
| | Attention: Brian Broyles | By: Värde Partners, Inc., Its General Partner |

Address:

Signature: _____

Name: _____

Title:      **BRIAN BLESSING**
           **AUTHORIZED SIGNATORY**

Date:         8/23/13

Signature: _____

Name: _____

Title: _____

Date: _____

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR:      Citigroup Financial Products Inc.

Address:       1615 Brett Road, Bldg 3

                New Castle, DE 19720

                Attention: Brian Broyles

ASSIGNEE:   VÄRDE INVESTMENT PARTNERS, L.P.

By: Värde Investment Partners G.P., LLC, Its General Partner

By: Värde Partners, L.P., Its Managing Member

By: Värde Partners, Inc., Its General Partner

Address:

Signature: _____

Name: _____

Title: _____

Date: _____

Signature: _____

Name: **Scott T. Hartman**

Title: **Managing Director**

Date: 8/23/13