WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
----------------------------------------------------------------x
: 
**In re** : 
: **Case No.**
**LEHMAN BROTHERS INC.,** : 
: **08-01420 (JMP) (SIPA)**
Debtor. : 
: 
----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
CLAIMS HEARING ON AUGUST 28, 2013 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **Room 601**,
One Bowling Green, New York, NY 10004-1408

**I.     ADJOURNED MATTERS:**

**A.     Lehman Brothers Holdings Inc. Chapter 11 Cases**

1. Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) [**ECF No. 14492**]

   Response Deadline:   March 16, 2011 at 4:00 p.m.

   Adjourned Response:

   A.   Response of Deutsche Bank National Trust Company [**ECF No. 17879**]

   Related Documents:

   B.   Declaration of Keri Reed in support of Debtors' Motion [**ECF No. 14502**]

   C.   Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 [**ECF No. 25371**]

   D.   Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims [**ECF No. 26901**]

   Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' Ninety-Seventh Omnibus Objection to Claims* filed on August 20, 2013 [ECF No. 39575] has been adjourned to September 26, 2013 at 10:00 a.m.

2. Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) [**ECF No. 16079**]

   Response Deadline:   May 18, 2011 at 4:00 p.m.

   Adjourned Response:

   A.   Response of Wilmington Trust Company [**ECF No. 17886**]

Related Document:

      B.      Declaration of Keri Reed in support of Debtors' Motion [**ECF No. 16080**]

Status: The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims* filed on August 20, 2013 [ECF No. 39577] has been adjourned to September 26, 2013 at 10:00 a.m.

3.   Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 16865**]

    Response Deadline:    June 15, 2011 at 4:00 p.m.

    Adjourned Response:

      A.      Response of the Federal Deposit Insurance Corporation as Receiver for Westernbank Puerto Rico [**ECF No. 39461**]

    Status: The Response of the Federal Deposit Insurance Corporation as Receiver for Westernbank Puerto Rico has been adjourned to a date to be determined.

4.   Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. [**ECF No. 20087**]

    Response Deadline:    October 17, 2011 at 4:00 p.m.

    Adjourned Response:

      A.      Response of Syncora Guarantee, Inc. [**ECF No. 20915**]

    Related Documents:   None.

    Status: The hearing on the objection to the claim identified above has been adjourned to September 26, 2013 at 10:00 a.m.

5.   Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 27380**]

    Response Deadline:    May 17, 2012 at 4:00 p.m.

    Adjourned Response:

      A.      Response of Delaware River Port Authority [**ECF No. 28079**]

    Status: The Response of Delaware River Port Authority has been adjourned to September 26, 2013.

6. Claims Objection Hearing with Respect to Debtors' Objection to Proofs of Claim No. 28740 and 28828 [**ECF No. 30854**]

   Status: This matter has been adjourned to October 24, 2013 at 10:00 a.m.

7. Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34044**]

   Response Deadline:   February 19, 2013 at 4:00 p.m.

   Adjourned Response:

   A. Response of Preferred Residential Securities 06-1 PLC

   Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m.

8. Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34728**]

   Response Deadline:   March 14, 2013 at 4:00 p.m.

   Adjourned Responses:

   A. Response of Deutsche Bank National Trust Company [**ECF No. 36523**]

   B. Response of Golden State Tobacco Securitization Corporation [**ECF No. 35918**]

   C. Response of Tobacco Settlement Financing Corporation [**ECF No. 35919**]

   Status: The Responses of Deutsche Bank National Trust Company and Response of Golden State Tobacco Securitization Corporation have been adjourned to September 26, 2013 at 10:00 a.m. [ECF No. 39756]. The Response of Tobacco Settlement Financing Corporation has been adjourned to October 24, 2013 at 10:00 a.m. [ECF No. 38971].

9. Merits Hearing With Respect to Proof of Claim Number 57069 [**ECF No. 36781**]

   Response Received:

   A. Response of Ying Hung Ng (Claim Number 57069)

   Related Documents:

   B. Motion for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. [**ECF No. 16294**]

4

      C.    Order Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. [**ECF No. 19120**]

      D.    Notice of Scheduling of Merits Hearing With Respect to Proofs of Claim Number 57069 and 45833 [**ECF No. 36781**]

      E.    Notice of Adjournment of Merits Hearing With Respect to Proof of Claim Number 57069 [**ECF No. 39755**]

Status:  This matter has been adjourned to September 26, 2013 at 10:00 a.m.

10. Plan Administrators' Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [**ECF No. 37839**]

Response Deadline:  July 10, 2013 at 4:00 p.m.

Related Documents:  None.

Status:  This matter has been adjourned to September 26, 2013 at 10:00 a.m.

11. Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline:  June 3, 2013 at 4:00 p.m.

Adjourned Response:

      A.    Response of Commerzbank AG and Eurohypo AG [**ECF No. 38674**]

Status**:** This matter has been adjourned to September 26, 2013 at 10:00 a.m.

12. Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

Response Deadline:  July 18, 2013 at 4:00 p.m.

Related Documents:

      A.    Notice of Adjournment [**ECF No. 38867**]

      B.    Notice of Adjournment [**ECF No. 39379**]

Adjourned Responses:

      C.    Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 38911**]

        D.        Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 39281**]

        E.        Response of Wendy John [**ECF No. 38798**]

Status: The hearing on the objection to the claims identified on the *Notice of Adjournment of Four Hundred Eighteenth Omnibus Objection to* Claims filed on August 13, 2013 [ECF No. 39379] has been adjourned to September 26, 2013 at 10:00 a.m.

13. Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 38018**]

Response Deadline: July 18, 2013 at 4:00 p.m.

Status: The hearing for Claim Nos. 21440 and 21441 has been adjourned to September 26, 2013 at 10:00 a.m.

14. Four Hundred Twenty-Third Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 38949**]

Response Deadline: August 22, 2013 at 4:00 p.m.

Related Document:

        A.        Notice of Adjournment [**ECF No. 39699**]

Adjourned Response:

        B.        Response of Georgia Department of Revenue [**ECF No. 39631**]

Status: The hearing on the objection to the claims identified on the Notice of Adjournment of Four Hundred Twenty-Third Omnibus Objection to Claims filed on August 23, 2013 [ECF No. 39699] has been adjourned to September 26, 2013 at 10:00 a.m.

15. Four Hundred Twenty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 38952**]

Response Deadline: September 23, 2013 at 4:00 p.m. (by agreement)

Responses Received: None.

Related Document:

        A.        Notice of Adjournment of the Four Hundred Twenty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 39449**]

Status: This matter has been adjourned without date.

16. Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 34303**]

    Response Deadline:    June 13, 2013 at 4:00 p.m.

    Responses Received:

    A.  Creditor's Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 35026**]

    B.  Creditor's Amended Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 36165**]

    C.  Creditor's Second Amended Response And Opposition To Plan Administrator's Omnibus Objection and Reply to Claims Filed by Deborah E. Focht; and, Creditor's Motion for Order of Allowance and Payment Deeming Claim Nos.: 34380 and 34381, as Timely Filed; Or in the Alternate Motion for Stay, Discovery, Determinations; and, Extension of Time to File Amended Claims and Response [**ECF No. 38147**]

    D.  Creditor's Opposition and Motion to Strike the Plan Administrator's Reply to Deborah E. Focht's Second Amended Response to Plan Administrator's Omnibus Objection to Claims [**ECF No. 38796**]

    Related Documents:

    E.  Plan Administrator's Reply to Deborah Focht's Amended Response [**ECF No. 36737**]

    F.  Order Granting Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 36993**]

    G.  Reply to Deborah E. Focht's Second Amended Response to Plan Administrator's Omnibus Objection to Claims [**ECF No. 38138**]

    Status:  This matter has been adjourned to September 26, 2013 at 10:00 a.m.

B. **Securities Investor Protection Corporation Proceedings**

17. Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

    Response Deadline:    August 1, 2013 at 4:00 p.m.

    Response Received:

7

        A.      Response of Ely Eddi [**LBI ECF No. 6951**]

Related Documents:

        B.      Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 7093**]

        C.      Notices of Adjournment [**LBI ECF No. 7039, 7106**]

Status: This matter has been adjourned to October 24, 2013 at 10:00 a.m., solely as to a certain claim.

18. Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6768**]

    Response Deadline:    August 2, 2013 at 4:00 p.m., extended for certain parties to August 30, 2013 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

        A.      Withdrawal of Claims by SMH Capital, BB&T, and Edward D. Jones [**LBI ECF No. 6891,6915, 6916**]

        B.      Notice of Withdrawal [**LBI ECF No. 7086**]

        C.      Notices of Adjournment [**LBI ECF Nos. 7088, 7130**]

    Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m.

19. Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6811**]

    Response Deadline:    August 6, 2013 at 4:00 p.m.

    Response Received:

        A.      Response of Henry Grossman [**Not Docketed at LBI ECF**]

    Related Documents:

        B.      Order Granting the Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7096**]

        C.      Notice of Adjournment [**LBI ECF No. 7040**]

    Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m., solely as to a certain claim.

20. Trustee's One Hundred Eleventh Omnibus Objection to General Creditor Claims (Duplicative Claims) [**LBI ECF No. 6846**]

   Response Deadline:    August 9, 2013 at 4:00 p.m., extended for all claimants to September 13, 2013 at 4:00 p.m.

   Response Received:

   A.    Response of BMO Harris Bank National Association as Successor to Marshall & Ilsley Company N.A. [**LBI ECF No. 6966**]

   Related Document:

   B.    Notice of (I) Extended Response Deadline and Adjournment of Hearing and (II) Revised Proposed Order [**LBI ECF No. 7116**]

   Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m.

21. Trustee's One Hundred Twelfth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6847**]

   Response Deadline:    August 9, 2013 at 4:00 p.m., extended for all claimants to September 12, 2013 at 4:00 p.m.

   Responses Received:

   A.    Response of Robert D. Morrison [**LBI ECF No. 7016**]

   B.    Response of John H. Lang [**LBI ECF No. 7017**]

   C.    Response of Mannes M. Shalowitz [**Not Docketed at LBI ECF**]

   Related Documents:

   D.    Notice of Amended Response Deadline [**LBI ECF No. 6939**]

   E.    Notice of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF No. 7027**]

   Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m.

22. Trustee's One Hundred Thirteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6865**]

   Response Deadline:    August 13, 2013 at 4:00 p.m., extended for all claimants to September 12, 2013 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

        A.        Notice of Amended Response Deadline [**LBI ECF No. 6909**]

        B.        Notice of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF No. 7027**]

Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m.

23. Trustee's One Hundred Fourteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6866**]

Response Deadline:    August 13, 2013 at 4:00 p.m., extended for all claimants to September 12, 2013 at 4:00 p.m.

Responses Received: None.

Related Documents:

        A.        Notice of Amended Response Deadline [**LBI ECF No. 6909**]

        B.        Notice of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF No. 7027**]

Status: This matter has been adjourned to September 26, 2013 at 10:00 a.m.

Dated: August 27, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: August 27, 2013
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.