EXHIBIT A-2

# FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

**Form 210A (10/06)**

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC,   Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Barclays Bank PLC | ALLGEMEINE SPARKASSE OBERŐSTERREICH BANKAKTIENGESELLSCHAFT |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known):   67266

Amount of Claim:   $2,110,610.87

Date Claim Filed:   12/17/2010

Name and Address where notices to transferee should be sent:

```
 Contact:              Aileen Montana
 Institution Name:     Barclays
 Street Address:       1301 Avenue of the Americas
 City, State, Zip Code: New York, NY 10166
 Phone Number:         212 412 3923
 E-Mail Address:       distressedclosers@barclays.com
```

With Copy to:

```
 Contact:              Anthony Vitiello and Dan Miranda
 Institution Name:     Barclays
 Street Address:       745 Seventh Avenue
 City, State, Zip Code: New York, N.Y. 10019
 Phone Number:         (212) 412-2865
 Email Address:        anthony.vitiello@barclays.com
```

daniel.miranda@barclays.com

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Bank accounts details of Transferee

U.S. Dollars
Bank Name:            Barclays Bank PLC
Address (City, State): 1301 Ave of the Americas, 8th Fl
                      New York, N.Y. 10019
ABA#:                 026 002 574
Account Name:         Clad Control Account
Account Number:       050-019104

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____    Authorized Signatory    Date: 9 August 2013
    Transferee/Transferee's Agent    Aileen Montana
                                     Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §1152 & 3571.

## EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **ALLGEMEINE SPARKASSE OBERÖSTERREICH BANKAKTIENGESELLSCHAFT** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **Barclays Bank PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 67266) (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 9th day of August, 2013.

| SELLER: | BUYER: |
|---|---|
| ALLGEMEINE SPARKASSE OBERÖSTERREICH BANKAKTIENGESELLSCHAFT | Barclays Bank PLC |
| Name: *[signature]* <br> Title: | Name: *[signature]* <br> Title: Authorized Signatory <br> Aileen Montana <br> Vice President |

Mag. Stefanie Huber                Dr. Harald Lietz
HEAD OF TREASURY                HEAD TRADE FIN.

-11-