WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
| | |
|---|---|
| In re                                                                   : | **Chapter 11 Case No.** |
|                                                                          : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      : | **08-13555 (JMP)** |
|                                                                          : | |
| Debtors.                                                          : | **(Jointly Administered)** |

------------------------------------------------------------------------------x

**NOTICE RELATING TO MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON AUGUST 28, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that, as there are no matters scheduled for the hearing in the above-captioned case on August 28, 2013 at 10:00 a.m. (Prevailing Eastern Time), the hearing that was scheduled for that date and time will not be held.

Dated:  August 27, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliate

US_ACTIVE:\44319836\1\58399.0011