WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                      :

**In re**                                :       **Chapter 11 Case No.**
                                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :       **08-13555 (JMP)**
                                        :

                          **Debtors.**     :       **(Jointly Administered)**
                                        :

-------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS**
**OBJECTIONS SCHEDULED FOR HEARING ON AUGUST 28, 2013**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

         Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

         1.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "Plan Administrator"), filed the following motions

and omnibus claims objections (collectively, the "Claims Objections") with the Court for hearing

on or before August 28, 2013:

(a)  Four Hundred Seventeenth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF Nos. 37956 & 38025**]

(b)  Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

(c)  Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 38018**]

(d)  Four Hundred Twenty-Third Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 38949**]

(e)  Four Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38950**]

(f)  Four Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 38951**]

(g)  Four Hundred Twenty-Seventh Omnibus Objection to Claims (No Blocking Number LPS Claims) [**ECF No. 38953**]

(h)  Debtors' Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank [**ECF No. 37835**]

(i)  Plan Administrator's Objection to Claims of U.S. Bank, National Association [**ECF No. 38847**]

2.      In accordance with the Second Amended Case Management Order, the

Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response

Deadline") for each Claim Objection for parties to object or file responses.  The Response

Deadlines have been extended for certain creditors from time to time.  The Second Amended

Case Management Order provides that pleadings may be granted without a hearing, provided that

no objections or other responsive pleadings have been filed on or prior to the relevant response

deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

US_ACTIVE:\44319705\1\58399.0011

3.       The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan Administrator (or such responsive pleadings have been withdrawn) by any of the holders of the claims included on Exhibit 1 to any of the Orders attached hereto, which include only the proofs of claim for which the Claims Objection will be granted.  Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors or the Plan Administrator, by holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims Objections as to any proof of claim for which a response was either filed on the docket or received by the Debtors or the Plan Administrator, and which response has not been resolved, has been adjourned to a future date.

4.       Accordingly, the Debtors and the Plan Administrator respectfully request that the proposed orders granting the Claims Objections annexed hereto as <u>Exhibits A</u> and <u>I</u>, which, except for the inclusion of additional language to indicate that such order is supplemental to a previously entered order for a Claim Objection or to reference the inclusion of separate exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be

3

entered in accordance with the procedures described in the Second Amended Case Management

Order.

I declare that the foregoing is true and correct.


Dated: August 27, 2013
      New York, New York

                 /s/ Robert J. Lemons
                 Robert J. Lemons

                 WEIL, GOTSHAL & MANGES LLP
                 767 Fifth Avenue
                 New York, New York 10153
                 Telephone: (212) 310-8000
                 Facsimile: (212) 310-8007

                 Attorneys for Lehman Brothers Holdings Inc. and
                 Certain of Its Affiliates

US_ACTIVE:\44319705\1\58399.0011

**EXHIBIT A**
**(Proposed Order – ECF Nos. 37956 & 38025)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                                    :        **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :        **08-13555 (JMP)**
                                                                         :
                                    **Debtors.**                  :        **(Jointly Administered)**
-------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING FOUR HUNDRED SEVENTEENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

Upon the four hundred seventeenth omnibus objection to claims, dated June 13,

2013 (the "Four Hundred Seventeenth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI or the "Plan Administrator") as Plan Administrator pursuant to the

*Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its*

*Affiliated Debtors* for the entities in the above referenced chapter 11 cases, pursuant to section

502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [ECF No.  6664] (the "Procedures Order"),

seeking disallowance and expungement of the No Liability Claims on the grounds that they

assert claims for which LBHI or Lehman Brothers Special Financing ("LBSF") have no liability,

all as more fully described in the Four Hundred Seventeenth Omnibus Objection to Claims; and

due and proper notice of the Four Hundred Seventeenth Omnibus Objection to Claims having

been provided, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Four Hundred Seventeenth Omnibus

Objection to Claims is in the best interests of LBHI, LBSF and all parties in interest in the above

---
[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Four
Hundred Seventeenth Omnibus Objection to Claims.

referenced chapter 11 cases and that the legal and factual bases set forth in the Four Hundred

Seventeenth Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Seventeenth Omnibus

Objection to Claims is granted; and it is further

ORDERED that pursuant to sections 502(b) and 502(e)(1)(B) of the Bankruptcy

Code, the No Liability Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in

their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, the Guarantee Claim component of the proof of claim

assigned number 58607 by the Court-appointed claims agent; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: July __, 2013
     New York, New York             _____
                                       UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BLAND SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32671 | $2,745,590.00 | $2,745,590.00 | No Liability Claim - Derivative |
| 2 | BLAND SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32681 | $351,180.00 | $351,180.00 | No Liability Claim - Derivative |
| 3 | CITY OF GERALDTON-GREENOUGH COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32664 | $2,022,965.00 | $2,022,965.00 | No Liability Claim - Derivative |
| 4 | CITY OF GERALDTON-GREENOUGH COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32689 | $390,200.00 | $390,200.00 | No Liability Claim - Derivative |
| 5 | CITY OF MELVILLE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32645 | $4,136,120.00 | $4,136,120.00 | No Liability Claim - Derivative |
| 6 | CITY OF MELVILLE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32676 | $17,521,354.00 | $17,521,354.00 | No Liability Claim - Derivative |
| 7 | COFFS HARBOUR CITY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32642 | $3,293,288.00 | $3,293,288.00 | No Liability Claim - Derivative |
| 8 | COFFS HARBOUR CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32688 | $12,439,487.00 | $12,439,487.00 | No Liability Claim - Derivative |
| 9 | DENILIQUIN COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32644 | $546,280.00 | $546,280.00 | No Liability Claim - Derivative |
| 10 | DENILIQUIN COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32687 | $1,610,115.00 | $1,610,115.00 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------|
| 11 HURSTVILLE CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10369 | $16,895,860.44 | $16,895,860.44 | No Liability Claim - Derivative |
| 12 KIAMA MUNICIPAL COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32647 | $3,500,968.00 | $3,500,968.00 | No Liability Claim - Derivative |
| 13 KIAMA MUNICIPAL COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32673 | $655,536.00 | $655,536.00 | No Liability Claim - Derivative |
| 14 ORANGE CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32649 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 15 PORT MACQUARIE-HASTINGS COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32667 | $13,624,050.00 | $13,624,050.00 | No Liability Claim - Derivative |
| 16 PORT MACQUARIE-HASTINGS COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/19/2010 | 66307 | $2,341,200.00 | $2,341,200.00 | No Liability Claim - Derivative |
| 17 SUTHERLAND SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32665 | $11,146,950.00 | $11,146,950.00 | No Liability Claim - Derivative |
| 18 URALLA SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 859 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 19 YASS VALLEY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32641 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 20 YASS VALLEY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32655 | $2,109,110.38 | $2,109,110.38 | No Liability Claim - Derivative |

* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------|
|      |             | TOTAL       |            |         | $97,254,793.82               | $97,254,793.82           |                                  |

**EXHIBIT B**
**(Proposed Order – ECF No. 38010)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
| | : |
| **Debtors.** | : |

---------------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**SUPPLEMENTAL ORDER GRANTING THE FOUR HUNDRED
EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the four hundred eighteenth omnibus objection to claims, dated June 18, 2013 (the "Four Hundred Eighteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims to the extent that they assert claims for which the applicable Chapter 11 Estates do not have any liability, all as more fully described in the Four Hundred Eighteenth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eighteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eighteenth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighteenth Omnibus Objection to Claims.

factual bases set forth in the Four Hundred Eighteenth Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is

ORDERED that the relief requested in the Four Hundred Eighteenth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Four Hundred

Eighteenth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto and (ii)

the portion of any No Liability Claim that is not the subject of the Four Hundred Eighteenth

Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**OMNIBUS OBJECTION 418: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | L.A. COUNTY TREASURER AND TAX COLLECTOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10662 | $134,613.68 | $134,613.68 | Claim is 10662 is based on property taxes owed by Lehman Brothers Inc. and Aurora Loan Services, LLC, non-Debtor entities.LBHI has no liability to claimant relative to such property taxes. |
| | | | | TOTAL | | $134,613.68 | $134,613.68 | |

**EXHIBIT C**
**(Proposed Order – ECF No. 38018)**

US_ACTIVE:\44319705\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                         :
                          **Debtors.**                   :        **(Jointly Administered)**
--------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING FOUR HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the four hundred twenty-first omnibus objection to claims, dated June 18, 2013 (the "Four Hundred Twenty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which LBHI, Lehman Brothers OTC Derivatives Inc., and Lehman Brothers Special Financing Inc. (together, the "Chapter 11 Estates") have no liability, all as more fully described in the Four Hundred Twenty-First Omnibus Objection to Claims; and due and proper notice of the Four Hundred Twenty-First Omnibus Objection to Claims having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Twenty-First Omnibus Objection to Claims.

A attached to the Four Hundred Twenty-First Omnibus Objection to Claims; and (vi) all other

parties entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010 governing case management and administrative procedures for these

cases [ECF No. 9635]; and the Court having found and determined that the relief sought in the

Four Hundred Twenty-First Omnibus Objection to Claims is in the best interests of the Chapter

11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth

in the Four Hundred Twenty-First Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Twenty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Four Hundred

Twenty-First Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, and (ii)

any claim listed on Exhibit A annexed to the Four Hundred Twenty-First Omnibus Objection to

Claims that is not listed on Exhibit 1 annexed to the *Order Granting Four Hundred Twenty-First

Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 39028]; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**OMNIBUS OBJECTION 421: EXHIBIT 1- NO LIABILITY DERIVATIVE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 33094 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 2 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33104 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | TOTAL | | $0.00 | $0.00 | |

**EXHIBIT D**
**(Proposed Order – ECF No. 38949)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                              :          Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :          08-13555 (JMP)
                                                                   :
                    Debtors.                              :          (Jointly Administered)

-------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED TWENTY-THIRD
## OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

Upon the four hundred twenty-third omnibus objection to claims, dated July 23,

2013 (the "Four Hundred Twenty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502 of

title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Reduce and

Allow Claims, as more fully described in the Four Hundred Twenty-Third Omnibus Objection to

Claims; and due and proper notice of the Four Hundred Twenty-Third Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief requested in the Four Hundred

Twenty-Third Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates,

their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four

Hundred Twenty-Third Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Twenty-Third Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Twenty-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Reduce and Allow Claim listed on Exhibit 1 annexed hereto is reduced and allowed in the modified amount and priority set forth on Exhibit 1, and any asserted amounts in excess of the modified amount are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Four Hundred Twenty-Third Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

## OMNIBUS OBJECTION 423: EXHIBIT 1 - REDUCE & ALLOW

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 COUNTY OF SAN BERNARDINO | 9064 | 8/24/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | $10,031.10 | | | | $10,031.10* |
| | | | **CLAIM AS MODIFIED** | | **$4,175.00** | | | | **$4,175.00** |
| 2 DALLAS COUNTY | 65796 | 11/30/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | $21,252.59 | | | | $21,252.59 |
| | | | **CLAIM AS MODIFIED** | | **$36.00** | | | | **$36.00** |
| 3 FLESS, PETER | 65466 | 11/12/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $80,000.00 | | $80,000.00 |
| | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $55,000.00 | | $55,000.00 |
| | | | AMOUNT SUBJECT TO OBJECTION | | | | $25,000.00 | | $25,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **None** | **$25,000.00** | **$25,000.00** |

Claim 65466 is being reclassified to equity solely with respect to its asserted claim totaling $25,000 for the security relating to CUSIP No. 524908720. The remaining portions of Claim 65466 for an asserted amount of $55,000 relating to the securities with CUSIP Nos. 52520B206, 52517PSL6 and 52519Y209 were expunged on The Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims).

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4 HARRIS COUNTY, ET AL | 1941 | 1/26/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | $26,537.98 | Undetermined | | | $26,537.98* |
| | | | **CLAIM AS MODIFIED** | | **None** | **$3,173.00** | | | **$3,173.00** |
| 5 LIQUIDITY SOLUTIONS, INC. | 22298 | 9/21/09 | LB Rose Ranch LLC | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $11,115.60 | | $11,115.60 |
| | | | **CLAIM AS MODIFIED** | | | | **$6,557.50** | | **$6,557.50** |
| 6 MIAMI-DADE COUNTY TAX COLLECTOR | 2657 | 2/9/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | $70,441.75 | | | | $70,441.75* |
| | | | **CLAIM AS MODIFIED** | | **None** | **$27,090.18** | | | **$27,090.18** |
| 7 SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | 3817 | 4/9/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | $34,034.56 | | | | | $34,034.56 |
| | | | **CLAIM AS MODIFIED** | **None** | | **$141.67** | | | **$141.67** |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 423: EXHIBIT 1 - REDUCE & ALLOW**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|------|---------|-----------|-------------|---------|---------|----------|-----------|--------|-------|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| | | | TOTAL ASSERTED | $34,034.56 | $128,263.42 | $0.00 | $91,115.60 | 0.00 | $253,413.58 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 55,000.00 | 0.00 | 55,000.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 34,034.56 | 128,263.42 | 0.00 | 36,115.60 | 0.00 | 198,413.58 |
| | | | **TOTAL CLAIM AS MODIFIED** | $0.00 | $4,211.00 | $3,314.67 | $33,647.68 | $25,000.00 | $66,173.35 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT E**
**(Proposed Order – ECF No. 38950)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                                         :
                        Debtors.                         :        **(Jointly Administered)**
---------------------------------------------------------------------x

## ORDER GRANTING THE FOUR HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred twenty-fourth omnibus objection to claims, dated July 23, 2013 (the "Four Hundred Twenty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims to the extent that they assert claims for which the applicable Chapter 11 Estates do not have any liability, all as more fully described in the Four Hundred Twenty-Fourth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Twenty-Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Twenty-Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Twenty-Fourth Omnibus Objection to Claims.

factual bases set forth in the Four Hundred Twenty-Fourth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the Four Hundred Twenty-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Four Hundred

Twenty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto and

(ii) the portion of any No Liability Claim that is not the subject of the Four Hundred Twenty-

Fourth Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**OMNIBUS OBJECTION 424: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------|
| 1 | DALLAS COUNTY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/30/2009 | 65794 | $18,137.01 * | $18,137.01* | Claim 65794 is based on taxes owed by a Non-Debtor. LBHI has no liability to claimant relative to such taxes. |
| 2 | DALLAS COUNTY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2012 | 68124 | $19,828.20 * | $19,828.20* | Claim 68124 is based on taxes owed by a Non-Debtor. LBHI has no liability to claimant relative to such taxes. |
| 3 | HEGEMON FUND I, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/21/2009 | 8886 | Undetermined | Undetermined | Claim 8886 is based on a letter agreement dated on or about January 9, 2007 (the "Letter Agreement"). LBHI has no liability to the claimant relative to such Letter Agreement. |
| 4 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/27/2012 | 68118 | $3,895.72 | $3,895.72 | Claim 68118 is based on taxes owed by a Non-Debtor. LBHI has no liability to claimant relative to such taxes. |
| 5 | PORTFOLIO GREEN GERMAN CMBS GMBH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23729 | Undetermined | Undetermined | Claim 23729 is amended and superseded by Claim 28288, which was subsequently filed by the same claimant. LBHI has no liability to the claimant relative to the amended and superseded claim. |
| 6 | STATE BOARD OF EQUALIZATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1682 | $12,903.64 | $12,903.64 | Claim 1682 is based on taxes owed by a Non-Debtor. LBHI has no liability to claimant relative to such taxes. |
| | | | | | TOTAL | $54,764.57 | $54,764.57 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT F**
**(Proposed Order – ECF No. 38951)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :          **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :          **08-13555 (JMP)**
                                                         :
                        **Debtors.**                     :          **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the four hundred twenty-fifth omnibus objection to claims, dated July 23, 2013 (the "Four Hundred Twenty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Insufficient Documentation Claims, all as more fully described in the Four Hundred Twenty-Fifth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Twenty-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Twenty-Fifth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Twenty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Twenty-Fifth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Twenty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Four Hundred

Twenty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

                      _____
                      UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**OMNIBUS OBJECTION 425: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ARCH INSURANCE GROUP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32280 | $9,362.00 * | $9,362.00* | Insufficient Documentation |
| | | | | | TOTAL | $9,362.00 | $9,362.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT G**
**(Proposed Order – ECF No. 38953)**

US_ACTIVE:\44319705\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                              :          Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :          **08-13555 (JMP)**
                                                                   :
                                             **Debtors.**          :          **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED TWENTY-SEVENTH OMNIBUS
### OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)

Upon the four hundred twenty-seventh omnibus objection to claims, dated July

23, 2013 (the "Four Hundred Twenty-Seventh Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases (the

"Chapter 11 Estates"), seeking, pursuant to section 502(b) of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF

No. 6664] (the "Procedures Order"), disallowance and expungement of the No Blocking Number

LPS Claims to the extent that such claims fail to include a valid electronic instruction reference

number or a blocking reference number as required by the Bar Date Order, all as more fully

described in the Four Hundred Twenty-Seventh Omnibus Objection to Claims; and due and

proper notice of the Four Hundred Twenty-Seventh Omnibus Objection to Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Four Hundred Twenty-Seventh Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Twenty-Seventh Omnibus Objection to Claims.

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Twenty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Four Hundred Twenty-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto are disallowed and expunged to the extent set forth therein; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Four Hundred Twenty-Seventh Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**OMNIBUS OBJECTION 427: EXHIBIT 1 - NO BLOCKING NUMBER**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS AUSTRALIA LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48829 | $5,500,000.00 | $5,500,000.00 | No Blocking Number |
| 2 | LEHMAN BROTHERS AUSTRALIA, LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63843 | $4,532,110.00 | $4,532,110.00 | No Blocking Number |
| | | | | TOTAL | | $10,032,110.00 | $10,032,110.00 | |

**EXHIBIT H**
**(Proposed Order – ECF No. 37835)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :        **08-13555 (JMP)**
                                                   :
                                **Debtors.**       :        **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 66961 FILED BY PACIFIC PREMIER BANK

Upon Plan Administrator's objection to proof of claim numbered 66961, dated June 10, 2013 (the "Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank"), of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy (the "Bankruptcy Rules") and this Court's Order approving procedures for the filing of objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the proof of claim numbered 66961 on the grounds that the proof of claim was filed after the General Bar Date, as more fully described in the Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank; and due and proper notice of the Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) attorneys for Pacific Premier; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank is in the best interest of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, proof of claim numbered 66961 is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Order shall supersede all previous orders regarding proof of claim number 66961; and it is further

ORDERED that the Chapter 11 Estates' court appointed claims and noticing agent is authorized and directed to delete claim number 66961 from the official claims registry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT I**
**(Proposed Order – ECF No. 38847)**

US_ACTIVE:\44319705\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                             :      **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :      **08-13555 (JMP)**
                                                  :
                              **Debtors.**        :      **(Jointly Administered)**
--------------------------------------------------------------------x

## ORDER GRANTING PLAN ADMINISTRATOR'S
## OBJECTION TO CLAIMS OF U.S. BANK, NATIONAL ASSOCIATION

Upon the objection, dated July 19, 2013 (the "Objection"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

3007(d) and the Procedures Order, to claims of U.S. Bank, National Association, as Trustee for

certain securitization trusts, seeking disallowance and expungement of the No Liability Claims

on the grounds that the No Liability Claims assert claims for which the Chapter 11 Estates have

no liability, all as more fully described in the Objection; and due and proper notice of the

Objection having been provided to (i) the United States Trustee for Region 2; (ii) the Securities

and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney

for the Southern District of New York; (v) U.S. Bank; and (vi) all other parties entitled to notice

in accordance with the procedures set forth in the second amended order entered on June 17,

2010 governing case management and administrative procedures for these cases (ECF No.

9635); and the Court having found and determined that the relief sought in the Objection is in the

best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Chapter 11 Estates' court appointed claims and noticing

agent is authorized and directed to delete the No Liability Claims from the official claims

registry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

## EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16400 | Undetermined | Entire Claim | None |
| 2 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16401 | Undetermined | Entire Claim | None |
| 3 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16402 | Undetermined | Entire Claim | None |
| 4 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16403 | Undetermined | Entire Claim | None |
| 5 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16406 | Undetermined | Entire Claim | None |
| 6 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16407 | Undetermined | Entire Claim | None |
| 7 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16408 | Undetermined | Entire Claim | None |
| 8 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16410 | Undetermined | Entire Claim | None |
| 9 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16412 | Undetermined | Entire Claim | None |
| 10 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16414 | Undetermined | Entire Claim | None |
| 11 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16429 | Undetermined | Entire Claim | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 12 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16430 | Undetermined | Entire Claim | None |
| 13 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16432 | Undetermined | Entire Claim | None |
| 14 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16433 | Undetermined | Entire Claim | None |
| 15 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16436 | Undetermined | Entire Claim | None |
| 16 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16437 | Undetermined | Entire Claim | None |
| 17 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16442 | Undetermined | Entire Claim | None |
| 18 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16443 | Undetermined | Entire Claim | None |
| 19 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19261 | Undetermined | Entire Claim | None |
| 20 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19262 | Undetermined | Entire Claim | None |
| 21 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19263 | Undetermined | Entire Claim | None |
| 22 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19265 | Undetermined | Entire Claim | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 23 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19281 | Undetermined | Entire Claim | None |
| 24 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19282 | Undetermined | Entire Claim | None |
| 25 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19284 | Undetermined | Entire Claim | None |
| 26 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19285 | Undetermined | Entire Claim | None |
| 27 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19286 | Undetermined | Entire Claim | None |
| 28 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19287 | Undetermined | Entire Claim | None |
| 29 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19288 | Undetermined | Entire Claim | None |
| 30 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19290 | Undetermined | Entire Claim | None |
| 31 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20381 | Undetermined | Entire Claim | None |
| 32 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20382 | Undetermined | Entire Claim | None |
| 33 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20385 | Undetermined | Entire Claim | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 34 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20386 | Undetermined | Entire Claim | None |
| 35 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20387 | Undetermined | Entire Claim | None |
| 36 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20388 | Undetermined | Entire Claim | None |
| 37 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20389 | Undetermined | Entire Claim | None |
| 38 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20498 | Undetermined | Entire Claim | None |
| 39 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20499 | Undetermined | Entire Claim | None |
| 40 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20509 | Undetermined | Entire Claim | None |
| 41 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20588 | Undetermined | Entire Claim | None |
| 42 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20589 | Undetermined | Entire Claim | None |
| 43 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23080 | Undetermined | Entire Claim | None |
| 44 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23081 | Undetermined | Entire Claim | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 45 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23082 | Undetermined | Entire Claim | None |
| 46 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23228 | Undetermined | Entire Claim | None |
| 47 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23229 | Undetermined | Entire Claim | None |
| 48 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23230 | Undetermined | Entire Claim | None |
| 49 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23233 | Undetermined | Entire Claim | None |
| 50 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16411 | Undetermined | Entire Claim | None |
| 51 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16438 | Undetermined | Entire Claim | None |
| 52 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16439 | Undetermined | Entire Claim | None |
| 53 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16440 | Undetermined | Entire Claim | None |
| 54 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16441 | Undetermined | Entire Claim | None |
| 55 | US BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19289 | Undetermined | Entire Claim | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 56 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20383 | Undetermined | Entire Claim | None |
| 57 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20384 | Undetermined | Entire Claim | None |
| 58 | US BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23231 | Undetermined | Entire Claim | None |
| 59 | US BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23232 | Undetermined | Entire Claim | None |
| | | | | TOTAL | | $0.00 | $0.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts