**Russell Investments**

Russell Investment Company IV PLC
Guild House, Guild Street
International Financial Services Centre
Dublin 1, Republic of Ireland

tel (353) 1 853 8000
fax (353) 1 853 8491
www.russell.com

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Chapter 11 Case No. 08-13555 (jointly administered)

Claim #: 33040

RIC IV PLC RUSSELL ALPHA FUND and its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

DEUTSCHE BANK AG, LONDON BRANCH
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Rich Vichaidith
Tel: 212-250-5760
Email: richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the amount of $3,267,788.66 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 22 August, 2013.

RIC IV PLC RUSSELL ALPHA FUND

By: _____
Name: NEIL JENKINS
Title: DIRECTOR

RECEIVED
AUG 26 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Registered in Ireland, Reg. No. 393429

Directors: J. Beveridge (UK), K. Ege (US), J. Firn (US & UK), R. Lert (US), P. McNaughton, A. Nye (US), W.Roberts, D. Shubotham, H. Strong (US)