## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque Privée Edmond de Rotschild SA** ("Transferor") unconditionally and irrevocably transferred to **Société Générale Private Banking (Suisse) SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 46890) as defined below (the "Transferred Portion of Claim) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The Transferred Portion of Claim relates to Security No. XS0346650798 for an amount of CHF 170,000.00 Blocking No. CA94611, identified in Schedule I to the Proof of Claim submitted by Transferor to the Bankruptcy Court on Oct. 23th. 2009 (the "Proof of Claim") and further identified in Schedule 1 hereto.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 19, 2013

(Tansferor)
**Banque Privée Edmond de Rotschild SA**
By:
Name: Alexander HEUSS
Title: First Vice-President

By:
Name: Dominique RICCARDI
Title: First Vice-President

(Transferee)
**Société Générale Private Banking (Suisse) SA**
By:
Name: T. Mory
Title: First Vice President

By:
Name: F. Fauland
Title: Assistant Vice President



RECEIVED AUG 26 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0346650798 | 0000046890 | Oct 23, 2009 | Lehman Brothers Holding | CHF 170,000.00 |

B 210A (Form 210A)(12/09)

## UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holding .                    Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Société Générale
Private Banking (Suisse) SA
_____
Name of Transferee

BANQUE PRIVÉE
EDMOND DE ROTHSCHILD S.A.
18, rue de Hesse
1204 GENEVE - SUISSE
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 46890
Amount of Claim: CHF 170 000 relating to Security
Date Claim Filed: 10/23/2009      XS0346650798

Phone: +41 21 343 12 78
Last Four Digits of Acct #: 0037 [?]

Phone: +41 58 818 9645
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
EUROCLEAR BANK, BRUSSELS
Boulevard du Roi Albert II 1, 1210 Saint-Josse-ten-Noode, Belgique
Phone: +32 2 326 42 45
Last Four Digits of Acct #: 0037 [?]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Th. Mory                                Date: 19th August 2013
   Transferee/Transferee's Agent
   First Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

F. Fauland
Assistant Vice President