SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Baupost Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

---

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION**
**OF BAUPOST GROUP, LLC TO QUASH DEBTORS' SUBPOENA**
**ISSUED UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

    **PLEASE TAKE NOTICE** that the hearing on the Motion of Baupost Group, LLC to

Quash Debtors' Subpoena Issued Under Federal Rule of Bankruptcy Procedure 2004 [Docket No.

38941] (the "Motion"), which was scheduled for September 18, 2013 at 10:00 a.m. (Prevailing

Eastern Time), **has been adjourned to October 23, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

(the "Hearing"), or as soon thereafter as the matter may be heard.  The Hearing on the Motion will

be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of

the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New

York, New York, 10004, and such Hearing may be further adjourned from time to time without

further notice other than an announcement at the Hearing.

Dated: New York, New York
      August 28, 2013

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:   /s/_____
      Bruce E. Clark
      Matthew A. Schwartz
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, New York 10004
      Telephone: (212) 558-4000
      Facsimile: (212) 558-3588

*Attorneys for Baupost Group, LLC*