SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**NOTICE OF DEPOSITION OF JULIA NAND**
**UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 2004, the Bankruptcy Court's ruling at the hearing on November 14, 2012, and the Discovery Protocol Agreement, executed on April 1, 2013, among Giants Stadium LLC ("Giants Stadium"), Lehman Brothers Special Finance, and Lehman Brothers Holdings, Inc., Giants Stadium will take the deposition upon oral examination of Julia Nand, a current employee of Legacy Asset Management Company, LLC (LAMCO), at the offices of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, at a time and date to be determined in the future. The deposition will be taken before an individual authorized by law to administer oaths and take depositions, will be recorded by stenographic means and videotaped, and will continue from day to day until completed.

A list of parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying Certificate of Service.

| | |
|---|---|
| Dated: New York, New York<br>August 28, 2013 | Respectfully submitted,<br><br>**SULLIVAN & CROMWELL LLP**<br><br>By:  /s/ _____<br>Bruce E. Clark<br>Matthew A. Schwartz<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone:  (212) 558-4000<br>Facsimile:  (212) 558-3588<br><br>*Attorneys for Giants Stadium LLC* |