**Hearing Date and Time:  October 23, 2013, at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline:  September 26, 2013, at 4:00 p.m. (Prevailing Eastern Time)**

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : Case No. 08-13555 (JMP) |
|  | : |
| Debtors. | : Jointly Administered |
|  | : |

_____

**NOTICE OF MOTION OF GIANTS STADIUM LLC FOR**
**AUTHORIZATION TO ISSUE THIRD-PARTY DEPOSITION SUBPOENAS**
**UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016**

**PLEASE TAKE NOTICE** that, on October 23, 2013, at 10:00 a.m.

(prevailing Eastern Time), or as soon thereafter as the matter may be heard, before the

Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court, Southern District of New York, One Bowling Green,

New York, New York 10004, Giants Stadium LLC ("Giants Stadium") will move

(the "Motion") under Federal Rules of Bankruptcy Procedure 2004 and 9016 for an order

authorizing Giants Stadium to issue subpoenas directing certain third parties who are

former employees of Lehman Brothers Special Finance ("LBSF"), Lehman Brothers

Holdings, Inc. ("LBHI"; together with "LBSF," "Debtors"), or their affiliates to appear

for deposition.  Giants Stadium makes this motion in compliance with the Discovery Protocol Agreement executed on April 1, 2013, and last amended on August 21, 2013, between Giants Stadium and Debtors.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to this Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and (i) shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format ("PDF"), WordPerfect, or any other Windows-based word processing format; and (ii) a hardcopy of such objection or response shall be served in accordance with General Order M-242, upon (A) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (B) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn:  Richard W. Slack, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Jacqueline Marcus, Esq., and Robert J. Lemons, Esq.), attorneys for Debtors; (C) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., and Andrea B. Schwartz, Esq.); (D) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn:  Dennis F. Dunne, Esq., Wilbur F. Foster, Jr., Esq., Dennis C. O'Donnell, Esq.,

and Evan R. Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases; (E) the attorneys for any other official committee(s) appointed in these cases; (F) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Attn: Bruce E. Clark, Esq. and Matthew A. Schwartz, Esq.), attorneys for Giants Stadium LLC; and (G) any person or entity with a particularized interest in this Motion; so as to be actually filed and received no later than September 26, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
      August 28, 2013

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:   /s/ _____
        Bruce E. Clark
        Matthew A. Schwartz
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York 10004
        Telephone: (212) 558-4000
        Facsimile: (212) 558-3588

        *Attorneys for Giants Stadium LLC*