# Exhibit C

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 13, 2013

Via E-mail

Richard W. Slack,
    Weil, Gotshal & Manges LLP,
        767 Fifth Avenue,
            New York, New York 10153-0119.

        Re:   *In re Lehman Brothers Holdings Inc., et al.*
                  08-13555 (Bankr. S.D.N.Y.)

Dear Richard:

        Pursuant to the Discovery Protocol Agreement, entered on April 1, 2013, I write on behalf of Giants Stadium LLC ("Giants Stadium") to identify the individuals that Giants Stadium seeks to depose. Those individuals are, in alphabetical order, as follows:[1]

| Matthew Casner | Steven Howard | Stephen Lessing | Michael Sung |
| Katie Chan | Kyle Ingram | David Lo | Robert Taylor |
| Peter Coleman | Gary Killian | Julia Nand | Sean Teague |
| Edward Fanter | Seth Konheim | Gia Rys | Jacopo Visentini |
| Michael Ferraro | Jeff Kirshenbaum | Gregory Shlionsky | Anatoly Zelikoff |

        Please notify me by the close of business on Friday, August 16, 2013 as to which of the above individuals are current employees of Legacy Asset Management Company LLC (LAMCO) or any of its affiliated entities. Giants Stadium will proceed with serving third-party notices and subpoenas on any individual not identified as an employee by this deadline (or seek the Bankruptcy Court's permission to do so).

                                                                 Sincerely,

                                                                 Bruce E. Clark

---

[1] Giants Stadium reserves the right to identify additional individuals as discovery proceeds.