Douglas R. Davis
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorney for Citigroup Financial Products Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :  Chapter 11
                                      :
In re                                 :  Case No. 08-13555
                                      :
   LEHMAN BROTHERS HOLDINGS INC.      :  (Jointly Administered)
                                      :
                         Debtor.      :  **Ref. No. 39841**
------------------------------------- x

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that Citigroup Financial Products Inc. ("CFPI"), by and through its undersigned counsel, hereby withdraws the *Notice of Transfer of Claim other than for Security* [Docket No. 39841], dated August 23, 2013, in which CFPI purported to acquire Proof of Claim No. 4871 in the amount of $18,900,000 from OZ Special Master Fund, Ltd.  The *Notice of Transfer* [Docket No. 39841] was filed in error and was replaced by the *Notice of Transfer of Claim other than for Security* [Docket No. 39842], dated August 23, 2013.

Dated: New York, New York            PAUL, WEISS, RIFKIND, WHARTON &
       August 29, 2013               GARRISON LLP

                                     By:   /s/ Douglas R. Davis
                                           Douglas R. Davis
                                           (ddavis@paulweiss.com)
                                           1285 Avenue of the Americas
                                           New York, New York  10019-6064
                                           Telephone:  (212) 373-3000
                                           Facsimile:  (212) 757-3990

                                     *Attorney for Citigroup Financial Products Inc.*

Doc#: US1:8789989v1