SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Zeh S. Ekono

*Attorneys for Baupost Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CERTIFICATE OF SERVICE**

      I, Zeh S. Ekono, hereby certify that, on August 28, 2013, I caused to be served true and correct copies of the **Notice of Adjournment of the Hearing on the Motion of Baupost Group, LLC to Quash Debtors' Subpoena Issued Under Federal Rule of Bankruptcy Procedure 2004** by U.S. mail on Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin) and by hand delivery on:

      The Chambers of the Honorable James M. Peck
      One Bowling Green
      Courtroom 601
      New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus, and Robert Lemons

*Attorneys for the Debtors*

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
       August 28, 2013

Respectfully submitted,

/s/
Zeh S. Ekono
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Baupost Group, LLC*