SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

### CERTIFICATE OF SERVICE

I, Matthew A. Schwartz, hereby certify that, on August 28, 2013, I caused to be served true and correct copies of (i) the **Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016** (the "Motion") and (ii) the **Declaration of Matthew A. Schwartz in Support of the Motion** ("Schwartz Declaration") and the exhibits attached thereto by ECF on the parties requesting electronic service, by U.S. Mail, First Class, Postage Prepaid, on Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin), by hand delivery on:

> The Chambers of the Honorable James M. Peck
> One Bowling Green
> Courtroom 601
> New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard W. Slack, Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus,
and Robert J. Lemons

*Attorneys for the Debtors*

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn:   Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Wilbur F. Foster, Jr., Dennis C. O'Donnell,
and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
August 28, 2013

Respectfully submitted,

/s/
Matthew A. Schwartz
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*