SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

---

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew A. Schwartz, hereby certify that, on August 28, 2013, I caused true and correct copies of (1) the **Notice of Deposition of Seth Konheim Under Federal Rule of Bankruptcy Procedure 2004** and (2) the **Notice of Deposition of Julia Nand Under Federal Rule of Bankruptcy Procedure 2004** to be served by ECF on the parties requesting electronic service, by U.S. Mail, First Class, Postage Prepaid, on the Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin), and by hand delivery on:

> The Chambers of the Honorable James M. Peck
> One Bowling Green
> Courtroom 601
> New York, New York 10004

> The U.S. Trustee
> U.S. Federal Office Building
> 201 Varick Street, Suite 1006
> New York, New York 10014

Attn:   Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz


Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard W. Slack, Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus,
        and Robert J. Lemons
*Attorneys for the Debtors*


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Wilbur F. Foster, Jr., Dennis C. O'Donnell,
        and Evan R. Fleck
*Attorneys for the Creditors' Committee*


Dated: New York, New York           Respectfully submitted,
       August 28, 2013

                                     /s/
                                     Matthew A. Schwartz
                                     SULLIVAN & CROMWELL LLP
                                     125 Broad Street
                                     New York, New York 10004
                                     Telephone: (212) 558-4000
                                     Facsimile: (212) 558-3588

                                     *Attorney for Giants Stadium LLC*