**Presentment Date and Time: September 4, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: September 3, 2013 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): September 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    08-13555 (JMP)
                                                            :
                          Debtors.                          :    (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

### NOTICE OF PRESENTMENT OF SUPPLEMENTAL ORDER REINSTATING CLAIM

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Supplemental Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **September 4, 2013 at 10:00 a.m. (Prevailing Eastern Time)**. The Supplemental Order supplements the Order Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rule 9019 Authorizing The Settlement Of Certain Prepetition Derivatives Contracts With Trusts For Which Deutsche Bank National Trust Company Serves As Indenture Trustee And Related Relief, dated August 24, 2012 [ECF No. 30372], and reinstates previously disallowed and expunged claim number 18505.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Supplemental Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **September 3, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Supplemental Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Supplemental Order on **September 26, 2013 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: August 28, 2013
       New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
------------------------------------------------------------------x

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI"), and certain of its affiliated debtors in the above-referenced chapter 11 cases, filed the *Motion Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rule 9019 For Authorization To Settle Certain Prepetition Derivatives Contracts With Trusts For Which Deutsche Bank National Trust Company Serves As Indenture Trustee and Related Relief*, dated July 24, 2012 [ECF No. 29611] (the "Motion"),[1] relating to, *inter alia*, claim number 18505 (the "Claim");

WHEREAS the Motion sought, pursuant to section 105(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedures, authorization to settle certain prepetition derivatives contracts and related relief, all as more fully described in the Motion;

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

WHEREAS the Court entered an order on August 24, 2012 [ECF No. 30372], granting the relief requested in the Motion (the "Order"), which, among other things, disallowed and expunged the Claim;

WHEREAS LBHI has determined that the Claim should not have been disallowed and expunged and, therefore, now seeks to reinstate the Claim;

**IT IS HEREBY**:

ORDERED that the Court-approved claims and noticing agent, Epiq Systems, shall be authorized and directed to immediately reinstate the Claim on the official claims register; and it is further

ORDERED that, other than as expressly set forth herein, the rights of LBHI, including any defenses or grounds for objection, and any other party in interest with respect to the Claim are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that, other than with respect to the Claim, this Supplemental Order shall have no affect on the claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: _____, 2013
       New York, New York

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE