



United State Bankruptcy Court
Southern District of New York
One Bowling Green

New York, NY 10004-1408

Lugano, August 23, 2013
Rif.: TIT/sg

**Lehman Brothers Holdings Inc.-Form 210A Transfer of Claim**

Dear Sirs,

we are writing to you regarding the abovementioned transfer of Claim. In order to change the registration of the Claim you will find attached the Transfer form and the Evidence of Transfer of Claim duly signed by the Transferor.

If no objection is filed and all conditions have been met please confirm the change in the claims register.

Thank you for your attention.

Yours sincerely.

BANCA PRIVATA EDMOND DE ROTHSCHILD LUGANO S.A.

Stefano Ghirlanda          Flavio Mombelli

1 Form Transfer of Claim
1 Evidence of transfer of Claim issue from the Transferor

Banca Privata Edmond de Rothschild Lugano S.A.
Via Ginevra 2
6901 Lugano - Svizzera
T +41 91 913 45 00 - F +41 91 913 45 01

www.privata.ch

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re **Lehman Brothers Holdings Inc., et al., debt.**,    Case No. **08-13555 (JMP)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banca Privata Edmond de Rothschild Lugano SA**    **Bank J. Safra Sarasin Ltd**
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:
**Banca Privata Edmond de Rothschild Lugano SA**
**Via Ginevra2, 6901 Lugano Switzerland**

Court Claim # (if known): **60426**
Amount of Claim: **$ 2'901'000.00**
Date Claim Filed: **10/29/2009**

Phone:    +41 91 913 45 00
Last Four Digits of Acct #:    3415

Phone:
Last Four Digits of Acct. #

Name and Address where transferee payments should be sent (if different from above):

**Citibank NA**
**399, Park Avenue, New York N.Y. 10022**
**USA**
**Account USD 36012329 in the name of Banca Privata Edmond de Rothschild Lugano SA**

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **Banca Privata Edmond de Rothschild Lugano SA**    Date: 23RD AUGUST 2013
   Transferee/Transferee's Agent
   Stefano Ghirlanda    Matteo Scacchi
   Member of Management    First Vice-President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin Ltd** ("Transferor") unconditionally and irrevocably transferred to **Banca Privata Edmond de Rothschild S.A., Lugano** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 60426) in the amount of 170'000 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this July 24, 2013.

Bank J. Safra Sarasin Ltd

Patrick Gribi
Executive Director

Frank Link
Vice President



J. SAFRA SARASIN
Sustainable Swiss Private Banking since 1841

2 | 2

## SCHEDULE 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Nominal Amount/Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|
| XS0247028391 | 60426 | October 29, 2009 | Lehman Brothers Treasury Co. B.V. | 170'000 out of 3'000'000 |

2 | 2