B210A (Form 210A) (12/09)

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED AUG 28 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Ms Lam Yue Ming, Angela | Citibank, N.A. Hong Kong Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

House 85 Petrues Avenue
The Vineyard, Ngau Tam Mei Road
Yuen Long, Hong Kong
Attn: Ms Lam Yue Ming, Angela
Phone: 852-60714068
Email: angelalamym@gmail.com

Court Claim # (if known): 55845
Total Amount of Claim Filed: $15,312,672
Amount of Claim Transferred: $130,000
ISIN/CUSIP: XS0301813522
Blocking Number:
Date Claim Filed: October 29, 2009

Phone: 212-373-3000
Last Four Digits of Acct #:

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____        Date: August 21, 2013
    Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Ms Lam Yue Ming, Angela | Citibank, N.A., Hong Kong Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

House 85 Petrus Avenue
The Vineyard, Ngau Tam Mei Road
Yuen Long, Hong Kong
Attn: Ms Lam Yue Ming, Angela
Phone: 852-60714068
Email: angelalamym@gmail.com

Court Claim # (if known): 55845
Total Amount of Claim Filed: $15,312,672
Amount of Claim Transferred: $130,000
ISIN/CUSIP: XS0301813522
Blocking Number:
Date Claim Filed: October 29, 2009

Phone: 212-373-3000
Last Four Digits of Acct #:

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: August 21, 2013
    Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.       Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 55845 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on Aug 21 2013.

| Citibank, N.A. Hong Kong Branch | Ms Lam Yue Ming, Angela |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

*Citibank, N.A. Singapore Branch*
3 Changi Business Park Crescent, 8th Fl
Singapore 486026
Attn: Narayanan, R

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Address of Transferee:

House 85 Petrues Avenue
The Vineyard, Ngau Tam Mei Road
Yuen Long, Hong Kong
Attn: Ms Lam Yue Ming, Angela
Phone: 852-60714068
Email: angelalamym@gmail.com

| ~ DEADLINE TO OBJECT TO TRANSFER ~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____       _____
                                                                           **CLERK OF THE COURT**

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                          Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 55845 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on Aug 21 2013.

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Citibank, N.A. Hong Kong Branch | Ms. Lam, Yue Ming, Angela |
| Address of Alleged Transferor: | Address of Transferee: |
| Citibank, N.A. Singapore Branch<br>3 Changi Business Park Crescent, 8th Fl<br>Singapore 486020<br>Attn: Narayanan, R | House 85 Pinmore Avenue<br>The Vineyard, Ngau Tam Mei Road<br>Yuen Long, Hong Kong<br>Attn: Ms Lam Yue Ming, Angela<br>Phone: 852-60714068<br>Email: angelalamym@gmail.com |
| With a copy to:<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attn: Douglas R. Davis<br>Phone: 212-373-3000<br>Email: ddavis@paulweiss.com | |

~~ **DEADLINE TO OBJECT TO TRANSFER** ~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

_____                 _____
Date:                                    CLERK OF THE COURT