Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,          Case No. 08-13555 (JMP)
                                                      **(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>                                  <u>Name of Transferor</u>

Deutsche Bank AG, London Branch                       SPCP Group, LLC

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch                       Court Claim # (if known): 19174
60 Wall Street                                        Amount of Claim: $45,000,000.00
3rd Floor                                             Date Claim Filed:
New York, NY 10005
Attention: Matthew Weinstein                          Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #:  N/A                      Last Four Digits of Acct #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: Aug 23,    2013
Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")
         Case No. 08-13555 (JMP) et al (Jointly Administered) (the "Case")

Proof of Claim Number 19174

SPCP GROUP, LLC and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which
are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

DEUTSCHE BANK AG, LONDON BRANCH
c/o Deutsche Bank Securities, Inc.
60 Wall Street
New York, New York 10005
Attn: Matthew Weinstein
Email: Matthew.weinstein@db.com

and its successors and assigns ("Buyer"), a pro rata portion to the extent of 25.7142857 % (the "Percentage Interest") in and to Proof of
Claim Number 19174 which has been settled in the allowed amount of $175,000,000 (the "Claim") against the Debtor in the Case in the
Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor. Buyer's Percentage Interest in the
Claim represents $45,000,000 of the Claim.

Seller hereby waives any objection to the transfer of the Percentage Interest in the Claim to Buyer on the books and records of the Debtor
and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by
Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.
Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice
to Seller transferring to Buyer the Percentage Interest in the Claim and recognizing the Buyer as the sole owner and holder of the
Percentage Interest in the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the
Percentage Interest in the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative
dated ____ 2013
Aug 23
SPCP GROUP, LLC

By: _____
      Name:
      Title:    David Steinmetz
                Authorized Signatory


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
      Name:
      Title:


By: _____
      Name:
      Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")
         Case No. 08-13555 (JMP) et al (Jointly Administered) (the "Case")

Proof of Claim Number 19174

SPCP GROUP, LLC and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

DEUTSCHE BANK AG, LONDON BRANCH
c/o Deutsche Bank Securities, Inc.
60 Wall Street
New York, New York 10005
Attn: Matthew Weinstein
Email: Matthew.weinstein@db.com

and its successors and assigns ("Buyer"), a pro rata portion to the extent of 25.7142857 % (the "Percentage Interest") in and to Proof of Claim Number 19174 which has been settled in the allowed amount of $175,000,000 (the "Claim") against the Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor. Buyer's Percentage Interest in the Claim represents $45,000,000 of the Claim.

Seller hereby waives any objection to the transfer of the Percentage Interest in the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Percentage Interest in the Claim and recognizing the Buyer as the sole owner and holder of the Percentage Interest in the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Percentage Interest in the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ____ 2013
Aug  23
SPCP GROUP, LLC

By: _____
    Name:
    Title:


DEUTSCHE BANK AG, LONDON BRANCH

By: _____
    Name:
    Title:

By: _____
    Name:
    Title: