**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Lehman Brothers Holdings Inc., et al        Case No. <u>08-13555 (JMP)</u>

                     Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee: <br> ATTESTOR VALUE MASTER FUND LP | Name of Transferor: <br> BARCLAYS BANK PLC |
| Notices to Transferee should be sent to: <br> ATTESTOR VALUE MASTER FUND LP <br> c/o Attestor Capital LLP <br> 21 Upper Brook Street <br> London W1K 7PY <br> United Kingdom <br> Tel: +44 20 7074 9621 <br> Fax: +44 20 7074 9611 <br> Attn: Anke Heydenreich <br> Email: Anke.Heydenreich@attestorcapital.com | Court Record Address of the Transferor: <br> *(Court use only)* |
| Last Four Digits of Acct.#: 7713 | Last Four Digits of Acct.#: N/A |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> Barclays Bank PLC <br> 1301 Avenue of the Americas <br> New York, NY 10166 <br> Fax: -- <br> Attn: Paul Copley/In House Legal Team <br> Email: distressedclosers@barclays.com |
| Transferred Claim Amount: $1,400,408.00 | |
| Court Claim No. (if known): <br> 29801 | |
| Date Claim Filed: <br> 22 September 2009 | |

**As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____            Date:    19 August 2013
      Transferee's Authorized Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

**Exhibit B**

**Form of Notice to be Filed with Bankruptcy Court**

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, Barclays Bank PLC (the "**Assignor**"), hereby unconditionally and irrevocably sells, transfers and assigns to Attestor Value Master Fund LP (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 08-13555 (JPM ) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $1,400,408.00 (the "**Claim**").

Claim No. 0000029801

    The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of August 2013.

Barclays Bank PLC

By: _____
Name:    Authorized Signatory
Title:        Aileen Montana
            Vice President

Attestor Value Master Fund LP
acting by Attestor Capital LLP

By: _____
Name:
Title: Managing Member

17360553v1

25

## Exhibit B

### Form of Notice to be Filed with Bankruptcy Court

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Barclays Bank PLC (the "**Assignor**"), hereby unconditionally and irrevocably sells, transfers and assigns to Attestor Value Master Fund LP (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 08-13555 (JPM ) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $1,400,408.00 (the "**Claim**").

Claim No. 0000029801

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of August 2013.

Barclays Bank PLC

By:
Name:
Title:

Attestor Value Master Fund LP
acting by Attestor Capital LLP

By:
Name: Anyle honce-Necici
Title: Managing Member

24

17360553v1