SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Matthew A. Schwartz, hereby certify that, on August 30, 2013, I caused to be served true and correct copies of (i) the **Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016** (the "Motion") and (ii) the **Declaration of Matthew A. Schwartz in Support of the Motion** ("Schwartz Declaration") and the exhibits attached thereto by U.S. Mail, First Class, Postage Prepaid, on David Lo, 38 Derby Road, Port Washington, New York 11050-4223.

Dated: New York, New York
      September 3, 2013

Respectfully submitted,

/s/ _____
Matthew A. Schwartz
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*