JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Toni-Ann Citera
Benjamin Rosenblum

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   Case No. 08-13555 (JMP)
                                          :
                                          :   (Jointly Administered)
                                          :
                       Debtors.           :
                                          :
-------------------------------------------- x
```

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER
GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR
THE PRODUCTION OF DOCUMENTS AND AUTHORIZING
<u>THE EXAMINATION OF PERSONS AND ENTITIES</u>**

**PLEASE TAKE NOTICE** that the Debtors, by and through their undersigned counsel, hereby withdraw the Subpoena to Bank of Montreal for the production of documents issued pursuant to Federal Rule of Bankruptcy Procedure 2004, served on June 9, 2011 (the

"Subpoena"). Notice of the Subpoena was filed with the Court on June 13, 2011 [Docket No. 17634].

Dated: September 3, 2013
New York, New York

JONES DAY

*s/* Benjamin Rosenblum
Jayant W. Tambe
Toni-Ann Citera
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*