WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                             :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**NOTICE OF (I) CORRECTED EXHIBIT TO FOUR HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS) AND (II) ADJOURNMENT OF FOUR HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS) SOLELY AS TO CERTAIN CLAIM**

      **PLEASE TAKE NOTICE** that on August 20, 2013, Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22738] for the entities in the above referenced chapter 11 cases, filed its four hundred thirty-first omnibus objection to claims (the "Four Hundred Thirty-First Omnibus Objection to Claims") [ECF No. 39569],[1] seeking to reduce and allow those claims listed on Exhibit A annexed thereto (the "Initial Reduce and Allow Claims Exhibit").

      **PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby files a corrected version of the Initial Reduce and Allow Claims Exhibit, annexed hereto as Exhibit 1

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Four Hundred Thirty-First Omnibus Objection to Claims.

US_ACTIVE:\44322821\2\58399.0011

(the "Corrected Exhibit"). The Corrected Exhibit reflects the revised reason for reduction for proof of claim number 14322 (the "Bloomberg Claim") filed by Bloomberg L.P. & Bloomberg Finance L.P. (together, "Bloomberg"), but does not change the proposed allowed claim amount for the Bloomberg Claim. The Corrected Exhibit supersedes the Initial Reduce and Allow Claims Exhibit originally filed with the Court. The Plan Administrator reserves its rights to object to the claims listed on the Corrected Exhibit on any other basis in the event that the relief requested in the Four Hundred Thirty-First Omnibus Objection to Claims is not granted.

**PLEASE TAKE FURTHER NOTICE** that a blacklined version of the Corrected Exhibit that reflects the corrections made to the Initial No Liability Claims Exhibit is annexed hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that, other than the Corrected Exhibit, the Four Hundred Thirty-First Omnibus Objection to Claims remains otherwise unaffected.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Four Hundred Thirty-First Omnibus Objection to Claims, that was scheduled for September 26, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the Bloomberg Claim, to October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any responses to the Four Hundred Thirty-First Omnibus Objection to Claims, **solely with respect to the Bloomberg Claim, has been extended to October 4, 2013 at 4:00 p.m. (Prevailing Eastern Time)**.

2

**PLEASE TAKE FURTHER NOTICE** that this notice has been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) Bloomberg; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [ECF No. 9635].  The Plan Administrator submits that no other or further notice need be provided.

Dated: September 4, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

# Exhibit 1

(Corrected Exhibit)

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
## OMNIBUS OBJECTION 431: EXHIBIT 1 - REDUCE & ALLOW

| | NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1 | BLOOMBERG L.P & BLOOMBERG FINANCE L.P. | 14322 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | ASSERTED AMT. | $31,279.08 | | | $57,262.23 | $88,541.31 * |
| | | | | | MODIFIED AMT. | $0.00 | | | $57,262.23 | $57,262.23 |
| | | | | | Reason for Reduction: | No liability for administrative expense claim because LBHI rejected the contract as of the effective date of LBHI's chapter 11 plan, and the claimant has not provided a sufficient basis to allow the administrative expense claim as actual, necessary costs and expenses of preserving LBHI's estate. | | | | |
| 2 | COLOMBO, COLEEN DENISE | 5227 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $154,252.80 | $154,252.80 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 3 | DAVID SCHWARTZ REVOCABLE TRUST | 68141 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | ASSERTED AMT. | | | | $166,855.00 | $166,855.00 |
| | | | | | MODIFIED AMT. | | | | $126,555.00 | $126,555.00 |
| | | | | | Reason for Reduction: | Inaccurate valuation of warrant issued by Lehman Brothers Holdings Inc. pursuant to governing documents. | | | | |
| 4 | GUAJARDO, ISABEL | 5226 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $58,240.00 | $58,240.00 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 5 | HOWARD-JAMES, LINDA (WEEKES) | 5225 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $10,000,000.00 | $10,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $154,502.40 | $154,502.40 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 6 | KALAIMOKU-KUHIO DEVELOPMENT CORP. | 25164 | LB 2080 Kalakaua Owners LLC | LB 2080 Kalakaua Owners LLC | ASSERTED AMT. | | | | $8,953,501.39 | $8,953,501.39 * |
| | | | | | MODIFIED AMT. | | | | $8,953,501.39 | $8,953,501.39 |
| | | | | | Reason for Reduction: | No liability for unliquidated portion of claim. | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 39934    Filed 09/04/13    Entered 09/04/13 11:25:57    Main Document
Pg 6 of 9

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 431: EXHIBIT 1 - REDUCE & ALLOW**

| NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 7 MCNEIL, CHERYL | 5224 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | MODIFIED AMT. | | | | $82,409.60 | $82,409.60 |
| | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 8 SEYMOUR, MICHELLE | 5222 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | MODIFIED AMT. | | | | $123,968.00 | $123,968.00 |
| | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 9 VEGA-SUTFIN, SYLVIA | 5223 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | MODIFIED AMT. | | | | $108,000.00 | $108,000.00 |
| | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| | | | TOTAL AMOUNT SUBJECT TO OBJECTION | | $31,279.08 | | | $44,177,618.62 | $44,208,897.70 |
| | | | TOTAL CLAIMS AS MODIFIED | | $0.00 | | | $9,818,691.42 | $9,818,691.42 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**Exhibit 2**

(Blackline of Corrected Exhibit)

US_ACTIVE:\44322821\1\58399.0011

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
## OMNIBUS OBJECTION 431: EXHIBIT 1 - REDUCE & ALLOW

| # | NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | | AMOUNTS ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLOOMBERG L.P & BLOOMBERG FINANCE L.P. | 14322 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | ASSERTED AMT. | $31,279.08 | | | $57,262.23 | $88,541.31 * |
| | | | | | MODIFIED AMT. | $0.00 | | | $57,262.23 | $57,262.23 |
| | | | | | Reason for Reduction: | No liability for administrative expense claim because ~~contract was assigned to Barclays Capital Inc., which assumed liability~~ LBHI rejected the contract as of the effective date of LBHI's chapter 11 plan, and the claimant has not provided a sufficient basis to allow the administrative expense claim as actual, necessary costs and expenses of preserving LBHI's estate. | | | | |
| 2 | COLOMBO, COLEEN DENISE | 5227 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $154,252.80 | $154,252.80 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 3 | DAVID SCHWARTZ REVOCABLE TRUST | 68141 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | ASSERTED AMT. | | | | $166,855.00 | $166,855.00 |
| | | | | | MODIFIED AMT. | | | | $126,555.00 | $126,555.00 |
| | | | | | Reason for Reduction: | Inaccurate valuation of warrant issued by Lehman Brothers Holdings Inc. pursuant to governing documents. | | | | |
| 4 | GUAJARDO, ISABEL | 5226 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $58,240.00 | $58,240.00 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 5 | HOWARD-JAMES, LINDA (WEEKES) | 5225 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $10,000,000.00 | $10,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $154,502.40 | $154,502.40 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 6 | KALAIMOKU-KUHIO DEVELOPMENT CORP. | 25164 | LB 2080 Kalakaua Owners LLC | LB 2080 Kalakaua Owners LLC | ASSERTED AMT. | | | | $8,953,501.39 | $8,953,501.39 * |
| | | | | | MODIFIED AMT. | | | | $8,953,501.39 | $8,953,501.39 |
| | | | | | Reason for Reduction: | No liability for unliquidated portion of claim. | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 431: EXHIBIT 1 - REDUCE & ALLOW**

| | NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 7 | MCNEIL, CHERYL | 5224 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $82,409.60 | $82,409.60 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 8 | SEYMOUR, MICHELLE | 5222 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $123,968.00 | $123,968.00 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 9 | VEGA-SUTFIN, SYLVIA | 5223 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $108,000.00 | $108,000.00 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| | | | | | TOTAL AMOUNT SUBJECT TO OBJECTION | $31,279.08 | | | $44,177,618.62 | $44,208,897.70 |
| | | | | | TOTAL CLAIMS AS MODIFIED | $0.00 | | | $9,818,691.42 | $9,818,691.42 |

\* - Indicates claim contains unliquidated and/or undetermined amounts