UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Ceradyne, Inc.<br>c/o Eric M. Sutty<br>Elliott Greenleaf<br>1105 North Market Stree, Suite 1700<br>Wilmington, Delaware 19801 |
| Claim Number (if known): | 5358 |
| Date Claims Filed: | July 15, 2009 |
| Total Amount of Claim Filed: | $100,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed] Eric M. Sutty* | Title:<br>Counsel to Ceradyne, Inc. |
|---|---|
| Printed Name:<br>Eric M. Sutty | Dated:<br>September 4, 2013 |