Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |

-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

  **PLEASE TAKE NOTICE** that the *Motion Of Official Committee Of Unsecured*

*Creditors For An Order, Under 11 U.S.C. 1103(c) And Fed. R. Bankr. P. 2004, Authorizing*

*Discovery From Ernst & Young LLP* [ECF No. 8477], is hereby withdrawn without prejudice.

Dated:  New York, New York
    September 5, 2013

        **MILBANK, TWEED, HADLEY & McCLOY LLP**

        By: _/s/ Dennis F. Dunne_____
        Dennis F. Dunne
        Evan R. Fleck
        Dennis C. O'Donnell
        1 Chase Manhattan Plaza
        New York, NY 10005
        Telephone:  (212) 530-5000

        Counsel to the Official Committee of Unsecured
        Creditors of Lehman Brothers Holdings Inc., et al.