SACKS & SACKS LLP
150 Broadway, 4th Floor
New York, New York 10038
Telephone: (212) 964-5570
Facsimile: (212) 349-2141
David Mayer, Esq.

Attorneys for Yuri and Irene Belik

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
:
Debtors.                              :    (Jointly Administered)
:
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**YURI AND IRENE BELIK'S MOTION TO LIFT STAY**

**PLEASE TAKE NOTICE** that the hearing on the *Motion to Lift Stay* of Yuri and Irene Belik (the "Motion") (ECF No. 39585), that was scheduled for September 18, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to October 23, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or

US_ACTIVE:\44203043\1\58399.0003

other responsive pleadings to the Motion has been extended to **October 16, 2013 at 4:00 p.m.**

**(Prevailing Eastern Time).**

Dated:  September 4, 2013
        New York, New York

_____
David Mayer, Esq.

SACKS & SACKS LLP
150 Broadway, 4th Floor
New York, New York 10038
Telephone: (212) 964-5570
Facsimile: (212) 349-2141

Attorneys for Yuri and Irene Belik

2