UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

------------------------------------------------------------x

## PARTIAL WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | 62779 (To the extent of the securities in Schedule A attached hereto. For the avoidance of doubt, this filing and its schedule supersedes and replaces the Partial Withdrawal of Claim and corresponding schedule filed on January 23, 2013.) |
| Date Claim Filed: | 09/02/2009 |
| Total Amount of Claim Filed: | $104,155,976.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Administrator (acting as agent and without personal liability) |
| Printed Name: RUSSELL DOWNS | Dated: 09/05/2013 |

//

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Name of Debtor and Case Number:*
Fill in the name of the debtor in the bankruptcy case, and the bankruptcy case number. A list of the Debtors and their cases numbers is provided below.

| | | | | | |
|---|---|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC | 08-13904 | Lehman Scottish Finances L.P. |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC | 08-13664 | PAMI Statler Anns LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC | 08-13902 | Lehman Brothers Financial Products Inc. |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13893 | Lehman Brothers OTC Derivative Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l | 09-17331 | Merit LLC |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC | 09-17503 | LB Somerset LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation | 09-17505 | LB Preferred Somerset LLC |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC | | |

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, If any, of the creditor or other person authorized to file this withdrawal or claim (attach copy of power of attorney, if any).**

**THIS FORM MUST BE SENT TO EPIQ BANKRUPTCY SOLUTIONS LLC, THE DEBTORS' AUTHORIZED CLAIMS AND NOTICING AGENT AT:**

**Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, New York 10017**

//

**Schedule A**
**Claim 62779 - Partial withdrawal**

| ISIN | Blocking # | Claim Amount filed |
|---|---|---:|
| ANN5213N4118 | CA33940 | 170.00 |
| ANN5214A4674 | CA33926 | 14,299.00 |
| ANN5214R2885 | CA33928 | 1,284.00 |
| ANN5214R3388 | CA33941 | 4,326.00 |
| CH0015586842 | 935809 | 95,385,981.60 |
| CH0021004319 | 935808 | 870,897.60 |
| DE000A0LHVD0 | 935792 | 212.75 |
| DE000A0MHVV0 | 935788 | 333.30 |
| DE000A0MJHE1 | 935786 | 1,424.08 |
| DE000A0N7XQ2 | 935773 | 140.42 |
| DE000A0NLZG2 | 935782 | 4.25 |
| DE000A0NMGK2 | 935781 | 14.17 |
| DE000A0NMJ46 | 935780 | 60.96 |
| DE000A0NMXZ5 | 935779 | 35.65 |
| DE000A0NPV47 | 935778 | 24.11 |
| DE000A0NTV01 | 935776 | 18.44 |
| DE000A0S2A33 | 935796 | 336.21 |
| DE000A0S5NN9 | 935761 | 18.41 |
| DE000A0S7D50 | 935799 | 1,415.98 |
| DE000A0SG1J6 | 935750 | 7.09 |
| DE000A0SG1R9 | 935798 | 113.71 |
| DE000A0SHLW6 | 935764 | 28.35 |
| DE000A0SUA81 | 935772 | 42.51 |
| DE000A0SUEV6 | 935762 | tbc |
| DE000A0TX6H7 | 935752 | 31,258.62 |
| DE000A0V4E15 | 935751 | 42.55 |
| XS0231346593 | CA33353 | 14,183.81 |
| XS0231442046 | CA46909 | 436.46 |
| XS0253852254 | CA33351 | 58.14 |
| XS0311769219 | CA46901 | 21.00 |
| XS0313430463 | CA46905 | 99,288.00 |
| XS0314918276 | CA46899 | 262.00 |
| XS0327774732 | CA46890 | 14,951.00 |
| XS0334494290 | CA46898 | 391.00 |
| XS0335137120 | CA46902 | 23.00 |
| XS0340076321 | CA46883 | 14.00 |