UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

------------------------------------------------------------x

## PARTIAL WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration) <br> Level 23 <br> 25 Canada Square <br> London <br> E14 5LQ <br> United Kingdom |
| Claim Number (if known): | 62786 (To the extent of the securities in Schedule A attached hereto. For the avoidance of doubt, this filing and its schedule supersedes and replaces the Partial Withdrawal of Claim and corresponding schedule filed on January 23, 2013.) |
| Date Claim Filed: | 09/02/2009 |
| Total Amount of Claim Filed: | $3,063,130,884.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: Administrator (acting as agent and without personal liability) |
|---|---|
| Printed Name: RUSSELL DOWNS | Dated: 09/05/2013 |

//

# DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Name of Debtor and Case Number:*
Fill in the name of the debtor in the bankruptcy case, and the bankruptcy case number. A list of the Debtors and their cases numbers is provided below.

| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC | 08-13904 | Lehman Scottish Finances L.P. |
|---|---|---|---|---|---|
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC | 08-13664 | PAMI Statler Anns LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC | 08-13902 | Lehman Brothers Financial Products Inc. |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13893 | Lehman Brothers OTC Derivative Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l | 09-17331 | Merit LLC |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC | 09-17503 | LB Somerset LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation | 09-17505 | LB Preferred Somerset LLC |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC | | |

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, If any, of the creditor or other person authorized to file this withdrawal or claim (attach copy of power of attorney, if any).**

**THIS FORM MUST BE SENT TO EPIQ BANKRUPTCY SOLUTIONS LLC, THE DEBTORS' AUTHORIZED CLAIMS AND NOTICING AGENT AT:**

**Epiq Bankruptcy Solutions, LLC**
**Attn: Lehman Brothers Holdings**
**757 Third Avenue, 3rd Floor**
**New York, New York 10017**

*II*

**Schedule A**

**Claim 62786 - Partial withdrawal**

| ISIN | Blocking # | Claim Amount filed |
|---|---|---|
| ANN521331184 | 6029722 | 95,872 |
| ANN521331267 | 6029721 | 9,698 |
| ANN521331424 | 6029727 | tbc |
| ANN521331671 | 6029726 | 5,125 |
| ANN521331754 | 6029725 | 47 |
| ANN521332174 | 6029724 | 99,450 |
| ANN521332257 | 6029729 | 500,000 |
| ANN521332331 | 6036330 | tbc |
| ANN521332745 | 6029728 | 425,520 |
| ANN521333404 | 6029737 | tbc |
| ANN521333818 | 6029732 | 2,958 |
| ANN521334238 | 6029738 | 22,160 |
| ANN521334311 | 6029736 | 999,543 |
| ANN521334642 | 6029735 | 709,200 |
| ANN521334725 | 6029733 | 195,739 |
| ANN521335714 | 6029730 | 354,600 |
| ANN521335979 | 6029731 | tbc |
| ANN521336399 | 6029734 | tbc |
| ANN521336472 | 6029741 | tbc |
| ANN521336886 | 6029742 | 1,176 |
| ANN521337611 | 6029745 | 14,153 |
| ANN521337876 | 6029744 | 212,760 |
| ANN521338114 | 6029740 | 1,149 |
| ANN521338296 | 6029739 | 9,816 |
| ANN521338601 | 6029743 | 893 |
| ANN521338783 | 6029746 | 9,705 |
| ANN5213N2625 | 6035137 | tbc |
| ANN5213N4118 | 6029720 | 425,350 |
| ANN5214A1035 | 6029747 | 60,998 |
| ANN5214A1118 | 6029748 | 5,021 |
| ANN5214A1290 | 6029753 | 425,520 |
| ANN5214A1373 | 6029750 | 16,782 |
| ANN5214A2850 | 6029754 | 24,981 |
| ANN5214A3197 | 6029752 | 72,516 |
| ANN5214A3353 | 6029751 | 142 |
| ANN5214A3437 | 6029749 | 14,099 |
| ANN5214A3502 | 6030598 | 9,350 |
| ANN5214A3841 | 6030601 | tbc |
| ANN5214A4344 | 6030599 | 283,680 |
| ANN5214A4427 | 6030603 | 283,680 |
| ANN5214A4591 | 6030602 | 283,680 |
| ANN5214A4674 | 6029757 | 47,156 |
| ANN5214A4757 | 6030600 | 3,960 |
| ANN5214A4831 | 6030605 | 851,040 |
| ANN5214A4914 | 6030610 | 595,728 |
| ANN5214A5259 | 6030608 | 319,140 |

| | | |
|---|---|---|
| ANN5214A5333 | 6030607 | 425,520 |
| ANN5214A5747 | 6030604 | tbc |
| ANN5214A5820 | 6030609 | 567,360 |
| ANN5214A5903 | 6030606 | 1,000 |
| ANN5214A6166 | 6030616 | 14,114 |
| ANN5214A6323 | 6030614 | 12,766 |
| ANN5214A6406 | 6030611 | 9,010 |
| ANN5214A6653 | 6030612 | 13,687 |
| ANN5214A6737 | 6030615 | 543,673 |
| ANN5214A6810 | 6030613 | 390,630 |
| ANN5214A7313 | 6030620 | 23,361 |
| ANN5214A7560 | 6030625 | 41,205 |
| ANN5214A7982 | 6030622 | 1,376 |
| ANN5214A8063 | 6030618 | tbc |
| ANN5214A8303 | 6030617 | 9,598 |
| ANN5214A8634 | 6030621 | 41,600 |
| ANN5214A8717 | 6030623 | 24,980 |
| ANN5214A8899 | 6030624 | tbc |
| ANN5214R1143 | 6030630 | 70,889 |
| ANN5214R1481 | 6030627 | 18,014 |
| ANN5214R1556 | 6030631 | 600 |
| ANN5214R1630 | 6030629 | 14,184 |
| ANN5214R2059 | 6030628 | 350 |
| ANN5214R2216 | 6035141 | tbc |
| ANN5214R2547 | 6030626 | tbc |
| ANN5214R2620 | 6030634 | 7,611 |
| ANN5214R2885 | 6029758 | 135,400 |
| ANN5214R2968 | 6030635 | 612,465 |
| ANN5214R3123 | 6030636 | tbc |
| ANN5214R3388 | 6029759 | 58,062 |
| ANN5214R3461 | 6030633 | 340,416 |
| ANN5214R3537 | 6030632 | 202,023 |
| ANN5214R3792 | 6030637 | 2,195,165 |
| ANN5214R3958 | 6030642 | 76,887 |
| ANN5214R4030 | 6030644 | tbc |
| ANN5214R4378 | 6030643 | tbc |
| ANN5214R4782 | 6030641 | 475,800 |
| ANN5214R4865 | 6030638 | 447,150 |
| ANN5214R4949 | 6030640 | 627,855 |
| ANN5214R5029 | 6030639 | 416,650 |
| ANN5214R5102 | 6030650 | 578,707 |
| ANN5214R5284 | 6030645 | 493,400 |
| ANN5214R5441 | 6030648 | 9,892,100 |
| ANN5214R5698 | 6030649 | 100,000 |
| ANN5214R5771 | 6030651 | 9,966,650 |
| ANN5214R5854 | 6030647 | 557,857 |
| ANN5214R5938 | 6030646 | tbc |
| ANN5214R6274 | 6030655 | 514,425 |
| ANN5214R6357 | 6030656 | tbc |
| ANN5214R6506 | 6030659 | 300 |

| | | |
|---|---|---|
| ANN5214R6688 | 6030652 | 179,020 |
| ANN5214R6761 | 6030657 | tbc |
| ANN5214R7595 | 6030654 | 97,000 |
| ANN5214R8098 | 6030658 | 695,016 |
| ANN5214R8171 | 6030653 | 36 |
| ANN5214R8254 | 6030660 | 277 |
| ANN5214R8338 | 6030663 | 996,675 |
| ANN5214R8411 | 6030661 | tbc |
| ANN5214R8585 | 6030662 | 1,351 |
| ANN5214R8825 | 6030666 | 12,978 |
| ANN5214T1026 | 6030669 | 212,760 |
| ANN5214T1851 | 6030667 | tbc |
| ANN5214T1935 | 6030665 | tbc |
| ANN5214T2438 | 6030664 | 20,000 |
| ANN5214T2768 | 6032581 | tbc |
| ANN5214T2842 | 6030668 | tbc |
| ANN5214T3428 | 6030673 | 13,333 |
| ANN5214T3592 | 6030672 | tbc |
| ANN5214T3675 | 6030678 | tbc |
| ANN5214T5241 | 6030670 | tbc |
| ANN5214T5324 | 6030674 | tbc |
| ANN5214T5407 | 6030671 | tbc |
| ANN5214T5654 | 6030676 | tbc |
| ANN5214T8393 | 6030675 | tbc |
| ANN5214T8476 | 6030683 | tbc |
| CH0017601359 | 6030679 | 9,855 |
| CH0022133257 | 6030680 | 283,680 |
| CH0023638858 | 6030682 | 99,500 |
| CH0025522589 | 6032059 | tbc |
| CH0025953040 | 6032582 | 14,184 |
| DE000A0LJV62 | 6029755 | 21 |
| DE000A0MHVV0 | 6029768 | 35 |
| DE000A0MHXQ6 | 6029767 | 86 |
| DE000A0N6GH8 | 6029765 | 68 |
| DE000A0SHLW6 | 6029761 | 13 |
| DE000A0TU1P4 | 6032588 | 19,021 |
| XS0121110455 | 6032063 | 506,390 |
| XS0121503774 | 6032062 | 193,649 |
| XS0122516296 | 6032590 | 74,309 |
| XS0123410838 | 6032065 | 176,948 |
| XS0159948784 | 6032070 | 50,000 |
| XS0163036071 | 6032071 | 324,454 |
| XS0163559841 | 6032594 | 29,231 |
| XS0165754531 | 6032072 | 456,246 |
| XS0172402421 | 6032596 | 50 |
| XS0180383662 | 6032074 | 500,000 |
| XS0185655445 | 6032081 | 313,330 |
| XS0186243118 | 6032078 | 250,134 |
| XS0186883798 | 6032082 | 38,000 |
| XS0187966949 | 6032083 | 280,000 |

| | | |
|---|---|---|
| XS0187967160 | 6032086 | 643,202 |
| XS0188926421 | 6032089 | 142,780 |
| XS0195431613 | 6032096 | 136,166 |
| XS0197173643 | 6032097 | 595,728 |
| XS0200265709 | 6032100 | 531,535 |
| XS0200284247 | 6032099 | 177,068 |
| XS0203544027 | 6032103 | 936,144 |
| XS0204933997 | 6032107 | 70,000 |
| XS0206245234 | 6032109 | 70,000 |
| XS0208689967 | 6032115 | 1,498,747 |
| XS0210433206 | 6032117 | 102,755 |
| XS0210782552 | 6032601 | 42,552 |
| XS0211092316 | 6032600 | 50,000 |
| XS0211093041 | 6032603 | 58,379 |
| XS0211814123 | 6032121 | 168,347 |
| XS0213416141 | 6032602 | 73,853 |
| XS0213971210 | 6032604 | 98,843 |
| XS0215349357 | 6032124 | 383,704 |
| XS0216140094 | 6032127 | 210,000 |
| XS0220152069 | 6032130 | 378,819 |
| XS0224858737 | 6032138 | 15,000,000 |
| XS0225326858 | 6032136 | 223,334 |
| XS0228149075 | 6032140 | 85,104 |
| XS0228154158 | 6032607 | 8,933 |
| XS0230607524 | 6032144 | 184,392 |
| XS0232035534 | 6032146 | 65,347 |
| XS0232035880 | 6032147 | 164,372 |
| XS0232037159 | 6032150 | 42,675 |
| XS0238337439 | 6032161 | 42,552 |
| XS0238679079 | 6032612 | 648 |
| XS0238681307 | 6032159 | 3,573 |
| XS0243065421 | 6032169 | 333,324 |
| XS0243852562 | 6032170 | 21,305,231 |
| XS0244093927 | 6032166 | 188,647 |
| XS0246082043 | 6032174 | 42,552 |
| XS0247274599 | 6032618 | 6 |
| XS0248142894 | 6032178 | 65,715 |
| XS0248620899 | 6032177 | 77,326 |
| XS0251909635 | 6032619 | 2,501 |
| XS0252767792 | 6032188 | 80,000 |
| XS0253852254 | 6029780 | 27 |
| XS0254628661 | 6032622 | 42,552 |
| XS0254853947 | 6032193 | 148,932 |
| XS0255689589 | 6032623 | 34 |
| XS0256934000 | 6032202 | 99,288 |
| XS0258128916 | 6032201 | 10,265,625 |
| XS0261032238 | 6032627 | 7,111 |
| XS0262353831 | 6032212 | 113,472 |
| XS0263871674 | 6032213 | 212,760 |
| XS0264994459 | 6032220 | 425,520 |

| | | |
|---|---|---|
| XS0268033908 | 6029787 | 113,472 |
| XS0268043709 | 6029791 | 76,594 |
| XS0268858502 | 6029789 | 2,510,568 |
| XS0270249807 | 6029800 | 179,020 |
| XS0270828584 | 6029808 | 47,347 |
| XS0272349332 | 6036329 | 1,000,000 |
| XS0272783530 | 6029822 | 14,577 |
| XS0274127009 | 6029828 | 35,460 |
| XS0274443422 | 6029827 | 42,552 |
| XS0274445120 | 6029826 | 26,800 |
| XS0274985828 | 6029829 | 33,419,216 |
| XS0276154738 | 6029836 | 400,000 |
| XS0276162327 | 6033674 | 70,920 |
| XS0277333448 | 6029842 | 1,340,004 |
| XS0279424310 | 6029857 | 447 |
| XS0279493398 | 6029855 | 332 |
| XS0280725978 | 6029861 | 70,920 |
| XS0282034460 | 6029859 | 283,680 |
| XS0282806537 | 6029871 | 35,108,094 |
| XS0282978666 | 6029873 | 2,593,231 |
| XS0284511994 | 6029878 | 141,840 |
| XS0286302988 | 6029894 | 70,920 |
| XS0286317150 | 6029898 | 2,999,916 |
| XS0287096688 | 6029905 | 21,775 |
| XS0287521131 | 6030688 | 1,687,896 |
| XS0287563646 | 6030685 | 12,550,003 |
| XS0287569924 | 6030687 | 85,104 |
| XS0288784944 | 6030706 | 66,665 |
| XS0288787459 | 6033648 | 4,466,679 |
| XS0289316381 | 6030705 | 4,900,000 |
| XS0289354044 | 6030711 | 10,000,000 |
| XS0292042255 | 6030713 | 11,236,261 |
| XS0292112728 | 6030717 | 9,485,000 |
| XS0292248977 | 6030719 | 259,500 |
| XS0293180344 | 6030723 | 201,500 |
| XS0293677281 | 6030730 | 329,069 |
| XS0293731914 | 6030732 | 148,730 |
| XS0293784525 | 6030729 | 354,600 |
| XS0294695043 | 6030740 | 150,000 |
| XS0294745673 | 6030736 | 1,585,716 |
| XS0296595910 | 6030748 | 3,205,000 |
| XS0297730847 | 6030755 | 4,467 |
| XS0298339077 | 6030763 | 7,000,000 |
| XS0299086644 | 6030764 | 20,160 |
| XS0299641224 | 6030775 | 54,959 |
| XS0300812004 | 6030786 | 9,000,000 |
| XS0301086475 | 6030790 | 47 |
| XS0301197975 | 6030796 | 2,000,000 |
| XS0301473327 | 6030799 | 166,654 |
| XS0302315386 | 6030801 | 329,069 |

| | | |
|---|---|---|
| XS0302350888 | 6030808 | 35,460 |
| XS0302351266 | 6030807 | 93,800 |
| XS0302356737 | 6030812 | 59,394 |
| XS0303746571 | 6032226 | 70,920 |
| XS0305948860 | 6032237 | 14,184 |
| XS0306179168 | 6032633 | 277 |
| XS0306972604 | 6032244 | 17,006,900 |
| XS0307355445 | 6032257 | 8,896,110 |
| XS0308098663 | 6032251 | 200,000 |
| XS0308377547 | 6032259 | 14,184,000 |
| XS0308791390 | 6032263 | 9,205,416 |
| XS0309399300 | 6032269 | 8,933,357 |
| XS0309835139 | 6032637 | 163 |
| XS0310175566 | 6032272 | 7,900,000 |
| XS0310507743 | 6032276 | 435,449 |
| XS0311578388 | 6032283 | 8,000,000 |
| XS0311887250 | 6032286 | 3,441,050 |
| XS0312365843 | 6032285 | 10,000,000 |
| XS0313080896 | 6032294 | 8,800,000 |
| XS0313430463 | 6032300 | 10,220,990 |
| XS0313891359 | 6032296 | 8,150,000 |
| XS0313928029 | 6032299 | 8,900,000 |
| XS0314025494 | 6032304 | 950,000 |
| XS0314871293 | 6032303 | 6,265,700 |
| XS0314918276 | 6032644 | 13 |
| XS0316014876 | 6032648 | tbc |
| XS0318527495 | 6032317 | 13,286,932 |
| XS0319610845 | 6032325 | 11,829,456 |
| XS0319862818 | 6032331 | 11,642,844 |
| XS0320322901 | 6032333 | 5,415,330 |
| XS0320655540 | 6032339 | 9,000,000 |
| XS0320664377 | 6032340 | 24,644,946 |
| XS0321451246 | 6032336 | 10,467,934 |
| XS0321455312 | 6032343 | 10,535,932 |
| XS0321712738 | 6032344 | 278,086 |
| XS0322009589 | 6032652 | 123,121 |
| XS0322153270 | 6032348 | 17,867 |
| XS0322469403 | 6032349 | 69,735 |
| XS0322748202 | 6032345 | 7,448,038 |
| XS0322789578 | 6032346 | 186,927 |
| XS0322794578 | 6032347 | 2,284,149 |
| XS0323005610 | 6032353 | 1,742,247 |
| XS0324192243 | 6030824 | 6,611,106 |
| XS0324515518 | 6030828 | 3,720,480 |
| XS0324618676 | 6030826 | 15,561,532 |
| XS0324851038 | 6030830 | 488,947 |
| XS0324890440 | 6030836 | 6,959,610 |
| XS0325193000 | 6030841 | 12,300,365 |
| XS0325244514 | 6030842 | 2,903,341 |
| XS0325369725 | 6030840 | 18,412,200 |

| | | |
|---|---|---|
| XS0325550472 | 6030844 | 26,800 |
| XS0325550555 | 6030843 | 1,746,653 |
| XS0325758208 | 6030848 | 12,127,320 |
| XS0325958980 | 6030854 | 12,531,328 |
| XS0326006201 | 6030850 | 5,000,000 |
| XS0326244133 | 6030849 | 9,019,548 |
| XS0326278032 | 6030861 | 500,000 |
| XS0326427480 | 6030860 | 10,581,629 |
| XS0326507836 | 6030857 | 7,797,271 |
| XS0326542072 | 6030864 | 451,173 |
| XS0326795019 | 6030870 | 157,064 |
| XS0326819728 | 6030868 | 4,365,816 |
| XS0326978102 | 6030866 | 8,276,970 |
| XS0327165550 | 6030869 | 31,575 |
| XS0327214358 | 6030878 | 27,819,549 |
| XS0327235783 | 6030874 | 161,250 |
| XS0327348636 | 6030877 | 12,364,244 |
| XS0327728464 | 6030881 | 15,466,045 |
| XS0327822135 | 6030884 | 16,359,030 |
| XS0327903646 | 6030888 | 7,500,000 |
| XS0328064810 | 6030887 | 16,818,432 |
| XS0328225411 | 6030889 | 9,000,000 |
| XS0328585467 | 6030885 | 100,000 |
| XS0328873681 | 6032358 | 187,600 |
| XS0328877674 | 6032356 | 7,570,196 |
| XS0328929731 | 6032363 | 11,360,000 |
| XS0329001860 | 6032359 | 9,000,000 |
| XS0329012396 | 6032361 | 6,253,350 |
| XS0329017866 | 6032367 | 9,987,672 |
| XS0329424153 | 6032364 | 12,832 |
| XS0329515620 | 6032370 | 9,679,350 |
| XS0329522758 | 6032372 | 3,453,344 |
| XS0329633829 | 6032369 | 15,317,882 |
| XS0329635790 | 6032371 | 15,173,295 |
| XS0329812084 | 6032376 | 15,720,474 |
| XS0330201988 | 6032374 | 700,000 |
| XS0330998781 | 6032382 | 12,656,642 |
| XS0331000199 | 6032381 | 9,960,000 |
| XS0331457720 | 6032384 | 15,518,557 |
| XS0331533330 | 6032659 | 9,929 |
| XS0331874163 | 6032390 | 10,353,623 |
| XS0332199115 | 6032395 | 11,712,400 |
| XS0332645422 | 6032400 | 18,983,580 |
| XS0333611225 | 6032405 | 12,049,568 |
| XS0333939469 | 6032403 | 9,000,000 |
| XS0334494290 | 6032666 | 1 |
| XS0334545208 | 6032408 | 12,531,328 |
| XS0334588190 | 6032406 | 16,032,601 |
| XS0335137120 | 6032667 | 172 |
| XS0335495395 | 6032414 | 2,000,000 |

| | | |
|---|---|---|
| XS0336037204 | 6032418 | 17,558,960 |
| XS0336151088 | 6032416 | 1,028,340 |
| XS0336623433 | 6032420 | 110,000 |
| XS0336633150 | 6032669 | 13 |
| XS0336707459 | 6032421 | 2,075,934 |
| XS0336952337 | 6032424 | 100,000 |
| XS0337337710 | 6032429 | 11,708,040 |
| XS0337637515 | 6032436 | 16,499,911 |
| XS0337685670 | 6032434 | 15,933,543 |
| XS0337787161 | 6032432 | 8,299,132 |
| XS0337790389 | 6032433 | 495,801 |
| XS0338053498 | 6032439 | 14,003,608 |
| XS0338105801 | 6032440 | 18,883,942 |
| XS0338492571 | 6032441 | 6,750,938 |
| XS0338493033 | 6032445 | 8,798,823 |
| XS0338494197 | 6032442 | 8,442,023 |
| XS0338495087 | 6032444 | 11,344,766 |
| XS0338544041 | 6032448 | 13,148,568 |
| XS0339524901 | 6032451 | 19,857,600 |
| XS0339537390 | 6032452 | 70,920 |
| XS0339538364 | 6032460 | 136,166,400 |
| XS0340076321 | 6032678 | 3 |
| XS0340735892 | 6032468 | 19,110,223 |
| XS0340740116 | 6032467 | 18,035,753 |
| XS0340774529 | 6032466 | 9,696,000 |
| XS0341191129 | 6032472 | 10,298,132 |
| XS0341466596 | 6032473 | 10,345,827 |
| XS0341522687 | 6032470 | 9,000,000 |
| XS0341547676 | 6032471 | 10,130,829 |
| XS0342161006 | 6032477 | 11,695,906 |
| XS0342489233 | 6032478 | 202,528 |
| XS0342777371 | 6032688 | 70,920 |
| XS0342804365 | 6032479 | 1,680,020 |
| XS0343043609 | 6032480 | 12,503,481 |
| XS0343185731 | 6032483 | 6,086,000 |
| XS0343668967 | 6032484 | 8,363,180 |
| XS0343681473 | 6032482 | 12,572,461 |
| XS0344142467 | 6032485 | 203,115 |
| XS0344144083 | 6032486 | 181,406 |
| XS0344487367 | 6032490 | 4,255,200 |
| XS0344556864 | 6032493 | 25,000 |
| XS0344956379 | 6032495 | 9,782,775 |
| XS0344956700 | 6032498 | 9,852,000 |
| XS0344957690 | 6032496 | 9,721,538 |
| XS0344958581 | 6032494 | 9,766,800 |
| XS0344960488 | 6032499 | 9,777,450 |
| XS0344962260 | 6032503 | 3,253,000 |
| XS0345288459 | 6032501 | 17,991,171 |
| XS0346007320 | 6032502 | 42,552 |
| XS0346098881 | 6032508 | 12,545,252 |

| | | |
|---|---|---|
| XS0346466781 | 6032510 | 183,717 |
| XS0346508962 | 6032692 | 48,687 |
| XS0346699613 | 6032513 | 19,920,682 |
| XS0347259185 | 6032693 | 40,000 |
| XS0347441817 | 6032518 | 9,342,667 |
| XS0347732892 | 6032515 | 10,736,871 |
| XS0347742933 | 6032520 | 6,197,000 |
| XS0348119974 | 6032519 | 9,469,758 |
| XS0348143842 | 6032521 | 13,771,529 |
| XS0349092022 | 6032695 | 10,028 |
| XS0349350842 | 6032526 | 9,716,250 |
| XS0349499136 | 6032530 | 20,333,333 |
| XS0349501725 | 6032527 | 20,333,333 |
| XS0349757103 | 6032534 | 570,000 |
| XS0350154000 | 6032533 | 10,527,444 |
| XS0350590161 | 6032538 | 5,915,000 |
| XS0350635958 | 6032699 | 30,000 |
| XS0351194005 | 6032545 | 79,035 |
| XS0351254346 | 6032539 | 32,898,282 |
| XS0351884878 | 6032540 | 10,000,000 |
| XS0351984827 | 6032547 | 260,000 |
| XS0352061245 | 6032546 | 100,000 |
| XS0352061757 | 6032549 | 249,938 |
| XS0352901689 | 6032701 | 20,000 |
| XS0352917768 | 6032548 | 8,000,000 |
| XS0352925860 | 6032554 | 9,252,875 |
| XS0353381790 | 6032553 | 5,894,634 |
| XS0353383499 | 6032550 | 5,688,000 |
| XS0353875791 | 6032557 | 1,150,000 |
| XS0354475120 | 6032561 | 13,505,828 |
| XS0354478140 | 6032563 | 9,150,000 |
| XS0355273110 | 6032565 | 9,799,250 |
| XS0356499052 | 6032567 | 40,578 |
| XS0362345638 | 6033681 | 216,000 |
| XS0364418102 | 6033654 | 1,650,000 |
| XS0364428754 | 6033649 | 6,908,165 |
| XS0364431030 | 6033643 | 9,790,000 |
| XS0364438639 | 6033646 | 12,992,544 |
| XS0365192078 | 6033682 | 140,000 |
| XS0366059953 | 6033662 | 802,204 |
| XS0368574041 | 6033656 | 732,218 |
| XS0368669007 | 6033655 | 51,947 |
| XS0368698444 | 6033702 | 10,011 |
| XS0368882535 | 6033701 | 15,009 |
| XS0386716343 | 6033645 | 6,416,220 |
| XS0386716426 | 6033644 | 6,416,220 |