**EXHIBIT D-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 |
| | Jointly Administered |
| Debtors | |

**NOTICE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $49,000,000.00 of the claim set forth below (the "Transferred Claim"), of QUANTUM PARTNERS LP ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Debtor | Allowed Proof of Claim Amount | Proof of Claim No. |
|---|---|---|
| LEHMAN COMMERCIAL PAPER INC. | $580,000,000.00 | 19487 |

has been transferred and assigned to QPTF LLC ("Assignee"). The signature of Assignor on this document is evidence of the transfer of **$49,000,000.00** of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | |
|---|---|
| **ASSIGNEE:  QPTF LLC** | **ASSIGNOR: QUANTUM PARTNERS LP** |
| Address: c/o Soros Fund Management LLC<br>888 Seventh Avenue<br>New York, NY 10106<br>Attention: Suzanne Auerbach –<br>Compliance Dept. | Address: c/o Soros Fund Management LLC<br>888 Seventh Avenue<br>New York, NY 10106<br>Attention: Suzanne Auerbach –<br>Compliance Dept. |
| Signature: [signature]<br>Name: Jadye Amalotta<br>Title: Authorized Signatory<br>Date: | Signature: [signature]<br>Name: Thomas O'Grady<br>Title: Attorney-in-Fact of QP GP LLC, the General Partner of Quantum Partners LP<br>Date: |