UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                :
In re                                         :   Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
                                                :   **(Jointly Administered)**
                  Debtors.                :
                                                :
------------------------------------------------------------------------x   Ref. Docket Nos. 39488, 39506-
                                                                              39509, 39511, 39512, 39517, 39518,
                                                                              39521, 39522, 39524-39530, 39537,
                                                                              39539, 39545-39548, 39550, 39552

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 21, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       */s/ Panagiota Manatakis*
                                                                        Panagiota Manatakis

Sworn to before me this
5th day of September, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg Doc 39960 Filed 09/05/13 Entered 09/05/13 19:17:57 Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
      ATTN: RICH VICHAIDITH
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 66802-05 in the above referenced case and in the amount of $7,797,760.00  allowed at $7,797,760.00   has been transferred (**unless previously expunged by court order**)

```
PAULSON PARTNERS ENHANCED L.P.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O PAULSON & CO.
ATTN: JAMES OLIVO
1251 AVENUE OF THE AMERICAS, 50TH FLOOR
NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 29546   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/21/2013          Vito Genna, Clerk of Court

/s/ Panagiota Manatakis
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 21, 2013.

EXHIBIT B

08-13555-mg    Doc 39960    Filed 09/05/13    Entered 09/05/13 19:17:57    Main Document
Pg 4 of 6

```
TIME: 13:46:33                                           LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 08/21/13                                                CREDITOR LISTING

Name                                              Address
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                 BARCLAYS BANK PLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: KREISSPARKASSE KAISERSLAUTERN ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: CALOGY ASSOCIATES, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: LATAJ GROUP, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
CALOGY ASSOCIATES LLC                             TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT 65 EAST 55TH STREET, 20TH FLOOR NEW YORK NY 10022
CCP CREDIT ACQUISITION HOLDINGS, LLC              ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC              TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR
                                                  NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR
L.P.                                              NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR
                                                  NEW YORK NY 10152
CITIGROUP FINANCIAL PRODUCTS, INC.                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                JAIME MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN: BRIAN BROYLES
                                                  1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
COBBER FINANCE B.V                                TRANSFEROR: YORVIK PARTNERS LLP KEIZERSGRACHT 268 AMSTERDAM 1016 THE NETHERLANDS
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                  LONDON W1F 9LT UNITED KINGDOM
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON LONDON W1F 9LT UNITED KINGDOM
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVIC LUX MASTER S.A.R.L.                          TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                  LONDON W1F 9LT UNITED KINGDOM
CVIC LUX MASTER S.A.R.L.                          TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD., 7TH FLOOR HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FIR TREE CAPITAL OPPORTUNITY MASTER               C/O FIR TREE PARTNERS ATTN: BRIAN A. MEYER 505 FIFTH AVENUE 23RD FLOOR NEW YORK NY 10017
FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER               MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.                  C/O FIR TREE PARTNERS ATTN: BRIAN A. MEYER 505 FIFTH AVENUE 23RD FLOOR NEW YORK NY 10019
FIR TREE VALUE MASTER FUND, L.P.                  MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                  30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  NEW JERSEY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: SOLA LTD C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302

                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:46:33                              LEHMAN BROTHERS HOLDING INC.                                      PAGE:    2
DATE: 08/21/13                                    CREDITOR LISTING

Name                                    Address
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: ULTRA MASTER LTD C/O GOLDAMN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: ULTRA MASTER LTD C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: WATERSTONE MF FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: WATERSTONE OFFSHORE AD FUND, LTD. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: WATERSTONE OFFSHORE AD FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                        JERSEY CITY NJ 07302
KING STREET ACQUISITION COMPANY, L.L.C. TRANSFEROR: BARCLAYS BANK PLC ATTN: TRAD CLAIMS 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022
LATAJ GROUP LLC                         TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 20TH FLOOR
                                        NEW YORK NY 10022
NOMURA CORPORATE FUNDING AMERICAS, LLC  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O NOMURA AMERICAS ATTN: REHANA WIEJENAYAKE 2 WORLD FINANCIAL CENTER
                                        BUILDING 2, FLOOR 21 NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS, LLC  TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O NOMURA AMERICAS ATTN: REHANA WIEJENAYAKE 2 WORLD FINANCIAL CENTER
                                        BUILDING 2, FLOOR 21 NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS, LLC  TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER
                                        BUILDING 2, FLOOR 21 NEW YORK NY 10281
PAULSON ENHANCED LTD.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR
                                        NEW YORK NY 10020
PAULSON ENHANCED LTD.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR
                                        NEW YORL NY 10020
PAULSON PARTNERS ENHANCED L.P.          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR
                                        NEW YORK NY 10020
ROTH IRA FBO RICHARD FELS PERSHING LLC  TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
  AS CUSTODIAN
ROTH IRA FBO RICHARD FELS PERSHING LLC  TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NY 07450
  AS CUSTODIAN
STONE LION PORTFOLIO LP                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O STONE LION CAPITAL PARTNERS LP 555 5TH AVE., 18TH FLOOR ATTN: CLAUDIA BORG
                                        NEW YORK NY 10017
STONE LION PORTFOLIO LP                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O STONE LION CAPITAL PARTNERS LP 555 5TH AVE., 18TH FLOOR ATTN: CLAUDIA BORG
                                        NEW YORK NY 10017
YORK GLOBAL FINANCE BDH, LLC            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK PARTNERS LLP                     TRANSFEROR: UBS AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed    61


                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```