UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                                                          :          Chapter 11 Case No.
                                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                       :          08-13555 (JMP)
                                                                               :          (Jointly Administered)
                                                  Debtors.                     :
                                                                               :
------------------------------------------------------------------------x          Ref. Docket Nos. 39346, 39551,
                                                                                   39554, 39556-39567, 39589, 39607

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 22, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*_____
                                                                Lauren Rodriguez

Sworn to before me this
5th day of September, 2013
*/s/ Cassandra Murray*_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANK HAPOALIM B.M.
    ATTN: DAVID HERTZ & HAROLD J. WEISSLER
    1177 AVENUE OF THE AMERICAS
    NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 555854-36 in the above referenced case and in the amount of $130,000.00 allowed at $131,646.67        has been transferred (**unless previously expunged by court order**)

ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: MICHAEL ZLATIN
552 CUMBERLAND STREET
ENGLEWOOD NJ 07631

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39551        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/22/2013

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 22, 2013.

EXHIBIT B

TIME: 14.11.59
DATE: 08/22/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOUNT KELLETT MASTER FUND III, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022-9 |
| BOL-RAAP IG | KAM. ONNESSTRAAT 12 VLAARDINGEN  3132 RS NETHERLANDS |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME A. MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING / SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROADS OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS 111 NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OPPS LBBY HOLDINGS, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING / SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BOL-RAAP, G. AS ASSIGNEE OF BOL-RAAP, G. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GOLDMAN SACHS & CO. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| MOUNT KELLETT MASTER FUND II, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVE, FL 18 NEW YORK NY 10022-9 |
| OCM OPPORTUNITIES FUND VIIB, LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| OCM OPPORTUNITIES FUND VIIB, LP | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 14:11:59
DATE: 08/22/13

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OPPS LBBV HOLDINGS, LP | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT LP ATTN: PENNY ROBBINS 333 SOUTH GRAND AVE 28TH FLOOR LOS ANGELES CA 90071 |
| ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631 |

Total Number of Records Printed       38

EPIQ BANKRUPTCY SOLUTIONS, LLC