UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
           Debtors.                                              :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 39434

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 23, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Panagiota Manatakis*
                                                    Panagiota Manatakis

Sworn to before me this
5th day of September, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
|
| (Jointly Administered)
Debtors. |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   SERENGETI OPPORTUNITIES MM L.P.
              TRANSFEROR: BARCLAYS BANK PLC
              ATTN: SHAKER CHOUDHURY
              C/O SERENGETI ASSET MANAGEMENT LP
              632 BROADWAY, 12TH FLOOR
              NEW YORK NY 10012

Additional:

Transferee:   BARCLAYS BANK PLC
              ATTN: DANIEL MIRANDA
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019

**Your transfer    of claim #    59098-28    is defective for the reason(s) checked below:**

Other                                         Transferor on Notice differs to that on Agreement

Docket Number 39434              Date 08/14/13

/s/ Panagiota Manatakis
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 23, 2013.

EXHIBIT B

```
TIME: 16:09:26                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 08/23/13                                         CREDITOR LISTING

Name                           Address
BARCLAYS BANK PLC              ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
SERENGETI OPPORTUNITIES MM L.P.  TRANSFEROR: BARCLAYS BANK PLC ATTN: SHAKER CHOUDHURY C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012

Total Number of Records Printed    2


                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```