UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                      Debtors.                                    :
                                                                  :
                                                                  :
-----------------------------------------------------------------x    Ref. Docket Nos. 35144, 39382,
                                                                       39425, 39609-39615, 39617-39623,
                                                                       39625-39630, 39632-39635, 39637,
                                                                       39640-39652, 39654, 39656-39659,
                                                                       39661, 39666, 39667, 39670, 39671,
                                                                       39673-39675, 39677-39680, 39682-
                                                                       39698, 39700-39704, 39706-39709,
                                                                       39711-39724, 39727-39737, 39740-
                                                                       39754, 39758-39763, 39765-39770,
                                                                       39774-39782, 39784, 39785, 39788,
                                                                       39789, 39791, 39798, 39799-39815,
                                                                       39817, 39818, 39821, 39822, 39824-
                                                                       39826, 39828-39841, 39843-39849

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 26, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this<br>5th day of September, 2013 | /s/ Lauren Rodriguez<br>Lauren Rodriguez |

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
     TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
     C/O BANK OF AMERICA MERRILL LYNCH
     ATTN: JEFF BENESH/RON TOROK/RYAN WEDDLE
     BANK OF AMERICA TOWER-3RD FLOOR
     ONE BRYANT PARK
     NEW YORK NY 10036
```

Please note that your claim # 20149-48 in the above referenced case and in the amount of $27,704,923.93   allowed at $15,000,000.00   has been transferred **(unless previously expunged by court order)**

```
     VARDE FUND XI (MASTER), L.P., THE
     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
     ATTN: EDWINA STEFFER
     8500 NORMANDALE LAKE BLVD., SUITE 1500
     MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 39677   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/26/2013                         Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 26, 2013.

# EXHIBIT B

```
TIME: 18:00:27                                                LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 08/26/13                                                     CREDITOR LISTING

Name                                            Address
ABRATH, EDWIG                                   DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
ABRATH, EDWIG                                   WEZELSEBAAN 138 SCHOTEN  2900 BELGIUM
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.          PIAZZALE LODI, 3 MILANO (MI)   20137 ITALY
AMERSCHLAGER, WILLI AND INGEBORG                SCHLOSSSTR. 28 HEUSENSTAMM  63150 GERMANY
AMUNDI ALTERNATIVES PAULSON ENHANCED            TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
  MASTER FUND
ARS, GABRIEL                                    DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
ARS, GABRIEL                                    RUE DE LA ROCHETTE 77 MONCEAU-EN-ARDENNE  555 BELGIUM
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESCH / RON TOROK / RYAN WEDDLE
                                                BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH / RON TOROK / RYAN WEDDLE
                                                BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH/RON TOROK/RYAN WEDDLE
                                                BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA ZARATTINI & CO SA                         TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: COMPLIANCE AND BACK OFFICE DEPT VIA BALESTRA 17 LUGANO  6900 SWITZERLAND
BANCA ZARATTINI & CO. SA                        TRANSFEROR: PKB PRIVATBANK SA VIA BALESTRA 17 SEDE LEGALE: VIA PRETORIO 1 LUGANO  CH-6900 SWITZERLAND
BANK HAPOALIM B.M.                              18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                              ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
                                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK JULIUS BAER & CO. LTD.                     TRANSFEROR: BERNER KANTONALBANK AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 SWITZERLAND   8010 ZURICH
BANK JULIUS BAER & CO. LTD.                     TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH   8010 SWITZERLAND
BARCLAYS BANK PLC                               ANTHONY VITIELLO 745 SEVENTH AVE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               ANTHONY VITIELLO 745 SEVENTH AVENUE 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               ANTHONY VITIELLO 745 SEVENTH AVENUE, 20D FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                               ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166
BARCLAYS BANK PLC                               TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: GOLDENTREE DISTRESSED DEBT FUND, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: RAYMOND JAMES & ASSOCIATES, INC. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: RAYMOND JAMES & ASSOCIATES, INC. ATTN; DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA; ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND X (MASTER) LP, THE 745 SEVENTH AVENUE ATTN: DANIEL MIRANDA NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                                NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA; ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                                NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 18:00:27
DATE: 08/26/13

08-13555-mg    Doc 39963    Filed 09/05/13    Entered 09/05/13 19:39:45    Main Document
Pg 7 of 18

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA; ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BAUDRUX, MICHELINE | AV. CIRCULAIRE 144D/11 BRUSSELS 1180 BELGIUM |
| BAUDRUX, MICHELINE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| BERCKVENS, NICOLE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| BERCKVENS, NICOLE | HUZARENBERG 1 STABROEK 2940 BELGIUM |
| BERNER KANTONALBANK AG | HOGAN LOVELLS US LLP ATTN: CHRISTOPHER R. DONOHO III, ESQ. 875 THIRD AVENUE NEW YORK NY 10022 |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT BUNDESPLATZ 8 BERN 3011 SWITZERLAND |
| BERTJENS, ANTONETTA | DIESTERSTRAAT 42 TESSENDERLO 3980 BELGIUM |
| BERTJENS, ANTONETTA | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| BERTRAND, CHRISTIAN | CHEMIN DU FOUBERTSART 45 LESSINES 7860 BELGIUM |
| BERTRAND, CHRISTIAN | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| BETHMANN BANK AG | TRANSFEROR: KOCH, HELGA BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: KOCH, MAXIMILIAN, DR. BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BONNIER, BENOITE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| BONNIER, BENOITE | RUE MAURICE FLAMENT 73 HYON 7022 BELGIUM |
| BRIOLO, CHRISTIAN | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| BRIOLO, CHRISTIAN | RUE DU RIVAGE 25 MELIN 1370 BELGIUM |
| BROSSARD, NICOLE | AVENUE DE LA PETITE ESPINETTE 11A UCCLE 1180 BELGIUM |
| BROSSARD, NICOLE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| BYNENS, JOANNA | RUNKSTERSTEENWEG 335 HASSELT 3500 BELGIUM |
| BYNENS, JOANNA | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| CARNOL, IVAN | HEVREMONT ETOILE 112 LIMBOURG 4830 BELGIUM |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: DEUTSCHE BANK SECURITIES INC. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: GOLDMAN, SACHS, & CO C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVE., 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA 767 FIFTH AVE., 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P. C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. C/O CASPIAN CAPITAL LLP ATTN: ADELE KITTREDGE MURRAY 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK SECURITIES INC. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: GOLDMAN, SACHS, & CO C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASTELLANO, ANGELE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| CASTELLANO, ANGELE | QUAI DES SAULES 20 THEUX 4910 BELGIUM |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:00:27                                                    LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    3
DATE: 08/26/13                                                         CREDITOR LISTING

Name                                               Address
CCP CREDIT ACQUISITION HOLDINGS, LLC               ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR
                                                   NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: LOUIS DREYFUS ENERGY SERVICES L.P. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR
                                                   NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LAUREN GRAINER 375 PARK AVENUE 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE CREDIT PARTNERS MASTER,               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
  L.P.
CENTERBRIDGE CREDIT PARTNERS MASTER,               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVE, 13TH FL NEW YORK NY 10152
  L.P.
CENTERBRIDGE CREDIT PARTNERS MASTERS,              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVE, 13TH FL NEW YORK NY 10152
  L.P.
CENTERBRIDGE CREDIT PARTNERS, L.P.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CENTERBRIDGE CREDIT PARTNERS, L.P.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,           ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
  L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR
  L.P.                                             NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,    LP        LIISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,    LP        ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CENTERBRIDGE SPECIAL CREDIT PARTNERS,    LP        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CENTERBRIDGE SPECIAL CREDIT PARTNERS,    LP        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CENTERBRIDGE SPECIAL CREDIT PARTNERS,    LP        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVENUE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,    LP        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,    LP        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR
                                                   NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,    LP        TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152
CHIMNEY ROCK VALUE FUND, L.P.                      DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.                      ZIFF BROTHERS INVESTMENTS, L.L.C. ATTN: ERICA LEE, GENERAL COUNSEL
CHIMNEY ROCK VALUE FUND, L.P.                      ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CHIMNEY ROCK VALUE FUND, L.P.                      TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CHIMNEY ROCK VALUE FUND, L.P.                      ERICA LEE, GENERAL COUNSEL ZIFF BROTHERS INVESTMENTS, L.L.C.
CITIBANK PRIVATKUNDEN AG & CO. KGAA                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA                ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIGROUP FINANCIAL PRODUCTS INC.                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME A. MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAMIE A. MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                  JAIME A. MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                  DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: ABRATH, EDWIG ATTN BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: ARS, GABRIEL ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: BAUDRUX, MICHELINE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: BERCKVENS, NICOLE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: BERTJENS, ANTONETTA ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: BERTRAND, CHRISTIAN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: BONNIER, BENOITE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: BRIOLO, CHRISTIAN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: BROSSARD, NICOLE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: BYNENS, JOANNA ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: CARNOL, IVAN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: CASTELLANO, ANGELE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: BRIAN BLESSING 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:00:27                                              LEHMAN BROTHERS HOLDING INC.                                                                             PAGE:    4
DATE: 08/26/13                                                    CREDITOR LISTING

Name                                      Address
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: BRIAN BLESSING 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: CLAES-BALETTE ANDRE, IRENE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: CLARINVAL, ANDRE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: CLAUSSE, MICHELINE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: COGELS, ETIENNE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: COLLET, JEAN-FRANCIS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: COMPERNOLLE, ROGER ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: CROES, EDDY ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE GREEF, CORINE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE JONGHE, ETIENNE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE KESEL, ROXANE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE MEYER, ROBRECHT ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE POTTER, INGRID-GABRIELLE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE SCHEPPER-D'HOORE, MARNIX & MONIQUE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE SMET, BRIGITTE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE SMET, LUC ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DE VOS, ANNE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DEMARTEAU, COLETTE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DEPONDT, JOS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DERDELINCKX, LUC ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DESMET-DE BRAUWER, ANTONIUS EN MARIE-JOANNA ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DESPLENTERE, GREGORY ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DESPONTIN, KARINE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DIRICKX, STEFAN ATTN: BRIAN RBOYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DOZOT, BERNARD ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DRIESSEN LUDOVIC BENOIT ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: DZEPRAILIDIS, IOANIS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: ENGELEN, HARRY ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: ENTBROUKX, ARLETTE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: EVENS, LUDO ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: FEMKE, MAES ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: FIEVET, ANDRE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: FILIPPELLI, ROBERTO ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: FRESON-HOUBEN, JAN & BETTY ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: GILLE, MARC ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: GOETHUYS, IRENE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: GYLES, EDWIN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HCN LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HCN LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG. 3 NEWC CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HCN LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HESBEEN, ROGER ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HEUSCH, PAULETTE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HLF LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HLF LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HLTS FUND II LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HLTS FUND II LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HLTS FUND II LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HOUBEN, ALBERT ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: HOUBEN, MARIA ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: JACOBS-VANDERHOUDELINGEN VALERE EN RITA ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.   TRANSFEROR: JADIN, MICHEL ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
```

```
TIME: 18:00:27                                       LEHMAN BROTHERS HOLDING INC.                                       PAGE:  5
DATE: 08/26/13                                           CREDITOR LISTING

Name                                              Address
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: KINDERMANS, ELISE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: KOETTLITZ, CLAUDIE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: KONINGS, RENE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LAMBERT, ERIKA ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LAMBORELLE, PASCAL ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LAUWERS, KARIN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LAUWERS, STIJN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LECOMTE, BEATRICE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LEENDERS, LEOPOLD ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LEGROS, GEORGES ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LEMMENS, FRANS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LEYS, THERESE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LILIEN, DAVID ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: LUX, YVETTE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: MAES, DANIEL ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: MARTIN, RENE 390 GREENWICH STREET, 4TH FLOOR ATTN: BRIAN BROYLES NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: MASSIGNAN, MARIE-CHRISTINE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: MATEO MARTIN / ROBLES RODRIGUEZ SYVLIA-ALFONSO ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: MERTENS, JOZEF ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: MESTDAG, STEFAAN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: MOMMAERTS, CLAUDINE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: NEUVILLE, MICHELE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: NULENS-NIESTEN, AGNES ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: OLBRECHTS, CORINNE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: OLIVIER, LAURENCE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: PIASECKI-CLAES, FRANCOIS-LILIANE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: PIROTTE, OLIVIER ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: PITTOORS, ROLAND ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: POORTEMAN, KATIA ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: PRESA, PASCAL ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: RENDERS, ERIC/MARTENS, MYRIAM ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: ROMARIN, JEANINE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: ROOSENBROECK, EDDY ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: ROX, RAYMOND ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: RUBENS, YVES ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SAINT HONORE, MATHILDE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SALMONT-STRUYVEN, RAYMOND & MARIE-THERESE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SANTY, NANCY ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SAUER, VINCIANNE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SCHEERDER, JACOBUS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SOLANGE, LOUIS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SOLBREUX, GUILLAUME ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: STAS, PATRICK ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: STEMBERT, JEAN-PIERRE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: STROEYKENS, DOMINIQUE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SULLAM, ROBIN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SULMON, MARIE-JEANNE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SWIGGERS, FRANS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: SZABO, CHRISTIANE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: TABET, LAURENT ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: TEMMERMAN, GEORGETTE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: THONES, ALFONS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: TRAPPENIERS, JEAN-FRANCOIS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: VAN DEN ABEELE, MICHEL ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: VAN DEN HEUVEL, LUCIENNE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
```

```
TIME: 18:00:27                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   6
DATE: 08/26/13                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VAN MAELE, ERIC ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VAN SANT, VICKY ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VAN SPEYBROECK, EVELIEN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VANDECASTEELE-DEBLAERE, HUGO ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VANDERHAEGEN, ROBRECHT ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VANKEIRSBILCK, EDDY ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VERBEKE, DIETER ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VERHOEVEN, PETER ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VERHULST, JAN ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VERMEYLEN, JOS ATTN: BRIAN BROYLES 290 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VRIESACKER, MARC ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: WAUTERS, FRANCIS ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: WYNENDAELE, TOM ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ZANKER, SUSANNE ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CLAES-BALETTE ANDRE, IRENE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| CLAES-BALETTE ANDRE, IRENE | KOOLMIJNLAAN 201/1 HEUSDEN-ZOLDER 3550 BELGIUM |
| CLARINVAL, ANDRE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| CLARINVAL, ANDRE | VIEUX CHEMIN DE NAMUR 6 MALONNE 5020 BELGIUM |
| CLASSICA SIM SPA | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: ALBERTO RONCO VIA UGO BASSI, 60 PADOVA 35121 ITALY |
| CLAUSSE, MICHELINE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| CLAUSSE, MICHELINE | OVERHAMMEDREEF 18 AALST 9300 BELGIUM |
| COGELS, ETIENNE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| COGELS, ETIENNE | RUE SAINT-HADELIN, 32 32 CELLES 5561 BELGIUM |
| COLLET, JEAN-FRANCIS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| COLLET, JEAN-FRANCIS | AVENUE DE SEPTEMBRE 8A BRUSSELS 1200 BELGIUM |
| COMPERNOLLE, ROGER | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| COMPERNOLLE, ROGER | A. VERMEYLENSTRAAT 5 AARTRIJKE 8211 BELGIUM |
| CREDIT SUISSE LOAN FUNDING LLC | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
|  | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P. ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CRESCENT 1 L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CROES, EDDY | ASEINDESTRAAT 1 KORTESSEM 3720 BELGIUM |
| CROES, EDDY | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| CRS MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DE GREEF, CORINE | DREVE DE LINKEBEEK 48 RHODE-ST-GENESE 1640 BELGIUM |
| DE GREEF, CORINE | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| DE JONGHE, ETIENNE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| DE JONGHE, ETIENNE | TRANSVAALSTRAAT 22 ANTWERPEN B-2600 BELGIUM |
| DE KESEL, ROXANE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| DE KESEL, ROXANE | MEVR. COURTMANSLAAN 101 MALDEGEM 9990 BELGIUM |
| DE MEYER, ROBRECHT | DIEPESTRAAT 22 HOVE 2540 BELGIUM |
| DE MEYER, ROBRECHT | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| DE POTTER, INGRID-GABRIELLE | AV DE LA FERME ROSE 2/9 BRUXELLES 1180 BELGIUM |
| DE POTTER, INGRID-GABRIELLE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| DE SCHEPPER-D'HOORE, MARNIX & MONIQUE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| DE SCHEPPER-D'HOORE, MARNIX & MONIQUE | HOF TE PRAAT 2 ADEGEM 9991 BELGIUM |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:00:27                                                    LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    7
DATE: 08/26/13                                                         CREDITOR LISTING


Name                                       Address
DE SMET, BRIGITTE                          DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DE SMET, BRIGITTE                          MIMOSASTRAAT 25 9920 LOVENDEGEM  BELGIUM
DE SMET, LUC                               DEMINOR INTERNATIONAL S.C.R.L.  ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DE SMET, LUC                               L. STURBAUTSTRAAT 11 RONSE  9600 BELGIUM
DE VOS, ANNE                               DEMINOR INTERNATIONAL S.C.R.L.  ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DE VOS, ANNE                               SLEUTELPLASSSTRAAT 64 DILBEEK   1700 BELGIUM
DEMARTEAU, COLETTE                         DEMINOR INTERNATIONAL S.C.R.L.  ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DEMARTEAU, COLETTE                         RUE DES PRES 25 HEUSY  4802 BELGIUM
DEPONDT, JOS                               DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DEPONDT, JOS                               ST TRUIDERSTEENWEG 140 BORGLOON  3840 BELGIUM
DERDELINCKX, LUC                           AVENUE VAUBAN 40 NAMUR  5000 BELGIUM
DERDELINCKX, LUC                           DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DESMET-DE BRAUWER, ANTONIUS EN             DREEF 29 ZELE  9240 BELGIUM
 MARIE-JOANNA
DESMET-DE BRAUWER, ANTONIUS EN             DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
 MARIE-JOANNA
DESPLENTERE, GREGORY                       MANTELSTRAAT 6 TONGEREN  3700 BELGIUM
DESPLENTERE, GREGORY                       DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DESPONTIN, KARINE                          CHEMIN DU HIELERT 1 ARLON  6700 BELGIUM
DESPONTIN, KARINE                          DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: HCN LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: RIC IV PLC THE ALPHA FUND ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW
                                           YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                           NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)       TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                           LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)       TRANSFEROR: RAB MARKET CYCLES (MASTER) FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                           LONDON  EC2N 2DB UNITED KINGDOM
DIRICKX, STEFAN                            DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DIRICKX, STEFAN                            J.COPSTRAAT 17/B2 HOBOKEN  2660 BELGIUM
DOZOT, BERNARD                             DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DOZOT, BERNARD                             RUE FLAYA 17 YVOIR  5530 BELGIUM
DRIESSEN LUDOVIC BENOIT                    DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DRIESSEN LUDOVIC BENOIT                    LISPERSTRAAT 102 LIER  2500 BELGIUM
DZEPRAILIDIS, IOANIS                       DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DZEPRAILIDIS, IOANIS                       RUE DE LA BRIQUETTERIE 47 HEUSY  4802 BELGIUM
EMPYREAN INVESTMENTS, LLC                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                           10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                           10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
ENGELEN, HARRY                             DEMINOR INTERNATIONAL S.C.R.L.  ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
ENGELEN, HARRY                             KERKBOSSTRAAT 10 HAMONT-ACHEL  3930 BELGIUM
ENTBROUKX, ARLETTE                         DEMINOR INTERNATIONAL S.C.R.L.  ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
ENTBROUKX, ARLETTE                         SINT-CATHARINASTRAAT 52 TONGEREN  3700 BELGIUM
EQUITY TRUST COMPANY CUSTODIAN             TRANSFEROR: AMERSCHLAGER, WILLI AND INGEBORG FBO VICTOR KNOX IRA, 50% UNDIVIDED INTEREST AND
                                           FREDRIC GLASS IRA, 50% UNDIVIDED INTEREST C/O FAIR HARBOR CAPITAL, LLC PO BOX 237037 NEW YORK NY 10023
EVENS, LUDO                                BERGEYKSEWEG 14 OVERPELT  3900 BELGIUM
EVENS, LUDO                                DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
FEMKE, MAES                                BRUSSELSESTEENWEG 48 B 3.01 LEUVEN  3000 BELGIUM
FEMKE, MAES                                DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
FIEVET, ANDRE                              CHAUSSEE DE MONS 184 SOIGINIES   B 7060 BELGIUM
FILIPPELLI, ROBERTO                        CEDERSTRAAT 40 HOUTHALEN  3530 BELGIUM
FILIPPELLI, ROBERTO                        DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
FRESON-HOUBEN, JAN & BETTY                 DEMINOR INTERNATIONAL S.C.R.L.  ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
```

```
TIME: 18:00:27                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   8
DATE: 08/26/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| FRESON-HOUBEN, JAN & BETTY | KIEZELSTRAAT 92 HASSELT    3500 BELGIUM |
| GILLE, MARC | AVENUE HENRY DUNANT 17 BTE 82 BRUXELLES    1140 BELGIUM |
| GILLE, MARC | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS    1160 BELGIUM |
| GOETHUYS, IRENE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS    1160 BELGIUM |
| GOETHUYS, IRENE | GERZEVIEN 23 HAACHT    3150 BELGIUM |
| GOLDENTREE DISTRESSED DEBT FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE DISTRESSED DEBT MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLTS FUND II LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GYLES, EDWIN | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS    1160 BELGIUM |
| GYLES, EDWIN | VILLERSLEI 140 B SCHOTEN    2900 BELGIUM |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HERR DETLEF KATSCH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA LONAUERSTRASSE 4 HERZBERG    37412 GERMANY |
| HESBBEN, ROGER | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS    1160 BELGIUM |
| HESBBEN, ROGER | MINNEMOLENSTRAAT 62 VILVOORDE    1800 BELGIUM |
| HEUSCH, PAULETTE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS    1160 BELGIUM |

```
                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:00:27                                         LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    9
DATE: 08/26/13                                              CREDITOR LISTING

Name                                            Address
HEUSCH, PAULETTE                                RUE DE BRUXELLES 7 VERVIERS  4800 BELGIUM
HLF LP                                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.  C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                NEW YORK NY 10022
HLF LP                                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.  C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                NEW YORK NY 10022
HLF LP                                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                NEW YORK NY 10022
HLTS FUND II LP                                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                NEW YORK NY 10022
HLTS FUND II LP                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                NEW YORK NY 10022
HOUBEN, ALBERT                                  DR. LORIERSSTRAAT 26 GENK  3600 BELGIUM
HOUBEN, ALBERT                                  DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
HOUBEN, MARIA                                   BERENBROEKSTRAAT 8 GENK  3600 BELGIUM
HOUBEN, MARIA                                   DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
JACOBS-VANDERHOUDELINGEN VALERE EN RITA         STRIJLANDSTRAAT 110 GOOIK  1755 BELGIUM
JACOBS-VANDERHOUDELINGEN VALERE EN RITA         DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
JADIN, MICHEL                                   RUE CAUPERIN 62 BONCELLES  4100 BELGIUM
JADIN, MICHEL
JP MORGAN CHASE BANK, N.A.                      TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CAHSE BANK, N.A.                       TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P.  C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTERS, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. - FLOOR 37 NEW YORK NY 10179
                                                383 MADISON AVENUE
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: SOLUS CORE OPPORTUNITIES LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: SOLUS RECOVERY FUND LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A..                      TRANSFEROR: SOLUS CORE OPPORTUNITIES LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                         TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                         TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                         TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                         TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                         TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD. THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                         TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138
                                                383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                         TRANSFEROR: SBA COMMUNICATIONS CORPORATION C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
KINDERMANS, ELISE                               DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
KINDERMANS, ELISE                               J.J. CROCQLAAN 4 BUS 1 BRUSSELS  1090 BELGIUM
KOCH, HELGA                                     TRANSFEROR: BETHMANN BANK AG OBERNEUL. LANDSTR. 210 BREMEN  28355 GERMANY

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:00:27                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   10
DATE: 08/26/13                                                   CREDITOR LISTING

Name                                                Address
KOCH, MAXIMILIAN, DR.                               TRANSFEROR: BETHMANN BANK AG HOHENZOLLERNSTR. 35 MUNICH   80801 GERMANY
KOETTLITZ, CLAUDIE                                  AVENUE JEANNE 33 BRUSSELS   1050 BELGIUM
KOETTLITZ, CLAUDIE                                  DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
KONINGS, RENE                                       DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
KONINGS, RENE                                       RUE DIEUSAUME 7 EMBOURG   4053 BELGIUM
LAMBERT, ERIKA                                      DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LAMBERT, ERIKA                                      RUE DU SNAPEUX 204 LIEGE   4000 BELGIUM
LAMBORELLE, PASCAL                                  DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LAMBORELLE, PASCAL                                  RUE DE LA RAMEE 20 VENCIMONT   5575 BELGIUM
LAUWERS, KARIN                                      DEMINOR INTERNATIONAL S.C.R.L.   ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LAUWERS, KARIN                                      OUDE PASTORIJSTRAAT 12 HAMONT-ACHEL   3930 BELGIUM
LAUWERS, STIJN                                      DEMINOR INTERNATIONAL S.C.R.L.   ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LAUWERS, STIJN                                      SOMMISSTRAAT 27 HAMONT-ACHEL   3930 BELGIUM
LECOMTE, BEATRICE                                   DEMINOR INTERNATIONAL S.C.R.L.   ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LECOMTE, BEATRICE                                   RUE DU TRANSVAAL 33 QUIEVVRAIN   7380 BELGIUM
LEENDERS, LEOPOLD                                   DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LEENDERS, LEOPOLD                                   KIPDORP 21 BUS 7 ANTWEPEN   2000 BELGIUM
LEGROS, GEORGES                                     AVENUE D'HOUGOUMONT 17 BOITE 7 BRUSSELS   1180 BELGIUM
LEGROS, GEORGES                                     DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LEMMENS, FRANS                                      DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LEMMENS, FRANS                                      LANGE RECHTESTRAAT 14 BAAL   3128 BELGIUM
LEYS, THERESE                                       DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LEYS, THERESE                                       KARDINAAL CARDIJNSTRAAT 16B01 SINT-ANDRIES   8200 BELGIUM
LILIEN, DAVID                                       DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LILIEN, DAVID                                       RUE DU PETIT-BOIS 51 NAMUR   5020 BELGIUM
LUX, YVETTE                                         DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
LUX, YVETTE                                         RUE DES MARTYRS 28 VERVIERS   4800 BELGIUM
MAES, DANIEL                                        DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
MAES, DANIEL                                        RUE DU CALVAIRE, 6 HERVE   4650 BELGIUM
MANAGED ACCOUNT MASTER FUND SERVICES -              RUE R. LEBLEUX 58 BRAINE-L'ALLEUD   1428 BELGIUM
  MAP 15                                            TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 1
MARTIN, RENE                                        DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
MARTIN, RENE                                        RUE DU 8 MAI 5/B OUPEYE   4680 BELGIUM
MASSIGNAN, MARIE-CHRISTINE                          DEMINOR INTERNATIONAL S.C.R.L.   ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
MASSIGNAN, MARIE-CHRISTINE                          RUE DU PETIT-BOIS 51 NAMUR   5020 BELGIUM
MATEO MARTIN / ROBLES RODRIGUEZ                     DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
  SYVLIA-ALFONSO
MATEO MARTIN / ROBLES RODRIGUEZ                     RUE DU PARADIS 109 ANDRIMONT/DISON   4821 BELGIUM
  SYVLIA-ALFONSO
MERTENS, JOZEF                                      CARNEGIELAAN 24 HASSELT   3500 BELGIUM
MERTENS, JOZEF                                      DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
MESTDAG, STEFAAN                                    DEMINOR INTERNATIONAL S.C.R.L.   ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
MESTDAG, STEFAAN                                    WIJDHAGESTRAAT 29 HARELBEKE   8530 BELGIUM
MOMMAERTS, CLAUDINE                                 DEMINOR INTERNATIONAL S.C.R.L.   ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
MOMMAERTS, CLAUDINE                                 WINSTON CHURCHILLAAN 5 KNOKKE   8300 BELGIUM
MORTGAGE FUNDING 2008 1-PLC                         REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON   EC2A 2RS UNITED KINGDOM
MORTGAGE FUNDING 2008 1-PLC                         C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD
                                                    LONDON   EC2R 7AF UNITED KINGDOM
NEUVILLE, MICHELE                                   DEMINOR INTERNATIONAL S.C.R.L.   ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
NEUVILLE, MICHELE                                   SAINTE MARIE 26/1B LIEGE   4000 BELGIUM
NULENS-NIESTEN, AGNES                               DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
NULENS-NIESTEN, AGNES                               STATIONSPLEIN 1 TONGEREN   3700 BELGIUM
OLBRECHTS, CORINNE                                  DEMINOR INTERNATIONAL S.C.R.L.   ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
OLBRECHTS, CORINNE                                  HENDRIK I-LEI 40 VIVOORDE   1800 BELGIUM
OLIVIER, LAURENCE                                   DOMAINE DE LA HETRAIE, RUE GUY MOQUET 139 MOUVAUX   59420 FR FRANCE
OLIVIER, LAURENCE                                   DEMINOR INTERNATIONAL S.C.R.L.   ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM

                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

| Name | Address |
|---|---|
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP; ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP; ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATNN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| PAULSON ENHANCED LTD. | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON INTERNATIONAL LTD. | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. INC. C/O JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS L.P. | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PIASECKI-CLAES, FRANCOIS-LILIANE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| PIASECKI-CLAES, FRANCOIS-LILIANE | ZONHOVENSTRAAT 45 HASSELT 3500 BELGIUM |
| PIROTTE, OLIVIER | AVENUE ALPHONSE XIII 53 BRUSSELS 1180 BELGIUM |
| PIROTTE, OLIVIER | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| PITTOORS, ROLAND | BOSSTRAAT 61 SINT NIKLAAS 9111 BELGIUM |
| PITTOORS, ROLAND | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| POORTEMAN, KATIA | D'HOYESTRAAT 15 OLSNE 9870 BELGIUM |
| POORTEMAN, KATIA | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| PRESA, PASCAL | DOMAINE DE L'ESPINETTE 15A WEPION 5100 BELGIUM |
| PRESA, PASCAL | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| RAYMOND JAMES & ASSOCIATES, INC. | TRANSFEROR: BANCA ZARATTINI & CO SA ATTN: JONATHAN STEIN 880 CARILLON PARKWAY ST. PETERSBURG FL 33716 |
| RAYMOND JAMES & ASSOCIATES, INC. | TRANSFEROR: BANCA ZARATTINI & CO. SA ATTN: JONATHAN STEIN 880 CARILLON PARKWAY ST. PETERSBURG FL 33716 |
| REDPATH ASSOCIATES, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| RENDERS, ERIC/MARTENS, MYRIAM | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| RENDERS, ERIC/MARTENS, MYRIAM | PASTORIJSTRAAT 17 LUMMEN 3560 BELGIUM |
| RIC IV PLC THE ALPHA FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| ROMARIN, JEANINE | AVENUE JOSEPHINE CHARLOTTE 30 RIXENSART 1330 BELGIUM |
| ROMARIN, JEANINE | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| ROOSENBROECK, EDDY | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| ROOSENBROECK, EDDY | LIERSELEI 14/2 MALLE 2390 BELGIUM |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| ROX, RAYMOND | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| ROX, RAYMOND | RUE DE HEVREMONT 172 STEMBERT 4801 BELGIUM |
| RUBENS, YVES | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| RUBENS, YVES | ZONNEDAUW 8 HOVE 2540 BELGIUM |
| SAINT HONORE, MATHILDE | AVENUE PAUL HYMANS 17/2 BRUSSELS 1200 BELGIUM |
| SAINT HONORE, MATHILDE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SALMONT-STRUYVEN, RAYMOND & MARIE-THERESE | CHAUSSEE DE MONS 19/16 A5 NIVELLES 1400 BELGIUM |
| SALMONT-STRUYVEN, RAYMOND & MARIE-THERESE | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SANTY, NANCY | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SANTY, NANCY | MEIWEG 12 WAREGEM 8790 BELGIUM |
| SAUER, VINCIANNE | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SAUER, VINCIANNE | ROUTE D'EUPEN 12A MALMEDY 4960 BELGIUM |
| SCHEERDER, JACOBUS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SCHEERDER, JACOBUS | VOLKENSVOORTSTRAAT 2 D LANDORP 3201 BELGIUM |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |

TIME: 18:00:27
DATE: 08/26/13
08-13555-mg    Doc 39963    Filed 09/05/13    Entered 09/05/13 19:39:45    Main Document
Pg 17 of 18
LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING
PAGE:    12

```
Name                                      Address
SERENGETI OPPORTUNITIES MM L.P.           TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP       TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                   TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SOLANGE, LOUIS                            DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
SOLANGE, LOUIS                            RUE FLAYA 17 YVOIR  5530 BELGIUM
SOLBREUX, GUILLAUME                       CHEE DE WATERLOO, 415 NAMUR  B-5002 BELGIUM
SOLBREUX, GUILLAUME                       DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
SOLUS CORE OPPORTUNITIES LP               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                          410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                          410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                          410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPCP GROUP, LLC                           TRANSFEROR: BARCLAYS BANK PLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830
STAS, PATRICK                             DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
STAS, PATRICK                             ST. JOBSTRAAT 220/2 HEUSDEN ZOLDER  3550 BELGIUM
STEMBERT, JEAN-PIERRE                     AVENUE ANDROMEDE 30 HEUSY  4802 BELGIUM
STEMBERT, JEAN-PIERRE                     DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
STRATEGIC VALUE MASTER FUND, LTD.         DAVID HOYT C/O ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
STRATEGIC VALUE MASTER FUND, LTD.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MARC SILEO / AMY SIM / BEN EDWARDS STRATEGIC VALUE PARTNERS, LLC
                                          100 WEST PUTNAM AVENUE GREENWICH CT 06830
STRATEGIC VALUE MASTER FUND, LTD.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM, BEN EDWARDS
                                          100 WEST PUTNAM AVENUE GREENWICH CT 06830-5361
STRATEGIC VALUE MASTER FUND, LTD.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO. AMY SIM, BEN EDWARDS
                                          100 WEST PUTNAM AVENUE GREENWICH CT 06830-5361
STRATEGIC VALUE MASTER FUND, LTD.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO/AMY SIM/BEN EDWARDS
                                          100 WEST PUTNAM AVENUE GREENWICH CT 06830
STRATEGIC VALUE MASTER FUND, LTD.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO/AMY SIM/BEN EDWARDS 100 WEST PUTNAM AVENUE
                                          GREENWICH CT 06830
STRATEGIC VALUE MASTER FUND, LTD.         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
                                          GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS        DAVID HOYT C/O ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
 MASTER FUND II., L.P.
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MARC SILEO / AMY SIM / BEN EDWARDS STRATEGIC VALUE PARTNERS, LLC
 MASTER FUND II., L.P.                    100 WEST PUTNAM AVENUE GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM, BEN EDWARDS
 MASTER FUND II., L.P.                    100 WEST PUTNAM AVENUE GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM, BEN EDWARDS
 MASTER FUND II., L.P.                    100 WEST PUTNAM AVENUE GREENWICH CT 06830-5361
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO/AMY SIM/BEN EDWARDS
 MASTER FUND II., L.P.                    100 WEST PUTNAM AVENUE GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO/AMY SIM/BEN EDWARDS 100 WEST PUTNAM AVENUE
 MASTER FUND II., L.P.                    GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
 MASTER FUND II., L.P.                    GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
 MASTER FUND II., L.P.                    GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS        TRANSFEROR: HSBC SECURITIES JAPAN LIMITED C/O STRATEGIC VALUE PARTNERS, LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830
 MASTER FUND, L.P.
STROEYKENS, DOMINIQUE                     AVENUE ALPHONSE XIII 53 BRUSSELS  1180 BELGIUM
STROEYKENS, DOMINIQUE                     DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
SULLAM, ROBIN                             DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
SULLAM, ROBIN                             RUE GIROUNE 19 A OPHAIN BOIS SEIGNEUR ISAAC   1421 BELGIUM
SULMON, MARIE-JEANNE                      C. MEUNIERSTRAAT 42 RONSE  9600 BELGIUM
SULMON, MARIE-JEANNE                      DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS   1160 BELGIUM
```

| Name | Address |
|---|---|
| SUNKEN LEDGE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SWIGGERS, FRANS | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| SWIGGERS, FRANS | GROTE BOLLOSTRAAT 70 TREMELO 3120 BELGIUM |
| SZABO, CHRISTIANE | AVENUE DES ACACIAS 3 GRACE-HOLLOGNE 4460 BELGIUM |
| SZABO, CHRISTIANE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| TABET, LAURENT | AVENUE MOLIERE 484 APT A 1050 IXELLES, BRUSSELS BELGIUM |
| TABET, LAURENT | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| TEMMERMAN, GEORGETTE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| TEMMERMAN, GEORGETTE | MOLENEINDSTRAAT 108 LOKEREN 9160 BELGIUM |
| THONES, ALFONS | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| THONES, ALFONS | KLEUTERWEG 15 HEUSDEN-ZOLDER 3550 BELGIUM |
| TRAPPENIERS, JEAN-FRANCOIS | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| TRAPPENIERS, JEAN-FRANCOIS | STEENDREEF 1 ELEWIJT 1982 BELGIUM |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH 8098 SWITZERLAND |
| VAN DEN ABEELE, MICHEL | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VAN DEN ABEELE, MICHEL | ELZEELSESTEENWEG 11 A RONSE 9600 BELGIUM |
| VAN DEN HEUVEL, LUCIENNE | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VAN DEN HEUVEL, LUCIENNE | STEENDREEF 1 ELEWIJT 1982 BELGIUM |
| VAN MAELE, ERIC | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VAN MAELE, ERIC | FAZANTENLAAN 60 ZEDELGEM 8210 BELGIUM |
| VAN SANT, VICKY | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VAN SANT, VICKY | KONING ALBERTSTRAAT 13 BUS 2 LINT 2547 BELGIUM |
| VAN SPEYBROECK, EVELIEN | DAHLIASTRAAT 4 LOVENDEGEM 9920 BELGIUM |
| VAN SPEYBROECK, EVELIEN | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VANDECASTEELE-DEBLAERE, HUGO | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VANDECASTEELE-DEBLAERE, HUGO | STATIONSSTRAAT 178 SIJSELE-DAMME 8340 BELGIUM |
| VANDERHAEGEN, ROBRECHT | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VANDERHAEGEN, ROBRECHT | MISKRUISSTRAAT 8A SCHERPENHEUVEL 3270 BELGIUM |
| VANKEIRSBILCK, EDDY | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VANKEIRSBILCK, EDDY | NIEUWE VELDSTRAAT 9 LICHTERVELDE 8810 BELGIUM |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA P. J. STEFFER 8500 NORMANDALE LAKE BLVD. SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLDV. SUITE 1500 MINNEAPOLIS MN 55437 |
| VERBEKE, DIETER | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VERBEKE, DIETER | NOTELAARLAAN 2 EKEREN 2180 BELGIUM |
| VERHOEVEN, PETER | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VERHOEVEN, PETER | GOUDVINKENLAAN 1 HECHTEL-EKSEL 3941 BELGIUM |
| VERHULST, JAN | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VERHULST, JAN | KERKSTRAAT 3 LONDERZEEL 1840 BELGIUM |
| VERMEYLEN, JOS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VERMEYLEN, JOS | WALEMHOEFWEG 1 HAACHT 3150 BELGIUM |
| VRIESACKER, MARC | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| VRIESACKER, MARC | SCHOOLSTRAAT 78 MELSELE 9120 BELGIUM |
| WAUTERS, FRANCIS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| WAUTERS, FRANCIS | IEPERSTRAAT 27 TIELT 8700 BELGIUM |
| WYNENDAELE, TOM | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| WYNENDAELE, TOM | TER SCABBE 32 ANZEGEM 8570 BELGIUM |
| ZANKER, SUSANNE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| ZANKER, SUSANNE | RUE CESAR FRANCK 11 BRUSSELS 1050 BELGIUM |

Total Number of Records Printed          619