UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                               :
:
----------------------------------------------------------------x    Ref. Docket Nos. 39450, 39634,
39636, 39638, 39639, 39642, 39648

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 26, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
5th day of September, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF DEFECTIVE TRANSFER

Transferor:   FAIR HARBOR CAPITAL, LLC
              TRANSFEROR: DE KUNST, MARIANKA
              AS ASSIGNEE OF DE KUNST, MARIANKA
              ANSONIA FINANCE STATION
              PO BOX 237037
              NEW YORK NY 10023


Additional:




Transferee:   CITIGROUP FINANCIAL PRODUCTS INC.
              ATTN: BRIAN BROYLES
              390 GREENWICH STREET, 4TH FLOOR
              NEW YORK NY 10013



Your transfer  of claim #   60196   is defective for the reason(s) checked below:

Other                                  Individual referenced does not won the claim any longer.




Docket Number 39648          Date 08/22/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 26, 2013.

EXHIBIT B

```
TIME: 17:51:39                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 08/26/13                                                CREDITOR LISTING

Name                                    Address
CITIGROUP FINANCIAL PRODUCTS INC.       ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: DE KUNST, MARIANKA AS ASSIGNEE OF DE KUNST, MARIANKA ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
NATIONSTAR MORTGAGE LLC                 ATTN: MICHELE OLDS 10350 PARK MEADOWS DRIVE LITTLETON CO 80124
NATIONSTAR MORTGAGE LLC                 ATTN; MICHELLE OLDS 10350 PARK MEADOWS DRIVE LITTLETON CO 80124
U.S. BANK NATIONAL ASSOCIATION          CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292
U.S. BANK NATIONAL ASSOCIATION          CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR
                                        CHICAGO IL 60603
WILMINGTON TRUST COMPANY, AS TRUSTEE    ATTN: ADAM SCOZZAFAVA RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE    J. WILLIAM BOONE ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424

Total Number of Records Printed         8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

Bes Hippoliet
Winkelstap 23/3
Schoten 2900
Belgium

Citigroup Financial Products In.
Attn: Brian Broyles
390 Greenwich Street, 4th Floor
New York, NY 10013

Barclays Bank PLC
Attn: Daniel Miranda
745 Seventh Ave., 2nd Floor
New York, NY 10019

Serengeti Lycaon MM L.P.
c/o Serengeti Asset Management LP
Attn: Erin Finegan
632 Broadway, 12th Floor
New York, NY 10012