UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

---------------------------------------------------------------------------x    Ref. Docket Nos. 36021, 39786, 36790, 39792-39794, 39796, 39797, 39816, 39819, 39820, 39823, 39827

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 27, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
5th day of September, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 36021, 39786, 36790...39820, 39823, 39827_AFF_8-27-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |      Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                    |
                                    |      (Jointly Administered)
                Debtors.            |
                                    |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CITIGROUP GLOBAL MARKETS INC.
             TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP
             C/O CITIBANK, N.A.
             ATTN: BRIAN BLESSING/SCOTT EVAN
             1615 BRETT ROAD OPS III
             NEW CASTLE DE 19720

Please note that your claim # 55542-05 in the above referenced case and in the amount of
        $761,910.39  allowed at $759,131.81        has been transferred **(unless previously expunged by court order)**

             CRS MASTER FUND, L.P.
             TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
             ATTN: SVET NIKOV
             399 PARK AVENUE, 39TH FLOOR
             NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39797    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2013                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2013.

EXHIBIT B

```
TIME: 13:09:12                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 08/27/13                                 CREDITOR LISTING
```

| Name | Address |
|---|---|
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING / SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OPPS LBWV HOLDINGS, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING / SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CRESCENT 1, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTOR, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343108 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 5534106233 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLTS FUND II LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS, GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |

Total Number of Records Printed    32

EPIQ BANKRUPTCY SOLUTIONS, LLC