UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| ------------------------------------------------------------------x | | Ref. Docket No. 39653 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 27, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                          /s/ Panagiota Manatakis
                                                                                          Panagiota Manatakis

Sworn to before me this
5th day of September, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.
                                                                    Case No. 08-13555 (JMP)
                                                                    Jointly Administered
                    Debtors.

---

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CITIBANK N.A. INDONESIA BRANCH
               ATTN: INAJATI DANIN/INDRA SANUSI
               15TH FLOOR, CITIBANK TOWER
               JJ. JEND SUDIRMAN KAV. 54-55
               JAKARTA, 12190, INDONESIA

Transferee:    CITIGROUP FINANCIAL PRODUCTS INC.
               C/O CITIBANK, N.A.
               ATTN: BRIAN BLESSING/BRIAN BROYLES
               1615 BRETT ROAD OPS III
               NEW CASTLE, DE 19720

**Your transfer as presented is defective for the reason(s) checked below:**
( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
         By document #
( x ) other (specify): **TRANSFEROR IS NOT CURRENT OWNER OF CLAIM NO. 62783**

NOTE:
**Docket Number: 39653**

/s/ Panagiota Manatakis
Bankruptcy Services LLC as claims
agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor and transferee counsel by first class mail, postage prepaid on August 27, 2013.

EXHIBIT B

| | |
|---|---|
| CITIBANK N.A. INDONESIA BRANCH<br>ATTN: INAJATI DANIN/INDRA SANUSI<br>15TH FLOOR, CITIBANK TOWER<br>JJ. JEND SUDIRMAN KAV. 54-55<br>JAKARTA, 12190, INDONESIA | CITIGROUP FINANCIAL PRODUCTS INC.<br>C/O CITIBANK, N.A.<br>ATTN: BRIAN BLESSING/BRIAN BROYLES<br>1615 BRETT ROAD OPS III<br>NEW CASTLE, DE 19720 |