UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                                              :     Chapter 11 Case No.
                                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :     08-13555 (JMP)
                                                                                        :     (Jointly Administered)
                            Debtors.                                         :
                                                                                        :
------------------------------------------------------------x     Ref. Docket Nos. 39786, 39790,
                                                                                              39792, 39797, 39812, 39816, 39827

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                  ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 28, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                  */s/ Panagiota Manatakis*
                                                                                                  Panagiota Manatakis

Sworn to before me this
5th day of September, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CITIGROUP GLOBAL MARKETS INC.
              TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP
              C/O CITIBANK, N.A.
              ATTN: BRIAN BLESSING/SCOTT EVAN
              1615 BRETT ROAD OPS III
              NEW CASTLE DE 19720

Please note that your claim # 47606-15 in the above referenced case and in the amount of
        $504,139.93   allowed at $473,196.61         has been transferred **(unless previously expunged by court order)**

              CYRUS OPPORTUNITIES MASTER FUND II, LTD.
              TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
              ATTN: SVET NIKOV
              399 PARK AVENUE, 39TH FLOOR
              NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39786        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/28/2013                    Vito Genna, Clerk of Court

                                    /s/ Panagiota Manatakis
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 28, 2013.

EXHIBIT B

```
TIME: 13:24:51                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 08/28/13                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CRESCENT 1, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP ATTN: MICHELE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 0730208233 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    13

EPIQ BANKRUPTCY SOLUTIONS, LLC