UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                                    Debtors.                           :
                                                                       :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 35144, 39878-
                                                                            39880

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
5th day of September, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 35144, 39878-39880_AFF_8-29-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   NEUE AARGAUER BANK AG
      ATTN: ALLEN GAGE
      1 MADISON AVE
      NEW YORK NY 10010

NEUE AARGAUER BANK AG
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 55814-95 in the above referenced case and in the amount of
          $0.00    allowed at $85,031.07         has been transferred **(unless previously expunged by court order)**

BANK VONTOBEL AG, ZURICH/SWITZERLAND
TRANSFEROR: NEUE AARGAUER BANK AG
C/O BANK VONTOBEL AG
GOTTHARDSTRASSE 43, POSTFACH
ZURICH    CH-8022
SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 39879      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/29/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 29, 2013.

# EXHIBIT B

08-13555-mg    Doc 39968    Filed 09/05/13    Entered 09/05/13 20:01:52    Main Document
Pg 4 of 5

```
TIME: 15:25:28                                      LEHMAN BROTHERS HOLDING INC.                                                   PAGE:   1
DATE: 08/29/13                                           CREDITOR LISTING

Name                                      Address
BANK FREY & CO. AG                        TRANSFEROR: CREDIT SUISSE AG C/O FINANZ-LOGISTIK AG ROSENBERGSTRASSE 16 ST. GALLEN  9004 SWITZERLAND
BANK VONTOBEL AG, ZURICH/SWITZERLAND      TRANSFEROR: NEUE AARGAUER BANK AG C/O BANK VONTOBEL AG GOTTHARDSTRASSE 43, POSTFACH ZURICH  CH-8022 SWITZERLAND
BETHMANN BANK AG                          TRANSFEROR: KOCH, HELGA BETHMANNSTRABE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                          TRANSFEROR: KOCH, MAXIMILIAN, DR. BETHMANNSTRABE 7-9 FRANKFURT AM MAIN  60311 GERMANY
CREDIT SUISSE AG                          CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY  10019
CREDIT SUISSE AG                          STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                          RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                          PARADEPLATZ 8 ZURICH  CH-8001 SWITZERLAND
KOCH, HELGA                               TRANSFEROR: BETHMANN BANK AG OBERNEUL. LANDSTR. 120 BREMEN  28355 GERMANY
KOCH, MAXIMILLIAN, DR.                    TRANSFEROR: BETHMANN BANK AG HOHENZOLLERNSTR. 35 MUNICH  80801 GERMANY
NEUE AARGAUER BANK AG                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY  10019
NEUE AARGAUER BANK AG                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019


Total Number of Records Printed      13

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```