**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                 :
:
---------------------------------------------------------------x    Ref. Docket No. 39871

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
5th day of September, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                            |
In re                                       |    Chapter 11 Case No.
                                            |
                                            |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,      |
                                            |    (Jointly Administered)
                                            |
           Debtors.                         |
                                            |
_____|
```

## NOTICE OF DEFECTIVE TRANSFER

```
Transferor:    CITIBANK PRIVATKUNDEN AG & CO. KGAA
               ATTN: WILHELM HUELSKEN
               KASERNENSTRASSE 10
               DUSSELDORF 40213 GERMANY


Additional:    CITIBANK PRIVATKUNDEN AG & CO. KGAA
               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
               ATTN: DOUGLAS R. DAVIS
               1285 AVENUE OF THE AMERICAS
               NEW YORK NY 10019-6064




Transferee:    EVANGELISCHES VERWALTUNGSAMT DES KIRCHENKREISES JULICH,
               MR. PREUTENBORBECK
               SCHIRMERSTR. 1A
               JULICH 52428 GERMANY



Your transfer  of claim #   55404-71  is defective for the reason(s) checked below:

Other                                        ISIN information not provided, Schedule 1 referenced missing




Docket Number 39871            Date 07/15/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 29, 2013.
```

# EXHIBIT B

```
TIME: 15:25:59                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 08/29/13                                         CREDITOR LISTING

Name                                     Address
CITIBANK PRIVATKUNDEN AG & CO. KGAA      ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
CITIBANK PRIVATKUNDEN AG & CO. KGAA      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
EVANGELISCHES VERWALTUNGSAMT DES         MR. PREUTENBORBECK SCHIRMERSTR. 1A JULICH  52428 GERMANY
KIRCHENKREISES JULICH,


Total Number of Records Printed      3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC