UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (JMP)
                                                                        :    (Jointly Administered)
                Debtors.                                                :
                                                                        :
-----------------------------------------------------------------------x    Ref. Docket Nos. 39799, 39842,
                                                                             39881, 39882, 39884, 39885

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
5th day of September, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 39799, 39842, 39881, 39882, 39884, 39885_AFF_8-30-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CHIMNEY ROCK VALUE FUND, L.P.                    CHIMNEY ROCK VALUE FUND, L.P.
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH      ZIFF BROTHERS INVESTMENTS, L.L.C.
     ATTN: BEAU LESCOTT                               ATTN: ERICA LEE, GENERAL COUNSEL
     350 PARK AVENUE
     NEW YORK NY 10022
```

Please note that your claim # 28193 in the above referenced case and in the amount of
     $3,844,316.25    allowed at $3,687,117.91      has been transferred **(unless previously expunged by court order)**

```
     JP MORGAN CHASE BANK, N.A.
     TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P.
     C/O J.P. MORGAN SECURITIES LLC
     ATTN: JEFFREY L. PANZO
     MAIL CODE: NY1-M138
     383 MADISON AVENUE - FLOOR 37
     NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 39799     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/30/2013                Vito Genna, Clerk of Court

                                /s/ Lauren Rodriguez
                                _____
                                By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 30, 2013.

# EXHIBIT B

08-13555-mg Doc 39970 Filed 09/05/13 Entered 09/05/13 20:08:41 Main Document
Pg 4 of 5

```
TIME: 09:50:03                                          LEHMAN BROTHERS HOLDING INC.                                                  PAGE:  1
DATE: 08/30/13                                               CREDITOR LISTING

Name                                           Address
BANCA MEDIOLANUM S.P.A.                        TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO
                                               MILANO 20080 ITALY
BANCA MEDIOLANUM S.P.A.                        TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO MILANO 20080 ITALIA
BANCA MONTE DEI PASCHI DI SIENA S.P.A.         ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA SELLA HOLDING S.P.A.                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: ANNA GROSSO; CARLO NEGRO PIAZZA G. SELLA I BIELLA 13900 ITALY
BERNER KANTONALBANK AG                         TRANSFEROR: UBS AG ATTN: SAMUEL STUCKI POSTFACH BERN CH 3001 SWITZERLAND
CHIMNEY ROCK VALUE FUND, L.P.                  DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.                  ZIFF BROTHERS INVESTMENTS, L.L.C. ATTN: ERICA LEE, GENERAL COUNSEL
CHIMNEY ROCK VALUE FUND, L.P.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CITIBANK, N.A., LONDON BRANCH                  ATTENTION: RANJIT CHATTERJI CITIGROUP CENTRE, CANARY WHARF LONDON E14 5LB UNITED KINGDOM
CITIBANK, N.A., LONDON BRANCH                  TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTENTION: RANJIT CHATTERJI CITIGROUP CENTRE, CANARY WHARF
                                               LONDON E14 5LB UNITED KINGDOM
CITIGROUP FINANCIAL PRODUCTS INC.              TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
INTESA SANPAOLO PRIVATE BANKING S.P.A.         REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
INTESA SANPAOLO S.P.A.                         ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
JP MORGAN CHASE BANK, N.A.                     TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                               383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                      TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                               383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
LEHMAN BROTHERS INTERNATIONAL (EUROPE)         (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)         (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)         PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)         LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
OZ SPECIAL MASTER FUND, LTD.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP; ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                               NEW YORK NY 10019
UBS AG                                         BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                         ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND


Total Number of Records Printed          22


                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```