UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 64032, filed on November 2, 2009, against Lehman Brothers Holdings Inc. by Barclays Bank PLC ("Barclays") in the amount of not less than $2,018,390.32 (the "Claim").

PLEASE TAKE NOTICE that Barclays hereby withdraws the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

Barclays represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. The withdrawal of the Claim is without prejudice to, and shall not affect, any other claims asserted against Lehman Brothers Holdings Inc. or its affiliates by Barclays or its affiliates.

Dated: Sept. 6, 2013
New York, New York

BARCLAYS BANK PLC
By:
745 Seventh Avenue
New York, New York 10019

DANIEL CROWLEY
MANAGING DIRECTOR