**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 |
| Creditor Name and Address: | Baupost Limited Partnership 1983 B-1<br>c/o Ropes & Gray LLP<br>Attn: Philip Wells<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| Claim Number: | 29087 |
| Date Claim Filed: | 9/22/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%<br>$997,819.64 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| /s/ Philip A. Wells | Attorney for Creditor |
| Printed Name: | Dated: |
| Philip A. Wells | 9/6/13 |