**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
|   : |   |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (JMP)** |
|   : |   |
| Debtors. : | (Jointly Administered) |

----------------------------------------------------------------------x

## WITHDRAWAL OF PORTION OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 |
| Creditor Name and Address: | Chester Square, L.L.C.<br>c/o Ropes and Gray LLP<br>Attn: Jonathan Reisman<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199 |
| Claim Number: | 29059 |
| Date Claim Filed: | 09/22/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 73.5239058113%<br>$34,396,333.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| /s/ Philip A. Wells | Attorney for Creditor |
| Printed Name: | Dated: |
| Philip A. Wells | 9/6/13 |