**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | **:** | **Chapter 11 Case No.** |
| | **:** | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **:** | **08-13555 (JMP)** |
| | **:** | |
| **Debtors.** | **:** | **(Jointly Administered)** |

---------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 |
| Creditor Name and Address: | Hickok Place, L.L.C.<br>c/o Ropes and Gray LLP<br>Attn: Jonathan Reisman<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199 |
| Claim Number: | 28515 |
| Date Claim Filed: | 9/22/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%<br>$113,010,541.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature:<br>/s/ Philip A. Wells | Title:<br>Attorney for Creditor |
| Printed Name:<br>Philip A. Wells | Dated:<br>9/6/13 |