**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS OR PORTION THEREOF

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 |
| Creditor Name and Address: | LBCCO-1, L.L.C.<br>c/o Ropes and Gray LLP<br>Attn: Jonathan Reisman<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199 |
| Claim Number: | 17740, 17753, 29111, 27880 |
| Date Claim Filed: | (Claim #17740): 09/18/2009<br>(Claim #17753): 09/18/2009<br>(Claim #29111): 09/22/2009<br>(Claim #27880): 09/22/2009 |
| Percentage and Total Amount of Claim Withdrawn: | (Claim #17740): 100% or $2,181,676.92<br>(Claim #17753): 100% or $18,522,833.87<br>(Claim #29111): 100% or $79,128,824.02<br>(Claim #27880): 17.3717197354% or $1,051,196.98 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| /s/ Philip A. Wells | Attorney for Creditor |
| Printed Name: | Dated: |
| Philip A. Wells | 9/6/13 |