UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                                  :    Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                                       :
                                     Debtors.              :    (Jointly Administered)
---------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 |
| Creditor Name and Address: | Merrick Place, L.L.C<br>c/o Ropes and Gray LLP<br>Attn: Jonathan Reisman<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199 |
| Claim Number: | 42497 |
| Date Claim Filed: | 10/20/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%<br>$44,139,168.58 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| /s/ Philip A. Wells | Attorney for Creditor |
| Printed Name: | Dated: |
| Philip A. Wells | 9/6/13 |