**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS OR PORTION THEREOF

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 |
| Creditor Name and Address: | Sacamano Partners, L.L.C.<br>c/o Ropes and Gray LLP<br>Attn: Jonathan Reisman<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199 |
| Claim Number: | 66872, 66873, 16507, 16504, 67113 |
| Date Claim Filed: | (Claim #66872): 06/21/2010<br>(Claim #66873): 06/21/2010<br>(Claim #16507): 09/18/2009<br>(Claim #16504): 09/18/2009<br>(Claim #67113): 09/28/2010 |
| Percentage and Total Amount of Claim Withdrawn: | (Claim # 66872): 70.6537096168% or $18,019,016.75<br>(Claim # 66873): 100% or 16,189,425.50<br>(Claim #16507): 100% or $29,373,245.94<br>(Claim #16504): 100% or $1,429,896.72<br>(Claim #67113): 100% or $7,894,735.22 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| /s/ Philip A. Wells | Attorney for Creditor |
| Printed Name: | Dated: |
| Philip A. Wells | 9/6/13 |