**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 |
| Creditor Name and Address: | Tolliver Place, L.L.C. c/o Ropes and Gray LLP Attn: Jonathan Reisman Prudential Tower 800 Boylston Street Boston, MA 02199 |
| Claim Number: | 19416, 19417, 19419 |
| Date Claim Filed: | 09/18/2009 |
| Percentage and Total Amount of Claim Withdrawn: | (Claim #19416): 100% or $8,122,030.28 (Claim #19417): 100% or $4,066,753.33 (Claim #19419): 100% or $5,091,743.21 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: |
| /s/ Philip A. Wells | Attorney for Creditor |
| Printed Name: | Dated: |
| Philip A. Wells | 9/6/13 |