Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for The Financial Services Compensation Scheme Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (JMP)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |

------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that, through the undersigned counsel, The Financial Services Compensation Scheme Limited hereby withdraws those portions of <u>Proof of Claim Number 63358</u> filed against Lehman Brothers Holdings Inc. that assert a liability or seek a recovery arising from, related to, or in connection with the securities identified on <u>Exhibit A</u> attached hereto, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly. For the avoidance of doubt, the referenced claim shall be unaffected hereby with respect to any securities not listed on <u>Exhibit A</u>.

Dated: September 6, 2013
       New York, New York

                                    **BINGHAM MCCUTCHEN LLP**

                                    By: <u>/s/ Joshua Dorchak</u>
                                        Joshua Dorchak
                                        399 Park Avenue
                                        New York, New York 10022
                                        (212) 705-7000
                                        joshua.dorchak@bingham.com

                                        *Attorneys for The Financial Services*
                                        *Compensation Scheme Limited*

US_ACTIVE:\44311486\1\58399.0011

## EXHIBIT A

| ISIN Number |
|---|
| ANN5214T1851 |
| ANN5214T1935 |
| ANN5214T2016 |
| ANN5214T2198 |
| ANN5214T2503 |
| ANN5214T2685 |
| ANN5214T2768 |
| ANN5214T2842 |
| ANN5214T2925 |
| ANN5214T3006 |
| ANN5214T3832 |
| ANN5214T3915 |
| ANN5214T4178 |
| ANN5214T4251 |
| ANN5214T4749 |
| ANN5214T4822 |
| ANN5214T5084 |
| ANN5214T5167 |
| ANN5214T5241 |
| ANN5214T5324 |
| ANN5214T5407 |
| ANN5214T5654 |
| ANN5214T6157 |
| ANN5214T6231 |
| ANN5214T6645 |
| ANN5214T6728 |
| ANN5214T6801 |
| ANN5214T6983 |
| ANN5214T7064 |
| ANN5214T7148 |
| ANN5214T7221 |
| ANN5214T7304 |
| ANN5214T7486 |
| ANN5214T7551 |
| XS0331517564 |
| XS0331517994 |
| XS0340290757 |
| XS0340299386 |
| XS0343900022 |
| XS0343900451 |
| XS0343900535 |
| XS0349362268 |
| XS0349690601 |
| XS0353141137 |
| XS0358366754 |
| XS0360445786 |
| XS0361857674 |
| XS0361858136 |
| XS0364507383 |
| XS0366064870 |
| XS0366064953 |
| XS0366065174 |
| XS0366065257 |

| |
|---|
| XS0366211927 |
| XS0366213626 |
| XS0368094420 |
| XS0368094693 |
| XS0368198635 |
| XS0369661813 |