UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
-------------------------------------------------------------x

WITHDRAWAL OF CLAIM

Debtor Name and Case Number:    Lehman Brothers Holdings Inc.
                                Case Number: 08-13555 (JMP)

Creditor Name and Address:
GLG Japanese Long-Short Fund
c/o GLG Partners LP
1 Curzon Street
London W1J 5HB

Claim Number: 14654
Date Claim Filed:    09/17/2009
Percentage and Total Amount of Claim Withdrawn: 100%   $169,745.00

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: [signature]

Title: DIRECTOR OF GLG PARTNERS LIMITED, THE GENERAL PARTNER OF GLG PARTNERS LP, INVESTMENT MANAGER OF GLG JAPANESE LONG SHORT FUND

Printed Name: JASVEER SINGH

Dated: 09 SEPTEMBER 2013