LEHMAN BROTHERS HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| EDWIN G FRANK III | 7 LOCUST STREET WINNETKA IL 60093 |
| EDWIN GOH | 362 WEST 52ND STREET APARTMENT 42 NEW YORK NY 10019 |
| EDWIN GOH | 2020 WALNUT STREET APARTMENT 23L PHILADELPHIA PA 19103 |
| EDWIN GOH | 2300 WALNUT STREET APARTMENT 730 PHILADELPHIA PA 19103 |
| EDWIN GOULD SERVICES FOR CHILDREN | 40 RECTOR STREET 12TH FLOOR NEW YORK NY 10006 |
| EDWIN M BURKE | 17 EATON MANSIONS CLIVEDEN PLACE LONDON SW1W 8HE UNITED KINGDOM |
| EDWIN M. WITHAM | 5 DEER TRAIL OLD TAPPAN NJ 07675 |
| EDWIN MEJIA | 6740 YELLOWSTONE BLVD APT 6G FOREST HILLS NY 113752618 |
| EDWIN MORGAN | 128 KENILWORTH COURT LOWER RICHMOND ROAD LONDON SW15 1HB UNITED KINGDOM |
| EDWIN P. TWOMBLY JR. TRUST, THE | THOMAS H. SALIBA, AGENT DTD 03/21/2003 PO BOX 403 SO. FREEPORT ME 04078-0403 |
| EDWIN RAMOS | 1152 N KEDZIE AVE APT 101 CHICAGO IL 60651-4188 |
| EDWIN SKILTON | 190 PUTNEY BRIDGE ROAD PUTNEY LONDON SW15 2NG UNITED KINGDOM |
| EDWIN VELEZ | 627 DELAFIELD AVENUE STATEN ISLAND NY 10310 |
| EDWIN ZELAYA | 8034 DIANA AVENUE RIVERSIDE CA 92504 |
| EDWIN, ANNA | 3820 LOCUST WALK BOX #652 PHILADELPHIA PA 19104 |
| EDWIN, MAL JAMES | 3R, 280, MARIN BLVD JERSEY CITY NJ 07302 |
| EDWIN,MAL JAMES | 3R, 280, MARIN BLVD JERSEY CITY NJ 07302 |
| EDX LONDON LIMITED | 131 FINSBURY PAVEMENT LONDON EC2A 1NT UNITED KINGDOM |
| EE MEE YAU | 102 ATHERSTONE COURT DELAMERE TERRACE W2 6PG UK |
| EE MEE YAU | 102 ATHERSTONE COURT DELAMERE TERRACE W2 6PG UNITED KINGDOM |
| EE,DECLAN | NO 6 DAUNCEY HOUSE WEBBER ROW LONDON, GT LON SE1 8QS UNITED KINGDOM |
| EEF PRODUCTIONS LLC | P.O.BOX 265 VAIL CO 81658 |
| EELCO VAN DONGEN | JOUBERSTSTRAAT DEN HAAG 21 XX NIGER |
| EELCO VAN DONGEN | JOUBERTSTRAAT DEN HAAG 21 XX NIGER |
| EELMAN, HARRY | 160 PROSPECT AVE PRINCETON NJ 08540 |
| EEPULSE INC | 905 W. EISENHOWER CIRCLE, SUITE #110 ANN ARBOR MI 48103 |
| EESTERMANS, BAS | KAMPAKKER 37 TETERINGEN 4847 SB NIGER |
| EEYE DIGITAL SECURITY | FILE # 50706 LOS ANGELES CA 90074 |
| EEYE DIGITAL SECURITY | 111 THEORY STE 250 IRVINE CA 926173041 |
| EF INTERNATIONAL | NEWSSERVER HOUSE SINGER STREET LONDON EC2A 4BQ UK |
| EF INTERNATIONAL | NEWSSERVER HOUSE SINGER STREET LONDON EC2A 4BQ UNITED KINGDOM |
| EFE AMANDA CIERKOWSKI | 5907 KENNEDY BLVD E APT B4 WEST NEW YORK NJ 07093 |
| EFE AMANDA CIERKOWSKI | 21 SOUTH COURT CLINTON NJ 08809 |
| EFE, BARIS | 124 WEST 60TH STREET APARTMENT 23L NEW YORK NY 10023 |
| EFEDERAL CREDIT UNION | 10719 AIRLINE HWY BATON ROUGE LA 70816 |
| EFETNET B.V. | KEIZERSGRACHT 62-64 AMSTERDAM 1015 CS NIGER |
| EFFECTIVE BUSINESS EVENTS LTD | 3739 LONDON END BEACONSFIELD HP9 2HW UNITED KINGDOM |
| EFFECTIVE RESOURCE MANAGEMENT | 9694 S. MERIMBULA STREET HIGHLANDS RANCH CO 80130 |
| EFFICIENT CAPITAL CORP | 508 EAST BOULEVARD CHARLOTTE NC 28203 |
| EFFINGER & ASSOCIATES, LLC | 4665 PALMER COURT-SUITE 110 NIWOT CO 80503 |
| EFFRON ENTERPRISES, INC | 4 GANNETT DRIVE WHITE PLAINS NY 10604 |
| EFG BANK | 41ST FLOOR TWO EXCHANGE SQUARE HONG KONG |
| EFG BANK | ATTN:FX-DEPT EFG PRIVATE BANK S.A. 24, QUAI DU SEUJET CH-1211 GENEVA 2 SWITZERLAND |
| EFG BANK | C/O EFG PRIVATE BANK LIMITED HAX HILL 12 LONDON W1J 6DW UNITED KINGDOM |
| EFG BANK | ATTN:DOCUMENTATION MANAGER EFG PRIVATE BANK S.A. BAHNHOFSTRASSE 16 ZURICH 8021 SWITZERLAND |
| EFG BANK, GENEVA | EFG PRIVATE BANK SA 1 HARBOUR VIEW STREET CENTRAL ONE INTERNATIONAL FINANCE CENTER HONG KONG HONG KONG |
| EFG BANK, GENEVA | EFG PRIVATE BANK S.A. BAHNHOFSTRASSE 16 ZURICH 8021 SWITZERLAND |