**Exhibit 1**

## OMNIBUS OBJECTION 418: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | L.A. COUNTY TREASURER AND TAX COLLECTOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10662 | $134,613.68 | $134,613.68 | Claim is 10662 is based on property taxes owed by Lehman Brothers Inc. and Aurora Loan Services, LLC, non-Debtor entities. LBHI has no liability to claimant relative to such property taxes. |
| | | | | TOTAL | | $134,613.68 | $134,613.68 | |