SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Baupost Group, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**SECOND NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION
OF BAUPOST GROUP, LLC TO QUASH DEBTORS' SUBPOENA
<u>ISSUED UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004</u>**

**PLEASE TAKE NOTICE** that on August 28, 2013, Baupost Group, LLC ("Baupost") adjourned the hearing on its Motion to Quash Debtors' Subpoena Issued Under Federal Rule of Bankruptcy Procedure 2004 [Docket No. 38941] (the "Motion"), to October 23, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 39894] (the "Hearing"), pursuant to a briefing schedule agreed to by Baupost, Lehman Brothers Special Finance ("LBSF"), and Lehman Brothers Holdings, Inc. ("LBHI"; together with "LBSF," "Debtors"). Notwithstanding the dates stated in Debtors' Opposition to the Motion, filed on September 5, 2013 [Docket No. 39947], pursuant to the agreement between Baupost and Debtors, the reply deadline is September 27, 2013, and the Hearing will be held on October 23, 2013, at 10:00 a.m. (Prevailing Easter Time), or as soon thereafter as the matter may be heard.

Dated: New York, New York  
September 9, 2013

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:    /s/_____  
       Bruce E. Clark  
       Matthew A. Schwartz  
       SULLIVAN & CROMWELL LLP  
       125 Broad Street  
       New York, New York 10004  
       Telephone: (212) 558-4000  
       Facsimile: (212) 558-3588

*Attorneys for Baupost Group, LLC*