**Exhibit 1**

08-13555-mg    Doc 40009-1    Filed 09/09/13    Entered 09/09/13 15:04:58    Exhibits
Pg 1 of 2

## OMNIBUS OBJECTION 427: EXHIBIT 1 - NO BLOCKING NUMBER

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS AUSTRALIA LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48829 | $5,500,000.00 | $5,500,000.00 | No Blocking Number |
| 2 | LEHMAN BROTHERS AUSTRALIA, LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63843 | $4,532,110.00 | $4,532,110.00 | No Blocking Number |
| | | | | | TOTAL | $10,032,110.00 | $10,032,110.00 | |