**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

--------------------------------------------------------------------x

## ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 66961 FILED BY PACIFIC PREMIER BANK

Upon Plan Administrator's objection to proof of claim numbered 66961, dated June 10, 2013 (the "Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank"), of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy and this Court's Order approving procedures for the filing of objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the proof of claim numbered 66961 on the grounds that the proof of claim was filed after the General Bar Date, as more fully described in the Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank; and due and proper notice of the Plan Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) attorneys for Pacific Premier; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative

procedures for these cases [ECF 9635]; and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the Plan

Administrator's Objection to Proof of Claim No. 66961 Filed by Pacific Premier Bank is in the

best interest of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal

and factual bases set forth in the Plan Administrator's Objection to Proof of Claim No. 66961

Filed by Pacific Premier Bank establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Plan Administrator's Objection to

Proof of Claim No. 66961 Filed by Pacific Premier Bank is granted to the extent provided

herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, proof of

claim numbered 66961 is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Order shall supersede all previous orders regarding proof of

claim number 66961; and it is further

ORDERED that the Chapter 11 Estates' court appointed claims and noticing agent

is authorized and directed to delete claim number 66961 from the official claims registry; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
September 9, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge

2