**Exhibit 1**

**Exhibit 1**

08-13555-mg Doc 40011 Filed 09/09/13 Entered 09/09/13 15:11:35 Main Document
Pg 2 of 7

IN RE: LEHMAN BROTHERS HOLDINGS INC., et al., CASE NO. 08-13555 (JMP)
EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16400 | Undetermined | Entire Claim | None |
| 2 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16401 | Undetermined | Entire Claim | None |
| 3 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16402 | Undetermined | Entire Claim | None |
| 4 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16403 | Undetermined | Entire Claim | None |
| 5 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16406 | Undetermined | Entire Claim | None |
| 6 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16407 | Undetermined | Entire Claim | None |
| 7 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16408 | Undetermined | Entire Claim | None |
| 8 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16410 | Undetermined | Entire Claim | None |
| 9 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16412 | Undetermined | Entire Claim | None |
| 10 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16414 | Undetermined | Entire Claim | None |
| 11 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16429 | Undetermined | Entire Claim | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 12 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16430 | Undetermined | Entire Claim | None |
| 13 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16432 | Undetermined | Entire Claim | None |
| 14 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16433 | Undetermined | Entire Claim | None |
| 15 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16436 | Undetermined | Entire Claim | None |
| 16 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16437 | Undetermined | Entire Claim | None |
| 17 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16442 | Undetermined | Entire Claim | None |
| 18 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16443 | Undetermined | Entire Claim | None |
| 19 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19261 | Undetermined | Entire Claim | None |
| 20 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19262 | Undetermined | Entire Claim | None |
| 21 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19263 | Undetermined | Entire Claim | None |
| 22 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19265 | Undetermined | Entire Claim | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 23 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19281 | Undetermined | Entire Claim | None |
| 24 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19282 | Undetermined | Entire Claim | None |
| 25 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19284 | Undetermined | Entire Claim | None |
| 26 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19285 | Undetermined | Entire Claim | None |
| 27 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19286 | Undetermined | Entire Claim | None |
| 28 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19287 | Undetermined | Entire Claim | None |
| 29 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19288 | Undetermined | Entire Claim | None |
| 30 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19290 | Undetermined | Entire Claim | None |
| 31 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20381 | Undetermined | Entire Claim | None |
| 32 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20382 | Undetermined | Entire Claim | None |
| 33 | U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20385 | Undetermined | Entire Claim | None |

**EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 34 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20386 | Undetermined | Entire Claim | None |
| 35 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20387 | Undetermined | Entire Claim | None |
| 36 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20388 | Undetermined | Entire Claim | None |
| 37 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20389 | Undetermined | Entire Claim | None |
| 38 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20498 | Undetermined | Entire Claim | None |
| 39 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20499 | Undetermined | Entire Claim | None |
| 40 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20509 | Undetermined | Entire Claim | None |
| 41 U.S. BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20588 | Undetermined | Entire Claim | None |
| 42 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20589 | Undetermined | Entire Claim | None |
| 43 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23080 | Undetermined | Entire Claim | None |
| 44 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23081 | Undetermined | Entire Claim | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-jmp Doc 40011 Filed 09/09/13 Entered 09/09/13 15:13:45 (Exhibits)
Pg 6 of 7

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)
EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 45 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23082 | Undetermined | Entire Claim | None |
| 46 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23228 | Undetermined | Entire Claim | None |
| 47 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23229 | Undetermined | Entire Claim | None |
| 48 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23230 | Undetermined | Entire Claim | None |
| 49 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23233 | Undetermined | Entire Claim | None |
| 50 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16411 | Undetermined | Entire Claim | None |
| 51 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16438 | Undetermined | Entire Claim | None |
| 52 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16439 | Undetermined | Entire Claim | None |
| 53 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16440 | Undetermined | Entire Claim | None |
| 54 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/18/2009 | 16441 | Undetermined | Entire Claim | None |
| 55 | US BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19289 | Undetermined | Entire Claim | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT A - OBJECTION TO CLAIMS OF U.S. BANK, N.A.**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 56 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20383 | Undetermined | Entire Claim | None |
| 57 | US BANK NATIONAL ASSOCIATION | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 20384 | Undetermined | Entire Claim | None |
| 58 | US BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23231 | Undetermined | Entire Claim | None |
| 59 | US BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23232 | Undetermined | Entire Claim | None |
| | | | | TOTAL | | | $0.00 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts