**Exhibit 1**

## OMNIBUS OBJECTION 425: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ARCH INSURANCE GROUP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32280 | $9,362.00 * | $9,362.00* | Insufficient Documentation |
| | | | | | TOTAL | $9,362.00 | $9,362.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts