**<u>Exhibit 1</u>**

## OMNIBUS OBJECTION 423: EXHIBIT 1 - REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COUNTY OF SAN BERNARDINO | 9064 | 8/24/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | $10,031.10 | | | | $10,031.10* |
| | | | | **CLAIM AS MODIFIED** | | **$4,175.00** | | | | **$4,175.00** |
| 2 | DALLAS COUNTY | 65796 | 11/30/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | $21,252.59 | | | | $21,252.59 |
| | | | | **CLAIM AS MODIFIED** | | **$36.00** | | | | **$36.00** |
| 3 | FLESS, PETER | 65466 | 11/12/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $80,000.00 | | $80,000.00 |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $55,000.00 | | $55,000.00 |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | $25,000.00 | | $25,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | | **None** | **$25,000.00** | **$25,000.00** |

Claim 65466 is being reclassified to equity solely with respect to its asserted claim totaling $25,000 for the security relating to CUSIP No. 524908720. The remaining portions of Claim 65466 for an asserted amount of $55,000 relating to the securities with CUSIP Nos. 52520B206, 52517PSL6 and 52519Y209 were expunged on The Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims).

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | HARRIS COUNTY, ET AL | 1941 | 1/26/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | $26,537.98 | Undetermined | | | $26,537.98* |
| | | | | **CLAIM AS MODIFIED** | | **None** | **$3,173.00** | | | **$3,173.00** |
| 5 | LIQUIDITY SOLUTIONS, INC. | 22298 | 9/21/09 | LB Rose Ranch LLC | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $11,115.60 | | $11,115.60 |
| | | | | **CLAIM AS MODIFIED** | | | | **$6,557.50** | | **$6,557.50** |
| 6 | MIAMI-DADE COUNTY TAX COLLECTOR | 2657 | 2/9/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | $70,441.75 | | | | $70,441.75* |
| | | | | **CLAIM AS MODIFIED** | | **None** | | **$27,090.18** | | **$27,090.18** |
| 7 | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | 3817 | 4/9/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | $34,034.56 | | | | | $34,034.56 |
| | | | | **CLAIM AS MODIFIED** | **None** | | **$141.67** | | | **$141.67** |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 423: EXHIBIT 1 - REDUCE & ALLOW**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|------|---------|------------|-------------|---------|---------|----------|-----------|--------|--------|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| | | | TOTAL ASSERTED | $34,034.56 | $128,263.42 | $0.00 | $91,115.60 | 0.00 | $253,413.58 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 55,000.00 | 0.00 | 55,000.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 34,034.56 | 128,263.42 | 0.00 | 36,115.60 | 0.00 | 198,413.58 |
| | | | **TOTAL CLAIM AS MODIFIED** | $0.00 | $4,211.00 | $3,314.67 | $33,647.68 | $25,000.00 | $66,173.35 |