**Exhibit 1**

## OMNIBUS OBJECTION 421: EXHIBIT 1 - NO LIABILITY DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 33094 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 2 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33104 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | | TOTAL | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts