**Exhibit 1**

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BLAND SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32671 | $2,745,590.00 | $2,745,590.00 | No Liability Claim - Derivative |
| 2 | BLAND SHIRE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32681 | $351,180.00 | $351,180.00 | No Liability Claim - Derivative |
| 3 | CITY OF GERALDTON-GREENOUGH COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32664 | $2,022,965.00 | $2,022,965.00 | No Liability Claim - Derivative |
| 4 | CITY OF GERALDTON-GREENOUGH COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32689 | $390,200.00 | $390,200.00 | No Liability Claim - Derivative |
| 5 | CITY OF MELVILLE COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32645 | $4,136,120.00 | $4,136,120.00 | No Liability Claim - Derivative |
| 6 | CITY OF MELVILLE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32676 | $17,521,354.00 | $17,521,354.00 | No Liability Claim - Derivative |
| 7 | COFFS HARBOUR CITY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32642 | $3,293,288.00 | $3,293,288.00 | No Liability Claim - Derivative |
| 8 | COFFS HARBOUR CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32688 | $12,439,487.00 | $12,439,487.00 | No Liability Claim - Derivative |
| 9 | DENILIQUIN COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32644 | $546,280.00 | $546,280.00 | No Liability Claim - Derivative |
| 10 | DENILIQUIN COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32687 | $1,610,115.00 | $1,610,115.00 | No Liability Claim - Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | HURSTVILLE CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10369 | $16,895,860.44 | $16,895,860.44 | No Liability Claim - Derivative |
| 12 | KIAMA MUNICIPAL COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32647 | $3,500,968.00 | $3,500,968.00 | No Liability Claim - Derivative |
| 13 | KIAMA MUNICIPAL COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32673 | $655,536.00 | $655,536.00 | No Liability Claim - Derivative |
| 14 | ORANGE CITY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32649 | $1,651,400.00 | $1,651,400.00 | No Liability Claim - Derivative |
| 15 | PORT MACQUARIE-HASTINGS COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32667 | $13,624,050.00 | $13,624,050.00 | No Liability Claim - Derivative |
| 16 | PORT MACQUARIE-HASTINGS COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 02/19/2010 | 66307 | $2,341,200.00 | $2,341,200.00 | No Liability Claim - Derivative |
| 17 | SUTHERLAND SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32665 | $11,146,950.00 | $11,146,950.00 | No Liability Claim - Derivative |
| 18 | URALLA SHIRE COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 859 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 19 | YASS VALLEY COUNCIL | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32641 | $273,140.00 | $273,140.00 | No Liability Claim - Derivative |
| 20 | YASS VALLEY COUNCIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32655 | $2,109,110.38 | $2,109,110.38 | No Liability Claim - Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 417: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| | | | TOTAL | | $97,254,793.82 | $97,254,793.82 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 3