# **Exhibit 1**

**OMNIBUS OBJECTION 428: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CITI INTERNATIONAL FINANCIAL SERVICES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58910 | XS0301813522 | $20,000.00 |
| 2 | CITIBANK SINGAPORE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55849 | XS0301813522 | $26,510,000.00 |
| 3 | CITIBANK SINGAPORE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58947 | XS0301813522 | $200,000.00 * |
| 4 | CITIBANK SINGAPORE LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55850 | XS0301813522 | $1,084,000.00 * |
| 5 | CITIBANK, N.A. SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55846 | XS0282978666 | $8,413,322.00 * |
| | | | | | | XS0301813522 | $9,855,000.00 * |
| | | | | | | | $18,268,322.00 |
| 6 | CITIBANK, N.A. UAE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55850 | XS0301813522 | $827,000.00 * |
| 7 | CITIBANK, N.A., HONG KONG BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55845 | XS0282978666 | $2,726,592.00 * |
| | | | | | | XS0301813522 | $11,120,000.00 * |
| | | | | | | | $13,846,592.00 |
| 8 | CITIGROUP GLOBAL MARKETS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55392 | XS0301813522 | $115,000.00 |
| 9 | CITIGROUP GLOBAL MARKETS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 60605 | XS0282978666 | $50,000.00 |
| | | | | | | XS0301813522 | $125,000.00 |
| | | | | | | | $175,000.00 |
| 10 | CREDIT SUISSE AG, HONG KONG BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55845 | XS0301813522 | $200,000.00 * |
| 11 | SAI KAI PANG / SU KUIEN PANG LIU | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55845 | XS0301813522 | $130,000.00 * |
| | | | | | | TOTAL | $ 61,375,914.00 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Four Hundred Twenty-Eighth Omnibus Objection.

Page 1 of 1

# Exhibit 2

**OMNIBUS OBJECTION 428: EXHIBIT 2 - SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CITIBANK (SWITZERLAND) AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55399 | XS0301813522 | $250,000.00 |
| | | | | | | TOTAL | $ 250,000.00 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Four Hundred Twenty-Eighth Omnibus Objection.