UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                      Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

------------------------------------------------------------x

## PARTIAL WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | 62779 (To the extent of the securities in Schedule A attached hereto. For the avoidance of doubt, this filing and its schedule supersedes and replaces the Partial Withdrawal of Claim and corresponding schedule filed on January 23, 2013.) |
| Date Claim Filed: | 09/02/2009 |
| Total Amount of Claim Filed: | $104,155,976.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: Administrator (acting as agent and without personal liability) |
|---|---|
| Printed Name: RUSSELL DOWNS | Dated: 09/05/2013 |

//

**Schedule A**
**Claim 62779 - Partial withdrawal**

| ISIN | Blocking # | Claim Amount filed |
|---|---|---:|
| ANN5213N4118 | CA33940 | 170.00 |
| ANN5214A4674 | CA33926 | 14,299.00 |
| ANN5214R2885 | CA33928 | 1,284.00 |
| ANN5214R3388 | CA33941 | 4,326.00 |
| CH0015586842 | 935809 | 95,385,981.60 |
| CH0021004319 | 935808 | 870,897.60 |
| DE000A0LHVD0 | 935792 | 212.75 |
| DE000A0MHVV0 | 935788 | 333.30 |
| DE000A0MJHE1 | 935786 | 1,424.08 |
| DE000A0N7XQ2 | 935773 | 140.42 |
| DE000A0NLZG2 | 935782 | 4.25 |
| DE000A0NMGK2 | 935781 | 14.17 |
| DE000A0NMJ46 | 935780 | 60.96 |
| DE000A0NMXZ5 | 935779 | 35.65 |
| DE000A0NPV47 | 935778 | 24.11 |
| DE000A0NTV01 | 935776 | 18.44 |
| DE000A0S2A33 | 935796 | 336.21 |
| DE000A0S5NN9 | 935761 | 18.41 |
| DE000A0S7D50 | 935799 | 1,415.98 |
| DE000A0SG1J6 | 935750 | 7.09 |
| DE000A0SG1R9 | 935798 | 113.71 |
| DE000A0SHLW6 | 935764 | 28.35 |
| DE000A0SUA81 | 935772 | 42.51 |
| DE000A0SUEV6 | 935762 | tbc |
| DE000A0TX6H7 | 935752 | 31,258.62 |
| DE000A0V4E15 | 935751 | 42.55 |
| XS0231346593 | CA33353 | 14,183.81 |
| XS0231442046 | CA46909 | 436.46 |
| XS0253852254 | CA33351 | 58.14 |
| XS0311769219 | CA46901 | 21.00 |
| XS0313430463 | CA46905 | 99,288.00 |
| XS0314918276 | CA46899 | 262.00 |
| XS0327774732 | CA46890 | 14,951.00 |
| XS0334494290 | CA46898 | 391.00 |
| XS0335137120 | CA46902 | 23.00 |
| XS0340076321 | CA46883 | 14.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                       Debtors.

----------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

## PARTIAL WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | 62780 (Exhibit A to claim withdrawn to the extent of Schedule A attached hereto; Exhibit B to claim withdrawn in its entirety). |
| Date Claim Filed: | 11/02/2009 |
| Total Amount of Claim Filed: | $161,250.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: [signature] | Title: Administrator (acting as agent and without personal liability) |
| Printed Name: Russell Downs | Dated: 09/05/2013 |

//

**Schedule A**
**Partial withdrawal of Securities listed on Exhibit A**

| ISIN | Blocking # | Claim Amount filed |
|---|---|---|
| ANN5214R3206 | tbc | tbc |
| XS0386434103 | tbc | tbc |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                        Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

------------------------------------------------------------x

## PARTIAL WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | 62785 (To the extent of the securities in Schedule A attached hereto. For the avoidance of doubt, this filing and its schedule supersedes and replaces the Partial Withdrawal of Claim and corresponding schedule filed on January 23, 2013.) |
| Date Claim Filed: | 09/02/2009 |
| Total Amount of Claim Filed: | $127,133.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Administrator (acting as agent and without personal liability) |
|---|---|
| Printed Name: RUSSELL DOWNS | Dated: 09/05/2013 |

**Schedule A**

**Claim 62785 - Partial withdrawal**

| ISIN | Blocking # | Claim Amount filed |
|---|---|---|
| NO0010382252 | 20091012VP002040 | 12.00 |
| NO0010387806 | 20091012VP002069 | 40.00 |
| NO0010392962 | 20091012VP002047 | 1.00 |
| NO0010397680 | 20091012VP002102 | 433.00 |
| NO0010401433 | 20091012VP002112 | 166.00 |
| NO0010408719 | 20091012VPSERV0001 | 3.29 |
| NO0010418247 | 20091012VP002095 | 14.00 |
| NO0010418254 | 20091012VP002079 | 12.00 |
| NO0010421910 | 20091012VP002057 | tbc |
| NO0010397672 | 20091012VP002076 | tbc |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                      Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

---------------------------------------------------------------x

### PARTIAL WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | 62786 (To the extent of the securities in Schedule A attached hereto. For the avoidance of doubt, this filing and its schedule supersedes and replaces the Partial Withdrawal of Claim and corresponding schedule filed on January 23, 2013.) |
| Date Claim Filed: | 09/02/2009 |
| Total Amount of Claim Filed: | $3,063,130,884.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Administrator (acting as agent and without personal liability) |
|---|---|
| Printed Name: RUSSELL DOWNS | Dated: 09/05/2013 |

//

**Schedule A**
**Claim 62786 - Partial withdrawal**

| ISIN | Blocking # | Claim Amount filed |
|---|---|---|
| ANN521331184 | 6029722 | 95,872 |
| ANN521331267 | 6029721 | 9,698 |
| ANN521331424 | 6029727 | tbc |
| ANN521331671 | 6029726 | 5,125 |
| ANN521331754 | 6029725 | 47 |
| ANN521332174 | 6029724 | 99,450 |
| ANN521332257 | 6029729 | 500,000 |
| ANN521332331 | 6036330 | tbc |
| ANN521332745 | 6029728 | 425,520 |
| ANN521333404 | 6029737 | tbc |
| ANN521333818 | 6029732 | 2,958 |
| ANN521334238 | 6029738 | 22,160 |
| ANN521334311 | 6029736 | 999,543 |
| ANN521334642 | 6029735 | 709,200 |
| ANN521334725 | 6029733 | 195,739 |
| ANN521335714 | 6029730 | 354,600 |
| ANN521335979 | 6029731 | tbc |
| ANN521336399 | 6029734 | tbc |
| ANN521336472 | 6029741 | tbc |
| ANN521336886 | 6029742 | 1,176 |
| ANN521337611 | 6029745 | 14,153 |
| ANN521337876 | 6029744 | 212,760 |
| ANN521338114 | 6029740 | 1,149 |
| ANN521338296 | 6029739 | 9,816 |
| ANN521338601 | 6029743 | 893 |
| ANN521338783 | 6029746 | 9,705 |
| ANN5213N2625 | 6035137 | tbc |
| ANN5213N4118 | 6029720 | 425,350 |
| ANN5214A1035 | 6029747 | 60,998 |
| ANN5214A1118 | 6029748 | 5,021 |
| ANN5214A1290 | 6029753 | 425,520 |
| ANN5214A1373 | 6029750 | 16,782 |
| ANN5214A2850 | 6029754 | 24,981 |
| ANN5214A3197 | 6029752 | 72,516 |
| ANN5214A3353 | 6029751 | 142 |
| ANN5214A3437 | 6029749 | 14,099 |
| ANN5214A3502 | 6030598 | 9,350 |
| ANN5214A3841 | 6030601 | tbc |
| ANN5214A4344 | 6030599 | 283,680 |
| ANN5214A4427 | 6030603 | 283,680 |
| ANN5214A4591 | 6030602 | 283,680 |
| ANN5214A4674 | 6029757 | 47,156 |
| ANN5214A4757 | 6030600 | 3,960 |
| ANN5214A4831 | 6030605 | 851,040 |
| ANN5214A4914 | 6030610 | 595,728 |
| ANN5214A5259 | 6030608 | 319,140 |

| | | |
|---|---|---|
| ANN5214A5333 | 6030607 | 425,520 |
| ANN5214A5747 | 6030604 | tbc |
| ANN5214A5820 | 6030609 | 567,360 |
| ANN5214A5903 | 6030606 | 1,000 |
| ANN5214A6166 | 6030616 | 14,114 |
| ANN5214A6323 | 6030614 | 12,766 |
| ANN5214A6406 | 6030611 | 9,010 |
| ANN5214A6653 | 6030612 | 13,687 |
| ANN5214A6737 | 6030615 | 543,673 |
| ANN5214A6810 | 6030613 | 390,630 |
| ANN5214A7313 | 6030620 | 23,361 |
| ANN5214A7560 | 6030625 | 41,205 |
| ANN5214A7982 | 6030622 | 1,376 |
| ANN5214A8063 | 6030618 | tbc |
| ANN5214A8303 | 6030617 | 9,598 |
| ANN5214A8634 | 6030621 | 41,600 |
| ANN5214A8717 | 6030623 | 24,980 |
| ANN5214A8899 | 6030624 | tbc |
| ANN5214R1143 | 6030630 | 70,889 |
| ANN5214R1481 | 6030627 | 18,014 |
| ANN5214R1556 | 6030631 | 600 |
| ANN5214R1630 | 6030629 | 14,184 |
| ANN5214R2059 | 6030628 | 350 |
| ANN5214R2216 | 6035141 | tbc |
| ANN5214R2547 | 6030626 | tbc |
| ANN5214R2620 | 6030634 | 7,611 |
| ANN5214R2885 | 6029758 | 135,400 |
| ANN5214R2968 | 6030635 | 612,465 |
| ANN5214R3123 | 6030636 | tbc |
| ANN5214R3388 | 6029759 | 58,062 |
| ANN5214R3461 | 6030633 | 340,416 |
| ANN5214R3537 | 6030632 | 202,023 |
| ANN5214R3792 | 6030637 | 2,195,165 |
| ANN5214R3958 | 6030642 | 76,887 |
| ANN5214R4030 | 6030644 | tbc |
| ANN5214R4378 | 6030643 | tbc |
| ANN5214R4782 | 6030641 | 475,800 |
| ANN5214R4865 | 6030638 | 447,150 |
| ANN5214R4949 | 6030640 | 627,855 |
| ANN5214R5029 | 6030639 | 416,650 |
| ANN5214R5102 | 6030650 | 578,707 |
| ANN5214R5284 | 6030645 | 493,400 |
| ANN5214R5441 | 6030648 | 9,892,100 |
| ANN5214R5698 | 6030649 | 100,000 |
| ANN5214R5771 | 6030651 | 9,966,650 |
| ANN5214R5854 | 6030647 | 557,857 |
| ANN5214R5938 | 6030646 | tbc |
| ANN5214R6274 | 6030655 | 514,425 |
| ANN5214R6357 | 6030656 | tbc |
| ANN5214R6506 | 6030659 | 300 |

| | | |
|---|---|---|
| ANN5214R6688 | 6030652 | 179,020 |
| ANN5214R6761 | 6030657 | tbc |
| ANN5214R7595 | 6030654 | 97,000 |
| ANN5214R8098 | 6030658 | 695,016 |
| ANN5214R8171 | 6030653 | 36 |
| ANN5214R8254 | 6030660 | 277 |
| ANN5214R8338 | 6030663 | 996,675 |
| ANN5214R8411 | 6030661 | tbc |
| ANN5214R8585 | 6030662 | 1,351 |
| ANN5214R8825 | 6030666 | 12,978 |
| ANN5214T1026 | 6030669 | 212,760 |
| ANN5214T1851 | 6030667 | tbc |
| ANN5214T1935 | 6030665 | tbc |
| ANN5214T2438 | 6030664 | 20,000 |
| ANN5214T2768 | 6032581 | tbc |
| ANN5214T2842 | 6030668 | tbc |
| ANN5214T3428 | 6030673 | 13,333 |
| ANN5214T3592 | 6030672 | tbc |
| ANN5214T3675 | 6030678 | tbc |
| ANN5214T5241 | 6030670 | tbc |
| ANN5214T5324 | 6030674 | tbc |
| ANN5214T5407 | 6030671 | tbc |
| ANN5214T5654 | 6030676 | tbc |
| ANN5214T8393 | 6030675 | tbc |
| ANN5214T8476 | 6030683 | tbc |
| CH0017601359 | 6030679 | 9,855 |
| CH0022133257 | 6030680 | 283,680 |
| CH0023638858 | 6030682 | 99,500 |
| CH0025522589 | 6032059 | tbc |
| CH0025953040 | 6032582 | 14,184 |
| DE000A0LJV62 | 6029755 | 21 |
| DE000A0MHVV0 | 6029768 | 35 |
| DE000A0MHXQ6 | 6029767 | 86 |
| DE000A0N6GH8 | 6029765 | 68 |
| DE000A0SHLW6 | 6029761 | 13 |
| DE000A0TU1P4 | 6032588 | 19,021 |
| XS0121110455 | 6032063 | 506,390 |
| XS0121503774 | 6032062 | 193,649 |
| XS0122516296 | 6032590 | 74,309 |
| XS0123410838 | 6032065 | 176,948 |
| XS0159948784 | 6032070 | 50,000 |
| XS0163036071 | 6032071 | 324,454 |
| XS0163559841 | 6032594 | 29,231 |
| XS0165754531 | 6032072 | 456,246 |
| XS0172402421 | 6032596 | 50 |
| XS0180383662 | 6032074 | 500,000 |
| XS0185655445 | 6032081 | 313,330 |
| XS0186243118 | 6032078 | 250,134 |
| XS0186883798 | 6032082 | 38,000 |
| XS0187966949 | 6032083 | 280,000 |

| | | |
|---|---|---|
| XS0187967160 | 6032086 | 643,202 |
| XS0188926421 | 6032089 | 142,780 |
| XS0195431613 | 6032096 | 136,166 |
| XS0197173643 | 6032097 | 595,728 |
| XS0200265709 | 6032100 | 531,535 |
| XS0200284247 | 6032099 | 177,068 |
| XS0203544027 | 6032103 | 936,144 |
| XS0204933997 | 6032107 | 70,000 |
| XS0206245234 | 6032109 | 70,000 |
| XS0208689967 | 6032115 | 1,498,747 |
| XS0210433206 | 6032117 | 102,755 |
| XS0210782552 | 6032601 | 42,552 |
| XS0211092316 | 6032600 | 50,000 |
| XS0211093041 | 6032603 | 58,379 |
| XS0211814123 | 6032121 | 168,347 |
| XS0213416141 | 6032602 | 73,853 |
| XS0213971210 | 6032604 | 98,843 |
| XS0215349357 | 6032124 | 383,704 |
| XS0216140094 | 6032127 | 210,000 |
| XS0220152069 | 6032130 | 378,819 |
| XS0224858737 | 6032138 | 15,000,000 |
| XS0225326858 | 6032136 | 223,334 |
| XS0228149075 | 6032140 | 85,104 |
| XS0228154158 | 6032607 | 8,933 |
| XS0230607524 | 6032144 | 184,392 |
| XS0232035534 | 6032146 | 65,347 |
| XS0232035880 | 6032147 | 164,372 |
| XS0232037159 | 6032150 | 42,675 |
| XS0238337439 | 6032161 | 42,552 |
| XS0238679079 | 6032612 | 648 |
| XS0238681307 | 6032159 | 3,573 |
| XS0243065421 | 6032169 | 333,324 |
| XS0243852562 | 6032170 | 21,305,231 |
| XS0244093927 | 6032166 | 188,647 |
| XS0246082043 | 6032174 | 42,552 |
| XS0247274599 | 6032618 | 6 |
| XS0248142894 | 6032178 | 65,715 |
| XS0248620899 | 6032177 | 77,326 |
| XS0251909635 | 6032619 | 2,501 |
| XS0252767792 | 6032188 | 80,000 |
| XS0253852254 | 6029780 | 27 |
| XS0254628661 | 6032622 | 42,552 |
| XS0254853947 | 6032193 | 148,932 |
| XS0255689589 | 6032623 | 34 |
| XS0256934000 | 6032202 | 99,288 |
| XS0258128916 | 6032201 | 10,265,625 |
| XS0261032238 | 6032627 | 7,111 |
| XS0262353831 | 6032212 | 113,472 |
| XS0263871674 | 6032213 | 212,760 |
| XS0264994459 | 6032220 | 425,520 |

| | | |
|---|---|---|
| XS0268033908 | 6029787 | 113,472 |
| XS0268043709 | 6029791 | 76,594 |
| XS0268858502 | 6029789 | 2,510,568 |
| XS0270249807 | 6029800 | 179,020 |
| XS0270828584 | 6029808 | 47,347 |
| XS0272349332 | 6036329 | 1,000,000 |
| XS0272783530 | 6029822 | 14,577 |
| XS0274127009 | 6029828 | 35,460 |
| XS0274443422 | 6029827 | 42,552 |
| XS0274445120 | 6029826 | 26,800 |
| XS0274985828 | 6029829 | 33,419,216 |
| XS0276154738 | 6029836 | 400,000 |
| XS0276162327 | 6033674 | 70,920 |
| XS0277333448 | 6029842 | 1,340,004 |
| XS0279424310 | 6029857 | 447 |
| XS0279493398 | 6029855 | 332 |
| XS0280725978 | 6029861 | 70,920 |
| XS0282034460 | 6029859 | 283,680 |
| XS0282806537 | 6029871 | 35,108,094 |
| XS0282978666 | 6029873 | 2,593,231 |
| XS0284511994 | 6029878 | 141,840 |
| XS0286302988 | 6029894 | 70,920 |
| XS0286317150 | 6029898 | 2,999,916 |
| XS0287096688 | 6029905 | 21,775 |
| XS0287521131 | 6030688 | 1,687,896 |
| XS0287563646 | 6030685 | 12,550,003 |
| XS0287569924 | 6030687 | 85,104 |
| XS0288784944 | 6030706 | 66,665 |
| XS0288787459 | 6033648 | 4,466,679 |
| XS0289316381 | 6030705 | 4,900,000 |
| XS0289354044 | 6030711 | 10,000,000 |
| XS0292042255 | 6030713 | 11,236,261 |
| XS0292112728 | 6030717 | 9,485,000 |
| XS0292248977 | 6030719 | 259,500 |
| XS0293180344 | 6030723 | 201,500 |
| XS0293677281 | 6030730 | 329,069 |
| XS0293731914 | 6030732 | 148,730 |
| XS0293784525 | 6030729 | 354,600 |
| XS0294695043 | 6030740 | 150,000 |
| XS0294745673 | 6030736 | 1,585,716 |
| XS0296595910 | 6030748 | 3,205,000 |
| XS0297730847 | 6030755 | 4,467 |
| XS0298339077 | 6030763 | 7,000,000 |
| XS0299086644 | 6030764 | 20,160 |
| XS0299641224 | 6030775 | 54,959 |
| XS0300812004 | 6030786 | 9,000,000 |
| XS0301086475 | 6030790 | 47 |
| XS0301197975 | 6030796 | 2,000,000 |
| XS0301473327 | 6030799 | 166,654 |
| XS0302315386 | 6030801 | 329,069 |

| | | |
|---|---|---|
| XS0302350888 | 6030808 | 35,460 |
| XS0302351266 | 6030807 | 93,800 |
| XS0302356737 | 6030812 | 59,394 |
| XS0303746571 | 6032226 | 70,920 |
| XS0305948860 | 6032237 | 14,184 |
| XS0306179168 | 6032633 | 277 |
| XS0306972604 | 6032244 | 17,006,900 |
| XS0307355445 | 6032257 | 8,896,110 |
| XS0308098663 | 6032251 | 200,000 |
| XS0308377547 | 6032259 | 14,184,000 |
| XS0308791390 | 6032263 | 9,205,416 |
| XS0309399300 | 6032269 | 8,933,357 |
| XS0309835139 | 6032637 | 163 |
| XS0310175566 | 6032272 | 7,900,000 |
| XS0310507743 | 6032276 | 435,449 |
| XS0311578388 | 6032283 | 8,000,000 |
| XS0311887250 | 6032286 | 3,441,050 |
| XS0312365843 | 6032285 | 10,000,000 |
| XS0313080896 | 6032294 | 8,800,000 |
| XS0313430463 | 6032300 | 10,220,990 |
| XS0313891359 | 6032296 | 8,150,000 |
| XS0313928029 | 6032299 | 8,900,000 |
| XS0314025494 | 6032304 | 950,000 |
| XS0314871293 | 6032303 | 6,265,700 |
| XS0314918276 | 6032644 | 13 |
| XS0316014876 | 6032648 | tbc |
| XS0318527495 | 6032317 | 13,286,932 |
| XS0319610845 | 6032325 | 11,829,456 |
| XS0319862818 | 6032331 | 11,642,844 |
| XS0320322901 | 6032333 | 5,415,330 |
| XS0320655540 | 6032339 | 9,000,000 |
| XS0320664377 | 6032340 | 24,644,946 |
| XS0321451246 | 6032336 | 10,467,934 |
| XS0321455312 | 6032343 | 10,535,932 |
| XS0321712738 | 6032344 | 278,086 |
| XS0322009589 | 6032652 | 123,121 |
| XS0322153270 | 6032348 | 17,867 |
| XS0322469403 | 6032349 | 69,735 |
| XS0322748202 | 6032345 | 7,448,038 |
| XS0322789578 | 6032346 | 186,927 |
| XS0322794578 | 6032347 | 2,284,149 |
| XS0323005610 | 6032353 | 1,742,247 |
| XS0324192243 | 6030824 | 6,611,106 |
| XS0324515518 | 6030828 | 3,720,480 |
| XS0324618676 | 6030826 | 15,561,532 |
| XS0324851038 | 6030830 | 488,947 |
| XS0324890440 | 6030836 | 6,959,610 |
| XS0325193000 | 6030841 | 12,300,365 |
| XS0325244514 | 6030842 | 2,903,341 |
| XS0325369725 | 6030840 | 18,412,200 |

| | | |
|---|---|---|
| XS0325550472 | 6030844 | 26,800 |
| XS0325550555 | 6030843 | 1,746,653 |
| XS0325758208 | 6030848 | 12,127,320 |
| XS0325958980 | 6030854 | 12,531,328 |
| XS0326006201 | 6030850 | 5,000,000 |
| XS0326244133 | 6030849 | 9,019,548 |
| XS0326278032 | 6030861 | 500,000 |
| XS0326427480 | 6030860 | 10,581,629 |
| XS0326507836 | 6030857 | 7,797,271 |
| XS0326542072 | 6030864 | 451,173 |
| XS0326795019 | 6030870 | 157,064 |
| XS0326819728 | 6030868 | 4,365,816 |
| XS0326978102 | 6030866 | 8,276,970 |
| XS0327165550 | 6030869 | 31,575 |
| XS0327214358 | 6030878 | 27,819,549 |
| XS0327235783 | 6030874 | 161,250 |
| XS0327348636 | 6030877 | 12,364,244 |
| XS0327728464 | 6030881 | 15,466,045 |
| XS0327822135 | 6030884 | 16,359,030 |
| XS0327903646 | 6030888 | 7,500,000 |
| XS0328064810 | 6030887 | 16,818,432 |
| XS0328225411 | 6030889 | 9,000,000 |
| XS0328585467 | 6030885 | 100,000 |
| XS0328873681 | 6032358 | 187,600 |
| XS0328877674 | 6032356 | 7,570,196 |
| XS0328929731 | 6032363 | 11,360,000 |
| XS0329001860 | 6032359 | 9,000,000 |
| XS0329012396 | 6032361 | 6,253,350 |
| XS0329017866 | 6032367 | 9,987,672 |
| XS0329424153 | 6032364 | 12,832 |
| XS0329515620 | 6032370 | 9,679,350 |
| XS0329522758 | 6032372 | 3,453,344 |
| XS0329633829 | 6032369 | 15,317,882 |
| XS0329635790 | 6032371 | 15,173,295 |
| XS0329812084 | 6032376 | 15,720,474 |
| XS0330201988 | 6032374 | 700,000 |
| XS0330998781 | 6032382 | 12,656,642 |
| XS0331000199 | 6032381 | 9,960,000 |
| XS0331457720 | 6032384 | 15,518,557 |
| XS0331533330 | 6032659 | 9,929 |
| XS0331874163 | 6032390 | 10,353,623 |
| XS0332199115 | 6032395 | 11,712,400 |
| XS0332645422 | 6032400 | 18,983,580 |
| XS0333611225 | 6032405 | 12,049,568 |
| XS0333939469 | 6032403 | 9,000,000 |
| XS0334494290 | 6032666 | 1 |
| XS0334545208 | 6032408 | 12,531,328 |
| XS0334588190 | 6032406 | 16,032,601 |
| XS0335137120 | 6032667 | 172 |
| XS0335495395 | 6032414 | 2,000,000 |

| | | |
|---|---|---|
| XS0336037204 | 6032418 | 17,558,960 |
| XS0336151088 | 6032416 | 1,028,340 |
| XS0336623433 | 6032420 | 110,000 |
| XS0336633150 | 6032669 | 13 |
| XS0336707459 | 6032421 | 2,075,934 |
| XS0336952337 | 6032424 | 100,000 |
| XS0337337710 | 6032429 | 11,708,040 |
| XS0337637515 | 6032436 | 16,499,911 |
| XS0337685670 | 6032434 | 15,933,543 |
| XS0337787161 | 6032432 | 8,299,132 |
| XS0337790389 | 6032433 | 495,801 |
| XS0338053498 | 6032439 | 14,003,608 |
| XS0338105801 | 6032440 | 18,883,942 |
| XS0338492571 | 6032441 | 6,750,938 |
| XS0338493033 | 6032445 | 8,798,823 |
| XS0338494197 | 6032442 | 8,442,023 |
| XS0338495087 | 6032444 | 11,344,766 |
| XS0338544041 | 6032448 | 13,148,568 |
| XS0339524901 | 6032451 | 19,857,600 |
| XS0339537390 | 6032452 | 70,920 |
| XS0339538364 | 6032460 | 136,166,400 |
| XS0340076321 | 6032678 | 3 |
| XS0340735892 | 6032468 | 19,110,223 |
| XS0340740116 | 6032467 | 18,035,753 |
| XS0340774529 | 6032466 | 9,696,000 |
| XS0341191129 | 6032472 | 10,298,132 |
| XS0341466596 | 6032473 | 10,345,827 |
| XS0341522687 | 6032470 | 9,000,000 |
| XS0341547676 | 6032471 | 10,130,829 |
| XS0342161006 | 6032477 | 11,695,906 |
| XS0342489233 | 6032478 | 202,528 |
| XS0342777371 | 6032688 | 70,920 |
| XS0342804365 | 6032479 | 1,680,020 |
| XS0343043609 | 6032480 | 12,503,481 |
| XS0343185731 | 6032483 | 6,086,000 |
| XS0343668967 | 6032484 | 8,363,180 |
| XS0343681473 | 6032482 | 12,572,461 |
| XS0344142467 | 6032485 | 203,115 |
| XS0344144083 | 6032486 | 181,406 |
| XS0344487367 | 6032490 | 4,255,200 |
| XS0344556864 | 6032493 | 25,000 |
| XS0344956379 | 6032495 | 9,782,775 |
| XS0344956700 | 6032498 | 9,852,000 |
| XS0344957690 | 6032496 | 9,721,538 |
| XS0344958581 | 6032494 | 9,766,800 |
| XS0344960488 | 6032499 | 9,777,450 |
| XS0344962260 | 6032503 | 3,253,000 |
| XS0345288459 | 6032501 | 17,991,171 |
| XS0346007320 | 6032502 | 42,552 |
| XS0346098881 | 6032508 | 12,545,252 |

| | | |
|---|---|---|
| XS0346466781 | 6032510 | 183,717 |
| XS0346508962 | 6032692 | 48,687 |
| XS0346699613 | 6032513 | 19,920,682 |
| XS0347259185 | 6032693 | 40,000 |
| XS0347441817 | 6032518 | 9,342,667 |
| XS0347732892 | 6032515 | 10,736,871 |
| XS0347742933 | 6032520 | 6,197,000 |
| XS0348119974 | 6032519 | 9,469,758 |
| XS0348143842 | 6032521 | 13,771,529 |
| XS0349092022 | 6032695 | 10,028 |
| XS0349350842 | 6032526 | 9,716,250 |
| XS0349499136 | 6032530 | 20,333,333 |
| XS0349501725 | 6032527 | 20,333,333 |
| XS0349757103 | 6032534 | 570,000 |
| XS0350154000 | 6032533 | 10,527,444 |
| XS0350590161 | 6032538 | 5,915,000 |
| XS0350635958 | 6032699 | 30,000 |
| XS0351194005 | 6032545 | 79,035 |
| XS0351254346 | 6032539 | 32,898,282 |
| XS0351884878 | 6032540 | 10,000,000 |
| XS0351984827 | 6032547 | 260,000 |
| XS0352061245 | 6032546 | 100,000 |
| XS0352061757 | 6032549 | 249,938 |
| XS0352901689 | 6032701 | 20,000 |
| XS0352917768 | 6032548 | 8,000,000 |
| XS0352925860 | 6032554 | 9,252,875 |
| XS0353381790 | 6032553 | 5,894,634 |
| XS0353383499 | 6032550 | 5,688,000 |
| XS0353875791 | 6032557 | 1,150,000 |
| XS0354475120 | 6032561 | 13,505,828 |
| XS0354478140 | 6032563 | 9,150,000 |
| XS0355273110 | 6032565 | 9,799,250 |
| XS0356499052 | 6032567 | 40,578 |
| XS0362345638 | 6033681 | 216,000 |
| XS0364418102 | 6033654 | 1,650,000 |
| XS0364428754 | 6033649 | 6,908,165 |
| XS0364431030 | 6033643 | 9,790,000 |
| XS0364438639 | 6033646 | 12,992,544 |
| XS0365192078 | 6033682 | 140,000 |
| XS0366059953 | 6033662 | 802,204 |
| XS0368574041 | 6033656 | 732,218 |
| XS0368669007 | 6033655 | 51,947 |
| XS0368698444 | 6033702 | 10,011 |
| XS0368882535 | 6033701 | 15,009 |
| XS0386716343 | 6033645 | 6,416,220 |
| XS0386716426 | 6033644 | 6,416,220 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                  Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | 62788 |
| Date Claim Filed: | 11/02/09 |
| Total Amount of Claim Filed: | $177,765.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Administrator (acting as agent and without personal liability) |
| Printed Name: RUSSELL DOWNS | Dated: 09/05/2013 |

//

# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (+1) 212 903 9271
titia.holtz@linklaters.com

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, New York 10017

**By Federal Express**                                                                 September 5, 2013

**Re: <u>Lehman Brothers Holdings Inc.</u>, Case No. 08-13555**

To Whom It May Concern:

Please find enclosed the following:

1) Partial Withdrawal of Claim form and corresponding schedule as to Claim No. 62779.

2) Partial Withdrawal of Claim form and corresponding schedule as to Claim No. 62780.

3) Partial Withdrawal of Claim form and corresponding schedule as to Claim No. 62785.

4) Partial Withdrawal of Claim form and corresponding schedule as to Claim No. 62786.

5) Withdrawal of Claim form as to Claim No. 62788.

These forms were filed on behalf of Lehman Brothers International (Europe) (in administration) with the United States Bankruptcy Court for the Southern District of New York on September 5, 2013. Thank you.

Sincerely,

Titia Holtz

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.

//

| | |
|---|---|
| From: (212) 903-9271<br>Titia Holtz, Esq.<br>Linklaters LLP<br>1345 Avenue of the Americas<br>18th Floor<br>New York, NY 10105 | Origin ID: QNYA |



Ship Date: 05SEP13
ActWgt: 1.0 LB
CAD: 9516189/INET3430

Delivery Address Bar Code

J13201306280326

SHIP TO: (000) 000-0000          BILL SENDER

**Attn: Lehman Brothers Holdings**
**Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue**
**3rd Floor**
**NEW YORK, NY 10017**

Ref # L-217073-02-069
Invoice #
PO #
Dept #



FILED / RECEIVED
SEP 0 6 2013
EPIQ SYSTEMS

TRK# 7966 2578 3906
0201

FRI - 06 SEP 8:00A
FIRST OVERNIGHT

# E1 OGSA

10017
NY-US
EWR

51AG1/9256/1A9E

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                                    9/5/2013