LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of **CVI GVF (LUX) MASTER S.A.R.L.** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), relating to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $8,868,251.22 | 10236 |

have been transferred and assigned to **YORK GLOBAL FINANCE BDH, LLC** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: YORK GLOBAL FINANCE BDH, LLC
Address: C/o York Capital Management, 767 5th Ave, 17th Fl, New York, NY 10153, USA

Signature: [signature]
Name: John J. Fosina
Title: Chief Financial Officer
Date: AUG 21, 2013

SELLER: CVI GVF (LUX) MASTER S.A.R.L.
Address: C/o CarVal Investors UK Limited
3rd Floor, 25 Great Pulteney Street,
London
W1F 9LT
United Kingdom
BY CARVAL INVESTORS UK LIMITED

Signature: [signature]
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date: 21st August 2013