# EXHIBIT C
# TO THE COLAROSSI DECLARATION

# LEHMAN BROTHERS

Execution Copy
[SIFMA Trade A]

**Transaction**

| | |
|---|---|
| Date: | June 20, 2008 |
| To: | Retirement Housing Foundation |
| | Bixby Knolls Towers, Inc. |
| | Bluegrass RHF Housing, Inc. |
| | DeSmet RHF Housing, Inc. |
| | Foundation Property Management, Inc. |
| | Gold Country Health Center, Inc. |
| | Holly Hill RHF Housing, Inc. |
| | Mayflower RHF Housing, Inc. |
| | Mayflower Gardens Health Facilities, Inc. |
| | Merritt Island RHF Housing, Inc. |
| | St. Catherine RHF Housing, Inc. |
| | Sun City RHF Housing, Inc. |
| | Yellowwood Acres, Inc. |
| | Martin Luther Foundation, Inc. |
| From: | Lehman Brothers Special Financing Inc. |
| | Capital Markets Contracts - Legal |
| | Facsimile:    (1) 646-885-9551 (United States of America) |
| | Telephone:    646-333-9539 (Leila Arjune) |

Ref. Numbers: Risk ID: 1979741L  / Effort ID: 2159692  / Global Deal ID: 3901141

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Retirement Housing Foundation, Bixby Knolls Towers, Inc., Bluegrass RHF Housing, Inc., DeSmet RHF Housing, Inc., Foundation Property Management, Inc., Gold Country Health Center, Inc., Holly Hill RHF Housing, Inc., Mayflower RHF Housing, Inc., Mayflower Gardens Health Facilities, Inc., Merritt Island RHF Housing, Inc., St. Catherine RHF Housing, Inc., Sun City RHF Housing, Inc.,  Yellowwood Acres, Inc. and Martin Luther Foundation, Inc. (collectively, "Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of June 20, 2008, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2006 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

Party A and Party B each represents that entering into the Transaction is within its capacity, is duly authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (a) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with market information or its views; (b) it understands the risks of the Transaction and any legal, regulatory, tax, accounting and economic consequences resulting therefrom; and (c) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Party A and Party B each represents that upon due execution and delivery of this Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | June 20, 2008 |
| Effective Date: | July 3, 2008 |
| Termination Date: | August 15, 2010 |
| Notional Amount: | USD 4,115,000 |

**Floating Amounts:**

| | |
|---|---|
| Floating Rate Payer: | Party A |
| Floating Rate Payer Period End Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Floating Rate Payer Payment Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Floating Rate Option: | USD-SIFMA-Municipal Swap Index |
| Spread: | None |
| Floating Rate Day Count Fraction: | Actual/Actual |
| Reset Dates: | Weekly, every Thursday (or any other day specified by Securities Industry and Financial Market Association), or if any Thursday is not a U.S. Government Securities Business Day, the next |

|  |  |
|---|---|
|  | succeeding U.S. Government Securities Business Day. |
| Method of Averaging: | Weighted Average |
| Compounding: | Inapplicable |

**Fixed Amounts:**

|  |  |
|---|---|
| Fixed Rate Payer: | Party B |
| Fixed Rate Payer Period End Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Rate Payer Payment Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Rate: | 2.975% per annum |
| Fixed Rate Day Count Fraction: | 30/360 |

**Business Days:**             New York

**Miscellaneous:**

|  |  |
|---|---|
| Calculation Agent: | Party A, subject to the terms of the Schedule to the Agreement. |
| Swap Advisory Fee: | Party B acknowledges that Party A has paid $4,190 to B.C. Ziegler and Company, on behalf of Party B, as a swap advisory fee for services provided to Party B by B.C. Ziegler and Company. |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,

**LEHMAN BROTHERS SPECIAL FINANCING INC.**

By: *Anatoly Kozlov*
Name: Anatoly Kozlov
Title: Authorized Signatory

Accepted and agreed to:

**RETIREMENT HOUSING FOUNDATION**
**BIXBY KNOLLS TOWERS, INC.**
**BLUEGRASS RHF HOUSING, INC.**
**DESMET RHF HOUSING, INC.**
**FOUNDATION PROPERTY MANAGEMENT, INC.**
**GOLD COUNTRY HEALTH CENTER, INC.**
**HOLLY HILL RHF HOUSING, INC.**
**MAYFLOWER RHF HOUSING, INC.**
**MAYFLOWER GARDENS HEALTH FACILITIES, INC.**
**MERRITT ISLAND RHF HOUSING, INC.**
**ST. CATHERINE RHF HOUSING, INC.**
**SUN CITY RHF HOUSING, INC.**
**YELLOWWOOD ACRES, INC.**
**MARTIN LUTHER FOUNDATION, INC.**

By:_____

Name

Title:

# LEHMAN BROTHERS

Execution Copy
[SIFMA Trade B]

**Transaction**

Date:  June 20, 2008

To:  Retirement Housing Foundation
Bixby Knolls Towers, Inc.
Bluegrass RHF Housing, Inc.
DeSmet RHF Housing, Inc.
Foundation Property Management, Inc.
Gold Country Health Center, Inc.
Holly Hill RHF Housing, Inc.
Mayflower RHF Housing, Inc.
Mayflower Gardens Health Facility, Inc.
Merritt Island RHF Housing, Inc.
St. Catherine RHF Housing, Inc.
Sun City RHF Housing, Inc.
Yellowwood Acres, Inc.
Martin Luther Foundation, Inc.

From:  Lehman Brothers Special Financing Inc.
Capital Markets Contracts - Legal
Facsimile:  (1) 646-885-9551 (United States of America)
Telephone:  646-333-9539 (Leila Arjune)

Risk ID: 1979737L / Effort ID: 2159689 / Global Deal ID: 3901146

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Retirement Housing Foundation, Bixby Knolls Towers, Inc., Bluegrass RHF Housing, Inc., DeSmet RHF Housing, Inc., Foundation Property Management, Inc., Gold Country Health Center, Inc., Holly Hill RHF Housing, Inc., Mayflower RHF Housing, Inc., Mayflower Gardens Health Facility, Inc., Merritt Island RHF Housing, Inc., St. Catherine RHF Housing, Inc., Sun City RHF Housing, Inc., Yellowwood Acres, Inc. and Martin Luther Foundation, Inc. (collectively, "Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of June 20, 2008, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2006 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

Party A and Party B each represents that entering into the Transaction is within its capacity, is duly authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (a) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with market information or its views; (b) it understands the risks of the Transaction and any legal, regulatory, tax, accounting and economic consequences resulting therefrom; and (c) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Party A and Party B each represents that upon due execution and delivery of this Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | June 20, 2008 |
| Effective Date: | July 3, 2008 |
| Termination Date: | August 15, 2010 |
| Notional Amount: | USD 7,705,000 |

**Floating Amounts:**

| | |
|---|---|
| Floating Rate Payer: | Party A |
| Floating Rate Payer Period End Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Floating Rate Payer Payment Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Floating Rate Option: | USD-SIFMA-Municipal Swap Index |
| Spread: | None |
| Floating Rate Day Count Fraction: | Actual/Actual |
| Reset Dates: | Weekly, every Thursday (or any other day specified by Securities Industry and Financial Market Association), or if any Thursday is not a U.S. Government Securities Business Day, the next |

|  |  |
|---|---|
|  | succeeding U.S. Government Securities Business Day. |
| Method of Averaging: | Weighted Average |
| Compounding: | Inapplicable |

**Fixed Amounts:**

|  |  |
|---|---|
| Fixed Rate Payer: | Party B |
| Fixed Rate Payer Period End Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Rate Payer Payment Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Rate: | 2.975% per annum |
| Fixed Rate Day Count Fraction: | 30/360 |

**Business Days:**           New York

**Miscellaneous:**

|  |  |
|---|---|
| Calculation Agent: | As per the ISDA Master Agreement |
| Swap Advisory Fee: | Party B acknowledges that Party A has paid $7,850 to B.C. Ziegler and Company, on behalf of Party B, as a swap advisory fee for services provided to Party B by B.C. Ziegler and Company. |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,

**LEHMAN BROTHERS SPECIAL FINANCING INC.**

By: *Anatoly Kozlov*
Name: Anatoly Kozlov
Title: Authorized Signatory

Accepted and agreed to:

**RETIREMENT HOUSING FOUNDATION**
**BIXBY KNOLLS TOWERS, INC.**
**BLUEGRASS RHF HOUSING, INC.**
**DESMET RHF HOUSING, INC.**
**FOUNDATION PROPERTY MANAGEMENT, INC.**
**GOLD COUNTRY HEALTH CENTER, INC.**
**HOLLY HILL RHF HOUSING, INC.**
**MAYFLOWER RHF HOUSING, INC.**
**MAYFLOWER GARDENS HEALTH FACILITY, INC.**
**MERRITT ISLAND RHF HOUSING, INC.**
**ST. CATHERINE RHF HOUSING, INC.**
**SUN CITY RHF HOUSING, INC.**
**YELLOWWOOD ACRES, INC.**
**MARTIN LUTHER FOUNDATION, INC.**

By:_____
Name
Title:

# LEHMAN BROTHERS

Execution Copy<br>[SIFMA Trade C]

### Transaction

| | |
|---|---|
| Date: | June 20, 2008 |
| To: | Retirement Housing Foundation<br>Bixby Knolls Towers, Inc.<br>Bluegrass RHF Housing, Inc.<br>DeSmet RHF Housing, Inc.<br>Foundation Property Management, Inc.<br>Gold Country Health Center, Inc.<br>Holly Hill RHF Housing, Inc.<br>Mayflower RHF Housing, Inc.<br>Mayflower Gardens Health Facilities, Inc.<br>Merritt Island RHF Housing, Inc.<br>St. Catherine RHF Housing, Inc.<br>Sun City RHF Housing, Inc.<br>Yellowwood Acres, Inc.<br>Martin Luther Foundation, Inc. |
| From: | Lehman Brothers Special Financing Inc.<br>Capital Markets Contracts - Legal<br>Facsimile:    (1) 646-885-9551 (United States of America)<br>Telephone:   646-333-9539 (Leila Arjune) |

Risk ID: 1979739L / Effort ID: 2159691 / Global Deal ID: 3901148

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and Retirement Housing Foundation, Bixby Knolls Towers, Inc., Bluegrass RHF Housing, Inc., DeSmet RHF Housing, Inc., Foundation Property Management, Inc., Gold Country Health Center, Inc., Holly Hill RHF Housing, Inc., Mayflower RHF Housing, Inc., Mayflower Gardens Health Facilities, Inc., Merritt Island RHF Housing, Inc., St. Catherine RHF Housing, Inc., Sun City RHF Housing, Inc.,  Yellowwood Acres, Inc. and Martin Luther Foundation, Inc. (collectively, "Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of June 20, 2008, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2006 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

Party A and Party B each represents that entering into the Transaction is within its capacity, is duly authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (a) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with market information or its views; (b) it understands the risks of the Transaction and any legal, regulatory, tax, accounting and economic consequences resulting therefrom; and (c) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Party A and Party B each represents that upon due execution and delivery of this Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application.

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | June 20, 2008 |
| Effective Date: | July 3, 2008 |
| Termination Date: | August 15, 2010 |
| Notional Amount: | USD 13,645,000 |

**Floating Amounts:**

| | |
|---|---|
| Floating Rate Payer: | Party A |
| Floating Rate Payer Period End Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Floating Rate Payer Payment Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Floating Rate Option: | USD-SIFMA-Municipal Swap Index |
| Spread: | None |
| Floating Rate Day Count Fraction: | Actual/Actual |
| Reset Dates: | Weekly, every Thursday (or any other day specified by Securities Industry and Financial Market Association), or if any Thursday is not a U.S. Government Securities Business Day, the next |

|  |  |
|---|---|
|  | succeeding U.S. Government Securities Business Day. |
| Method of Averaging: | Weighted Average |
| Compounding: | Inapplicable |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Rate Payer: | Party B |
| Fixed Rate Payer Period End Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Rate Payer Payment Dates: | The 1st calendar day of each month, from and including August 1, 2008 to and including the Termination Date, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Rate: | 2.975% per annum |
| Fixed Rate Day Count Fraction: | 30/360 |

**Business Days:**          New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A, subject to the terms of the Schedule to the Agreement. |
| Swap Advisory Fee: | Party B acknowledges that Party A has paid $13,900 to B.C. Ziegler and Company, on behalf of Party B, as a swap advisory fee for services provided to Party B by B.C. Ziegler and Company. |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (1) 646-885-9551 (United States of America), Attention: Confirmations Group.

| | |
|---|---|
| Yours sincerely, | Accepted and agreed to: |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.** | **RETIREMENT HOUSING FOUNDATION**<br>**BIXBY KNOLLS TOWERS, INC.**<br>**BLUEGRASS RHF HOUSING, INC.**<br>**DESMET RHF HOUSING, INC.**<br>**FOUNDATION PROPERTY MANAGEMENT, INC.**<br>**GOLD COUNTRY HEALTH CENTER, INC.**<br>**HOLLY HILL RHF HOUSING, INC.**<br>**MAYFLOWER RHF HOUSING, INC.**<br>**MAYFLOWER GARDENS HEALTH FALICITIES INC.**<br>**MERRITT ISLAND RHF HOUSING, INC.**<br>**ST. CATHERINE RHF HOUSING, INC.**<br>**SUN CITY RHF HOUSING, INC.**<br>**YELLOWWOOD ACRES, INC.**<br>**MARTIN LUTHER FOUNDATION, INC.** |
| By: _/s/ Anatoly Kozlov_<br>Name: Anatoly Kozlov<br>Title: Authorized Signatory | By:_____<br>Name<br>Title: |