# EXHIBIT E
# TO THE COLAROSSI DECLARATION

# LEHMAN BROTHERS

June 22, 2009

Retirement Housing Foundation
Fundation Property Management, Inc.
Bixby Knolls Towers, Inc.
Bluegrass RHF Housing Inc.
DeSmet RHF Housing, Inc.
Gold County Health Center, Inc.
Holly Hill RFH Housing, Inc.
Mayflower RHF Housing, Inc.
Mayflower Gardens Health Facility, Inc.
Merritt Island RHF Housing, Inc.
St. Catherine RHF Housing Inc.
Sun City RHF Housing, Inc.
Yellowwood Acres, Inc.
Martin Luther Foundation, Inc. (each, "RHF Entity")
911 N. Studebaker Road
Long Beach, CA 90815-4900
Attn: Director of Treasury

Ladies and Gentlemen:

I am the head of the Derivatives Legal function for Lehman Brothers Holdings Inc. and its affiliate Lehman Brothers Special Financing Inc. ("Lehman"). Lehman has commenced a case (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").

Reference is hereby made to that certain ISDA Master Agreement dated as of June 20, 2008 between Lehman and each of RHF Entity listed above (collectively, "Counterparties") (such agreement, as amended, supplemented or otherwise modified from time to time, and together with any Schedule and Credit Support Annex thereto and Transactions thereunder, the "Agreement"). Terms used and not otherwise defined herein shall have the meanings ascribed thereto in the Agreement.

Lehman is in receipt of your correspondence (the "Termination Notice") purporting to declare an Event of Default and Early Termination Date under the Agreement. The Termination Notice violates the Bankruptcy Code and is accordingly voidable at the election of Lehman. The Bankruptcy Code prohibits the enforcement of ipso facto clauses, such as clauses in executory contracts like the Agreement that permit the termination of such contracts solely based on the filing of bankruptcy cases. See 11 USC 365(e)(1). Although the Bankruptcy Code permits a party under certain circumstances to "liquidate, terminate, or accelerate a swap agreement," (11 U.S.C. 560), this authorization is available only for terminations effected solely as a result of the insolvency, financial condition or bankruptcy of the debtor (see, e.g. In Re Enron Corp., 306 B.R. 465 (Bkrtcy.S.D.N.Y. 2004)). Given the amount of time that has passed since the commencement of the Chapter 11 Case, it is clear that Counterparties have not relied upon Lehman's insolvency, financial condition or bankruptcy to liquidate, terminate or accelerate the

Agreement, but has done so on the basis of some other reason. Consequently, Lehman reserves the right to dispute the validity of the Termination Notice and to treat any putative payment to Lehman under Section 6(d)(i) of the Agreement as a pre-payment of Counterparties' on-going obligations to Lehman as if no Early Termination Date had been declared.

This letter is sent without prejudice or limitation to any rights or remedies Lehman may have under any agreement or other document related to the Agreement or applicable law and Lehman hereby reserves all rights and remedies under such agreement(s), document(s) and applicable law. Nothing herein shall be construed as an admission of any fact or the establishment of any position by or on behalf of Lehman.

Further correspondence on this matter may be directed to:

Lehman Brothers
1271 Sixth Avenue, 40th Floor
New York, New York 10020
Attn: Locke R. McMurray
Tel. 212-526-7186
locke.mcmurray@lehman.com


Very truly yours,

Locke R. McMurray

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

January 14, 2009

To: Counterparties to Lehman Brothers Special Financing Inc

Re: LBSF Standard Settlement Instructions – IMMEDIATE ACTION REQUIRED

Effective immediately, please ensure the beneficiary wire information for settlement transactions with Lehman Brothers Special Financing Inc. are directed to the settlement accounts listed on the following pages. Your prompt attention and implementation is greatly appreciated.

Please make sure to follow these specific directions when remitting funds. Failure to comply with these instructions may cause your remittance to be returned by the bank.

>   Include your entity's name and trade identifier, if available, in the Reference field.

>   For all FX transfers other than CAD, EUR, GBP and JPY, instruct "For further credit to: Lehman Brothers Special Financing a/c 152308786598" in the routing instructions (in addition to listing your entity's name and trade identifier in the Reference field).

To the extent any funds are transferred to a Lehman entity in satisfaction of an amount that has been calculated by a counterparty, kindly be advised that unless otherwise specifically agreed Lehman is not able at this time to verify such calculations and must reserve its right to request further funds if its calculations later show a greater amount due, and also reserves any other rights that it may have under applicable law.

If you have any questions, please contact Yuliya Martiak at Yuliya.Martiak@lehman.com or Helen Chu at Helen.Chu@lehman.com.

By: _____

David Coles

Chief Financial Officer, Treasurer and Controller:

Lehman Brothers Special Financing, Inc.

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**AED (UAE Dirhams)**
Pay   National Bank of Abu Dhabi, Abu Dhabi
      Swift NBADAEAAVOS

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 250009440
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**AUD (Australian Dollar)**
Pay   National Australia Bank Limited, Melbourne
      Swift NATAAU33033

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 1803005789500
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**CAD (Canadian Dollar)**
Pay   Citibank N.A., London (direct via MT103)
      Swift CITIGB2L

For   Lehman Brothers Special Financing - DIP
      a/c 001-2136333
      Reference: [Include your counterparty name and applicable trade identifier]

Send  Separate cover message (MT202) via your correspondent bank to Citibank Canada, Toronto
      (CITICATT)

**CHF (Swiss Franc)**
Pay   UBS AG, Zurich
      Swift UBSWCHZH80A

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 0230000078890050000N
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

**CZK (Czeck Koruna)**
Pay   BAWAG Bank CZ AS, Prague
      Swift BAWACZPP

For   US Bank, Minneapolis, MN
      Swift USBKUS44FEX
      a/c 4049215502CZK
      Attn STL FX
      For further credit to: Lehman Brothers Special Financing a/c 152308786598
      Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**DKK (Danish Kroner)**
Pay    Danske Bank, Copenhagen
       Swift DABADKKK

For    US Bank, Minneapolis, MN
       Swift USBKUS44FEX
       a/c 39963007504713
       Attn STL FX
       For further credit to: Lehman Brothers Special Financing a/c 152308786598
       Reference: [Include your counterparty name and applicable trade identifier]

**EUR (Euro)**
Pay    Citibank N.A., London (without deduction via direct clearing linkage)
       Swift CITIGB2L

For    Lehman Brothers Special Financing Inc - DIP
       a/c 001-2136325
       Reference: [Include your counterparty name and applicable trade identifier]

**GBP (British Pound)**
Pay    Citibank N.A., London (without deduction via direct clearing linkage)
       Swift CITIGB2L
       Sort Code 18-50-08

For    Lehman Brothers Special Financing Inc - DIP
       a/c 001-2136368
       Reference: [Include your counterparty name and applicable trade identifier]

**HKD (Hong Kong Dollar)**
Pay    Hang Seng Bank Limited, Hong Kong
       Swift HASEHKHH

For    US Bank, Minneapolis, MN
       Swift USBKUS44FEX
       a/c 250012507001
       Attn STL FX
       For further credit to: Lehman Brothers Special Financing a/c 152308786598
       Reference: [Include your counterparty name and applicable trade identifier]

**HUF (Hungary Forint)**
Pay    Magyar Kulkereskedelmi Bank RT, Budapest
       Swift MKKBHUHB

For    US Bank, Minneapolis, MN
       Swift USBKUS44FEX
       a/c 10300002-2052049000003285
       Attn STL FX
       For further credit to: Lehman Brothers Special Financing a/c 152308786598
       Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**ILS (Israeli Shekel)**

Pay     Bank Hapoalim B.M., Tel Aviv
          Swift POALILIT

For     US Bank, Minneapolis, MN
          Swift USBKUS44FEX
          a/c 517375
          Attn STL FX
          For further credit to: Lehman Brothers Special Financing a/c 152308786598
          Reference: [Include your counterparty name and applicable trade identifier]

**INR (Indian Rupees)**

Pay     Bank of Nova Scotia, Bombay
          Swift NOSCINBB

For     US Bank, Minneapolis, MN
          Swift USBKUS44FEX
          a/c 012/12/921180
          Attn STL FX
          For further credit to: Lehman Brothers Special Financing a/c 152308786598
          Reference: [Include your counterparty name and applicable trade identifier]

**JPY (Japanese Yen)**

Pay     Citibank N.A., London (direct via MT103)
          Swift CITIGB2L

For     Lehman Brothers Special Financing Inc - DIP
          a/c 001-2136341
          Reference: [Include your counterparty name and applicable trade identifier]

Send    Separate cover message (MT202) via your correspondent bank to Citibank N.A., Tokyo
          (CITIJPJT). Favour acct number a/c 0201109418.

**KRW (Korean Won)**

Pay     Standard Chartered Bank, Seoul
          Swift SCBLKRSE

For     US Bank, Minneapolis, MN
          Swift USBKUS44FEX
          a/c 5038967254
          Attn STL FX
          For further credit to: Lehman Brothers Special Financing a/c 152308786598
          Reference: [Include your counterparty name and applicable trade identifier]

**MXN (Mexican Peso)**

Pay     Banamex, Mexico City
          Swift CITIUS33MER

For     US Bank, Minneapolis, MN
          Swift USBKUS44FEX
          a/c 00028075053
          Attn STL FX
          For further credit to: Lehman Brothers Special Financing a/c 152308786598
          Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**NOK (Norwegian Kroner)**
Pay     Den Norske Bank ASA, Oslo
        Swift DNBANOKK

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 7001-02-42965
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**NZD (New Zealand Dollar)**
Pay     Bank of New Zealand, Wellington
        Swift BKNZNZ22985

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 2435190001
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**PLN (Polish Zloty)**
Pay     Bank Pekao SA, Warsaw
        Swift PKOPPLPW

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 1458601112
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**SAR (Saudi Riyals)**
Pay     National Commercial Bank, Jeddah
        Swift NCBKSAJE

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 55531159000108
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

**SEK (Swedish Kroner)**
Pay     Skandinaviska Enskildabanken, Stockholm
        Swift ESSESESS

For     US Bank, Minneapolis, MN
        Swift USBKUS44FEX
        a/c 52018513680
        Attn STL FX
        For further credit to: Lehman Brothers Special Financing a/c 152308786598
        Reference: [Include your counterparty name and applicable trade identifier]

# LEHMAN BROTHERS

ON BEHALF OF LEHMAN BROTHERS HOLDINGS INC.

**SGD (Singapore Dollar)**

Pay    United Overseas Bank, Singapore
         Swift UOVBSGSG

For    US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 101-399-071-4
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

**THB (Thailand Baht)**

Pay    Standard Chartered Bank, Bangkok
         Swift SCBLTHBX

For    US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 100201482
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

**TRY (Turkish Lira)**

Pay    Garanti Bank, Istanbul
         Swift TGBATRIS093

For    US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 930-6499679
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

**USD (US Dollar)**

Pay    Citibank N.A., New York
         Swift CITIUS33
         ABA 021-000-089

For    Lehman Brothers Special Financing Inc. - DIP
         a/c 3078-4731
         Reference: [Include your counterparty name and applicable trade identifier]

**ZAR (South African Rand)**

Pay    Nedbank, Johannesburg
         Swift NEDSZAJJ

For    US Bank, Minneapolis, MN
         Swift USBKUS44FEX
         a/c 1986250784
         Attn STL FX
         For further credit to: Lehman Brothers Special Financing a/c 152308786598
         Reference: [Include your counterparty name and applicable trade identifier]

**FedEx US Airbill** — Sender's Copy

Form ID No. 0215

FedEx Tracking Number: 8696 3656 2298

**1 From**
- Date: 6/22/09
- Sender's FedEx Account Number: 4032-9384-9
- Sender's Name: Locke McMurray
- Phone: (646) 333-9979
- Company: LEHMAN BROS
- Address: 1271 6TH AVE STE 63 40th Floor
- City: NEW YORK  State: NY  ZIP: 10020-1300

**2 Your Internal Billing Reference:**

**3 To**
- Recipient's Name: Director of Treasury
- Company: Retirement Housing Foundation
- Address: 911 N. Studebaker Road
- City: Long Beach  State: CA  ZIP: 90815

0403268634

**4a Express Package Service** — FedEx Standard Overnight (checked)

**5 Packaging**: FedEx Envelope

**7 Payment**: Sender

519