# EXHIBIT H
# TO THE COLAROSSI DECLARATION

**From:** Vogelmann, Jeremy Y
**Sent:** Tuesday, August 25, 2009 10:40 AM
**To:** 'John Jureller'
**Subject:** RE: Retirement Housing Foundation

Okay, I will put together an email today with requests for additional information.  In the meantime, if your client agrees to be cc'd on the request, please let me know.  Thanks. -Jeremy

---

**From:** John Jureller [mailto:JJureller@klestadt.com]
**Sent:** Tuesday, August 25, 2009 10:38 AM
**To:** Vogelmann, Jeremy Y
**Subject:** RE: Retirement Housing Foundation

Jeremy:
Thanks for the response.  I will discuss the logistics with our client re direct email; however, our client has requested that all correspondence be made to our firm directly at this time.  As such, please let me know what additional information you are seeking with respect to the Market Quote process.
Regards,
John

---

**From:** Vogelmann, Jeremy Y [mailto:jeremy.vogelmann@lehman.com]
**Sent:** Tuesday, August 25, 2009 9:10 AM
**To:** John Jureller
**Subject:** RE: Retirement Housing Foundation

Hi John,

Thanks for your email and sorry for the delay in responding - I was on vacation and unfortunately didn't have access to my email.  I have a number of requests for further information from RHF with respect to their Market Quote process before we can proceed forward.  I am happy to direct my communication to you, but my strong preference would be that RHF be included as a recipient of my requests (by email) if possible, since they are the ultimate counterparty that Lehman Brothers faces.  Could you please provide me with Frank Rossello's or Brian Magnone's email addresses so I can cc them as well?  I only have their phone numbers currently.

Thanks for your help,
Jeremy

---

**From:** John Jureller [mailto:JJureller@klestadt.com]
**Sent:** Friday, August 07, 2009 5:48 PM
**To:** Vogelmann, Jeremy Y
**Subject:** Retirement Housing Foundation

Jeremy:

Please be advised that our firm is counsel to Retirement Housing Foundation ("RHF") with respect to the Lehman Brothers matter. I understand that you have contacted RHF to obtain further information relative to the termination calculations under the swap transaction between the parties. Please direct all future correspondence and inquiries to our office, and we will try to assist you with respect to this matter.

Regards,

John

John E. Jureller, Jr.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Fax: (212)972-2245

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.