# EXHIBIT I
# TO THE COLAROSSI DECLARATION

# LEHMAN BROTHERS

**To:** Derivative Operations
Retirement Housing Foundation

**From:** Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** August 28, 2009

**Re:** Calculation of amount due September 01, 2009
USD 91,080,000.00 Amortizing Swap Transaction
Maturing September 01, 2028

**Our Reference:** 1979743L / 3901194

**FIXED AMOUNT:**
Retirement Housing to LBSF Inc.

Calculation Period from August 03, 2009 to September 01, 2009

USD 91,080,000.00 x 4.79200% x 28 / 360 =                                USD 339,465.28

**FLOATING AMOUNT:**
LBSF Inc. to Retirement Housing
Calculation Period from August 03, 2009 to September 01, 2009

| | |
|---|---|
| Floating Rate Option: | N/A |
| Designated Maturity: | N/A  (Weighted Weekly Average) |
| Reference Source: | |
| Rate Setting Date: | August 28, 2009 |
| Quoted Rate: | 0.27102% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 0.18158% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 08/03/09 | 09/01/09 | 91,080,000.00 | 0.18158% | 29/365 | 13,140.02 |

Amount due LBSF Inc.                                                              USD 326,325.26

You are kindly requested to pay USD 326,325.26 to LBSF Inc. on September 01, 2009 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

**To:** Derivative Operations
Retirement Housing Foundation

**From:** Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** September 02, 2009

**Re:** Calculation of amount due May 04, 2010
USD 7,705,000.00 Swap Transaction
Maturing August 15, 2010

*Our Reference:* 1979737L / 3901146

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from April 01, 2010 to May 04, 2010

USD 7,705,000.00 x 2.97500% x 33 / 360 =                                USD 21,012.18

Amount due LBSF Inc.                                                                      USD 21,012.18

You are kindly requested to pay USD 21,012.18 to LBSF Inc. on May 04, 2010 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

**To:** Derivative Operations
Retirement Housing Foundation

**From:** Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** September 02, 2009

**Re:** Calculation of amount due September 01, 2009
USD 7,705,000.00 Swap Transaction
Maturing August 15, 2010

**Our Reference:** 1979737L / 3901146

**FIXED AMOUNT:**
Retirement Housing to LBSF Inc.

Calculation Period from August 03, 2009 to September 01, 2009

USD 7,705,000.00 x 2.97500% x 28 / 360 =                                    USD 17,828.51

**FLOATING AMOUNT:**
LBSF Inc. to Retirement Housing
Calculation Period from August 17, 2009 to September 01, 2009

| | |
|---|---|
| Floating Rate Option: | Bond Market Association |
| Designated Maturity: | 1 Week (Weighted Weekly Average) |
| Reference Source: | Bond Market Association |
| Rate Setting Date: | August 31, 2009 |
| Quoted Rate: | 0.41200% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 0.41200% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 08/17/09 | 09/01/09 | 7,705,000.00 | 0.41200% | 15/365 | 2,352.95 |

Amount due LBSF Inc.                                                         USD 15,475.56

You are kindly requested to pay USD 15,475.56 to LBSF Inc. on September 01, 2009 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

**To:** Derivative Operations
Retirement Housing Foundation

**From:** Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** September 02, 2009

**Re:** Calculation of amount due May 04, 2010
USD 13,645,000.00 Swap Transaction
Maturing August 15, 2010

*Our Reference:* 1979739L / 3901148

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from April 01, 2010 to May 04, 2010

USD 13,645,000.00 x 2.97500% x 33 / 360 =                                           USD 37,211.05

Amount due LBSF Inc.                                                                USD 37,211.05

You are kindly requested to pay USD 37,211.05 to LBSF Inc. on May 04, 2010 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at **212-526-0200** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

**To:**   Derivative Operations
         Retirement Housing Foundation

**From:** Derivative Middle Office
         Lehman Brothers Special Financing Inc

         For Settlement and Payments please contact Derivative Operations at:
         Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** September 02, 2009

**Re:**   Calculation of amount due September 01, 2009
          USD 4,115,000.00 Swap Transaction
          Maturing August 15, 2010

          *Our Reference:* 1979741L / 3901141

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from August 03, 2009 to September 01, 2009

USD 4,115,000.00 x 2.97500% x 28 / 360 =                                         USD 9,521.65

FLOATING AMOUNT:
LBSF Inc. to Retirement Housing
Calculation Period from August 17, 2009 to September 01, 2009

Floating Rate Option:       Bond Market Association
Designated Maturity:        1 Week (Weighted Weekly Average)
Reference Source:           Bond Market Association
Rate Setting Date:          August 31, 2009
Quoted Rate:                0.41200%
Floating Rate Spread:       0.00000%
Floating Rate:              0.41200%

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 08/17/09 | 09/01/09 | 4,115,000.00 | 0.41200% | 15/365 | 1,256.64 |

Amount due LBSF Inc.                                                              USD 8,265.01

You are kindly requested to pay USD 8,265.01 to LBSF Inc. on September 01, 2009 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at **212-526-0200** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

**To:** Derivative Operations
Retirement Housing Foundation

**From:** Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** September 02, 2009

**Re:** Calculation of amount due May 04, 2010
USD 4,115,000.00 Swap Transaction
Maturing August 15, 2010

*Our Reference:* 1979741L / 3901141

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from April 01, 2010 to May 04, 2010

USD 4,115,000.00 x 2.97500% x 33 / 360 =                                   USD 11,221.95

Amount due LBSF Inc.                                                       USD 11,221.95

You are kindly requested to pay USD 11,221.95 to LBSF Inc. on May 04, 2010 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

*To:* Derivative Operations
Retirement Housing Foundation

*From:* Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

*Date:* September 02, 2009

*Re:* Calculation of amount due September 01, 2009
USD 13,645,000.00 Swap Transaction
Maturing August 15, 2010

*Our Reference:* 1979739L / 3901148

**FIXED AMOUNT:**
Retirement Housing to LBSF Inc.

Calculation Period from August 03, 2009 to September 01, 2009

USD 13,645,000.00 x 2.97500% x 28 / 360 =                              USD 31,573.01

**FLOATING AMOUNT:**
LBSF Inc. to Retirement Housing
Calculation Period from August 17, 2009 to September 01, 2009

| Floating Rate Option: | Bond Market Association |
|---|---|
| Designated Maturity: | 1 Week (Weighted Weekly Average) |
| Reference Source: | Bond Market Association |
| Rate Setting Date: | August 31, 2009 |
| Quoted Rate: | 0.41200% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 0.41200% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 08/17/09 | 09/01/09 | 13,645,000.00 | 0.41200% | 15/365 | 4,166.90 |

Amount due LBSF Inc.                                                              USD 27,406.11

You are kindly requested to pay USD 27,406.11 to LBSF Inc. on September 01, 2009 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

**To:** Derivative Operations
Retirement Housing Foundation

**From:** Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200  Fax: (212)526-1795 or (212)526-6336

**Date:** September 01, 2009

**Re:** Calculation of amount due September 01, 2009
USD 7,705,000.00 Swap Transaction
Maturing August 15, 2010

*Our Reference:* 1979737L / 3901146

**FIXED AMOUNT:**
Retirement Housing to LBSF Inc.

Calculation Period from August 03, 2009 to September 01, 2009

USD 7,705,000.00 x 2.97500% x 28 / 360 =                                                           USD 17,828.51

**FLOATING AMOUNT:**
LBSF Inc. to Retirement Housing
Calculation Period from August 17, 2009 to September 01, 2009

| Floating Rate Option: | Bond Market Association |
| Designated Maturity: | 1 Week (Weighted Weekly Average) |
| Reference Source: | Bond Market Association |
| Rate Setting Date: | August 31, 2009 |
| Quoted Rate: | 0.41200% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 0.41200% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|------|-----|----------------|---------------|---------------------|--------------|
| 08/17/09 | 09/01/09 | 7,705,000.00 | 0.41200% | 15/365 | 2,352.95 |

Amount due LBSF Inc.                                                                                USD 15,475.56

You are kindly requested to pay USD 15,475.56 to LBSF Inc. on September 01, 2009 in immediately available funds, as per the following instructions:

**Payment Instructions**
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com