# EXHIBIT K
# TO THE COLAROSSI DECLARATION

# LEHMAN BROTHERS

*To:*     Derivative Operations
          Retirement Housing Foundation

*From:*   Derivative Middle Office
          Lehman Brothers Special Financing Inc

          For Settlement and Payments please contact Derivative Operations at:
          Phone: 201-526-1800  Fax: 201-526-1496

*Date:*   November 30, 2009

*Re:*     Calculation of amount due December 01, 2009
          USD 91,080,000.00 Amortizing Swap Transaction
          Maturing September 01, 2028

          *Our Reference:* 1979743L / 3901194

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from November 02, 2009 to December 01, 2009

USD 91,080,000.00 x 4.79200% x 29 / 360 =                                              USD 351,589.04

FLOATING AMOUNT:
LBSF Inc. to Retirement Housing
Calculation Period from November 02, 2009 to December 01, 2009

| Floating Rate Option: | N/A |
|---|---|
| Designated Maturity: | N/A (Weighted Weekly Average) |
| Reference Source: |  |
| Rate Setting Date: | November 30, 2009 |
| Quoted Rate: | 0.23858% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 0.15985% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 11/02/09 | 12/01/09 | 91,080,000.00 | 0.15985% | 29/365 | 11,567.53 |

Amount due LBSF Inc.                                                                   USD 340,021.51

You are kindly requested to pay USD 340,021.51 to LBSF Inc. on December 01, 2009 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

*To:*  Derivative Operations
       Retirement Housing Foundation

*From:* Derivative Middle Office
        Lehman Brothers Special Financing Inc

        For Settlement and Payments please contact Derivative Operations at:
        Phone: 201-526-1800  Fax: 201-526-1496

*Date:* November 30, 2009

*Re:*  Calculation of amount due December 01, 2009
       USD 13,645,000.00 Swap Transaction
       Maturing August 15, 2010

       *Our Reference:* 1979739L / 3901148

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from November 02, 2009 to December 01, 2009

USD 13,645,000.00 x 2.97500% x 29 / 360 =                                              USD 32,700.62

FLOATING AMOUNT:
LBSF Inc. to Retirement Housing
Calculation Period from November 02, 2009 to December 01, 2009

Floating Rate Option:      Bond Market Association
Designated Maturity:       1 Week (Weighted Weekly Average)
Reference Source:          Bond Market Association
Rate Setting Date:         November 30, 2009
Quoted Rate:               0.27333%
Floating Rate Spread:      0.00000%
Floating Rate:             0.27333%

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 11/02/09 | 11/16/09 | 13,645,000.00 | 0.24500% | 14/365 | 1,282.26 |
| 11/16/09 | 12/01/09 | 13,645,000.00 | 0.27333% | 15/365 | 1,532.71 |

Amount due LBSF Inc.                                                                   USD 29,885.65

You are kindly requested to pay USD 29,885.65 to LBSF Inc. on December 01, 2009 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

**To:**   Derivative Operations
         Retirement Housing Foundation

**From:** Derivative Middle Office
         Lehman Brothers Special Financing Inc

         For Settlement and Payments please contact Derivative Operations at:
         Phone: 201-526-1800  Fax: 201-526-1496

**Date:** November 30, 2009

**Re:**   Calculation of amount due December 01, 2009
          USD 7,705,000.00 Swap Transaction
          Maturing August 15, 2010

          *Our Reference:* 1979737L / 3901146

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from November 02, 2009 to December 01, 2009

   USD 7,705,000.00 x 2.97500% x 29 / 360 =                                                USD 18,465.25

FLOATING AMOUNT:
LBSF Inc. to Retirement Housing
Calculation Period from November 02, 2009 to December 01, 2009

| Floating Rate Option: | Bond Market Association |
| --- | --- |
| Designated Maturity: | 1 Week (Weighted Weekly Average) |
| Reference Source: | Bond Market Association |
| Rate Setting Date: | November 30, 2009 |
| Quoted Rate: | 0.27333% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 0.27333% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
| --- | --- | --- | --- | --- | --- |
| 11/02/09 | 11/16/09 | 7,705,000.00 | 0.24500% | 14/365 | 724.06 |
| 11/16/09 | 12/01/09 | 7,705,000.00 | 0.27333% | 15/365 | 865.48 |

Amount due LBSF Inc.                                                                        USD 16,875.71

You are kindly requested to pay USD 16,875.71 to LBSF Inc. on December 01, 2009 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

*To:*   Derivative Operations
        Retirement Housing Foundation

*From:*  Derivative Middle Office
         Lehman Brothers Special Financing Inc

         For Settlement and Payments please contact Derivative Operations at:
         Phone: 201-526-1800  Fax: 201-526-1496

*Date:*  November 30, 2009

*Re:*    Calculation of amount due December 01, 2009
         USD 4,115,000.00 Swap Transaction
         Maturing August 15, 2010

         *Our Reference:* 1979741L / 3901141

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from November 02, 2009 to December 01, 2009

USD 4,115,000.00 x 2.97500% x 29 / 360 =                                                              USD 9,861.71

FLOATING AMOUNT:
LBSF Inc. to Retirement Housing
Calculation Period from November 02, 2009 to December 01, 2009

Floating Rate Option:       Bond Market Association
Designated Maturity:        1 Week (Weighted Weekly Average)
Reference Source:           Bond Market Association
Rate Setting Date:          November 30, 2009
Quoted Rate:                0.27333%
Floating Rate Spread:       0.00000%
Floating Rate:              0.27333%

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 11/02/09 | 11/16/09 | 4,115,000.00 | 0.24500% | 14/365 | 386.70 |
| 11/16/09 | 12/01/09 | 4,115,000.00 | 0.27333% | 15/365 | 462.23 |

Amount due LBSF Inc.                                                                                  USD 9,012.78

You are kindly requested to pay USD 9,012.78 to LBSF Inc. on December 01, 2009 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com