# EXHIBIT N
# TO THE COLAROSSI DECLARATION

# LEHMAN BROTHERS

*To:*     Derivative Operations
          Retirement Housing Foundation

*From:*   Derivative Middle Office
          Lehman Brothers Special Financing Inc

          For Settlement and Payments please contact Derivative Operations at:
          Phone: 201-526-1800  Fax: 201-526-1496

*Date:*   February 26, 2010

*Re:*     Calculation of amount due March 01, 2010
          USD 7,705,000.00 Swap Transaction
          Maturing August 15, 2010

          *Our Reference:* 1979737L / 3901146

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from February 01, 2010 to March 01, 2010

     USD 7,705,000.00 x 2.97500% x 30 / 360 =                                              USD 19,101.98

FLOATING AMOUNT:
LBSF Inc. to Retirement Housing
Calculation Period from February 01, 2010 to March 01, 2010

Floating Rate Option:      Bond Market Association
Designated Maturity:       1 Week  (Weighted Weekly Average)
Reference Source:          Bond Market Association
Rate Setting Date:         February 26, 2010
Quoted Rate:               0.21615%
Floating Rate Spread:      0.00000%
Floating Rate:             0.21615%

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 02/01/10 | 02/16/10 | 7,705,000.00 | 0.18600% | 15/365 | 588.96 |
| 02/16/10 | 03/01/10 | 7,705,000.00 | 0.21615% | 13/365 | 593.17 |

Amount due LBSF Inc.                                                                        USD 17,919.85

You are kindly requested to pay USD 17,919.85 to LBSF Inc. on March 01, 2010 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

*To:*    Derivative Operations
         Retirement Housing Foundation

*From:*  Derivative Middle Office
         Lehman Brothers Special Financing Inc

         For Settlement and Payments please contact Derivative Operations at:
         Phone:  201-526-1800  Fax:  201-526-1496

*Date:*  February 26, 2010

*Re:*    Calculation of amount due March 01, 2010
         USD 13,645,000.00 Swap Transaction
         Maturing August 15, 2010

         ***Our Reference:*** 1979739L / 3901148

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from February 01, 2010 to March 01, 2010

　　　　USD 13,645,000.00 x 2.97500% x 30 / 360 =　　　　　　　　　　　　　　　　　　USD 33,828.23

FLOATING AMOUNT:
LBSF Inc. to Retirement Housing
Calculation Period from February 01, 2010 to March 01, 2010

Floating Rate Option:      Bond Market Association
Designated Maturity:       1 Week  (Weighted Weekly Average)
Reference Source:          Bond Market Association
Rate Setting Date:         February 26, 2010
Quoted Rate:               0.21615%
Floating Rate Spread:      0.00000%
Floating Rate:             0.21615%

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 02/01/10 | 02/16/10 | 13,645,000.00 | 0.18600% | 15/365 | 1,043.00 |
| 02/16/10 | 03/01/10 | 13,645,000.00 | 0.21615% | 13/365 | 1,050.46 |

Amount due LBSF Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　USD 31,734.77

You are kindly requested to pay USD 31,734.77 to LBSF Inc. on March 01, 2010 in immediately available funds, as per the following instructions:

***Payment Instructions***
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

---

Would you like to confirm payments and retrieve reset calculations online? Please contact us at ***212-526-0200*** and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

*To:*  Derivative Operations
Retirement Housing Foundation

*From:*  Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone:  201-526-1800  Fax:  201-526-1496

*Date:*  February 26, 2010

*Re:*  Calculation of amount due March 01, 2010
USD 4,115,000.00 Swap Transaction
Maturing August 15, 2010

*Our Reference:* 1979741L / 3901141

**FIXED AMOUNT:**
Retirement Housing to LBSF Inc.

Calculation Period from February 01, 2010 to March 01, 2010

USD 4,115,000.00 x 2.97500% x 30 / 360 =                    USD 10,201.77

**FLOATING AMOUNT:**
LBSF Inc. to Retirement Housing
Calculation Period from February 01, 2010 to March 01, 2010

| | |
|---|---|
| Floating Rate Option: | Bond Market Association |
| Designated Maturity: | 1 Week  (Weighted Weekly Average) |
| Reference Source: | Bond Market Association |
| Rate Setting Date: | February 26, 2010 |
| Quoted Rate: | 0.21615% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 0.21615% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 02/01/10 | 02/16/10 | 4,115,000.00 | 0.18600% | 15/365 | 314.54 |
| 02/16/10 | 03/01/10 | 4,115,000.00 | 0.21615% | 13/365 | 316.79 |

Amount due LBSF Inc.                                          USD 9,570.44

You are kindly requested to pay USD 9,570.44 to LBSF Inc. on March 01, 2010 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

# LEHMAN BROTHERS

**To:**   Derivative Operations
Retirement Housing Foundation

**From:**   Derivative Middle Office
Lehman Brothers Special Financing Inc

For Settlement and Payments please contact Derivative Operations at:
Phone:  201-526-1800  Fax:  201-526-1496

**Date:**   February 26, 2010

**Re:**   Calculation of amount due March 01, 2010
USD 91,080,000.00 Amortizing Swap Transaction
Maturing September 01, 2028

*Our Reference:* 1979743L / 3901194

FIXED AMOUNT:
Retirement Housing to LBSF Inc.

Calculation Period from February 01, 2010 to March 01, 2010

USD 91,080,000.00 x 4.79200% x 30 / 360 =                                                                 USD 363,712.80

FLOATING AMOUNT:
LBSF Inc. to Retirement Housing
Calculation Period from February 01, 2010 to March 01, 2010

| | |
|---|---|
| Floating Rate Option: | N/A |
| Designated Maturity: | N/A  (Weighted Weekly Average) |
| Reference Source: | |
| Rate Setting Date: | February 26, 2010 |
| Quoted Rate: | 0.22914% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 0.15352% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 02/01/10 | 03/01/10 | 91,080,000.00 | 0.15352% | 28/365 | 10,726.38 |

Amount due LBSF Inc.                                                                                                          USD 352,986.42

You are kindly requested to pay USD 352,986.42 to LBSF Inc. on March 01, 2010 in immediately available funds, as per the following instructions:

*Payment Instructions*
Inst: CITIUS33XXX
CITIBANK N.A.
Benf A/C: 30784731
LEHMAN BROTHERS SPECIAL FINANCE
SLHIUS3SXXX
/bnf/ref:swaps

Would you like to confirm payments and retrieve reset calculations online? Please contact us at *212-526-0200* and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com