B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc. ,        Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LB I Group, Inc. | Municipal Corrections Finanace, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: c/o Michael Rios
1271 Avenue of the Americas, 39th Floor
New York, NY 10020

Court Claim # (if known): 68082
Amount of Claim: $3,553,717.00
Date Claim Filed: 04/19/2012

Phone: (646) 285-9000
Last Four Digits of Acct #: _____

Phone: (225) 766-3977
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: 646-285-9042
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael R.        Date: 9/10/13
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.