UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                            :   Case No. 08-13555(JMP)
                                                                   :
                    Debtor.                                        :   (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )ss:
COUNTY OF NEW YORK        )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

On September 11, 2013, I caused a copy of the following document in the above captioned matter to be served upon the parties listed on Exhibit A via Federal Express Overnight Mail.

- **REPLY OF RBC DOMINION SECURITIES INC. TO RESPONSE OF PLAN ADMINISTRATOR WITH RESPECT TO MOTION TO REISSUE CHECKS FOR ALLOWED CLAIM**

_____
Marie A. Siena

Sworn to before me this
11th day of September, 2013

_____
Notary JEFF FRIEDMAN
NOTARY PUBLIC, State of New York
No. 02FR4952054
Qualified in New York County
Commission Expires June 12, 20 15

100033738

# EXHIBIT A

## Service List

Andrea Schwartz, Esq.
Office of the U.S. Trustee
201 Varick Street, Unit 1006
New York, NY 10014

Dennis Dunn, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Garrett Fail, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Lori Fife, Esq.
Richard Krasnow, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

100033738