WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re  : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**MERITS HEARING WITH RESPECT TO PROOF OF CLAIM NUMBER 57069**

      **PLEASE TAKE NOTICE** that the hearing on the merits of the portion of proof of claim number 57069 listed on Exhibit A attached hereto, which was scheduled for September 26, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined.**

Dated: September 11, 2013
      New York, New York

      /s/ Alfredo R. Perez
      Alfredo R. Perez

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers
      Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44327401\1\58399.0011

## Exhibit A

## Claims Adjourned to a Date to Be Determined:

| Claimant Name | Claim Number | Relevant ISIN Number | Proposed Allowed Claim Amount For Relevant ISIN |
|---|---|---|---|
| NG YING HUNG | 57069 | XS0329337348 | $7,425.69 |