

**Berlin Asset Management**



RECEIVED SEP - 3 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Berlin Asset Management GmbH i.L. Rankestr. 26  10789 Berlin

United States Bankruptcy Court
Southern District of New York
Attn: Clerk's Office
One Bowling Green
New York, NY 1004-1408
USA

Berlin, den 26.08.2013

**Unblock Lehman Bros Treasury Co (XS0331249291)**

Creditor Address:                  Debtor:
ATTN: DIRK BRENSSELL              08-13555 Lehman Brothers Holdings Inc
RANKESTR. 26
BERLIN, 10789
GERMANY

Dear Sir or Madam,

we would like to request to unblock the following paper:

30.000 Lehman Bros Treasury Co 07(17)

| Claim/Schedule No. | ISIN | Blockin No. | Allowed Amount |
|---|---|---|---|
| 400228 | XS0331249291 | CA43100 | $42.573,17 |

Due to contractual issues we need to transfer the paper to another depot. Simultaneously we would like to assign the claims of demand as well.

If there is a special form for this transfer or a separate draft for this order, we would be delighted if you could provide us those documents.

Kind Regards,

*Dirk Brenssell*

BAM Berlin Asset Management GmbH i.L.    Telefon: 030 214 588 0      Amtsgericht Berlin-Charlottenburg    Deutsche Bank AG, Berlin
Rankestraße 26                           Telefax 030 214588 50       Handelsregister HRB Nr. 68750          Konto Nr. 501 661 300
10789 Berlin                             Mail: info@berlin-asset.de  Liquidator: Dirk Brenssell             BLZ 100 700 24