# ❊ UBS

**UBS AG**
Badenerstrasse 574 / C
P.O.Box, PO Box, 8098 Zurich
Tel.

OQ9C/O5GC
C/A Special Transactions / Default MGMT

Matthias Mohos
YBM
Tel. +41 44 236 07 54
Fax +41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA



RECEIVED SEP - 3 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## Message

August 23, 2013

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of         Attention: Clerk of the Court

you are receiving   Evidence of Transfer of Claim Berner Kantonalbank AG, Bern and UBS AG, Zurich

☐ for your information       ☐ returned with thanks       ☐ please return
☒ for your records           ☐ please comment              ☒ please confirm receipt
☐ as agreed                  ☐ please sign                 ☒ please process
☐ please complete            ☐ please forward to

**Remarks**
TOCE059    CHF    60'000.00    XS0320322901

Transferor: Berner Kantonalbank AG, Bern (Switzerland)
Claim Number: 50104
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos                Jean-Claude Besson
Associate Director            Associate Director

61555 E        05.2005    J1

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.  Case No.: 08-13555 (JMP
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**UBS AG** | Name of Transferor:<br>BERNER KANTONALBANK AG |
|---|---|
| Notices to Transferee should be sent to:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36<br>hugo.koller@ubs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>BERNER KANTONALBANK AG<br>Postfach<br>CH-3001 Bern<br>Attn: Samuel Stucki<br>+41 31 666 11 33<br>samuel.stucki@bekb.ch |
| Amount of Claim Being Transferred:<br>CHF 60'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 50104 | |
| Date Claim Filed: October 27th, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: August 23, 2013
Jean-Claude Besson  Matthias Mohos
UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOCI 059

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 50104 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 8% Lehman Bros.Sec.NV 2007-24.09.2008 | XS0320322901 | LBS NV | LBH Inc. | CHF 60'000.00 out of CHF 140'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

BERNER KANTONALBANK AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**UBS AG**
Bahnhofstrasse 45
8001 Zurich
Switzerland
Telephone: +41 44 235 37 36
Fax: +41 44 235 47 21
Attention: Mr. Hugo Koller

TocE059

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 19th, 2013.

BERNER KANONALBANK AG
Transferor

By: _____
Name: Samuel Stucki
Title: Authorized representative

By: _____
Name: René Oppliger
Title: Head of legal

ACKNOWLEDGED BY:

UBS AG
Transferee

By: _____
Name: Jean-Claude Besson
Title: Associate Director

By: _____
Name: Matthias Mohos
Title: Associate Director



TOCE059



3/3