**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:  
    Lehman Brothers Holdings, Inc.

                      Debtor

-----------------------------------------------------------x

                      Plaintiff

              v.

                      Defendant

-----------------------------------------------------------x

Case No.: 08-13555

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark S. Bostick, Esq., request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent see attached Exhibit A, ☒ creditors in the above-referenced ⊙ case ○ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 09/03/2013

Oakland, California, ~~XXXXXX~~

/s/ Mark S. Bostick

*Mailing Address*:

Wendel, Rosen, Black & Dean LLP

1111 Broadway, 24th Floor

Oakland, CA  94607

*E-mail address*: mbostick@wendel.com

*Telephone number*: (510) 834-6600