UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:  
    Lehman Brothers Holdings, Inc.

                             Debtor

Case No.: <u>08-13555</u>  
Chapter <u>11</u>

---------------------------------------------------------------x

                             Plaintiff

                            v.

                             Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Mark S. Bostick, Esq.</u>, to be admitted, *pro hac vice*, to represent <u>see attached Exhibit A</u>, (the "Client") X <u>creditors</u> in the above referenced ⊙ case ○ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>California</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>California</u>, it is hereby

**ORDERED**, that <u>Mark S. Bostick</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ⊙ case ○ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____  
                                                       UNITED STATES BANKRUPTCY JUDGE