*In re Lehman Brothers Holdings, Inc.*
*Case No. 08-13555*

*Exhibit A*

*to*

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

**Exhibit A to Order Granting Admission
To Practice, *Pro Hac Vice***

Coleen Denise Colombo
Isabel Guajardo
Linda (Weekes) Howard-James
Cheryl McNeil
Michelle Seymour
Sylvia Vega-Sutfin

003336.0006\3259634.1