**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:
    Lehman Brothers Holdings, Inc.

                               Debtor

-------------------------------------------------------------x

                               Plaintiff

                               v.

                               Defendant

-------------------------------------------------------------x

Case No.: 08-13555
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Randall E. Strauss, Esq., request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent see attached Exhibit A, ☒ creditors in the above-referenced ⊙ case ○ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 09/03/2013
Oakland, California, ~~XXXXXX~~

/s/ Randall E. Strauss, Esq.
*Mailing Address*:

Gwilliam, Ivary, Chiosso, Cavalli, et al.
1999 Harrison Street, Suite 1600
Oakland, CA 94612-4720
*E-mail address*: rstrauss@giccb.com
*Telephone number*: (510) 832-5411