UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:   
    Lehman Brothers Holdings, Inc.

                              Debtor

Case No.: 08-13555   
Chapter 11

-----------------------------------------------------------x

                              Plaintiff

                       v.

                              Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of  Randall E. Strauss, Esq.   , to be admitted, *pro hac vice*, to represent  see attached Exhibit A   , (the "Client") X  creditors   in the above referenced ⦿ case ○ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California   and, if applicable, the bar of the U.S. District Court for the  Northern   District of  California  , it is hereby

      **ORDERED**, that  Randall E. Strauss  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ⦿ case ○ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____   
_____, New York        /s/ _____   
                                               UNITED STATES BANKRUPTCY JUDGE