**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone:   212-309-6000
Facsimile:    212- 309-6001
Andrew D. Gottfried
John C. Goodchild, III (*pro hac vice*)

*Attorneys for The Lincoln National Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 11<br>)<br>) Case No. 08-13555 (JMP)<br>)<br>) (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. *et al.*, | |
| Debtors. | |

### NOTICE OF APPEARANCE, STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER

**PLEASE TAKE NOTICE** that **MORGAN, LEWIS & BOCKIUS LLP**, hereby enters its appearance on behalf of The Lincoln National Life Insurance Company in the above-referenced matter, and the law firm of Bingham McCutchen LLP hereby withdraws as counsel of record for The Lincoln National Life Insurance Company.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit constitutes a waiver of any right (1) to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (2) to trial by jury in any

DB1/ 75748777.1

proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which The Lincoln National Life Insurance Company  may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that notices in this matter should be directed as follows:

>   **MORGAN, LEWIS & BOCKIUS LLP**
>   101 Park Avenue
>   New York, New York 10178-0600
>   Attention:    Andrew D. Gottfried
>   Email:    agottfried@morganlewis.com
>
>   -and-
>
>   **MORGAN, LEWIS & BOCKIUS LLP**
>   1701 Market St.
>   Philadelphia, PA 19103-2921
>   Attention:    John C. Goodchild, III
>   Email:    jgoodchild@morganlewis.com

| | |
|---|---|
| Dated: New York, New York<br>September 16, 2013 | Dated: New York, New York<br>September 16, 2013 |
| Bingham McCutchen LLP | Morgan, Lewis & Bockius LLP |
| By: /s/ R. Jeffery Black<br>R. Jeffery Black<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7446 | By: /s/ Andrew D. Gottfried<br>Andrew D. Gottfried<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-6148 |

SO ORDERED:

Dated: New York, New York
September __, 2013

_____
HON. JAMES M. PECK, U.S.B.J.

Dated: New York, New York
      September ___, 2013

Bingham McCutchen LLP

By: _____
    R. Jeffery Black
    399 Park Avenue
    New York, NY 10022
    (212) 705-7446

Dated: New York, New York
      September ___, 2013

Morgan, Lewis & Bockius LLP

By: _____
    Andrew D. Gottfried
    101 Park Avenue
    New York, NY 10178
    (212) 309-6148

SO ORDERED:

Dated: New York, New York
September __, 2013

_____
HON. JAMES M. PECK, U.S.B.J.