UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (JMP)
                                               :
              Debtors.                         :   (Jointly Administered)
                                               :
-------------------------------------------------------------------x   Ref. Docket No. 40066
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 13, 2013, I caused to be served the "Notice of Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3," dated September 13, 2013, to which was attached the "Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3," dated September 12, 2013 [Docket No. 40066], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ Kerry O'Neil*

Sworn to before me this                                           Kerry O'Neil
16th day of September, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

**Master Service List:**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com

cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com

fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com

jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@ful.com
jmmurphy@stradley.com
jmr@msf-law.com

jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com

| | |
|---|---|
| mabrams@willkie.com | mkjaer@winston.com |
| maofiling@cgsh.com | mlahaie@akingump.com |
| marc.chait@sc.com | mlandman@lcbf.com |
| margolin@hugheshubbard.com | mlichtenstein@crowell.com |
| mark.bane@ropesgray.com | mlynch2@travelers.com |
| mark.deveno@bingham.com | mmooney@deilylawfirm.com |
| mark.ellenberg@cwt.com | mmorreale@us.mufg.jp |
| mark.ellenberg@cwt.com | mneier@ibolaw.com |
| mark.sherrill@sutherland.com | monica.lawless@brookfieldproperties.com |
| marvin.clements@ag.tn.gov | mpage@kelleydrye.com |
| matt@willaw.com | mparry@mosessinger.com |
| matthew.klepper@dlapiper.com | mpomerantz@julienandschlesinger.com |
| maustin@orrick.com | mprimoff@kayescholer.com |
| mbenner@tishmanspeyer.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mberman@nixonpeabody.com | mrothchild@mofo.com |
| mbienenstock@proskauer.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | msegarra@mayerbrown.com |
| mcademartori@sheppardmullin.com | mshiner@tuckerlaw.com |
| mcantor@normandyhill.com | msolow@kayescholer.com |
| mcordone@stradley.com | mspeiser@stroock.com |
| mcto@debevoise.com | mstamer@akingump.com |
| mcyganowski@oshr.com | mvenditto@reedsmith.com |
| mdorval@stradley.com | mwarner@coleschotz.com |
| meghan.breen@srz.com | mwarren@mtb.com |
| melorod@gtlaw.com | nathan.spatz@pillsburylaw.com |
| meltzere@pepperlaw.com | nbojar@fklaw.com |
| metkin@lowenstein.com | ncoco@mwe.com |
| mfeldman@willkie.com | neal.mann@oag.state.ny.us |
| mgordon@briggs.com | ned.schodek@shearman.com |
| mgreger@allenmatkins.com | neilberger@teamtogut.com |
| mh1@mccallaraymer.com | nherman@morganlewis.com |
| mhopkins@cov.com | nissay_10259-0154@mhmjapan.com |
| michael.frege@cms-hs.com | nlepore@schnader.com |
| michael.kelly@monarchlp.com | notice@bkcylaw.com |
| michael.kim@kobrekim.com | nyrobankruptcy@sec.gov |
| michael.mccrory@btlaw.com | oipress@travelers.com |
| michaels@jstriallaw.com | otccorpactions@finra.org |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | patrick.oh@freshfields.com |
| mimi.m.wong@irscounsel.treas.gov | paul.turner@sutherland.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com |
| mjr1@westchestergov.com | pdublin@akingump.com |

| | |
|---|---|
| peisenberg@lockelord.com | robert.yalen@usdoj.gov |
| peter.blasone@klgates.com | robin.keller@lovells.com |
| peter.gilhuly@lw.com | roger@rnagioff.com |
| peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| peter@bankrupt.com | rrainer@wmd-law.com |
| pfeldman@oshr.com | rreid@sheppardmullin.com |
| phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| philip.wells@ropesgray.com | rrussell@andrewskurth.com |
| pmaxcy@sonnenschein.com | russj4478@aol.com |
| ppascuzzi@ffwplaw.com | rwasserman@cftc.gov |
| ppatterson@stradley.com | rwyron@orrick.com |
| psp@njlawfirm.com | s.minehan@aozorabank.co.jp |
| ptrain-gutierrez@kaplanlandau.com | sabin.willett@bingham.com |
| ptrostle@jenner.com | sabramowitz@velaw.com |
| r.stahl@stahlzelloe.com | sabvanrooy@hotmail.com |
| raj.madan@bingham.com | sally.henry@skadden.com |
| ramona.neal@hp.com | samuel.cavior@pillsburylaw.com |
| rbeacher@pryorcashman.com | sandyscafaria@eaton.com |
| rbernard@foley.com | scargill@lowenstein.com |
| rbyman@jenner.com | schannej@pepperlaw.com |
| rdaversa@orrick.com | schepis@pursuitpartners.com |
| relgidely@gjb-law.com | schnabel.eric@dorsey.com |
| rflanagan@flanassoc.com | schristianson@buchalter.com |
| rfrankel@orrick.com | schwartzmatthew@sullcrom.com |
| rfriedman@silvermanacampora.com | scott.golden@hoganlovells.com |
| rgmason@wlrk.com | scottj@sullcrom.com |
| rgoodman@moundcotton.com | scottshelley@quinnemanuel.com |
| rgraham@whitecase.com | scousins@armstrongteasdale.com |
| rhett.campbell@tklaw.com | sdnyecf@dor.mo.gov |
| richard.fingard@newedge.com | seba.kurian@invesco.com |
| richard.lear@hklaw.com | sehlers@armstrongteasdale.com |
| richard.levy@lw.com | seichel@crowell.com |
| richard.tisdale@friedfrank.com | sfelderstein@ffwplaw.com |
| richard@rwmaplc.com | sfineman@lchb.com |
| rick.murphy@sutherland.com | sfox@mcguirewoods.com |
| rjones@boultcummings.com | sgordon@cahill.com |
| rleek@hodgsonruss.com | sgubner@ebg-law.com |
| rlevin@cravath.com | shannon.nagle@friedfrank.com |
| rmatzat@hahnhessen.com | sharbeck@sipc.org |
| rnetzer@willkie.com | shari.leventhal@ny.frb.org |
| robert.bailey@bnymellon.com | shgross5@yahoo.com |
| robert.dombroff@bingham.com | sidorsky@butzel.com |
| robert.henoch@kobrekim.com | sleo@bm.net |
| robert.malone@dbr.com | slerman@ebglaw.com |

slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com

tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**Additional Service List:**

michael.canning@aporter.com
mlandman@lcbf.com

**EXHIBIT B**

08-13555-mg    Doc 40088    Filed 09/16/13    Entered 09/16/13 14:52:15    Main Document
Pg 11 of 12

**Master Service List:**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.; SUSAN D. GOLDEN, ESQ.; ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**Additional Service List:**

MICHAEL CANNING
ARNOLD & PORTER
399 PARK AVENUE
NEW YORK, NY 10022-4690

MARK S. LANDMAN
LANDMAN, CORSI, BALLAINE & FORD P.C.
120 BROADWAY
NEW YORK, NEW YORK 10271