Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California  94607
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  mbostick@wendel.com

Attorneys for Creditors
Coleen Denise Colombo, Isabel Guajardo, Linda
(Weekes) Howard-James, Cheryl McNeil, Michelle
Seymour and Sylvia Vega-Sutfin

<div style="writing-mode: vertical-rl">Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607</div>

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Debtor. | Case No.  08-13555<br>Chapter 11<br><br>**WITHDRAWAL OF DOCUMENT** |

      PLEASE TAKE NOTICE that Wendel, Rosen, Black & Dean LLP, attorneys for creditors

Coleen Denise Colombo, Isabel Guajardo, Linda (Weekes) Howard-James, Cheryl McNeil,

Michelle Seymour, and Sylvia Vega-Sutfin, hereby withdraws the following document, filed on

September 12, 2013, in the above-captioned matter:

      1.     Docket #40057:  Motion for Admission to Practice, *Pro Hac Vice*

Dated: September 16, 2013           WENDEL, ROSEN, BLACK & DEAN LLP


By: */s/ Mark S. Bostick*
     Mark S. Bostick
     Attorneys for Creditors
     Coleen Denise Colombo, Isabel Guajardo,
     Linda (Weekes) Howard-James, Cheryl
     McNeil, Michelle Seymour and Sylvia
     Vega-Sutfin