Robin Keller
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

*Attorneys for QVT Fund LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    **08-13555 (JMP)**
                                                               :
                           **Debtors.**                        :    **(Jointly Administered)**
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

PLEASE TAKE NOTICE that QVT Fund LP (the "Claimant") hereby withdraws with prejudice proof of claim numbers 21151, 21155, 21165, 21169, 21173, 21177, 21181, 21185, 21189, 21203, 21223, 21228, 21232, 21236, 21240, 21244, 21248, and 21252 (the "Claims"), each of which was filed on September 21, 2009, in the amount of $1,404,878.13 plus certain unliquidated amounts.

Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: September 17, 2013
New York, New York

*/s/ Robin Keller*
Robin Keller
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

*Attorneys for QVT Fund LP*

\\NY - 002509/000004 - 2856506 v2