

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **Lombard Odier Darier Hentsch & Cie** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25 day of January 2013.

UBS AG
By: _____
Name: Hugo Koller
Title:  Director

By: _____
Name: Jean-Claude Besson
Title:  Associate Director

TOC111 UBS0240 LODH 500u 20130125
Page 1 of 2



| | |
|---|---|
| **BY REGISTERED MAIL**<br>Lombard Odier Darier Hentsch & Cie<br>Corporate Actions<br>11, rue de la Corraterie<br>1204 Genève | **UBS AG**<br>P.O.Box, CH-8098 Zurich<br>Tel.<br><br>Securities Services Corporate Events<br>Special Transactions & Default<br><br>Jean-Claude Besson<br>OQ9C / O5GC - JWJ<br>Badenerstrasse 574 C / FNNC-288<br>Tel. +41 44 235 60 42<br>Fax +41 44 235 47 21<br>jean-claude.besson@ubs.com<br><br>www.ubs.com |

# Message

January 25, 2013

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of     Attention Mr José Filelia

you are receiving     Evidence of partial transfer of claim, duly completed and signed by UBS.

☐ for your information        ☐ returned with thanks        ☐ please return
☒ for your records            ☐ please comment             ☒ please confirm receipt
☐ as agreed                   ☐ please sign                ☐ please process
☐ please complete             ☐ please forward to

Remarks
TOC111 units    500.00    3533380        ANN5214R7678

Claimant / Transferor: UBS AG, Zurich
Initial Proof of Claim Number: 59233
Transferee: Lombard Odier Darier Hentsch & Cie

Yours sincerely,

UBS AG

Jean-Claude Besson            Hugo Koller
Associate Director            Director

61555 E        05.2005    J1



## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| ANN5214R7678 | 59233 | October 30, 2009 | Lehman Brothers Securities | 500 units |

FILED / RECEIVED
AUG 29 2013
EPIQ SYSTEMS

Lehman Brothers Hldg Claims Processing Center
c/o EPIQ Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New-York, NY 10150-5076

USA



27.08.13
CH - 1200
Genève 11
750229

003.80
PRIORITY
Stand 2
LA POSTE