Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Perry Principals, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                            :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,           :   Case No. 08-13555 (JMP)
:
Debtors.                                         :   (Jointly Administered)
:
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Perry Principals, L.L.C. ("Claimant"), through its undersigned counsel, hereby withdraws Proof of Claim number 27880, solely to the extent such claim is held by Claimant, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: September 17, 2013
       New York, New York

**BINGHAM MCCUTCHEN LLP**

By: /s/ Joshua Dorchak
    Joshua Dorchak
    joshua.dorchak@bingham.com
    399 Park Avenue
    New York, New York 10022
    (212) 705-7000

*Attorneys for Perry Principals, L.L.C.*

A/75731616.1