WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
:
**In re**                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :    **08-13555 (JMP)**
:
      **Debtors.**                    :    **(Jointly Administered)**
:
--------------------------------------------------------------------x
:
**In re**                                              :
:
:    **Case No.**
**LEHMAN BROTHERS INC.,**                              :
:    **08-01420 (JMP) (SIPA)**
      **Debtor.**                     :
:
--------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
THE SIXTY-FIFTH OMNIBUS HEARING ON SEPTEMBER 18, 2013 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

I.   **CONTESTED MATTERS:**

1.   Motion of Retirement Housing Foundation and Its Affiliates for a Determination that the Automatic Stay Does Not Bar Commencement of Certain Litigation Against the Debtors Related to Post-Petition Claims and/or Granting Relief from the Automatic Stay to Permit Commencement of Such Litigation; and Separately, to Grant RHF Relief from the Automatic Stay to Litigate the Tort Claim in the California State Court [**ECF No. 39291**]

   Response Deadline:   September 11, 2013 at 4:00 p.m.

   Response Received:

   A.   Plan Administrator's Objection [**ECF No. 40036**]

   Related Documents:

   B.   Declaration of Timothy D. Reuben in Support of Retirement Housing Foundation's Motion [**ECF No. 39292**]

   C.   Declaration of Eric Kasenetz in Support of Plan Administrator's Objection [**ECF No. 40037**]

   D.   Declaration of David Colarossi in Support of Plan Administrator's Objection [**ECF No. 40039**]

   E.   Reply of Retirement Housing Foundation and Its Affiliates to Plan Administrator's Objection [**ECF No. 40070**]

   F.   Declaration of Brian Magnone in Support of Retirement Housing Foundation's Motion [**ECF No. 40071**]

   Status:  This matter is going forward.

2.   Motion of RBC Dominion Securities Inc. to Compel Lehman Brothers Holdings, Inc. to Reissue Checks for Allowed Claim [**ECF No. 39062**]

   Response Deadline:   August 14, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Plan Administrator [**ECF No. 39453**]

Related Document:

    B.    Reply of RBC Dominion Securities Inc. to Response of Plan Administrator [**ECF No. 40029**]

Status: This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

### II.    UNCONTESTED MATTERS:

3. Trustee's Motion to Establish Supplemental Procedures for Remaining Customer Distributions Pursuant to SIPA Section 78fff-2(b) [**LBI ECF No. 7144**]

    Response Deadline:    September 11, 2013 at 4:00 p.m., extended for one party to September 13, 2013 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

        A.    Declaration of Anson B. Frelinghuysen [**LBI ECF No. 7145**]

        B.    Notice of Filing of Revised Schedule I to Proposed Order [**LBI ECF No. 7267**]

    Status: This matter is going forward.

4. Trustee's Motion to Establish Claims Hearing Procedures and Alternative Dispute Resolution Procedures for General Creditor Claims Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-452 [**LBI ECF No. 7146**]

    Response Deadline:    September 11, 2013 at 4:00 p.m., extended for one party to September 13, 2013 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward.

3

5. Trustee's Motion for an Order Pursuant to Section 503(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Requests for Payment of Certain Administrative Expenses and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof [**LBI ECF No. 7147**]

   Response Deadline:   September 11, 2013 at 4:00 p.m., extended for one party to September 13, 2013 at 4:00 p.m.

   Responses Received:  None.

   Related Document:

   A.   Notice of Revised Proposed Order [**LBI ECF No. 7259**]

   Status:  This matter is going forward.

# LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

# MATTERS TO BE HEARD AT 2:00 P.M.

### III. ADVERSARY PROCEEDINGS:

6. Michigan State Housing Development Authority v. Lehman Brothers Special Financing Inc., *et al.* [**Adversary Case No. 09-01728**]

   **Motions for Partial Summary Judgment**

   A.   Michigan State Housing Development Authority's Partial Motion For Summary Judgment [**ECF No. 31**]

   B.   Lehman Brothers Special Financing Inc.'s Cross-Motion for Partial Summary Judgment and Opposition to Michigan State Housing Development Authority's Motion for Partial Summary Judgment [**ECF No. 34**]

   C.   Declaration of Evert J. Christensen, Jr. in Support of Lehman Brothers Special Financing Inc.'s Cross-Motion [**ECF No. 35**]

   D.   Declaration of Locke R. McMurray in Support of Lehman Brothers Special Financing Inc.'s Motion [**ECF No. 36**]

   E.   Lehman Brothers Special Financing Inc.'s Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment [**ECF No. 37**]

   F.   Lehman Brothers Special Financing Inc.'s Response to Michigan State Housing Development Authority's Statement of Material Facts to Which There Is No Dispute [**ECF No. 38**]

4

    G.    Joinder of Official Committee of Unsecured Creditors in Lehman Brothers Special Financing Inc.'s Cross-Motion for Partial Summary Judgment and Opposition to Michigan State Housing Development Authority's Motion for Partial Summary Judgment [**ECF No. 39**]

    H.    Opposition of Michigan State Housing Development Authority to Lehman Brothers Special Financing, Inc.'s Cross-Motion for Partial Summary Judgment and Reply in Support of Michigan State Housing Development Authority's Motion for Partial Summary Judgment [**ECF No. 45**]

    I.    Michigan State Housing Development Authority's Response to Lehman Brothers Special Financing, Inc.'s Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment [**ECF No. 46**]

    J.    Declaration of Craig Goldblatt in Support of Michigan State Housing Development Authority's Opposition to Lehman Brothers Special Financing, Inc.'s Cross-Motion for Partial Summary Judgment and Reply in Support of Michigan State Housing Development Authority's Motion for Partial Summary Judgment [**ECF No. 47**]

    K.    Lehman Brothers Special Financing Inc.'s Reply in Further Support of Its Cross-Motion for Partial Summary Judgment [**ECF No. 51**]

    L.    Joinder of Official Committee of Unsecured Creditors in Lehman Brothers Special Financing Inc.'s Reply in Further Support of Its Cross-Motion for Partial Summary Judgment [**ECF No. 52**]

Status:  These matters are going forward.

7.    Lehman Brothers Holdings Inc., *et al.* v. Intel Corp. [**Adversary Case No. 13-01340**]

**Pre-Trial Conference and Defendant's Motion to Dismiss Plaintiffs' Bankruptcy Claims and for a Determination that Plaintiffs' Contract Claim is Non-Core**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Summons with Notice of Pre-Trial Conference [**ECF No. 2**]

5

    C.    Intel's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Bankruptcy Claims and for a Determination that Plaintiffs' Contract Claim is Non-Core [**ECF No. 8**]

    D.    Stipulated Order Setting Pleading Motion and Response Dates [**ECF No. 19**]

    E.    Notice of Adjournment of Pre-Trial Conference [**ECF No. 22**]

    F.    Plaintiff's Opposition to Intel's Motion to Dismiss and for a Determination that the Breach of Contract Claim is Non-Core [**ECF No. 23**]

    G.    Intel's Reply Memorandum of Law in Further Support of its Motion to Dismiss Plaintiffs' Bankruptcy Claims and for a Determination that Plaintiffs' Contract Claim is Non-Core [**ECF No. 25**]

    H.    Stipulated Scheduling Order [**ECF No. 26**]

    I.    Joint Status Report of Rule 26(f) Discovery [**ECF No.27**]

Status:  These matters are going forward.

8.    FirstBank Puerto Rico v. Barclays Capital, Inc. [**Adversary Case No. 10-04103**]

**Motion for Civil Contempt Sanctions**

Related Documents:

    A.    Notice of Motion of Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order, dated September 13, 2012 [**ECF No. 20 / 08-13555, ECF No. 30904**]

    B.    Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order [REDACTED], dated September 13, 2012 [**ECF No. 21 / 08-13555, ECF No. 30905**]

    C.    Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order [REDACTED], dated September 13, 2012 **[ECF No. 22 / 08-13555, ECF No. 30906]**

    D.    Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for

6

        Willful Violation of the Sale Order, dated September 13, 2012 **[ECF No. 31 / 08-13555, ECF No. 31178]**

E.    Declaration of Jeffrey A. Mitchell in Opposition to the Motion by Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico **[ECF No. 71]**

F.    Memorandum of Law in Opposition to the Motion by Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico - FILED UNDER SEAL Pursuant to Paragraph 17 of the Confidentiality Stipulation and Protective Order Between Barclays Capital Inc. and FirstBank Puerto Rico, So Ordered on April 5, 2011 [Dkt. No. 6] **[ECF No. 72]**

G.    [REDACTED] Reply Memorandum of Law in Further Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order **[ECF No. 77 / 08-13555, ECF No. 39196]**

H.    Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order, dated August 5, 2013 **[ECF No. 78 / 08-13555, ECF No. 39197]**

<u>Status</u>:  This matter is going forward.

9.    El Veasta Lampley v. Lehman Brothers Holdings Inc. [**Adversary Case No. 13-01354**]

**Pre-Trial Conference**

<u>Related Documents</u>:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Request for Fee Waiver [**ECF No. 2**]

    C.    Summons with Notice of Pre-Trial Conference [**ECF No. 3**]

    D.    Lehman Brothers Holdings Inc.'s Motion to Dismiss Adversary Complaint **[ECF No. 4]**

<u>Status</u>:  This matter is going forward solely as a pre-trial conference.

7

IV. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc. Chapter 11 Cases**

10. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

    Response Deadline:   February 9, 2011 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection [**ECF No. 14398**]

        B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

    Related Documents:

        C.    Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

        D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

    Status:  This matter has been adjourned to October 23, 2013 at 10:00 a.m.

11. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Other Entities [**ECF No. 16803**]

    Response Deadline:   June 8, 2011 at 4:00 p.m.

    Response Received:

        A.    Debtors' Objection [**ECF No. 17502**]

    Related Documents:  None.

    Status:  This matter has been adjourned to December 19, 2013 at 10:00 a.m.

12. Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

    Response Deadline:   September 11, 2013 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

8

08-13555-mg    Doc 40119    Filed 09/17/13    Entered 09/17/13 12:27:01    Main Document
Pg 9 of 11

Status:  This matter has been adjourned to October 23, 2013 at 10:00 a.m.

13. Motion of Baupost Group, LLC to Quash Debtors' Subpoena Issued Under Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 38941**]

Response Deadline:    September 5, 2013 at 4:00 p.m.

Response Received:

    A.    Debtors' Opposition [**ECF No. 39947**]

Related Document:

    B.    Declaration of Richard W. Slack in Support of Debtors' Opposition [**ECF No. 39948**]

Status:  This matter has been adjourned to October 23, 2013 at 10:00 a.m.

**B. Securities Investor Protection Corporation Proceedings**

14. Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

Response Deadline:    August 8, 2012 at 4:00 p.m.

Responses Received:

    A.    Response of LBHI Entities [**LBI ECF No. 5211**]

    B.    Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

    C.    Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

    D.    Trustee's Opposition [**LBI ECF No. 5215**]

    E.    Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**]

    F.    Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

9

US_ACTIVE:\44327179\5\58399.0011

Related Documents:

G. Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

H. Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

I. FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

J. Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

K. Stipulation and Agreed Order Resolving Motion of FirstBank Puerto Rico for Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim [**LBI ECF No. 6303**]

L. Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc. [**LBI ECF No. 6938**]

  M. Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040, 6193, 6322, 6746, 7019, TBD**]

  N. Notice of Hearing [**LBI ECF No. 6952**]

<u>Status</u>: This matter has been adjourned to October 23, 2013 at 10:00 a.m.

Dated: September 17, 2013
    New York, New York

            /s/ Robert J. Lemons
            Robert J. Lemons

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Lehman Brothers Holdings Inc.
            and Certain of Its Affiliates

Dated: September 17, 2013
    New York, New York

            /s/ Jeffrey S. Margolin
            James B. Kobak, Jr.
            Christopher K. Kiplok
            Jeffrey S. Margolin

            HUGHES HUBBARD & REED LLP
            One Battery Park Plaza
            New York, New York 10004
            Telephone: (212) 837-6000
            Facsimile: (212) 422-4726

            Attorneys for James W. Giddens, Trustee for
            the SIPA Liquidation of Lehman Brothers Inc.