Jack A. Raisner (JR 6171)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: 646-509-2070
Email: jar@outtengolden.com

Gary Gwilliam (*pro hac vice pending*)
Randall E. Strauss (*pro hac vice pending*)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (925) 820-0335
Email: GGwilliam@giccb.com
Email: rstrauss@giccb.com

Mark S. Bostick (*pro hac vice pending*)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

*Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda (Weekes) Howard-James, Isabel Guajardo and Coleen Denise Colombo*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mark S. Bostick, an attorney, hereby certify that on September 17, 2013, I caused a true and correct copy of the **RESPONSE AND OPPOSITION TO THE FOUR HUNDRED AND THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS NOS. 5222, 5223, 5224, 5225, 5226 AND 5227 AND REQUEST FOR RELIEF FROM INJUNCTION** to be served

003336.0013\3272096.1                                   1

electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the following parties:

| | |
|---|---|
| The Chambers of the Honorable James M. Peck<br>United States Bankruptcy Court<br>Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Tracy Hope-Davis, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>Office of the United States Trustee for Region 2<br>201 Varick Street, Suite 1006<br>New York, NY  10014 | |
| DATED: September 17, 2013 | By: */s/ Mark S. Bostick*<br>Mark S. Bostick (*pro hac vice pending*)<br>1111 Broadway, 24th Floor<br>Oakland, California 94607-4036<br>Telephone:  (510) 834-6600<br>Fax:  (510) 834-1928<br>Email:  mbostick@wendel.com<br><br>*Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda (Weekes) Howard-James, Isabel Guajardo and Coleen Denise Colombo* |