# UBS

|  |  |
|---|---|
| BY REGISTERED MAIL<br>US Bankruptcy Court/South District NY<br>Attn: Clerk of the Court<br>One Bowling Green<br>New York, New York 10004<br>USA | UBS AG<br>Badenerstrasse 574 / C<br>P.O.Box, PO Box, 8098 Zurich<br>Tel.<br><br>OQ9C/O5GC<br>C/A Special Transactions / Default MGMT<br><br>Matthias Mohos<br>YBM<br>Tel. +41 44 236 07 54<br>Fax +41 44 235 47 21<br>matthias.mohos@ubs.com<br><br>www.ubs.com |

## Message

September 05, 2013

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of        Attention: Clerk of the Court

you are receiving  Evidence of partial transfer of claim, duly completed and signed.

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment            ☒ please confirm receipt
☐ as agreed                 ☐ please sign               ☐ please process
☐ please complete

Remarks
TOC164    CHF 13'000.00    2750605    XS0324890440
Claimant / Transferor: UBS AG, Zurich / Initial Proof of Claim Number: 59233
Transferee: Luca Genoni at Banca Coop SA, Bellinzona, Switzerland

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director


RECEIVED SEP 1 2 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

61555 E      05.2005    J1



Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re: Lehman Brothers Holdings Inc.              Case No.: 08-13555 (JMP
                                                  Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Luca Genoni<br>Via Fam Carlo Scacchi 18<br>6825 Capolago | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Luca Genoni<br>Via Fam Carlo Scacchi 18<br>6825 Capolago | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>Banca Coop SA<br>Piazza Nosetto 3<br>CH-6501 Bellinzona<br>In favor of<br>Luca Genoni<br>CH4508440256330712002 | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 13'000.00<br>(face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 31. VIII 13
    Luca Genoni

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

TOC 164



Evidence of Transfer



**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "*Debtor*")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 5% BRC Lehman 2007-30.10.2008 Bassket | XS0324890440 | LBT BV | LBH Inc. | CHF 13'000.00 out of CHF 52'547'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 14 and in paragraphs/lines 16 of the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Luca Genoni
Via Fam Carlo Scacchi 18
6825 Capolago

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

TOC 164



IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~June~~ , ~~2012~~ September 5, 2013.

UBS AG
Transferor

By: _____
Name: Jean-Claude Besson
Title: Associate Director

By: _____
Name: Matthias Mohos
Title: Associate Director

ACKNOWLEDGED BY:

Luca Genoni]
Transferee

By: _____
Name: Luca Genoni

TOC 164

