**UBS**

BY REGISTERED MAIL
US Bankruptcy Court/South District NY
Attn: Clerk of the Court
One Bowling Green
New York, New York 10004
USA

UBS AG
Badenerstrasse 574 / C
P.O.Box, PO Box, 8098 Zurich
Tel.

OQ9C/O5GC
C/A Special Transactions / Default MGMT

Matthias Mohos
YBM
Tel. +41 44 236 07 54
Fax +41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

## Message

September 05, 2013



RECEIVED SEP 13 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

subject: **Claim Transfer Agreement Lehman Program Securities**

On behalf of        Attention: Clerk of the Court

you are receiving   Evidence of partial transfer of claim, duly completed and signed.

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment            ☒ please confirm receipt
☐ as agreed                 ☐ please sign               ☐ please process
☐ please complete           ☐

Remarks
TOC163    USD 60'000.00    3757648    XS0356499052
Claimant / Transferor: UBS AG, Zurich / Initial Proof of Claim Number: 59233
Transferee: GONET & CIE, Geneva, Switzerland

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E    05.2005    J1

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 10% Lehman Bros. Treasury BV 2008-23.10.2008 | XS0356499052 | LBT BV | LBH Inc. | USD 60'000.00 out of USD 1'271'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

GONET & CIE
6, boulevard du Théâtre
CP 5009 – CH - 1211 Genève 11
T +41 (0)22 317 17 17 (général)
T +41 (0)22 338 18 43 (direct)
F +41 (0)22 317 17 01
nleprat@gonet.ch
attention: Nicole Leprat – Responsable Dpt Opérations

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent




## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP
                                                Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>GONET & CIE | Name of Transferor:<br>UBS AG |
|---|---|
| GONET & CIE<br>6, BOULEVARD DU THEATRE<br>CP 5009<br>CH-1211 GENEVE 11 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>USD 60'000.00<br>(face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:    _GONET & CIE_____        Date:    ___September 4th 2013

GONET & Cie
Boulevard du Théatre 6
Case postale 5009
1211 Genève 11

Nicole LEPRAT
Membre de la direction

Eric DANALET
Fondé de pouvoir

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

TOC163



permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 4, 2013

UBS AG
Transferor

By: _____
Name:  Jean-Claude Besson
Title:  Associate Director

By: _____
Name:  Matthias Mohos
Title:  Associate Director

ACKNOWLEDGED BY:

GONET & CIE
Transferee

By: _____
Name:
Title:

Eric DANALET              Nicole LEPRAT
Fondé de pouvoir          Membre de la direction

TOC 163

