# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

September 18, 2013

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re**: **ADR Procedures Order Dated 9/17/09 ("Order")**
     **Forty-sixth Status Report**

Dear Judge Peck:

The six Mediators have requested again, your Honor, that I submit this monthly report (the forty-sixth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the September 18, 2013 omnibus hearing.

In the 26 days following the last prior report, Debtors served one additional ADR Notice in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 431. During the immediately past reporting period, Debtors achieved settlements with counterparties in nine ADR matters, five as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $1,842,080,288 new dollars for the Debtors' estates. Settlements now have been achieved in 280 ADR matters involving 374 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
September 18, 2013
Page 2

To date, of the 120 ADR matters that have reached the mediation stage in Tier One and have been concluded, 112 have been settled in mediation. Only eight Tier One mediations have terminated without settlement. One additional Tier One mediation has been scheduled to commence on the following date: October 24, 2013.

Respectfully submitted,

*/s/ Peter Gruenberger*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc: Stephen Crane, Esq
 Jacob Esher, Esq.
 James Freund, Esq.
 David Geronemus, Esq.
 Jane Greenspan, Esq.
 Ralph Mabey, Esq.
 David Cohen, Esq.
 (all cc's via E-mail)