B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
Paulson Credit Opportunities Master Ltd.

Name of Transferor
SHK Asia Dynamic Holdings LTD for and on account of SHK Asia Dynamic Fund, a sub fund of the SHK Dynamic Fund LTD

Name and Address where notices to transferee should be sent:

Paulson Credit Opportunities Master Ltd.
c/o Paulson & Co. Inc
1251 Ave. of the Americas, 50th Fl
New York, NY 10020
Fax: 212-977-9505
Email: Paul_ops@paulsonco.com

Court Claim # (if known): 6760
Claim Amount: $12,526,902.22
Amount Transferred: $12,526,902.22
Date Claim Filed: 7/30/2009
(amending claim 1775, filed 1/19/2009)
Debtor against claim filed: Lehman Brothers Holdings Inc.

With a copy to:
Michael Greenblatt
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank    JPMorgan Chase
ABA#: 021000021
DDA#: 066001633 JPMCC
F/A/O: JP Morgan Clearing Corp.
FFC:    Paulson Credit Opportunities Master Ltd.
A/C     102-39267

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: September 18, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8973152v.1

### Form of Evidence of Transfer of Claim

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

SHK Asia Dynamic Holdings LTD for and on account of SHK Asia Dynamic Fund, a sub fund of the SHK Dynamic Fund LTD ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Lehman Claims Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Paulson Credit Opportunities Master Ltd., its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 6760) in the amount of $12,526,902.22 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 18 day of September, 2013.

SELLER:
**SHK Asia Dynamic Holdings LTD for and on account of SHK Asia Dynamic Fund, a sub fund of the SHK Dynamic Fund LTD**

By: _____
Name: Rizal Wijono
Title: Director

BUYER:
**Paulson Credit Opportunities Master Ltd.**

By: _____
Name: Stuart Merzer
Title: Authorized Signatory

NY1 8974785v.1