Dwyer & Wing, P.C.
1503 Brady Street
Davenport, Iowa 52803
(563) 323-3000
Stephen P. Wing, Esq.

Attorneys for Charles L. Kuykendall

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 11 |
| LEHMMAN BROTHERS HOLDINGS, INC., *et. al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF CLAIM #5487

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. #08-13555 (JMP) |
| Credit Name and Address: | Charles L. Kuykendall 6573 Eagle Ridge Drive Bettendorf, IA 52722 |
| Court Claim Number: | 5487 |
| Date Claim Filed: | 7/16/2009 |
| Total Amount of Claim Filed: | $348,273.95 |

COMES NOW, Charles L. Kuykendall (hereinafter, the "Creditor"), a creditor in the above-referenced case by and through his attorney of record, Stephen P. Wing, having previously filed the above reference proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  September 18, 2013                    Charles L. Kuykendall


By: _____
Stephen P. Wing, his attorney

Certificate of Service

The undersigned certifies under penalty of perjury that he is 18 years of age or older, and that a copy of his document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on September 18, 2013.

_____/s/_____
Stephen P. Wing
1503 Brady Street
Davenport, IA   52803
(563) 323-3000
(563) 323-7452
spwing@iabar.org