Dwyer & Wing, P.C.
1503 Brady Street
Davenport, Iowa 52803
(563) 323-3000
Stephen P. Wing, Esq.

Attorneys for Charles L. Kuykendall

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>LEHMMAN BROTHERS HOLDINGS, INC., *et. al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE**, that the undersigned hereby withdraws his appearance on behalf of Charles L. Kuykendall with regard to claim #5487 in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that he be removed from all service lists for these cases, including the Court's CM/ECF electronic notification list.

Dated: September 18, 2013

Respectfully submitted,

Dwyer & Wing, P.C.

By: *(signature)*
Stephen P. Wing, Esq.
1503 Brady Street
Davenport, IA 52803
Tel: (563) 323-3000
Fax: (563) 323-7452
spwing@iabar.org

Attorneys for Charles L. Kuykendall

Certificate of Service

The undersigned certifies under penalty of perjury that he is 18 years of age or older, and that a copy of his document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on September 18, 2013.

_____/s/_____
Stephen P. Wing
1503 Brady Street
Davenport, IA   52803
(563) 323-3000
(563) 323-7452
spwing@iabar.org