# SCHEDULE I
## $3,436,225,000
## Tobacco Settlement Financing Corporation, State of New Jersey
## Tobacco Settlement Asset-Backed Bonds
## Series 2007-1A Senior Certificates

### Bid Results

**BID:** Termination of Lehman Brothers Special Financing Inc. CP FPA
**BID DATE:** January 26, 2009   3:00 PM EASTERN
**BIDDING AGENT:** Mike Marz - David Brayshaw (214) 953-4040

|  | L.T. - Credit Rating | | S.T. - Credit Rating | | Reserve Fund Agreement dated January 29, 2007 | Reserve Fund Agreement dated March 7, 2003, as amended January 29, 2007 | Reserve Fund Agreement dated August 28, 2002, as amended January 29, 2007 |
|---|---|---|---|---|---|---|---|
| Firm | **S&P** | **Moody's** | **S&P** | **Moody's** | $100,469,617@5.002% | $82,835,000@4.44% | $31,154,270@4.7% |
| Barclays Capital Inc. | AA- | Aa3 | A-1+ | P-1 | $70,326,591.00 | $48,691,798.00 | $19,917,635.00 |
| Citigroup | A+ | Aa3 | A-1 | P-1 | Pass | Pass | Pass |
| Morgan Stanley & Co., USA | A | A2 | A-1 | P-1 | $34,017,000.00 | $18,686,000.00 | $8,815,000.00 |
| Natixis Funding Corporation | A+ | Aa3 | A-1 | P-1 | $49,656,142.69 | $30,941,441.34 | $13,376,817.16 |
| Transamerica (AEGON) | AA | Aa3 | A-1+ | P-1 | $35,800,000.00 | $20,500,000.00 | $9,500,000.00 |
| **Arithmetic mean of market quotations** | | | | | **$42,728,071.35** | **$25,720,720.67** | **$11,438,435.58** |

A positive number indicates that the FPA is in the money to NJ. Does not include any expenses.
Bid: Termination of Lehman Brothers Special Financing Inc. CP FPA