## EXHIBIT F

## MARCH 3, 2009 MEMORANDUM

#1984721 v1
108686-64494

| | |
|---|---|
| **From:** | maurice.horwitz@weil.com |
| **Sent:** | Tuesday, March 03, 2009 3:13 PM |
| **To:** | Ponto, Geraldine E. |
| **Cc:** | Gorman, Cheryl; robert.lemons@weil.com; lori.fife@weil.com; jay.tabor@weil.com |
| **Subject:** | In re Lehman Brothers Holdings Inc. - Objection of the Tobacco Settlement Financing Corporation of the State of New Jersey [Docket No. 1798] |

**Importance:** High

Dear Geraldine,

Regarding the Tobacco Settlement Financing Corporation of the State of New Jersey's objection [Docket No. 1798] to the Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts [Docket No. 1498], the Debtors acknowledge the valid termination of the contracts identified in your objection. Therefore, the Debtors will not be seeking to assume and assign such contracts pursuant to the procedures set forth in the proposed Order. We assume this resolves your objection, but reque that you confirm as much as soon as possible.

Regards,

Maurice Horwitz
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Direct: +1.212.310.8883
Fax: +1.212.310.8007
Email: maurice.horwitz@weil.com

The information contained in this email message is intended only for use of the individual or entity named above. If reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

3/3/2009