David N. Crapo, Esq.
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 613-2000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2013, a true and correct copy of the *Verified Opposition of the Tobacco Settlement Financing Corporation to the Debtors' Four Hundred Thirty-Third Omnibus Objection to Claims (Valued Derivative Claims)* was served via the CM/ECF system on parties requesting electronic service, by U.S. Mail upon the Office of the United States Trustee for the Southern District of New York, Attn: Tracy Hope Davis, Esq.; Susan Golden, Esq.; and Andrea B. Schwartz, Esq., U.S. Federal Office Bldg, 201 Varick St, Ste 1006, New York, NY 10014 and by e-mail on the following:

Weil Gotshal & Manges LLP          robert.lemons@weil.com
Attn: Robert Lemons, Esq.          lee.goldberg@weil.com
Ralph Miller, Esq.                 ralph.miller@weil.com
767 Fifth Avenue
New York, NY 10153
*Counsel for the Debtor*

Dated: September 19, 2013
       New York, New York                    **GIBBONS P.C.**

                                             By: */s/ David N. Crapo*
                                                 David N. Crapo, Esq.

#1991838 v1
108686-64494