WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT** *sine die* **OF FOUR
HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS
(REDUCE AND ALLOW CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Thirty-First Omnibus Objection to Claims [ECF No. 39569] (the "Objection") that was scheduled for September 26, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined** (the "Hearing"). Lehman Brothers Holdings Inc., as plan administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon the (i) the Office of the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit A; and (vi) all other parties entitled to notice in

US_ACTIVE:\44100379\1\58399.0011

accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [ECF No. 9635]. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  September 18, 2013
       New York, New York

                              /s/ Robert J. Lemons
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Lehman Brothers
                              Holdings Inc. and Certain of Its Affiliates

**Exhibit A**

US_ACTIVE:\44100379\1\58399.0011

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 431: EXHIBIT A - ADJOURNED REDUCE & ALLOW

| # | NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1 | COLOMBO, COLEEN DENISE | 5227 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $154,252.80 | $154,252.80 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 2 | GUAJARDO, ISABEL | 5226 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $58,240.00 | $58,240.00 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 3 | HOWARD-JAMES, LINDA (WEEKES) | 5225 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $10,000,000.00 | $10,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $154,502.40 | $154,502.40 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 4 | KALAIMOKU-KUHIO DEVELOPMENT CORP. | 25164 | LB 2080 Kalakaua Owners LLC | LB 2080 Kalakaua Owners LLC | ASSERTED AMT. | | | | $8,953,501.39 | $8,953,501.39 * |
| | | | | | MODIFIED AMT. | | | | $8,953,501.39 | $8,953,501.39 |
| | | | | | Reason for Reduction: | No liability for unliquidated portion of claim. | | | | |
| 5 | MCNEIL, CHERYL | 5224 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $82,409.60 | $82,409.60 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 6 | SEYMOUR, MICHELLE | 5222 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $123,968.00 | $123,968.00 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |
| 7 | VEGA-SUTFIN, SYLVIA | 5223 | BNC Mortgage LLC | BNC Mortgage LLC | ASSERTED AMT. | | | | $5,000,000.00 | $5,000,000.00 |
| | | | | | MODIFIED AMT. | | | | $108,000.00 | $108,000.00 |
| | | | | | Reason for Reduction: | Debtor denies liability; claim is inflated and does not reflect a fair, accurate and true measure of damages. | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 431: EXHIBIT A - ADJOURNED REDUCE & ALLOW**

| NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| | | | TOTAL AMOUNT SUBJECT TO OBJECTION | | | | $43,953,501.39 | $43,953,501.39 |
| | | | TOTAL CLAIMS AS MODIFIED | | | | $9,634,874.19 | $9,634,874.19 |

\* - Indicates claim contains unliquidated and/or undetermined amounts