Evidence of Transfer of Claim.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

### EVIDENCE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claims of The Lehman Brothers Foundation Europe ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| All amounts filed in respect of Claim No 25896 | 25896 |

have been transferred and assigned to CVI GVF (Lux) Master Sarl ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master Sarl

Address:

Signature:
Name: Mirko Fischer
Title: Manager
Date: 19.09.13

Address: 11-13 Boulevard de la Foire
L-1528 Luxembourg

ASSIGNOR: Lehman Brothers Foundation Europe

Address:

Signature:
Name: LISA GREENWAY
Title: DIRECTOR
Date: 6 SEPTEMBER 2013

Address: Level 23
25 Canada Square
London
E14 5LQ

- 1 -