Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for UBS AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,                          :    Case No. 08-13555 (JMP)
                                                                :
Debtors.                                                        :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that UBS AG ("Claimant"), through its undersigned counsel, hereby withdraws <u>solely</u> that portion of Proof of Claim number 50309 that relates to a Lehman Program Security with the ISIN XS0215349357, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: September 20, 2013
       New York, New York

**BINGHAM MCCUTCHEN LLP**

By: /s/ Joshua Dorchak
    Joshua Dorchak
    joshua.dorchak@bingham.com
    399 Park Avenue
    New York, New York 10022
    (212) 705-7000

*Attorneys for UBS AG*

A/75736745.1