**SILVERMANACAMPORA LLP**  
Counsel to Caisse des Dépôts et Consignations,  
100 Jericho Quadrangle, Suite 300  
Jericho, New York 11753  
(516) 479-6300  
Jay S. Hellman  
Brett S. Silverman  

**Hearing Date:** October 24, 2013  
**Time:** 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------------------X  

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------------X  

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the motion of Caisse des Dépôts et Consignations for the entry of an order to permit a late-filed claim against Lehman Brothers Special Financing Inc. ("LBSF" and, together with its jointly administered co-debtors, "Lehman" or the "Debtors") in accordance with Rules 3003(c)(3) and 3002(c)(6) or, alternatively, Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with such claim being deemed timely filed (the "Motion"), scheduled to be heard September 26, 2013 at 10:00 a.m. before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004, has been adjourned to **October 24, 2013** at **10:00 a.m.**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be further adjourned without further notice other than the announcement of such adjournment in open Court, or the filing of a notice of adjournment on the docket of the Debtor's case.

Dated: Jericho, New York  
September 19, 2013  

**SILVERMANACAMPORA LLP**  
Counsel to Caisse des Dépôts et Consignations  

By:   s/ Jay S. Hellman  
Jay S. Hellman  
A Member of the Firm  
100 Jericho Quadrangle, Suite 300  
Jericho, New York 11753  
(516) 479-6300  

CM/1395680.1/060177