**SILVERMANACAMPORA LLP**
Counsel to Caisse des Dépôts et Consignations,
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Jay S. Hellman
Brett S. Silverman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re                                                                                  Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al,*.          Case No.:  08-13555 (JMP)

                                        Debtors.                      (Jointly Administered)
-------------------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NASSAU     )

I, **DEANNA CALIENDO**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and am employed by SilvermanAcampora LLP.

On September 20, 2013, deponent served the within **Notice of Adjournment of Hearing** by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:     **ATTORNEYS FOR THE DEBTORS**
Maurice Horwitz, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

CM/1396010.1/060177

**OFFICE OF THE UNITED STATES TRUSTEE**
Tracy Hope Davis, Esq.
Office of the US Trustee
201 Varick Street, Suite 1006
New York, New York  10014

                                                         s/ Deanna Caliendo
                                                          **DEANNA CALIENDO**

Sworn to before me this
20th day of September, 2013

| Carol Ann Gallo-Russo |
| --- |
| Notary Public, State of New York |
| No. 01GA4632721 |
| Qualified in Suffolk County |
| Commission Expires April 30, 2014 |

*s/ Carol Ann Gallo Russo*
       Notary Public