B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.    Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **THE ROYAL BANK OF SCOTLAND PLC** | **T ASIA L HOLDINGS, LTD.** |
|---|---|
| *Name of Transferee* | *Name of Transferor* |

Name and Address where notices to transferee should be sent:

The Royal Bank of Scotland plc
600 Washington Boulevard
Stamford, CT 06901
Contact: Christopher J. Young
Phone: (203) 897-1287
Email: Christopher.Young@rbs.com

Court Claim #: 14633
Amount of Claim Being Transferred: 100% of Claim # 14633 as held by T Asia L Holdings, Ltd., in the total allowed amount of $243,503,746.52

Name and Address where transferee payments should be sent (if different from above):

Christopher J. Burn
Director of TAO L Holdings, Ltd.
101 Park Avenue, 33rd Floor
New York, NY 10178
Phone: (212) 716-2688
Fax: (212) 716-2681
Email: cburn@gosheninv.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:    September 20, 2013
**THE ROYAL BANK OF SCOTLAND PLC**

**By:  RBS SECURITIES INC., ITS AGENT**

Transferee/Transferee's Agent


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.