WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                         :      Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :      08-13555 (JMP)
:
Debtors.                           :      (Jointly Administered)
:
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF THE
### FOUR HUNDRED THIRTY-THIRD OMNIBUS OBJECTION
### (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Thirty-Third

Omnibus Objection to Claims (Valued Derivative Claims) that was originally scheduled for

September 26, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with**

**respect to the claims listed on Exhibit A annexed hereto, to a date to be determined.**

Dated: September 20, 2013
      New York, New York          /s/ Robert J. Lemons
                                   Robert J. Lemons
                                   Ralph Miller
                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Lehman Brothers Holdings Inc.
                                   and Certain of Its Affiliates

US_ACTIVE:\44332493\1\58399.0011

# **Exhibit A**

## **Adjourned Claims:**

| **Claimant Name** | **Claim Number** | **Claimant Response ECF No.** |
|---|---|---|
| Tobacco Settlement Financing Corporation | 21487 | 40157 |
| Tobacco Settlement Financing Corporating | 21488 | 40157 |

US_ACTIVE:\44332493\1\58399.0011