JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Locke R. McMurray
Benjamin Rosenblum

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                       :   Case No. 08-13555 (JMP)
                                                               :
                        Debtors.                               :   (Jointly Administered)
                                                               :
---------------------------------------------------------------X

### SUPPLEMENTAL NOTICE OF ADJOURNMENT OF
### THE FOUR HUNDRED TWENTY-SIXTH OMNIBUS
### OBJECTION TO CLAIMS  (NO LIABILITY DERIVATIVES CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twenty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 38952] that was scheduled for August 29, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Four Hundred Twenty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 38952]  must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest,

NYI-4538753v2

on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for LBHI, Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Jayant W. Tambe, Esq. and Benjamin Rosenblum, Esq.); and (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.); so as to be so filed and received by no later than October 18, 2013 at 4:00 p.m. (Eastern Time) (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Four Hundred Twenty-Sixth Omnibus Objection to Claims or any claim set forth thereon, the Plan Administrator may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Four

NYI-4538753v2

Hundred Twenty-Sixth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: September 20, 2013
      New York, New York

JONES DAY

/s/ Benjamin Rosenblum
Jayant W. Tambe
Locke R. McMurray
Benjamin Rosenblum
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Lehman Brothers Holdings Inc.*

- 3 -

NYI-4538753v2