UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

LEHMAN BROTHERS HOLDINGS, INC.,
*et al.*,

               Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Response Deadline: September 23, 2013
Presentment Date: September 24, 2013

Hearing Date (if objection filed): October 24, 2013

Chapter 11 Case No. 08-13555 (JMP)
(Jointly Administered)

## STIPULATION CLAIMANTS' JOINT STATEMENT WITH RESPECT TO DEBTORS' AMENDED NOTICE OF PRESENTMENT OF STIPULATION OF FACTS REGARDING RSUs AND CSAs, <u>INCLUDING TAX AND ACCOUNTING TREATMENT OF RSUs AND CSAs</u>

Certain Participants, as defined in paragraph 3(b) of the Discovery Procedures Order (hereafter the "Stipulation Claimants"), by their undersigned counsel, hereby submit this Statement with respect to the proposed form of Order the Debtors have filed with the Court by their Amended Notice of Presentment of Stipulation of Facts Regarding RSUs and CSAs, Including the Tax and Accounting Treatment of RSUs and CSAs, dated September 13, 2013 (the "Stipulation").[1] In support thereof, Stipulation Claimants respectfully represent as follows:

    1.    Debtors request the Court to order that the Stipulation bind Claimants who are not a party to the Stipulation. The proposed form of Order the Debtors have submitted provides "the facts described in the Stipulation shall be binding in all respect as to *all* Claimants [having outstanding compensation claims relating to RSUs and CSAs] who have received due and proper notice of the Stipulation." (emphasis added)

---

[1] All terms used and not defined herein shall have the meanings assigned to such terms in the Stipulation.

2. Counsel for Stipulation Claimants negotiated the terms of the Stipulation on behalf of their respective clients consistent with paragraph 17 of Order Establishing Discovery Procedures (ECF No. 30421), amendments to which were entered on November 28, 2012 (ECF No. 32386) and February 13, 2013 (ECF No. 34583)(collectively, the "Discovery Procedures Order"), and not on behalf of Claimants they do not represent and that are not parties to the Stipulation. Stipulation Claimants' counsel, "none of whom have group representation responsibility," have not represented nor acted on behalf of such other Claimants in these proceedings. (Transcript from status conference held on 05/31/2012 at 45:6-7; ECF No. 28434).

3. While the Stipulation may ultimately have preclusive effect on other similarly-situated claimants under a law of the case standard (see e.g., *In re Lehman Brothers Inc.*, 462 B.R. 53, 57 (Bankr. S.D.N.Y. 2011)), it may be that any such determination should only take place later in these proceedings following briefing of the legal issues herein.

4. By this Statement, Stipulation Claimants neither support nor object to Debtors' request that the facts from the Stipulation be made binding at this juncture of the proceedings as to Claimants with compensation claims related to RSUs and CSAs that are not a party to the Stipulation.

Dated:  New York, New York
        September 23, 2013


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| LAW OFFICES OF LISA M. SOLOMON | STAMELL & SCHAGER, LLP |
|---|---|
| By: ___/s/___<br>Lisa M. Solomon<br>One Grand Central Place<br>305 Madison Avenue, Suite 4700<br>New York, New York 10165<br>Tel: (212) 471-0067<br>Fax: (212) 980-6965 | By: ___/s/___<br>Richard J. Schager, Jr.<br>Andrew R. Goldenberg<br>One Liberty Plaza - 23/F<br>New York, NY 10006-1404<br>Tel.: (212) 566-4047<br>Fax: (212) 566-4061 |

*Counsel to Claimants: Madelyn Antoncic, Peter Hornick, Vincent Primiano, Charles Spero, Gordon Sweely, Timothy A. Burke, Jonathan Sebiri, Riccardo Banchetti, Philippe Dufournier, Anke Parr, Giancarlo Saronne and Harsh Shah*

KAPLAN LANDAU LLP
   Eugene Neal Kaplan, Esq.
*1065 Avenue of the Americas*
New York, NY 10018
Tel.: (212) 593-1700
Fax: (212) 593-1707

JULIEN & SCHLESINGER, P.C.
   Michael S. Schlesinger, Esq.
One Whitehall Street - 17th Floor
New York, NY 10004
Tel.: (212) 962-8020

*Counsel to Claimants: Judith Ann Kenney, Richard Nackenson, Seth Finkel, Richard S. Levine, Henry Ramallo, Christian F. Reynolds, Marvin C. Schwartz, Stephanie Stiefel, David I. Weiner and Richard Glasebrook*

*Counsel to Claimants: Jennifer Adler, Craig Benson, Paola Biraschi, Karen, Brewer, William Broadbent, David Brooks, Patrick Cremin, Michael Collier, Joseph D'Amadeo, John Dmuchowski, Nestor De Jesus, Steven Engel, Louise Goldberg, Michael Gran, Anshuman Goyal, Adrian Graves, Sandra Hahn-Colbert, Nicholas Howard, Julian Iragorri, Harriet Chan King, Tal Lev Ari, Yeruchim Levilev, Sarah Lewis, Patricia Luken, Lawrence McCarthy, Michael McCully, Hugh McGee, Michael Mullen, Ian Neville, Thom Thomas O'Sullivan, Helmut Olivier, Martin Patterson, Michael Petrucelli, Sandy Richman Fleischman, Barry Porter, Jack Rivkin, Alvaro Santodomingo, Brian Seward Ross Shapiro, Margaret Smith, Andrea Sullivan, Stephen Snelling, Milan Veleba Pierluigi Volini, Jeffrey Wecker, Peter Ward Timothy Wilkinson, Judith Winchester*

VINSON & ELKINS LLP
   Steven M. Abramowitz, Esq.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel.: (212) 237-0137
Fax: (917) 849-5381

*Counsel to Claimant: Lisa Marcus*

3

| | |
|---|---|
| RICH MICHAELSON MAGALIFF MOSER LLP<br>Howard P. Magaliff, Esq.<br>Robert N. Michaelson, Esq.<br>340 Madison Avenue - 19th Floor<br>New York, NY  10173<br>Tel.: (212) 220-9402<br>Fax: (212) 913-9644<br><br>*Counsel to Claimants:  Roger Saks, Donald Boughrum, Brian Monahan, Nicole Lawrence, H. Morgan Lawrence, III* | LAW OFFICES OF A. JAMES BOYAJIAN<br>A. James Boyajian, Esq.<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA  90071<br>Tel.: (424) 258-0777<br>Fax: (424) 298-4377<br><br>*Counsel to Claimant:  Jeffrey Wardell* |
| PADUANO & WEINTRAUB LLP<br>Willard Knox, Esq.<br>1251 Avenue of the Americas - 9th Floor<br>New York, NY  10020<br>Tel.: (212) 785-9100<br><br>*Counsel to Claimant:  W. Phillip Walsh* | |

4