UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                     Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                                    Debtors.
------------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MARK S. BOSTICK

UPON the motion of Mark S. Bostick dated September 12, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Mark S. Bostick is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       September 23, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge