UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                            Debtors.
------------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF RANDALL E. STRAUSS

UPON the motion of Randall E. Strauss dated September 12, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Randall E. Strauss is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       September 23, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge