UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | |

-----------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF J. GARY GWILLIAM

UPON the motion of J. Gary Gwilliam dated September 12, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that J. Gary Gwilliam is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       September 23, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge