**Hearing Date and Time: September 26, 2013 at 10:00 a.m. (prevailing Eastern Time)**

John G. Kissane
Jane Freeberg-Sarma
WATSON, FARLEY & WILLAMS (NEW YORK) LLP
1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone: (212) 922-2200
Facsimile: (212) 922-1512


*Attorneys for Mrs Wendy John*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
|   |   |   |
|---|---|---|
|   | : |   |
| In re | : | Chapter 11 |
|   | : |   |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|   | : |   |
| Debtors. | : | (Jointly Administered) |
|   | : |   |
|   | : |   |

-----------------------------------------------------------x

**SUPPLEMENTAL EXHIBITS TO THE OPPOSITION OF WENDY JOHN**
**TO DEBTORS' FOUR HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS**

       Mrs Wendy John ("**Mrs John/Claimant**") by and through her attorneys hereby

submits additional exhibits to her Opposition to Debtors' Four Hundred Eighteenth

Omnibus Objection to Claims  (the "**Opposition**"):


1.  The Opposition was filed on July 18, 2013 as document number 38798.

2.    The Opposition and these additional exhibits relate to Mrs John's proof of claim number 43187.

3.    The additional exhibits are:

a.    The Declarations of Adv. David Lewis in support of Opposition to Debtors' Four Hundred Eighteenth Omnibus Objection to Claims. The declaration of Mr. Lewis is hereby designated at **Exhibit 4** to the Opposition.

b.    The Declarations of Helen Lumpuy in support of Opposition to Debtors' Four Hundred Eighteenth Omnibus Objection to Claims. The declaration of Ms. Lumpuy is hereby designated at **Exhibit 5** to the Opposition.

4.    Mrs John prays that the Court take the foregoing additional exhibits into consideration when considering her Opposition.

Dated: September 23, 2013
New York, New York

Respectfully Submitted,

_____/s/ John G. Kissane_____
John G. Kissane
Jane Freeberg-Serma
WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
1133 Avenue of the Americas, 11th Floor

80206071v1

New York, New York 10036
Telephone:  (212) 922-2200
Facsimile:  (212) 922-1512

*Attorneys for Mrs Wendy John*

# EXHIBIT 4

### DECLARATION OF   ADV. DAVID LEWIS OF THE PIONEER INTERNATIONAL GROUPPURSUANT TO 28 U.S.C. §1746

I, the undersigned, David Lewis, Advocate, Member of the Israel Bar, declare under penalty of perjury, pursuant to the laws of the United States of America, that the following is true and correct:

I am the General Legal Counsel of  the Pioneer International Group ("Pioneer"). Pioneer carries on the business of the provider of financial advisory services in various locations worldwide. I work in Pioneer's offices located at 16 Abba Even Blvd, Herzliya Pituach, Israel.

Global Investor Services L.C. ("Global").  Global is a licensed broker under the laws of the United States.

I hereby submit this declaration (the "Declaration") in support of the proof of claim filed by Wendy John (the "Claimant") and a client of Pioneer in its office in South Africa, against Lehman Brothers Holdings Inc. ("Debtor") in its chapter 11 case before the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), identified by Claim No. 43187 (the "Claim"), which Claim was included on Debtor's 418th Omnibus Objection to Claims (the "Claim Objection").

I have personal knowledge of the matters set forth in this Declaration from my review of the documents held by Pioneer and am duly authorized to execute this Declaration on behalf of Pioneer.

On or about June 8, 2008 Claimant submitted a notice to redeem all of her holdings in certain securities held in her account identified as Lehman Brothers Treasury BV notes issued by Debtor ( "Securities").

The Securities are further identified as:

דוד לויס, עו"ד
David Lewis, Adv.
רישיון 18409
Licence 18409

Acct: 3lw-421616
Security delivery: 08/18/2008
Quantity: 20,000
Delivered to: EUROCLEAR 92904 LEHMAN BROTHERS
isin # XS0137335468 cusip N5213ACT9
EUROCLEAR REFERENCE #: 7028783

The notice of redemption was submitted by Claimant through Bridge Asset Management. (See Exhibit A, a true and correct copy of the notice of redemption.)

The notice of redemption was duly forwarded to Global who acted as broker with respect to Claimant's account.

Claimant's account was debited in the full amount of the redemption on August 18, 2008. (See Exhibit B, a true and correct copy of the Pioneer/Global brokerage account statement of Claimant.)

Pioneer's records indicate that Global transferred the Securities to Debtor on August 18, 2008 for redemption as well as that no amount were credited to Claimant's account for the Securities since the date the Account was debited for redemption and the Securities sent to Debtor on August 18, 2008..

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated:     17 September 2013 at Herzliya Pituach, Israel

דייר לַיַיַזס, עו"ד
David Lewis, Adv.
Licence 16409 רישיון

# EXHIBIT A

## (Redemption Note)

דייר ליואיס, עו״ד
David Lewis, Adv.
רישיון 16409 Licence



**BRIDGE**
ASSET MANAGEMENT

Date: 23 · 6 · 08

## Lehman Note Redemption

### [1] To Bridge Asset Management

I hereby wish to redeem the Lehman notes in my account as per the terms set out in the original term sheet. We understand that in order to execute the redemption the Lehman notes will have to be transferred to Lehman Brothers London:

| | |
|---|---|
| Pershing Account Name | WENDY JOHN |
| Pershing Account Number | SANE01616 |
| Quantity (face value) | 100 % |
| Description | LEHMAN NOTES |
| Cusip / ISIN | |

### [2] TO Global Investor Services, LC
777 Brickell Avenue, Suite 650
Miami, FL 33131

Attn: Cristina Gonzalez

Please transfer, free of payment, to Lehman Brothers London, E/C No. 92904, this Securities as detailed above to the attention of:

David Wilson (Fund Derivatives)
Tel # 44-207-103-1772
Fax # 44-207-706-9203

Signature of account holder(s) or authorized power of attorney.         Joint Signature is applicable.

For Office Use:

| Trade Date: | |
|---|---|
| Settlement Date: | |

BRIDGE ASSET MANAGEMENT
Tel: 1.284.494.0308    Fax: 1.284.401.0033    Email: info@bridgeam.com
Web: www.bridgeam.com

דר לויים עו"ד
David Lewis, Adv.
Licence 16409    רישיון

# EXHIBIT B

## (Account Statement Showing Redemption)

עו"ד, עורך דין
David Lewis, Adv.
Licence 16409 רישיון





# Customer Service Information

Your Financial Advisor Is: 3M

Customer Service Number
Service Hours: Monday - Friday 8:00 a.m. - 6:00 p.m. (ET)

## Portfolio Holdings

### Cash and Cash Equivalents

| | | | | |
|---|---|---|---|---|
| Cash | | | | |
| Due Balance | | | | |
| Total Cash and Cash Equivalents | | | | |

### Total Portfolio Holdings

Disclosures and Other Information

David Lewis, Adv.
Licence 16409

Account Number: 3MW421686



**Brokerage Account Statement**

Global Investors Services
777 Brickell Avenue, Miami Florida 33131
Tel 305.381.XXXX

## Transactions by Type of Activity

Total Value of all Transactions

The price and quantity displayed may/have been rounded.

Account Number: DUM-42676
WENDY JOHN

Page 3 of 3

דוד לואיס, עו"ד
David Lewis, Adv.
רישיון 60409
Licence 60409

# EXHIBIT 5

## DECLARATION OF  HELEN LUMPUY
## PURSUANT TO 28 U.S.C. §1746

I, the undersigned, declare under penalty of perjury, pursuant to the laws of the United States of America, that the following is true and correct:

I am the Chief Compliance Officer  of  Global Investor Services L.C. ("Global"). Global is a licensed broker under the laws of the United States.  I work in Global's office located at 777 Brickell ave , Miami , Fla. 33131.

I hereby submit this declaration (the "Declaration") in support of the proof of claim filed by Wendy John (the "Claimant") against Lehman Brothers Holdings Inc. ("Debtor") in its chapter 11 case before the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), identified by Claim No. 43187 (the "Claim"), which Claim was included on Debtor's 418th Omnibus Objection to Claims (the "Claim Objection").

I have personal knowledge of the matters set forth in this Declaration from my review of the documents held by Global and am duly authorized to execute this Declaration on behalf of Global.

On or about June 8, 2008 Claimant submitted a notice to redeem all of her holdings in certain securities held in her account 3lw-421616  identified as Lehman Brothers Treasury BV notes issued by Debtor ( "Securities").

The Securities are further identified as:

> Acct: 3lw-421616
> Security delivery: 08/18/2008
> Quantity: 20,000
> Delivered to: EUROCLEAR 92904 LEHMAN BROTHERS
> isin # XS0137335468  cusip N5213ACT9

**EUROCLEAR REFERENCE #: 7028783**

The notice of redemption was submitted by Claimant through Bridge Asset Management. (See Exhibit A, a true and correct copy of the notice of redemption.)

The notice of redemption was duly forwarded to Global who acted as Introducing broker for Claimant's account custodied at Pershing, LLC .

Claimant's account was debited in the full amount of the redemption on August 18, 2008. (See Exhibit B, a true and correct copy of the Pioneer/Global brokerage account statement of Claimant.)

Our records confirm that Global sent the redemption instructions to Pershing, LLC and the securities were transferred to Debtor on August 18, 2008 for redemption. We have confirmed that there is nothing else in Claimant's file concerning this transaction.

Global hereby confirms that no amounts were ever credited to Claimant's account 3lw-421616 for the Securities since the date the account was debited for redemption and the Securities sent to Debtor on August 18, 2008 until today (the "Applicable Period").

Furthermore, the Proof of Claim requirement for Euroclear blocking reference numbers was not communicated to Global until September 2009. Because the Securities had been turned over to Debtor for redemption on August 18, 2008, the Claimant's account did not show any Lehman securities in September 2009. Accordingly, Global did not request or receive any blocking number for this account.

Based upon the foregoing and my review of the applicable records, I hereby certify to the best of my knowledge that Global has not made any claim nor received any

payment on account of the Securities either directly, indirectly, for its own account or for the account of Claimant during the Applicable Period.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated:    September 18, 2013

Name: _____

On behalf of Global Investor Services, LC

80201059v1

3

# EXHIBIT A

## (Redemption Note)



**BRIDGE**
ASSET MANAGEMENT

Date: 23 · 6 · 08

### Lehman Note Redemption

**[1] To Bridge Asset Management**

I hereby wish to redeem the Lehman notes in my account as per the terms set out in the original term sheet. We understand that in order to execute the redemption the Lehman notes will have to be transferred to Lehman Brothers London:

| Pershing Account Name | WENDY JOHN |
|---|---|
| Pershing Account Number | 31-NI+91616 |
| Quantity (face value) | 100 % |
| Description | LEHMAN NOTES |
| Cusip / ISIN | |

**[2] TO Global Investor Services, LC**
777 Brickell Avenue, Suite 650
Miami, FL 33131

Attn: Cristina Gonzalez

Please transfer, free of payment, to Lehman Brothers London, F/C No. 92904, the Securities as detailed above to the attention of:

David Wilson (Fund Derivatives)
Tel # 44-207-103-1772
Fax # 44-207-706-9203

W John

Signature of account holder(s) or authorized power of attorney          Joint Signature (if applicable)

For Office Use:

| Trade Date | |
|---|---|
| Settlement Date | |

**BRIDGE ASSET MANAGEMENT**
Tel: 1.284.494.0306    Fax: 1.284.494.0033    Email: info@bridgeam.com
Web: www.bridgeam.com

**EXHIBIT B**

**(Account Statement Showing Redemption)**

Global Investor Services
777 Brickell Avenue, Miami, Florida 33131
Tel 305.982.4585

# Brokerage
## Account Statement

Account Number: 3LW-421616
Statement Period: 08/01/2008 - 08/31/2008

WENDY JOHN
C/O PARAGON
11 GREENLAND RD
BARNET -HERTS EN5 2AL
UNITED KINGDOM

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $23,961.09 |
| Fees | -2.00 |
| Change in Account Value* | 23,952.00 |
| Ending Account Value | $7.09 |

* Change in Account Value includes the value of fees recorded/deliveries.

Your Account is 100% invested in Cash and Cash Equivalents.

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Cash and Cash Equivalents | 9.09 | 7.09 | 100% |
| Fixed Income | 23,952.00 | 0.00 | 0% |
| **Account Total** | **$23,961.09** | **$7.09** | **100%** |

# Customer Service Information

Your Financial Advisor is: 388

Customer Service Information
Service Hours: Monday - Friday   09:00 a.m. - 05:00 p.m.( ET )

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income 30-day Prct Year Yield |
|---|---|---|---|---|---|
| | Cash and Cash Equivalents   100.00% of Portfolio | | | | |
| | Cash Balance | 9.09 | 7.09 | | |
| | Total Cash and Cash Equivalents | $9.09 | $7.09 | $0.00 | $0.00 |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| Total Portfolio Holdings | $7.09 | $0.00 | $0.00 |

## Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are recorded from various pricing services, however, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system using various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase this currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositaries) will be billed at the rates such agents use.

Proxy Note - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.



Account Number: 3LW-421646
WENDY JOHN



## Brokerage
### Account Statement

Statement Period: 08/01/2008 - 08/31/2008

Gisral Investor Services
377 Rinckell Avenue, Miami Florida 33131
Tel 305.582.4555

## Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| **Withdrawals and Deposits of Securities** | | | | | | | |
| 08/18/08 | | SECURITY DELIVERED | LEHMAN BROTHERS TREASURY BV ISIN #XS0132354981 0.3409% 10/25/010 REG CTD 0016011 | -26,000.000 | | | 0.00 |
| **Total Withdrawals and Deposits of Securities** | | | | | | | $0.00 |
| **Fees** | | | | | | | |
| 03/07/08 | | FOREIGN CUSTODY FEE | LEHMAN BROTHERS TREASURY BV FGN SEC. SAFEKEEPING N33123679 | | | | -2.00 |
| **Total Fees** | | | | | | | -$2.00 |
| **Total Value of all Transactions** | | | | | | | -$2.00 |

The price and quantity displayed may have been rounded.

GLOBAL REED
HER EXAMINATION

Account Number: JLW 421616
WENDY JOHN

PAID-BE-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC