WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                          :   **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   **08-13555 (JMP)**
                                               :
             Debtors.                          :   **(Jointly Administered)**
                                               :
                                               :
----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT
### OF FOUR HUNDRED TWENTY-THIRD OMNIBUS OBJECTION
### TO CLAIMS (REDUCE AND ALLOW CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twenty-Third Omnibus Objection to Claims (Reduce and Allow Claims) [ECF No. 38949] (the "Objection") that was scheduled for September 26, 2013, at 10:00 a.m. (Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to October 24, 2013 at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated: September 25, 2013
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers
    Holdings Inc. and Certain of Its Affiliates

## Exhibit A

**Adjourned Claim:**

| Claimant Name | Claim Number |
|---|---|
| GEORGIA DEPARTMENT OF REVENUE | 1631 |