WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
|  |  |
|---|---|
| In re | : **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : **08-13555 (JMP)** |
| Debtors. | : **(Jointly Administered)** |

--------------------------------------------------------------------------------x
|  |  |
|---|---|
| In re | : |
| **LEHMAN BROTHERS INC.,** | : **Case No.** |
| Debtor. | : **08-01420 (JMP) (SIPA)** |

--------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
CLAIMS HEARING ON SEPTEMBER 26, 2013 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **Room 601**,
One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**I.    CONTESTED MATTER:**

1.    Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht
[**ECF No. 34303**]

Response Deadline:    June 13, 2013 at 4:00 p.m.

Responses Received:

A.    Creditor's Response to Plan Administrator's Omnibus Objection to
Claims Filed by Deborah E. Focht [**ECF No. 35026**]

B.    Creditor's Amended Response to Plan Administrator's Omnibus
Objection to Claims Filed by Deborah E. Focht [**ECF No. 36165**]

C.    Creditor's Second Amended Response And Opposition To Plan
Administrator's Omnibus Objection and Reply to Claims Filed by
Deborah E. Focht; and, Creditor's Motion for Order of Allowance
and Payment Deeming Claim Nos.: 34380 and 34381, as Timely
Filed; Or in the Alternate Motion for Stay, Discovery,
Determinations; and, Extension of Time to File Amended Claims
and Response [**ECF No. 38147**]

D.    Creditor's Opposition and Motion to Strike the Plan
Administrator's Reply to Deborah E. Focht's Second Amended
Response to Plan Administrator's Omnibus Objection to Claims
[**ECF No. 38796**]

Related Documents:

E.    Plan Administrator's Reply to Deborah Focht's Amended
Response [**ECF No. 36737**]

F.    Order Granting Plan Administrator's Omnibus Objection to Claims
Filed by Deborah E. Focht [**ECF No. 36993**]

G.    Reply to Deborah E. Focht's Second Amended Response to Plan
Administrator's Omnibus Objection to Claims [**ECF No. 38138**]

Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

**II.    CONTESTED MATTER:**

2.    Trustee's Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) [**LBI ECF No. 5775**]

Response Deadline:    March 15, 2013 at 4:00 p.m., extended by agreement for a certain party to April 19, 2013 at 4:00 p.m.

Responses Going Forward:

A.    Response of Stephen H. Thomas [**LBI ECF No. 5864**]

B.    CA, Inc.'s Response to the Trustee's Motion [**LBI ECF No. 5930**]

C.    Emergency Response of ZPR International, Inc. [**LBI ECF No. 6083**]

D.    Response of Adam Epstein [**Docketed by Trustee at LBI ECF No. 6323**]

Related Documents:

E.    Memorandum Opinion Granting the Trustee's Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) [**LBI ECF No. 6757**]

F.    Orders Granting the Trustee's Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) [**ECF Nos. 6141, 6917**]

G.    Trustee's Omnibus Reply to Certain Responses to the Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) and Opposition to the Cross-Motion of Mario A. Monello [**LBI ECF No. 6323**]

H.    Memorandum of Law of SIPC in Support of Trustee's Twenty-Eighth Omnibus Objection [**LBI ECF No. 6319**]

I.    Notices of Withdrawal [**LBI ECF Nos. 5844, 5857, 6058**]

J.    Notices of Adjournment [**LBI ECF Nos. 6049, 6170, 6185, 6543, 6576, 6977**]

K.    Correspondence to the Court filed by Stephen H. Thomas [**LBI ECF No. 7332**]

Status: This matter is going forward.

3

III.    **ADJOURNED MATTERS:**

A.    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

    3.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) [**ECF No. 14492**]

        <u>Response Deadline</u>:    March 16, 2011 at 4:00 p.m.

        <u>Adjourned Response</u>:

            A.    Response of Deutsche Bank National Trust Company [**ECF No. 17879**]

        <u>Related Documents</u>:

            B.    Declaration of Keri Reed in support of Debtors' Motion [**ECF No. 14502**]

            C.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 [**ECF No. 25371**]

            D.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims [**ECF No. 26901**]

        <u>Status</u>:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' Ninety-Seventh Omnibus Objection to* Claims filed on September 17, 2013 [ECF No. 40131] has been adjourned to October 24, 2013 at 10:00 a.m.

    4.    Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) [**ECF No. 16079**]

        <u>Response Deadline</u>:    May 18, 2011 at 4:00 p.m.

        <u>Adjourned Response</u>:

            A.    Response of Wilmington Trust Company [**ECF No. 17886**]

        <u>Related Document</u>:

            B.    Declaration of Keri Reed in support of Debtors' Motion [**ECF No. 16080**]

        <u>Status</u>:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' One Hundred Twenty-Fifth Omnibus*

*Objection to Claims* filed on September 17, 2013 [ECF No. 40134] has been adjourned to October 24, 2013 at 10:00 a.m.

5.      Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 27380**]

Response Deadline:   May 17, 2012 at 4:00 p.m.

Status:  The hearing for Claim No. 24073 has been adjourned to October 24, 2013.

6.      Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34044**]

Response Deadline:   February 19, 2013 at 4:00 p.m.

Adjourned Response:

        A.      Response of Preferred Residential Securities 06-1 PLC

Status:  This matter has been adjourned to October 24, 2013 at 10:00 a.m.

7.      Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34728**]

Response Deadline:   March 14, 2013 at 4:00 p.m.

Adjourned Responses:

        A.      Response of Golden State Tobacco Securitization Corporation [**ECF No. 35918**]

Status:  This matter has been adjourned to October 24, 2013 at 10:00 a.m.

8.      Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

Response Deadline:   July 18, 2013 at 4:00 p.m.

Adjourned Responses:

        A.      Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 38911**]

        B.      Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 39281**]

        C.      Response of Wendy John [**ECF No. 38798**]

D.      Supplemental Exhibits to Response of Wendy John [**ECF No. 40206**]

Related Documents:

E.      Notice of Adjournment [**ECF No. 38867**]

F.      Notice of Adjournment [**ECF No. 39379**]

G.      Notice of Adjournment [**ECF No. 40209**]

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Four Hundred Eighteenth Omnibus Objection to* Claims filed on September 25, 2013 [ECF No. 40209] has been adjourned to October 24, 2013 at 10:00 a.m.

9.      Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 38018**]

Response Deadline:    July 18, 2013 at 4:00 p.m.

Status:  The hearing for Claim Nos. 21440 and 21441 has been adjourned to October 24, 2013.

10.     Four Hundred Twenty-Third Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 38949**]

Response Deadline:    August 22, 2013 at 4:00 p.m.

Adjourned Response:

A.      Response of Georgia Department of Revenue [**ECF No. 39631**]

Related Documents:

B.      Notice of Adjournment [**ECF No. 39699**]

C.      Notice of Adjournment [**ECF No. 40210**]

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Four Hundred Twenty-Third Omnibus Objection to* Claims filed on September 25, 2013 [ECF No. 40210] has been adjourned to October 24, 2013 at 10:00 a.m.

11.     Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 38018**]

Response Deadline:    September 19, 2013 at 4:00 p.m.

Status:  The hearing has been adjourned to October 24, 2013.

12.   Four Hundred Thirty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 39571**]

Response Deadline:   September 19, 2013 at 4:00 p.m.

Adjourned Response:

    A.   Response of Tobacco Settlement Financing Corp. [**ECF No. 40157**]

Status**:**  This matter has been adjourned *sine die.*

13.   Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. [**ECF No. 20087**]

Response Deadline:   October 17, 2011 at 4:00 p.m.

Adjourned Response:

    A.   Response of Syncora Guarantee, Inc. [**ECF No. 20915**]

Related Documents:   None.

Status:  The hearing on the objection to the claim identified above has been adjourned to October 24, 2013 at 10:00 a.m.

14.   Plan Administrators' Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [**ECF No. 37839**]

Response Deadline:   July 10, 2013 at 4:00 p.m.

Adjourned Response:

    A.   Response of Frank Tolin, Jr. [**ECF No. 39912**]

Related Documents:   None.

Status:  The hearing on the objection to the claim identified above has been adjourned to October 24, 2013 at 10:00 a.m.

15.   Plan Administrators' Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:   September 11, 2013 at 4:00 p.m.

Related Documents:   None.

Status:  The hearing on the objection to the claim identified above has been adjourned to October 24, 2013 at 10:00 a.m.

16.    Merits Hearing With Respect to Proof of Claim Number 57069

Response Received:

A.    Response of Ying Hung Ng (Claim Number 57069)

Related Documents:

B.    Motion Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. [**ECF No. 16294**]

C.    Order Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc**.** [**ECF No. 19120**]

D.    Notice of Scheduling of Merits Hearing With Respect to Proofs of Claim Number 57069 and 45833 [**ECF No. 36781**]

Status:  This matter is adjourned to a date to be determined.

**B.    Securities Investor Protection Corporation Proceedings**

17.    Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Response Received:

A.    Response of Zameer Khan [**Not Docketed at LBI ECF**]

Related Documents:

B.    Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. 6563**]

C.    Notices of Adjournment [**LBI ECF Nos. 6520, 6762, 7311**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

18.    Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6131**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Responses Received:

      A.      Response of Walter A. Bogumil, Jr., IRA [**LBI ECF No. 6232**]

      B.      Response of David Tribou [**LBI ECF No. 6230**]

Related Documents:

      C.      Order Granting the Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. 6574**]

      D.      Notices of Adjournment [**LBI ECF Nos. 6529, 6763, 7312**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

19.      Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6157**]

Response Deadline:    May 24, 2013 at 4:00 p.m.

Responses Received:

      A.      Response of Leona and Tom Beck [**LBI ECF No. 6348**]

      B.      Response of Wayne Croner [**LBI ECF No. 6231**]

      C.      Response of Charles Bisgaier [**LBI ECF No. 6551**]

Related Documents:

      D.      Order Granting the Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. 6573**]

      E.      Notices of Adjournment [**LBI ECF Nos. 6541, 6764, 7313**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

20.      Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6295**]

Response Deadline:    June 20, 2013 at 4:00 p.m.

Response Received:

      A.      Response of James G. McErlean [**LBI ECF No. 6590**]

Related Documents:

      B.      Order Granting the Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. 6792**]

08-13555-mg    Doc 40211    Filed 09/25/13    Entered 09/25/13 13:28:45    Main Document

      C.      Notices of Adjournment [**LBI ECF Nos. 6750, 7296**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

21.     Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6341**]

     Response Deadline:   June 27, 2013 at 4:00 p.m.

     Response Received:

      A.      Response of Heywood Zeidman [**LBI ECF No. 6691**]

     Related Documents:

      B.      Order Granting the Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. 6803**]

      C.      Notices of Adjournment [**LBI ECF Nos. 6751, 7297**]

     Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

22.     Trustee's Eighty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6373**]

     Response Deadline:   July 3, 2013 at 4:00 p.m.

     Response Received:

      A.      Response of Douglas Hall [**LBI ECF No. 6854**]

     Related Documents:

      B.      Order Granting the Trustee's Eighty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. 6969**]

      C.      Notices of Adjournment [**LBI ECF Nos. 6919, 7298**]

     Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

23.     Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6566**]

     Response Deadline:   July 10, 2013 at 4:00 p.m.

     Responses Received:

      A.      Response of Joseph Stanaitis [**LBI ECF No. 6818**]

      B.      Responses of Employee's Retirement System of the Government of the Virgin Islands [**LBI ECF Nos. 6819, 6820**]

       C.       Response of H.D. Christian [**Not Docketed at LBI ECF**]

Related Documents:

       D.       Order Granting the Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6971**]

       E.       Notice of Withdrawal [**LBI ECF No. 7306**]

       F.       Notices of Adjournment [**LBI ECF Nos. 6921, 7307**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

24.      Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6682**]

Response Deadline:    July 23, 2013 at 4:00 p.m.

Response Received:

       A.       Response of Judith E. Blackshire [**LBI ECF No. 6850**]

Related Documents:

       B.       Order Granting the Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7059**]

       C.       Notices of Adjournment [**LBI ECF Nos. 7009, 7314**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

25.      Trustee's Ninety-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6684**]

Response Deadline:    July 23, 2013 at 4:00 p.m., extended for certain parties to August 6, 2013 at 4:00 p.m.

Response Received:

       A.       Response of William and Colleen Noyes [**LBI ECF No. 6855**]

Related Documents:

       B.       Order Granting the Trustee's Ninety-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7054**]

       C.       Notices of Adjournment [**LBI ECF Nos. 6981, 7315**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

26.    Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6699**]

Response Deadline:    July 24, 2013 at 4:00 p.m., extended for certain parties to July 31, 2013 at 4:00 p.m.

Responses Received:

   A.    Response of Donald A. Perata [**LBI ECF No. 6863**]

Related Documents:

   B.    Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7057**]

   C.    Notices of Adjournment [**LBI ECF Nos. 6980, 7316**]

   D.    Certificate of No Objection Solely as to a Certain Claim [**LBI ECF No. 7317**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

27.    Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6768**]

Response Deadline:    August 2, 2013 at 4:00 p.m., extended for certain parties to September 9, 2013 at 4:00 p.m.

Responses Received:

   A.    Response of Underwriter Claimants [**LBI ECF No. 7205**]

   B.    Response of UBS Financial Services Inc. [**LBI ECF No. 7206**]

Related Documents:

   C.    Withdrawal of Claims by SMH Capital, BB&T, and Edward D. Jones [**LBI ECF Nos. 6891, 6915,  6916**]

   D.    Notice of Withdrawal [**LBI ECF No. 7086, 7160**]

   E.    Declaration of Hayden McNamara [**LBI ECF No. 7194**]

   F.    Declaration of Michael G. Zeiss [**LBI ECF No. 7195**]

   G.    Declaration of Julie Lauck [**LBI ECF No. 7196**]

   H.    Declaration of Jonathan R. Goldblatt [**LBI ECF No. 7197**]

I.      Declaration of William Nurthen [**LBI ECF No. 7198**]

J.      Declaration of Andrew Druch [**LBI ECF No. 7199**]

K.      Declaration of Mark Jensen [**LBI ECF No. 7200**]

L.      Declaration of Richard Rauchenberger [**LBI ECF No. 7201**]

M.      Declaration of Woodruff Polk [**LBI ECF No. 7202**]

N.      Declaration of Patrick Wo [**LBI ECF No. 7203**]

O.      Declaration of Peter Fox [**LBI ECF No. 7204**]

P.      Declaration of Kenneth G. Crowley [**LBI ECF No. 7207**]

Q.      Notices of Adjournment [**LBI ECF Nos. 7088, 7130, 7329**]

Status: This matter has been adjourned to October 24, 2013 at 10:00 a.m.

28.    Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6811**]

Response Deadline:    August 6, 2013 at 4:00 p.m.

Response Received:

A.      Response of Henry Grossman [**Not Docketed at LBI ECF**]

Related Documents:

B.      Order Granting the Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7096**]

C.      Notices of Adjournment [**LBI ECF Nos. 7040, 7337**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

29.    Trustee's One Hundred Twelfth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6847**]

Response Deadline:    August 9, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received:

A.      Response of Robert D. Morrison [**LBI ECF No. 7016**]

B.      Response of John H. Lang [**LBI ECF No. 7017**]

C.      Response of Mannes M. Shalowitz [**Not Docketed at LBI ECF**]

13

D.    Response of John J. McDougall [**LBI ECF No. 7215**]

Related Documents:

E.    Notice of Amended Response Deadline [**LBI ECF No. 6939**]

F.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

30.    Trustee's One Hundred Thirteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6865**]

Response Deadline:    August 13, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received: None.

Related Documents:

A.    Notice of Amended Response Deadline [**LBI ECF No. 6909**]

B.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

31.    Trustee's One Hundred Fourteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6866**]

Response Deadline:    August 13, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received: None.

Related Documents:

A.    Notice of Amended Response Deadline [**LBI ECF No. 6909**]

B.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

32.    Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6906**]

Response Deadline:    August 21, 2013 at 4:00 p.m.

Response Received:

      A.      Response of John and Delight Eilering [**Not Docketed at LBI ECF**]

Related Documents:

      B.      Order Granting the Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7286**]

      C.      Notice of Adjournment [**LBI ECF No. 7230**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

33.      Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6918**]

Response Deadline:    August 22, 2013 at 4:00 p.m.

Responses Received:

      A.      Response of Bouef Limited [**LBI ECF No. 7103**]

      B.      Response of Theodore Perlman [**Not Docketed at LBI ECF**]

Related Documents:

      C.      Order Granting the Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7277**]

      D.      Notice of Adjournment [**LBI ECF No. 7231**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

34.      Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7008**]

Response Deadline:    September 3, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Kavita Nakra [**LBI ECF No. 7216**]

Related Documents:

      B.      Order Granting the Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7278**]

      C.      Notice of Adjournment [**LBI ECF No. 7237**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

Dated:  September 25, 2013
        New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  September 25, 2013
        New York, New York

    /s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.