Beilage Exhibit No. 2.1
Bär & Karrer AG, Zürich

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case Nos. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin Ltd, Hong Kong Branch | Bank J. Safra Sarasin Ltd *(formerly Bank Sarasin & Co. Ltd)* |

Name and Address where notices to transferee should be sent:

Baer & Karrer Ltd.
Attn: Peter Hsu
Brandschenkestrasse 90
8027 Zurich
Switzerland
E-mail: peter.hsu@baerkarrer.ch

– with a copy to –

Bank J. Safra Sarasin Ltd, Hong Kong Branch
Attn: Janis Lim
c/o 8 Marina View #25-01 Asia Square Tower 1
Singapore 018960
E-mail: Janis.lim@jsafrasarasin.com

Court Claim # (if known): 60405
Date Claim Filed: 10/30/2009
Debtor: Lehman Brothers Holdings Inc.
Transferred Claim Amount:
US$ 50,741.92 (allowed)
US$ 58,006.23 (claimed)

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
Deutsche Bank Trust Company
Americas, New York
SWIFT : BKTRUS33
In favour of Bank J. Safra Sarasin Ltd, Hong Kong Branch
SWIFT : SARAHKHH
Account No: 04-441-735

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

By: _____        Date: 9th Sept 2013
    Transferee
Name: Patsy Lee  /  Janis Lim
Title: Executive Director  / Vice President

Beilage Exhibit No. 2.2
Bär & Karrer AG, Zürich



SARASIN

Nachhaltiges Schweizer Private Banking seit 1841.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Sarasin & Co. Ltd** ("Transferor") unconditionally and irrevocably transferred to Bank Sarasin & Cie AG, Hong Kong Branch ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with its claim (Claim No. 60405) in the amount of 100'000 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this May 03, 2013.

Bank Sarasin & Co. Ltd

Patrick Gribi
Executive Director

Frank Link
Vice President

Bank Sarasin & Cie AG
Elisabethenstrasse 62 | Postfach | CH-4002 Basel
T: +41 (0)61 277 77 77 | F: +41 (0)61 272 02 05
www.sarasin.ch

1 | 2



**SARASIN**

Nachhaltiges Schweizer Private Banking seit 1841.

## SCHEDULE 1

### Lehman Programs Securities Related to Transferred Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Nominal Amount/Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|
| XS0303759632 | 60405 | October 29, 2009 | Lehman Brothers Treasury Co. B.V. | 100'000 |

