

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :    08-13555 (JMP)
                                                 :
         Debtors.                                :    (Jointly Administered)
                                                 :
---------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| DRRT FBO Liechtensteinische Landesbank Aktiengesellschaft | CREDITO PRIVATO COMMERCIALE SA |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br><br>100 SE 2nd Street, Suite 2610<br>Miami, FL 33131 | Court Claim # (if known):     44207<br>Amount of Claim as Filed:     US$ 10,783,770.00<br>Amount of Claim Transferred: EUR 40,000.00<br>Amount of Claim Transferred: US$ 56,944.00<br>Date Claim Filed:             Oct. 22, 2009<br>XS0176153350 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: May 31, 2013
    Transferee/Transferee's Agent
Name: Alexander Reus, Managing Partner
Title: _____

1028357

COPIA

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Credito Privato Commerciale SA, in Liquidazione ("Transferor"), unconditionally and irrevocably transfers and assigns to DRRT FBO Liechtensteinische Landesbank Aktiengesellschaft ("Transferee") an undivided pro rata interest in EUR 40,000.00 (US$ 56,944.00) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 44207 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 31 day of May, 2013.

Transferor CREDITO PRIVATO COMMERCIALE SA IN LIQUIDAZIONE
VIA ZURIGO 46
CH-6904 LUGANO
By:_____
Name:_____
Title:_____

_____,
Transferee

DRRT FBO Liechtensteinische Landesbank Aktiengesellschaft
By:_____
Name: Alexander Reus, Managing Partner

1028357

COPIA

Title: _____
Transferee's Agent

1028357

Le Service d'expédition par Internet: Visualiser/Imprimer l'étiquette

1. Vérifiez bien que votre colis ne comporte aucune autre étiquette d'expédition ou de suivi. Sélectionnez le bouton Imprimer dans la boîte de dialogue qui s'affiche. Remarque : si votre navigateur ne prend pas en charge cette fonction, sélectionnez Imprimer dans le menu Fichier pour imprimer l'étiquette.

2. Pliez la feuille imprimée contenant l'étiquette le long de la ligne de façon ce que toute l'étiquette d'expédition soit bien visible. Apposez l'étiquette sur un seul côté du colis et recouvrez-la entièrement de ruban adhésif transparent. L'étiquette ne doit pas chevaucher les pliures et les systèmes de fermeture du colis. Placez l'étiquette dans une enveloppe d'expédition transparente UPS. Si vous ne disposez pas de ce type d'enveloppe, collez l'étiquette ci-dessous à l'aide d'un ruban adhésif transparent apposé sur la totalité de l'étiquette.

3. Déposer votre colis ou demander un enlèvement sur UPS.com:
Sélectionnez Trouver l'adresse d'un centre et choisissez un site UPS près de chez vous pour y déposer votre colis.
Enlèvements journaliers: Tenez vos envois prêts pour le conducteur comme d'habitude.

PLIER ICI

```
LAURA CRIVELLI              1.0 KG    ENV   1 OF 1
091 9122929
CREDITO PRIVATO COMMERCIALE SA    SHP#: E73F 12TK XRH
VIA ZURIGO 46                     SHP WT: 1.0 KG
6904 LUGANO                       DATE: 04 JUN 2013
SWITZERLAND

SHIP TO:
    LAUREN RODRIGUEZ
    000000000000
    UNITED STATES BANKRUPTCY COURT
    ONE BOWLING GREEN
    SOUTHERN DISTRICT OF NEW YORK
    NEW YORK NY 10004-1415
    UNITED STATES

                    NY 102 9-09

UPS SAVER    1P
TRACKING #: 1Z E73 F12 04 9366 4585

BILLING: P/P
DESC: documents          EDI-DOC
```

https://www.ups.com/uis/create?ActionOriginPair=default__PrintWindowPage&key=la...  04.06.2013



18.September 2013
Absender E73F12
Seite 1 von 3

ATTN : FABRIZIO
PHONE : (091)912-2957

Dear Customer:

We regret that your shipment with UPS was lost or damaged. In order to expedite the processing of a claim, please **promptly submit the required shipment information listed below. A barcoded Bill To UPS form is attached for your convenience.**

Documents needed to file a claim:

1. **Bill To UPS Form:** Enter the lesser of the actual cost, replacement cost if the merchandise can be replaced or repair cost if the merchandise can be repaired, and transportation charges.

2. **Merchandise Value:** A copy of the original invoice or other proof certified in writing sufficient to identify the package contents and substantiate the lesser of the actual cost, replacement cost or repair cost of the merchandise.

3. **Shipping Record:** A copy of the shipping record for the above package.

To file a claim electronically:
https://wwwapps.ups.com/dua/upload?loc=en_CH

To file a claim by fax or post see the enclosed **Bill To UPS Form.**

We apologise for any inconvenience this has caused for you and your customer, we strive to provide quality service and look forward to serving you in the future. If you have any questions or need further assistance, please call us on 0800 558833.

UPS Customer Service



18.September 2013
Absender E73F12
Seite 2 von 3

ATTN : FABRIZIO
PHONE : (091)912-2957

## CLAIM NOTIFICATION

INQUIRY FROM:  FABRIZIO
CREDITO PRIVATO COMMERCIALE
VIA ZURIGO 46
LUGANO 6900

SHIPMENT TO:  SOUTHER DIST NY  CHRIS BICKE
US BANKRUPTCY COURT
1 BOWLING GREEN
NEW YORK NY 100041415

Shipper Number.........................E73F12
Number of Parcels......................1
Tracking Identification Number...1ZE73F120493664585

Pickup Date...............................04/06/13
Weight.........................................1 KGS
Merchandise...............................docs

UNFORTUNATELY WE HAVE BEEN UNABLE TO PROVIDE SATISFACTORY PROOF OF DELIVERY FOR THE ABOVE SHIPMENT. WE APOLOGISE FOR THE INCONVENIENCE THIS CAUSES.

T890NTFM:000A0000

LDI 03



18.September 2013
Absender E73F12
Seite 3 von 3



## BILL TO UPS:

If you are filing your claim electronically, please complete this form online. To fax or post your claim, please complete this form, using black ink only. Include the lesser of your **actual** cost of the merchandise, **replacement** cost or **repair** cost if repairable. Specify which cost you are including. Include your transportation charges. The preceding letter includes instructions on filing a claim and a toll free fax number for your convenience 24 hours a day.

For future reference, this claim is identified by **Shipper number E73F12** and by **Claim number** 0384986601A.

SHIPMENT TO:  SOUTHER DIST NY  CHRIS BICKE
US BANKRUPTCY COURT
1 BOWLING GREEN
NEW YORK NY 100041415

Shipper Number............................E73F12
Number of Parcels......................1
Tracking Identification Number...1ZE73F120493664585

Pickup Date..................................04/06/13
Weight...........................................1 KGS
Merchandise..................................docs

Bank Details:   Account Number: _____   Bank Sort Code: _____
                Bank Name: _____
                IBAN: _____   BIC: _____

| QUANTITY | DESCRIPTION OF ITEM(S) | COST |
|---|---|---|
| 1 | DOCUMENTS ORIGINAL | |

TRANSPORTATION CHARGES: _____
TOTAL AMOUNT CLAIMED: _____
WEIGHT OF LOST OR DAMAGED MERCHANDISE _____  ☐ KGS ☐ LBS

Please provide a contact name and telephone number in the event further communication is necessary.
CONTACT NAME: F. ZAMUNER     PHONE: +41 91 912 2957

(Please provide any additional Tracking Number(s) for the above shipment)
TRACKING NUMBER(S): 1ZE73F120493664585

To File a claim by Fax:
  Fax this completed Request for Claim Payment form and your other documents
  to:     0800-835578
To File a claim by Post:
  Post this completed Request for Claim Payment form and your other documents to:

  United Parcel Service
  Deutschland Inc. & Co. OHG
  Zustellinformationsabteilung
  Postfach 101561
  D - 41415 Neuss

T890NTFM:000A0000      LDI 03

**AARNPTR903**

UPS: Tracking Information

Page 1 of 2

*OYOO 55 8Y 33 —* (handwritten)

## United States

| My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions |

New User | Log-In | Contact UPS | The UPS Store | Search | Sub

**Tracking Number** [ Track ]  Log-In for additional tracking details.  Other Tracking Options

**Tracking Detail**  Share  Like  925k  Print  Help  A A A

1ZE73F120493664585                              Updated: 07/26/2013 2:26 P.M. Eastern Time

### Exception

**Last Location:**
New York, NY, United States, Sunday, 06/30/2013

Never track again! Get FREE alerts for all packages coming to your home.

[ Change Delivery » ]
[ Request Status Updates » ]

**Continue**

I am already a UPS My Choice Member

**Shipping Information**
To:
NEW YORK, NY, US

**Shipped By**
UPS Express Saver®

### Additional Information

Shipped/Billed On:   06/04/2013
Type:                Package
Weight:              1.00 kg

### Shipment Progress                                What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| New York, NY, United States | 06/30/2013 | 3:39 A.M. | The Delivery Change Request for this package has been completed. / Expired-unable to resolve exception. |
| New York, NY, United States | 06/07/2013 | 8:00 P.M. | The Delivery Change Request for this package has been completed. / The package is being held for future delivery. UPS will attempt delivery on the date requested |
|  | 06/07/2013 | 11:17 A.M. | A correct company or receiver name is needed for delivery. UPS is attempting to obtain this information. |
| New York, NY, United States | 06/06/2013 | 10:28 A.M. | A Delivery Change Request for this package will be processed. / Return to sender pending. |
| New York, NY, United States | 06/05/2013 | 11:09 A.M. | Delivered |
|  | 06/05/2013 | 7:27 A.M. | Out For Delivery |
|  | 06/05/2013 | 7:08 A.M. | Arrival Scan |
| Newark, NJ, United States | 06/05/2013 | 6:35 A.M. | Departure Scan |
|  | 06/05/2013 | 6:02 A.M. | Import Scan |
|  | 06/05/2013 | 4:54 A.M. | Arrival Scan |
| Koeln, Germany | 06/05/2013 | 2:53 A.M. | Departure Scan |
| Basel, Switzerland | 06/04/2013 | 11:15 P.M. | Departure Scan |
|  | 06/04/2013 | 9:27 P.M. | Arrival Scan |
| Grancia, Switzerland | 06/04/2013 | 6:45 P.M. | Departure Scan |
|  | 06/04/2013 | 6:02 P.M. | Export Scan |
|  | 06/04/2013 | 6:02 P.M. | Origin Scan |
|  | 06/04/2013 | 3:31 P.M. | Pickup Scan |
| Switzerland | 06/04/2013 | 4:44 A.M. | Order Processed: Ready for UPS |

*Tel, BIANCA* (handwritten)

*E73 F12* (handwritten)