UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                             :

In re                                    :         Chapter 11 Case No.
                                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :         08-13555 (JMP)
                                             :
                    Debtors.                  :         (Jointly Administered)
                                             :
-----------------------------------------------------------------x

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI"), and certain of its affiliated debtors in the above-referenced chapter 11 cases, filed the *Motion Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rule 9019 For Authorization To Settle Certain Prepetition Derivatives Contracts With Trusts For Which Deutsche Bank National Trust Company Serves As Indenture Trustee and Related Relief*, dated July 24, 2012 [ECF No. 29611] (the "Motion"),[1] relating to, *inter alia*, claim number 18505 (the "Claim");

WHEREAS the Motion sought, pursuant to section 105(a) of chapter 11 of title 11 of the United States Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, authorization to settle certain prepetition derivatives contracts and related relief, all as more fully described in the Motion;

WHEREAS the Court entered an order on August 24, 2012 [ECF No. 30372], granting the relief requested in the Motion (the "Order"), which, among other things, disallowed and expunged the Claim;

WHEREAS LBHI has determined that the Claim should not have been disallowed and expunged and, therefore, now seeks to reinstate the Claim;

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY**:

ORDERED that the Court-approved claims and noticing agent, Epiq Systems, shall be authorized and directed to immediately reinstate the Claim on the official claims register; and it is further

ORDERED that, other than as expressly set forth herein, the rights of LBHI, including any defenses or grounds for objection, and any other party in interest with respect to the Claim are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that, other than with respect to the Claim, this Supplemental Order shall have no affect on the claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: New York, New York
      September 25, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge