B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
                                                (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**KAIACA LLC**, a Delaware limited liability company
*Name of Transferee*

**Interwind Corp. (f/k/a SkyPower Corp.)**
c/o PricewaterhouseCoopers Inc., solely in its capacity as court-appointed Receiver of Interwind Corp.
*Name of Transferor*

*Name and Address where notices to transferee should be sent:*

c/o Moraine Energy Advisors LLC
22 Stuyvesant Avenue
Larchmont, NY 10538
Attn.: Mr. Michael Pepe

*With copies to:*
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075
Attn:  Mr. Peter Feldman

Phone: (212) 913-9899
Last Four Digits of Acct #: _____

Court Claim # (if known): 33429
Amount of Claim: $11,990,427.78
Date Claim Filed: September 21, 2009

Phone: (416) 941-8383
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

3014527.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: _Sept 25/13_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

3014527.1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., *et al.*,   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

KAIACA LLC, a Delaware
limited liability company
*Name of Transferee*

Interwind Corp. (f/k/a SkyPower Corp.)
c/o PricewaterhouseCoopers Inc., solely
in its capacity as court-appointed
Receiver of Interwind Corp.
*Name of Transferor*

*Name and Address where notices to transferee should be sent:*

c/o Moraine Energy Advisors LLC
22 Stuyvesant Avenue
Larchmont, NY 10538
Attn.: Mr. Michael Pepe

*With copies to:*
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075
Attn: Mr. Peter Feldman

Phone: (212) 913-9899
Last Four Digits of Acct #: _____

Court Claim # (if known): 33430
Amount of Claim: $2,700,000.00
Date Claim Filed: September 21, 2009

Phone: (416) 941-8383
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

3014535.2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: Sept 25/13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

3014535.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., *et al.*,   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **KAIACA LLC**, a Delaware <u>limited liability company</u><br>*Name of Transferee* | **Interwind Corp. (f/k/a SkyPower Corp.)**<br>c/o PricewaterhouseCoopers Inc., solely in its capacity as court-appointed <u>Receiver of Interwind Corp.</u><br>*Name of Transferor* |

*Name and Address where notices to transferee should be sent:*

c/o Moraine Energy Advisors LLC
22 Stuyvesant Avenue
Larchmont, NY 10538
Attn.: Mr. Michael Pepe

*With copies to:*
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075
Attn:   Mr. Peter Feldman

Phone: <u>(212) 913-9899</u>
Last Four Digits of Acct #: _____

Court Claim # (if known): 66602
(amending Claim #33428)
Amount of Claim: <u>$50,000,000.00</u>
Date Claim Filed: <u>May 6, 2010</u>

Phone: <u>(416) 941-8383</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

2366752.2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: Sept 25/13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

2366752.2