WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                            :
**In re**                                   :        **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                            :
                          **Debtors.**      :        **(Jointly Administered)**
                                            :
---------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS**
**OBJECTIONS SCHEDULED FOR HEARING ON SEPTEMBER 26, 2013**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "Plan Administrator"), filed the following motions

and omnibus claims objections (collectively, the "Claims Objections") with the Court for hearing

on or before September 26, 2013:

(a)    Four Hundred Twenty-Eighth Omnibus Objection to Claims (Subordinated Guarantee Claims) solely with respect to Claim No. 55399 [**ECF No. 38967**]

(b)    Four Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 39355**]

(c)    Four Hundred Thirtieth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 39568**]

(d)    Four Hundred Thirty-First Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 39569**]

(e)    Four Hundred Thirty-Fourth Omnibus Objection to Claims (Settled Derivatives Claims) [**ECF No. 39572**]

(f)    Four Hundred Thirty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 39579**]

(g)    Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-452 for an Order Further Amending the Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicles [**ECF No. 40020**]

2.    In accordance with the Second Amended Case Management Order, the

Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response

Deadline") for each Claim Objection for parties to object or file responses.  The Response

Deadlines have been extended for certain creditors from time to time.  The Second Amended

Case Management Order provides that pleadings may be granted without a hearing, provided that

no objections or other responsive pleadings have been filed on or prior to the relevant response

deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

3.    The Response Deadlines have now passed and, to the best of my

knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court

2

on the docket of the above-referenced cases in accordance with the procedures set forth in the

Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan

Administrator (or such responsive pleadings have been withdrawn) by any of the holders of the

claims included on Exhibit 1 to any of the Orders attached hereto, which include only the proofs

of claim for which the Claims Objection will be granted.  Responses to certain of the Claims

Objections were filed on the docket, or served on the Debtors or the Plan Administrator, by

holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims

Objections as to any proof of claim for which a response was either filed on the docket or

received by the Debtors or the Plan Administrator, and which response has not been resolved,

has been adjourned to a future date.

        4.      Accordingly, the Debtors and the Plan Administrator respectfully request

that the proposed orders granting the Claims Objections annexed hereto as Exhibits A through G,

which, except for the inclusion of additional language to indicate that such order is supplemental

to a previously entered order for a Claim Objection or to reference the inclusion of separate

exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is

granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be

3

entered in accordance with the procedures described in the Second Amended Case Management

Order.

I declare that the foregoing is true and correct.

Dated: September 25, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

4

**EXHIBIT A**
**(Proposed Order – ECF No. 38967)**

US_ACTIVE:\44335982\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**ORDER GRANTING FOUR HUNDRED**
**TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(SUBORDINATED GUARANTEE CLAIMS) WITH RESPECT TO CERTAIN CLAIM**

Upon the four hundred twenty-eighth omnibus objection to claims dated July 23,

2013 (the "Four Hundred Twenty-Eighth Omnibus Objection to Claims")[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to sections 502(b) and

510(a) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking to classify the Subordinated Guarantee Claims, all as

more fully described in the Four Hundred Twenty-Eighth Omnibus Objection to Claims; and due

and proper notice of the Four Hundred Twenty-Eighth Omnibus Objection to Claims having

been provided, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Four Hundred Twenty-Eighth Omnibus

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

parties in interest, and that the legal and factual bases set forth in the Four Hundred Twenty-

Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Twenty-Eighth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Twenty-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the portions of the claim listed on <u>Exhibit 1</u> annexed hereto that relate to the securities identified by ISIN XS0282978666 or ISIN XS0301813522 or the guarantee issued by LBHI in connection therewith, whether liquidated, unliquidated or undetermined, is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

16335622

# Exhibit 1

## OMNIBUS OBJECTION 428: EXHIBIT 1 – SUBORDINATED GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|------|-------------|-------------|------------|---------|--------|--------------------------|
| 1 | CITIBANK (SWITZERLAND) AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55399 | XS0301813522 | $250,000.00 |
| | | | | | | TOTAL | $ 250,000.00 |

\* Plus unliquidated and/or undetermined amounts.

\*\* Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Four Hundred Twenty-Eighth Omnibus Objection.

**EXHIBIT B**
**(Proposed Order – ECF No. 39355)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                                         :
                              **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED TWENTY-NINTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred twenty-ninth omnibus objection to claims, dated August

12, 2013 (the "Four Hundred Twenty-Ninth Omnibus Objection to Claims"), of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"),[1] in accordance with section 502(b) of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF

No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability

Claims on the basis that they assert claims against LBHI for which LBHI has no liability, all as

more fully described in the Four Hundred Twenty-Ninth Omnibus Objection to Claims; and due

and proper notice of the Four Hundred Twenty-Ninth Omnibus Objection to Claims having been

provided; and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Four Hundred Twenty-Ninth Omnibus

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

parties in interest and that the legal and factual bases set forth in the Four Hundred Twenty-Ninth

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Twenty-Ninth Omnibus Objection to Claims.

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Twenty-Ninth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, as alleged creditors of LBI, the LBI Employees listed on

Exhibit 1 annexed hereto lack standing to assert against LBHI any alter ego claim, veil-piercing

claim, or similar claim to disregard the corporate form of LBHI or LBI, and that any such claims

are the property of the LBI estate and, as such, have been irrevocably released, discharged, and

acquitted by the LBI Trustee pursuant to the LBI Settlement; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred

Twenty-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2

# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ACKERMAN, DONALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13828 | $406,721.82 | $406,721.82 * | None |
| 2 | ADES, SABAH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13827 | $314,085.13 | $314,085.13 * | None |
| 3 | ALAMO, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13832 | $60,761.78 | $60,761.78 * | None |
| 4 | ALESSANDRO, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13831 | $674,073.51 | $674,073.51 * | None |
| 5 | ALTMAN, ROGER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13830 | $179,585.20 | $179,585.20 * | None |
| 6 | AMBRECHT, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13829 | $4,546,389.35 | $4,546,389.35 * | None |
| 7 | ANDERSON, BRENTON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13836 | $604,198.67 | $604,198.67 * | None |
| 8 | ANGST, CARLTON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13834 | $684,752.96 | $684,752.96 * | None |
| 9 | ASHE, KATHLEEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13833 | $204,910.53 | $204,910.53 * | None |
| 10 | ASHER, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13840 | $135,224.41 | $135,224.41 * | None |
| 11 | ATCHISON, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13839 | $1,648,719.77 | $1,648,719.77 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------------|
| 12  AYOUB, ANTHONY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13838 | $393,289.45 | $393,289.45 * | None |
| 13  BAKER, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13837 | $929,533.23 | $929,533.23 * | None |
| 14  BARRETT, BERNARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13844 | $2,330,405.07 | $2,330,405.07 * | None |
| 15  BARY, ROBERTA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13843 | $73,755.48 | $73,755.48 * | None |
| 16  BATKIN, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13842 | $1,804,046.61 | $1,804,046.61 * | None |
| 17  BECKERMAN, STANLEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13841 | $878,524.27 | $878,524.27 * | None |
| 18  BELLAS, ALBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13847 | $1,408,871.84 | $1,408,871.84 * | None |
| 19  BELLINGER, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13846 | $1,650,779.41 | $1,650,779.41 * | None |
| 20  BENDER, DOUGLAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13845 | $604,243.54 | $604,243.54 * | None |
| 21  BENDER, THEODORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13133 | $595,464.47 | $595,464.47 * | None |
| 22  BERKLEY, HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13132 | $1,031,621.43 | $1,031,621.43 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 23  BESSE, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13131 | $47,085.09 | $47,085.09 * | None |
| 24  BEST, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13130 | $402,767.98 | $402,767.98 * | None |
| 25  BIGGAR, ELIZABETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13129 | $161,566.62 | $161,566.62 * | None |
| 26  BLUM, KEVIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13128 | $552,431.88 | $552,431.88 * | None |
| 27  BLUTINGER, NATAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13849 | $120,479.71 | $120,479.71 * | None |
| 28  BOE, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13855 | $220,272.56 | $220,272.56 * | None |
| 29  BORCHERS, LEON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13853 | $90,671.24 | $90,671.24 * | None |
| 30  BORRUSO, PATRICK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13852 | $91,789.11 | $91,789.11 * | None |
| 31  BOSHART, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13851 | $432,283.66 | $432,283.66 * | None |
| 32  BOURNE, GEORGE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34783 | $773,869.45 | $773,869.45 * | None |
| 33  BOYD, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13859 | $2,825,833.66 | $2,825,833.66 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------------|
| 34  BOYLES, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13858 | $396,680.15 | $396,680.15 * | None |
| 35  BRADY, JANE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13857 | $1,260,681.00 | $1,260,681.00 * | None |
| 36  BRAGER, STANLEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13856 | $97,587.59 | $97,587.59 * | None |
| 37  BRANDT, COLEMAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13646 | $797,490.26 | $797,490.26 | None |
| 38  BRECK, CHRISTOPHER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13648 | $425,095.78 | $425,095.78 | None |
| 39  BRECK, HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13647 | $496,253.01 | $496,253.01 | None |
| 40  BRECK, WILLIAM JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13848 | $486,032.81 | $486,032.81 * | None |
| 41  BRESNAN, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13649 | $309,537.84 | $309,537.84 | None |
| 42  BROADBENT, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13650 | $118,002.49 | $118,002.49 | None |
| 43  BRODA, KATHLEEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13651 | $144,010.00 | $144,010.00 | None |
| 44  BROWN, MELVILLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13652 | $769,032.88 | $769,032.88 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 45 | BROWN, ROBERT MOTT III | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13653 | $1,263,419.13 | $1,263,419.13 | None |
| 46 | BRYDSON, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13654 | $201,393.17 | $201,393.17 | None |
| 47 | BULS, DONNA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13655 | $83,168.72 | $83,168.72 | None |
| 48 | BURNS, PERRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13656 | $19,192.16 | $19,192.16 | None |
| 49 | BURNS, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13657 | $266,761.56 | $266,761.56 | None |
| 50 | BURTON, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13662 | $764,942.18 | $764,942.18 | None |
| 51 | BUSACCA, GARY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13661 | $393,289.45 | $393,289.45 | None |
| 52 | BUTTERS, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13660 | $810,278.95 | $810,278.95 | None |
| 53 | BUTTERY, STUART | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13659 | $668,605.25 | $668,605.25 | None |
| 54 | CAGNINA, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13658 | $836,141.87 | $836,141.87 | None |
| 55 | CAMPBELL, ROBERT H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13672 | $818,878.27 | $818,878.27 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 56  CAPRA, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13671 | $190,537.50 | $190,537.50 | None |
| 57  CARBONE, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13670 | $805,594.08 | $805,594.08 | None |
| 58  CARBONE, RUDOLPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16837 | $149,476.57 | $149,476.57 | None |
| 59  CARNS, LEWIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16836 | $652,622.70 | $652,622.70 | None |
| 60  CARUANA, SALVATORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16835 | $719,159.40 | $719,159.40 | None |
| 61  CEISLER, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16834 | $94,940.41 | $94,940.41 | None |
| 62  CERASIA, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16833 | $198,435.46 | $198,435.46 | None |
| 63  CHATLEY, BRUCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16832 | $68,131.18 | $68,131.18 | None |
| 64  CHEN, PHILIP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16831 | $604,198.67 | $604,198.67 | None |
| 65  CHILDERS, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16316 | $217,274.66 | $217,274.66 * | None |
| 66  CIEMNIECKI, STANLEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16317 | $1,530,634.07 | $1,530,634.07 * | None |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 67 CLARK, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16318 | $402,018.29 | $402,018.29 * | None |
| 68 COGHLAN, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16319 | $1,162,463.56 | $1,162,463.56 * | None |
| 69 COHEN, LEONARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16320 | $130,116.86 | $130,116.86 * | None |
| 70 COHEN, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16321 | $117,670.71 | $117,670.71 * | None |
| 71 COHEN, SALLEE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16444 | $925,353.00 | $925,353.00 * | None |
| 72 COLACURCI, GLENN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16445 | $521,313.64 | $521,313.64 * | None |
| 73 COLE, EMRIED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16446 | $153,384.94 | $153,384.94 * | None |
| 74 CONWAY, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16447 | $898,331.75 | $898,331.75 * | None |
| 75 COOPER, STANLEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16448 | $105,719.94 | $105,719.94 * | None |
| 76 CORONADO, FRANCISCO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16449 | $11,730.18 | $11,730.18 * | None |
| 77 COSGROVE, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16451 | $747,261.32 | $747,261.32 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 78 COUCH, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16450 | $83,070.57 | $83,070.57 * | None |
| 79 COX, TIMOTHY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16452 | $393,289.46 | $393,289.46 * | None |
| 80 CRONIN, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16453 | $1,590,011.50 | $1,590,011.50 * | None |
| 81 DAPUZZO, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16455 | $698,995.07 | $698,995.07 * | None |
| 82 DARSKY, JUDITH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16454 | $258,306.69 | $258,306.69 * | None |
| 83 DAUMAN, STEWART | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16529 | $589,952.63 | $589,952.63 * | None |
| 84 DAVID DWORSKY TRUST U/A FOURTH OF WILL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16545 | $245,869.14 | $245,869.14 * | None |
| 85 DE SAINT PHALLE, FRANCOIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16528 | $710,827.32 | $710,827.32 * | None |
| 86 DEGAGLIA, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16530 | $644,470.12 | $644,470.12 * | None |
| 87 DEGENNARO, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16531 | $196,642.09 | $196,642.09 * | None |
| 88 DEL CAMPO, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16532 | $440,546.57 | $440,546.57 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 89  DELLIPAOLI, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16533 | $483,930.25 | $483,930.25 * | None |
| 90  DEUTSCH, HARVEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16534 | $195,175.32 | $195,175.32 * | None |
| 91  DIXON, BARBARA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16535 | $2,198,861.78 | $2,198,861.78 * | None |
| 92  DOBIN, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16536 | $468,164.54 | $468,164.54 * | None |
| 93  DOEPKE, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16537 | $714,573.44 | $714,573.44 * | None |
| 94  DOLAN, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16538 | $393,289.45 | $393,289.45 * | None |
| 95  DORFMAN, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16539 | $1,693,866.15 | $1,693,866.15 * | None |
| 96  DORIS, MARTIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16540 | $684,752.96 | $684,752.96 * | None |
| 97  DOROSK, JEFFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16541 | $199,310.77 | $199,310.77 * | None |
| 98  DOYLE, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16542 | $72,198.78 | $72,198.78 * | None |
| 99  DRESCHER, DENNIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16543 | $783,209.77 | $783,209.77 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|---------------------------------------|
| 100  DRUSKIN, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16544 | $511,279.68 | $511,279.68 * | None |
| 101  EDMISTON, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16546 | $167,076.23 | $167,076.23 * | None |
| 102  EDWARDS, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16547 | $46,677.58 | $46,677.58 * | None |
| 103  EDWARDS, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16548 | $756,131.06 | $756,131.06 * | None |
| 104  EDWARDS, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16549 | $1,215,484.94 | $1,215,484.94 * | None |
| 105  EIGENFELD, STANLEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16550 | $32,282.03 | $32,282.03 * | None |
| 106  ELLIOTT, FREDERIC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16551 | $18,953,785.50 | $18,953,785.50 * | None |
| 107  ELLIS, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16552 | $255,051.37 | $255,051.37 * | None |
| 108  ELLNER, OLIVE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16553 | $161,993.76 | $161,993.76 * | None |
| 109  ESCHERT, ERWIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16554 | $662,026.66 | $662,026.66 * | None |
| 110  ESTEY, ARTHUR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16555 | $1,120,414.35 | $1,120,414.35 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|-----------|---------|------------------------------|--------------------------|---------------------------------------|
| 111  EVELO, JOSEPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16556 | $388,934.25 | $388,934.25 * | None |
| 112  EVENSON, DONALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16557 | $46,052.28 | $46,052.28 * | None |
| 113  FARLEY, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16558 | $1,689,506.35 | $1,689,506.35 * | None |
| 114  FELBERBAUM, ROGER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16559 | $172,848.37 | $172,848.37 * | None |
| 115  FELDMAN, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16560 | $939,160.28 | $939,160.28 * | None |
| 116  FELDMAN, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16561 | $246,802.53 | $246,802.53 * | None |
| 117  FELL, LAURENCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16562 | $422,758.52 | $422,758.52 * | None |
| 118  FENWICK, LARRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16563 | $198,586.70 | $198,586.70 * | None |
| 119  FINLAYSON, RODERICK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16564 | $725,038.80 | $725,038.80 * | None |
| 120  FISH, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16565 | $725,038.80 | $725,038.80 * | None |
| 121  FISHBEIN, NORMAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16566 | $172,236.93 | $172,236.93 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 122 FORSHAGEN, DOUGLAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16567 | $792,985.22 | $792,985.22 * | None |
| 123 FOX, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16568 | $100,747.36 | $100,747.36 * | None |
| 124 FRANK, EDWIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16569 | $589,952.63 | $589,952.63 * | None |
| 125 FRANK, FREDERICK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16570 | $678,316.03 | $678,316.03 * | None |
| 126 FRANKEL, ARNOLD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16571 | $149,302.64 | $149,302.64 * | None |
| 127 FRIED, ARTHUR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16572 | $1,706,418.70 | $1,706,418.70 * | None |
| 128 FRIEDMAN, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16573 | $873,435.89 | $873,435.89 * | None |
| 129 FRY, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16574 | $1,099,882.87 | $1,099,882.87 * | None |
| 130 FULTON, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16575 | $125,565.37 | $125,565.37 * | None |
| 131 FULTZ, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16576 | $424,962.83 | $424,962.83 * | None |
| 132 GALLATIN, RONALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2010 | 67002 | $3,399,209.32 | $3,399,209.32 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|---------------------------------------|
| 133  GALLEA, ANTHONY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16578 | $455,613.60 | $455,613.60 * | None |
| 134  GALLEHER, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16579 | $165,383.17 | $165,383.17 * | None |
| 135  GANZ, SUSAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16580 | $335,314.96 | $335,314.96 * | None |
| 136  GARBER, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16581 | $124,658.56 | $124,658.56 * | None |
| 137  GARD, RONALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16582 | $145,373.59 | $145,373.59 * | None |
| 138  GARTLAND, JUDE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16583 | $635,105.80 | $635,105.80 * | None |
| 139  GARZARELLI, ELAINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16584 | $805,594.08 | $805,594.08 * | None |
| 140  GELBAND, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16585 | $201,393.17 | $201,393.17 * | None |
| 141  GENGLER, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16586 | $390,184.99 | $390,184.99 * | None |
| 142  GENIRS, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16587 | $480,287.30 | $480,287.30 * | None |
| 143  GIOIELLA, HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16588 | $402,790.46 | $402,790.46 * | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------------|
| 144 GLADSTONE, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16589 | $977,694.31 | $977,694.31 * | None |
| 145 GLASKY, JOEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16590 | $926,434.44 | $926,434.44 * | None |
| 146 GLISKER, GEORGE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16591 | $69,541.76 | $69,541.76 * | None |
| 147 GOLD, JONATHAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16592 | $954,916.85 | $954,916.85 * | None |
| 148 GOLDMAN, CLIFFORD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16593 | $201,485.72 | $201,485.72 * | None |
| 149 GOLDSCHMIDT, ELI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16594 | $356,275.78 | $356,275.78 * | None |
| 150 GOODE, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16595 | $969,871.11 | $969,871.11 * | None |
| 151 GOODSPEED, ROGER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16596 | $1,416,746.53 | $1,416,746.53 * | None |
| 152 GOOGINS, GEORGE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16597 | $245,991.78 | $245,991.78 * | None |
| 153 GOTT, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16598 | $1,764,188.02 | $1,764,188.02 * | None |
| 154 GOTTMANN, HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16599 | $688,254.28 | $688,254.28 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 155 GRABER, JERROLD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16600 | $43,171.91 | $43,171.91 * | None |
| 156 GRAVES, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16601 | $461,942.25 | $461,942.25 * | None |
| 157 GREEN, LAWRENCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16602 | $3,049,012.24 | $3,049,012.24 * | None |
| 158 GREGORY, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34782 | $72,302.88 | $72,302.88 * | None |
| 159 GUERNSEY, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16604 | $1,401,517.42 | $1,401,517.42 * | None |
| 160 HADLEY, EDWIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16605 | $88,004.43 | $88,004.43 * | None |
| 161 HAJIM, EDMUND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24034 | $434,465.24 | $434,465.24 * | None |
| 162 HAMENT, NANCY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24035 | $1,208,350.38 | $1,208,350.38 * | None |
| 163 HANKS, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24036 | $634,851.25 | $634,851.25 * | None |
| 164 HARCUM, JOSEPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24037 | $336,992.95 | $336,992.95 * | None |
| 165 HART, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24038 | $398,634.80 | $398,634.80 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 166  HART, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24039 | $101,843.92 | $101,843.92 * | None |
| 167  HAYES, BRIAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24040 | $1,688,694.34 | $1,688,694.34 * | None |
| 168  HAYES, DENNIS LEE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24041 | $2,209,116.79 | $2,209,116.79 * | None |
| 169  HERRMANN, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24042 | $429,574.67 | $429,574.67 * | None |
| 170  HERSHBERG, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24043 | $787,881.87 | $787,881.87 * | None |
| 171  HERZER, CHARLES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24044 | $725,038.80 | $725,038.80 * | None |
| 172  HETZEL, CHARLES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24045 | $2,137,419.68 | $2,137,419.68 * | None |
| 173  HIGGINS, HARRISON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24046 | $2,958,423.46 | $2,958,423.46 * | None |
| 174  HILL, J. TOMLINSON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24048 | $2,769,162.25 | $2,769,162.25 * | None |
| 175  HIMELRIGHT, LORING | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24047 | $129,228.38 | $129,228.38 * | None |
| 176  HOFFMAN, ARNOLD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24049 | $489,560.79 | $489,560.79 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 177  HOFFMAN, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24050 | $1,048,247.24 | $1,048,247.24 * | None |
| 178  HOOPES, L. SCOTT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24051 | $1,979,834.14 | $1,979,834.14 * | None |
| 179  HUBBARD, CHARLES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24054 | $1,057,313.46 | $1,057,313.46 * | None |
| 180  HYLDAHL, BRUCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24052 | $61,630.48 | $61,630.48 * | None |
| 181  ILLGES, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24053 | $70,279.42 | $70,279.42 * | None |
| 182  ISLES, PHILIP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24055 | $1,146,341.20 | $1,146,341.20 * | None |
| 183  JACKSON, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24056 | $572,291.20 | $572,291.20 * | None |
| 184  JACOBS, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24057 | $1,907,898.45 | $1,907,898.45 * | None |
| 185  JAMES, GRAEME | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24058 | $500,151.21 | $500,151.21 * | None |
| 186  JEFFREY K. ANDERSON ESTATE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13835 | $528,656.26 | $528,656.26 * | None |
| 187  KAPLAN, ALICE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24059 | $258,875.86 | $258,875.86 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 188  KAPLAN, JACK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24060 | $110,505.38 | $110,505.38 * | None |
| 189  KAROL, HERBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24061 | $304,478.94 | $304,478.94 * | None |
| 190  KATZ, EVAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24063 | $149,508.12 | $149,508.12 * | None |
| 191  KAUFMAN, JOEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24062 | $390,765.32 | $390,765.32 * | None |
| 192  KEARNS, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24064 | $248,963.31 | $248,963.31 * | None |
| 193  KELLY, BRIAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24065 | $312,605.37 | $312,605.37 * | None |
| 194  KILGORE, JON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24066 | $402,790.46 | $402,790.46 * | None |
| 195  KIRBY, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24067 | $171,790.26 | $171,790.26 * | None |
| 196  KLONSKY, DANIEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24069 | $820,520.00 | $820,520.00 * | None |
| 197  KOENEN, KATHLEEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24068 | $243,334.92 | $243,334.92 * | None |
| 198  KOPP, BRADFORD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24071 | $966,719.06 | $966,719.06 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 199 KOWSKI, GEORGE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24072 | $204,307.17 | $204,307.17 * | None |
| 200 KOZELETZ, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24070 | $81,042.81 | $81,042.81 * | None |
| 201 KRA, HOWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25746 | $606,590.78 | $606,590.78 * | None |
| 202 KRANTZ, ERIC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25744 | $124,048.78 | $124,048.78 * | None |
| 203 KRUEGER, HARVEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25745 | $477,633.48 | $477,633.48 * | None |
| 204 KUNIGK, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25743 | $789,698.47 | $789,698.47 * | None |
| 205 KURZROK, MORTON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25742 | $350,573.80 | $350,573.80 * | None |
| 206 LAKEFIELD, BRUCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25741 | $667,332.41 | $667,332.41 * | None |
| 207 LANCASTER, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25738 | $1,163,845.69 | $1,163,845.69 * | None |
| 208 LANDAU, ARNOLD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25740 | $153,406.42 | $153,406.42 * | None |
| 209 LANDGRAF, KARL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25739 | $604,198.67 | $604,198.67 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 210 LANE, JEFFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25737 | $3,744,393.79 | $3,744,393.79 * | None |
| 211 LAPCZYNSKI, ANTHONY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25736 | $118,600.48 | $118,600.48 * | None |
| 212 LATERMAN, BERNARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25735 | $93,019.96 | $93,019.96 * | None |
| 213 LEETZOW, LEONARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24010 | $242,332.78 | $242,332.78 * | None |
| 214 LEHMAN, JACK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24011 | $2,070,572.63 | $2,070,572.63 * | None |
| 215 LEHR, SETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24012 | $589,712.27 | $589,712.27 * | None |
| 216 LENTZ, HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24013 | $164,222.98 | $164,222.98 * | None |
| 217 LENZ, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24014 | $411,940.81 | $411,940.81 * | None |
| 218 LESSING, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24017 | $1,012,689.62 | $1,012,689.62 * | None |
| 219 LESTER, RONALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24018 | $54,283.16 | $54,283.16 * | None |
| 220 LEVINSON, ANDREW | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24019 | $653,994.12 | $653,994.12 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------------|
| 221  LEVY, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24015 | $211,858.88 | $211,858.88 * | None |
| 222  LEVY, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24016 | $111,472.56 | $111,472.56 * | None |
| 223  LEWIS, DOROTHY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24025 | $2,051,318.02 | $2,051,318.02 * | None |
| 224  LIBMAN, SPENCER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24026 | $98,844.82 | $98,844.82 * | None |
| 225  LIND, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24027 | $402,790.46 | $402,790.46 * | None |
| 226  LINDSTROM, WARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24020 | $693,790.23 | $693,790.23 * | None |
| 227  LLOYD, MARCELLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24024 | $1,407,492.00 | $1,407,492.00 * | None |
| 228  LONGO, NICHOLAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24021 | $1,268,915.46 | $1,268,915.46 * | None |
| 229  LORD, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24022 | $393,259.01 | $393,259.01 * | None |
| 230  LOVETT, NIGEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24023 | $2,064,072.17 | $2,064,072.17 * | None |
| 231  LUSARDI, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22479 | $201,393.17 | $201,393.17 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 232 MADDEN, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22480 | $3,026,304.05 | $3,026,304.05 | None |
| 233 MAGUIRE, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22481 | $1,280,230.23 | $1,280,230.23 | None |
| 234 MAHER, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22482 | $344,888.16 | $344,888.16 | None |
| 235 MANLEY, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22483 | $481,221.39 | $481,221.39 | None |
| 236 MARANTZ, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22484 | $474,809.11 | $474,809.11 | None |
| 237 MARINO, BENEDICT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22485 | $87,979.00 | $87,979.00 | None |
| 238 MARINO, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22486 | $393,289.45 | $393,289.45 | None |
| 239 MARKS, HERBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22487 | $201,407.92 | $201,407.92 | None |
| 240 MARTINDALE, WIGHT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22488 | $369,899.59 | $369,899.59 | None |
| 241 MARTINEZ, ROMAN IV | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22489 | $685,698.90 | $685,698.90 | None |
| 242 MARTOV, MARTIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22490 | $117,529.61 | $117,529.61 | None |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 243 MAY, HAROLD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22522 | $307,642.61 | $307,642.61 | None |
| 244 MCCANN, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22523 | $177,567.50 | $177,567.50 | None |
| 245 MCCLEARY, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22524 | $1,037,736.66 | $1,037,736.66 | None |
| 246 MCCORMICK, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22507 | $740,413.68 | $740,413.68 | None |
| 247 MCDANIEL, ROGER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22583 | $195,075.06 | $195,075.06 * | None |
| 248 MCGLYNN, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22582 | $943,723.04 | $943,723.04 * | None |
| 249 MCGUINN, EDWIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22581 | $2,113,680.26 | $2,113,680.26 * | None |
| 250 MCHALE, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22580 | $94,509.53 | $94,509.53 | None |
| 251 MCKEOWN, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22579 | $603,625.74 | $603,625.74 | None |
| 252 MCLENDON, HEATH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22578 | $162,228.57 | $162,228.57 | None |
| 253 MCPHERSON, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22577 | $193,962.58 | $193,962.58 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|------|------|------|------|------|------|------|
| 254 MEHAFFEY, STANLEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22576 | $424,903.98 | $424,903.98 | None |
| 255 MEJEAN, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22575 | $1,123,799.82 | $1,123,799.82 | None |
| 256 MELNIK, RONALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22574 | $267,611.36 | $267,611.36 | None |
| 257 MELZER, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22573 | $285,555.26 | $285,555.26 | None |
| 258 MESSINGER, CRAIG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22572 | $396,983.65 | $396,983.65 | None |
| 259 MICKEL, FRANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22571 | $432,123.27 | $432,123.27 | None |
| 260 MIKULICH, RAYMOND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22570 | $322,233.80 | $322,233.80 | None |
| 261 MILLARD, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22569 | $748,452.18 | $748,452.18 | None |
| 262 MILLER, JEROME | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22568 | $595,033.47 | $595,033.47 | None |
| 263 MILLER, RONALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22567 | $85,443.55 | $85,443.55 | None |
| 264 MILVERSTED, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22566 | $322,233.80 | $322,233.80 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|---------------------------------------|
| 265 MINTER, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22565 | $195,006.45 | $195,006.45 | None |
| 266 MONCRIEFFE, PEREGRINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22564 | $127,691.45 | $127,691.45 | None |
| 267 MONTALBANO, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22563 | $687,975.52 | $687,975.52 | None |
| 268 MORGIA, CATALDO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22562 | $178,910.74 | $178,910.74 | None |
| 269 MORTKOWITZ, HARRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22561 | $1,305,641.96 | $1,305,641.96 | None |
| 270 MOSCHELLA, JOSEPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22560 | $485,549.24 | $485,549.24 | None |
| 271 MUNRO, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22559 | $430,539.81 | $430,539.81 | None |
| 272 MURPHY, NEWELL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22558 | $86,054.41 | $86,054.41 | None |
| 273 MURRAY, PHILLIP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22557 | $309,331.90 | $309,331.90 | None |
| 274 NASTRO, CHARLES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22556 | $238,865.61 | $238,865.61 | None |
| 275 NAVRUDE, STANLEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22555 | $84,912.62 | $84,912.62 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------------|
| 276 NEIL, FRANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22525 | $183,679.87 | $183,679.87 | None |
| 277 NESTOR, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22526 | $457,295.47 | $457,295.47 | None |
| 278 NEWMARK, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22527 | $553,185.15 | $553,185.15 | None |
| 279 ODERMATT, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22528 | $590,090.38 | $590,090.38 | None |
| 280 ORLINS, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22529 | $1,009,317.51 | $1,009,317.51 | None |
| 281 OWENS, JOHNS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22530 | $268,532.28 | $268,532.28 | None |
| 282 PALATNEK, ARNOLD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22531 | $805,594.08 | $805,594.08 | None |
| 283 PASSMAN, SEYMOUR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22532 | $400,415.65 | $400,415.65 | None |
| 284 PAVLOFF, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22533 | $69,057.33 | $69,057.33 | None |
| 285 PENROSE, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22534 | $644,470.12 | $644,470.12 | None |
| 286 PETTIT, ANNE MARY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22535 | $1,989,654.99 | $1,989,654.99 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|-----------|---------|------------------------------|--------------------------|---------------------------------------|
| 287  PHYFER, DANIEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22536 | $94,462.11 | $94,462.11 | None |
| 288  PLUMERI, JOSEPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22537 | $1,409,794.75 | $1,409,794.75 | None |
| 289  POGGI, IRENE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22538 | $297,412.58 | $297,412.58 | None |
| 290  POLHEMUS, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22539 | $585,010.20 | $585,010.20 | None |
| 291  POLLACK, HOWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22501 | $523,629.79 | $523,629.79 | None |
| 292  PONDT, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22502 | $629,270.57 | $629,270.57 | None |
| 293  PORTER, GRANT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22503 | $346,637.88 | $346,637.88 | None |
| 294  PRAVATO, FRANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22504 | $101,101.80 | $101,101.80 | None |
| 295  PUCCIARELLI, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22505 | $440,546.57 | $440,546.57 | None |
| 296  PULLING, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22506 | $732,806.98 | $732,806.98 | None |
| 297  QUAST, LANI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22508 | $781,527.79 | $781,527.79 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 298 RANEY, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22510 | $143,205.03 | $143,205.03 | None |
| 299 RAYMOND, EUGENE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22509 | $478,079.55 | $478,079.55 | None |
| 300 REEF, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22512 | $424,962.83 | $424,962.83 | None |
| 301 REITZEL, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22511 | $1,437,698.19 | $1,437,698.19 | None |
| 302 RENEHAN, DANIEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22513 | $1,006,894.00 | $1,006,894.00 | None |
| 303 RENZI, FRANCES D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22514 | $125,731.18 | $125,731.18 | None |
| 304 RING, CARL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22515 | $248,199.73 | $248,199.73 | None |
| 305 RITZ, NORMAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22516 | $336,401.99 | $336,401.99 | None |
| 306 ROBINSON, ROBY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22517 | $675,210.01 | $675,210.01 | None |
| 307 ROBSON, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22518 | $2,748,034.65 | $2,748,034.65 | None |
| 308 ROOSEVELT, THEODORE, IV | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22519 | $1,315,474.28 | $1,315,474.28 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 309  ROPER, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22520 | $805,594.08 | $805,594.08 | None |
| 310  ROSEE, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22551 | $129,228.38 | $129,228.38 | None |
| 311  ROSENBERG, NANETTE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22552 | $2,197,980.00 | $2,197,980.00 | None |
| 312  RYAN, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22553 | $116,541.23 | $116,541.23 | None |
| 313  SACCO, GREGORY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22554 | $660,586.88 | $660,586.88 | None |
| 314  SACK, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22585 | $276,498.41 | $276,498.41 * | None |
| 315  SAMRA, ALEXANDRA S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13669 | $1,074,048.66 | $1,074,048.66 | None |
| 316  SAVARESE, LAWRENCE JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13668 | $457,136.74 | $457,136.74 | None |
| 317  SCANLON, JOSEPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13667 | $465,793.45 | $465,793.45 | None |
| 318  SCARAGGI, FRANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13666 | $1,208,399.28 | $1,208,399.28 | None |
| 319  SCHAEFER, GARY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13665 | $1,932,389.52 | $1,932,389.52 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------------|
| 320 SCHIFFER, CRAIG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13664 | $803,008.99 | $803,008.99 | None |
| 321 SCHOENTHAL, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13663 | $1,674,079.91 | $1,674,079.91 | None |
| 322 SCHULSINGER, JEFFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13601 | $834,616.89 | $834,616.89 * | None |
| 323 SCHWARZMAN, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13600 | $233,190.74 | $233,190.74 * | None |
| 324 SEEGAL, FRED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13599 | $220,957.22 | $220,957.22 * | None |
| 325 SEIBELS, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13537 | $129,770.83 | $129,770.83 * | None |
| 326 SHAFIROFF, MARTIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13536 | $974,562.05 | $974,562.05 * | None |
| 327 SHAFTEL, MEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13535 | $943,398.98 | $943,398.98 * | None |
| 328 SHAPIRO, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13534 | $1,573,198.43 | $1,573,198.43 * | None |
| 329 SHEAN, ANNE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13533 | $2,129,050.00 | $2,129,050.00 * | None |
| 330 SHEINBERG, GEORGE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13532 | $733,237.23 | $733,237.23 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 331 SHELTON, CHARLES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13531 | $299,710.67 | $299,710.67 * | None |
| 332 SHEPARD, FRANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13530 | $393,289.45 | $393,289.45 * | None |
| 333 SHERMAN, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13529 | $190,515.50 | $190,515.50 * | None |
| 334 SHERMAN, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13528 | $55,760.91 | $55,760.91 * | None |
| 335 SHORR, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13527 | $637,675.44 | $637,675.44 * | None |
| 336 SHUTZER, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13526 | $2,165,845.63 | $2,165,845.63 * | None |
| 337 SILVERBERG, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13525 | $71,198.51 | $71,198.51 * | None |
| 338 SIMMONS, HARDWICK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13524 | $1,485,056.68 | $1,485,056.68 * | None |
| 339 SIMONETTI, PHILIP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13523 | $402,790.46 | $402,790.46 * | None |
| 340 SIMONINI, JULIUS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13522 | $1,013,258.96 | $1,013,258.96 * | None |
| 341 SINAI, ALLEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13521 | $618,173.96 | $618,173.96 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|-----------|---------|------------------------------|--------------------------|----------------------------------------|
| 342  SLIFER, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13520 | $613,904.25 | $613,904.25 * | None |
| 343  SMITH, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13519 | $168,802.87 | $168,802.87 * | None |
| 344  SMITH, RUSSELL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13518 | $36,000.00 | $36,000.00 * | None |
| 345  SOBOTKA, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13517 | $571,660.64 | $571,660.64 * | None |
| 346  SOLOMON, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13516 | $1,299,825.11 | $1,299,825.11 * | None |
| 347  SPAR, WARREN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13515 | $802,475.70 | $802,475.70 * | None |
| 348  SPIEGEL, STEVEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13514 | $1,134,094.29 | $1,134,094.29 * | None |
| 349  SPRING, BURKE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13513 | $315,486.24 | $315,486.24 * | None |
| 350  STEIN, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13512 | $144,741.57 | $144,741.57 * | None |
| 351  STERN, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22584 | $3,644,765.50 | $3,644,765.50 * | None |
| 352  STEVENSON, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13511 | $369,896.64 | $369,896.64 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------------|
| 353 STONE, JERRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13510 | $292,360.84 | $292,360.84 * | None |
| 354 STRONG, ROGER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13509 | $46,343.99 | $46,343.99 * | None |
| 355 STRUBLE, RAYMOND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13508 | $977,477.50 | $977,477.50 * | None |
| 356 TERRELL, STEVEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13507 | $249,528.60 | $249,528.60 * | None |
| 357 TESCHE, ALLEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13506 | $156,019.74 | $156,019.74 * | None |
| 358 TIRELLO, ED JR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13502 | $128,222.32 | $128,222.32 * | None |
| 359 TOPOL, CLIFFORD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13504 | $1,619,950.65 | $1,619,950.65 * | None |
| 360 TROY, AUSTIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13501 | $1,050,496.37 | $1,050,496.37 * | None |
| 361 TUCKER, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13500 | $1,559,682.65 | $1,559,682.65 * | None |
| 362 URCIUOLI, CARMINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13499 | $644,470.12 | $644,470.12 * | None |
| 363 VANDENBOSSCHE, PAMELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13498 | $907,296.13 | $907,296.13 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 364  VIERING, DONALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13497 | $777,512.05 | $777,512.05 * | None |
| 365  VINCENT, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13496 | $750,219.36 | $750,219.36 * | None |
| 366  VIRANY, STEVEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13495 | $552,446.56 | $552,446.56 * | None |
| 367  VLACH, ROGER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13563 | $473,118.93 | $473,118.93 * | None |
| 368  VOELKER, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13562 | $1,301,204.73 | $1,301,204.73 * | None |
| 369  VON STUTTERHEIM, KLAUS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13561 | $253,922.66 | $253,922.66 * | None |
| 370  WAIT, JARRETT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13560 | $713,145.57 | $713,145.57 * | None |
| 371  WALLACE, GENE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13559 | $34,541.53 | $34,541.53 * | None |
| 372  WALTHER, GARY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13558 | $408,396.00 | $408,396.00 * | None |
| 373  WASHKOWITZ, ALAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13557 | $1,720,565.69 | $1,720,565.69 * | None |
| 374  WEINBERG, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13556 | $917,268.06 | $917,268.06 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|---------------------------------------|
| 375  WEISS, EUGENE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13554 | $42,923.28 | $42,923.28 * | None |
| 376  WELLS, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13553 | $71,904.34 | $71,904.34 * | None |
| 377  WEST, PATRICK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13552 | $375,335.47 | $375,335.47 * | None |
| 378  WESTON, GERALD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13551 | $993,174.53 | $993,174.53 * | None |
| 379  WILLIAMS, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13550 | $185,346.15 | $185,346.15 * | None |
| 380  WILLIAMSON, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13549 | $589,952.63 | $589,952.63 * | None |
| 381  WILSON, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13548 | $1,078,049.06 | $1,078,049.06 * | None |
| 382  WINCHESTER, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13547 | $613,373.96 | $613,373.96 * | None |
| 383  WOLFF, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13546 | $402,790.46 | $402,790.46 * | None |
| 384  WOLGEMUTH, KENT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13545 | $353,370.57 | $353,370.57 * | None |
| 385  WOLITZER, STEVEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13544 | $2,172,236.60 | $2,172,236.60 * | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 386  WRIGHT, JEANNIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13543 | $182,122.63 | $182,122.63 * | None |
| 387  WRIGHT, JOHN K | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13542 | $451,348.09 | $451,348.09 * | None |
| 388  WYNN, BARRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13541 | $765,673.02 | $765,673.02 * | None |
| 389  YARKIN, ALLAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13540 | $37,115.23 | $37,115.23 * | None |
| 390  ZATULOVE, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13539 | $124,430.23 | $124,430.23 * | None |
| 391  ZIPP, BRIAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13538 | $1,016,729.65 | $1,016,729.65 * | None |
| 392  ZOOK, GEORGE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13555 | $117,063.83 | $117,063.83 * | None |
| | | TOTAL | | | $279,943,539.82 | $279,943,539.82 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT C**
**(Proposed Order – ECF No. 39568)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :        **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                               :
                           **Debtors.**                        :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED THIRTIETH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred thirtieth omnibus objection to claims, dated August 20,

2013 (the "Four Hundred Thirtieth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-

referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules

of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance

and expungement of the No Liability Claims to the extent that they assert claims for which the

applicable Chapter 11 Estates do not have any liability, all as more fully described in the Four

Hundred Thirtieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred

Thirtieth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Four Hundred Thirtieth Omnibus Objection to Claims is in the best interests of the

Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Thirtieth Omnibus Objection to Claims.

set forth in the Four Hundred Thirtieth Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

      ORDERED that the relief requested in the Four Hundred Thirtieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

      ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> annexed hereto (collectively, the "<u>No Liability Claims</u>") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

      ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Four Hundred

Thirtieth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) the

portion of any No Liability Claim that is not the subject of the Four Hundred Thirtieth Omnibus

Objection to Claims; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

                                        _____
                                       UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 430: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------|
| 1 | LB CAYMAN FINANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23479 | $1,112,961.00 * | $1,112,961.00* | Claim 23479 is based on obligations owed by LBIE. LBHI has no liability to claimant relative to such obligations. |
| 2 | LEYDIG, VOIT, & MAYER, LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33664 | $187,164.35 | $187,164.35 | Claim 33664 is based on obligations owed by LBI. LBHI has no liability to claimant relative to such obligations. |
| 3 | US BANK NATIONAL ASSOCIATION | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/27/2010 | 67152 | Undetermined | Undetermined | Claim 67152 is based on a Reserve Fund Agreement dated as of October 31, 1997, among Triton Ocean State LLC, State Street Bank and Trust Company, and LBSF. Claim 67152 is duplicative of Claim 13410. |
| 4 | US BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2010 | 67153 | Undetermined | Undetermined | Claim 67153 is based on a Reserve Fund Agreement dated as of October 31, 1997, among Triton Ocean State LLC, State Street Bank and Trust Company, and LBSF. LBHI has no liability to claimant relative to such Reserve Fund Agreement. |
| | | | | | TOTAL | $1,300,125.35 | $1,300,125.35 | |

**EXHIBIT D**
**(Proposed Order – ECF No. 39569)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                                   :
                     Debtors.                           :    **(Jointly Administered)**
------------------------------------------------------------------x

**ORDER GRANTING FOUR HUNDRED THIRTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)**

Upon the four hundred thirty-first omnibus objection to claims, dated August 20,

2013 (the "Four Hundred Thirty-First Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan*

*of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, pursuant to section 502 of title 11

of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Reduce and

Allow Claims, as more fully described in the Four Hundred Thirty-First Omnibus Objection to

Claims; and due and proper notice of the Four Hundred Thirty-First Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief requested in the Four Hundred Thirty-

First Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their

creditors, and all parties in interest, and that the legal and factual bases set forth in the Four

Hundred Thirty-First Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four
Hundred Thirty-First Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Thirty-First Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Reduce and Allow Claim listed on Exhibit 1 annexed hereto is reduced and allowed in the modified amount and priority set forth on Exhibit 1, and any asserted amounts in excess of the modified amount are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Four Hundred Thirty-First Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 431: EXHIBIT 1 - REDUCE & ALLOW**

| | NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | | AMOUNTS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1 | DAVID SCHWARTZ REVOCABLE TRUST | 68141 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | ASSERTED AMT. | | | | $166,855.00 | $166,855.00 |
| | | | | | MODIFIED AMT. | | | | $126,555.00 | $126,555.00 |
| | | | | Reason for Reduction: | Inaccurate valuation of warrant issued by Lehman Brothers Holdings Inc. pursuant to governing documents. | | | | | |

| | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| | TOTAL AMOUNT SUBJECT TO OBJECTION | | | | $166,855.00 | $166,855.00 |
| | TOTAL CLAIMS AS MODIFIED | | | | $126,555.00 | $126,555.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT E**
**(Proposed Order – ECF No. 39572)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the four hundred thirty-fourth omnibus objection to claims, dated August

20, 2013 (the "Four Hundred Thirty-Fourth Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors (the "Plan"), in accordance with section 502(b) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

[ECF No. 6664], seeking disallowance and expungement of the Settled Derivatives Claims on

the grounds that the Settled Derivatives Claims are contrary to settlements that the parties have

entered into, all as more fully described in the Four Hundred Thirty-Fourth Omnibus Objection

to Claims; and due and proper notice of the Four Hundred Thirty-Fourth Omnibus Objection to

Claims having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and

Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the

Southern District of New York; (v) each claimant listed on Exhibit A attached to the Four

Hundred Thirty-Fourth Omnibus Objection to Claims; and (vi) all other parties entitled to notice

in accordance with the procedures set forth in the second amended order entered on June 17,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Thirty-Fourth Omnibus Objection to Claims.

2010, governing case management and administrative procedures for these cases [ECF No.

9635]; and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Four Hundred Thirty-Fourth Omnibus

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

parties in interest and that the legal and factual bases set forth in the Four Hundred Thirty-Fourth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Thirty-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Settled

Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their

entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred

Thirty-Fourth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 434: EXHIBIT 1 - NO LIABILITY CLAIM - DERIVATIVE**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | GRANITE FINANCE LIMITED | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27871 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 2 | GRANITE FINANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27882 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | | TOTAL | $0.00 | $0.00 | |

**EXHIBIT F**
**(Proposed Order – ECF No. 39579)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                    :
                    **Debtors.**                    :        **(Jointly Administered)**
------------------------------------------------------------------x

**ORDER GRANTING FOUR HUNDRED THIRTY-FIFTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

Upon the four hundred thirty-fifth omnibus objection to claims, dated August 20,

2013 (the "Four Hundred Thirty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No

Liability Derivatives Claims on the grounds that they assert claims for which Lehman Brothers

Special Financing Inc. (the "Chapter 11 Estate") has no liability, all as more fully described in

the Four Hundred Thirty-Fifth Omnibus Objection to Claims; and due and proper notice of the

Four Hundred Thirty-Fifth Omnibus Objection to Claims having been provided to (i) the United

States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal

Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the

claimants listed on Exhibit A attached to the Four Hundred Thirty-Fifth Omnibus Objection to

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Thirty-Fifth Omnibus Objection to Claims.

Claims; and (vi) all other parties entitled to notice in accordance with the procedures set forth in

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635]; and the Court having found and

determined that the relief sought in the Four Hundred Thirty-Fifth Omnibus Objection to Claims

is in the best interests of the Chapter 11 Estate, its creditors, and all parties in interest and that the

legal and factual bases set forth in the Four Hundred Thirty-Fifth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Thirty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred

Thirty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

16329621

# Exhibit 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
## OMNIBUS OBJECTION 435: EXHIBIT 1 - NO LIABILITY CLAIM - DERIVATIVE

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 05/20/2010 | 66653 | Undetermined | Undetermined | No Liability Claim - Derivative |

Claim 66653 has been asserted in the amount of $264,000,000 plus unliquidated amounts. Pursuant to the Order Granting Debtors' Two Hundred Fifty-First Omnibus Objection to Claims [Docket No. 25656], the portion of Claim 66653 asserting a claim totaling $264,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") was allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Master Fund I, Ltd., LBSF, and LBHI (the "Allowed Claims"). This order has no effect whatsoever on the Allowed Claims, and only affects that portion of Claim 66653 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of December 18, 2007 which was not previously allowed pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 2 | HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 05/20/2010 | 66652 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | | TOTAL | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT G**
**(Proposed Order – ECF No. 40020)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                  :

| | |
|---|---|
| In re | :     **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :     **08-13555 (JMP)** |
| | : |
| Debtors. | :     **(Jointly Administered)** |
| | : |

----------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a)**
**OF THE BANKRUPTCY CODE AND GENERAL ORDER M-452**
**FURTHER AMENDING THE ALTERNATIVE DISPUTE RESOLUTION**
**PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER**
**DERIVATIVES TRANSACTIONS WITH SPECIAL PURPOSE VEHICLES**

Upon the motion, dated September 9, 2013 (the "Motion"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to section 105(a) of chapter 11 of title 11 of the United States

Code (the "Bankruptcy Code") and General Order M-452, for an order further amending the

*Amended Alternative Dispute Resolution Procedures Order for Affirmative Claims of the*

*Debtors under Derivatives Transactions with Special Purpose Vehicle Counterparties* [ECF No.

29507], as more fully set forth in the Motion; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the

Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Motion having been provided in accordance with the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

procedures set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for these cases [ECF No. 9635]; and the Court

having found and determined that the relief sought in the Motion is in the best interests of the

Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases

set forth in the Motion establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that paragraph two of the SPV Derivatives ADR Procedures is

revised so that the requirement that an Action be commenced or that the Chapter 11 Estates

already be involved in ADR related to a particular SPV Derivatives Transaction prior to

instituting an ADR proceeding does not apply to the Affected SPVs set forth on Exhibit 1

annexed hereto; and it is further

ORDERED that all other provisions of the SPV Derivatives ADR Procedures

remain in full force and effect; and it is further

ORDERED that service of notice of the Motion by e-mail or facsimile shall be

good and sufficient notice of the Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2

## EXHIBIT 1

1.    ANTHRACITE BALANCED COMPANY (R-26) LIMITED

2.    CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC

3.    Corporate Backed Trust Certificates, Goldman Sachs Capital 1 Securities-Backed Series 2004-6 (CBTC 2004-6)

4.    DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009

5.    EGYPT TRUST 1 - Series 2000-A

6.    EMF NL 2008-2 BV

7.    EMF-NL 2008-1 BV

8.    EMF-NL Prime 2008-A B.V.

9.    EUROSAIL 2006-1 PLC

10.    EUROSAIL 2006-2BL PLC

11.    EUROSAIL 2006-3NC PLC

12.    EUROSAIL 2006-4NP PLC

13.    EUROSAIL-NL 2007-2 BV

14.    EUROSAIL-UK 2007-1NC PLC

15.    EUROSAIL-UK 2007-2NP PLC

16.    Flatrock Trust

17.    GRANITE Finance Limited Series 2005-7

18.    Granite Finance Limited Series 2006-11

19.    Granite Finance Limited Series 2006-6

20.    LB Commercial Trust 2007-C3, Commercial Mortgage Pass-Through Certificates, Series 2007-C3, Class A-2FL Grantor Trust

21.     LB Commercial Trust 2007-C3, Commercial Mortgage Pass-Through Certificates,
        Series 2007-C3, Class A-MFL Grantor Trust

22.     LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6, Commercial Mortgage pass-
        Through Certificates Series 2007-C6

23.     LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1, Commercial Mortgage pass-
        Through Certificates Series 2008-C1

24.     PERPETUAL TRUSTEE COMPANY LIMITED as trustee FOR TRILOGY ASSET
        SECURITIES TRUST SERIES 1

25.     REPACKAGED AMERICAN GENERAL Floating Rate Trust Certificates, Series 2003-
        1 Trust

26.     Restructured Asset Certificates With Enhanced Returns, Series 2003-7-A Trust
        (RACERS 2003-07-A)

27.     ROBECO CREDIT LIMITED

28.     SAPHIR FINANCE PLC 2007-1

29.     SEALINK FUNDING LIMITED