United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Case No: 08-13555 |
|---|---|
| Creditor Name and Address: | VonWin Capital Management, LP<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 |
| Court Claim Number (if known): | 33263 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $936,320.07 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-25-13

Print Name: Michael Winschuh

Title (if applicable): Managing Director