WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**NOTICE REGARDING FOURTH DISTRIBUTION PURSUANT TO**
**THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

As previously disclosed, additional Distributions under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 26039],[1] will commence on October 3, 2013 (the "Fourth Distribution Date").

Attached hereto as Exhibit A is a list that indicates the percentage recovery that will be distributed to holders of Allowed Claims (other than secured, administrative or priority claims) against each Debtor in each Class under the Plan as well as the cumulative percentage recovery.

Attached hereto as Exhibit B is a summary of the aggregate amount that will be distributed to holders of Allowed non-priority unsecured Claims as of the Fourth Distribution Date.

Attached hereto as Exhibit C is a list that indicates the amount and percentage of the Minimum Cash Reserve and the Asset-to-Reserve Ratio that will be maintained by each Debtor that uses Non-Cash Assets in lieu of Available Cash as reserves for Disputed Claims.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Plan or the *Order Authorizing Use of Non-Cash Assets In Lieu of Available Cash As Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Plan* [ECF No. 25641], as applicable.

The aggregate amount that will be distributed on the Fourth Distribution Date will total approximately $15.6 billion and will include approximately (i) $15.2 billion of Distributions identified in Exhibit B, (ii) $276 million of Distributions to holders of recently Allowed Claims for amounts that would have been received had such claims been Allowed at the time of previous distributions, and (iii) $36.5 million and $24.2 million from Lehman Brothers Financial Products Inc. and Lehman Brothers Derivative Products Inc., respectively, on account of postpetition interest to holders of Allowed Claims that have been satisfied in full.

Dated:  September 26, 2013
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**Exhibit A**

Exhibit A

## Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | Distribution as a % of Allowed Claims | | | |
|---|---|---|---|---|---|
| | | Initial Distribution on 4/17/2012 [1] | Second Distribution on 10/1/2012 [1] | Third Distribution on 4/4/2013 [1] | Fourth Distribution on 10/3/2013 [1] | Cumulative Distribution |

**Lehman Brothers Holdings Inc.**

| Class | | Initial Distribution | Second Distribution | Third Distribution | Fourth Distribution | Cumulative Distribution |
|---|---|---|---|---|---|---|
| Class 3 | Senior Unsecured | 6.023822% | 3.814592% | 4.973258% | 5.741091% | 20.552763% |
| Class 4A | Senior Affiliate Claims | 4.621059% | 3.115203% | 3.931802% | 4.663943% | 16.332007% |
| Class 4B | Senior Affiliate Guarantee | 4.511537% | 3.044562% | 3.843169% | 4.558564% | 15.957832% |
| Class 5 | Senior Third-Party Guarantee | 3.609229% | 2.435579% | 3.076315% | 3.647317% | 12.768440% |
| Class 6A | Convenience Claims | 26.000000% | N/A | N/A | N/A | 26.000000% |
| Class 6B | Guarantee Convenience Claims | 17.000000% | N/A | N/A | N/A | 17.000000% |
| Class 7 | General Unsecured | 5.655426% | 3.574822% | 4.658111% | 5.370294% | 19.258653% |
| Class 8 | Derivative Affiliate / Affiliate Guarantee Claims | 4.252663% | 2.875433% | 3.616655% | 4.293147% | 15.037898% |
| Class 9A | Third-Party Guarantee Claims other than those of the RACERS Trusts | 3.402130% | 2.300346% | 2.893324% | 3.434517% | 12.030317% |
| Class 9B | Third Party Guarantee Derivatives RACER's | 2.069274% | 1.399137% | 1.759803% | 2.088973% | 7.317187% |
| Class 10A | Subordinated Class 10A Claims | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] |
| Class 10B | Subordinated Class 10B Claims | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] |
| Class 10C | Subordinated Class 10C Claims | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] |

**Lehman Commercial Paper Inc.**

| Class | | Initial Distribution | Second Distribution | Third Distribution | Fourth Distribution | Cumulative Distribution |
|---|---|---|---|---|---|---|
| Class 3 | Convenience Claims | 60.000000% | N/A | N/A | N/A | 60.000000% |
| Class 4A | General Unsecured Claims other than those of Designated Entities | 16.426654% | 9.153147% | 14.420168% | 9.958416% | 49.958385% |
| Class 4B | General Unsecured Claims of Designated Entities | 10.958881% | 8.433891% | 12.341580% | 9.241145% | 40.975497% |
| Class 5A | Affiliate Claims of LBHI [3] | 12.970405% | 10.542363% | 15.426975% | 11.551431% | 50.491174% |
| Class 5B | Affiliate Claims of Participating Subs | 10.958881% | 8.433891% | 12.341580% | 9.241145% | 40.975497% |
| Class 5C | Affiliate claims | 11.780797% | 9.066432% | 13.267198% | 9.934230% | 44.048657% |

**Lehman Brothers Special Financing Inc.**

| Class | | Initial Distribution | Second Distribution | Third Distribution | Fourth Distribution | Cumulative Distribution |
|---|---|---|---|---|---|---|
| Class 3 | Convenience Claims | 32.000000% | N/A | N/A | N/A | 32.000000% |
| Class 4A | General Unsecured Claims other than those of Designated Entities | 20.354027% | 1.700449% | 2.534159% | 3.185504% | 27.774139% |
| Class 4B | General Unsecured Claims of Designated Entities | 10.362176% | 0.873395% | 1.308584% | 1.635489% | 14.179644% |
| Class 5A | Affiliate Claims of LBHI [3] | 20.643932% | 1.794955% | 2.689333% | 3.361170% | 28.489390% |
| Class 5B | Affiliate Claims of Participating Subs | 17.036634% | 1.435964% | 2.151466% | 2.688936% | 23.313000% |
| Class 5C | Affiliate claims | 20.018045% | 1.687258% | 2.527973% | 3.159499% | 27.392775% |

**Lehman Brothers Commodity Services Inc.**

| Class | | Initial Distribution | Second Distribution | Third Distribution | Fourth Distribution | Cumulative Distribution |
|---|---|---|---|---|---|---|
| Class 3 | Convenience Claims | 55.000000% | N/A | N/A | N/A | 55.000000% |
| Class 4 | General Unsecured Claims | 45.692744% | 4.024636% | 7.054080% | 8.622886% | 65.394346% |
| Class 5A | Affiliate Claims of LBHI [3] | 53.131098% | 4.679809% | 8.202418% | 10.026611% | 76.039936% |
| Class 5B | Affiliate Claims of Participating Subs | N/A | N/A | N/A | N/A | N/A |
| Class 5C | Affiliate claims | 45.692744% | 4.024636% | 7.054080% | 8.622886% | 65.394346% |

**Lehman Brothers OTC Derivatives Inc.**

| Class | | Initial Distribution | Second Distribution | Third Distribution | Fourth Distribution | Cumulative Distribution |
|---|---|---|---|---|---|---|
| Class 3 | Convenience Claims | 34.000000% | N/A | N/A | N/A | 34.000000% |
| Class 4 | General Unsecured Claims | 15.494402% | 1.010837% | 1.799785% | 81.694973% | 100.000000% |
| Class 5A | Affiliate Claims of LBHI [3] | 16.841742% | 1.098736% | 1.956288% | 80.103232% | 100.000000% |
| Class 5B | Affiliate Claims of Participating Subs | 13.473393% | 0.878989% | 1.565031% | 84.082585% | 100.000000% |
| Class 5C | Affiliate claims | 15.494402% | 1.010837% | 1.799785% | 81.694973% | 100.000000% |

**Lehman Brothers Commercial Corporation**

| Class | | Initial Distribution | Second Distribution | Third Distribution | Fourth Distribution | Cumulative Distribution |
|---|---|---|---|---|---|---|
| Class 3 | Convenience Claims | 40.000000% | N/A | N/A | N/A | 40.000000% |
| Class 4 | General Unsecured Claims | 25.655209% | 17.040197% | 10.341640% | 23.261607% | 76.298653% |
| Class 5A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class 5B | Affiliate Claims of Participating Subs | 22.804630% | 15.146842% | 9.192569% | 20.676984% | 67.821025% |
| Class 5C | Affiliate claims | 25.655209% | 17.040197% | 10.341640% | 23.261607% | 76.298653% |

**Lehman Brothers Derivative Products Inc. [5]**

| Class | | Initial Distribution | Second Distribution | Third Distribution | Fourth Distribution | Cumulative Distribution |
|---|---|---|---|---|---|---|
| Class 3 | General Unsecured Claims | 55.565278% | 6.417969% | 38.016753% | N/A | 100.000000% |
| Class 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class 4B | Affiliate claims | 55.565278% | 6.417969% | 38.016753% | N/A | 100.000000% |

**Lehman Brothers Financial Products Inc. [5]**

| Class | | Initial Distribution | Second Distribution | Third Distribution | Fourth Distribution | Cumulative Distribution |
|---|---|---|---|---|---|---|
| Class 3 | General Unsecured Claims | 100.000000% | N/A | N/A | N/A | 100.000000% |
| Class 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | N/A | N/A | 100.000000% |
| Class 4B | Affiliate claims | 100.000000% | N/A | N/A | N/A | 100.000000% |

Exhibit A

## Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | | |
|---|---|---|---|---|---|---|
| | | | Initial Distribution on 4/17/2012 [1] | Second Distribution on 10/1/2012 [1] | Third Distribution on 4/4/2013 [1] | Fourth Distribution on 10/3/2013 [1] | Cumulative Distribution |
| **LB 745 LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | 1.364536% | 4.259858% | 27.188597% | 25.458904% | 58.271895% |
| Class | 4A | Affiliate Claims of LBHI [3] | 1.364536% | 4.259858% | 27.188597% | 25.458904% | 58.271895% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A |
| **PAMI Statler Arms LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A |
| **CES Aviation LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 7.250282% | 2.308120% | 21.521977% | 2.622210% | 33.702589% |
| Class | 4B | Affiliate claims | 7.250282% | 2.308120% | 21.521977% | 2.622210% | 33.702589% |
| **CES Aviation V LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | 0.994823% | 0.461795% | 3.889401% | 0.540934% | 5.886953% |
| Class | 4A | Affiliate Claims of LBHI [3] | 0.994823% | 0.461795% | 3.889401% | 0.540934% | 5.886953% |
| Class | 4B | Affiliate claims | 0.994823% | 0.461795% | 3.889401% | 0.540934% | 5.886953% |
| **CES Aviation IX LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | 1.745863% | 0.715306% | 6.508158% | 0.875038% | 9.844365% |
| Class | 4A | Affiliate Claims of LBHI [3] | 1.745863% | 0.715306% | 6.508158% | 0.875038% | 9.844365% |
| Class | 4B | Affiliate claims | 1.745863% | 0.715306% | 6.508158% | 0.875038% | 9.844365% |
| **East Dover Limited [4]** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 7.661660% | N/A | N/A | N/A | 7.661660% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A |
| **Lehman Scottish Finance LP** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A |
| **Luxembourg Residential Properties Loan Finance S.a.r.l.** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | 8.073448% | 8.073448% |
| **BNC Mortgage LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | 9.091815% | 3.778413% | 2.377620% | 0.879765% | 16.127613% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 9.091815% | 3.778413% | 2.377620% | 0.879765% | 16.127613% |
| **LB Rose Ranch LLC [4]** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A |
| **Structured Asset Securities Corporation** | | | | | | | |
| Class | 3 | General Unsecured Claims | 6.498871% | 5.229359% | 10.190222% | 12.672089% | 34.590541% |
| Class | 4A | Affiliate Claims of LBHI [3] | 6.498871% | 5.229359% | 10.190222% | 12.672089% | 34.590541% |
| Class | 4B | Affiliate claims | 6.498871% | 5.229359% | 10.190222% | 12.672089% | 34.590541% |
| **LB 2080 Kalakaua Owners LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A |

Exhibit A

## Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | | | |
|---|---|---|---|---|---|---|---|
| | | | Initial Distribution on 4/17/2012 [1] | Second Distribution on 10/1/2012 [1] | Third Distribution on 4/4/2013 [1] | Fourth Distribution on 10/3/2013 [1] | Cumulative Distribution |
| **Merit LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 1.091344% | 0.578678% | 0.395373% | 9.466574% | 11.531969% |
| **LB Somerset LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A |
| **LB Preferred Somerset LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A |

*Notes:*

[1]  *"N/A" indicates either $0 available cash for Distributions, $0 in Allowed Claims within the specific class or, with respect to the second, third and fourth Distributions, classes that were satisfied in the previous Distributions*

[2]  *Distributions reallocated in accordance with Section 6.4 of the Plan*

[3]  *In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended*

[4]  *In accordance with section 8.3 of the plan, Debtors are not required to make Distributions of less than $10 million in the aggregate*

[5]  *In addition to the reported Distributions above, this Debtor will be making Distributions on account of postpetition interest to holders of Allowed Claims*

**Exhibit B**

Exhibit B

## Summary of Fourth Distribution to Non-Priority Unsecured Claims (October 3, 2013)

$ in millions

| Debtors [1] | Cash Available for Distribution | | | | | | | | Claims [7] | | | Distribution | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Unrestricted Cash [2] | Reserves and Adjustments to Cash [3] | Initial Cash Available for Distribution | Cash Available from Distributions from Other Debtors and Certain Non-Debtors [4] | Redistribution from Claims Reserves [5] | Plan Adjustments [6] | Catch-Up and Interest on Newly Allowed | Total Cash Available for Fourth Distribution | Allowed [8] | Disputed [9] | Total | Payment to Allowed Creditors | Net Increase to Disputed Claims Reserves [10] | Total |
| Lehman Brothers Holdings Inc. | $ 6,840.4 | $ (103.2) | $ 6,737.3 | $ 3,442.5 | $ 40.9 | $ 427.7 | $ (149.8) | $ 10,498.5 | $ 231,540.1 | $ 44,261.9 | $ 275,802.0 | $ 10,121.7 | $ 376.8 | $ 10,498.5 |
| Lehman Commercial Paper Inc. | $ 2,412.7 | $ 252.3 | $ 2,665.0 | $ 322.3 | $ 0.4 | $ (231.8) | $ (0.8) | $ 2,755.1 | $ 25,820.4 | $ 165.1 | $ 25,985.5 | $ 2,751.2 | $ 3.9 | $ 2,755.1 |
| Lehman Brothers Special Financing Inc. | $ 1,118.7 | $ (98.5) | $ 1,020.2 | $ 203.0 | $ 4.4 | $ (74.6) | $ (125.5) | $ 1,027.5 | $ 36,384.7 | $ 9,823.1 | $ 46,207.8 | $ 1,152.8 | $ (125.3) | $ 1,027.5 |
| Lehman Brothers Commodity Services Inc. | $ 300.2 | $ (0.7) | $ 299.4 | $ 12.2 | $ 9.0 | $ (28.8) | $ (0.0) | $ 291.8 | $ 2,988.4 | $ 208.8 | $ 3,197.2 | $ 270.9 | $ 20.9 | $ 291.8 |
| Lehman Brothers OTC Derivatives Inc. | $ 1,131.3 | $ (19.0) | $ 1,112.4 | $ 64.8 | $ 7.4 | $ (39.2) | $ (0.0) | $ 1,145.3 | $ 715.1 | $ 524.4 | $ 1,239.5 | $ 563.0 | $ 582.4 | $ 1,145.3 |
| Lehman Brothers Commercial Corporation | $ 400.9 | $ (0.6) | $ 400.3 | $ 1.0 | $ 9.7 | $ (42.7) | $ (0.0) | $ 368.3 | $ 1,080.0 | $ 510.1 | $ 1,590.1 | $ 236.4 | $ 131.9 | $ 368.3 |
| LB 745 LLC | $ 9.7 | $ 0.0 | $ 9.8 | $ 11.2 | $ 1.8 | $ - | $ (0.0) | $ 22.8 | $ 36.5 | $ 53.1 | $ 89.5 | $ 9.3 | $ 13.5 | $ 22.8 |
| CES Aviation LLC | $ - | $ 0.1 | $ 0.1 | $ - | $ 1.7 | $ - | $ (0.0) | $ 1.8 | $ 18.2 | $ 51.2 | $ 69.4 | $ 0.5 | $ 1.3 | $ 1.8 |
| CES Aviation V LLC | $ 0.0 | $ 0.0 | $ 0.0 | $ 0.0 | $ 0.3 | $ - | $ (0.0) | $ 0.3 | $ 6.5 | $ 51.2 | $ 57.7 | $ 0.0 | $ 0.3 | $ 0.3 |
| CES Aviation IX LLC | $ 0.0 | $ 0.0 | $ 0.0 | $ 0.0 | $ 0.5 | $ - | $ (0.0) | $ 0.5 | $ 7.3 | $ 51.2 | $ 58.6 | $ 0.1 | $ 0.4 | $ 0.5 |
| LUXCO | $ 52.7 | $ (0.7) | $ 52.0 | $ 0.0 | $ - | $ - | $ (0.0) | $ 52.0 | $ 593.4 | $ 51.2 | $ 644.6 | $ 47.9 | $ 4.1 | $ 52.0 |
| BNC Mortgage LLC | $ 0.0 | $ (0.1) | $ (0.1) | $ 0.1 | $ 0.9 | $ - | $ (0.0) | $ 0.9 | $ 1.5 | $ 100.6 | $ 102.1 | $ 0.0 | $ 0.9 | $ 0.9 |
| Structured Asset Securities Corporation | $ 1.4 | $ 6.8 | $ 8.2 | $ 60.9 | $ 30.0 | $ - | $ (0.0) | $ 99.1 | $ 470.9 | $ 310.8 | $ 781.7 | $ 59.7 | $ 39.4 | $ 99.1 |
| Merit LLC | $ 30.2 | $ (0.1) | $ 30.2 | $ 1.6 | $ - | $ - | $ (0.0) | $ 31.8 | $ 324.7 | $ 11.1 | $ 335.8 | $ 30.7 | $ 1.1 | $ 31.8 |
| | | | | | | | | | | | | $ 15,244.2 | $ 1,051.6 | $ 16,295.8 |

Notes:

[1] Includes all Debtors making a Distribution on the Fourth Distribution Date, other than Lehman Brothers Derivative Products Inc. and Lehman Brothers Financial Products Inc., which made Distributions on account of postpetition interest. Other Debtors not listed will not be making Distributions to non-priority unsecured creditors on this date

[2] As of 9/13/13

[3] Includes all, or some, of the following: (a) provisions for operating expenses and other operating reserves; (b) provisions for other commitments (e.g. unfunded loans, etc.); (c) reserves for anticipated investments; (d) additional reserves for Secured, Administrative, Priority and Convenience Claims not included in restricted cash (e) pro forma cash adjustments; and (f) reserves for interest on Disputed Claims

[4] Includes payments from/to Debtors and other Debtors and certain Debtor Controlled Entities calculated to maximize Distributions to all creditors

[5] Represents amounts that were reserved in the previous Distributions that are now available for Distribution as Disputed Claims have been reduced, withdrawn or allowed at amounts less than previously reserved

[6] Plan Adjustment is calculated based on payment of Allowed Claims including Distributions on newly Allowed Claims. It is not calculated on the Disputed Claims Reserve

[7] Does not include Convenience Claims

[8] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended

[9] Estimate of Disputed Claims for reserve purposes only. Certain Claims have been estimated at less than filed amounts as agreed through a stipulation or settlement agreement. Does not include estimates for unliquidated Claims

[10] Reserves set aside at LOTC are for both the full satisfaction of the remaining disputed claims, as well as potential postpetition interest

**Exhibit C**

**Exhibit C**

**Minimum Cash Reserve and Asset-to-Reserve Ratios for Third Distribution (October 3, 2013)**

*$ in millions*

| Description | | Lehman Brothers Holdings Inc. | | Lehman Commercial Paper Inc. | | Lehman Brothers Special Financing Inc. |
|---|---|---|---|---|---|---|
| **Assets** [10] | | | | | | |
| Financial Inventory as of 6/30/13 [1] | $ | 616 | $ | 2,213 | $ | 1,508 |
| Encumbered Inventory Adjustment [2] | | (57) | | - | | (9) |
| Asset Transfer Adjustment [3] | | - | | 332 | | - |
| Subsequent Collections [4] | | - | | - | | (310) |
| Receivables & Other Assets [5] | | 435 | | 43 | | |
| Investment in Affiliates [6] | | 1,527 | | 2,018 | | - |
| Interco. Receivables [7] | | 4,922 | | 299 | | 155 |
| Non-Controlled Affiliate Receivables [8] | | 10,625 | | 31 | | 159 |
| **Total Assets** | $ | 18,068 | $ | 4,935 | $ | 1,503 |
| | | | | | | |
| **Required Claims Reserve** | | | | | | |
| % of Reserves for Disputed Claims Held in Cash | | **25%** | | **25%** | | **83%** |
| | | | | | | |
| Reserve for Disputed Claims | $ | 7,317 | $ | 94 | $ | 2,898 |
| Less: Plan Adjustments & Plan Settlement Reserves [9] | | (661) | | (10) | | (35) |
| Reserve Available to All Classes | | 6,656 | | 85 | | 2,863 |
| Less: Minimum Cash Reserve | | (1,664) | | (21) | | (2,362) |
| **Net Asset Requirement** | $ | 4,992 | $ | 63 | $ | 501 |
| | | | | | | |
| **Total Asset-to-Reserve Ratio** | | 3.6x | | 77.8x | | 3.0x |

Notes:

[1] As reflected in the June 30, 2013 Balance Sheets filed with the Bankruptcy Court (ECF No. 40224).

[2] Certain assets included in Financial Inventory are encumbered to Debtors and Third Parties and therefore are not used in the calculation of Asset-to-Reserve Ratios; Please refer to the Notes and Supplemental Schedules to the June 30, 2013 Balance Sheets.

[3] Assets encumbered to LCPI as described in the Notes and Supplemental Schedules to the June 30, 2013 Balance Sheets.

[4] Reflects net proceeds received by LBSF for derivative collections through August 31, 2013, including revised estimates on certain derivative positions.  (Please refer to the Post-Effective Date Operating Reports for more information)

[5] For LBHI and LCPI, amounts included in the balance sheet caption "Receivables from Controlled Affiliates and Other Assets" as of June 30, 2013.

[6] Includes Equity in Affiliates per the Debtor's Disclosure Statement For Third Amended Joint Chapter 11 Plan filed on August 31, 2011 ("Disclosure Statement"), adjusted for significant cash collections and other activities through September 15, 2013. Amounts differ from the balances reported in the June 30, 2013 Balance Sheets as Investments in Affiliates are presented on a historical basis on the balance sheet.

[7] Includes intercompany receivables from both Debtors and Debtor-Controlled Entities (per Exhibit 4 of the Disclosure Statement) including the RACERS Trust Claims, adjusted for cash collections and other activities through the fourth distribution, including payments from Debtor-Controlled Entities on intercompany balances through September 15, 2013. Amounts are net of $250 million in intercompany loans, including $50 million from LBFP to LBHI and $200 million from LBDP and LBFP ($100 million each) to LCPI. Amounts differ from the balances reported in the June 30, 2013 Balance Sheets as certain receivables from Debtors and Debtor-Controlled entities  are presented on a historical basis on the balance sheet.

[8] Includes expected future recoveries from Non-Controlled Affiliates as presented in the 2013+ Cash Flow Estimates, net of sales and collections through August 31, 2013.

[9] Includes only portion of Plan Adjustments and Plan Settlement amounts reserved for Disputed Claims.

[10] Certain classifications utilized in this report differ from prior reports; accordingly, amounts may not be comparable.

**This schedule is not meant to be relied upon as a complete description of the Company, its business, condition (financial or otherwise), results of operations, prospects, assets or liabilities.  This report should be read in conjunction with previously filed reports by the Company, including the June 30, 2013 Balance Sheets, Notes and Supplemental Schedules, 2013+ Cash Flow Estimates, Form 8-K reports, the Plan and related Disclosure Statement.**