UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                    :

In re:                                  :         Chapter 11
                                    :

LEHMAN BROTHERS HOLDINGS, INC., et al.,        :         Case No. 08-13555 (JMP)
                                    :

                 Debtor.                :         (Jointly Administered)
                                    :
------------------------------------------------------------------------ x

## ORDER AUTHORIZING PLAN ADMINISTRATOR TO REISSUE PLAN DISTRIBUTION CHECKS TO RBC DOMINION SECURITIES INC.

Upon the motion dated July 29, 2013 (the "Motion") of RBC Dominion Securities Inc. ("RBC") for entry of an order pursuant to (a) Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), or in the alternative, (b) sections 105(a), 347(b), 1142(b) and 1143 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 3021, compelling Lehman Brothers Holdings Inc. (the "Plan Administrator") to reissue certain distribution checks payable to RBC in respect of its allowed claim against the Debtor; and a hearing having been held on the Motion before this Court on September 18, 2013 (the "Hearing"); and adequate notice of the Motion and Hearing having been given as set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated June 17, 2010 entered in these cases; and upon the record of the Hearing; and upon due deliberation and good and sufficient cause appearing therefor; it is hereby

ORDERED that, based solely upon a finding of this Court of excusable neglect on the part of RBC, the Plan Administrator is hereby authorized and directed to reissue as promptly as possible the distributions originally made by the Plan Administrator to RBC in respect of its

allowed claim [Claim No. 51231] through the Missing Distribution Checks (as such term is defined in the Motion); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
      September 26, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge