UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

**JOINT STIPULATION ADJOURNING HEARING ON DEBTORS' OBJECTION TO CMBS CLAIMS AND REQUEST FOR SUBORDINATION PURSUANT TO SECTIONS 510(a)-(c) OF THE BANKRUPTCY CODE**

Lehman Brothers Holdings Inc. and its affiliated debtors, in the above referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***") along with BRNP Holdings, L.L.C. ("***BRNP***") hereby agree and stipulate that the hearing to consider the *Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code* [Docket No. 36882] (the "***Hearing***") with respect to BRNP's claims shall be adjourned to a date agreed upon by the parties and approved by the Court. The Debtors and BRNP further stipulate that the deadline for BRNP's response to the Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code shall be **October 15, 2013 at 12:00 p.m. (EST)**, provided, however, that BRNP agrees to meet and confer with the Debtors regarding BRNP's claims prior to October 15, 2013.

| | |
|---|---|
| New York, New York<br>Dated: September 20, 2013 | */s/ Joseph Serino*<br>Jonathan S. Henes, P.C.<br>Joseph Serino, Jr., P.C.<br>Chad J. Husnick<br>Christopher T. Greco<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York  10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>*Attorneys for Lehman Brothers Holdings Inc.* |

BRNP HOLDINGS, L.L.C.

By:  */s/ James Wright*
James Wright
Ropes & Gray LLP
Prudential Tower
800 Boylston Street,
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
*Attorneys for BRNP Holdings, L.L.C.*

**SO ORDERED:**

| | | |
|---|---|---|
| Dated: New York, New York<br>September 26, 2013 |  | /s/ James M. Peck<br>_____<br>Honorable James M. Peck<br>United States Bankruptcy Judge |

2