**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 TO ORDER GRANTING FOUR HUNDRED TWENTY-SECOND OMNIBUS OBJECTION**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 1 | O'CONNOR, MATTHEW S. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 197 | 10/15/2008 | $1,690,000.00 |
| 2 | POCZA, ROD | 08-13885 (JPM) | Lehman Brothers Commodities Services, Inc. | 324 | 10/20/2008 | $330,000.00 |