HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Attorneys for Maria Clara Xavier Rocha Gomes Van der Hart,
Rui Teixeira, Antonio Manuel Coelho Affonso de Barros,
Fundación Rafael del Pino, Miguel Sousa, Nuno Simoes
and Antonio Coutinhas, Claimants
One Gateway Center
Newark, New Jersey 07102
(973) 621-9020
Stephen L. Dreyfuss, Esq.

|  |  |  |
|---|---|---|
|  |  | UNITED STATES BANKRUPTCY COURT |
|  |  | SOUTHERN DISTRICT OF NEW YORK |
| In the Matter of: | : | Case No. 08-13555 JMP |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | : | Chapter 11 Proceeding |
|  |  | Hon. James M. Peck |
| Debtor. | : |  |

## SUBSTITUTION OF ATTORNEY

The undersigned attorneys hereby consent to the substitution of Hellring Lindeman Goldstein & Siegal LLP as attorneys for claimants, Maria Clara Xavier Rocha Gomes Van der Hart, Rui Teixeira, Antonio Manuel Coelho Affonso de Barros, Fundación

Rafael del Pino, Miguel Sousa, Nuno Simoes and Antonio Coutinhas, in the above captioned matter.

                    HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
                    One Gateway Center
                    Newark, New Jersey 07102
                    (973) 621-9020

By:    /s/ STEPHEN L. DREYFUSS
        STEPHEN L. DREYFUSS
        A Member of the Firm

Dated: September 25, 2013    *Superseding Attorneys*

        /s/ JAMES C. MOORE
        JAMES C. MOORE, ESQ.
        251 Windemere Road
        Rochester, NY 14610
        585-231-1124

Dated: September 25, 2013    *Withdrawing Attorney*

-2-