EXHIBIT A-2

FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC,     Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Royal Bank of Scotland plc | ING Belgium SA/NV |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

**THE ROYAL BANK OF SCOTLAND PLC**
**By: RBS Securities Inc., its agent**

**Operations and Credit Contact: (Private Side)**
Matthew Rosencrans
The Royal Bank of Scotland Plc
600 Washington Boulevard
Stamford CT, 06901
(203) 897-2644
Fax (201) 215-9316
loanops@rbs.com

**Agent Bank Notices:**
The Royal Bank of Scotland plc
Attention: RBS Loan Operations
Voice (203) 897-2644
Fax (201) 215-9316
loanops@rbs.com

**Legal Contacts**
The Royal Bank of Scotland Plc
600 Washington Boulevard
Stamford CT, 06901
Attention: Brian Geldert
Phone: (203) 897-6021
Facsimile: (201) 215-9316
E-Mail: brian.geldert@rbs.com

Court Claim # (if known): 67778
Amount of Claim: $5,800,793.33
Date Claim Filed: Dec. 6, 2011

Phone:

Name and Address where transferee payments
should be sent (if different from above):

J.P. Morgan Chase Bank, New York
ABA 021000021
Beneficiary: RBSGMP Bank Loans
A/C: 0667-08583
RE: Deal Name

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____                    Date:    8/29/13
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §1152 & 3571.

## EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **ING Belgium SA/NV** ("Seller") has, pursuant to and as more fully detailed in a claim purchase agreement dated August 29 2013, unconditionally and irrevocably sold, transferred and assigned to **The Royal Bank of Scotland plc** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim no. 12461, which claim was amended on December 6, 2011 by claim no. 67778 (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 29th day of August 2013.

| SELLER: | BUYER: |
|---|---|
| **ING Belgium SA/NV** | **The Royal Bank of Scotland plc** |
| *(signature)* | Philippe Follebouckt |
| Name: Vincent Vermeire | Head of FM Brussels |
| Title: Head Counterparties & FM Risk Management ING BELGIUM | Name: Title: |

**EVIDENCE OF TRANSFER OF LBHI CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **ING Belgium SA/NV** ("Seller") has, pursuant to and as more fully detailed in a claim purchase agreement dated [    ] 2013, unconditionally and irrevocably sold, transferred and assigned to **The Royal Bank of Scotland plc** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim no. 12461, which claim was amended on December 6, 2011 by Claim No. 67778 (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 29TH day of AUGUST, 2013.

| SELLER: | BUYER: |
|---|---|
| **ING Belgium SA/NV** | The Royal Bank of Scotland plc<br>By: RBS Securities Inc., its agent |
| Name:<br>Title: | Name: Suzanne Giossoti<br>Title: Director |