CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH
CERTAIN CASH HYBRID TRANSACTIONS

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*US. Bank*") by and through its counsel, Chapman and Cutler LLP, hereby withdraws the Proofs of Claims filed with the following transactions against Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. respectively in connection with certain cash hybrid transactions:

3437826.01.01-3.doc

| Transaction | Debtor | Claim Number |
|---|---|---|
| Airlie CDO I | LBSF | 32854 |
| Airlie CDO I | LBHI | 32838 |
| Pebble Creek 2006-1 | LBSF | 32853 |
| Pebble Creek 2006-1 | LBHI | 32833 |
| AVIV LCDO 2006-2 | LBSF | 32850 |
| AVIV LCDO 2006-2 | LBHI | 32839 |
| Exum Ridge 2006-2 | LBSF | 32865 |
| Exum Ridge 2006-2 | LBHI | 32864 |
| Exum Ridge 2006-4 | LBSF | 32857 |
| Exum Ridge 2006-4 | LBHI | 32842 |
| Exum Ridge 2006-5 | LBSF | 32848 |
| Exum Ridge 2006-5 | LBHI | 32841 |

Each of these claims were resolved pursuant to confidential Settlement Agreements with the Debtors dated July 17, 2013, except in the case of AVIV LCDO 2006-2 which were resolved pursuant to the terms of a confidential Settlement Agreement dated September 18, 2013. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

September 25, 2013

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

By: _____
Its:
Timothy Pillar
Vice President