# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: LeapFrog Enterprises, Inc.

     **LeapFrog Enterprises, Inc.**, a <u>Corporation</u>, having offices located at <u>6401 Hollis Street Emeryville, CA 94608</u>, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("<u>Buyer</u>"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of **$800,000**, docketed as Claim No. **30530** (the "<u>Claim</u>") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

     IN WITNESS WHEREOF, dated as set forth below.

**LeapFrog Enterprises, Inc.**

By: X _Sally Mason_ _____
(Signature of authorized signatory)

Name: <u>Sally Mason</u>
Title: <u>Vice President, Corporate Controller</u>
Date: September 25, 2013

**JPMorgan Chase Bank, N.A.**

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signatory
Date: September 26, 2013

LeapFrog to JPMCBNA  LBHI Only  POC 30530  $800M AOC (2)