Steve Jakubowski
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone:  (312) 456-0191
Facsimile:   (312) 782-6690
sjakubowski@rsplaw.com

*Attorneys for Frank M. Paris*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re**                                                                          :    Chapter 11
                                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*    :    Case No. 08-13555 (JMP)
                                                                                         :    (Jointly Administered)
                                                                                         :
                                                **Debtors.**               :
                                                                                         :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Frank M. Paris ("Claimant"), by and through its counsel and pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws Proof of Claim number 30440 and authorizes the Clerk of the Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-captioned Debtor and in respect of Lehman Brothers OTC Derivatives, Inc.

Dated:  September 28, 2013                    By:    /s/ Steve Jakubowski
                                                                     Attorney for Frank M. Paris

                                                                     Steve Jakubowski
                                                                     ROBBINS, SALOMON & PATT, LTD.
                                                                     180 N. LaSalle Street, Suite 3300
                                                                     Chicago, Illinois 60601
                                                                     Telephone:  (312) 456-0191
                                                                     Facsimile:   (312) 782-6690
                                                                     sjakubowski@rsplaw.com