UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x   Chapter 11 Case No.
In re                                                         :
                                                              :   08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                  :
                                                              :   (Jointly Administered)
                        Debtors.                              :
------------------------------------------------------------- :

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
|---|---|
| **Creditor Name and Address:** | The Bank of New York Mellon 32 Old Slip – 16th Floor New York, NY  10286 Attn:  William P. Kelly  Notices to:  Dewey & LeBoeuf LLP Attn:  Judy G. Z. Liu 1301 Avenue of the Americas New York, NY  10019 |
| **Court Claim Number:** | 27986 |
| **Date Claim Filed:** | 9/22/09 |
| **Total Amount of Claim Filed:** | Any amount due or to become due under the Guarantees |

The Bank of New York Mellon ("BNYM"), having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.  BNYM withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  Pittsburgh, PA           REED SMITH LLP
        September 30, 2013       By:    /s/ Eric A. Schaffer
                                        Eric A. Schaffer, Esquire (ES-6415)
                                        REED SMITH LLP
                                        225 Fifth Avenue
                                        Pittsburgh, PA  15222
                                        Tel: 412-288-3131
                                        Fax: 412-288-3063
                                        Email:  eschaffer@reedsmith.com

                                        *Counsel to The Bank of New York Mellon*