**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | CASE No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### WITHDRAWAL OF PROOF OF CLAIMS OF CERTAIN ISSUERS OF CASH SYNTHETIC HYBRID TRANSACTIONS FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND LEHMAN BROTHERS SPECIAL FINANCING INC.

**PLEASE TAKE NOTICE** that the Issuers set forth below hereby withdraw the Proofs of Claims filed in connection with certain Cash Synthetic Hybrid Transactions against Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. respectively as follows:

| Issuer | Debtor | Claim Number |
|---|---|---|
| Airlie CDO I, Ltd | LBSF | 26473 |
| Airlie CDO I, Ltd. | LBHI | 26474 |
| Pebble Creek LCDO 2006-1, Ltd. | LBSF | 26446 |
| Pebble Creek 2006-1 LCDO 2006-1, Ltd. | LBHI | 26475 |
| AVIV LCDO 2006-2, Ltd. | LBSF | 26464 |
| AVIV LCDO 2006-2, Ltd. | LBHI | 26463 |
| Exum Ridge CBO 2006-2, Ltd. | LBSF | 26456 |

| | | |
|---|---|---|
| Exum Ridge CBO 2006-2, Ltd. | LBHI | 26455 |
| Exum Ridge CBO 2006-4, Ltd | LBSF | 26449 |
| Exum Ridge CBO 2006-4, Ltd | LBHI | 26450 |
| Exum Ridge CBO 2006-5, Ltd | LBSF | 26458 |
| Exum Ridge CBO 2006-5, Ltd | LBHI | 26457 |

Each of these claims were resolved pursuant to Settlement Agreements with the Debtors dated July 17, 2013, except in the case of Airlie CDO I, Ltd. which were resolved pursuant to the terms of a Settlement Agreement dated June 12, 2013 and AVIV LCDO 2006-2, Ltd which were resolved pursuant to the terms of a Settlement Agreement dated September 18, 2013.

September 30, 2013

Respectfully submitted,

Carrie Bunton, not individually but as an authorized signatory for the Issuers listed above

_____