UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56671

Reference is made to proof of claim number **56671** filed on October 29, 2009 (the "**Claims**") against Lehman Brothers Holdings Inc. ("**LBHI**") by HSBC Private Bank (Suisse) SA, Singapore Branch ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion of the Claim identified in Schedule 1 attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: October 1, 2013
      New York, New York

/s/ John Kibler
John Kibler
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for HSBC Private Bank (Suisse) SA, Singapore Branch*

0071821-0000003 NY:17768756.1        1

EXHIBIT A

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| Lehman Brothers Treasury Co BV Bond 05 Oct 2035   7.25% | XS0229584296 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | EUR700,000.00 |
| Lehman Bros Cap Fund V Perpetual Bond Undated issue 6.9% | XS0301813522 | Lehman Brothers UK Capital Funding V L.P. | Lehman Brothers Holdings Inc. | USD350,000.00 |

* No portion of the Claim, whether relating to ISINS XS0229584296, XS0301813522, or otherwise, is being withdrawn in excess of the principal amounts set forth in this column.