# Exhibit 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 431: EXHIBIT 1 - REDUCE & ALLOW**

| | NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1 | DAVID SCHWARTZ REVOCABLE TRUST | 68141 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | ASSERTED AMT. | | | | $166,855.00 | $166,855.00 |
| | | | | | MODIFIED AMT. | | | | $126,555.00 | $126,555.00 |
| | | | | Reason for Reduction: | Inaccurate valuation of warrant issued by Lehman Brothers Holdings Inc. pursuant to governing documents. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL AMOUNT SUBJECT TO OBJECTION | | | | | $166,855.00 | $166,855.00 |
| TOTAL CLAIMS AS MODIFIED | | | | | $126,555.00 | $126,555.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts