# **Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 435: EXHIBIT 1 - NO LIABILITY CLAIM - DERIVATIVE**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 05/20/2010 | 66653 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | Claim 66653 has been asserted in the amount of $264,000,000 plus unliquidated amounts. Pursuant to the Order Granting Debtors' Two Hundred Fifty-First Omnibus Objection to Claims [Docket No. 25656], the portion of Claim 66653 asserting a claim totaling $264,000,000 against Lehman Brothers Special Financing Inc. ("LBSF") was allowed per that certain Termination and Settlement Agreement dated as of May 10, 2010 by and among Harbinger Capital Partners Master Fund I, Ltd., LBSF, and LBHI (the "Allowed Claims"). This order has no effect whatsoever on the Allowed Claims, and only affects that portion of Claim 66653 asserting an unliquidated claim in connection with that certain Cross Margining and Netting Agreement dated as of December 18, 2007 which was not previously allowed pursuant to the Two Hundred Fifty-First Omnibus Objection to Claims. | | | | | | | |
| 2 | HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 05/20/2010 | 66652 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | | TOTAL | | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts