### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:

For value received, the adequacy and sufficiency of which are hereby acknowledged, Capital Bank Grawe Gruppe ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Hof Hoorneman Investment Funds NV for subfund Phoenix Fund ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule 1 hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in Case No. 08-13555 pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, Proof of Claim Number 66356 (the "Proof of Claim") filed in the bankruptcy case of Lehman Brothers Holdings Inc.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20 day of Sept. 2013.

Capital Bank Grawe Gruppe

By: _____
Name: Prof. MMAG Jasper Janze
Title: Prov. Andreas Liebknar

CAPITAL ▶▶▶ BANK
GRAWE GRUPPE
Austria
A-8010 Graz, Burgring 16

Eingezahlt am

Hof Hoorneman Investment Funds NV for subfund Phoenix Fund

By: _____
Name: P.M.J. Hoorneman
Title: Managing Director

Oosthaven 52
2801 PE Gouda
The Netherlands

Schedule 1

Transferred Claims

Purchased Claims

> 3.9228 % of isin-code XS0231181222 which is equal to 3.73617 % of the total filed under claim number 66356 ($ 173,130.90 of $ 4,633,908.90)
> 8.375 % of isin-code XS0252173066 which is equal to 10.25917 % of the total filed under claim number 66356 ($ 475,400.43 of $ 4,633,908.90)

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Brothers TSY B.V. Swing Plus Garant 1 | XS0231181222 | Lehman Brothers Securities N.V. | Lehman Brothers Holdings INC | $ 173,130.90 | N/A | 03-Dec-2015 | N/A |
| Lehman Brothers TSY B.V. Swing Plus Garant 3 | XS0252173066 | Lehman Brothers Securities N.V. | Lehman Brothers Holdings INC | $ 475,400.43 | N/A | 05-Jul-2016 | N/A |

Schedule 1-1