**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (JMP)
                                                               :
                              Debtors.                         :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 40232 & 40233

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 26, 2013, I caused to be served the:

   a) "Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016," dated September 26, 2013 [Docket No. 40232], and

   b) "Declaration of Richard W. Slack in Support of Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016," September 26, 2013 [Docket No. 40233],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
27th day of September, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
LJKotler@duanemorris.com
lkatz@ltblaw.com

| | |
|---|---|
| aseuffert@lawpost-nyc.com | LKISS@KLESTADT.COM |
| ashmead@sewkis.com | lmarinuzzi@mofo.com |
| asnow@ssbb.com | Lmay@coleschotz.com |
| aunger@sidley.com | lmcgowen@orrick.com |
| austin.bankruptcy@publicans.com | lml@ppgms.com |
| avenes@whitecase.com | lnashelsky@mofo.com |
| azylberberg@whitecase.com | loizides@loizides.com |
| bankr@zuckerman.com | lperkins@deilylawfirm.com |
| bankruptcy@goodwin.com | lscarcella@farrellfritz.com |
| bankruptcy@morrisoncohen.com | lschweitzer@cgsh.com |
| bankruptcy@ntexas-attorneys.com | lubell@hugheshubbard.com |
| bankruptcymatters@us.nomura.com | lwhidden@salans.com |
| barbra.parlin@hklaw.com | mabrams@willkie.com |
| bbisignani@postschell.com | MAOFILING@CGSH.COM |
| bcarlson@co.sanmateo.ca.us | Marc.Chait@SC.com |
| bdk@schlamstone.com | margaret.welsh@cliffordchance.com |
| bguiney@pbwt.com | margolin@hugheshubbard.com |
| bmanne@tuckerlaw.com | mark.bane@ropesgray.com |
| BMiller@mofo.com | mark.deveno@bingham.com |
| boneill@kramerlevin.com | mark.ellenberg@cwt.com |
| Brian.Corey@greentreecreditsolutions.com | mark.ellenberg@cwt.com |
| brosenblum@jonesday.com | mark.sherrill@sutherland.com |
| broy@rltlawfirm.com | Marvin.Clements@ag.tn.gov |
| bruce.wright@sutherland.com | matt@willaw.com |
| bstrickland@wtplaw.com | matthew.klepper@dlapiper.com |
| btrust@mayerbrown.com | maustin@orrick.com |
| bturk@tishmanspeyer.com | mbenner@tishmanspeyer.com |
| bwolfe@sheppardmullin.com | mberman@nixonpeabody.com |
| bzabarauskas@crowell.com | mberman@nixonpeabody.com |
| cahn@clm.com | mbienenstock@proskauer.com |
| calbert@reitlerlaw.com | mbloemsma@mhjur.com |
| canelas@pursuitpartners.com | mbossi@thompsoncoburn.com |
| carol.weinerlevy@bingham.com | mcademartori@sheppardmullin.com |
| cbelisle@wfw.com | mcantor@normandyhill.com |
| cbelmonte@ssbb.com | mcordone@stradley.com |
| cdesiderio@nixonpeabody.com | mcto@debevoise.com |
| Chad.Husnick@kirkland.com | mcyganowski@oshr.com |
| chammerman@paulweiss.com | mdorval@stradley.com |
| charles@filardi-law.com | meghan.breen@srz.com |
| charles_malloy@aporter.com | melorod@gtlaw.com |
| chipford@parkerpoe.com | meltzere@pepperlaw.com |

| | |
|---|---|
| chris.donoho@lovells.com | metkin@lowenstein.com |
| Christopher.Greco@kirkland.com | mfeldman@willkie.com |
| clarkb@sullcrom.com | mgordon@briggs.com |
| clynch@reedsmith.com | mgreger@allenmatkins.com |
| cmontgomery@salans.com | mh1@mccallaraymer.com |
| cohen@sewkis.com | mhopkins@cov.com |
| cp@stevenslee.com | michael.frege@cms-hs.com |
| cpappas@dilworthlaw.com | michael.kelly@monarchlp.com |
| craig.goldblatt@wilmerhale.com | michael.kim@kobrekim.com |
| crmomjian@attorneygeneral.gov | michael.mccrory@btlaw.com |
| csalomon@beckerglynn.com | michaels@jstriallaw.com |
| cschreiber@winston.com | millee12@nationwide.com |
| cshore@whitecase.com | miller@taftlaw.com |
| cshulman@sheppardmullin.com | mimi.m.wong@irscounsel.treas.gov |
| cszyfer@stroock.com | mitchell.ayer@tklaw.com |
| cwalsh@mayerbrown.com | mjedelman@vedderprice.com |
| cward@polsinelli.com | MJR1@westchestergov.com |
| cweber@ebg-law.com | mkjaer@winston.com |
| cweiss@ingramllp.com | mlahaie@akingump.com |
| dallas.bankruptcy@publicans.com | MLandman@lcbf.com |
| dave.davis@isgria.com | mlichtenstein@crowell.com |
| david.bennett@tklaw.com | mlynch2@travelers.com |
| david.heller@lw.com | mmooney@deilylawfirm.com |
| david.powlen@btlaw.com | mmorreale@us.mufg.jp |
| davids@blbglaw.com | mneier@ibolaw.com |
| davidwheeler@mvalaw.com | monica.lawless@brookfieldproperties.com |
| dbarber@bsblawyers.com | mpage@kelleydrye.com |
| dbaumstein@whitecase.com | mparry@mosessinger.com |
| dbesikof@loeb.com | mpomerantz@julienandschlesinger.com |
| dcimo@gjb-law.com | mprimoff@kayescholer.com |
| dcoffino@cov.com | mpucillo@bermanesq.com |
| dcrapo@gibbonslaw.com | mrosenthal@gibsondunn.com |
| ddavis@paulweiss.com | mrothchild@mofo.com |
| ddrebsky@nixonpeabody.com | mruetzel@whitecase.com |
| ddunne@milbank.com | mschimel@sju.edu |
| deggermann@kramerlevin.com | msegarra@mayerbrown.com |
| deggert@freebornpeters.com | mshiner@tuckerlaw.com |
| demetra.liggins@tklaw.com | msolow@kayescholer.com |
| dfelder@orrick.com | mspeiser@stroock.com |
| dflanigan@polsinelli.com | mstamer@akingump.com |
| dgrimes@reedsmith.com | mvenditto@reedsmith.com |

dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com

mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
NYROBankruptcy@SEC.GOV
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com

emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com

rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
Sally.Henry@skadden.com

| | |
|---|---|
| igoldstein@proskauer.com | samuel.cavior@pillsburylaw.com |
| ilevee@lowenstein.com | sandyscafaria@eaton.com |
| ira.greene@hoganlovells.com | scargill@lowenstein.com |
| israel.dahan@cwt.com | schannej@pepperlaw.com |
| iva.uroic@dechert.com | Schepis@pursuitpartners.com |
| jacobsonn@sec.gov | schnabel.eric@dorsey.com |
| james.heaney@lawdeb.com | schristianson@buchalter.com |
| james.mcclammy@dpw.com | schwartzmatthew@sullcrom.com |
| james.sprayregen@kirkland.com | scott.golden@hoganlovells.com |
| jamestecce@quinnemanuel.com | scottj@sullcrom.com |
| jar@outtengolden.com | scottshelley@quinnemanuel.com |
| jason.jurgens@cwt.com | scousins@armstrongteasdale.com |
| jay.hurst@oag.state.tx.us | sdnyecf@dor.mo.gov |
| jay@kleinsolomon.com | seba.kurian@invesco.com |
| Jbecker@wilmingtontrust.com | sehlers@armstrongteasdale.com |
| jbeemer@entwistle-law.com | seichel@crowell.com |
| jbeiers@co.sanmateo.ca.us | sfelderstein@ffwplaw.com |
| jbird@polsinelli.com | sfineman@lchb.com |
| jbromley@cgsh.com | sfox@mcguirewoods.com |
| jcarberry@cl-law.com | sgordon@cahill.com |
| jchristian@tobinlaw.com | sgubner@ebg-law.com |
| jchubak@proskauer.com | shannon.nagle@friedfrank.com |
| jdoran@haslaw.com | sharbeck@sipc.org |
| Jdrucker@coleschotz.com | shari.leventhal@ny.frb.org |
| jdwarner@warnerandscheuerman.com | shgross5@yahoo.com |
| jdweck@sutherland.com | sidorsky@butzel.com |
| jdyas@halperinlaw.net | sleo@bm.net |
| jean-david.barnea@usdoj.gov | slerman@ebglaw.com |
| jeanites@whiteandwilliams.com | slerner@ssd.com |
| jeannette.boot@wilmerhale.com | slevine@brownrudnick.com |
| jeff.wittig@coair.com | SLoden@DiamondMcCarthy.com |
| jeffery.black@bingham.com | smayerson@ssd.com |
| jeffrey.sabin@bingham.com | smillman@stroock.com |
| jeldredge@velaw.com | smulligan@bsblawyers.com |
| Jemma.McPherson@CliffordChance.com | snewman@katskykorins.com |
| jennifer.demarco@cliffordchance.com | sory@fdlaw.com |
| jennifer.gore@shell.com | spiotto@chapman.com |
| jfalgowski@reedsmith.com | squsba@stblaw.com |
| jflaxer@golenbock.com | SRee@lcbf.com |
| jfreeberg@wfw.com | sschultz@akingump.com |
| jg5786@att.com | sselbst@herrick.com |

jgenovese@gjb-law.com  
jgoodchild@morganlewis.com  
jguy@orrick.com  
jhiggins@fdlaw.com  
jhorgan@phxa.com  
jhuggett@margolisedelstein.com  
jim@atkinslawfirm.com  
jjoyce@dresslerpeters.com  
jjtancredi@daypitney.com  
jjureller@klestadt.com  
jlamar@maynardcooper.com  
jlawlor@wmd-law.com  
jlee@foley.com  
jlevitin@cahill.com  
jlscott@reedsmith.com  
jmaddock@mcguirewoods.com  
jmakower@tnsj-law.com  
jmazermarino@msek.com  
jmelko@gardere.com  
jmerva@fult.com  
jmmurphy@stradley.com  
jmr@msf-law.com  
jnadritch@olshanlaw.com  
jnm@mccallaraymer.com  
john.monaghan@hklaw.com  
john.mule@ag.state.mn.us  
john.rapisardi@cwt.com  
Jonathan.Henes@kirkland.com  
jorbach@hahnhessen.com  
Joseph.Cordaro@usdoj.gov  
Joseph.Serino@kirkland.com  
joshua.dorchak@bingham.com  
jowen769@yahoo.com  
jowolf@law.nyc.gov  
joy.mathias@dubaiic.com  
JPintarelli@mofo.com  
jporter@entwistle-law.com  
jprol@lowenstein.com  
jrabinowitz@rltlawfirm.com  
jrsmith@hunton.com  
jschiller@bsfllp.com  

sshimshak@paulweiss.com  
sskelly@teamtogut.com  
sstarr@starrandstarr.com  
steele@lowenstein.com  
stephen.cowan@dlapiper.com  
steve.ginther@dor.mo.gov  
steven.troyer@commerzbank.com  
steven.usdin@flastergreenberg.com  
steven.wilamowsky@bingham.com  
steven@blbglaw.com  
Streusand@StreusandLandon.com  
susheelkirpalani@quinnemanuel.com  
sweyl@haslaw.com  
swolowitz@mayerbrown.com  
szuch@wiggin.com  
tannweiler@greerherz.com  
tbrock@ssbb.com  
tdewey@dpklaw.com  
tduffy@andersonkill.com  
TGoren@mofo.com  
thaler@thalergertler.com  
thomas.califano@dlapiper.com  
tim.desieno@bingham.com  
timothy.brink@dlapiper.com  
tjfreedman@pbnlaw.com  
tkiriakos@mayerbrown.com  
tlauria@whitecase.com  
tmacwright@whitecase.com  
tmarrion@haslaw.com  
tnixon@gklaw.com  
toby.r.rosenberg@irscounsel.treas.gov  
tom.schorling@whitecase.com  
tomwelsh@orrick.com  
tslome@msek.com  
tunrad@burnslev.com  
twheeler@lowenstein.com  
Villa@StreusandLandon.com  
vmilione@nixonpeabody.com  
vrubinstein@loeb.com  
walter.stuart@freshfields.com  
wanda.goodloe@cbre.com

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com

WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
YUwatoko@mofo.com

**Additional Emails**
clarkb@sullcrom.com
schwartzmatthew@sullcrom.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NEW YORK 10004
BRUCE E. CLARK
MATTHEW A. SCHWARTZ