**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**JOINT STIPULATION ADJOURNING HEARING ON DEBTORS' OBJECTION TO**
**CMBS CLAIMS AND REQUEST FOR SUBORDINATION**
**PURSUANT TO SECTIONS 510(a)-(c) OF THE BANKRUPTCY CODE**

Lehman Brothers Holdings Inc. and its affiliated debtors, in the above referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "*Debtors*") along with BRNP

Holdings, L.L.C. ("*BRNP*") hereby agree and stipulate that the hearing to consider the *Debtors'*

*Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the*

*Bankruptcy Code* [Docket No. 36882] (the "*Hearing*") with respect to BRNP's claims shall be

adjourned to a date agreed upon by the parties and approved by the Court.  The Debtors and

BRNP further stipulate that the deadline for BRNP's response to the Debtors' Objection to

CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy

Code shall be **November 15, 2013 at 12:00 p.m. (EST)** (the "*BRNP Reply Deadline*"),

provided, however, that BRNP agrees to meet and confer with the Debtors regarding BRNP's

claims prior to November 15, 2013.

New York, New York
Dated:  October 1, 2013

*/s/ Joseph Serino*
Jonathan S. Henes, P.C.
Joseph Serino, Jr., P.C.
Chad J. Husnick
Christopher T. Greco
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
*Attorneys for Lehman Brothers Holdings Inc.*

BRNP HOLDINGS, L.L.C.

By:  */s/ James Wright*
James Wright
Ropes & Gray LLP
Prudential Tower
800 Boylston Street,
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
*Attorneys for BRNP Holdings, L.L.C.*

**SO ORDERED:**

Dated: New York, New York
        October 2, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge

2