# **EXHIBIT 1**

1. ANTHRACITE BALANCED COMPANY (R-26) LIMITED

2. CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC

3. Corporate Backed Trust Certificates, Goldman Sachs Capital 1 Securities-Backed Series 2004-6 (CBTC 2004-6)

4. DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009

5. EGYPT TRUST 1 - Series 2000-A

6. EMF NL 2008-2 BV

7. EMF-NL 2008-1 BV

8. EMF-NL Prime 2008-A B.V.

9. EUROSAIL 2006-1 PLC

10. EUROSAIL 2006-2BL PLC

11. EUROSAIL 2006-3NC PLC

12. EUROSAIL 2006-4NP PLC

13. EUROSAIL-NL 2007-2 BV

14. EUROSAIL-UK 2007-1NC PLC

15. EUROSAIL-UK 2007-2NP PLC

16. Flatrock Trust

17. GRANITE Finance Limited Series 2005-7

18. Granite Finance Limited Series 2006-11

19. Granite Finance Limited Series 2006-6

20. LB Commercial Trust 2007-C3, Commercial Mortgage Pass-Through Certificates, Series 2007-C3, Class A-2FL Grantor Trust

21. LB Commercial Trust 2007-C3, Commercial Mortgage Pass-Through Certificates, Series 2007-C3, Class A-MFL Grantor Trust

22. LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6, Commercial Mortgage pass-Through Certificates Series 2007-C6

23. LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1, Commercial Mortgage pass-Through Certificates Series 2008-C1

24. PERPETUAL TRUSTEE COMPANY LIMITED as trustee FOR TRILOGY ASSET SECURITIES TRUST SERIES 1

25. REPACKAGED AMERICAN GENERAL Floating Rate Trust Certificates, Series 2003-1 Trust

26. Restructured Asset Certificates With Enhanced Returns, Series 2003-7-A Trust (RACERS 2003-07-A)

27. ROBECO CREDIT LIMITED

28. SAPHIR FINANCE PLC 2007-1

29. SEALINK FUNDING LIMITED