# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 430: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | LB CAYMAN FINANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23479 | $1,112,961.00 * | $1,112,961.00* | Claim 23479 is based on obligations owed by LBIE. LBHI has no liability to claimant relative to such obligations. |
| 2 | LEYDIG, VOIT, & MAYER, LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33664 | $187,164.35 | $187,164.35 | Claim 33664 is based on obligations owed by LBI. LBHI has no liability to claimant relative to such obligations. |
| 3 | US BANK NATIONAL ASSOCIATION | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/27/2010 | 67152 | Undetermined | Undetermined | Claim 67152 is based on a Reserve Fund Agreement dated as of October 31, 1997, among Triton Ocean State LLC, State Street Bank and Trust Company, and LBSF. Claim 67152 is duplicative of Claim 13410. |
| 4 | US BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2010 | 67153 | Undetermined | Undetermined | Claim 67153 is based on a Reserve Fund Agreement dated as of October 31, 1997, among Triton Ocean State LLC, State Street Bank and Trust Company, and LBSF. LBHI has no liability to claimant relative to such Reserve Fund Agreement. |
| | | | | TOTAL | | $1,300,125.35 | $1,300,125.35 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts