RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Keith N. Sambur

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address of Richards Kibbe & Orbe LLP ("RK&O") has changed to:

> Richards Kibbe & Orbe LLP
> 200 Liberty Street
> New York, NY 10281

PLEASE TAKE FURTHER NOTICE that RK&O respectfully requests that notice and service lists maintained in these cases be updated accordingly.

-2-

Dated: New York, NY
October 2, 2013

                                            RICHARDS KIBBE & ORBE LLP

/s/ Keith N. Sambur
Keith N. Sambur
200 Liberty Street
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801