UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                            :     Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                                 :
                          Debtors.                      :     (Jointly Administered)
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING FOUR HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBORDINATED GUARANTEE CLAIMS) WITH RESPECT TO CERTAIN CLAIM

Upon the four hundred twenty-eighth omnibus objection to claims dated July 23, 2013 (the "Four Hundred Twenty-Eighth Omnibus Objection to Claims")[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to sections 502(b) and 510(a) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to classify the Subordinated Guarantee Claims, all as more fully described in the Four Hundred Twenty-Eighth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Twenty-Eighth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Twenty-Eighth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Twenty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Twenty-Eighth Omnibus Objection to Claims.

2

ORDERED that the relief requested in the Four Hundred Twenty-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the portions of the claim listed on <u>Exhibit 1</u> annexed hereto that relate to the securities identified by ISIN XS0282978666 or ISIN XS0301813522 or the guarantee issued by LBHI in connection therewith, whether liquidated, unliquidated or undetermined, is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
October 3, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge