# Exhibit 1

**OMNIBUS OBJECTION 428: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CITIBANK (SWITZERLAND) AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55399 | XS0301813522 | $250,000.00 |
| | | | | | | TOTAL | $ 250,000.00 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Four Hundred Twenty-Eighth Omnibus Objection.