Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Putnam Investment Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   Case No. 08-13555 (JMP)
                                                               :
Debtors.                                                       :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Putnam Investment Holdings, LLC ("Claimant"), through its undersigned counsel, hereby withdraws proof of claim number <u>26955</u>, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 3, 2013
       New York, New York

                                        BINGHAM MCCUTCHEN LLP

                                        By: <u>/s/ Joshua Dorchak</u>
                                            Joshua Dorchak
                                            399 Park Avenue
                                            New York, New York 10022
                                            (212) 705-7000
                                            joshua.dorchak@bingham.com

                                            *Attorneys for Putnam Investment
                                            Holdings, LLC*

A/75750079.1