Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for UBS Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                      :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :    Case No. 08-13555 (JMP)
:
Debtors.                                                   :    (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that UBS Limited, through its undersigned counsel, hereby withdraws proof of claim number 22890, solely to the extent of the claim in the amount of $5,939,957.19 set forth subsection (C) of the Appendix to the proof of claim, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 4, 2013
      New York, New York

BINGHAM MCCUTCHEN LLP

By: /s/ Joshua Dorchak
    Joshua Dorchak
    399 Park Avenue
    New York, New York 10022
    (212) 705-7000
    joshua.dorchak@bingham.com

*Attorneys for UBS Limited*

A/75750079.1