## United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claims referenced in this evidence and notice.

| Credit Suisse Loan Funding LLC | Nordea Bank Finland Plc |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim No.: 22907 |
| | Amount of Claim Transferred: $3,129,615.87 |
| Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue, 5th Floor<br>New York, New York 10010<br>Attn: Douglas DiBella<br>Tel: 917-284-6071<br>Fax: 845-213-2022 | Date Claim Filed: |
| | Phone:<br>Last Four Digits of Acct. #: _____ |
| Last Four Digits of Acct. #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CREDIT SUISSE LOAN FUNDING LCC**

By: _____    Date: _____October 3, 2013_____
    Transferee/Transferee's Agent
    Douglas DiBella
    Authorized Signatory

By: _____    Date: _____October 3, 2013_____
    Transferee/Transferee's Agent
    Ian Landow
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

038-17553/COURT/3986329.1

# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.          Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM NO. 22907 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of the claims, the transferee filed a Partial Transfer of Claims other than for Security in the Clerk's office of this court on                     .

| Nordea Bank Finland Plc | Credit Suisse Loan Funding LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Nordea Bank Finland Plc<br>Aleksanterinkatu 36 B, Helsinki, 0020<br>Finland<br>Attn: Azfar Hashmi<br>Telephone: +46 8 614 9699<br>Email: azfar.hashmi@nordea.com | Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue, 5th Floor<br>New York, New York 10010<br>Attn: Douglas DiBella<br>Tel: 917-284-6071<br>Fax: 845-213-2022 |
| | |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                 CLERK OF THE COURT

**FORM OF EVIDENCE OF TRANSFER OF CLAIM**

**TO:** Clerk, United States Bankruptcy Court, Southern District of New York

And

Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nordea Bank Finland PLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse Loan Funding LLC (the Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 22907) filed by Assignor with the Bankruptcy Court respect of the foregoing claim in the amount of $3,129,615.87 (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12th day of August 2013

**ASSIGNOR:**                                          **ASSIGNEE:**

Nordea Bank Finland PLC                                Credit Suisse Loan Funding LLC

By: _____                                By: _____
Name: Esa Raltanen    Jyrki Manninen                   Name: Michael Wotanowski
Title: Senior Legal Counsel   Senior Legal Counsel     Title: Authorized Signatory

                                                       By: _____
                                                       Name:
                                                       Title:
                                                       Robert Healey
                                                       Authorized Signatory

- 20 -

038-17553/AGR/3895072.2