# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.     Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claims referenced in this evidence and notice.

| Credit Suisse Loan Funding LLC | Nordea Bank Finland Plc |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim No.: 66540 |
| | Amount of Claim Transferred: $71,780,535.00 |
| Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue, 5th Floor<br>New York, New York 10010<br>Attn: Douglas DiBella<br>Tel: 917-284-6071<br>Fax: 845-213-2022 | Date Claim Filed: |
| | Phone:<br>Last Four Digits of Acct. #: _____ |
| Last Four Digits of Acct. #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CREDIT SUISSE LOAN FUNDING LCC**

By: _____     Date: _____ October 3, 2013 _____
    Transferee/Transferee's Agent
    *Douglas DiBella*
    *Authorized Signatory*

By: _____     Date: _____ October 3, 2013 _____
    Transferee/Transferee's Agent
    *John Landow*
    *Authorized Signatory*

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM NO. 66540 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of the claims, the transferee filed a Partial Transfer of Claims other than for Security in the Clerk's office of this court on                 .

| Nordea Bank Finland Plc | Credit Suisse Loan Funding LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: <br><br>Nordea Bank Finland Plc<br>Aleksanterinkatu 36 B, Helsinki, 0020<br>Finland<br>Attn: Azfar Hashmi<br>Telephone: +46 8 614 9699<br>Email: azfar.hashmi@nordea.com | Address of Transferee:<br><br>Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue, 5th Floor<br>New York, New York 10010<br>Attn: Douglas DiBella<br>Tel: 917-284-6071<br>Fax: 845-213-2022 |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                                              CLERK OF THE COURT

## EXHIBIT A

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:  Lehman Brothers Special Financing, Inc.;
Lehman Brothers Holdings Inc.; and
The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, NORDEA BANK FINLAND PLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CREDIT SUISSE LOAN FUNDING LLC (the "Buyer") pursuant to a Transfer of Claim Agreement dated September 26th, 2013 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against each of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing, Inc. (together, the "Debtors"), each a debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the allowed amount of US$71,780,535.00 and evidenced by the proofs of claim docketed as Claim Nos. 66537 and 66540 (the "Claims").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of September, 2013

**SELLER:**                                              **BUYER:**

NORDEA BANK FINLAND PLC                                  CREDIT SUISSE LOAN FUNDING LLC

By: _____                              By: _____
Name: ESA RAHI TANEN    TUOMAS TOIVONEN                  Name: _____
Title: SENIOR LEGAL COUNSEL   SENIOR LEGAL COUNSEL       Title: _____

                                                         By: _____
                                                         Name:
                                                         Title:

- 14 -

038-18398/AGR/3961183.2

## EXHIBIT A

### FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:  Lehman Brothers Special Financing, Inc.;
Lehman Brothers Holdings Inc.; and
The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, NORDEA BANK FINLAND PLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CREDIT SUISSE LOAN FUNDING LLC (the "Buyer") pursuant to a Transfer of Claim Agreement dated September 26, 2013 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against each of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing, Inc. (together, the "Debtors"), each a debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the allowed amount of US$71,780,535.00 and evidenced by the proofs of claim docketed as Claim Nos. 66537 and 66540 (the "Claims").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th day of September, 2013

**SELLER:**

NORDEA BANK FINLAND PLC

By:_____
Name:
Title:

**BUYER:**

CREDIT SUISSE LOAN FUNDING LLC

By:_____
Name: Douglas DiBella
Title: Authorized Signatory

By:_____
Name: Ronald Götz
Title: Authorized Signatory

- 14 -

038-18398/AGR/3961183.2