

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Investment Services
Danijela Gunnesch
Telefon: +49 (69) 2177 3516
Telefax: +49 (69) 2177 4460

Frankfurt, 24.09.2013

claim #36466

Dear Sir or Madam,

please note that claim #36466 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Danijela Gunnesch            Birgit Funk

RECEIVED
SEP 30 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951

2013-02

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 36466**

We would like to inform you that Mr. Udo-Werner Scheliga who filed the claim Number 36466 on 10/05/2009 has assigned the rights arising out of this claim corresponding with the following securities

- 40 Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008(14) (WKN A0TVK2 / ISIN DE000A0TVK20) with a face value of EUR 40,000; purchase date May 16, 2008; amount of claim: USD 56,804.00.

to
**Bethmann Bank AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Bethmann Bank AG has agreed to this assignment. Both Mr. Udo-Werner Scheliga and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 24.09.2013                    Norderstedt, 12/09/2013

Bethmann Bank AG                         Udo-Werner Scheliga
(Assignee)                               (Assignor)


(Jochen Weber)   (Oliver Körner)         (Udo-Werner Scheliga)