**<u>EXHIBIT A</u>**

Chase·Manhattan Mortgage Corporation
P O Box 509011
San Diego, CA 92150-9011
10790 Rancho Bernardo Road
San Diego, CA 92127

March 2, 2004

ARTHUR BOOR
483 BERRIMAN ST
BROOKLYN  NY  112084413

RE:  Loan #14265862

Dear Borrower(s):

Thank you for your payoff funds. We have marked your loan file "Paid in Full" and will release our lien against your property once the funds have been paid by the makers bank. The release will be sent directly to the county recorder's office with instructions to record the release and return it directly to your attention at your address listed above.

We appreciate your business. If we can be of further assistance, please call our Customer Care Department on our toll-free number at (800) 548-7912.

Customer Care Department

*Exhibit C*