B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al,     Case No. 08-13555 (JMP)
                                                  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee | Name of Transferor |
| Barclays Bank PLC | Commingled Pension Trust Fund (Intermediate Public Bond) of JPMorgan Chase Bank, N.A. |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 22863<br>Claim Amount: $1,019,693.74<br>Amount Transferred (as allowed): |
| Barclays Bank PLC.<br>1301 Sixth Avenue, 8th Floor<br>New York, NY 10019<br>Attention: Albert Cheung<br>and<br>Barclays Bank PLC<br>745 Seventh Avenue, 2nd Floor<br>New York, NY 10019<br>Attention: Daniel Miranda and Anthony Vitiello | $1,019,693.74<br>Date Claim Filed: 09/21/2009<br>Debtor against claim filed: Lehman Brothers Special Financing Inc. |

With a copy to:
Andrew J. Callahan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name:              Barclays Bank PLC
Address (City, State):  1301 Ave of the Americas, 8th Floor
                        New York, NY 10019
ABA#:                   026 002 574
Account Name:           Clad Control Account
Account Number:         050-019104

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: October 4, 2013
Transferee/Transferee's Agent

Jenna Yoo
Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8939470v1

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Commingled Pension Trust Fund (Intermediate Public Bond) of JPMorgan Chase Bank, N.A.** ("Seller") hereby affirms that it has unconditionally and irrevocably sold, transferred and assigned unto **Barclays Bank PLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number 22863, which is in the principal amount of **$1,019,693.74** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888, jointly administered under In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __4__ day of October, 2013.

| SELLER: | BUYER: |
|---|---|
| JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) OF JPMORGAN CHASE BANK, N.A. | BARCLAYS BANK PLC |
| *[signature]* | |
| Name: STEVEN SCOTT LEAR | Name: |
| Title: MANAGING DIRECTOR | Title: |

NY1 9006702v.3

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Commingled Pension Trust Fund (Intermediate Public Bond) of JPMorgan Chase Bank, N.A.** ("Seller") hereby affirms that it has unconditionally and irrevocably sold, transferred and assigned unto **Barclays Bank PLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number 22863, which is in the principal amount of **$1,019,693.74** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888, jointly administered under In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __4__ day of October, 2013.

| SELLER: | BUYER: |
|---|---|
| **JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) OF JPMORGAN CHASE BANK, N.A.** | **BARCLAYS BANK PLC** |
| Name:<br>Title: | Name: _Jenna Yoo, Authorized Signatory_<br>Title: |

NY1 9006702v.3