**Objection Deadline: October 17, 2013 at 4:00 p.m. (Prevailing Eastern Time).**
**Hearing Date and Time: October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time).**

WHITE & CASE LLP
Abraham L. Zylberberg, Esq.
Richard A. Graham, Esq.
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Counsel for Certain Members and
Customers of the Members of the
*Deutscher Sparkassen- und Giroverband*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | 08-13555(JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,: | | (Jointly Administered) |
| **DEBTORS.** | : | |
| | : | |

---------------------------------------------------------------x

**NOTICE OF MOTION OF CERTAIN MEMBERS AND CUSTOMERS OF
MEMBERS OF THE DEUTSCHER SPARKASSEN UND GIROVERBAND
FOR A DETERMINATION OF CLASSIFICATION OF CLAIMS**

**PLEASE TAKE NOTICE** that a hearing on the annexed *Motion of Certain Members and Customers of Members of the Deutscher Sparkassen und Giroverband for a Determination of Classification of Claims*, dated October 7, 2013 (the "Motion"),[1] will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Bowling Green, New York, New York 10004, on **October 27, 2013 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and (i) shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format ("PDF"), WordPerfect, or any other Windows-based word processing format; and (ii) a hardcopy of such objection or response shall be served in accordance with General Order M-242, upon (A) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (B) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard W. Slack, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Jacqueline Marcus, Esq., and Robert J. Lemons, Esq.), attorneys for Debtors; (C) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Andy Velez-Rivera, Esq., Paul Schwarzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Traci Hope Davis, Esq.); (D) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis C. O'Donnell, Esq., and Evan R. Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases; (E) the attorneys for any other official committee(s) appointed in these cases; (F) White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Attn: Abraham L. Zylberberg, Esq. and Richard A. Graham, Esq.), attorneys for the Movants; and (G) any person or entity with a particularized interest in this Motion; so as to be actually filed and received **no later than October 17, 2013, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: October 7, 2013
      New York, New York

Respectfully submitted,

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Abraham L. Zylberberg

By: */s/ Abraham L. Zylberberg*
    Abraham L. Zylberberg
    Richard A. Graham

Attorneys for Certain Members and Customers of Members of the *Deutscher Sparkassen-und Giroverband*