Exhibit A

NEWYORK 8747458 (2K)

| Name of Member |
| --- |
| Baden-Württembergische Bank |
| Bremer Landesbank |
| Frankfurter Sparkasse |
| HSH Nordbank AG |
| Kasseler Sparkasse |
| Kreissparkasse Böblingen |
| Kreissparkasse Eichsfeld |
| Kreissparkasse Gelnhausen |
| Kreissparkasse Gotha |
| Kreissparkasse Groß-Gerau |
| Kreissparkasse Herzogtum Lauenburg |
| Kreissparkasse Northeim |
| Kreissparkasse Saalfeld-Rudolstadt |
| Kreissparkasse Saarlouis |
| Kreissparkasse Schlüchtern |
| Kreissparkasse Schwalm-Eder |
| Kreissparkasse Waiblingen |
| Kreissparkasse Weilburg |
| Landesbank Baden-Württemberg |
| Landessparkasse zu Oldenburg |
| Mittelbrandenburgische Sparkasse in Potsdam |
| Norddeutsche Landesbank |
| OstseeSparkasse Rostock |
| Spar- und Leihkasse zu Bredstedt |
| Sparkasse Arnstadt-Ilmenau |
| Sparkasse Baden-Baden Gaggenau |
| Sparkasse Battenberg / S-Broker |
| Sparkasse Bensheim |
| Sparkasse Bielefeld |
| Sparkasse Bochum |
| Sparkasse Bodensee |
| Sparkasse Coburg-Lichtenfels |
| Sparkasse Dieburg |
| Sparkasse Dieburg |
| Sparkasse Essen |
| Sparkasse Freyung-Grafenau |
| Sparkasse Fulda |
| Sparkasse Gera-Greiz |
| Sparkasse Gießen |
| Sparkasse Goslar/Harz |
| Sparkasse Gronau |
| Sparkasse Grünberg |
| Sparkasse Gummersbach-Bergneustadt |
| Sparkasse Gütersloh |
| Sparkasse Hanau |
| Sparkasse Hannover |
| Sparkasse Herford |

| Name of Member |
| --- |
| Sparkasse Holstein |
| Sparkasse Jena-Saale-Holzland |
| Sparkasse KölnBonn |
| Sparkasse Krefeld |
| Sparkasse Langen-Seligenstadt |
| Sparkasse Leipzig |
| Sparkasse Leverkusen |
| Sparkasse Lüdenscheid |
| Sparkasse Marburg-Biedenkopf |
| Sparkasse Märkisches Sauerland Hemer - Menden |
| Sparkasse Mittelthüringen |
| Sparkasse Münsterland Ost |
| Sparkasse Oberhessen |
| Sparkasse Odenwaldkreis |
| Sparkasse Rhön-Rennsteig |
| Sparkasse Rotenburg-Bremervörde |
| Sparkasse Schaumburg |
| Sparkasse Schwelm |
| Sparkasse Spree-Neiße |
| Sparkasse Starkenburg |
| Sparkasse Südliche Weinstraße Landau |
| Sparkasse Vest-Recklinghausen |
| Sparkasse Waldeck-Frankenberg |
| Sparkasse Werra-Meißner |
| Sparkasse Westmünsterland/S-Broker |
| Sparkasse Wetzlar |
| Sparkasse Witten |
| Sparkasse Zollernalb |
| Stadt- und Kreis-Sparkasse Darmstadt |
| Städt. Sparkasse Offenbach a. M. |
| Stadtsparkasse Augsburg |
| Stadtsparkasse Baden-Baden Gaggenau |
| Stadtsparkasse Emmerich-Rees |
| Stadt-Sparkasse Gelsenkirchen |
| Stadtsparkasse Grebenstein |
| Stadtsparkasse Schwerte |
| Stadtsparkasse Wuppertal |
| TaunusSparkasse |
| VerbundSparkasse Emsdetten-Ochtrup |
| Wartburg-Sparkasse |