#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 701020090916 3945718

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _____

_____
Singature

Carina Grabner
_____
Print Name

_____
Title (if applicable)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 701020090918 3946488

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _1. 17. 2012_

Singature

Carina Grabner
Print Name

Title (if applicable)

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding
► Section references are to the Internal Revenue Code.  ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:** | **Instead, use Form:**
--- | ---
• A U.S. citizen or other U.S. person, including a resident alien individual | W-9
• A person claiming that income is effectively connected with the conduct of a trade or business in the United States | W-8ECI
• A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY
• A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP

**Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.
• A person acting as an intermediary | W-8IMY
**Note:** See instructions for additional exceptions.

### Part I  Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner
Margot Kneipp / *Brigitte Lang*

**2** Country of incorporation or organization

**3** Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
*Schubentstr. 1*
City or town, state or provinge. Include postal code where appropriate.
*64546 Mörfelden-Walldorf* | Country (do not abbreviate) **Germany**

**5** Mailing address (if different from above)
City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate)

**6** U.S. taxpayer identification number, if required (see instructions)  ☐ SSN or ITIN  ☐ EIN
**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)
Blocking Reference Number: 701020090917 3946427, Claim ID: 60631

### Part II  Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):
**a** ☐ The beneficial owner is a resident of ............... within the meaning of the income tax treaty between the United States and that country.
**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ........... of the treaty identified on line 9a above to claim a ...........% rate of withholding on (specify type of income): ...........
Explain the reasons the beneficial owner meets the terms of the treaty article: ...........

### Part III  Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person.
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ► *Brigitte Lang*    *28.1.2012*  *Bevollmächtigte*
Signature of beneficial owner (or individual authorized to sign for beneficial owner)  Date (MM-DD-YYYY)  Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: *Margot Kneipp / Brigitte Lang*

Claim number: 60631

Blocking Number: 701020090917 3946427

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: *28.1.2012*

Singature: *Brigitte Lang*

Print Name: Margot Kneipp

Title (if applicable): *i.A Bevollmächtigte*

*Frau Margot Kneipp ist nicht mehr in der Lage, auf Grund ihrer Demenz-erkrankung Rechtsgeschäfte abzuschließen. Eine Betreuungsvollmacht liegt vor für Frau Brigitte Lang Schubertstr. 1 64546 Mörfelden-Walldorf*

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . | . . . W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . | . . . W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . | W-8ECI or W-8EXP |

**Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.

| | |
|---|---|
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . | . . . W-8IMY |

**Note:** See instructions for additional exceptions.

### Part I    Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner
Charlotte Zeising

**2** Country of incorporation or organization

**3** Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
*Lindenstr 26 DE 13552 BAD HOMBURG*

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)
**Germany**

**5** Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

**6** U.S. taxpayer identification number, if required (see instructions)
☐ SSN or ITIN  ☐ EIN

**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)
Blocking Reference Number: 701020090918 3947719, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☐ The beneficial owner is a resident of .................. within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............... of the treaty identified on line 9a above to claim a ............... % rate of withholding on (specify type of income): ............... ............... .
Explain the reasons the beneficial owner meets the terms of the treaty article: ..................................................

### Part III    Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

*Inge Rieger*    *Inge Rieger*    *Jan 31, 2012*

Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: *Charlotte Zeising*
Claim number: 60631
Blocking Number: 701020090918 3947719

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: *January 31, 2012*

*Inge Rieger*
Singature  *auth. Signatory*
*(daughter)*

Charlotte Zeising
Print Name

Title (if applicable)

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding
► Section references are to the Internal Revenue Code.   ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| | |
|---|---|
| • A person acting as an intermediary | W-8IMY |

**Note:** *See instructions for additional exceptions.*

---

### Part I   Identification of Beneficial Owner (See instructions.)

| 1  Name of individual or organization that is the beneficial owner | 2  Country of incorporation or organization |
|---|---|
| Rosa Bier | |

3  Type of beneficial owner:  [✓] Individual  [ ] Corporation  [ ] Disregarded entity  [ ] Partnership  [ ] Simple trust
[ ] Grantor trust  [ ] Complex trust  [ ] Estate  [ ] Government  [ ] International organization
[ ] Central bank of issue  [ ] Tax-exempt organization  [ ] Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
BÜDINGER STR. A2b

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| 63PY GRÜNDAU | Germany |

5  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6  U.S. taxpayer identification number, if required (see instructions) | 7  Foreign tax identifying number, if any (optional) |
|---|---|
| [ ] SSN or ITIN  [ ] EIN | |

8  Reference number(s) (see instructions)
Blocking Reference Number: 701020090918 3946387, Claim ID: 60631

---

### Part II   Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a  [ ] The beneficial owner is a resident of ................. within the meaning of the income tax treaty between the United States and that country.

b  [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c  [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d  [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e  [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a .............% rate of withholding on (specify type of income): ............. .............. ·
Explain the reasons the beneficial owner meets the terms of the treaty article: ...................................................
................................................................................................................

---

### Part III   Notional Principal Contracts

11  [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

---

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►  _A. V___ _____

| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) 04-15-2012 | Capacity in which acting |
|---|---|---|

For Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 25047Z        Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 701020090918 3946387

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _15 . 1 . 2 0 1 2_

_____
Singature

Rosa Bier
_____
Print Name

_____
Title (if applicable)

01/02/2012   10:31 Elzer Rechtsanwälte                                                                    P.003/004
20/01/2012  14:45   +49-7131-752020                STEUERBERATER FRITZ                          S.   03/05

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** | |
|---|---|---|
| (Rev. February 2006) Department of the Treasury Internal Revenue Service | ► Section references are to the Internal Revenue Code.  ► See separate instructions. ► Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |

Do not use this form for:                                                                                        Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual  . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . W-8ECI or W-8EXP
Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY
Note: See instructions for additional exceptions.

## Part I   Identification of Beneficial Owner (See instructions.)

| 1 | Name of individual or organization that is the beneficial owner | | 2 | Country of incorporation or organization |
|---|---|---|---|---|
| | Arnfried Meyer ARNFRIED U. HANNELORE MEYER STIFTUNG | | | |

| 3 | Type of beneficial owner: | ☒ Individual | ☐ Corporation | ☐ Disregarded entity | ☐ Partnership | ☐ Simple trust |
|---|---|---|---|---|---|---|
| | ☐ Grantor trust | ☐ Complex trust | ☐ Estate | ☐ Government | | ☐ International organization |
| | ☐ Central bank of issue | ☐ Tax-exempt organization | ☐ Private foundation | | | |

| 4 | Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address. |
|---|---|
| | FRIEDRICH-EBERT-PLATZ 4, 69117 HEIDELBERG |

| | City or town, state or province. Include postal code where appropriate. | | Country (do not abbreviate) Germany |
|---|---|---|---|

| 5 | Mailing address (if different from above) |
|---|---|

| | City or town, state or province. Include postal code where appropriate. | | Country (do not abbreviate) |
|---|---|---|---|

| 6 | U.S. taxpayer identification number, if required (see instructions) ☐ SSN or ITIN  ☐ EIN | 7 | Foreign tax identifying number, if any (optional) |
|---|---|---|---|

| 8 | Reference number(s) (see instructions) Blocking Reference Number: 7094200909155807584, Claim ID: 60631 |
|---|---|

## Part II   Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):
a ☐ The beneficial owner is a resident of ................... within the meaning of the income tax treaty between the United States and that country.
b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............... of the treaty identified on line 9a above to claim a ...............% rate of withholding on (specify type of income): ...........................
Explain the reasons the beneficial owner meets the terms of the treaty article: ..................................

## Part III   Notional Principal Contracts

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

| Sign Here ► | Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) | Capacity in which acting |
|---|---|---|---|

For Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 25047Z        Form W-8BEN (Rev. 2-2006)

08-13555-mg   Doc 40303-12   Filed 10/07/13   Entered 10/07/13 20:11:49   Exhibit C
01/02/2012   10:31 Elzer Rechtsanwälte   Part 9   Pg 10 of 50   (FAX)   P.004/004

28/01/2012  14:45   +49-7131-762020   STEUERBERATER FRITZ   S.   04/05

#5067

### CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 7094200909155807584

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 26.01.12

Signature

Arnfried Meyer
Print Name


Title (if applicable)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 7094200909155807485

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _16.1.2012_

_Astrid Holste_
Singature

~~Karsten und~~ Astrid Holste
Print Name

_____
Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

► Section references are to the Internal Revenue Code.    ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | W-8ECI or W-8EXP |
| **Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.* | |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |
| **Note:** *See instructions for additional exceptions.* | |

### Part I    Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| Masriah Masriah | |

3 Type of beneficial owner: ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
*Peter - Fischer - Allee 23*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| *65126 Frankfurt am Main, Germany* | Germany |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions) ☐ SSN or ITIN   ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)
Blocking Reference Number: 701020090917 3946797, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☐ The beneficial owner is a resident of ................. within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a ................% rate of withholding on (specify type of income): ............. ............. .
Explain the reasons the beneficial owner meets the terms of the treaty article: ...................................................
...............................................................................................................................

### Part III    Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►  _____   _____   _____
Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 25047Z        Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 701020090917 3946797

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _09 - 11 - 2012_          _____
                                      Singature

                                      Masriah Masriah
                                      Print Name

                                      _____
                                      Title (if applicable)

| Form **W-8BEN**<br>(Rev. February 2006)<br>Department of the Treasury<br>Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner<br>for United States Tax Withholding**<br>► Section references are to the Internal Revenue Code.  ► See separate instructions.<br>► Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |
|---|---|---|

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct<br>of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,<br>foreign private foundation, or government of a U.S. possession that received effectively connected income or that is<br>claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | W-8ECI or W-8EXP |
| **Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to<br>claim they are a foreign person exempt from backup withholding.* | |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |
| **Note:** *See instructions for additional exceptions.* | |

**Part I    Identification of Beneficial Owner** (See instructions.)

| 1 | Name of individual or organization that is the beneficial owner | 2 | Country of incorporation or organization |
|---|---|---|---|
| | Franz-Karl Nüdling (*09.01.2010*) *DANIEL NÜDLING* | | |

3  Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
*BÜSDES-GRIMM-STR. 15 , 36037 FULDA,*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | **Germany** |

5  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6 | U.S. taxpayer identification number, if required (see instructions)  ☐ SSN or ITIN  ☐ EIN | 7 | Foreign tax identifying number, if any (optional) |
|---|---|---|---|
| | | | |

8  Reference number(s) (see instructions)
Blocking Reference Number: 701020090915 3949806, Claim ID: 60631

**Part II    Claim of Tax Treaty Benefits** (if applicable)

9  I certify that (check all that apply):
a  ☐  The beneficial owner is a resident of .................. within the meaning of the income tax treaty between the United States and that country.
b  ☐  If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c  ☐  The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d  ☐  The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e  ☐  The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .............. of the treaty identified on line 9a above to claim a ................% rate of withholding on (specify type of income): ............. ............... .
Explain the reasons the beneficial owner meets the terms of the treaty article: ........................................................
........................................................................................................................

**Part III    Notional Principal Contracts**

11  ☐  I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV    Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►  *[signature]*    *01-12-2012*
Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 701020090915 3949806

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _12. 31. 2012_

_____
Singature

Franz- Karl Nüdling _( + 24. 1. 2013 )_
Print Name

_____
Title (if applicable)

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding
► Section references are to the Internal Revenue Code.  ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| | |
|---|---|
| • A person acting as an intermediary | W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I   Identification of Beneficial Owner (See instructions.)

1  Name of individual or organization that is the beneficial owner
**Walter Hubert Schmidt**

2  Country of incorporation or organization

3  Type of beneficial owner:  ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
*Tiefenbronner Str, 28*

City or town, state or province. Include postal code where appropriate.
*75175 Pforzheim*

Country (do not abbreviate)
**Germany**

5  Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

6  U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN   ☐ EIN

7  Foreign tax identifying number, if any (optional)

8  Reference number(s) (see instructions)
Blocking Reference Number: 7094200909155807506, Claim ID: 60631

### Part II   Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a  ☐  The beneficial owner is a resident of ................ within the meaning of the income tax treaty between the United States and that country.

b  ☐  If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c  ☐  The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d  ☐  The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e  ☐  The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............... of the treaty identified on line 9a above to claim a ............... % rate of withholding on (specify type of income): ...............................
Explain the reasons the beneficial owner meets the terms of the treaty article: ....................................................................
...........................................................................................................................................................

### Part III   Notional Principal Contracts

11  ☐  I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here**  ►  *Elisabeth Schmidt*   *04.18.2012  Walter*
Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 7094200909155807506

I, the   .signed, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _OA. 18. 20 12_

_Singature_

Walter Hubert Schmidt
Print Name

Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . | . W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . | . . W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . | . W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | .W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . | . . W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I — Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| Dr. jur. Günter Giesing *Dr. Elmar Karl Giesing* | |

3 Type of beneficial owner:  ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
*Mönckebergstraße 11    70191 Stuttgart*

| City or town, state or province. Include postal code where appropriate. *70191 Stuttgart, Baden-Württemberg* | Country (do not abbreviate) **Germany** |
|---|---|

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|

| 6 U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN   ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)
Blocking Reference Number: 7094200909155806922, Claim ID: 60631

### Part II — Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☐ The beneficial owner is a resident of . . . . . . . . . . . . . . . within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article . . . . . . . . . . . . of the treaty identified on line 9a above to claim a . . . . . . . . . . . . % rate of withholding on (specify type of income): . . . . . . . . . . . . . . . . . . . . .
Explain the reasons the beneficial owner meets the terms of the treaty article: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Part III — Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV — Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ *Elmar Giesing (bestätigte Unterschrift)  21.1.2012*

Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 7094200909155806922

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _____

_____
Singature

Dr. jur. Günter Giesing
_____
Print Name

_____
Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner
## for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**                                                                          Instead, use Form:

- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . . W-8ECI or W-8EXP

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

**Note:** *See instructions for additional exceptions.*

### Part I    Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| *Irene Seibert* | |

3 Type of beneficial owner:  [✓] Individual  [ ] Corporation  [ ] Disregarded entity  [ ] Partnership  [ ] Simple trust
[ ] Grantor trust  [ ] Complex trust  [ ] Estate  [ ] Government  [ ] International organization
[ ] Central bank of issue  [ ] Tax-exempt organization  [ ] Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of-address.**
*DR.-HANS-BÖCKLER-STRASSE 19*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| *65474 BISCHOFSHEIM HESSEN* | **Germany** |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions)  [ ] SSN or ITIN  [ ] EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)
Blocking Reference Number: 701020090916 3949838, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a [ ] The beneficial owner is a resident of ................. within the meaning of the income tax treaty between the United States and that country.

b [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a ............. % rate of withholding on (specify type of income): ................. .
Explain the reasons the beneficial owner meets the terms of the treaty article: ...................................................
............................................................................................................................

### Part III    Notional Principal Contracts

11 [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

| *Irene Seibert* | *21.03.2012* | |
|---|---|---|
| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) | Capacity in which acting |

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 25047Z          Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: *Lilli Wolf verstorben 10.09.2009 Erbengemeinschaft*

Claim number: 60631

Blocking Number: 701020090916 3949838

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: *29.02.2012*                          *Irene Seibert*
                                             Singature

                                             *Irene Seibert*
                                             Print Name

                                             _____
                                             Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

► Section references are to the Internal Revenue Code.    ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| | |
|---|---|
| • A person acting as an intermediary | W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I    Identification of Beneficial Owner (See instructions.)

1  Name of individual or organization that is the beneficial owner

Ursula Weber

2  Country of incorporation or organization

3  Type of beneficial owner:  ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

RÜSSELSHEIMER STRASSE 11

City or town, state or province. Include postal code where appropriate.

65474 BISCHOFSHEIM   HESSEN

Country (do not abbreviate)
Germany

5  Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

6  U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN  ☐ EIN

7  Foreign tax identifying number, if any (optional)

8  Reference number(s) (see instructions)
Blocking Reference Number: 701020090916 3949838, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a  ☐ The beneficial owner is a resident of ................. within the meaning of the income tax treaty between the United States and that country.

b  ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c  ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d  ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e  ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a ............. % rate of withholding on (specify type of income): ............. .............. .
Explain the reasons the beneficial owner meets the terms of the treaty article: ..........................................................

### Part III    Notional Principal Contracts

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►

Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: *Lilli Wolf verstorben 10.09 2009 Erbengemeinschaft*
Claim number: 60631
Blocking Number: 701020090916 3949838

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: *20. 2. 12*

*Ursula Weber*
Singature

*Ursula Weber*
Print Name

_____
Title (if applicable)

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** | |
|---|---|---|
| (Rev. February 2006) | ► Section references are to the Internal Revenue Code. ► See separate instructions. | OMB No. 1545-1621 |
| Department of the Treasury Internal Revenue Service | ► Give this form to the withholding agent or payer. Do not send to the IRS. | |

**Do not use this form for:**                                **Instead, use Form:**

- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . W-8ECI or W-8EXP

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

**Note:** *See instructions for additional exceptions.*

| **Part I** | **Identification of Beneficial Owner** (See instructions.) |
|---|---|

| 1   Name of individual or organization that is the beneficial owner | 2   Country of incorporation or organization |
|---|---|
| Ferdinand Wolf | |

3   Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
     ☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
     ☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4   Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
     *Schulstrasse 60*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| *65474 BISCHAFSHEIM , HESEN* | Germany |

5   Mailing address (if different from above)
     *HERMANNSTRAßE 54-56  C/O  Silvia Neuhart*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| *63263 NEU - OENBURG* | *Germany* |

| 6   U.S. taxpayer identification number, if required (see instructions)    ☐ SSN or ITIN   ☐ EIN | 7   Foreign tax identifying number, if any (optional) |
|---|---|

8   Reference number(s) (see instructions)
     Blocking Reference Number: 701020090916 3949838, Claim ID: 60631

| **Part II** | **Claim of Tax Treaty Benefits** (if applicable) |
|---|---|

9   I certify that (check all that apply):

a ☐ The beneficial owner is a resident of ................... within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10   **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a ............... % rate of withholding on (specify type of income): .............. .............
Explain the reasons the beneficial owner meets the terms of the treaty article: ........................................................
........................................................................................................

| **Part III** | **Notional Principal Contracts** |
|---|---|

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

| **Part IV** | **Certification** |
|---|---|

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

| **Sign Here** ► | *[signature]* | *15.02.2012* | |
|---|---|---|---|
| | Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) | Capacity in which acting |

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 25047Z          Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: *Lilli Wolf verstorben 10.05.2009 Erbengemeinschaft*
Claim number: 60631
Blocking Number: 701020090916 3949838

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 15.02.2012

_____
Singature

Ferdinand Wolf
_____
Print Name

_____
Title (if applicable)

| Form **W-8BEN** (Rev. February 2006) Department of the Treasury Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** ► Section references are to the Internal Revenue Code.  ► See separate instructions. ► Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |
|---|---|---|

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | W-8ECI or W-8EXP |
| **Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding. | |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |
| **Note:** See instructions for additional exceptions. | |

### Part I  Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner Friedrich und Elisabeth Ott | 2 Country of incorporation or organization |
|---|---|

3  Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
    ☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
    ☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
   *60529 Frankfurt a/M An der Schwarzbachmühle 109*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) **Germany** |
|---|---|

5  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|

| 6 U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN  ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8  Reference number(s) (see instructions)
   Blocking Reference Number: CA90119, Claim ID: 60631

### Part II  Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):
   a ☐ The beneficial owner is a resident of ................ within the meaning of the income tax treaty between the United States and that country.
   b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
   c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
   d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
   e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............% rate of withholding on (specify type of income): ............ ............ .
    Explain the reasons the beneficial owner meets the terms of the treaty article: ................................................
    ............................................................................................................................

### Part III  Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person.
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►    *Elisabeth Ott*                        *18.01.12*
              Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 25047Z        Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: **CA90119**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _18.01.2013_         _Elisabeth Ott_
                                       Singature

                                        Friedrich und Elisabeth Ott
                                        Print Name

                                        Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual                                       .  .  .  .  .  .  .  . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions)  .  .  .  .  .  . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions)  .  .  .  .  .  .  .  . | W-8ECI or W-8EXP |
| Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding. | |
| • A person acting as an intermediary  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | W-8IMY |
| Note: See instructions for additional exceptions. | |

### Part I    Identification of Beneficial Owner (See instructions.)

| 1  Name of individual or organization that is the beneficial owner | 2  Country of incorporation or organization |
|---|---|
| Kay Homann  /  BOAG Börsen AG | Deutschland |

**3**  Type of beneficial owner:  ☐ Individual  ☒☒ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust

☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization

☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

**4**  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

Kleine Johannisstr.4

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| 20457 Hamburg | Germany /Deutschland |

**5**  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6  U.S. taxpayer identification number, if required (see instructions)    ☐ SSN or ITIN  ☐ EIN | 7  Foreign tax identifying number, if any (optional) |
|---|---|

**8**  Reference number(s) (see instructions)

Blocking Reference Number: CA06467, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

**9**  I certify that (check all that apply):

a  ☑  The beneficial owner is a resident of ..... **Germany** ..... within the meaning of the income tax treaty between the United States and that country.

b  ☐  If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c  ☐  The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d  ☐  The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e  ☐  The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10**  **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a ............... % rate of withholding on (specify type of income): ............... ............... .

Explain the reasons the beneficial owner meets the terms of the treaty article: ................................................................

................................................................................

### Part III    Notional Principal Contracts

**11**  ☐  I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,

2 The beneficial owner is not a U.S. person,

3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and

4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) | Capacity in which acting |
|---|---|---|
| | 26.01.2012 | Prokura + stv. GF Börse Hamburg |

For Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 25047Z     Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: CA06467

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: Hamburg, 26.01.2012

Singature

BÖAG Börsen Aktiengesellschaft
Niederlassung Hamburg
Kleine Johannisstr. · 4 · 20457 Hamburg
Telefon 040-361 302-0 · Telefax 040-361 302-23

Kay Homann
Print Name

Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner
## for United States Tax Withholding
► Section references are to the Internal Revenue Code.  ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:** | **Instead, use Form:**
--- | ---
• A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . | W-9
• A person claiming that income is effectively connected with the conduct | 
of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . | W-8ECI
• A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . | W-8ECI or W-8IMY
• A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, | 
foreign private foundation, or government of a U.S. possession that received effectively connected income or that is | 
claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . | W-8ECI or W-8EXP

**Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.
• A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY

**Note:** See instructions for additional exceptions.

**Part I** **Identification of Beneficial Owner** (See instructions.)

1  Name of individual or organization that is the beneficial owner
~~Herta Klesel~~ *Angelika Fällgren* | 2  Country of incorporation or organization

3  Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of-address.**
~~Bachstr. 17~~ *Hasengasse 39*

City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate)
~~63486 Bruchköbel~~ *G3477 Maintal* | **Germany**

5  Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate)

6  U.S. taxpayer identification number, if required (see instructions)  ☐ SSN or ITIN  ☐ EIN | 7  Foreign tax identifying number, if any (optional)

8  Reference number(s) (see instructions)
Blocking Reference Number: 4043200909182429034, Claim ID: 60631

**Part II** **Claim of Tax Treaty Benefits** (if applicable)

9  I certify that (check all that apply):
a ☑ The beneficial owner is a resident of *Germany* within the meaning of the income tax treaty between the United States and that country.
b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article . . . . . . . . . . . . of the treaty identified on line 9a above to claim a . . . . . . . . . . . . % rate of withholding on (specify type of income): . . . . . . . . . . . . . . . . . . . . . . . . .
Explain the reasons the beneficial owner meets the terms of the treaty article: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Part III** **Notional Principal Contracts**

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV** **Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ► *Fällgren*  Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY) *14, 5, 2012*   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: Herta Klesel
Claim number: 60631
Blocking Number: 4043200909182429034

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _14, Mai 2012_

_Fällgren_
Singature

Herta Klesel  Angelika Faellgren
Print Name

_____
Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . | . . . . . W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . | . . . . . W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . | . W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | .W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| | |
|---|---|
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . | . . . . . . W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I    Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| ~~Dr. Ingrid Röser~~  *Margarete Jacob* | |

3 Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
Sporergäßchen 4

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| 04109 Leipzig | Germany |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions)  ☐ SSN or ITIN  ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)
Blocking Reference Number: 7094200909155807460, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☐ The beneficial owner is a resident of ................ within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............ % rate of withholding on (specify type of income): ................................
Explain the reasons the beneficial owner meets the terms of the treaty article: ................................................................
................................................................................................................................

### Part III    Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.
2 The beneficial owner is not a U.S. person.
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶  *[signature]*  15.05.2012

Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: ~~Dr. Ingrid Röser~~ *Margarete Jacob*
Claim number: 60631
Blocking Number: 7094200909155807460

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: *15.05.2012*

*Margarete Jacob*
Singature

~~Dr. Ingrid Röser~~ *Margarete Jacob*
Print Name

_____
Title (if applicable)

Form **W-8BEN**
(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | W-8ECI or W-8EXP |
| **Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding. | |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . | W-8IMY |
| **Note:** See instructions for additional exceptions. | |

### Part I    Identification of Beneficial Owner (See instructions.)

1 Name of individual or organization that is the beneficial owner
*Werner Tacke , Nachlass*

2 Country of incorporation or organization
Germany

3 Type of beneficial owner: ☐ Individual    ☑ Corporation    ☐ Disregarded entity    ☐ Partnership    ☐ Simple trust
☐ Grantor trust    ☐ Complex trust    ☐ Estate    ☐ Government    ☐ International organization
☐ Central bank of issue    ☐ Tax-exempt organization    ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
*Heppenheimer Str. 11, 64658 Fürth/Odenwald*

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)
Germany

5 Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

6 U.S. taxpayer identification number, if required (see instructions)
☐ SSN or ITIN    ☐ EIN

7 Foreign tax identifying number, if any (optional)

8 Reference number(s) (see instructions)
Blocking Reference Number: 4043200910026154168, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):
a ☐ The beneficial owner is a resident of .................. within the meaning of the income tax treaty between the United States and that country.
b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .............. of the treaty identified on line 9a above to claim a .............. % rate of withholding on (specify type of income): ........................ .
Explain the reasons the beneficial owner meets the terms of the treaty article: ........................................................
....................................................................................................................

### Part III    Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY) *13.6.12*    Capacity in which acting

*Testamentsvollstrecker*

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim number: 60631
Blocking Number: 4043200910026154168

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _13 6. 12_

_____
Singature

Werner Tacke - _____
Print Name

_____
Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

### Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:** | **Instead, use Form:**
--- | ---
● A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . | . . W-9
● A person claiming that income is effectively connected with the conduct | 
of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . | . . W-8ECI
● A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . | . W-8ECI or W-8IMY
● A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, | 
foreign private foundation, or government of a U.S. possession that received effectively connected income or that is | 
claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | .W-8ECI or W-8EXP

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

● A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . | . . W-8IMY

**Note:** *See instructions for additional exceptions.*

## Part I    Identification of Beneficial Owner (See instructions.)

| 1    Name of individual or organization that is the beneficial owner | 2    Country of incorporation or organization |
| --- | --- |
| Vera Nunez | |

| 3    Type of beneficial owner: | ☑ Individual | ☐ Corporation | ☐ Disregarded entity | ☐ Partnership | ☐ Simple trust |
| --- | --- | --- | --- | --- | --- |
| | ☐ Grantor trust | ☐ Complex trust | ☐ Estate | ☐ Government | ☐ International organization |
| | ☐ Central bank of issue | ☐ Tax-exempt organization | ☐ Private foundation | | |

4    Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

Amselweg 10

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
| --- | --- |
| 21529 Kröppelshagen-Fahrendorf | Germany |

5    Mailing address (if different from above) *mvnunez @ t-online.de*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
| --- | --- |

| 6    U.S. taxpayer identification number, if required (see instructions) ☐ SSN or ITIN ☐ EIN | 7    Foreign tax identifying number, if any (optional) |
| --- | --- |

8    Reference number(s) (see instructions)
Claim ID 60631, Blocking Reference Number: 4003200909160400048

## Part II    Claim of Tax Treaty Benefits (if applicable)

9    I certify that (check all that apply):

a ☐ The beneficial owner is a resident of ................. within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10    Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a ................% rate of withholding on (specify type of income): ............. ............. ·
Explain the reasons the beneficial owner meets the terms of the treaty article: .................................................................
..............................................................................................................................................................................
..............................................................................................................................................................................

## Part III    Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,

2 The beneficial owner is not a U.S. person,

3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**

4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | 08-16-2012 Date (MM-DD-YYYY) | Capacity in which acting |
| --- | --- | --- |

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

White & Case LLP
PF 170465
60078 Frankfurt/a.M.

EINGEGANGEN
WHITE & CASE

2 0. Aug. 2012

Rechtsanwälte
Frankfurt/Main

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: Vera Nunez
Claim number: 60631
Blocking Number: 4003200909160400048

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _16.08.2012_

_____
Singature

Vera Nunez
_____
Print Name

_____
Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I  Identification of Beneficial Owner (See instructions.)

| 1  Name of individual or organization that is the beneficial owner | 2  Country of incorporation or organization |
|---|---|
| Anna Supp | |

3  Type of beneficial owner:  [✓] Individual  [ ] Corporation  [ ] Disregarded entity  [ ] Partnership  [ ] Simple trust
   [ ] Grantor trust  [ ] Complex trust  [ ] Estate  [ ] Government  [ ] International organization
   [ ] Central bank of issue  [ ] Tax-exempt organization  [ ] Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of-address.**
   Landauer Str. 50

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| 70499 Stuttgart | Germany |

5  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|

| 6  U.S. taxpayer identification number, if required (see instructions)  [ ] SSN or ITIN  [ ] EIN | 7  Foreign tax identifying number, if any (optional) |
|---|---|

8  Reference number(s) (see instructions)
   Blocking Reference Number: 7094200909155806873, Claim ID: 60631

### Part II  Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a [ ] The beneficial owner is a resident of *Germany* within the meaning of the income tax treaty between the United States and that country.

b [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............... of the treaty identified on line 9a above to claim a ................% rate of withholding on (specify type of income): ...................................
   Explain the reasons the beneficial owner meets the terms of the treaty article: ..................................................

### Part III  Notional Principal Contracts

11 [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here**  [signature]  05.17.2012  beneficial owner
Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: Anna Supp
Claim number: 60631
Blocking Number: 7094200909155806873

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _05 . 17 . 2012_

Singature _Supp_

Anna Supp
Print Name

Title (if applicable)

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . | . . . . . W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . | . . . . W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . | . W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . | . W-8ECI or W-8EXP |

Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.

| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . W-8IMY |

Note: See instructions for additional exceptions.

### Part I   Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| Michael Klaue | |

3  Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
~~Fuchstanzstr. 57~~  *Schloßberg 17*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| ~~60489 Frankfurt~~  *65582 Diez/Lahn* | Germany |

5  Mailing address (if different from above)   ↳ *see declaration enclosed*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|

| 6 U.S. taxpayer identification number, if required (see instructions) | 7 Foreign tax identifying number, if any (optional) |
|---|---|
| ☐ SSN or ITIN   ☐ EIN | |

8  Reference number(s) (see instructions)
Blocking Reference Number: 701020090917 3947529, Claim ID: 60631

### Part II   Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a  ☒ The beneficial owner is a resident of *Germany* within the meaning of the income tax treaty between the United States and that country.

b  ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c  ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d  ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e  ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .............. of the treaty identified on line 9a above to claim a ............... % rate of withholding on (specify type of income): .................................
Explain the reasons the beneficial owner meets the terms of the treaty article: ........................................................
.................................................................................................................................

### Part III   Notional Principal Contracts

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.
2 The beneficial owner is not a U.S. person.
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶  *C. Kl.*                                      *06.03.2012*
Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

*Da ich der englischen Sprache nur teilweise mächtig bin,
kann ich für die absolute Richtigkeit der gemachten
Angaben keine Verantwortung übernehmen.   M. Kl.
06.3.2012*

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: Michael Klaue
Claim number: 60631
Blocking Number: 701020090917 3947529

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 6. 6. 12

_____
Singature

Michael Klaue
_____
Print Name

_____
Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner
## for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

• A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

**Note:** *See instructions for additional exceptions.*

### Part I   Identification of Beneficial Owner (See instructions.)

| 1  Name of individual or organization that is the beneficial owner | 2  Country of incorporation or organization |
|---|---|
| Helmut und Emmi Puchta | |

3  Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
Ben-Gurion-Ring 103

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| 60437 Frankfurt am Main | Germany |

5  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6  U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN   ☐ EIN | 7  Foreign tax identifying number, if any (optional) |
|---|---|

8  Reference number(s) (see instructions)
Blocking Reference Number: 701020090917 3947058, Claim ID: 60631

### Part II   Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a ☐ The beneficial owner is a resident of .................... within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............ % rate of withholding on (specify type of income): ................................
Explain the reasons the beneficial owner meets the terms of the treaty article: .......................................................
.................................................................................................................

### Part III   Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,

2 The beneficial owner is not a U.S. person,

3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**

4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

_Signature of beneficial owner (or individual authorized to sign for beneficial owner)_   05.30.2012   _Date (MM-DD-YYYY)_   _Capacity in which acting_

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: Helmut und Emmi Puchta
Claim number: 60631
Blocking Number: 701020090917 3947058

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced
creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom
the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies),
or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC
sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _05. 30. 2012_

_____
Singature
Helmut und Emmi Puchta
_____
Print Name

_____
Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**                                                                                                         **Instead, use Form:**
- A U.S. citizen or other U.S. person, including a resident alien individual  .    .    .    .    .    .    .    .    .    .    .    .    .    . W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States  .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions)  .    .    .    .    . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions)  .    .    .    .    .    . W-8ECI or W-8EXP
**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to
claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary  .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    . W-8IMY
**Note:** *See instructions for additional exceptions.*

### Part I    Identification of Beneficial Owner (See instructions.)

| 1   Name of individual or organization that is the beneficial owner | 2   Country of incorporation or organization |
|---|---|
| Andreas Deuerling | |

3   Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust

☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization

☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4   Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

Kirchweg 6

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| 96231 Bad Staffelstein | Germany |

5   Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6   U.S. taxpayer identification number, if required (see instructions)        ☐ SSN or ITIN   ☐ EIN | 7   Foreign tax identifying number, if any (optional) |
|---|---|
| | |

8   Reference number(s) (see instructions)

Blocking Reference Number: 200720090915 0949212, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

9   I certify that (check all that apply):

a ☐ The beneficial owner is a resident of ................ within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10   Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............ % rate of withholding on (specify type of income): ............ ............ .
Explain the reasons the beneficial owner meets the terms of the treaty article: ................................................................
........................................................................................................................................

### Part III    Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ *Andreas Deuerling* _____   06-05-2012 _____
Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 25047Z          Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: Andreas Deuerling
Claim number: 60631
Blocking Number: 200720090915 0949212

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced
creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom
the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies),
or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC
sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 06 - 05 - 2012

_Andreas Deuerling_
Singature

Andreas Deuerling
Print Name

Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| | |
|---|---|
| • A person acting as an intermediary . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I    Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| Ingeborg Adrian-~~Mundt~~ | |

3 Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
Gottorfstr. 5

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| 24837 Schleswig | Germany |

5 Mailing address (if different from above)
*adrian(J)adrian-mundt-va.de*

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN   ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)
Blocking Reference Number: CA44269, Claim ID: 60631

### Part II    Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☒ The beneficial owner is a resident of *~~Germany~~ (Schleswig)* within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article . . . . . . . . . . . . . of the treaty identified on line 9a above to claim a . . . . . . . . . . . . . % rate of withholding on (specify type of income): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Explain the reasons the beneficial owner meets the terms of the treaty article: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Part III    Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.
2 The beneficial owner is not a U.S. person.
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶    

| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) *06.05.2012* | Capacity in which acting |
|---|---|---|

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: Ingeborg Adrian-Mundt
Claim number: 60631
Blocking Number: CA44269

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced
creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom
the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies),
or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC
sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 05. 06. 2012

Singature

Ingeborg Adrian-Mundt
Print Name

Title (if applicable)

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

• A person acting as an intermediary . . . . . . . . . . . . . . . . W-8IMY

**Note:** *See instructions for additional exceptions.*

## Part I   Identification of Beneficial Owner (See instructions.)

1  Name of individual or organization that is the beneficial owner
Hans -Dieter and Renate Banschbach

2  Country of incorporation or organization

3  Type of beneficial owner:  [✓] Individual  [ ] Corporation  [ ] Disregarded entity  [ ] Partnership  [ ] Simple trust
[ ] Grantor trust  [ ] Complex trust  [ ] Estate  [ ] Government  [ ] International organization
[ ] Central bank of issue  [ ] Tax-exempt organization  [ ] Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
Am Markt 2

City or town, state or province. Include postal code where appropriate.
37213 Witzenhausen

Country (do not abbreviate)
Germany

5  Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)

6  U.S. taxpayer identification number, if required (see instructions)   [ ] SSN or ITIN  [ ] EIN

7  Foreign tax identifying number, if any (optional)

8  Reference number(s) (see instructions)
Blocking Reference Number: 4043200909226154063, Claim ID: 60631

## Part II   Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):
a [ ] The beneficial owner is a resident of ................. within the meaning of the income tax treaty between the United States and that country.
b [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a .........% rate of withholding on (specify type of income): .
Explain the reasons the beneficial owner meets the terms of the treaty article: ......................................................

## Part III   Notional Principal Contracts

11 [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person.
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶  *Signature* — Date (MM-DD-YYYY) 05 11 2012   Capacity in which acting
Signature of beneficial owner (or individual authorized to sign for beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

#5067

## CERTIFICATION REGARDING STATUS

Creditor Name: Hans -Dieter und Renate Banschbach
Claim number: 60631
Blocking Number: 4043200909226154063

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _11. 05. 2012_

_____
Singature

Hans -Dieter und Renate Banschbach
_____
Print Name

_____
Title (if applicable)