Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| In re | : | **Chapter 11 Case No.** |
| | : | 08-13555(JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,: | | (Jointly Administered) |
| **DEBTORS.** | : | |
| | : | |

------------------------------------------------------------x

### ORDER DETERMINATING CLASSIFICATION OF CLAIMS

Upon the *Motion of Certain Members and Customers of Members of the Deutscher Sparkassen und Giroverband for a Determination of Classification of Claims*, dated October 7, 2013 (the "Motion")[6] of the Movants, pursuant to this Court's *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice And Case Management Procedures* [Docket No. 9635], seeking to properly classify the Claims as Class 6B Convenience Guarantee Claims, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is proper, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted; and it is further

---

[6] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that any objections thereto are overruled; and it is further

ORDERED that the Claims set forth in <u>Exhibit B</u> to the Motion are hereby classified as Class 6B Convenience Guarantee Claims; and it is further ordered

ORDERED that, to the extent necessary, the Court-appointed claims agent modify the claims register to reflect this Order; and it is further

ORDERED that a distribution be made as soon as practicable that is sufficient to provide the holders Class 6B treatment on account of the Claims (after accounting for distributions made to date); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
       October __, 2013

                                            Honorable James M. Peck
                                            United States Bankruptcy Judge