B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al ,

Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Amundi Alternatives Paulson Enhanced Master Fund
Name of Transferee

Barclays Bank PLC
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Paulson & Co.
1251 Avenue of the Americas
50th Floor
New York, New York  10020
Attn:  James Olivo

Phone: 212-599-6323(p); 212-977-9505(f)
Last Four Digits of Acct #: _____

Court Claim # (if known): 22863
Amount of Claim: $1,019,693.74
Date Claim Filed: 09/21/2009
Debtor Name: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]
    Transferee/Transferee's Agent

Date: 10/8/13

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Amundi Alternatives Paulson Enhanced Master Fund** ("Buyer") all of its right, title and interest in its claims set forth in Exhibit 1 hereto (the "Assigned Claims") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888, jointly administered under In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Assigned Claims assigned herein to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claims, and all payments or distributions of money or property in respect of the Assigned Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __4__ day of October, 2013.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND** |
| _[signature]_ | _____ |
| Name: Jenna Yoo, Authorized Signatory | Name: |
| Title: | Title: |

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Amundi Alternatives Paulson Enhanced Master Fund** ("Buyer") all of its right, title and interest in its claims set forth in Exhibit 1 hereto (the "Assigned Claims") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888, jointly administered under In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Assigned Claims assigned herein to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claims, and all payments or distributions of money or property in respect of the Assigned Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __4__ day of October, 2013.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND** |
| | _/s/_ |
| Name: | Name: /Stuart Merzer |
| Title: | Title: Authorized Signatory |

**Exhibit 1 to Evidence of Transfer of Claim**

| PROOF OF CLAIM NUMBERS | CLAIM AMOUNT |
|---|---|
| 23016 | $381,065.00 |
| 22857 | $2,966,487.23 |
| 22859 | $7,081,477.97 |
| 22860 | $585,396.43 |
| 22863 | $1,019,693.74 |
| 22864 | $71,034.00 |
| 23018 | $280,257.00 |
| 23020 | $168,154.20 |