United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,  
Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Taconic Opportunity Master Fund LP | Taconic Opportunity Fund L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: multiple, see attached schedule

Amount of Claim Transferred: see attached schedule

Name and Address where notices to Transferee should be sent:

Taconic Opportunity Master Fund LP
c/o Taconic Capital Advisors LP
450 Park Avenue, 9th Floor
NY, NY 10022
Attention : Michael Zaczyk
Phone: 212 209-3124
Fax 212-209-3189
e-mail: mzaczyk@taconiccap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**TACONIC OPPORTUNITY MASTER FUND**
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____   Date: 10/8/13
Name: MARK SCHWARTZ
Title: PRINCIPAL

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Schedule

| Court Claim # | ISIN/CUSIP | Amount of Claim Transferred (as Allowed in USD) |
|---|---|---|
| 32145.01 | 52525KAB8 | 117,883.00 |
| 32145.01 | 52525MJF6 | 18,378,624.00 |
| 32145.15 | 52525KAB8 | 973,783.00 |
| 32145.15 | 52525MJF6 | 16,291,187.00 |
| 33007.11 | 52525KAB8 | 6,274,516.00 |
| 33007.11 | 52525MJF6 | 2,086,982.00 |
| 33007.16 | 52525KAB8 | 7,130,131.00 |
| 66406.01 | 52525MJF6 | 8,563,280.00 |
| 67146.10 | 52525KAB8 | 21,172,158.93 |
| 67146.10 | 52525MJF6 | 88,000,000.00 |
| 68061.02 | 52525MKV9 | 26,280,290.74 |
| 68063.04 | 52525MKT4 | 78,447,730.80 |
| 68063.04 | 52525MKV9 | 41,371,074.76 |
| 36769.01 | XS0161241681 | 9,722,009.82 |
| 36769.06 | XS0166737659 | 8,081,196.94 |
| 55744.04 | XS0349911387 | 35,244,122.94 |
| 60676.00 | XS0317181716 | 6,244,065.39 |