United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Taconic Master Fund 1.5 LP            Taconic Capital Partners 1.5 L.P.

_____           _____
Name of Transferee                    Name of Transferor

                                      Court Claim #: multiple, see attached schedule

                                      Amount of Claim Transferred: see attached schedule

Name and Address where notices to Transferee should be sent:

Taconic Master Fund 1.5 LP
c/o Taconic Capital Advisors LP
450 Park Avenue, 9th Floor
NY, NY 10022
Attention : Michael Zaczyk
Phone: 212 209-3124
Fax 212-209-3189
e-mail: mzaczyk@taconiccap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**TACONIC MASTER FUND 1.5 LP**
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____   Date: 10/8/13
Name: MARC SCHWARTZ
Title: PRINCIPAL

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Schedule

| Court Claim # | ISIN/CUSIP | Amount of Claim Transferred (as Allowed in USD) |
|---|---|---|
| 32145.16 | 52525KAB8 | 132,788.00 |
| 32145.16 | 52525MJF6 | 2,221,526.00 |
| 32145.21 | 52525KAB8 | 985,843.00 |
| 32145.21 | 52525MJF6 | 134,547.00 |
| 33007.03 | 52525MJF6 | 2,371,627.84 |
| 33007.12 | 52525KAB8 | 855,615.00 |
| 33007.12 | 52525MJF6 | 284,588.00 |
| 66406.00 | 52525MJF6 | 1,167,720.00 |
| 67146.09 | 52525KAB8 | 2,887,112.58 |
| 67146.09 | 52525MJF6 | 12,000,000.00 |
| 68061.01 | 52525MKV9 | 3,583,676.01 |
| 68063.01 | 52525MKT4 | 26,149,243.60 |
| 68063.01 | 52525MKV9 | 13,379,530.95 |
| 36769.03 | XS0161241681 | 1,325,728.61 |
| 36769.04 | XS0166737659 | 1,101,981.40 |
| 55744.05 | XS0349911387 | 4,806,016.76 |
| 60676.01 | XS0317181716 | 851,463.47 |