**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF PARTIAL REINSTATEMENT OF CLAIM 56671

Reference is made to (i) proof of claim number **56671** filed on October 29, 2009 (the "**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**") by HSBC Private Bank (Suisse) SA, Singapore Branch ("**HSBC**") and (ii) the Notice of Partial Withdrawal of Claim 56671 dated August 14, 2013, by which HSBC requested the partial withdrawal of the Claim (the "**August Withdrawal Notice**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby reinstatements the portion of the Claim identified in <u>Schedule 1</u> attached hereto (the "**Reinstated Portion**"), which Reinstated Portion was previously withdrawn pursuant to the August Withdrawal Notice, and requests that Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, update the official claims register for LBHI to reflect such reinstatement. For the avoidance of doubt, HSBC does not seek to reinstate any part of the Claim other than the Reinstated Portion.

Dated: October 8, 2013
      New York, New York

/s/ John Kibler
John Kibler
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for HSBC Private Bank (Suisse) SA, Singapore Branch*

## EXHIBIT A

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Reinstated |
|---|---|---|---|---|
| Lehman Brothers Treasury Co BV 1Y CDA STK INFY-32.3025 HDB-93.4546 28.25% 22JAN2009 | XS0340114353 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 100,000* |

* No portion of the Claim, whether relating to ISIN XS0340114353 or otherwise, is being reinstated or otherwise affected other than this principal amount.