REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*    :    **08-13555 (JMP)**
                                                         :
                        Debtors.                         :    **(Jointly Administered)**
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION**
**TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objection to Proof of

Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [Docket No. 39348] that was scheduled

for October 24, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November**

**21, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as

counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such Hearing may be further adjourned from time to time without

further notice other than an announcement at the Hearing.

        Dated:  October 8, 2013

                                */s/* Michael A. Rollin
                                Michael A. Rollin
                                REILLY POZNER LLP
                                1900 16th Street, Suite 1700
                                Denver, Colorado 80202
                                Telephone: (303) 893-6100
                                Attorneys for Lehman Brothers Holdings Inc. and
                                Certain of Its Affiliates

1512420