UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                              :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
:
Debtors.                              :    (Jointly Administered)
:
---------------------------------------------------------------x    Ref. Docket No. 40338

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed as a Coordinator, Case Management Services by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2013, I caused to be served the "Notice of Adjournment of Yuri and Irene Belik's Motion to Lift Stay," dated October 8, 2013 [Docket No. 40338], by causing true and correct to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via email mail to:  eford@sacks-sacks.com, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to: Sacks and Sacks, LLP, Attn: Edward W. Ford, Esq, 150 Broadway, 4th Floor, New York, NY 10038.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

           */s/ Cassandra Murray*
Sworn to before me this             Cassandra Murray
9th day of October, 2013
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015