UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., et.al <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No.: 08-13555 <br> ) <br> ) Jointly Administered <br> ) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that United States Debt Recovery, V, LP, a creditor in the cases of the above-captioned debtors ("Debtors"), herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim #363 filed 10/24/2008), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| FORMER ADDRESS | NEW ADDRESS |
|---|---|
| United States Debt Recovery, V, LP <br> 940 Southwood Blvd <br> Suite 101 <br> Incline Village, NV 89451 | United States Debt Recovery, V, LP <br> 5575 Kietzke Lane <br> Suite A <br> Reno, NV 89511 |

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery, V, LP

Print Name: __Nathan E. Jones__        Title: __Managing Director__

Signature: _/s/ Nathan E. Jones_        Date: __10-9-13__