CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH
CERTAIN RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS TRUSTS**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*US. Bank*") by and through its counsel, Chapman and Cutler LLP, hereby withdraws the following Proofs of Claim against Lehman Brothers Special Financing Inc:

| Proof of Claim # | Trust |
|---|---|

RACERSwithdrawal.doc

| 30968 | RACERS 2007-1-E |
|---|---|
| 30935 | RACERS 2006-4-E |
| 30930 | RACERS 2006-12-E |
| 23452 | RACERS 2006-17-E |

These claims are being withdrawn as a result of settlements reached with respect to the underlying assets in each of these transactions. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

October 10, 2013

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

By: _____

Its:    Timothy Pillar
        Vice President