EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:   LEHMAN BROTHERS SPECIAL FINANCING, INC. ("Debtor")
Case No. 08-13888 (the "Case")

Claim # 17720

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Blackwell Partners, LLC**
C/O DUMAC, Inc.
Attn: Jannine Lall
280 S. Mangum St., Ste. 210
Durham, NC 27701-3675

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 17720, solely to the extent of $2,500,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.    BLACKWELL PARTNERS, LLC

By: _____              By: _____

Name: Brian S. Broyles                    Name: _____
Title: Authorized Signatory               Title: _____

Doc#: US1:8846109v7

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING, INC. ("Debtor")
Case No. 08-13888 (the "Case")

Claim # 17720

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Blackwell Partners, LLC**
C/O DUMAC, Inc.
Attn: Jannine Lall
280 S. Mangum St., Ste. 210
Durham, NC 27701-3675

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 17720, solely to the extent of $2,500,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October __, 2013.

CITIGROUP FINANCIAL PRODUCTS INC.          BLACKWELL PARTNERS, LLC

By: _____         By: Bowery Investment Management, LLC

Name: _____         Name: _____ V. Jelisavcic

Title: _____        Title: Manager

Doc#: US1:8846109v7