UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

―――――――――――――――――――――――――――

## ORDER AUTHORIZING BAUPOST GROUP, LLC TO FILE UNDER SEAL CERTAIN DOCUMENTS IN CONNECTION WITH THE REPLY OF BAUPOST GROUP, LLC TO DEBTORS' OBJECTION TO ITS MOTION TO QUASH DEBTORS' SUBPOENA ISSUED UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the *ex parte* Motion ("Motion") of Baupost Group LLC ("Baupost") for the entry of an order (this "Order") pursuant to Section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure authorizing Baupost to file under seal certain documents in connection with the Reply of Baupost Group, LLC to Debtors' Objection to Its Motion to Quash Debtors' Subpoena Issued Under Federal Rule of Bankruptcy Procedure 2004 ("Confidential Documents"); and upon consideration of the Motion and related papers, it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. Baupost is authorized to file under seal the Confidential Documents, which are listed below, by delivering such documents to Chambers and to the Clerk of the Court's attention with a letter referencing this Order:

    a. An unredacted copy of the Reply of Baupost Group, LLC to Debtors' Objection to Its Motion to Quash Debtors' Subpoena Issued Under Federal Rule of Bankruptcy Procedure 2004; and

    b. Exhibit M to the Supplemental Declaration of Matthew A. Schwartz In Support of the Motion of Baupost Group, LLC to

Quash Debtors' Subpoena Issue Under Federal Rule of Bankruptcy Procedure 2004, dated October 11, 2013.

3. The documents subject to this Order shall remain under seal and confidential and shall not be made available to anyone, other than as provided for in paragraph 4 of this Order, without the consent of Baupost or Giants Stadium LLC ("Giants Stadium") or without further order of the Court.

4. The Confidential Documents shall be made available only to the Court, counsel to Debtors Lehman Brothers Special Finance and Lehman Brothers Holdings, Inc., and counsel to Giants Stadium.

5. Baupost will dispose of the Confidential Documents at the conclusion of this matter.

6. Notwithstanding anything contained in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of the Southern District of New York, the terms and conditions of this Order (i) shall be immediately effective and enforceable upon its entry, and (ii) shall not prejudice the rights of any party in interest or the United States Trustee to seek to unseal the Confidential Documents in whole or in part.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 11, 2013
      New York, New York

                                               ___/s/ James M. Peck_____
                                               THE HONORABLE JAMES M. PECK
                                               UNITED STATES BANKRUPTCY JUDGE