# Exhibit M

## [Filed Under Seal]

Exhibit M-1:  GStad_LB_0049261;

Exhibit M-2:  GStad_LB_0049450-GStad_LB_0049453; and

Exhibit M-3:  GStad_LB_0059262-GStad_LB_0059263.