# Exhibit N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS SPECIAL FINANCING INC., *et al.*, | Case No. 08-13888 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Special Financing Inc., Debtor, Case No. 08-13888) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goal Line Partners, L.L.C.                    Bank of America, N.A.
_____                   _____
Name of Transferee                            Name of Transferor

$301,804,617.14                               64070 (which amends claim 33561)
_____                   _____
Proof of Claim Amount                         Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:    Goal Line Partners, L.L.C.
Address:       c/o Ropes & Gray LLP
               1211 Avenue of the Americas
               New York, NY 10036-8704
               Attn: Adam Reiss

You are hereby requested to give all notices and other communications, in respect of the Claim to the address below.

ADDITIONAL NOTICE PARTY:   Giants Stadium LLC
Address:   c/o Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Matthew Schwartz
Attn: Bruce Clark

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____          Date:  7-27-11
Name:  Jonathan Reisman
Title:   Counsel for Transferee

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Bank of America, N.A.

    Bank of America, N.A., a national banking association with offices located at Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goal Line Partners, L.L.C., its successors and assigns, with offices located at One International Place, Boston, Massachusetts 02110 ("BUYER"), all right, title and interest in and to the claims of SELLER against Lehman Brothers Special Financing Inc., and its affiliates in the amount of $301,828,087.35 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP).

    SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

    IN WITNESS WHEREOF, dated as of the ____ day of April, 2009.

**BANK OF AMERICA, N.A.**

By: _____
Name: Frank Kotsen
Title: Managing Director

**GOAL LINE PARTNERS, L. L. C.**

By: _____
Name: James F. Mooney
Title: Managing Director