SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Matthew A. Schwartz

*Attorneys for Baupost Group, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Matthew A. Schwartz, hereby certify that, on October 11, 2013, I caused to be served true and correct copies of (a) the Reply of Baupost Group, LLC to Quash Debtors' Objection to Its Motion to Quash Debtors' Subpoena Issued Under Federal Rule of Bankruptcy Procedure 2004, (b) the Supplemental Declaration of Matthew A. Schwartz, dated October 11, 2013, and the exhibits attached thereto, and (c) the Declaration of D. Ross Martin, dated October 10, 2013 by U.S. mail on Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin) and by hand delivery on:

> The Chambers of the Honorable James M. Peck
> One Bowling Green
> Courtroom 601
> New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Richard P. Krasnow, Lori R. Fife,
    Jacqueline Marcus, and Robert Lemons

*Attorneys for the Debtors*

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
    October 11, 2013

Respectfully submitted,

/s/
Matthew A. Schwartz
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Baupost Group, LLC*

-2-