B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,     Case No. 08-13555(JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Macquarie Bank Limited | Name of Transferor<br>Spectrum Investment Partners, L.P. |
| Name and Address where notices to transferee should be sent:<br><br>Macquarie Bank Limited<br>125 West 55th Street<br>New York, NY 10019<br>Contacts: Shaun Gembala<br>Tel. No.: 212-231-6314<br>Email: loan.public@macquarie.com<br>Fax No: 212-231-2399 | Court Claim # (if known): 16263<br>Allowed Amounts: $816,292.00<br>Date Claim Filed: 9/18/2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: Bank of New York Mellon, New York
ABA: 021-000-018
SWIFT Code: IRVTUS3N
Acct. No.: 890-0055-375
Beneficiary: Macquarie Bank Limited
SWIFT Code: MACQAU2S
CHIPS UID: 236386
Ref: MBL CST/Spectrum Claims

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: October 14, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Nathan Booker
Associate Director

NY1 9022433v.1

Alan D Cameron
Executive Director
Fixed Income & Currel
Macquarie Bank

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

SPECTRUM INVESTMENT PARTNERS, L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MACQUARIE BANK LIMITED ("Buyer"), all of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $816,292.00, docketed as Claim No. 16263 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 10 day of October, 2013.

**SPECTRUM INVESTMENT PARTNERS, L.P.**
By: Spectrum Group Management LLC, as Investment Manager

By: _____
Name: Jeffrey A. Schaffer
Title: Managing Member

**MACQUARIE BANK LIMITED**

By: _____
Name:
Title:
Tel.:

By: _____
Name:
Title:
Tel.:

21

NY1 8745507v.7

**EVIDENCE OF TRANSFER OF CLAIM**

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

SPECTRUM INVESTMENT PARTNERS, L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MACQUARIE BANK LIMITED ("Buyer"), all of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $816,292.00, docketed as Claim No. 16263 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 10 day of October, 2013.

**SPECTRUM INVESTMENT PARTNERS, L.P.**
By: Spectrum Group Management LLC, as Investment Manager

By:_____
Name: Jeffrey A. Schaffer
Title: Managing Member

**MACQUARIE BANK LIMITED**

By: _____
Name: Byron den Hertog
Title: Division Director
Tel.:

By: _____
Name: Nathan Booker
Title: Associate Director
Tel.:

(Signed in Sydney, POA Ref: #938 dated 22nd November 2012)

21

NY1 8745507v.7

#1192946