WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                    Debtors.              :   (Jointly Administered)
                                          :
------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF**
**OBJECTION TO CLAIM NO. 62723 OF BANESCO HOLDINGS CA**

**PLEASE TAKE NOTICE** that the hearing on the *Objection To Claim No. 62723 of Banesco Holdings CA* [ECF No. 37327] (the "Objection") **has been adjourned, solely with respect to the portion of the Banesco Claim[1] based on the LBHI Security, to November 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

US_ACTIVE:\44346068\1\58399.0008

announcement at the Hearing.

Dated: October 15, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliate

2