REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION
### TO PROOF OF CLAIM NO. 66099 FILED BY SYNCORA GUARANTEE, INC.

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. [Docket No. 20087] that was scheduled for October 24, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

1514454

New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 15, 2013

                                              */s/* Michael A. Rollin
                                              Michael A. Rollin
                                              REILLY POZNER LLP
                                              1900 16th Street, Suite 1700
                                              Denver, Colorado 80202
                                              Telephone: (303) 893-6100
                                              Facsimile: (303) 893-6110

                                              Attorneys for Lehman Brothers
                                              Holdings Inc. and Certain of Its
                                              Affiliates

1514454