**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**THE FOUR HUNDRED THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**
**(INVALID BLOCKING NUMBER LPS CLAIMS) AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, is withdrawing without prejudice its Four Hundred Thirty-Seventh Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [Docket No. 40141], solely with respect to the claim listed on Exhibit A annexed hereto.  The Plan

Administrator reserves its rights to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: October 15, 2013
New York, New York

                                  **CURTIS, MALLET-PREVOST,
                                   COLT & MOSLE LLP**

By:     */s/ L. P. Harrison 3rd*
           L. P. Harrison 3rd
           Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

16623749

2

## EXHIBIT A

**Claim for Which Objection Is Withdrawn Without Prejudice:**

| **Claimant Name** | **Claim Number** |
|---|---|
| Credit Suisse (UK) Limited | 55816 |