B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Nomura Corporate Funding Americas, LLC</u>          <u>CWD OC 522 Master Fund, Ltd.</u>
Name of Transferee                                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>17204</u>
should be sent:                                                          Amount of Claim Transferred: <u>$2,400,000.00</u>
                                                                              Date Claim Filed: <u>09/18/2009</u>
Nomura Corporate Funding Americas, LLC                  Debtor: <u>Lehman Brothers Holdings Inc.</u>
2 World Financial Center, Building B
New York, NY 10281-1198
Contact: Charuti Patel
Tel.: (212) 667-1324
Fax: (646) 587-1328
E-mail: Charuti.Patel@Nomura.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: <u>/s/ Solomon J. Noh</u>                                    Date: <u>10/15/13</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT 2-B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, CWD OC 522 MASTER FUND, LTD. ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto NOMURA CORPORATE FUNDING AMERICAS, LLC ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17204 in the amount of $2,400,000.00 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated the 15th day of October, 2013.

SELLER:                                              BUYER:

CWD OC 522 MASTER FUND, LTD.          NOMURA CORPORATE FUNDING AMERICAS, LLC
By: Candlewood Investment Group LP,
as Investment Manager

_____          _____

Name: Mike Lau                                       Name:
Title: CEO                                               Title:

**EXHIBIT 2-B**

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, CWD OC 522 MASTER FUND, LTD. ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto NOMURA CORPORATE FUNDING AMERICAS, LLC ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17204 in the amount of $2,400,000.00 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated the 15th day of October, 2013.

SELLER:                                              BUYER:

CWD OC 522 MASTER FUND, LTD.            NOMURA CORPORATE FUNDING AMERICAS, LLC
By: Candlewood Investment Group LP,
as Investment Manager

_____                 _____

Name:                                                Name:
Title:                                               Title:          Sandor Hau
                                                                     Managing Director