UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
                                                                 :
------------------------------------------------------------------x    Ref. Docket Nos. 39850, 39855-
                                                                       39858, 39860, 39862-39870, 39872,
                                                                       39876, 39887-39889, 39897, 39914,
                                                                       39919, 39922-39925, 39949, 39950,
                                                                       39956, 39958, 39959, 39971, 39974,
                                                                       40018, 40028, 40051, 40052, 40054,
                                                                       40062-40064, 40072, 40073, 40116,
                                                                       40173, 40175, 40178, 40188, 40191,
                                                                       40205, 40235, 40237, 40238, 40257,
                                                                       40270, 40271

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this<br>14th day of October, 2013 | */s/ Lauren Rodriguez*<br>Lauren Rodriguez |

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
                                              |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |   (Jointly Administered)
                                              |
            Debtors.                          |
                                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  JPMORGAN CHASE BANK, NA
             TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
             ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
             ONE CHASE MANHATTAN PLAZA - FLOOR 26
             NEW YORK NY 10005
```

Please note that your claim # 19487-02 in the above referenced case and in the amount of
         $2,970,399.51  allowed at $2,462,393.55        has been transferred **(unless previously expunged by court order)**

```
             PANNING MASTER FUND, LP
             TRANSFEROR: JPMORGAN CHASE BANK, NA
             C/O PANNING CAPITAL MANAGEMENT, LP
             ATTN: ROBERT BOWERS
             50 MADISON AVENUE, 24TH FLOOR
             NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 39855       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/03/2013                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 3, 2013.

# EXHIBIT B

```
TIME: 10:48:16                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE: 1
DATE: 10/03/13                                               CREDITOR LISTING

Name                                                      Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  FUND LP                                   NEW YORK NY 10022
ALLGEMEINE SPARKASSE OBEROSTERREICH         ATTN: DR. ANTON MOISES LEGAL SUPPORT SPARKASSENPLATZ 2 4040 LINZ  AUSTRIA
  BANKAKTIENGESELLSCHAFT
ALLGEMEINE SPARKASSE OBEROSTERREICH         DAVID ELKIND, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
  BANKAKTIENGESELLSCHAFT
BANCA MONTE DEI PASCHI DI SIENA S.P.A.      ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANCA PRIVATA EDMOND DE ROTHSCHILD S.A.,    TRANSFEROR: BANK J. SAFRA SARASIN LTD. VIA GINEVRA2 LUGANO  6901 SWITZERLAND
  LUGANO
BANK J. SAFRA SARASIN LTD.                  CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS  75008 FRANCE
BANK J. SAFRA SARASIN LTD.                  BAER & KARRER LTD., ATTN. PETER HSU BRANDSCHENKESTRASSE 90 ZURICH  CH-8027 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                 TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BANK OF AMERICA, N.A.                       TRANSFEROR: FINANSBANK A.S. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER-3RD FLOOR
                                            ONE BRYANT PARK NEW YORK NY 10036
BANQUE LOMBARD ODIER HENTSCH                TRANSFEROR: UBS AG ATTN: L. DUGERDIL RUE DE LA CORRATERIE 11, CP 5215 GENEVA  CH1211 SWITZERLAND
BANQUE LOMBARDI ODIER DARIER HENTSCH        TRANSFEROR: UBS AG ATTN: L. DUGERDIL RUE DE LA CORRATERIE 11, CP 5215 GENEVA  CH1211 SWITZERLAND
BANQUE PRIVEE                               EDMOND DE ROTHSCHILD S.A. 18, RUE DE HESSE GENEVE  1204 SWITZERLAND
BARCLAYS BANK PLC                           ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                           ATTN: ANTHONY VITIELLO ATTN: DAN MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                           TRANSFEROR: ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESELLSCHAFT ATTN: AILEE MONTANA 1301 AVENUE OF THE AMERICAS
                                            NEW YORK NY 10166
BARCLAYS BANK PLC                           TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                           TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BLACKWELL PARTNERS LLC                      TRANSFEROR: VENOCO, INC. C/O DUMAC, INC. ATTN: JANNINE LALL 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701-3675
BLACKWELL PARTNERS, LLC                     TRANSFEROR: CITIBANK, N.A. C/O DUMAC, INC. ATTN: JANNINE LALL 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701-3675
BLACKWELL PARTNERS, LLC                     TRANSFEROR: VENOCO, INC. C/O DUMAC, INC. ATTN: JANNINE LALL 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701-3675
CAPITAL BANK GRAWE GRUPPE                   BRANDHOFGASSE 22 GRAZ A-8010 AUSTRIA
CITIBANK, N.A.                              BLANK ROME LLP ATTN: ANDREW B. ECKSTEIN, ESQ. 405 LEXINGTON AVENUE NEW YORK NY 10174
CITIBANK, N.A.                              TRANSFEROR: THACHER PROFFITT & WOOD LLP DISSOLUTION COMMITTEE ATTN: STEPHEN EUSTACE, DIRECTOR 601 LEXINGTON AVENUE, 6TH FLOOR
                                            NEW YORK NY 10022
CONTRARIAN FUNDS, LLC                       TRANSFEROR: OIVERA WHYTE, A. JAVIER, & MONTEVECHIO, NORA P. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CREDIT SUISSE                               ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                               RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L.               TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MARIA LUZZI VIA SANTA MARGHERITA, 3 MILANO  20121 ITALY
                                            TRANSFEROR: LEHMAN BROTHERS FOUNDATION EUROPE, THE ATTN: MIRKO FISCH 11-13 BOULEVARD DE LA FIORE L-1528 LUXEMBOURG
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: SPCP GROUP, LLC ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: SPCP GROUP, LLC ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                            LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: LANDESBANK BERLIN AG FKA BANKGESELLSCHAFT BERLIN AG ATTN: MICHAEL SUTTON/SIMON GLENNIE
                                            WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO ATTN: JAIME FOOTE 1 GREAT WINCHESTER ST
                                            LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: JAIME FOOTE 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
FINANSBANK A.S.                             C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET & IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036
GOLDMAN SACHS & CO.                         TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                         TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                         TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                         TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                         TRANSFEROR: BANCO ESPIRITO SANTO, S.A. SUC. EN ESP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                         TRANSFEROR: BANCO SABADELL S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 10:48:16
DATE: 10/03/13

08-13555-mg    Doc 40493    Filed 10/15/13    Entered 10/15/13 20:55:24    Main Document
Pg 7 of 8

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: BANCO SABADELL S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: BANKIA BANCA PRIVADA, S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CITIBANK, N.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: RISPARMIO & PREVIDENZA SOCIETA PER AZIONI ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SOCIETA CATTOLICA DI ASSICURAZIONE - SOCIETA COOPERATIVA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SOCIETE EUROPEENNE DE BANQUE SA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HOF HOORNENIAN INVESTMENT FUNDS NV FOR SUBFUND PHOENIX FUND | TRANSFEROR: CAPITAL BANK GRAWE GRUPPE OESTHAVEN 52 GOUDA 2801 PE THE NETHERLANDS |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTERS, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LANDESBANK BERLIN AG FKA BANKGESELLSCHAFT BERLIN AG | TRANSFEROR: CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN GERMANY |
| LEHMAN BROTHERS FOUNDATION EUROPE, THE | 25 BANK ST LONDON E14 5LE UNITED KINGDOM |
| LOMBARD ODIER DARIER HENTSCH & CIE | TRANSFEROR: UBS AG ATTN: CORPORATE ACTIONS 11, RUE DE LA CORRATERIE GENEVA 1204 SWITZERLAND |
| LUZERNER KANTONALBANK | TRANSFEROR: UBS AG PILATUSSTRASSE 12 LUZERN CH6002 SWITZERLAND |
| OIVERA WHYTE, A. JAVIER & MONTEVECHIO, NORA P. | GRAL. ARQ. ALFREDO BALDOMIR 2425 BIS MONTEVIDEO 11300 URUGUAY |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022 |
| PICTET & CIE | TRANSFEROR: UNION BANCAIRE PRIVEE 60, ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: BARCLAYS BANK PLC C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT. 888 SEVENTH AVE, 32ND FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOROS FUND MANAGMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT. 888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: T ASIA L HOLDINGS, LTD. ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: TAO L HOLDINGS, LTD. ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SOCIETE GENERALE PRIVATE BANKING (SUISSE) SA | TRANSFEROR: BANQUE PRIVEE C/O EUROCLEAR BANK BRUSSES BOULEVARD DU ROI ALBERT II 1 SAINT-JOSSE-TEN-NOODE 1240 BELGIUM |

```
TIME: 10:48:16                                  LEHMAN BROTHERS HOLDING INC.                                                     PAGE:   3
DATE: 10/03/13                                        CREDITOR LISTING

Name                                            Address
SPCP GROUP LLC, AS AGENT FOR SILVER             AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS
 POINT CAPITAL FUND, LP                          660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP LLC, AS AGENT FOR SILVER             DAY PITNEY LLP ATTN: RONALD S BEACHER ESQ 7 TIMES SQUARE NEW YORK NY 10036
 POINT CAPITAL FUND, LP
SPCP GROUP, LLC                                 AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SI TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPITAL, LP
                                                ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, LLC                                 PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                 RONALD S. BEACHER,ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
STONEHILL MASTER FUND LTD.                      TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC - STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                      TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MGMT - STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
T ASIA L HOLDINGS, LTD.                         WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
T ASIA L HOLDINGS, LTD.                         TRANSFEROR: TIGER ASIA FUND LP C/O TIGER ASIA MANAGEMENT LLC ATTN: PATRICK HALLIGAN 101 PARK AVENUE NEW YORK NY 10128
TAO L HOLDINGS, LTD.                            WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
TAO L HOLDINGS, LTD.                            TRANSFEROR: TIGER ASIA OVERSEAS FUND LTD. C/O TIGER ASIA MANAGEMENT LLC ATTN: PATRICK HALLIGAN 101 PARK AVENUE NEW YORK NY 10128
UBS AG                                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UNION BANCAIRE PRIVEE                           ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1 1211 SWITZERLAND
VARDE FUND XI (MASTER), L.P., THE               TRANSFEROR: JPMORGAN CHASE BANK, N.A ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE               TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VENOCO, INC.                                    RUBIN, PAUL ESQ. HERRICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016
VENOCO, INC.                                    RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016
VENOCO, INC.                                    TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013
WATERSTONE MARKET NEUTRAL MASTER FUND,          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
 LTD.                                            PLYMOUTH MN 55447


Total Number of Records Printed                 102
```

EPIQ BANKRUPTCY SOLUTIONS, LLC