UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | Ref. Docket No. 40234 |

-------------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
14th day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                        Debtors.                   | (Jointly Administered)

---

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    SKANDINAVISKA ENSKILDA BANKEN AB (PUBL)
               ATTN: HELENE HELLNERS
               S-106 40
               STOCKHOLM SWEDEN


Additional:    SKANDINAVISKA ENSKILDA BANKEN AB (PUBL)
               SIDLEY AUSTIN LLP
               LEE S. ATTANASIO
               ALEX R. ROVIRA
               787 SEVENTH AVENUE
               NEW YORK NY 10019




Transferee:    LEHMAN BROTHERS HOLDINGS INC.
               ATTN: DANIEL J. EHRMANN
               1271 AVENUE OF THE AMERICAS
               NEW YORK NY 10020


**Your transfer**  of claim #   26484    is defective for the reason(s) checked below:

Amount Not On Transfer Agreement




Docket Number 40234              Date 09/26/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 3, 2013.

# EXHIBIT B

```
TIME: 10:59:20                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 10/03/13                              CREDITOR LISTING

Name                                    Address
LEHMAN BROTHERS HOLDINGS INC.           ATTN: DANIEL J. EHRMANN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) ATTN: HELENE HELLNERS S-106 40 STOCKHOLM    SWEDEN
SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019

Total Number of Records Printed     3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC