**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
|  |  |
|---|---|
| | : |
| **In re** | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :     **08-13555 (JMP)** |
| | :    **(Jointly Administered)** |
| **Debtors.** | : |
| | : |
| | : |

-------------------------------------------------------------------------x    **Ref. Docket Nos. 39639, 39974,**
**40074, 40117, 40130, 40133, 40135,**
**40143, 40145, 40159-40162, 40197,**
**40214, 40215, 40217, 40218, 40234,**
**40236, 40242, 40272-40274, 40276**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK   )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 4, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
14th day of October, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |        Chapter 11 Case No.
                                       |
                                       |        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                       |        (Jointly Administered)
                                       |
            Debtors.                   |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC                         BARCLAYS BANK PLC
         TRANSFEROR: VARDE FUND IX LP, THE         ATTN: ANTHONY VITIELLO
         ATTN: DANIEL MIRANDA                      745 SEVENTH AVENUE, 2ND FLOOR
         745 SEVENTH AVENUE, 2ND FLOOR             NEW YORK NY 10019
         NEW YORK NY 10019
```

Please note that your claim # 61055-05 in the above referenced case and in the amount of
            $9,033,376.53  allowed at $8,580,765.89        has been transferred **(unless previously expunged by court order)**

```
         STONEHILL MASTER FUND LTD.
         TRANSFEROR: BARCLAYS BANK PLC
         C/O STONEHILL CAPITAL MANAGEMENT LLC
         ATTN; STEVEN D. NELSON
         885 THIRD AVENUE, 30TH FLOOR
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40161        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/04/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 4, 2013.

EXHIBIT B

TIME: 10:42:24  
DATE: 10/04/13  
PAGE: 1

LEHMAN BROTHERS HOLDING INC.  
CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BAER & KARRER LTD. | BANK J. SAFRA SARASIN LTD, HONG KONG BRANCH ATTN: JANIS LIM C/O 8 MARINA VIEW #25-01 ASIA SQUARE TOWER 1 SINGAPORE 018960 |
| BAER & KARRER LTD. | TRANSFEROR: BANK J. SAFRA SARASIN LTD. ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH 8027 SWITZERLAND |
| BANCA DI CREDITO P.AZZOAGLIO S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: ROSSI ALESSANDRO - LEGAL DEPARTMENT VIA A.DORIA, 17 CEVA (CN) 12073 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD. ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BANQUE DE LUXEMBOURG SA | TRANSFEROR: UBS AG ATTN: CORPORATE ACTIONS 14A BOULEVARD ROYAL LUXEMBOURG L-2449 LUXEMBOURG |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: GRF MASTERFUND, L.P. ATTN: BRIAN BLESSING / BRIAN BROYLES 1615 BRETT ROAD, BUILDING 3 NEW CASTLE DE 19720 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DRRT FBO LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV | TRANSFEROR: FAIR HARBOR CAPITAL, LLC FAIR HARBOR CAPITAL, LLC ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GOLDMAN SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: BANK SARASIN & CO. LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GONET & CIE | TRANSFEROR: UBS AG ATTN: NICOLE LEPRAT 6, BOULEVARD DU THEATRE GENEVA CH 1211 SWITZERLAND |
| GRF MASTERFUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTERFUND, L.P. | C/O ANCHORAGE ADVISORS, L.L.C. ATTN: KATHRYN A. PRUESS 610 BROADWAY 6TH FLOOR NEW YORK NY 10012 |
| ING BELGIUM S.A./N.V. | ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS 1000 BELGIUM |
| ING BELGIUM S.A./N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO SARAH N. CAMPBELL 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BELGIUM S.A./N.V. | ING BANK N.V. ATTN: MR. M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM MG 1102 THE NETHERLANDS |
| INTERWIND CORP. FKA SKYPOWER CORP. | ATTN: SHAYA M. BERGER C/O DICKSTEIN SHAPIRO LLP 1633 BROADWAY NEW YORK NY 10019 |
| INTERWIND CORP. FKA SKYPOWER CORP. | C/O PRICEWATERHOUSECOOPERS INC., AS RECEIVER FOR INTERWIND CORP. ATTN: ARSALAN F. JOGEZAI, MICA ARLETTE ROYAL TRUST TOWER, TD CENTRE, SUITE 3000 TORONTO ON M5K 1G8 CANADA |
| INTERWIND CORP. FKA SKYPOWER CORP. | INTERWIND CORP. C/O PRICEWATERHOUSECOOPERS, INC., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS RECEIVER ROYAL TRUST TOWER, TD CENTRE SUITE 3000 TORONTO ON M5K 1G8 CANADA |
| INTERWIND CORP. FKA SKYPOWER CORP. | GENERAL COUNSEL HSH NORDBANK AG, NEW YORK BRANCH PORTFOLIO MANAGEMENT GROUP 230 PARK AVENUE NEW YORK NY 10169-0005 |
| INTERWIND CORP. FKA SKYPOWER CORP. | ROBERT S. GOLDBERG MAYER BROWN LLP 700 LOUISIANA, SUITE 3400 HOUSTON TX 77002-2730 |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| IRA FBO ROBERT SOMMER PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. C/O ROBERT SOMMER 211 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LEAPFROG ENTERPRISES, INC. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NYI-M138 ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| KAIACA LLC | MR. PETER FELDMAN OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. 230 PARK AVENUE NEW YORK NY 10169-0075 |
| KAIACA LLC | MR. PETER FELDMAN OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. 230 PARK AVENUE NEW YORK NY 10169-0075 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 10:42:24
DATE: 10/04/13
PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| KAIACA LLC | TRANSFEROR: INTERWIND CORP. FKA SKYPOWER CORP. C/O MORAINE ENERGY ADVISORS LLC ATTN: MR. MICHAEL PEPE 22 STUYVESANT AVENUE LARCHMONT NY 10538 |
| KAIACA LLC | TRANSFEROR: INTERWIND CORP. FKA SKYPOWER CORP. C/O MORAINE ENERGY ADVISORS LLC ATTN: MR. MICHAEL PEPE 22 STUYVESANT AVENUE LARCHMONT NY 10538 |
| LEAPFROG ENTERPRISES, INC. | C/O ROBERT L. EISENBACH III COOLEY GODWARD KRONISH LLP 101 CALIFORNIA STREET, 5TH FLOOR SAN FRANCISCO CA 94111-5800 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) ATTN DANIEL J. EHRMANN 1271 AVENUE OF THE AMERICAS, 35TH FLOOR NEW YORK NY 10020 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE ATTN: MICHELE OLDS 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: SHK ASIA DYNAMIC HOLDINGS LTD. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MGMT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MGMT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P. C/O SERENGETI ASSET MGMT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAYMOND JAMES & ASSOCIATES, INC. | STEPHANIE BUCHEL RAYMOND JAMES FINANCIAL INTERNATIONAL LIMITED BISHOPSGATE COURT 4-12 NORTON FOLGATE LONDON E I 6DB UNITED KINGDOM |
| RAYMOND JAMES & ASSOCIATES, INC. | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: JONATHAN STEIN 880 CARILLON PARKWAY ST. PETERSBURG FL 33716 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS LP | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM. L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SHAKER CHOUDHURY C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SHK ASIA DYNAMIC HOLDINGS LTD. | ATTN: MR. CHRISTOPHE LEE SHK FUND MANAGEMENT LIMITED 121FL, CITIC TOWER 1 TIM MEI AVENUE CENTRAL HONG KONG |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | ATTN: HELENE HELLNERS S-106 40 STOCKHOLM SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN; STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: FINANCIERING EN. BEHEER MAATSCHAPPIJ REPPEL BV 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| THE ROYAL BANK OF SCOTLAND PLC | THE ROYAL BANK OF SCOTLAND ATTN: BRIAN GELDERT 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: ING BELGIUM S.A./N.V. OPERATIONS AND CREDIT CONTACT ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: UBS AG RUE DU PHONE 96-98 P.O. BOX 1320 GENEVA CH1211 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | CRAIG BYRNE ALLEN & OVERY VIA MANZONI, 41-43 MILANO 20121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FABIO BOSCHIAN VIA CAVRIANA, 20 MILANO 20134 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | TRANSFEROR: INTESA SANPAOLO S.P.A. PIAZZA V. VENETO, 8 ATTN: LUCA BONZANINI - AREA AFFARI LEGALI E CONTENZIOSO BERGAMO 24121 ITALY |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | J. WILLIAM BOONE ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ATTN: ADAM SCOZZAFAVA RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |

Total Number of Records Printed    84