UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
In re                                                                                       :    Chapter 11 Case No.
                                                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                                                            :    (Jointly Administered)
                        Debtors.                                               :
                                                                                            :
------------------------------------------------------------------------x    Ref. Docket No. 40212

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                  ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 4, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
14th day of October, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   BNP PARIBAS
              ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER
              787 SEVENTH AVENUE
              NEW YORK NY 10019-6018

Additional:

Transferee:   BNP PARIBAS SECURITIES CORP.
              ATTN: EVAN GIANOUKAKIS
              787 SEVENTH AVENUE
              NEW YORK NY 10019

**Your transfer   of claim #   67346-10   is defective for the reason(s) checked below:**

Other                                    Transfer Amount Requested is Greater than what is owned

Docket Number 40212              Date 09/25/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 4, 2013.

# EXHIBIT B

```
TIME: 10:35:29                                    LEHMAN BROTHERS HOLDING INC.                                                                  PAGE:  1
DATE: 10/04/13                                         CREDITOR LISTING

Name                           Address
BNP PARIBAS                    ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018
BNP PARIBAS SECURITIES CORP.   ATTN: EVAN GIANOUKAKIS 787 SEVENTH AVENUE NEW YORK NY 10019


Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC