IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e) (2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

This Transfer of Claim cancels and supersedes the Transfer of Claim registered under docket #37643, and amends the Transfer of Claim registered under docket #37044. The changes are:
- XS0176153350 relating to Claim 56618 will be replaced by XS0176153350 relating to Claim 50473
- XS0181945972 relating to Claim 50473 will be replaced by XS0181945972 relating to Claim 50473 with a different Claim holder
- XS0178969209 relating to Claim 50473 will be replaced by XS0178969209 relating to Claim 50473, with a different Claim holder

Claims No 52519, 62574, 62573, 62576, 62575 and 62699, registered under docket #37044, are not affected by the amendment.

| ILLIQUIDX LLP | STICHTING THE IAMEX VALUE FOUNDATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Illiquidx LLP**
80 Fleet Street
London EC4Y 1EL
UNITED KINGDOM
Attn.: M. Celestino Amore
Email: amore@illiquidx.com
Phone: +44 207 832 0181
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Bank : CITIBANK NA, NEW YORK
SWIFT: CITIUS33XXX
ABA Number : 021000089
A/C No. 36163143

Court Claim Number:52519
Amount of Claim as Filed with respect to ISIN XS0276441044: $142,010.00
Allowed Amount of Claim with respect to ISIN XS0276441044: $143,547.06

Court Claim Number:50473
Amount of Claim as Filed with respect to ISIN XS0176153350: $70,947.50
Allowed Amount of Claim with respect to ISIN XS0176153350: $72,941.27

Court Claim Number:50473
Amount of Claim as Filed with respect to ISIN XS0181945972: $151,436.30
Allowed Amount of Claim with respect to ISIN XS0181945972: $155,424.26

Court Claim Number:50473
Amount of Claim as Filed with respect to ISIN XS0178969209: $70,947.50
Allowed Amount of Claim with respect to ISIN XS0178969209: $72,878.86

1

Court Claim Number:62574
Amount of Claim as Filed with respect to ISIN XS0324632669: $566,040.00
Allowed Amount of Claim with respect to ISIN XS0324632669: $567,642.31

Court Claim Number:62573
Amount of Claim as Filed with respect to ISIN XS0324632669: $849,060.00
Allowed Amount of Claim with respect to ISIN XS0324632669: $851,463.46

Court Claim Number:62576
Amount of Claim as Filed with respect to ISIN XS0324632669: $353,775.00
Allowed Amount of Claim with respect to ISIN XS0324632669: $354,776.44

Court Claim Number:62575
Amount of Claim as Filed with respect to ISIN XS0324632669: $353,775.00
Allowed Amount of Claim with respect to ISIN XS0324632669: $354,776.44

Court Claim Number:62699
Amount of Claim as Filed with respect to ISIN XS0324632669: $707,550.00
Allowed Amount of Claim with respect to ISIN XS0324632669: $709,552.89

**STICHTING THE IAMEX VALUE FOUNDATION**
Keizersgracht 268
Amsterdam, 1016 EV
NETHERLANDS

**\*\*PLEASE SEE ATTACHED EXHIBITS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _[signature]_              Date: 16.10.13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

2

**EVIDENCE OF TRANSFER OF CLAIM**

**TRANSFER AGREEMENT**

Form 210B (12/09)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                               Case No. 08-13555

### NOTICE OF TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

Claims No 52519, 50473, 62574, 62573, 62576, 62575 and 62699 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of these claims, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 16 2013.

This Transfer of Claim cancels and supersedes the Transfer of Claim registered under docket #37643, and amends the Transfer of Claim registered under docket #37044. The changes are:
- XS0176153350 relating to Claim 56618 will be replaced by XS0176153350 relating to Claim 50473
- XS0181945972 relating to Claim 50473 will be replaced by XS0181945972 relating to Claim 50473 with a different Claim holder
- XS0178969209 relating to Claim 50473 will be replaced by XS0178969209 relating to Claim 50473, with a different Claim holder

Claims No 52519, 62574, 62573, 62576, 62575 and 62699, registered under docket #37044, are not affected by the amendment.

| **STICHTING THE IAMEX VALUE FOUNDATION** | **ILLIQUIDX LLP** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| **Stichting The IAMEX Value Foundation**<br>Keizersgracht 268<br>Amsterdam, 1016 EV<br>NETHERLANDS | **Illiquidx LLP**<br>80 Fleet Street<br>London EC4Y 1EL<br>UK |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                               _____
                                             CLERK OF THE COURT