SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Zeh S. Ekono

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

## CERTIFICATE OF SERVICE

I, Zeh S. Ekono, hereby certify that, on October 16, 2013, I caused to be served true and correct copies of the **Notice of Adjournment of the Hearing on the Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004** by U.S. mail on Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin), by U.S. mail on The U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz), and by hand delivery on:

    The Chambers of the Honorable James M. Peck
    One Bowling Green
    Courtroom 601
    New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus, and Robert Lemons

*Attorneys for the Debtors*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: Sarah Cave, James W. Giddens, James B. Kobak, Jr., and Christopher K. Kiplock

*Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

Dated: New York, New York
October 16, 2013

Respectfully submitted,

/s/
Zeh S. Ekono
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*

-2-