B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Macquarie Bank Limited | Name of Transferor<br>State Street Cayman Trust Company, Ltd -<br>Global LIBOR Alpha Cayman Unit Trust -<br>GMT LIBOR Alpha Cayman Unit Trust,<br>Account Number 103001 |
| Name and Address where notices to transferee should be sent:<br><br>Macquarie Bank Limited<br>125 West 55th Street<br>New York, NY 10019<br>Contacts: Shaun Gembala<br>Tel. No.: 212-231-6314<br>Email: loan.public@macquarie.com<br>Fax No: 212-231-2399 | Court Claim # (if known): 66225<br>Claim Amount: $7,802,837.00<br>Amount Transferred: $7,802,837.00<br>Date Claim Filed: 2/2/2010<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: Bank of New York Mellon, New York
ABA 021-000-018
SWIFT Code: IRVTUS3N
Acct. No. 890-0055-375
Beneficiary: Macquarie Bank Limited
SWIFT Code: MACQAU2S
CHIPS UID 236386
Ref: Lehman Claim Trade with GSAM

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: October 16, 2013
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Byron den Hertog    Nathan Booker
Division Director    Associate Director
NY1 901663v.1

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

#1196295

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**State Street Cayman Trust Company, Ltd acting as Trustee of Global LIBOR Alpha Cayman Unit Trust in respect of its sub-trust GMT LIBOR Alpha Cayman Unit Trust (103001)**, located Christchurch Court, 10-15 Newgate Street, London EC1A 7HD ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Macquarie Bank Limited**, its successors and assigns, with offices at 125 West 55th Street, New York, New York 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66225) in the amount of $7,802,837.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of October, 2013.

**STATE STREET CAYMAN TRUST COMPANY, LTD**
as trustee of GLOBAL LIBOR ALPHA CAYMAN UNIT TRUST
in respect of its sub-trust GMT LIBOR ALPHA CAYMAN UNIT TRUST
(ACCOUNT NUMBER 103001)
by Goldman Sachs Asset Management International, its investment manager

By: _____
Name: TED SOTIR
Title: DIRECTOR

By: _____
Name: ANDREW WILSON
Title: DIRECTOR

**MACQUARIE BANK LIMITED**

By: _____
Name:
Title:

By: _____
Name:
Title:

NY1 8786807v.11

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**State Street Cayman Trust Company, Ltd acting as Trustee of Global LIBOR Alpha Cayman Unit Trust in respect of its sub-trust GMT LIBOR Alpha Cayman Unit Trust (103001)**, located Christchurch Court, 10-15 Newgate Street, London EC1A 7HD ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Macquarie Bank Limited**, its successors and assigns, with offices at 125 West 55th Street, New York, New York 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66225) in the amount of $7,802,837.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of October, 2013.

**STATE STREET CAYMAN TRUST COMPANY, LTD**
as trustee of GLOBAL LIBOR ALPHA CAYMAN UNIT TRUST
in respect of its sub-trust GMT LIBOR ALPHA CAYMAN UNIT TRUST
(ACCOUNT NUMBER 103001)
by Goldman Sachs Asset
Management International, its investment manager

By:_____
Name:
Title:

By:_____
Name:
Title:

**MACQUARIE BANK LIMITED**

By: _____
Name:   Byron den Hertog
Title:   Division Director

By: _____
Name:   Nathan Booker
Title:   Associate Director

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

NY1 8786807v.11

#1182693