B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,     Case No. 08-13555(JMP)

                                          (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Macquarie Bank Limited | Name of Transferor<br>Coal Staff Superannuation Scheme Trustees Limited - British Coal Staff Superannuation Scheme Account Number 100808 |
| Name and Address where notices to transferee should be sent:<br><br>Macquarie Bank Limited<br>125 West 55th Street<br>New York, NY 10019<br>Contacts: Shaun Gembala<br>Tel. No.: 212-231-6314<br>Email: loan.public@macquarie.com<br>Fax No: 212-231-2399 | Court Claim # (if known): 66210<br>Claim Amount: $432,206.00<br>Amount Transferred: $432,206.00<br>Date Claim Filed: 2/2/2010<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: Bank of New York Mellon, New York
ABA 021-000-018
SWIFT Code: IRVTUS3N
Acct. No. 890-0055-375
Beneficiary: Macquarie Bank Limited
SWIFT Code: MACQAU2S
CHIPS UID 236386
Ref: Lehman Claim Trade with GSAM

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*[signature]*_____ Date: __October 16, 2013__
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 9016612v.1

Nathan Booker
Associate Director

*[signature]*
Byron den Hertog
Division Director

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

#1195898

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Coal Staff Superannuation Scheme Trustees Limited acting as Trustee of the British Coal Staff Superannuation Scheme (100808)**, located Christchurch Court, 10-15 Newgate Street, London EC1A 7HD ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Macquarie Bank Limited**, its successors and assigns, with offices at 125 West 55th Street, New York, New York 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66210) in the amount of $432,206.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of ____October____, 2013.

**COAL STAFF SUPERANNUATION SCHEME TRUSTEES LIMITED**
as trustee of BRITISH COAL STAFF SUPERANNUATION SCHEME
ACCOUNT NUMBER
100808
by Goldman Sachs Asset Management International, its investment manager

By:_____ JT
Name: TED NOTTR
Title: DIRECTOR

**MACQUARIE BANK LIMITED**

By:_____
Name:
Title:

By:_____
Name:
Title:

NY1 8786807v.11

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Coal Staff Superannuation Scheme Trustees Limited acting as Trustee of the British Coal Staff Superannuation Scheme (100808)**, located Christchurch Court, 10-15 Newgate Street, London EC1A 7HD ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Macquarie Bank Limited**, its successors and assigns, with offices at 125 West 55th Street, New York, New York 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66210) in the amount of $432,206.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of ___October___, 2013.

**COAL STAFF SUPERANNUATION SCHEME TRUSTEES LIMITED**
as trustee of BRITISH COAL STAFF SUPERANNUATION SCHEME
ACCOUNT NUMBER 100808
by Goldman Sachs Asset Management International, its investment manager


By:_____
Name:
Title:

**MACQUARIE BANK LIMITED**



By:_____
Name:
Title:    Byron den Hertog
          Division Director


By:_____
Name:    Nathan Booker
Title:    Associate Director


(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

NY1 8786807v.11