B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>Goldman Sachs Lending Partners LLC</u> | <u>OZ Special Master Fund, Ltd.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921
Fax: (646) 769-7700

Court Claim # (if known): <u>10223</u>
Amount of Claim Transferred: <u>$2,781,550.00</u>
Date Claim Filed: <u>September 3, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

14

513-533/AGR/3973196.2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: 10/15/2013
Transferee/Transferee's Agent
Ashwin Ramakrishna
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged:

OZ SPECIAL MASTER FUND, LTD.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____
Name:
Title:

*Signature Page to Partial Transfer of Claim Other than for Security*

*513-533/AGR/3973196.2*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged:

OZ SPECIAL MASTER FUND, LTD.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____
Name:
Title:   Joel Frank
         Chief Financial Officer

*Signature Page to Partial Transfer of Claim Other than for Security*

513-533/AGR/3973196.2