**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile:  212-515-6959
Ronald S. Beacher, Esq. (RB-8837)

*Attorneys for SPCP Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X
                                                                     :
In re                                                                :        Chapter 11
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                             :        Case No. 08-13555 (JMP)
                                                                     :        (Jointly Administered)
                                                        Debtors.     :
                                                                     :
-------------------------------------------------------------------- X

**LIMITED JOINDER OF SPCP GROUP, LLC TO (1) MOTION OF CARVAL
INVESTORS, LLC FOR LEAVE TO EXAMINE LBHI PURSUANT TO FEDERAL RULE
OF BANKRUPTCY PROCEDURE 2004 AND (2) MOTION OF DAVIDSON KEMPNER
CAPITAL MANAGEMENT LLC, AS INVESTMENT ADVISOR, FOR LEAVE TO
EXAMINE LBHI PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
2004**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

SPCP Group, LLC ("SPCP") hereby joins (the "Limited Joinder") on a limited basis, (1)

the Motion of CarVal Investors, LLC ("CarVal") for Leave to Examine LBHI Pursuant to Federal

Rule of Bankruptcy Procedure 2004 [Docket No. 40469] and (2) the Motion of Davidson

Kempner Capital Management LLC, as Investment Advisor ("DK"), for Leave to Examine LBHI

Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 40532] (collectively, the

"Motions") as follows:

1.      SPCP is a significant holder of LBHI claims and has been for almost the entirety of

LBHI's bankruptcy case.  Capitalized terms not defined herein shall have the meanings ascribed

to them in the Motions.

2.      While SPCP is hopeful that the Proposed Transaction maximizes the value of

LBHI's interests in LBHI2 as compared to the range of alternatives available, given the highly

structured nature of the Proposed Transaction (involving LBHI2 receiving undisclosed "future

contingent sums" on its sold interests as well as unspecified rights to "share in certain claims

against the LBIE estate held by Elliott and King Street") and the attendant absence of a broadly-

marketed auction, it is impossible for LBHI's creditors to assess whether better alternatives exist.

3.      On October 4, 2013, SPCP participated in a telephonic conference call with two

members of the Board of Directors of LBHI (the "LBHI Board") during which call, SPCP

requested to receive the complete terms and documentation of the Proposed Transaction (subject

to appropriate confidentiality provisions) (the "Terms").

4.      To date, SPCP has not received the Terms.

5.      Disclosure of the Terms will enable both creditors and LBHI's Board to determine

whether value is being maximized by the Proposed Transaction and whether other alternatives

should be considered for what amounts to one of LBHI's largest and most complex remaining

assets.

6.      If the Motions are granted by the Court, transparency on the Terms of the Proposed

Transaction should lead to one of three attractive outcomes: (a) receipt of a higher, better and

binding proposal for the estate; (b) the abandonment of the Proposed Transaction if the LBHI

Board concludes following further consultation with its creditors that the Proposed Transaction

does not achieve sufficient value for the subject interests or (c) the alleviation of broad-based

concerns over the Proposed Transaction as the LBHI Board is determined to have discharged its fiduciary duty to maximize value.

7.      In the event that the Court grants any of the relief requested in the Motions, SPCP respectfully requests that the order grant SPCP access to all documents produced in response to the discovery propounded by CarVal and DK and the benefit of any other relief that the Court deems appropriate.

WHEREFORE, SPCP joins in the Motions and respectfully requests that the Court grant the Motions with the additional provision set forth in paragraph 7 herein and for such other and further relief as the Court deems proper.

Dated: New York, New York        **PRYOR CASHMAN LLP**
        October 17, 2013

                                By:     /s/ *Ronald S. Beacher*_____
                                        Ronald S. Beacher (RB-8837)
                                        7 Times Square
                                        New York, New York 10036
                                        Telephone:  212-326-0148
                                        Facsimile :  212-515-6959

                                        *Attorneys for SPCP Group, LLC*