**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x    **Ref. Docket Nos. 40471-40476**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                           ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 15, 2013, I caused to be served the:

    a)  "Notice of Hearing on Four Hundred Thirty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated October 15, 2013, to which was attached the "Four Hundred Thirty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated October 15, 2013 [Docket No. 40471], (the "439th Omnibus Objection"),

    b)  "Notice of Hearing on Four Hundred Fortieth Omnibus Objection to Claims (Insufficient Documentation Claims)," dated October 15, 2013, to which was attached the "Four Hundred Fortieth Omnibus Objection to Claims (Insufficient Documentation Claims)," dated October 15, 2013 [Docket No. 40472], (the "440th Omnibus Objection"),

    c)  "Notice of Hearing on Four Hundred Forty-First Omnibus Objection to Claims (No Liability Derivatives Claims)," dated October 15, 2013, to which was attached the "Four Hundred Forty-First Omnibus Objection to Claims (No Liability Derivatives Claims)," dated October 15, 2013[Docket No. 40473], (the "441st Omnibus Objection"),

    d)  "Notice of Hearing on Four Hundred Forty-Second Omnibus Objection to Claims (Settled Derivatives Claims)," dated October 15, 2013, to which was attached the "Four Hundred Forty-Second Omnibus Objection to Claims (Settled Derivatives Claims)," dated October 15, 2013[Docket No. 40474], (the "442nd Omnibus Objection"),

e)   "Notice of Hearing on the Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims)," dated October 15, 2013, to which was attached the "Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims)," dated October 15, 2013[Docket No. 40475], (the "443rd Omnibus Objection"), and

f)   "Notice of Hearing on Four Hundred Forty-Fourth Omnibus Objection to Claims (Contribution Claims)," dated October 15, 2013, to which was attached the "Four Hundred Forty-Fourth Omnibus Objection to Claims (Contribution Claims)," dated October 15, 2013[Docket No. 40476], (the "444th Omnibus Objection"),

by causing true and correct copies of the:

i.   439th Omnibus Objection, 440th Omnibus Objection, 441st Omnibus Objection, 442nd Omnibus Objection, 443rd Omnibus Objection, and 444th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.   444th Omnibus Objection, to be delivered via electronic mail to the party listed on the annexed Exhibit B,

iii.   439th Omnibus Objection, 440th Omnibus Objection, 441st Omnibus Objection, 442nd Omnibus Objection, 443rd Omnibus Objection, and 444th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.   439th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v.   440th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.   441st Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.   442nd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii.   443rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H, and

ix.   444th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit I.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*

Pete Caris

Sworn to before me this
16th day of October, 2013
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\LBH\Affidavits\439th-444th Omni Objs_DI_40471-40476_AFF_10-15-13_SS.doc

# EXHIBIT A

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahandler@moundcotton.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

aquale@sidley.com

arahl@reedsmith.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com

dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com

emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com

igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com

jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com

kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com

matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meghan.breen@srz.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mrothchild@mofo.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

agottfried@morganlewis.com

jgoodchild@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.blasone@klgates.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com

shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com

thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

<u>Additional Email:</u>

smillman@stroock.com

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


WILMINGTON TRUST FSB
ATTN: JULIE BECKER
50 S 6TH ST STE 1290
MINNEAPOLIS, MN 55402-1544

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BLATT, JASON | 95 HORATIO STREET, #514 NEW YORK NY 10017 |
| BLATT, JASON | BARRY PEEK, ESQ. MEYER, SUOZZI, ENGLISH & KLEIN, P.C. 1350 BROADWAY, SUITE 501 NEW YORK NY 10018 |
| CGKL VENTURES, LLC | MORRISON & FOERSTER LLP ATTN: G. LARRY ENGEL 425 MARKET STREET SAN FRANCISCO CA 94105 |
| CGKL VENTURES, LLC | ATTN: BRYAN THORNTON 150 CALIFORNIA STREET 22ND FLOOR SAN FRANCISCO CA 94111 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB COMMERCIAL CONDUIT MORTGAGE TRUST II MULTICLASS PASS-THROUGH CERTIFICATES SERIES 1999-C2 C/O VENABLE LLP  ATTN: GREGORY A. CROSS, ESQ. 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB COMMERCIAL CONDUIT MORTGAGE TRUST II MULTICLASS PASS-THROUGH CERTIFICATES SERIES 1995-C2 C/O VENABLE LLP  ATTN: GREGORY A. CROSS, ESQ. 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB UBS COMMERCIAL MORTGAGE TRUST 2003-C1, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-CI C/O VENABLE LLP  ATTN: GREGORY A. CROSS, ESQ. 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LEHMAN BROTHERS FLOATING RATE COMMERCIAL MORTGAGE TRUST 2007-LLF C5 C/O GREGORY A. CROSS, ESQ. VENABLE LLP 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, NA AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2001-C2 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-C2 C/O GREGORY A CROSS, ESQ VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, NA AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C1 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C1 C/O GREGORY A CROSS, ESQ, VENABLE LLP 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, NA AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-C1 C/O GREGORY A CROSS, ESQ, VENABLE LLP 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2006-C3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C3 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2006-C4, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C4 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2006-C7, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C7 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF FIRST UNION-LEHMAN BROTHERS COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 1997-C1 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB COMMERCIAL CONDUIT MORTGAGE TRUST II MULTICLASS PASS-THROUGH CERTIFICATES SERIES 1996-C2 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2000-C4, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES |

| Claim Name | Address Information |
|---|---|
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | 2000-C4 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C7, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-C7 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TRUST 2005-C1, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-C1 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF FIRST UNION UNION-LEHMAN BROTHERS COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 1997-C2 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-GG10 C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICE | AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF WESTFIELD SHOPPINGTOWN MERIDEN MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-C2A C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| DEUTSCHE PFANDBRIEFBANK AG | DR. GOTTFRIED VON AULOCK LEGAL DEPARTMENT VON-DER-TANN-STRASSE 2 MUNICH 80539 GERMANY |
| DEUTSCHE PFANDBRIEFBANK AG | WILMER CUTLER PCKERING HALE AND DORR LLP KATHRYN A. BENNETT 399 PARK AVENUE NEW YORK NY 10002 |
| DEUTSCHE PFANDBRIEFBANK AG | WILMER CUTLER PCKERING HALE & DORR LLP KATHRYN A. BENNETT 399 PARK AVENUE NEW YORK NY 10022 |
| FCCD LIMITED | ATTN: TONY TRAYNOR, MANAGING DIRECTOR BRACETOWN BUSINESS PARK CLONEE COUNTY MEATH IRELAND |
| HENGELER MUELLER | ATTN: DR. FRANK BURMEISTER PARTNERSCHAFT VON RECHTSANWALTEN BOCKENHEIMER LANDSTRASSE 24 FRANKFURT AM MAIN 60323 GERMANY |
| ORIX CAPITAL MARKETS, LLC, AS SPECIAL SERVICER FOR | N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF FIRST UNION-LEHMAN BROTHERS-BANK OF AMERICA COMMERICAL MORTGAGE PASS-THOUGH CERTIFICATES, SERIES 1998-C2 C/O GREGORY A. CROSS, ESQ. – VENABLE LLP 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| RATHENAU-PASSAGE VERWALTUNGS-GMBH & CO. | LEHMAN BROTHERS BANKHAUS A.G. RATHENAUPLATZ 1 ATTN: LEGAL COUNSEL D-60313 FRANKFURT AM MAIN GERMANY |
| RATHENAU-PASSAGE VERWALTUNGS-GMBH & CO. | KAISER-FRIEDRICH-PROMENADE 103 BAD HOMBURG 61348 GERMANY |
| RATHENAU-PASSAGE VERWALTUNGS-GMBH & CO. | LEHMAN BROTHERS HOLDINGS INC ATTN: CORPORATE COUNSEL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: PAMELA WIEDER, VP US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | FAEGRE & BENSON LLP C/O MICHAEL F DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C2 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-C2 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARK SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE FIRST UNION-LEHMAN BROTHERS-BANK OF AMERICA COMMERCIAL MORTGAGE TRUST, SERIES 1998-C2 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES TRUST 2005-CND2 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE PURSUANT TO VARIOUS TRUST AGREEMENTS C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C2 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

**Total Creditor count  41**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COUNTY OF LAKE, OHIO | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COUNTY OF LAKE, OHIO | HOSPITAL FACILITIES VARIABLE RATE REVENUE BONDS SERIES 2002 THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURG PA 15258 |
| COUNTY OF LAKE, OHIO | HOSPITAL FACILITIES VARIABLE RATE REVENUE BONDS SERIES 2002 THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURG PA 15258 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 UNITED STATES |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  10**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | C/O HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE 68 WEST BAY ROAD, GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. AND DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| UNICREDIT BANK CZECH REPUBLIC, A.S. | TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED ZELETAVSKA 1525/1, 140 92 PRAHA 4 – MICHLE CZECH REPUBLIC |

**Total Creditor count  5**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL COPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 238 599 LEXINGTON AVENUE NEW YORK NY 10022 |

Total Creditor count  3

# EXHIBIT H

| Claim Name | Address Information |
|---|---|
| BEACH POINT STRATEGIC MASTER FUND, L.P. | F/K/A POST STRATEGIC MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT STRATEGIC MASTER FUND, L.P. | F/K/A POST STRATEGIC MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT, LP ATTN: DARSHAN DESAI 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | C/O BEACH POINT CAPITAL MANAGEMENT LP ATTN: DOUG ROERIG 11755 WILSHIRE BLVD., SUITE 1400 LOS ANGELES CA 90025 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | F/K/A POST TOTAL RETURN MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | F/K/A POST TOTAL RETURN MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP ATTN: DOUG ROERIG 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BG ENERGY MERCHANTS, LLC | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG ENERGY MERCHANTS, LLC | ATTN: THOMAS A. SMITH, CHIEF COUNSEL BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG ENERGY MERCHANTS, LLC | CHIEF COUNSEL THOMAS A. SMITH BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | CHIEF DEPUTY ATTY GENERAL PHILLIP TYDINGCO OFFICE OF THE ATTORNEY GENERAL OF GUAM 287 WEST O'BRIEN DRIVE HAGATNA GU 96910 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY BLAZ, ADMINISTRATOR 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY C. BLAZ ADMINISTRATOR OF THE GUAM ECONOMIC DEVELOPMENT AUTHORITY 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| NATIONAL CITY BANK | PENELOPE CHRISTOPHOROU CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONAL CITY BANK | C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222 |
| PAR-FOUR MASTER FUND LTD | EDWARD LABRENZ PAR-FOUR MASTER FUND, LTD. C/O PAR-FOUR INVESTMENT MANAGEMENT, LLC 50 TICE BOULEVARD WOODCLIFF LAKE NJ 07677 |
| PAR-FOUR MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RELIANT ENERGY SERVICES, INC NKA RRI, INC | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| RUBY FINANCE PLC - SERIES 2003-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2003-4 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 154 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: E FINEGAN; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor count  26**

# EXHIBIT I

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS COMPANY | C/O SHERRY MILLMAN, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF | AMERICA, ET AL ROBERT G. LAVITT, ESQ. ONE TOWER SQUARE, S102A HARTFORD CT 06183 |

**Total Creditor count  2**

**LBH OMNI 444_ADD_10-15-13**

SHERRY MILLMAN
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NY 10038