WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Michael C. Shepherd
Richard A. Graham

Attorneys for Attestor Capital LLP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

I, Michael C. Shepherd, a partner with the law firm of White & Case LLP, respectfully

request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Attestor

Capital LLP, in the above-referenced case.

I certify that I am a member in good standing of the Bars of the State of Florida and the

Commonwealth of Virginia, admitted to practice before the United States Courts of Appeals for

the Third and Fourth Circuits, as well as the United States District Court for the Eastern District

of Virginia and the United States Bankruptcy Courts for the Eastern and Western Districts of

Virginia.

My address is White & Case LLP, Southeast Financial Center, Suite 4900, 200 South

Biscayne Boulevard, Miami, Florida 33131; my e-mail address is mshepherd@whitecase.com

and my telephone number is (305) 371-2700.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 17, 2013
Miami, Florida

/s/ Michael C. Shepherd
Michael C. Shepherd
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131-2352
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5844

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### <u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

Upon the motion, dated October 17, 2013, of Michael C. Shepherd, a member in good standing of the Bars of the State of Florida and the Commonwealth of Virginia, and who is admitted to practice before the United States Courts of Appeals for the Third and Fourth Circuits, as well as the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Courts for the Eastern and Western Districts of Virginia, for admission, *pro hac vice*, to represent Attestor Capital LLP; it is hereby

**ORDERED**, that Michael C. Shepherd is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2013
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE