B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                     Case No. <u>08-13555</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

This Transfer of Claim cancels and supersedes the Transfer of Claim registered under docket #37643, and amends and replaces the Transfer of Claim registered under docket #37044. The changes are:

- XS0176153350 relating to Claim 56618 will be replaced by XS0176153350 relating to Claim 50473
- XS0181945972 relating to Claim 50473 will be replaced by XS0181945972 relating to Claim 50473 with a different original Claim holder
- XS0178969209 relating to Claim 50473 will be replaced by XS0178969209 relating to Claim 50473, with a different original Claim holder

Claims No 52519, 62574, 62573, 62576, 62575 and 62699, registered under docket #37044, are not affected by the amendment.

| HBK MASTER FUND L.P. | Illiquidx LLP |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br>　HBK Master Fund L.P.<br>　c/o HBK Services LLC<br>　2101 Cedar Springs Road, Suite 700<br>　Dallas, TX 75201 | Court Claim Number: 52519<br>Amount of Claim as Filed with respect to ISIN XS0276441044: $142,010.00<br>Allowed Amount of Claim with respect to ISIN XS0276441044: $143,547.06<br><br>Court Claim Number: 50473<br>Amount of Claim as Filed with respect to ISIN XS0176153350: $70,947.50<br>Allowed Amount of Claim with respect to ISIN XS0176153350: $72,941.27<br><br>Court Claim Number: 50473<br>Amount of Claim as Filed with respect to ISIN XS0181945972: $151,436.30<br>Allowed Amount of Claim with respect to ISIN XS0181945972: $155,424.26 |

Court Claim Number: 50473
Amount of Claim as Filed with respect to
ISIN XS0178969209: $70,947.50
Allowed Amount of Claim with respect to
ISIN XS0178969209: $72,878.86

Court Claim Number: 62574
Amount of Claim as Filed with respect to
ISIN XS0324632669: $566,040.00
Allowed Amount of Claim with respect to
ISIN XS0324632669: $567,642.31

Court Claim Number: 62573
Amount of Claim as Filed with respect to
ISIN XS0324632669: $849,060.00
Allowed Amount of Claim with respect to
ISIN XS0324632669: $851,463.46

Court Claim Number: 62576
Amount of Claim as Filed with respect to
ISIN XS0324632669: $353,775.00
Allowed Amount of Claim with respect to
ISIN XS0324632669: $354,776.44

Court Claim Number: 62575
Amount of Claim as Filed with respect to ISIN
XS0324632669: $353,775.00
Allowed Amount of Claim with respect to ISIN
XS0324632669: $354,776.44

Court Claim Number: 62699
Amount of Claim as Filed with respect to ISIN
XS0324632669: $707,550.00
Allowed Amount of Claim with respect to ISIN
XS0324632669: $709,552.89

Phone:  (214) 758-6107

Last Four Digits of Acct #:

Phone:

Last Four Digits of Acct #:

Name and Address where transferee
payments should be sent (if different from
above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ *J. R. Smith*_____          Date:  October 17, 2013_____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Schedule 1

Transferred Claim

**Purchased Claim**

100.00% of Proof of Claim 52519 = USD$142,010.00 of USD$142,010.00 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0276441044), and 100.00% of ISIN XS0276441044
The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$143,547.06 which is 100.00% of the Total Proposed Allowed Claim Amount of USD$143,547.06 as of  October 16, 2013 with respect to XS0276441044 and 100.00% of ISIN XS0276441044
 100.00%=USD$142,010.00 of USD$142,010.00 (the outstanding amount of the Proof of Claim 52519 as of October 16, 2013)
 100.00%=USD$143,547.06 of the Total Allowed Claim Amount of USD$143,547.06 and 100.00% of the Allowed Claim Amount of ISIN XS0276441044

 0.855564% of Proof of Claim 50473 = USD$70,947.50 of USD$8,292,483.21 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0176153350), and 1.9290123% of ISIN XS0176153350
 The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$72,941.27 which is .8578056% of the Total Proposed Allowed Claim Amount of USD$8,503,240.88 as of  October 16, 2013 with respect to XS0176153350 and 1.9290123% of ISIN XS0176153350
 0.855564%=USD$70,947.50 of the Proof of Claim 50473 as of October 16, 2013)
 0.8578056%=USD$72,941.27 of the Total Allowed Claim Amount of USD$8,503,240.88 and 1.9290123% of the Allowed Claim Amount of ISIN XS0176153350

 1.8309069% of Proof of Claim 50473 = USD$151,827.65 of USD$8,292,483.21 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0181945972), and 3.4141672% of ISIN XS0181945972
 The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$155,424.26 which is 1.8278238% of the Total Proposed Allowed Claim Amount of USD$8,503,240.88 as of  October 16, 2013 with respect to XS0181945972 and 3.4141672% of ISIN XS0181945972
 1.8309069%=USD$151,827.65 of USD$8,292,483.21 (the outstanding amount of the Proof of Claim 50473 as of October 16, 2013)
 1.8278238%=USD$155,424.26 of the Total Allowed Claim Amount of USD$8,503,240.88 and 3.4141672% of the Allowed Claim Amount of ISIN XS0181945972

 0.855564% of Proof of Claim 50473 = USD$70,947.50 of USD$8,292,483.21 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0178969209), and 19.379845% of ISIN XS0178969209
 The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$72,878.86 which is .8570715% of the Total Proposed Allowed Claim Amount of USD$8,503,240.88 as of  October 16, 2013 with respect to XS0178969209 and 19.379845% of ISIN XS0178969209
 0.855564%=USD$70,947.50 of USD$8,292,483.21 (the outstanding amount of the Proof of Claim 50473 as of October 16, 2013)
 0.8570715%=USD$72,878.86 of the Total Allowed Claim Amount of USD$8,503,240.88 and 19.379845% of the Allowed Claim Amount of ISIN XS0178969209

100.00% of Proof of Claim 62574 = USD$566,040.00 of USD$566,040.00 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0324632669), and 100.00% of ISIN XS0324632669
The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$567,642.31 which is 100.00% of the Total Proposed Allowed Claim Amount of USD$567,642.31 as of  October 16, 2013 with respect to XS0324632669 and 100.00% of ISIN XS0324632669
100.00%=USD$566,040.00 of USD$566,040.00 (the outstanding amount of the Proof of Claim 62574 as of October 16, 2013)
100.00%=USD$567,642.31 of the Total Allowed Claim Amount of USD$567,642.31 and 100.00% of the Allowed Claim Amount of ISIN XS0324632669

100.00% of Proof of Claim 62573 = USD$849,060.00 of USD$849,060.00 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0324632669), and 100.00% of ISIN XS0324632669

The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$851,463.46 which is 100.00% of the Total Proposed Allowed Claim Amount of USD$851,463.46 as of  October 16, 2013 with respect to XS0324632669 and 100.00% of ISIN XS0324632669

100.00%=USD$849,060.00 of USD$849,060.00 (the outstanding amount of the Proof of Claim 62573 as of October 16, 2013)

100.00%=USD$851,463.46 of the Total Allowed Claim Amount of USD$851,463.46 and 100.00% of the Allowed Claim Amount of ISIN XS0324632669


100.00% of Proof of Claim 62576 = USD$353,775.00 of USD$353,775.00 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0324632669), and 100.00% of ISIN XS0324632669

The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$354,776.44 which is 100.00% of the Total Proposed Allowed Claim Amount of USD$354,776.44 as of  October 16, 2013 with respect to XS0324632669 and 100.00% of ISIN XS0324632669

100.00%=USD$353,775.00 of USD$353,775.00 (the outstanding amount of the Proof of Claim 62576 as of October 16, 2013)

100.00%=USD$354,776.44 of the Total Allowed Claim Amount of USD$354,776.44 and 100.00% of the Allowed Claim Amount of ISIN XS0324632669


100.00% of Proof of Claim 62575 = USD$353,775.00 of USD$353,775.00 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0324632669), and 100.00% of ISIN XS0324632669

The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$354,776.44 which is 100.00% of the Total Proposed Allowed Claim Amount of USD$354,776.44 as of  October 16, 2013 with respect to XS0324632669 and 100.00% of ISIN XS0324632669

100.00%=USD$353,775.00 of USD$353,775.00 (the outstanding amount of the Proof of Claim 62575 as of October 16, 2013)

100.00%=USD$354,776.44 of the Total Allowed Claim Amount of USD$354,776.44 and 100.00% of the Allowed Claim Amount of ISIN XS0324632669


100.00% of Proof of Claim 62699 = USD$707,550.00 of USD$707,550.00 (the outstanding amount of the Proof of Claim as of October 16, 2013 with respect to XS0324632669), and 100.00% of ISIN XS0324632669

The Proposed Allowed Claim Amount comprised in the Purchased Claim represents USD$709,552.89 which is 100.00% of the Total Proposed Allowed Claim Amount of USD$709,552.89 as of  October 16, 2013 with respect to XS0324632669 and 100.00% of ISIN XS0324632669

100.00%=USD$707,550.00 of USD$707,550.00 (the outstanding amount of the Proof of Claim 62699 as of October 16, 2013)

100.00%=USD$709,552.89 of the Total Allowed Claim Amount of USD$709,552.89 and 100.00% of the Allowed Claim Amount of ISIN XS0324632669

**Lehman Programs Securities to which Transfer Relates**

| Description of the Security | ISIN/CUSIP | Claim Number | Original Claimant | Issuer | Guarantor | Principal / Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) | Allowed Amount of Claim Transferred to Purchaser |
|---|---|---|---|---|---|---|---|---|---|---|
| Issue of EUR 10,000,000 Garantie Bonus Notes VI, due 2016 Linked to a Basket of Shares unconditionally and irrevocably guaranteed by LEHMAN BROTHERS HOLDINGS INC. | XS0276441044 | 52519 | Vrakking, R.C. | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR100,000.00 which is the equivalent of USD$142,010.00 | Fixed Rate / Index Linked Interest | 16/02/2016 | n/a | USD$143,547.06 |
| Issue of EUR300,000,000 of Inflation Linked Multi-Tranche Notes under the U.S.$18,000,000,000 Euro Medium-Term Note Program | XS0176153350 | 50473 | ERSEL S.I.M. SpA | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR50,000.00 which is the equivalent of USD$70,947.50 | Fixed Rate / Index Linked Interest | 10/10/2013 | n/a | USD$72,941.27 |
| Issue of EUR140,000,000 of Inflation Linked Multi-Tranche Notes under the U.S.$18,000,000,000 Euro Medium-Term Note Program | XS0181945972 | 50473 | ERSEL S.I.M. SpA | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR107,000.00 which is the equivalent of USD$151,436.30 | Fixed Rate / Index Linked Interest | 14/01/2014 | n/a | USD$155,424.26 |
| Issue of EUR 50,000,000 European Inflation Linked Notes under the U.S.$18,000,000,000 Euro Medium-Term Note Program | XS0178969209 | 50473 | ERSEL S.I.M. SpA | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR50,000.00 which is the equivalent of USD$70,947.50 | Fixed Rate / Index Linked Interest | 26/11/2013 | n/a | USD$72,878.86 |
| Lehman Brothers 2015 | XS0324632669 | 62574 | D.W. Van Ruiten B.V. | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR400,000.00 which is the equivalent of USD$566,040.00 | N/A | 24/10/2015 | n/a | USD$567,642.31 |

| Lehman Brothers 2015 | XS0324632669 | 62573 | D.W. Van Ruiten Pensioen B.V. | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR600,000.00 which is the equivalent of USD$849,060.00 | N/A | 24/10/2015 | n/a | USD$851,463.46 |
| Lehman Brothers 2015 | XS0324632669 | 62576 | Drok-Marchand, H.C.M. | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR250,000.00 which is the equivalent of USD$353,775.00 | N/A | 24/10/2015 | n/a | USD$354,776.44 |
| Lehman Brothers 2015 | XS0324632669 | 62575 | Sollie, J.E. Enof Sollie-Drees, M.M.W.E. | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR250,000.00 which is the equivalent of USD$353,775.00 | N/A | 24/10/2015 | n/a | USD$354,776.44 |
| Lehman Brothers 2015 | XS0324632669 | 62699 | Zeeuw Van Der Laan, J.L.M. | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holding Inc. | EUR500,000.00 which is the equivalent of USD$707,550.00 | N/A | 24/10/2015 | n/a | USD$709,552.89 |