UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                                  :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                        Debtors.                                       :
:
:
-----------------------------------------------------------------------x    Ref. Docket Nos. 39799, 40243,
                                                                            40282-40284

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 40559    Filed 10/18/13    Entered 10/18/13 11:25:17    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
                                              |
         Debtors.                             |
                                              |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   JPMORGAN CHASE BANK, N.A.
              TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P.
              C/O J.P. MORGAN SECURITIES LLC
              ATTN: JEFFREY L. PANZO
              MAIL CODE: NY1-M138
              383 MADISON AVENUE - FLOOR 37
              NEW YORK NY 10179

Please note that your claim # 21893-27 in the above referenced case and in the amount of
        $3,812,198.59   allowed at $3,687,117.91        has been transferred **(unless previously expunged by court order)**

              CHIMNEY ROCK VALUE FUND, L.P.
              TRANSFEROR: JPMORGAN CHASE BANK, N.A.
              ATTN: BEAU LESCOTT
              350 PARK AVENUE
              MEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 39799    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 8, 2013.

# EXHIBIT B

```
TIME: 10:43:48                                                    LEHMAN BROTHERS HOLDING INC.                                                         PAGE:   1
DATE: 10/08/13                                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| CASSA DI RISPARMIO DI BRA SPA | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12 BRA (CUNEO) 12042 ITALY |
| CASSA DI RISPARMIO DI BRA SPA | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12 BRA CUNEO 12042 ITALY |
| CHIMNEY ROCK VALUE FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| EVANGELISCHES VERWALTUNGSAMT DES KIRCHENKREISES JULICH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA MR. PREUTENBORBECK SCHIRMERSTR 1A JULICH 52428 GERMANY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KINGFISHER CAPITAL CLO LIMITED | C/O WALKERS SPV LIMITED ATTN: RICHARD RUFFER WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: KINGFISHER CAPITAL CLO LIMITED ATTN: MICHAEL LETO, CHIEF FINANCIAL OFFICER 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

Total Number of Records Printed    13