B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc        ,            Case No. 08-13555 (JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Société Générale Private Banking
Name of Transferee

VP BANK (LUXEMBOURG) S.A.
Name of Transferor

Name and Address where notices to transferee should be sent:
Société Générale Private Banking — FISCAL ISSUES
Kortrijksesteenweg 302, B-9000 Gent
BELGIUM

Phone: +32 9 242 22 09
Last Four Digits of Acct #: _____
TAX@SGPRIV.BE

Court Claim # (if known): 55228.01
Amount of Claim: PARTIAL CLAIM SEE ATT: 5 Evidences
Date Claim Filed: 27 October 2009     of Claim Details

Phone: +352 404 770 457
Last Four Digits of Acct #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]    Société Générale Private Banking
    Luc Haverals
    Head of Operations
    +32 9 242 23 38
    luc.haverals@sgpriv.be
Transferee/Transferee's Agent

Date: 04-OKT-2013

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
OCT - 9 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



### EVIDENDE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, VP Bank (Luxembourg) S.A. ("Transferor") unconditionally and irrevocable transferred to Société Générale Private Banking ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55228.01**) relating to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the Debtor), Chapter 11 Case No: 08-13555 (JMP) (joint Administered), United States Bankruptcy Court for the Southern district of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law and notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledgers and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON October 04, 2013.

VP Bank Luxembourg S.A.

By: _____
Name: Gerd Plumanns
Title Assistant Vice President

By: _____
Name: Marcelle Weiten
Title: First Vice President

Tel  Private Banking +352 404 777-1
Tel Administration   +352 404 770-1
Fax +352 481 117
info.lu@vpbank.com - www.vpbank.com

VP Bank (Luxembourg) S.A. - L-2019 Luxembourg - B.P. 923
L-1930 Luxembourg - Avenue de la Liberté 26 - Luxembourg - N° RCS B29509



## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| Aggregation Number: | | W0000862 | | | |
|---|---|---|---|---|---|
| ISIN: XS0349809342 | | | | | |
| Transfer Ref: | Nominal EUR | Allowed Amount USD | Blocking No. | Claim No. | Claim Class |
| 130710 | 28,000 | 39,734.96 | 6054039 | 55228.01 | 05 Senior Third-party guarantee |
| 130711 | 22,000 | 31,220.33 | 6054041 | 55228.01 | 05 Senior Third-party guarantee |
| 130712 | 19,000 | 26,963.01 | 6054042 | 55228.01 | 05 Senior Third-party guarantee |
| 130713 | 25,000 | 35,477.64 | 6054047 | 55228.01 | 05 Senior Third-party guarantee |

Tel  Private Banking +352 404 777-1
Tel  Administration   +352 404 770-1
Fax +352 481 117
info.lu@vpbank.com - www.vpbank.com

VP Bank (Luxembourg) S.A. - L-2019 Luxembourg - B.P. 923
L-1930 Luxembourg - Avenue de la Liberté 26 - Luxembourg - N° RCS B29509