UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :     08-13555 (JMP)
                                                                :     (Jointly Administered)
                        Debtors.                                :
                                                                :
----------------------------------------------------------------x     Ref. Docket Nos. 40050 & 40284

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
17th day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 40562    Filed 10/18/13    Entered 10/18/13 12:01:08    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CASSA DI RISPARMIO DI BRA SPA
              TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C.
              ATTN: GABUTTI LUIGI
              VIA PRINCIPI DI PIEMONTE, 12
              BRA 12042 ITALY


Additional:




Transferee:   ILLIQUIDX LLP
              ATTN: MR. CELESTINO AMORE
              80 FLEET STREET
              LONDON EC4Y IEL UNITED KINGDOM



**Your transfer   of claim #   48659-05   is defective for the reason(s) checked below:**

Other                                   Transfer Amount Exeeds Amount Owned




Docket Number 40284            Date 10/04/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 8, 2013.

# EXHIBIT B

```
TIME: 10:42:24                                         LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 10/08/13                                              CREDITOR LISTING

Name                           Address
BERNER KANTONALBANK AG         LEGAL DEPARTMENT BUNDESPLATZ 8 BERNE  3011 SWITZERLAND
CASSA DI RISPARMIO DI BRA SPA  TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12
                               BRA  12042 ITALY
ILLIQUIDX LLP                  ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y IEL UNITED KINGDOM
UBS AG                         ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 ZURICH


Total Number of Records Printed       4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC