UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                                                                    :    Chapter 11 Case No.
                                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                                                              :    (Jointly Administered)
                                    Debtors.                                     :
                                                                                              :
                                                                                              :
------------------------------------------------------------------------x    Ref. Docket Nos. 40162, 40212,
                                                                                                   40286-40290, 40293-40302, 40304-
                                                                                                   40309

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                    ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 9, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                  */s/ Panagiota Manatakis*
                                                                                  Panagiota Manatakis

Sworn to before me this
17th day of October, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 40162, 40212, 40286-40290, 40293-40302, 40304-40309_AFF_10-9-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BNP PARIBAS
     ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER
     787 SEVENTH AVENUE
     NEW YORK NY 10019-6018

Please note that your claim # 67346-16 in the above referenced case and in the amount of
    $50,000,000.00    has been transferred **(unless previously expunged by court order)**

     BNP PARIBAS SECURITIES CORP.
     TRANSFEROR: BNP PARIBAS
     ATTN: EVAN GIANOUKAKIS
     787 SEVENTH AVENUE
     NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40212    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/09/2013                 Vito Genna, Clerk of Court

                                      /s/ Panagiota Manatakis
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 9, 2013.

# EXHIBIT B

08-13555-mg    Doc 40563    Filed 10/18/13    Entered 10/18/13 12:10:35    Main Document
Pg 4 of 6

```
TIME: 13:24:57                              LEHMAN BROTHERS HOLDING INC.                              PAGE: 1
DATE: 10/09/13                                  CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA DI CREDITO P. AZZOAGLIO S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: ROSSI ALESSANDRO - LEGAL DEPARTMENT VIA A.DORIA, 17 CEVA (CN) 12073 ITALY |
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | DANIEL MIRANDA AND ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT) ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT) ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: COMMINGLED PENSION TRUST FUND (LONG CREDIT) ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BETHMANN BANK AG | TRANSFEROR: SCHELIGA, UDO-WERNER BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BNP PARIBAS | ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLlER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS SECURITIES CORP. | TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (CORPORATE HIGH YIELD) OF JPMORGAN CHASE BANK, N.A. | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (CORPORATE HIGH YIELD) OF JPMORGAN CHASE BANK, NA | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OPP FIXED INCOME) | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OPP. FIXED INCOME) | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (LONG CREDIT) OF JPMORGAN CHASE BANK, NA | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (LONG DURATION INVESTMENT GRADE) | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (LONG DURATION PLUS) | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND | C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| COMMINGLED PENSION TRUST FUND | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| COMMINGLED PENSION TRUST FUND | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND | JP MORGAN INVESTMENT MANAGEMENT INC C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND | J.P MORGAN INVESTMENT MANAGEMENT, INC, C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND | SCOTT E. RICHTER JP MORGAN INVESTMENT MGMT INC C/O LEGAL DEPT FLOOR 4P 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 13:24:57                                          LEHMAN BROTHERS HOLDING INC.                                                        PAGE:  2
DATE: 10/09/13                                              CREDITOR LISTING

Name                                            Address
COMMINGLED PENSION TRUST FUND                   JPMORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY
 (INTERMEDIATE BOND)                            COLUMBUS OH 43240-2050
COMMINGLED PENSION TRUST FUND                   C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017
 (INTERMEDIATE CREDIT)
COMMINGLED PENSION TRUST FUND                   BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
 (INTERMEDIATE CREDIT)
COMMINGLED PENSION TRUST FUND                   WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019
 (INTERMEDIATE CREDIT)
COMMINGLED PENSION TRUST FUND                   JPMORGAN INVESTMENT MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240
 (INTERMEDIATE CREDIT)
COMMINGLED PENSION TRUST FUND                   ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240
 (INTERMEDIATE CREDIT)
COMMINGLED PENSION TRUST FUND                   JPMORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY
 (INTERMEDIATE PUBLIC BOND)                     COLUMBUS OH 43240-2050
COMMINGLED PENSION TRUST FUND                   C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017
 (INTERMEDIATE PUBLIC BOND)
COMMINGLED PENSION TRUST FUND                   BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
 (INTERMEDIATE PUBLIC BOND)
COMMINGLED PENSION TRUST FUND                   WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019
 (INTERMEDIATE PUBLIC BOND)
COMMINGLED PENSION TRUST FUND                   JPMORGAN INVESTMENT MANAGEMENT INC C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050
 (INTERMEDIATE PUBLIC BOND)
COMMINGLED PENSION TRUST FUND                   OF JPMORGAN CHASE BANK, N.A. ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240
 (INTERMEDIATE PUBLIC BOND)
COMMINGLED PENSION TRUST FUND (LONG             C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017
 CREDIT)
COMMINGLED PENSION TRUST FUND (LONG             WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ.; KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019
 CREDIT)
COMMINGLED PENSION TRUST FUND (LONG             J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY
 CREDIT)                                        COLUMBUS OH 43240-2050
COMMINGLED PENSION TRUST FUND (LONG             OF JPMORGAN CHASE BANK, N.A. ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240
 CREDIT)
CREDIT SUISSE LOAN FUNDING LLC                  TRANSFEROR: NORDEA BANK AB (PUBL) ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDIT SUISSE LOAN FUNDING LLC                  TRANSFEROR: NORDEA BANK FINLAND PLC ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDIT SUISSE LOAN FUNDING LLC                  TRANSFEROR: NORDEA BANK FINLAND PLC (PUBL) ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDITO EMILIANO S.P.A.                         ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, N. 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                         ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
NORDEA BANK AB (PUBL)                           ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN
NORDEA BANK AB (PUBL)                           ANDREW P. DENATALE, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038
NORDEA BANK FINLAND PLC                         STROOCK & STROOCK & LAVAN LLP ATTN: ANDREW DENATALE, ESQ 180 MAIDEN LANE NEW YORK NY 10038
NORDEA BANK FINLAND PLC                         STROOCK & STROOCK & LAVAN LLP ATTN: ANDREW DENATALE, ESQ. 180 MAIDEN LANE NEW YORK NY 10038
NORDEA BANK FINLAND PLC                         ATTN: ESA RAITANEN ALEKSANTERINKATU 36 B HELSINKI FI-00020 FINLAND
NORDEA BANK FINLAND PLC (PUBL)                  ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN
NORDEA BANK FINLAND PLC (PUBL)                  ANDREW P. DENATALE, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038
SCHELIGA, UDO-WERNER                            BUSCHBERGER WEG 27 NORDERSTEDT D-22844 GERMANY


Total Number of Records Printed                 66

                                                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```