UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                Debtors.                                        :
                                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 40310 & 40313

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   IDB (SWISS) BANK LTD
              100 RUE DU RHONE
              GENEVA 1204 SWITZERLAND

Additional:

Transferee:   DEUTSCHE BANK AG, LONDON BRANCH
              ATTN: MICHAEL SUTTON
              WINCHESTER HOUSE
              1 GREAT WINCHESTER STREET
              LONDON EC2N 2DB UNITED KINGDOM

Your transfer  of claim #   55047   is defective for the reason(s) checked below:

Other                                   Currency within Notice does not match Proof of Claim

Docket Number 40310            Date 10/08/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 10, 2013.

# EXHIBIT B

08-13555-mg    Doc 40564    Filed 10/18/13    Entered 10/18/13 12:21:23    Main Document
Pg 4 of 6

```
TIME: 18:16:32                                                                                    PAGE:   1
DATE: 10/10/13
                                       LEHMAN BROTHERS HOLDING INC.
                                              CREDITOR LISTING

Name                          Address
BERNER KANTONALBANK AG        LEGAL DEPARTMENT BUNDESPLATZ 8 BERNE   3011 SWITZERLAND
DEUTSCHE BANK AG, LONDON BRANCH   ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
IDB (SWISS) BANK LTD          100 RUE DU RHONE GENEVA   1204 SWITZERLAND
UBS AG                        ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH   8001 SWITZERLAND

Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:18:51                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 10/10/13                                         CREDITOR LISTING

Name                        Address
BERNER KANTONALBANK AG      LEGAL DEPARTMENT BUNDESPLATZ 8 BERNE  3011 SWITZERLAND
UBS AG                      ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND


Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC