UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                                                         :
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :    08-13555 (JMP)
                                                                         :    (Jointly Administered)
                    Debtors.                                             :
                                                                         :
                                                                         :
-------------------------------------------------------------------------x    Ref. Docket Nos. 39799, 40311,
                                                                              40312, 40314-40333, 40335-40337,
                                                                              40345-40352

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 11, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
17th day of October, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ABRAMS CAPITAL PARTNERS II LP
     C/O ABRAMS CAPITAL, LLC
     ATTN: BILL WALL
     222 BERKELEY STREET, 22ND FLOOR
     BOSTON MA 02116

ABRAMS CAPITAL PARTNERS II LP
BINGHAM MCCUTCHEN LLP
ATTN: CHRISTINE AYOTTE-BRENNAN
ONE FEDERAL STREET
BOSTON MA 02110

Please note that your claim # 22968 in the above referenced case and in the amount of
$476,362.87  allowed at $476,362.87    has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY SENIOR FUNDING, INC.
TRANSFEROR: ABRAMS CAPITAL PARTNERS II LP
ATTN: JOHN RAGUSA
1585 BROADWAY, 2ND FLOOR
NEW YORK NY 10036

MORGAN STANLEY SENIOR FUNDING, INC.
MANAGING CLERK (BANKRUPTCY)
RICHARDS, KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40345     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/11/2013

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 11, 2013.

EXHIBIT B

08-13555-mg    Doc 40565    Filed 10/18/13    Entered 10/18/13 12:37:17    Main Document
Pg 4 of 6

```
TIME: 14:53:30                                            LEHMAN BROTHERS HOLDING INC.                                                      PAGE: 1
DATE: 10/11/13                                                   CREDITOR LISTING

Name                                          Address
ABBEY NATIONAL TREASURY SERVICES PLC          ABBEY NATIONAL HOUSE 2 TRITON SQUARE REGENTS PLACE LONDON  NW1 3AN UNITED KINGDOM
ABBEY NATIONAL TREASURY SERVICES PLC          GERALD C. BENDER, ESQ. O'MELVENY & MEYERS LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
ABRAMS CAPITAL PARTNERS II LP                 BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN ONE FEDERAL STREET BOSTON MA 02110
ABRAMS CAPITAL PARTNERS II LP                 C/O ABRAMS CAPITAL, LLC ATTN: BILL WALL 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116
AMUNDI ALTERNATIVE PAULSON ENHANCED           TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
  MASTER FUND
AMUNDI ALTERNATIVES PAULSON ENHANCED          TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
  MASTER FUND
AMUNDI ALTERNATIVES PAULSON ENHANCED          TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO.; ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
  MASTER FUND
AMUNDI ALTERNATIVES PAULSON ENHANCED          TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO.; ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR
  MASTER FUND
AXA S.A.                                      ATTN: LEGAL DEPARTMENT 21 AVENUE MATIGNON PARIS  75008 FRANCE
AXA S.A.                                      AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4
                                              100 ESPLANADE DU GENERAL DE GAULE PARIS LA DEFENSE, CEDEX  92932 FRANCE
BANK JULIUS BAER & CO. LTD.                   TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BARCLAYS BANK PLC                             ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             BARCLAYS BANK PLC ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             C/O SIDLEY AUSTIN LLP ATTN: ANDREW . CALLAHAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             SIDLEY AUSTIN LLP ATTN: ANDREW J. CALLAHAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             SIDLEY AUSTIN LLP ATTN: ANDREW J. CALLAHAN, ESQ. 787 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             SIDLEY AUSTIN LLP ATTN: ANDREW J. CALLAHAN, ESQ. 787 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             C/O SIDLEY AUSTIN ATTN: ANDREW J. CALLAHAN, ESQ. 787 SEVENTH VENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             DANIEL MIRANDA AND ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             ANDREW J. CALLAHAN, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                              NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT) ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT) ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO
                                              745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) ATTN: ALBERT CHEUNG 1301 SIXTH AVENUE, 8TH FLOOR
                                              NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC BOND) ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO
                                              745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: COMMINGLED PENSION TRUST FUND (LONG CREDIT) ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                              NEW YORK NY 10019
BROADWAY PHOTO SUPPLY LTD                     6/F BROADWAY TOWER 35 WANG LUNG STREET, TSUEN WAN HONG KONG  HONG KONG
CHIMNEY ROCK VALUE FUND, L.P.                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: AXA S.A. ATTN: SIMON GLENNIE / KELLY WHISTANCE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: IDB (SWISS) BANK LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                              JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: PP OPPORTUNITIES LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
IDB (SWISS) BANK LTD                          100 RUE DU RHONE GENEVA  1204 SWITZERLAND
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
MORGAN STANLEY & CO. INTERNATIONAL PLC        MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC        TRANSFEROR: BROADWAY PHOTO SUPPLY LTD 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY SENIOR FUNDING, INC.           MANAGING CLERK (BANKRUPTCY) RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: ABRAMS CAPITAL PARTNERS II LP ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
PAULSON CREDIT OPPORTUNITIES MASTER LTD.      SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 7TH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.      MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019

                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:53:30                                           LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    2
DATE: 10/11/13                                                CREDITOR LISTING

Name                                      Address
PAULSON CREDIT OPPORTUNITIES MASTER LTD.  TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.  TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD.                     SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 7TH AVENUE NEW YORK NY 10019
PP OPPORTUNITIES LTD.                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O PAULSON & CO. INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD.                     TRANSFEROR: YORVIK PARTNERS LLP ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
RAPAX OC MASTER FUND, LTD.                TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
ROYAL BANK OF SCOTLAND, PLC, THE          C/O SERENGETI ASSET MANAGEMENT LP ATTN: ABBEY NATIONAL TREASURY SERVICES PLC ATTN: RICHARD DALESSIO 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SERENGETI OVERSEAS MM L.P.                C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
TACONIC CAPITAL PARTNERS 1.5 L.P.         TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.         TRANSFEROR: GOLDMAN SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.         TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: TIM ANDRIKS 450 PARK AVE NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP/ATTN: ROBIN ROTHSTEIN 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 450 PARK AVENUE NINTH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 450 PARK AVENUE, NINTH FLOOR NEW YORK NY 10022
TACONIC MASTER FUND 1.5 LP                TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.            TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.            TRANSFEROR: GOLDMAN SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.            TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: TIM ANDRIKS 450 PARK AVE NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 450 PARK AVENUE NINTH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 450 PARK AVENUE, NINTH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY MASTER FUND LP        TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P. C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
UBS AG                                    BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                    ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND

Total Number of Records Printed           72
                                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```