UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                        Debtors.                                       :
                                                                       :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 40272, 40354,
                                                                            40363-40397, 40402-40407

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 14, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           */s/ Lauren Rodriguez*
Sworn to before me this                                    Lauren Rodriguez
17th day of October, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
 | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SERENGETI OPPORTUNITIES MM L.P.
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: SHAKER CHOUDHURY
      C/O SERENGETI ASSET MANAGEMENT LP
      632 BROADWAY, 12TH FLOOR
      NEW YORK NY 10012
```

Please note that your claim # 59098-28 in the above referenced case and in the amount of
     $17,347,974.00   allowed at $17,757,414.08        has been transferred **(unless previously expunged by court order)**

```
      RAPAX OC MASTER FUND, LTD.
      TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P.
      C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN
      632 BROADWAY, 12TH FLOOR
      NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 40272      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2013.

# EXHIBIT B

```
TIME: 12:43:10                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 10/14/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| ADAMS, J.L.M. EN ADAMS-VAN DEUREN, M.J.P. | MARKSTRAAT 3 WESSEM 6019 AZ NETHERLANDS |
| BETTING, B.E. | RIJKSSTRAATWEG 30 NIEUWERSLUIS 3631 AC NETHERLANDS |
| BIERMA, U.F. | APPELSESTRAAT 10 A NIJKERK 3862 PH NETHERLANDS |
| BONS, D.J.W.A. | GERRIT DE BLANKENLAAN 1 LEIDERDORP 2351 EM NETHERLANDS |
| CANNEGIETER, D.J. | BENOORDENHOUTSEWEG 202 DEN HAAG 2596 BD NETHERLANDS |
| CANNEGIETER, D.J. | BENOORDENHOUTSEWEG 202 DEN HAAG 2596 BD NETHERLANDS |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: JULIUS BAER DIVERSIFIED FIXED INCOME MASTER HEDGE FUND C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE RET BOND ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: JULIUS BAER MULTIBOND SICAV- JULIUS BAER DOLLAR BOND FUND ATTN: BRIAN BLESSINGS/BRIAN BROYLES 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: JULIUS BAER MULTIBOND SICAV-JULIUS BAER ABSOL RTN BD FUND ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: OCTAVIAN MULTISTRATEGY SPC - SYSTEMATIC CURRENCY SP ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| DE HAAN, J.W.W.M. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION POSTBUS 8834 EINDHOVEN 5605 LV NETHERLANDS |
| DE WIT, M.P.J. | ORANJE NASSAULAAN 81 ZEIST 3708 GC NETHERLANDS |
| DIJKMAN, G.A. EN/OF DIJKMAN-LAVALEYE, M.A.T. | 22 PRINS ALBERTLEI ANTWERPEN 2600 BELGIUM |
| DROK-MARCHAND, H.C.M. | SLUISPLEIN 95 SINT OEDENRODE 5492 AV NETHERLANDS |
| GRIJPSTRA-LUCKE, A.M. | RIJKSSTRAATWEG 4 BENNEBROEK 2121 AE NETHERLANDS |
| HOOGEWERF, M.I. | DE HERENWEG 188 C ALKMAAR 1822 AL NETHERLANDS |
| JANSE, C.E.A. EN/OF C.A.M.J. JANSE-VAN DER AREND | KRUITHUIS 4 SCHIEDAM 3111 AZ NETHERLANDS |
| JULIUS BAER DIVERSIFIED FIXED INCOME MASTER HEDGE FUND | C/- RICHARD CULL, LEGAL COUNSEL AUGUST ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE RETURN BOND FUND | PLUS C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE RETURN BOND FUND | PLUS C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A INX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER DOLLAR BOND FUND | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| L.J. STEEGMAN PENSIOEN B.V. | NACHTEGAALLAAN 1B 2243 EL WASSENAAR NETHERLANDS |
| LAMPE, J.G.A.M. | REALENGRACHT 36 AMSTERDAM 1013 KW NETHERLANDS |
| LIEBELT-SLEIJSTER, E.C. | SCHOVETWEG 74 6471 JR EYGELSHOVEN NETHERLANDS |
| MARTENS, J | POSTBUS 100 BLARICUM 1260 AC NETHERLANDS |
| MERJENBERG PENSIOEN B.V. | VAN HEERDTMARKE 10 ZWOLLE 8016 KC NETHERLANDS |
| MERRILL LYNCH JAPAN FINANCE CO., LTD | TRANSFEROR: TOKIO MARINE & NICHIDO FIRE INS. CO, LTD C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY S. COHEN/ANTE JAKIE BANK OF AMERICA TOWER - 3RD FLOOR; ONE BRYANT PARK NEW YORK NY 10036 |
| MOSMANS, P.C.M. & A.A.H. MOSMANS-SMITS | ZILVERMEEUWLAAN 5 LEIDSCHENDAM 2261 EJ NETHERLANDS |
| MOSSINK, B.P. | NERVISTRAAT 4 AMERSFOORT 3822 EE NETHERLANDS |
| NIEKERK, E. EN/OF NIEKERK, A.M. | DOMINEE VAN DIJKWEG 18 DOETINCHEM 7001 CV NETHERLANDS |
| OCTAVIAN MULTISTRATEGY SPC - SYSTEMATIC CURRENCY SP | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| P. GRIJPSTRA BEHEER B.V. | RIJKSSTRAATWEG 4 BENNEBROEK 2121 AE NETHERLANDS |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RIETVELD, W.H. | ROGIER VAN OTTERLOOLAAN 49 MAARSSEN 3604 BG NETHERLANDS |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SHAKER CHOUDHURY C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SOLLIE, J.E. ENOF SOLLIE-DREES, M.M.W.E. | ONDERSTE MOLENWEG 108 VENLO 5912 TW NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: ADAMS, J.L.M. EN ADAMS-VAN DEUREN, M.J.P. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BETTING, B.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BIERMA, U.F. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BONS, D.J.W.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:43:10                                             LEHMAN BROTHERS HOLDING INC.                                                     PAGE:   2
DATE: 10/14/13                                                    CREDITOR LISTING

Name                                        Address
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: CANNEGIETER, D.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: DE HAAN, J.W.W.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: DE WIT, M.P.J. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: DIJKMAN, G.A. EN/OF DIJKMAN-LAVALEYE, M.A.T. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: DROK-MARCHAND, H.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: GRIJPSTRA-LUCKE, A.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: HOOGEWERF, M.I. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: JANSE, C.E.A. EN/OF C.A.M.J. JANSE-VAN DER AREND ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: L.J. STEEGMAN PENSIOEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: LAMPE, J.G.A.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: LIEBELT-SLEIJSTER, E.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: MARTENS, J ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: MERJENBERG PENSIOEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: MOSMANS, P.C.M. & A.A.H. MOSMANS-SMITS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: MOSSINK, B.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: NIEKERK, E. EN/OF NIEKERK, A.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: P. GRIJPSTRA BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: RIETVELD, W.H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: SOLLIE, J.E. ENOF SOLLIE-DREES, M.M.W.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: STOCKMANN, M.F.J. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: STOCKMANN, M.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: TEN VELDE B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: TSS BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VAN DE KIEFT, J.W. EN/OF HULZEBOSCH, M.W.C. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VAN DER PERS-KING, B.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VAN DER WIEL, M.G. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VAN VELSEN, R. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VAN ZOMEREN-VD KIEFT, M.G. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VERDONKSCHOT, A. EN/OF VERDONKSCHOT-ASSENDELFT, T.A. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION TUDOR LODGE, 2A ASHLEY RISE WALTON ON THAMES KT12 1ND UNITED KINGDOM
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RICHARD WAGNERLAAN 73, APP 306 VOORSCHOTEN 2253 CD NETHERLANDS
STOCKMANN, M.F.J.                           T.A.V. DE HEER A.M. TEN VELDE FRUINLAAN 7 LEIDEN 2313 EP NETHERLANDS
STOCKMANN, M.M.                             ATTN: FIXED INCOME GROUP, INVESTMENT DEPARTMENT I 6-4 SANBANCHO CHIYODA-KU TOKYO 102-8014 JAPAN
TEN VELDE B.V.
TOKIO MARINE & NICHIDO FIRE INS. CO., LTD
TSS BEHEER B.V.                             E.J.G. BEER GROENLANDSEKADE 101 A VINKEVEEN 3645 BC NETHERLANDS
VAN DE KIEFT, J.W. EN/OF HULZEBOSCH,        HERTENKAMPLAAN 1 SWIFTERBANT 8255 BA NETHERLANDS
 M.W.C.
VAN DER PERS-KING, B.M.                     BORNEOLAAN 4 HILVERSUM 1217 HA NETHERLANDS
VAN DER WIEL, M.G.                          WESTERWEG 25 C PURMEREND 1447 AA NETHERLANDS
VAN VELSEN, R.                              SINGEL 12 BUSSUM 1402 NT NETHERLANDS
VAN ZOMEREN-VD KIEFT, M.G.                  TARWEKAMP 24 HOOGEVEEN 7908 MR NETHERLANDS
VERDONKSCHOT, A. EN/OF                      WATERWOLF 79 HOOFDDORP 2131 HP NETHERLANDS
VERDONKSCHOT-ASSENDELFT, T.A.


Total Number of Records Printed        81                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```