ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Michael J. Canning
Richard M. Alexander
Nancy G. Milburn

*Attorneys for the Federal Housing Finance Agency as*
*Conservator of the Federal Home Loan Mortgage Corporation*

LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848
Mark S. Landman

*Attorneys for the Federal Home Loan Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 13 Civ. _____ |
| Debtors. | : | Jointly Administered |

**NOTICE OF MOTION TO WITHDRAW THE REFERENCE BY THE**
**FEDERAL HOUSING FINANCE AGENCY AND THE FEDERAL**
**HOME LOAN MORTGAGE CORPORATION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum in Support of the

Motion of the Federal Housing Finance Agency ("FHFA") and the Federal Home Mortgage

Corporation ("Freddie Mac") and the Declaration of Nancy G. Milburn in Support of the Motion

to Withdraw the Reference, pursuant to 28 U.S.C. § 157(d), Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, FHFA, as Conservator of Freddie Mac, under the Housing and Economic Recovery Act of 2008, 12 U.S.C. § 4501, *et seq.* (2008), and Freddie Mac, by and through their undersigned attorneys, hereby move the United States District Court for the Southern District of New York for entry of an order withdrawing the reference to the Bankruptcy Court of (i) the Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Clas*s* 3 filed by Lehman Brothers Holdings Inc. ("LBHI"), and (ii) FHFA's and Freddie Mac's Opposition to the Motion to Classify. FHFA and Freddie Mac respectfully request such other and further relief as the Court deems just and proper.

    FHFA and Freddie Mac have made no prior request to any court for the relief requested by this Motion.

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1 opposition papers, if any, to the relief sought herein must be filed on or before November 1, 2013.

Dated:  New York, New York
       October 18, 2013

- 2 -

   /s/ _Michael J. Canning_____

Michael J. Canning
Richard M. Alexander
Nancy G. Milburn

ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for the Federal Housing Finance Agency as Conservator of the Federal Home Loan Mortgage Corporation*


   /s/ _Mark S. Landman_____

Mark S. Landman

LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

*Attorneys for the Federal Home Loan Mortgage Corporation*