Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Cardinal Investment Sub I, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Lehman Brothers Holdings Inc. <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM OF CARDINAL INVESTMENT SUB I, L.P.

PLEASE TAKE NOTICE that Cardinal Investment Sub I, L.P. ("Cardinal"), by its undersigned attorneys, hereby withdraws with prejudice the following claims, pursuant to Federal Rule of Bankruptcy Procedure 3006:

| Debtor | Case No. | Claim No. |
|---|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 | 15433 |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 | 15440 |

PLEASE TAKE FURTHER NOTICE that Cardinal hereby authorizes the debtors' duly-appointed claims agent to take all actions necessary to amend the debtors' claims registry to reflect this withdrawal.

Dated: New York, New York
      October 18, 2013

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____

Luke A. Barefoot
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Cardinal Investment Sub I, L.P.*