



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pictet & Cie | Santander Private Banking SPA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Pictet & Cie
Att.: Legal Department
Route des Acacias 60
1211 Geneva 73

Phone: +41583231326
Last Four Digits of Acct #: EOC 93010

Court Claim # (if known): 46908
Date Claim Filed: October 23, 2009
Amount of Claim: USD 13,284,575.49
Portion of Claim Transferred (see Schedule I): USD 424,530

Phone: +390272438262
Last Four Digits of Acct. #: Euroclear 15463

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 11 SET 2013 / 18 December 2012
Transferee/Transferee's Agent
Antoine SALAMOLARD    Nicole LACHER

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED OCT - 9 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM**
**LEHMAN PROGRAM SECURITY**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **SANTANDER PRIVATE BANKING SPA** (former Meliorbanca Private SpA - "Seller"), acting on behalf of one or more of its customers (the "Customers") hereby unconditionally and irrevocably sells, transfers and assigns to **PICTET & CIE** ("Pictet") acting on behalf of one or more of its customers (Pictet together with its customers, the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **46908** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller and its Customers relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller and its Customers' right, title and interest in, to and under the transfer agreements, if any, under which Seller and Customer(s) or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller and its Customer owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) neither Seller nor its Customer has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing

Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 17 day of December 2012.

SANTANDER PRIVATE BANKING SPA

By: _____
Name: Stefano Boccadoro
Title: General Manager

Via Senato 28
Milano 20121, Italy

Attn: Paolo Guido Vernazza
phone  00390272438262
fax 00390272438285
mail  pgvernazza@santanderpb.it

PICTET & CIE

By: _____
Name: AntoineSalamolard           Nicole Lacher
Title: Ass. Vice-President         Ass. Vice-President

Route des Acacias 60
1211 Geneva 73, Switzerland

Attn: Antoine Salamolard
phone +41583231326
fax +41583232950
mail  asalamolard@pictet.com

Schedule 1

Transferred Claims

Purchased Claim

56,808% of XS0211093041= USD 429,424.87 of USD 755,916.44 (i.e. the outstanding amount of XS0211093041 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009),

Which equals 3,232% of the Proof of Claim = USD 429,424.87 of USD 13,284,575.49 (the outstanding amount of the October 23, 2009 and filed on October 26, 2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| Lehman TSY Float 160215 | XS0211093041 | Lehman Brothers Corporation B.V. | Lehman Brothers Holdings Inc. | EUR 300,000 (equivalent to USD 424,530) | February 16, 2015 | EUR 303,459.02 (equivalent to USD 429,424.87) |

SANTANDER PRIVATE BANKING SPA                         PICTET & CIE

Antoine SALAMOLARD                    Nicole LACHER

* Amounts due in Euro have been converted to USA $ using the exchange reference rate published by the ECB for September 15, 2008: 1 EURO =1,4151 USD

# SignatureNet



**Pictet & Cie**

**Pictet & Cie, Genève**

**SALAMOLARD Antoine**
Sous-Directeur
Vizedirektor
Vice President

Juriste



**Signature rule**

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 02.10.2013**

Page displayed on: 2 OCT 2013 10:08:31 (UTC)
Page printed for: Antoine SALAMOLARD (asalamolard)
Data record Last changed on: 28 MAR 2013 08:31:31 (UTC)

https://ch.signaturenet.org/popup_print.cfm?Id=121951&pid=1320        02.10.2013

# SignatureNet

# PICTET
1805

**Pictet & Cie**

**Pictet & Cie, Genève**

**BEGOIN Olivier**
Sous-Directeur
Vizedirektor
Vice President

Juriste



**Signature rule**

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 02.10.2013**

Page displayed on: 2 OCT 2013 10:08:43 (UTC)
Page printed for: Antoine SALAMOLARD (asalamolard)
Data record Last changed on: 15 JUN 2011 15:57:57 (UTC)

https://ch.signaturenet.org/popup_print.cfm?Id=118971&pid=1320                02.10.2013

PICTET & CIE, BANQUIERS

Pictet & Cie
Route des Acacias 60
CH-1211 Genève 73
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com

PICTET
1805

By registered mail
Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 2 October 2013
Our ref: 1326/AS

Re :    Lehman Brothers Holding Inc., et al., Debtors
Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Pictet & Cie, we are pleased to request the transfer of a portion of the claim number **46908** filled in the name of SANTANDER PRIVATE BANKING SPA (Transferor) to PICTET & CIE (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee :

- Form 210A duly signed by the Transferee;
- Agreement and Evidence of Transfer of Claim duly signed by the Transferor and the Transferee;
- Schedule 1 to the Agreement and Evidence of Transfer of Claim
- W-8IMY in the name of the Transferee
- Evidence of signatories authority

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (asalamolard@pictet.com), fax (+41583232950), telephone (+41583231326) or post mail to the attention of Mr. Antoine Salamolard, Legal Department.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

PICTET & C<sup>IE</sup>

_____          _____
Antoine Salamolard                Olivier Begoin