B 210A (Form 210A) (12/09)

FILED
U.S. BANKRUPTCY COURT
2013 OCT 15 P 3:28
S.D.N.Y.

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Bernese Capital, L.L.C. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Name: BERNESE CAPITAL, L.L.C.
Address: PO Box 431
New York, NY 10150
E-mail: debt@bernesecapital.net

With a copy to:
Chris Edwards
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Direct: 212-209-3072
Fax: 212-371-5500
cedwards@reitlerlaw.com

Court Claim # (if known): 10721
Amount of Claim Transferred: $1,571,510.26
Date Claim Filed: September 8, 2009
Debtor: Lehman Brothers Holdings Inc.

15

803655v.7 3091/00376

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BERNESE CAPITAL, L.L.C.

By: *Chris Edwards* (signature)
Name: Chris Edwards
Title: Authorized Signatory

Date: 9/12/13

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Transferor/Transferor's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

16

803655v.5 3091/00376

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BERNESE CAPITAL, L.L.C.

By: _____          Date: _____
    Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC
By: _____          Date: 9/12/13
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

16

803655v.5 3091/00376