WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Michael C. Shepherd (admission *pro hac vice* pending)
Richard A. Graham

Attorneys for Attestor Capital LLP

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK

        s.s:

COUNTY OF NEW YORK

I, Andrea Amulic, being duly sworn, depose and say that:

1.    I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, New York, New York 10036. I am over the age of twenty-one years and not a party to the above-captioned proceeding.

2.    On October 17, 2013, I caused the following documents to be served, on behalf of Attestor Capital LLP, on those identified on the service list attached hereto as **Exhibit A** via the methods specified therein in accordance with the Case Management Order:

- **Docket Entry 40543:** Joinder of Attestor Capital LLP in support of Motions of CarVal Investors, LLC and Davidson Kempner Capital Management LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket Nos. 40469 and 405321]

- **Docket Entry 40544:** Motion for Admission to Practice Pro Hac Vice of Michael C. Shepherd

3.      On October 18, 2013, I caused the following documents to be served, on behalf of Attestor Capital LLP, on those identified on the service list attached hereto as **Exhibit B** via the methods specified therein in accordance with the Case Management Order:

- **Docket Entry 40543:** Joinder of Attestor Capital LLP in support of Motions of CarVal Investors, LLC and Davidson Kempner Capital Management LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket Nos. 40469 and 405321]

- **Docket Entry 40544:** Motion for Admission to Practice Pro Hac Vice of Michael C. Shepherd

_____

Andrea Amulic

Sworn to before me this 18th day of October, 2013

_____

MARY HELEN PERKINS
Notary Public, State of New York
No. 01PE6267086
Qualified in New York County
Commission Expires Aug. 13.2016

2

# EXHIBIT A

## (Served via First-Class Mail)

Weil, Gotshal & Manges LLP
Attn: Lori R. Fife, Esq.
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges LLP
Attn: Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Gerard Uzzi, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Eric K. Stodola, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Ropes & Gray LLP
Attn: Mark I. Bane, Esq.
1211 Avenue of the Americas
New York, New York 10036

Ropes & Gray LLP
Attn: Anne H. Pak, Esq.
1211 Avenue of the Americas
New York, New York 10036

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Esq.
180 Maiden Lane
New York, New York 10038

Stroock & Stroock & Lavan LLP
Attn: Kenneth Pasquale, Esq.
180 Maiden Lane
New York, New York 10038

Schulte Roth & Zabel LLP
Attn: Adam Harris, Esq.
919 Third Avenue
New York, New York 10022

Pryor Cashman LLP
Attn: Ronald S. Beacher, Esq.
7 Times Square
New York, New York 10036

# EXHIBIT B

## (Served via Hand Delivery)

The Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Office of the U.S. Trustee
Attn: Linda Riffkin, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Office of the U.S. Trustee
Attn: Paul Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Office of the U.S. Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Office of the U.S. Trustee
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004