SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5605
Facsimile: (212) 839-5599
Robert Scheininger

*Attorneys for Paulson Credit Opportunities Master Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 27880, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Swiss Re Global Markets Limited in the amount of $6,051,196.98 plus additional interest, fees, costs and expenses. Paulson Credit Opportunities Master Ltd. (the "Claimant") purchased a 16.52% interest in the claim, equal to $1,000,000, from Deutsche Bank AG, London Branch, *see* ECF No. 14636 (Claimant's portion of the claim shall be hereinafter referred to as the "Claim"). The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through their undersigned counsel, Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44193066\1\58399.0011

Dated: October 17, 2013
    New York, New York

/s/ Robert Scheininger
Robert Scheininger
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5605
Facsimile: (212) 839-5599

*Attorneys for Paulson Credit Opportunities Master Ltd.*