Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Bank J. Safra Sarasin Ltd, Singapore Branch*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc.<br><br>　　　　　Debtor. | Case No. 08-13555 (JMP) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF
### BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH

PLEASE TAKE NOTICE that Bank J. Safra Sarasin Ltd, Singapore Branch, formerly Bank Sarasin & Cie AG, Singapore Branch ("Sarasin"), by its undersigned attorneys, hereby withdraws with prejudice Claim 57618 filed by Sarasin against Lehman Brothers Holdings Inc., pursuant to Federal Rule of Bankruptcy Procedure 3006.

PLEASE TAKE FURTHER NOTICE that Sarasin hereby authorizes the debtors' duly-appointed claims agent to take all actions necessary to amend the debtors' claims registry to reflect this withdrawal.

Dated: New York, New York
October 21, 2013

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Luke A. Barefoot

Luke A. Barefoot
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Bank J. Safra Sarasin Ltd, Singapore Branch*