Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Cardinal Investment Sub I, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| Lehman Brothers Holdings Inc., <u>et al.</u>, | Case No. 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. | CERTIFICATE OF SERVICE |

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      On the 18th day of October 2013, the Notice of Withdrawal of Proofs of Claim of Cardinal Investment Sub I, L.P. was served by hand, Federal Express and email, as indicated, upon:

**BY HAND**

Tracy Hope Davis, Esq.
Susan D. Golden, Esq.
Andrea B. Schwartz, Esq.
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

## BY FEDERAL EXPRESS

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Robert J. Lemons
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

## BY EMAIL

MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM;
MLAHAIE@AKINGUMP.COM; SSCHULTZ@AKINGUMP.COM;
LISA.KRAIDIN@ALLENOVERY.COM; KEN.COLEMAN@ALLENOVERY.COM;
MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM;
KARL.GEERCKEN@ALSTON.COM; WILL.SUGDEN@ALSTON.COM;
KIT.WEITNAUER@ALSTON.COM; TDUFFY@ANDERSONKILL.COM;
RRUSSELL@ANDREWSKURTH.COM; S.MINEHAN@AOZORABANK.CO.JP;
ANGELICH.GEORGE@ARENTFOX.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;
SEHLERS@ARMSTRONGTEASDALE.COM; CHARLES_MALLOY@APORTER.COM;
ANTHONY_BOCCANFUSO@APORTER.COM; ROBERT.YALEN@USDOJ.GOV;
JG5786@ATT.COM; NEAL.MANN@OAG.STATE.NY.US;
DWORKMAN@BAKERLAW.COM; IAN.ROBERTS@BAKERBOTTS.COM;
PETER@BANKRUPT.COM; MICHAEL.MCCRORY@BTLAW.COM;
DAVID.POWLEN@BTLAW.COM; FFM@BOSTONBUSINESSLAW.COM;
CSALOMON@BECKERGLYNN.COM; AOSTROW@BECKERGLYNN.COM;
SLEO@BM.NET; MPUCILLO@BERMANESQ.COM;
WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM;
DAVIDS@BLBGLAW.COM; STEVEN@BLBGLAW.COM;
DBARBER@BSBLAWYERS.COM; DBARBER@BSBLAWYERS.COM;
SMULLIGAN@BSBLAWYERS.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
SABIN.WILLETT@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
MARK.DEVENO@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; CAROL.WEINERLEVY@BINGHAM.COM;

RAJ.MADAN@BINGHAM.COM; ERIN.MAUTNER@BINGHAM.COM;
AECKSTEIN@BLANKROME.COM;
JSCHILLER@BSFLLP.COM; JSHERMAN@BSFLLP.COM;
AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM
KURT.MAYR@BGLLP.COM; EMAGNELLI@BRACHEICHLER.COM;
ARAINONE@BRACHEICHLER.COM; KUEHN@BESPC.COM;
NOTICE@BKCYLAW.COM; MGORDON@BRIGGS.COM;
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;
DLUDMAN@BROWNCONNERY.COM; DLUDMAN@BROWNCONNERY.COM;
SLEVINE@BROWNRUDNICK.COM; HSTEEL@BROWNRUDNICK.COM;
SCHRISTIANSON@BUCHALTER.COM; TUNRAD@BURNSLEV.COM;
SIDORSKY@BUTZEL.COM; JOHN.RAPISARDI@CWT.COM;
ISRAEL.DAHAN@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
MARK.ELLENBERG@CWT.COM; JASON.JURGENS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; SGORDON@CAHILL.COM;
JLEVITIN@CAHILL.COM; CAHN@CLM.COM; WANDA.GOODLOE@CBRE.COM;
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM;
AROSENBLATT@CHADBOURNE.COM; JCLOSE@CHAPMAN.COM;
JSCHREIB@CHAPMAN.COM; APPLEBY@CHAPMAN.COM;
SPIOTTO@CHAPMAN.COM; ACKER@CHAPMAN.COM; HEISER@CHAPMAN.COM;
HEISER@CHAPMAN.COM; JBROMLEY@CGSH.COM; LSCHWEITZER@CGSH.COM;
LGRANFIELD@CGSH.COM; LGRANFIELD@CGSH.COM;
LSCHWEITZER@CGSH.COM; MAOFILING@CGSH.COM;
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
JEMMA.MCPHERSON@CLIFFORDCHANCE.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM; PSP@NJLAWFIRM.COM;
JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM; MWARNER@COLESCHOTZ.COM
DHURST@COLESCHOTZ.COM; RWASSERMAN@CFTC.GOV;
JEFF.WITTIG@COAIR.COM; ESCHWARTZ@CONTRARIANCAPITAL.COM
BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US;
LATHOMPSON@CO.SANMATEO.CA.US; MHOPKINS@COV.COM;
DCOFFINO@COV.COM; RLEVIN@CRAVATH.COM;
JUDY.MORSE@CROWEDUNLEVY.COM; BZABARAUSKAS@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM; SEICHEL@CROWELL.COM;
JCARBERRY@CL-LAW.COM; KAREN.WAGNER@DPW.COM;
JAMES.MCCLAMMY@DPW.COM; JJTANCREDI@DAYPITNEY.COM;
JWCOHEN@DAYPITNEY.COM; MCTO@DEBEVOISE.COM;
GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM;
MMOONEY@DEILYLAWFIRM.COM; TDEWEY@DPKLAW.COM;
DPEGNO@DPKLAW.COM; ADIAMOND@DIAMONDMCCARTHY.COM;
SLODEN@DIAMONDMCCARTHY.COM; AAARONSON@DILWORTHLAW.COM;
CPAPPAS@DILWORTHLAW.COM; TIMOTHY.BRINK@DLAPIPER.COM;
MATTHEW.KLEPPER@DLAPIPER.COM; THOMAS.CALIFANO@DLAPIPER.COM;

3

STEPHEN.COWAN@DLAPIPER.COM; GEORGE.SOUTH@DLAPIPER.COM;
SCHNABEL.ERIC@DORSEY.COM; HEIM.STEVE@DORSEY.COM;
DOVE.MICHELLE@DORSEY.COM; STEVEN.TROYER@COMMERZBANK.COM
JJOYCE@DRESSLERPETERS.COM; ROBERT.MALONE@DBR.COM;
LJKOTLER@DUANEMORRIS.COM; TDUFFY@ANDERSONKILL.COM;
JIM@ATKINSLAWFIRM.COM; SANDYSCAFARIA@EATON.COM
EZUJKOWSKI@EMMETMARVIN.COM; AENTWISTLE@ENTWISTLE-LAW.COM;
JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM;
KKELLY@EBGLAW.COM; DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM;
SLERMAN@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM;
LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG;
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM;
CHARLES@FILARDI-LAW.COM; ALUM@FTPORTFOLIOS.COM;
RFLANAGAN@FLANASSOC.COM; STEVEN.USDIN@FLASTERGREENBERG.COM;
WDASE@FZWZ.COM; DHEFFER@FOLEY.COM; JLEE@FOLEY.COM;
WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM; RBERNARD@FOLEY.COM
GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM
KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM
DEGGERT@FREEBORNPETERS.COM; WALTER.STUART@FRESHFIELDS.COM;
PATRICK.OH@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM; SHANNON.NAGLE@FRIEDFRANK.COM;
EFRIEDMAN@FRIEDUMSPRING.COM; EFRIEDMAN@FKLAW.COM;
ABEAUMONT@FKLAW.COM; LGOTKO@FKLAW.COM; NBOJAR@FKLAW.COM
DROSENZWEIG@FULBRIGHT.COM; JMERVA@FULT.COM
JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-ATTORNEYS.COM
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM
MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM
ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM
JFLAXER@GOLENBOCK.COM; JWALLACK@GOULSTONSTORRS.COM;
DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM
MELOROD@GTLAW.COM; TANNWEILER@GREERHERZ.COM
JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM;
JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM
WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET
DTHEISING@HARRISONMOBERLY.COM; AGOLD@HERRICK.COM
SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM;
JDORAN@HASLAW.COM; TMARRION@HASLAW.COM
SWEYL@HASLAW.COM; RLEEK@HODGSONRUSS.COM;
SCOTT.GOLDEN@HOGANLOVELLS.COM; IRA.GREENE@HOGANLOVELLS.COM;
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM;
RICHARD.LEAR@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM;
ADAM.BREZINE@HRO.COM; KERRY.MOYNIHAN@HRO.COM;
GIDDENS@HUGHESHUBBARD.COM;KIPLOK@HUGHESHUBBARD.COM;

4

KOBAK@HUGHESHUBBARD.COM; MARGOLIN@HUGHESHUBBARD.COM;
LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM;
KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; SEBA.KURIAN@INVESCO.COM;
AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM;
JAY.HURST@OAG.STATE.TX.US; PTROSTLE@JENNER.COM;
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM; GSPILSBURY@JSSLAW.COM;
JOWEN769@YAHOO.COM; JOSEPH.CORDARO@USDOJ.GOV;
MPOMERANTZ@JULIENANDSCHLESINGER.COM; MICHAELS@JSTRIALLAW.COM;
PETER.BLASONE@KLGATES.COM; PTRAIN-GUTIERREZ@KAPLANLANDAU.COM;
ENKAPLAN@KAPLANLANDAU.COM; DROSNER@KASOWITZ.COM;
AGLENN@KASOWITZ.COM; SNEWMAN@KATSKYKORINS.COM;
MPRIMOFF@KAYESCHOLER.COM; MSOLOW@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
MPAGE@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM; JONATHAN.HENES@KIRKLAND.COM;
JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM;
CHRISTOPHER.GRECO@KIRKLAND.COM; JAY@KLEINSOLOMON.COM
JJURELLER@KLESTADT.COM; LKISS@KLESTADT.COM
MICHAEL.KIM@KOBREKIM.COM; ROBERT.HENOCH@KOBREKIM.COM;
ANDREW.LOURIE@KOBREKIM.COM; BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;
EKBERGC@LANEPOWELL.COM; KEITH.SIMON@LW.COM;
DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM; RICHARD.LEVY@LW.COM;
JAMES.HEANEY@LAWDEB.COM; GABRIEL.DELVIRGINIA@VERIZON.NET;
LISA.SOLOMON@ATT.NET; EZWEIG@OPTONLINE.NET; LKATZ@LTBLAW.COM;
WSWEARINGEN@LLF-LAW.COM; SHEEHAN@TXSCHOOLLAW.COM;
SFINEMAN@LCHB.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM;
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM
LOIZIDES@LOIZIDES.COM; ROBIN.KELLER@LOVELLS.COM;
CHRIS.DONOHO@LOVELLS.COM; ILEVEE@LOWENSTEIN.COM;
KROSEN@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM
JPROL@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
MWARREN@MTB.COM; JHUGGETT@MARGOLISEDELSTEIN.COM;
FHYMAN@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; EMERBERG@MAYERBROWN.COM;
TKIRIAKOS@MAYERBROWN.COM; SWOLOWITZ@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM;

HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM;
JLAMAR@MAYNARDCOOPER.COM; KREYNOLDS@MKLAWNYC.COM;
MH1@MCCALLARAYMER.COM; JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM;
WTAYLOR@MCCARTER.COM; GGITOMER@MKBATTORNEYS.COM;
NCOCO@MWE.COM; ICATTO@MWE.COM; PHAYDEN@MCGUIREWOODS.COM;
SFOX@MCGUIREWOODS.COM; DHAYES@MCGUIREWOODS.COM;
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM;
JMR@MSF-LAW.COM; MBLOEMSMA@MHJUR.COM;
TSLOME@MSEK.COM; AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM;
HARRISJM@MICHIGAN.GOV; MICHAEL.FREGE@CMS-HS.COM;
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM;
DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM;
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM; SDNYECF@DOR.MO.GOV;
STEVE.GINTHER@DOR.MO.GOV; MICHAEL.KELLY@MONARCHLP.COM
DAVIDWHEELER@MVALAW.COM; NHERMAN@MORGANLEWIS.COM
AGOTTFRIED@MORGANLEWIS.COM; JGOODCHILD@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM; LBERKOFF@MORITTHOCK.COM
JPINTARELLI@MOFO.COM; LMARINUZZI@MOFO.COM; LMARINUZZI@MOFO.COM
YUWATOKO@MOFO.COM; TGOREN@MOFO.COM; JPINTARELLI@MOFO.COM
LNASHELSKY@MOFO.COM; MROTHCHILD@MOFO.COM
BMILLER@MOFO.COM; BANKRUPTCY@MORRISONCOHEN.COM
JSULLIVAN@MOSESSINGER.COM; AKOLOD@MOSESSINGER.COM;
MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM;
AHANDLER@MOUNDCOTTON.COM; RGOODMAN@MOUNDCOTTON.COM
SABVANROOY@HOTMAIL.COM; MILLEE12@NATIONWIDE.COM;
JOWOLF@LAW.NYC.GOV; RICHARD.FINGARD@NEWEDGE.COM
DDREBSKY@NIXONPEABODY.COM; ADARWIN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM
CDESIDERIO@NIXONPEABODY.COM; RPEDONE@NIXONPEABODY.COM
BANKRUPTCYMATTERS@US.NOMURA.COM; MCANTOR@NORMANDYHILL.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV; MJR1@WESTCHESTERGOV.COM
JEREMY.EIDEN@AG.STATE.MN.US; JNADRITCH@OLSHANLAW.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
RDAVERSA@ORRICK.COM; JGUY@ORRICK.COM; KORR@ORRICK.COM;
DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM; RFRANKEL@ORRICK.COM;
RWYRON@ORRICK.COM; LMCGOWEN@ORRICK.COM; TOMWELSH@ORRICK.COM
OTCCORPACTIONS@FINRA.ORG; WSILVERM@OSHR.COM;
PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM
JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM
WK@PWLAWYERS.COM; CHIPFORD@PARKERPOE.COM
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM
HARVEYSTRICKON@PAULHASTINGS.COM; DRAELSON@FISHERBROTHERS.COM
SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM; DSHEMANO@PEITZMANWEG.COM
KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM

WISOTSKA@PEPPERLAW.COM; LAWALLF@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM;
ARLBANK@PBFCM.COM; JHORGAN@PHXA.COM;
SAMUEL.CAVIOR@PILLSBURYLAW.COM;;
EDWARD.FLANDERS@PILLSBURYLAW.COM;
NATHAN.SPATZ@PILLSBURYLAW.COM; DFLANIGAN@POLSINELLI.COM
JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM
JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM;
BBISIGNANI@POSTSCHELL.COM; FBP@PPGMS.COM; LML@PPGMS.COM;
IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM;
MBIENENSTOCK@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM;
RBEACHER@PRYORCASHMAN.COM; CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM;
JAMESTECCE@QUINNEMANUEL.COM; SCOTTSHELLEY@QUINNEMANUEL.COM
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM;
GRAVERT@RAVERTPLLC.COM; ARAHL@REEDSMITH.COM
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM;
CLYNCH@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM;
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;
CALBERT@REITLERLAW.COM; HMAGALIFF@R3MLAW.COM;
RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM;
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM; ROGER@RNAGIOFF.COM;
MARK.BANE@ROPESGRAY.COM; ROSS.MARTIN@ROPESGRAY.COM;
PHILIP.WELLS@ROPESGRAY.COM; ECOHEN@RUSSELL.COM;
RUSSJ4478@AOL.COM; MSCHIMEL@SJU.EDU; CMONTGOMERY@SALANS.COM;
LWHIDDEN@SALANS.COM; CBELMONTE@SSBB.COM; TBROCK@SSBB.COM;
PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM; AISENBERG@SAUL.COM
JTORF@SCHIFFHARDIN.COM; DKESSLER@KTMC.COM
BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM; JVAIL@SSRL.COM
LAWRENCE.GELBER@SRZ.COM; MEGHAN.BREEN@SRZ.COM
EPEARLMAN@SCOTTWOODCAPITAL.COM; SHARBECK@SIPC.ORG
COHEN@SEWKIS.COM; ASHMEAD@SEWKIS.COM
FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM
ANN.REYNAUD@SHELL.COM; JENNIFER.GORE@SHELL.COM
JSHENWICK@GMAIL.COM; CSHULMAN@SHEPPARDMULLIN.COM;
RREID@SHEPPARDMULLIN.COM; MCADEMARTORI@SHEPPARDMULLIN.COM
ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM"
MCADEMARTORI@SHEPPARDMULLIN.COM; AMARTIN@SHEPPARDMULLIN.COM
RREID@SHEPPARDMULLIN.COM; BANKRUPTCY@GOODWIN.COM
JTIMKO@SHUTTS.COM; AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM
RFRIEDMAN@SILVERMANACAMPORA.COM; SQUSBA@STBLAW.COM;
SALLY.HENRY@SKADDEN.COM; FYATES@SONNENSCHEIN.COM;
PMAXCY@SONNENSCHEIN.COM; SLERNER@SSD.COM; SMAYERSON@SSD.COM
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM;
R.STAHL@STAHLZELLOE.COM; MARC.CHAIT@SC.COM

SSTARR@STARRANDSTARR.COM; ECHANG@STEINLUBIN.COM
EOBRIEN@SBCHLAW.COM; SHGROSS5@YAHOO.COM
CP@STEVENSLEE.COM; MCORDONE@STRADLEY.COM
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM;
MDORVAL@STRADLEY.COM; DJOSEPH@STRADLEY.COM;
JMMURPHY@STRADLEY.COM; LANDON@STREUSANDLANDON.COM;
VILLA@STREUSANDLANDON.COM; STREUSAND@STREUSANDLANDON.COM
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM
LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM;
HOLSEN@STROOCK.COM; CSZYFER@STROOCK.COM
WWEINTRAUB@STUTMAN.COM; KJARASHOW@STUTMAN.COM
LACYR@SULLCROM.COM; CLARKB@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM; WRIGHTTH@SULLCROM.COM
FRITSCHJ@SULLCROM.COM; SCOTTJ@SULLCROM.COM
PAUL.TURNER@SUTHERLAND.COM; RICK.MURPHY@SUTHERLAND.COM
BRUCE.WRIGHT@SUTHERLAND.COM; MILLER@TAFTLAW.COM
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV
THALER@THALERGERTLER.COM; ROBERT.BAILEY@BNYMELLON.COM
MMORREALE@US.MUFG.JP; FOONT@FOONTLAW.COM
YAMASHIRO@SUMITOMOTRUST.CO.JP; MATT@WILLAW.COM
DEMETRA.LIGGINS@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM;
MITCHELL.AYER@TKLAW.COM; DAVID.BENNETT@TKLAW.COM
MBOSSI@THOMPSONCOBURN.COM; AMENARD@TISHMANSPEYER.COM;
MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;
JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM;
AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM
NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM
OIPRESS@TRAVELERS.COM; MLYNCH2@TRAVELERS.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM
JEAN-DAVID.BARNEA@USDOJ.GOV; JOSEPH.CORDARO@USDOJ.GOV
NEWYORK@SEC.GOV; JACOBSONN@SEC.GOV
DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM
EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM
JWEST@VELAW.COM; DKLEINER@VELAW.COM
JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM
ARWOLF@WLRK.COM; JDWARNER@WARNERANDSCHEUERMAN.COM
CBELISLE@WFW.COM; JFREEBERG@WFW.COM;
RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM;
ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM
RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM;
AVENES@WHITECASE.COM; ELEICHT@WHITECASE.COM
AZYLBERBERG@WHITECASE.COM; ELEICHT@WHITECASE.COM
DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM
MRUETZEL@WHITECASE.COM;TOM.SCHORLING@WHITECASE.COM

TLAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM
JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM;
DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM
MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM;
AALFONSO@WILLKIE.COM; RNETZER@WILLKIE.COM;
DKOZUSKO@WILLKIE.COM; MABRAMS@WILLKIE.COM
PETER.MACDONALD@WILMERHALE.COM;
JEANNETTE.BOOT@WILMERHALE.COM;
CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM
JBECKER@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM
DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM; DNEIER@WINSTON.COM
DRAVIN@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM
WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM;
BANKR@ZUCKERMAN.COM

Dated:  New York, New York
       October 18, 2013

                                             Richard V. Conza