Form 210A (10/06)

# United States Bankruptcy Court
## Southern District of `New York

In re:     Lehman Brothers Holdings Inc., et al.,
Case No.   (Joinlty Administered Under Case No. 08-13555)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Equity Trust Company Custodian
FBO Victor Knox IRA, 50% Undivided Interest
and Fredric Glass IRA, 50% Undivided Interest
As assignee of Gescafondo FI/ Alberto Del Riego Orta**

Name of Transferor:
**Gescafondo FI/ Alberto Del Riego Orta**

Name and Address where notices to transferee should be sent:

**Equity Trust Company Custodian
FBO Victor Knox IRA, 50% Undivided Interest
and Fredric Glass IRA, 50% Undivided Interest
c/o Fair Harbor Capital, LLC
PO Box 237037
New York, NY  10023**

Court Claim # (if known):  60641
Amount of Claim:  $440,315.98
Date Claim Filed:

Name and Address of Transferor:

Gescafondo FI/ Alberto Del Riego Orta
Serrano 88 5 Planta
Madrid, Spain  28006

Phone:   212 967 4035
Last Four Digits of Acct #:     n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:          n/a
Last Four Digits of Acct #:       n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:        /s/*Fredric Glass*                                    Date:    October 21, 2013
         Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of `New York

**In re:**     **Lehman Brothers Holdings Inc., et al.,**
**Case No.**    **(Joinlty Administered Under Case No. 08-13555)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  60641 (if known)**

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 21, 2013.

| Name of Transferee: | Name of Alleged Transferor: |
|---|---|
| Equity Trust Company Custodian FBO Victor Knox IRA, 50% Undivided Interest and Fredric Glass IRA, 50% Undivided Interest As assignee of Gescafondo FI/ Alberto Del Riego Orta | Gescafondo FI/ Alberto Del Riego Orta |

Equity Trust Company Custodian
FBO Victor Knox IRA, 50% Undivided Interest
and Fredric Glass IRA, 50% Undivided Interest
c/o Fair Harbor Capital, LLC
PO Box 237037
New York, NY  10023

Name and Address of Alleged Transferor:

Gescafondo FI/ Alberto Del Riego Orta
Serrano 88 5 Planta
Madrid, Spain  28006

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____        _____
                                                                                                           Clerk of the Court

(Page 4 of 23)

United States Bankruptcy Court, Southern District of New York
----------------------------------------------------------X
In re:    Lehman Brothers Holdings Inc.,        :    Chapter 11
          Debtor.                               :    Case No. 08-13555    Amount $440,315.98
                                                :    Jointly Administered Under Case No 08-13555
----------------------------------------------------------X

TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE
Bankruptcy Rule 3000(e)

PLEASE TAKE NOTICE that the Class 9A Senior Third-Party Guarantee Claims claim of GESCAFONDO FI ("Transferor") against the Debtor(s) indicated in the caption above in the amount of $440,315.98, and all claims (including without limitation the Proof of Claim, if any, identified below and Transferor's rights to receive all interest, penalties, cure payments that it may be entitled to receive on account of the assumption of any executory contract or lease related to the Claim and fees, if any, which may be paid with respect to the Claim and all other claims, causes of action against the Debtor, its affiliates, any guarantor or other third party, together with voting and other rights and benefits arising from, under or relating to any of the foregoing, and all cash, securities, instruments and other property which may be paid or issued by Debtor in satisfaction of the Claim) of Transferor have been transferred and assigned other than for security to Equity Trust Company as custodian fbo Fredric Glass IRA, 50% undivided interest and Equity Trust Company as custodian fbo Victor Knox IRA, 50% undivided interest ("Transferee") in consideration of the sum ...

...

Transferor:                                              Transferee:
GESCAFONDO FI                                            Equity Trust Company custodian fbo Fredric Glass IRA, 50% Undivided
ALBERTO DEL ROSIO CALTA, SERRANO ...                     Interest ...
MADRID, 28006 SPAIN                                      c/o Fair Harbor Capital, LLC
Print Name: ...                                          1841 Broadway 10th Fl, NY, NY 10023
Signature: ...                                           Signature:
Phone: ...    Fax: ...                                                            Scott Hall
Update Address if Changed:
                                                         Equity Trust Company custodian
                                                         of individual retirement account of:
                                                         VICKY KNOX 50%
                                                         By: ...
                                                         225 Burns Road • Elyria, OH 44035
                                                         Michelle Williams