WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for the Plan Administrator
on behalf of Lehman Brothers Holdings Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing to be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **October 24, 2013 at 11:00 a.m. (Prevailing Eastern Time)**, to consider (i) the *Motion of CarVal Investors, LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004* [ECF No. 40469], (ii) the *Motion of Davidson Kempner Capital Management LLC, as Investment Advisor for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004* [ECF No. 40532], and (iii) any joinders, responses, and objections thereto.

Dated:    October 21, 2013
         New York, New York

/s/ Lori R. Fife
Lori R. Fife
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Plan Administrator
on behalf of Lehman Brothers Holdings Inc.