<u>United States Bankruptcy Court</u>
<u>Southern District of New York</u>

In re <u>Lehman Brothers Holdings Inc., et al.</u>,                    Case No. <u>08-13555 (JMP)</u>

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SL Trade Claim I LLC</u>                                           <u>Serengeti Opportunities MM LP</u>
Name of Transferee                                              Name of Transferor

                                                                Court Claim #: <u>54846 (60% of such claim)</u>
                                                                Amount of Claim Transferred: <u>$1,520,816.56</u>

Name and Address where notices to Transferee
should be sent:

Serengeti Asset Management LP, as Investment Adviser
632 Broadway, 12th Floor
New York, NY 10012
Attn: Erin Rogers
Telephone: 212-672-2248
Fax: 212-672-2249
Email: sam.tradeclaims@serengeti-am.com


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL TRADE CLAIM I LLC
By: Serengeti Asset Management LP, as the Investment Adviser


By: _____                                     Date: 10-21-13
Name:    Marc Baum
Title:      Director


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.