United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SL Trade Claim I LLC | Serengeti Opportunities MM LP |
|---|---|
| Name of Transferee | Name of Transferor |

Original Court Claim #: 30450 ($4,233,046.13 the "Total Claim Amount"
Transferred Claim: 66.40% or $2,810,742.63 of the Total Claim Amount

Name and Address where notices to Transferee should be sent:

Serengeti Asset Management LP, as Investment Adviser
632 Broadway, 12th Floor
New York, NY 10012
Attn: Erin Rogers
Telephone: 212-672-2248
Fax: 212-672-2249
Email: sam.tradeclaims@serengeti-am.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL TRADE CLAIM I LLC
By: Serengeti Asset Management LP, as the Investment Adviser

By: _____    Date: 10-21-13
Name: Marc Baum
Title: Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.