**Hearing date: October 23, 2013 at 10:00 a.m.**
**Response date: Fully briefed**

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 1633 Broadway | One Liberty Plaza |
| New York, NY 10019 | New York, New York 10006 |
| (212) 277-6500 | (212) 225-2000 |
| Jeffrey A. Mitchell | Lindsee P. Granfield |
| Judith R. Cohen | Boaz S. Morag |
| | |
| *Attorneys for FirstBank Puerto Rico* | *Attorneys for Barclays Capital Inc.* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., ET AL.,<br><br>            Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>            Debtor. | Case No.<br>08-01420 (JMP) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>            Plaintiff,<br><br>-against-<br><br>BARCLAYS CAPITAL INC.,<br><br>            Defendant. | Adversary Proc. No.<br>10-04103 (JMP) |

**SECOND AMENDED NOTICE OF HEARING ON BARCLAYS CAPITAL INC.'S**
**MOTION FOR CIVIL CONTEMPT SANCTIONS**
**<u>AGAINST FIRSTBANK PUERTO RICO</u>**

PLEASE TAKE NOTICE THAT, on September 13, 2012, Barclays Capital Inc. filed a motion for civil contempt sanctions against FirstBank Puerto Rico (the "Contempt Motion") in the above-captioned proceedings (D.I. 20 in Adversary Proc. No. 10-4103 (JMP)), which is now fully briefed.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Contempt Motion, which had previously been set for September 18, 2013, has been rescheduled to take place on October 23, 2013 at **10:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 601, New York, New York 10004.

Dated: October 21, 2013
New York, New York

Respectfully submitted,

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: _____s/ Jeffrey A. Mitchell_____<br>Jeffrey A. Mitchell<br>Judith R. Cohen | By: _____s/ Boaz S. Morag_____<br>Lindsee P. Granfield<br>Boaz S. Morag |
| 1633 Broadway<br>New York, NY 10019<br>(212) 277-6500 | One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| *Attorneys for FirstBank Puerto Rico* | *Attorneys for Barclays Capital Inc.* |