UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :
               Debtors.                           :    (Jointly Administered)
-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PORTIONS OF CLAIM

Reference is made to proof of claim number 18074 filed against Lehman Brothers Holdings Inc. by Barclays Bank PLC ("Barclays"), in the aggregate amount of at least $1,336,813,993 (the "Claim").

PLEASE TAKE NOTICE that Barclays hereby withdraws the portions of the Claim (collectively the "Withdrawn Portions") described in:

1. Section II(B)(i) of the attachment to the Claim (in connection with a Global Master Repurchase Agreement) – filed in the amount of $40,728,199.00 plus costs and expenses;

2. Section II(B)(ii) of the attachment to the Claim (in connection with certain misdirected funds) – filed in the amount of $500,000.00 plus interest; and

3. Section II(B)(iii) of the attachment to the Claim (in connection with an International Uniform Brokerage Execution Services Agreement) – filed in the amount of $682,645.28 plus interest.

Barclays hereby directs Epiq Bankruptcy Solutions LLC to expunge the Withdrawn Portions from the claims register. Barclays represents and warrants that the withdrawal of the Withdrawn Portions is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. The withdrawal of the Withdrawn Portions is without prejudice to, and shall not affect, any other claims or any other portion of the Claim asserted against Lehman Brothers Holdings Inc. or its affiliates by Barclays or its affiliates. For the avoidance of doubt, nothing herein shall affect any portion of the Claim other than the Withdrawn Portions.

Dated: __/10/2013
       New York, New York

_____
BARCLAYS BANK PLC
By: GILES GODFREY
745 Seventh Avenue
New York, New York 10019