FILED / RECEIVED
OCT 21 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                                      :      Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :      08-13555 (JMP)
                                                           :
                        Debtors.                           :      (Jointly Administered)

-----------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Michel & Odette Noujaim<br>60 Rue du Liban<br>Immeuble Noujaim<br>Beirut, Lebanon |
| Claim Number (if known): | 17135 |
| Date Claim Filed: | October 7, 2009 |
| Total Amount of Claim Filed: | $259,552 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signatures]* | Title: OWNER  OWNER |
|---|---|
| Printed Name: MICHEL NOUJAIM   Odette Noujaim | Dated: 09-15-2013   09.15.13 |

US_ACTIVE:\44096563\1\58399.0011



EPIC BANKRUPTCY SOLUTIONS LLC
ATTN LEHMAN BROTHERS HOLDINGS
757 THIRD AVENUE
3RD FLOOR
NEW YORK, NEW YORK 10017

FILED/RECEIVED
OCT 21 2013