WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                             :   **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :   **08-13555 (JMP)**
                                                                  :
Debtors.                                                          :   **(Jointly Administered)**
                                                                  :
                                                                  :
-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF FOUR HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED AND DUPLICATE CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Four Hundred Thirty-Sixth Omnibus Objection to Claims (Amended and Superseded and Duplicate Claims) [ECF No. 40140] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:  October 21, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44352413\1\58399.0011

## **Exhibit A**

## **Claim for Which Objection Is Withdrawn:**

| Claimant Name | Claim Number |
|---|---|
| MARCOS, PILAR LUEJE | 45173 |

US_ACTIVE:\44352413\1\58399.0011