BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings
Inc. and Certain of Its Affiliates.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF ADJOURNMENT
### OF CLAIMS OBJECTION HEARING WITH RESPECT TO
### <u>OBJECTION TO PROOFS OF CLAIM NO. 42913</u>

PLEASE TAKE NOTICE that the hearing on the Objection to Claim No. 42913 that was scheduled for October 24, 2013, at 10:00 a.m (Prevailing Eastern Time) **has been adjourned to December 19, 2013 at 10 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 21, 2013
      New York, New York

                                        /s/ Brijesh Dave
                                        Brijesh P. Dave
                                        LEHMAN BROTHERS HOLDINGS INC.
                                        OFFICE OF THE GENERAL COUNSEL
                                        1271 Avenue of the Americas
                                        New York, New York 10020
                                        Telephone: (646) 285-9441
                                        Facsimile: (646) 285-9337

                                        *Attorney for Lehman Brothers Holdings Inc. and*
                                        *Certain of Its Affiliates*