**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | |
| Debtors. | Jointly Administered |

**ORDER SHORTENING THE TIME FOR NOTICE OF AND SCHEDULING A HEARING TO CONSIDER THE MOTION OF THE FEDERAL HOUSING FINANCE AGENCY AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION TO STAY THE HEARING ON LEHMAN BROTHERS HOLDINGS INC.'S MOTION TO CLASSIFY AND ALLOW THE CLAIM FILED BY THE FEDERAL HOME LOAN MORTGAGECORPORATION (CLAIM NO. 33568) IN LBHI CLASS 3**

Upon the motion of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation (the "Motion")[1] for entry of an order pursuant to Bankruptcy Rule 9006 and Local Bankruptcy Rule 9006 shortening the time for notice of and scheduling a hearing on the Federal Housing Finance Agency's and the Federal Home Loan Mortgage Corporation's motion to stay (the "Stay Motion") consideration of LBHI's motion to classify and allow the claim filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3, and the attached Declaration of Michael J. Canning, dated October 21, 2013 (the "Canning Declaration"), and there appearing to be good and sufficient cause to this Court for the requested relief, it is hereby

ORDERED, that on October 24, 2013 (the "Hearing Date"), at 10:00 a.m. (Prevailing Eastern Time) in Courtroom 601, at the United States Bankruptcy Court for the Southern District

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

- 1 -

- 2 -

of New York, this Court shall hold a hearing on the Motion of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Stay Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3; and it is further

ORDERED that any objections to the relief requested in the Stay Motion shall be served and filed on or before October 23, 2013; and it is further

ORDERED that no further notice or service of the Stay Motion is required.

Dated: _____, 2013

_____
United States Bankruptcy Judge