WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x
                                                                                 :
**In re**                                                                        :    **Chapter 11 Case No.**
                                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                                     :    **08-13555 (JMP)**
                                                                                 :
                    **Debtors.**                                                 :    **(Jointly Administered)**
                                                                                 :
---------------------------------------------------------------------------------x
                                                                                 :
**In re**                                                                        :
                                                                                 :    **Case No.**
**LEHMAN BROTHERS INC.,**                                                        :
                                                                                 :    **08-01420 (JMP) (SIPA)**
                    **Debtor.**                                                  :
                                                                                 :
---------------------------------------------------------------------------------x

US_ACTIVE:\44349961\1\58399.0011

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
THE SIXTY-SIXTH OMNIBUS HEARING ON OCTOBER 23, 2013 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **Room 601**,
One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**I.     CONTESTED MATTERS:**

1.     Motion of Baupost Group, LLC to Quash Debtors' Subpoena Issued Under
Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 38941**]

Response Deadline:     September 5, 2013 at 4:00 p.m.

Response Received:

A.     Debtors' Opposition [**ECF No. 39947**]

Related Documents:

B.     Declaration of Richard W. Slack in Support of Debtors'
Opposition [**ECF No. 39948**]

C.     Declaration of D. Ross Martin in Support of the Motion of Baupost
Group, LLC [**ECF No. 40433**]

D.     Reply of Baupost Group, LLC to Debtors' Opposition to Baupost's
Motion to Quash Debtors' Subpoena [**ECF No. 40434**]

E.     Supplemental Declaration of Matthew A. Schwartz in Support of
Motion of Baupost Group, LLC [**ECF No. 40435**]

Status:  This matter is going forward.

**IN RE LEHMAN BROTHERS AUSTRALIA LIMITED [CASE NO. 12-10063]**

**II.     STATUS CONFERENCE:**

2.     In re Lehman Brothers Australia Limited Status Conference

Related Documents:

A.     Chapter 15 Petition for Recognition of Foreign Proceeding [**ECF
No. 1**]

2

B.        Declaration of Marcus Ayres in Support of Verified Petition **[ECF No. 2]**

C.        Declaration of Marcus Ayres Pursuant to 11 U.S.C. Sec. 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure **[ECF No. 3]**

D.        Verified Petition for Recognition and Chapter 15 Relief **[ECF No. 4]**

E.        Status Report of Foreign Representatives for the October 10, 2012 Status Conference **[ECF No. 20]**

F.        Motion for Entry of an Order Approving a Settlement Agreement with Certain U.S. Insurers **[ECF No. 22]**

G.        Order Approving a Settlement Agreement Between LBA and Certain U.S. Insurers **[ECF No. 24]**

H.        Status Report of the Foreign Representatives for October 23,2013 Status Conference **[ECF No. 27]**

<u>Status</u>:  This matter is going forward solely as a status conference.

## III.    <u>ADVERSARY PROCEEDINGS</u>:

3.        Lehman Brothers Holdings Inc., *et al*. v. Citibank, N.A., *et al*. [**Adversary Case No. 12-01044**]

**Motion Provisionally Allowing Claims**

<u>Related Documents</u>:

A.        Plaintiffs' Motion for Entry of an Order Provisionally Allowing Claims Filed by Citibank, N.A. and Authorizing Lehman Brothers Holdings Inc. to Satisfy those Claims with Funds On Deposit [**ECF No. 29**]

B.        Memorandum of Law in Support of Plaintiffs' Motion [**ECF No. 30**]

C.        Citibank's Memorandum of Law in Opposition to Plaintiffs' Motion [**ECF No. 33**]

D.        Declaration of William A. Clareman in Support of Citibank's Memorandum of Law in Opposition to Plaintiffs' Motion [**ECF No. 34**]

US_ACTIVE:\44349961\1\58399.0011

    E.    Declaration of Sugam Mehta in Support of Citibank's Memorandum of Law in Opposition to Plaintiffs' Motion [**ECF No. 35**]

    F.    Reply Memorandum of Law of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al*. in Further Support of Plaintiffs' Motion [**ECF No. 36**]

Status:  This matter is going forward.

4.    Lehman Brothers Holdings Inc., *et al*. v. Dr HC Tschira Beteiligungs GmbH & Co KG [**Adversary Case No. 13-01431**]

**Pre-Trial Conference and Informal Rule 7007.1 Conference on Tschira's Motion for Protective Order**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Summons with Notice of Pre-Trial Conference [**ECF No. 2**]

    C.    LBHI's Rule 26(f) Report and Proposed Scheduling Order [**ECF No. 7**]

    D.    Dr HC Tschira Beteiligungs GmbH & Co KG, Klaus Tschira Stiftung GGmbH's Response to LBHI's Purported "Rule 26(f) Report and Proposed Scheduling Order [**ECF No. 8**]

    E.    Statement Pursuant to Federal Rule Of Bankruptcy Procedure 7007.1 And Local Rule 7007.1-1 [**ECF No. 9**]

    F.    Notice of Defendants' Motion to Dismiss [**ECF No. 10**]

    G.    Memorandum of Law in Support of Defendants' Motion to Dismiss [**ECF No. 11**]

    H.    Declaration of David A. Kotler in Support of Defendants' Motion to Dismiss [**ECF No. 12**]

Status:  This matter is going forward.

5.    FirstBank Puerto Rico v. Barclays Capital, Inc. [**Adversary Case No. 10-04103**]

**Motion for Civil Contempt Sanctions**

4

Related Documents:

A.   Notice of Motion of Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order, dated September 13, 2012 [**ECF No. 20 / 08-13555, ECF No. 30904**]

B.   Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order [REDACTED], dated September 13, 2012 [**ECF No. 21 / 08-13555, ECF No. 30905**]

C.   Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order [REDACTED], dated September 13, 2012 **[ECF No. 22 / 08-13555, ECF No. 30906]**

D.   Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order, dated September 13, 2012 **[ECF No. 31 / 08-13555, ECF No. 31178]**

E.   Declaration of Jeffrey A. Mitchell in Opposition to the Motion by Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico **[ECF No. 71]**

F.   Memorandum of Law in Opposition to the Motion by Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico - FILED UNDER SEAL Pursuant to Paragraph 17 of the Confidentiality Stipulation and Protective Order Between Barclays Capital Inc. and FirstBank Puerto Rico, So Ordered on April 5, 2011 [Dkt. No. 6] **[ECF No. 72]**

G.   [REDACTED] Reply Memorandum of Law in Further Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order **[ECF No. 77 / 08-13555, ECF No. 39196]**

H.   Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order, dated August 5, 2013 **[ECF No. 78 / 08-13555, ECF No. 39197]**

5

I.   [FILED UNDER SEAL] Reply Memorandum of Law in Further Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order **[ECF No. 82]**

Status:  This matter is going forward.

## IV.   ADJOURNED MATTERS:

## A.   Lehman Brothers Holdings Inc. Chapter 11 Cases

6.   Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

Response Deadline:   February 9, 2011 at 4:00 p.m.

Responses Received:

A.   Debtors' Objection [**ECF No. 14398**]

B.   Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

Related Documents:

C.   Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

D.   Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

Status:  This matter has been adjourned to November 20, 2013 at 10:00 a.m.

7.   Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:   September 11, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to November 20, 2013 at 10:00 a.m.

6

8.      Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:     September 26, 2013 at 4:00 p.m.

Response Received:

      A.      LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 40232**]

Related Documents:   None.

Status:  This matter has been adjourned to November 20, 2013 at 10:00 a.m.

**B.      Securities Investor Protection Corporation Proceedings**

9.      Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

Response Deadline:     August 8, 2012 at 4:00 p.m.

Responses Received:

      A.      Response of LBHI Entities [**LBI ECF No. 5211**]

      B.      Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

      C.      Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

      D.      Trustee's Opposition [**LBI ECF No. 5215**]

      E.      Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**] **3**

      F.      Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

7

Related Documents:

G.     Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

H.     Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

I.     FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

J.     Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

K.     Stipulation and Agreed Order Resolving Motion of FirstBank Puerto Rico for Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim [**LBI ECF No. 6303**]

L.     Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc. [**LBI ECF No. 6938**]

M.     Notice of Hearing [**LBI ECF No. 6952**]

N.     So Ordered Stipulation and Order [**LBI ECF No. 7348**]

O.     Amended Notice of Hearing [**LBI ECF No. 7356**]

8

      P.      Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040, 6193, 6322, 6746, 7019, 7449**]

<u>Status</u>: This matter has been adjourned to November 20, 2013 at 10:00 a.m.

Dated:  October 22, 2013
       New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

Dated:  October 22, 2013
       New York, New York

                    /s/ Jeffrey S. Margolin
                    James B. Kobak, Jr.
                    Christopher K. Kiplok
                    Jeffrey S. Margolin

                    HUGHES HUBBARD & REED LLP
                    One Battery Park Plaza
                    New York, New York 10004
                    Telephone: (212) 837-6000
                    Facsimile: (212) 422-4726

                    Attorneys for James W. Giddens, Trustee for
                    the SIPA Liquidation of Lehman Brothers Inc.

US_ACTIVE:\44349961\1\58399.0011