**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | |
| Debtors. | Jointly Administered |

---

### CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in

the State of New York, respectfully show that on the 17th day of October, 2013, the annexed

**OPPOSITION OF THE FEDERAL HOUSING FINANCE AGENCY AND THE**

**FEDERAL HOME LOAN MORTGAGE CORPORATION TO LEHMAN BROTHERS**

**HOLDING INC.'S MOTION TO CLASSIFY AND ALLOW THE CLAIM FILED BY**

**THE FEDERAL HOME LOAN MORTGAGE CORPORATION (CLAIM NO. 33568) IN**

**LBHI CLASS 3** was served by hand delivery upon:

> David J. Lender, Esq.
> Lori R. Fife, Esq.
> Alfredo R. Perez, Esq.
> Weil, Gotshal & Mange LLP
> 767 Fifth Avenue
> New York, New York 10153
>
> Tracy Hope Davis, Esq.
> Susan Golden, Esq.
> Andrea B. Schwartz, Esq.
> Office of the United States
>   Trustee for Region 2
> U.S. Federal Office Building
> 201 Varick Street, Suite 1006
> New York, New York 10014

Anthony D. Boccanfuso