UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                           : Chapter 11 Case No. 08-13555 (JMP)
                                                 :
LEHMAN BROTHERS HOLDINGS INC.,                   :
et al.,                                          : Jointly Administered
                Debtors.                         :

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 18th day of October, 2013, the annexed **MOTION OF THE FEDERAL HOUSING FINANCE AGENCY AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION TO STAY LEHMAN BROTHERS HOLDING INC.'S MOTION TO CLASSIFY AND ALLOW THE CLAIM FILED BY THE FEDERAL HOME LOAN MORTGAGE CORPORATION (CLAIM NO. 33568) IN LBHI CLASS 3** was served by hand delivery upon:

David J. Lender, Esq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq.
Weil, Gotshal & Mange LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
Office of the United States
 Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Anthony D. Boccanfuso