B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NOMURA CORPORATE FUNDING AMERICAS, LLC | SOLUS CORE OPPORTUNITIES LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Nomura Corporate Funding Americas, LLC
2 World Financial Center, Building B
New York, NY 10281
Attention: Charuti Patel
212-667-1324
charuti.patel@nomura.com

Court Claim # (if known): <u>15921</u>
Amount of Claim Transferred: <u>$7,682,970.61</u>
Date Claim Filed: <u>September 17, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

NYDOCS03/974376.3A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: /s/ Solomon J. Noh          Date: 10/21/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

SOLUS CORE OPPORTUNITIES LP
By: Solus Alternative Asset Management LP
    Its Investment Advisor

By: _____          Date: 10/21/2013
    Transferor/Transferor's Agent

NYDOCS03/974376.3A