Stephen E. Hessler
Mark E. McKane (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Counsel for Elliot Management Corporation and*
*King Street Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Kirkland & Ellis LLP appears in the above-captioned cases as Counsel and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following address and further requests to be added to the master service list:

> KIRKLAND & ELLIS LLP
> 601 Lexington Avenue
> New York, New York  10022
> Telephone:    (212) 446-4800
> Facsimile:    (212) 446-4900
> Attn:    Stephen E. Hessler
>              stephen.hessler@kirkland.com
>              Mark E. McKane
>              mark.mckane@kirkland.com

KE 28222885.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

Dated: October 22, 2013
      New York, New York

                                          /s/ Stephen E. Hessler
KIRKLAND & ELLIS LLP
Stephen E. Hessler
Mark E. McKane
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

*Counsel for Elliot Management Corporation and King Street Capital Management, L.P.*