# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

October 23, 2013

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
**Forty-seventh Status Report**

Dear Judge Peck:

The six Mediators have requested again, your Honor, that I submit this monthly report (the forty-seventh) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the October 23, 2013 omnibus hearing.

In the 35 days following the last prior report, Debtors served four additional ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 435. During the immediately past reporting period, Debtors achieved settlements with counterparties in one ADR matter, not as a result of mediation. Upon closing of such settlement, Debtors will have received an aggregate total of $1,845,005,288 new dollars for the Debtors' estates. Settlements now have been achieved in 281 ADR matters involving 375 counterparties.

Honorable James M. Peck  
October 23, 2013  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 120 ADR matters that have reached the mediation stage in Tier One and have been concluded, 112 have been settled in mediation. Only eight Tier One mediations have terminated without settlement. Ten additional Tier One mediation have been scheduled to commence on the following dates: ' October 24; November 4, 7, 14 (2); December 3, 12, 13 (2), 2013; and January 13, 2014.

Respectfully submitted,

*Peter Gruenberger (MP)*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc: Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)