DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
David H. Wander, Esq.
dhw@dhclegal.com
*Attorneys for The Joint Administrators of LB Holdings Intermediate 2 Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,      Case No. 08-13555 (JMP)

                                                         Debtor.        Jointly Administered
------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PROCESS

**PLEASE TAKE NOTICE**, that Davidoff, Hutcher & Citron LLP hereby appears in the above captioned case as attorneys for **The Joint Administrators of LB Holdings Intermediate 2 Ltd.** and, pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, demands that any and all notices given in this case be given to and served upon the undersigned at the following address:

> David H. Wander, Esq.
> DAVIDOFF HUTCHER & CITRON LLP
> 605 Third Avenue, 34th Floor
> New York, New York 10158
> (212) 557-7200 telephone
> (212) 286-1884 facsimile
> dhw@dhclegal.com

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes the notices and papers referred to in the Bankruptcy Rules specified above and all applications, motions, pleadings, requests, complaints and other documents filed in this case.

480301

**PLEASE TAKE FURTHER NOTICE**, that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right of **The Joint Administrators of LB Holdings Intermediate 2 Ltd.** including any right (i) to have final orders in non-core matters entered only after de novo review by a U.S. District Court Judge, (ii) to trial by jury, and (iii) to have the U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:  New York, New York
          October 23, 2013

                                                    DAVIDOFF HUTCHER & CITRON  LLP

                                                    By:  /s/ David H. Wander
                                                           David H. Wander, Esq.
                                                    605 Third Avenue
                                                    New York, New York 10158
                                                    (212) 557-7200
                                                    dhw@dhclegal.com
                                                    *Attorneys for The Joint Administrators of LB Holdings Intermediate 2 Ltd.*

480301