WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                   :     **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :     **08-13555 (JMP)**
                                                        :
                        Debtors.                        :     **(Jointly Administered)**
                                                        :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF FOUR HUNDRED THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that on September 17, 2013, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* for the entities in the above-referenced chapter 11 cases, filed the Four Hundred Thirty-Seventh Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [ECF No. 40141] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator is withdrawing without prejudice the Objection *solely* with respect to the claim identified on Exhibit A annexed hereto.  The Plan Administrator reserves its rights to object to the claim

US_ACTIVE:\44298876\1\58399.0011

listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  October 23, 2013
         New York, New York

                                                  /s/ Robert J. Lemons
                                                Robert J. Lemons

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers Holdings
                                                Inc. and Certain of Its Affiliates

## Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Four Hundred Thirty-Seventh Omnibus Objection to Claims ||
|---|---|
| **Claimant** | **Claim No.** |
| Dr's Horst & Elisabeth Meurer | 9969 |