UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 9018 AUTHORIZING THE DEBTORS TO FILE
UNDER SEAL INFORMATION DESIGNATED AS CONFIDENTIAL IN
DEBTORS' ADVERSARY COMPLAINT AGAINST GIANTS STADIUM LLC**

Upon the *ex parte* motion, dated October 22, 2013 (the "Motion") of Lehman Brothers Special Financing ("LBSF") and Lehman Brothers Holdings, Inc. ("LBHI," and together with LBSF, "Lehman" or "Debtors"), pursuant to Section 107(b) of United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing Lehman to file under seal certain portions of its adversary complaint (the "Complaint"), as more fully described in the Motion; and upon consideration of the Motion and related papers; and due and appropriate notice of the Motion having been given, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Lehman is authorized to file the Designated Material[1] under seal by delivering the Complaint to Chambers and to the Clerk of the Court's attention with a letter referencing this Order; and it is further

ORDERED that the Designated Material subject to this Order shall remain under seal and shall not be made available to anyone, other than as provided for in this Order,

---

[1] Capitalized terms that are used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

without the consent of Lehman and Giants Stadium LLC ("Giants Stadium") or without further order of the Court; *provided, however*, that Giants Stadium, at its own discretion, may redesignate the Designated Documents, and accordingly the Designated Material, so that such documents and material are no longer designated "confidential," and that Lehman or Giants Stadium may at any time request that this Court lift the seal; and it is further

ORDERED that the Designated Material shall be made available only to the Court, Giants Stadium and Lehman (the "Parties"), including the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc., counsel for the Parties, and other individuals listed in Paragraph 5 of the Amended Stipulation Governing the Production of Confidential Materials that Lehman and Giants Stadium, a copy of which was filed with the Motion as Exhibit B; and it is further

ORDERED that Lehman will dispose of the Designated Material provided to the Court at the conclusion of the adversary proceeding to the extent that such material has not otherwise properly been made public; and it is further

ORDERED that notwithstanding anything contained in the Bankruptcy Code, the Bankruptcy Rules, or the Local Bankruptcy Rules of the Southern District of New York, the terms and conditions of this Order (i) shall be immediately effective and enforceable upon its entry and (ii) shall not prejudice the rights of any party in interest or the United States Trustee to seek to unseal the Designated Material in whole or in part; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
October 23, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge