JS 44C/SDNY
REV. 7/2012

# CIVIL COVER SHEET

13CV7481
Schofield
Pitman

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal Home Loan Mortgage Corporation
FEDERAL HOME LOAN MORTGAGE CORPORATION

**DEFENDANTS**
LEHMAN BROTHERS HOLDINGS INC.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Michael J. Canning, Richard M. Alexander, Nancy G. Milburn*
Arnold & Porter LLP, 399 Park Avenue, New York, NY 10022
Telephone: (212) 715-1000; Facsimile: (212) 715-1399

**ATTORNEYS (IF KNOWN)**
David J. Lender, Lori R. Fife, Alfredo R. Perez
Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153
Telephone: (212) 310-8000; Facsimile: (212) 310-8007

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Housing and Economic Recovery Act of 2008, 12 U.S.C. § 4501, et seq. (2008)

Has this or a similar case been previously filed in SDNY at any time?  No [ ]  Yes [X]   Judge Previously Assigned _____

If yes, was this case Vol. [ ] Invol. [ ]   Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No [X]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)    **NATURE OF SUIT**

**TORTS**                                                                      **ACTIONS UNDER STATUTES**

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)

**PERSONAL INJURY**
[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**
[ ] 610 AGRICULTURE
[ ] 620 OTHER FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**IMMIGRATION**
[ ] 462 NATURALIZATION APPLICATION
[ ] 463 HABEAS CORPUS- ALIEN DETAINEE
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[X] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____ OTHER_____    JUDGE_____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

*Mark S. Landman, Landman Corsi Ballaine & Ford P.C., 120 Broadway, New York, New York 10271, Telephone: (212) 238-4800; Facsimile: (212) 238-4848

H.  Pursuant to the New EETC, American is required, among other things, to make the Prepetition Notes Repayment and to obtain the release of the liens securing the Prepetition Secured Obligations on the terms set forth in this Order.

I.  The Prepetition Notes Repayment does not require the payment of any Prepetition Make-Whole Amount pursuant to the Prepetition Notes Indentures and operation of law.

J.  The Aircraft constitute "equipment" within the meanings of sections 1110(a)(3)(A)(i) and 1110(a)(3)(B) of the Bankruptcy Code and, together with the New Indentures and the New Equipment Notes, are subject to the provisions of section 1110 of the Bankruptcy Code, except as described in the last sentence of this paragraph. American holds an air carrier operating certificate issued by the Secretary of Transportation pursuant to chapter 447 of title 49, United States Code, for aircraft capable of carrying 10 or more individuals or 6,000 pounds or more of cargo. As provided in Section 7.12 of the New Participation Agreements and Section 10.12 of the New Indentures, the stay arising under section 1110 of the Bankruptcy Code will not be applicable to the Aircraft during these chapter 11 cases with respect to the New Financing Agreements and obligations thereunder.

K.  Good cause exists for granting the New Loan Trustee relief from the automatic stay pursuant to section 362 of the Bankruptcy Code to permit the New Loan Trustee and the other parties to the New Financing Agreements to enforce the terms of the New Financing Agreements to which each such person is a party and to exercise any and all remedies thereunder without further order of this Court (except as provided herein), on the terms and conditions set forth in the New Financing Agreements and this Order.

L.  The terms and conditions of the New Financing Agreements are fair, reasonable and appropriate under the circumstances, including, without limitation, provisions requiring

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | | |
|---|---|---|---|---|---|---|
| [X] 1 Original Proceeding | [ ] 2 Removed from State Court<br>[ ] a. all parties represented<br>[ ] b. At least one party is pro se. | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation | [ ] 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE |
|---|---|---|
| [ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY | | CITIZENSHIP BELOW. (28 USC 1332, 1441) |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Federal Housing Finance Agency
400 7th Street, SW
Washington, DC 20024

District of Columbia

Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive
McLean, VA 22102

Fairfax County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
New York, NY 10020

New York County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 10/21/13    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 12    Yr. 1973 )
RECEIPT #    Attorney Bar Code # MC8060

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

avoidance of doubt, any Prepetition Make-Whole Amount) and the other Operative Documents or Pass Through Documents (as such terms are defined in the applicable Prepetition Notes Indenture, the "**Prepetition Operative Documents**" and the "**Prepetition Pass Through Documents**", respectively).

E. All of the Prepetition Notes became immediately due and payable on the Commencement Date.

F. On January 11, 2012, pursuant to Section 1110(a) of the Bankruptcy Code and that this Court's Order approving the Debtor's *Motion for an Order Authorizing the Debtors to (I) Enter Into Agreements Under Section 1110(A) Of The Bankruptcy Code, (II) Enter Into Stipulations To Extend The Time To Comply With Section 1110 Of The Bankruptcy Code And (III) File Redacted Section 1110(B) Stipulations* [Docket No. 190], American elected pursuant to section 1110(a) of the Bankruptcy Code to agree to perform under the Prepetition Notes during these chapter 11 cases and has made all regularly scheduled payments of principal and interest due under the Prepetition Notes since the Commencement Date.

G. The Debtors are unable to obtain postpetition financing in an amount required to fund the Prepetition Notes Repayment on more favorable terms than those reflected in the New Financing Agreements. The Debtors are unable to obtain unsecured credit to fund the Prepetition Notes Repayment allowable only as an administrative expense pursuant to section 503(b)(1) of the Bankruptcy Code. The Debtors are also unable to obtain credit to fund the Prepetition Notes Repayment without granting to the New Loan Trustee (for the ratable benefit of the holders of the New Equipment Notes) liens on assets of the Debtors pursuant to section 364(c)(2) of the Bankruptcy Code. The New EETC will result in substantial benefits to the Debtors in light of the reduced interest rates payable thereunder.

6