WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                       :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

--------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |

--------------------------------------------------------------------x

# NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR CLAIMS HEARING ON OCTOBER 24, 2013 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**I.    CONTESTED MATTERS:**

1. Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 34303**]

   Response Deadline:    June 13, 2013 at 4:00 p.m.

   Responses Received:

   A. Creditor's Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 35026**]

   B. Creditor's Amended Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 36165**]

   C. Creditor's Second Amended Response and Opposition to Plan Administrator's Omnibus Objection and Reply to Claims Filed by Deborah E. Focht; and, Creditor's Motion for Order of Allowance and Payment Deeming Claim Nos.: 34380 and 34381, as Timely Filed; Or in the Alternate Motion for Stay, Discovery, Determinations; and, Extension of Time to File Amended Claims and Response [**ECF No. 38147**]

   D. Creditor's Opposition and Motion to Strike the Plan Administrator's Reply to Deborah E. Focht's Second Amended Response to Plan Administrator's Omnibus Objection to Claims [**ECF No. 38796**]

   Related Documents:

   E. Plan Administrator's Reply to Deborah Focht's Amended Response [**ECF No. 36737**]

   F. Order Granting Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 36993**]

   G. Reply to Deborah E. Focht's Second Amended Response to Plan Administrator's Omnibus Objection to Claims [**ECF No. 38138**]

2

      H.      Order Establishing Hearing on Plan Administrators Omnibus Objection to Claims Filed by Deborah E. Focht [**ECF No. 40246**]

Status:  This matter is going forward on a contested basis.

2. Motion of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Stay Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 **[ECF No. 40570]**

   Response Deadline:  October 22, 2013 at 12:00 p.m.

   Response Received:

       A.    LBHI's Objection [**ECF No. 40462**]

   Related Document:

       B.    Order Shortening Time [**ECF No. 40628**]

   Status:  This matter is going forward on a contested basis.

3. Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40066**]

   Response Deadline:  October 15, 2013 at 4:00 p.m.

   Response Received:

       A.    Opposition of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No.  40550**]

   Related Documents:

       B.    Reply in Support of Motion to Classify and Allow the Claim filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) In LBHI Class 3 [**ECF No. 40630**]

       C.    Notice of Motion to Withdraw the Reference by the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation **[ECF No. 40567-1]**

       D.    Memorandum in Support of the Motion of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Withdraw the Reference **[ECF No. 40567]**

      E.      Declaration of Nancy G. Milburn in Support of Motion **[ECF No. 40568]**

      F.      Paragraph 60 of the Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [**ECF No. 23023**]

      G.      Stipulation and Agreement by and Among Fannie Mae, Freddie Mac and the Debtors Regarding the Debtors' Third Amended Plan [**ECF No. 22998**]

      H.      Pages 1951-1956 of the Report of Anton R. Valukas, Examiner [**ECF No. 7531**]

Status:  This matter is going forward on a contested basis.

### MATTER TO BE HEARD AT 11:00 A.M.

4. Motion of CarVal Investors, LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF Nos. 40469**]

    Response Deadline:  October 21, 2013 at 4:00 p.m.

    Responses Received:

          A.      Objection of Plan Administrator to Motions for Leave to Examine Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Joinders Thereto [ECF No. **40611**]

          B.      Objection by Joint Administrators of LBHI2 to (I) Motion of Carval Investors, LLC for Leave to Examine LBHI Pursuant to Bankruptcy Rule 2004; and (II) Motion of Davidson Kempner Capital Management LLC, as Investment Advisor, for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedures 2004 [**ECF No. 40677**]

    Related Documents:

          C.      Declaration of Kenneth Pasquale in Support of Motion of Carval Investors, LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 40470**]

          D.      Joinder of The Baupost Group, L.L.C. to Motion of Carval Investors, LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 40497**]

          E.      Statement of the Ad Hoc Group of Lehman Brothers Creditors in Response to the Motion of CarVal Investors, LLC for Leave to

    Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 40520**]

  F. Limited Joinder of SPCP Group, LLC to Motion of CarVal Investors, LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 and the Motion of Davidson Kempner Capital Management LLC, as Investment Advisor, for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 40539**]

  G. Joinder of Attestor Capital LLP In Support of Motions of Carval Investors, LLC and Davidson Kempner Capital Management LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Docket Nos. 40469 and 40532) [**ECF No. 40543**]

  H. Joinder and Reservation of Rights of Elliott Management Corporation and King Street Capital Management, L.P. in Support of Objection of Plan Administrator to Motions for Leave to Examine Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Joinders Thereto [**ECF No. 40671**]

  I. Reply to Motion Reply of CarVal Investors, LLC to the Objection of Plan Administrator to Motion for Leave to Examine LBHI Pursuant Federal Rule of Bankruptcy Procedure 2004 [40611, 40671, 40469] [**ECF No. 40674**]

  J. Reply of the Baupost Group, L.L.C. to Objection of Plan Administrator to Motions for Leave to Examine Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Joinders Thereto [**ECF No. 40676**]

Status: This matter is going forward on a contested basis.

5. Motion of Davidson Kempner Capital Management LLC, as Investment Advisor for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 40532**]

Response Deadline: October 21, 2013 at 4:00 p.m.

Responses Received:

  A. Objection of Plan Administrator to Motions for Leave to Examine Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Joinders Thereto [**ECF No. 40611**]

5

    B.    Objection by Joint Administrators of LBHI2 to (I) Motion of Carval Investors, LLC for Leave to Examine LBHI Pursuant to Bankruptcy Rule 2004; and (II) Motion of Davidson Kempner Capital Management LLC, as Investment Advisor, for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedures 2004 [**ECF No. 40677**]

Related Documents:

    C.    Limited Joinder of SPCP Group, LLC to Motion of CarVal Investors, LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 and the Motion of Davidson Kempner Capital Management LLC, as Investment Advisor, for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 40539**]

    D.    Joinder of Attestor Capital LLP In Support of Motions of Carval Investors, LLC and Davidson Kempner Capital Management LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Docket Nos. 40469 and 40532) [**ECF No. 40543**]

    E.    Joinder and Reservation of Rights of Elliott Management Corporation and King Street Capital Management, L.P. in Support of Objection of Plan Administrator to Motions for Leave to Examine Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Joinders Thereto[**ECF No. 40671**]

    F.    Reply of the Baupost Group, L.L.C. to Objection of Plan Administrator to Motions for Leave to Examine Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Joinders Thereto [**ECF No. 40676**]

Status: This matter is going forward on a contested basis.

## II. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc. Chapter 11 Cases

6. Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 27380**]

Response Deadline: May 17, 2012 at 4:00 p.m.

Status: The hearing for Claim No. 24073 has been adjourned to November 21, 2013.

7. Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34044**]

   Response Deadline:    February 19, 2013 at 4:00 p.m.

   Adjourned Response:

   A.    Response of Preferred Residential Securities 06-1 PLC

   Status:  This matter has been adjourned to November 21, 2013 at 10:00 a.m.

8. Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34728**]

   Response Deadline:    March 14, 2013 at 4:00 p.m.

   Adjourned Responses:

   A.    Response of Golden State Tobacco Securitization Corporation [**ECF No. 35918**]

   B.    Response of Tobacco Settlement Financing Corporation [**ECF No. 35919**]

   Status:  This matter has been adjourned to November 21, 2013 at 10:00 a.m.

9. Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

   Response Deadline:    July 18, 2013 at 4:00 p.m.

   Related Documents:

   A.    Notice of Adjournment [**ECF No. 38867**]

   B.    Notice of Adjournment [**ECF No. 39379**]

   C.    Notice of Adjournment [**ECF No. 40209**]

   D.    Notice of Adjournment [**ECF No. 40632**]

   Adjourned Responses:

   E.    Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 38911**]

   F.    Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 39281**]

7

    G.    Response of Wendy John [**ECF No. 38798**]

    H.    Supplemental Exhibits to Response of Wendy John [**ECF No. 40206**]

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Four Hundred Eighteenth Omnibus Objection to* Claims filed on October 22, 2013 [ECF No. 40632] has been adjourned to November 21, 2013 at 10:00 a.m.

10. Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 38018]**

Response Deadline:  July 18, 2013 at 4:00 p.m.

Status:  The hearing for Claim Nos. 21440 and 21441 has been adjourned to November 21, 2013.

11. Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 38018]**

Response Deadline:  September 19, 2013 at 4:00 p.m.

Status:  The hearing has been adjourned to November 21, 2013.

**B.  Lehman Brothers Inc. Proceeding**

12. Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:  August 1, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Ely Eddi [**LBI ECF No. 6951**]

Related Documents:

    B.    Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 7093**]

    C.    Notices of Adjournment [**LBI ECF No. 7039, 7106, 7434**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m., solely as to a certain claim.

13. Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6768**]

8

Response Deadline: August 2, 2013 at 4:00 p.m., extended for certain parties to September 9, 2013 at 4:00 p.m.

Responses Received:

- A. Response of Underwriter Claimants [**LBI ECF No. 7205**]
- B. Response of UBS Financial Services Inc. [**LBI ECF No. 7206**]

Related Documents:

- C. Withdrawal of Claims by SMH Capital, BB&T, and Edward D. Jones [**LBI ECF Nos. 6891, 6915, 6916**]
- D. Notice of Withdrawal [**LBI ECF No. 7086, 7160**]
- E. Declaration of Hayden McNamara [**LBI ECF No. 7194**]
- F. Declaration of Michael G. Zeiss [**LBI ECF No. 7195**]
- G. Declaration of Julie Lauck [**LBI ECF No. 7196**]
- H. Declaration of Jonathan R. Goldblatt [**LBI ECF No. 7197**]
- I. Declaration of William Nurthen [**LBI ECF No. 7198**]
- J. Declaration of Andrew Druch [**LBI ECF No. 7199**]
- K. Declaration of Mark Jensen [**LBI ECF No. 7200**]
- L. Declaration of Richard Rauchenberger [**LBI ECF No. 7201**]
- M. Declaration of Woodruff Polk [**LBI ECF No. 7202**]
- N. Declaration of Patrick Wo [**LBI ECF No. 7203**]
- O. Declaration of Peter Fox [**LBI ECF No. 7204**]
- P. Declaration of Kenneth G. Crowley [**LBI ECF No. 7207**]
- Q. Notices of Adjournment [**LBI ECF Nos. 7088, 7130, 7329, 7473**]

Status: This matter has been adjourned to January 16, 2014 at 10:00 a.m.

14. Trustee's Objection to the General Creditor Claim of Lawrence Fogarazzo, et al. [**LBI ECF No. 7078**]

Response Deadline: September 12, 2013 at 4:00 p.m., extended to September 25, 2013

Responses Received:

9

        A.      Lead Plaintiffs' Response [**LBI ECF No. 7345**]

Related Documents:

        B.      Notice of Adjournment [**LBI ECF No. 7414**]

Status: This matter has been adjourned to November 21, 2013 at 10:00 a.m.

15. Trustee's One Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims (Non-LBI Employee Claims) [**LBI ECF No.7089**]

Response Deadline:    September 12, 2013 at 4:00 p.m.

Response Received:

        A.      Response of Marc Bornebusch [**LBI ECF No. 7224**]

        B.      Response of Kathleen Ashe [**LBI ECF No. 7270**]

Related Documents:

        C.      Order Granting One Hundred Twenty-Eighth Omnibus Objection to General Creditor Claims (Non-LBI Employee Claims)  [**LBI ECF No. 7463**]

        D.      Notice of Adjournment *Sine Die* Solely as to Certain Claims [**LBI ECF No. 7401**]

Status: This matter has been adjourned to a date to be determined, solely as to certain claims.

16. Trustee's One Hundred Thirty-First Omnibus Objection to General Creditor Claims (Employee Equity Claims) [**LBI ECF No. 7158**]

Response Deadline:    September 19, 2013 at 4:00 p.m.

Response Received:

        A.      Response of Agnes Diaz [**LBI ECF No. 7272**]

        B.      Response of Paul C. Acerra [**LBI ECF No. 7280**]

        C.      Response of David J. Brooks [**LBI ECF No. 7280**]

        D.      Response of Paul Puskuldjian [**LBI ECF No. 7412**]

Related Documents:

        E.      Order Granting One Hundred Thirty-First Omnibus Objection to General Creditor Claims (Employee Equity Claims)  [**LBI ECF No. 7464**]

      F.      Notice of Adjournment *Sine Die* Solely as to Certain Claims [**LBI ECF No. 7402**]

    <u>Status</u>: This matter has been adjourned to a date to be determined, solely as to certain claims.

17.    Trustee's One Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 7159**]

    <u>Response Deadline</u>:    September 19, 2013 at 4:00 p.m., extended for a certain party to September 27, 2013 at 4:00 p.m.

    <u>Response Received</u>:

        A.      Response of Karen M. Krieger [**LBI ECF No. 7281**]

    <u>Related Documents</u>:

        B.      Order Granting One Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 7465**]

        C.      Notice of Adjournment *Sine Die* Solely as to a Certain Claim [**LBI ECF No. 7403**]

    <u>Status</u>: This matter has been adjourned to a date to be determined, solely as to a certain claim.

18.    Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7185**]

    <u>Response Deadline</u>:    September 27, 2013 at 4:00 p.m.

    <u>Response Received</u>:

        A.      Response of Louise Brodsky [**Not Docketed at LBI ECF**]

    <u>Related Documents</u>:

        B.      Order Granting Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7483**]

        C.      Notice of Adjournment [**LBI ECF No. 7448**]

    <u>Status</u>: This matter has been adjourned to November 21, 2013 at 10:00 a.m., solely as to a certain claim.

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**III.**    **<u>RESOLVED MATTERS</u>:**

11

19. Four Hundred Twenty-Third Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 38949**]

   Response Deadline:    August 22, 2013 at 4:00 p.m.

   Related Documents:

       A.    Notice of Adjournment [**ECF No. 39699**]

       B.    Notice of Adjournment [**ECF No. 40210**]

   Resolved Response:

       C.    Response of Georgia Department of Revenue [**ECF No. 39631**]

   Status:  The Response of Georgia Department of Revenue [ECF No. 39631] has been resolved.

20. Four Hundred Thirty-Seventh Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**ECF No. 40141**]

   Response Deadline:    October 17, 2013 at 4:00 p.m.

   Related Documents:

       A.    Notice of Withdrawal [**ECF No. 40483**]

       B.    Notice of Withdrawal [**ECF No. 40675**]

   Status:  This objection to the Claim of Dr.'s Horst & Elisabeth Meurer (Claim No. 9969) has been withdrawn.

Dated:  October 23, 2013
      New York, New York

                                 /s/ Robert J. Lemons
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Lehman Brothers Holdings Inc.
                              and Certain of Its Affiliates

Dated: October 23, 2013
      New York, New York

 /s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

13