# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDING INC., et al.,** | : | **Case No. 08-13555** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that Stichting The IAMEX Value Foundation hereby withdraws its *Notice of Partial Transfer of Claim other than for Security* filed on October 11, 2013 [Docket No. 40399] from STAALBANKIERS N.V. as transferor, to Stichting The IAMEX Value Foundation in the amount of USD 42,991.99.

The Notice of Partial Transfer [Docket No. 40399] was filed in error and was replace by the *Notice of Partial Transfer of Claim other than for Security* filed on October 11, 2013 [Docket No. 40411].

Respectfully submitted this 11th day of October, 2013.

**Stichting The IAMEX Value Foundation**

Keizersgracht 268
1016 EV AMSTERDAM
The Netherlands
Phone: +31 20 670 44 49

By: /s/ Jesse Kaptein

