# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDING INC., et al., | : | Case No. 08-13555 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that Stichting The IAMEX Value Foundation hereby withdraws its *Notice of Partial Transfer of Claim other than for Security* filed on October 11, 2013 [Docket No. 40401] from STAALBANKIERS N.V. as transferor, to Stichting The IAMEX Value Foundation in the amount of USD 15,145.27.

The Notice of Partial Transfer [Docket No. 40401] was filed in error and was replace by the *Notice of Partial Transfer of Claim other than for Security* filed October 11, 2013 [Docket No. 40408].

Respectfully submitted this 11th day of October, 2013.

**Stichting The IAMEX Value Foundation**

Keizersgracht 268
1016 EV AMSTERDAM
The Netherlands
Phone: +31 20 670 44 49

By: /s/ Jesse Kaptein



RECEIVED OCT 16 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK