UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
:
In re                                                                    :     Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :     08-13555 (JMP)
                                                                         :     (Jointly Administered)
                    Debtors.                                             :
                                                                         :
                                                                         :
-------------------------------------------------------------------------x     Ref. Docket Nos. 40408-40427


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lauren Rodriguez*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lauren Rodriguez

Sworn to before me this
23rd day of October, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ABDOELHAFIEZKHAN, R.S.A. & D.S.C. MICHIELSEN
     IJWEG 1734
     NIEUW VENNEP    2151 MP
     NETHERLANDS
```

Please note that your claim # 62499 in the above referenced case and in the amount of
         $707,550.00   allowed at $757,263.63           has been transferred **(unless previously expunged by court order)**

```
     STICHTING THE IAMEX VALUE FOUNDATION
     TRANSFEROR: ABDOELHAFIEZKHAN, R.S.A. & D.S.C. MICHIELSEN
     ATTN: J. KAPTEIN
     KEIZERSGRACHT 268
     AMSTERDAM    1016 EV
     NETHERLANDS
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40427          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/15/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 15, 2013.

# EXHIBIT B

```
TIME: 13:59:56                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 10/15/13                                         CREDITOR LISTING

Name                                              Address
ABDOELHAFIEZKHAN, R.S.A. & D.S.C. MICHIELSEN      IJWEG 1734 NIEUW VENNEP  2151 MP NETHERLANDS
B. VAN LEEUWEN BEHEER B.V.                        AMERONGERWETERING 44 AMERONGEN  3958 MD NETHERLANDS
BOERMA, E.                                        QUINTUSLAAN 7 GRONINGEN  9722 RS NETHERLANDS
BONS, D.J.W.A.                                    GERRIT DE BLANKENLAAN 1 LEIDERDORP  2351 EM NETHERLANDS
GRIJPSTRA, S.                                     TRANSFEROR: B.V. RECREATIEPARK LINNAEUSHOF RIJKSSTRAATWEG 4 BENNEBROCK  2121 AE NETHERLANDS
HOUDSTERMAATSCHAPPIJ SCHNEIDER B.V.               DE HEER E.A.A. SCHNEIDER EN DE HEER R.A.J.B. SCHNEIDER POSTBUS 34 LIMMEN  1906 ZG NETHERLANDS
MANAGEMENT EN ADVIESBURO VAN STEK BV              BIESLOOKVELD 9 SCHIEDAM  3124 VB NETHERLANDS
MEISCHKE, J.C.                                    KINDERDIJKSTRAAT 4 1079GH AMSTERDAM  NETHERLANDS
STAALBANKIERS N.V.                                ATTN: E. SCHILS POSTBUS 327 2501 CH DEN HAAG  NETHERLANDS
STICHTING SCHIEFBAAN HOVIUS                       P/A DRAAIKEVERSTRAAT 8 DEN HAAG  2492 TT NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ABDOELHAFIEZKHAN, R.S.A. & D.S.C. MICHIELSEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: B. VAN LEEUWEN BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BOERMA, E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BONS, D.J.W.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: GRIJPSTRA, S. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HOUDSTERMAATSCHAPPIJ SCHNEIDER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MANAGEMENT EN ADVIESBURO VAN STEK BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MEISCHKE, J.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STAALBANKIERS N.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STICHTING SCHIEFBAAN HOVIUS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN DER KRUIJS, J.F.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN DER KRUIJS, M.P.W. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN DER WIEL, M.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
VAN DER KRUIJS, J.F.M.                            PASTOOR OHLLAAN 26 G VLEUTEN  3451CC NETHERLANDS
VAN DER KRUIJS, M.P.W.                            RUBENSLAAN 55-1 UTRECHT  3582 JB NETHERLANDS
VAN DER WIEL, M.G.                                WESTERWEG 25 C PURMEREND  1447 AA NETHERLANDS


Total Number of Records Printed         26

                                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```