UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
              Debtors.                                            :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 40398-40401

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg Doc 40704 Filed 10/23/13 Entered 10/23/13 18:03:53 Main Document Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    STAALBANKIERS N.V.
               ATTN: E. SCHILS
               POSTBUS 327
               2501 CH DEN HAAG NETHERLANDS


Additional:




Transferee:    STICHTING THE IAMEX VALUE FOUNDATION
               ATTN: MR. J. KAPTEIN
               KEIZERSGRACHT 268
               AMSTERDAM 1016 EV AMSTERDAM



**Your transfer** of claim #  62700-01  is defective for the reason(s) checked below:

Other                                    Verify Transfer Amt from ALL portion, not Claim portion



Docket Number 40398            Date 10/11/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 15, 2013.

EXHIBIT B

```
TIME: 13:58:51                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 10/15/13                                    CREDITOR LISTING

Name                         Address
STAALBANKIERS N.V.           ATTN: E. SCHILS POSTBUS 327 2501 CH DEN HAAG    NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION  ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV AMSTERDAM


Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC