UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :    08-13555 (JMP)
                                                                         :    (Jointly Administered)
                    Debtors.                                             :
                                                                         :
                                                                         :
------------------------------------------------------------------------x    Ref. Docket Nos. 39974, 40128,
                                                                              40130, 40314, 40428-40430, 40440-
                                                                              40454, 40457-40459, 40461-40467,
                                                                              40484

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 17, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of October, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 39974, 40128, 40130...40461-40467, 40484_AFF_10-17-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: CITIGROUP FINANCIAL PRODUCTS INC.                CITIGROUP FINANCIAL PRODUCTS INC.
        TRANSFEROR: HLTS FUND II LP                     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        ATTN: BRIAN BROYLES                              ATTN: JAIME A. MADELL
        1615 BRETT ROAD, BLDG 3                          1285 AVENUE OF THE AMERICAS
        NEW CASTLE DE 19720                              NEW YORK NY 10019
```

Please note that your claim # 17718-05 in the above referenced case and in the amount of
    $3,457,499.69   allowed at $2,500,000.00     has been transferred **(unless previously expunged by court order)**

```
        BLACKWELL PARTNERS, LLC
        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
        C/O DUMAC, INC.
        ATTN: JANNINE LALL
        280 S. MANGUM ST., STE. 210
        DURHAM NC 27701-3671
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40428      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/17/2013                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 17, 2013.

EXHIBIT B

```
TIME: 14:37:38                                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 10/17/13                                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL HEDGED OPPORTUNTIES MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STATE STREET BANK AND TRUST COMPANY C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA ALETTI & C. S.P.A. | VIA SANTO SPIRITO, 14 20121 MILANO ITALY |
| BANCA CARIGE SPA | LUCA AMELOTTI BANCA CARIGE SPA VIA CASSA DI RISPARMIO 15 OFFICE 903 FINANZA POST TRADING GENOVA 16123 ITALY |
| BANCA CARIGE SPA | VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: BANCA CARIGE SPA SERVIZIA FINANZA-AMMINISTRAZIONE TITOLI ATTN: GERRY DE ALBERTI PIAZZA GARIBALDI, 16 SONDRIO 23100 ITALY |
| BLACKWELL PARTNERS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O DUMAC, INC. ATTN: JANNINE LALL 280 S. MANGUM ST., STE. 210 DURHAM NC 27701-3671 |
| BLACKWELL PARTNERS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O DUMAC, INC. ATTN: JANNINE LALL 280 S. MANGUM ST., STE. 210 DURHAM NC 27701-3675 |
| CITIGROUP FINANCIAL PRODUCTS INC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME A. MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC | TRANSFEROR: HLTS FUND II LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CWD OC 522 MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP; ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: PROSPERITAS STIFTUNG ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GONET & CIE | TRANSFEROR: UBS AG 6 BOULEVARD DU THEATRE CP-5009 GENEVE 11 CH-1211 SWITZERLAND |
| ILLIQUIDX LLP | TRANSFEROR: BANCA ALETTI & C. S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| LUCA GENONI | TRANSFEROR: UBS AG VIA FAM CARLO SCACCHI 18 CAPOLAGO 6825 SWITZERLAND |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SPECTRUM INVESTMENT PARTNERS LP ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: CWD OC 522 MASTER FUND, LTD. ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198 |
| PROSPERITAS STIFTUNG | LANDSTRASSE 11 / P.O. BOX 167 LI-9495 TRIESEN LIECHTENSTEIN |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD | C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD | JEFFREY A. SCHAFFER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: MANAGER 1250 BROADWAY, SUITE 810 NEW YORK NY 10022 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: STEPHEN C. JACOBS, GENERAL COUNSEL & COO C/O SPECTRUM GROUP MGMT LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| STATE STREET BANK AND TRUST COMPANY | TRANSFEROR: EURO BOND FUND II 3691 ATTN: KEVIN L. COURTNEY 1776 HERITAGE DRIVE JAB5N NORTH QUINCY MA 02171 |
| STATE STREET BANK AND TRUST COMPANY | TRANSFEROR: EURO BOND FUND II 3691 ATTN: KEVIN L. COURTNEY, SENIOR MANAGING COUNSEL 1776 HERITAGE DRIVE, JAB5N NORTH QUINCY MA 02171 |
| STATE STREET BANK AND TRUST COMPANY | ATTN: KEVIN L. COURTNEY 1776 HERITAGE DRIVE A5N QUINCY MA 02171 |
| STATE STREET BANK AND TRUST COMPANY | ATTN: KEVIN L. COURTNEY ESQ 1776 HERITAGE DRIVE A5N QUINCY MA 02171-2197 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY, L.P. | TRANSFEROR: WELLINGTON TRUST COMPANY, N.A. ATTN: KEVIN COURTNEY 1 LINCOLN ST, SFC 32 BOSTON MA 02111 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed           45                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC