UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                    Debtors.                                           :
                                                                       :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 39859, 39861,
                                                                            39926, 39929-39933, 39939, 39940,
                                                                            39942, 39953, 40019, 40031, 40038,
                                                                            40040-40043, 40045, 40046, 40123,
                                                                            40158, 40251, 40485-40489, 40491

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of October, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 39859, 39861, 39926...40485-40489, 40491_AFF_10-18-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     TRANSFEROR: AMUNDI ARBITRAGE VAR 2             DANIEL MIRANDA
     ATTN: AILEEN MONTANA                           BARCLAYS BANK PLC
     1301 SIXTH AVENUE, 8TH FLOOR                   745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                              NEW YORK NY 10019
```

Please note that your claim # 29801 in the above referenced case and in the amount of
     $1,400,408.00        has been transferred **(unless previously expunged by court order)**

```
     ATTESTOR VALUE MASTER FUND LP
     TRANSFEROR: BARCLAYS BANK PLC
     C/O ATTESTOR CAPITAL LLP
     ATTN: ANKE HEYDENREICH
     21 UPPER BROOK STREET
     LONDON    W1K7PY
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 39926     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/18/2013                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 18, 2013.

# EXHIBIT B

```
TIME: 15:55:46                                    LEHMAN BROTHERS HOLDING INC.                                               PAGE:    1
DATE: 10/18/13                                         CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
LP                                                NEW YORK NY 10022
ATTESTOR VALUE MASTER FUND LP                     TRANSFEROR: BARCLAYS BANK PLC C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON W1K7PY UNITED KINGDOM
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALBANK C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCO DI DESIO E DELLA BRIANZA S.P.A.             TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: STEFANIA MAZZONELLO VIA E. ROVAGNATI, 1 DESIO (MB) 20832 ITALY
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 DANIEL MIRANDA BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: AMUNDI ARBITRAGE VAR 2 ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                  LONDON W1F 9LT UNITED KINGDOM
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                           TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: STEFANIA CATELLANI VIA GANDHI, 2/C REGGIO EMILIA 42123 ITALY
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: WING LUNG BANK LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
LBI GROUP, INC.                                   TRANSFEROR: MUNICIPAL CORRECTIONS FINANCE LP C/O MICHAEL RIOS 1271 AVENUE OF THE AMERICAS, 39TH FLOOR NEW YORK NY 10020
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: SCHRIMSHER, RICK ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INCORPORATED
MUNICIPAL CORRECTIONS FINANCE LP                  ATTN: DONOVAN HICKS 5565 BANKERS AVENUE BATON ROUGE LA 70808
MUNICIPAL CORRECTIONS FINANCE LP                  ALVAREZ & MARSAL ATTN: MICHAEL RIOS 1271 AVENUE OF AMERICAS, 39TH FLOOR NEW YORK NY 10020
OCM OPPORTUNITIES FUND VIIB DELAWARE, LP          TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB DELAWARE, LP          TRANSFEROR: JPMORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB DELAWARE, LP          TRANSFEROR: JPMORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, LP                   TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, LP                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
                                                  LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, PARALLEL,            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
L.P.                                              333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, PARALLEL,            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
L.P.                                              LOS ANGELES CA 90071
QPTF LLC                                          TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE
                                                  NEW YORK NY 10106
QUANTUM PARTNERS LP                               TRANSFEROR: BARCLAYS BANK PLC C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
SCHRIMSHER, RICK                                  ANDREWS KURTH LLP ATTN: JOSEPH ROVIRA 600 TRAVIS, STE 4200 HOUSTON TX 77002
STONEHILL INSTITUTIONAL PARTNERS, L.P.            TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 883 THIRD AVENUE, 30TH FLOOR
                                                  NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, L.P.            TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                                  NEW YORK NY 10022
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:55:46                                         LEHMAN BROTHERS HOLDING INC.                                                        PAGE:     2
DATE: 10/18/13                                              CREDITOR LISTING

Name                            Address
TURNPIKE LIMITED                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                NEW YORK NY 10022
UBS AG                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                          TRANSFEROR: CREDIT SUISSE AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
VARDE FUND XI (MASTER), L.P., THE  TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
WGZ BANK AG, WESTDEUTSCHE       CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
 GENOSSENSCHAFTS-ZENTRALBANK
WGZ BANK AG, WESTDEUTSCHE       BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF D- 40227 GERMANY
 GENOSSENSCHAFTS-ZENTRALBANK
YORK GLOBAL FINANCE BDH, LLC    TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. C/O YORK CAPITAL MANAGEMENT 767 5TH AVE., 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed    46
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:58:17                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 10/18/13                                              CREDITOR LISTING

Name                                            Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 FUND LP                                        NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITES MASTER         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 FUND LP                                        NEW YORK NY 10022
BANCA PASSADORE                                 TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: MAURIZIO MUZIO SERVIZIO AMMINISTRATIVO TITOLI/UFFICIO AMMINISTRAZIONE TITOLI
                                                VIA E. VERNAZZA. 27 GENOVA  16121 ITALY
BANCO DI DESIO E DELLA BRIANZA SPA              TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: MIDDLE OFFICE DEPT VIA ROVAGNATI 1 DESIO (MB)  20033 ITALY
CANDLEWOOD SPECIAL SITUATIONS MASTER            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
 FUND, LTD.                                     NEW YORK NY 10017
CANDLEWOOD SPECIAL SITUATIONS MASTER            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE. SUITE 19B
 FUND, LTD.                                     NEW YORK NY 10017
CANDLEWOOD SPECIAL SITUATIONS MASTER            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP; ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
 FUND, LTD.                                     NEW YORK NY 10017
CWD OC 522 MASTER FUND, LTD.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
                                                NEW YORK NY 10017
CWD OC 522 MASTER FUND, LTD.                    TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O CANDLEWOOD INVESTMENT GROUP 777 THIRD AVE., SUITE 19B NEW YORK NY 10017
NOMURA CORPORATE FUNDING AMERICAS, LLC          TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B
                                                NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS, LLC          TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B
                                                NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC          TRANSFEROR: CWD OC 522 MASTER FUND, LTD. ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC          TRANSFEROR: CWD OC 522 MASTER FUND, LTD. ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK, NY 10281-1198
WILSHIRE INSTITUTIONAL MASTER FUND II           TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
 SPC                                            885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II           TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN; ITHRAN OLIVACCE
 SPC                                            885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II           TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
 SPC                                            885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

Total Number of Records Printed            16
```