UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
            Debtors.                                              :
                                                                  :
-----------------------------------------------------------------x    Ref. Docket No. 40003

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
23rd day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                                |
In re                                           |   Chapter 11 Case No.
                                                |
                                                |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          |
                                                |   (Jointly Administered)
            Debtors.                            |
                                                |
_____|
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   HSBC PRIVATE BANK SUISSE SA
              ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER
              QUAI GENERAL-GUISAN 2
              GENEVA 3 1211 SWITZERLAND


Additional:




Transferee:   CREDIT SUISSE AG
              CRAVATH, SWAINE & MOORE LLP
              MS. STEPHANIE TUMBIOLO
              825 8TH AVENUE
              NEW YORK NY 10019


**Your transfer   of claim #   51762-02   is defective for the reason(s) checked below:**

Expunged By Court Order








Docket Number 40003              Date 09/09/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 18, 2013.

EXHIBIT B

08-13555-mg    Doc 40708    Filed 10/23/13    Entered 10/23/13 18:14:39    Main Document
Pg 4 of 5

```
TIME: 16:09:44                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 10/18/13                                         CREDITOR LISTING

Name                         Address
CREDIT SUISSE AG             CRAVATH, SWAINE & MOORE LLP MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
HSBC PRIVATE BANK SUISSE SA  ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3   1211 SWITZERLAND

Total Number of Records Printed      2

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```