Stephen E. Hessler
Mark E. McKane (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel for Elliott Management Corporation and*
*King Street Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**JOINDER AND RESERVATION OF**
**RIGHTS OF ELLIOTT MANAGEMENT CORPORATION**
**AND KING STREET CAPITAL MANAGEMENT, L.P. IN SUPPORT**
**OF OBJECTION BY JOINT ADMINISTRATORS OF LBHI2 TO (I) MOTION**
**OF CARVAL INVESTORS, LLC FOR LEAVE TO EXAMINE LBHI PURSUANT TO**
**BANKRUPTCY RULE 2004; AND (II) MOTION OF DAVIDSON KEMPNER CAPITAL**
**MANAGEMENT LLC, AS INVESTMENT ADVISOR, FOR LEAVE TO EXAMINE**
**LBHI PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURES 2004**

Elliott Management Corporation ("Elliott") and King Street Capital Management, L.P.

("King Street," and together with Elliott, the "Transaction Parties"), as parties to a settlement

agreement with LB Holdings Intermediate 2 Limited (in administration) ("LBHI2"), hereby

amend their LBHI Joinder[1] also to join in the Objection by the Joint Administrators[2] in response

---

[1] On October 22, 2013, the Transaction Parties filed their *Joinder and Reservation of Rights of Elliott Management Corporation and King Street Capital Management L.P. in Support of Objection of Plan Administrator to Motions for Leave to Examine Lehman Brothers Holdings Inc. Pursuant to Federal of Bankruptcy Procedures 2004 and Joinders Thereto* (the "LBHI Joinder") [Docket No. 40671].

[2] On October 23, 2013, the Joint Administrators of LBHI2 (the "Joint Administrators"), filed their *Objection by Joint Administrators of LBHI2 to (I) Motion of CarVal Investors, LLC for Leave to Examine LBHI Pursuant to Bankruptcy Rule 2004; and (II) Motion of Davidson Kempner Capital Management LLC, as Investment Advisor, for*

to the motions of CarVal Investors, LLC ("CarVal") and Davidson Kempner Capital Management LLC ("DK") for leave to examine LBHI pursuant to Federal Rule of Bankruptcy Procedure 2004 and the various joinders thereto (collectively, the "2004 Motions").[3]

## RESERVATION OF RIGHTS

The Transaction Parties reserve all of their rights to: (i) present arguments and be heard at any hearing regarding the 2004 Motions; (ii) file supplemental materials and papers; (iii) object to any specific request for documents or examination pursuant to Rule 2004; (iv) submit their own request for documents or examination pursuant to any Rule 2004 Order; (v) seek protective orders; and (vi) request any further relief as may be appropriate.

## CONCLUSION

The Transaction Parties respectfully request that this Court deny the 2004 Motions.

---

*Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedures 2004* (the "Objection") [Docket No. 40677].

[3] Joinders to the 2004 Motions also were filed by the Baupost Group, L.L.C. ("Baupost"), *see Joinder of the Baupost Group, L.L.C. to Motion of CarVal Investors, LLC for Leave to Examine BHI Pursuant to Federal Rule of Bankruptcy Procedure 2004* [Docket No. 40497], the Ad Hoc Group of Lehman Brothers Creditors, *see Statement of the Ad Hoc Group of Lehman Brothers Creditors in Response to the Motion of Carval Investors, LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004* [Docket No. 40520], Attestor Capital LLP ("Attestor"), *see Joinder of Attestor Capital LLP in Support of Motions of CarVal Investors, LLC and Davidson Kempner Capital Management LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004* [Docket No. 40543], and SPCP Group, LLC ("SPCP" and together with CarVal, DK, Baupost, the Ad Hoc Group of Lehman Brothers Creditors and Attestor, the "Movants"), *see Limited Joinder of SPCP Group, to (1) Motion of CarVal Investors, LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (2) and Motion of Davidson Kempner Capital Management LLC for Leave to Examine LBHI Pursuant to Federal Rule of Bankruptcy Procedure 2004* [Docket No. 40539].

DATED:  New York, New York
              October 23, 2013

By: */s/ Stephen E. Hessler* _____
      Stephen E. Hessler
      Mark E. McKane (admitted *pro hac vice*)
      KIRKLAND & ELLIS LLP
      601 Lexington Avenue
      New York, New York  10022
      Telephone: (212) 446-4800
      Facsimile: (212) 446-4900

*Counsel for Elliott Management Corporation and*
*King Street Capital Management, L.P.*