B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **THE ROYAL BANK OF SCOTLAND PLC** | **CWD OC 522 MASTER FUND, LTD.** |
|:---:|:---:|
| _____ | _____ |
| *Name of Transferee* | *Name of Transferor* |

Name and Address where notices to transferee should be sent:

The Royal Bank of Scotland plc
600 Washington Boulevard
Stamford, CT  06901
Phone:  203.897.2644
Email:  Matthew.Rosencrans@rbs.com

Name and Address where transferee payments
should be sent (if different from above):

Court Claim # (if known): 15807

Amount of Claim Bring Transferred:
$279,938.46

Date Claim Filed:  9/17/2009

Debtor:  Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**THE ROYAL BANK OF SCOTLAND PLC**
By: RBS Securities Inc., Its Agent

By: ___*[signature: Mason Chau]*___    Date: 10/24/13

Transferee Mason Chau
Title: Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CWD OC 522 MASTER FUND, LTD.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **THE ROYAL BANK OF SCOTLAND PLC** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), evidenced by proof of claim No. 15807 (the "Claim") filed by Seller with the Bankruptcy Court.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17 day of October 2013.

| **CWD OC 522 MASTER FUND, LTD.** | **THE ROYAL BANK OF SCOTLAND PLC** |
|---|---|
| By: Candlewood Investment Group LP as its investment manager | By: RBS Securities Inc., its agent |
| By: _____ | By: Mason Chau |
| Name: | Name: Mason Chau |
| Title: | Title: Vice President |

NYC:245336.4