**DUANE MORRIS LLP**
William C. Heuer, Esquire
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000 (Telephone)
(212) 692-1020 (Facsimile)
and
Lauren Lonergan Taylor, Esquire
Catherine E. Beideman, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000 (Telephone)
(215) 979-1020 (Facsimile)

*Counsel for The Travelers Indemnity Co.
& its affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (JPM) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Catherine E. Beideman, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the Response of The Travelers Indemnity Company and its affiliates to the Four Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation Claims), to be served by first class mail, postage prepaid and electronic mail, unless otherwise noted, upon the individuals and/or firms identified on the attached service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 24, 2013                                    DUANE MORRIS LLP

                                                           By: /s/ *Catherine E. Beideman*
                                                               Catherine E. Beideman

DM3\2702753.4

## SERVICE LIST

Robert J. Lemons
Jacqueline Marcus
Eric D. Kasenetz
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Office of the US Trustee
U.S. Federal Office Building
Tracy Hope Davis, Esquire
ATTN: Susan D. Golden, Esquire
Andrea B. Schwartz, Esquire
201 Varick Street, Room 1006
New York, NY 10014

Internal Revenue Service
Special Procedures Branch
ATTN: District Director
290 Broadway
New York, NY 10007

Federal Reserve Bank of Philadelphia
c/o William T. Wisser, Assistant Vice President
Ten Independence Mall
Philadelphia, PA 19106-1574

Arch Insurance Group
ATTN: Michael R. Rodriguez, CPCU
300 Plaza Three
3rd Floor
Jersey City, NJ 07311

DM3\2702753.4