Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Cyrus Opportunities Master Fund II, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 26957

PLEASE TAKE NOTICE that Cyrus Opportunities Master Fund II, Ltd., through its undersigned counsel, hereby withdraws proof of claim number 26957 and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 24, 2013
         New York, New York

                              **BINGHAM MCCUTCHEN LLP**

                              By: /s/ Joshua Dorchak
                                  Joshua Dorchak
                                  399 Park Avenue
                                  New York, New York 10022
                                  (212) 705-7000
                                  joshua.dorchak@bingham.com

                                  *Attorneys for Cyrus Opportunities*
                                  *Master Fund II, Ltd.*

A/75770804.1