B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13888 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC Master Fund LLC
Name of Transferee

MERRILL LYNCH INTERNATIONAL
Name of Transferor

Name and Address where notices to transferee should be sent:

Terrel Ross
TR Capital Management, LLC
336 Atlantic Ave, Suite 302
East Rockaway, NY 11518
Direct: T: 516.653.2471  F: 516.593.0927
e: tross@trcmllc.com

with copy to

Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5605
Fax: (212) 839-5599
rscheininger@sidley.com

Court Claim # (if known): 20149
Amount of Claim Transferred: $9,924,122.80
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: 

Phone:
Last Four Digits of Acct #: 

100065327v3

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 10/21/13
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

100065327v3

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, MERRILL LYNCH INTERNATIONAL ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to TRC Master Fund LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Special Financing Inc.** (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of **$9,924,122.80,** and the relevant portion of any and all proofs of claim (No. **20149**) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 21 day of October, 2013.

MERRILL LYNCH INTERNATIONAL

By: _____
Name:
Title:   Robert Dinwiddie
         Authorised Signatory

TRC MASTER FUND LLC

By: _____
Name:  Terrel Ross
Title:  Managing member

100065327v3