STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser
Claude G. Szyfer
Sherry J. Millman
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho International plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et</u> <u>al.</u>, | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
---------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Mizuho International plc ("<u>MHI</u>"), a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy cases, pursuant to the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") 2002, 9007 and 9019 and pursuant to sections 102(1) and 1109(b) of the Bankruptcy Code, and hereby request that MHI be added to the mailing list maintained by the Clerk of the Bankruptcy Court for these Chapter 11 cases and that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, telephone numbers, facsimile numbers and email addresses indicated:

NY 74811289

>Mark A. Speiser
>Claude G. Szyfer
>Sherry J. Millman
>Stroock & Stroock & Lavan LLP
>180 Maiden Lane
>New York, New York 10038
>Telephone: (212) 806-5400
>Facsimile: (212) 806-6006
>Email: mspeiser@stroock.com
>cszyfer@stroock.com
>smillman@stroock.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which MHI is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments are expressly reserved.

Dated: October 24, 2013
      New York, New York

                    STROOCK & STROOCK & LAVAN, LLP

                    /s/ Mark A. Speiser
                    Mark A. Speiser
                    Claude G. Szyfer
                    Sherry J. Millman
                    180 Maiden Lane
                    New York, New York 10038
                    Telephone: (212) 806-5400
                    Facsimile: (212) 806-6006

                    *Attorneys for Mizuho International plc*