UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                           :          Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :          08-13555 (JMP)
                                                                                    :
                    Debtors.                                        :          (Jointly Administered)
------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING FOUR HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

Upon the four hundred thirty-first omnibus objection to claims, dated August 20, 2013 (the "Four Hundred Thirty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Reduce and Allow Claims, as more fully described in the Four Hundred Thirty-First Omnibus Objection to Claims; and due and proper notice of the Four Hundred Thirty-First Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Four Hundred Thirty-First Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Thirty-First Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Thirty-First Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Thirty-First Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Reduce and Allow Claim listed on <u>Exhibit 1</u> annexed hereto is reduced and allowed in the modified amount and priority set forth on <u>Exhibit 1</u>, and any asserted amounts in excess of the modified amount are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> to the Four Hundred Thirty-First Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto, and (ii) any claim listed on <u>Exhibit A</u> annexed to the Four Hundred Thirty-First Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed to the *Order Granting Four Hundred Thirty-First Omnibus Objection to Claims (Reduce and Allow Claims)* [ECF No. 40254]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



Dated: New York, New York
      October 24, 2013

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge