**Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 431: EXHIBIT 1 - REDUCE & ALLOW

| | NAME | CLAIM # | ASSERTED DEBTOR | MODIFIED DEBTOR | | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1 | BLOOMBERG L. & BLOOMBERG FINANCE L.P. | 14322 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | ASSERTED AMT. | $31,279.08 | | | $57,262.23 | $88,541.31 * |
| | | | | | MODIFIED AMT. | $0.00 | | | $57,262.23 | $57,262.23 |
| | | | | Reason for Reduction: | | No liability for administrative expense claim because LBHI rejected the contract as of the effective date of LBHI's chapter 11 plan, and the claimant has not provided a sufficient basis to allow the administrative expense claim as actual, necessary costs and expenses of preserving LBHI's estate. | | | | |
| | | | | TOTAL AMOUNT SUBJECT TO OBJECTION | | $31,279.08 | | | $57,262.23 | $88,541.31 |
| | | | | TOTAL CLAIMS AS MODIFIED | | $0.00 | | | $57,262.23 | $57,262.23 |

\* - Indicates claim contains unliquidated and/or undetermined amounts