**Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OBJECTION TO CLAIMS 29721 AND 29748: EXHIBIT 1**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | 29721 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $4,772,320.00 | | $4,772,320.00 |
| | | | | **CLAIM AS MODIFIED** | | | | **$2,675,000.00** | | **$2,675,000.00** |
| 2 | BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | 29748 | 9/22/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $4,772,320.00 | | $4,772,320.00 |
| | | | | **CLAIM AS MODIFIED** | | | | **$2,675,000.00** | | **$2,675,000.00** |
| | | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $9,544,640.00 | $0.00 | $9,544,640.00 |
| | | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 9,544,640.00 | 0.00 | 9,544,640.00 |
| | | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$5,350,000.00** | **$0.00** | **$5,350,000.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts