**Exhibit 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 436: EXHIBIT 1 – AMENDED & DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | COMMERZBANK AG - GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT KAISERSTRASSE 16 FRANKFURT AM MAIN, 60261 GERMANY | 09/16/2011 | 08-13555 (JMP) | 67664 | $1,250,428,862.00 | COMMERZBANK AG - GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT KAISERSTRASSE 16 FRANKFURT AM MAIN, '60261 GERMANY | 09/10/2013 | 08-13555 (JMP) | 68155 | $277,074,139.77 |
| 2 | RAM, JACOB 4 MANGER STREET HERZELIYA, 46681 ISRAEL | 09/21/2009 | 08-13555 (JMP) | 25516 | $65,232.00 | RAM, JACOB 4 ITZHAK MANGER STREET HERZELIYA, 46681 ISRAEL | 10/20/2009 | 08-13555 (JMP) | 42707 | $142,430.00 |
| | | | | TOTAL | $1,250,494,094.00 | | | | | |