09.10.13    005.80



Epiq Bankruptcy Solutions LLC
Attn: Lehman Bros. Hold Inc.
757 Third Avenue, 3rd Floor
New York NY 10017
USA

FILED / RECEIVED
OCT 15 2013
EPIQ SYSTEMS

Banque Internationale
à Luxembourg (Suisse) SA
Beethovenstrasse 48
P.O. Box 2192
CH-8022 Zurich



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
757 Third Avenue, 3rd Floor

New York, NY 10017

Zurich, Oct. 08, 2013 / SVR

Re : **Form Evidence of Transfer of Claim
Pursuant to Bankruptcy Rule 3001**

Case No: 08-13555 (JMP)
Claim No. 58786
Issue: EUR 100'000 Lehman Bros. Treas. Bv Var.% EMTN 2005-02.11.35
Isin XS0232364868

Dear Sirs

Enclosed please find the above mentioned Transfer Form between Bank Julius Baer & Co., Zurich and ourselves.

A signed W-8imy form we already have sent to you in our letter dd. Feb. 03.2012 in respect of another case (claim 59233 which will be assigned shortly). For better reconciliation I have a copy of the W-8imy attached.

Below you can find our USD correspondent for any possible distributions:

Banque Internationale à Luxembourg SA, Luxembourg
Swift code: BILLLULLXXX
IBAN: LU19 0026 4059 0005 5000
i.f.o. Banque Intl. à Luxembourg (Suisse) SA, Zurich

Please advise reason in case you can't accept the enclosed forms.

Please confirm receipt of the Form and send all future communication / distributions to the above address mentioned.

Thanks for your cooperation in advance.

Kind regards

Banque Internationale à Luxembourg (Suisse) SA

Stephan Häner
Assistant Vice President

Sven Riva
Assistant Vice President

Enclosures: Mentioned

Banque Internationale à Luxembourg (Suisse) SA
Beethovenstrasse 48 · Postfach · CH-8022 Zürich
T +41 (0)58 810 82 92 · F +41 (0)58 810 82 71
www.bil.com/ch

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Banque Internationale à Luxembourg (Suisse) SA, Beethovenstrasse 48, CH-8022 Zürich, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in the **amount of EUR 100'000.-** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 8 October 2013.

**Bank Julius Baer & Co. Ltd.**

Fabian Burckhardt
Director

Patrik Roos
Executive Director

ACKNOWLEDGED BY:

**Banque Internationale à Luxembourg (Suisse) SA**
**Transferee**

Sven Riva
Assistant Vice President

Stephan Häner
Assistant Vice President

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0232364868 | 58786 | 27 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | EUR 100'000.- |