

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

October 08, 2013

**RECEIVED OCT 17 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

**subject** Claim Transfer Agreement Lehman Program Securities

| On behalf of | Attention: Clerk of the Court |
| --- | --- |
| you are receiving | Evidence of partial transfer of claim: Credit Andorra S.A. |

- ☐ for your information
- ☒ for your records
- ☐ as agreed
- ☐ please complete
- ☐ returned with thanks
- ☐ please comment
- ☐ please sign
- ☐
- ☐ please return
- ☒ please confirm receipt
- ☒ please process

**Remarks**
TOC168    CHF 400'000.00    XS0324890440
Transferor: UBS AG, Zurich (Switzerland)
Claim Number: 59233
Transferee: Credit Andorra S.A., Avda. Meritxell 80, AD 500 Andorra la Vella

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

Jean-Claude Besson
Associate Director

61555 E    07.03.2012    N1    08.10.2013    Page 1/1



**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP
                                               Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>CREDIT ANDORRA S.A. | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>CREDIT ANDORRA S.A.<br>AVDA.MERITXELL 80,<br>AD 500 ANDORRA LA VELLA<br>PHONE:+376888807<br>Attn: Joan Marc Caminal<br>EMAIL:Backoffice@creditandorra.ad | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 400'000.00<br>(face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: Oct. 8, 2013
Ventura Vidal, Managing Director, Development, Back-Office & Control
CREDIT ANDORRA S.A.
AVDA.MERITXELL 80

By: _____          Date: Oct. 8, 2013
Rafael Rabat, Managing Director of Treasury and Capital Markets
CREDIT ANDORRA S.A.
AVDA.MERITXELL 80

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

TOC 168





**Evidence of Transfer**

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 5% BRC Lehman 2007-30.10<br><br>2008 Basket | XS0324890440 | LBS NV | LBH Inc. | CHF 400'000.00<br>out of<br>CHF 52'547'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**CREDIT ANDORRA S.A.**
AVDA.MERITXELL 80

Telephone: +376888807
Fax: + 376888841
Attention: Joan Marc Caminal

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or

TOC168

applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated Oct. 8, 2013

UBS AG
Transferor

By: _____
    Name: Jean-Claude Besson
    Title: Associate Director

By: _____
    Name: Matthias Mohos
    Title: Associate Director

ACKNOWLEDGED BY:

CREDIT ANDORRA S.A.
Transferee

By: _____
    Ventura Vidal
    Title: Managing Director, Development, Back-Office & Control

By: _____
    Rafael Rabat:
    Title: Managing Director of Treasury and Capital Markets

TOC 168