TO THE HONORABLE JAMES M. PECK

UNITED STATES BANKRUPTCY JUDGE:



Pilar Lueje Marcos, filed creditor In re "Lehman Brothers Holdings Inc. et al.," debtors, Case Number 08-13555 (JMP), respectfully represents:

1. Robert J. Lemons/ WEIL, GOTSHAL & MANGES LLP/ Attorneys for Lehman Brothers Inc. and Certain of Its Affiliates, dated on September 17, 2013, has served me a NOTICE OF HEARING ON FOUR HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED AND DUPLICATE CLAIMS), to be held before that Honorable Court on October 24, 2013, Response Deadline October 17, 2013, with attention to THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIMS. PARTIES RECEIVING THIS NOTICE ………SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND /OR CLAIMS(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).

2. That my name is in fact included in the document OMNIBUS OBJECTION 436 – EXHIBIT A – AMENDED AND DUPLICATE CLAIMS, in which page 1 of 1, with number 2, under paragraph CLAIMS TO BE DISALLOWED is included my Claim number 45173, amount $ 66,898.36, date filed 10/23/2009, which is supposed to be amended or superseded by or is a duplicate of my Claim number 45172, amount $ 84,737.93, date filed 10/23/2009, included under the paragraph SURVIVING CLAIMS in that same document.

3. Objection that has not base at all, because my Claims included in EXIBIT A give form to different investments which I applied for, respectively, on 06-11-2006 and 02-10-2007 with amount of, respectively 57,000 Euros and 45,000 Euros, on the same financial product Lehman Brothers preferable shares ISIN XS0229269856. Due to its different dates, following instructions of my Bank accountholder, I had to formulate separate Proof of Claims on date October 2009. So the Claim number 45172 included in EXHIBIT A as SURVIVING CLAIMS das not amend o supersedes or is a duplicate of Claim number 45173 included in that same document as CLAIMS TO BE DISALLOWED.

I enclose to this response, copy of the different original order-to buy with my investment bank LLoyds TSB head office in Madrid: different date and amount of

1

investments though same financial product. Please take notice that in both documents de buyer's signature –ordenante- is that of my authorized bank agent.

4.  I further enclose Lloyds Bank International certificate about the truthfulness of both investments

WHEREFORE, I respectfully request that Honorable Court to grant this objection to the FOUR HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED AND DUPLICATE CLAIMS), as referred to my Claim number 45173 included in his EXHIBIT A as CLAIMS TO BE DISALLOWED, and therefore not to be it disallowed and or expunged.

Dated: September 27, 2013

Pilar Lueje Marcos

C/Zurbarán 9, Esc. C

Madrid, 28010

Spain

- In accordance with responses procedure detailed in NOTICE OF HEARING I mail this response in a 3.5 inch disk WordPerfect format to (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq., and Erika del Nido, Esq.) and (iii) the Office of the United States Trustee for Region 2, U.S Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Tracy Hopes Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.)

 **Lloyds TSB**

| Código Cuenta Valores (CCV) |
| --- |

| Entidad | Oficina | D.C. | Número de Depósito |
| --- | --- | --- | --- |
| 0106 | 0000 | 96 | 0004412360 |

## INVERSION ESPAÑOLA EN EL EXTERIOR

Oficina: SUCURSAL MADRID    Fecha: 2/10/2007    Hora: 11:51:28    Número de Orden: 79131

Descripción del Valor

Moneda: EUR    Cantidad: 45.000,0000000    Operación: INVERSION
Nombre del Valor: LEHMAN BROS CAP. FUND II    Código ISIN: XS0229269856
Denominación (Nominal Unitario): 1.000,00000    Tipo de Interés: 5,12500%
Importe a Invertir (1):    Precio Límite (2): 89,00
Fechas Pago Intereses: 21/09    Plazo de Validez (3): 31/10/2007
Vencimiento: BONO CON CALL 21.09.2009 NO ACUMULATIVA

**Titulares del Valor**

Cuenta.: 0106-0000-94-0000384267    País de Residencia: ESPAÑA
Nombre: LUEJE MARCOS, PILAR    NIF/TR/Pasaporte: 00611356Q

Depositar el Valor en su Caja: SI
Gastos de la Operación: COMISION BANCARIA Y GASTOS REPERCUTIBLES, SEGUN TARIFAS DEL BANCO (NORMATIVA VIGENTE)
Ordenante: LUEJE MARCOS, PILAR    NIF/TR/Pasaporte: 00611356Q
Dirección: C/ ZURBARAN, 9 ESC.DCHA.6°C 28010-MADRID
Cuenta de Adeudo: 0106-0000-94-0000384267    País de Residencia: ESPAÑA

El/La abajo firmante hace constar que conoce el significado y la trascendencia de la presente orden. Asimismo, en operaciones de PAGO A NO RESIDENTES, los datos consignados constituyen declaración a efectos de lo previsto en la legislación vigente sobre transacciones económicas con el exterior, quedando advertido que la falta de veracidad en la misma puede ser constitutiva de infracción.

**Notas:**

(1) Gastos aparte.

(2) Las órdenes de compra con "precio límite" no se pueden negociar a un precio superior al límite indicado, pudiéndose ejecutar al precio indicado o mejor. Cuando no se aplique "precio límite" se entenderá siempre por lo mejor. Las órdenes "por lo mejor" se introducen sin precio, ejecutándose al mejor precio de la parte contraria del mercado.

(3) De no hacer constar el plazo de validez, esta orden se considerará anulada el último día del mes en que sea cursada, salvo si se recibe después del día 25, en cuyo caso no se anulará hasta fin del mes siguiente.

Se recomienda a los suscriptores de acciones y bonos que se asesoren de las posibles consecuencias que este tipo de inversión conlleva. El Banco no es responsable de las variaciones en el tipo de cambio de la divisa ni de las fluctuaciones en los precios de las inversiones.

Cuando corresponda, el texto se considerará, en lo procedente, redactado en plural.

ORDENANTE    FIRMA Y SELLO DE LA ENTIDAD

SARABIA C., M.I.
S 233

Ejemplar para el Banco

Lloyds TSB Bank plc Reg. Merc. de Madrid, T. 13.551,    EUB020PR(20070817)    Lloyds TSB Bank plc is registered in England no. 2065
L. 0, F. 1, S. 8, H. M-220368, Ins. 1, CIF A-82118803    Registered office: 25 Gresham Street, London EC2V 7HN

 **Lloyds TSB**

| Código Cuenta Valores (CCV) | | | |
|---|---|---|---|
| Entidad | Oficina | D.C. | Número de Cuenta |
| 0106 | 0000 | 96 | 0004412360 |

## INVERSION ESPAÑOLA EN EL EXTERIOR      F. P

Oficina: MADRID    Fecha: 6/11/2006    Hora: 11:25:54    Número de Orden: 71130

**Descripción del Valor**

Moneda: EUR
Nombre del Valor: LEHMAN BROS CAP. FUND II
Denominación (Nominal Unitario):    1.000,00000
Importe: (Madrid)
Período Pago Intereses: 21/09
Vencimiento: BONO CON CALL 21.09.2009 NO AC UMULATIVA.

Cantidad:    57.000,00000
Código ISIN: XS0229269856
Tipo de Interés:    5,1250%
Precio Límite (2):    96,00
Plazo de Validez (3): 30/11/2006

**Titulares del Valor**

Cuenta.: 0106 0000 94 0000384267
Nombre: LUEJE MARCOS, PILAR

País de Residencia: ESPAÑA
NIF/TR/Pasaporte:    00611356Q

ENTRADA -6 NOV 2006 LLOYDS TSB MADRID

Depositar el Valor en su Caja: SI

Gastos de la Operación: COMISION BANCARIA Y GASTOS REPERCUTIBLES, SEGUN TARIFAS DEL BANCO (NORMATIVA VIGENTE)

Ordenante: LUEJE MARCOS, PILAR    NIF/TR/Pasaporte:    00611356Q

Dirección: C/ ZURBARAN, 9 ESC.DCHA.6°C  28010-MADRID

País de Residencia: ESPAÑA    Cuenta de Adeudo: 0106 0000 94 0000384267

El/La abajo firmante hace constar que conoce el significado y la trascendencia de la presente orden. Asimismo, en operaciones de PAGO A NO RESIDENTES, los datos consignados constituyen declaración a efectos de lo previsto en la legislación vigente sobre transacciones económicas con el exterior, quedando advertido que la falta de veracidad en la misma puede ser constitutiva de infracción.

**Notas:**

(1) Gastos aparte.

(2) Las órdenes de compra con "precio límite" no se pueden negociar a un precio superior al límite indicado, pudiéndose ejecutar al precio indicado o mejor. Cuando no se indique "precio límite" se entenderá siempre por lo mejor. Las órdenes "por lo mejor" se introducen sin precio, ejecutándose al mejor precio de la parte contraria del mercado.

(3) De no hacer constar el plazo de validez, esta orden se considerará anulada el último día del mes en que sea cursada, salvo si se recibe después del día 25, en cuyo caso no se anulará hasta fin del mes siguiente.

Se recomienda a los suscriptores de acciones y bonos que se asesoren de las posibles consecuencias que este tipo de inversión conlleva.

El Banco no es responsable de las variaciones en el tipo de cambio de la divisa ni de las fluctuaciones en los precios de las inversiones.

Cuando corresponda, el texto se considerará, en lo procedente, redactado en plural.

ORDENANTE    FIRMA Y SELLO DE LA ENTIDAD

FIRMA CONFORME

SARABIA C., M.I.
S 233

Ejemplar para el Banco

Lloyds TSB Bank plc Reg. Merc. de Madrid, T. 13.551,    EUGOR1P120050111    Lloyds TSB Bank plc is registered in England no. 2065
L. 0, F.1, S. 8, H. M-220368, Ins. 1,  CIF A-82118803                              Registered office: 25 Gresham Street, London EC2V 7HN

**LLOYDS BANK**
INTERNATIONAL

**Lloyds Bank International, S.A.U.**
Serrano, 90
28006 Madrid
Apartado Postal 64
28080 Madrid
SWIFT: LOYIESMM
www.lloydsbankinternational.es

Tel.: 91 520 99 00
Fax: 91 431 47 31

Madrid, 2nd September 2013.

We, Lloyds Bank International, S.A.U., in Madrid (Spain), hereby CERTIFY that as at 02.09.2013, acting as custodian, we hold on behalf of our customer PILAR LUEJE MARCOS, the securities described below:

| | |
|---|---|
| Security name: | LEHMAN BROS CAP. FUNDING II. |
| ISIN Code: | XS0229269856 |
| Date of purchase: | 06.11.2006 |
| Principal amount: | 57,000 EUR |

| | |
|---|---|
| Security name: | LEHMAN BROS CAP. FUNDING II. |
| ISIN Code: | XS0229269856 |
| Date of purchase: | 02.10.2007 |
| Principal amount: | 45,000 EUR |

Total Investment  :  102,000 EUR

MORCILLO D-A, P

Authorised signature

Lloyds Bank International is no longer part of Lloyds Banking Group and form part of Banco Sabadell group. Lloyds Bank, Lloyds TSB and the black horse device are used under temporary licence from Lloyds TSB Bank plc.

2013 OCT 11 PM 1:05
RECEIVED
U.S. TRUSTEES NEW YORK