**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

          Debtor,

------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

AFFIDAVIT OF SERVICE

STATE OF **NEW YORK** )
        S.S.:
COUNTY OF **NEW YORK**)

      **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 22nd day of October, 2013, at approximately 9:25am, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **BNP PARIBAS** at 787 Seventh Avenue, New York, NY by personally delivering and leaving the same with **DONNA ANDRIANO** who informed deponent that she holds the position of Executive Assistant with that company and is authorized by appointment to receive service at that address.

      **DONNA ANDRIANO** is a white female, approximately 50 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 160 pounds with blonde hair and blue eyes.

_____
FREDERICK PRINGLE, 1350201

Sworn to before me this
23rd day of October, 2013

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com