B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc.,  Case No. 08-13555(JMP)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TCA Event Investments S.a.r.l.<br><br>Name of Transferee | Deutsche Bank AG, London<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>TCA Event Investments S.a.r.l.<br>c/o Taconic Capital Advisors LP<br>450 Park Avenue, 9th Floor<br>NY, NY 10022<br>Attention : Alexandra Grigos<br>Phone: 212 209-3125<br>Fax 212-209-3189<br>e-mail: agrigos@taconiccap.com | Court Claim # (if known): 21444<br><br>Amount of Claim: US$510,271.93 of a total amount of US$29,158,389.35 specified on the Court Claim<br><br>Date Claim Filed: 31 August 2009<br><br>Debtor: Lehman Brothers Holdings Inc. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ J.S. Thompson_   Date: October 25th, 2013
James Thompson
Transferee Principal

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

Confidential

Transfer of LBHI Claim # 21444

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.*, |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | **21444** (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a **$510,271.93** portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of **$29,158,389.35** (the "Claim"). |

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**TCA Event Investments S.a.r.l.**
6D, route de Trèves
L–2633 Senningerberg
Luxembourg

Attention : Alexandra Grigos
Phone: 212 209-3125
Fax 212-209-3189
e-mail: agrigos@taconiccap.com

EUR Wire details:

Deutsche Bank, Frankfurt
BIC: DEUTDEFF
A/C Deutsche Bank Prime Brokerage (DEUTGB22PBR)
A/C# 100925470700
IBAN: DE42500700100925470700
FFC A/C Name: TCA Event Investments S.a.r.l.
A/C#: 106-06794

("Buyer") by assignment agreement dated 7 October 2013.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole

Confidential

owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7th day of October 2013.

**Deutsche Bank AG, London Branch**

.................................................
Name: Jennie Foote
Title:

.................................................
Name:
Title:

**TCA Event Investments S.a.r.l.**
By: Taconic Capital Advisors L.P., acting as special proxyholder

.................................................
Name:
Title:

James Thompson
Principal