

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

October 10, 2013



subject **Claim Transfer Agreement Lehman Program Securities**

On behalf of

Attention: Clerk of the Court

you are receiving   Evidence of partial transfer of claim: Compagnie Bancaire Helvetique

☐ for your information   ☐ returned with thanks   ☐ please return
☒ for your records        ☐ please comment         ☒ please confirm receipt
☐ as agreed               ☐ please sign            ☒ please process
☐ please complete         ☐

Remarks
TOC170   EUR 500'000.00   XS0295698947
Transferor: UBS AG, Zurich (Switzerland)
Claim Number: 59233
Transferee: Compagnie Bancaire Helvetique, Bd. Emile-Jaques-Dalcroze 7, 1204 Geneva, Switzerland

Yours sincerely,

UBS AG

Matthias Mohos          Jean-Claude Besson
Associate Director      Associate Director



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.             Case No.: 08-13555 (JMP
                                                    Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| CBH Compagnie Bancaire Helvétique SA | UBS AG |
| Notices to Transferee should be sent to:<br>Compagnie Bancaire Helvetique<br>Bd Emile-Jaques-Dalcroze 7<br>1204 Geneva<br>Switzerland<br>+41 (22) 839.74.72<br>Attn: Fabien Vidal<br>EMAIL: fvidal@cbhbank.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 500'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 13 September 2013
Philippe Cordonier Deputy General Manager and Fabien Vidal, Vice President
Compagnie Bancaire Helvetique
BLVD Emile-Jaques-Dalcroze 7
1204 Geneva, Switzerland

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC170

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 12.7% Cert. Lehman Bros. Treasury BV 2007-29.04 | XS0295698947 | LBT BV | LBH Inc. | EUR 500'000.00 out of EUR 3'543'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 14 and in paragraphs/lines 16 of the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Compagnie Bancaire Helvetique
Bd Emile-Jaques-Dalcroze 7
1204 Geneva
Switzerland
Phone: +41 (22) 839.74.72
Fax: +41 (22) 829.74.99
Attention: Fabien Vidal

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered



TOC 170



without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated Oct. 8, 2012

UBS AG
Transferor

By: _____
    Name: Hugo Koller
    Title: Director

By: _____
    Name: Jean-Claude Besson
    Title: Associate Director

ACKNOWLEDGED BY:

CBH Compagnie Bancaire Helvétique SA
Transferee

By: _____
    Name: Philippe Cordonier
    Title: Deputy General Manager

By: _____
    Name: Fabien Vidal
    Title: Vice President

TOC170

