

# NOTENSTEIN
PRIVATE BANK

**RECEIVED**
OCT 24 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New YorkNY 10004-1408
United States of America

St. Gallen, 22nd October 2013

**In re  Lehman Brothers Holdings, Inc, Case 08-13555**

Dear Sir's

Enclosed please find one transfers of claim other than for security with attached evidence *of claim*.

The mentioned Lehman Products are now deposited in our bank.

Please process these transfers.

If you have any questions, do not hesitate to contact us at phone 0041 71 242 57 52.

Yours sincerely,

Notenstein Private Bank Ltd

Marco Rinaldi        August Zingg

NOTENSTEIN PRIVATE BANK LTD   CH-9004 ST.GALLEN   BOHL 17   +41 (0)71 242 50 00   INFO@NOTENSTEIN.CH

ST.GALLEN  BASEL  BERNE  CHIASSO  CHUR  GENEVA  LAUSANNE  LOCARNO  LUCERNE

LUGANO  SCHAFFHAUSEN  WINTERTHUR  ZURICH



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings, Inc.</u>          Case No  <u>08-13555(JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

<u>Notenstein Privatbank AG</u>                              <u>UBS AG</u>
      Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>59233</u>
should be sent:                                       Amount of Claim:  Note: This is a *Partial*
                                                      *Transfer* of Claim. See
Notenstein Privatbank AG                              attached Evidence of
Bohl 17                                               Transfer of Claim for
CH-9004 St. Gallen                                    Details
Switzerland                                           Date Claim Filed: <u>10/30/2009</u>

Phone: <u>+41 71 242 57 52</u>                              Phone:_____
Email:_<u>ca@notenstein.ch</u>_____
Last Four Digits of Acct #:  <u>n/a</u>_____          Last Four Digits of Acct. #: <u>n/a</u>_____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____ Date:_<u>10/22/2013</u>_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|------|---------------|------------------|--------|-----------------------------------------------------------------------|
| CH0034774536 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 30'000.00 out of CHF 2'196'000.00 |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Bahnhofstrasse 45, CH-8001 Zurich** ("Transferor") unconditionally and irrevocably transferred to **Notenstein Privatbank AG., Bohl 17, CH-9004 St.Gallen** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:  08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of October 2013

**UBS AG**

By:_____
Name: Matthias Mohos
Title:   Associate Director


By:_____
Name: Jean-Claude Besson
Title:   Associate Director

# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| CH0034774536 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 30'000.00 out of CHF 2'196'000.00 |