WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                         :
                        Debtors.                         :    (Jointly Administered)
                                                         :
------------------------------------------------------------------x

**FOURTEENTH NOTICE OF WITHDRAWAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1. On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973]. The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

US_ACTIVE:\44348875\4\58399.0008

2.   Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3.   On January 31, 2012, February 9 and 13, 2012, April 3, 2012, May 31, 2012, June 25, 2012, August 14, 2012, October 19, 2012, November 16, 2012, December 4, 2012, February 8, 2013, March 8, 2013, and June 27, 2013, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4.   Subsequent to the filing of the Notices of Withdrawal or Deferral, the Debtors have reached agreements with certain additional parties with respect to their objections to the Debtors' application to assume executory contracts and unexpired leases.

5.   The Debtors hereby withdraw their application to assume the executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

6.   The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on

2

Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed on Schedule 1 or 2 to the Confirmation Order.

Dated: October 28, 2013
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

3

# EXHIBIT A

## AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND ORDERS PERTAINING THERETO

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

A-1

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

26. Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 8, 2013 [ECF No. 34503].

27. Twelfth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on March 8, 2013 [ECF No. 35786].

28. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on March 14, 2013 [ECF No. 35924].

29. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on March 19, 2013 [ECF No. 36058].

30. Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on June 27, 2013 [ECF No. 38227].

31. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 3, 2013 [ECF No. 38404].

32. Notice of Corrected Exhibit with Respect to Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on July 12, 2013 [ECF No. 38686].

33. Notice of Corrected Exhibit with Respect to Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 15, 2013 [ECF No. 38714].

34. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on August 28, 2013 [ECF No. 39883].

# EXHIBIT B

# WITHDRAWN CONTRACTS

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| AIRLIE CDO I (U.S. BANK NA, AS TRUSTEE) | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JANUARY 18, 2007 | MAPLESFS LIMITED<br>P.O. BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET<br>GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET<br>ATTN: GENERAL COUNSEL OR CORPORATE EXEC<br>GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE, 34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| AVIV LCDO 2006-2 LTD. | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 5, 2006 | MAPLESFS LIMITED<br>P.O. BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET<br>GEORGE TOWN, GRAND CAYMAN |
| | | | P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET<br>ATTN: GENERAL COUNSEL OR CORPORATE EXEC<br>GEORGE TOWN, GRAND CAYMAN |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE, 34TH FLOOR<br>NEW YORK, NY 10017-5010 |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| EXUM RIDGE CBO 2006-4, LTD. | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF SEPTEMBER 15, 2006 | EXUM RIDGE CBO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS, BWI ATTN: THE DIRECTORS |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS, BWI ATTN: DALE CROWLEY |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE, 34TH FLOOR NEW YORK, NY 10017-5010 |
| EXUM RIDGE CBO 2006-5, LTD. | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 12, 2006 | EXUM RIDGE CBO 2006-5, LTD. C/O MAPLES FINANCE LTD P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET, GRAND CAYMAN, CAYMAN ISLANDS ATTN: THE DIRECTORS |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |

B-2

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | MAPLES AND CALDER<br>P.O. BOX 309GT<br>UGLAND HOUSE<br>SOUTH CHURCH STREET,<br>GRAND CAYMAN<br>CAYMAN ISLANDS, BWI<br>ATTN: DALE CROWLEY |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE, 34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| GRANITE FINANCE SPC, FOR THE ACCOUNT OF THE SERIES 2007-1-C SEGREGATED PORTFOLIO | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT DATED AS OF APRIL 5, 2007 | C/O DEUTSCHE BANK (CAYMAN) LIMITED<br>P.O. BOX 1984<br>ELIZABETHAN SQUARE<br>GRAND CAYMAN KY1-1104<br>CAYMAN ISLANDS |
| | | | DEUTSCHE BANK TRUST COMPANY AMERICAS<br>60 WALL STREET<br>NEW YORK, NY , 10005<br>UNITED STATES |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | CLIFFORD CHANCE US LLP<br>DAVID A. SULLIVAN<br>31 WEST 52ND STREET<br>NEW YORK, NEW YORK 10019 |
| | | | ALAN KOLOD<br>MOSES & SINGER LLP<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVE<br>NEW YORK, NEW YORK 10174 |
| GRANITE SERIES 2005-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT DATED FEBRUARY 2, 2005 | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |

B-3

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | HSBC TRUSTEE (C.I.) LIMITED<br>PO BOX 88<br>1 GRENVILLE STREET<br>ST HELIER, JERSEY JE4 9PF<br>CHANNEL ISLANDS |
| | | | CLIFFORD CHANCE US LLP<br>DAVID A. SULLIVAN<br>31 WEST 52ND STREET<br>NEW YORK, NEW YORK 10019 |
| GRANITE SERIES 2005-5 | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT DATED FEBRUARY 17, 2005 | GRANITE FINANCE LIMITED<br>68 WEST BAY ROAD<br>PO BOX 1109 GT<br>GRAND CAYMAN BVI, KY1-1102<br>CAYMAN ISLANDS |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | CLIFFORD CHANCE US LLP<br>DAVID A. SULLIVAN<br>31 WEST 52ND STREET<br>NEW YORK, NEW YORK 10019 |
| LIBERTY SQUARE CDO II, LTD. | LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | MASTER AGREEMENT DATED APRIL 26, 2001 | LIBERTY SQUARE CDO<br>CHURCH STREET<br>PO BOX 309 GT<br>GRAND CAYMAN<br>CAYMAN ISLANDS |
| | | | MAPLESFS LIMITED<br>P.O. BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET<br>GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | SEWARD & KISSEL LLP<br>JACK YOSKOWITZ<br>BENAY L. JOSSELSON<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NEW YORK 10004 |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |

B-4

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| LIBRA CDO LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 17, 2006 | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | LIBRA CDO LIMITED C/O DEUTSCHE BANK (CAYMAN) LMT.<br>P.O. BOX 1984 GT ELIZABETHAN STREET<br>GRAND CAYMAN, CAYMAN ISLANDS, CAYMAN ISLANDS<br>GLOBAL TRANSACTION BANKING, TRUST |
| | | | ALSTON & BIRD LLP<br>MICHAEL E. JOHNSON<br>90 PARK AVENUE<br>NEW YORK, NEW YORK 10016 |
| | | | ALSTON & BIRD LLP<br>JOHN C. WEITNAUER<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GEORGIA 30309 |
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>SHERON KORPUS<br>MATTHEW B. STEIN<br>1633 BROADWAY<br>NEW YORK, NEW YORK 10019 |
| | | | MEISTER SEELIG & FEIN LLP<br>JAMES M. RINGER<br>140 E. 45TH STREET<br>NEW YORK, NEW YORK 10017 |
| | | | CARTER LEDYARD & MILBURN LLP<br>STEPHEN M. PLOTNICK<br>2 WALL STREET NEW YORK, NY 10005 |
| PEBBLE CREEK LCDO 2006-1 LTD. | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF NOVEMBER 29, 2006 | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |

B-5

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | MAPLES AND CALDER<br>P.O. BOX 309GT<br>UGLAND HOUSE<br>SOUTH CHURCH STREET,<br>GRAND CAYMAN, CAYMAN ISLANDS<br>DALE CROWLEY |
| | | | MOODY'S INVESTORS SERVICE<br>99 CHURCH STREET<br>NEW YORK, NEW YORK, 10007<br>STRUCTURED FINANCE GROUP, CBO/CLO MONITORING |
| | | | PEBBLE CREEK LCDO 2006-1, LTD.<br>C/O MAPLES FINANCE LIMITED<br>P.O. BOX 1093GT<br>QUEENSGATE HOUSE,<br>SOUTH CHURCH STREET,<br>CAYMAN ISLANDS<br>THE DIRECTORS |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE, 34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| PUERTO RICO COMMONWEALTH OF (ESCROW) | LEHMAN BROTHERS SPECIAL FINANCING INC. | DEBT SERVICE DEPOSIT AGREEMENT DATED AS OF JUNE 6, 2005 | C/O THE BANK OF NEW YORK TRUST COMPANY, N.A. 10161 CENTURION PARKWAY<br>JACKSONVILLE<br>FLORIDA<br>32256<br>ATTENTION: SHERYL LEAR - VICE PRESIDENT |

B-6

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | C/O GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO<br>ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER<br>AVENIDA DE DIEGO, PARADA 22<br>SAN JUAN, PUERTO RICO , 940<br>PUERTO RICO<br>ATTN: PRESIDENT |
| | | | ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>REED SMITH LLP<br>599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| PUERTO RICO COMMONWEALTH OF (ESCROW) | LEHMAN BROTHERS SPECIAL FINANCING INC. | DEBT SERVICE DEPOSIT AGREEMENT DATED AS OF JUNE 6, 2005 | C/O THE BANK OF NEW YORK TRUST COMPANY, N.A. 10161 CENTURION PARKWAY JACKSONVILLE FLORIDA 32256<br>ATTENTION: SHERYL LEAR - VICE PRESIDENT |
| | | | C/O GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO<br>ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER<br>AVENIDA DE DIEGO, PARADA 22<br>SAN JUAN, PUERTO RICO , 940<br>PUERTO RICO<br>ATTN: PRESIDENT |
| | | | ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>REED SMITH LLP<br>599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| PUERTO RICO COMMONWEALTH OF (ESCROW) | LEHMAN BROTHERS SPECIAL FINANCING INC. | DEBT SERVICE DEPOSIT AGREEMENT DATED AS OF JUNE 6, 2005 | C/O THE BANK OF NEW YORK TRUST COMPANY, N.A. 10161 CENTURION PARKWAY JACKSONVILLE FLORIDA 32256<br>ATTENTION: SHERYL LEAR - VICE PRESIDENT |

B-7

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | C/O GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO<br>ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER<br>AVENIDA DE DIEGO, PARADA 22<br>SAN JUAN, PUERTO RICO , 940<br>PUERTO RICO<br>ATTN: PRESIDENT |
| | | | ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>REED SMITH LLP<br>599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| PUERTO RICO COMMONWEALTH OF (ESCROW) | LEHMAN BROTHERS SPECIAL FINANCING INC. | DEBT SERVICE DEPOSIT AGREEMENT DATED AS OF JUNE 6, 2005 | C/O THE BANK OF NEW YORK TRUST COMPANY, N.A. 10161 CENTURION PARKWAY<br>JACKSONVILLE<br>FLORIDA<br>32256<br>ATTENTION: SHERYL LEAR - VICE PRESIDENT |
| | | | C/O GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO<br>ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER<br>AVENIDA DE DIEGO, PARADA 22<br>SAN JUAN, PUERTO RICO , 940<br>PUERTO RICO<br>ATTN: PRESIDENT |
| | | | ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>REED SMITH LLP<br>599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| PUERTO RICO COMMONWEALTH OF (ESCROW) | LEHMAN BROTHERS SPECIAL FINANCING INC. | DEBT SERVICE DEPOSIT AGREEMENT DATED AS OF JUNE 6, 2005 | C/O THE BANK OF NEW YORK TRUST COMPANY, N.A. 10161 CENTURION PARKWAY<br>JACKSONVILLE<br>FLORIDA<br>32256<br>ATTENTION: SHERYL LEAR - VICE PRESIDENT |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | C/O GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO<br>ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER<br>AVENIDA DE DIEGO, PARADA 22<br>SAN JUAN, PUERTO RICO , 940<br>PUERTO RICO<br>ATTN: PRESIDENT |
| | | | ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>REED SMITH LLP<br>599 LEXINGTON AVENUE, NEW YORK, NY 10022 |

B-9