B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.         Case No. 08-13888

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Halcyon Loan Trading Fund LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-894-6175
Email: Brian.Broyles@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Jaime A. Madell
Phone: 212-373-3000
Email: Esnow@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

Court Claim # (if known): 20121
Amount of Claim Transferred: $38,012,448.00
Allowed Amount of Claim Transferred: $38,012,448.00
Date Claim Filed: September 21, 2009

Phone: 212-373-3000

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____BRIAN BLESSING_____  Date: _____OCTOBER 28, 2013_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.     Case No. 08-13888

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 20121 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October 28, 2013.

| Halcyon Loan Trading Fund LLC | Citigroup Financial Products Inc. |
|---|---|
| **Name of Transferor** | **Name of Transferee** |

Address of Alleged Transferor:

Halcyon Loan Trading Fund LLC
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York 10022
Attention: Matt Seltzer
Tel: 212-303-9487
Fax: 212-838-8299
Email: mseltzer@halcyonllc.com
Email: pdesai@halcyonllc.com
Email: jgreene@halcyonllc.com

Address of Transferee:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-894-6175
Email: Brian.Broyles@citi.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
**CLERK OF THE COURT**

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS <br> HOLDINGS, INC., et al., <br><br> Debtors | Case No. 08-13555 <br><br> Chapter 11 <br><br> Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $38,012,448.00 of the claim against Lehman Brothers Special Financing Inc. set forth below (such portion being the "Transferred Claim"), of **Halcyon Loan Trading Fund LLC** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,535,975,428.90 | 20121 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $38,012,448.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | | |
|---|---|---|---|---|
| ASSIGNEE: | Citigroup Financial Products Inc. | ASSIGNOR: | HALCYON LOAN TRADING FUND LLC |
| Address: | 1615 Brett Road, Bldg 3 <br> New Castle, DE 19720 | By: | Halcyon Offshore Asset Management LLC, <br> Its Investment Manager |
| Signature: | _BLESSING_ <br> AUTHORIZED SIGNATORY | | |
| Name: | | Address: | 477 Madison Avenue, 8th Floor <br> New York, NY 10022 |
| Title: | | | |
| Date: | | | |
| | | Signature: | _____ |
| | | Name: | _____ |
| | | Title: | _____ |
| | | Date: | _____ |
| | | Signature: | _____ |
| | | Name: | _____ |
| | | Title: | _____ |
| | | Date: | _____ |

Doc#: US1:8845177v1

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $38,012,448.00 of the claim against Lehman Brothers Special Financing Inc. set forth below (such portion being the "Transferred Claim"), of **Halcyon Loan Trading Fund LLC** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,535,975,428.90 | 20121 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $38,012,448.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | Citigroup Financial Products Inc. | ASSIGNOR: | HALCYON LOAN TRADING FUND LLC |
| Address: | 1615 Brett Road, Bldg 3 | By: | Halcyon Offshore Asset Management LLC, |
| | New Castle, DE 19720 | | Its Investment Manager |
| Signature: | _____ | | |
| Name: | _____ | Address: | 477 Madison Avenue, 8th Floor |
| Title: | _____ | | New York, NY 10022 |
| Date: | _____ | | |
| | | Signature: | /s/ |
| | | Name: | James W. Sykes |
| | | Title: | Managing Principal |
| | | Date: | |
| | | Signature: | /s/ |
| | | Name: | _____ |
| | | Title: | _____ |
| | | Date: | _____ |

Doc#: US1:8845177v1