

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA



Investment Services
Anja Sonnleithner
Telefon: +49 (69) 2177 4292
Telefax: +49 (69) 2177 4460

Frankfurt, 18.10.2013

**claim #41586**

Dear Sir or Madam,

please note that claim #41586 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Danijela Gunnesch          Gerhild Müller

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 41586**

We would like to inform you that Mrs. Claudia Rübener and Mr. Wolf-Erich Rübener who filed the claim Number 41586 on 10/11/2009 have assigned the rights arising out of this claim with a total amount of USD 440,231.00 corresponding with the following securities

- Lehman Bros Treasury Co. B.V. EO-FLR Med.-T. Nts 2005 (12/35) 02.NOV (WKN A0GG1V / ISIN XS0232364868) with a face value of EUR 160,000.00; purchase date November 2, 2005; amount of claim: USD 227,216.00
- 75 Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Basket (WKN A0SUA8 / ISIN DE000A0SUA81) with a face value of EUR 75,000.00; purchase date June 30, 2008; amount of claim: USD 106,507.50
- 75 Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) with a face value of EUR 75,000.00; purchase date December 20, 2007; amount of claim: USD 106,507.50

to
**Bethmann Bank AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
Germany.

Bethmann Bank AG has agreed to this assignment. Both Claudia and Wolf-Erich Rübener and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 15.10.2013          Hamburg, October 5, 2013

Bethmann Bank AG          Claudia Rübener, Wolf-Erich Rübener
(Assignee)          (Assignors)

_____  _____    _____  _____
(Jochen Weber)   (Oliver Körner)      (Claudia Rübener) (Wolf-Erich Rübener)