# ⚙ UBS

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

October 11, 2013


RECEIVED OCT 24 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**subject**  Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the Court

you are receiving    Evidence of partial transfer of claim duly completed and signed

☐ for your information      ☐ returned with thanks        ☐ please return
☒ for your records          ☐ please comment              ☒ please confirm receipt
☐ as agreed                 ☐ please sign                 ☒ please process
☐ please complete           ☐

Remarks
TOCE060   USD 100'000.00   XS0278755052
Transferor: HSBC PRIVATE BANK (SUISSE) S.A., QUAI GENERAL-GUISAN 2,
PO BOX 3580, CH-1211 GENEVA 3
Claim Number: 51762
Transferee: UBS AG, ZURICH (SWITZERLAND)

Yours sincerely,

UBS AG

Matthias Mohos                     Jean-Claude Besson
Associate Director                 Associate Director

61555 E        07.03.2012     N1                     11.10.2013           Page 1/1

[*Lehman Brothers*]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT



For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to UBS, SA ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 10/10/2013                                    Date: 11/10/2013

**Transferor**                                       **Transferee**
HSBC PRIVATE BANK (SUISSE) S.A.                     UBS, AG
Quai Général –Guisan 2 / P.O. Box 3580              Bahnhofstrasse 45,
CH- 1211 Geneva 3                                    8001 Zurich, Switzerland
                                                     Attn: Mr Hugo Koller
                                                     Phone: 41 44 235 37 36
                                                     Email: hugo.koller@ubs.com

Signature(s): Giorgio Gagliani                       Signature(s): _____
              Associate Director
                                                     J.-C- Besson

Signature(s): Jean Vidal                             Signature(s): _____
              4879
                                                     Matthias Mohos



TOCE060

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0278755052 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY B.V. | USD 100'000.- |



TOCE 060

