KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel. +1 212 488 1200
Fax +1 212 488 1220
Michael S. Kim
Danielle L. Rose
Scott K. McCulloch
Phil Huynh

*Attorneys for Federal National Mortgage Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :      08-13555 (JMP)
                                        :
                    Debtors.            :       (Jointly Administered)
                                        :
――――――――――――――――――――――x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kobre & Kim LLP appears in the above-captioned case on behalf of the Federal National Mortgage Association ("Fannie Mae") and, pursuant to the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following address and further requests to be added to the master service list:

        Michael S. Kim
        Danielle L. Rose
        Scott K. McCulloch
        Phil Huynh
        KOBRE & KIM LLP
        800 Third Avenue
        New York, New York 10022
        Tel. +1 212 488 1200
        Fax +1 212 488 1220
        Email: michael.kim@kobrekim.com
                danielle.rose@kobrekim.com
                scott.mcculloch@kobrekim.com
                phil.huynh@kobrekim.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses,

setoffs, or recoupments to which Fannie Mae is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 28, 2013
      New York, New York

/s/ Danielle L. Rose

KOBRE & KIM LLP

Michael S. Kim
Danielle L. Rose
Scott K. McCulloch
Phil Huynh

800 Third Avenue
New York, New York 10022
Tel. +1 212 488 1200
Fax +1 212 488 1220

*Attorneys for Federal National Mortgage Association*

3