**Exhibit 1**

| Trust Name | CUSIP | Bond | 09/30/2013 Price (Vendor 1) | 09/30/2013 Price (Vendor 2) | 09/30/2013 Price (Vendor 3) |
|---|---|---|---|---|---|
| BNCMT 2006-1 | 055682AA6 | A1 | 49.80 | 48.01 | 50.75 |
| BNCMT 2006-2 | 055683AA4 | A1 | 54.16 | 52.74 | 39.84 |
| BNCMT 2007-2 | 05569QAA2 | A1 | 65.08 | 58.62 | 60.60 |
| BNCMT 2007-2 | 05569QAE4 | A5 | 60.60 | 59.18 | 59.91 |
| BNCMT 2007-4 | 05570GAA1 | A1 | 79.67 | 65.60 | 82.80 |
| FFML 2006-FF12 | 32027GAA4 | A1 | 58.09 | 64.30 | 59.62 |
| FFML 2006-FF14 | 32027LAA3 | A1 | 65.70 | 60.83 | 63.25 |
| FFML 2006-FF15 | 32028GAB1 | A2 | 74.09 | 70.57 | 66.43 |
| FFML 2006-FF10 | 32028HAA1 | A1 | 71.37 | 62.47 | 74.06 |
| FFML 2006-FF17 | 32028KAB2 | A2 | 62.51 | 60.71 | 61.59 |
| LXS 2006-GP4 | 525161AC9 | 2A1 | 70.53 | 68.85 | 71.24 |
| LXS 2006-GP2 | 525227AM6 | 3A1 | 72.03 | 65.17 | 63.90 |
| LXS 2006-GP3 | 525228AC6 | 2A1 | 69.98 | 62.63 | 73.19 |
| LXS 2006-7 | 52522EAA7 | 1A1A | 78.23 | 69.13 | 70.30 |
| LXS 2006-8 | 52522HAA0 | 1A1A | 63.47 | 54.16 | 72.18 |
| LXS 2007-15N | 52524VAM1 | 3A1 | 69.98 | 65.64 | 69.51 |
| LXS 2007-15N | 52524VAN9 | 3A2 | 100.00 | 99.96 | 109.24 |
| LXS 2007-16N | 52525BAA0 | 1A1 | 78.62 | 67.98 | 66.27 |
| LXS 2007-16N | 52525BAB8 | 1A2 | 96.05 | 91.46 | 98.25 |
| LXS 2007-17H | 52525PAA9 | A1 | 86.44 | 90.17 | 92.72 |
| SAIL 2006-3 | 863587AA9 | A1 | 53.98 | 55.13 | 49.76 |
| SAIL 2006-BNC2 | 86358GAA9 | A1 | 53.97 | 48.18 | 41.20 |
| SASC 2006-BC1 | 86359YAC5 | A1 | 81.21 | 77.75 | 79.61 |
| SASC 2006-BC3 | 86359PAA8 | A1 | 62.07 | 59.53 | 53.35 |
| SASC 2006-BC4 | 86359RAA4 | A1 | 59.25 | 52.20 | 49.37 |
| SASC 2006-BC5 | 86359SAA2 | A1 | 71.27 | 68.35 | 69.61 |
| SASC 2006-OPT1 | 86359UAA7 | A1 | 90.12 | 84.53 | 88.28 |
| SAIL 2006-4 | 86360WAA0 | A1 | 51.99 | 46.99 | 47.62 |
| SASC 2006-WF3 | 86361EAE1 | A5 | 90.56 | 91.53 | 91.11 |
| SASC 2006-BC2 | 86361GAA4 | A1 | 63.07 | 52.99 | 54.55 |
| SAIL 2006-BNC3 | 86361KAA5 | A1 | 45.65 | 40.85 | 44.04 |
| SASC 2006-BC6 | 86362VAA0 | A1 | 84.92 | 68.43 | 76.91 |
| SASC 2006-NC1 | 86360PAG2 | A7 | 71.95 | 79.95 | 79.21 |
| SASC 2007-BC3 | 86363WAB5 | 1A2 | 90.91 | 91.47 | 90.10 |
| SASC 2007-BC3 | 86363WAC3 | 1A3 | 48.46 | 48.74 | 57.33 |
| SASC 2007-BC3 | 86363WAD1 | 1A4 | 32.22 | 26.16 | 8.13 |
| SARM 2007-6 | 86364CAA0 | 1A1 | 62.06 | 65.00 | 48.62 |
| SASC 2007-BNC1 | 86364XAA4 | A1 |  | 56.91 | 66.35 |
| SASC 2007-BC4 | 86365DAA7 | A1 | 75.20 | 74.19 | 84.39 |

4