UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                    Debtors.                             :    (Jointly Administered)
                                                         :
------------------------------------------------------------------x

### ORDER GRANTING PLAN ADMINISTRATOR'S
### OMNIBUS OBJECTION TO CLAIMS FILED BY DEBORAH E. FOCHT

Upon the omnibus objection, dated January 28, 2013 (the "Focht Objection"), of Lehman Brothers Holdings Inc., as Plan Administrator (the "Plan Administrator") pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above referenced chapter 11 cases, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of claim numbers 34380 and 34381 filed by Deborah E. Focht (the "Focht Claims") (ECF No. 34303); and the responses filed by Deborah E. Focht on February 21, 2013, March 25, 2013, June 20, 2013, and July 16, 2013 (collectively, the "Focht Responses") (ECF Nos. 35026, 36165, 38147, and 38796); and the Plan Administrator's replies to the Focht Responses (the "Plan Administrator's Replies"), filed on April 22, 2013 and June 24, 2013 (ECF Nos. 36737 and 38138); and due and proper notice of the Focht Objection and the Plan Administrator's Replies having been provided; and it appearing that no other or further notice need be provided; and hearings having been held before the Court on April 25, 2013, July 17, 2013, September 26, 2013, and October 24, 2013; and the Court having jurisdiction to consider the Focht Objection and the Plan Administrator's Replies and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334 and Amended Standing Order M-431 Referring to Bankruptcy Judges for

the Southern District of New York Any and All Proceedings Under Title 11, dated January 31, 2012 (Preska, C.J.); and the Court having found and determined that the relief sought in the Focht Objection and the Plan Administrator's Replies with respect to the Focht Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest in the above captioned chapter 11 cases, and that the legal and factual bases set forth in the Focht Objection and the Plan Administrator's Replies establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Focht Objection and the Plan Administrator's Replies is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Focht Claims are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the court appointed claims and noticing agent is authorized and directed to delete the Focht Claims from the official claims registry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: October 29, 2013
New York, New York

*/s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE