Keith N. Sambur
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Morgan Stanley Bank International Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Chapter 11 Case

No. 08-13555 (JMP)

(Jointly Administered)

## WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE**, that Morgan Stanley Bank International Limited (together with its affiliates, the "Claimant"), hereby withdraws claim number 18793 asserted in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE**, that Claimant does not waive any other claims in these cases.

Dated: New York, New York
October 29, 2013

/s/ Keith N. Sambur
Keith N. Sambur
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Morgan Stanley Bank International Limited*