KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel. +1 212 488 1200
Fax +1 212 488 1220
Michael S. Kim
Danielle L. Rose
Scott K. McCulloch
Phil Huynh

*Attorneys for Federal National Mortgage Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Danielle L. Rose, respectfully state that on the 28th day of October, 2013, (1) Federal National Mortgage Association's Response in Opposition to Plan Administrator's Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage Association, with Declaration of David Bealmear in Opposition to the Lehman Plan Administrator's Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage Association, and Exhibit 1 attached thereto, and (2) Notice of Appearance and Request for Service of Papers of Kobre & Kim LLP, were served upon the persons listed below by hand delivery:

       Alfredo R. Perez, Esq.
       Jennifer D. Larson, Esq.
       Daniel Martin, Esq.
       Richard P. Krasnow, Esq.
       Lori R. Fife, Esq.
       Jacqueline Marcus, Esq.
       Robert J. Lemons, Esq.
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153

       Tracy Hope Davis, Esq.
       Susan Golden, Esq.
       Andrea B. Schwartz, Esq.
       Office of the United States
       Trustee for Region 2
       U.S. Federal Office Building
       201 Varick Street, Suite 1006
       New York, New York 10014

Dated: October 29, 2013
       New York, New York

       /s/ Danielle L. Rose

       KOBRE & KIM LLP
       800 Third Avenue
       New York, New York 10022
       Tel. +1 212 488 1200
       Fax +1 212 488 1220

       *Attorneys for Federal National Mortgage Association*