**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5530
Facsimile: (212) 541-5369
Christy L. Rivera

*Attorneys for Horizon II International Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------
| | | |
|---|---|---|
| In re: | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al*. | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
-------------------------------------------------------------------

<u>**NOTICE OF PARTIAL WITHDRAWAL OF CLAIM**</u>

Reference is made to proof of claim number 62720 (the "<u>Claim</u>"), filed on November 2, 2009 against Lehman Brothers Holdings Inc. ("<u>LBHI</u>") by Horizon II International Limited ("<u>Horizon</u>") with respect to several Lehman Program Securities.

PLEASE TAKE NOTICE that Horizon, through its undersigned counsel, hereby withdraws solely that portion of the Claim that relates to the Lehman Program Security with the ISIN XS0186852728 and authorizes Epiq Bankruptcy Solutions LLC to reflect such partial withdrawal on the official claims register accordingly. For the avoidance of doubt, this notice of partial withdrawal does not apply to any other part of the Claim.

Dated: New York, New York
       October 29, 2013

**CHADBOURNE & PARKE LLP**

By: */s/ Christy L. Rivera*
    Christy L. Rivera

    30 Rockefeller Plaza
    New York, New York 10112
    Telephone: (212) 408-5530
    Facsimile: (212) 541-5369

    *Attorneys for Horizon II International Limited*