UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                  :
                    Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER DENYING MOTION OF THE FEDERAL HOUSING FINANCE AGENCY AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION TO STAY LEHMAN BROTHERS HOLDINGS INC.'S MOTION TO CLASSIFY AND ALLOW THE CLAIM FILED BY THE FEDERAL HOME LOAN MORTGAGE CORPORATION (CLAIM NO. 33568) IN LBHI CLASS 3

Upon the motion dated October 18, 2013 [ECF No. 40570] (the "Motion") of the Federal Housing Finance Agency ("Conservator"), as Conservator for the Federal Home Loan Mortgage Corporation ("Freddie Mac"), and Freddie Mac, pursuant to Rule 5011(c) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 5011-1, for entry of an order staying consideration of the *Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3* filed by Lehman Brothers Holdings Inc. ("Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, on September 13, 2013 [ECF No. 40066]; and upon the Plan Administrator's objection to the Motion dated October 22, 2013 [ECF No. 40642]; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference M-431 dated January 31, 2012 (Preska, C.J.); and due and proper notice having been provided; and a hearing having been held on October 24, 2013 (the "Hearing") to consider the relief requested in the Motion; it is hereby

ORDERED that, for the reasons stated by the Court on the record of the Hearing, the Motion is denied.

Dated: October 29, 2013
     New York, New York

*s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE