UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                                  Debtors.                         :
                                                                   :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 37016, 40485,
                                                                        40492, 40502-40505, 40527, 40528,
                                                                        40537, 40538, 40546

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
29th day of October, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
      C/O ALDEN GLOBAL CAPITAL
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 55855-33 in the above referenced case and in the amount of
    $254,000.00   allowed at $255,815.04        has been transferred **(unless previously expunged by court order)**

```
      TURNPIKE LIMITED
      TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP
      C/O ALDEN GLOBAL CAPITAL
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40492     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/21/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 21, 2013.

EXHIBIT B

```
TIME: 17:34:39                                          LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 10/21/13                                              CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
FUND LP                                           NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
FUND, L.P.
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: YORVIK PARTNERS LLP 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
FUND, L.P.
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
FUND, LP
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
FUND, LP
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
FUND, LP.                                         NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: DUNGAN PARTNERS LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
FUND, LP.
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
FUND, LP.
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
FUND LP                                           NEW YORK NY 10022
ANMAPA DE INVERSIONES SICAV                       ALBERTO DEL RIEGO ORTA SERRANO 88    5 PLANTA MADRID    28006 SPAIN
ANMAPA DE INVERSIONES SICAV                       ANDREW THAU SKADDEN ARPS MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
ANMAPA DE INVERSIONES SICAV                       N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM (UK) LLP 40 BANK STREET CANARY WHARF LONDON    E14 5DS UNITED KINGDOM
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD
                                                  HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC; ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD
                                                  HOPKINS MN 55343
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: ANMAPA DE INVERSIONES SICAV AS ASSIGNEE OF ANMAPA DE INVERSIONES SICAV/ALBERTO DEL RIEGO ORTA
                                                  ANSONIA FINANCE STATION, PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: HISPANA DOS SICAV AS ASSIGNEE OF HISPANA DOS SICAV/ALBERTO DEL RIEGO ORTA ANSONIA FINANCE STATION, PO BOX 237037
                                                  NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: MULTIGESTORES FI AS ASSIGNEE OF MULTIGESTORES FI/ALBERTO DEL RIEGO ORTA ANSONIA FINANCE STATION, PO BOX 237037
                                                  NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: VIGORINVERSION SICAV AS ASSIGNEE OF VIGORINVERSION SICAV/ALBERTO DEL RIEGO ORTA ANSONIA FINANCE STATION, PO BOX 237037
                                                  NEW YORK NY 10023
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
HELD, GUNTER                                      RICHARD-WAGNER-STR. 11 WINDSBACH    91575 GERMANY
HISPANA DOS SICAV                                 ALBERTO DEL RIEGO ORTA SERRANO 88    5 PLANTA MADRID    28006 SPAIN
HISPANA DOS SICAV                                 ANDREW THAU SKADDEN ARPS MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
HISPANA DOS SICAV                                 N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM (UK) LLP 40 BANK STREET CANARY WHARF LONDON    E14 5DS UNITED KINGDOM
MULTIGESTORES FI                                  ALBERTO DEL RIEGO ORTA SERRANO 88    5 PLANTA MADRID    28006 SPAIN
MULTIGESTORES FI                                  ANDREW THAU SKADDEN ARPS MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
MULTIGESTORES FI                                  N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM (UK) LLP 40 BANK STREET CANARY WHARF LONDON    E14 5DS UNITED KINGDOM
OZ SPECIAL MASTER FUND, LTD.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
                                                  ATTN: SEAN FORONJY, ALLISON MCDEVITT, ALEXANDER KHOLODNY 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HELD, GUNTER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ZARATE, MAURO ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STONEHILL INSTITUTIONAL PARTNERS, LP              TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D NELSON 885 THIRD AVENUE, 30 FLOOR NEW YORK NY 10022

                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

| Name | Address |
|---|---|
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| VIGORINVERSION SICAV | ALBERTO DEL RIEGO ORTA SERRANO 88　5 PLANTA MADRID　28006 SPAIN |
| VIGORINVERSION SICAV | ANDREW THAU SKADDEN ARPS MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| VIGORINVERSION SICAV | N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM (UK) LLP 40 BANK STREET CANARY WHARF LONDON　E14 5DS UNITED KINGDOM |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ZARATE, MAURO | GAONA KM 41 BARRIO PRIVADO CAMPOS DE ALVAREZ UF 429 BUENOS AIRES　1746 ARGENTINA |

Total Number of Records Printed　　48