UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                              Debtors.                            :
                                                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 40485, 40513-
                                                                      40519, 40521, 40522, 40526, 40530,
                                                                      40547, 40549, 40554, 40575, 40576,
                                                                      40577

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 22, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
29th day of October, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|                                                  |
In re                                              |    Chapter 11 Case No.
                                                   |
                                                   |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,              |
                                                   |    (Jointly Administered)
                                                   |
                Debtors.                           |
                                                   |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP.
             TRANSFEROR: GOLDMAN SACHS & CO.
             C/O ALDEN GLOBAL CAPITAL
             ATTN: CHRIS SCHOLFIELD
             885 THIRD AVENUE
             NEW YORK NY 10022
```

Please note that your claim # 58568-08 in the above referenced case and in the amount of
     $289,362.46   allowed at $208,780.00      has been transferred **(unless previously expunged by court order)**

```
             WILSHIRE INSTITUTIONAL MASTER FUND II SPC
             TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP.
             C/O ALDEN GLOBAL CAPITAL
             ATTN: ITHRAN OLIVACCE
             885 THIRD AVENUE, 34TH FLOOR
             NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 40485     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/22/2013                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 22, 2013.

# EXHIBIT B

```
TIME: 17:35:57                                    LEHMAN BROTHERS HOLDING INC.                                       PAGE:     1
DATE: 10/22/13                                         CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  FUND, LP.
BERNESE CAPITAL, L.L.C.                           CHRIS EDWARDS REITLER KAILAS & ROSENBLATT LLC 885 THIRD AVENUE, 20TH FLOOR NEW YORK NY 10022
BERNESE CAPITAL, L.L.C.                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC P.O. BOX 431 NEW YORK NY 10150
BERNESE CAPITAL, L.L.C.                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC P.O. BOX 431 NEW YORK NY 1015009123
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
FCOF SECURITIES LTD.                              C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
FCOF UB INVESTMENTS LLC                           TRANSFEROR: FCOF SECURITIES LTD. C/O FORTRESS INVESTMENT GROUP LLC; ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                                  NEW YORK NY 10105
GOLDMAN SACHS FUNDS SICAV - GS GLOBAL             CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006
  CURRENCY PORTOLIO (105077)
GOLDMAN SACHS FUNDS SICAV - GS GLOBAL             C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET
  CURRENCY PORTOLIO (105077)                      LONDON  EC1A 7HD UNITED KINGDOM
GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND           CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVIS AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
  OFFSHORE, LTD.
GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND           C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282
  OFFSHORE, LTD.
GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND,          CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
  LLC
GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND,          C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282
  LLC
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               RICHARDS KIBBE & ORBE LLP ATTN:MANAGING CLERK ONE WORLD CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC               RICHARDS KIBBE & ORBE LLP MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC               MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: FEDERAL FINANCE GESTION ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: VISIUM BALANCED FUND LP C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LIQUIDITY PARTNERS 2007             TRANSFEROR: VISIUM LONG BIAS FUND LP C/O GOLDMAN, SACHS & CO. ; ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
  OFFSHORE, L.P.
GOLDMAN SACHS LIQUIDITY PARTNERS 2007             CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
  OFFSHORE, L.P.
GOLDMAN SACHS LIQUIDITY PARTNERS 2007             C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282
  OFFSHORE, L.P.
GOLDMAN SACHS LIQUIDITY PARTNERS 2007,            CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
  L.P.
GOLDMAN SACHS LIQUIDITY PARTNERS 2007,            C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282
  L.P.
INVESTCORP INTERLACHEN MULTI-STRATEGY             C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004
  MASTER FUND LTD
MACQUARIE BANK LIMITED                            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: GOLDMAN SACHS FUNDS SICAV - GS GLOBAL CURRENCY PORTOLIO (105077) ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GLOBAL
                                                  LIBOR ALPHA CAYMAN UNIT TRUST, IN RESPECT OF ITS SUB-TRUST GMT LIBOR ALPHA CAYMAN UNIT TRUST (103001) ATTN: SHAUN GEMBALA
                                                  125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: TRUSTEES OF THE SERCO PENSION AND LIFE ASSURANCE SCHEME (103184), THE ATTN: SHAUN GEMBALA 125 WEST 55TH ST
                                                  NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
                                                  ATTN: SEAN FORONJY, ALISON MCDEVITT, ALEXANDER KHOLODNY 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
                                                  ATTN: SEAN FORONJY; ALISON MCDEVITT; ALEXANDER KHOLODNY 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
STATE STREET CAYMAN TRUST COMPANY, LTD.           CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
  TTEE OF GLOBAL LIBOR ALPHA

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:35:57                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 10/22/13                                        CREDITOR LISTING

Name                                      Address
STATE STREET CAYMAN TRUST COMPANY, LTD.   CAYMAN UNIT TRUST, IN REPSECT OF ITS SUB-TRUST GMT LIBOR ALPHA CAYMAN UNIT TRUST (103001)
TTEE OF GLOBAL LIBOR ALPHA                C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT, 10-15 NEWGATE STREET
                                          LONDON  EC1A 7HD UNITED KINGDOM
TRUSTEES OF THE SERCO PENSION AND LIFE    CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
ASSURANCE SCHEME (103184), THE
TRUSTEES OF THE SERCO PENSION AND LIFE    C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON  EC4A 2BE UNITED KINGDOM
ASSURANCE SCHEME (103184), THE
VONWIN CAPITAL MANAGEMENT, LP             TRANSFEROR: INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND LTD C/O VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL
                                          261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WILSHIRE INSTITUTIONAL MASTER FUND II     TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
SPC                                       885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022


Total Number of Records Printed     41
```

EPIQ BANKRUPTCY SOLUTIONS, LLC