UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :   Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :   08-13555 (JMP)
                                                                       :   (Jointly Administered)
                    Debtors.                                :
                                                                       :
                                                                       :
-----------------------------------------------------------------------x   Ref. Docket Nos. 40485, 40523-
                                                                           40525, 40529, 40531, 40547, 40549,
                                                                           40574, 40581-40588, 40592, 40595,
                                                                           40608-40610, 40612

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ *Lauren Rodriguez*
Sworn to before me this                    Lauren Rodriguez
29th day of October, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
| (Jointly Administered)
Debtors. |

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P.
          TRANSFEROR: YORVIK PARTNERS LLP
          885 THIRD AVENUE, 34TH FLOOR
          NEW YORK NY 10022
```

Please note that your claim # 58786-18 in the above referenced case and in the amount of
         $0.00    allowed at $68,085.91        has been transferred (**unless previously expunged by court order**)

```
          WILSHIRE INSTITUTIONAL MASTER FUND II SPC
          TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P.
          C/O ALDEN GLOBAL CAPITAL
          ATTN: ITHRAN OLIVACCE
          885 THIRD AVENUE, 34TH FLOOR
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 40485    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/23/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2013.

EXHIBIT B

```
TIME: 14:12:54                                            LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 10/23/13                                                  CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. | TRANSFEROR: DUNGAN PARTNERS LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| BERNESE CAPITAL, L.L.C. | REITLER KAILAS & ROSENBLATT LLC ATTN: CHRIS EDWARDS 885 THIRD AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| BERNESE CAPITAL, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC PO BOX 431 NEW YORK NY 10150 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: RBS SECURITIES INC. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: RBS SECURITIES, INC. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. | TRANSFEROR: DEUTSCHE BANK AG ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| BROOKE FINANCIAL SERVICES LTD | CHADBOURNE & PARKE LLP ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| BROOKE FINANCIAL SERVICES LTD | TRANSFEROR: PORTAFOLIO DE INVERSIONES C2-34, C.A. C/O CHADBOURNE & PARKE LLP ATTN: GREGORY RODRIGUEZ 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES LIMITED ACTING AS TRUSTEES | DAVID AMAN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES LIMITED ACTING AS TRUSTEES | OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (103285) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES | LIMITED ACTING AS TRUSTEE OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (100808) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| INTERNATIONAL ASSETS ADVISORY, LLC | TRANSFEROR: BROOKE FINANCIAL SERVICES LTD 300 SOUTH ORANGE AVENUE SUITE #1100 ORLANDO FL 32801 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: INTERNATIONAL ASSETS ADVISORY, LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: COAL STAFF SUPERANNUATION SCHEME TRUSTEES LIMITED ACTING AS TRUSTEES OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (103285) ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: COAL STAFF SUPERANNUATION SCHEME TRUSTEES ACTING AS TRUSTEE OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (100808) ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: SEAN FORONY, ALISON MCDEVITT, ALEXANDER KHOLODNY 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: SEAN FORONY, ALISON MCDEVITT; ALEXANDER KHOLODNY 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| RBS SECURITIES INC. | TRANSFEROR: CENTRAL REINSURANCE CORP. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| RBS SECURITIES, INC. | TRANSFEROR: CENTRAL REINSURANCE CORP. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SL TRADE CLAIM I LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SL TRADE CLAIM I LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

```
TIME: 14:12:54                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 10/23/13                                         CREDITOR LISTING

Name                                              Address
STATE BOARD OF ADMINISTRATION OF FLORIDA          C/O GOLDMAN SACHS ASSEST MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET
  (103233)                                        LONDON  EC1A 7HD UNITED KINGDOM
VARDE CREDIT PARTNERS MASTER, L.P.                TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                           TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE                 TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  SPC                                             885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  SPC                                             885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022


Total Number of Records Printed     44


                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```