UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :      Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :      08-13555 (JMP)
                                                                 :      (Jointly Administered)
                          Debtors.                               :
                                                                 :
-----------------------------------------------------------------x      Ref. Docket No. 40492

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
29th day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 40492_Aff 10-23-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP
               TRANSFEROR: ILLIQUIDX LLP
               C/O ALDEN GLOBAL CAPITAL
               ATTN: ITHRAN OLIVACCE
               885 THIRD AVENUE, 34TH FLOOR
               NEW YORK NY 10022


Additional:


Transferee:    TURNPIKE LIMITED
               C/O ALDEN GLOBAL CAPITAL
               ATTN: ITHRAN OLIVACCE
               885 THIRD AVENUE, 34TH FLOOR
               NEW YORK NY 10022


**Your transfer   of claim #   49740-14   is defective for the reason(s) checked below:**

Other                                        Not enough money to complete this transfer.



Docket Number 40492              Date 10/15/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 23, 2013.

EXHIBIT B

```
TIME: 12:34:45                                      LEHMAN BROTHERS HOLDING INC.                                                 PAGE:  1
DATE: 10/23/13                                            CREDITOR LISTING

Name                                    Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 FUND, LP
CHENAVARI FINANCIAL ADVISORS LTD        TRANSFEROR: SMBC NIKKO SECURITIES INC. ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON  SW1X 7EE UNITED KINGDOM
TURNPIKE LIMITED                        C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022


Total Number of Records Printed         3
```