UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re                                                                                                  :  Chapter 11 Case No.
                                                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :  08-13555 (JMP)
                                                                                                        :  (Jointly Administered)
                    Debtors.                                                                 :
                                                                                                        :
                                                                                                        :
-----------------------------------------------------------------------x  Ref. Docket Nos. 40536, 40552,
                                                                                                            40555, 40556, 40558, 40560, 40571,
                                                                                                            40596, 40597, 40601, 40603, 40645,
                                                                                                            40649, 40652-40657, 40660-40669

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
29th day of October, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 40536, 40552, 40555...40657, 40660-40669_AFF_10-24-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP FINANCIAL PRODUCTS, INC.                    CITIGROUP FINANCIAL PRODUCTS, INC.
     TRANSFEROR: EMPYREAN INVESTMENTS, LLC                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     ATTN: BRIAN BROYLES                                   ATTN: ELANIT A. SNOW
     1615 BRETT ROAD, BLDG 3                               1285 AVENUE OF THE AMERICAS
     NEW CASTLE DE 19720                                   NEW YORK NY 10019
```

Please note that your claim # 67346-12 in the above referenced case and in the amount of
     $25,000,000.00   allowed at $25,000,000.00        has been transferred **(unless previously expunged by court order)**

```
     VARDE INVESTMENT PARTNERS, LP
     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
     ATTN: EDWINA PJ STEFFER
     8500 NORMANDALE LAKE BLVD., STE 1500
     MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40645     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/24/2013                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 24, 2013.

EXHIBIT B

08-13555-mg    Doc 40856    Filed 10/29/13    Entered 10/29/13 17:21:19    Main Document
Pg 4 of 5

```
TIME: 18:07:32                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 10/24/13                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR ZELITWEG 63 ZURICH CH-8021 SWITZERLAND |
| BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 TRANSFEROR: DEUTSCHE BANK AG ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 5 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: DOUGLAS DIBELLA 11 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GESCAFONDO FI FBO VICTOR KNOX IRA, 50% UNDIVIDED INTEREST AND FREDRIC GLASS IRA, 50 % UNDIVIDED INTEREST C/O FAIR HARBOR CAPITAL, LLC PO BOX 237037 NEW YORK NY 10023 |
| EQUITY TRUST COMPANY CUSTODIAN | TRANSFEROR: INTERCONTINENTAL DE CARTERA SICAV FBO VICTOR KNOX IRA, 50% UNDIVIDED INTEREST AND FREDRIC GLASS IRA, 50% UNDIVIDED INTEREST C/O FAIR HARBOR CAPITAL, LLC PO BOX 237037 NEW YORK NY 10023 |
| EQUITY TRUST COMPANY CUSTODIAN | ALBERTO DEL RIEGO ORTA SERRANO 88 5 PLANTA MADRID 28006 SPAIN |
| GESCAFONDO FI | ANDREW THAU SKADDEN ARPS MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| GESCAFONDO FI | N. LYNN HIESTAND SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP 40 BANK STREET CANARY WHARF LONDON E14 5DS UNITED KINGDOM |
| GESCAFONDO FI | TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND LP | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | ALBERTO DEL RIEGO ORTA SERRANO 88 5 PLANTA MADRID 28006 SPAIN |
| INTERCONTINENTAL DE CARTERA SICAV | ANDREW THAU SKADDEN ARPS MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| INTERCONTINENTAL DE CARTERA SICAV | N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM (UK) LLP 40 BANK STREET CANARY WHARF LONDON E14 5DS UNITED KINGDOM |
| INTERCONTINENTAL DE CARTERA SICAV | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: GINA GRASSO 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BBVA (SUIZA) S.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 50 GENEVA 73 1211 SWITZERLAND |
| PICTET & CIE | F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY |
| SANTANDER PRIVATE BANKING SPA | TRANSFEROR: VP BANK (LUXEMBOURG) S.A. KORTRIJKSESTEENWEG 302 GENT B-9000 BELGIUM |
| SOCIETE GENERALE PRIVATE BANKING | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: HSBC SECURITIES JAPAN LIMITED C/O STRATEGIC VALUE PARTNERS, LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | 26, AVENUE DE LA LIBERTE LUXEMBOURG L-1930 LUXEMBOURG |
| VP BANK (LUXEMBOURG) S.A. | |

Total Number of Records Printed       43

EPIQ BANKRUPTCY SOLUTIONS, LLC