UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                   Debtors.                                       :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 40572

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           /s/ Lauren Rodriguez
                                           Lauren Rodriguez

Sworn to before me this
29th day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 40857    Filed 10/29/13    Entered 10/29/13 17:22:55    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    TARGOBANK AG & CO. KGAA
               F/K/A CITIBANK PRIVATKUNDEN AG & CO. KGAA
               TRANSFEROR: EHRIG, HEINZ AND EVELIN
               C/O TARGOBANK AG # CO. KGAA
               KASERNENSTR. 10
               DUESSELDORF 40213 GERMANY


Additional:


Transferee:    MR. MICHAEL WOLFF
               URACHSTR. 32A
               STUTTGART 70190 GERMANY


**Your transfer   of claim #   55404-55   is defective for the reason(s) checked below:**

Other                              Transfer refers to Schedule 1, but it was not filed.




Docket Number 40572           Date 10/10/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 24, 2013.

EXHIBIT B

08-13555-mg    Doc 40857    Filed 10/29/13    Entered 10/29/13 17:22:55    Main Document
Pg 4 of 5

```
TIME: 18:13:17                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 10/24/13                               CREDITOR LISTING

Name                        Address
MR. MICHAEL WOLFF           URACHSTR. 32A STUTTGART 70190 GERMANY
TARGOBANK AG & CO. KGAA     F/K/A CITIBANK PRIVATKUNDEN AG & CO. KGAA TRANSFEROR: EHRIG, HEINZ AND EVELIN C/O TARGOBANK AG # CO. KGAA KASERNENSTR. 10
                            DUESSELDORF  40213 GERMANY

Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC