UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 40498, 40552,
                                                                       40624, 40631, 40641, 40643, 40644,
                                                                       40646-40648, 40650, 40651

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
29th day of October, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.
      TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.
      ATTN: SCOTT EVAN
      1615 BRETT ROAD, BLDG 3
      NEW CASTLE DE 19720
```

Please note that your claim # 32695-30 in the above referenced case and in the amount of
    $946,825.63  allowed at $891,130.00       has been transferred **(unless previously expunged by court order)**

```
      SOLUS CORE OPPORTUNITIES LP
      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
      ATTN: JON ZINMAN
      410 PARK AVENUE, 11TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40641       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/25/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 25, 2013.

EXHIBIT B

```
TIME: 18:47:48                                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 10/25/13                                                CREDITOR LISTING

Name                                          Address
ALCOR S.A.                                    JUNCAL 1327 APARTAMENTO 1801 MONTEVIDEO    URUGUAY
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CONTRARIAN FUNDS, LLC                         TRANSFEROR: ALCOR S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
FAIR HARBOR CAPITAL, LLC                      TRANSFEROR: POTHITOS, DAMASKINOS AS ASSIGNEE OF POTHITOS, DAMASKINOS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
HBK MASTER FUND, L.P.                         TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                 TRANSFEROR: HBK MASTER FUND, L.P. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
POTHITOS, DAMASKINOS                          22 PSIXARI STR. 15451 N PSIXICO ATHENS   GREECE
POTHITOS, DAMASKINOS                          PIRAEUS BANK SA. 75, V.SOFIAS STR., ATHENS    11521 GREECE
SOLUS CORE OPPORTUNITIES LP                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: ILLIQUIDX LLP ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed       16
                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```