**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
                                                                      :
**In re**                                                             :    **Chapter 11 Case No.**
                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                          :    **08-13555 (JMP)**
                                                                      :
                                           **Debtors.**               :    **(Jointly Administered)**
                                                                      :
------------------------------------------------------------------------ x

### NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the

Production of Documents and Authorizing the Examination of Persons and Entities, entered on

November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to

issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit

to examinations by the Debtors.

_____

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in
the Order.

As required by the Order, the Debtors hereby file notice of a subpoena issued by a

Debtor pursuant to the Order.  The date the subpoena was served, the name of the witness and

the date, time and place of any examination are set forth on "Exhibit A" attached hereto.

Dated: October 29, 2013
     New York, New York

          **CURTIS, MALLET-PREVOST,
          COLT & MOSLE LLP**

          By:     */s/ L. P. Harrison 3rd*
                L. P. Harrison 3rd
                Cindi Eilbott Giglio
          101 Park Avenue
          New York, New York 10178-0061
          Telephone: (212) 696-6000
          Facsimile:  (212) 697-1559

          *Counsel for Lehman Brothers Holdings Inc.
           and Certain of Its Affiliates*

16775865

**Exhibit A**

**NOTICE OF SUBPOENA**

| | |
|---|---|
| Name of Witness: | Citigroup Global Markets Inc. |
| Date of Service of Subpoena: | October 25, 2013 |
| Subject of Subpoena: | Production of Documents, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents will be produced by the subpoenaed party by November 28, 2013 at 10:00 AM (EST) at Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178 |