CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., IN CONNECTION WITH
EXUM RIDGE 2006-2**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*US. Bank*") by and through its counsel, Chapman and Cutler LLP, hereby withdraws its Proof of Claim Number 32844 filed against Lehman Brothers Holdings Inc. in connection with the Exum Ridge CBO 2006-2 transaction. This claim was resolved pursuant to

3467915.01.04.doc

- 2 -

a confidential Settlement Agreement with the Debtors dated July 17, 2013. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

October 29, 2013

                                     Respectfully submitted,

                                     U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

                                     By _____
                                                One of Its Attorneys

James E. Spiotto
Ann Acker
Franklin H. Top, III
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000

Craig M. Price
CHAPMAN AND CUTLER LLP
330 Madison Avenue
New York, NY 10017
Telephone: (212) 655-2522

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION