B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

Lehman Brothers Commercial Corporation                    Case No. 08-13901

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Special Financing Inc. | FORTIS BANK SA/NV |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1271 Avenue of the Americas, 35th Floor
New York, NY 10020
Attn: Daniel J. Ehrmann
Phone: 646-285-9556

Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: N/A

Last Four Digits of Acct #: N/A

Court Claim # (if known): 26442

Amount of Claim: $4,391,626.01

Date Claim Filed: 9/22/2009

Phone: N/A

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: 22 October 2013
Transferee / Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
US_ACTIVE:\44285960\1\58399.0011