WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                          :
**In re**                                 :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                          :
            Debtors.                      :    **(Jointly Administered)**
                                          :
                                          :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE**
**ONE HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION TO**
**CLAIMS (DUPLICATIVE LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) [ECF No. 19871] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: October 30, 2013
       New York, New York

                                            /s/ Robert J. Lemons
                                            Robert J. Lemons

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

US_ACTIVE:\44358940\1\58399.0008

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| HORIZON II INTERNATIONAL, LTD | 62720 |