**Extremely Urgent**

www.ups.com

- The UPS EXPRESS ENVELOPE is to be used for document shipments only.
- Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.
- La UPS EXPRESS ENVELOPE va usata unicamente per spedire documenti.

Place UPS shipping documentation here.
Bitte bringen Sie die UPS Versanddokumentation hier an.
La documentazione di spedizione UPS va incollata qui.
nentación de envío aquí.
as documents d'expédition UPS ici.
rysyłkową UPS umieść tutaj.

+41228192290
UBP DU RHONE 96 98
1204 GENEVE
SWITZERLAND

ENV   1 OF 1
SHP#: 8A60 40G3 DMD
DATE: 22 OCT 2013

Document de secours – Veuillez le placer sur le colis
TRH:1Z 8A6 040 04 4117 8878    SHP#:8A60 40G3 DMD

SHIP TO:
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
(001) 212-5921 400
LEHMAN BROTHERS HOLDINGS CLAIMS P.
757 THIRD AVENUE, 3RD FLOOR
NEW YORK NY 10017
UNITED STATES

NY 100 9-44
1P

UPS SAVER
TRACKING #: 1Z 8A6 040 04 4117 8878

EDI-DOC

BILLING: P/P
DESC: DOCUMENTS

N° de facture: 605

Shipper agrees to the UPS Terms found at www.ups.com and UPS service centers. For international air carriage, the Warsaw Convention as amended or Montreal Convention may apply and limits UPS's liability for loss or damage to cargo. International carriage by road may be subject to the Convention on the Contract for the International Carriage of Goods By Road. Except as otherwise governed by international conventions or other mandatory law, the UPS Terms limit UPS's liability for damage or loss or delay of this shipment. There are no stopping places agreed upon at the time of tender of the shipment and UPS reserves the right to route the shipment in any way it deems appropriate. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that any US software or technology were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

Shipper's Signature:                    Date:

01872118  08/10  1P  United Parcel Service, Louisville, KY



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc        ,            Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

VP Bank (Luxembourg) SA
Name of Transferee

Union Bancaire Privée, UBP SA
Name of Transferor

Name and Address where notices to transferee should be sent:
VP Bank (Luxembourg) SA, Avenue de la Liberté 26, L-1930 Luxembourg
SAMLUXEMBOURG @ VPBANK.COM
Phone:  +352 404 770 457
Last Four Digits of Acct #: _____

Court Claim # (if known):  47131
Amount of Claim:  $10,236.78
Date Claim Filed:  10/26/2009

Phone:  +41.58.819.3428
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 16th October 2013
    Transferee/Transferee's Agent
    L. BRENDEL       G. Plumanns

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

VP BANK (LUXEMBOURG) S.A.
AVENUE DE LA LIBERTE, 26
BOITE POSTALE 923
L-2019 LUXEMBOURG
TEL. (00352) 404 770 -1



UNION BANCAIRE PRIVÉE



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **VP Bank (Luxembourg) SA** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **47131**) in nominal amount of USD 20'000 **equal to an allowed claim of USD 10'236.78** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th October 2013.

**UNION BANCAIRE PRIVEE, UBP SA**

Yann-Emmanuel Magnin
Director

Elena Montgomery Tonini
Director

UNION BANCAIRE PRIVÉE, UBP SA

Genève

Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com



# UNION BANCAIRE PRIVÉE

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0313080896<br><br>Lehman Brothers due 03.08.2009 | 47131 | 26th October 2009 | Lehman Brothers Securities NV | USD 20'000 | USD 10'236.78 |

**UNION BANCAIRE PRIVÉE, UBP SA**
Genève
Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com