Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28749

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners LP, through its undersigned counsel, hereby withdraws proof of claim number 28749 and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 30, 2013
   New York, New York

                                              **BINGHAM MCCUTCHEN LLP**

                                              By: /s/ Joshua Dorchak
                                                   Joshua Dorchak
                                                   399 Park Avenue
                                                   New York, New York 10022
                                                   (212) 705-7000
                                                   joshua.dorchak@bingham.com

                                                 *Attorneys for MacKay Shields Credit
                                                 Strategy Partners LP*

A/75779109.1