Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF CLAIM NO. 28750**

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd, through its undersigned counsel, hereby withdraws proof of claim number <u>28750</u> and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 30, 2013
       New York, New York

                                                **BINGHAM MCCUTCHEN LLP**

                                                By: /s/ Joshua Dorchak
                                                    Joshua Dorchak
                                                    399 Park Avenue
                                                    New York, New York 10022
                                                    (212) 705-7000
                                                    joshua.dorchak@bingham.com

                                                *Attorneys for MacKay Shields Credit*
                                                *Strategy Fund Ltd.*

A/75779109.1