# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.                Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Värde Investment Partners, L.P.** | **Citigroup Financial Products Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>8500 Normandale Lake Boulevard<br>Suite 1500<br>Minneapolis, MN 55437<br>Attn: Edwina P.J. Steffer<br>e-mail: esteffer@varde.com | Court Claim No.: 20149<br><br>Amount of Claim Transferred: $36,781,448.00, plus all accrued interest, fees and other recoveries due.<br><br>Date Claim Filed: September 21, 2009<br><br>Phone: |
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.

By: Värde Investment Partners G.P., LLC, its general partner
By: Värde Partners, L.P., its managing member
By: Värde Partners, Inc., its general partner

By: _____[signature]_____            Date: 10/30/13
Name: **Scott T. Hartman**
Title: **Managing Director**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

119-1533/CERTS/4018020.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.　　　　　Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 20149 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on　　.

| Citigroup Financial Products Inc. | Värde Investment Partners, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>Citigroup Financial Products Inc.<br>1615 Brett Road, Bldg 3<br>New Castle, DE 19720<br>Attention: Brian Broyles | Address of Transferee<br>8500 Normandale Lake Boulevard<br>Suite 1500<br>Minneapolis, MN 55437<br>Attn: Edwina P.J. Steffer<br>E-mail: *esteffer@varde.com* |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

119-1533/CERTS/4018020.1

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br> Debtors | Case No. 08-13555 <br><br> Chapter 11 <br><br> Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $36,781,448.00 of the claim against Lehman Brothers Holdings Inc. set forth below (such portion being the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,536,014,057.90 | 20149 |

has been transferred and assigned to **Värde Investment Partners, L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $36,781,448.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | Citigroup Financial Products Inc. | ASSIGNEE: | VÄRDE INVESTMENT PARTNERS, L.P. |
| Address: | 1615 Brett Road, Bldg 3 <br> New Castle, DE 19720 | | By: Värde Investment Partners G.P., LLC, its General Partner |
| Attention: | Brian Broyles | | By: Värde Partners, L.P., its Managing Member |
| Signature: | | | By: Värde Partners, Inc., its General Partner |
| Name: | Michael Eliason | | |
| Title: | Authorized Signatory | Address: | 8500 Normandale Lake Boulevard, Suite 1500, Minneapolis, MN 55437 |
| Date: | 10/30/13 | Attention: | Edwina P.J. Steffer |
| | | Signature: | |
| | | Name: | |
| | | Title: | |
| | | Date: | |

Doc#: US1:8974773v4

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Chapter 11 |
| | Jointly Administered |
| Debtors | |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $36,781,448.00 of the claim against Lehman Brothers Holdings Inc. set forth below (such portion being the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,536,014,057.90 | 20149 |

has been transferred and assigned to **Värde Investment Partners, L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $36,781,448.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: Citigroup Financial Products Inc.
Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720
Attention: Brian Broyles
Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE: VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, its General Partner
By: Värde Partners, L.P., its Managing Member
By: Värde Partners, Inc., its General Partner
Address: 8500 Normandale Lake Boulevard, Suite 1500, Minneapolis, MN 55437
Attention: Edwina P.J. Steffer
Signature: /s/ Scott T. Hartman
Name: Scott T. Hartman
Title: Managing Director
Date: 10/30/13

Doc#: US1:8974773v4