**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                                                                  Chapter 11

Lehman Brothers Holdings, Inc., *et al.,*                      Case No. 08-13555 (JMP)
                                                                                         (Jointly Administered)



                                          Debtors
-------------------------------------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED OCTOBER 11, 2013, [DOCKET NO. 40432], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**REPLY OF BAUPOST GROUP, LLC TO DEBTORS' OPPOSITION TO BAUPOST'S MOTION TO QUASH DEBTORS' SUBPOENA ISSUED UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 WITH EXIBIT M-1, EXHIBIT M-2, EXHIBIT M-3,**