B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc.       Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Hongkong and Shanghai Banking Corporation Limited | HSBC Private Bank (Suisse) SA, Hong Kong branch |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 56670 |
| | Amount of Claim: $8,419,751.34 |
| Level 13 & 14, | |
| 1 Queen's Road Central, | Date Claim Filed: October 29, 2009 |
| HONG KONG | |
| Contact: Sarah Chan / Director | |
| | |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Terry Lam_____ Date: November 1, 2013
Transferee/Transferee's Agent
Name: Terry T.F. LAM
Title: Regional Head of Service Delivery, Private Banking Division

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

     **HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH** ("**Transferor**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that, as of 11:59 pm Hong Kong time on November 1, 2013, it has unconditionally and irrevocably transferred and assigned to **THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED** ("**Transferee**") all right, title and interest in and to Proof of Claim Number 56670 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York (the "**Claim**").

     Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

     IN WITNESS WHEREOF, dated as of the 1st of November, 2013.

**HSBC PRIVATE BANK (SUISSE) SA,
HONG KONG BRANCH**

By: _/s/ Terry T.F. Lam_
Name: Terry T.F. LAM
Title: Regional Head of Service Delivery
Tel.: +852 3604 7500

**THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED**

By: _/s/ Terry T.F. Lam_
Name: Terry T.F. LAM
Title: Regional Head of Service Delivery,
      Private Banking Division
Tel.: +852 3604 7500