MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Jordan A. Wishnew

*Counsel for CB Richard Ellis Limited*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
: 
In re:                                                              :
                                                                    :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :
                                                                    :   Case No. 08-13555 (JMP)
                                                                    :
                                                                    :   (Jointly Administered)
                        Debtors.                                    :
                                                                    :
------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## NO. 27434 FILED BY CB RICHARD ELLIS LIMITED

**PLEASE TAKE NOTICE** that CB Richard Ellis Limited, through its undersigned counsel, hereby withdraws Proof of Claim No. 27434 filed in the above captioned matter on September 22, 2009, and requests that the official claims registry maintained by Epiq Systems for the above-referenced debtors be updated accordingly.

Dated:  November 1, 2013            Respectfully submitted,
        New York, New York

                                    /s/ Jordan A. Wishnew
                                    Jordan A. Wishnew
                                    MORRISON & FOERSTER LLP
                                    1290 Avenue of the Americas
                                    New York, New York 10104
                                    Telephone: (212) 468-8000
                                    Facsimile: (212) 468-7900

                                    *Counsel for CB Richard Ellis Limited*

ny-1115832