**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re

    LEHMAN BROTHERS HOLDINGS INC., et al.,

                             Debtor
-----------------------------------------------------------------X

Case No. 08-13555(JMP)
Chapter 11

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                S.S.
COUNTY OF NEW YORK)

      **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

      That on the 29th day of October, 2013, at approximately the time of 1:40pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION** upon **HSBC NORTH AMERICA HOLDINGS, INC.** at 452 Fifth Avenue, New York, NY by personally delivering and leaving the same with **MANNAR MIKHAIL**, who informed deponent that she holds the position of C.E.A. with that company and is authorized by appointment to receive service at that address.

      **MANNAR MIKHAIL** is a white female, approximately 30 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 160 pounds with dark hair and brown eyes.

_[signature]_
HECTOR FIGUEROA, 0870141

Sworn to before me this
31st day of October, 2013

_[signature]_

NOTARY PUBLIC

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com