REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF DEBTORS' OBJECTION TO PROOF OF
CLAIM NO. 66099 FILED BY SYNCORA GUARANTEE, INC.**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objection to Proof of

Claim No. 66099 Filed by Syncora Guarantee, Inc. [Docket No. 20087] that was scheduled for

November 21, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to**

**be determined.**

Dated: November 1, 2013

                                                */s/* Michael A. Rollin
                                                Michael A. Rollin
                                                REILLY POZNER LLP
                                                1900 16th Street, Suite 1700
                                                Denver, Colorado 80202
                                                Telephone: (303) 893-6100
                                                Facsimile: (303) 893-6110

                                                Attorneys for Lehman Brothers
                                                Holdings Inc. and Certain of Its
                                                Affiliates

1574695