B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| BKM Holdings (Cayman) Ltd., <br> Name of Transferee | JP MORGAN CHASE BANK, N.A. <br> Name of Transferor |
| Name and Address where notices to transferee should be sent: <br> Intertrust Corporate Services (Cayman) Limited <br> 190 Elgin Avenue <br> George Town, Grand Cayman KY1-9005 <br> *With a copy to:* <br> c/o Davidson Kempner Capital Management <br> 65 East 55th Street <br> New York, New York 10022 <br> Attention: Jennifer Donovan | Court Claim # (if known): 58233 <br> Amount of Claim: $8,739,977.82 <br> Date Claim Filed: 10/30/09 |
| Name and Address where transferee payments should be sent (if different from above): <br> Phone: _____ <br> Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 11/1/13
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §~ 152 & 3571.

DOC ID - 20722192.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 58233

**JPMORGAN CHASE BANK, N.A.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BKM HOLDINGS (CAYMAN) LTD.**
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
ATTENTION: JENNIFER DONOVAN
TELEPHONE: 212 446 4018
FACSIMILE: 212 371 4318
EMAIL: JDONOVAN@DKPARTNERS.COM

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 58233, solely to the extent of $8,739,977.82, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated as set forth below.

**JPMORGAN CHASE BANK, N.A.**

By: _____
Name: Alexander Wilk
Title: Authorized Signatory
Date: 11-1-13

**BKM Holdings (Cayman) Ltd.**, By Midtown Acquisitions LP,
its sole shareholder, By Midtown Acquisitions GP LLC,
its general partner

By: _____
Name: Anthony Yoseloff
Title: Manager
Date: 11/1/13

9

Bankhaus - JPM to MHD LCPI $9.6M, LBHI $8.7M AOC (2)-V2.docx