B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Lehman Commercial Paper Inc.
In re Lehman Brothers Holdings Inc., et al.,                      Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


BKM Holdings (Cayman) Ltd.,                        JP MORGAN CHASE BANK, N.A.
Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 59006
should be sent:                                     Amount of Claim: $9,647,225.52
Intertrust Corporate Services (Cayman) Limited      Date Claim Filed: 10/30/09
190 Elgin Avenue
George Town, Grand Cayman KY1-9005
*With a copy to:*
c/o Davidson Kempner Capital Management
65 East 55th Street
New York, New York 10022
Attention: Jennifer Donovan

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of
my knowledge and belief.
By: _____        Date: __11/1/13_____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §~ 152 & 3571.


DOC ID - 20722283.1

## EXHIBIT B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Commercial Paper Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 59006

**JPMORGAN CHASE BANK, N.A.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BKM HOLDINGS (CAYMAN) LTD.**
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
ATTENTION: JENNIFER DONOVAN
TELEPHONE: 212 446 4018
FACSIMILE: 212 371 4318
EMAIL: JDONOVAN@DKPARTNERS.COM

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 59006, solely to the extent of $9,647,225.52, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated as set forth below.

**JPMORGAN CHASE BANK, N.A.**

By: _____
Name: _____Alexander Wilk_____
Title: _____Authorized Signatory_____
Date: _____11-1-13_____

**BKM Holdings (Cayman) Ltd.**, By Midtown Acquisitions LP,
its sole shareholder, By Midtown Acquisitions GP LLC,
its general partner

By: _____
Name: ___Anthony Tocalott___
Title: Manager
Date: __11/1/13__

8

Bankhaus - JPM to MHD LCPI $9.6M, LBHI $8.7M AOC (2)-V2.docx