United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings Inc          Case No.    08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Yorvik Investments Ltd
Name of Transferee

Stark Criterion master Fund Ltd
Name of Transferor

Name and Address where notices to transferee should be sent:
11 Ironmonger Lane
London EC2V 8EY
United Kingdom

e-mail: r.carmoody@yorvikpartners.com

Tel:  +44 20 7796 5917

Court Claim # (if known): 64916
Amount of Claim: $264,465.00
Date Claim Filed:   05 November 2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 31 October 2013
Transferee/Transferee's Agent

By: _____          Date: 31 October 2013
Transferor/Transferor's Agent
Donald T Bobbs – Authorized Signatory of its Investment Manager

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.