# EXHIBIT A

# CERTIFICATE OF DEATH

Primary Reg. Dist. No.
Registrar's No: 7100701000074
State File No.

Type or print in permanent blue or black ink

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | BEVERLY MAXINE NEWMAN |
| 2. Sex | Female |
| 3. Date of Death | March 24, 2011 |
| 4. Social Security Number | 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 |
| 5a. Age (Years) | 66 |
| 6. Date of Birth | June 27, 1944 |
| 7. Birthplace | CHILLICOTHE, OHIO |
| 8a. Residence State | OHIO |
| 8b. County | ROSS |
| 8c. City or Town | FRANKFORT |
| 8d. Street and Number | 59 E. High Street |
| 8f. Zipcode | 45628 |
| 8g. Inside City Limits? | No |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Widowed (and not remarried) |
| 12. Decedent's Education | HIGH SCHOOL GRADUATE OR GED |
| 13. Decedent of Hispanic Origin | No |
| 14. Decedent's Race | White |
| 15. Father's Name | EARL SECREST |
| 16. Mother's Name (prior to first marriage) | PANSY EVANS |
| 17a. Informant's Name | CONARD NEWMAN |
| 17b. Relationship to Decedent | Son |
| 17c. Mailing Address | 10834 Westfall Road, FRANKFORT, OHIO 45628 |
| 18a. Place of Death | Son's Home |
| 18b. Facility Name | 10834 Westfall Road |
| 18c. City or Town, State and Zip Code | FRANKFORT, OH 45628 |
| 18d. County of Death | ROSS |
| 20. License Number | 009233 |
| 21. Name and Complete Address of Funeral Facility | EBRIGHT FUNERAL HOME, 55 W SPRINGFIELD ST, FRANKFORT, OH 45628 |
| 22a. Method of Disposition | Burial |
| 22b. Date of Disposition | March 28, 2011 |
| 22c. Place of Disposition | Greenlawn Cemetery |
| 22d. Location | FRANKFORT, OH |
| 24. Date Filed | March 28, 2011 |
| 25a. Name of Person Issuing Burial Permit | MINER, DEBBIE |
| 25b. District No. | 7100 |
| 25c. Date Burial Permit Issued | March 24, 2011 |
| 26a. Certifier | Certifying Physician |
| 26b. Time of Death | 1:00 AM |
| 26c. Date Pronounced Dead | March 24, 2011 |
| 26d. Was case referred to coroner? | No |
| 26f. License number | 35.089168 |
| 26g. Date Signed | 3/25/2011 |
| 27. Name and Address of Person who Completed Cause of Death | DR JASON COLLINS, 798 North Court Street, CIRCLEVILLE, OH 43113 |

### 28. Part I. Cause of Death

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause | a. Liver Failure | 4 months |
| b. Due to | | |
| c. Due to | | |
| d. Due to | | |

29a. Was An Autopsy Performed? No
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? —
30. Did Tobacco Use Contribute to Death? No
31. If Female, Pregnancy Status: Not pregnant within past year
32. Manner of Death: Natural

Attn: Luke Feeney
173 6226

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.

HR 28 11 0 1 2 7 1 1

DEBBIE MINER, LOCAL REGISTRAR
OFFICE OF VITAL STATISTICS
WITNESS MY SIGNATURE & SEAL

REV. 6/2009

# EXHIBIT B

COURT OF CO...

bjg

2013 MAY 15 PM 1: 15

IN THE COURT OF COMMON PLEAS, ROSS COUNTY, OHIO

BEVERLY NEWMAN,

CLERK OF COURTS
TY D. HINTON

Plaintiff

Case No. 08 CI 423

-vs-

BNC MORTGAGE, INC., et al.,

Defendants

E N T R Y

This action came on for consideration before this Court on the 9th day of May, 2013. The plaintiff's counsel filed a suggestion of death in this action on February 7th, 2013. There has been no substitution of the plaintiff. Civil Rule 25 (A) requires substitution of a party within ninety days after death is suggested upon the record. This action is dismissed without prejudice.

The Costs to plaintiff. Clerk is hereby directed to serve a copy of this Judgement Order, and its date of Entry upon the Journal, upon all counsel of record and all parties not represented by counsel, by personal service or by U.S. Mail, and to note service on the Docket.

Judge Scott W. Nusbaum

SCOTT W. NUSBAUM
JUDGE, Common Pleas Court
Ross County, Ohio
Courtroom #2

Recipients of Journal Entry:

Mr. Joshua Goodwin
Attorney at Law
11 East Second Street
Chillicothe, OH 45601

Mr. Thomas J. Corbin
Attorney at Law
842 North Columbus Street
Lancaster, OH 43130

Ms. Peggy Lee
Attorney at Law
1005 East State Street, Suite 10
Athens, OH 45701

Mr. J. Kevin Cogan
Attorney at Law
P.O. Box 165017
Columbus, OH 43216-5017

Ms. Beverly Newman
59 East High Street
Frankfort, OH 45628

# EXHIBIT C

COURT OF COMMON PLEAS

## IN THE COURT OF COMMON PLEAS, ROSS COUNTY, OHIO

CITIBANK, N.A., as Trustee
for BNC Mortgage Loan Trust
Series 2007-3,

2012 DEC 27 PM 12: 56

CASE NO. 12 CI 397 ROSS CO.
CLERK OF COURTS
TY D. HINTON

Plaintiff

VS.

JUDGE NUSBAUM

BEVERLY M. NEWMAN, et al.,

Defendants

* * * * * * * * * * * * * * * * * * * *

### DEFENDANTS', CONRAD NEWMAN AKA LLOYD CONRAD NEWMAN, JR. AND MARY E. NEWMAN, MOTION TO DISMISS PURSUANT TO CIVIL RULE 12(B)(6)

Now comes Defendants, Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman, by and through counsel, and hereby moves the Court to dismiss the complaint as filed against them by the plaintiff in this matter. Specifically, Defendants, Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman, request that the Court dismiss the complaint pursuant to Civil Rule 12(B)(6) for failure to state a claim against Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman upon which relief can be granted. A memorandum in support of this motion follows.

Respectfully submitted,

_____
STEPHEN K. SESSER (#0073705)
*Counsel for Defendants, Conrad Newman aka
Lloyd Conrad Newman, Jr. & Mary E. Newman*
42 E. Fifth Street
Chillicothe, Ohio 45601
740-774-2142

## **MEMORANDUM IN SUPPORT OF MOTION**

### 1. Introduction

On or about September 10, 2012, plaintiff filed an amended complaint for foreclosure. This complaint for foreclosure was filed against the property owner, Beverly M. Newman, as well as her son, Conrad Newman aka Lloyd Conrad Newman, Jr. and his wife, Mary E. Newman. Beverly M. Newman died on March 24, 2011 (see Suggestion of Death attached hereto as Exhibit "A"). Furthermore, the Court can take judicial notice that the original complaint for foreclosure in this matter occurred on July 2, 2012, approximately one (1) year and four (4) months after the death of Beverly M. Newman.

On or about October 9, 2012, Defendant, Conrad Newman aka Lloyd Conrad Newman, Jr., requested a motion for extension of time to file an Answer, signing as the Executor of the Estate of Beverly M. Newman. At the time of filing this motion for extension of time, Defendant Conrad Newman aka Lloyd Conrad Newman, Jr., was unrepresented by counsel and was attempting to handle these matters pro se. After meeting with counsel, Conrad Newman aka Lloyd Conrad Newman, Jr. was advised of his rights. When Mr. Newman filed the motion for extension of time to file an Answer he was **not** the Executor of the Estate of Beverly M. Newman. However, defendant Conrad Newman aka Lloyd Conrad Newman, Jr. was named as a beneficiary in Beverly M. Newman's will. In fact, defendant Conrad Newman aka Lloyd Conrad Newman, Jr. was granted a one-third (1/3) interest in the Estate of Beverly M. Newman. The other two-thirds (2/3) were to be divided by Beverly M. Newman's daughter, Tammy Dixon and the final third to be divided equally among her three (3) grandchildren. No probate estate has ever been opened in the matter of Beverly M. Newman. No Executor has ever been named in the Estate of Beverly M. Newman. Accordingly, since Conrad Newman aka Lloyd Conrad Newman,

Jr. was never made the Executor of the Estate of Beverly M. Newman, his filing of a motion for extension of time to file an Answer is a legal nullity. He had no authority in which to file a motion for extension of time to file an Answer nor is he seeking appointment by the Probate Court to be made the Executor in the Estate of Beverly M. Newman.

In the amended complaint filed by Plaintiff, Plaintiff names Conrad Newman aka Lloyd Conrad Newman, Jr. and his spouse, Mary E. Newman, as parties that have a claim of interest in the premises that are being foreclosed upon. Interestingly, Plaintiff fails to name Tammy Dixon and the three (3) grandchildren as additional Defendants in its amended Complaint. Furthermore, simply being named in a will does not create an interest in real property.

Plaintiff seeks judgment against Beverly M. Newman on a note in the approximate amount of $49,750.31. Defendants Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman are not signors or guarantors of the note upon which the Plaintiff is seeking judgment.

Accordingly, Defendants Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman, have no current claim in interest to the premises that are involved in this foreclosure action. No estate has been opened nor will an estate be opened by any of these Defendants.

Therefore, plaintiff's complaint should be dismissed against Defendants, Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman, because they have no interest in the property that is the subject of this litigation, nor do they have any liability with regard to the note associated with the property that is the subject of this litigation.

Although the Plaintiff is well aware that Beverly M. Newman is deceased, counsel for Defendants Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman, have filed a Suggestion of Death and attached a copy of the death certificate to that Suggestion of Death. As a result, the complaint fails to state a claim upon which relief can be granted and should be

dismissed pursuant to Civil Rule 12(B)(6).

### 2. Standard of Review

The trial court should dismiss the cause of action for failure to state a claim for relief pursuant to Rule 12(B)(6) of the Ohio Rules of Civil Procedure when it appears beyond doubt from the pleading that the plaintiff can prove no set of facts warranting relief. See *State, ex rel. Jennings v. Nurre* (1995), 72 Ohio St 3d 596, 597. In making this determination, the general rule is that a factual allegation of a complaint is presumed to be true and all reasonable inferences are made in favor of the non-moving party. *Id.*

However, in determining a motion to dismiss for failure to state a claim, the Court need not assume truth of conclusions which are not supported by factual allegations, see *Garofalo v. Chicago Title Company*, (1995), 104 Ohio App.3d 95. Moreover, unsupported conclusions of a Complaint are not considered admitted and are not sufficient to withstand a motion to dismiss for failure to state a claim upon which relief can be granted. *Spaulding v. Coulson*, (1995), 104 Ohio App.3d, 62.

Thus, unsupported conclusions alleged in the complaint are not presumed to be true and are not sufficient to withstand a motion to dismiss. See *State, ex al. v. Capots*, (1989) 45 Ohio St 3d 324; *Mitchell v. Lawson Milk Company*, (1988), 40 Ohio St 3d 190.

Plaintiffs have merely filed a complaint suggesting that Defendants Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman have some sort of claim or interest in the premises. However, they have failed to provide **any** documentation which would support this accusation. A simple search of the Probate Court records would also conclude same.

Accordingly, this Court should dismiss the claims against the Defendants Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman pursuant to Civil Rule 12 (B)(6).

Although counsel for Defendants Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman **does not** represent Beverly M. Newman (deceased), it should be noted pursuant to Civil Rule 25, that unless a substitution of party is made with regard to a deceased party within ninety (90) days after the death is suggested upon the record, the action **shall** be dismissed as to the deceased party. See Civ. R. 25(A).

_____
**STEPHEN K. SESSER**
*Counsel for Defendants, Conrad Newman aka Lloyd Conrad Newman, Jr. & Mary E. Newman*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon the following by U.S. regular mail on this 26th day of December, 2012:

Peter L. Mehler, Esq.
Reimer, Arnovitz, Chernek & Jeffrey Co., L.P.A.
P.O. Box 968
Twinsburg, Ohio 44087

Nicole R. Randall
Assistant Attorney General
150 E. Gay Street, 21st Floor
Columbus, Ohio 43215

_____
**STEPHEN K. SESSER**
*Counsel for Defendants, Conrad Newman aka Lloyd Conrad Newman, Jr. & Mary E. Newman*

Exhibit "A"

# IN THE COURT OF COMMON PLEAS, ROSS COUNTY, OHIO

CITIBANK, N.A., as Trustee
for BNC Mortgage Loan Trust
Series 2007-3,

CASE NO. 12 CI 397

Plaintiff

VS.

JUDGE NUSBAUM

BEVERLY M. NEWMAN, et al.,

Defendants

* * * * * * * * * * * * * * * * * * * * *

## SUGGESTION OF DEATH

The undersigned, counsel for defendants, Conrad Newman aka Lloyd Conrad Newman, Jr. and Mary E. Newman, hereby gives notice to the court that Beverly Maxine Newman died on March 24, 2011 (see attached copy of death certificate).

_____
STEPHEN K. SESSER (#0073705)
*Counsel for Defendants, Conrad Newman aka Lloyd Conrad Newman, Jr. & Mary E. Newman*
42 E. Fifth Street
Chillicothe, Ohio 45601
740-774-2142

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon the following by U.S. regular mail on this 26th day of December, 2012:

Peter L. Mehler, Esq.
Reimer, Arnovitz, Chernek & Jeffrey Co., L.P.A.
P.O. Box 968
Twinsburg, Ohio 44087

Nicole R. Randall
Assistant Attorney General
150 E. Gay Street, 21st Floor
Columbus, Ohio 43215

/s/ Stephen K. Sesser

**STEPHEN K. SESSER**
*Counsel for Defendants, Conrad Newman aka
Lloyd Conrad Newman, Jr. & Mary E. Newman*

# CERTIFICATE OF DEATH

Registrar's No: 7100701100173
State File No.
Type or print in permanent blue or black ink

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | BEVERLY MAXINE NEWMAN |
| 2. Sex | Female |
| 3. Date of Death | March 24, 2011 |
| 4. Social Security Number | 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 |
| 5a. Age (Years) | 66 |
| 6. Date of Birth | June 27, 1944 |
| 7. Birthplace | CHILLICOTHE, OHIO |
| 8a. Residence State | OHIO |
| 8b. County | ROSS |
| 8c. City or Town | FRANKFORT |
| 8d. Street and Number | 59 E. High Street |
| 8f. Zipcode | 45628 |
| 8g. Inside City Limits? | No |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Widowed (and not remarried) |
| 12. Decedent's Education | HIGH SCHOOL GRADUATE OR GED |
| 13. Decedent of Hispanic Origin | No |
| 14. Decedent's Race | White |
| 15. Father's Name | EARL SECREST |
| 16. Mother's Name (prior to first marriage) | PANSY EVANS |
| 17a. Informant's Name | CONARD NEWMAN |
| 17b. Relationship to Decedent | Son |
| 17c. Mailing Address | 10834 Westfall Road, FRANKFORT, OHIO 45628 |
| 18a. Place of Death | Son's Home |
| 18b. Facility Name | 10834 Westfall Road |
| 18c. City or Town, State and Zip Code | FRANKFORT, OH 45628 |
| 18d. County of Death | ROSS |
| 20. License Number | 009233 |
| 21. Name and Complete Address of Funeral Facility | EBRIGHT FUNERAL HOME, 55 W SPRINGFIELD ST, FRANKFORT, OH 45628 |
| 22a. Method of Disposition | Burial |
| 22b. Date of Disposition | March 28, 2011 |
| 22c. Place of Disposition | Greenlawn Cemetery |
| 22d. Location | FRANKFORT, OH |
| 24. Date Filed | March 28, 2011 |
| 25a. Name of Person Issuing Burial Permit | MINER, DEBBIE |
| 25b. District No. | 7100 |
| 25c. Date Burial Permit Issued | March 24, 2011 |
| 26a. Certifier | Certifying Physician |
| 26b. Time of Death | 1:00 AM |
| 26c. Date Pronounced Dead | March 24, 2011 |
| 26d. Was case referred to coroner? | No |
| 26f. License number | 35.089168 |
| 26g. Date Signed | 3/25/2011 |
| 27. Name and Address of Person who Completed Cause of Death | DR JASON COLLINS, 798 North Court Street CIRCLEVILLE, OH 43113 |

## 28. Part I. Cause of Death

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | Liver Failure | 4 months |

| Field | Value |
|---|---|
| 29a. Was An Autopsy Performed? | No |
| 30. Did Tobacco Use Contribute to Death? | No |
| 31. If Female, Pregnancy Status | Not pregnant within past year |
| 32. Manner of Death | Natural |

KEA 2724 Rev. 01/07

---

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.

MR 28 11 0 1 2 7 1 1

DEBBIE MINER, LOCAL REGISTRAR
OFFICE OF VITAL STATISTICS
WITNESS MY SIGNATURE & SEAL

REV. 6/2009