WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------------------x

**NOTICE RELATING TO MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON NOVEMBER 21, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the matters set forth on Exhibit A hereto **has been changed to Friday, November 22, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, as there is no other matter scheduled for hearing in the above-captioned case on November 21, 2013 at 10:00 a.m.

(Prevailing Eastern Time), the hearing that was scheduled for that date and time will not be held.

Dated:  November 4, 2013
       New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:   (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

2

# Exhibit A

1. Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 27380]

2. Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 34044]

3. Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 34728]

4. Motion for Objection to Claim No. 62723 of Banesco Holdings CA [ECF No. 37327]

5. Objection to Proof of Claim No. 33514 Filed By Frank Tolin, Jr. [ECF No. 37839]

6. Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims [ECF No. 38010]

7. Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 38018]

8. Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim No. 33605 [ECF No. 39348]

9. Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 39570]

10. Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [ECF No. 40066]

11. Plan Administrator's Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage Association [ECF No. 40244]

12. Objection to Proof of Claim No. 33325 Filed By Arthur A. Boor and Joan Boor [ECF No. 40292]

13. Four Hundred Thirty-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 40471]

14. Four Hundred Fortieth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 40472]

15. Four Hundred Forty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 40473]

16. Four Hundred Forty-Second Omnibus Objection to Claims (Settled Derivatives Claims) [ECF No. 40474]

17. Four Hundred Forty-Fourth Omnibus Objection to Claims (Contribution Claims) [ECF No. 40476]

18. Four Hundred Forty-Fifth Omnibus Objection to Claims (No Liability Claims) [Docket No. 40479]

19. Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 40475]