UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re                                                                              :   Chapter 11 Case No.
                                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                                                                       :   (Jointly Administered)
              Debtors.                                                      :
                                                                                       :
-----------------------------------------------------------------------x   Ref. Docket Nos. 40658, 40659,
                                                                                             40681, 40682, 40696, 40697, 40699,
                                                                                             40700, 40706, 40709, 40710, 40712-
                                                                                             40718, 40720, 40724

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

Debtors.

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BKM HOLDINGS (CAYMAN) LTD.
      TRANSFEROR: GOLDMAN SACHS & CO.
      C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
      ATTN: JENNIFER DONOVAN
      65 EAST 55TH STREET
      NEW YORK NY 10022
```

Please note that your claim # 44619-08 in the above referenced case and in the amount of
    $3,101,491.22  allowed at $2,723,706.73        has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD.
      ATTN: MICHELLE LATZONI
      30 HUDSON STREET, 5TH FLOOR
      JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 40712    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/28/2013                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 28, 2013.

EXHIBIT B

```
TIME: 10:50:02                                       LEHMAN BROTHERS HOLDING INC.                                       PAGE:    1
DATE: 10/28/13                                            CREDITOR LISTING

Name                                       Address
ALDEN GLOBAL ADFERO BPI FUND, LTD.         TRANSFEROR: J.P. MORGAN SECURITIES LLC ATN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES      TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND    TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND    TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 LP
BANCA CARIGE S.P.A.                        TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: LUCA AMELOTTI 903 AMM.NE POST TRADING VIA CASSA DI RISPARMIO 15
                                           GENOVA 16123 ITALY
BANCA POPOLARE DI MILANO SOCIETA           ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY
 COOPERATIVE A.R.L.
BKM HOLDINGS (CAYMAN) LTD.                 TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10023
CANDLEWOOD SPECIAL SITUATIONS MASTER       TRANSFEROR: ROYAL BANK OF SCOTLAND PLC C/O CANDLEWOOD INVESTMENT GROUP LP ATTN: PETER DOWLING 777 THIRD AVENUE, SUITE 19B
 FUND, LTD.                                NEW YORK NY 10017
CWD OC 522 MASTER FUND, LTD.               TRANSFEROR: ROYAL BANK OF SCOTLAND PLC C/O CANDLEWOOD INVESTMENT GROUP LP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
                                           NEW YORK NY 10017
CWD OC 522 MASTER FUND, LTD.               TRANSFEROR: ROYAL BANK OF SCOTLAND PLC C/O CANDLEWOOD INVESTMENT GROUP LP ATTN: PETER DOWLING 777 THIRD AVENUE, SUITE 19B
                                           NEW YORK NY 10017
FAIR HARBOR CAPITAL, LLC                   TRANSFEROR: VALENZUELA MARIN, MARIA L. & PEDRO LUIS & JORGE HUNTLEY
                                           AS ASSIGNEE OF VALENZUELA MARIN, MARIA L. & PEDRO LUIS & JORGE HUNTLEY ANSONIA FINANCE STATION NEW YORK NY 10023
GOLDMAN SACHS & CO.                        TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                        TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                        TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
J.P. MORGAN SECURITIES LLC                 TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
                                           TRANSFEROR: INTERNATIONAL ASSETS ADVISORY, LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                           NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                 TRANSFEROR: LAMP HAYMAN CAPITAL FUND ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                 TRANSFEROR: LAMP HAYMAN CAPITAL FUND C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                           383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
LIQUIDITY SOLUTIONS, INC.                  TRANSFEROR: NICHOLS, JAMES M. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MERRILL LYNCH INTERNATIONAL                ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
NICHOLS, JAMES M.                          407 SAVOIE DR PALM BEACH GARDENS FL 33410
NOMURA CORPORATE FUNDING AMERICAS LLC      TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS, LLC     TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281
ROYAL BANK OF SCOTLAND, PLC, THE           TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE           TRANSFEROR: CWD OC 522 MASTER FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOLUS RECOVERY FUND OFFSHORE MASTER LP     TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                           410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
TRC MASTER FUND LLC                        TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O TR CAPITAL MANAGEMENT LLC ATTN: TERREL ROSS EAST ROCKAWAY NY 11518
TURNPIKE LIMITED                           TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE NEW YORK NY 10022
TURNPIKE LIMITED                           TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE NEW YORK NY 10022
VALENZUELA MARIN, MARIA L. & PEDRO LUIS    LUIS RODERIGUEA VERIASCO 4717 OFC.02 SANTIAGO CHILE
 & JORGE HUNTLEY
WILSHIRE ALDEN GLOBAL EVENT DRIVEN         TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 OPPORTUNITIES SEGREGATED PORTFOLIO

Total Number of Records Printed         33

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```