UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                        :
In re                                                                   :   Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                            :   08-13555 (JMP)
                                                                        :   (Jointly Administered)
            Debtors.                                                    :
                                                                        :
                                                                        :
------------------------------------------------------------------------x   Ref. Docket Nos. 40683, 40687,
                                                                            40688, 40690, 40695, 40698, 40701,
                                                                            40702, 40734, 40740, 40743-40745,
                                                                            40751, 40752

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 29, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
4th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 40683, 40687, 40688...40745, 40751, 40752_AFF_10-29-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE                          CREDIT SUISSE
     ATTN: ALLEN GAGE                       CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                          ATTN: RICHARD LEVIN
     NEW YORK NY 10010                      WORLDWIDE PLAZA
                                            825 EIGHTH AVENUE
                                            NEW YORK NY 10019
```

Please note that your claim # 5155829-31 in the above referenced case and in the amount of
$0.00   allowed at $100,000.00    has been transferred **(unless previously expunged by court order)**

```
     LOMBARD ODIER & CIE
     TRANSFEROR: CREDIT SUISSE
     F/K/A LOMBARD ODIER DARIER HENTSCH & CIE
     11, RUE DE LA CORRATERIE
     GENEVA    CH-1204
     SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.   Refer to INTERNAL CONTROL NUMBER 40698      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/29/2013                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 29, 2013.

# EXHIBIT B

```
TIME: 12:55:11                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 10/29/13                                         CREDITOR LISTING

Name                                               Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 LP
BANK JULIUS BAER & CO. LTD.                        ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANQUE INTERNATIONALE A LUXEMBOURG                 TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: STEPHAN HANER, ASST VP & SVEN RIVA, ASST VP BEETHOVENSTRASSE 48 POSTFACH
 (SUISSE) SA                                       ZURICH CH-8022 SWITZERLAND
BANQUE INTL. A LUXEMBOURG (SUISSE) SA,             TRANSFEROR: CREDIT SUISSE BANQUE INTERNATIONLE A LUXEMBOURG (SUISSE) SA BEETHOVENSTRASSE 48 PO BOX 2192 ZUICH CH-8022 SWITZERLAND
 ZURICH
CREDIT ANDORRA S.A.                                TRANSFEROR: UBS AG ATTN: JOAN MARC CAMINAL AVDA. MERITXELL 80 ANDORRA LA VELLA AD500 ANDORRA
CREDIT SUISSE                                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                      RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)               TRANSFEROR: DEBEKA LEVENSVERSICHERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER/MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                   LONDON EC2N 2DB UNITED KINGDOM
HCN LP                                             TRANSFEROR: LOWITT, IAN C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLF LP                                             TRANSFEROR: LOWITT, IAN C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                                    TRANSFEROR: LOWITT, IAN C/O HALCYON ASSET MANAGEMENT LP; ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
ITV PENSION SCHEME LIMITED ACTING AS               DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
 TRUSTEE OF THE
ITV PENSION SCHEME LIMITED ACTING AS               ITV PENSION SCHEME (103124) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT
 TRUSTEE OF THE                                    LONDON EC4A 2BE UNITED KINGDOM
J.P. MORGAN SECURITIES PLC                         TRANSFEROR: LAMP HAYMAN CAPITAL FUND C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                   383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
LOMBARD ODIER & CIE                                TRANSFEROR: CREDIT SUISSE F/K/A LOMBARD ODIER DARIER HENTSCH & CIE 11, RUE DE LA CORRATERIE GENEVA CH-1204 SWITZERLAND
LOWITT, IAN                                        25 SUTTON PLACE SOUTH APARTMENT 18K NEW YORK NY 10022
TCA EVENT INVESTMENTS S.A.R.L.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                                   NEW YORK NY 10022
TCA OPPORTUNITY INVESTMENTS S.A.R.L.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                                   NEW YORK NY 10022
TURNPIKE LIMITED                                   TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                   TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                             BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                             ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH 8098 SWITZERLAND
VONWIN CAPITAL MANAGEMENT, LP                      TRANSFEROR: ITV PENSION SCHEME LIMITED ACTING AS TRUSTEE OF THE VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL
                                                   261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016

Total Number of Records Printed           25
```