UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 36021, 40251,
                                                                        40430, 40557, 40571, 40580, 40596,
                                                                        40605, 40726, 40759-40761, 40763-
                                                                        40766, 40775, 40797, 40890-40899

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 31, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
4th day of November, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BNP PARIBAS SECURITIES CORP.
     TRANSFEROR: BNP PARIBAS
     ATTN: EVAN GIANOUKAKIS
     787 SEVENTH AVENUE
     NEW YORK NY 10019
```

Please note that your claim # 67346-16 in the above referenced case and in the amount of $50,000,000.00    has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: BNP PARIBAS SECURITIES CORP.
     ATTN: MATT WEINSTEIN
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 40775    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/31/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    ─────────────────────────────
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 31, 2013.

# EXHIBIT B

```
TIME: 12:25:30                                                        LEHMAN BROTHERS HOLDING INC.                                                            PAGE: 1
DATE: 10/31/13                                                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA CARIGE SPA | LUCA AMELOTTI BANCA CARIGE SPA VIA CASSA DI RISPARMIO 15 OFFICE 903 FINANZA POST TRADING GENOVA 16123 ITALY |
| BANCA CARIGE SPA | VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY |
| BANCA PASSADORE | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTENTION: MR. MAURIZIO MUZIO SERVIZIO AMMINISTRATIVO TITOLI/UFFICIO AMMINISTRAZIONE TITOLI VIA E. VERNAZZA, 27 GENOVA 16121 ITALY |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: BANCA CARIGE SPA ATTN: LUCA AMELOTTI VIA CASSA DI RISPARMIO, 15 GENOVA 16123 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: MIDDLE OFFICE DEPT VIA ROVAGNATI 1 DESIO (MB) 20033 ITALY |
| BETHMANN BANK AG | TRANSFEROR: RUBENER, WOLF-ERICH AND CLAUDIA RUBENER BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. | TRANSFEROR: DEUTSCHE BANK AG ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| BNP PARIBAS SECURITIES CORP. | TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CBH COMPAGNIE BANCAIRE HELVETIQUE SA | TRANSFEROR: UBS AG COMPAGNIE BANCAIRE HELVETIQUE BD EMILE-JAQUES-DALCROZE 7 ATTN: FABIEN VIDAL GENEVA 1204 SWITZERLAND |
| CITIGROUP FINANCIAL PRODUCTS INC. | JAIME A. MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BNP PARIBAS SECURITIES CORP. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| E. GUTZWILLER & CIE, BANQUIERS | TRANSFEROR: UBS AG ATTN: JEAN-FRANCOIS RUF KAUFHAUSGASSE 7 BASEL 4051 SWITZERLAND |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HEGEMON FUND I, LLC | C/O FARRELL FRITZ, P.C. ATTN: DARREN A. PASCARELLA 1320 RXR PLAZA UNIONDALE NY 11556 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: RR DONNELLEY RECEIVEABLES INC. ONE STATION PLACE THREE NORTH STAMFORD CT 06902 |
| LAND BANK OF TAIWAN | TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-11 ATTN: DEPARTMENT OF TRUST NO. 46, GUNCIAN ROAD TAIPEI TAIWAN |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: UBS AG BOHL 17 ST. GALLEN CH-9004 SWITZERLAND |
| PICTET & CIE | TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73 1211 SWITZERLAND |
| PLAZA HARBOUR MEZZ HOLDINGS LLC | TRANSFEROR: HEGEMON FUND I, LLC C/O PCCP LLC ATTN: KEVIN CHIN 444 MADISON AVE., 27TH FLOOR NEW YORK NY 10022 |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTB: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1WODH UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W ODH UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W ODH UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1WODH UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1WODH UNITED KINGDOM |
| RR DONNELLEY RECEIVEABLES INC. | RR DONNELLEY & SONS COMPANY C/O PERKINS COIE LLP 30 ROCKEFELLER PLAZA, 22ND FLOOR NEW YORK NY 10112 |
| RUBENER, WOLF-ERICH AND CLAUDIA RUBENER | RODIGALLEE 38 22043 HAMBURG GERMANY |
| SANTANDER PRIVATE BANKING SPA | F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY |
| SILVER POINT CAPITAL FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| STAALBANKIERS N.V. | ATTN: E. SCHILS POSTBUS 327 2501 CH DEN HAAG NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: ABDOELHAFIEZKHAN, R.S.A. & D.S.C. MICHIELSEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: ADAMS, J.L.M. EN ADAMS-VAN DEUREN, M.J.P. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: ARENDSHORST-ROOSJE,L.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: B. VAN LEEUWEN BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BAKKER, P.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BESSELSEN, J. AND G.W. BESSELSEN - JANSEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BETTING, B.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BIERMA, U.F. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BOERMA, E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BONS, D.J.W.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: CANNEGIETER, D.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: DE BEER, J.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: DE WIT, M.P.J. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |

08-13555-mg    Doc 40964    Filed 11/04/13    Entered 11/04/13 16:21:17    Main Document
                                                                        Pg 5 of 7

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:25:30                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 10/31/13                                              CREDITOR LISTING

Name                                         Address
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: DIJKMAN, G.A. EN/OF DIJKMAN-LAVALEYE, M.A.T. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: DROK-MARCHAND, H.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: ERKA B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: FRONTSIDE BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: GAIJMANS R. EN GAIIJMANS-WESTERMANN, E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: GAIJMANS, R. & E. GAIJMANS-WESTERMANN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: GLASON HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: GOEDHART - BODEGRAUEN, J.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: GRIJPSTRA, S. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: GRIJPSTRA-LUCKE, A.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: HOOGEWERF, M.I. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: HOUDSTERMAATSCHAPPIJ SCHNEIDER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: HOZBA BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: JANSE, C.E.A. EN/OF C.A.M.J. JANSE-VAN DER AREND ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: KOOPER, H.W. & KOOPER-JANSEN, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: L.J. STEEGMAN PENSIOEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: LAMPE, J.G.A.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: LIEBELT-SLEIJSTER, E.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: MANAGEMENT EN ADVESBURO VAN STEK BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: MARTENS, J ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: MEISCHKE, J.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: MOSMANS, P.C.M. & A.A.H. MOSMANS-SMITS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: MOSSINK, B.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: NIEKERK, E. EN/OF NIEKERK, A.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: P. GRIJPSTRA BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: RIETVELD, W.H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: SOLLIE, J.E. ENOF SOLLIE-DREES, M.M.W.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: STAALBANKIERS N.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: STAALBANKIERS N.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: STICHTING LEPPINK-POSTUMA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: STICHTING SCHIEFBAAN HOVIUS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: STOCKMANN, M.F.J. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: STOCKMANN, M.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: TEGELAAR-KRAMER, MLLA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: TEN VELDE B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: TSS BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN DE KIEFT, J.W. EN/OF HULZEBOSCH, M.W.C. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN DER KRUIJS, J.F.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN DER KRUIJS, M.P.W. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN DER PERS-KING, B.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN DER TOGT, WP ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN DER WIEL, M.G. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN DER WIEL, M.G. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN GEMERT, A.G.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN KESTEREN, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN MOOK, A.H.P. & VAN MOOK VAN HEESWIJK, G.J.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN OLDEN, PRAEBENDE H ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN VELSEN, R. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN ZOMEREN-VD KIEFT, M.G. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VERDONKSCHOT, A. EN/OF VERDONKSCHOT-ASSENDELFT, T.A. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VERHOEVEN BEHEER BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: ZWAGEMAKER, J. / VAN DER GEEST, L.M.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION         TRANSFEROR: VAN RIJN, T.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
TRC MASTER FUND LLC                    ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
TRC MASTER FUND LLC                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: TERREL ROSS 336 ATLANTIC AVE, SUITE 302 EAST ROCKAWAY NY 11518


                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:25:30                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE: 3
DATE: 10/31/13                                        CREDITOR LISTING

Name                    Address
UBS AG                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS, AG                 TRANSFEROR: HSBC PRIVATE BANK SUISSE SA BAHNHOFSTRASSE 45 ATTN: MR. HUGO KOLLER ZURICH  8001 SWITZERLAND
UNION BANK OF TAIWAN    TRANSFEROR: LAND BANK OF TAIWAN ATTN: PATRICK JEAN 5F, NO. 109, MIN-SHENG E. RD. SEC.3 TAIPEI  TAIWAN, R.O.C.

Total Number of Records Printed     110
```

EPIQ BANKRUPTCY SOLUTIONS, LLC