UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                              Debtors.                         :
                                                               :
----------------------------------------------------------------x    Ref. Docket Nos. 40572, 40698,
                                                                    40773

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 31, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
4th day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   STICHTING THE IAMEX VALUE FOUNDATION
              TRANSFEROR: BEERS HOLDING B.V.
              ATTN: J. KAPTEIN
              KEIZERSGRACHT 268
              AMSTERDAM 1016 EV NETHERLANDS

Additional:

Transferee:   ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
              C/O ALDEN GLOBAL CAPITAL
              ATTN: ITHRAN OLIVACCE
              885 THIRD AVENUE, 34TH FLOOR
              NEW YORK NY 10022

Your transfer    of claim #    62597    is defective for the reason(s) checked below:

Other                                    Transferor does not hold the claim piece.

Docket Number 40773            Date 10/28/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 31, 2013.

EXHIBIT B

08-13555-mg    Doc 40965    Filed 11/04/13    Entered 11/04/13 16:28:32    Main Document
Pg 4 of 5

```
TIME: 12:09:34                                      LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 10/31/13                                            CREDITOR LISTING

Name                                     Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND  C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LP
CITIBANK PRIVATKUNDEN AG & CO. KGAA      ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIBANK PRIVATKUNDEN AG & CO. KGAA      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CREDIT SUISSE                            ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                            CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                            RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
LOMBARD ODIER & CIE                      F/K/A/ LOMBARD ODIER DARIER HENTSCH & CIE 11 RUE DE LA CORRATERIE GENEVA CH-1204 SWITZERLAND
MR. MICHAEL WOLFF                        URACHSTR. 32A STUTTGART 70190 GERMANY
STICHTING THE IAMEX VALUE FOUNDATION     TRANSFEROR: BEERS HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS

Total Number of Records Printed          9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC