**SILVERMANACAMPORA LLP**
Attorneys for Caisse des Depots et Consignations
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Jay S. Hellman, Esq.
Brett S. Silverman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDING INC., *et al.*         Case No. 08-13555 (JMP)
                                                (Jointly Administered)

                                   Debtor.
-----------------------------------------------------------------X         **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )


        I, **Sheree B. King,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

        On November  5, 2013, deponent served the:

- **NOTICE OF ADJOURNMENT OF HEARING** *(Hearing Adjourned   from November 21, 2013 to November 22, 2013 at 10:00 A.M.)*

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    **ATTORNEYS FOR THE DEBTORS**
        WEIL GOTSHAL & MANGES LLP
        ATTN: LEE JASON GOLDBERG, ESQ.
        767 FIFTH AVENUE
        NEW YORK, NY 10153


                                        s/SHEREE B. KING
                                         SHEREE B. KING

Sworn to before me this                 LESLYE KATZ
5th day of November, 2013               NOTARY PUBLIC, State of New York
                                        No.01KA6204143
                                        Qualified in Suffolk County
s/Leslye Katz                           Commission Expires April 13, 2017
Notary Public