FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

Attorneys for Empyrean Capital Overseas Fund, Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

_____

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Empyrean Capital Overseas Fund, Ltd. hereby withdraws with prejudice proof of claim number 28522 (the "Claim"), filed on September 22, 2009, against Lehman Brothers Holdings Inc. and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

Dated: November 5, 2013
      New York, New York

                                                          /s/ Abbey Walsh

                                        FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                        601 Lexington Avenue
                                        New York, NY 10022
                                        Telephone: (212) 277-4000
                                        Facsimile: (212) 277-4001

                                        Attorneys for Empyrean Capital Overseas Fund, Ltd.

US_ACTIVE:\44356293\1\58399.0011