FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

Attorneys for Empyrean Capital Fund, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors** | : | **(Jointly Administered)** |
| | : | |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Empyrean Capital Fund, LP hereby withdraws with prejudice proof of claim number 28523 (the "Claim"), filed on September 22, 2009, against Lehman Brothers Holdings Inc. and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

Dated: November 5, 2013
    New York, New York

    /s/ Abbey Walsh
    FRESHFIELDS BRUCKHAUS DERINGER
    US LLP
    601 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 277-4000
    Facsimile: (212) 277-4001

    Attorneys for Empyrean Capital Fund, LP

US_ACTIVE:\44355709\1\58399.0011