EXHIBIT "C"

At an IAS Part 43 of the
Supreme Court of the
State of New York, held
in and for the County of
Kings, at the Courthouse,
360 Adams Street,
Brooklyn, New York, on
the ____ day of
_____, 2007

P R E S E N T:

    HON. DAVID I. SCHMIDT,

               Justice.

-----------------------------------------X
ARTHUR A. BOOR and JOANNE BOOR,

               Plaintiffs,      ORDER AND INTERIM
                                          DEFAULT JUDGMENT AGAINST
   -against-                      THIRD-PARTY DEFENDANTS

BNC MORTGAGE, INC.,                   Index No. 8302/05

               Defendant.
-----------------------------------------X
BNC MORTGAGE, INC.,

               Third-Party Plaintiff,

   -against-

JEFFREY ALLI, PARBATI JAIKARAN a/k/a
PAUL JACARAIN a/k/a PAUL JAIKARAN,
and MATTEO PATISSO d/b/a
NEW MILLENNIUM CAPITAL,

               Third-Party Defendants.
-----------------------------------------X

    Defendant-third-party-plaintiff BNC Mortgage, Inc. ("BNC"), by its attorneys, Miller, Rosado & Algios, LLP, having duly moved for an order pursuant to CPLR 3215(a) directing the entry of an interim judgment on liability in its favor and against, *inter*

1

*alia*, the third party defendants Jeffrey Alli ("Alli") and Parbati Jaikaran a/k/a Paul Jacarain a/k/a Paul Jaikaran ("Jaikaran") on the causes of action demanded in the Third-Party Complaint, upon the ground that said third-party defendants have defaulted in appearing, answering or moving with respect to the third-party complaint; upon reading and filing the Affirmation in Support of Motion for Default Judgment of Christopher Rosado, Esq., affirmed on May 21, 2007, the Supplemental Summons and Verified Third-Party Complaint heretofore served herein, with proof of service thereof; and the motion having regularly come on to be heard by the Court on July 12, 2007, and due deliberation having been had thereon;

The Court, on July 12, 2007, having issued an order (a copy of which is annexed hereto) which granted BNC's motion for a default judgment as against third-party defendants Jeffrey Alli and Parbati Jaikaran a/k/a Paul Jacarain a/k/a Paul Jaikaran and permitting BNC to submit an order and interim default judgment;

Upon BNC's attempt, by Notice of Settlement dated September 6, 2007 to settle an Order and Interim Default Judgment against Alli, Jaikaran and third-party defendant Matteo Patisso d/b/a New Millennium Capital ("Patisso") due to Patisso's failure to comply with an order of the Court; the Court, at a conference on September 12, 2007, having rejected said proposed Order and Interim Default Judgment and directed that BNC settle a judgment

2

only against Alli and Jaikaran,

NOW, upon motion of Miller, Rosado & Algios, attorneys for defendant-third-party-plaintiff BNC Mortgage, Inc., it is

ORDERED AND ADJUDGED, that after determination of the main action, if plaintiffs in the main action should obtain the relief sought in the complaint invalidating in whole or in part the mortgage lien of defendant-third-party-plaintiff BNC Mortgage, Inc. against the premises known as 483 Berriman Street, Brooklyn, New York, identified on the tax map of the City of New York, County of Kings as Block 4454, Lot 52 given to secure a loan made by BNC in the amount of $245,000 on February 24, 2004 to persons BNC believed to be plaintiffs, then judgment be entered over in favor of BNC and against third party defendants Jeffrey Alli and Parbati Jaikaran a/k/a Paul Jacarain a/k/a Paul Jaikaran, jointly and severally, for the amount found to be due and owing on the aforesaid loan, including but not limited to all principal and interest, with that amount to be determined at the trial of this action; and it is further

ORDERED, upon the determination at the trial of this action of the amount found to be due and owing to BNC, judgment shall be entered by the Clerk of the Court in favor of BNC and against third party defendants Jeffrey Alli and Parbati Jaikaran a/k/a

Paul Jacarain a/k/a Paul Jaikaran, jointly and severally, in said amount, without further application to the Court.

E N T E R:

_____
J.S.C.
HON. DAVID I. SCHMIDT.

Sept. 16, 2008

4