EXHIBIT "E"

At an I.A.S. Trial Term, Part ___ of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 7th day of November 2007

P R E S E N T :
Hon. DAVID I. SCHMIDT
                 Justice

---

BOOR
                                                                Plaintiff(s)

Cal. No. _____
Index No. 8302/05

- against -

BNC MORTGAGE, INC.,
                                                                Defendant(s)

| The following papers numbered 1 to ___ read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| _____ Affidavit (Affirmation) | |
| Pleadings - Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

Upon defendant BNC Mortgage, Inc.'s ("BNC") order to show cause dated October 29, 2007, the supporting papers annexed thereto, and the Affirmation of plaintiff's attorney submitted in opposition to the motion, and third-party defendant Matteo Patisso's failure to oppose the motion or appear on the return date:

1. BNC's motion against Patisso is granted to the extent that, within 30 days hereof, Patisso will provide all further documents responsive to BNC's requests in his possession custody or control, or an affidavit that there are no such documents, and shall submit to an EBT in that time frame. Failure to comply shall result in the automatic striking of Patisso's answer.

2. [crossed out] In the event that plaintiffs are successful at trial, BNC shall be entitled to an equitable lien on 483 Berriman Street, Brooklyn, New York (Block 4454, Lot 52) in the amount of $26,831.84, plus interest at 9% per annum from February 24, 2004.

3. Plaintiffs withdraw the claims in the complaint for attorney's fees.

4. With respect to the motion to strike plaintiff's demand for compensatory & punitive damages, plaintiff's may serve [illegible] further opposition by [illegible] on or before 11/21/07, & BNC may reply by mail on or before 12/3/07 No further appearance on motion necessary.

5. The trial is adjourned. The parties are to appear for conference on 1/23/08.

For Clerks use only
MG ___
MD ___
Motion Seq. # 4

E N T E R

12/3/07 3:00P HON. DAVID I. SCHMIDT    J.S.C.
                                                    1/23/08

EJV-rev 11-04