**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------X

### NOTICE OF ADJOURNMENT OF MOTION OF EFETNET B.V. TO AUTHORIZE LATE-FILED PROOF OF CLAIM AND/OR PERMIT AMENDMENT OF INFORMAL PROOF OF CLAIM AGAINST LEHMAN BROTHERS COMMODITY SERVICES, INC.

**PLEASE TAKE NOTICE THAT** the hearing on the *Motion of EFETnet B.V. to Authorize Late-Filed Proof of Claim and/or Permit Amendment of Informal Proof of Claim Against Lehman Brothers Commodity Services, Inc.* (the "Motion"), which was originally scheduled to be heard on October 24, 2013 at 10 a.m. before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York, has been adjourned to November 22, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be further adjourned without further notice other than the announcement of such adjournment in open Court, or the filing of a notice of adjournment on the docket of the Debtor's case.

Dated: New York, NY
      November 6, 2013

/s/ Eric T. Moser
Rich Michaelson Magaliff Moser, LLP
340 Madison Avenue, 19th Floor
New York, NY 10173
212.220.9406 (telephone)
212.913.9645 (facsimile)
emoser@r3mlaw.com

*Counsel for EFETnet B.V.*