# ANNEX 2
# LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al | Case No. 08-13555 (JMP) |
| Debtor | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of The Royal Bank of Scotland plc("Seller") that are scheduled by Lehman Brothers Holdings Inc.("**LBHI**") and or filed as an original or amended Proof of Claim against LBHI (including Proof of Claim No. 14633 originally filed by Tiger Asia Fund, L.P. ("**TAF**") and assigned to Seller by T Asia L Holdings, Ltd. ("**TALH**") as set forth in and evidenced by a Transfer Notice dated September 20, 2013 but only insofar as they relate to or concern guaranties by LBHI of indebtedness of Lehman Brothers International (Europe) ("**LBIE**") in the amount of 175,911,215.00 GBP constituting Minimum Net Financial Claims (as defined in the Claim Determination Deeds dated October 30, 2012 and May 31, 2013 between LBIE and TAOF and assigned to Seller by TALH) remaining after the distributions made in respect of such Minimum Net Financial Claims prior to the date hereof, have been transferred and assigned to CVI GVF (Lux) Master SARL ("**Assignee**") pursuant to an Assignment Agreement dated September 27, 2013, between Seller and Assignee and on the terms and conditions set forth therein (the claims so assigned to Assignee, the "**Assigned Claim**"). The signature of Seller on this document is evidence of the transfer of said claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment as an unconditional assignment, and the Assignee herein as the valid owner, of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to the Assignee.

[*Signatures to Follow*]

32

| ASSIGNEE: | SELLER: |
|---|---|
| CVI GVF (LUX) MASTER SARL BY CARVAL INVESTORS UK LIMITED | THE ROYAL BANK OF SCOTLAND PLC By: RBS Securities Inc., its agent |
| Signature: _____ | Signature: _____ |
| Name: DAVID SHORT | Name: Mason Chau |
| Title: OPERATIONS MANAGER | Title: Vice President |

33

NB_WTLDX:7051213 v2