WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
:
Debtors.                                     :    (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF HEARING AS TO CERTAIN CLAIMS ON THE**
**ONE HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) *solely* as to the claims listed on Exhibit A attached hereto will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004 on **November 22, 2013 at 10:00 a.m. (Eastern Time)**.

Dated: November 7, 2013
       New York, New York

                                                    /s/ Garrett A. Fail
                                                    Garrett A. Fail

                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, New York 10153
                                                    Telephone: (212) 310-8000
                                                    Facsimile: (212) 310-8007

                                                    Attorneys for Lehman Brothers Holdings Inc.
                                                    and Certain of Its Affiliates

## **Exhibit A**

## **Claims to Be Heard at November 22, 2013 Hearing:**

| **Claimant Name** | **Claim Number** | **Claimant Response ECF No.** |
|---|---|---|
| Shashank Agrawal | 13002 | 16910 |
| Joanna Baricevic | 13429 | 16910 |
| William Connors | 15186 | 16910 |