FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Michael M. Krauss
michael.krauss@faegrebd.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                            :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**
:
Debtors.                                        :    (Jointly Administered)
:
:
------------------------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL

TO:  The Clerk of the Above-Named Court and All Counsel of Record.

　　　PLEASE TAKE NOTICE that Michael M. Krauss, on behalf of the firm Faegre Baker Daniels LLP, hereby enters his appearance as attorney for the Santa Fe entities, as listed below, in the above-captioned matter.  All future correspondence and papers in this action should be directed to him at Faegre Baker Daniels LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901.

- **Anasazi Systematic Long Short LP**
  *(identified as Anasazi Systematic Long Short A Segregated Portfolio on 12/08 claims)*

- **Anasazi Market Neutral 2X Segregated Portfolio**

- **Anasazi Market Neutral 3X Segregated Portfolio**

- **Anasazi Systematic Long Short B Segregated Portfolio**

- **Anasazi Market Neutral LP**
  *(identified as Market Neutral 3X Seg Port on the 12/08 claims*

- **Anasazi Systematic European Long Short C Segregated Portfolio**

- **Anasazi Systematic European Long Short E Segregated Portfolio**

- **Anasazi Japanese Systematic Long Short D Segregated Portfolio**

Dated: November 7, 2013

 s/Michael M. Krauss
Michael M. Krauss (MK-9699)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for the Santa Fe Entities

dms.us.53072738.01