FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Michael M. Krauss

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
 :
Debtors. : (Jointly Administered)
 :
 :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

TO:  The Clerk of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that as of close of business October 31, 2013, Leif T. Simonson is no longer associated with the firm Faegre Baker Daniels LLP, and accordingly withdraws as attorney for the Santa Fe Entities, as follows:

- **Anasazi Systematic Long Short LP**
  *(identified as Anasazi Systematic Long Short A Segregated Portfolio on 12/08 claims)*

- **Anasazi Market Neutral 2X Segregated Portfolio**

- **Anasazi Market Neutral 3X Segregated Portfolio**

- **Anasazi Systematic Long Short B Segregated Portfolio**

- **Anasazi Market Neutral LP**
  *(identified as Market Neutral 3X Seg Port on the 12/08 claims*

-2-

- **Anasazi Systematic European Long Short C Segregated Portfolio**

- **Anasazi Systematic European Long Short E Segregated Portfolio**

- **Anasazi Japanese Systematic Long Short D Segregated Portfolio**

Leif Simonson should be removed from the Court's service list with respect to the above-referenced actions.  Michael M. Krauss remains as counsel for the above-named entities and all filings and correspondence should be directed to him at Faegre Baker Daniels LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota, 55402-3901.

Dated: November 7, 2013            /s/Michael M. Krauss
                                   Michael M. Krauss (MK-9699)
                                   FAEGRE BAKER DANIELS LLP
                                   2200 Wells Fargo Center
                                   90 South Seventh Street
                                   Minneapolis, MN 55402-3901
                                   Telephone: (612) 766-7000
                                   Facsimile: (612) 766-1600

                                   Attorneys for the Santa Fe Entities

dms.us.53058723.01