SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599
Alex R. Rovira

*Attorneys for Diamondback Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim 26491 (the "Claim"), filed on September 22, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by Diamondback Master Fund, Ltd. (the "Claimant") in the amount of $719,016,330.11 plus additional amounts. Claimant transferred a $4,919,109.00 portion of the Claim to a third party. Claimant currently holds the remaining portion of the Claim in the amount of $714,097,221.11 plus additional amounts (the "Remaining Claim"). For the avoidance of doubt, the Remaining Claim includes, without limitation, all portions of the Claim, if any, relating to any guarantee by LBHI of any obligations of any of LBHI's affiliates relating to, or arising from, a prime brokerage agreement or corporate resolution.

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Remaining Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Remaining Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Remaining Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 7, 2013
      New York, New York

/s/ Alex R. Rovira
Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599

*Attorneys for Diamondback Master Fund, Ltd.*

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599
Alex R. Rovira

*Attorneys for Diamondback Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| **Debtors** | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIMS

Reference is made to proof of claim 26909 (the "Claim"), filed on September 22, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by Diamondback Master Fund, Ltd. (the "Claimant") in the amount of $85,064,488.00 plus additional amounts. Claimant transferred a $4,464,488.00 portion of the Claim to a third party. Claimant currently holds the remaining portion of the Claim in the amount of $80,600,000.00 plus additional amounts (the "Remaining Claim"). For the avoidance of doubt, the Remaining Claim includes, without limitation, all portions of the Claim, if any, relating to any guarantee by LBHI of any obligations of any of LBHI's affiliates relating to, or arising from, a prime brokerage agreement or corporate resolution.

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Remaining Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Remaining Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Remaining Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 7, 2013
      New York, New York

/s/ Alex R. Rovira
Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599

*Attorneys for Diamondback Master Fund, Ltd.*

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599
Alex R. Rovira

*Attorneys for Diamondback Fixed Income Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Diamondback Fixed Income Master Fund, Ltd. ("Claimant") hereby withdraws with prejudice proof of claim 26911 (the "Claim"), filed on September 22, 2009, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 7, 2013
New York, New York

_____
Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599

*Attorneys for Diamondback Fixed Income Master Fund, Ltd.*

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599
Alex R. Rovira

*Attorneys for Diamondback Fixed Income Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : | **08-13555 (JMP)** |
| **Debtors** : | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF CLAIMS

Reference is made to proof of claim 66442 (the "Claim"), filed by Diamondback Fixed Income Master Fund, Ltd. ("Claimant") on March 31, 2010, against Lehman Brothers Holdings Inc. ("LBHI") in the amount of $51,403,331.00. Claimant transferred a $3,385,689.00 portion of the Claim to a third party. Claimant currently holds the remaining portion of the Claim in the amount of $48,017,642.00 (the "Remaining Claim"). For the avoidance of doubt, the Remaining Claim includes, without limitation, all portions of the Claim, if any, relating to any guarantee by LBHI of any obligations of any of LBHI's affiliates relating to, or arising from, a prime brokerage agreement or corporate resolution.

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Remaining Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Remaining Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Remaining Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 7, 2013
     New York, New York

/s/ Alex R. Rovira
_____
Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599

*Attorneys for Diamondback Fixed Income Master Fund, Ltd.*