UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

               Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $10,000,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $18,900,000.00 | 4871 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $10,000,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

(signature page follows)

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
|---|---|---|---|
| Address: | 1615 Brett Road, Bldg 3 New Castle, DE 19720 | By: | |
| Signature: | *[signed]* | Address: | |
| Name: | Michael Eliason | Signature: | |
| Title: | Authorized Signatory | Name: | |
| Date: | | Title: | |
| | | Date: | |

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| | | By: | HBK Services LLC |
| | | | Investment Advisor |
| Address: | 1615 Brett Road, Bldg 3 | Address: | 2101 Cedar Springs Road, |
| | New Castle, DE  19720 | | Suite 700 |
| | | | Dallas, Texas  75201 |
| Signature: | _____ | Signature: | By: _____ |
| Name: | _____ | Name: | Beauregard A. Fournet |
| Title: | _____ | Title: | Authorized Signatory |
| Date: | _____ | Date: | 11/__/2013 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Chapter 11<br>Jointly Administered |
| Debtors | |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $10,000,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $18,900,000.00 | 4872 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $10,000,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

(signature page follows)

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P.<br>By:   HBK Services LLC<br>          Investment Advisor |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | 2101 Cedar Springs Road,<br>Suite 700<br>Dallas, Texas 75201 |
| Signature: | _____ | Signature: | _____ |
| Name: | _____ | Name: | _____ |
| Title: | Michael Eliason | Title: | _____ |
| Date: | Authorized Signatory | Date: | _____ |

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| | | By: | HBK Services LLC Investment Advisor |
| Address: | 1615 Brett Road, Bldg 3 New Castle, DE 19720 | Address: | 2101 Cedar Springs Road, Suite 700 Dallas, Texas 75201 |
| Signature: | _____ | Signature: | By: [signature] |
| Name: | _____ | Name: | Beauregard A. Fournet |
| Title: | _____ | Title: | Authorized Signatory |
| Date: | _____ | Date: | 11/__/2013 |