# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67346

**BNP PARIBAS** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BNP Paribas Securities Corp.**
**Attn: Evan Gianoukakis**
**787 Seventh Avenue**
**New York, New York 10019**

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller in the principal amount of **$25,000,000.00** (the "Claim Amount") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, which is an undivided, portion of the **$250,000,000.00** principal claim relating to that certain Promissory Note (as defined in paragraph 5 of the attachment to Proof of Claim No. 67346), and excludes any other amounts including, but not limited to, pre-petition interest and attorneys' fees, certain accrued amounts of which are set forth in paragraphs 6 and 59, respectively, of the attachment to the Proof of Claim).

Seller hereby waives any objection to the transfer of the Claim Amount to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim Amount and recognizing the Buyer as the sole owner and holder of the Claim Amount, which is a portion of Claim No. 67346.

You are hereby directed to make all future payments and distributions with respect to the Claim Amount, and to give all notices and other communications, in respect of the Claim Amount to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative, dated November 8, 2013.

| SELLER | BUYER |
|---|---|
| **BNP PARIBAS** | **BNP PARIBAS SECURITIES CORP.** |
| By: _____ | By: _____ |
| Name: Matthew Salvner | Name: Mary Dierdorff |
| Title: Managing Director | Title: Managing Director |
| By: _____ | By: _____ |
| Name: by Monique Hill | Name: Patrick McKee |
| Title: Managing Director | Title: Managing Director |