UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                           Debtors.                                    :
                                                                       :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 40788-40793,
                                                                            40795, 40796, 40850, 40863-40885,
                                                                            40887-40889

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 1, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         */s/ Lauren Rodriguez*
                                                         Lauren Rodriguez

Sworn to before me this
8th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FORTIS BANK NV/SA                         FORTIS BANK NV/SA
     ANNMERIE JUNG AND PHILIP STEEGMANS        CADWALADER, WICKERSHAM & TAFT LLP
     MONTAGNE DE PARC, 3                       ATTN: MARK C. ELLENBERG, ESQ.
     BRUSSELS                                  1201 F. ST. N.W.
     BELGIUM                                   SUITE 1100
                                               WASHINGTON DC 20004
```

Please note that your claim # 26442 in the above referenced case and in the amount of
       $3,833,504.00   allowed at $4,391,626.01        has been transferred **(unless previously expunged by court order)**

```
     LEHMAN BROTHERS SPECIAL FINANCING INC.
     TRANSFEROR: FORTIS BANK NV/SA
     ATTN: DANIEL J. EHRMANN
     1271 AVENUE OF THE AMERICAS, 35TH FLOOR
     NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40882       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/01/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 1, 2013.

# EXHIBIT B

```
TIME: 10:40:34                                                   LEHMAN BROTHERS HOLDING INC.                                                          PAGE:   1
DATE: 11/01/13                                                         CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
FUND LP                                           NEW YORK NY 10022
ALDEN GLOBAL RECOVERY MASTER FUND LP              TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
LP                                                NEW YORK NY 10022
CORNER BANCA SA, LUGANO                           TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA C/O CORNER BANCA SA ATTN: G. CARMINE VIA CANOVA 16 LUGANO  6900 SWITZERLAND
CORNER BANCA SA, LUGANO                           ATTN: M. BOSSHARD VIA CANOVA 16 LUGANO  6900 SWITZERLAND
CREDITO PRIVATO COMMERCIALE SA                    VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
FORTIS BANK NV/SA                                 ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS    BELGIUM
FORTIS BANK NV/SA                                 ATTN: HILDE VAN VERRE/REGINE OUYANG MONTAGNE DU PARC, 3 BRUSSELS    BELGIUM
FORTIS BANK NV/SA                                 CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. ST. N.W. SUITE 1100 WASHINGTON DC 20004
FORTIS BANK NV/SA                                 BNP PARIBAS ATTN: RICHARD M. SKOLLER, ESQ & KATHRYN B. QUINN 787 SEVENTH AVENUE NEW YORK NY 10019-6018
FORTIS BANK NV/SA                                 BNP PARIBAS ATTN: RICHARD M. SKOLLER, ESQ. & KATHRYN B. QUINN 787 SEVENTH AVENUE NEW YORK NY 10019-6018
FORTIS BANK NV/SA                                 HOWARD S. BELTZER, ESQ. MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
LEHMAN BROTHERS SPECIAL FINANCING INC.            TRANSFEROR: FORTIS BANK NV/SA ATTN: DANIEL J. EHRMANN 1271 AVENUE OF THE AMERICAS, 35TH FLOOR NEW YORK NY 10020
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
UNION BANCAIRE PRIVEE                             ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1  1211 SWITZERLAND
VP BANK (LUXEMBOURG) SA                           TRANSFEROR: UNION BANCAIRE PRIVEE AVENUE DE LA LIBERTE 26 LUXEMBOURG  L-1930 LUXEMBOURG


Total Number of Records Printed                   17
```