B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT

In re: <u>Lehman Brothers Holding Inc., et al.,</u>   Case No. <u>08-13555 (JMP)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Wingspan Master Fund, LP.</u>   <u>BNP Paribas Securities Corp.</u>
Name of Transferee              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>67346</u>
should be sent:                                 Amount of Claim: <u>$25,000,000.00</u>
Wingspan Master Fund, LP
c/o Wingspan Investment Management, LP
650 Madison Avenue, 23rd Floor
New York, NY 10022
Attn: Brendan Driscoll                          Date Claim Filed: 2/25/2011

Phone: <u>212.307.3400</u>                         Phone: _____
Last Four Digits of Acct #:                    Last Four Digits of Acct. #:

Copy to:
Schulte Roth & Zabel LLP
919 Third Avenue, 22nd Floor
New York, NY 10022
Attn: David J. Karp

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: <u>11/8/13</u>
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §~ 152 & *3571.*
DOC ID - 20751325.4

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67346

**BNP PARIBAS SECURITIES CORP.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Wingspan Master Fund, LP
c/o Wingspan Investment Management, LP
650 Madison Avenue
23rd Floor
New York, NY 10022

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller in the principal amount of **$25,000,000.00** (the "Claim Amount") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, which is an undivided, portion of the **$250,000,000.00** principal claim relating to that certain Promissory Note (as defined in paragraph 5 of the attachment to Proof of Claim No. 67346), and excludes any other amounts including, but not limited to, pre-petition interest and attorneys' fees, certain accrued amounts of which are set forth in paragraphs 6 and 59, respectively, of the attachment to the Proof of Claim).

Seller hereby waives any objection to the transfer of the Claim Amount to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim Amount and recognizing the Buyer as the sole owner and holder of the Claim Amount, which is a portion of Claim No. 67346.

You are hereby directed to make all future payments and distributions with respect to the Claim Amount, and to give all notices and other communications, in respect of the Claim Amount to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative, dated November 8, 2013.

SELLER

BNP PARIBAS SECURITIES CORP.

By: _____
Name: Mary Dierdorff
Title: Managing Director

By: _____
Name: Patrick McKee
Title: Managing Director

BUYER

WINGSPAN MASTER FUND LP
By Wingspan GP, LLC, as its general partner

By: _____
Name:
Title:

DOC ID - 20708832

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67346

**BNP PARIBAS SECURITIES CORP.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Wingspan Master Fund, LP
> c/o Wingspan Investment Management, LP
> 650 Madison Avenue
> 23rd Floor
> New York, NY 10022

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller in the principal amount of **$25,000,000.00** (the "Claim Amount") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, which is an undivided, portion of the **$250,000,000.00** principal claim relating to that certain Promissory Note (as defined in paragraph 5 of the attachment to Proof of Claim No. 67346), and excludes any other amounts including, but not limited to, pre-petition interest and attorneys' fees, certain accrued amounts of which are set forth in paragraphs 6 and 59, respectively, of the attachment to the Proof of Claim).

Seller hereby waives any objection to the transfer of the Claim Amount to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim Amount and recognizing the Buyer as the sole owner and holder of the Claim Amount, which is a portion of Claim No. 67346.

You are hereby directed to make all future payments and distributions with respect to the Claim Amount, and to give all notices and other communications, in respect of the Claim Amount to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative, dated November 8, 2013.

| SELLER | BUYER |
|---|---|
| **BNP PARIBAS SECURITIES CORP.** | **WINGSPAN MASTER FUND LP**<br>**By Wingspan GP, LLC, as its general partner** |
| By:_____<br>    Name:<br>    Title: | |
| By:_____<br>    Name:<br>    Title: | By: _/s/_____<br>    Name: Brendan Driscoll<br>    Title: CFO |

DOC ID - 20748278.2