UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                          :
In re                                                    :   Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                   :   (Jointly Administered)
             Debtors.          :
                                                 :
-------------------------------------------------------------------x   Ref. Docket Nos. 40780-40787,
                                                                40814-40822, 40834, 40836-40841,
                                                                40900, 40920, 40922, 40924, 40926-
                                                                40928, 40951

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                */s/ Lauren Rodriguez*
                                                                                 Lauren Rodriguez

Sworn to before me this
8th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 41017    Filed 11/08/13    Entered 11/08/13 17:20:25    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SCHMITZ FAMILY LIMITED PARTNERSHIP
THOMAS L. SCHMITZ, GENERAL PARTNER
16 HAMPTON LANE
BLUFFTON SC 29910

Please note that your claim # 9756 in the above referenced case and in the amount of
$125,000.00   allowed at $113,305.43       has been transferred (**unless previously expunged by court order**)

TANNOR PARTNERS CREDIT FUND, LP
TRANSFEROR: SCHMITZ FAMILY LIMITED PARTNERSHIP
150 GRAND STREET, STE 401
WHITE PLAINS NY 10601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 40927      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/04/2013                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 4, 2013.

EXHIBIT B

08-13555-mg    Doc 41017    Filed 11/08/13    Entered 11/08/13 17:20:25    Main Document
Pg 4 of 5

```
TIME: 17:12:20                                              LEHMAN BROTHERS HOLDING INC.                                                             PAGE:   1
DATE: 11/04/13                                                   CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 FUND LP                                          NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 FUND LP                                          NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 855 THIRD AVENUE, 34TH FLOOR
 LP                                               NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 LP                                               NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
JPMORGAN CHASE BANK, NA                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
PERMAL STONE LION FUND LTD.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. GUI GOYARD 8 - 10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. GUI GOYARD 8 - 10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
SCHMITZ FAMILY LIMITED PARTNERSHIP                THOMAS L. SCHMITZ, GENERAL PARTNER 16 HAMPTON LANE BLUFFTON SC 29910
SCHMITZ, THOMAS L. & SANDRA E.                    16 HAMPTON LANE BLUFFTON SC 29910
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ARKESTEIJN, C.L.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BARLUK B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BEERS HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: D'HAVERKAMP BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HOLWERDA, W.P. EN/OF A. HOLWERDA-DEVRIES ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HUIZINGA, TH. / M. HUIZINGA-POT KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: LAMBERS-KALLE, A. HILLE RIS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MULDER, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: POLDERMAN-DEKKER, I.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STICHTING WELZIJNSZORG VAN MAREN FONDS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STONE LION PORTFOLIO LP                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
TANNOR PARTNERS CREDIT FUND, LP                   TRANSFEROR: SCHMITZ FAMILY LIMITED PARTNERSHIP 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                   TRANSFEROR: SCHMITZ, THOMAS L. & SANDRA E. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TURNPIKE LIMITED                                  TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE NEW YORK NY 10022

Total Number of Records Printed     29
```

EPIQ BANKRUPTCY SOLUTIONS, LLC