**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :    08-13555 (JMP)
                                                  :   (Jointly Administered)
              Debtors.                            :
                                                  :
                                                  :
-------------------------------------------------------------------x   Ref. Docket Nos. 40800-40813,
                                                      40920, 40922, 40924-40926, 40934,
                                                      40936,
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of November, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 41018    Filed 11/08/13    Entered 11/08/13 17:27:12    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON
     TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
     ATTN: RICH VICHAIDITH
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 58233-59 in the above referenced case and in the amount of
   $38,075,036.93   allowed at $25,366,814.38       has been transferred **(unless previously expunged by court order)**

```
     STONE LION PORTFOLIO LP
     TRANSFEROR: DEUTSCHE BANK AG, LONDON
     ATTN: CLAUDIA BORG
     461 FIFTH AVENUE, 14TH FLOOR
     NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40920     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 5, 2013.

# EXHIBIT B

```
TIME: 10:15:24                                          LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 11/05/13                                              CREDITOR LISTING

Name                                                    Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER                TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  FUND LP                                                 NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER                TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  FUND LP                                                 NEW YORK NY 1002210293
ALDEN GLOBAL HEDGED OPPORTUNITITES                      TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND LP                                          NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND                 TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN LIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND                 TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  LP                                                      NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
HONGKONG AND SHANGHAI BANKING                           TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH ATTN: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL
  CORPORATION LIMITED, THE                                HONG KONG
HONGKONG AND SHANGHAI BANKING                           TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH ATTN: SARAH CHAN/DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL
  CORPORATION LTD, SINGAPORE BRANCH, THE                  HONG KONG
HSBC PRIVATE BANK (SUISSE) SA, HONG KONG                CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL    HONG KONG
  BRANCH
HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE                CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL    HONG KONG
  BRANCH
JPMORGAN CHASE BANK, N.A.                               TRANSFEROR: PANNING MASTER FUND, LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                          383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
PANNING MASTER FUND, LP                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVENUE, 24TH FLOOR
                                                          NEW YORK NY 10022
PERMAL STONE LION FUND LTD.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
RIVERROCK SECURITIES LIMITED                            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTB: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON    SW1W ODH UNITED KINGDOM
RIVERROCK SECURITIES LIMITED                            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON    SW1W ODH UNITED KINGDOM
RIVERROCK SECURITIES LIMITED                            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W ODH UNITED KINGDOM
STONE LION PORTFOLIO LP                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
TURNPIKE LIMITED                                        TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                          NEW YORK NY 10022

Total Number of Records Printed           18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC