UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re                                                                :    Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :    08-13555 (JMP)
                                                                     :    (Jointly Administered)
                        Debtors.                                     :
                                                                     :
                                                                     :
---------------------------------------------------------------------x    Ref. Docket Nos. 40773, 40774,
                                                                          40776-40778, 40823, 40824, 40826,
                                                                          40827, 40941, 40948-40955, 40960,
                                                                          40961

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ *Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
8th day of November, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg Doc 41019 Filed 11/08/13 Entered 11/08/13 17:31:00 Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   EFG EUROBANK ERGASIAS SA                      EFG EUROBANK ERGASIAS SA
      C/O K&L GATES LLP                             ATTN: FOKION KARAVIAS
      ATTN: JEFFREY N. RICH, ESQ.                   8 OTHONOS STREET
      599 LEXINGTON AVENUE                          ATHENS 105 57 GREECE
      NEW YORK NY 10022
```

Please note that your claim # 22168 in the above referenced case and in the amount of
    $22,617,150.33       has been transferred **(unless previously expunged by court order)**

```
      YORVIK PARTNERS LLP
      TRANSFEROR: EFG EUROBANK ERGASIAS SA
      ATTN: RICHARD CARMOODY
      11 IRONMONGER LANE
      LONDON    EC2V 8EY
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40955       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/06/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 6, 2013.

# EXHIBIT B

08-13555-mg    Doc 41019    Filed 11/08/13    Entered 11/08/13 17:31:00    Main Document
                                           Pg 5 of 5

```
TIME: 14:40:39                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 11/06/13                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BANCA ZARATTINI & CO. SA | TRANSFEROR: RBS COUTTS BANK AG VIA BALESTRA 17 LUGANO 6901 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 54 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE GEORGE TOWN KY1-9005 GRAND CAYMAN |
| EFG EUROBANK ERGASIAS SA | ATTN: FOKION KARAVIAS 8 OTHONOS STREET ATHENS 105 57 GREECE |
| EFG EUROBANK ERGASIAS SA | C/O K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| HELLENIC BANK PUBLIC COMPANY LTD - CLIENTS | C/O THE MANAGER TRUST & CUSTODIAN SERVICES CORNER LIMASSOL & ATHALASSA AVE. P.O. BOX 24747 NICOSIA 1394 CYPRUS |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: PANNING MASTER FUND, LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| RBS COUTTS BANK AG | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEPTS. STAUFFACHERSTRASSE 1 ZUERICH 8004 SWITZERLAND |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTB: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. GUI GOYARD 8 - 10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. GUI GOYARD 8 - 10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: HELLENIC BANK PUBLIC COMPANY LTD - CLIENTS C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: HELLENIC BANK PUBLIC COMPANY LTD - CLIENTS C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| STARK CRITERION MASTER FUND LTD. | ATTN: MARTHA TSUCHIHASHI C/O STARK CRITERION MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| TURNPIKE LIMITED | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| YORVIK INVESTMENTS LTD | TRANSFEROR: STARK CRITERION MASTER FUND LTD. 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: EFG EUROBANK ERGASIAS SA ATTN: RICHARD CARMOODY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    29

EPIQ BANKRUPTCY SOLUTIONS, LLC