UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                     Debtors.                                    :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 40797, 40935,
                                                                      40937

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ *Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
8th day of November, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH
              CONTACT: SARAH CHAN, DIRECTOR
              LEVEL 13 & 14
              1 QUEEN'S ROAD
              CENTRAL HONG KONG

Additional:

Transferee:   HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE
              ATTN: SARAH CHAN/DIRECTOR
              LEVEL 13 & 14
              1 QUEEN'S ROAD CENTRAL
              HONG KONG HONG KONG

Your transfer of claim # 56669-03 is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 40935          Date 11/01/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 6, 2013.

EXHIBIT B

```
TIME: 14:41:43                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 11/06/13                                          CREDITOR LISTING

Name                                         Address
HEGEMON FUND I, LLC                          PO BOX 1810 TAMPA FL 33601-1810
HONGKONG AND SHANGHAI BANKING                ATTN: SARAH CHAN/DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG   HONG KONG
  CORPORATION LIMITED, THE
HONGKONG AND SHANGHAI BANKING                ATTN: SARAH CHAN/DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG   HONG KONG
  CORPORATION LTD., SINGAPORE BRANCH, THE
HSBC PRIVATE BANK (SUISSE) SA, HONG KONG     CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL         HONG KONG
  BRANCH
HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE     CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL         HONG KONG
  BRANCH
PLAZA HARBOUR MEZZ HOLDINGS LLC              ATTN: KEVIN CHIN, C/O PCCP LLC 444 MADISON AVE, 27TH FLOOR NEW YORK NY 10022

Total Number of Records Printed       6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC