UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
:
In re                                                                                           :    Chapter 11 Case No.
                                                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                                 :    (Jointly Administered)
                              Debtors.                                          :
                                                                                                 :
                                                                                                 :
-------------------------------------------------------------------------x    Ref. Docket Nos. 40726, 40901,
                                                                                                      40904, 40907-40914, 40975-40977

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 7, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
8th day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg Doc 41021 Filed 11/08/13 Entered 11/08/13 17:36:55 Main Document Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CHMNEY ROCK VALUE FUND, L.P.                    CHIMNEY ROCK VALUE FUND, L.P.
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH     DAVIS POLK & WARDWELL LLP
     ATTN: BEAU LESCOTT                              ATTN: ERIC RUIZ
     350 PARK AVENUE                                 450 LEXINGTON AVENUE
     NEW YORK NY 10022                               NEW YORK NY 10017-3904
```

Please note that your claim # 21893-19 in the above referenced case and in the amount of
    $6,527,038.41    allowed at $6,312,882.09    has been transferred **(unless previously expunged by court order)**

```
     CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P.
     ATTN: BRIAN BLESSING/BRIAN BROYLES
     1615 BRETT ROAD, BLDG 3
     NEW CASTLE DE 19720
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40975    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/07/2013                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 7, 2013.

# EXHIBIT B

```
TIME: 14:37:42                                         LEHMAN BROTHERS HOLDING INC.                                        PAGE:   1
DATE: 11/07/13                                              CREDITOR LISTING

Name                                    Address
BANK JULIUS BAER & CO. LTD.             ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.             TRANSFEROR: RBS COUTTS BANK AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BANK JULIUS BAER EUROPE AG              TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: PATRIK ROOS BAHNHOFSTRASSE 37 ZURICH CH-8010 SWITZERLAND
CHIMNEY ROCK VALUE FUND, L.P.           DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.           ZIFF BROTHERS INVESTMENTS, L.L.C. ATTN: ERICA LEE, GENERAL COUNSEL
CHIMNEY ROCK VALUE FUND, L.P.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CHIMNEY ROCK VALUE FUND, L.P.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CHIMNEY ROCK VALUE FUND, L.P.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC.       JAIME A. MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: CHIMNEY ROCK VALUE FUND, L.P. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: HLF LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: HLTS FUND II LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: HLTS FUND II LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
E. GUTZWILLER & CIE, BANQUIERS          TRANSFEROR: UBS AG ATTN: JEAN-FRANCOIS RUF KAUFHAUSGASSE 7 BASEL 4051 SWITZERLAND
EMPYREAN INVESTMENTS, LLC               TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                        10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC               TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                        10250 CONSTELLATION BLVD.. STE 2950 LOS ANGELES CA 90067
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                        JERSEY CITY NJ 07302
MERRILL LYNCH INTERNATIONAL             CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL             C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
RBS COUTTS BANK AG                      STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
TRC MASTER FUND LLC                     TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: TERREL ROSS 336 ATLANTIC AVENUE, SUITE 302 EAST ROCKAWAY NY 11518
UBS AG                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed         27
```

EPIQ BANKRUPTCY SOLUTIONS, LLC