WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                        :

**In re**                                              :      **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**      :      **08-13555 (JMP)**

                       **Debtors.**                  :      **(Jointly Administered)**

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FOUR HUNDRED THIRTY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for November 22, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 19, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be further adjourned from time to time without

US_ACTIVE:\44330012\3\58399.0003

further notice other than an announcement at the Hearing.

Dated: November 11, 2013
      New York, New York

                                          /s/ Robert J. Lemons
                                          Robert J. Lemons

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Lehman Brothers Holdings Inc.
                                          and Certain of Its Affiliates