RECEIVED
NOV -8
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:                                                    )
                                                          )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  )    Case No. 08-13555 (JMP)
                                                          )    Chapter 11
    Debtors.                                         )    (Jointly Administered)
                                                          )

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Eric L. Johnson, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Lutheran Senior Services and Lutheran Hillside Village, Inc., creditors in the above-reference case.

I certify that I am a member in good standing of the bar in the State of Missouri and Kansas, the United States District Court for the District of Kansas, Colorado, Nebraska and Western and Eastern District of Missouri, and the 10th Circuit Court of Appeals.

My address is: Spencer Fane Britt & Browne LLP, 1000 Walnut Street, Suite 1400, Kansas City, MO 64106; my e-mail is ejohnson@spencerfane.com; and my telephone number is (816) 474-8100.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Date: November 5, 2013

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Eric L. Johnson
Eric L. Johnson 53131MO
ejohnson@spencerfane.com
1000 Walnut, Suite 1400
Kansas City, MO 64105
Telephone: (816) 474-8100
Fax: (314) 474-3216
ATTORNEYS FOR LUTHERAN SENIOR SERVICES AND LUTHERAN HILLSIDE VILLAGE, INC.

- 1 -

SL 1188278.1