RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Timothy Lin

*Attorneys for Dolphinsu Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 67589 (the "Claim"), filed on July 28, 2011, against Lehman Brothers Holdings Inc. by SuttonBrook Capital Portfolio L.P. in the amount of $19,428,411, plus interest, fees, and costs, and amending claim 21784. On August 1, 2011, the Claim was transferred to Dolphinsu Capital LLC (the "Claimant"), *see* ECF No. 18952. The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Claimant, by and through its attorney, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 12, 2013
      New York, New York

      /s/ Timothy Lin_____
      Timothy Lin
      RICHARDS KIBBE & ORBE LLP
      200 Liberty Street
      New York, New York 10281
      Telephone: (212) 530-1800
      Facsimile: (212) 530-1801

      *Attorneys for Dolphinsu Capital LLC*

812574v.2 445/01433