Allen G. Kadish
DICONZA TRAURIG LLP
630 Third Avenue, 7th Floor
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Email: akadish@dtlawgroup.com

*Attorneys for BAC Florida Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that DICONZA TRAURIG LLP appears on behalf of

BAC FLORIDA BANK and, pursuant to Rules 2002, 9007, 9010(b) and 9013 of the Federal

Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code (the

"Bankruptcy Code"), requests that all notices given or required in the captioned cases, and all

documents, and all other papers served in this case, be given to and served upon:

DiConza Traurig LLP
630 Third Avenue, 7th Floor
New York, New York 10017
Attn: Allen G. Kadish, Esq.
Tel: (212) 682-4940
Fax: (212) 682-4942
E-mail: akadish@dtlawgroup.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in

the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, e-mail or otherwise, which affects the above-captioned Debtors or their property.

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the captioned cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall be construed to waive any right to (1) have final orders in non-core matters entered only after de novo review by a District Judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments whether under agreements, in law or in equity, all of which are expressly reserved.

Dated:    New York, New York
       November 11, 2013

DICONZA TRAURIG LLP

By:_____
     Allen G. Kadish
630 Third Avenue, 7th Floor
New York, New York 10017
Tel:  (212) 682-4940
Fax:  (212) 682-4942
Email:  akadish@dtlawgroup.com

*Attorneys for BAC Florida Bank*