UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                               :
                                    Debtors.              :    (Jointly Administered)
---------------------------------------------------------------x

## ORDER DISALLOWING
## AND EXPUNGING PROOFS OF CLAIM NUMBER 28845 AND 28846

Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. having filed a motion dated March 25, 2013 ("**Motion**") [Dkt. No. 36163][1] *For An Order (I) Determining That The LCPI Settlement Was Entered Into In Good Faith Pursuant To California Code Of Civil Procedure §§ 877 And 877.6, And, Based On Such Good Faith Finding And For Other Reasons, (II) Disallowing And Expunging Proofs Of Claim Number 28845 And 28846*; and LBREP Lakeside SC Master I, LLC ("**Claimant**") having opposed the Motion; and the Court having found, among other things, that (a) it has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334, (b) the relief requested in the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue of the Motion before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) due and proper notice of the Motion has been provided; and a hearing on the Motion having been held on June 12, 2013 ("**Hearing**"); and the Court having found and determined, as set forth in its *Memorandum Decision Disallowing and Expunging Proofs of Claim Numbers 28845 and 28846*, dated November 4, 2013 ("**Decision**") [Dkt. No. 40956], that the relief sought in the Motion should be granted.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

NOW, THEREFORE, it is hereby:

ORDERED that, for the reasons set forth in the Decision, the Motion is granted; and it is further

ORDERED that, pursuant to Sections 877 and 877.6 of the California Code of Civil Procedure, the LCPI Settlement is determined to be a good faith settlement; and it is further

ORDERED that, pursuant to Section 502(b) of the Bankruptcy Code, Proofs of Claim Number 28845 and 28846 (collectively, the "**LBREP Claims**") filed by Claimant are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the court-appointed claims and noticing agent is authorized and directed to delete the LBREP Claims from the official claims register; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



Dated: New York, New York
       November 12, 2013

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge