# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Yorvik Partners LLP**

Name of Transferee

Name and Address where notices to transferee should be sent:
11 Ironmonger Lane
London EC2V 8EY
United Kingdom

e-mail: r.carmody@yorvikpartners.com

Tel : +44 20 7796 5917

**Luzerner Kantonalbank AG**

Name of Transferor

Court Claim # (if known): 44578

Amount of Claim: $141,910.58 or 50.505052% of ISIN XS023833749 of the total filed under Claim number 44578

Date Claim Filed: 23 October 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________ Date: 12 Nov 2013
Transferee/Transferee's Agent

By: ______________________ Date: 2013.11.12
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. I Luzerner
Kantonalbank A( Partners
LLP (the "Purchas )ate"), (a)
the security or sec s defined
below) and specifi ind to the
extent of the appli n Seller's
right, title and inte ( Lehman
Brothers Holdings, inkruptcy
Court for the Sou MP) (the
"Debtor") (the "Pu including
without limitation : or other
property, which m amounts
distributed on or : ocuments,
agreements, bills a ite and/or
give rise to or affec uidation,
pursuant to a liqui lefined in
Section 101(5) of iy nature
whatsoever, wheth d Claims,
(iii) any rights ai ipporting
documentation rela ind under
the transfer agreem rlying or
constituting a part y and all
proceeds of any of ims").

2. S nd timely
filed on or before rt's order
setting the deadline of Claim
relates to one or mc ilable on
http://www.lehman table title
to the Transferred ( ations, or
encumbrances crea o execute
and perform its obl includes
the Purchased Clai onduct or
omissions, or had a espect of
the Transferred Cla insecured
creditors; (g) Seller the Proof
of Claim, become, Lehman
Brothers Holdings I s nor any
portion thereof is s voidance,
disallowance, or su e void or
voidable or subject Allowed
Amount of the Clai chedule 1
other than with resp ed in the
Debtors' Modified Affiliated
Debtors, dated Dec with the
initial Distribution Class 5

Redacted

Distribution ur … ler the Plan,
(iii) to the sur … ut 4th April
**2013** in conne … received by
Predecessor, as … subsequent
Distribution ur … the Seller,
Predecessor, o … n with, the
Transferred Cl … or any part
thereof (the " … ts) to this
Agreement, an … ements and
indemnities fro

Redacted

3. … aser on the
books and reco … y notice or
right to receiv … edure, the
Bankruptcy Co … f Seller by
Purchaser for a … ith respect
to the Transfer … ral Rule of
Bankruptcy Pro … ledges and
understands, ar … to Seller
transferring to … der of the
Transferred Cla … Transferred
Claim be delive

4. … livery and
performance of … Purchaser
shall be entitled … y agrees to
indemnify, defe … agents and
controlling pers … liabilities,
including, with … ach of its
representations

5. … payments,
distributions or … rees to (a)
forward to Purc … laims in a
timely manner … t be voted
separately, the i … n be voted
separately, and ( … haser may
from time to tir … ty to such
account, via Eu … to Seller.
This Agreement … any other
automatically g … r transfer
method) with re

6. … cuted and
delivered, all su … n all such
other and further … carry out
the terms, of this … to ensure
the timely and ac

7. … preted and
determined in ac … vision that

would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of ~~October~~ November 2013.

Luzerner Kantonalbank AG

By: ____________________

Name:

Title: Vice President

Vice President

YORVIK PARTNERS LLP

By: ____________________

Name: Simon Mullaly

Title: Partner

Schedule 1

Transferred Claims

Purchased Claim

50.505052014% of the US$ 280,982.94 total claim amount of ISIN XS0238337439, filed as part of the claim number 44578

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Claim Number | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) | Allowed Amount of Claim Transferred to Purchaser |
|---|---|---|---|---|---|---|---|---|---|
| Equity Linked Notes | XS0238337439 | 44578 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | EUR 100,000.00 | N/A | N/A | N/A | USD 141,910.58 |

DOC ID - 20730774.2