SACKS & SACKS LLP
150 Broadway, 4th Floor
New York, New York 10038
Telephone: (212) 964-5570
Facsimile: (212) 349-2141
David Mayer, Esq.

Attorneys for Yuri and Irene Belik

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                            :

In re                          :     **Chapter 11 Case No.**
                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (JMP)**
                            :

                Debtors.      :     **(Jointly Administered)**
                            :
                            :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**YURI AND IRENE BELIK'S MOTION TO LIFT STAY**

      **PLEASE TAKE NOTICE** that the hearing on the *Motion to Lift Stay* of Yuri and

Irene Belik (the "<u>Motion</u>") (ECF No. 39585), that was scheduled for November 20, 2013, at

10:00 a.m. (Prevailing Eastern Time), **<u>has been adjourned to December 18, 2013, at 10:00</u>**

**<u>a.m. (Prevailing Eastern Time)</u>** (the "<u>Hearing</u>"), or as soon thereafter as counsel may be heard.

The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

the Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

      **PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or

other responsive pleadings to the Motion has been extended to **December 11, 2013 at 4:00 p.m.**

**(Prevailing Eastern Time)**.

Dated:  November 12, 2013
        New York, New York

                                   /s/ David Mayer, Esq.
                                   David Mayer, Esq.

                                   SACKS & SACKS LLP
                                   150 Broadway, 4th Floor
                                   New York, New York 10038
                                   Telephone: (212) 964-5570
                                   Facsimile: (212) 349-2141

                                   Attorneys for Yuri and Irene Belik

US_ACTIVE:\44203043\1\58399.0003