**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56671

Reference is made to proof of claim number **56671** filed on October 29, 2009 (the "**Claims**") against Lehman Brothers Holdings Inc. ("**LBHI**") by HSBC Private Bank (Suisse) SA, Singapore Branch ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion of the Claim identified in Schedule 1 attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: November 13, 2013
       New York, New York

/s/ John Kibler
John Kibler
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for HSBC Private Bank (Suisse) SA, Singapore Branch*

## EXHIBIT A

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| Lehman Brothers Treasury Co BV 1Y CDA STK INFY-32.3025 HDB-93.4546 28.25% 22JAN2009 | XS0340114353 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD 200,000 |

\* No portion of the Claim, whether relating to ISIN XS0340114353 or otherwise, is being withdrawn in excess of the principal amounts in this column.