Paul M. Basta
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to PCCP, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIMS
FILED BY ARCHSTONE TIC MEZZ HOLDINGS LLC**

1.     On or after September 15, 2008, Lehman Brothers Holdings Inc. ("**LBHI**") and certain of its subsidiaries (collectively, the "**Debtors**"), including Lehman Brothers Specialty Finance ("**LBSF**") filed voluntary petitions under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York commencing these chapter 11 cases. The Debtors set September 22, 2009 as the date by which prepetition claims against certain Debtors, including LBHI and LBSF, had to be filed.

2. Lehman Brother Real Estate Mezzanine Partners II, L.P. ("**LBREMP II**") timely filed proofs of claim against LBHI and LBSF on behalf of its 100% ownership interests in Archstone TIC Mezz Holdings LLC (the "**Archstone TIC Claims**").

3. **PLEASE TAKE NOTICE** that PCCP, LLC, as investment advisor to LBREMP II, hereby withdraws, without prejudice, the Archstone TIC Claims (collectively, the "**Withdrawn Claims**") listed on **Exhibit A** attached hereto, and reserves its right to re-file the Withdrawn Claims.

Dated: November 13, 2013　　　　　　　**KIRKLAND & ELLIS LLP**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ *Ross M. Kwasteniet*
　　　　　　　　　　　　　　　　　　　Paul M. Basta
　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　Telephone:　(212) 446-4800
　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 446-4900

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　Ross M. Kwasteniet (admitted *pro hace vice*)
　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60654
　　　　　　　　　　　　　　　　　　　Telephone:　(312) 862-2000
　　　　　　　　　　　　　　　　　　　Facsimile:　(312) 862-2200

　　　　　　　　　　　　　　　　　　　*Counsel to PCCP, LLC*

**Exhibit A**

**Withdrawn Claims**

| Claim Number | Debtor | Claimant |
|---|---|---|
| 27443 | LBHI | ARCHSTONE TIC MEZZ HOLDINGS LLC |
| 27451 | LBSF | ARCHSTONE TIC MEZZ HOLDINGS LLC |
| 67961 | LBHI | ARCHSTONE TIC MEZZ HOLDINGS LLC |