**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 12th day of November, 2013, I caused to be served a true copy of *Limited Objection Of ESP Funding I, LTD To Motion Of Lehman Brothers Holdings Inc. Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure And Section 105(A) Of The Bankruptcy Code For Approval Of (I) Partial Settlement Agreements Relating To Certain Credit Default Swap Agreements And Indentures And (II) Amendment To Partial Settlement Agreement Relating To Pebble Creek LCDO 2007-3 Credit Default Swap Agreement* [Dkt. No. 41035] upon the following parties by express overnight delivery:

A/75833129.1

| | |
|---|---|
| Jacqueline Marcus, Esq.<br>Christopher J. Cox, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Tracy Hope Davie, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>Office of the U.S. Trustee<br>201 Varick Street, Ste. 1006<br>New York, NY 10014 |
| David S. Cohen, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1850 K Street NW, Ste. 1100<br>Washington, DC 20006 | Franklin H. Top, III, Esq.<br>Scott A. Lewis, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, IL 60603. |

        /s/Patricia A. Wright
          Patricia A. Wright

Sworn to before me this
13th day of November, 2013

 /s/William T. Crerand
Notary Public, State of New York
No. 01CR6278792
Qualified in New York County
Commission Expires March 25, 2017

A/75833129.1