Allen G. Kadish
DICONZA TRAURIG LLP
630 Third Avenue, 7th Floor
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Email: akadish@dtlawgroup.com

*Attorneys for BAC Florida Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------x

<u>CERTIFICATE OF SERVICE</u>

        Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, certifies that, on November 12, 2013, I served true and correct copies of the Notice of Appearance and Request for Service of Papers by first-class mail, postage prepaid, on the parties on the service list attached as <u>Exhibit A</u> and by email on the parties on the service attached as <u>Exhibit B</u>.

Dated: November 13, 2013
        New York, New York

                                                    /s/ Lance A. Schildkraut
                                                    Lance A. Schildkraut

EXHIBIT A

SERVICE LIST

HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN:  RICHARD P. KRASNOW, ESQ.
       LORI R. FIFE, ESQ.
       JACQUELINE MARCUS, ESQ.
       ROBERT J. LEMONS, ESQ.

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014
ATTN:  SUSAN D. GOLDEN, ESQ.
       ANDREA B. SCHWARTZ, ESQ.

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN:  DENNIS F. DUNNE, ESQ.
       DENNIS O'DONNELL, ESQ.
       EVAN R. FLECK, ESQ.

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

## EXHIBIT B

## SERVICE LIST

'aaaronson@dilworthlaw.com'; 'aalfonso@willkie.com'; 'abeaumont@fklaw.com';
'abraunstein@riemerlaw.com'; 'acaton@kramerlevin.com'; 'acker@chapman.com';
'adam.brezine@hro.com'; 'adarwin@nixonpeabody.com'; 'Adiamond@DiamondMcCarthy.com';
'aeckstein@blankrome.com'; 'aentwistle@entwistle-law.com'; 'afriedman@irell.com';
'agbanknewyork@ag.tn.gov'; 'aglenn@kasowitz.com'; 'agold@herrick.com'; 'agoldstein@tnsj-law.com';
'agottfried@morganlewis.com'; 'aisenberg@saul.com'; 'akantesaria@oppenheimerfunds.com';
'akolod@mosessinger.com'; 'alum@ftportfolios.com'; 'amarder@msek.com';
'amartin@sheppardmullin.com'; 'AMcMullen@BoultCummings.com'; 'amenard@tishmanspeyer.com';
'amh@amhandlerlaw.com'; 'Andrew.Brozman@cliffordchance.com'; 'andrew.lourie@kobrekim.com';
'angelich.george@arentfox.com'; 'ann.reynaud@shell.com'; 'anthony_boccanfuso@aporter.com';
'aoberry@bermanesq.com'; 'aostrow@beckerglynn.com'; 'aquale@sidley.com'; 'arahl@reedsmith.com';
'arainone@bracheichler.com'; 'arheaume@riemerlaw.com'; 'arlbank@pbfcm.com';
'arosenblatt@chadbourne.com'; 'arthur.rosenberg@hklaw.com'; 'arwolf@wlrk.com'; 'aseuffert@lawpost-
nyc.com'; 'ashmead@sewkis.com'; 'asnow@ssbb.com'; 'aunger@sidley.com';
'austin.bankruptcy@publicans.com'; 'avenes@whitecase.com'; 'azylberberg@whitecase.com';
'bankr@zuckerman.com'; 'bankruptcy@goodwin.com'; 'bankruptcy@morrisoncohen.com';
'bankruptcy@ntexas-attorneys.com'; 'bankruptcymatters@us.nomura.com'; 'barbra.parlin@hklaw.com';
'bbisignani@postschell.com'; 'bcarlson@co.sanmateo.ca.us'; 'bdk@schlamstone.com';
'bguiney@pbwt.com'; 'bmanne@tuckerlaw.com'; 'BMiller@mofo.com'; 'boneill@kramerlevin.com';
'Brian.Corey@greentreecreditsolutions.com'; 'brosenblum@jonesday.com'; 'broy@rltlawfirm.com';
'bruce.wright@sutherland.com'; 'bstrickland@wtplaw.com'; 'btrust@mayerbrown.com';
'bturk@tishmanspeyer.com'; 'bwolfe@sheppardmullin.com'; 'bzabarauskas@crowell.com';
'cahn@clm.com'; 'calbert@reitlerlaw.com'; 'canelas@pursuitpartners.com';
'carol.weinerlevy@bingham.com'; 'cbelisle@wfw.com'; 'cbelmonte@ssbb.com';
'cdesiderio@nixonpeabody.com'; 'Chad.Husnick@kirkland.com'; 'chammerman@paulweiss.com';
'charles@filardi-law.com'; 'charles_malloy@aporter.com'; 'chipford@parkerpoe.com';
'chris.donoho@lovells.com'; 'Christopher.Greco@kirkland.com'; 'clarkb@sullcrom.com';
'clynch@reedsmith.com'; 'cmontgomery@salans.com'; 'cohen@sewkis.com'; 'cp@stevenslee.com';
'cpappas@dilworthlaw.com'; 'craig.goldblatt@wilmerhale.com'; 'crmomjian@attorneygeneral.gov';
'csalomon@beckerglynn.com'; 'cschreiber@winston.com'; 'cshore@whitecase.com';
'cshulman@sheppardmullin.com'; 'cszyfer@stroock.com'; 'cwalsh@mayerbrown.com';
'cward@polsinelli.com'; 'cweber@ebg-law.com'; 'cweiss@ingramllp.com';
'dallas.bankruptcy@publicans.com'; 'danielle.rose@kobrekim.com'; 'dave.davis@isgria.com';
'david.bennett@tklaw.com'; 'david.heller@lw.com'; 'david.powlen@btlaw.com'; 'davids@blbglaw.com';
'davidwheeler@mvalaw.com'; 'dbarber@bsblawyers.com'; 'dbaumstein@whitecase.com';
'dbesikof@loeb.com'; 'dcimo@gjb-law.com'; 'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com';
'ddavis@paulweiss.com'; 'ddrebsky@nixonpeabody.com'; 'ddunne@milbank.com';
'deggermann@kramerlevin.com'; 'deggert@freebornpeters.com'; 'demetra.liggins@tklaw.com';
'dfelder@orrick.com'; 'dflanigan@polsinelli.com'; 'dgrimes@reedsmith.com';
'dhayes@mcguirewoods.com'; 'dheffer@foley.com'; 'dhurst@coleschotz.com'; 'dhw@dhclegal.com';
'diconzam@gtlaw.com'; 'djoseph@stradley.com'; 'dkessler@ktmc.com'; 'dkozusko@willkie.com';
'dlemay@chadbourne.com'; 'dlipke@vedderprice.com'; 'dludman@brownconnery.com';
'dmcguire@winston.com'; 'dmurray@jenner.com'; 'dneier@winston.com'; 'dodonnell@milbank.com';
'dove.michelle@dorsey.com'; 'dpegno@dpklaw.com'; 'draelson@fisherbrothers.com';
'dravin@wolffsamson.com'; 'drosenzweig@fulbright.com'; 'drosner@goulstonstorrs.com';
'drosner@kasowitz.com'; 'dshaffer@wtplaw.com'; 'dshemano@peitzmanweg.com';

'dspelfogel@foley.com'; 'dtatge@ebglaw.com'; 'dtheising@harrisonmoberly.com';
'dwdykhouse@pbwt.com'; 'dwildes@stroock.com'; 'dworkman@bakerlaw.com'; 'easmith@venable.com';
'ecohen@russell.com'; 'edward.flanders@pillsburylaw.com'; 'efleck@milbank.com';
'efriedman@fklaw.com'; 'efriedman@friedumspring.com'; 'eglas@mccarter.com';
'ekbergc@lanepowell.com'; 'eleicht@whitecase.com'; 'ellen.halstead@cwt.com';
'emagnelli@bracheichler.com'; 'emerberg@mayerbrown.com'; 'enkaplan@kaplanlandau.com';
'eobrien@sbchlaw.com'; 'epearlman@scottwoodcapital.com'; 'erin.mautner@bingham.com';
'eschwartz@contrariancapital.com'; 'etillinghast@sheppardmullin.com'; 'ezujkowski@emmetmarvin.com';
'fbp@ppgms.com'; 'ffm@bostonbusinesslaw.com'; 'fhyman@mayerbrown.com'; 'foont@foontlaw.com';
'fritschj@sullcrom.com'; 'fsosnick@shearman.com'; 'fyates@sonnenschein.com';
'gabriel.delvirginia@verizon.net'; 'gbray@milbank.com'; 'george.south@dlapiper.com';
'ggitomer@mkbattorneys.com'; 'ggoodman@foley.com'; 'giddens@hugheshubbard.com';
'gkaden@goulstonstorrs.com'; 'glenn.siegel@dechert.com'; 'gmoss@riemerlaw.com';
'goldenberg@ssnyc.com'; 'gravert@ravertpllc.com'; 'gspilsbury@jsslaw.com'; 'harrisjm@michigan.gov';
'harveystrickon@paulhastings.com'; 'hbeltzer@mayerbrown.com'; 'heim.steve@dorsey.com';
'heiser@chapman.com'; 'hmagaliff@r3mlaw.com'; 'hollace.cohen@troutmansanders.com';
'holsen@stroock.com'; 'howard.hawkins@cwt.com'; 'hseife@chadbourne.com'; 'hsnovikoff@wlrk.com';
'hsteel@brownrudnick.com'; 'ian.roberts@bakerbotts.com'; 'icatto@mwe.com';
'igoldstein@proskauer.com'; 'ilevee@lowenstein.com'; 'ira.greene@hoganlovells.com';
'israel.dahan@cwt.com'; 'iva.uroic@dechert.com'; 'jacobsonn@sec.gov'; 'james.heaney@lawdeb.com';
'james.mcclammy@dpw.com'; 'james.sprayregen@kirkland.com'; 'jamestecce@quinnemanuel.com';
'jar@outtengolden.com'; 'jason.jurgens@cwt.com'; 'jay.hurst@oag.state.tx.us'; 'jay@kleinsolomon.com';
'jbeemer@entwistle-law.com'; 'jbeiers@co.sanmateo.ca.us'; 'jbird@polsinelli.com'; 'jbromley@cgsh.com';
'jcarberry@cl-law.com'; 'jchristian@tobinlaw.com'; 'jchubak@proskauer.com'; 'jdoran@haslaw.com';
'Jdrucker@coleschotz.com'; 'jdwarner@warnerandscheuerman.com'; 'jdweck@sutherland.com';
'jdyas@halperinlaw.net'; 'jean-david.barnea@usdoj.gov'; 'jeanites@whiteandwilliams.com';
'jeannette.boot@wilmerhale.com'; 'jeff.wittig@coair.com'; 'jeffery.black@bingham.com';
'jeffrey.sabin@bingham.com'; 'jeldredge@velaw.com'; 'Jemma.McPherson@CliffordChance.com';
'jennifer.demarco@cliffordchance.com'; 'jennifer.gore@shell.com'; 'jfalgowski@reedsmith.com';
'jflaxer@golenbock.com'; 'jfreeberg@wfw.com'; 'jg5786@att.com'; 'jgenovese@gjb-law.com';
'jgoodchild@morganlewis.com'; 'jguy@orrick.com'; 'jhiggins@fdlaw.com'; 'jhorgan@phxa.com';
'jhuggett@margolisedelstein.com'; 'jim@atkinslawfirm.com'; 'jjoyce@dresslerpeters.com';
'jjtancredi@daypitney.com'; 'jjureller@klestadt.com'; 'jlamar@maynardcooper.com'; 'jlawlor@wmd-
law.com'; 'jlee@foley.com'; 'jlevitin@cahill.com'; 'jlscott@reedsmith.com';
'jmaddock@mcguirewoods.com'; 'jmakower@tnsj-law.com'; 'jmazermarino@msek.com';
'jmelko@gardere.com'; 'jmerva@fult.com'; 'jmmurphy@stradley.com'; 'jmr@msf-law.com';
'jnadritch@olshanlaw.com'; 'jnm@mccallarayme r.com'; 'john.monaghan@hklaw.com';
'john.mule@ag.state.mn.us'; 'john.rapisardi@cwt.com'; 'Jonathan.Henes@kirkland.com';
'jorbach@hahnhessen.com'; 'Joseph.Cordaro@usdoj.gov'; 'Joseph.Serino@kirkland.com';
'joshua.dorchak@bingham.com'; 'jowen769@yahoo.com'; 'jowolf@law.nyc.gov';
'joy.mathias@dubaiic.com'; 'JPintarelli@mofo.com'; 'jporter@entwistle-law.com'; 'jprol@lowenstein.com';
'jrabinowitz@rltlawfirm.com'; 'jrsmith@hunton.com'; 'jschiller@bsfllp.com'; 'jschwartz@hahnhessen.com';
'jsheerin@mcguirewoods.com'; 'jshenwick@gmail.com'; 'jsherman@bsfllp.com';
'jshickich@riddellwilliams.com'; 'jsmairo@pbnlaw.com'; 'jstoll@mayerbrown.com';
'jsullivan@mosessinger.com'; 'jtimko@shutts.com'; 'jtorf@schiffhardin.com';
'judy.morse@crowedunlevy.com'; 'jvail@ssrl.com'; 'jwallack@goulstonstorrs.com';
'jwcohen@daypitney.com'; 'jweiss@gibsondunn.com'; 'jwest@velaw.com'; 'jwh@njlawfirm.com';
'kanema@formanlaw.com'; 'karen.wagner@dpw.com'; 'karl.geercken@alston.com';
'kdwbankruptcydepartment@kelleydrye.com'; 'keckhardt@hunton.com'; 'keith.simon@lw.com';
'Ken.Coleman@allenovery.com'; 'ken.higman@hp.com'; 'kerry.moynihan@hro.com';
'kgwynne@reedsmith.com'; 'kiplok@hugheshubbard.com'; 'kit.weitnauer@alston.com';

'kjarashow@stutman.com'; 'kkelly@ebglaw.com'; 'kkolbig@mosessinger.com'; 'klyman@irell.com';
'klynch@formanlaw.com'; 'kmayer@mccarter.com'; 'kobak@hugheshubbard.com'; 'korr@orrick.com';
'kovskyd@pepperlaw.com'; 'kressk@pepperlaw.com'; 'KReynolds@mklawnyc.com';
'krodriguez@allenmatkins.com'; 'krosen@lowenstein.com'; 'kuehn@bespc.com'; 'kurt.mayr@bgllp.com';
'lacyr@sullcrom.com'; 'Landon@StreusandLandon.com'; 'lapeterson@foley.com';
'lathompson@co.sanmateo.ca.us'; 'lawallf@pepperlaw.com'; 'lawrence.gelber@srz.com';
'lberkoff@moritthock.com'; 'Lee.Stremba@troutmansanders.com'; 'lgotko@fklaw.com';
'lgranfield@cgsh.com'; 'lhandelsman@stroock.com'; 'lhoffman@deilylawfirm.com';
'linda.boyle@twtelecom.com'; 'lisa.ewart@wilmerhale.com'; 'lisa.kraidin@allenovery.com';
'lisa.solomon@att.net'; 'LJKotler@duanemorris.com'; 'lkatz@ltblaw.com'; 'LKISS@KLESTADT.COM';
'lmarinuzzi@mofo.com'; 'Lmay@coleschotz.com'; 'lmcgowen@orrick.com'; 'lml@ppgms.com';
'lnashelsky@mofo.com'; 'loizides@loizides.com'; 'lperkins@deilylawfirm.com'; 'lscarcella@farrellfritz.com';
'lschweitzer@cgsh.com'; 'lubell@hugheshubbard.com'; 'lwhidden@salans.com'; 'mabrams@willkie.com';
'MAOFILING@CGSH.COM'; 'Marc.Chait@SC.com'; 'margaret.welsh@cliffordchance.com';
'margolin@hugheshubbard.com'; 'mark.bane@ropesgray.com'; 'mark.deveno@bingham.com';
'mark.ellenberg@cwt.com'; 'mark.ellenberg@cwt.com'; 'mark.mckane@kirkland.com';
'mark.sherrill@sutherland.com'; 'Marvin.Clements@ag.tn.gov'; 'matt@willaw.com';
'matthew.klepper@dlapiper.com'; 'maustin@orrick.com'; 'mbenner@tishmanspeyer.com';
'mberman@nixonpeabody.com'; 'mberman@nixonpeabody.com'; 'mbienenstock@proskauer.com';
'mbloemsma@mhjur.com'; 'mbossi@thompsoncoburn.com'; 'mcademartori@sheppardmullin.com';
'mcantor@normandyhill.com'; 'mcordone@stradley.com'; 'mcto@debevoise.com';
'mcyganowski@oshr.com'; 'mdorval@stradley.com'; 'melorod@gtlaw.com'; 'meltzere@pepperlaw.com';
'metkin@lowenstein.com'; 'mfeldman@willkie.com'; 'mgordon@briggs.com';
'mgreger@allenmatkins.com'; 'mh1@mccallaraymer.com'; 'mhopkins@cov.com'; 'michael.frege@cms-
hs.com'; 'michael.kelly@monarchlp.com'; 'michael.kim@kobrekim.com'; 'michael.mccrory@btlaw.com';
'michaels@jstriallaw.com'; 'millee12@nationwide.com'; 'miller@taftlaw.com';
'mimi.m.wong@irscounsel.treas.gov'; 'mitchell.ayer@tklaw.com'; 'mjedelman@vedderprice.com';
'MJR1@westchestergov.com'; 'mkjaer@winston.com'; 'mlahaie@akingump.com'; 'MLandman@lcbf.com';
'mlichtenstein@crowell.com'; 'mlynch2@travelers.com'; 'mmooney@deilylawfirm.com';
'mmorreale@us.mufg.jp'; 'mneier@ibolaw.com'; 'monica.lawless@brookfieldproperties.com';
'mpage@kelleydrye.com'; 'mparry@mosessinger.com'; 'mpomerantz@julienandschlesinger.com';
'mprimoff@kayescholer.com'; 'mpucillo@bermanesq.com'; 'mrosenthal@gibsondunn.com';
'mrothchild@mofo.com'; 'mruetzel@whitecase.com'; 'mschimel@sju.edu'; 'msegarra@mayerbrown.com';
'mshiner@tuckerlaw.com'; 'msolow@kayescholer.com'; 'mspeiser@stroock.com';
'mstamer@akingump.com'; 'mvenditto@reedsmith.com'; 'mwarner@coleschotz.com';
'mwarren@mtb.com'; 'nathan.spatz@pillsburylaw.com'; 'nbojar@fklaw.com'; 'ncoco@mwe.com';
'neal.mann@oag.state.ny.us'; 'ned.schodek@shearman.com'; 'neilberger@teamtogut.com';
'Nherman@morganlewis.com'; 'nissay_10259-0154@mhmjapan.com'; 'nlepore@schnader.com';
'notice@bkcylaw.com'; 'NYROBankruptcy@SEC.GOV'; 'oipress@travelers.com'; 'otccorpactions@finra.org';
'paronzon@milbank.com'; 'patrick.oh@freshfields.com'; 'pbattista@gjb-law.com'; 'pbosswick@ssbb.com';
'pdublin@akingump.com'; 'peisenberg@lockelord.com'; 'peter.blasone@klgates.com';
'peter.gilhuly@lw.com'; 'peter.macdonald@wilmerhale.com'; 'peter.simmons@friedfrank.com';
'peter@bankrupt.com'; 'pfeldman@oshr.com'; 'pfinkel@wilmingtontrust.com';
'phayden@mcguirewoods.com'; 'phil.huynh@kobrekim.com'; 'philip.wells@ropesgray.com';
'pmaxcy@sonnenschein.com'; 'ppascuzzi@ffwplaw.com'; 'ppatterson@stradley.com';
'psp@njlawfirm.com'; 'ptrain-gutierrez@kaplanlandau.com'; 'ptrostle@jenner.com';
'r.stahl@stahlzelloe.com'; 'raj.madan@bingham.com'; 'ramona.neal@hp.com';
'rbeacher@pryorcashman.com'; 'rbernard@foley.com'; 'rbyman@jenner.com'; 'rdaversa@orrick.com';
'relgidely@gjb-law.com'; 'rflanagan@flanassoc.com'; 'rfrankel@orrick.com';
'rfriedman@silvermanacampora.com'; 'rgmason@wlrk.com'; 'rgoodman@moundcotton.com';
'rgraham@whitecase.com'; 'rhett.campbell@tklaw.com'; 'richard.fingard@newedge.com';

'richard.lear@hklaw.com'; 'richard.levy@lw.com'; 'richard.tisdale@friedfrank.com';
'richard@rwmaplc.com'; 'rick.murphy@sutherland.com'; 'RJones@BoultCummings.com';
'rleek@HodgsonRuss.com'; 'RLevin@cravath.com'; 'rmatzat@hahnhessen.com'; 'rnetzer@willkie.com';
'robert.bailey@bnymellon.com'; 'robert.dombroff@bingham.com'; 'robert.henoch@kobrekim.com';
'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov'; 'Robin.Keller@Lovells.com'; 'roger@rnagioff.com';
'ronald.silverman@bingham.com'; 'ross.martin@ropesgray.com'; 'rrainer@wmd-law.com';
'rreid@sheppardmullin.com'; 'rroupinian@outtengolden.com'; 'rrussell@andrewskurth.com';
'russj4478@aol.com'; 'rwasserman@cftc.gov'; 'rwyron@orrick.com'; 's.minehan@aozorabank.co.jp';
'sabin.willett@bingham.com'; 'sabramowitz@velaw.com'; 'SABVANROOY@HOTMAIL.COM';
'Sally.Henry@skadden.com'; 'samuel.cavior@pillsburylaw.com'; 'sandyscafaria@eaton.com';
'scargill@lowenstein.com'; 'schager@ssnyc.com'; 'schannej@pepperlaw.com';
'Schepis@pursuitpartners.com'; 'schnabel.eric@dorsey.com'; 'schristianson@buchalter.com';
'schwartzmatthew@sullcrom.com'; 'scott.golden@hoganlovells.com'; 'scott.mcculloch@kobrekim.com';
'scottj@sullcrom.com'; 'scottshelley@quinnemanuel.com'; 'scousins@armstrongteasdale.com';
'sdnyecf@dor.mo.gov'; 'seba.kurian@invesco.com'; 'sehlers@armstrongteasdale.com';
'seichel@crowell.com'; 'sfelderstein@ffwplaw.com'; 'sfineman@lchb.com'; 'sfox@mcguirewoods.com';
'sgordon@cahill.com'; 'sgubner@ebg-law.com'; 'shannon.nagle@friedfrank.com'; 'sharbeck@sipc.org';
'shari.leventhal@ny.frb.org'; 'shgross5@yahoo.com'; 'sidorsky@butzel.com'; 'sldreyfuss@hlgslaw.com';
'sleo@bm.net'; 'slerman@ebglaw.com'; 'slerner@ssd.com'; 'slevine@brownrudnick.com';
'SLoden@DiamondMcCarthy.com'; 'smayerson@ssd.com'; 'smillman@stroock.com';
'smulligan@bsblawyers.com'; 'snewman@katskykorins.com'; 'sory@fdlaw.com'; 'spiotto@chapman.com';
'squsba@stblaw.com'; 'SRee@lcbf.com'; 'sschultz@akingump.com'; 'sselbst@herrick.com';
'sshimshak@paulweiss.com'; 'sskelly@teamtogut.com'; 'sstarr@starrandstarr.com';
'steele@lowenstein.com'; 'stephen.cowan@dlapiper.com'; 'stephen.hessler@kirkland.com';
'steve.ginther@dor.mo.gov'; 'steven.troyer@commerzbank.com'; 'steven.usdin@flastergreenberg.com';
'steven.wilamowsky@bingham.com'; 'steven@blbglaw.com'; 'Streusand@StreusandLandon.com';
'susheelkirpalani@quinnemanuel.com'; 'sweyl@haslaw.com'; 'swolowitz@mayerbrown.com';
'szuch@wiggin.com'; 'tannweiler@greerherz.com'; 'tbrock@ssbb.com'; 'tdewey@dpklaw.com';
'tduffy@andersonkill.com'; 'TGoren@mofo.com'; 'thaler@thalergertler.com';
'thomas.califano@dlapiper.com'; 'tim.desieno@bingham.com'; 'timothy.brink@dlapiper.com';
'tjfreedman@pbnlaw.com'; 'tkiriakos@mayerbrown.com'; 'tlauria@whitecase.com';
'tmacwright@whitecase.com'; 'tmarrion@haslaw.com'; 'tnixon@gklaw.com';
'toby.r.rosenberg@irscounsel.treas.gov'; 'tom.schorling@whitecase.com'; 'tomwelsh@orrick.com';
'tslome@msek.com'; 'tunrad@burnslev.com'; 'twheeler@lowenstein.com'; 'Villa@StreusandLandon.com';
'vmilione@nixonpeabody.com'; 'vrubinstein@loeb.com'; 'walter.stuart@freshfields.com';
'wanda.goodloe@cbre.com'; 'WBallaine@lcbf.com'; 'wbenzija@halperinlaw.net'; 'wchen@tnsj-law.com';
'wcurchack@loeb.com'; 'wdase@fzwz.com'; 'wfoster@milbank.com'; 'will.sugden@alston.com';
'wiltenburg@hugheshubbard.com'; 'wisotska@pepperlaw.com'; 'wk@pwlawyers.com'; 'wmaher@wmd-
law.com'; 'wmarcari@ebglaw.com'; 'wmckenna@foley.com'; 'wrightth@sullcrom.com';
'wsilverm@oshr.com'; 'wswearingen@llf-law.com'; 'wtaylor@mccarter.com'; 'wweintraub@stutman.com';
'wzoberman@bermanesq.com'; 'YUwatoko@mofo.com'; 'harvey.miller@weil.com';
'jacqueline.marcus@weil.com'; 'lori.fife@weil.com'; 'richard.krasnow@weil.com';
'robert.lemons@weil.com'