Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pictet & Cie | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:
Pictet & Cie
Att : Legal Department
Route des Acacias 60
1211 Geneva 73

Phone: +41583231326

Last Four Digits of Acct #: EOC 93010

Court Claim # (if known): 55825
Date Claim Filed: 10/29/2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): USD 50,000

Phone: +41583231326

Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

RECEIVED
NOV 1 2 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ppon PICTET & Cie

By: _____          Date: 31 October 2013
Transferee/Transferee's Agent

Mélanie PICHONNAZ          David AESCHLIMANN

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**CREDIT SUISSE**

| CREDIT SUISSE AG | | |
|---|---|---|
| 1 Raffles Link | Phone | +65 6212 2000 |
| #03/#04-01 South Lobby | Fax | +65 6212 4868 |
| Singapore 039393 | www.credit-suisse.com | |

## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE AG, SINGAPORE BRANCH** ("Transferor"), unconditionally and irrevocably transferred to **PICTET AND CIE GENEVA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55825) in the nominal amount of USD50,000 related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __22nd_ day of ___ OCT_____ 2013.



**CREDIT SUISSE AG, SINGAPORE BRANCH**

By:_____

Name of person signing _ANDREW CHONG_ 刘晓俊

Title of person signing _AVP_

*Johnny Liu*

By:_____

Name of person signing_____ *Johnny Liu* 刘晓俊

Title of person signing _VP_

Registration number S73FC2261L
A branch registered in Singapore.

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0250879763 | 55825 | 29 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | USD50,000 |

2

**31.10.13**          **011.80**

CH - 1200          PRIORLTY
Genève 2           Gross 2

750238              *LA POSTE*

**A**
Priority
1200 Genève 2

R    RM 043 222 375 CH    31.10 2013

By registered mail

Lehman Brothers Holdings Claims
Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

FILED / RECEIVED

NOV 0 6 2013

EPIQ SYSTEMS