## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: York Capital Management, L.P.

    York Capital Management, L.P., with offices located at 767 5th Ave, 17th Fl, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to York Global Finance BDH, LLC, with offices located at 767 5th Ave, 17th Fl, New York, NY 10153 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $92,380.00, docketed as Claim No. 17654 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 13th day of November, 2013.

**YORK CAPITAL MANAGEMENT, L.P.**

WITNESS:

(Signature)

Name: Sam Loc
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: John J. Fosina
Title: Chief Financial Officer
Tel.:

**YORK GLOBAL FINANCE BDH, LLC**

WITNESS:

(Signature)

Name: Sam Loc
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: John J. Fosina
Title: Chief Financial Officer
Tel.:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: York Capital Management, L.P.

York Capital Management, L.P., with offices located at 767 5th Ave, 17th Fl, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to York Global Finance BDH, LLC, with offices located at 767 5th Ave, 17th Fl, New York, NY 10153 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $8,089,763.00, docketed as Claim No. 17651 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 13th day of November, 2013.

YORK CAPITAL MANAGEMENT, L.P.

WITNESS: _____
(Signature)

Name: Sam Loc
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: John J. Fosina
Title: Chief Financial Officer
Tel.:

YORK GLOBAL FINANCE BDH, LLC

WITNESS: _____
(Signature)

Name: Sam Loc
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: John J. Fosina
Title: Chief Financial Officer
Tel.:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: York Capital Management, L.P.

    York Capital Management, L.P., with offices located at 767 5th Ave, 17th Fl, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to York Global Finance BDH, LLC, with offices located at 767 5th Ave, 17th Fl, New York, NY 10153 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $976,279.00, docketed as Claim No. 17656 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 13th day of November, 2013.

**YORK CAPITAL MANAGEMENT, L.P.**

WITNESS:
_____
(Signature)

Name: Sam Loc
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: John J. Fosina
Title: Chief Financial Officer
Tel.:

**YORK GLOBAL FINANCE BDH, LLC**

WITNESS:
_____
(Signature)

Name: Sam Loc
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: John J. Fosina
Title: Chief Financial Officer
Tel.: