**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------------x Ref. Docket No. 40959

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
 ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2013, I caused to be served the "Notice Relating to Matters Scheduled for Claims Hearing on November 21, 2013 at 10:00 A.M.," dated November 4, 2013 [Docket No. 40959], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Sworn to before me this                              Carol Zhang
5th day of November, 2013
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com

ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com

jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com

kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com

mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com

mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com

rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com

wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS COMPANY | C/O SHERRY MILLMAN, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | C/O HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE 68 WEST BAY ROAD, GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| BEACH POINT STRATEGIC MASTER FUND, L.P. | F/K/A POST STRATEGIC MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT STRATEGIC MASTER FUND, L.P. | F/K/A POST STRATEGIC MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT, LP ATTN: DARSHAN DESAI 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | C/O BEACH POINT CAPITAL MANAGEMENT LP ATTN: DOUG ROERIG 11755 WILSHIRE BLVD., SUITE 1400 LOS ANGELES CA 90025 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | F/K/A POST TOTAL RETURN MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | F/K/A POST TOTAL RETURN MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP ATTN: DOUG ROERIG 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BG ENERGY MERCHANTS, LLC | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG ENERGY MERCHANTS, LLC | ATTN: THOMAS A. SMITH, CHIEF COUNSEL BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG ENERGY MERCHANTS, LLC | CHIEF COUNSEL THOMAS A. SMITH BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BLATT, JASON | 95 HORATIO STREET, #514 NEW YORK NY 10017 |
| BLATT, JASON | BARRY PEEK, ESQ. MEYER, SUOZZI, ENGLISH & KLEIN, P.C. 1350 BROADWAY, SUITE 501 NEW YORK NY 10018 |
| BOOR, ARTHUR AND JOANNE | 111 JOHN ST RM 800 NEW YORK NY 10038-3180 |
| CGKL VENTURES, LLC | MORRISON & FOERSTER LLP ATTN: G. LARRY ENGEL 425 MARKET STREET SAN FRANCISCO CA 94105 |
| CGKL VENTURES, LLC | ATTN: BRYAN THORNTON 150 CALIFORNIA STREET 22ND FLOOR SAN FRANCISCO CA 94111 |
| COMMONWEALTH OF VIRGINIA | TOBACCO SETTLEMENT FINANCING CORP C/O SHAWN R. FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| COUNTY OF LAKE, OHIO | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COUNTY OF LAKE, OHIO | HOSPITAL FACILITIES VARIABLE RATE REVENUE BONDS SERIES 2002 THE BANK OF NY MELLON TRUST CO., N.A., AS TRUSTEE ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURG PA 15258 |
| COUNTY OF LAKE, OHIO | HOSPITAL FACILITIES VARIABLE RATE REVENUE BONDS SERIES 2002 THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURG PA 15258 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF LB COMMERCIAL CONDUIT MORTGAGE TRUST II MULTICLASS PASS-THRU CERTIFICATES SERIES 1999-C2; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF LB COMMERCIAL CONDUIT MORTGAGE TRUST II MULTICLASS PASS-THRU CERTIFICATES SERIES 1995-C2; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF LB UBS COMMERCIAL MORTGAGE TR 2003-C1 COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 2003-CI; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 |

| Claim Name | Address Information |
|---|---|
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LEHMAN BROTHERS FLOATING RATE COMMERCIAL MORTGAGE TR 2007-LLF C5 C/O VENABLE LLP ATTN: GREGORY A. CROSS, ESQ. 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA AS TTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2001-C2 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-C2; C/O GREGORY A CROSS, ESQ VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA AS TTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2004-C1 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-C1; C/O GREGORY A CROSS, ESQ VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA AS TTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2008-C1 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-C1; C/O GREGORY A CROSS, ESQ VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA AS TTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2006-C3 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C3; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA AS TTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2006-C4 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C4; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA AS TTEE FOR THE REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2006-C7 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C7; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF FIRST UNION-LEHMAN BROTHERS COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 1997-C1; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF LB COMMERCIAL CONDUIT MORTGAGE TR II MULTICLASS PASS-THRU CERTIFICATES SERIES 1996-C2; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2000-C4 COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 2000-C4; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2004-C7 COMMERCIAL MORTGAGE PASS-THRUCERTIFICATES SERIES 2004-C7; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF LB-UBS COMMERCIAL MORTGAGE TR 2005-C1 COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 2005-C1; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF FIRST UNION-LEHMAN BROTHERS COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 1997-C2; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC,AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORP. II COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 2007-GG10; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, |

| Claim Name | Address Information |
|---|---|
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER | SUITE 900 BALTIMORE MD 21202 |
| CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER | FOR BANK OF AMERICA, NA, AS TTEE FOR REGISTERED HOLDERS OF WESTFIELD SHOPPINGTOWN MERIDEN MORTGAGE TR COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 2001-C2A; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: ANDREW B. ECKSTEIN C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: JAMES WHITE ONE PORT CENTER, 8TH FLOOR TWO RIVERSIDE DRIVE P.O BOX 1949 CAMDEN NJ 08101-1949 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: AURIEL CURRENCY 2X FUND C/O DEUTSCHE BANK SECURITIES INC. DISTRESSED PRODUCTS GROUP ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE PFANDBRIEFBANK AG | DR. GOTTFRIED VON AULOCK LEGAL DEPARTMENT VON-DER-TANN-STRASSE 2 MUNICH 80539 GERMANY |
| DEUTSCHE PFANDBRIEFBANK AG | WILMER CUTLER PCKERING HALE AND DORR LLP KATHRYN A. BENNETT 399 PARK AVENUE NEW YORK NY 10002 |
| DEUTSCHE PFANDBRIEFBANK AG | WILMER CUTLER PCKERING HALE & DORR LLP KATHRYN A. BENNETT 399 PARK AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED CO. SERIES 2007-07 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED CO. SERIES 2007-07 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 UNITED STATES |
| DIAMOND FINANCE PUBLIC LIMITED CO. SERIES 2007-07 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| FAIRBAIRN TRUST COMPANY LIMITED AS TRUSTEE OF | THE BURLS FAMILY TRUST PO BOX 192 ST. PETER PORT A/CF 10605 GUERNSEY GY1 3LT UNITED KINGDOM |
| FANNY MAE | ATTN: PETER MCGONIGLE, ESQ 1835 MARKET STREET, SUITE 2300 PHILADELPHIA PA 19103 |
| FCCD LIMITED | ATTN: TONY TRAYNOR, MANAGING DIRECTOR BRACETOWN BUSINESS PARK CLONEE COUNTY MEATH IRELAND |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN: MARK LANDMAN LANDMAND, CORSI, BALLAINE & FORD P.C. 120 BROADWAY NEW YORK NY 10271 |
| FEDERAL HOUSING FINANCE AGENCY (FHFA) | 400 7TH STREET, SW WASHINGTON DC 20024 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | ATTN: GENERAL COUNSEL 3900 WASHINGTON AVENUE, N.W. WASHINGTON DC 20016 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORRICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: KAREN FINN, AUTHORIZED REPRESENTATIVE 915 L STREET, 9TH FLOOR SACRAMENTO CA 95814 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | CHIEF DEPUTY ATTY GENERAL PHILLIP TYDINGCO OFFICE OF THE ATTORNEY GENERAL OF GUAM 287 WEST O'BRIEN DRIVE HAGATNA GU 96910 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY BLAZ, ADMINISTRATOR 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY C. BLAZ ADMINISTRATOR OF THE GUAM ECONOMIC DEVELOPMENT AUTHORITY 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| HENGELER MUELLER | ATTN: DR. FRANK BURMEISTER PARTNERSCHAFT VON RECHTSANWALTEN BOCKENHEIMER LANDSTRASSE 24 FRANKFURT AM MAIN 60323 GERMANY |
| JOHN, WENDY | 6 WINDSOR COURT WINDSOR ROAD DOUGLAS ISLE OF MAN IM1 3JA UNITED KINGDOM |
| LATHAM & WATKINS LLP | COUNSEL TO: FEDERAL NAT'L MORTGAGE ASSOC ATTN: ALAN KRAUS, ESQ. ONE NEWARK CENTER NEWARK NJ 07102 |
| LATHAM & WATKINS LLP | COUNSEL TO: FEDERAL NAT'L MORTGAGE ASSOC ATTN: DOUGLAS BACON, ESQ. 233 SOUTH WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| LOUIS L. GONDA TRUST | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: JOHN P. SCHMITT, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| MICHAEL J. CANNING | ARNOLD & PORTER LLP 399 PARK AVENUE NEW YORK NY 10022-4690 |
| MOHR SANFORD A. AND TINA A. | HILO LAW CENTER 73-4787 HALOLANI STREET KAILUA-KONA HI 96740 |
| NATIONAL CITY BANK | PENELOPE CHRISTOPHOROU CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONAL CITY BANK | C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222 |
| ORIX CAPITAL MARKETS, LLC, AS SPECIAL SERVICER | FOR WELLS FARGO BANK, N.A., AS TTEE FOR REGISTERED HOLDERS OF FIRST UNION-LEHMAN BROTHERS-BANK OF AMERICA COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 1998-C2; C/O GREGORY A. CROSS, ESQ. VENABLE LLP, 750 EAST PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| PAR-FOUR MASTER FUND LTD | EDWARD LABRENZ PAR-FOUR MASTER FUND, LTD. C/O PAR-FOUR INVESTMENT MANAGEMENT, LLC 50 TICE BOULEVARD WOODCLIFF LAKE NJ 07677 |
| PAR-FOUR MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER 6 BROAD STREET-5TH FLOOR LONDON EC2M 7JH UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RATHENAU-PASSAGE VERWALTUNGS-GMBH & CO. | LEHMAN BROTHERS BANKHAUS A.G. RATHENAUPLATZ 1 ATTN: LEGAL COUNSEL D-60313 FRANKFURT AM MAIN GERMANY |
| RATHENAU-PASSAGE VERWALTUNGS-GMBH & CO. | KAISER-FRIEDRICH-PROMENADE 103 BAD HOMBURG 61348 GERMANY |
| RATHENAU-PASSAGE VERWALTUNGS-GMBH & CO. | LEHMAN BROTHERS HOLDINGS INC ATTN: CORPORATE COUNSEL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| RELIANT ENERGY SERVICES, INC NKA RRI,INC | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| RUBY FINANCE PLC - SERIES 2003-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2003-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 154 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: SANAJAY JOBANPUTRA VP, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL COPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 238 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: E FINEGAN; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | C/O K & L GATES LLP ATTN: ROBERT N. MICHAELSON, ESQ., EUNICE RIM, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TOLIN, FRANK JR. | C/O DAVID AKER 23 SOUTHERN ROAD HARTSDALE NY 10530 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF | AMERICA, ET AL ROBERT G. LAVITT, ESQ. ONE TOWER SQUARE, S102A HARTFORD CT 06183 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: PAMELA WIEDER, VP US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| UNICREDIT BANK CZECH REPUBLIC, A.S. | TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LTD ZELETAVSKA 1525/1, 140 92 PRAHA 4 – MICHLE CZECH REPUBLIC |
| WELLS FARGO BANK, NA, NOT INDIVIDUALLY BUT SOLELY | IN ITS CAPACITY AS TRUSTEE OF THE LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C2 COMMERCIAL MORTGAGE PASS-THRU CERTIFICATES SERIES 2004-C2 C/O MARK SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA, NOT INDIVIDUALLY BUT SOLELY | IN ITS CAPACITY AS TRUSTEE OF THE FIRST UNION LEHMAN BROTHERS-BANK OF AMERICA COMMERCIAL MORTGAGE TRUST, SERIES 1998-C2 ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA, NOT INDIVIDUALLY BUT SOLELY | IN ITS CAPACITY AS TRUSTEE OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES TRUST 2005-CND2 ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA, NOT INDIVIDUALLY BUT SOLELY | IN ITS CAPACITY AS TRUSTEE OF THE LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C2 ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | NOT INDIVIDUALLY BUT SOLELY IN FAEGRE & BENSON LLP C/O MICHAEL F DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE PURSUANT TO VARIOUS TRUST AGREEMENTS C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WINSTON & STRAWN LLP | DAVID NEIER 200 PARK AVENUE NEW YORK NY 10166-4193 |

**Total Creditor count  110**