## Withdrawal of Claim Form

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Case Number: 08-13555 |
| Creditor Name and Address: | New Silk Route PE Asia Fund, L.P.<br>c/o New Silk Route Partners, Ltd.<br>540 Madison Avenue, 38th Floor<br>New York, NY 10022<br>Attn: Rishi Gupta<br>Phone: (212) 710-5232 |
| Claim Number (if known): | **This Withdrawal of Claim applies solely with respect to Proof of Claim Number 11042,** it being understood and agreed that this Withdrawl of Claim is without prejudice to all other proofs of claim filed by New Silk Route Partners, Ltd. or its affiliates. |
| Date Claim Filed: | September 10, 2009 |
| Total Amount of Claim Filed: | (see claim) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Director and CEO of New Silk Route Partners, Ltd., which is the general partner of New Silk Route PE Associates, L.P., which is the general partner of New Silk Route PE Asia Fund, L.P. |
| Printed Name: Parag Saxena | Dated: August 2, 2010 |