

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc et al.,          Case No. 08-13355 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Fisalis Trust | ING Luxembourg |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banque Privée Edmond de Rothschild

Court Claim # (if known): 44139
Amount of Claim: $440,731.20
Date Claim Filed: 10/22/2009

Phone: 00352 24 88 23 29 Mr Cattaneo
Last Four Digits of Acct #: _____

Phone: 00352 44 99 49 16 / ca@ing.lu
Last Four Digits of Acct. #: 1363

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ING Luxembourg                                Date: 10/03/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Valérie DION
Team Leader Corporate Actions/Initiation

Bernard PONCIN
Securities Transferts
Corporate Actions



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Ref.: TCR/1743/st/Lehman Brothers

Dear Sirs,

Please find enclosed the form duly completed in order to transfer a claim (Claim Number: 44139). Could you please confirm that everything is in order and revert to us once processed at the following address ca@ing.lu or by fax (+ 352 44 99 82 83)?

Thanks and regards.

Luxemburg, 7th October 2013.

ING LUXEMBURG SA

Valérie DION
Team Leader Corporate Actions/
Initiation

Bernard PONCIN
Manager Securities Transferts
& Corporate Actions

ING Luxembourg, Société Anonyme    R.C.S. Luxembourg B.6041         T +352 44 99 11  F +352 44 99 12 31
52, route d'Esch L-2965 Luxembourg  TVA LU 11082217  Code Swift CELLLULL   www.ing.lu

BANKING                             INSURANCE                        LEASING