**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               )
In re:                                                         ) Chapter 11
                                                               )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       ) Case No. 08-13555 (JMP)
                                                               )
                                                               )
                                                               )
         Debtors                                               ) (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) |
| Creditor Name and Address: | Recovery Partners Holdings I, LLC<br>c/o Andrews Kurth LLP<br>Attn: David Hoyt<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 |
| Claim Number (if known): | 27552 |
| Date Claim Filed: | 9/22/2009 |
| Total Amount of Claim Filed: | $126,194,400.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim **with prejudice**, and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Attorney-In-Fact |
| Printed Name: David Hoyt | Dated: 11/14/2013 |