## CERTIFICATE OF SERVICE

      I, Scott A. Lewis, an attorney, hereby certify that on the 14th day of November 2013, I caused a true and correct copy of the **Affidavit of Jonathan DeMarco in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Chambers of the Honorable James M. Peck<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY 10004 | Tracy Hope Davis, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>Office of the United States Trustee<br>   for Region 2<br>201 Varick Street<br>Suite 1006<br>New York, NY 10014 |
| David S. Cohen, Esq.<br>MILBANK, TWEED, HADLEY AND MCCLOY LLP<br>1850 K Street NW<br>Suite 1100<br>Washington, DC 20006 | Jacqueline Marcus, Esq.<br>Christopher J. Cox, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

                                                          By   _____/s/ Scott A. Lewis_____
                                                                     Scott A. Lewis