MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, New York 10004
Telephone: 212-804-4251
Fax: 212-344-8066
Email: rgoodman@moundcotton.com
Robert S. Goodman, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | 08-13555 (JMP) |
| **Debtors** | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 34461, filed on September 23, 2009, against Lehman Brothers Holdings Inc. by Andante Fund, L.P. (the "Claimant") in the amount of $14,582,093.45 (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on November 19, 2012, the issuance of which was notified in a filing with the Court on November 21, 2012 [ECF No. 32271]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: November 14, 2013
      New York, New York

_/s/ Robert S. Goodman_

Robert S. Goodman, Esq.
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, New York 10004
Telephone: 212-804-4251
Fax: 212-344-8066
Email: rgoodman@moundcotton.com

Attorneys for Symphony Asset Management LLC
on behalf of Andante Fund, L.P.

Dated: November 14, 2013
      New York, New York

_/s/ Robert J. Lemons_

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Fax: 212-310-8007

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates