Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521 8000
J. Patrick Darby

*Attorney for Wellmont Health System*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                    )
**In re:**                                                      )        **Chapter 11 Case No.:**
                                                                    )
**Lehman Brothers Holdings Inc., *et al*.,**   )        **08-13555 (JMP)**
                                                                    )
**Debtors**                                              )        **(Jointly Administered)**
_____ )

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the proof of claim number 31901 (the "Claim"), filed by Wellmont Health System ("Wellmont") on September 22, 2009 against Lehman Brothers Special Finance, Inc. ("LBSF").

Please take notice that Wellmont, by and through its undersigned counsel, hereby withdraws the Claim, without prejudice, under Federal Rule of Bankruptcy Procedure 3006. Accordingly, Wellmont authorizes Epiq Bankruptcy Solutions, as the appointed claims agent, to reflect this withdrawal on the official claims register.

Dated this 14th day of November, 2013

/*s*/ J. Patrick Darby_____
J. Patrick Darby
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521 8000
pdarby@babc.com

*Attorney for Wellmont Health System*