To: Chambers of Honorable Tamo M Peck
cc : Weil Gotshal & Manages LLP.

I received notice of motion to extend today, post 9/11/13 and I'm replying same day.

Their motion should not be allowed to waste more money on the 5 year legal process. Its time to use the funds available to settle the outstanding claims as best as possible. Keeping individuals waiting more than 5 years for the monies owed is disgraceful.

No extension should be allowed. Settle the claims now! Individuals need their monies owed.

Ian Judd    08 - 13555 (TMP)

BY AIR MAIL
PAR AVION
Royal Mail

Chambers of Honorable Jame M Peck

One Bowling Green

New York

New York 10004

Courtroom 601

USA.



USMb
SDNY

RECEIVED
NOV 13 20[..]
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK