



# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.,                Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: **Bank of Singapore Ltd** Singapore | Name of Transferor: RBS Coutts Bank AG Zurich, Switzerland |
| Court Claim #: 41773 | Court Claim #: |
| Date Claim Filed: 10/19/2009 | Date Claim Filed: |

Name and Address where notices to transferee should be sent:

Bank of Singapore Limited
Attn: Daniel Sia Kok Leong, Securities Operations
Attn: Eric Teh En-Lim, Head of Legal
9 Raffles Place #08-01 Republic Plaza
Singapore 048619
Singapore

Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details

Phone: (65) 68608628
Email: secops-corpactions.sg@bankofsingapore.com
Last Four Digits of Acct #: n/a

Phone:
Email:
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):
By wire transfer to
JP Morgan Chase Bank New York (ABA 021000021)
Favour Bank of Singapore Limited a/c 400-938820
Swift code: INGPSGSG

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BANK OF SINGAPORE LIMITED**

By: _____           Date: 11 November 2013
    Transferee       Authorised Signatures

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Bank of Singapore Limited, 9 Raffles Place #08-01 Republic Plaza, Singapore 048619** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 41773-12**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 27 September 2013

RBS Coutts Bank AG

By: _____
Name: Erich Vogel
Title: Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0349154400 | 41773-12 | October 23, 2009 | Lehman Brothers Securities NV | USD 150'000.00 |



11 November 2013

Sent by DHL

EPIQ Bankruptcy Solutions LLC
Attention: Lehman Brothers Holdings Claim Processing
757 Third Avenue. 3rd Floor
New York NY 10017

Dear Sirs,

Re: In re Lehman Brothers Holdings Inc, Case No. 08-13555 (JMP)

We hereby enclose the following documents for the purpose of a partial transfer of claim from RBS Coutts Bank AG (the Transferor) to Bank of Singapore Limited (the Transferee):

- NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY
- EVIDENCE OF TRANSFER OF CLAIM

Please contact the undersigned at our email SECOPS-CORPACTIONS.SG@BANKOFSINGAPORE.COM if you require any clarification.

We wait your confirmation.

Yours Sincerely
Bank of Singapore Limited

Seng Cheow Kiang
Associate Director
(65) 68608628

Daniel Sia
Director

BANK OF SINGAPORE LIMITED
9 Raffles Place #08-01 Republic Plaza, Singapore 048619  T: +65 6559 8000  F: +65 6559 8180
www.bankofsingapore.com
Company Registration Number 197700866R, GST Registration Number M200265939