**Barry J. O'Brien**
**22 Meadowbrook Road**
**Short Hills, NJ 07078**
**(973) 376-8241**

Via Express Mail EU 979384984 US

November 13, 2013

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

RE: Lehman Brothers Holdings Inc. et al, Debtors
United States Bankruptcy Court, Southern District of New York
Claim Number: 29922, 32450, 32450, 32520, 30535, 32439, 30546, 32336
Date Filed 9/22/2009
Debtor: 08-13555
Creditor Name and Address: Barry J. O'Brien
22 Meadowbrook Road
Short Hills, NJ 07078

Dear Judge Peck:

Please be advised that the above-referenced creditor, Barry J. O'Brien, disagrees and objects to the **Notice of Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims** dated November 1, 2013 and received on November 8, 2013.

To provide an extension to the debtors will unduly burden the remaining creditors. The debtors, Lehman Brothers Holdings Inc. ("LBHI") admitted in this Notice that they have been successful through their "innovative and diligent efforts" in resolving 93% of the disputed claims to date. Therefore, there is no reason why the debtors need an additional 18 months beyond March 6, 2014 to complete their task.

Please let me know if you require any further clarification. Thank you.

Sincerely,

*[signature]*

Barry J. O'Brien
Director, Tax
Barclays Capital
200 Park Avenue
New York, NY 10166
barry.obrien@barclayscapital.com
Phone (212) 320-6732
Fax (646) 885-9213