UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :
                   Debtors.                                        :   (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x   Ref. Docket No. 40906

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 30, 2013, I caused to be served the "Notice of Hearing on Four Hundred Forty-Sixth Omnibus Objection to Claims (No Liability Claims)," dated October 30, 2013, to which was attached the "Four Hundred Forty-Sixth Omnibus Objection to Claims (No Liability Claims)," dated October 30, 2013 [Docket No. 40906], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
31st day of October, 2013

_____
Notary Public

Carol Zhang

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\NOH 446th Omni Obj_DI_40906_AFF_10-30-13_KH.doc

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com

1

| | |
|---|---|
| aseuffert@lawpost-nyc.com | lmay@coleschotz.com |
| ashmead@sewkis.com | lmcgowen@orrick.com |
| asnow@ssbb.com | lml@ppgms.com |
| aunger@sidley.com | lnashelsky@mofo.com |
| austin.bankruptcy@publicans.com | loizides@loizides.com |
| avenes@whitecase.com | lperkins@deilylawfirm.com |
| azylberberg@whitecase.com | lscarcella@farrellfritz.com |
| bankr@zuckerman.com | lschweitzer@cgsh.com |
| bankruptcy@goodwin.com | lubell@hugheshubbard.com |
| bankruptcy@morrisoncohen.com | lwhidden@salans.com |
| bankruptcy@ntexas-attorneys.com | mabrams@willkie.com |
| bankruptcymatters@us.nomura.com | maofiling@cgsh.com |
| barbra.parlin@hklaw.com | marc.chait@sc.com |
| bbisignani@postschell.com | margaret.welsh@cliffordchance.com |
| bcarlson@co.sanmateo.ca.us | margolin@hugheshubbard.com |
| bdk@schlamstone.com | mark.bane@ropesgray.com |
| bguiney@pbwt.com | mark.deveno@bingham.com |
| bmanne@tuckerlaw.com | mark.ellenberg@cwt.com |
| bmiller@mofo.com | mark.ellenberg@cwt.com |
| boneill@kramerlevin.com | mark.mckane@kirkland.com |
| brian.corey@greentreecreditsolutions.com | mark.sherrill@sutherland.com |
| brosenblum@jonesday.com | marvin.clements@ag.tn.gov |
| broy@rltlawfirm.com | matt@willaw.com |
| bruce.wright@sutherland.com | matthew.klepper@dlapiper.com |
| bstrickland@wtplaw.com | maustin@orrick.com |
| btrust@mayerbrown.com | mbenner@tishmanspeyer.com |
| bturk@tishmanspeyer.com | mberman@nixonpeabody.com |
| bwolfe@sheppardmullin.com | mberman@nixonpeabody.com |
| bzabarauskas@crowell.com | mbienenstock@proskauer.com |
| cahn@clm.com | mbloemsma@mhjur.com |
| calbert@reitlerlaw.com | mbossi@thompsoncoburn.com |
| canelas@pursuitpartners.com | mcademartori@sheppardmullin.com |
| carol.weinerlevy@bingham.com | mcantor@normandyhill.com |
| cbelisle@wfw.com | mcordone@stradley.com |
| cbelmonte@ssbb.com | mcto@debevoise.com |
| cdesiderio@nixonpeabody.com | mcyganowski@oshr.com |
| chad.husnick@kirkland.com | mdorval@stradley.com |
| chammerman@paulweiss.com | melorod@gtlaw.com |
| charles@filardi-law.com | meltzere@pepperlaw.com |
| charles_malloy@aporter.com | metkin@lowenstein.com |
| chipford@parkerpoe.com | mfeldman@willkie.com |

2

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com

3

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com

nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com

4

| | |
|---|---|
| ellen.halstead@cwt.com | rdaversa@orrick.com |
| emagnelli@bracheichler.com | relgidely@gjb-law.com |
| emerberg@mayerbrown.com | rflanagan@flanassoc.com |
| enkaplan@kaplanlandau.com | rfrankel@orrick.com |
| eobrien@sbchlaw.com | rfriedman@silvermanacampora.com |
| epearlman@scottwoodcapital.com | rgmason@wlrk.com |
| erin.mautner@bingham.com | rgoodman@moundcotton.com |
| eschwartz@contrariancapital.com | rgraham@whitecase.com |
| etillinghast@sheppardmullin.com | rhett.campbell@tklaw.com |
| ezujkowski@emmetmarvin.com | richard.fingard@newedge.com |
| ezweig@optonline.net | richard.lear@hklaw.com |
| fbp@ppgms.com | richard.levy@lw.com |
| ffm@bostonbusinesslaw.com | richard.tisdale@friedfrank.com |
| fhyman@mayerbrown.com | richard@rwmaplc.com |
| foont@foontlaw.com | rick.murphy@sutherland.com |
| fritschj@sullcrom.com | rjones@boultcummings.com |
| fsosnick@shearman.com | rleek@hodgsonruss.com |
| fyates@sonnenschein.com | rlevin@cravath.com |
| gabriel.delvirginia@verizon.net | rmatzat@hahnhessen.com |
| gbray@milbank.com | rnetzer@willkie.com |
| george.south@dlapiper.com | robert.bailey@bnymellon.com |
| ggitomer@mkbattorneys.com | robert.dombroff@bingham.com |
| ggoodman@foley.com | robert.henoch@kobrekim.com |
| giddens@hugheshubbard.com | robert.malone@dbr.com |
| gkaden@goulstonstorrs.com | robert.yalen@usdoj.gov |
| glenn.siegel@dechert.com | robin.keller@lovells.com |
| gmoss@riemerlaw.com | roger@rnagioff.com |
| goldenberg@ssnyc.com | ronald.silverman@bingham.com |
| gravert@ravertpllc.com | ross.martin@ropesgray.com |
| gspilsbury@jsslaw.com | rrainer@wmd-law.com |
| harrisjm@michigan.gov | rreid@sheppardmullin.com |
| harveystrickon@paulhastings.com | rroupinian@outtengolden.com |
| hbeltzer@mayerbrown.com | rrussell@andrewskurth.com |
| heim.steve@dorsey.com | russj4478@aol.com |
| heiser@chapman.com | rwasserman@cftc.gov |
| hmagaliff@r3mlaw.com | rwyron@orrick.com |
| hollace.cohen@troutmansanders.com | s.minehan@aozorabank.co.jp |
| holsen@stroock.com | sabin.willett@bingham.com |
| howard.hawkins@cwt.com | sabramowitz@velaw.com |
| hseife@chadbourne.com | sabvanrooy@hotmail.com |
| hsnovikoff@wlrk.com | sally.henry@skadden.com |

5

hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com

samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com

| | |
|---|---|
| jfreeberg@wfw.com | sree@lcbf.com |
| jg5786@att.com | sschultz@akingump.com |
| jgenovese@gjb-law.com | sselbst@herrick.com |
| jgoodchild@morganlewis.com | sshimshak@paulweiss.com |
| jguy@orrick.com | sskelly@teamtogut.com |
| jhiggins@fdlaw.com | sstarr@starrandstarr.com |
| jhorgan@phxa.com | steele@lowenstein.com |
| jhuggett@margolisedelstein.com | stephen.cowan@dlapiper.com |
| jim@atkinslawfirm.com | stephen.hessler@kirkland.com |
| jjoyce@dresslerpeters.com | steve.ginther@dor.mo.gov |
| jjtancredi@daypitney.com | steven.troyer@commerzbank.com |
| jjureller@klestadt.com | steven.usdin@flastergreenberg.com |
| jlamar@maynardcooper.com | steven.wilamowsky@bingham.com |
| jlawlor@wmd-law.com | steven@blbglaw.com |
| jlee@foley.com | streusand@streusandlandon.com |
| jlevitin@cahill.com | susheelkirpalani@quinnemanuel.com |
| jlscott@reedsmith.com | sweyl@haslaw.com |
| jmaddock@mcguirewoods.com | swolowitz@mayerbrown.com |
| jmakower@tnsj-law.com | szuch@wiggin.com |
| jmazermarino@msek.com | tannweiler@greerherz.com |
| jmelko@gardere.com | tbrock@ssbb.com |
| jmerva@fult.com | tdewey@dpklaw.com |
| jmmurphy@stradley.com | tduffy@andersonkill.com |
| jmr@msf-law.com | tgoren@mofo.com |
| jnadritch@olshanlaw.com | thaler@thalergertler.com |
| jnm@mccallaraymer.com | thomas.califano@dlapiper.com |
| john.monaghan@hklaw.com | tim.desieno@bingham.com |
| john.mule@ag.state.mn.us | timothy.brink@dlapiper.com |
| john.rapisardi@cwt.com | tjfreedman@pbnlaw.com |
| jonathan.henes@kirkland.com | tkiriakos@mayerbrown.com |
| jorbach@hahnhessen.com | tlauria@whitecase.com |
| joseph.cordaro@usdoj.gov | tmacwright@whitecase.com |
| joseph.serino@kirkland.com | tmarrion@haslaw.com |
| joshua.dorchak@bingham.com | tnixon@gklaw.com |
| jowen769@yahoo.com | toby.r.rosenberg@irscounsel.treas.gov |
| jowolf@law.nyc.gov | tom.schorling@whitecase.com |
| joy.mathias@dubaiic.com | tomwelsh@orrick.com |
| jpintarelli@mofo.com | tslome@msek.com |
| jporter@entwistle-law.com | tunrad@burnslev.com |
| jprol@lowenstein.com | twheeler@lowenstein.com |
| jrabinowitz@rltlawfirm.com | villa@streusandlandon.com |

| | |
|---|---|
| jrsmith@hunton.com | vmilione@nixonpeabody.com |
| jschiller@bsfllp.com | vrubinstein@loeb.com |
| jschwartz@hahnhessen.com | walter.stuart@freshfields.com |
| jsheerin@mcguirewoods.com | wanda.goodloe@cbre.com |
| jshenwick@gmail.com | wballaine@lcbf.com |
| jsherman@bsfllp.com | wbenzija@halperinlaw.net |
| jshickich@riddellwilliams.com | wchen@tnsj-law.com |
| jsmairo@pbnlaw.com | wcurchack@loeb.com |
| jstoll@mayerbrown.com | wdase@fzwz.com |
| jsullivan@mosessinger.com | wfoster@milbank.com |
| jtimko@shutts.com | will.sugden@alston.com |
| jtorf@schiffhardin.com | wiltenburg@hugheshubbard.com |
| judy.morse@crowedunlevy.com | wisotska@pepperlaw.com |
| jvail@ssrl.com | wk@pwlawyers.com |
| jwallack@goulstonstorrs.com | wmaher@wmd-law.com |
| jwcohen@daypitney.com | wmarcari@ebglaw.com |
| jweiss@gibsondunn.com | wmckenna@foley.com |
| jwest@velaw.com | wrightth@sullcrom.com |
| jwh@njlawfirm.com | wsilverm@oshr.com |
| kanema@formanlaw.com | wswearingen@llf-law.com |
| karen.wagner@dpw.com | wtaylor@mccarter.com |
| karl.geercken@alston.com | wweintraub@stutman.com |
| kdwbankruptcydepartment@kelleydrye.com | wzoberman@bermanesq.com |
| keckhardt@hunton.com | yuwatoko@mofo.com |
| keith.simon@lw.com | |

**<u>Additional Emails</u>**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

1

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIBANK ESPANA, S.A. | ATTN: JOSE ALBERTO PASCUAL AVENIDA DE EUROPA, P.E. LA MORALEJA ALCOBENDAS MADRID 28108 SPAIN |
| CITIBANK ESPANA, S.A. | PAUL,WEISS,RIFKINK,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. SINGAPORE BRANCH | ATTN: SAMEER DESPHANDE 3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE |
| CITIBANK, N.A. SINGAPORE BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019-6064 |
| CITIBANK, N.A., HONG KONG BRANCH | ATTN: SAMEER DESHPANDE 3 CHANGI BUSINESS PARK, CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE |
| CITIBANK, N.A., HONG KONG BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019 |
| LAM YUE MING, ANGELA | TRANSFEROR: CITIBANK, N.A., HONG KONG BRANCH HOUSE 85 PETRUES AVENUE THE VINEYARD, NGAU TAM MEI ROAD YUEN LONG HONG KONG |

**Total Creditor count  9**