UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Macveagh Limited Partnership ("Claimant") hereby withdraws with prejudice proof of claim 26477 (the "Claim"), filed on September 22, 2009, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 14, 2013
New York, New York

_____
Anton du Preez
Director

Macveagh General Partner Limited as
Managing Member of Macveagh Limited
Partnership

4TH FLOOR
SALTIRE COURT
20 CASTLE STREET
EDINBURGH
UNITED KINGDOM

Tel: +44 (0) 131 200 7384