UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*, : Case No. 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY
REID COLLINS & TSAI LLP ON BEHALF OF BLACK DIAMOND OFFSHORE LTD.
AND DOUBLE BLACK DIAMOND OFFSHORE LTD.**

**PLEASE TAKE NOTICE** that REID COLLINS & TSAI LLP ("RCT") hereby appears as attorneys for parties-in-interest Black Diamond Offshore Ltd. and Double Black Diamond Offshore Ltd. (collectively, the "Diamond Entities") in the above-captioned chapter 11 case. Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), RCT requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon RCT at the office, address, and telephone number set forth below, and that RCT be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Angela J. Somers, Esq.
REID COLLINS & TSAI LLP
One Penn Plaza, 49th Floor
New York, New York 10119
Phone: (212) 344-5200
Fax: (212) 344-5299
Email: asomers@rctlegal.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex, or otherwise, which affects the above-captioned debtors, property of such debtors, or the Diamond Entities.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
November 14, 2013

REID COLLINS & TSAI LLP

*/s/ Angela J. Somers*
Angela J. Somers (AS 3095)
One Penn Plaza, 49th Floor
New York, New York 10119
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
asomers@rctlegal.com

*Attorneys for Black Diamond Offshore Ltd.
and Double Black Diamond Offshore Ltd.*