UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                                Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,                Case No. 08-13555 (JMP)

                  Debtors.                                                  (Jointly Administered)
------------------------------------------------------------------x

**ORDER SEALING OBJECTION OF BAC FLORIDA BANK TO
MOTION PURSUANT TO RULE 9019 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE AND SECTION 105(a) OF THE
BANKRUPTCY CODE FOR APPROVAL OF (I) PARTIAL SETTLEMENT
AGREEMENTS RELATING TO CERTAIN CREDIT DEFAULT SWAP
AGREEMENTS AND INDENTURES AND (II) AMENDMENT TO
PARTIAL SETTLEMENT AGREEMENT RELATING TO PEBBLE CREEK
LCDO 2007-3 CREDIT DEFAULT SWAP AGREEMENT AND INDENTURE**

Upon the *ex parte* motion (the "**Motion**") of BAC Florida Bank to file under seal its *Objection* (the "**Objection**") *of BAC Florida Bank to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture* (the "**9019 Motion**");[1] and the Court having jurisdiction to consider the Motion and relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue in this Court being proper pursuant to 28 U.S.C. § 1408; and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as follows; and it is further

ORDERED that, pursuant to Section 107(b) of the United States Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure, BAC Florida Bank be, and hereby is, authorized to (i) file the Objection (and any confidential exhibits) under seal and the

---

[1] The 9019 Motion is filed at Docket No. 40573.

United States Bankruptcy Clerk for the Southern District of New York is directed to accept for filing and seal the Objection, and (ii) file the Objection in redacted form publicly on the docket of these Chapter 11 cases with a notation that the unredacted form is filed under seal; and it is further

ORDERED, that BAC Florida Bank shall dispose of the sealed documents at the conclusion of this matter; and it is further

ORDERED, that the relief set forth herein is without prejudice to the right of any party in interest, or the United States Trustee, to seek by way of motion to this Court to unseal the Objection, or any part of it.

Dated: New York, New York
      November 15, 2013                           /s/ James M. Peck
                                                JAMES M. PECK
                                                UNITED STATED BANKRUPTCY JUDGE