WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                              :
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                              :
            Debtors.                          :    **(Jointly Administered)**
                                              :
                                              :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF
### FOUR HUNDRED THIRTY-NINTH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY CLAIMS) SOLELY AS TO CLAIM NO. 24345

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the Four Hundred Thirty-Ninth Omnibus Objection to Claims (No Liability Claims), that was scheduled for November 22, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to Claim No. 24345, to a date to be determined**. Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and time of the hearing by (a) filing a notice with the Court and (b) serving same upon (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) CGKL Ventures, LLC; and (vi) all other parties

entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases (ECF No. 9635).

Dated:  November 15, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2