**UNITED STATES BANKRUPTCY COURT**
**SOUNTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re                                                                    :
                                                                              :
LEHMAN BROTHERS HOLDINGS, INC., et al.    :       Case No. 08-13555 (JMP)
                                                                              :
                                    Debtors.               :
---------------------------------------------------------------X

**NOTICE OF ADJOURNMET OF MOTION OF EFETNET B.V. TO AUTHORIZE LATE-FILED PROOF OF CLAIM AND/OR PERMIT AMENDMENT OF INFORMAL PROOF OF CLAIM AGAINST LEHMAN BROTHERS COMMODITY SERVICES INC.**

**PLEASE TAKE NOTICE THAT** the hearing on the *Motion of EFETnet B.V. to Authorize Late-Filed Proof of Claim and/or Permit Amendment of Informal Proof of Claim Against Lehman Brothers Commodity Services, Inc.* (the "Motion") has been adjourned to December 19, 2013 before the Honorable James M. Peck in Room 601 of the United States Bankruptcy Court for the Sourthern District of New York, Alexander Hamilton U.S. Customs House, One Bowling Green, New York, New York, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated: New York, New York
         November 15, 2013

                                                                    RICH MICHAELSON MAGALIFF MOSER, LLP

                                                                    By:  /s/ Eric T. Moser
                                                                            Eric T. Moser
                                                                    340 Madison Avenue, 19th Floor
                                                                    New York, NY 10173
                                                                    212.220.9406 (telephone)
                                                                    212.913.9645 (facsimile)
                                                                    emoser@r3mlaw.com

                                                                    *Counsel for EFETnet B.V.*