Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: 212-225-2000

*Attorneys for Bank J. Safra Sarasin Ltd*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc.,<br><br>Debtor. | Case No. 08-13555 (JMP) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF**
**BANK J. SAFRA SARASIN LTD**

PLEASE TAKE NOTICE that Bank J. Safra Sarasin Ltd, formerly Bank Sarasin & Co. Ltd ("Sarasin"), by its undersigned attorneys, hereby withdraws with prejudice Claims 60404 and 60407 filed by Sarasin against Lehman Brothers Holdings Inc., pursuant to Federal Rule of Bankruptcy Procedure 3006.

PLEASE TAKE FURTHER NOTICE that Sarasin hereby authorizes the debtors' duly-appointed claims agent to take all actions necessary to amend the debtors' claims registry to reflect these withdrawals.

Dated: New York, New York
November 18, 2013

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____/s/ Luke A. Barefoot_____

Luke A. Barefoot
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Bank J. Safra Sarasin Ltd*