KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
Maeghan J. McLoughlin
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel.: (212) 972-3000

Counsel to Claimant Andrea Tolchinsky

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*            :    Case No. 08-13555 (JMP)
                                                    :    (Jointly Administered)
                        Debtors.                    :
                                                    :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Kristen Garofalo, being duly sworn, deposes and says:

   I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP located at 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

   1. On the 18th day of November, 2013, I served copies of the:

- Further Response to Debtors' One Hundred Seventeenth Omnibus Objection to Claims, with accompanying exhibit [Docket No. 41143]

by first class mail, be depositing true copies thereof enclosed in a post-paid wrapper, in an official depository of the United States Postal Service within the State of New York upon the parties listed on **Exhibit A.**

                                                   */s/Kristen Garofalo*
                                                   Kristen Garofalo

Sworn to and Subscribed before me this
18th day of November, 2013


*/s/Fred Stevens*
Notary Public

## **EXHIBIT A**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Erika Del Nido

Andrea B. Schwartz
Dep't of Justice - Office of U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis Dunne