WHITE & CASE LLP
Abraham L. Zylberberg, Esq.
Richard A. Graham, Esq.
1155 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

Counsel for Certain Members and
Customers of the Members of the
*Deutscher Sparkassen und Giroverband*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                                  :    **(Jointly Administered)**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF ADJOURNMENT OF MOTION OF CERTAIN MEMBERS AND**
**CUSTOMERS OF MEMBERS OF THE DEUTSCHER SPARKASSEN UND**
**GIROVERBAND FOR A DETERMINATION OF CLASSIFICATION OF CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Certain Members and Customers of Members of the Deutscher Sparkassen und Giroverband for a Determination of Classification of Claims* [ECF No. 40303] (the "Motion")[1] has been adjourned to December 19, 2013 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

NEWYORK 9046820

without further notice other than an announcement at the Hearing.

Dated: November 18, 2013
      New York, New York

    /s/ Richard A. Graham
    Richard A. Graham

    WHITE & CASE LLP
    Abraham L. Zylberberg, Esq.
    Richard A. Graham, Esq.
    1155 Avenue of the Americas
    New York, New York  10036
    Telephone:  (212) 819-8200
    Facsimile:  (212) 354-8113

    Counsel for Certain Members and
    Customers of the Members of the
    *Deutscher Sparkassen und Giroverband*