STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser
Sherry J. Millman
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorney for American Express Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
Lehman Brothers Holdings Inc., et al.,                       :    Case No. 08-13555 (JMP)
                                                             :
                          Debtors.                           :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

      Scott Siegel, being duly sworn, affirms and says:

  1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

  2. On November 18, 2013, affiant served, true and correct copies of the *Response of American Express Company to Objection by Lehman Plan Administrator to Claim No. 67704 (Four Hundred Forty-Fourth Omnibus Objection)* [Dkt. No. 41151], filed via the Court's ECF

system on such date, via First Class Mail upon those parties as set forth on the attached service list:

    /s/ Scott Siegel
Scott Siegel

Sworn to before me this
18th day of Nov, 2013

  /s/ Michael Magzamen
NOTARY PUBLIC
Michael Magzamen
Notary Public, State of New York
No. 01MA6055692
Qualified in Nassau County
Commission Expires March 5, 2015

## Service List

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow Esq.
Lori R. Fife Esq.
Shai Y. Waisman Esq.
Jacqueline Marcus Esq.
767 Fifth Avenue
New York, New York 10153

Office of the U.S. Trustee
Attn: Andy Velez-Rivera Esq.
Paul Schwartzberg Esq.
Brian Masumoto Esq.
Linda Riffkin Esq.
Tracy Hope Davis Esq.
33 Whitehall Street 21st Floor
New York, New York 10004