WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION
PURSUANT TO RULE 9019 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE AND SECTION 105(a) OF
THE BANKRUPTCY CODE FOR APPROVAL OF (I) PARTIAL
SETTLEMENT AGREEMENTS RELATING TO CERTAIN CREDIT DEFAULT
SWAP AGREEMENT AND INDENTURES AND (II) AMENDMENT TO PARTIAL
AMENDMENT TO PARTIAL SETTLEMENT AGREEMENT RELATING TO PEBBLE
CREEK LCDO 2007-3 CREDIT DEFAULT SWAP AGREEMENT AND INDENTURE**

**PLEASE TAKE NOTICE** that the hearing on the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [ECF No. 40573] that was scheduled for November 20, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the Settlement Agreement relating to Exum Ridge CBO 2007-2, to December 18, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon

US_ACTIVE:\44371236\2\58399.0011

thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: November 18, 2013
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates