# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Herrick, Feinstein LLP** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor |
| | |
| Contrarian Funds, LLC | Herrick, Feinstein LLP |
| 411 West Putnam Ave., Ste. 425 | 2 Park Avenue |
| Greenwich, CT 06830 | New York, NY 10016 |
| Attention:   Alisa Mumola | |
| Telephone:   203-862-8211 | |
| Email: amumola@contrariancapital.com | |

**Proof of Claim #: 3940**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____     Date: _____**November 18, 2013**_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**HERRICK, FEINSTEIN LLP**, a limited liability partnership, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim assigned claim no. 3940 (the "Claim"), in the principal amount listed of $1,646,852.15, against Lehman Brothers Holdings Inc., the Debtor, in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555 (JMP) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14th day of November 2013.

**(Assignor)**
**HERRICK, FEINSTEIN LLP**

By: [signature]
Name: STEPHEN B. SELBST
Title: PARTNER

**(Assignee)**
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: _____
Title: _____

**(Assignor)**
**WITNESS:**

By: [signature]
Name: Justin B Singer
Title: Associate

- 5 -

## EVIDENCE OF TRANSFER OF CLAIM

**HERRICK, FEINSTEIN LLP**, a limited liability partnership, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated as of the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim assigned claim no. **3940** (the "Claim"), in the principal amount listed of $1,646,852.15, against Lehman Brothers Holdings Inc., the Debtor, in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555 (JMP) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14th day of November 2013.

(Assignor)
**HERRICK, FEINSTEIN LLP**

By: _____

Name: _____

Title: _____

(Assignee)
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
JANICE M. STANTON
Name: _____
MEMBER

Title: _____

(Assignor)
**WITNESS:**

By: _____

Name: _____

Title: _____