DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
Shmuel Vasser
Janet Bollinger Doherty
*Attorneys for Russell Investments*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ X : In re: : : Chapter 11 Case No. 08-13555 (JMP) LEHMAN BROTHERS HOLDINGS INC, *et al.* : : (Jointly Administered) Debtors. : : ------------------------------------------------------------ X | |

**AFFIDAVIT OF SERVICE**

STATE O NEW YORK :
                  : ss.:
COUNTY OF NEW YORK :

I, JASON W. SMITH, being sworn, say:

    1.    I am not a party to the action, am over eighteen years of age and I am employed by the law firm of Dechert LLP with a place of business located at 1095 Avenue of the Americas, New York, New York 10036.

    2.    On November 14, 2013, I caused to be served true and correct copies of *Objection Of Russell Investments To Motion Of Lehman Brothers Holdings Inc. For Extension Of The Period To File Objections To And Requests To Estimate Claims Objection Of Russell Investments To Motion Of Lehman Brothers Holdings Inc. For Extension Of The Period To File Objections To And Requests To Estimate Claims* [Dkt. No. 14099] through the Court's CM/ECF system upon all registered electronic filers appearing in this case and by sending true copies by Hand Delivery to the parties listed on the attached **Exhibit 1**.

3. I certify under penalty of perjury that, to the best of my knowledge, the forgoing is true and correct.

/s/ Jason W. Smith
*Jason W. Smith*

Sworn to before me on this
18th day of November, 2013

*Katarina V. McClellan*
KARARINA V. MCCLELLAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MC6094570
Qualified in New York County
My Commission Expires June 23, 2015

2

**EXHIBIT 1**

The Chambers of the Honorable James M. Peck
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Jacqueline Marcus, Esq. and Garrett A. Fail, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Susan Golden, Esq.
Andrea Schwartz, Esq.
The Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014