WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                         :    **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FOUR HUNDRED**
**FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Forty-Third

Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was originally

scheduled for November 21, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely with respect to the claims listed on Exhibit A annexed hereto, to December 19, 2013,**

**at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may

be heard. The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

US_ACTIVE:\44370904\1\58399.0011

York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated:  November 18, 2013
       New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons
    Ralph Miller
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

## **Exhibit A**

## **Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| BG Energy Merchants, LLC | 22098 |
| BG Energy Merchants, LLC | 22099 |
| Guam Economic Development Authority | 29559 |
| Guam Economic Development Authority | 65855 |

US_ACTIVE:\44370904\1\58399.0011