UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
In re                                                                                 :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,   :    Case No. 08-13555 (JMP)
:
              Debtors.                                        :    (Jointly Administered)
:
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF TEXAS        )
                      ) ss.:
COUNTY OF DALLAS      )

Jennifer Harlin, being duly sworn, deposes and says:

    1. I am not a party to the action, am over eighteen years of age and reside in Dallas, State of Texas.

    2. On November 14, 2013, in addition to those parties served electronically as indicated on the Notices of Electronic Filing, I served on behalf of the Attorneys for Black Diamond Offshore Ltd. and Double Black Diamond Offshore Ltd. the (a) Notice of Appearance and (b) Notice of Hearing, Motion of Black Diamond Offshore Ltd. and Double Black Diamond Offshore Ltd. for Leave to Conduct Limited Rule 2004 Discovery of Debtors and Certain Former Employee's [Docket Nos. 41111 and 41112] by depositing a true and correct copies of same by first class mail, postage prepaid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of Texas, to Kara Dutta, General Counsel, ICE Trade Vault, LLC, IntercontinentalExchange, 2100 RiverEdge Parkway, Suite 500, Atlanta, GA 30328.

                                                                    */s/ Jennifer Harlin*
                                                                   Jennifer Harlin

Sworn to before me this 18th day of November, 2013.

_____
Notary Public, State of Texas



KIMBERLY S. SEGURA
Notary Public, State of Texas
My Commission Expires
July 27, 2016