**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE FOUR HUNDRED FORTY FIFTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Forty Fifth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for November 22, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 19, 2013 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated:  November 19, 2013
        New York, New York

                                        **CURTIS, MALLET-PREVOST,**
                                          **COLT & MOSLE LLP**

                                        By:  */s/ L. P. Harrison 3rd*
                                             L. P. Harrison 3rd
                                             Cindi Eilbott Giglio
                                        101 Park Avenue
                                        New York, New York 10178-0061
                                        (212) 696-6000

                                        *Counsel for Lehman Brothers Holdings Inc.*
                                        *and Certain of Its Affiliates*

17019711