WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                    :
                          Debtors.                  :    (Jointly Administered)
                                                    :
-------------------------------------------------------------------------------x
                                                    :
In re                                               :
                                                    :    Case No.
LEHMAN BROTHERS INC.,                               :
                                                    :    08-01420 (JMP) (SIPA)
                          Debtor.                   :
                                                    :
-------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## THE SIXTY-SEVENTH OMNIBUS HEARING ON NOVEMBER 20, 2013 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **Room 601**,
One Bowling Green, New York, NY 10004-1408

## I.    IN RE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION [CASE NO. 09-10583]

1.    Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code and
Bankruptcy Rule 9019, Authorizing and Approving Certain Settlements Related
to Variable Prepaid Forward Contracts [**ECF No. 56**]

Response Deadline:    November 13, 2013 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter is going forward.

## II.    ADVERSARY PROCEEDINGS:

2.    El Veasta Lampley v. Lehman Brothers Holdings Inc., *et al*. [**Adversary Case
No. 13-01354**]

**Motion to Dismiss Adversary Proceeding**

Related Documents:

A.    Adversary Complaint [**ECF No. 1**]

B.    Request for Fee Waiver [**ECF No. 2**]

C.    Summons with Notice of Pre-Trial Conference [**ECF No. 3**]

D.    Lehman Brothers Holdings Inc.'s Motion to Dismiss Adversary
Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)
and Federal Rule of Bankruptcy Procedure 7012(b) and Brief in
Support Thereof [**ECF No. 4**]

E.    Order Establishing Briefing and Hearing Schedule [**ECF No. 12**]

Status:  This matter is going forward.

US_ACTIVE:\44367968\1\58399.0011

### III.    LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

3.      Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [**ECF No. 40573**]

Response Deadline:    November 13, 2013 at 4:00 p.m.

Responses Received:

        A.    Limited Objection of ESP Funding I, Ltd. [**ECF No. 41035**]

        B.    Objection of Whaleback Foundation [**ECF No. 41055**]

        C.    Objection of BAC Florida Bank [**ECF No. 41118**]

Related Documents:

        D.    Letter of BAC Florida Bank Seeking Adjournment of Hearing Re: Exum Ridge 2007-2 [**ECF No. 41022**]

        E.    Affidavit of Jonathan DeMarco in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [**ECF No. 41093, 41095**]

        F.    Ex Parte Motion of BAC Florida Bank to File Under Seal Its Objection to the Motion [**ECF No. 41121**]

        G.    Order Granting Motion of BAC Florida Bank to File Under Seal Its Objection to the Motion [**ECF No. 41123**]

        H.    Affidavit of Donald F. Higgins in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [**ECF No. 41124**]

3

       I.      Declaration of Lawrence Brandman in Support of Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [**ECF No. 41174**]

Status:  This matter is going forward solely with respect to the Settlement Agreement regarding Exum Ridge CBO 2006-1 and the Amended Pebble Creek Agreement.  This matter is adjourned with respect to the Settlement Agreement regarding Exum Ridge CBO 2007-2.

## IV.    <u>ADJOURNED MATTERS</u>:

### A.    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

4.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

      A.    Debtors' Objection [**ECF No. 14398**]

      B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

Related Documents:

      C.    Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

      D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

Status:  This matter has been adjourned to December 18, 2013 at 10:00 a.m.

5.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    December 11, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

US_ACTIVE:\44367968\1\58399.0011

Status:  This matter has been adjourned to December 18, 2013 at 10:00 a.m.

6.    Motion to Lift Stay of Yuri and Irene Belik [**ECF No. 39585**]

Response Deadline:    November 14, 2013 at 4:00 p.m.

Responses Received:  None.

Related Document:

> A.    Notice of Presentment of Stipulation, Agreement and Order Among Lehman Brothers Holdings Inc., as Plan Administrator on Behalf of LB 745 LLC, and Yuri and Irene Belik Providing for Limited Relief from the Automatic Stay [**ECF No. 41033**]

Status:  This matter has been adjourned to December 18, 2013 at 10:00 a.m.

7.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:    September 26, 2013 at 4:00 p.m.

Response Received:

> A.    LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 40232**]

Related Documents:    None.

Status:  This matter has been adjourned to December 18, 2013 at 10:00 a.m.

**B.    Adversary Proceedings**

8.    Lehman Brothers Holdings Inc., *et al*. v. Tokyo Gas Co., Ltd. [**Adversary Case No. 13-01499**]

**Pre-Trial Conference**

Related Documents:

> A.    Adversary Complaint [**ECF No. 1**]

> B.    Summons with Notice of Pre-Trial Conference [**ECF No. 2**]

5

C.  So Ordered Stipulation Settling Pleading Motion and Response Date [**ECF No. 5**]

D.  Notice of Motion by Tokyo Gas Co., Ltd. to Withdraw the Reference From the Bankruptcy Court [**ECF No. 6**]

E.  Declaration of Ira Reid in Support of Motion by Tokyo Gas Co., Ltd. to Withdraw the Bankruptcy Court Reference [**ECF No. 8**]

F.  Memorandum of Law in Support of Motion by Tokyo Gas Co., Ltd. to Withdraw the Reference to the Bankruptcy Court [**ECF No. 9**]

G.  Stipulated Order Setting Pleading Motion and Response Date [**ECF No. 9**]

H.  Civil Cover Sheet from U.S. District Court (Case Number 13-civ-07881- Judge Naomi Reice Buchwald) [**ECF No. 11**]

Status:  This matter has been adjourned to February 19, 2014 at 2:00 p.m.

## C.  Lehman Brothers Inc.

9.  Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

Response Deadline:    August 8, 2012 at 4:00 p.m.

Responses Received:

A.  Response of LBHI Entities [**LBI ECF No. 5211**]

B.  Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

C.  Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

D.  Trustee's Opposition [**LBI ECF No. 5215**]

E.  Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**]

US_ACTIVE:\44367968\1\58399.0011

F.   Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

Related Documents:

G.   Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

H.   Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

I.   FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

J.   Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

K.   Stipulation and Agreed Order Resolving Motion of FirstBank Puerto Rico for Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim [**LBI ECF No. 6303**]

L.   Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc. [**LBI ECF No. 6938**]

M.   Notice of Hearing [**LBI ECF No. 6952**]

N.   So Ordered Stipulation and Order [**LBI ECF No. 7348**]

O.   Amended Notice of Hearing [**LBI ECF No. 7356**]

US_ACTIVE:\44367968\1\58399.0011

P.    Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040, 6193, 6322, 6746, 7019, 7449, 7641**]

Status:  This matter has been adjourned to December 18, 2013 at 10:00 a.m.

Dated:  November 19, 2013
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  November 19, 2013
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

US_ACTIVE:\44367968\1\58399.0011