Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Bank J. Safra Sarasin Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc.<br><br>　　　　　　　　　Debtor. | Case No. 08-13555 (JMP)<br><br><u>CERTIFICATE OF SERVICE</u> |

　　　　　I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

　　　　　1. On the 18th day of November 2013, the Notice of Withdrawal of Proof of Claim of Bank J. Safra Sarasin Ltd., was served by email upon:

MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM;
MLAHAIE@AKINGUMP.COM; SSCHULTZ@AKINGUMP.COM;
LISA.KRAIDIN@ALLENOVERY.COM; KEN.COLEMAN@ALLENOVERY.COM;
MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM;
KARL.GEERCKEN@ALSTON.COM; WILL.SUGDEN@ALSTON.COM;
KIT.WEITNAUER@ALSTON.COM; TDUFFY@ANDERSONKILL.COM;
RRUSSELL@ANDREWSKURTH.COM; S.MINEHAN@AOZORABANK.CO.JP;
ANGELICH.GEORGE@ARENTFOX.COM; SCOUSINS@ARMSTRONGTEASDALE.COM;
SEHLERS@ARMSTRONGTEASDALE.COM; CHARLES_MALLOY@APORTER.COM;
ANTHONY_BOCCANFUSO@APORTER.COM; ROBERT.YALEN@USDOJ.GOV;
JG5786@ATT.COM; NEAL.MANN@OAG.STATE.NY.US;
DWORKMAN@BAKERLAW.COM; IAN.ROBERTS@BAKERBOTTS.COM;
PETER@BANKRUPT.COM; MICHAEL.MCCRORY@BTLAW.COM;
DAVID.POWLEN@BTLAW.COM; FFM@BOSTONBUSINESSLAW.COM;
CSALOMON@BECKERGLYNN.COM; AOSTROW@BECKERGLYNN.COM;
SLEO@BM.NET; MPUCILLO@BERMANESQ.COM;
WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM;

DAVIDS@BLBGLAW.COM; STEVEN@BLBGLAW.COM;
DBARBER@BSBLAWYERS.COM; DBARBER@BSBLAWYERS.COM;
SMULLIGAN@BSBLAWYERS.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
SABIN.WILLETT@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
MARK.DEVENO@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
CAROL.WEINERLEVY@BINGHAM.COM; RAJ.MADAN@BINGHAM.COM;
ERIN.MAUTNER@BINGHAM.COM; AECKSTEIN@BLANKROME.COM;
JSCHILLER@BSFLLP.COM; JSHERMAN@BSFLLP.COM;
AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM
KURT.MAYR@BGLLP.COM; EMAGNELLI@BRACHEICHLER.COM;
ARAINONE@BRACHEICHLER.COM; KUEHN@BESPC.COM;
NOTICE@BKCYLAW.COM; MGORDON@BRIGGS.COM;
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;
DLUDMAN@BROWNCONNERY.COM; DLUDMAN@BROWNCONNERY.COM;
SLEVINE@BROWNRUDNICK.COM; HSTEEL@BROWNRUDNICK.COM;
SCHRISTIANSON@BUCHALTER.COM; TUNRAD@BURNSLEV.COM;
SIDORSKY@BUTZEL.COM; JOHN.RAPISARDI@CWT.COM;
ISRAEL.DAHAN@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
MARK.ELLENBERG@CWT.COM; JASON.JURGENS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; SGORDON@CAHILL.COM;
JLEVITIN@CAHILL.COM; CAHN@CLM.COM;WANDA.GOODLOE@CBRE.COM;
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM;
AROSENBLATT@CHADBOURNE.COM; JCLOSE@CHAPMAN.COM;
JSCHREIB@CHAPMAN.COM; APPLEBY@CHAPMAN.COM;
SPIOTTO@CHAPMAN.COM; ACKER@CHAPMAN.COM; HEISER@CHAPMAN.COM;
HEISER@CHAPMAN.COM; JBROMLEY@CGSH.COM; LSCHWEITZER@CGSH.COM;
LGRANFIELD@CGSH.COM; LGRANFIELD@CGSH.COM;
LSCHWEITZER@CGSH.COM; MAOFILING@CGSH.COM;
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
JEMMA.MCPHERSON@CLIFFORDCHANCE.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM; PSP@NJLAWFIRM.COM;
JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM; MWARNER@COLESCHOTZ.COM
DHURST@COLESCHOTZ.COM; RWASSERMAN@CFTC.GOV;
JEFF.WITTIG@COAIR.COM; ESCHWARTZ@CONTRARIANCAPITAL.COM
BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US;
LATHOMPSON@CO.SANMATEO.CA.US; MHOPKINS@COV.COM;
DCOFFINO@COV.COM; RLEVIN@CRAVATH.COM;
JUDY.MORSE@CROWEDUNLEVY.COM; BZABARAUSKAS@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM; SEICHEL@CROWELL.COM;

JCARBERRY@CL-LAW.COM; KAREN.WAGNER@DPW.COM;
JAMES.MCCLAMMY@DPW.COM; JJTANCREDI@DAYPITNEY.COM;
JWCOHEN@DAYPITNEY.COM; MCTO@DEBEVOISE.COM;
GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM;
MMOONEY@DEILYLAWFIRM.COM; TDEWEY@DPKLAW.COM;
DPEGNO@DPKLAW.COM; ADIAMOND@DIAMONDMCCARTHY.COM;
SLODEN@DIAMONDMCCARTHY.COM; AAARONSON@DILWORTHLAW.COM;
CPAPPAS@DILWORTHLAW.COM; TIMOTHY.BRINK@DLAPIPER.COM;
MATTHEW.KLEPPER@DLAPIPER.COM; THOMAS.CALIFANO@DLAPIPER.COM;
STEPHEN.COWAN@DLAPIPER.COM; GEORGE.SOUTH@DLAPIPER.COM;
SCHNABEL.ERIC@DORSEY.COM; HEIM.STEVE@DORSEY.COM;
DOVE.MICHELLE@DORSEY.COM; STEVEN.TROYER@COMMERZBANK.COM
JJOYCE@DRESSLERPETERS.COM; ROBERT.MALONE@DBR.COM;
LJKOTLER@DUANEMORRIS.COM; TDUFFY@ANDERSONKILL.COM;
JIM@ATKINSLAWFIRM.COM; SANDYSCAFARIA@EATON.COM
EZUJKOWSKI@EMMETMARVIN.COM; AENTWISTLE@ENTWISTLE-LAW.COM;
JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM;
KKELLY@EBGLAW.COM; DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM;
SLERMAN@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM;
LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG;
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM;
CHARLES@FILARDI-LAW.COM; ALUM@FTPORTFOLIOS.COM;
RFLANAGAN@FLANASSOC.COM; STEVEN.USDIN@FLASTERGREENBERG.COM;
WDASE@FZWZ.COM;  DHEFFER@FOLEY.COM; JLEE@FOLEY.COM;
WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM; RBERNARD@FOLEY.COM
GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM
KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM
DEGGERT@FREEBORNPETERS.COM; WALTER.STUART@FRESHFIELDS.COM;
PATRICK.OH@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM; SHANNON.NAGLE@FRIEDFRANK.COM;
EFRIEDMAN@FRIEDUMSPRING.COM; EFRIEDMAN@FKLAW.COM;
ABEAUMONT@FKLAW.COM; LGOTKO@FKLAW.COM; NBOJAR@FKLAW.COM
DROSENZWEIG@FULBRIGHT.COM; JMERVA@FULT.COM
JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-ATTORNEYS.COM
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM
MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM
ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM
JFLAXER@GOLENBOCK.COM; JWALLACK@GOULSTONSTORRS.COM;
DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM
MELOROD@GTLAW.COM; TANNWEILER@GREERHERZ.COM
JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM;
JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM
WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET

DTHEISING@HARRISONMOBERLY.COM; AGOLD@HERRICK.COM
SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM;
JDORAN@HASLAW.COM; TMARRION@HASLAW.COM
SWEYL@HASLAW.COM; RLEEK@HODGSONRUSS.COM;
SCOTT.GOLDEN@HOGANLOVELLS.COM; IRA.GREENE@HOGANLOVELLS.COM;
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM;
RICHARD.LEAR@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM;
ADAM.BREZINE@HRO.COM; KERRY.MOYNIHAN@HRO.COM;
GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM;
KOBAK@HUGHESHUBBARD.COM; MARGOLIN@HUGHESHUBBARD.COM;
LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM;
KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; SEBA.KURIAN@INVESCO.COM;
AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM;
JAY.HURST@OAG.STATE.TX.US; PTROSTLE@JENNER.COM;
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM; GSPILSBURY@JSSLAW.COM;
JOWEN769@YAHOO.COM; JOSEPH.CORDARO@USDOJ.GOV;
MPOMERANTZ@JULIENANDSCHLESINGER.COM; MICHAELS@JSTRIALLAW.COM;
PETER.BLASONE@KLGATES.COM; PTRAIN-GUTIERREZ@KAPLANLANDAU.COM;
ENKAPLAN@KAPLANLANDAU.COM; DROSNER@KASOWITZ.COM;
AGLENN@KASOWITZ.COM; SNEWMAN@KATSKYKORINS.COM;
MPRIMOFF@KAYESCHOLER.COM; MSOLOW@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
PAGE@KELLEYDRYE.COM; DWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM; JONATHAN.HENES@KIRKLAND.COM;
JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM;
CHRISTOPHER.GRECO@KIRKLAND.COM; JAY@KLEINSOLOMON.COM
JJURELLER@KLESTADT.COM; LKISS@KLESTADT.COM
MICHAEL.KIM@KOBREKIM.COM; ROBERT.HENOCH@KOBREKIM.COM;
ANDREW.LOURIE@KOBREKIM.COM; BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;
EKBERGC@LANEPOWELL.COM; KEITH.SIMON@LW.COM;
DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM; RICHARD.LEVY@LW.COM;
JAMES.HEANEY@LAWDEB.COM; GABRIEL.DELVIRGINIA@VERIZON.NET;
LISA.SOLOMON@ATT.NET; EZWEIG@OPTONLINE.NET; LKATZ@LTBLAW.COM;
WSWEARINGEN@LLF-LAW.COM; SHEEHAN@TXSCHOOLLAW.COM;
SFINEMAN@LCHB.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM;
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM
LOIZIDES@LOIZIDES.COM; ROBIN.KELLER@LOVELLS.COM;
CHRIS.DONOHO@LOVELLS.COM; ILEVEE@LOWENSTEIN.COM;
KROSEN@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;

STEELE@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM
JPROL@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
MWARREN@MTB.COM; JHUGGETT@MARGOLISEDELSTEIN.COM;
FHYMAN@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; EMERBERG@MAYERBROWN.COM;
TKIRIAKOS@MAYERBROWN.COM; SWOLOWITZ@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM;
HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM;
JLAMAR@MAYNARDCOOPER.COM; KREYNOLDS@MKLAWNYC.COM; MHI
@MCCALLARAYMER.COM; JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM;
WTAYLOR@MCCARTER.COM; GGITOMER@MKBATTORNEYS.COM;
NCOCO@MWE.COM;  ICATTO@MWE.COM; PHAYDEN@MCGUIREWOODS.COM;
SFOX@MCGUIREWOODS.COM; DHAYES@MCGUIREWOODS.COM;
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM;
JMR@MSF-LAW.COM; MBLOEMSMA@MHJUR.COM; TSLOME@MSEK.COM;
AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM;
HARRISJM@MICHIGAN.GOV; MICHAEL.FREGE@CMS-HS.COM;
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM;
DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM;
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM; SDNYECF@DOR.MO.GOV;
STEVE.GINTHER@DOR.MO.GOV; MICHAEL.KELLY@MONARCHLP.COM
DAVIDWHEELER@MVALAW.COM; NHERMAN@MORGANLEWIS.COM
AGOTTFRIED@MORGANLEWIS.COM; JGOODCIDLD@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM; LBERKOFF@MORITTHOCK.COM
JPINTARELLI@MOFO.COM; LMARINUZZI@MOFO.COM; LMARINUZZI@MOFO.COM
YUWATOKO@MOFO.COM; TGOREN@MOFO.COM; JPINTARELLI@MOFO.COM
LNASHELSKY@MOFO.COM; MROTHCHILD@MOFO.COM
BMILLER@MOFO.COM; BANKRUPTCY@MORRISONCOHEN.COM
JSULLIVAN@MOSESSINGER.COM; AKOLOD@MOSESSINGER.COM;
MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM;
AHANDLER@MOUNDCOTTON.COM; RGOODMAN@MOUNDCOTTON.COM
SABVANROOY@HOTMAIL.COM; MILLEE12@NATIONWIDE.COM;
JOWOLF@LAW.NYC.GOV; RICHARD.FINGARD@NEWEDGE.COM
DDREBSKY@NIXONPEABODY.COM; ADARWIN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM
CDESIDERIO@NIXONPEABODY.COM; RPEDONE@NIXONPEABODY.COM
BANKRUPTCYMATTERS@US.NOMURA.COM; MCANTOR@NORMANDYHILL.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV; MJRI@WESTCHESTERGOV.COM
JEREMY.EIDEN@AG.STATE.MN.US; JNADRITCH@OLSHANLAW.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM RDAVERSA@ORRICK.COM;
JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM;
MAUSTIN@ORRICK.COM; RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM;
LMCGOWEN@ORRICK.COM; TOMWELSH@ORRICK.COM
OTCCORPACTIONS@FINRA.ORG; WSILVERM@OSHR.COM;
PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM

JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM
WK@PWLAWYERS.COM; CIDPFORD@PARKERPOE.COM
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM
HARVEYSTRICKON@PAULHASTINGS.COM; DRAELSON@FISHERBROTHERS.COM
SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM; DSHEMANO@PEITZMANWEG.COM
KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM
WISOTSKA@PEPPERLAW.COM; LAWALLF@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM;
ARLBANK@PBFCM.COM; JHORGAN@PHXA.COM;
SAMUEL.CAVIOR@PILLSBURYLAW.COM;
EDWARD.FLANDERS@PILLSBURYLAW.COM;
NATHAN.SPATZ@PILLSBURYLAW.COM; DFLANIGAN@POLSINELLI.COM
JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM JSMAIRO@PBNLAW.COM;
TJFREEDMAN@PBNLAW.COM; BBISIGNANI@POSTSCHELL.COM;
FBP@PPGMS.COM; LML@PPGMS.COM; IGOLDSTEIN@PROSKAUER.COM;
JCHUBAK@PROSKAUER.COM; MBIENENSTOCK@PROSKAUER.COM;
JCHUBAK@PROSKAUER.COM; RBEACHER@PRYORCASHMAN.COM;
CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM;
JAMESTECCE@QUINNEMANUEL.COM; SCOTTSHELLEY@QUINNEMANUEL.COM
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM;
GRAVERT@RAVERTPLLC.COM; ARAHL@REEDSMITH.COM
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM;
CLYNCH@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM;
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;
CALBERT@REITLERLAW.COM; HMAGALIFF@R3MLAW.COM;
RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM;
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM; ROGER@RNAGIOFF.COM;
MARK.BANE@ROPESGRAY.COM; ROSS.MARTIN@ROPESGRAY.COM;
PHILIP.WELLS@ROPESGRAY.COM; ECOHEN@RUSSELL.COM;
RUSSJ4478@AOL.COM; MSCHIMEL@SJU.EDU; CMONTGOMERY@SALANS.COM;
LWHIDDEN@SALANS.COM; CBELMONTE@SSBB.COM; TBROCK@SSBB.COM;
PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM;  AISENBERG@SAUL.COM
JTORF@SCHIFFHARDIN.COM; DKESSLER@KTMC.COM
BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM; JVAIL@SSRL.COM
LAWRENCE.GELBER@SRZ.COM; MEGHAN.BREEN@SRZ.COM
EPEARLMAN@SCOTTWOODCAPITAL.COM; SHARBECK@SIPC.ORG
COHEN@SEWKIS.COM; ASHMEAD@SEWKIS.COM FSOSNICK@SHEARMAN.COM;
NED.SCHODEK@SHEARMAN.COM ANN.REYNAUD@SHELL.COM;
JENNIFER.GORE@SHELL.COM JSHENWICK@GMAIL.COM;
CSHULMAN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM
ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM"
MCADEMARTORI@SHEPPARDMULLIN.COM; AMARTIN@SHEPPARDMULLIN.COM

RREID@SHEPPARDMULLIN.COM; BANKRUPTCY@GOODWIN.COM
JTIMKO@SHUTTS.COM; AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM
RFRIEDMAN@SILVERMANACAMPORA.COM; SQUSBA@STBLAW.COM;
SALLY.HENRY@SKADDEN.COM; FYATES@SONNENSCHEIN.COM;
PMAXCY@SONNENSCHEIN.COM; SLERNER@SSD.COM; SMAYERSON@SSD.COM
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM;
R.STAHL@STAHLZELLOE.COM; MARC.CHAIT@SC.COM
SSTARR@STARRANDSTARR.COM; ECHANG@STEINLUBIN.COM
EOBRIEN@SBCHLAW.COM; SHGROSS5@YAHOO.COM CP@STEVENSLEE.COM;
MCORDONE@STRADLEY.COM PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM;
DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM;
LANDON@STREUSANDLANDON.COM; VILLA@STREUSANDLANDON.COM;
STREUSAND@STREUSANDLANDON.COM MSPEISER@STROOCK.COM;
SMILLMAN@STROOCK.COM LHANDELSMAN@STROOCK.COM;
DWILDES@STROOCK.COM; HOLSEN@STROOCK.COM; CSZYFER@STROOCK.COM
WWEINTRAUB@STUTMAN.COM; KJARASHOW@STUTMAN.COM
LACYR@SULLCROM.COM; CLARKB@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM; WRIGHTTH@SULLCROM.COM
FRITSCHJ@SULLCROM.COM; SCOTTJ@SULLCROM.COM
PAUL.TURNER@SUTHERLAND.COM; RICK.MURPHY@SUTHERLAND.COM
BRUCE.WRIGHT@SUTHERLAND.COM; MILLER@TAFTLAW.COM
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV
THALER@THALERGERTLER.COM; ROBERT.BAILEY@BNYMELLON.COM
MMORREALE@US.MUFG.JP; FOONT@FOONTLAW.COM
YAMASHIRO@SUMITOMOTRUST.CO.JP; MATT@WILLAW.COM
DEMETRA.LIGGINS@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM;
MITCHELL.AYER@TKLAW.COM; DAVID.BENNETT@TKLAW.COM
MBOSSI@THOMPSONCOBURN.COM; AMENARD@TISHMANSPEYER.COM;
MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;
JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM NEILBERGER@TEAMTOGUT.COM;
SSKELLY@TEAMTOGUT.COM OIPRESS@TRAVELERS.COM;
MLYNCH2@TRAVELERS.COM HOLLACE.COHEN@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM
JEAN-DAVID.BARNEA@USDOJ.GOV; JOSEPH.CORDARO@USDOJ.GOV
NEWYORK@SEC.GOV; JACOBSONN@SEC.GOV DLIPKE@VEDDERPRICE.COM;
MJEDELMAN@VEDDERPRICE.COM EASMITH@VENABLE.COM;
SABRAMOWITZ@VELAW.COM JWEST@VELAW.COM; DKLEINER@VELAW.COM
JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM
ARWOLF@WLRK.COM; JDWARNER@WARNERANDSCHEUERMAN.COM
CBELISLE@WFW.COM; JFREEBERG@WFW.COM;
RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM;
ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM
RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM;

AVENES@WHITECASE.COM; ELEICHT@WHITECASE.COM
AZYLBERBERG@WHITECASE.COM; ELEICHT@WHITECASE.COM
DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM
MRUETZEL@WHITECASE.COM;TOM.SCHORLING@WHITECASE.COM
TLAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM
JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM;
DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM MABRAMS@WILLKIE.COM;
MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM;
RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM;
MABRAMS@WILLKIE.COM PETER.MACDONALD@WILMERHALE.COM;
JEANNETTE.BOOT@WILMERHALE.COM;
CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM
JBECKER@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM
DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM; DNEIER@WINSTON.COM
DRAVIN@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM
WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM;
BANKR@ZUCKERMAN.COM

       2. On the 19th day of November 2013, the Notice of Withdrawal of Proof of

Claim of Bank J. Safra Sarasin Ltd., is being served by hand upon:

                Tracy Hope Davis, Esq.
                Susan D. Golden, Esq.
                Andrea B. Schwartz, Esq.
                Office of the U.S. Trustee
                U.S. Federal Office Building
                201 Varick Street, Suite 1006
                New York, NY  10014

Dated:  New York, New York
        November 19, 2013

                                                    _____
                                                    Richard V. Conza