Kristin Koppenhaver Auld
Office of the General Counsel
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 39th Floor
New York, New York 10020
Telephone: (646) 285-9819
Facsimile: (646) 285-9337

*Attorney for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file notice of a subpoena issued by a Debtor pursuant to the Order. The date the subpoena was served, the name of the witness and the date, time and place of any examination are set forth on "Exhibit A" attached hereto.

Dated: November 18, 2013
New York, New York

/s/Kristin Koppenhaver Auld
Kristin Koppenhaver Auld
Office of the General Counsel
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 39th Floor
New York, NY 10020
Telephone: (646) 285-9819
Facsimile: (646) 285-9337

*Attorney for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

# **Exhibit A**

NOTICE OF SUBPOENA

| Name of Witness: | Johnson & Wales University |
|---|---|
| Date of Service of Subpoena: | November 18, 2013 |
| Subject of Subpoena: | Production of Documents, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents to be produced by December 18, 2013 at 10:00 A.M. (NYT) at Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 39th Floor, New York, NY 10020 |