**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.,* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors | |

------------------------------------------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED NOVEMBER 15, 2013, [DOCKET NO. 41123], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Objection of Bac Florida Bank to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture.**