**SILVERMANACAMPORA LLP**
Attorneys for Caisse des Depots et Consignations
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Jay S. Hellman, Esq.
Brett S. Silverman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDING INC., *et al.*      Case No. 08-13555 (JMP)
                                             (Jointly Administered)
                     Debtor.
-------------------------------------------------------------------X     **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

I, **Sheree B. King,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

On November 19, 2013, deponent served the:

- **CAISSE DES DÉPÔTS ET CONSIGNATIONS' REPLY TO THE OBJECTION FILED BY LEHMAN BROTHERS SPECIAL FINANCING INC. TO THE SECOND MOTION FOR ENTRY OF AN ORDER TO PERMIT A LATE-FILED PROOF OF CLAIM.**

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:   **ATTORNEYS FOR THE DEBTORS**
      WEIL GOTSHAL & MANGES LLP
      ATTN: MAURICE HOROWITZ, ESQ.
      767 FIFTH AVENUE
      NEW YORK, NY 10153

SBK/1439315.1/060177

**OFFICE OF THE UNITED STATES TRUSTEE**
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ;
201 VARICK STREET, SUITE 1006
NEW YORK, NEW YORK  10014

                                                    s/SHEREE B. KING
                                                    SHEREE B. KING

| | |
|---|---|
| Sworn to before me this<br>19th day of November, 2013 | LESLYE KATZ<br>NOTARY PUBLIC, State of New York<br>No.01KA6204143<br>Qualified in Suffolk County |
| s/Leslye Katz<br>Notary Public | Commission Expires April 13, 2017 |