WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
**In re**                                                    :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :     **08-13555 (JMP)**
:
                               **Debtors.**             :     **(Jointly Administered)**
:
:
---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**MOTION TO CLASSIFY AND ALLOW THE CLAIM FILED BY THE FEDERAL**
**HOME LOAN MORTGAGE CORPORATION (CLAIM NO. 33568) IN LBHI CLASS 3**

**PLEASE TAKE NOTICE** that the hearing on the Motion to Classify and Allow

the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI

Class 3 [ECF No. 40066] that was scheduled for November 22, 2013 at 10:00 a.m. (Prevailing

Eastern Time) **has been adjourned to December 19, 2013 at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling

Green, New York, New York 10004, and such Hearing may be further adjourned from time to

time without further notice other than an announcement at the Hearing.

Dated:  November 19, 2013
       Houston, Texas

                                   /s/ Alfredo R. Pérez
                                   Alfredo R. Pérez

                                   WEIL, GOTSHAL & MANGES LLP
                                   700 Louisiana, Suite 1600
                                   Houston, Texas 77002
                                   Telephone: (713) 546-5000
                                   Facsimile: (713) 224-9511

                                   Attorneys for Lehman Brothers
                                   Holdings Inc. and Certain of Its Affiliates