B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JMP)

                                                    (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Centerbridge Special Credit Partners II, L.P.** | **Lehman Re Ltd., In Liquidation** |

Name and Address where notices to transferee should be sent:

Centerbridge Special Credit Partners II, L.P.
Attn: Bank Debt Operations
375 Park Avenue, 13th Floor
New York, New York 10022
Attn: Aleksandra Markovic
Tel: (212) 672-4486
Email: creditadmin@centerbridge.com

*With Copies To:*

Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Attn: Peter A. Ivanick
Email: peter.ivanick@hoganlovells.com

Court Claim # (if known): **0000028308**
Amount of Claim: **$87,621,000.00**
Date Claim Filed: **September 22, 2009**
Amount of Claim Transferred: **$17,090,986.87**

Name and Address where notices to transferor should be sent:

Lehman Re Ltd.
c/o PriceWaterhouseCoopers LLP
7 More London Riverside
London, SE12RT, United Kingdom
Attn: Dan Schwarzmann
Facsimile: +44(0)20 7212 7500

*With Copies To:*

Lehman Re Ltd.
c/o PriceWaterhouseCoopers, Bermuda
Hamilton, Bermuda HM11
Dorchester House, 7 Church Street
Attn: Garth Calow
Facsimile: (441) 295-1242

and

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\\NY - 002536/000003 - 2977368 v1

                                                                                        Cadwalader, Wickersham & Taft LLP
                                                                                        One World Financial Center
                                                                                        New York, New York 10281
                                                                                       Attn: Ingrid Bagby, Esq.
                                                                                       Email: ingrid.bagby@cwt.com

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                        Date: November 19, 2013
     Transferee/Transferee's Agent

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Lehman Re Ltd., in Liquidation ("Lehman Re"), as a liquidation distribution to Centerbridge Special Credit Partners II, L.P. pursuant Bermuda law and as more specifically set out in an assignment of claim agreement, does hereby certify that Lehman Re has transferred and assigned to Centerbridge Special Credit Partners II, L.P., its successors and assigns ("Transferee"), all rights, title and interest in and to $17,090,986.87 of the allowed claim of Lehman Re against Lehman Brothers Commercial Corp. (Claim No.: 28308) in the amount of $87,621,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Lehman Re hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 19.51% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 18th day of November, 2013.

**LEHMAN RE LTD.**, a Bermuda corporation in liquidation

By: _____
Garth Calow, in his capacity as Joint
Provisional Liquidator of Lehman Re Ltd.,
without personal liability


**CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.**
By:
Name:
Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Lehman Re Ltd., in Liquidation ("Lehman Re"), as a liquidation distribution to Centerbridge Special Credit Partners II, L.P. pursuant Bermuda law and as more specifically set out in an assignment of claim agreement, does hereby certify that Lehman Re has transferred and assigned to Centerbridge Special Credit Partners II, L.P., its successors and assigns ("Transferee"), all rights, title and interest in and to $17,090,986.87 of the allowed claim of Lehman Re against Lehman Brothers Commercial Corp. (Claim No.: 28308) in the amount of $87,621,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Lehman Re hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 19.51% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 18th day of November, 2013.

**LEHMAN RE LTD.**, a Bermuda corporation in liquidation

By:_____
Garth Calow, in his capacity as Joint
Provisional Liquidator of Lehman Re Ltd.,
without personal liability


**CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.**
By: _____
Name: Vivi[illegible]
Title: [illegible]