MORRISON COHEN LLP  
Joseph T. Moldovan  
Neil Y. Siegel  
909 Third Avenue  
New York, New 10022  
Telephone: (212) 735-8600  

**Presentment Date: December 6, 2013 at Noon**

**Objection Deadline: December 5, 2013, 11:30 am**

Counsel to Edward Park

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  
In re                                          :    Chapter 11 Case No. 08-13555 (JMP)  
                                               :  
                                               :    (Jointly Administered)  
LEHMAN BROTHERS HOLDINGS INC., et al           :  
                                               :  
    Debtors.                                   :  
-----------------------------------------------------------x  

## NOTICE OF PRESENTMENT OF ORDER FOR WITHDRAWAL OF MORRISON COHEN LLP AS COUNSEL OF RECORD FOR EDWARD PARK

**PLEASE TAKE NOTICE** that upon the annexed motion of Morrison Cohen LLP ("Morrison") to withdraw as counsel of record for Edward Park (the "Motion"), the undersigned will present the attached proposed order to the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, N.Y., 10004-1408 for signature on December 6 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on December 5, 2013. Unless objections are received by that time, the order may be signed.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion must be made in writing and filed with the Court (a)(i) through the Court's electronic filing system and in accordance with the Administrative Order of the United States Bankruptcy Court for the

1

Southern District of New York, accessible at: www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher; and (ii) in portable document format (PDF) using Adobe Exchange for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if the party is unable to file electronically or use PDF format, such party shall submit the response on a diskette either in Word, WordPerfect or DOS text (ASCII) format. A response filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.

**PLEASE TAKE FURTHER NOTICE** that Morrison may file a reply to any objection to the Motion.

Dated: November 19, 2013

New York, New York

MORRISON COHEN LLP
Counsel for Edward Park.

/s/ Joseph T. Moldovan
Joseph T. Moldovan
Neil Y. Siegel
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600

To:   Mr. Edward Park
      edpark@nyc.rr.com
      130 West 30th Street
      Apt. 15 A
      New York, NY 10001