UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                Debtors.                                           :
                                                                   :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 40924-40926,
                                                                       40951-40953, 40993, 40997-40999

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
19th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　　　Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　To:　GOLDMAN SACHS LENDING PARTNERS, LLC
　　　　TRANSFEROR: EMPYREAN INVESTMENTS, LLC
　　　　C/O GOLDMAN, SACHS & CO.
　　　　ATTN: MICHELLE LATZONI
　　　　30 HUDSON STREET, 5TH FLOOR
　　　　JERSEY CITY NJ 07302

Please note that your claim # 67138-07 in the above referenced case and in the amount of
　　$24,737,634.24  allowed at $25,000,000.00　　　has been transferred **(unless previously expunged by court order)**

　　　　SOLUS OPPORTUNITIES FUND 1 LP
　　　　TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
　　　　C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
　　　　410 PARK AVENUE, 11TH FLOOR
　　　　NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　Southern District of New York
　　　　　　　　One Bowling Green
　　　　　　　　New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40998　　in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/08/2013　　　　　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 8, 2013.

# EXHIBIT B

```
TIME: 14:50:27                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 11/08/13                                                CREDITOR LISTING

Name                                        Address
BANK JULIUS BAER & CO. LTD.                 TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BKM HOLDINGS (CAYMAN) LTD.                  C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE
                                            GEORGE TOWN  KY1-9005 GRAND CAYMAN
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: AXA S.A. ATTN: SIMON GLENNIE / KELLY WHISTANCE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                            JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: PANNING MASTER FUND, LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                            383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
PANNING MASTER FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVENUE, 24TH FLOOR
                                            NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                            NEW YORK NY 10022
UBS AG                                      BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                      ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND


Total Number of Records Printed             13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC