UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                Debtors.                                       :
                                                               :
---------------------------------------------------------------x    Ref. Docket No. 41003

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
19th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 41003_Aff 11-8-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                               Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.
                                                     Case No. 08-13555 (JMP)
                                                     Jointly Administered
                        Debtors.

---

## NOTICE OF DEFECTIVE TRANSFER

Seller:      RBS Coutts Bank AG
             Stauffacherstrasse 1
             Postfach
             Zurich, 8022
             Switzerland

Purchaser:   Liquidity Solutions, Inc.
             One University Plaza, Sutie 312
             Hackensack, NJ 07601

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
        By document #
(X) other (specify):    ISIN listed within Notice of Partial Transfer is not associated with Claim No. 45221

Docket Number: 41003

/s/ Lauren Rodriquez
Epiq Bankruptcy Solutions LLC as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the seller, purchaser, and debtor(s) counsel by first class mail, postage prepaid on November 8, 2013.

EXHIBIT B

08-13555-mg    Doc 41197    Filed 11/19/13    Entered 11/19/13 18:27:56    Main Document
Pg 4 of 5

RBS COUTTS BANK AG
STAUFFACHERSTRASSE 1
POSTFACH
ZURICH, 8022
SWITZERLAND

LIQUIDITY SOLUTIONS, INC.
ONE UNIVERSITY PLAZA, SUTIE 312
HACKENSACK, NJ 07601