UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :   Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :   08-13555 (JMP)
                                                                        :   (Jointly Administered)
                    Debtors.                                            :
                                                                        :
                                                                        :
------------------------------------------------------------------------x   Ref. Docket Nos. 40844, 40848,
                                                                            41000, 41001, 41004

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ Lauren Rodriguez
                                             Lauren Rodriguez

Sworn to before me this
19th day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  ROYAL BANK OF SCOTLAND, PLC, THE
          TRANSFEROR: TAO L HOLDINGS, LTD.
          ATTN: CHRISTOPHER J. YOUNG
          600 WASHINGTON BOULEVARD
          STAMFORD CT 06901
```

Please note that your claim # 14634-01 in the above referenced case and in the amount of
          $170,888,351.00      has been transferred **(unless previously expunged by court order)**

```
          CVF LUX MASTER S.A.R.L.
          TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE
          C/O CARVAL INVESTORS UK LIMITED
          3RD FLOOR, 25 GREAT PULTENEY STREET
          LONDON    W1F 9LT
          UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41001     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/11/2013                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 11, 2013.

EXHIBIT B

```
TIME: 10:42:32                                          LEHMAN BROTHERS HOLDING INC.                                                           PAGE:  1
DATE: 11/11/13                                               CREDITOR LISTING

Name                                     Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER  TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 FUND LP                                  NEW YORK NY 10022
CVF LUX MASTER S.A.R.L.                   TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET
                                          LONDON W1F 9LT UNITED KINGDOM
FAIR HARBOR CAPITAL, LLC                  TRANSFEROR: INMOBILIARIA LAS GAVIOTAS S.A. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
INMOBILIARIA LAS GAVIOTAS S.A.            LUIS RODRIGUEZ VELASCO 4717-OFC 02 SANTIAGO     CHILE
RIVERROCK SECURITIES LIMITED              TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON   SW1W 0DH UNITED KINGDOM
ROYAL BANK OF SCOTLAND, PLC, THE          TRANSFEROR: T ASIA L HOLDINGS, LTD. ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE          TRANSFEROR: TAO L HOLDINGS, LTD. ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901


Total Number of Records Printed           7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC