UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                                :
In re                                           :        Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :         08-13555 (JMP)
                                                :        (Jointly Administered)
                    Debtors.                    :
                                                :
                                                :
-------------------------------------------------------------------------x        Ref. Docket Nos. 41010, 41011,
                                                         41014

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 12, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                        */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
19th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                   |
In re                              |        Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |     08-13555 (JMP)
                                   |
                                   |        (Jointly Administered)
                Debtors.           |
_____|

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   CITIGROUP FINANCIAL PRODUCTS INC.
                TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
                ATTN: SCOTT R. EVAN
                1615 BRETT ROAD, BLDG. 3
                NEW CASTLE DE 19720

Please note that your claim # 4871-03 in the above referenced case and in the amount of
       $10,974,578.84  allowed at $10,000,000.00       has been transferred (**unless previously expunged by court order**)

                HBK MASTER FUND L.P.
                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
                HBK SERVICES LLC - INVESTMENT ADVISOR
                2101 CEDAR SPRINGS ROAD, SUITE 700
                DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41011      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2013                   Vito Genna, Clerk of Court


                                   /s/ Lauren Rodriguez
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 12, 2013.

EXHIBIT B

PAGE:   1

TIME: 17:44:06
DATE: 11/12/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| FULD, RICHARD S., JR. | C/O PATRICIA M. HYNES ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| HBK MASTER FUND L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HBK SERVICES LLC - INVESTMENT ADVISOR 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: FULD, RICHARD S., JR. ATTN: ROBERT TANNOR 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed       8

EPIQ BANKRUPTCY SOLUTIONS, LLC