UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                              :

In re                                              :                   Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :                   08-13555 (JMP)
                                             :                   (Jointly Administered)
                        Debtors.              :

                                             :
------------------------------------------------------------------x   Ref. Docket Nos. 40726, 40768,
                                                                          40779, 40843, 41012, 41013, 41016,
                                                                          41023, 41025, 41027, 41030-41032,
                                                                          41034

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                             */s/ Lauren Rodriguez*
                                                                                             Lauren Rodriguez

Sworn to before me this
19th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg   Doc 41200   Filed 11/19/13   Entered 11/19/13 18:35:31   Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BNP PARIBAS
ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER
787 SEVENTH AVENUE
NEW YORK NY 10019-6018

Please note that your claim # 67346-17 in the above referenced case and in the amount of
$25,000,000.00    has been transferred **(unless previously expunged by court order)**

BNP PARIBAS SECURITIES CORP.
TRANSFEROR: BNP PARIBAS
ATTN: EVAN GIANOUKAKIS
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41012    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/13/2013                         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 13, 2013.

EXHIBIT B

TIME: 15:59:56  
DATE: 11/13/13  
PAGE: 1

LEHMAN BROTHERS HOLDING INC.  
CREDITOR LISTING

| Name | Address |
|------|---------|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ASIA PACIFIC PROMOTION LIMITED | 28/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: WELLS FARGO & COMPANY C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: WELLS FARGO & COMPANY C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY S. COHEN/ANTE JAKIC NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: WELLS FARGO BANK, NATIONAL ASSOCIATION C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: WELLS FARGO BANK, NATIONAL ASSOCIATION C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY S. COHEN/ANTE JAKIC NEW YORK NY 10036 |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BNP PARIBAS | TRANSFEROR: BNP PARIBAS ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS SECURITIES CORP. | TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. 1615 BRETT ROAD, BLDG 3 ATTN: SCOTT EVAN NEW CASTLE DE 19720 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL STEPHAN 40 W. 57TH STREET, 4TH FLOOR NEW YORK NY 10019 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KOBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: ASIA PACIFIC PROMOTION LIMITED 25, CABOT SQUARE CANARY WHARF E14 4QA LONDON |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: CINDY KWOK 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. GUI GOYARD 8 - 10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| TRC MASTER FUND LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: TERREL ROSS 336 ATLANTIC AVENUE SUITE 302 EAST ROCKAWAY NY 11518 |
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD. BADENERSTRASSE 574/C POSTFACH, PO BOX, 8098 ZURICH 0Q9C/05GC SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| WELLS FARGO & COMPANY | ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104 |
| WELLS FARGO & COMPANY | JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO & COMPANY | MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: REBECCA HENDERSON 301 SOUTH COLLEGE STREET, SUITE 3000 MAC D1053-300 CHARLOTTE NC 28288 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS SUCCESSOR BY MERGER WITH WACHOVIA BANK, N.A. ATTN: TOM CAMBERN, EXECUTIVE V.P. 301 SOUTH COLLEGE STREET, 15TH FLOOR CHARLOTTE NC 28288 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WINGSPAN MASTER FUND, LP | SCHULTE ROTH & ZABEL LLP ATTN: DAVID J. KARP 919 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| WINGSPAN MASTER FUND, LP | TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O WINGSPAN INVESTMENT MANAGEMENT, LP ATTN: BRENDAN DRISCOLL 650 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| YORVIK PARTNERS LLP | TRANSFEROR: EFG EUROBANK ERGASIAS SA ATTN: RICHARD CARMOODY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    29

EPIQ BANKRUPTCY SOLUTIONS, LLC