UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
: 
In re                                                                                  :    Chapter 11 Case No.
                                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                                                        :    (Jointly Administered)
                    Debtors.                                                    :
                                                                                        :
                                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 40843, 40845-
                                                                                             40847, 41000, 41041

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 14, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           */s/ Lauren Rodriguez*
Sworn to before me this                                    Lauren Rodriguez
19th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CITIGROUP FINANCIAL PRODUCTS, INC.
          TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
          1615 BRETT ROAD, BLDG 3
          ATTN: SCOTT EVAN
          NEW CASTLE DE 19720
```

Please note that your claim # 29058-05 in the above referenced case and in the amount of
    $6,851,137.25    allowed at $4,000,000.00         has been transferred **(unless previously expunged by court order)**

```
          VARDE INVESTMENT PARTNERS, LP
          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
          ATTN: EDWINA PJ STEFFER
          8500 NORMANDALE LAKE BLVD., STE 1500
          MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 40843        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/14/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 14, 2013.

EXHIBIT B

```
TIME: 12:26:32                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 11/14/13                                         CREDITOR LISTING

Name                                      Address
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.       TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 11-13 BOULEVARD DE LA FOIRE LUXEMBOURG  L 1528 LUXUMBOURG
CITIGROUP FINANCIAL PRODUCTS, INC.        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.        TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS, INC.        TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. 1615 BRETT ROAD, BLDG 3 ATTN: SCOTT EVAN NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.        TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
LUZERNER KANTONALBANK AG                  IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                  LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
ROYAL BANK OF SCOTLAND, PLC, THE          TRANSFEROR: T ASIA L HOLDINGS, LTD. ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901
VARDE INVESTMENT PARTNERS, LP             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP                       TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed        10
```