UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                               :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
:    (Jointly Administered)
        Debtors.                                                    :
:    Ref. Docket Nos. 41044, 41057,
:    41061
:
-------------------------------------------------------------------x
:
In re                                                               :    Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING INC.,  :    08-13888 (JMP)
:    (Jointly Administered)
        Debtors.                                                    :
:    Ref. Docket No. 375
:
:
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE SINGAPORE BRANCH                    CREDIT SUISSE SINGAPORE BRANCH
     ATTN: ALLEN GAGE                                  CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                                     ATTN: RICHARD LEVIN
     NEW YORK NY 10010                                 WORLDWIDE PLAZA
                                                       825 EIGHTH AVENUE
                                                       NEW YORK NY 10019
```

Please note that your claim # 55825-64 in the above referenced case and in the amount of
          $0.00    allowed at $50,000.00          has been transferred **(unless previously expunged by court order)**

```
     PICTET & CIE
     TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH
     ATTN: LEGAL DEPARTMENT
     ROUTE DES ACACIAS 60
     GENEVA 73    1211
     SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41057      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/15/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        ─────────────────────────────
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 15, 2013.

# EXHIBIT B

```
TIME: 18:37:33                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 11/15/13                                                 CREDITOR LISTING

Name                                    Address
CREDIT SUISSE AG                        TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE SINGAPORE BRANCH          1 RAFFLES LINK #05-02 SINGAPORE  039393 SINGAPORE
CREDIT SUISSE SINGAPORE BRANCH          ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH          CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE SINGAPORE BRANCH          RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
PICTET & CIE                            TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73  1211 SWITZERLAND
UBS AG                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
YORK CAPITAL MANAGMENT, L.P.            AS SUCCESSOR IN INTEREST TO PEQUOT COSMOS MASTER FUND, LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CAPITAL MANAGMENT, L.P.            AS SUCCESSOR IN INTEREST TO PEQUOT CREDIT OPPORTUNITIES FUND, L.P. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CAPITAL MANAGMENT, L.P.            AS SUCCESSOR IN INTEREST TO PEQUOT SHORT CREDIT MASTER FUND LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CAPITAL MANAGMENT, L.P.            AS SUCCESSOR IN INTEREST TO PEQUOT SHORT CREDIT MASTER FUND, LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC            TRANSFEROR: YORK CAPITAL MANAGMENT, L.P. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed    13                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```