UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                :    Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                     :    (Jointly Administered)
               Debtors.                              :
                                                     :
-----------------------------------------------------------------x    Ref. Docket Nos. 41059 & 41060

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 41059 & 41060_Aff 11-15-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CORNER BANCA SA
               VIA CANOVA 16
               LUGANO 6900 SWITZERLAND


Additional:




Transferee:    BANCA CREDINVEST
               ATTN: BACK OFFICE DEPT.
               VIA CANOVA 1
               LUGANO 6901 SWITZERLAND


Your transfer    of claim #    10359    is defective for the reason(s) checked below:

Expunged By Court Order




Docket Number 41059              Date 11/08/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 15, 2013.

EXHIBIT B

```
TIME: 18:36:35                          LEHMAN BROTHERS HOLDING INC.                                     PAGE: 1
DATE: 11/15/13                               CREDITOR LISTING

Name                         Address
BANCA CREDINVEST             ATTN: BACK OFFICE DEPT. VIA CANOVA 1 LUGANO  6901 SWITZERLAND
CORNER BANCA SA              VIA CANOVA 16 LUGANO  6900 SWITZERLAND


Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC