Allen G. Kadish
DICONZA TAURIG LLP
630 Third Avenue, 7th Floor
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Email:  akadish@dtlawgroup.com

*Attorneys for BAC Florida Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

CERTIFICATE OF SERVICE

Allen G. Kadish, being duly admitted to practice in New York State and before the Southern District of New York, certifies as follows:

On November 14, 2013, I caused true and correct copies of the following to be served by email on the parties on the service list attached as Exhibit A:

- *Ex Parte* Motion of BAC Florida Bank to File Under Seal Its Objection to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture; and

- Objection of BAC Florida Bank to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture (Unredacted).

On November 14, 2013, I caused true and correct copies of the following to be served by email on the parties on the service list attached as Exhibit B:

- Objection of BAC Florida Bank to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture (Redacted).

On November 15, 2013, I caused true and correct copies of the following to be served by email on the parties on the service list attached as Exhibit C:

- *Ex Parte* Motion of BAC Florida Bank to File Under Seal Its Objection to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture (as filed).

On November 15, 2013, I caused true and correct copies of the following to be served by hand delivery on the parties on the service list attached as Exhibit D and by FedEx on the parties on the service list attached as Exhibit E:

- *Ex Parte* Motion of BAC Florida Bank to File Under Seal Its Objection to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture (as filed); and

- Objection of BAC Florida Bank to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture (Unredacted).

On November 15, 2013, I caused true and correct copies of the following to be served by hand delivery on the parties on the service list attached as Exhibit F and by FedEx on the parties on the service list attached as Exhibit G:

- Objection of BAC Florida Bank to Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit

    Default Swap Agreement and Indenture (Redacted).

Dated: November 19, 2013
    New York, New York

                                           /s/ Allen G. Kadish
                                           Allen G. Kadish

## EXHIBIT A

## SERVICE LIST

jacqueline.marcus@weil.com
chris.cox@weil.com
candace.arthur@weil.com
top@chapman.com
slewis@chapman.com
tracy.davis2@usdoj.gov
andrea.b.schwartz@usdoj.gov
susan.golden@usdoj.gov

## EXHIBIT B

## SERVICE LIST

jacqueline.marcus@weil.com
chris.cox@weil.com
candace.arthur@weil.com
top@chapman.com
slewis@chapman.com
tracy.davis2@usdoj.gov
andrea.b.schwartz@usdoj.gov
susan.golden@usdoj.gov
dcohen2@milbank.com

## EXHIBIT C

## SERVICE LIST

jacqueline.marcus@weil.com
chris.cox@weil.com
candace.arthur@weil.com
top@chapman.com
slewis@chapman.com
dcohen2@milbank.com
tracy.davis2@usdoj.gov
andrea.b.schwartz@usdoj.gov
susan.golden@usdoj.gov

## EXHIBIT D

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Jacqueline Marcus, Esq.
        Christopher J. Cox, Esq.


Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn:   Tracy Hope Davis, Esq.
        Susan Golden, Esq.
        Andrea B. Schwartz, Esq.

## EXHIBIT E

## SERVICE LIST

Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
Attn:   Franklin H. Top, III, Esq.
        Scott A. Lewis, Esq.

## EXHIBIT F

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Jacqueline Marcus, Esq.
        Christopher J. Cox, Esq.


Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn:   Tracy Hope Davis, Esq.
        Susan Golden, Esq.
        Andrea B. Schwartz, Esq.

# EXHIBIT G

## SERVICE LIST

Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
Attn:   Franklin H. Top, III, Esq.
        Scott A. Lewis, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW, Suite 1100
Washington, District of Columbia 20006
Attn:   David S. Cohen, Esq.