B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

           Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Pulsar SPV LLC
Name of Transferee

Lehman Re Ltd.
Name of Transferor

Name and Address where notices to transferee should be sent:
Attn: Chief Legal Officer
Pulsar SPV LLC
c/o Magnetar Financial LLC
1603 Orrington Ave.—13th Floor
Evanston, IL 60201

Court Claim # (if known): 28307
Amount of Claim as Filed: $415,000,000.00
Amount of Claim Transferred: $207,500,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: 847-905-4639
Last Four Digits of Acct #: 6755

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
ZOË ALLEN, HEAD OF OPERATIONS, (SAME ADDRESS)
Phone: 847-905-4639
Last Four Digits of Acct #: 6755

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_____  Date: 11/19/13
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Lehman Re Ltd., in Liquidation ("Lehman Re"), as a liquidation distribution to Pulsar Re, Ltd. pursuant Bermuda law and as more specifically set out in an assignment of claim agreement, does hereby certify that Lehman Re has transferred and assigned to Pulsar SPV LLC, its successors and assigns ("Transferee"), all rights, title and interest in and to $207,500,000.00 of Lehman Re's allowed claim in the amount of $415,000,000.00 (Claim No. 28307) (the "Claim") against Lehman Brothers Holdings Inc., the debtor in Case No. 08-13555 (JMP) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York.

Lehman Re hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 50% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 15th day of November, 2013.

**LEHMAN RE LTD.,** a Bermuda
corporation in liquidation

By: _____
Garth Calow, in his capacity as Joint
Provisional Liquidator of Lehman Re Ltd.,
without personal liability


**PULSAR SPV LLC,** a Delaware limited liability company
Acting by Magnetar Financial LLC, its Manager

By:_____
Name:
Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Lehman Re Ltd., in Liquidation ("Lehman Re"), as a liquidation distribution to Pulsar Re, Ltd. pursuant Bermuda law and as more specifically set out in an assignment of claim agreement, does hereby certify that Lehman Re has transferred and assigned to Pulsar SPV LLC, its successors and assigns ("Transferee"), all rights, title and interest in and to $207,500,000.00 of Lehman Re's allowed claim in the amount of $415,000,000.00 (Claim No. 28307) (the "Claim") against Lehman Brothers Holdings Inc., the debtor in Case No. 08-13555 (JMP) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York.

Lehman Re hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 50% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 15th day of November, 2013.

**LEHMAN RE LTD.**, a Bermuda
corporation in liquidation

By:_____
Dan Schwarzmann, in his capacity as Joint
Provisional Liquidator of Lehman Re Ltd.,
without personal liability


**PULSAR SPV LLC**, a Delaware limited liability company
Acting by Magnetar Financial LLC, its Manager

By:_____
Name: Paul A. Smith
Title: Chief Legal Officer

