B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.            Case No. 08-13555 (JMP)
                                                                 (Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| CVI CVF II Lux Master S.A.R.L. | Eurosail-UK 2007-5NP PLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVI CVF II Lux Master S.A.R.L
CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
US

Court Claim # (if known): 40683
Amount of Claim Transferred: $170,000,000
Date Claim Filed: 22 September 2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

                                                            by Carval Investors, LLC
                                                            its attorney-in-fact

By: _____  Date: 11/18/13
    Transferee/Transferee's Agent   Ryan Morrell
                                    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:
                                                            Date: _____
By: _____
    Transferor/Transferor's Agent    Mark Filer
                                     Director

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13888 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

CVI CVF II Lux Master S.A.R.L.
Name of Transferee

Eurosail-UK 2007-5NP PLC
Name of Transferor

Name and Address where notices to transferee should be sent:

CVI CVF II Lux Master S.A.R.L.
Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
US

Court Claim # (if known): 40682
Amount of Claim Transferred: $170,000,000
Date Claim Filed: 22 September 2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

by Carval Investors, LLC
its attorney-in-fact

By: _____    Date: 11/18/13
Transferee/Transferee's Agent  Ryan Morrell
                               Authorized Signature

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____    Date: _____
Transferor/Transferor's Agent   **Mark Filer**
                                **Director**

EME_ACTIVE-558047103.1-263568-00040 11/15/2013