B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13888 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVI HH Investments LP | CVI CVF II Lux Master S.a.r.l. |
|---|---|
| Name of Transferee  by Carval Investors, LLC its attorney-in-fact | Name of Transferor  by Carval Investors, LLC its attorney-in-fact |

Name and Address where notices to transferee should be sent:

c/o Carval Investors LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Teri.salberg@carval.com

Court Claim # (if known): 40682
Amount of Claim Transferred: $170,000,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent   by Carval Investors, LLC its attorney-in-fact
Tiffany Parr
Authorized Signature

Date: November 19, 2013

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent   by Carval Investors, LLC its attorney-in-fact
Tiffany Parr
Authorized Signature

Date: : November 19, 2013

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

8

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>CVI HH Investments LP</u>
Name of Transferee  by Carval Investors, LLC
its attorney-in-fact

Name and Address where notices to transferee should be sent:

c/o Carval Investors LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Teri.salberg@carval.com

<u>CVI CVF II Lux Master S.a.r.l.</u>
Name of Transferor  by Carval Investors, LLC
its attorney-in-fact

Court Claim # (if known): <u>40683</u>
Amount of Claim Transferred: $170,000,000.00
Date Claim Filed: September 22, 2009
Debtor: <u>Lehman Brothers Holdings Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
Tiffany Parr
by Carval Investors, LLC
its attorney-in-fact

Date: : November 19, 2013

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent
Tiffany Parr
by Carval Investors, LLC
its attorney-in-fact

Date: : November 19, 2013

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

9