# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

November 20, 2013

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
**Forty-eighth Status Report**

Dear Judge Peck:

The six Mediators have requested again, your Honor, that I submit this monthly report (the forty-seventh) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the November 20, 2013 omnibus hearing.

In the 28 days following the last prior report, Debtors served two additional ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 437. During the immediately past reporting period, Debtors achieved settlements with counterparties in nine ADR matters, eight as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $2,054,130,582 new dollars for the Debtors' estates. Settlements now have been achieved in 290 ADR matters involving 388 counterparties.

US_ACTIVE:\44369173\1\58399.0011

Honorable James M. Peck
November 20, 2013
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 129 ADR matters that have reached the mediation stage in Tier One and have been concluded, 120 have been settled in mediation.  Only nine Tier One mediations have terminated without settlement.  Fourteen additional Tier One mediations have been scheduled to commence on the following dates:  November 22 (2) and 26; December 3, 4, 5, 10 12, 13 (2) and 17, 2013; and January 9, 28 and 29, 2014.

Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Stephen Crane, Esq
     Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Jane Greenspan, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)