WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                      :
**In re**                                             :    **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :    **08-13555 (JMP)**
                                                      :
                              **Debtors.**            :    **(Jointly Administered)**
                                                      :
-------------------------------------------------------------------------------x
                                                      :
**In re**                                             :
                                                      :    **Case No.**
**LEHMAN BROTHERS INC.,**                             :
                                                      :    **08-01420 (JMP) (SIPA)**
                              **Debtor.**             :
                                                      :
-------------------------------------------------------------------------------x

## NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS SCHEDULED FOR
## CLAIMS HEARING ON NOVEMBER 22, 2013 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **Room 601**,
One Bowling Green, New York, NY 10004-1408

## <u>LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES</u>

**I.** **<u>STATUS CONFERENCE</u>:**

1.    Notice of Status Conference for Pending Claims Related to Restricted Stock Units
and Contingent Stock Awards [**ECF No. 41210**]

<u>Related Documents</u>:

A.    Letter to the Honorable James M. Peck from Richard J. Schager,
Jr. Regarding Request for Chambers Conference Regarding Claims
Related to Restricted Stock and Contingents Stock Awards, dated
October 9, 2013

B.    Letter to the Honorable James M. Peck from Ralph I. Miller
Regarding Request for Chambers Conference Regarding Claims
Related to Restricted Stock and Contingents Stock Awards, dated
October 18, 2013

C.    Letter to Claimants with Pending Compensation Claims from
Richard J. Schager, Jr. Regarding Status Conference for
Evidentiary Hearing Procedures [**ECF No. 41149**]

D.    Debtors' Fortieth Omnibus Objection to Claims (Late-Filed
Claims) [**ECF No. 11305**]

E.    Debtors' Seventy-Third Omnibus Objection to Claims (To
Reclassify Proofs of Claim as Equity Interests) [**ECF No. 13295**]

F.    Debtors' One Hundred Eighteenth Omnibus Objection to Claims
(to Reclassify Proofs of Claim as Equity Interests) [**ECF No.
15666**]

G.    Debtors' One Hundred Thirtieth Omnibus Objection to Claims (to
Reclassify Proofs of Claim as Equity Interests) [**ECF No. 16115**]

H.    Debtors' One Hundred Thirty-First Omnibus Objection to Claims
(to Reclassify Proofs of Claim as Equity Interests) [**ECF No.
16116**]

I.    Debtors' One Hundred Thirty-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 16530**]

J.    Debtors' One Hundred Thirty-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 16532**]

K.    Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 16808**]

L.    Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 19392**]

M.    Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [**ECF No. 19393**]

N.    Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [**ECF No. 19714**]

O.    Debtors' Two Hundred Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 20012**]

P.    Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) [**ECF No. 25059**]

Q.    Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 28433**]

R.    Three Hundred Fourteenth Omnibus Objection to Claims (Late-Filed Claims) [**ECF No. 28435**]

S.    Three Hundred Nineteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 28777**]

T.    Three Hundred Twenty-Ninth Omnibus Objection to Claims (Misclassified Claims) [**ECF No. 29324**]

U.    Three Hundred Forty-Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 30357**]

Status: This matter is going forward solely as a status conference to discuss procedures for an evidentiary hearing.

## II.    CONTESTED MATTERS:

2.    Debtors' One Hundred Seventeenth Omnibus Objection to Claims [**ECF No. 15363**]

Response Deadline:    May 18, 2011 at 4:00 p.m.

Response Received:

   A.    Response of Shashank Agrawal, Joanna Baricevic, and William Connors [**ECF No. 16910**]

Related Documents:

   B.    Notice of Hearing as to Certain Claims on the One Hundred Seventeenth Omnibus Objection to Claims [**ECF No. 41005**]

   C.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 41205**]

Status: This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing.  The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

3.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims [**ECF No. 19399**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Response Received:

   A.    Response of James Gardner, Rudolph Hlavek, and Rick Gabelman [**ECF No. 20141**]

Related Documents:

   B.    Notice of Hearing as to Certain Claims on the One Hundred Seventy-Third Omnibus Objection to Claims [**ECF No. 41006**]

   C.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 41205**]

Status: This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing.  The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

4.    Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims [**ECF No. 40939**]

Response Deadline:    November 14, 2013 at 4:00 p.m.

Responses Received:

A.    Limited Objection of QVT Fund LP, Quintessence Fund L.P. and Piney Branch Park Inc. [**ECF No. 41083**]

B.    Opposition of Highland CDO Opportunity Master Fund, L.P. [**ECF No. 41089**]

C.    Objection of DEPFA Bank Plc [**ECF No. 41091**]

D.    Objection of Russell Investments [**ECF No. 41099**]

E.    Objection of Ian Judd [**ECF No. 41103**]

F.    Objection of Kay Sehi-Emovon [**ECF No. 41104**]

G.    Objection of Barry O'Brien [**ECF No. 41107**]

H.    Objection of Charles W. Schoenherr

Related Documents:

I.    Omnibus Reply of Lehman Brothers Holdings Inc. to Objections [**ECF No. 41211**]

J.    Declaration of Thomas Behnke in Support of Motion [**ECF No. 41213**]

Status:  This matter is going forward on a contested basis.

5.    Caisse Des Dépôts Et Consignations' Second Motion For Entry of An Order to Permit a Late-Filed Proof of Claim [**ECF No. 39240**]

Response Deadline:    September 19, 2013 at 4:00 p.m.

Response Received:

A.    Objection of Lehman Brothers Holdings Inc. [**ECF No. 40164**]

Related Documents:

B.    Declaration of Michael Ferraro in Support of the Objection to Caisse des Dépôts et Consignations Second Motion [**ECF No. 40165**]

C.    Order Denying Without Prejudice the Motion of Caisse des Dépôts et Consignations to Permit a Late-Filed Claim [**ECF No. 25992**]

       D.       Caisse Des Dépôts Et Consignations Reply to the Objection Filed by Lehman Brothers Special Financing Inc. to the Motion Seeking an Order to Permit a Late-Filed Claim [**ECF No. 24519**]

       E.       Objection to Caisse Des Dépôts et Consignations Motion for Entry of an Order to Permit a Late-Filed Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [**ECF No. 19314**]

       F.       Motion to File Proof of Claim After Claims Bar Date on behalf of Caisse des Dépôts et Consignations [**ECF No. 18039**]

<u>Status</u>:  This matter is going forward on a contested basis.

**<u>MATTER TO BE HEARD AT 2:00 P.M.</u>**

6.      Plan Administrators Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage Association [**ECF No. 40244**]

<u>Response Deadline</u>:   October 28, 2013 at 4:00 p.m.

<u>Response Received</u>:

       A.       Federal National Mortgage Association's Response in Opposition to Plan Administrator's Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage Association [**ECF No. 40770**]

<u>Related Documents</u>:

       B.       Notice of Presentment of Stipulation Between the Federal National Mortgage Association and the Plan Administrator [**ECF No. 41074**]

       C.       Letter to the Honorable James M. Peck Regarding Objection 40244 [**ECF No. 41137**]

       D.       Plan Administrator's Reply to Section 510(b) Portion of Federal National Mortgage Association's Response to Plan Administrator's Objection to Claim [**ECF No. 41212**]

<u>Status</u>: This matter is going forward on a contested basis with respect to the 510(b) portion of the dispute only.

**III.**    **<u>ADJOURNED MATTERS</u>:**

**A.**    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

7.      Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) [**ECF No. 14492**]

<u>Response Deadline</u>:   March 16, 2011 at 4:00 p.m.

<u>Adjourned Response</u>:

> A.   Response of Deutsche Bank National Trust Company [**ECF No. 17879**]

<u>Related Documents</u>:

> B.   Declaration of Keri Reed in support of Debtors' Motion [**ECF No. 14502**]
>
> C.   Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 [**ECF No. 25371**]
>
> D.   Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims [**ECF No. 26901**]

<u>Status</u>:  The hearing on the objection to the claims identified on the *Notice of Adjournment Sine Die of Hearing of Debtors' Ninety-Seventh Omnibus Objection to Claims* filed on November 4, 2013 [ECF No. 40957] has been adjourned to a date to be determined.

8.   Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) [**ECF No. 16079**]

<u>Response Deadline</u>:   May 18, 2011 at 4:00 p.m.

<u>Adjourned Response</u>:

> A.   Response of Wilmington Trust Company [**ECF No. 17886**]

<u>Related Document</u>:

> B.   Declaration of Keri Reed in support of Debtors' Motion [**ECF No. 16080**]

<u>Status</u>:  The hearing on the objection to the claims identified on the *Notice of Adjournment Sine Die of Hearing of Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims* filed on November 1, 2013 [ECF No. 40946] has been adjourned to a date to be determined.

9.   Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. [**ECF No. 20087**]

<u>Response Deadline</u>:   October 17, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Syncora Guarantee, Inc. [**ECF No. 20915**]

Related Documents:   None.

Status:  The hearing on the objection to the claim identified on the *Notice of Adjournment Sine Die of Hearing of Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc.* filed on November 1, 2013 [ECF No. 40945] has been adjourned to a date to be determined.

10.    Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 27380**]

Response Deadline:   May 17, 2012 at 4:00 p.m.

Status: The hearing for Claim No. 24073 has been adjourned to December 19, 2013.

11.    Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34044**]

Response Deadline:   February 19, 2013 at 4:00 p.m.

Status:  This matter has been adjourned to December 19, 2013 at 10:00 a.m.

12.    Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34728**]

Response Deadline:   March 14, 2013 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Golden State Tobacco Securitization Corporation [**ECF No. 35918**]

    B.    Response of Tobacco Settlement Financing Corporation [**ECF No. 35919**]

Status:  This matter has been adjourned to December 19, 2013 at 10:00 a.m.

13.    Plan Administrators' Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [**ECF No. 37839**]

Response Deadline:   July 10, 2013 at 4:00 p.m.

Adjourned Response:

    A.    Response of Frank Tolin, Jr. [**ECF No. 39912**]

Related Documents:   None.

Status:  The hearing on the objection to the claim identified above has been adjourned to December 19, 2013 at 10:00 a.m.

14.     Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

Response Deadline:     July 18, 2013 at 4:00 p.m.

Related Documents:

    A.     Notice of Adjournment [**ECF No. 38867**]

    B.     Notice of Adjournment [**ECF No. 39379**]

    C.     Notice of Adjournment [**ECF No. 40209**]

    D.     Notice of Adjournment [**ECF No. 40632**]

    E.     Notice of Adjournment [**ECF No. 41191**]

Adjourned Responses:

    F.     Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 38911**]

    G.     Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 39281**]

    H.     Response of Wendy John [**ECF No. 38798**]

    I.     Supplemental Exhibits to Response of Wendy John [**ECF No. 40206**]

Status: The hearing on the objection to the claims identified on the *Notice of Adjournment of Four Hundred Eighteenth Omnibus Objection to* Claims filed on November 19, 2013 [ECF No. 41191] has been adjourned to December 19, 2013 at 10:00 a.m.

15.     Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 38018**]

Response Deadline:     July 18, 2013 at 4:00 p.m.

Status: The hearing for Claim Nos. 21440 and 21441 has been adjourned to December 19, 2013.

16.    Plan Administrators' Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:    September 11, 2013 at 4:00 p.m.

Adjourned Response:

    A.    Letter to the Court dated October, 31, 2013, enclosing Answer to Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 41101**]

Status: The hearing on the objection to the claim identified above has been adjourned to December 19, 2013 at 10:00 a.m.

17.    Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 39570**]

Response Deadline:    September 19, 2013 at 4:00 p.m.

Status:  The hearing has been adjourned to December 19, 2013.

18.    Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40066**]

Response Deadline:    October 15, 2013 at 4:00 p.m.

Response Received:

    A.    Opposition of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No.  40550**]

Related Documents:

    B.    Response of LBHI to Letter Motion of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Stay Proceedings in the Bankruptcy Court Pending the District Court's Determination of the Motion to Withdraw the Reference [**S.D.N.Y. Case No. 13-civ-07481, ECF No. 16**]

    C.    Letter Motion of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Stay Proceedings in the Bankruptcy Court Pending the District Court's Determination of the Motion to Withdraw the Reference, [**S.D.N.Y. Case No. 13-civ-07481, ECF No. 14**]

D.   Reply in Support of Motion to Classify and Allow the Claim filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) In LBHI Class 3 [**ECF No. 40630**]

E.   Notice of Motion to Withdraw the Reference by the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation [**ECF No. 40567-1**]

F.   Memorandum in Support of the Motion of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Withdraw the Reference [**ECF No. 40567**]

G.   Declaration of Nancy G. Milburn in Support of Motion [**ECF No. 40568**]

H.   Paragraph 60 of the Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [**ECF No. 23023**]

I.   Stipulation and Agreement by and Among Fannie Mae, Freddie Mac and the Debtors Regarding the Debtors' Third Amended Plan [**ECF No. 22998**]

J.   Pages 1951-1956 of the Report of Anton R. Valukas, Examiner [**ECF No. 7531**]

Status:  The hearing has been adjourned to December 19, 2013.

19.   Plan Administrators' Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [**ECF No. 40292**]

Response Deadline:   November 6, 2013 at 4:00 p.m.

Adjourned Response:

A.   Response of Arthur A. Boor and Joan Boor [**ECF No. 40991**]

B.   Response of Arthur A. Boor and Joan Boor [**ECF No. 40992**]

Status: The hearing on the objection to the claim identified above has been adjourned to December 19, 2013 at 10:00 a.m.

20.   Four Hundred Fortieth Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 40472**]

Response Deadline:   November 14, 2013 at 4:00 p.m.
                     December 14, 2013 at 4:00 p.m. (Claim Nos. 18002, 18003, 25978, and 25981)

Status: The hearing for Claim Nos. 18002, 18003, 25978, and 25981 has been adjourned to December 19, 2013 at 10:00 a.m.

21.     Four Hundred Forty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 40473**]

Response Deadline:     November 14, 2013 at 4:00 p.m.

Status: The hearing for Claim Nos. 26512 and 26513 has been adjourned to a date to be determined.

22.     Motion of EFETnet B.V. to Authorize Late-Filed Proof of Claim and/or Permit Amendment of Informal Proof of Claim Against Lehman Brothers Commodity Services, Inc. [**ECF No. 40004**]

Response Deadline:     October 17, 2013 at 4:00 p.m.

Response Received:

    A.     Objection of Lehman Brothers Holdings Inc. to EFETnet, B.V.'s Motion [**ECF No. 40545**]

Related Document:

    B.     Declaration of Herb Baer of Epiq Bankruptcy Solutions, LLC with Respect to Motion of EFETnet, B.V. [**ECF No. 40548**]

Status:  This matter has been adjourned to December 19, 2013 at 10:00 a.m.

23.     Four Hundred Forty-Third Omnibus Objection to Claims (Valued Claims) [**ECF No. 40475**]

Response Deadline:     November 14, 2013 at 4:00 p.m.

Adjourned Response:

    A.     Response of Guam Economic Development Authority [**ECF No. 41090**]

Status: The hearing has been adjourned to December 19, 2013 solely as to the Response of Guam Economic Development Authority and the claims of BG Energy Merchants, LLC.

**B.     Lehman Brothers Inc. Proceeding**

24.     Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

Response Deadline:     May 20, 2013 at 4:00 p.m.

Response Received:

> A.   Response of Zameer Khan [**Not Docketed at LBI ECF**]

Related Documents:

> B.   Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6563**]

> C.   Notices of Adjournment [**LBI ECF Nos. 6520, 6762, 7311, 7699**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

25.   Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6131**]

Response Deadline:   May 20, 2013 at 4:00 p.m.

Responses Received:

> A.   Response of David Tribou [**LBI ECF No. 6230**]

> B.   Response of Walter A. Bogumil, Jr., IRA [**LBI ECF No. 6232**]

Related Documents:

> C.   Order Granting the Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6574**]

> D.   Notices of Adjournment [**LBI ECF Nos. 6529, 6763, 7312, 7700**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

26.   Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6157**]

Response Deadline:   May 24, 2013 at 4:00 p.m.

Responses Received:

> A.   Response of Wayne Croner [**LBI ECF No. 6231**]

> B.   Response of Leona and Tom Beck [**LBI ECF No. 6348**]

> C.   Response of Charles Bisgaier [**LBI ECF No. 6551**]

Related Documents:

        D.      Order Granting the Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6573**]

        E.      Notices of Adjournment [**LBI ECF Nos. 6541, 6764, 7313, 7701, 7702**]

      <u>Status</u>: This matter has been adjourned to December 19, 2013 at 10:00 a.m. as to Mr. Croner's and the Becks' claims and adjourned to January 8, 2014 at 10:00 a.m. as to Mr. Bisgaier's claim.

27.     Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6295**]

     <u>Response Deadline</u>:   June 20, 2013 at 4:00 p.m.

     <u>Response Received</u>:

        A.      Response of James G. McErlean [**LBI ECF No. 6590**]

     <u>Related Documents</u>:

        B.      Order Granting the Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6792**]

        C.      Notices of Adjournment [**LBI ECF Nos. 6750, 7296, 7703**]

     <u>Status</u>: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

28.     Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6341**]

     <u>Response Deadline</u>:   June 27, 2013 at 4:00 p.m.

     <u>Response Received</u>:

        A.      Response of Heywood Zeidman [**LBI ECF No. 6691**]

     <u>Related Documents</u>:

        B.      Order Granting the Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6803**]

        C.      Notices of Adjournment [**LBI ECF Nos. 6751, 7297, 7704**]

     <u>Status</u>: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

29.     Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6566**]

Response Deadline:    July 10, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Joseph Stanaitis [**LBI ECF No. 6818**]

Related Documents:

      B.      Order Granting the Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6971**]

      C.      Notice of Withdrawal [**LBI ECF No. 7306**]

      D.      Certificate of No Objection [**LBI ECF No. 7684**]

      E.      Notices of Adjournment [**LBI ECF Nos. 6921, 7307, 7705**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

30.      Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6682**]

Response Deadline:    July 23, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Judith E. Blackshire [**LBI ECF No. 6850**]

Related Documents:

      B.      Order Granting the Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7059**]

      C.      Notices of Adjournment [**LBI ECF Nos. 7009, 7314, 7706**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

31.      Trustee's Ninety-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6684**]

Response Deadline:    July 23, 2013 at 4:00 p.m., extended for certain parties to August 6, 2013 at 4:00 p.m.

Response Received:

      A.      Response of William and Colleen Noyes [**LBI ECF No. 6855**]

Related Documents:

B.    Order Granting the Trustee's Ninety-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7054**]

C.    Notices of Adjournment [**LBI ECF Nos. 6981, 7315, 7558**]

Status: This matter has been adjourned to January 8, 2014 at 10:00 a.m.

32.    Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6699**]

Response Deadline:    July 24, 2013 at 4:00 p.m., extended for certain parties to July 31, 2013 at 4:00 p.m.

Response Received:

A.    Response of Donald A. Perata [**LBI ECF No. 6863**]

Related Documents:

B.    Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7057**]

C.    Supplemental Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7365**]

D.    Notices of Adjournment [**LBI ECF Nos. 6980, 7316, 7707**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

33.    Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6811**]

Response Deadline:    August 6, 2013 at 4:00 p.m.

Response Received:

A.    Response of Henry Grossman [**LBI ECF No. 6944**]

Related Documents:

B.    Order Granting the Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7096**]

C.    Notices of Adjournment [**LBI ECF Nos. 7040, 7337, 7708**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

34.     Trustee's One Hundred Twelfth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6847**]

Response Deadline:     August 9, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received:

   A.     Response of Robert D. Morrison [**LBI ECF No. 7016**]

   B.     Response of John H. Lang [**LBI ECF No. 7017**]

   C.     Response of Mannes M. Shalowitz [**Not Docketed at LBI ECF**]

   D.     Response of John J. McDougall [**LBI ECF No. 7215**]

   E.     Response of Mary Camilli-Bernay [**LBI ECF No. 7501**]

Related Documents:

   F.     Notice of Amended Response Deadline [**LBI ECF No. 6939**]

   G.     Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

   H.     Notice of Adjournment [**LBI ECF No. 7618**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

35.     Trustee's One Hundred Thirteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6865**]

Response Deadline:     August 13, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

   A.     Notice of Amended Response Deadline [**LBI ECF No. 6909**]

   B.     Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

   C.     Notice of Adjournment [**LBI ECF No. 7618**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

36.     Trustee's One Hundred Fourteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6866**]

Response Deadline:   August 13, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

> A.    Notice of Amended Response Deadline [**LBI ECF No. 6909**]
>
> B.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]
>
> C.    Notice of Adjournment [**LBI ECF No. 7618**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

37.   Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6906**]

Response Deadline:   August 21, 2013 at 4:00 p.m.

Response Received:

> A.    Response of John and Delight Eilering [**LBI ECF No. 7169**]

Related Documents:

> B.    Order Granting the Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7286**]
>
> C.    Notices of Adjournment [**LBI ECF Nos. 7230, 7709**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

38.   Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6918**]

Response Deadline:   August 22, 2013 at 4:00 p.m.

Responses Received:

> A.    Response of Bouef Limited [**LBI ECF No. 7103**]
>
> B.    Response of Theodore Pearlman [**LBI ECF No. 7076**]

Related Documents:

> C.    Order Granting the Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7277**]

        D.      Notices of Adjournment [**LBI ECF Nos. 7231, 7710, 7717**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m. as Mr. Pearlman's claim and adjourned to February 27, 2014 at 10:00 a.m. as to Bouef Limited's claim.

39.    Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7008**]

Response Deadline:    September 3, 2013 at 4:00 p.m.

Response Received:

        A.      Response of Kavita Nakra [**LBI ECF No. 7216**]

Related Documents:

        B.      Order Granting the Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7278**]

        C.      Notices of Adjournment [**LBI ECF Nos. 7237, 7711**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

40.    Trustee's Objection to the General Creditor Claim of Lawrence Fogarazzo, et al. [**LBI ECF No. 7078**]

Response Deadline:    September 12, 2013 at 4:00 p.m., extended to September 25, 2013

Response Received:

        A.      Lead Plaintiffs' Response [**LBI ECF No. 7345**]

Related Documents:

        B.      Notices of Adjournment [**LBI ECF No. 7414, 7548**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

41.    Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7185**]

Response Deadline:    September 27, 2013 at 4:00 p.m.

Response Received:

        A.      Response of Louise Brodsky [**Not Docketed at LBI ECF**]

Related Documents:

      B.      Order Granting One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7483**]

      C.      Notices of Adjournment [**LBI ECF No. 7448, 7712**]

<u>Status</u>: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

42.    Trustee's One Hundred Thirty-Eighth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 7264**]

<u>Response Deadline</u>:    October 24, 2013 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Document</u>:

      A.      Notice of Adjournment [**LBI ECF No. 7618**]

<u>Status</u>: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

43.    Trustee's One Hundred Thirty-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7279**]

<u>Response Deadline</u>:    October 9, 2013 at 4:00 p.m.

<u>Response Received</u>:

      A.      Response of Patricia Pope [**Not Docketed at LBI ECF**]

<u>Related Documents</u>:

      B.      Order Granting One Hundred Thirty-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7607**]

      C.      Notices of Adjournment [**LBI ECF No. 7559, 7713**]

<u>Status</u>: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

44.    Trustee's One Hundred Forty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7335**]

<u>Response Deadline</u>:    October 15, 2013 at 4:00 p.m., extended for certain parties to December 8, 2013 at 4:00 p.m.

<u>Response Received</u>:

      A.      Response of Bhanot V. Mohan [**LBI ECF No. 7663**]

<u>Related Documents</u>:

        B.      Order Granting One Hundred Forty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7662**]

        C.      Notice of Adjournment [**LBI ECF No. 7619**]

<u>Status</u>: This matter has been adjourned to January 8, 2014 at 10:00 a.m.

45.    Trustee's One Hundred Forty-Third Omnibus Objection to General Creditor Claims (Non-LBI Employee Claims) [**LBI ECF No. 7336**]

    <u>Response Deadline</u>:    October 15, 2013 at 4:00 p.m., extended for certain parties to December 4, 2013 at 4:00 p.m.

    <u>Responses Received</u>:

        A.      Response of James R. Chapman [**LBI ECF No. 7664**]

        B.      Response of David J Covey [**LBI ECF No. 7495**]

        C.      Response of Jason Imperato [**LBI ECF No. 7470**]

    <u>Related Documents</u>:

        D.      Order Granting One Hundred Forty-Third Omnibus Objection to General Creditor Claims (Non-LBI Employee Claims) [**LBI ECF No. 7661**]

        E.      Notice of Adjournment [**LBI ECF No. 7614**]

<u>Status</u>: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

46.    Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

    <u>Response Deadline</u>:    October 23, 2013 at 4:00 p.m., extended for certain parties to October 30, 2013 at 4:00 p.m.

    <u>Response Received</u>:

        A.      Response of Terry G. Reckas [**Not Docketed at LBI ECF**]

    <u>Related Documents</u>:

        B.      Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7672**]

        C.      Notice of Adjournment [**LBI ECF No. 7633**]

<u>Status</u>: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

47.    Trustee's One Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 7388**]

Response Deadline:    October 24, 2013 at 4:00 p.m.

Responses Received:  None.

Related Document:

      A.    Notice of Adjournment [**LBI ECF No. 7618**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m.

48.    Trustee's One Hundred Forty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7399**]

Response Deadline:    October 29, 2013 at 4:00 p.m.

Response Received:

      A.    Response of Sandra J. Valade [**LBI ECF No. 7561**]

Related Documents:

      B.    Certificate of No Objection [**LBI ECF No. 7685**]

      C.    Notice of Adjournment [**LBI ECF No. 7683**]

Status: This matter has been adjourned to December 19, 2013 at 10:00 a.m. solely as to the claim of Ms. Valade.

49.    Trustee's Motion for an Order (1) Confirming the Trustees Denial of SIPA Customer Status to Claren Road Credit Master Fund Ltd, and (2) Subordinating the Claim [**LBI ECF No. 7539**]

Response Deadline:    November 8, 2013 at 4:00 p.m.

Response Received:

      A.    Objection to Motion by Claren Road Credit Master Fund, Ltd. [**LBI ECF No. 7625**]

Related Documents:

      B.    Declaration of Ramsey Chamie in Support of Trustee's Motion [**LBI ECF No. 7540**]

      C.    Notice of Adjournment [**LBI ECF No. 7678**]

Status: This matter has been adjourned to January 8, 2014 at 10:00 a.m.

Dated:  November 21, 2013
        New York, New York

  /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  November 21, 2013
        New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.