# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.                    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **Värde Investment Partners, L.P.** | **JPMorgan Chase Bank, N.A.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

8500 Normandale Lake Boulevard
Suite 1500
Minneapolis, MN 55437
Attn: Edwina P.J. Steffe*r*
e-mail: *esteffer@varde.com*

Last Four Digits of Acct. #:

Court Claim No.: 18898

Amount of Claim Transferred: $1,000,000.00, plus all accrued interest, fees and other recoveries due.

Date Claim Filed: September 18, 2009

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**

**By: Värde Investment Partners G.P., LLC, its general partner**
**By: Värde Partners, L.P., its managing member**
**By: Värde Partners, Inc., its general partner**

By: _____            Date: 4/21/13
Name:    **Scott T. Hartman**
Title:     **Managing Director**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.                    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 18898 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on       .

| | |
|---|---|
| **JPMorgan Chase Bank, N.A.** | **Värde Investment Partners, L.P.** |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee |
| JPMorgan Chase Bank, N.A. | 8500 Normandale Lake Boulevard |
| Mail Code: NY1-M138 | Suite 1500 |
| 383 Madison Avenue, Floor 37 | Minneapolis, MN 55437 |
| New York, New York 10179 | Attn: Edwina P.J. Steffer |
| ATTN: Jeffrey L. Panzo | E-mail: *esteffer@varde.com* |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____         _____
                                                      CLERK OF THE COURT

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association, with offices located at JPMorgan Chase Bank, N.A., Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Purchase and Sale Agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Varde Investment Partners, L.P.**, its successors and assigns, with offices located at c/o Varde Partners Inc., 8500 Normandale Lake Blvd., Minneapolis, MN 55437, Attn: Edwina P.J. Steffer ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,000,000.00, docketed as Claim No. 18898 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

**JPMORGAN CHASE BANK, N.A.**

By: _____
(Signature of authorized corporate officer)
Name: _____  Alexander Wilk
Title: _____
Date: _____  11-13-13

**VARDE INVESTMENT PARTNERS, L.P.**
By:  Värde Investment Partners G.P., LLC,
Its General Partner
By:  Värde Partners, L.P., Its Managing Member
By:  Värde Partners, Inc., Its General Partner

By: _____
(Signature of authorized corporate officer)
Name: _____
Title: _____  Scott T. Hartman
Date: _____  Managing Director
                10/25/2013

J:\CLS\Claims\Lehman\(LBAH)\(LBAH) JPM to Varde [1697576] 9.6.13TD, 1M\EOT (LBAH) JPM to Varde [1697576] 9.6.13TD, 1M.docx