**BARBARA M. ROTH (Formerly FARAH)**
1216 S. MISSOURI AVENUE, #414
CLEARWATER, FL 33756
727-348-4751/E-MAIL: bmral14@yahoo.com

November 15, 2013

*VIA PRIORITY MAIL/SIGNATURE CONFIRMATION*
Honorable James M. Peck
United States Bankruptcy Judge
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004
(cc:  Ms. Linda Calveron & Ms. Mary Lopez)

RE:     **Lehman Brothers Bankruptcy Case #08-13555**
        **July 19, 2013** – Lehman Brothers ("LB") Letter - Aetna Insurance Coverage for Former Employees on Long Term Disability ("LTD"); Termination of Major Medical Benefits Premiums (the "BENEFITS"), Effective, December 31, 2013.

        **Additional Supporting Documentation:**
        March 14 -16, 2006 - Lehman Brothers Benefits Service Department E-Mails - Ms. Kristen Peterson -Medco Replacement Card (Medical) & LTD Benefits – Unum Providence & Kathy Smithline - Met Life (**EXHIBIT X**).
        March 20, 2006 - Lehman Brothers Benefits Service Department E-Mails – Ms. Kristen Peterson – Medical & LTD Benefit Questions and Confirmation of Entitlement of Benefits (**EXHBIT Y**).
        **Lehman Brothers E-Mails** – Ms. Carol Rado - Veba Trustee, HR – November 15, 2013 – Confirmation E-Mails Receipt (**Exhibit Z**)

Dear Honorable James M Peck:

Per my telephone discussion today with Ms. Mary Lopez, regarding Lehman Brothers Bankruptcy Case #08-13555; please find enclosed **additional** supporting documentation illustrating my claim to substantiate that I am vested and entitled to continue to receive my Long Term Disability ("LTD") Comprehensive Major Medical Coverage Plan Benefits, as outlined in various E-Mails forwarded to Ms. Kristen Peterson, Lehman Brothers Benefits Service Department, dated March 14 - 16, 2006, (**Exhibit X**) and March 20, 2006, (**Exhibit Y**), which I have forwarded via E-Mail to Ms. Carol Rado, Veba Trustee, at Lehman Brothers Holdings Inc. for review, whereby I have attached a hard copy duplication of confirmation from Ms. Rado (**Exhibit Z**); pertaining to Lehman Brothers Holdings Inc. ("LBHI") Bankruptcy Case, under Chapter 11 of the US Bankruptcy Code, filed September 15, 2008, whereby Lehman Brothers, July 19, 2013, letter states, Termination of my Long Term Disability ("LTD") Major Medical Benefits Premiums (the "BENEFITS") through Aetna, on December 31, 2013, but will continue to fund my Long Term Disability ("LTD") Monthly Salary Payments through UNUM.

Can you please add the attached information to the initial dissemination of documents in the package and letter forwarded to you, dated November 11, 2013, and received via priority mail on November 14, 2013, so the file can be consolidated and represent one entire document for the record?

Thank you in advance for your time, attention and cooperation and I look forward to hearing a favorable and satisfactory resolution.

Sincerely,

*[signature]*
Barbara M. Roth
BMR/Enclosures:  14 pages

RECEIVED
NOV 18 2013
U.S. BANKRUPTCY COURT, SDNY

**Exhibits**
LB Benefits Service Department E-Mails – Ms. Kristen Peterson – March 14-16, 2006 – Medco Replacement Card (Medical)
  & Long Term Disability ("LTD") Benefits – Unum Providence & Kathy Smithline at Met Life (**EXHIBIT X**).
Lehman Brothers Benefits Service Department E-Mails – Ms. Kristen Peterson – March 20, 2006 – Medical & LTD Benefit
  Questions and Confirmation of Entitlement of Benefits (**EXHBIT Y**) and;
Lehman Brothers E-Mails – Ms. Carol Rado - Veba Trustee, HR – November 15, 2013 – Confirmation E-Mails Receipt (**Exhibit Z**)

cc:  Leonard H. Gerson, Esq.                        Ms. Carol Rado
     Plan Benefits Security Division, Office of the Solicitor   Veba Trustee – Human Resources
     Department of Labor                            Lehman Brothers Holdings Inc.
     P.O. Box 1914                                  1271 Avenue of the Americas, 39th Fl
     Washington, DC 20013                           New York, NY 10020
     (202) 693-5615/ E-Mail: Gerson.Leonard@dol.gov  646-285-9237 (O)/E-Mail: carol.rado@lehmanholdings.com

C:/MyDocuments/LehmanBrothersBankruptcy/HonorableJamesM.PeckLtr.Nov15,2013.doc

**Subject:** RE: Medco Replacement Card
**From:** Benefits Service Center (bservices@lehman.com)
**To:** bmral14@yahoo.com;
**Cc:** bservices@lehman.com;
**Date:** Thursday, March 16, 2006 6:28 PM

Barbara,

Kathy informed me that she had spoken with you and as you are receiving benefit from Unum Providence, she didn't have much information for you. It is correct that LTD does terminate upon turning age 65. At that time you can contact Fidelity at 866-534-6266 to start receiving your pension benefit. As far anything that may be available through social security you can contact your local social security office for information.

Thank you!
Kristen

-----Original Message-----
From: Barbara Roth [mailto:bmral14@yahoo.com]
Sent: Tuesday, March 14, 2006 10:03 AM
To: Benefits Service Center
Subject: RE: Medco Replacement Card

Dear Kristen:

Thank you for your telephone message and assistance yesterday regarding Medco's insurance card. I understand Lehman & Medco's postion for denying a replacement card with a new number.

In addition, I was wondering whether you were able to contact Kathy Smithline @ Met Life concerning my disability benefits which terminate with Unum Providence @ age 65, as I have left several messages for her last month and to date haven't had a response.

To reiteriate, currently, I am receiving 60% of my salary through SSD and Unum Providence. Does SSD replenish the loss of income from Unum Providence @ age 65, since I have enough work credits, or is the balance split between my pension plan with Lehman (since I am vested) and SSD to cover the loss of income?

I would appreciate your assistance and look forward to receiving a reply from you.

Thank you in advance for your attention and cooperation.

Sincerely,

==Barbara Roth==
bmral14@yahoo.com
(727) 278-2576

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

---

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

**EXHIBIT Y**

**Subject:** RE: Fidelity - Pension
**From:** Benefits Service Center (bservices@lehman.com)
**To:** bmral14@yahoo.com;
**Cc:** bservices@lehman.com;
**Date:** Monday, March 20, 2006 5:37 PM



Barbara,



Upon your termination from Long Term Disability, you will have the option to continue your health benefits under COBRA for 18 months after your date of termination.

Thank you!
Kristen

-----Original Message-----
From: Barbara Roth [mailto:bmral14@yahoo.com]
Sent: Monday, March 20, 2006 10:12 AM
To: Benefits Service Center
Subject: RE: Fidelity - Pension



Dear Kristen:

Thank you for the information regarding Fidelity, as I will contact them for further input regarding my pension benefits. I had a question regarding my Long Term Disability Comprehensive Major Medical Coverage Plan benefits as well.



Since, I am receiving my Long Term Disability benefits with First Unum and am eligible until the age of 65, at which time they cease (April 3, 2028), what happens with my secondary medical coverage with Aetna and Medco? Does Aetna and Medco cease as well or do I have an option to convert to another policy or purchase other coverage with a discount, since Medicare is my primary coverage presently?

Any input would be greatly appreciated.

Thank you in advance for your attention and cooperation.

Sincerely,
Barbara Roth
--- Benefits Service Center <bservices@lehman.com>



http://us-mg5.mail.yahoo.com/neo/launch?.rand=66of96vusbua8                    11/13/2013

wrote:

> Barbara,
>
> Kathy informed me that she had spoken with you and
> as you are receiving
> benefit from Unum Providence, she didn't have much information for
> you. It is correct that LTD does terminate upon turning
> age 65. At that time
> you can contact Fidelity at 866-534-6266 to start
> receiving your pension
> benefit. As far anything that may be available
> through social security
> you can contact your local social security office
> for information.
>
> Thank you!
> Kristen
>
> -----Original Message-----
> From: Barbara Roth [mailto:bmral14@yahoo.com]
> Sent: Tuesday, March 14, 2006 10:03 AM
> To: Benefits Service Center
> Subject: RE: Medco Replacement Card
>
> Dear Kristen:
>
> Thank you for your telephone message and assistance
> yesterday regarding
> Medco's insurance card. I understand Lehman &
> Medco's postion for
> denying a replacement card with a new number.
>
> In addition, I was wondering whether you were able
> to contact Kathy
> Smithline @ Met Life concerning my disability
> benefits which terminate
> with Unum Providence @ age 65, as I have left
> several messages for her
> last month and to date haven't had a response.
>
> To reiteriate, currently, I am receiving 60% of my
> salary through SSD
> and Unum Providence. Does SSD replenish the loss of
> income from Unum
> Providence @ age 65, since I have enough work
> credits, or is the balance
> split between my pension plan with Lehman (since I
> am vested) and SSD to
> cover the loss of income?
>

> I would appreciate your assistance and look forward
> to receiving a reply
> from you.
>
> Thank you in advance for your attention and
> cooperation.
>
> Sincerely,
> Barbara Roth
> bmral14@yahoo.com
> (727) 278-2576
>
>
>
> _____
> Do You Yahoo!?
> Tired of spam? Yahoo! Mail has the best spam
> protection around
> http://mail.yahoo.com
>
>
>
>
>
--------------------------------------------------------------------
------
> This message is intended only for the personal and confidential use of
> the designated recipient(s) named above. If you are not the intended
> recipient of this message you are hereby notified that any
> review, dissemination, distribution or copying of
> this message is strictly prohibited. This
> communication is for information purposes only and
> should not be regarded as an offer to sell or as a
> solicitation of an offer to buy any financial
> product, an official confirmation of any
> transaction, or as an official statement of Lehman
> Brothers. Email transmission cannot be guaranteed
> to be secure or error-free. Therefore, we do not
> represent that this information is complete or
> accurate and it should not be relied upon as such.
> All information is subject to change without notice.
>
>

_____
Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

http://us-mg5.mail.yahoo.com/neo/launch?.rand=66of96vusbua8                    11/13/2013

---

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

Print                                                        EXHIBIT Z

**Subject:** RE: RE: Medco Replacement Card
**From:** Rado, Carol (carol.rado@lehmanholdings.com)
**To:** bmral14@yahoo.com;
**Date:** Friday, November 15, 2013 8:56 AM

Thank you, confirming receipt of email.

**From:** Barbara [mailto:bmral14@yahoo.com]
**Sent:** Thursday, November 14, 2013 11:28 PM
**To:** Rado, Carol
**Subject:** Fw: RE: Medco Replacement Card

Dear Ms. Rado:

Per our telephone conversation this week and the documentation I forwarded to you via priority mail, regarding my claim substantiating being vested and entitled to continue to receive medical benefits, I have located additional information illustrating such, which I will forward via e-mail under separate cover to be added to the records for review. Can you please notify me upon receipt of the emails by telephone as my internet connection has limited usage due to construction here?

Thank you in advance for your time, attention and cooperation, but more importantly for making this a top priority, as I sincerely appreciate your efforts.

Sincerely,
Barbara Roth
727 348 4751

Sent from Yahoo! Mail on Android

**From:** Benefits Service Center <bservices@lehman.com>;
**To:** <bmral14@yahoo.com>;
**Cc:** Benefits Service Center <bservices@lehman.com>;
**Subject:** RE: Medco Replacement Card
**Sent:** Thu, Mar 16, 2006 10:28:02 PM

http://us-mg5.mail.yahoo.com/neo/launch?reason=ignore&rs=1                                    11/15/2013

Barbara,

Kathy informed me that she had spoken with you and as you are receiving benefit from Unum Providence, she didn't have much information for you. It is correct that LTD does terminate upon turning age 65. At that time you can contact Fidelity at 866-534-6266 to start receiving your pension benefit. As far anything that may be available through social security you can contact your local social security office for information.

Thank you!
Kristen

-----Original Message-----
From: Barbara Roth [mailto:bmral14@yahoo.com]
Sent: Tuesday, March 14, 2006 10:03 AM
To: Benefits Service Center
Subject: RE: Medco Replacement Card

Dear Kristen:

Thank you for your telephone message and assistance yesterday regarding Medco's insurance card. I understand Lehman & Medco's postion for denying a replacement card with a new number.

In addition, I was wondering whether you were able to contact Kathy Smithline @ Met Life concerning my disability benefits which terminate with Unum Providence @ age 65, as I have left several messages for her last month and to date haven't had a response.

To reiteriate, currently, I am receiving 60% of my salary through SSD and Unum Providence. Does SSD replenish the loss of income from Unum Providence @ age 65, since I have enough work credits, or is the balance split between my pension plan with Lehman (since I am vested) and SSD to cover the loss of income?

I would appreciate your assistance and look forward to receiving a reply from you.

Thank you in advance for your attention and cooperation.

Sincerely,
Barbara Roth
bmral14@yahoo.com
(727) 278-2576

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

---------------------------------------------------------------------------
This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.


Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

**Subject:** RE: RE: Fidelity - Pension
**From:** Rado, Carol (carol.rado@lehmanholdings.com)
**To:** bmral14@yahoo.com;
**Date:** Friday, November 15, 2013 8:56 AM

Thank you, confirming receipt of this email.

From: Barbara [mailto:bmral14@yahoo.com]
Sent: Thursday, November 14, 2013 11:33 PM
To: Rado, Carol
Subject: Fw: RE: Fidelity - Pension

Dear Ms. Rado,

Here is the second e-mail pertaining to the previous email sent to you.

Thank you.

Sincerely,
Barbara Roth

Sent from Yahoo! Mail on Android

From: Benefits Service Center <bservices@lehman.com>;
To: Barbara Roth <bmral14@yahoo.com>;
Cc: Benefits Service Center <bservices@lehman.com>;
Subject: RE: Fidelity - Pension
Sent: Mon, Mar 20, 2006 9:37:31 PM

Barbara,

Upon your termination from Long Term Disability, you will have the option to continue your health benefits under COBRA for 18 months after your date of termination.

http://us-mg5.mail.yahoo.com/neo/launch?reason=ignore&rs=1                        11/15/2013

Thank you!
Kristen

-----Original Message-----
From: Barbara Roth [mailto:bmral14@yahoo.com]
Sent: Monday, March 20, 2006 10:12 AM
To: Benefits Service Center
Subject: RE: Fidelity - Pension


Dear Kristen:

Thank you for the information regarding Fidelity, as I
will contact them for further input regarding my
pension benefits. I had a question regarding my Long
Term Disability Comprehensive Major Medical Coverage
Plan benefits as well.

Since, I am receiving my Long Term Disability benefits
with First Unum and am eligible until the age of 65,
at which time they cease (April 3, 2028), what happens
with my secondary medical coverage with Aetna and
Medco? Does Aetna and Medco cease as well or do I
have an option to convert to another policy or
purchase other coverage with a discount, since
Medicare is my primary coverage presently?

Any input would be greatly appreciated.

Thank you in advance for your attention and
cooperation.

Sincerely,
Barbara Roth
--- Benefits Service Center <bservices@lehman.com>
wrote:

> Barbara,
>
> Kathy informed me that she had spoken with you and
> as you are receiving
> benefit from Unum Providence, she didn't have much information for
> you. It is correct that LTD does terminate upon turning
> age 65. At that time
> you can contact Fidelity at 866-534-6266 to start
> receiving your pension
> benefit. As far anything that may be available
> through social security
> you can contact your local social security office
> for information.
>

> Thank you!
> Kristen
>
> -----Original Message-----
> From: Barbara Roth [mailto:bmral14@yahoo.com]
> Sent: Tuesday, March 14, 2006 10:03 AM
> To: Benefits Service Center
> Subject: RE: Medco Replacement Card
>
> Dear Kristen:
>
> Thank you for your telephone message and assistance
> yesterday regarding
> Medco's insurance card. I understand Lehman &
> Medco's postion for
> denying a replacement card with a new number.
>
> In addition, I was wondering whether you were able
> to contact Kathy
> Smithline @ Met Life concerning my disability
> benefits which terminate
> with Unum Providence @ age 65, as I have left
> several messages for her
> last month and to date haven't had a response.
>
> To reiteriate, currently, I am receiving 60% of my
> salary through SSD
> and Unum Providence. Does SSD replenish the loss of
> income from Unum
> Providence @ age 65, since I have enough work
> credits, or is the balance
> split between my pension plan with Lehman (since I
> am vested) and SSD to
> cover the loss of income?
>
> I would appreciate your assistance and look forward
> to receiving a reply
> from you.
>
> Thank you in advance for your attention and
> cooperation.
>
> Sincerely,
> Barbara Roth
> bmral14@yahoo.com
> (727) 278-2576
>
>
>
> _____
> Do You Yahoo!?

> Tired of spam?  Yahoo! Mail has the best spam
> protection around
> http://mail.yahoo.com
>
>
>
>
>
---------------------------------------------------------------------
------
> This message is intended only for the personal and confidential use of

> the designated recipient(s) named above.  If you are not the intended
> recipient of this message you are hereby notified that any
> review, dissemination, distribution or copying of
> this message is strictly prohibited.  This
> communication is for information purposes only and
> should not be regarded as an offer to sell or as a
> solicitation of an offer to buy any financial
> product, an official confirmation of any
> transaction, or as an official statement of Lehman
> Brothers.  Email transmission cannot be guaranteed
> to be secure or error-free.  Therefore, we do not
> represent that this information is complete or
> accurate and it should not be relied upon as such.
> All information is subject to change without notice.
>
>

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

---------------------------------------------------------------------------
This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments

transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.