WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                    :

**In re**                        :          **Chapter 11 Case No.**
                                      :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :      **08-13555 (JMP)**
                                      :

                    **Debtors.**        :      **(Jointly Administered)**
                                      :
-------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS**
**OBJECTIONS SCHEDULED FOR HEARING ON NOVEMBER 22, 2013**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

          Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

          1.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "Plan Administrator"), filed the following motions

US_ACTIVE:\44374686\1\58399.0011

and omnibus claims objections (collectively, the "Claims Objections") with the Court for hearing

on or before November 22, 2013:

    (a)    Four Hundred Thirty-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 40471]

    (b)    Four Hundred Fortieth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 40472]

    (c)    Four Hundred Forty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 40473]

    (d)    Four Hundred Forty-Second Omnibus Objection to Claims (Settled Derivatives Claims) [ECF No. 40474]

    (e)    Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 40475]

    (f)    Four Hundred Forty-Fourth Omnibus Objection to Claims (Contribution Claims) [ECF No. 40476]

    2.    In accordance with the Second Amended Case Management Order, the

Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response

Deadline") for each Claim Objection for parties to object or file responses.  The Response

Deadlines have been extended for certain creditors from time to time.  The Second Amended

Case Management Order provides that pleadings may be granted without a hearing, provided that

no objections or other responsive pleadings have been filed on or prior to the relevant response

deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

    3.    The Response Deadlines have now passed and, to the best of my

knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court

on the docket of the above-referenced cases in accordance with the procedures set forth in the

Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan

US_ACTIVE:\44374686\1\58399.0011

Administrator (or such responsive pleadings have been withdrawn) by any of the holders of the

claims included on Exhibit 1 to any of the Orders attached hereto, which include only the proofs

of claim for which the Claims Objection will be granted.  Responses to certain of the Claims

Objections were filed on the docket, or served on the Debtors or the Plan Administrator, by

holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims

Objections as to any proof of claim for which a response was either filed on the docket or

received by the Debtors or the Plan Administrator, and which response has not been resolved,

has been adjourned to a future date.

           4.      Accordingly, the Debtors and the Plan Administrator respectfully request

that the proposed orders granting the Claims Objections annexed hereto as Exhibits A through F,

which, except for the inclusion of additional language to indicate that such order is supplemental

to a previously entered order for a Claim Objection or to reference the inclusion of separate

exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is

granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be

US_ACTIVE:\44374686\1\58399.0011

entered in accordance with the procedures described in the Second Amended Case Management

Order.

I declare that the foregoing is true and correct.

Dated:  November 21, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

4

**EXHIBIT A**
**(Proposed Order – ECF No. 40471)**

US_ACTIVE:\44374686\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
| | |
|---|---|
| In re | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
| | : |
| **Debtors.** | : |

| |
|---|
| **Chapter 11 Case No.** |
| |
| **08-13555 (JMP)** |
| |
| **(Jointly Administered)** |

-----------------------------------------------------------------------x

**ORDER GRANTING THE FOUR HUNDRED THIRTY-NINTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the four hundred thirty-ninth omnibus objection to claims, dated October

15, 2013 (the "Four Hundred Thirty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-

referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules

of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim (ECF No. 6664) (the "Procedures Order"), seeking disallowance

and expungement of the No Liability Claims, all as more fully described in the Four Hundred

Thirty-Ninth Omnibus Objection to Claims; and due and proper notice of the Four Hundred

Thirty-Ninth Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

sought in the Four Hundred Thirty-Ninth Omnibus Objection to Claims is in the best interests of

the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual

bases set forth in the Four Hundred Thirty-Ninth Omnibus Objection to Claims establish just

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Thirty-Ninth Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is

ORDERED that the relief requested in the Four Hundred Thirty-Ninth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Four Hundred

Thirty-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\44372979\1\58399.0003

**<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BLATT, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10949 | $2,000,000.00 | $2,000,000.00 | Claim is based on Blatt's allegation of unlawful termination. Blatt, however, was an employee of LBI, not LBHI. Thus, LBHI has no liability to Blatt in connection with his claim for unlawful termination. |
| 2 | CGKL VENTURES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24346 | Undetermined | Undetermined | LBHI has no prepetition liability to CGKL Ventures, LLC under the Contingent Promote Agreement (as such term is defined in Claim No. 24346). |
| 3 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28116 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the Trust Agreement (as such terms are defined in Claim No. 28116). |
| 4 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28117 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the Trust Agreement (as such terms are defined in Claim No. 28117). |
| 5 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28118 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 28118). |
| 6 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28119 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 28119). |
| 7 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32104 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32104). |
| 8 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32105 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32105). |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 9 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32106 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32106). |
| 10 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32112 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32112). |
| 11 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32113 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32113). |
| 12 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32114 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32114). |
| 13 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32115 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32115). |
| 14 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32116 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the Trust Agreement (as such terms are defined in Claim No. 32116). |
| 15 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32117 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32117). |
| 16 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32128 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32128). |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 17 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32129 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32129). |
| 18 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32130 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32130). |
| 19 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32131 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32131). |
| 20 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32132 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the Trust Agreement (as such terms are defined in Claim No. 32132). |
| 21 | DEUTSCHE PFANDBRIEFBANK AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17549 | Undetermined | Undetermined | LBHI has no liability to Deutsche Pfandbriefbank AG under the Guarantee (as such term is defined in Claim No. 17549). |
| 22 | DEUTSCHE PFANDBRIEFBANK AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17550 | Undetermined | Undetermined | LBHI has no liability to Deutsche Pfandbriefbank AG under the Guarantee (as such term is defined in Claim No. 17550). |
| 23 | FCCD LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20734 | Undetermined | Undetermined | LBHI has no liability to FCCD Limited pursuant to the Participation Agreement (as such term is defined in Claim No. 20734). |
| 24 | FCCD LIMITED | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 20736 | Undetermined | Undetermined | LCPI has no liability to FCCD Limited pursuant to the Participation Agreement (as such term is defined in Claim No. 20736). |
| 25 | HENGELER MUELLER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12773 | $12,327.41 | $12,327.41 | Claim is for services provided to Lehman Brothers Bankhaus AG ("Bankhaus") following the Commencement Date.  LBHI has no liability in connection therewith. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 26 | ORIX CAPITAL MARKETS, LLC, AS SPECIAL SERVICER FOR WELLS FARGO BANK, | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32399 | Undetermined | Undetermined | LBHI has no liability to Orix Capital Markets, LLC pursuant to the Mortgage Loan Purchase Agreement (as such term is defined in Claim No. 32399). Additionally, Claim No. 32399 is duplicative of Claim No. 33068. |
| 27 | RATHENAU-PASSAGE VERWALTUNGS-GMBH & CO. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16048 | $8,960,203.27 | $8,960,203.27 | Claim arises out of LBHI's alleged guarantee of certain obligations of Bankhaus. The Plan Administrator understands that claimant has been paid in full in Bankhaus' insolvency proceeding. Consequently, LBHI has no liability to claimant in connection with Claim No. 16048. |
| 28 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30869 | $1,766,953.96 * | $1,766,953.96* | Duplicate of Claim No. 65855. |
| 29 | U.S. BANK NATIONAL ASSOCIATION | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30970 | $1,766,953.96 * | $1,766,953.96* | Duplicate of Claim No. 29559. |
| 30 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 27162 | Undetermined | Undetermined | LCPI has no liability to U.S. Bank, N.A., as trustee, in connection with Claim No. 27162. |
| 31 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32158 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Mortgage Loan Purchase Agreement (as such term is defined in Claim No. 32158). |
| 32 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33068 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Mortgage Loan Purchase Agreement (as such term is defined in Claim No. 33068). |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 33 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33079 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Mortgage Loan Purchase Agreement (as such term is defined in Claim No. 33079). |
| 34 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 33086 | Undetermined | Undetermined | SASCO has no liability to Wells Fargo Bank, N.A., as Trustee, in connection with Claim No. 33086. |
| 35 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33110 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Sale Agreement or the Pooling and Servicing Agreement (as such terms are defined in Claim No. 33110). |
| | | | TOTAL | | | $14,506,438.60 | $14,506,438.60 | |

**EXHIBIT B**
**(Proposed Order – ECF No. 40472)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :        **08-13555 (JMP)**
                                                         :
                              **Debtors.**                :        **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED FORTIETH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the four hundred fortieth omnibus objection to claims, dated October 15, 2013 (the "Four Hundred Fortieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Insufficient Documentation Claims, all as more fully described in the Four Hundred Fortieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Fortieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Fortieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Fortieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Fortieth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Fortieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Four Hundred

Fortieth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 440: EXHIBIT 1 - INSUFFICIENT DOCUMENTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | COUNTY OF LAKE, OHIO | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29757 | Undetermined | Undetermined | Insufficient Documents |
| 2 | COUNTY OF LAKE, OHIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29761 | Undetermined | Undetermined | Insufficient Documents |
| 3 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31009 | Undetermined | Undetermined | Insufficient Documents |
| 4 | U.S. BANK NATIONAL ASSOCIATION | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31018 | Undetermined | Undetermined | Insufficient Documents |
| | | | | TOTAL | | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT C
### (Proposed Order – ECF No. 40473)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :        **08-13555 (JMP)**
                                                       :
                                   **Debtors.**        :        **(Jointly Administered)**
---------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the four hundred forty-first omnibus objection to claims, dated October 15, 2013 (the "Four Hundred Forty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which LBHI has no liability, all as more fully described in the Four Hundred Forty-First Omnibus Objection to Claims; and due and proper notice of the Four Hundred Forty-First Omnibus Objection to Claims having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit A attached to the Four Hundred Forty-First Omnibus Objection to Claims; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Forty-First Omnibus Objection to Claims.

management and administrative procedures for these cases [ECF No. 9635]; and the Court

having found and determined that the relief sought in the Four Hundred Forty-First Omnibus

Objection to Claims is in the best interests of LBHI, its creditors, and all parties in interest and

that the legal and factual bases set forth in the Four Hundred Forty-First Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Forty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred

Forty-First Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 441: EXHIBIT 1 - NO LIABILITY DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26510 | $329,631.04 * | $329,631.04 * | No Liability Claim - Derivative |
| | | | | TOTAL | | $329,631.04 | $329,631.04 | |

**EXHIBIT D**
**(Proposed Order – ECF No. 40474)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                  :        Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                                       :
                         Debtors.                      :        (Jointly Administered)
-------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED FORTY-SECOND
## OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the four hundred forty-second omnibus objection to claims, dated October

15, 2013 (the "Four Hundred Forty-Second Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors (the "Plan"), in accordance with section 502(b) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

[ECF No. 6664], seeking disallowance and expungement of the Settled Derivatives Claims on

the grounds that the Settled Derivatives Claims are contrary to settlements that the parties have

entered into, all as more fully described in the Four Hundred Forty-Second Omnibus Objection

to Claims; and due and proper notice of the Four Hundred Forty-Second Omnibus Objection to

Claims having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and

Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the

Southern District of New York; (v) each claimant listed on Exhibit A attached to the Four

Hundred Forty-Second Omnibus Objection to Claims; and (vi) all other parties entitled to notice

in accordance with the procedures set forth in the second amended order entered on June 17,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Forty-Second Omnibus Objection to Claims.

2010, governing case management and administrative procedures for these cases [ECF No.

9635]; and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Four Hundred Forty-Second Omnibus

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

parties in interest and that the legal and factual bases set forth in the Four Hundred Forty-Second

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Forty-Second Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Settled

Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their

entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred

Forty-Second Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

                            _____
                            UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\44373515\1\58399.0003

**<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 442: EXHIBIT 1 - SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | SAPHIR FINANCE PUBLIC LIMITED COMPANY | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25830 | Undetermined | Undetermined | No Liability Claim - Derivative |
| 2 | SAPHIR FINANCE PUBLIC LIMITED COMPANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25832 | Undetermined | Undetermined | No Liability Claim - Derivative |
| | | | TOTAL | | | $0.00 | $0.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT E**
**(Proposed Order – ECF No. 40475)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                :        **Chapter 11 Case No.**
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :        **08-13555 (JMP)**
                                                     :
                              **Debtors.**           :        **(Jointly Administered)**
-----------------------------------------------------------------x

## ORDER GRANTING THE FOUR HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the four hundred forty-third omnibus objection to claims, dated

October 15, 2013 (the "Four Hundred Forty-Third Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures

Order"), seeking to reduce and allow the Valued Derivative Claims, as more fully

described in the Four Hundred Forty-Third Omnibus Objection to Claims; and due and

proper notice of the Four Hundred Forty-Third Omnibus Objection to Claims having

been provided to (i) the United States Trustee for Region 2; (ii) the Securities and

Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney

for the Southern District of New York; (v) the claimants listed on Exhibit A attached to

the Four Hundred Forty-Third Omnibus Objection to Claims; and (vi) all other parties

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Forty-Third Omnibus Objection to Claims.

entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010 governing case management and administrative procedures for

these cases [Docket No. 9653]; and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the Four

Hundred Forty-Third Omnibus Objection to Claims is in the best interests of the Chapter

11 Estates, their creditors, and all parties in interest and that the legal and factual bases

set forth in the Four Hundred Forty-Third Omnibus Objection to Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the Four Hundred Forty-Third

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby (i) modified and allowed in the amount set forth on Exhibit 1 in

the row "Claim As Modified" and (ii) any asserted amount in excess of the modified

amount is disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on Exhibit A to the Four

Hundred Forty-Third Omnibus Objection to Claims that does not appear on Exhibit 1

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

2

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 443: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|------|---------|------------|-------------|-----------------|---------|----------|-----------|--------|-------|
| 1  BEACH POINT STRATEGIC MASTER FUND, L.P. | 14731 | 9/17/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $51,581.80 | | $51,581.80* |
| | | | **CLAIM AS MODIFIED** | | | | **$51,581.80** | | **$51,581.80** |
| 2  BEACH POINT STRATEGIC MASTER FUND, L.P. | 14737 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $51,581.80 | | $51,581.80* |
| | | | **CLAIM AS MODIFIED** | | | | **$51,581.80** | | **$51,581.80** |
| 3  BEACH POINT TOTAL RETURN MASTER FUND, L.P. | 14732 | 9/17/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $27,259.67 | | $27,259.67* |
| | | | **CLAIM AS MODIFIED** | | | | **$27,259.67** | | **$27,259.67** |
| 4  BEACH POINT TOTAL RETURN MASTER FUND, L.P. | 14738 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $27,259.67 | | $27,259.67* |
| | | | **CLAIM AS MODIFIED** | | | | **$27,259.67** | | **$27,259.67** |
| 5  NATIONAL CITY BANK | 21404 | 9/21/09 | Lehman Brothers Financial Products Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $288,060.00 | | $288,060.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$29.00** | | **$29.00** |
| 6  PAR-FOUR MASTER FUND LTD | 33317 | 9/18/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $563,139.38 | | $563,139.38* |
| | | | **CLAIM AS MODIFIED** | | | | **$563,139.38** | | **$563,139.38** |
| 7  PAR-FOUR MASTER FUND LTD | 33318 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $563,139.38 | | $563,139.38* |
| | | | **CLAIM AS MODIFIED** | | | | **$563,139.38** | | **$563,139.38** |
| 8  RAPAX OC MASTER FUND, LTD. | 29771 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $724,000.00 | | $724,000.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$724,000.00** | | **$724,000.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 443: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|------|---------|------------|-------------|---------|---------|----------|------------|--------|-------|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 9  RAPAX OC MASTER FUND, LTD. | 29772 | 9/22/09 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $724,000.00 | | $724,000.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$724,000.00** | | **$724,000.00** |
| 10  RELIANT ENERGY SERVICES, INC NKA RRI,INC | 27753 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $310,400.00 | | $310,400.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$310,400.00** | | **$310,400.00** |
| 11  RELIANT ENERGY SERVICES, INC NKA RRI,INC | 27754 | 9/22/09 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $310,400.00 | | $310,400.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$310,400.00** | | **$310,400.00** |
| 12  RUBY FINANCE PLC - SERIES 2003-4 | 25821 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $290,731.25 | | $290,731.25* |
| | | | **CLAIM AS MODIFIED** | | | | **$290,731.25** | | **$290,731.25** |
| 13  RUBY FINANCE PLC - SERIES 2003-4 | 25822 | 9/21/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $290,731.25 | | $290,731.25* |
| | | | **CLAIM AS MODIFIED** | | | | **$290,731.25** | | **$290,731.25** |
| 14  SERENGETI OPPORTUNITIES MM L.P. | 29771 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $623,576.70 | | $623,576.70* |
| | | | **CLAIM AS MODIFIED** | | | | **$623,576.70** | | **$623,576.70** |
| 15  SERENGETI OPPORTUNITIES MM L.P. | 29772 | 9/22/09 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $623,576.70 | | $623,576.70* |
| | | | **CLAIM AS MODIFIED** | | | | **$623,576.70** | | **$623,576.70** |
| 16  SERENGETI OVERSEAS MM L.P. | 29771 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $211,365.05 | | $211,365.05* |
| | | | **CLAIM AS MODIFIED** | | | | **$211,365.05** | | **$211,365.05** |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 443: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|------|---------|------------|-------------|---------|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 17 SERENGETI OVERSEAS MM L.P. | 29772 | 9/22/09 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $211,365.05 | | $211,365.05* |
| | | | **CLAIM AS MODIFIED** | | | | **$211,365.05** | | **$211,365.05** |
| 18 STRUCTURED CREDIT OPPORTUNITIES FUND II LP | 23753 | 9/21/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $120,712.00 | | $120,712.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$120,712.00** | | **$120,712.00** |
| 19 STRUCTURED CREDIT OPPORTUNITIES FUND II LP | 23757 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $120,712.00 | | $120,712.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$120,712.00** | | **$120,712.00** |
| | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $6,133,591.70 | $0.00 | $6,133,591.70 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 6,133,591.70 | 0.00 | 6,133,591.70 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$5,845,560.70** | **$0.00** | **$5,845,560.70** |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT F**
**(Proposed Order – ECF No. 40476)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        **08-13555 (JMP)**
                                                        :
                               **Debtors.**             :        **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED FORTY-FOURTH<br>OMNIBUS OBJECTION TO CLAIMS (CONTRIBUTION CLAIMS)

Upon the four hundred forty-fourth omnibus objection to claims, dated October

15, 2013 (the "Four Hundred Forty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-

referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section

502(e)(1)(B) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"),

seeking disallowance and expungement of the Contribution Claims on the grounds that such

claims should be disallowed under section 502(e)(1)(B) of the Bankruptcy Code, all as more

fully described in the Four Hundred Forty-Fourth Omnibus Objection to Claims; and due and

proper notice of the Four Hundred Forty-Fourth Omnibus Objection to Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Four Hundred Forty-Fourth Omnibus

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

---
[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Four Hundred Forty-Fourth Omnibus Objection to Claims.

parties in interest and that the legal and factual bases set forth in the Four Hundred Forty-Fourth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Four Hundred Forty-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(e)(1)(B) of the Bankruptcy Code, the

claim listed on Exhibit 1 annexed hereto is disallowed and expunged, with prejudice, to the

extent set forth therein; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Four Hundred

Forty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto and (ii)

the portion of any Contribution Claim that is not the subject of the Four Hundred Forty-Fourth

Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 444: EXHIBIT 1 - CONTRIBUTION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | DESCRIPTION OF CONTRIBUTION CLAIM |
|---|---|---|---|---|---|---|---|---|
| 1 | TRAVELERS CASUALTY AND SURETY COMPANY OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/26/2008 | 36 | Undetermined | Undetermined | Claimant asserts that it issued surety bonds to certain of LBHI's bondholders and filed Claim 36 as a contingent claim for reimbursement and indemnification from LBHI for any payments that claimant may make to the bondholders. |
| | | | | | TOTAL | $0.00 | $0.00 | |