Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Harbert Value Master Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    Case No. 08-13555 (JMP)
                                                                  :
Debtors.                                                          :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM NUMBER 26965

PLEASE TAKE NOTICE that Harbert Value Master Fund Ltd., through its undersigned counsel,

hereby withdraws proof of claim number <u>26965</u> and that the claims registry maintained by Epiq

Bankruptcy Solutions LLC should be updated accordingly.

Dated:  November 22, 2013
        New York, New York

                                        **BINGHAM MCCUTCHEN LLP**

                                        By: /s/ Joshua Dorchak
                                            Joshua Dorchak
                                            399 Park Avenue
                                            New York, New York 10022
                                            (212) 705-7000
                                            joshua.dorchak@bingham.com

                                            *Attorneys for Harbert Value Master Fund Ltd.*

A/75843390.1