LATHAM & WATKINS
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

and

LATHAM & WATKINS LLP
Richard Levy
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: richard.levy@lw.com

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC., et al** | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ECF SERVICE LISTS**

Please take notice that Richard Levy and the firm of Latham and Watkins, LLP, hereby withdraw as counsel in this case on behalf of GE Corporate Financial Services, Inc. and requests that Richard Levy be removed from the ECF and any other service list in this case. Please remove the name, mailing address, and email address listed below from the mailing lists and the Court's ECF system for this case:

Richard Levy
LATHAM & WATKINS LLP
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: richard.levy@lw.com

Dated: November 21, 2013

/s/ *Richard Levy*_____
Richard Levy

## CERTIFICATE OF SERVICE

I, Richard Levy, an attorney, hereby certify that on this 21st day of November, 2013, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE LISTS to be filed with the Court using the Court's CM/ECF system, which will send notification of such filing to the registered users.

/s/ *Richard Levy*
Richard Levy
LATHAM & WATKINS LLP
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-7700
Email: richard.levy@lw.com