WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
David J. Lender
Alfredo R. Pérez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                 :   Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :   08-13555 (JMP)
                                                      :
               Debtors.                               :   (Jointly Administered)
                                                      :
                                                      :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S**
**OBJECTION TO CLASSIFICATION OF SECURITIES LAW**
**PORTION OF CLAIM OF FEDERAL NATIONAL MORTGAGE ASSOCIATION**

**PLEASE TAKE NOTICE** that the hearing on the *Plan Administrator's*

*Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage*

*Association* (ECF No. 40244), that was scheduled for November 22, 2013, at 2:00 p.m.

(Prevailing Eastern Time), **has been adjourned to December 19, 2013, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

the Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: November 22, 2013
       New York, New York

/s/ Alfredo R. Pérez
David J. Lender
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2