**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :     Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :     08-13555 (JMP)
                                            :
                    Debtors.                :     (Jointly Administered)
                                            :
                                            :     Ref. Docket No. 41176
------------------------------------------------------------x
                                            :
In re                                       :
                                            :     Case No.
LEHMAN BROTHERS INC.,                       :
                                            :     08-01420 (JMP) (SIPA)
                    Debtor.                 :
                                            :     Ref. Docket No. 7686
------------------------------------------------------------x
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 19, 2013, I caused to be served the "Notice of Agenda of Matters Scheduled for the Sixty-Seventh Omnibus Hearing on November 20, 2013 at 10:00 A.M.," dated November 19, 2013 [Docket No. 41176 in Case No. 08-13555 and Docket No. 7686 in Case No. 08-01420], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL
    DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE,
    PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
20th day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

-2-

T:\Clients\LBH\Affidavits\Agenda for 67th Omni Hrg_DI 41176 in Case No 08-13555 & DI 7686 in Case No 08-01420_AFF_11-19-13_SS.doc

**EXHIBIT A**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

agottfried@morganlewis.com

aisenberg@saul.com

akadish@dtlawgroup.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

aquale@sidley.com

arahl@reedsmith.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

epearlman@scottwoodcapital.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jemma.mcpherson@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshenwick@gmail.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kjarashow@stutman.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com

mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mrothchild@mofo.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.blasone@klgates.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

phil.huynh@kobrekim.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnyc.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hoganlovells.com

scott.mcculloch@kobrekim.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com

wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com


Additional Parties
joshua.dorchak@bingham.com
brnsugs@yahoo.com

# EXHIBIT B

**FAX**              **NAME**

212-556-2222    KING AND SPALDING ATTN: ARTHUR J. STEINBERG

212-752-5378    BINGHAM MCCUTCHEN LLP, ATTN: JOSHUA DORCHAK

212-682-4942    DICONZA TRAURIG LLP ATTN: ALLEN G. KADISH

# EXHIBIT C

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007