WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *sine die* OF CLAIMS
OBJECTION HEARING WITH RESPECT TO OBJECTION
TO PROOF OF CLAIM NOS. 5222, 5223, 5224, 5225, 5226 AND 5227**

**PLEASE TAKE NOTICE** that the evidentiary hearing on the merits of proofs of claim numbers **5222, 5223, 5224, 5225, 5226 and 5227** filed by, respectively, Michelle Seymour, Sylvia Vega-Sutfin, Cheryl McNeil, Linda Howard-James, Isabel Guajardo, and Coleen Colombo (collectively, the "Claimants"), and objected to by the Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for certain entities in the above-referenced chapter 11 cases pursuant to the Four Hundred Thirty-First Omnibus Objection to Claims (Reduce and Allow Claims) [ECF No. 39569], scheduled for December 19, 2013, at 10:00 a.m. (Prevailing Eastern Time) (the "Claims Objection Hearing") in accordance with the *Order Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against the*

*Debtors*, **has been adjourned to a date to be determined**, or as soon thereafter as counsel may be heard.

The Plan Administrator will provide notice of the new date and time of the Claims Objection Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon the (i) the Office of the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the Claimants; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [ECF No. 9635]. The Claims Objection Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Claims Objection Hearing may be further adjourned from time to time without further notice other than an announcement at the Claims Objection Hearing.

Dated: November 22, 2013
      New York, New York

                       /s/ Jacqueline Marcus
                       Jacqueline Marcus
                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York 10153
                       Telephone: (212) 310-8000
                       Facsimile: (212) 310-8007

                       Attorneys for Lehman Brothers
                       Holdings Inc. and Certain of Its Affiliates