UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                   :      Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**        :      08-13555 (JMP)
                                                        :
              Debtors.                                  :      (Jointly Administered)
                                                        :
------------------------------------------------------------------------x      Ref. Docket No. 41193

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 19, 2013, I caused to be served the "Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," related to Bank J. Safra Sarasin, dated November 19, 2013 [Docket No. 41193], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
20th day of November, 2013
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\NOW Re Bank J Safra Sarasin_DI_41193_AFF_11-19-13_SS.doc

# EXHIBIT A

| | |
|---|---|
| aaaronson@dilworthlaw.com | asomers@rctlegal.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abeaumont@fklaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | azylberberg@whitecase.com |
| acker@chapman.com | bankr@zuckerman.com |
| adam.brezine@hro.com | bankruptcy@goodwin.com |
| adarwin@nixonpeabody.com | bankruptcy@morrisoncohen.com |
| adiamond@diamondmccarthy.com | bankruptcy@ntexas-attorneys.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| afriedman@irell.com | bbisignani@postschell.com |
| agbanknewyork@ag.tn.gov | bcarlson@co.sanmateo.ca.us |
| aglenn@kasowitz.com | bdk@schlamstone.com |
| agold@herrick.com | bguiney@pbwt.com |
| agoldstein@tnsj-law.com | bmanne@tuckerlaw.com |
| agottfried@morganlewis.com | bmiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akadish@dtlawgroup.com | brian.corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bstrickland@wtplaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com |
| amcmullen@boultcummings.com | bturk@tishmanspeyer.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com |
| amh@amhandlerlaw.com | bzabarauskas@crowell.com |
| andrew.brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | calbert@reitlerlaw.com |
| angelich.george@arentfox.com | canelas@pursuitpartners.com |
| ann.reynaud@shell.com | carol.weinerlevy@bingham.com |
| anthony_boccanfuso@aporter.com | cbelisle@wfw.com |
| aoberry@bermanesq.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com |
| aquale@sidley.com | chad.husnick@kirkland.com |
| arahl@reedsmith.com | chammerman@paulweiss.com |
| arainone@bracheichler.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com |
| arthur.rosenberg@hklaw.com | christopher.greco@kirkland.com |
| arwolf@wlrk.com | clarkb@sullcrom.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com |
| ashmead@sewkis.com | cmontgomery@salans.com |
| asnow@ssbb.com | cohen@sewkis.com |

cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com

| | |
|---|---|
| fsosnick@shearman.com | jbromley@cgsh.com |
| fyates@sonnenschein.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gbray@milbank.com | jchubak@proskauer.com |
| george.south@dlapiper.com | jdoran@haslaw.com |
| ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| ggoodman@foley.com | jdwarner@warnerandscheuerman.com |
| giddens@hugheshubbard.com | jdweck@sutherland.com |
| gkaden@goulstonstorrs.com | jdyas@halperinlaw.net |
| glenn.siegel@dechert.com | jean-david.barnea@usdoj.gov |
| gmoss@riemerlaw.com | jeanites@whiteandwilliams.com |
| goldenberg@ssnyc.com | jeannette.boot@wilmerhale.com |
| gravert@ravertpllc.com | jeff.wittig@coair.com |
| gspilsbury@jsslaw.com | jeffery.black@bingham.com |
| harrisjm@michigan.gov | jeffrey.sabin@bingham.com |
| harveystrickon@paulhastings.com | jeldredge@velaw.com |
| hbeltzer@mayerbrown.com | jemma.mcpherson@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| heiser@chapman.com | jennifer.gore@shell.com |
| hmagaliff@r3mlaw.com | jfalgowski@reedsmith.com |
| hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| holsen@stroock.com | jfreeberg@wfw.com |
| howard.hawkins@cwt.com | jg5786@att.com |
| hseife@chadbourne.com | jgenovese@gjb-law.com |
| hsnovikoff@wlrk.com | jgoodchild@morganlewis.com |
| hsteel@brownrudnick.com | jguy@orrick.com |
| ian.roberts@bakerbotts.com | jhiggins@fdlaw.com |
| icatto@mwe.com | jhorgan@phxa.com |
| igoldstein@proskauer.com | jhuggett@margolisedelstein.com |
| ilevee@lowenstein.com | jim@atkinslawfirm.com |
| ira.greene@hoganlovells.com | jjoyce@dresslerpeters.com |
| israel.dahan@cwt.com | jjtancredi@daypitney.com |
| iva.uroic@dechert.com | jjureller@klestadt.com |
| jacobsonn@sec.gov | jlamar@maynardcooper.com |
| james.heaney@lawdeb.com | jlawlor@wmd-law.com |
| james.mcclammy@dpw.com | jlee@foley.com |
| james.sprayregen@kirkland.com | jlevitin@cahill.com |
| jamestecce@quinnemanuel.com | jlscott@reedsmith.com |
| jar@outtengolden.com | jmaddock@mcguirewoods.com |
| jason.jurgens@cwt.com | jmakower@tnsj-law.com |
| jay.hurst@oag.state.tx.us | jmazermarino@msek.com |
| jay@kleinsolomon.com | jmelko@gardere.com |
| jbeemer@entwistle-law.com | jmerva@fult.com |
| jbeiers@co.sanmateo.ca.us | jmmurphy@stradley.com |
| jbird@polsinelli.com | jmr@msf-law.com |

| | |
|---|---|
| jnadritch@olshanlaw.com | kerry.moynihan@hro.com |
| jnm@mccallaraymer.com | kgwynne@reedsmith.com |
| john.monaghan@hklaw.com | kiplok@hugheshubbard.com |
| john.mule@ag.state.mn.us | kit.weitnauer@alston.com |
| john.rapisardi@cwt.com | kjarashow@stutman.com |
| jonathan.goldblatt@bnymellon.com | kkelly@ebglaw.com |
| jonathan.henes@kirkland.com | kkolbig@mosessinger.com |
| jorbach@hahnhessen.com | klyman@irell.com |
| joseph.cordaro@usdoj.gov | klynch@formanlaw.com |
| joseph.serino@kirkland.com | kmayer@mccarter.com |
| joshua.dorchak@bingham.com | kobak@hugheshubbard.com |
| jowen769@yahoo.com | korr@orrick.com |
| jowolf@law.nyc.gov | kovskyd@pepperlaw.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | kreynolds@mklawnyc.com |
| jporter@entwistle-law.com | krodriguez@allenmatkins.com |
| jprol@lowenstein.com | krosen@lowenstein.com |
| jrabinowitz@rltlawfirm.com | kuehn@bespc.com |
| jrsmith@hunton.com | kurt.mayr@bgllp.com |
| jschiller@bsfllp.com | lacyr@sullcrom.com |
| jschwartz@hahnhessen.com | landon@streusandlandon.com |
| jsheerin@mcguirewoods.com | lapeterson@foley.com |
| jshenwick@gmail.com | lathompson@co.sanmateo.ca.us |
| jsherman@bsfllp.com | lawallf@pepperlaw.com |
| jshickich@riddellwilliams.com | lawrence.gelber@srz.com |
| jsmairo@pbnlaw.com | lberkoff@moritthock.com |
| jstoll@mayerbrown.com | lee.stremba@troutmansanders.com |
| jsullivan@mosessinger.com | lgotko@fklaw.com |
| jtimko@shutts.com | lgranfield@cgsh.com |
| jtorf@schiffhardin.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lhoffman@deilylawfirm.com |
| jvail@ssrl.com | linda.boyle@twtelecom.com |
| jwallack@goulstonstorrs.com | lisa.ewart@wilmerhale.com |
| jwcohen@daypitney.com | lisa.kraidin@allenovery.com |
| jweiss@gibsondunn.com | lisa.solomon@att.net |
| jwest@velaw.com | ljkotler@duanemorris.com |
| jwh@njlawfirm.com | lkatz@ltblaw.com |
| kanema@formanlaw.com | lkiss@klestadt.com |
| karen.wagner@dpw.com | lmarinuzzi@mofo.com |
| karl.geercken@alston.com | lmay@coleschotz.com |
| kdwbankruptcydepartment@kelleydrye.com | lmcgowen@orrick.com |
| keckhardt@hunton.com | lml@ppgms.com |
| keith.simon@lw.com | lnashelsky@mofo.com |
| ken.coleman@allenovery.com | loizides@loizides.com |
| ken.higman@hp.com | lperkins@deilylawfirm.com |

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com

millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com

patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com

tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007