# Exhibit 1

Settlement Agreements

- First Amendment to Settlement Agreement among Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., U.S. Bank National Association, solely in its capacity as trustee under the Indenture, dated July 19, 2007, Pebble Creek LCDO 2007-3, Ltd., as Issuer, and Pebble Creek LCDO 2007-3, Corp., as Co-Issuer.

- Settlement Agreement among Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., U.S. Bank National Association, solely in its capacity as trustee under the Indenture, dated February 16, 2006, ABS LIBOR Fund, Ltd., Exum Ridge CBO 2006-1, Ltd., as Issuer, and Exum Ridge CBO 2006-1, Corp., as Co-Issuer.