**Exhibit 1**

08-13555-mg    Doc 41259-1    Filed 11/22/13    Entered 11/22/13 16:03:48    Exhibits
Pg 1 of 4

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 443: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BEACH POINT STRATEGIC MASTER FUND, L.P. | 14731 | 9/17/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $51,581.80 | | $51,581.80* |
| | | | | **CLAIM AS MODIFIED** | | | | **$51,581.80** | | **$51,581.80** |
| 2 | BEACH POINT STRATEGIC MASTER FUND, L.P. | 14737 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $51,581.80 | | $51,581.80* |
| | | | | **CLAIM AS MODIFIED** | | | | **$51,581.80** | | **$51,581.80** |
| 3 | BEACH POINT TOTAL RETURN MASTER FUND, L.P. | 14732 | 9/17/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $27,259.67 | | $27,259.67* |
| | | | | **CLAIM AS MODIFIED** | | | | **$27,259.67** | | **$27,259.67** |
| 4 | BEACH POINT TOTAL RETURN MASTER FUND, L.P. | 14738 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $27,259.67 | | $27,259.67* |
| | | | | **CLAIM AS MODIFIED** | | | | **$27,259.67** | | **$27,259.67** |
| 5 | NATIONAL CITY BANK | 21404 | 9/21/09 | Lehman Brothers Financial Products Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $288,060.00 | | $288,060.00* |
| | | | | **CLAIM AS MODIFIED** | | | | **$29.00** | | **$29.00** |
| 6 | PAR-FOUR MASTER FUND LTD | 33317 | 9/18/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $563,139.38 | | $563,139.38* |
| | | | | **CLAIM AS MODIFIED** | | | | **$563,139.38** | | **$563,139.38** |
| 7 | PAR-FOUR MASTER FUND LTD | 33318 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $563,139.38 | | $563,139.38* |
| | | | | **CLAIM AS MODIFIED** | | | | **$563,139.38** | | **$563,139.38** |
| 8 | RAPAX OC MASTER FUND, LTD. | 29771 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $724,000.00 | | $724,000.00* |
| | | | | **CLAIM AS MODIFIED** | | | | **$724,000.00** | | **$724,000.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 443: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 9 | RAPAX OC MASTER FUND, LTD. | 29772 | 9/22/09 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $724,000.00 | | $724,000.00* |
| | | | | **CLAIM AS MODIFIED** | | | | **$724,000.00** | | **$724,000.00** |
| 10 | RELIANT ENERGY SERVICES, INC NKA RRI,INC | 27753 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $310,400.00 | | $310,400.00* |
| | | | | **CLAIM AS MODIFIED** | | | | **$310,400.00** | | **$310,400.00** |
| 11 | RELIANT ENERGY SERVICES, INC NKA RRI,INC | 27754 | 9/22/09 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $310,400.00 | | $310,400.00* |
| | | | | **CLAIM AS MODIFIED** | | | | **$310,400.00** | | **$310,400.00** |
| 12 | RUBY FINANCE PLC - SERIES 2003-4 | 25821 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $290,731.25 | | $290,731.25* |
| | | | | **CLAIM AS MODIFIED** | | | | **$290,731.25** | | **$290,731.25** |
| 13 | RUBY FINANCE PLC - SERIES 2003-4 | 25822 | 9/21/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $290,731.25 | | $290,731.25* |
| | | | | **CLAIM AS MODIFIED** | | | | **$290,731.25** | | **$290,731.25** |
| 14 | SERENGETI OPPORTUNITIES MM L.P. | 29771 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $623,576.70 | | $623,576.70* |
| | | | | **CLAIM AS MODIFIED** | | | | **$623,576.70** | | **$623,576.70** |
| 15 | SERENGETI OPPORTUNITIES MM L.P. | 29772 | 9/22/09 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $623,576.70 | | $623,576.70* |
| | | | | **CLAIM AS MODIFIED** | | | | **$623,576.70** | | **$623,576.70** |
| 16 | SERENGETI OVERSEAS MM L.P. | 29771 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $211,365.05 | | $211,365.05* |
| | | | | **CLAIM AS MODIFIED** | | | | **$211,365.05** | | **$211,365.05** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 443: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 17 SERENGETI OVERSEAS MM L.P. | 29772 | 9/22/09 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $211,365.05 | | $211,365.05* |
| | | | **CLAIM AS MODIFIED** | | | | **$211,365.05** | | **$211,365.05** |
| 18 STRUCTURED CREDIT OPPORTUNITIES FUND II LP | 23753 | 9/21/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $120,712.00 | | $120,712.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$120,712.00** | | **$120,712.00** |
| 19 STRUCTURED CREDIT OPPORTUNITIES FUND II LP | 23757 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $120,712.00 | | $120,712.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$120,712.00** | | **$120,712.00** |
| | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $6,133,591.70 | $0.00 | $6,133,591.70 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 6,133,591.70 | 0.00 | 6,133,591.70 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$5,845,560.70** | **$0.00** | **$5,845,560.70** |

\* - Indicates claim contains unliquidated and/or undetermined amounts