**MORRISON COHEN LLP**
Joseph T. Moldovan
Neil Y. Siegel
909 Third Avenue
New York, New York 10022
(212) 735-8600

Counsel to Edward Park

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al,  : Chapter 11
                                                             : Case Nos. 08-13555 (JMP)
                    Debtors.                                 :
                                                             :
                                                             : (Jointly Administered)
------------------------------------------------------------ x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

**THOMAS J. SULLIVAN,** being duly sworn, deposes and says:

I am employed by the firm of Morrison Cohen LLP, attorneys for Edward Park. I am not a party to this action, am over 18 years of age and reside in Jackson Heights, New York.

On November 19, 2013, I caused copies of the Notice of Presentment, Motion to Withdraw as Counsel, and Proposed Order, to be served upon the parties on the annexed service list by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York.

_____
THOMAS J. SULLIVAN

Sworn to before me this
22nd day of November 2013

_____
NOTARY PUBLIC

ROBERT ANDON
Notary Public, State of New York
No. 01AN6228533
Qualified in New York County
Commission Expires Sept 20, 2014

## SERVICE LIST

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP,
767 Fifth Avenue
New York, New York 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
U.S. Trustee
201 Varick St.
Suite 1006
New York, New York 10014

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Mr. Edward Park
130 West 30th Street
Apt. 15 A
New York, NY 10001