UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
:
In re                                                                  :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                               :
:
:
----------------------------------------------------------------------x    Ref. Docket Nos. 40935, 40937,
41000, 41001, 41063, 41064, 41066-
41068, 41070, 41081, 41082, 41084-
41088, 41092, 41105, 41106

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 18, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 40935, 40937, 41000...41092, 41105, 41106_AFF_11-18-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                       BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER   PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS              ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                        1285 AVENUE OF THE AMERICAS
                                              NEW YORK NY 10019
```

Please note that your claim # 555854-39 in the above referenced case and in the amount of
    $150,000.00   allowed at $150,000.00        has been transferred **(unless previously expunged by court order)**

```
     ILLIQUIDX LLP
     TRANSFEROR: BANK HAPOALIM B.M.
     ATTN: MR. CELESTINO AMORE
     80 FLEET STREET
     LONDON    EC4Y 1EL
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41082     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/18/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 18, 2013.

# EXHIBIT B

```
TIME: 11:37:43                                              LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 11/18/13                                                   CREDITOR LISTING

Name                                                    Address
BANCA MONTE DEI PASCHI DI SIENA S.P.A.                  ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.                   ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA 81, 12TH FLOOR MADRID  28033 SPAIN
 ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.                   SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006
 ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.                   ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE DE TILSITT PARIS  75008 FRANCE
 ("BBVA")
BANK HAPOALIM B.M.                                      18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                      ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK OF SINGAPORE LIMITED                               CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
BANK OF SINGAPORE LIMITED                               ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                                                        SINGAPORE  048619 SINGAPORE
BANK OF SINGAPORE LTD                                   TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: DANIEL SIA KOK LEONG, SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL
                                                        9 RAFFLES PLACE #08-01 REPUBLIC PLAZA SINGAPORE  048619 SINGAPORE
BARCLAYS BANK PLC                                       ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                           TRANSFEROR: OPPS LBBV HOLDINGS, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING / SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720
CVF LUX MASTER S.A.R.L.                                 TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                        LONDON  W1F 9LT UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                           TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                                        SURREY  KT11 2PD UNITED KINGDOM
HONGKONG AND SHANGHAI BANKING                           TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH ATTN: SARAH CHAN/DIRECTOR LEVEL 13 & 14  1 QUEEN'S ROAD CENTRAL
 CORPORATION LIMITED, THE                               HONG KONG  HONG KONG
HONGKONG AND SHANGHAI BANKING                           TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH ATTN: SARAH CHAN/DIRECTOR LEVEL 13 & 14 HONG KONG  HONG KONG
 CORPORATION LTD., SINGAPORE BRANCH, THE
HONGKONG AND SHANGHAI BANKING                           TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH ATTN: SARAH CHAN/DIRECTOR LEVEL 13 & 14  1 QUEEN'S ROAD CENTRAL
 CORPORATION LTD., SINGAPORE BRANCH, THE                HONG KONG  HONG KONG
HSBC PRIVATE BANK (SUISSE) SA, HONG KONG                CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14  1 QUEEN'S ROAD CENTRAL   HONG KONG
 BRANCH
HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE                CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14  1 QUEEN'S ROAD CENTRAL   HONG KONG
 BRANCH
ILLIQUIDX LLP                                           TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: BANK HAPOALIM B.M. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ROYAL BANK OF SCOTLAND, PLC, THE                        TRANSFEROR: T ASIA L HOLDINGS, LTD. ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                        TRANSFEROR: TAO L HOLDINGS, LTD. ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901
THE VARDE FUND XI (MASTER), L.P.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
TRUCHA INVERSIONES SICAV, S.A.                          TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") ATTN: BNP PARIBAS GESTION DE INVERSIONES, S.G.I.I.C., S.A.
                                                        MANUEL MENDEZ HERMANOS BECQUER 3 MADRID  28000 SPAIN
TRUCHA INVERSIONES SICAV, S.A.                          TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") ATTN: BNP PARIBAS GESTION DE INVERSIONES, S.G.I.I.C., S.A.
                                                        ATTN: MONICA BUGALLO PASEO DE GRACIA, 56, 5TH FLOOR BARCELONA  08007 SPAIN
VARDE CREDIT PARTNERS MASTER, L.P.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                                 TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                           TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                           TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)                    TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
 MASTER LP                                              ATTN: ANOTHY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
VARDE INVESTMENT PARTNERS (OFFSHORE)                    TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
 MASTER LP

                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:37:43                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  2
DATE: 11/18/13                          CREDITOR LISTING

Name                                      Address
VARDE INVESTMENT PARTNERS (OFFSHORE)      TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP             TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed      43
```

EPIQ BANKRUPTCY SOLUTIONS, LLC