UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
:
In re                                                                 :   Chapter 11 Case No.
                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                          :   08-13555 (JMP)
                                                                      :   (Jointly Administered)
                    Debtors.                                          :
                                                                      :
                                                                      :
----------------------------------------------------------------------x   Ref. Docket Nos. 41113-41116

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 19, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
22nd day of November, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                    |   Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |   08-13555 (JMP)
                                         |
                                         |   (Jointly Administered)
              Debtors.                   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FCDB LBU 2009 LLC
     C/O FORTRESS INVESTMENT GROUP LLC
     ATTN: JAMES K. NOBLE III
     1345 AVENUE OF THE AMERICAS, 46TH FLOOR
     NEW YORK NY 10105
```

Please note that your claim # 62870-10 in the above referenced case and in the amount of
        $16,353,556.30   allowed at $16,276,838.52       has been transferred **(unless previously expunged by court order)**

```
     FCOF UB SECURITIES LLC
     TRANSFEROR: FCDB LBU 2009 LLC
     C/O FORTRESS INVESTMENT GROUP LLC
     ATTN: JASON O'KEEFE
     1345 AVENUE OF THE AMERICAS, 23RD FLOOR
     NEW YORK NY 10105
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41113       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/19/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 19, 2013.

EXHIBIT B

```
TIME: 14:35:29                                    LEHMAN BROTHERS HOLDING INC.                                                           PAGE:   1
DATE: 11/19/13                                          CREDITOR LISTING

Name                                       Address
DRAWBRIDGE OSO SECURITIES LLC              TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                           NEW YORK NY 10105
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP   TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE NEW YORK NY 10105
FCDB LBU 2009 LLC                          C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
FCOF UB SECURITIES LLC                     TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                           NEW YORK NY 10105
FTS SIP L.P.                               TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                           NEW YORK NY 10105

Total Number of Records Printed     5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC