UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       : 08-13555 (JMP)
                                                               : (Jointly Administered)
                    Debtors.                                   :
                                                               :
                                                               :
---------------------------------------------------------------x Ref. Docket Nos. 41144, 41145,
                                                                 41148, 41155, 41164

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 20, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 41268    Filed 11/22/13    Entered 11/22/13 21:57:13    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                           | Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                                |
                                                | (Jointly Administered)
              Debtors.                          |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    HERRICK, FEINSTEIN LLP
           ATTN: LISA CUNEO, DIRECTOR OF FINANCE
           2 PARK AVENUE, 14TH FLOOR
           NEW YORK NY 10016

Please note that your claim # 3940 in the above referenced case and in the amount of
        $1,646,852.15   allowed at $1,562,676.66        has been transferred **(unless previously expunged by court order)**

           CONTRARIAN FUNDS, LLC
           TRANSFEROR: HERRICK, FEINSTEIN LLP
           ATTN: ALISA MUMOLA
           411 WEST PUTNAM AVENUE, SUITE 425
           GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41155       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/20/2013                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 20, 2013.

# EXHIBIT B

08-13555-mg    Doc 41268    Filed 11/22/13    Entered 11/22/13 21:57:13    Main Document    Pg 5 of 5

```
TIME: 15:18:27                                        LEHMAN BROTHERS HOLDING INC.                                                 PAGE: 1
DATE: 11/20/13                                              CREDITOR LISTING

Name                                    Address
CONTRARIAN FUNDS, LLC                   TRANSFEROR: HERRICK, FEINSTEIN LLP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: SOLA LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
HERRICK, FEINSTEIN LLP                  ATTN: LISA CUNEO, DIRECTOR OF FINANCE 2 PARK AVENUE, 14TH FLOOR NEW YORK NY 10016
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: RBS COUTTS BANK AG ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIU, JIAN TANG                          FLAT C 61/F TOWER 2 SORRENTO 1 AUSTIN ROAD WEST TSIM SHA TSUI KLN HONG KONG  HONG KONG
RBS COUTTS BANK AG                      STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
SOLA LTD                                C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: RYAN ROLFERT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLA LTD                                MARK SHERRILL SUTHERLAND ASBILL & RENNIN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004
SOLA LTD                                MARK SHERRILL SUTHERLAND ASBILL AND RENNIN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004
VONWIN CAPITAL MANAGEMENT, LP           TRANSFEROR: LIU, JIAN TANG ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016


Total Number of Records Printed      10
                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```