UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :    08-13555 (JMP)
                                                                         :    (Jointly Administered)
            Debtors.                                                     :
                                                                         :
                                                                         :
-------------------------------------------------------------------------x    Ref. Docket Nos. 41065, 41069,
                                                                              41100, 41114-41117, 41122, 41125-
                                                                              41130, 41172, 41180, 41181, 41189,
                                                                              41190, 41206-41209

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
22nd day of November, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41065, 41069, 41100...41190, 41206-41209_AFF_11-21-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,              |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
             Debtors.                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CREDIT SUISSE                              CREDIT SUISSE
         ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
         1 MADISON AVE                              ATTN: RICHARD LEVIN
         NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                    825 EIGHTH AVENUE
                                                    NEW YORK NY 10019
```

Please note that your claim # 5155829-33 in the above referenced case and in the amount of
        $0.00   allowed at $213,567.38         has been transferred **(unless previously expunged by court order)**

```
         BANQUE CANTONALE VAUDOISE
         TRANSFEROR: CREDIT SUISSE
         ATTN: ANNE PARIS
         CH. DE LA VALLOMBREUSE 100
         PRILLY    1008
         SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41100     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/21/2013                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 21, 2013.

# EXHIBIT B

08-13555-mg    Doc 41269    Filed 11/22/13    Entered 11/22/13 21:59:27    Main Document
Pg 4 of 6

```
TIME: 14:28:37                                              LEHMAN BROTHERS HOLDING INC.                                             PAGE:    1
DATE: 11/21/13                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: CREDIT SUISSE ATTN: ANNE PARIS CH. DE LA VALLOMBREUSE 100 PRILLY 1008 SWITZERLAND |
| BARCLAYS BANK PLC | ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | C/O HOGAN LOVELLS US LLP ATTN: PETER A. IVANICK 875 THIRD AVENUE NEW YORK NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: LEHMAN RE LTD. ATTN: BANK DEBT OPERATIONS ATTN: ALEKSANDRA MARKOVIC 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | C/O HOGAN LOVELLS US LLP ATTN: PETER A. IVANICK 875 THIRD AVENUE NEW YORK NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: LEHMAN RE LTD. ATTN: BANK DEBT OPERATIONS ATTN: ALEKSANDRA MARKOVIC 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10022 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CREDIT SUISSE | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| CVI HH INVESTMENTS LP | TRANSFEROR: EUROSAIL-UK 2007-5NP PLC C/O CARVAL INVESTORS UK LIMITED 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| DRAWBRIDGE OSO SECURITIES LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L. C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENET GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| EUROSAIL-UK 2007-5NP PLC | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| EUROSAIL-UK 2007-5NP PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| FCDB LBU 2009 LLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| FTS SIP L.P. | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FTS SIP L.P. | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIDX CAPITAL LTD. | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| LEHMAN RE LTD. | C/O PETER C.B. MITCHELL AND D. GEOFFREY HUNTER AS JOINT PROVISIONAL LIQUIDATORS PRICEWATERHOUSECOOPERS ADVISORY LIMITED DORCHESTER HOUSE 7 CHURCH STREER HAMILTON HM11 BERMUDA |
| LEHMAN RE LTD. | C/O PETER C.B. MITCHELL AND D. GEOFFREY HUNTER AS JOINT PROVISIONAL LIQUIDATORS PRICEWATERHOUSECOOPERS ADVISORY LIMITED DORCHESTER HOUSE 7 CHURCH STREET HAMILTON HM11 BERMUDA |
| LEHMAN RE LTD. | C/O PETER C.B. MITCHELL AND D. GEOFFREY HUNTER AS JOINT PROVISIONAL LIQUIDATORS PRICEWATERHOUSECOOPERS ADVISORY LIMITED DORCHESTER HOUSE 7 CHURCH STREET HAMILTON HM11 BERMUDA |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| PULSAR SPV LLC | TRANSFEROR: LEHMAN RE LTD. C/O MAGNETAR FINANCIAL LLC ATTN: CHIEF LEGAL OFFICER 1603 ORRINGTON AVE, 13TH FLOOR EVANSTON IL 60201 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:28:37                                     LEHMAN BROTHERS HOLDING INC.                                          PAGE:    2
DATE: 11/21/13                                          CREDITOR LISTING

Name                                  Address
TACONIC CAPITAL PARTNERS 1.5 L.P.     TACONIC CAPITAL ADVISORS LP
TACONIC CAPITAL PARTNERS 1.5 L.P.     ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.        TACONIC CAPITAL ADVISORS LP
TACONIC OPPORTUNITY FUND, L.P.        ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
UBS AG                                BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP         TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP         TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP         TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed       49
```

EPIQ BANKRUPTCY SOLUTIONS, LLC