**Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | AGRAWAL, SHASHANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13002 | $1,400,470.76 | $1,400,470.76 | None |
| 2 | BARICEVIC, JOANNA M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13429 | $56,105.79 | $56,105.79 | None |
| 3 | CONNORS, WILLIAM F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15186 | $146,043.40 | $146,043.40 | None |
| | | | | TOTAL | | $1,602,619.95 | $1,602,619.95 | |