**Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 173: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | GABELMAN, RICK L | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6238 | $31,108.80 | $31,108.80 | None |
| 2 | GABELMAN, RICK L | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6239 | $87,178.66 | $87,178.66 | None |
| 3 | GARDNER, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/28/2009 | 6512 | $107,217.18 | $107,217.18 | None |
| 4 | GARDNER, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2009 | 6590 | $64,353.28 | $64,353.28 | None |
| 5 | HLAVEK, RUDOLPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7957 | $115,000.00 * | $115,000.00 * | None |
| | | | | TOTAL | | $404,857.92 | $404,857.92 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts