DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4584
Facsimile: (212) 701-5584
James I. McClammy

*Attorneys for Natixis Securities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 21867, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Natixis Securities (the "Claimant") in the amount of $468,949.00, plus an unliquidated amount (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorney, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned counsel represents that it has been duly authorized to execute this withdrawal of the Claim.

Dated: November 25, 2013
    New York, New York

/s/ James I. McClammy
James I. McClammy
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4584
Facsimile: (212) 701-5584

*Attorneys for Natixis Securities*