**Exhibit 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BLATT, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10949 | $2,000,000.00 | $2,000,000.00 | Claim is based on Blatt's allegation of unlawful termination.  Blatt, however, was an employee of LBI, not LBHI.  Thus, LBHI has no liability to Blatt in connection with his claim for unlawful termination. |
| 2 | CGKL VENTURES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24346 | Undetermined | Undetermined | LBHI has no prepetition liability to CGKL Ventures, LLC under the Contingent Promote Agreement (as such term is defined in Claim No. 24346). |
| 3 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28116 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the Trust Agreement (as such terms are defined in Claim No. 28116). |
| 4 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28117 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the Trust Agreement (as such terms are defined in Claim No. 28117). |
| 5 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28118 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 28118). |
| 6 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28119 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 28119). |
| 7 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32104 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32104). |
| 8 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32105 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32105). |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 9 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32106 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32106). |
| 10 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32112 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32112). |
| 11 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32113 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32113). |
| 12 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32114 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32114). |
| 13 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32115 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32115). |
| 14 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32116 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the Trust Agreement (as such terms are defined in Claim No. 32116). |
| 15 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32117 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32117). |
| 16 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32128 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32128). |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 17 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32129 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32129). |
| 18 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32130 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32130). |
| 19 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32131 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the PSA (as such terms are defined in Claim No. 32131). |
| 20 | CWCAPITAL ASSET MANAGEMENT LLC, AS SPECIAL SERVICER FOR BANK OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32132 | Undetermined | Undetermined | LBHI has no liability to CW Capital Asset Management, LLC, as Special Servicer, under the MLPA and/or the Trust Agreement (as such terms are defined in Claim No. 32132). |
| 21 | DEUTSCHE PFANDBRIEFBANK AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17549 | Undetermined | Undetermined | LBHI has no liability to Deutsche Pfandbriefbank AG under the Guarantee (as such term is defined in Claim No. 17549). |
| 22 | DEUTSCHE PFANDBRIEFBANK AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17550 | Undetermined | Undetermined | LBHI has no liability to Deutsche Pfandbriefbank AG under the Guarantee (as such term is defined in Claim No. 17550). |
| 23 | FCCD LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20734 | Undetermined | Undetermined | LBHI has no liability to FCCD Limited pursuant to the Participation Agreement (as such term is defined in Claim No. 20734). |
| 24 | FCCD LIMITED | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 20736 | Undetermined | Undetermined | LCPI has no liability to FCCD Limited pursuant to the Participation Agreement (as such term is defined in Claim No. 20736). |
| 25 | HENGELER MUELLER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12773 | $12,327.41 | $12,327.41 | Claim is for services provided to Lehman Brothers Bankhaus AG ("Bankhaus") following the Commencement Date. LBHI has no liability in connection therewith. |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 ORIX CAPITAL MARKETS, LLC, AS SPECIAL SERVICER FOR WELLS FARGO BANK, | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32399 | Undetermined | Undetermined | LBHI has no liability to Orix Capital Markets, LLC pursuant to the Mortgage Loan Purchase Agreement (as such term is defined in Claim No. 32399).  Additionally, Claim No. 32399 is duplicative of Claim No. 33068. |
| 27 RATHENAU-PASSAGE VERWALTUNGS-GMBH & CO. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16048 | $8,960,203.27 | $8,960,203.27 | Claim arises out of LBHI's alleged guarantee of certain obligations of Bankhaus.  The Plan Administrator understands that claimant has been paid in full in Bankhaus' insolvency proceeding.  Consequently, LBHI has no liability to claimant in connection with Claim No. 16048. |
| 28 U.S. BANK NATIONAL ASSOCIATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30869 | $1,766,953.96 * | $1,766,953.96* | Duplicate of Claim No. 65855. |
| 29 U.S. BANK NATIONAL ASSOCIATION | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30970 | $1,766,953.96 * | $1,766,953.96* | Duplicate of Claim No. 29559. |
| 30 U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 27162 | Undetermined | Undetermined | LCPI has no liability to U.S. Bank, N.A., as trustee, in connection with Claim No. 27162. |
| 31 WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32158 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Mortgage Loan Purchase Agreement (as such term is defined in Claim No. 32158). |
| 32 WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33068 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Mortgage Loan Purchase Agreement (as such term is defined in Claim No. 33068). |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 439: EXHIBIT 1 - NO LIABILITY CLAIM**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 33 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33079 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Mortgage Loan Purchase Agreement (as such term is defined in Claim No. 33079). |
| 34 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 33086 | Undetermined | Undetermined | SASCO has no liability to Wells Fargo Bank, N.A., as Trustee, in connection with Claim No. 33086. |
| 35 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33110 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Sale Agreement or the Pooling and Servicing Agreement (as such terms are defined in Claim No. 33110). |
| | | | | TOTAL | | $14,506,438.60 | $14,506,438.60 | |

* - Indicates claim contains unliquidated and/or undetermined amounts