UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                          :    Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                    :
                              Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER DENYING MOTION OF BAUPOST GROUP LLC TO QUASH DEBTORS' SUBPOENA ISSUED UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the motion dated July 23, 2013 [ECF No. 38941] (the "Motion") of the Baupost Group, LLC and its affiliated entities ("Baupost") to quash the Subpoena for Rule 2004 Examination (the "Subpoena"), served on May 24, 2013, propounded by Lehman Brother Special Finance Inc. ("LBSF") and Lehman Brothers Holdings Inc. ("LBHI," together with LBSF, "Debtors"); and Debtors having filed an objection to the Motion on September 5, 2013 [ECF No. 39947]; and Baupost having filed a reply in further support of the Motion on October 11, 2013 [ECF No. 40434]; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference M-431 dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided; and a hearing having been held on October 23, 2013 (the "Hearing") to consider the relief requested in the Motion; it is hereby

ORDERED that, for the reasons stated by the Court on the record of the Hearing, the Motion is denied; and

ORDERED that, for the reasons stated by the Court on the record of the Hearing,

Baupost shall comply with the Subpoena.

Dated: New York, New York
November 25, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge