**11.11.13**          **001.90**

CH-4621
Frankieren Post

PRIORITY
Stand 2

751255

*DIE POST*

EPIQ SYSTEMS

NOV 1 4 2013

FILED / RECEIVED



101503507Б B02Б



**Luzerner**
**Kantonalbank**

Luzerner Kantonalbank AG
Rechtsdienst & Compliance
Pilatusstrasse 12
Postfach
6002 Luzern

Telefon     0844 822 811
Telefax     041 206 29 16
info@lukb.ch, www.lukb.ch
MWST-Nr.   439 766

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

| | |
|---|---|
| Datum | November 8, 2013 DR-Fep |
| Telefon direkt | 041 206 24 86 Peter Felder |
| Telefax direkt | 041 206 29 16 |
| E-Mail | peter.felder@lukb.ch |

**Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim**
**Case No. 08-13555 (JMP)**

Dear Sir or Madam,

Enclosed we send you 1 Evidence of Transfer of Claim Form.

Thank you for your attention.

Sincerely yours,

Luzerner Kantonalbank

Jörg Gubler     Peter Felder

enclosure.



## EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Clariden Leu AG** ("Transferor") unconditionally and irrevocably transferred to **Luzerner Kantonalbank** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55813**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON OCTOBER 22, 2013.

Clariden Leu AG

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Rita von Wyl
Title:  AVP

RECEIVED
NOV 18
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|-----------------------------------------------|
| XS0220326408 | 55813 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 75'000.00 |