**MORRISON COHEN LLP**
Joseph T. Moldovan
Neil Y. Siegel
909 Third Avenue
New York, New York 10022
(212) 735-8600

Counsel to Edward Park

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                         :
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al,   : Chapter 11
                                                              : Case Nos. 08-13555 (JMP)
                        Debtors.                         :
                                                              :
------------------------------------------------------------- : (Jointly Administered)
                                                              x

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

**NEIL Y. SIEGEL**, being duly sworn, deposes and says:

I am employed by the firm of Morrison Cohen LLP, attorneys for Edward Park. I am not a party to this action, am over 18 years of age and reside in Ardsley, New York.

On November 22, 2013, I caused copies of the Notice of Presentment, Motion to Withdraw as Counsel, and Proposed Order, to be served via email upon the parties on the annexed service list.

_____
NEIL Y. SIEGEL

Sworn to before me this
25th day of November 2013

_____
NOTARY PUBLIC

EDWARD D. MILLER
Notary Public, State of New York
No. 01MI5048987
Qualified in Nassau County
Commission Expires September 05, 20 17

## SERVICE LIST

Garrett Fail, Esq.
Weil Gotshal & Manges LLP,
767 Fifth Avenue
New York, New York 10153
garrett.fail@weil.com

Mr. Edward Park
130 West 30th Street
Apt. 15 A
New York, NY 10001
edpark@nyc.rr.com