**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  )
In re:                                                            )  Chapter 11
                                                                  )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          )  Case No. 08-13555 (JMP)
                                                                  )
                                                                  )
                                                                  )
         Debtors                                                  )  (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) |
| Creditor Name and Address: | Recovery Partners Holdings I, LLC<br>c/o Andrews Kurth LLP<br>Attn: David Hoyt<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 |
| Claim Number (if known): | 27553 |
| Date Claim Filed: | 9/22/2009 |
| Total Amount of Claim Filed: | $110,479,860.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim **with prejudice**, and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Attorney-In-Fact |
|---|---|
| Printed Name: David Hoyt | Dated: 11/26/13 |

1