Form 210A (10/06)

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Standard Chartered Bank (Hong Kong) Limited | YIP SAU CHING |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 39139
Amount of Claim: USD 128,464
Date Claim Filed: 13 Oct, 2009

Phone: N/A
Last Four Digits of Acct. #: 1479

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 18-Nov-2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.