

Volksbank Müllheim eG · Postfach 1165 · 79371 Müllheim · Germany

US Bankruptcy Court NY
One Bowling Green, New York
New York 10004
**USA**

**Rudolf Heitz**
Vermögensberater

Hauptstelle Müllheim
Telefon 07631 808-231
Telefax 07631 808-107
rudolf.heitz@volksbank-muellheim.de

Müllheim, 12. November 2013

**Notice of transfer of claims other than for security pursuant to bankruptcy rule 3001
Evidence of transfer of claim**

Dear sir or madam,

you are receiving for your records the two forms concerning our client Mr Guenther Imbery for your attention.

For any further information do not hesitate to contact us.

Freundliche Grüße

Volksbank Müllheim

Kerstin Kientz        Simone Moos



Volksbank Müllheim eG · Werderstraße 29 · 79379 Müllheim · Germany
Telefon 0 76 31 808-0 · Telefax 0 76 31 808-288
info@volksbank-muellheim.de · www.volksbank-muellheim.de

BIC GENO DE 61 MHL · SWIFT GENO DE 6K · BLZ 680 919 00
Amtsgericht Freiburg GnR 300001 · USt.-Ident.-Nr. DE 142474625

Vorstand: Rudolf Köpfer (Vorsitzender) · Norbert Lange
Aufsichtsratsvorsitzender: Dr. Hans Christian Maier

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED NOV 18 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

In re:   Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> VOLKSBANK MÜLLHEIM eG | Name of Transferor: <br> UBS AG |
|---|---|
| Notices to Transferee should be sent to: <br> VOLKSBANK MÜLLHEIM eG <br> WERDERSTR. 29 <br> 79379 MÜLLHEIM (GERMANY) <br> Tel.: +49 7631 808-0 <br> Attn: Mr. Rudolf Heitz <br> rudolf.heitz@volksbank-muellheim.de | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> Units 800.00 <br> (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: 12. 11. 2013
Mr. Rudolf Heitz, Prokurist
VOLKSBANK MÜLLHEIM eG
WERDERSTR.29, 79379 MÜLLHEIM

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).





**Evidence of Transfer**

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cert.Plus Lehman Bros. Treasury BV2006-31.7.2009 | XS0261032238 | LBT BV | LBH Inc. | Units 800.00 out of Units 58'342.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 14 and in paragraphs/lines 16 of the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

VOLKSBANK eG - MÜLLHEIM
WERDERSTR. 29
79379 Müllheim (GERMANY)
Telephone: +49 7631 808-0
Fax: +49 7631 808-107
Attention: Mr. Rudolf Heitz

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 4, 2013.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

VOLKSBANK MÜLLHEIM eG
Transferee

By: _____
Rudolf Heitz
Prokurist