

**Bethmann Bank**
ABN AMRO



US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Investment Services
Anja Sonnleithner
Telefon: +49 (69) 2177 4292
Telefax: +49 (69) 2177 4460

Frankfurt, 11.11.2013

**claim #55413**

Dear Sir or Madam,

please note that claim #55413 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Anja Sonnleithner          Danijela Gunnesch

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951

2013-02

**Anlage 1**

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA



Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 55413**

We would like to inform you that Mrs Shadia Fahmy who filed the claim Number 55413 on 10/29/2009 has assigned the rights arising out of this claim corresponding with the following securities

- 300 Lehman Bros Treasury Co. B.V. DL-FLR Med-Term Nts 2008 (13) 27 FEB (WKN A0TRXH / ISIN XS0349362003) in the amount of a face value of USD 282,600.00

- Lehmann Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008 (14) 25 MAY (WKN A0TVK2 / ISIN DE000A0TVK20) in the amount of a face value of USD 312,422.00 (EUR 220,000.00)

to
Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.

The rights arising out of claim Number 55413 corresponding with the following securities remain entirely with Mrs. Shadia Fahmy:

- 1,000 Lehman Bros Treasury Co. B.V. DL-FLR Med-Term Nts 2008 (13) 27 FEB (WKN A0TRXH / ISIN XS0349362003) in the amount of a face value of USD 1,000,000.00

5

- Lehmann Bros Treasury Co. B.V. DL-FLR Med.-Term Nts 2008 (14) 17 JULY (WKN A0TPVQ / ISIN DE000A0TPVQ8) in the amount of a face value of USD 399,000.00

Bethmann Bank AG has agreed to the (partial) assignment mentioned herein above. Both Mrs Fahmy and Bethmann Bank AG acknowledge and represent that due to the (partial) assignment mentioned herein above Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, _7.11. 2013_                              Heliopolis-Kairo,_____

Bethmann Bank AG                                    Shadia Fahmy
(Assignee)                                          (Assignor)


Jochen Weber    Oliver Körner                       Shadia Fahmy

                                                    Shadia Aziz

6