


FILED / RECEIVED
NOV 20 2013
EPIQ SYSTEMS



# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings, Inc.,                Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: **Baloise Bank SoBa AG** | Name of Transferor: **RBS Coutts Bank AG** Zurich, Switzerland |
| Court Claim #:  45221 | Court Claim #:  45221 |
| Date Claim Filed:  10/23/2009 | Date Claim Filed:  10/23/2009 |
| Name and Address where notices to transferee should be sent:<br><br>Baloise Bank SoBa AG<br>Attn: Ulrich Ischi<br>Amthausplatz 4<br>4502 Solothurn<br>Switzerland | Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details |
| Phone: +41 58 285 38 52<br>Email: ulrich.ischi@baloise.ch<br>Last Four Digits of Acct #: n/a | Phone:<br>Email:<br>Last Four Digits of Acct. #: n/a |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Email:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 10/29/2013
    (Transferee)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Baloise Bank SoBa AG, 4500 Solothurn, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 30 October 2013

RBS Coutts Bank AG

By: _____  
Name: Erich Vogel  
Title: Senior Vice President

By: _____  
Name: Hans-Peter Schmid  
Title: Director

**◆ Baloise Bank SoBa**

Zentrale

Postfach, 4502 Solothurn
Telefon 058 285 33 33
Telefax 058 285 03 33
Internet www.baloise.ch

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

31.10.2013/op/ui
058 285 38 52
ulrich.ischi@baloise.ch

## Kurzmitteilung

Dear Sir or Madame

- ☐ gemäss (tel.) Besprechung
- ☐ gemäss Ihrem Brief vom

  gemäss Ihrem Wunsch
- ☐ zur Kenntnis
- ☐ zur Prüfung/Kontrolle
- ☐ zur Stellungnahme
- ☐ zur direkten Erledigung
- ☐ zur Unterschrift/Visum
- ☒ zu Ihren Akten

- ☐ mit bestem Dank zurück
- ☐ bitte zurückgeben
- ☐ bitte Akten/Unterlagen einreichen
- ☐ bitte besprechen
- ☐ bitte anrufen an Telefon
- ☐ bitte weiterleiten an
- ☐ Beilagen

Enclosed please find a evidende of transfer of claim

Kind regards

U. Ischi

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0290588572 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR   30'000.00 |