Charles W. Schoenherr

41 Broad Brook Lane

Stamford, Ct 06907    203 – 921-8774



November 11, 2013

Hon. James M. Peck

United States Bankruptcy Court

One Bowling Green, Courtroom 601

New York, NY 1004

Jacqueline Marcus, Esq

Weil, Gotshal & Manges

767 Fifth Ave

New York, NY 10153

Re: Response to Debtor's request for Extension to File Objections –Case # 08-13555

Dear Sir or Madam:

I am writing to object to the Motion of Lehman Brothers Holdings for an extension of the period to file objections. As indicated in my letter dated May 16, 2012, which is attached, I was an employee of Lehman Brothers Holdings for 7 years (from 2001 to late 2008) and filed a claim for $74,952 in September, 2009 (Claim # 12945). My claim arose from a transaction I originated for Lehman Brothers RE Partners called Sunset Villas. Sunset Villas was sold in early 2008 for a very large profit and my share of the profits was calculated by Lehman Brothers to be $74,952.

I did receive a letter dated Sept 11, 2008 (attached) which detailed my interest and noted that I would be paid shortly thereafter. Obviously, due to the bankruptcy, my finder's fee was never paid and now its been over 5 years and they want an extension.

I find the previous objections and extensions of the Debtor to be insulting, frustrating and disingenuous and respectfully request that the court reject the Debtor's claim and satisfy it immediately. I have waited patiently for over 5 years and would like to see this matter resolved equitably. I worked for Lehman Brothers for many years and have a legitimate claim, which has been acknowledged by them, and would like to see it resolved and satisfied in a timely manner. Your consideration of this matter is greatly appreciated.

Respectfully Submitted,

*CW Schoenherr*

Charles W. Schoenherr – Claim # 12945