**Charles W. Schoenherr**
**41 Broad Brook Lane**
**Stamford, CT 06907**
**(203) 921-8774**

May 16, 2012

Hon. James M. Peck               Robert J. Lemons, Esq.
United States Bankruptcy Court   Mark Bernstein, Esq.
One Bowling Green, Courtroom 601 Weil Gotshal & Manges LLP
New York, NY 10004               767 Fifth Ave
                                 New York, NY 10153

Office of the United States Trustee
for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
      Elisabeth Gasparini, Esq.
      Andrea Schwartz, Esq.


Re:   **Response to Debtors' Two Hundred Eighty-Eighth Omnibus**
      **Objection to Claims (Employment Related Claims)**
      **<u>Chapter 11 Case No. 08-13555 (JMP)</u>**

Dear Sir or Madam:

     I am writing concerning the Debtors Objection to my Proof of Claim – Claim Number 12945 (Case Number 08-13555). The Objection appears to ask the court to deny my Proof of Claim on the basis that I did not work for Lehman Brothers Holdings. I find this extremely disconcerting as I was an employee of Lehman Brothers Holdings for over 7 years from 2001 to late 2008. As proof of such employment, I have attached a copy of forms which were used by employees to exercise grants of stock options which were awarded to employees by Lehman Brothers Holdings (LBHI).

     I was paid by Lehman Brothers Holdings and worked in their Fixed Income Department for 7 years. As a result, I filed a claim against LBHI and received a "Receipt of Proof of Claim" shortly thereafter (see attached). My claim arose from a transaction I originated for Lehman Brothers Real Estate Partners, Sunset Villas, which was sold for a large profit in early 2008. All of the Investors received their original equity back plus a very handsome profit. Due to the chaos surrounding the company during the summer of 2008, my finder's fee was not paid in a

timely manner.  However, I did receive a letter on September 11, 2008 which detailed my interest in this transaction (See attached letter and claim) and noted that I would be paid shortly thereafter.  Obviously, due to the bankruptcy, my finder's fee was never paid and now the Debtor is claiming that I didn't work there.

    I find the recent Objection filed by the Debtor to be insulting and disingenuous and respectfully request that the court reject the Debtor's claim and that my claim be honored in a timely manner.  I truly believe that it would be extremely inequitable to deny my claim since all other investors got paid in full on this transaction.  Your consideration to this matter is greatly appreciated.

Respectfully submitted,

Charlie Schoenherr

# LEHMAN BROTHERS

## MEMORANDUM

TO: Charlie Schoenherr

FROM: Mike Odrich
Brett Bossung
Mark Newman

DATE: September 11, 2008

CC: Mark Walsh
Ruth Horowitz
Robert Shaw
Rodolpho Amboss
Eileen Sullivan

SUBJECT: Finder's Payment for Investment in Sunset Villas

---

Based on your Notional Interest in Lehman Brothers Real Estate Partners, L.P. and its affiliated investment partnerships a distribution is due to you as follows:

Notional Interest        $12,224

| | |
|---|---:|
| Pro-Rata Share of Distribution | $132,559 |
| Less Outstanding Notional Interest in Portfolio Investment | (45,383) |
| Gross Proceeds | 87,176 |
| Less Lehman Cost of Capital (charged on outstanding Notional Interest) | (12,224) |
| Net Proceeds (before taxes) | $74,952 |

Please remember that your distribution will be on a pre-tax basis and therefore Lehman is obligated to withhold payroll-related taxes on any proceeds due to you.

This payment is expected to be included in your payroll check from Lehman on or about January 31, 2009.

Please e-mail robert.shaw@lehman.com if you have any questions.

| United States Bankruptcy Court/Southern District of New York | | **PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 555053140 |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555053140*****
CHARLES, SCHOENHERR
41 BROAD BROOK LANE
STAMFORD, CT 06907

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:
SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE
DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Telephone number: 203-921-8774   Email Address: cschoenherr@scout-capital.com

Name and address where payment should be sent (if different from above)
SAME AS ABOVE

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 74,952.—

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: Services performed - finder's fees for deal sold in early 2008.
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 7802
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $ 74,952

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ 0
   (See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ 74,952 — Finder's Fees for deal sold in 2008.

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 9/10/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ C.W. Schoenherr

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* LBH CLMLTR (MERGE2,TXNUM2) 4000059712 \*\*\*\*

SCHOENHERR, CHARLES
41 BROAD BROOK LANE
STAMFORD, CT 06907

October 08, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | SCHOENHERR, CHARLES |
| Date Received: | 09/15/2009 |
| Claim Number: | 12945 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

EPIQ BANKRUPTCY SOLUTIONS, LLC

*In re Lehman Brothers Holdings Inc., et al.*
Class 1 Priority Non-Tax Claims

PLEASE COMPLETE THE FOLLOWING:

**ITEM 1. Amount of Claim(s).** For purposes of voting to accept or reject the Plan, as of August 1, 2011 (the "Record Date") the undersigned was a holder of Claim(s) (the "Claim(s)") in the aggregate amount set forth below.

Class: 1

Claim Amount: $74,952.00

Debtor: Lehman Brothers Holdings Inc.

**ITEM 2. Vote on the Plan.** The undersigned holder of the Claim(s) identified in Item 1 above hereby votes to:

Check one box:   ☒ Accept the Plan
                 ☐ Reject the Plan

**ITEM 3. Acknowledgements and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Debtors' Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code, dated August 31, 2011 (as it may be amended or modified, the "Disclosure Statement"), including all exhibits thereto. The undersigned certifies that (i) it is the holder of the Claim identified in Item 1 above or (ii) it has full power and authority to vote to accept or reject the Plan on behalf of the holder of the Claim identified in Item 1 above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the Bankruptcy Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Print or Type Name of Claimant: Charles Schoenherr

Social Security or Federal Tax I.D. No. of Claimant: 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

Signature: CWSchoenherr

Name of Signatory (if different than claimant):

If by Authorized Agent, Title of Agent:

Street Address: 41 Broad Brook Lane

City, State and Zip Code: Stamford, CT 06907

Telephone Number: 203-322-9647

Email Address: cschoenherr@broadwayprtn

Date Completed: 10/3/11

GENERAL BALLOT A
SCHOENHERR, CHARLES
41 BROAD BROOK LANE
STAMFORD, CT 06907
Voting Amount:     $74,952.00
2408

2

2408

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 329: EXHIBIT A - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 130 ROTHBORT, LONNIE | 3107 | 2/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $12,000.00 | $841,846.11 | | $853,846.11 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $842,896.11 | | $853,846.11 |
| 131 RUSSELL, MARK | 31225 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $300,957.00 | $2,121,406.00 | | $2,422,363.00 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $2,411,413.00 | | $2,422,363.00 |
| 132 SAMARI, OREN | 28652 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $12,223.00 | | | $12,223.00 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $1,273.00 | | $12,223.00 |
| 133 SANTORO, VITO | 32308 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $16,384.00 | $640,731.00 | | $657,115.00 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $646,165.00 | | $657,115.00 |
| 134 SARKAR, AMIT K | 34872 | 9/24/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $3,076,963.23 | | | $3,076,963.23 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $3,066,013.23 | | $3,076,963.23 |
| 135 SCHOENHERR, CHARLES | 12945 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $74,952.00 | $74,952.00 | | $149,904.00 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $138,954.00 | | $149,904.00 |
| 136 SCHREIBER, RUSSELL | 13321 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $240,098.00 | Undetermined | | $240,098.00* |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $229,148.00 | | $240,098.00* |
| 137 SCHUSTER, CHRISTIANE | 11369 | 9/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $1,662,921.00 | | | $1,662,921.00 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $1,651,971.00 | | $1,662,921.00 |
| 138 SCHWAB, STEVEN B | 11540 | 9/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $455,210.00 | | | $455,210.00 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $444,260.00 | | $455,210.00 |
| 139 SCOTT, ERIC A. | 14399 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $25,384.59 | | | $25,384.59 |
| | | | CLAIM AS MODIFIED | | | $10,950.00 | $14,434.59 | | $25,384.59 |

* - Indicates claim contains unliquidated and/or undetermined amounts