United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc., et al. #08-13555 (JMP) - LEAD |
|---|---|
| Creditor Name and Address: | State of New Jersey<br>Department of the Treasury Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 |
| Court Claim Number (if known): | 1370 |
| Date Claim Filed: | 12/18/2008 |
| Total Amount of Claim Filed: | 1,920.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-06-13

Print Name: Valerie Walachy

Title (if applicable): Authorized Agent

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

United States Bankruptcy Court for the Southern District of New York

FILED / RECEIVED
NOV 1 3 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc., et al. #08-13555 (JMP) - LEAD |
|---|---|
| Creditor Name and Address: | State of New Jersey<br>Department of the Treasury Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 |
| Court Claim Number (if known): | 9267 |
| Date Claim Filed: | 8/24/2009 |
| Total Amount of Claim Filed: | 21,920.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-06-13

Print Name: Valerie Walachy
Title (if applicable): Authorized Agent

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

FILED / RECEIVED
NOV 1 3 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc., et al. #08-13555 (JMP) - LEAD |
|---|---|
| Creditor Name and Address: | State of New Jersey<br>Department of the Treasury Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 |
| Court Claim Number (if known): | 9268 |
| Date Claim Filed: | 8/24/2009 |
| Total Amount of Claim Filed: | 40,898.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-06-13

Print Name: Valerie Walachy

Title (if applicable): Authorized Agent

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

United States Bankruptcy Court for the Southern District of New York

**FILED / RECEIVED**
**NOV 22 2013**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc., et al. #08-13555 (JMP) - LEAD |
|---|---|
| Creditor Name and Address: | State of New Jersey<br>Department of the Treasury Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 |
| Court Claim Number (if known): | 66567 |
| Date Claim Filed: | 04/26/2010 |
| Total Amount of Claim Filed: | $4,920.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-19-13

Print Name: Valerie Walachy
Title (if applicable): Authorized Agent

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

*Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).*

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



**STATE OF NEW JERSEY**
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, N.J. 08695-0245

November 6, 2013

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station – PO Box 5076
New York, NY 10150-5076

Re:   Lehman Brothers Holdings, Inc., *et al.*
      Chapter 11 #08-13555 (JMP) – LEAD

To Whom It May Concern:

It was recently brought to my attention by a representative of the Debtor that the amended proofs of claim I sent to you under separate cover on October 29, 2013, would not be processed at this time. In lieu of amending the Division's claims or settling the matter by other means, I hereby withdraw each of the State of New Jersey Division of Taxation's proofs of claim.

Enclosed please find original, plus one (1) copy each of the State of New Jersey Division of Taxation's Withdrawal of Claim forms for Claims #1370, #9267, #9268, and #66577. File and retain the original copies for your records. Kindly stamp-receive each photocopy and return them to this office in the enclosed postage-paid envelopes.

Sincerely,

*[signature]*

Jamie Secula, Investigator
Bankruptcy Section
Ph: (609) 292-0025
Jamie.Secula@treas.state.nj.us

Enclosures



STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, N.J. 08695-0245

November 19, 2013

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station – PO Box 5076
New York, NY 10150-5076

Re:   Lehman Brothers Holdings, Inc., *et al.*
      Chapter 11 #08-13555 (JMP) – LEAD

To Whom It May Concern:

Enclosed please find an original, plus one (1) copy, of the State of New Jersey Division of Taxation's Withdrawal of Claim form for the above-referenced jointly administered chapter 11 proceedings. File and retain the original copies for your records. Kindly stamp-receive the photocopy and return it to this office in the enclosed postage-paid envelope.

Sincerely,

Jamie Secula, Investigator
Bankruptcy Section
Ph: (609) 292-0025
Jamie.Secula@treas.state.nj.us

Enclosures