

# St.Galler
# Kantonalbank

Telefon: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

**Hauptsitz**

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen

**By Courier**
Epiq Bankruptcy Solutions, LLC
Attn : Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3rd Floor
New York, NY 10017, USA

| | |
|---|---|
| Date | 14.11.2013 |
| u/Ref | Sfca-fg |
| Phone-No. | +41 71 231 34 29 / Florian Gubser |
| E-Mail | florian.gubser@sgkb.ch |

**Claim Transfer**

Dear Sir or Madam

Enclosed you receive the forms ‚Evidence of Transfer of Claim' and Form 210A.

If we do not hear from you, we assume that everything is okay.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you in advance.

Yours sincerely,

St.Galler Kantonalbank AG

P.P.

Pascal Schmid          Anina Zürcher
Miglied des Kaders     Mitglied des Kaders



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

St.Galler Kantonalbank AG
_____
Name of Transferee

Name and Address where notices
to transferee should be sent:

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen
Switzerland

Phone: +41 71 231 34 13
Last Four Digits of Acct #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

Pictet & Cie
_____
Name of Transferor

Court Claim # (if known): 40659
Date Claim Filed: 10/16/2009
Amount of Claim: USD 77'870.62
Portion of Claim Transferred (see
Schedule 1): USD 77.870.62

Phone: +41 58 323 21 97
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 11/14/2013
Transferee/Transferee's Agent
Pascal Schmid        Anina Zürcher

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

St.Galler Kantonalbank AG

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Pictet & Cie ("Transferor")** unconditionally and irrevocably transferred to **St.Galler Kantonalbank AG Ltd ("Transferee")** all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 40659.01**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administrated), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON NOVEMBER 12, 2013

**Pictet & Cie**

By: ...............................

Name: David Aeschlimann

Title: Vice President

By: ...............................

Name: Mélanie Pichonnaz

Title: Officer

RECEIVED
NOV 21
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|------------------------------------------------|
| XS0207884379 | 40659.01 | October 28, 2009 | Lehman Brothers Treasury BV | USD 120,000 |