Telefónica, S.A.
Distrito C
Edificio Central - 3ª Planta
Ronda de la Comunicación, s/n
28050 Madrid, Spain
Telephone: +34 91 482 8591
Facsimile: +34 91 482 8779
Iván Rosa Vallejo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Telefónica, S.A. ("Claimant") hereby withdraws with prejudice proof of claim 67513 (the "Claim"), filed on June 1, 2011, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 20, 2013
Madrid, Spain

Iván Rosa Vallejo
Telefónica, S.A.
Distrito C
Edificio Central - 3ª Planta
Ronda de la Comunicación, s/n
28050 Madrid, Spain
Telephone: +34 91 482 8591
Facsimile: +34 91 482 8779

US_ACTIVE:\44372853\1\58399.0011