United States Bankruptcy Court
Southern District of New York

In Re:     LEHMAN BROTHERS HOLDINGS, INC.
Case No:   08-13555

### NOTICE OF FULL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. **10373** HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **EVO FEEDER FUND** | **EVOLUTION MASTER FUND LTD. SPC, SEGREGATED PORTFOLIO M.** |

Name and address where notices to transferee should be sent:

Court Claim #: 10373
Amount of Allowed Claim: USD 4,080,705.13
Date Claim Filed: September 04, 2009

Evo Feeder Fund
2425 Olympic Blvd, suite 120E
Santa Monica, CA 90404

Attn: Richard Chisholm

Name and Address of Transferor:

EVOLUTION MASTER FUND LTD. SPC,
SEGREGATED PORTFOLIO M
2425 Olympic Blvd, suite 120E
Santa Monica, CA 90404

Phone:
Last Four Digits of Acct #: N/A

Phone:
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:     N/A
Last Four Digits of Acct. #:     N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                          Date: 11/25/13
Transferee / Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. 152 &3571*

---
--DEADLINE TO OBJECT TO TRANSFER--
---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:

CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of Assignment of Claim Agreement, EVOLUTION MASTER FUND LTD. SPC, SEGREGATED PORTFOLIO M. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to EVO FEEDER FUND ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $ 4,080,705.13 (the "Claim"), as set forth in proof of claim number 10373 filed against LEHMAN BROTHERS HOLDINGS, INC ("Debtor") the debtor-in-possession in Case No. 08-13555 (the "Case"), under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hearby stipulates, that an order of the Bankruptcy court may be entered without further notice to the Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 25, 2013.

EVOLUTION MASTER FUND LTD. SPC, SEGREGATED PORTFOLIO M.

By: _____
Name: Richard Chisholm
Title: Authorized Signatory

EVO FEEDER FUND

By: _____
Name: Richard Chisholm
Title: Authorized Signatory