White & Case LLP
5 Old Broad Street
London EC2N 1DW
Telephone: +44 207 532 2754
Patrick Schumann

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | 08-13555 (JMP) |
| **Debtors** | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Attestor Value Master Fund LP ("Claimant") hereby withdraws with prejudice proof of claim 24560 (the "Claim"), filed on September 21, 2009, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 27, 2013
New York, New York

_____
Patrick Schumann
White & Case LLP
5 Old Broad Street
London EC2N 1DW
Telephone: +44 207 532 2754

*Attorneys for Attestor Value Master Fund LP*

US_ACTIVE:\44368895\1\58399.0011