**Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 444: EXHIBIT 1 - CONTRIBUTION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | DESCRIPTION OF CONTRIBUTION CLAIM |
|---|---|---|---|---|---|---|---|---|
| 1 | TRAVELERS CASUALTY AND SURETY COMPANY OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/26/2008 | 36 | Undetermined | Undetermined | Claimant asserts that it issued surety bonds to certain of LBHI's bondholders and filed Claim 36 as a contingent claim for reimbursement and indemnification from LBHI for any payments that claimant may make to the bondholders. |
| | | | | TOTAL | | $0.00 | $0.00 | |