London Diversified Fund Management (UK) Limited
3rd Floor
10 Grosvenor Street
London W1K 4QB
Telephone: +44 (0)20 7408 5200
David Gorton

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim 23593, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by London Select Fund Limited (the "Claimant") in the amount of at least $11,117,158. Deutsche Bank AG, London Branch (UK) purchased a 91% interest in the claim, equal to $10,126,431, from the Claimant, *see* ECF No. 7452 (Claimant's portion of the claim remaining after such sale shall be hereinafter referred to as the "Claim"). The Claimant assigned all of its rights, title, benefit and interest in and to the Claim to London Diversified Fund Management (UK) Limited (the "Assignee") pursuant to an assignment agreement dated July 22, 2010. The Assignee represents and warrants that as of the date hereof, the Assignee has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Assignee hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. All rights and defenses as to the remaining portions of the claim are hereby reserved. For the avoidance of doubt, this withdrawal shall not affect any rights and defenses which the

Claimant and/or the Assignee may have against Lehman Brothers International (Europe) (In Administration), or any other entity other than Lehman Brothers Holdings, Inc.

The undersigned represents and warrants that he is authorized by the Assignee to execute this withdrawal and that the withdrawal of the Claim is within the Assignee's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 2nd, 2013
London, England

_____
David Gorton
Director
London Diversified Fund Management (UK) Limited
3rd Floor
10 Grosvenor Street
London W1K 4QB
Telephone: +44 (0)20 7408 5200