UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**ORDER DENYING WITH PREJUDICE
CAISSE DES DÉPÔTS ET CONSIGNATIONS' SECOND MOTION
FOR ENTRY OF AN ORDER TO PERMIT A LATE-FILED PROOF OF CLAIM**

**UPON** consideration of the second motion, dated August 2, 2013, of Caisse des Dépôts et Consignations ("CDC") for an order permitting CDC to file a late proof of claim pursuant to Bankruptcy Rule 9006(b)(1) [ECF No. 39240] (the "Motion"), all as more fully described in the Motion; and upon consideration of the response of Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [ECF No. 40164] (the "Response"); and upon the consideration of CDC's reply to the Response [ECF No. 41183]; and due and proper notice of the Motion having been provided to all parties via the Court's electronic filing system; and it appearing that no other or further notice need be provided; and upon the record of the hearing on the Motion held on November 22, 2013; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the Motion is **DENIED WITH PREJUDICE**; and it is further

2

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
December 2, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge