# Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

   SOS Kinderdörfer WeltweitHermann-Gmeiner-Fonds
   Deutschland e.V. Frau Rechtsanwältin Julia Nücker
   _____
   name of customer

   (the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __17,041.20__, which is equal to __0.003955508__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

   SOS Kinderdörfer WeltweitHermann-Gmeiner-Fonds
   Deutschland e.V. Frau Rechtsanwältin Julia Nücker
   _____
   name of customer

   (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __17,041.20__, which is equal to __0.003955508__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __16__ th day of __Oktober__ 2013.

TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA on behalf of
SOS Kinderdörfer WeltweitHermann-Gmeiner-Fonds
Deutschland e.V. Frau Rechtsanwältin Julia Nücker
name of customer

By _____   _____
Name  Mr. Oliver Stuempges    Mr. Theo Peters
Title      Area Director           Area Manager

Kasernenstr. 10
_____
address

40213 Duesseldorf, Germany
_____
city, state, zip

SOS Kinderdörfer WeltweitHermann-Gmeiner-Fonds
Deutschland e.V. Frau Rechtsanwältin Julia Nücker
name of customer

By X _____
Name  SOS Kinderdörfer WeltweitHermann-Gmeiner-Fonds
      Deutschland e.V. Frau Rechtsanwältin Julia Nücker
Title _____

Ridlerstrasse 55
_____
address

80339 München, GERMANY
_____
city, state, zip

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re  Lehman Brothers Holdings Inc. et al.  ,  Case No.  Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SOS Kinderdörfer WeltweitHermann-Gmeiner-Fonds Deutschland e.V. Frau Rechtsanwältin Julia Nücker
Name of Transferee

TARGOBANK AG & Co. KGaA
Name of Transferor

Name and Address where notices to Transferee should be sent:
SOS Kinderdörfer WeltweitHermann-Gmeiner-Fonds Deutschland e.V. Frau Rechtsanwältin Julia Nücker
Ridlerstrasse 55
80339 München  GERMANY

Court Claim # (if known):  55404
Amount of Claim:  $ 17,041.20
Date Claim Filed:  29 October 2009

Phone:  00 49 89 17914-170
Last Four Digits of Acct #:

Phone:  +49 (0)203 347 5703
Last Four Digits of Acct #:

Name and Address where notices to Transferee should be sent: (if different from above):

Phone:
Last Four Digits of Acct #:

RECEIVED NOV 25 2013 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By  X  [signature, SOS KINDERDÖRFER WELTWEIT stamp]    Date  23. Oktober 2013
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

# Transferred Claim

$ __17,041.20__ of $ __430,822,024.23__ (the outstanding amount of the Proof of Claim as of

__16. Oktober 2013__

date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.O.AR.N12BSKT | DE000A0NXKZ9 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 17,041.20 | ---------------- | 07.08.2012 | $ 17,041.20 |