UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                                  :
            Debtors.                                        :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 41309 & 41310

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 25, 2013, I caused to be served the:

   a) "Joint Notice of Withdrawal of Claim and Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," related to BES VIDA Companhia Seguros S.A., dated November 25, 2013 [Docket No. 41309], and

   b) "Joint Notice of Withdrawal of Claim and Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," related to Banco Espirito Santo S.A., dated November 25, 2013 [Docket No. 41310],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
27th day of November, 2013
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

| | |
|---|---|
| aaaronson@dilworthlaw.com | asomers@rctlegal.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abeaumont@fklaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | azylberberg@whitecase.com |
| acker@chapman.com | bankr@zuckerman.com |
| adam.brezine@hro.com | bankruptcy@goodwin.com |
| adarwin@nixonpeabody.com | bankruptcy@morrisoncohen.com |
| adiamond@diamondmccarthy.com | bankruptcy@ntexas-attorneys.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| afriedman@irell.com | bbisignani@postschell.com |
| agbanknewyork@ag.tn.gov | bcarlson@co.sanmateo.ca.us |
| aglenn@kasowitz.com | bdk@schlamstone.com |
| agold@herrick.com | bguiney@pbwt.com |
| agoldstein@tnsj-law.com | bmanne@tuckerlaw.com |
| agottfried@morganlewis.com | bmiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akadish@dtlawgroup.com | brian.corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bstrickland@wtplaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com |
| amcmullen@boultcummings.com | bturk@tishmanspeyer.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com |
| amh@amhandlerlaw.com | bzabarauskas@crowell.com |
| andrew.brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | calbert@reitlerlaw.com |
| angelich.george@arentfox.com | canelas@pursuitpartners.com |
| ann.reynaud@shell.com | carol.weinerlevy@bingham.com |
| anthony_boccanfuso@aporter.com | cbelisle@wfw.com |
| aoberry@bermanesq.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com |
| aquale@sidley.com | chad.husnick@kirkland.com |
| arahl@reedsmith.com | chammerman@paulweiss.com |
| arainone@bracheichler.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com |
| arthur.rosenberg@hklaw.com | christopher.greco@kirkland.com |
| arwolf@wlrk.com | clarkb@sullcrom.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com |
| ashmead@sewkis.com | cmontgomery@salans.com |
| asnow@ssbb.com | cohen@sewkis.com |

| | |
|---|---|
| cp@stevenslee.com | dlipke@vedderprice.com |
| cpappas@dilworthlaw.com | dludman@brownconnery.com |
| craig.goldblatt@wilmerhale.com | dmcguire@winston.com |
| crmomjian@attorneygeneral.gov | dmurray@jenner.com |
| csalomon@beckerglynn.com | dneier@winston.com |
| cschreiber@winston.com | dodonnell@milbank.com |
| cshore@whitecase.com | dove.michelle@dorsey.com |
| cshulman@sheppardmullin.com | dpegno@dpklaw.com |
| cszyfer@stroock.com | draelson@fisherbrothers.com |
| cwalsh@mayerbrown.com | dravin@wolffsamson.com |
| cward@polsinelli.com | drosenzweig@fulbright.com |
| cweber@ebg-law.com | drosner@goulstonstorrs.com |
| cweiss@ingramllp.com | drosner@kasowitz.com |
| dallas.bankruptcy@publicans.com | dshaffer@wtplaw.com |
| danielle.rose@kobrekim.com | dshemano@peitzmanweg.com |
| dave.davis@isgria.com | dspelfogel@foley.com |
| david.bennett@tklaw.com | dtatge@ebglaw.com |
| david.heller@lw.com | dtheising@harrisonmoberly.com |
| david.powlen@btlaw.com | dwdykhouse@pbwt.com |
| davids@blbglaw.com | dwildes@stroock.com |
| davidwheeler@mvalaw.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | easmith@venable.com |
| dbaumstein@whitecase.com | ecohen@russell.com |
| dbesikof@loeb.com | edward.flanders@pillsburylaw.com |
| dcimo@gjb-law.com | efleck@milbank.com |
| dcoffino@cov.com | efriedman@fklaw.com |
| dcrapo@gibbonslaw.com | efriedman@friedumspring.com |
| ddavis@paulweiss.com | eglas@mccarter.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | eleicht@whitecase.com |
| deggermann@kramerlevin.com | ellen.halstead@cwt.com |
| deggert@freebornpeters.com | emagnelli@bracheichler.com |
| demetra.liggins@tklaw.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgrimes@reedsmith.com | epearlman@scottwoodcapital.com |
| dhayes@mcguirewoods.com | erin.mautner@bingham.com |
| dheffer@foley.com | eschwartz@contrariancapital.com |
| dhurst@coleschotz.com | etillinghast@sheppardmullin.com |
| dhw@dhclegal.com | ezujkowski@emmetmarvin.com |
| diconzam@gtlaw.com | fbp@ppgms.com |
| djoseph@stradley.com | ffm@bostonbusinesslaw.com |
| dkessler@ktmc.com | fhyman@mayerbrown.com |
| dkozusko@willkie.com | foont@foontlaw.com |
| dlemay@chadbourne.com | fritschj@sullcrom.com |

fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com

jnadritch@olshanlaw.com
jnm@mccallaraymer.com
jonathan.goldblatt@bnymellon.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com

| | |
|---|---|
| lschweitzer@cgsh.com | miller@taftlaw.com |
| lubell@hugheshubbard.com | mimi.m.wong@irscounsel.treas.gov |
| lwhidden@salans.com | mitchell.ayer@tklaw.com |
| mabrams@willkie.com | mjedelman@vedderprice.com |
| maofiling@cgsh.com | mjr1@westchestergov.com |
| marc.chait@sc.com | mkjaer@winston.com |
| margaret.welsh@cliffordchance.com | mlahaie@akingump.com |
| margolin@hugheshubbard.com | mlandman@lcbf.com |
| mark.bane@ropesgray.com | mlichtenstein@crowell.com |
| mark.deveno@bingham.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmooney@deilylawfirm.com |
| mark.ellenberg@cwt.com | mmorreale@us.mufg.jp |
| mark.mckane@kirkland.com | mneier@ibolaw.com |
| mark.sherrill@sutherland.com | monica.lawless@brookfieldproperties.com |
| marvin.clements@ag.tn.gov | mpage@kelleydrye.com |
| matt@willaw.com | mparry@mosessinger.com |
| matthew.klepper@dlapiper.com | mpomerantz@julienandschlesinger.com |
| maustin@orrick.com | mprimoff@kayescholer.com |
| mbenner@tishmanspeyer.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mberman@nixonpeabody.com | mrothchild@mofo.com |
| mbienenstock@proskauer.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | msegarra@mayerbrown.com |
| mcademartori@sheppardmullin.com | mshiner@tuckerlaw.com |
| mcantor@normandyhill.com | msolow@kayescholer.com |
| mcordone@stradley.com | mspeiser@stroock.com |
| mcto@debevoise.com | mstamer@akingump.com |
| mcyganowski@oshr.com | mvenditto@reedsmith.com |
| mdorval@stradley.com | mwarner@coleschotz.com |
| melorod@gtlaw.com | mwarren@mtb.com |
| meltzere@pepperlaw.com | nathan.spatz@pillsburylaw.com |
| metkin@lowenstein.com | nbojar@fklaw.com |
| mfeldman@willkie.com | ncoco@mwe.com |
| mgordon@briggs.com | neal.mann@oag.state.ny.us |
| mgreger@allenmatkins.com | ned.schodek@shearman.com |
| mh1@mccallaraymer.com | neilberger@teamtogut.com |
| mhopkins@cov.com | nherman@morganlewis.com |
| michael.frege@cms-hs.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com |
| michael.krauss@faegrebd.com | nyrobankruptcy@sec.gov |
| michael.mccrory@btlaw.com | otccorpactions@finra.org |
| michaels@jstriallaw.com | paronzon@milbank.com |
| millee12@nationwide.com | patrick.oh@freshfields.com |

| | |
|---|---|
| pbattista@gjb-law.com | rnetzer@willkie.com |
| pbosswick@ssbb.com | robert.dombroff@bingham.com |
| pdublin@akingump.com | robert.henoch@kobrekim.com |
| peisenberg@lockelord.com | robert.malone@dbr.com |
| peter.blasone@klgates.com | robert.yalen@usdoj.gov |
| peter.gilhuly@lw.com | robin.keller@lovells.com |
| peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| peter@bankrupt.com | ross.martin@ropesgray.com |
| pfeldman@oshr.com | rrainer@wmd-law.com |
| pfinkel@wilmingtontrust.com | rreid@sheppardmullin.com |
| phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| phil.huynh@kobrekim.com | rrussell@andrewskurth.com |
| philip.wells@ropesgray.com | russj4478@aol.com |
| pmaxcy@sonnenschein.com | rwasserman@cftc.gov |
| ppascuzzi@ffwplaw.com | rwyron@orrick.com |
| ppatterson@stradley.com | s.minehan@aozorabank.co.jp |
| psp@njlawfirm.com | sabin.willett@bingham.com |
| ptrain-gutierrez@kaplanlandau.com | sabramowitz@velaw.com |
| ptrostle@jenner.com | sabvanrooy@hotmail.com |
| r.stahl@stahlzelloe.com | sally.henry@skadden.com |
| raj.madan@bingham.com | samuel.cavior@pillsburylaw.com |
| ramona.neal@hp.com | sandyscafaria@eaton.com |
| rbeacher@pryorcashman.com | scargill@lowenstein.com |
| rbernard@foley.com | schager@ssnyc.com |
| rbyman@jenner.com | schannej@pepperlaw.com |
| rdaversa@orrick.com | schepis@pursuitpartners.com |
| relgidely@gjb-law.com | schnabel.eric@dorsey.com |
| rflanagan@flanassoc.com | schristianson@buchalter.com |
| rfrankel@orrick.com | schwartzmatthew@sullcrom.com |
| rfriedman@silvermanacampora.com | scott.golden@hoganlovells.com |
| rgmason@wlrk.com | scott.mcculloch@kobrekim.com |
| rgoodman@moundcotton.com | scottj@sullcrom.com |
| rgraham@whitecase.com | scottshelley@quinnemanuel.com |
| rhett.campbell@tklaw.com | scousins@armstrongteasdale.com |
| richard.fingard@newedge.com | sdnyecf@dor.mo.gov |
| richard.lear@hklaw.com | seba.kurian@invesco.com |
| richard.levy@lw.com | sehlers@armstrongteasdale.com |
| richard.tisdale@friedfrank.com | seichel@crowell.com |
| richard@rwmaplc.com | sfelderstein@ffwplaw.com |
| rick.murphy@sutherland.com | sfineman@lchb.com |
| rjones@boultcummings.com | sfox@mcguirewoods.com |
| rleek@hodgsonruss.com | sgordon@cahill.com |
| rlevin@cravath.com | sgubner@ebg-law.com |
| rmatzat@hahnhessen.com | shannon.nagle@friedfrank.com |

sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com

tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: TRACY HOPE DAVIS, ESQ.; SUSAN D. GOLDEN, ESQ.; ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007