UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :   Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :   08-13555 (JMP)
                                                                       :   (Jointly Administered)
                            Debtors.                                   :
                                                                       :
                                                                       :
-----------------------------------------------------------------------x   Ref. Docket Nos. 41041, 41105,
                                                                           41131-41135, 41216, 41217, 41219-
                                                                           41223, 41226, 41231, 41232

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 25, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ *Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
3rd day of December, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41041, 41105, 41131...41226, 41231, 41232_AFF_11-25-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
            Debtors.                               |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DOVER MASTER FUND II, LP
         TRANSFEROR: ACUITY MASTER FUND LTD AND ACUITY CAPITAL MANAGEMENT LLC
         C/O BOWERY SERVICES, LLC
         ATTN: VLADIMIR JELISAVCIC
         1325 AVENUE OF THE AMERICAS, 28TH FLOOR
         NEW YORK NY 10019
```

Please note that your claim # 67017 in the above referenced case and in the amount of
         $939,639.39        has been transferred (**unless previously expunged by court order**)

```
         CONTRARIAN FUNDS, LLC
         TRANSFEROR: DOVER MASTER FUND II, LP
         ATTN: ALISA MUMOLA
         411 WEST PUTNAM AVE., STE. 425
         GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41223      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/25/2013                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 25, 2013.

# EXHIBIT B

```
TIME: 20:41:32                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:     1
DATE: 11/25/13                                                    CREDITOR LISTING

Name                                              Address
BANCA FIDEURAM S.P.A.                             PIAZZALE GIULIO DOUHET, 31 ROMA    00163 ITALY
BANK OF SINGAPORE LTD                             TRANSFEROR: RBS COUTTS BANK AG ATTN: DANIEL SIA KOK LEONG, SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL
                                                  9 RAFFLES PLACE #08-01 REPUBLIC PLAZA SINGAPORE    048619 SINGAPORE
CITIGROUP FINANCIAL PRODUCTS INC.                 JAIME A. MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: OAKFORD MF LIMITED ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CONTRARIAN FUNDS, LLC                             TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CONTRARIAN FUNDS, LLC                             TRANSFEROR: DOVER MASTER FUND II, LP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVE., STE. 425 GREENWICH CT 06830
DOVER MASTER FUND II, LP                          TRANSFEROR: DOVER MASTER FUND II, LP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
DOVER MASTER FUND II, LP                          TRANSFEROR: ACUITY MASTER FUND LTD AND ACUITY CAPITAL MANAGEMENT LLC C/O BOWERY SERVICES, LLC ATTN: VLADIMIR JELISAVCIC
                                                  1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019
DOVER MASTER FUND II, LP                          TRANSFEROR: AGFIRST FARM CREDIT BANK C/O BOWERY SERVICES, LLC ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR
                                                  NEW YORK NY 10019
DOVER MASTER FUND II, LP                          TRANSFEROR: LAS VEGAS MONORAIL PROJECT C/O BOWERY SERVICES, LLC ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR
                                                  NEW YORK NY 10019
HALCYON LOAN TRADING FUND LLC                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVE 8TH FL NEW YORK NY 10022
ILLIQUIDX LLP                                     TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, NA                           TRANSFEROR: LOOMIS STREET, L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
LUZERNER KANTONALBANK AG                          IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                          LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
MONARCH CAYMAN FUND LIMITED                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                  NEW YORK NY 10022
MONARCH RESEARCH ALPHA MASTER FUND LTD.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                  NEW YORK NY 10022
MORGAN STANLEY & CO. INTERNATIONAL PLC            1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC            C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC            HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                  NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC              COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC              ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC              CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES, LLC              CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES, LLC              CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES, LLC              F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
OAKFORD MF LIMITED                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                  NEW YORK NY 10022
P MONARCH RECOVERY LTD.                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN
                                                  NEW YORK NY 10022
RBS COUTTS BANK AG                                TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: OCAEL/H.-P. SCHMID STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
STONE LION PORTFOLIO LP                           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O STONE LION CAPITAL PARTNERS LP 555 5TH AVENUE, 18TH FLOOR NEW YORK NY 10017
STONE LION PORTFOLIO LP                           TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O STONE LION CAPITAL PARTNERS LP 555 5TH AVENUE, 18TH FLOOR NEW YORK NY 10017
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, STUIE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP                               TRANSFEROR: LUZERNER KANTONALBANK AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed    45                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```