UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
:
----------------------------------------------------------------------x  Ref. Docket Nos. 41270-41272,
41274-41277, 41279, 41287-41293,
41295, 41297-41299, 41302, 41305,
41308, 41311-41314, 41316-41319

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 27, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
                                                  Lauren Rodriguez

Sworn to before me this
3rd day of December, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41270-41272, 41274...41314, 41316-41319_AFF_11-27-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| To: | BANK HAPOALIM B.M. | BANK HAPOALIM B.M. |
|---|---|---|
| | ATTN: DAVID HERTZ & HAROLD J. WEISSLER | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP |
| | 1177 AVENUE OF THE AMERICAS | ATTN: DOUGLAS R. DAVIS |
| | NEW YORK NY 10019 | 1285 AVENUE OF THE AMERICAS |
| | | NEW YORK NY 10019 |

Please note that your claim # 555854-40 in the above referenced case and in the amount of
$100,000.00   allowed at $100,750.00         has been transferred (**unless previously expunged by court order**)

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD NJ 07450

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41316   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/27/2013                                             Vito Genna, Clerk of Court

                                                             /s/ Lauren Rodriguez
                                                             ─────────────────────────
                                                             By: Epiq Bankruptcy Solutions, LLC
                                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 27, 2013.

# EXHIBIT B

```
TIME: 12:17:46                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 11/27/13                                         CREDITOR LISTING

Name                                              Address
ALEITER HOLDINGS LLC                              TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                  NEW YORK NY 10020-1708
ALEITER HOLDINGS LLC                              TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                        PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
                                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER          TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP C/O BLUE MOUNTAIN CAPITAL MANAGEMENT LLC ATTN: JACK CHAU
 FUND L.P.                                        280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUEMOUNTAIN LONGSHORT CREDIT MASTER              TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST ATTN: YI SHU NEW YORK NY 10017
 FUND, LP
BLUEMOUNTAIN LONGSHORT CREDIT MASTER              TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST ATTN: YI SHU NEW YORK NY 10017
 FUND, LP
BRUCE MACDONALD                                   TRANSFEROR: BANK HAPOALIM B.M. 36 RIDGEVALLEY CRESCENT TORONTO ON M9A3J6 CANADA
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CYRUS OPPORTUNITIES MASTER FUND II, LTD.          TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: PB CAPITAL CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT COPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT COPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
IRA FBO ROBERT SOMMER PERSHING LLC AS             TRANSFEROR: BANK HAPOALIM B.M. ROBERT SOMMER 211 SUNSET AVENUE RIDGEWOOD NJ 07450
 CUSTODIAN
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: REGO, NUNO MANUEL SARMENTO- ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MERRILL LYNCH INTERNATIONAL                       MERRILL LYNCH, DUBLIN ATTN DAVE PURDOM & JOHN PRINCE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18        IRELAND
MERRILL LYNCH INTERNATIONAL                       BANK OF AMERICA MERRILL LYNCH ATTN FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                       CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KARLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                       MERRILL LYNCH FINANCIAL CENTRE ATTN ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIECE, FENNER & SMITH              TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED
MERRILL LYNCH, PIERCE FENNER & SMITH              TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR
                                                  CHARLOTTE NC 28255
PICTET & CIE                                      TRANSFEROR: CREDIT SUISSE ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73  1211 SWITZERLAND
RBS COUTTS BANK AG                                STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
REGO, NUNO MANUEL SARMENTO-                       ABRANCHES FIGUEIROA AV. GENERAL PEDRO CARDOSO NO. 2 BLOCO 5  2 DTO. 2500-177 CALDAS DA RAINHA      PORTUGAL
ROTH IRA FBO RICHARD FELS PERSHING LLC            TRANSFEROR: BANK HAPOALIM B.M. RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
 AS CUSTODIAN
ROYAL BANK OF SCOTLAND, PLC, THE                  C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") ATTN: JOHN KATSIKOUMBAS AND JENNIFER MCMAHON 135 BISHOPSGATE
                                                  LONDON EC2M 3UR UNITED KINGDOM
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: EFG BANK AG, HONG KONG BRANCH ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
STRATEGIC VALUE SPECIAL SITUATIONS                TRANSFEROR: MERRILL , LYNCH, PIERCE FENNER & SMITH INCORPORATED C/O STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE
 MASTER FUND II, L.P.                             GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS                TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830
 MASTER FUND II, L.P.
THE ROYAL BANK OF SCOTLAND, PLC                   IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036


                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:17:46                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 11/27/13                                         CREDITOR LISTING

Name                            Address
THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON   EC2M 3UR UNITED KINGDOM
UBS AG                          TRANSFEROR: CREDIT SUISSE ATTN: MATTHIAS MOHOS BAHENERSTRASSE 574/C - POSTFACH, PO BOX, 8098 ZURICH   8098 SWITZERLAND
UBS AG                          TRANSFEROR: RBS COUTTS BANK AG BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND


Total Number of Records Printed      44
```

EPIQ BANKRUPTCY SOLUTIONS, LLC