UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 50516, filed on October 28, 2009, against Lehman Brothers Holdings Inc. by Banca di Piacenza Societa Cooperativa per Azioni (the "Claimant") in the amount of $4,138,907.82, plus interest, costs, fees and expenses allowed under applicable law (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice all portions of the Claim relating to securities issued by Lehman Brothers UK Capital Funding II L.P. (the "UKCF Claim"). All rights and defenses as to the remaining portions of the claim are hereby reserved. The Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge the UKCF Claim from the claims register and to reflect that the asserted amount of the Claim has been reduced by $193,210.78.

The Claimant, through its counsel, represents and warrants that the withdrawal of the UKCF Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on September 13, 2013, the issuance of which was noticed in a filing with the Court on September 16, 2013 [ECF No. 40076]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: December 3, 2013
     New York, New York

/s/ John Kibler

John Kibler
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for Banca di Piacenza Societa Cooperativa per Azioni*

Dated: December 4, 2013
     New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2