UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors : | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 63574, filed on November 2, 2009, against Lehman Brothers Holdings Inc. by ESAF – Espirito Santo Fundos de Pensoes S.A. (the "Claimant") in the amount of not less than $2,026,449.39 (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws all portions of the Claim relating to securities issued by Lehman Brothers UK Capital Funding LP [ISIN XS0215349357] (the "UKCF Claim"). All rights and defenses as to the remaining portions of the claim are hereby reserved. The Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge the UKCF Claim from the claims register and to reflect that the asserted amount of the Claim has been reduced by $728,776.50 together with any interest and costs related to the withdrawn UKCF Claim. This withdrawal shall not affect any portions of the Claim other than the UKCF Claim.

The Claimant, through its attorneys, represents and warrants that the withdrawal of the UKCF Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on September 13, 2013, the issuance of which was noticed in a filing with the Court on September 16, 2013 [ECF No. 40091]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: December 3, 2013
New York, New York

/s/ Susan A. Arbeit

Susan A. Arbeit
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

- and -

Robert A. Weber
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
920 N. Kings Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

*Attorneys for ESAF – Espirito Santo Fundos de Pensoes S.A.*

Dated: December 4, 2013
New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2

1850853.01-NYCSR07A - MSW