## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Banco di Desio e della Brianza S.p.A. ("Transferor"), unconditionally and irrevocably transfers and assigns to ALLIANZ BANK FINANCIAL ADVISORS S.p.A. ("Transferee") an undivided pro rata interest in EUR 48,000.00 (USD 68,332.80) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 44207 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 08th day of November 2013.



BANCO DI DESIO E DELLA BRIANZA S.p.A.
Transferor
By: GRAZIELLA BOLOGNA  HEAD OF FINANCIAL DEPT.
Name: GRAZIELLA BOLOGNA
Title: Head of Financial Dept.

ALLIANZ BANK FINANCIAL ADVISORS S.p.A.
Transferee
By: _____
Name: Bruno Casalini
Title: Manager
By: _____
Name: Franco Brichetti
Title: Managing Officer

1028357



Schedule 1

Transferred Claims

Purchased Claim

0.63366% of XS0176153350 = USD 68,332.80 of USD 10,783,770.00 (i.e. the outstanding amount of XS0176153350 as described in the Proof of Claim dated 10/22/2009).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| Eur FL.R Lehman Bros.Treas.Co.Bv 03-2013 | XS0176153350 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 48,000.00 (equivalent to USD 68,467.20) | 10/10/2013 | EUR 47,905.78 (equivalent to USD 68,332.80) |

BANCO DI DESIO E DELLA BRIANZA S.p.A.

GRAZIELLA BOLOGNA
HEAD OF FINANCIAL DEPT.

ALLIANZ BANK FINANCIAL ADVISORS S.p.A.

By: _____
Name: Bruno Casalini
Title: Manager

By: _____
Name: Franco Brichetti
Title: Managing Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                              :       Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :       08-13555 (JMP)
:
Debtors.                              :       (Jointly Administered)
:
------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| ALLIANZ BANK FINANCIAL ADVISORS S.p.A. | BANCO DI DESIO E DELLA BRIANZA S.P.A. |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br>ALLIANZ BANK FINANCIAL ADVISORS S.p.A.<br>Attention: Franco Brichetti<br>Francesca Trebbi<br>Piazzale Lodi, 3<br>20137 Milano – ITALY | Court Claim # (if known):   44207<br>Amount of Claim as Filed:   US$ 10,783,770.00<br>Amount of Claim Transferred:   EUR 48,000.00<br>Amount of Claim Transferred:   US$ 68,332.80<br>Date Claim Filed:   Oct 22, 2009 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ALLIANZ BANK FINANCIAL ADVISORS S.p.A.                Date: November 08th, 2013
Transferee/Transferee's Agent
By: /s/ Bruno Casalini     /s/ Franco Brichetti

Bruno Casalini        Franco Brichetti
Manager               Managing Officer

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357