UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                    :    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,    :    Case No.: 08-13555 (JMP)

                        Debtors.                                    :    (Jointly Administered)

-----------------------------------------------------------------X

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Banco Bilbao Vizcaya Argentaria, S.A. (the "Transferor"), against Lehman Brothers Holdings Inc., in the amount of $16,805,402.25, which has been designated as Claim No. 49909 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the amount of $567,642.32 (the "Transferred Portion"). For the avoidance of doubt, Transferor is retaining $ 10,018,886.948 of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| Ágata SICAV, S.A. | Banco Bilbao Vizcaya Argentaria, S.A. |
| **Names and Addresses where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Welzia Management, SGIIC SA<br>Conde de Aranda 24, 4º<br>28001 Madrid<br>Spain<br>Attn.: Carlos Guzmán Arrúe | Paseo de la Castellana 81<br>12th Floor<br>Madrid 28033<br>Spain<br>Attn.: Almudena Bañón<br><br>With a copy to:<br><br>Cleary Gottlieb Steen & Hamilton LLP<br>12, rue de Tilsitt<br>75008 Paris<br>France<br>Attn.: Andrew A. Bernstein, Esq. |

**Name and Address where Transferee payments should be sent:**



Correspondant bank: UBS AG
Payment destination: Stamford
Swift code: UBSWUS33
ABA: 026007993
Beneficiary bank: UBS AG
Payment destination: Zürich
Swift code: UBSWCHZH80A
Beneficiary account: UBS BANK SA
Swift code: UBSWESMM
Accunt Number: 6711873F
Details of payment: Agata SICAV, S.A.
For the account of IBAN CODE:
ES53 0226 0001 76 1305180301

Dated: November 25, 2013

Ágata Sicav, S.A.

By: Welzia Management, SGIIC SA

## Exhibit A

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**, a *sociedad anónima* incorporated under Spanish law, with offices located to these effects at Paseo de la Castellana 81 planta 12 ("Transferor"), does hereby certify that it has unconditionally and irrevocably assigned to **ÁGATA INVERSIONES SICAV. S.A**, its successors and assigns, with offices located at Conde de Aranda 24, 4º, 28001 Madrid, Spain ("Transferee"), a ratable portion in an amount equal to $567,642.32 (the "Transferred Portion") of the right, title and interest in and to the claims of Transferor against **LEHMAN BROTHERS HOLDINGS INC.** docketed as Claim No. 49909 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, Transferor is retaining $10,018,886.948 of the Claim.

Transferor hereby waives any objection to the transfer of the Transferred Portion to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law and notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Transferred Portion and recognizing the Transferee as the sole owner and holder of the Transferred Portion.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of Transferred Portion to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed Evidence of Partial Transfer of Claim by its duly authorized representatives representative dated October, 2013.

**BANCO BILBAO VIZCAYA ARGENTARIA, S.A.**

By: _____
Name: ALMUDENA BOÑON
Title: LEGAL ADVISOR OF BBVA

**ÁGATA SICAV, S.A.**
By: Welzia Management, SGIIC SA
Name: Carlos González Carrerira
Title: Managing Director





RECEIVED NOV 27 2013 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York NY 10004
USA

Ignacio Nadal
BBVA Servicios Juridicos. Paseo de la Castellana 81 Planta 12
28046 Madrid ESPAÑA