UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors** | : | **(Jointly Administered)** |
| | : | |

### JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENAS ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proofs of claim 28043 and 28058 (the "Claims"), each filed on September 22, 2009, against Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc., respectively, by LibertyView Funds, L.P. d/b/a LibertyView Focus Fund, LP (the "Claimant").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice all remaining portions of the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Claimant, through its counsel, represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby

withdraws the subpoena served upon the Claimant on October 1, 2012, the issuance of which

was noticed in a filing with the Court on October 1, 2012 [ECF No. 31167], and the

subpoena served upon the Claimant on February 15, 2013, the issuance of which was noticed

in a filing with the Court on February 21, 2013 [ECF No. 35075].  Notwithstanding the

foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving

subpoenas for other claims not identified in the first paragraph of this notice.  This

withdrawal of claims relates solely to the claims identified in the first paragraph of this notice

against Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. and

shall not prejudice or have any impact on claims asserted by the Claimant against, and rights

to receive payment from, Lehman Brothers Inc. and Lehman Brothers International (Europe).

Dated: December **5**, 2013
        Roseland, New Jersey

Michael S. Etkin
Scott Cargill
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-6508
Facsimile: (973) 422-6509

*Attorneys for LibertyView Funds, L.P. d/b/a
LibertyView Focus Fund, LP*

Dated: December **5**, 2013
        New York, New York

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*