UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF
SUBPOENAS ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proofs of claim 28042 and 28062 (the "Claims"), each filed on September 22, 2009, against Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc., respectively, by LibertyView Special Opportunities Fund, L.P. (the "Claimant").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice all remaining portions of the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Claimant, through its counsel, represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on October 1, 2012, the issuance of which was noticed in a filing with the Court on October 1, 2012 [ECF. 31169], and the subpoena served upon the Claimant on February 15, 2013, the issuance of which was noticed in a filing with the Court on February 21, 2013 [ECF No. 35077]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph of this notice. This withdrawal of claims relates solely to the claims identified in the first paragraph of this notice against Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. and shall not prejudice or have any impact on claims asserted by the Claimant against, and rights to receive payment from, Lehman Brothers Inc. and Lehman Brothers International (Europe).

Dated: December 5, 2013
      Roseland, New Jersey

                                            Michael S. Etkin
                                            Scott Cargill
                                            LOWENSTEIN SANDLER LLP
                                            65 Livingston Avenue
                                            Roseland, New Jersey 07068
                                            Telephone: (973) 422-6508
                                            Facsimile: (973) 422-6509

                                            *Attorneys for LibertyView Special Opportunities Fund, L.P.*


Dated: December 5, 2013
      New York, New York

                                            Garrett A. Fail
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*