SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Susan A. Arbeit

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
920 N. Kings Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
Robert A. Weber

*Attorneys for ES Bank (Panama), S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| **Debtors** | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 60638, filed on October 30, 2009, against Lehman Brothers Holdings Inc. by ES Bank (Panama), S.A. (the "Claimant") in the amount of not less than $54,891,736.88 (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws all portions of the Claim relating to securities issued by Lehman Brothers UK Capital Funding LP [ISIN XS0215349357] (the "UKCF Claim"). All rights and defenses as to the remaining portions of the claim are hereby reserved. The Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge the UKCF Claim from the claims register and to reflect that the asserted amount of the Claim has been reduced by $185,378.10 together with any

interest and costs related to the withdrawn UKCF Claim. This withdrawal shall not affect any portions of the Claim other than the UKCF Claim.

The Claimant, through its attorneys, represents and warrants that the withdrawal of the UKCF Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 5, 2013
New York, New York

_____
Susan A. Arbeit
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

- and -

Robert A. Weber
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
920 N. Kings Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

*Attorneys for ES Bank (Panama), S.A.*