## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

TO: Lehman Brothers Special Financing, Inc.;
Lehman Brothers Holdings Inc.; and
The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE LOAN FUNDING LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CVI HH INVESTMENTS LP (the "Buyer") pursuant to a Transfer of Claim Agreement dated Dec~~ember~~ 6th between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against each of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing, Inc. (together, the "Debtors"), each a debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the allowed amount of US$71,780,535.00 and evidenced by the proofs of claim docketed as Claim Nos. 66537 and 66540 (the "Claims").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6th day of December, 2013

| BUYER: | SELLER: |
|---|---|
| CVI HH INVESTMENTS LP<br>By: CarVal Investors, LLC<br>Its: Attorney-in-Fact<br><br>By: _____<br>Name: _____<br>Title: Authorized Signator | CREDIT SUISSE LOAN FUNDING LLC<br><br>By:_____<br>Name:<br>Title:<br><br>By:_____<br>Name:<br>Title: |

- 12 -

038-18417/AGR/3968135.3

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

TO:   Lehman Brothers Special Financing, Inc.;
      Lehman Brothers Holdings Inc.; and
      The Bankruptcy Court (as defined below).

    For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE LOAN FUNDING LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CVI HH INVESTMENTS LP (the "Buyer") pursuant to a Transfer of Claim Agreement dated ~~November~~ [December] 6th between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against each of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing, Inc. (together, the "Debtors"), each a debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the allowed amount of US$71,780,535.00 and evidenced by the proofs of claim docketed as Claim Nos. 66537 and 66540 (the "Claims").

    Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6th day of December 2013

**BUYER:**

CVI HH INVESTMENTS LP
By:   CarVal Investors, LLC
Its:  Attorney-in-Fact

By:_____
Name:
Title:

**SELLER:**

CREDIT SUISSE LOAN FUNDING LLC

By: _____
Name: Douglas DiBella
Title: Authorized Signatory

By: _____
Name: Ronald Colt
Title: Authorized Signatory

- 12 -

038-18417/AGR/3968135.3