**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Stephen V. Falanga (SF 6414)
Christopher M. Hemrick (CH 3682)

*Proposed Counsel for Creditor, Edward Park*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| | **Jointly Administered** |
| **Debtors.** | |

**STIPULATED ORDER SUBSTITUTING COUNSEL**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

This Stipulated Order (the "Stipulated Order") having been entered into by and among the below-referenced parties and presented to the Court for entry upon the joint application of the below-referenced parties, by and through the undersigned counsel (collectively, the "Parties"), to substitute Connell Foley LLP in place of Morrison Cohen LLP as counsel for creditor, Edward Park with Edward Park's consent, for all purposes in the above-captioned bankruptcy proceedings; and for good and sufficient cause,

**IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, AND, UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

    1.    Connell Foley LLP be and is hereby substituted as counsel for creditor, Edward Park ("Mr. Park"), in the above-captioned bankruptcy proceedings in place of Morrison Cohen LLP;

1

2. Morrison Cohen LLP hereby withdraws as counsel for Mr. Park and no longer represents Mr. Park in connection with the above-captioned bankruptcy proceedings.

| CONNELL FOLEY LLP | MORRISON COHEN LLP |
|---|---|
| 888 Seventh Avenue, 9th Floor | 909 Third Avenue |
| New York, NY 10106 | New York, NY 10022 |
| Substituting Attorneys for Creditor, Edward Park | Withdrawing Attorneys for Creditor, Edward Park |
| By:/s/ Stephen V. Falanga | By: /s/ Joseph T. Moldovan |
| Stephen V. Falanga | Joseph T. Moldovan |
| Dated: December 4, 2013 | Dated: December 4, 2013 |

SO ORDERED, this ___ day of December, 2013 in New York, NY

_____
United States Bankruptcy Judge