B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>CVF LUX MASTER S.A.R.L.</u> | <u>GOLDMAN SACHS LENDING PARTNERS LLC</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVF Lux Master S.a.r.l.
c/o CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343

Court Claim # (if known): <u>28104</u>
Amount of Claim Transferred: <u>$21,217,000.00</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX MASTER S.A.R.L.
By Carval Investors, LLC
its attorney-in-fact

By: _____  Date: __12/6/13__
Transferee/Transferee's Agent
Ryan Morrell
Authorized Signer

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX MASTER S.A.R.L.
By Carval Investors, LLC
its attorney-in-fact

By: _____          Date: _____
    Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: ____12/5/13____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.  Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVF LUX MASTER S.A.R.L. | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVF Lux Master S.a.r.l.
c/o CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343

Court Claim # (if known): 28105
Amount of Claim Transferred: $21,217,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX MASTER S.A.R.L.
By Carval Investors, LLC
its attorney-in-fact

By: _____          Date: _____
      Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 12/9/13
      Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX MASTER S.A.R.L.
By Carval Investors, LLC
its attorney-in-fact

By: _____          Date: 12/6/13
    Transferee/Transferee's Agent
         Ryan Morrell
         Authorized Signer

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Bankruptcy Case No. 08-13555 (JMP)

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVF Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 21407
Amount of Claim Transferred: $3,783,000.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____    Date: 12/5/13
Transferee/Transferee's Agent

Ryan Morrell
Authorized Signer
GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT


By: _____          Date: _____
    Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By: _____ Michelle Latzoni     Date: 12/9/13
    Transferor/Transferor's Agent    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

801096v.1 3091/00407                    14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Bankruptcy Case No. 08-13555 (JMP)

                                                                                      (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVF Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 21406
Amount of Claim Transferred: $3,783,000.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

801096v.1 3091/00407                 15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____ Date: 12/5/13
    Transferee/Transferee's Agent
    Ryan Morrell
    Authorized Signer

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____ Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT


By: _____          Date: _____
     Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By: _____   Michelle Latzoni
     Transferor/Transferor's Agent    Authorized Signatory  Date: 12/6/13


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

801096v.1 3091/00407                          16