November 27, 2013
James Nichols
11 River Edge Rd
Old Saybrook, Ct 06475

Re Lehman Brothers Holdings Inc, Chapter 11 Case No. 08-13555 (JMP)

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Vito Genna,

    I formally object to the transfer of claim, internal Control Number 40720, to Liquidity Solutions, Inc. of Hackensack, NJ. A copy of the request to transfer is enclosed.

Best Regards,

*[signature: James Nichols]*

James Nichols

RECEIVED
DEC -2
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

November 27, 2013

James Nichols
11 River Edge Rd
Old Saybrook, CT 06475

Re Lehman Brothers Holdings Inc, Chapter 11 Case No. 08-13555 (JMP)

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Vito Genna,

I formally object to the transfer of claim Internal Control Number 40720, to Liquidity Solutions, Inc. of Hackensack, NJ. A copy of the request to transfer is enclosed.

Best Regards,

James Nichols

James Nichols
11 River Edge Rd
Old Saybrook, CT 06475

Re Lehman Brothers Holdings Inc, Chapter 11 Case No. 08-13555 (JMP)

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim, while transferee refers to the party who is purchasing or otherwise being assigned the claim.

    To:  NICHOLS, JAMES M.
         407 SAVOIE DR
         PALM BEACH GARDENS FL 33410

Please note that your claim # 32040-02 in the above referenced case and in the amount of
          $0.00    allowed at $74,611.77        has been transferred (unless previously expunged by court order)

        LIQUIDITY SOLUTIONS, INC.
        TRANSFEROR: NICHOLS, JAMES M.
        ONE UNIVERSITY PLAZA
        SUITE 312
        HACKENSACK NJ 07601

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 40720    in your objection.
If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 10/28/2013                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 28, 2013.



NICHOLS
11 RIVER EDGE ROAD
OLD SAYBROOK, CT 06475

RECEIVED
DEC -2
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

HARTFORD CT 051
27 NOV 2013 PM 7 L

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Equality FOREVER USA

