B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing, Inc.        Case No. 08-13888

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | HCN LP |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-894-6175
Email: Brian.Broyles@citi.com

Court Claim # (if known): 17423
Amount of Claim Transferred: $6,976,000.00
Allowed Amount of Claim Transferred: $6,976,000.00

Date Claim Filed: September 18, 2009

Phone: 212-373-3000

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Elanit A. Snow
Phone: 212-373-3000
Email: Esnow@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Brian S. Broyles___        Date: __12/9/13__
Transferee/Transferee's Agent
Brian S. Broyles
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing, Inc.         Case No. 08-13888

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 17423 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on December  9 , 2013.

| HCN LP | Citigroup Financial Products Inc. |
|---|---|
| **Name of Transferor** | **Name of Transferee** |

Address of Alleged Transferor:

HCN LP
C/O HALCYON ASSET MANAGEMENT LP
477 MADISON AVENUE - 8TH FLOOR
NEW YORK, NEW YORK 10022
ATTENTION: MATT SELTZER
TELEPHONE: 212-303-9487
FAX: 212-838-8299
MSELTZER@HALCYONLLC.COM
PDESAI@HALCYONLLC.COM
JGREENE@HALCYONLLC.COM

Address of Transferee:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-894-6175
Email: Brian.Broyles@citi.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____         _____
                                     **CLERK OF THE COURT**

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>　　　　　　Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $6,976,000.00 of the claim against Lehman Brothers Special Financing Inc. set forth below (such portion being the "Transferred Claim"), of **HCN LP** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $213,525,103.75 | 17423 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $6,976,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

[*Remainder of page intentionally left blank; signatures follow on next page*]

19

Doc#: US1:8993991v2

EXECUTION COPY

| ASSIGNEE: | Citigroup Financial Products Inc. | ASSIGNOR: | HCN LP |
| --- | --- | --- | --- |
| | | By: | Halcyon Offshore Asset Management LLC, its Investment Manager |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | 477 Madison Ave. 8th Floor<br>New York, NY 10022 |

Signature: *[signed]*
Name: Brian S. Broyles
Title: Authorized Signatory
Date: 11/27/2013

Signature: _____
Name: _____
Title: _____
Date: _____

Signature: _____
Name: _____
Title: _____
Date: _____

*[Signature page to LBSF Claim Evidence of Transfer]*

20

Doc#: US1:8993991v2


08-13555-mg    Doc 41421    Filed 12/09/13    Entered 12/09/13 15:22:20    Main Document
Pg 5 of 5

EXECUTION COPY

| | | | |
|---|---|---|---|
| ASSIGNEE: | Citigroup Financial Products Inc. | ASSIGNOR:<br>By: | HCN LP<br>Halcyon Offshore Asset Management LLC, its Investment Manager |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | 477 Madison Ave. 8th Floor<br>New York, NY 10022 |

Signature: _____
Name: _____
Title: _____
Date: _____

Signature: *[signature]*
Name: Callans W. Sykes
Title: Managing Principal
Date: 11/27/2013

Signature: *[signature]*
Name: David Martino
Title: Controller
Date: 11/27/2013

*[Signature page to LBSF Claim Evidence of Transfer]*

20

Doc#: US1:8993991v2