**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF CORRECTED EXHIBIT TO FOUR HUNDRED FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that on October 30, 2013, Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22738] for the entities in the above referenced chapter 11 cases, filed its four hundred forty-sixth omnibus objection to claims (the "Four Hundred Forty-Sixth Omnibus Objection to Claims") [ECF No. 40906],[1] seeking to expunge and disallow those claims listed on Exhibit A annexed thereto (the "Initial No Liability Claims Exhibit").

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby files a corrected version of the Initial No Liability Claims Exhibit, annexed hereto as Exhibit 1 (the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Forty-Sixth Omnibus Objection to Claims.

17180763

"Corrected Exhibit"). The Corrected Exhibit reflects (1) the changed amount to be disallowed of the claim asserted by Citibank, N.A., Hong Kong Branch, from $1,006,080.00 to $1,136,080.00, and (2) the removal of the claim asserted by Lam Yue Ming, Angela from the list of claims to be disallowed and expunged. The Corrected Exhibit supersedes the Initial No Liability Claims Exhibit originally filed with the Court. The Plan Administrator reserves its rights to object to the claims listed on the Corrected Exhibit on any other basis in the event that the relief requested in the Four Hundred Forty-Sixth Omnibus Objection to Claims is not granted.

**PLEASE TAKE FURTHER NOTICE** that a blacklined version of the Corrected Exhibit that reflects the corrections made to the Initial No Liability Claims Exhibit is annexed hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that this notice of the Corrected Exhibit has been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) Citibank, N.A., Hong Kong Branch; (vi) Lam Yue Ming, Angela; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative

procedures for these cases [ECF No. 9635]. The Plan Administrator submits that no other or further notice need be provided.

Dated: December 9, 2013
      New York, New York

                                        **CURTIS, MALLET-PREVOST,**
                                        **COLT & MOSLE LLP**

                                By:  */s/ L. P. Harrison 3rd*
                                       L. P. Harrison 3rd
                                         Cindi Eilbott Giglio
                                101 Park Avenue
                                New York, New York 10178-0061
                                (212) 696-6000

                                *Counsel for Lehman Brothers Holdings Inc.*
                                *and Certain of Its Affiliates*

17180763

# **EXHIBIT 1**

(Corrected Exhibit)

## OMNIBUS OBJECTION 446: NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CITIBANK ESPANA, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55402 | 'XS0229269856 | $373,486.00 |
| 2 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55404 | 'XS0229269856 | $386,267.00 * |
| 3 | CITIBANK, N.A. SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55846 | 'XS0215349357 | $2,754,994.00 * |
| | | | | | | 'XS0229269856 | $1,199,985.00 * |
| | | | | | | | $3,954,979.00 |
| 4 | CITIBANK, N.A., HONG KONG BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55845 | 'XS0229269856 | $1,136,080.00 * |
| | | | | | | TOTAL | $ 5,850,812.00 |

* Plus unliquidated and/or undetermined amounts.

# **EXHIBIT 2**

(Blackline of Corrected Exhibit)

## OMNIBUS OBJECTION 446: EXHIBIT A - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CITIBANK ESPANA, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55402 | 'XS0229269856 | $373,486.00 |
| 2 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55404 | 'XS0229269856 | $386,267.00 * |
| 3 | CITIBANK, N.A. SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55846 | 'XS0215349357 | $2,754,994.00 * |
| | | | | | | 'XS0229269856 | $1,199,985.00 * |
| | | | | | | | $3,954,979.00 |
| 4 | CITIBANK, N.A., HONG KONG BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55845 | 'XS0229269856 | ~~$1,006,080.00~~ * $1,136,080.00 |
| 5 | ~~LAM YUE MING, ANGELA~~ | ~~08-13555 (JMP)~~ | ~~Lehman Brothers Holdings Inc.~~ | ~~10/29/09~~ | ~~55845~~ | ~~'XS0229269856~~ | ~~$130,000.00 *~~ |
| | | | | | | TOTAL | $ 5,850,812.00 |

\* Plus unliquidated and/or undetermined amounts.

Page 1 of 1