B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc (LBHI)    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

D J. Investments LTD
Name of Transferee

Olesa S.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 59308
Amount of Claim: USD 100.000
Date Claim Filed: 10/30/09

Phone: (54911) 4936 5057
Last Four Digits of Acct #: 7616

Phone: (54911) 4936 5057
Last Four Digits of Acct. #: 5103

Name and Address where transferee payments should be sent (if different from above):

Jorge D'Imal
Callao 1521 Piso 5
CABA (1024)
Argentina

Phone: (54911) 4936 5057
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 11/8/13
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
DEC - 2
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK