SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Zeh S. Ekono

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

---

## CERTIFICATE OF SERVICE

I, Zeh S. Ekono, hereby certify that, on December 10, 2013, I caused to be served true and correct copies of the **Notice of Adjournment of the Hearing on the Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004** by U.S. mail on Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin), and by hand delivery on:

> The Chambers of the Honorable James M. Peck
> One Bowling Green
> Courtroom 601
> New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus,
and Robert Lemons

*Attorneys for the Debtors*

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: Sarah Cave, James W. Giddens, James B. Kobak, Jr., and Christopher K.
Kiplock

*Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman
Brothers Inc.*

Dated: New York, New York                Respectfully submitted,
        December 10, 2013

                                         /s/  Zeh S. Ekono
                                         _____
                                         Zeh S. Ekono
                                         SULLIVAN & CROMWELL LLP
                                         125 Broad Street
                                         New York, New York 10004
                                         Telephone: (212) 558-4000
                                         Facsimile: (212) 558-3588

                                         *Attorney for Giants Stadium LLC*