## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

Barclays Bank PLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Attestor Value Master Fund LP ("Buyer"), USD 23,297,177.05 of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 21954 (the "Claim"), in the case entitled In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21 day of August 2012.

BARCLAYS BANK PLC

By: _____
Name: S. BARNETT
Title: VICE PRESIDENT
Tel.: +44 207 773

ATTESTOR CAPITAL LLP
FOR AND ON BEHALF OF
ATTESTOR VALUE MASTER FUND LP

By: _____
Name: JAN PETERS
Title: MANAGING MEMBER
Tel.: +44 20 7355 6234

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Attestor Value Master Fund L.P.** | **Barclays Bank PLC** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 21954<br>Claim Amount: $69,891,531.14<br>Amount Transferred: $23,297,177.05<br>Date Claim Filed: September 21, 2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

Attestor Value Master Fund L.P.
c/o Attestor Capital LLP
21 Upper Brook Street
London W1K 7PY
United Kingdom
Tel: +44 20 7355 6231
Fax:
Emails: Isobelle.White@attestorcapital.com

With a copy to: Anke.Heydenreich@attestorcapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 17.8.12
Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8245953v.1