B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc. (LBHI)    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DJ Investments LTD
Name of Transferee

Olesa S.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 59307
Amount of Claim: USD 200,000
Date Claim Filed: 10/30/09

Phone: (54911) 4936 5057
Last Four Digits of Acct #: 7616

Phone: (54911) 4936 5057
Last Four Digits of Acct. #: 5103

Name and Address where transferee payments should be sent (if different from above):

Jorge D'Imal
Callao 1521 Piso 5
CABA (1024)
Argentina

Phone: (54911) 4936 5057
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 11/8/13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.