TNT SWISS POST

**URGENT**

TNT 704265152 COLLI: 01/01
ORIGIN: LUG 22.11.13
13326 18:17 W376VML
BMI OUA 131104
TNT REF:
GLOBAL EXP DOCS
DELIVERY: NEW YORK A 10017
DESTINATION: NYC NY US UNITED STATES
SPECIAL INSTRUCTIONS:

AIR XRAY 2
LOCAL HUB:
FILED / RECEIVED
NOV 25 2013
EPIQ SYSTEMS
LGG 9

Switzerland
- Worldwide delivery
- Monitor shipment worldwide with Track & Trace
- Toll-free hotline: 0800 45 45 45
- Internet: www.swisspost.com

**URGENT**

VGK  WWW.POST.CH

Expéditeur / Sender: BANCA DELLO STATO
VIA HENRI GUISAN 5
6500 BELLINZONA
SWITZERLAND

Poids brut total / Total gross weight: 0 kg 400 g

Destinataire / Addressee:
Nom / Name: EPIQ BANKRUPTCY SOLUTIONS, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
Tel / Phone: +1 866 879 0688
Rue / Street: 757 THIRD AVENUE, 3RD FLOOR
NPA/Lieu / ZIP/City: 10017 NY NEW YORK
Pays / Country: UNITED STATES OF AMERICA
Code ISO du pays: US - 10017 NY

TT704265152CH

URGENT

**◀ BancaStato**

BANCA DELLO STATO DEL CANTONE TICINO

Sede centrale

Viale H. Guisan 5
Casella postale
CH - 6501 Bellinzona

Tel. +41 91 803 71 11
Fax +41 91 803 71 70

www.bancastato.ch

EPIQ Bankruptcy Solutions, LLC
Attn. Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

*Pratica trattata da:*
*Maria Elena Cursio*
*Department Area Logistica Amministrazione Titoli*
*Tel. 0041.91.803.73.02*

Bellinzona, November 21, 2013

*Vostro rif.* TRANSFER OF CLAIM XS0347732892 - LEHMAN BROTHERS SECURITIES
Ihre Ref.
*Votre réf.*

| | | | |
|---|---|---|---|
| ☐ | *per informazione*<br>zur Kenntnisnahme<br>*pour information* | ☐ | *da ritornare p.f. entro il*<br>bitte zurücksenden bis<br>*à renvoyer s.v.p. jusq'au* |
| ☒ | *per i vostri atti*<br>zu Ihren Akten<br>*pour vos dossiers* | ☐ | *di ritorno con ringraziamenti*<br>mit Dank zurück<br>*en retour avec remerciements* |
| ☐ | *come inteso*<br>gemäss Besprechung<br>*suivant l'accord* | ☐ | *per la firma/visto*<br>zur Unterschrift/Visum<br>*pour la signature/visa* |
| ☐ | *telefonare p.f.*<br>bitte anrufen<br>*téléphoner s.v.p.* | ☐ | *per approvazione*<br>zur Genehmigung<br>*pour approbation* |
| ☒ | *per il disbrigo*<br>zur Erledigung<br>*pour règlement* | ☐ | *ricevuto per errore*<br>irrtümlicherweise erhalten<br>*reçu par erreur* |
| ☐ | *come da vostra richiesta*<br>gemäss Ihrem Wunsch<br>*selon votre demande* | ☐ | *per una presa di posizione*<br>zur Stellungnahme<br>*pour avis* |

☐  Please find herewith attached the "transfer of claim other than for security" duly filled in and signed by the Transferor Credit Suisse AG and the Transferee Banca dello Stato Cantone Ticino

Distinti saluti

BANCA DELLO STATO DEL CANTONE TICINO

M. Redaelli             E. Snozzi

Annesso:



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banca dello Stato del Cantone Ticino
**Name of Transferee**

Credit Suisse AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Banca dello Stato del Cantone Ticino
Viale H. Guisan 5
6500 Bellinzona
SWITZERLAND

Court Claim # (if known): 55829
Date Claim Filed: _____
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): see Schedule I

Phone: 0041.91.803.72.99
Last Four Digits of Acct #: _____

Phone: 0041.44.332.86.17
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _BancaStato_ /s/    Date: 21.11.2013
Transferee/Transferee's Agent

M. Redaelli    E. Snozzi

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banca dello Stato del Canton Ticino** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON OCTOBER 25, 2013.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP



## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0347732892 | 55829 | October 29, 2009 | Lehman Brothers Securities N.V. | USD 25'000.00 |