WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                  :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                            :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FOUR HUNDRED THIRTY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for December 19, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 28, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be further adjourned from time to time without

further notice other than an announcement at the Hearing.

Dated:  December 10, 2013
       New York, New York

                                         /s/ Robert J. Lemons
                                         Robert J. Lemons

                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         Attorneys for Lehman Brothers Holdings Inc.
                                         and Certain of Its Affiliates