WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                 Debtors.                 :   (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**NOTICE OF HEARING AS TO CERTAIN CLAIMS ON THE**
**ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) *solely* as to the claims listed on Exhibit A attached hereto will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004 on **December 19, 2013 at 10:00 a.m. (Eastern Time)**.

Dated:  December 10, 2013
       New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Claims to Be Heard at December 19, 2013 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Edward Stanton | 33549 | 21179, 23491, 23492 |
| Michael Stipo | 15580 | 16942 |