WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    08-13555 (JMP)
:
Debtors.                                           :    (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF HEARING AS TO CERTAIN CLAIMS ON THE**
**FOUR HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS**

   **PLEASE TAKE NOTICE** that a hearing to consider the Four Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Claims) *solely* as to the claims listed on Exhibit A attached hereto will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004 on **December 19, 2013 at 10:00 a.m. (Eastern Time)**.

Dated:  December 10, 2013
   New York, New York

                  /s/ Garrett A. Fail
                  Garrett A. Fail

                  WEIL, GOTSHAL & MANGES LLP
                  767 Fifth Avenue
                  New York, New York 10153
                  Telephone: (212) 310-8000
                  Facsimile: (212) 310-8007

                  Attorneys for Lehman Brothers Holdings Inc.
                  and Certain of Its Affiliates

## Exhibit A

## Claims to Be Heard at December 19, 2013 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Glen Tilles | 13503 | 40125 |