Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,
Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London | Macron Filmproduktion BmbH $ Co. Projekt 1 KG i.L. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London
1 Great Winchester Street
London EC2N 2DB

Contact: Jamie Foote
Email: jamie.foote@db.com
Telephone: +44 20 7545 8420

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
N/A

Court Claim # (if known): 65918
Total Amount of Claim: $38,694,982.41
Transferred Portion: $38,694,982.41

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London
By: /s/ Jamie Foote
Transferee/Transferee's Agent

Date: 12/11/2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.

Confidential

Evidence of Transfer of Claim.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

**EVIDENCE OF TRANSFER OF CLAIM**

**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of MACRON Filmproduktion GmbH & Co. Projekt 1 KG i.L. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| USD 38,694,982.41 | 65918 |

have been transferred and assigned to Deutsche Bank AG, London ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: Deutsche Bank AG, London
Address: Deutsche Bank AG, London
Winchester House
1 Great Winchester Street
London EC2N 2DB
United Kingdom
Attention: Jamie Foote
Tel: +44 (0)207 545 8420
Fax: +44 (0)113 336 2010
Email: jamie.foote@db.com

ASSIGNOR: MACRON Filmproduktion GmbH & Co. Projekt 1 KG i.L.
Address: MACRON Filmproduktion GmbH & Co. Projekt 1 KG i.L.
Attn.: Managing Director
Toelzer Strasse 15
82031 Gruenwald
Germany

Signature: /s/
Name: Michael Sutton / Gavin Colquhoun
Title: Managing Director / Managing Director
Date: 12 NOV 2012

Signature: /s/
Name: Holderer / Ziegler
Title: Director / Director
Date: 30/10/2012