B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.         Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HLF LP</u>                                          <u>Joseph Gregory</u>
          Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): The liquidated, allowed
should be sent:                                        <u>portion of Claim No. 32550</u>
                                                       Amount of Claim Transferred: <u>$590,213.54</u>
HLF LP                                                 Date Claim Filed: <u> 9/22/2009</u>
 c/o Halcyon Asset Management LP                       Debtor: <u>Lehman Brothers Holdings Inc.</u>
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _10 | 10 | 13____
   Name of Transferee/Transferee's Agent

   **James W. Sykes**
   **Managing Principal**

Acknowledged and Agreed:


By: _____          Date: _____
   Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____          Date: _____
       Name of Transferee/Transferee's Agent



Acknowledged and Agreed:

By: _____          Date: _10 / 10 / 13_____
       Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.