REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                   :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*    :    **08-13555 (JMP)**
                                                        :
                          Debtors.                      :    **(Jointly Administered)**
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S OBJECTION
### TO PROOF OF CLAIM NO. 33325 FILED BY ARTHUR A. BOOR AND JOAN BOOR

**PLEASE TAKE NOTICE** that the hearing on Plan Administrator's Objection to

Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [Docket No. 40292] that was

scheduled for December 19, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned**

**to January 28, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon

thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M.

Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green,

New York, New York, Room 601, and such Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

Dated:  December 11, 2013

                                    */s/* Michael A. Rollin
                                    Michael A. Rollin
                                    REILLY POZNER LLP
                                    1900 16th Street, Suite 1700
                                    Denver, Colorado 80202
                                    Telephone: (303) 893-6100
                                    Attorneys for Lehman Brothers Holdings Inc. and
                                    Certain of Its Affiliates