**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :     Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :     08-13555 (JMP)
                                              :
            Debtors.                          :     (Jointly Administered)
                                              :
-------------------------------------------------------------------x    Ref. Docket Nos. 41422 & 41423
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a) "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Omnibus Claims Objection Scheduled for Hearing on December 19, 2013," dated December 9, 2013 [Docket No. 41422], (the "CNO"), and

    b) "Notice of Corrected Exhibit to Four Hundred Forty-Sixth Omnibus Objection to Claims (No Liability Claims)," dated December 9, 2013 [Docket No. 41423], (the "Corrected Exhibit"),

    by causing true and correct copies of the:

    i.  CNO and Corrected Exhibit, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on December 9, 2013,

    ii. CNO and Corrected Exhibit, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties on the annexed Exhibit B, on December 9, 2013,

    iii. CNO, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party on the annexed Exhibit C, on December 9, 2013,

    iv.    Corrected Exhibit, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties on the annexed Exhibit D, on December 9, 2013, and

    v.    CNO and Corrected Exhibit, to be delivered via electronic mail to the following party: j.zelloe@stahlzelloe.com, on December 10, 2013.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                       Carol Zhang

Sworn to before me this
10th day of December, 2013

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

# EXHIBIT A

**Master Service List:**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com

| | |
|---|---|
| cohen@sewkis.com | dlemay@chadbourne.com |
| cp@stevenslee.com | dlipke@vedderprice.com |
| cpappas@dilworthlaw.com | dludman@brownconnery.com |
| craig.goldblatt@wilmerhale.com | dmcguire@winston.com |
| crmomjian@attorneygeneral.gov | dmurray@jenner.com |
| csalomon@beckerglynn.com | dneier@winston.com |
| cschreiber@winston.com | dodonnell@milbank.com |
| cshore@whitecase.com | dove.michelle@dorsey.com |
| cshulman@sheppardmullin.com | dpegno@dpklaw.com |
| cszyfer@stroock.com | draelson@fisherbrothers.com |
| cwalsh@mayerbrown.com | dravin@wolffsamson.com |
| cward@polsinelli.com | drosenzweig@fulbright.com |
| cweber@ebg-law.com | drosner@goulstonstorrs.com |
| cweiss@ingramllp.com | drosner@kasowitz.com |
| dallas.bankruptcy@publicans.com | dshaffer@wtplaw.com |
| danielle.rose@kobrekim.com | dshemano@peitzmanweg.com |
| dave.davis@isgria.com | dspelfogel@foley.com |
| david.bennett@tklaw.com | dtatge@ebglaw.com |
| david.heller@lw.com | dtheising@harrisonmoberly.com |
| david.powlen@btlaw.com | dwdykhouse@pbwt.com |
| davids@blbglaw.com | dwildes@stroock.com |
| davidwheeler@mvalaw.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | easmith@venable.com |
| dbaumstein@whitecase.com | ecohen@russell.com |
| dbesikof@loeb.com | edward.flanders@pillsburylaw.com |
| dcimo@gjb-law.com | efleck@milbank.com |
| dcoffino@cov.com | efriedman@fklaw.com |
| dcrapo@gibbonslaw.com | efriedman@friedumspring.com |
| ddavis@paulweiss.com | eglas@mccarter.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | eleicht@whitecase.com |
| deggermann@kramerlevin.com | ellen.halstead@cwt.com |
| deggert@freebornpeters.com | emagnelli@bracheichler.com |
| demetra.liggins@tklaw.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgrimes@reedsmith.com | epearlman@scottwoodcapital.com |
| dhayes@mcguirewoods.com | erin.mautner@bingham.com |
| dheffer@foley.com | eschwartz@contrariancapital.com |
| dhurst@coleschotz.com | etillinghast@sheppardmullin.com |
| dhw@dhclegal.com | ezujkowski@emmetmarvin.com |
| diconzam@gtlaw.com | fbp@ppgms.com |
| djoseph@stradley.com | ffm@bostonbusinesslaw.com |
| dkessler@ktmc.com | fhyman@mayerbrown.com |
| dkozusko@willkie.com | foont@foontlaw.com |

| | |
|---|---|
| fritschj@sullcrom.com | jbird@polsinelli.com |
| fsosnick@shearman.com | jbromley@cgsh.com |
| fyates@sonnenschein.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gbray@milbank.com | jchubak@proskauer.com |
| george.south@dlapiper.com | jdoran@haslaw.com |
| ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| ggoodman@foley.com | jdwarner@warnerandscheuerman.com |
| giddens@hugheshubbard.com | jdweck@sutherland.com |
| gkaden@goulstonstorrs.com | jdyas@halperinlaw.net |
| glenn.siegel@dechert.com | jean-david.barnea@usdoj.gov |
| gmoss@riemerlaw.com | jeanites@whiteandwilliams.com |
| goldenberg@ssnyc.com | jeannette.boot@wilmerhale.com |
| gravert@ravertpllc.com | jeff.wittig@coair.com |
| gspilsbury@jsslaw.com | jeffery.black@bingham.com |
| harrisjm@michigan.gov | jeffrey.sabin@bingham.com |
| harveystrickon@paulhastings.com | jeldredge@velaw.com |
| hbeltzer@mayerbrown.com | jemma.mcpherson@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| heiser@chapman.com | jennifer.gore@shell.com |
| hmagaliff@r3mlaw.com | jfalgowski@reedsmith.com |
| hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| holsen@stroock.com | jfreeberg@wfw.com |
| howard.hawkins@cwt.com | jg5786@att.com |
| hseife@chadbourne.com | jgenovese@gjb-law.com |
| hsnovikoff@wlrk.com | jgoodchild@morganlewis.com |
| hsteel@brownrudnick.com | jguy@orrick.com |
| ian.roberts@bakerbotts.com | jhiggins@fdlaw.com |
| icatto@mwe.com | jhorgan@phxa.com |
| igoldstein@proskauer.com | jhuggett@margolisedelstein.com |
| ilevee@lowenstein.com | jim@atkinslawfirm.com |
| ira.greene@hoganlovells.com | jjoyce@dresslerpeters.com |
| israel.dahan@cwt.com | jjtancredi@daypitney.com |
| iva.uroic@dechert.com | jjureller@klestadt.com |
| jacobsonn@sec.gov | jlamar@maynardcooper.com |
| james.heaney@lawdeb.com | jlawlor@wmd-law.com |
| james.mcclammy@dpw.com | jlee@foley.com |
| james.sprayregen@kirkland.com | jlevitin@cahill.com |
| jamestecce@quinnemanuel.com | jlscott@reedsmith.com |
| jar@outtengolden.com | jmaddock@mcguirewoods.com |
| jason.jurgens@cwt.com | jmakower@tnsj-law.com |
| jay.hurst@oag.state.tx.us | jmazermarino@msek.com |
| jay@kleinsolomon.com | jmelko@gardere.com |
| jbeemer@entwistle-law.com | jmerva@fult.com |
| jbeiers@co.sanmateo.ca.us | jmmurphy@stradley.com |

| | |
|---|---|
| jmr@msf-law.com | ken.higman@hp.com |
| jnadritch@olshanlaw.com | kerry.moynihan@hro.com |
| jnm@mccallaraymer.com | kgwynne@reedsmith.com |
| jonathan.goldblatt@bnymellon.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kit.weitnauer@alston.com |
| john.mule@ag.state.mn.us | kjarashow@stutman.com |
| john.rapisardi@cwt.com | kkelly@ebglaw.com |
| jonathan.henes@kirkland.com | kkolbig@mosessinger.com |
| jorbach@hahnhessen.com | klyman@irell.com |
| joseph.cordaro@usdoj.gov | klynch@formanlaw.com |
| joseph.serino@kirkland.com | kmayer@mccarter.com |
| joshua.dorchak@bingham.com | kobak@hugheshubbard.com |
| jowen769@yahoo.com | korr@orrick.com |
| jowolf@law.nyc.gov | kovskyd@pepperlaw.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | kreynolds@mklawnyc.com |
| jporter@entwistle-law.com | krodriguez@allenmatkins.com |
| jprol@lowenstein.com | krosen@lowenstein.com |
| jrabinowitz@rltlawfirm.com | kuehn@bespc.com |
| jrsmith@hunton.com | kurt.mayr@bgllp.com |
| jschiller@bsfllp.com | lacyr@sullcrom.com |
| jschwartz@hahnhessen.com | landon@streusandlandon.com |
| jsheerin@mcguirewoods.com | lapeterson@foley.com |
| jshenwick@gmail.com | lathompson@co.sanmateo.ca.us |
| jsherman@bsfllp.com | lawallf@pepperlaw.com |
| jshickich@riddellwilliams.com | lawrence.gelber@srz.com |
| jsmairo@pbnlaw.com | lberkoff@moritthock.com |
| jstoll@mayerbrown.com | lee.stremba@troutmansanders.com |
| jsullivan@mosessinger.com | lgotko@fklaw.com |
| jtimko@shutts.com | lgranfield@cgsh.com |
| jtorf@schiffhardin.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lhoffman@deilylawfirm.com |
| jvail@ssrl.com | linda.boyle@twtelecom.com |
| jwallack@goulstonstorrs.com | lisa.ewart@wilmerhale.com |
| jwcohen@daypitney.com | lisa.solomon@att.net |
| jweiss@gibsondunn.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lkatz@ltblaw.com |
| jwh@njlawfirm.com | lkiss@klestadt.com |
| kanema@formanlaw.com | lmarinuzzi@mofo.com |
| karen.wagner@dpw.com | lmay@coleschotz.com |
| karl.geercken@alston.com | lmcgowen@orrick.com |
| kdwbankruptcydepartment@kelleydrye.com | lml@ppgms.com |
| keckhardt@hunton.com | lnashelsky@mofo.com |
| keith.simon@lw.com | loizides@loizides.com |
| ken.coleman@allenovery.com | lperkins@deilylawfirm.com |

| | |
|---|---|
| lscarcella@farrellfritz.com | millee12@nationwide.com |
| lschweitzer@cgsh.com | miller@taftlaw.com |
| lubell@hugheshubbard.com | mimi.m.wong@irscounsel.treas.gov |
| lwhidden@salans.com | mitchell.ayer@tklaw.com |
| mabrams@willkie.com | mjedelman@vedderprice.com |
| maofiling@cgsh.com | mjr1@westchestergov.com |
| marc.chait@sc.com | mkjaer@winston.com |
| margaret.welsh@cliffordchance.com | mlahaie@akingump.com |
| margolin@hugheshubbard.com | mlandman@lcbf.com |
| mark.bane@ropesgray.com | mlichtenstein@crowell.com |
| mark.deveno@bingham.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmooney@deilylawfirm.com |
| mark.ellenberg@cwt.com | mmorreale@us.mufg.jp |
| mark.mckane@kirkland.com | mneier@ibolaw.com |
| mark.sherrill@sutherland.com | monica.lawless@brookfieldproperties.com |
| marvin.clements@ag.tn.gov | mpage@kelleydrye.com |
| matt@willaw.com | mparry@mosessinger.com |
| matthew.klepper@dlapiper.com | mpomerantz@julienandschlesinger.com |
| maustin@orrick.com | mprimoff@kayescholer.com |
| mbenner@tishmanspeyer.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mberman@nixonpeabody.com | mrothchild@mofo.com |
| mbienenstock@proskauer.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | msegarra@mayerbrown.com |
| mcademartori@sheppardmullin.com | mshiner@tuckerlaw.com |
| mcantor@normandyhill.com | msolow@kayescholer.com |
| mcordone@stradley.com | mspeiser@stroock.com |
| mcto@debevoise.com | mstamer@akingump.com |
| mcyganowski@oshr.com | mvenditto@reedsmith.com |
| mdorval@stradley.com | mwarner@coleschotz.com |
| melorod@gtlaw.com | mwarren@mtb.com |
| meltzere@pepperlaw.com | nathan.spatz@pillsburylaw.com |
| metkin@lowenstein.com | nbojar@fklaw.com |
| mfeldman@willkie.com | ncoco@mwe.com |
| mgordon@briggs.com | neal.mann@oag.state.ny.us |
| mgreger@allenmatkins.com | ned.schodek@shearman.com |
| mh1@mccallaraymer.com | neilberger@teamtogut.com |
| mhopkins@cov.com | nherman@morganlewis.com |
| michael.frege@cms-hs.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com |
| michael.krauss@faegrebd.com | nyrobankruptcy@sec.gov |
| michael.mccrory@btlaw.com | otccorpactions@finra.org |
| michaels@jstriallaw.com | paronzon@milbank.com |

patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com

sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com

tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**Counsel Service List:**

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: TRACY HOPE DAVIS, ESQ.; SUSAN D. GOLDEN, ESQ.; ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: AURIEL CURRENCY 2X FUND C/O DEUTSCHE BANK SECURITIES INC. DISTRESSED PRODUCTS GROUP ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |

**Total Creditor count  1**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| CITIBANK ESPANA, S.A. | ATTN: JOSE ALBERTO PASCUAL AVENIDA DE EUROPA, P.E. LA MORALEJA ALCOBENDAS MADRID 28108 SPAIN |
| CITIBANK ESPANA, S.A. | PAUL,WEISS,RIFKINK,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. SINGAPORE BRANCH | ATTN: SAMEER DESPHANDE 3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE |
| CITIBANK, N.A. SINGAPORE BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A., HONG KONG BRANCH | ATTN: SAMEER DESHPANDE 3 CHANGI BUSINESS PARK, CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE |
| CITIBANK, N.A., HONG KONG BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICAS NEW YORK NY 10019 |

**Total Creditor count  10**