Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,
Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London
1 Great Winchester Street
London EC2N 2DB

Contact: Jamie Foote
Email: jamie.foote@db.com
Telephone: +44 20 7545 8420

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
N/A

Name of Transferor

Paulson Credit Opportunities Master Ltd.

Court Claim # (if known): 19923
Total Amount of Claim: $18,318,186.14
Transferred Portion: $16,477,383.80

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London

By: _____     Date: 13 November 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Confidential

Transfer of LBHI Claim # 19923

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 19923

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a $16,477,383.80 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $18,318,186.14 (the "Claim").

It is hereby certified that **Paulson Credit Opportunities Master Ltd.** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**Deutsche Bank AG, London Branch**
1 Great Winchester Street
London EC2N 2DB
Attention: Jamie Foote

("Buyer") by assignment agreement dated 31 October 2013.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13th day of November 2013.

| Paulson Credit Opportunities Master Ltd. | Deutsche Bank AG, London Branch |
|---|---|
| Name: | Name: Jamie Foote / Michael Sutton |
| Title: | Title: Vice President / Managing Director |