B 210A (Form 210A) (12/09)12

# UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re Lehman Brothers Holdings Inc., et al.            Case No. 08-13555 (JMP) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banesco Banco Universal S.A.C.A.
Name of Transferee

Banesco Holding C.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 62723
Amount of Claim: Three-Year Venezuelan Bolivar Fuerte Link Note, issued by Lehman Brothers Holdings Inc. due January 7, 2009, in the claim amount of $15,500,000.
Date Claim Filed: November 2, 2009

Banesco Banco Universal S.A.C.A.
Avenida Principal De Bello Monte
Entre Calles Lincoln Y Sorbona
Edificio Ciudad Banesco, Piso 3
Caracas, Venezuela
Attn: Marco Tulio Ortega

With a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: David LeMay, Esq.
Christy Rivera, Esq.

Phone: 011 58 212-501-8451

Name and Address where transferee payments should be sent (if different from above):

Banesco Banco Universal S.A.C.A.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Gregory Rodriquez

CPAM: 5977488.1

Ckhabbaz

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____*[signature]*_____    Date: _December 11, 2013_
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CPAM: 5977488.1

Ckhabbaz

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                          :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                         :    08-13555 (JMP)
                                                                :
                    Debtors.                                    :    (Jointly Administered)

---

# NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM
# OTHER THAN FOR SECURITY PURSUANT TO RULE 3001(e)

Reference is made to proof of claim number 62723 (the "Claim") filed on November 2, 2009 against Lehman Brothers Holdings Inc. ("LBHI") by Banesco Holding C.A. ("Assignor") with respect to several Lehman Program Securities.

PLEASE TAKE NOTICE that portion of the Claim that solely relates to the Three-Year Venezuelan Bolivar Fuerte Link Note due January 7, 2009, issued by LBHI (the "Transferred Claim"), has been transferred and assigned to Banesco Banco Universal S.A.C.A. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the Transferred Claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure. Assignor stipulates that the transfer and assignment is an unconditional assignment and the Assignee herein is the valid owner of the Transferred Claim. All future payments and distributions, and all notices and other communications, in respect of the Transferred Claim are requested to be made or given to the Assignee.

ASSIGNEE: Banesco Banco Universal S.A.C.A.

Address: Avenida Principal De Bello Monte
Entre Calles Lincoln Y Sorbona
Edificio Ciudad Banesco, Piso 3
Caracas, Venezuela

Signature: *[signed]*

Name: Flavel Castañeda
Title: Director
Date: December 11, 2013

ASSIGNOR: Banesco Holding C.A.

Address: Avenida Principal De Bello Monte
Entre Calles Lincoln Y Sorbona
Edificio Ciudad Banesco, Piso 3
Caracas, Venezuela

Signature: *[signed]*

Name: Miguel Angel Marcano
Title: Director
Date: December 11, 2013

CPAM: 5977488.1