

**James C. Moore, Esq.**
*Attorney at Law*

251 Windemere Road
Rochester, NY 14610

P| 585.288.0888
  or 585.231.1125
C| 585.732.0424
F| 585.232.2152
E| jcmoore1939@gmail.com

December 2, 2013



Court Services Department
Attn: Electronic Case Filing System Registration
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  Lehman Brothers Holdings, Inc., et al
     Case N. 08-13555 (JMP)
     Chapter 11

Dear Sir or Madame:

Enclosed please find my Request for Removal from ECF Service List with respect to the above-captioned matter.

With best regards, I am

Very truly yours,

James C. Moore
DIRECT DIAL 585.231.1124
E-MAIL. JCMOORE1939@GMAIL.COM

JCM:cj
Enclosure

2715128_1

James C. Moore, Esq.
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Tel: (585) 231-1124
Fax: (585) 232-2152
Email: jcmoore1939@gmail.com



**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE:

LEHMAN BROTHERS HOLDINGS, INC., ET AL

                    DEBTORS.

Case No. 08-13555 (JMP)

Chapter 11

(Jointly Administered)

**REQUEST FOR REMOVAL FROM ECF SERVICE LIST**

**PLEASE TAKE NOTICE** that **James C. Moore** hereby requests to be removed from the official service list for the Debtor's bankruptcy case and as recipient for e-mail service in the Debtor's bankruptcy cases through the Court's **CM/ECF System**.

Dated: December 2, 2013
        Rochester, NY

_____
James C. Moore, Esq.
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Email: jcmoore1939@gmail.com
Telephone: (585) 231-1124
Facsimile: (5885) 232-2152
*On behalf of Unknown "Spanish Holders of Lehman Programs Securities"*

2594171_1

*On behalf of Unknown "Spanish Holders of Lehman Programs Securities"*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., ET AL | Chapter 11 |
| DEBTORS. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, **James C. Moore**, hereby certify that I am not less than 18 years of age, and that on November 26, 2013, a true and correct copy of the foregoing **REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND SERVICE LIST** was served via U.S. Mail on December 2, 2013 upon the attached service list.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on December 2, 2013.

Dated: December 2, 2013

_____
JAMES C. MOORE

## SERVICE LIST

Andrea B. Schwartz
Dep't of Justice - Office of U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
(212) 510-0500
Fax: (212) 668-2255

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax: (212-530-5219

Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
Fax: (212) 310-8007

Clerk's Office
United States Bankruptcy court
Southern District of New York
One Bowling Green
New York, NY 10004

-3-

2594171_1