27.11.13
CH-8022
Zürich
748368

005.80
PM
DIEPOST

FILED / RECEIVED
NOV 2 9 2013
EPIQ SYSTEMS

Epiq Bankruptcy Solutions LLC
Att: Lehman Brothers Holdings Inc.
757 Third Avenue 3rd Floor
New York NY 10017
USA

Banque Internationale
à Luxembourg (Suisse) SA
Beethovenstrasse 48
P.O. Box 2192
CH-8022 Zurich



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
757 Third Avenue, 3rd Floor

New York, NY 10017

Zurich, Nov. 27, 2013 / SVR

**Re : Form Evidence of Transfer of Claim
Pursuant to Bankruptcy Rule 3001**

Case No: 08-13555 (JMP)
Claim No. 55829
Issue: EUR 20'000 Lehman Bros. Treas. Bv Var.% EMTN 2005-02.11.35
Isin XS0232364868

Dear Sirs

Enclosed please find the above mentioned Transfer Form between Bank Credit Suisse AG, Zurich and ourselves.

Below you can find our USD correspondent for any possible distributions:

Banque Internationale à Luxembourg SA, Luxembourg
Swift code: BILLLULLXXX
IBAN: LU19 0026 4059 0005 5000
i.f.o. Banque Intl. à Luxembourg (Suisse) SA, Zurich

Please advise reason in case you can't accept the enclosed forms.

Please confirm receipt of the Form and send all future communication / distributions to the above address mentioned.

Thanks for your cooperation in advance.

Kind regards

**Banque Internationale à Luxembourg (Suisse) SA**

Stephan Häner          Sven Riva
Assistant Vice President    Assistant Vice President

<u>Enclosures</u>:
Mentioned

---

Banque Internationale à Luxembourg (Suisse) SA
Beethovenstrasse 48 · Postfach · CH-8022 Zürich
T +41 (0)58 810 82 92 · F +41 (0)58 810 82 71
www.bil.com/ch



Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banque Intl. à Luxembourg (Suisse) SA, Zurich
_____
Name of Transferee

Credit Suisse AG, Zurich
_____
Name of Transferor

Name and Address where notices
to transferee should be sent:

Banque Internationale à Luxembourg (Suisse) SA
Beethovenstrasse 48
PO Box 2192
CH-8022 Zurich

Phone: ++ 41 58 810 82 76
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: Oct. 29, 2009
Amount of Claim: EUR 20'000
Portion of Claim Transferred (see Schedule I): _____

Phone: ++ 41 44 332 86 17
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: November 27, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Sven Riva

Stephan Häner

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banque Internationale à Luxembourg (Suisse) SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **November 26, 2013.**

**Credit Suisse AG**

By: _____
Name: Philipp Oswald
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP


ACKNOWLEDGED BY:

Banuqe Internationale à Luxembourg (Suisse) SA, Zurich

Transferee

_____                    _____
Stephan Häner                                 Sven Riva

Assistant Vice President                      Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0232364868 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 20'000.00 |