

29.11.13
CH-5000
Aarau 1
788137
003.80
PRIORITY
Stand 2
DIE POST

Adressberichtigung melden

Zufolge der mechanischen Verpackung ist es möglich, dass Sie von uns am gleichen Tag mehrere Briefsendungen erhalten. Das Zusammenführen von Hand wäre für die Bank teurer als die ihr entstehenden zusätzlichen Portokosten, die wir Ihnen in jedem Fall nur einmal pro Tag verrechnen.

Biologisch abbaubare Fensterfolie

FILED / RECEIVED
DEC 0 2 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

1015035076 BC25

**Aargauische Kantonalbank**

5001 Aarau
Bahnhofplatz 1
Telefon 062 835 77 77
www.akb.ch
CHE-116.265.651 MWST

Lehman Brothers
Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Aarau, 29 November 2013

**Lehman Brothers – Evidence of Transfer of Claims**

Dear Sir or Madam

Enclosed you will find a „Notice of Transfer of Claims" relating to a transfer of Lehman securities.

Please confirm the transfer to the following address or via E-Mail to stefan.buser@akb.ch

Aargauische Kantonalbank
IAAA / Stefan Buser
Bahnhofplatz 1
5001 Aarau
Switzerland

Yours sincerely

Stefan Buser
Active Advisory Anlagen

100 Jahre nahe 1913–2013



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holding Inc.          ,          Case No. 08-13555 (JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Aargauische Kantonalbank
Name of Transferee

Renate Anna Peter Weiss
Name of Transferor

Name and Address where notices to transferee should be sent:
Aargauische Kantonalbank, Attn. IAAA
Postfach, 5000 Aarau, Switzerland

Court Claim # (if known): 41225
Amount of Claim: $16,097.00
Date Claim Filed: 10/19/2009

Phone: +41 62 835 76 26
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Stefan Buser    /    Mathias Wirz          Date: 11/04/2013
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

To:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknoledged, **Renate Anna Peter Weiss** („Transferor") unconditionally and irrevocably transferred to **Aargauische Kantonalbank** („Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 41225**), **USD 16'097.00** related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the „Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the „Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON X 11  November 2013

**Renate Anna Peter Weiss**  
**(Transferor)**

X  *R. P. - W.*  
Name: Renate Anna Peter Weiss

**Aargauische Kantonalbank**  
**(Transferee)**

By: _____  
Name: Stefan Buser  
Title: Associate

By: _____  
Name: Mathias Wirz  
Title: Officer

**SCHEDULE I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Issuer | Units/Currency and nominal amount |
|---|---|---|---|
| CH0027120853 | 41225 | Lehman Brothers Holdings | USD 16'097.00 |