UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                                               :     Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                                    :     (Jointly Administered)
                           Debtors.                          :
                                                                    :
                                                                    :
------------------------------------------------------------------------x     Ref. Docket Nos. 41301, 41303,
                                                                         41304, 41307, 41327, 41328, 41346,
                                                                         41348, 41349-41352

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
10th day of December, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41301, 41303, 41304...41348, 41349-41352_AFF_12-3-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                    Debtors.                   | (Jointly Administered)
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
         TRANSFEROR: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP    ANTHONY VITIELLO
         ATTN; DANIEL MIRANDA                          BARCLAYS BANK PLC
         745 SEVENTH AVENUE, 2ND FLOOR                 745 SEVENTH AVENUE, 2ND FLOOR
         NEW YORK NY 10019                             NEW YORK NY 10019
```

Please note that your claim # 50494-04 in the above referenced case and in the amount of
$8,707,710.60   allowed at $8,536,065.87      has been transferred **(unless previously expunged by court order)**

```
         LIQUIDATION OPPORTUNITIES MASTER FUND LP
         TRANSFEROR: BARCLAYS BANK PLC
         C/O ALDEN GLOBAL CAPITAL
         ATTN: ITHRAN OLIVACCE
         885 THIRD AVENUE, 34TH FLOOR
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41352     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2013.

EXHIBIT B

```
TIME: 18:14:18                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 12/03/13                                                    CREDITOR LISTING

Name                                                          Address
BARCLAYS BANK PLC                                             ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                             TRANSFEROR: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP ATTN; DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CREDIT SUISSE AG                                              TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT COPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                              NEW YORK NY 10019
EVO FEEDER FUND                                               TRANSFEROR: EVOLUTION MASTER FUND LTD. SPC. ATTN: RICHARD CHISHOLM 2425 OLYMPIC BLVD, SUITE 1201 SANTA MONICA CA 90404
EVOLUTION MASTER FUND LTD. SPC.                               SEGREGATED PORTFOLIO M C/O RICHARD CHISHOLM 2425 OLYMPIC BLVD., SUITE 120 E SANTA MONICA CA 90404
FAIR HARBOR CAPITAL, LLC                                      TRANSFEROR: FINANZASA, S.A. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FINANZASA, S.A.                                               CALLE CORAZON DE MARIA, 7-1 H MADRID 28002 SPAIN
LIQUIDATION OPPORTUNITIES MASTER FUND LP                      TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.                      TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
RAPAX OC MASTER FUND, LTD.                                    TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                              NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.                                    TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                              NEW YORK NY 10012
ROYAL BANK OF SCOTLAND, PLC, THE                              C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                              C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                              IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
ROYAL BANK OF SCOTLAND, PLC, THE                              TRANSFEROR: EFG BANK AG ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
SERENGETI LYCAON MM L.P.                                      TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                              NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                                      TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                              NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                               TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                              NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                               TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                              NEW YORK NY 10012
STANDARD CHARTERED BANK (HONG KONG) LTD.                      TRANSFEROR: YIP SAU CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
THE ROYAL BANK OF SCOTLAND, PLC                               IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
THE ROYAL BANK OF SCOTLAND, PLC                               TRANSFEROR: QUANTUM PARTNERS LTD C/O RBS GLOBAL BANKING & MARKETS SPECIAL SITUATIONS GROUP, ATTN: SAM GRIFFITHS 135 BISHOPSGATE
                                                              LONDON EC2M 3UR UNITED KINGDOM
UBS AG                                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
YIP SAU CHING                                                 FLAT L 13/F KWAI CHUNG BUILDING SHEK YING PATH KWAI CHUNG NT HONG KONG

Total Number of Records Printed                26
```

EPIQ BANKRUPTCY SOLUTIONS, LLC