UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
 :
In re : Chapter 11 Case No.
 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
 : (Jointly Administered)
Debtors. :
 :
 :
-----------------------------------------------------------------------x    Ref. Docket Nos. 41122, 41318,
 41377, 41379

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
10th day of December, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41122, 41318, 41377, 41379_AFF_12-6-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                              |    Chapter 11 Case No.
                                                   |
                                                   |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,              |
                                                   |    (Jointly Administered)
                                                   |
            Debtors.                               |
                                                   |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                                    BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                           ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                                     1285 AVENUE OF THE AMERICAS
                                                           NEW YORK NY 10019
```

Please note that your claim # 555854-44 in the above referenced case and in the amount of
    $390,000.00    allowed at $391,203.58        has been transferred **(unless previously expunged by court order)**

```
     MACDONALD, BRUCE
     TRANSFEROR: BANK HAPOALIM B.M.
     36 RIDGEVALLEY CRESCENT
     TORONTO ON M9A 3J6
     CANADA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41318       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/06/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 6, 2013.

# EXHIBIT B

```
TIME: 19:27:31                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:   1
DATE: 12/06/13                                                    CREDITOR LISTING

Name                                 Address
BANCA MONTE DEI PASCHI DI SIENA S.P.A.  TRANSFEROR: CREDITO VALTELLINESE S.P.A., ATTN: VIGANO VALERIA /FRAGNELLI DORIANA VIA ROSELLINI 16 MILAN  20124 ITALY
BANK HAPOALIM B.M.                   18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                   ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                   PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.    TRANSFEROR: HLF LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDITO VALTELLINESE S.C.            TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTENTION: CINZIA GERNA PIAZZA QUADRIVIO, 8 SONDRIO 23100 ITALY
HLF LP                               TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                     NEW YORK NY 10022
ILLIQUIDX LLP                        TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO S.P.A.               ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY
MACDONALD, BRUCE                     TRANSFEROR: BANK HAPOALIM B.M. 36 RIDGEVALLEY CRESCENT TORONTO ON M9A 3J6 CANADA


Total Number of Records Printed         10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC