UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:    Chapter 11

**LEHMAN BROTHERS HOLDINGS INC.,** Case No. 08-13555 (JMP)
*et al.*,

Jointly Administered

Debtors.

------------------------------------------------------------x

### STIPULATED ORDER SUBSTITUTING COUNSEL

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

This Stipulated Order (the "Stipulated Order") having been entered into by and among the below-referenced parties and presented to the Court for entry upon the joint application of the below-referenced parties, by and through the undersigned counsel (collectively, the "Parties"), to substitute Connell Foley LLP in place of Morrison Cohen LLP as counsel for creditor, Edward Park with Edward Park's consent, for all purposes in the above-captioned bankruptcy proceedings; and for good and sufficient cause,

**IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, AND, UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1. Connell Foley LLP be and is hereby substituted as counsel for creditor, Edward Park ("Mr. Park"), in the above-captioned bankruptcy proceedings in place of Morrison Cohen LLP;

2. Morrison Cohen LLP hereby withdraws as counsel for Mr. Park and no longer represents Mr. Park in connection with the above-captioned bankruptcy proceedings.

CONNELL FOLEY LLP
888 Seventh Avenue, 9th Floor
New York, NY 10106
Substituting Attorneys for Creditor,
Edward Park

By: s/ Stephen V. Falanga
Stephen V. Falanga

Dated: December 4, 2013


MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Withdrawing Attorneys for Creditor,
Edward Park

By: s/ Joseph T. Moldovan
Joseph T. Moldovan

Dated: December 4, 2013


**SO ORDERED:**

Dated: New York, New York
      December 12, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge