

300-60

DEC 05 2013

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
    Claim Processing
757 Third Avenue, 3ed Floor
New York, NY 10017
USA

FILED / RECEIVED
DEC 06 2013
EPIQ SYSTEMS

BY AIR MAIL

Registered

Form 210A (10/06)

RECEIVED
DEC 10
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bank Leumi Le Israel B.M.
_____
Name of Transferee

Credit Suisse Ag
_____
Name of Transferor

Name and Address where notices
to transferee should be sent:
Carmel Branch
123 Hanassi
Haifa 34634 Israel
Phone: 97276 8689123
Last Four Digits of Acct #: 9550
10-891-1279550

Court Claim # (if known): 55529
Date Claim Filed: October 30, 2009
Amount of Claim: _____
Portion of Claim Transferred (See
Schedule I): USD 10000

Phone: +4144 3328611
Last Four Digits of Acct. #: _____
Rosenthal Ron

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: November 11 2013
Transferee/Transferee's Agent
Ilana Goldstein
(for Ron Rosenthal)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**BANK LEUMI LE-ISRAEL B.M.**
**¹ACARMEL BRANCH, HAIFA**

בנק לאומי
leumi

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Leumi Ie-Israel B.M.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 18, 2013.**

By: _____
Name: Rita von Wyl
Title:  AVP

By: _____
Name: Philipp Oswald
Title:  AVP



לאומי
leumi

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|-----------------------------------------------|
| XS0186883798 | 55829 | October 30, 2009 | Lehman Brothers Treasury BV | USD 10,000 |