


CH-8008 Zürich

RM 528 646 053 CH
Please scan - Signature required
Veuillez scanner - Remise contre Signature

Recommandé étranger
SWISS POST

28.10.13
CH-8010
Frankieren Post

751246

008.60
PRIORITY
Stand 1
DIE POST

FILED / RECEIVED
DEC 06 2013
EPIQ SYSTEMS

28. October 2013

**※R ROTHSCHILD**

**Registered**
**Strictly Private and Confidential**

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**Claim Transfer**

To whom it may concern

We have recently received a position of ISIN CH0034774510 from St. Galler Kantonalbank and would like to re-register the claim to our nominee. Please find the signed supporting Form 210a and the Evidence of Transfer of Claim attached.

Please send your confirmation and docket number to the email address mentioned below.

Please don't hesitate to contact me should you have any questions.

Yours sincerely

Michael Niggeler         Michael Harrer
Executive                Vice President

Rothschild Bank AG       Telephone +41 (0) 44 384 7660           Registered Number: CH-020.3.922.189-8
Zollikerstrasse 181      Facsimile: +41 (0) 44 384 7217          Zollikerstrasse 181, 8034 Zurich, Switzerland
8034 Zurich              Corporate.Actions@Rothschildbank.com
Schweiz



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Rothschild Bank AG</u>                                                <u>St. Galler Kantonalbank AG</u>
Name of Transferee                                                  Name of Transferor

Name and Address where notices                    Court Claim # (if known): <u>39109</u>
to transferee should be sent:                              Date Claim Filed: <u>10/13/2009</u>
Rothschild Bank AG                                              Amount of Claim: <u>119'050.01</u>
Zollikerstrasse 181                                                 Portion of Claim Transferred (see
CH-8034 Zürich                                                      Schedule I): <u>79'366.67</u>

Phone: <u>0041443847665</u>                                  Phone: <u>00412313456</u>
Last Four Digits of Acct #: <u>5901</u>                    Last Four Digits of Acct. #: <u>8764</u>

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>Rothschild Bank AG</u>                                 Date: <u>October, 28th 2013</u>
    Transferee/~~Transferee's Agent~~

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

M. Harrer
Rothschild Bank AG

M. Niggeler

St. Galler Kantonalbank AG

pp. Pascal Schmid

ppa Anina Zürcher

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **St. Galler Kantonalbank AG** ("Transferor") unconditionally and irrevocably transferred to **Rothschild Bank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 39109**) of **USD 79'366.67** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **October 24, 2013**.

**St. Galler Kantonalbank AG**

By: _[signature]_
Name: Anina Zürcher
Title:   Member of Management

By: _pp. [signature]_
Name: Pascal Schmid
Title:   Member of Management

_[Stamp: RECEIVED DEC 10, U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]_

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| CH0034774510 | 39109 | October 13, 2009 | Lehman Brothers Treasury Co. BV | USD 79'366.67 |

## SECURITIES DEPARTMENT
## AUTHORIZED SIGNATURES

Telephone: +41 44 384 7111
Fax: +41 44 384 7222
SWIFT Address: ROTACHZZXXX

※ R ROTHSCHILD

| Last Name | First Name | | Signature |
|---|---|---|---|
| Buholzer | Irina | Director | |
| Harrer | Michael | Vice President | |
| Balmer | Thomas | Vice President | |
| Kout | Martin | Vice President | |
| Noest-Brink | Vanessa | Associate | |
| Mudrinic | Biljana | Executive | |
| Gusmini | Miriam | Executive | |
| Imper | Werner | Executive | |
| Meuwly | Jean-Charles | Executive | |
| Niggeler | Michael | Executive | |
| Halstrick | Gereon | Executive | |
| Hagmann | Daniel | Executive | |
| Ruoff | Carmen | Executive | |
| Tangorra | Angelo | Executive | |

In principle, the Bank is legally bound by the signatures of any two persons authorized to sign. However, persons who signs as Executive are not allowed to sign jointly among themselves, but only with another person authorized to sign.

Zürich, 1.10.2013

Robert Deverell
Head of Operations &
Technology Services
Wealth Management

Irina Buholzer
Head of Operations Zurich
Wealth Management

Rothschild Bank AG
Zollikerstrasse 181
8034 Zürich, Schweiz

Telefon +41 (0)44 384 71 11
Telefax +41 (0)44 384 72 22
www.rothschildbank.com