WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                    :   **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :   **08-13555 (JMP)**
                                                                 :
                    Debtors.                 :   **(Jointly Administered)**
                                                                 :
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**MOTION TO CLASSIFY AND ALLOW THE CLAIM FILED BY THE FEDERAL**
**HOME LOAN MORTGAGE CORPORATION (CLAIM NO. 33568) IN LBHI CLASS 3**

**PLEASE TAKE NOTICE** that the hearing on the Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [ECF No. 40066] that was scheduled for December 19, 2013 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to January 28, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  December 12, 2013
       Houston, Texas

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates