United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Special Financing Inc          Case No.     08-13888 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Sterne Agee UK LLP** | **Global Thematic Opportunities Fund LP** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: 11 Ironmonger Lane, London EC2V 8EY | Court Claim # (if known): 33274<br>Amount of Claim: 100% of Transferor's claim<br>Date Claim Filed:     16 September 2009<br>Debtor: Lehman Brothers Special Financing Inc |
| | |
| e-mail:  rcarmoody@sternagee.com | |
| | |
| Tel :     +44 207 796 5917 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _12/12/13_
Transferee/Transferee's Agent

By: _____          Date: _12/12/13_
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Global Thematic Opportunities Fund LP ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Sterne Agee UK LLP ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 33274) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12 day of Dec 2013.

Global Thematic Opportunities Fund LP

By: _____
Name: Warren Hatch
Title:   Partner

Sterne Agee UK LLP

By: _____
Name:
Title: