



**HSBC Private Bank**

EPIQ BANKRUPTCY SOLUTIONS, LLC
Att: Lehman Brothers Holdings Claims Processing
757 Third avenue, 3rd Floor
New York, NY 10017
USA



Geneva, December 5, 2013

Re : Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

Dear Sirs,

Please find attached an "Agreement and Evidence of Transfer of Claim Lehman Program Security" regarding the following assignment :

Claim No. 51762 – USD 210'000.- /ISIN XS0301813522
Transferor : HSBC PRIVATE BANK (SUISSE) S.A., Geneva
Transferee : ELAS FINANCIAL SA, Road Town, Tortola, BVI

Be informed, that one of the Transferee's signatories, has mistakenly signed under the Transferor's address. This is the reason why there are three signatures under the Transferor and only one under the Transferee.

We are looking forward to receiving your prompt transfer confirmation.

Should you need any additional information, please feel free to contact our corporate actions team :
e-mail : gva.corporate.actions@hsbcpb.com

Many thanks in advance and best regards.

Yours faithfully,

Giorgio Gagliani
Associate Director

Stéphane Bernotti
Associate

Tel +41 (0)58 705 55 55    HSBC Private Bank (Suisse) SA              www.hsbcprivatebank.com
Fax +41 (0)58 705 51 51    Quai Général-Guisan 2, PO Box 3580
                           CH-1211 Geneva 3

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY



**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to ELAS FINANCIAL S.A., Road Town ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 28|11| 2013                                              Date: NOVEMBER 21-2013

**Transferor**                                                 **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.                                ELAS FINANCIAL SA
                                                               PALM CHAMBERS 4
Quai Général –Guisan 2 / P.O. Box 3580                         FISHLOCK RD - ROAD TOWN
CH- 1211 Geneva 3                                              TORTOLA BVI

Signature(s): Jorge Fernandez Lindes 5389                      Signature(s): X _____

Signature(s): _____                                           Signature(s): _____

HSBC Private Bank (Suisse) SA

Giorgio Gagliani
Associate Director

Stéphane Bernotti
Associate

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0301813522 | 51762 | 10/28/2009 | LEHMAN BROTHERS UK CAPITAL FUNDING V LP | USD 210'000.- |

# ENVOI RAPIDE / *EXPRESS SHIPPING*

HSBC Private Bank (Suisse) SA

EPIQ BANKRUPTCY SOLUTIONS, LLC
Att: Lehman Brothers Holdings Claims Processing
757 Third avenue, 3rd Floor
New York, NY 10017
USA

Nom du destinataire:
*Addressee's name:* EPIQ BANKRUPTCY SOLLUTIONS LLC

Nom de l'expéditeur:
*Sender's name:* ☑ HSBC   ☐ Secret   ☐ Autre: Pedro Horcajo/TITSS/5548
*Other:*

Adresse de l'expediteur:
*Sender's adresse:* ☐ HSBC   ☐ None   ☐ Autre:
*Other:*

A la charge de:
*Please charge:* ☑ HSBC   Centre de frais: TITSS
*Cost centre:*
☐ Client   Bimas:
☐ Personnel   Bimas:

Date: 05-Dec-2013   Initiales: PEH   Signature:
*Initials:*

N° d'envoi: _____ (à remplir par le service courrier / *Mailing dept. only*)

HSBC Private Bank