WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
Robert J. Lemons  
Ralph Miller  

Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  

------------------------------------------------------------------x  
                                                                  :  
**In re**                                          :   **Chapter 11 Case No.**  
                                                                  :  
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :   **08-13555 (JMP)**  
                                                                  :  
                          **Debtors.**             :   **(Jointly Administered)**  
                                                                  :  
                                                                  :  
------------------------------------------------------------------x  

### NOTICE OF ADJOURNMENT OF THREE HUNDRED  NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS  (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was originally scheduled for March 28, 2013 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to December 19, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to January 28, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated:  December 13, 2013
           New York, New York

                                  /s/ Robert J. Lemons
                                  Robert J. Lemons
                                  Ralph Miller
                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Lehman Brothers Holdings Inc.
                                  and Certain of Its Affiliates

## **Exhibit A**

## **Adjourned Claims:**

| **Claimant Name** | **Claim Number** |
|---|---|
| Golden State Tobacco Securitization Corporation | 67684 |
| Golden State Tobacco Securitization Corporation | 67685 |
| Golden State Tobacco Securitization Corporation | 67686 |
| Golden State Tobacco Securitization Corporation | 67687 |
| Tobacco Settlement Financing Corporation | 66852 |
| Tobacco Settlement Financing Corporation | 66853 |