SACKS & SACKS LLP
150 Broadway, 4th Floor
New York, New York 10038
Telephone: (212) 964-5570
Facsimile: (212) 349-2141
David Mayer, Esq.

Attorneys for Yuri and Irene Belik

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**YURI AND IRENE BELIK'S MOTION TO LIFT STAY**

PLEASE TAKE NOTICE that, as agreed in the *Stipulation, Agreement and Order Among Lehman Brothers Holdings Inc., as Plan Administrator on Behalf of LB 745 LLC, and Yuri and Irene Belik Providing for Limited Relief From the Automatic Stay*, entered on November 22, 2013 [ECF No. 41251], Yuri and Irene Belik hereby withdraws with prejudice their *Motion to Lift Stay*, filed on August 21, 2013 [ECF No. 39585].

Dated: December 13, 2013
       New York, New York

David Mayer, Esq.

SACKS & SACKS LLP
150 Broadway, 4th Floor
New York, New York 10038
Telephone: (212) 964-5570
Facsimile: (212) 349-2141

Attorneys for Yuri and Irene Belik

US_ACTIVE:\44377969\2\58399.0011