WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
David J. Lender
Alfredo R. Pérez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S**
**OBJECTION TO CLASSIFICATION OF SECURITIES LAW**
**PORTION OF CLAIM OF FEDERAL NATIONAL MORTGAGE ASSOCIATION**

**PLEASE TAKE NOTICE** that the hearing on the *Plan Administrator's*

*Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage*

*Association* (ECF No. 40244), that was scheduled for December 19, 2013, at 10:00 a.m.

(Prevailing Eastern Time), **has been adjourned to January 28, 2014, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

the Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: December 13, 2013
      New York, New York

           /s/ Alfredo R. Pérez
      David J. Lender
      Alfredo R. Pérez

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates