WHITE & CASE LLP
Abraham L. Zylberberg, Esq.
Richard A. Graham, Esq.
1155 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

Counsel for Certain Members and
Customers of the Members of the
*Deutscher Sparkassen und Giroverband*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
|                                                          : |
| In re                                            : Chapter 11 Case No. |
|                                                          : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  : 08-13555 (JMP) |
|                                                          : |
| Debtors.                                  : (Jointly Administered) |
|                                                          : |
------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF CERTAIN MEMBERS AND CUSTOMERS OF MEMBERS OF THE DEUTSCHER SPARKASSEN UND GIROVERBAND FOR A DETERMINATION OF CLASSIFICATION OF CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Certain Members and Customers of Members of the Deutscher Sparkassen und Giroverband for a Determination of Classification of Claims* [ECF No. 40303] (the "Motion")[1] has been adjourned to January 28, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

without further notice other than an announcement at the Hearing.

Dated:  December 13, 2013
        New York, New York

                                             /s/ Richard A. Graham
                                             Richard A. Graham

                                             WHITE & CASE LLP
                                             Abraham L. Zylberberg, Esq.
                                             Richard A. Graham, Esq.
                                             1155 Avenue of the Americas
                                             New York, New York  10036
                                             Telephone:  (212) 819-8200
                                             Facsimile:  (212) 354-8113

                                             Counsel for Certain Members and
                                             Customers of the Members of the
                                             *Deutscher Sparkassen und Giroverband*