BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings
Inc. and Certain of Its Affiliates.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO OBJECTION TO PROOFS OF CLAIM NOs. 14172 and 14173

PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 14172 and 14173 that was scheduled for December 19, 2013, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to February 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: December 13, 2013
       New York, New York

                                        /s/ Brijesh Dave
                                        Brijesh P. Dave
                                        LEHMAN BROTHERS HOLDINGS INC.
                                        OFFICE OF THE GENERAL COUNSEL
                                        1271 Avenue of the Americas
                                        New York, New York 10020
                                        Telephone: (646) 285-9441
                                        Facsimile: (646) 285-9337

                                        *Attorney for Lehman Brothers Holdings Inc. and
                                        Certain of Its Affiliates*