## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  Centerbridge Special Credit Partners, L.P.

**Centerbridge Special Credit Partners, L.P.**, with offices located at 375 Park Avenue 13th Floor, New York, New York 10152 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim Agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, a national banking association, with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) docketed as Claim No. 32695 to the extent of $2,988,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

Centerbridge Special Credit Partners, L.P.

By: _____
(Signature of authorized signatory)

Name: _Kim TeeJenied_
Title: _Authorized Signatory_
Date: _12/12/13_

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)

Name: _Alexander Wilk_
Title: _Authorized Signatory_
Date: _12-13-13_

9

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  Centerbridge Special Credit Partners, L.P.

**Centerbridge Special Credit Partners, L.P.**, with offices located at 375 Park Avenue 13th Floor, New York, New York 10152 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim Agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, a national banking association, with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN COMMERCIAL PAPER INC. (and its affiliates) docketed as Claim No. 32697 to the extent of $2,988,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13900 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

**Centerbridge Special Credit Partners, L.P.**

By: _____
(Signature of authorized signatory)

Name: Kim Terjensen
Title: Authorized Signatory
Date: 12/12/13

**JPMorgan Chase Bank, N.A.**

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signatory
Date: 12-13-13

Lehman (State Street) Centerbridge to JPM; POCs 32695 & 32697; $2,988,000 AOC (2)