## SCHEDULE 4: FORM OF EVIDENCE OF TRANSFER OF LBHI CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, BRED BANQUE POPULAIRE (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to ATTESTOR VALUE MASTER FUND LP (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of: (i) $29,642,618.00 and assigned claim no. 17524 and (ii) $372,868.85 and assigned claim no. 17534 (together the "LBHI Claims").

Assignor hereby waives any objection to the transfer of the LBHI Claims to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claims and recognizing the Assignee as the sole owner and holder of the LBHI Claims. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claims, and all payments or distributions of money or property in respect of the LBHI Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of December 2013.

| ASSIGNEE: ATTESTOR VALUE MASTER FUND LP | ASSIGNOR: BRED BANQUE POPULAIRE |
|---|---|
| Address: c/o Attestor Capital LLP, 21 Upper Brook Street, London, W1K 7PY | Address: 18 quai de la Rapée, 75012 Paris, France. |
| Tel: +44 20 7469 4225 | |
| Attention: Isobelle White / Emma Turney | Tel: +331 4004 7340 |
| | Attention: Olivier Lendrevie |
| Signature: [signed] | Signature: [signed] |
| Name: Anke Heyden reich | Name: Olivier Lendrevie |
| Title: Managing Member | Title: Chief Finance Officer |
| Date: 12/12/2013 | Date: December 11th, 2013 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc., et al    Case No. 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee: ATTESTOR VALUE MASTER FUND LP | Name of Transferor: BRED BANQUE POPULAIRE |
|---|---|
| Notices to Transferee should be sent to: ATTESTOR VALUE MASTER FUND LP c/o Attestor Capital LLP 21 Upper Brook Street London W1K 7PY United Kingdom Tel: +44 20 7074 9621 Fax: +44 20 7074 9611 Attn: Anke Heydenreich Email: Anke.Heydenreich@attestorcapital.com | Court Record Address of the Transferor: *(Court use only)* |
| Last Four Digits of Acct.#: 7713 | Last Four Digits of Acct.#: N/A |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor BRED Banque Populaire 18 Quai de la Rapée 75012 Paris, France Fax: -- Attn: Olivier Lendrevie Email: olivier.lendrevie@bred.fr |
| Transferred Claim Amount: (i) $29,642,618.00 (ii) $372,868.85 | |
| Court Claim No. (if known): (i) 17524 (ii) 17534 | |
| Date Claim Filed: (i) 18 September 2009 (ii) 18 September 2009 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 16 December 2013
Transferee's Authorized Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.