**United States Bankruptcy Court**
**Southern District of New York**

In re: Lehman Brothers Holdings Inc          Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Corre Opportunities Fund LP | Sterne Agee UK LLP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: 1370 Avenue of the Americas, 29th Floor, New York, New York 10019

Court Claim # (if known): 33281
Amount of Claim: 100% of Transferor's claim
Date Claim Filed:   16 September 2009
Debtor: Lehman Brothers Holdings Inc.

e-mail:  eric@correpartners.com

Tel :    +646 863 7151

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 12/12/13
     Transferee/Transferee's Agent

By: _____        Date: 12/12/13
     Transferor/Transferor's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

566707.1/9959-00999                              25