WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**OBJECTION TO CLAIM NO. 62723 OF BANESCO HOLDINGS CA**

**PLEASE TAKE NOTICE** that the hearing on the *Objection To Claim No. 62723 of Banesco Holdings CA* [ECF No. 37327] (the "Objection") **has been adjourned, solely with respect to the portion of the Banesco Claim[1] based on the LBHI Security, to January 28, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

notice other than an announcement at the Hearing.

Dated: December 16, 2013
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliate