WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                    :

In re                        :    **Chapter 11 Case No.**
                    :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                    :

               **Debtors.**    :    **(Jointly Administered)**
                    :

-------------------------------------------------------------------------------x
                    :

In re                      :
                    :    **Case No.**

**LEHMAN BROTHERS INC.,**         :
                    :    **08-01420 (JMP) (SIPA)**

               **Debtor.**    :
                    :

-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
THE SIXTY-EIGHTH OMNIBUS HEARING ON DECEMBER 18, 2013 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **Room 601**,
One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

I.    **CONTESTED MATTERS:**

1.    Motion of Black Diamond Offshore Ltd. and Double Black Diamond Offshore
Ltd. for Leave to Conduct Limited Rule 2004 Discovery of Debtors and Certain
Former Employees [**ECF No. 41112**]

Response Deadline:    December 13, 2013 at 4:00 p.m.

Response Received:

A.    LBHI's Objection [**ECF No. 41526**]

Related Documents:    None.

Status:  This matter is going forward.

II.    **ADVERSARY PROCEEDINGS:**

2.    Lehman Brothers Holdings Inc. v. Dr HC Tschira Beteiligungs GmbH & Co KG,
*et al.*  [**Adversary Proceeding No. 13-01431**]

**Motion to Dismiss Adversary Proceeding**

Related Documents:

A.    Adversary Complaint [**ECF No. 1**]

B.    Notice of Defendants' Motion to Dismiss [**ECF No. 10**]

C.    Memorandum of Law in Support of Defendants' Motion to
Dismiss [**ECF No. 11**]

D.    Declaration of David A. Kotler in Support of Defendants' Motion
to Dismiss [**ECF No. 12**]

E.    Lehman Brothers Holdings Inc.'s Opposition to Motion to Dismiss
[**ECF No. 14**]

US_ACTIVE:\44387357\2\58399.0011

        F.        Reply Brief in Support of Defendants' Motion to Dismiss [**ECF No. 16**]

        G.        Scheduling Order and Discovery Plan [**ECF No. 19**]

<u>Status</u>:  This matter is going forward.

## III.    <u>ADJOURNED MATTERS</u>:

## A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

3.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

<u>Response Deadline</u>:    February 9, 2011 at 4:00 p.m.

<u>Responses Received</u>:

        A.        Debtors' Objection [**ECF No. 14398**]

        B.        Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

<u>Related Documents</u>:

        C.        Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

        D.        Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

<u>Status</u>:  This matter has been adjourned to January 29, 2014 at 10:00 a.m.

4.    Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Other Entities [**ECF No. 16803**]

<u>Response Deadline</u>:    June 8, 2011 at 4:00 p.m.

<u>Response Received</u>:

        A.        Debtors' Objection [**ECF No. 17502**]

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter has been adjourned to April 9, 2014 at 10:00 a.m.

3

5.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    September 11, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to January 29, 2014 at 10:00 a.m.

6.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:    September 26, 2013 at 4:00 p.m.

Response Received:

A.    LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 40232**]

Related Documents:    None.

Status:  This matter has been adjourned to January 29, 2014 at 10:00 a.m.

**B.    Adversary Proceedings**

7.    Lehman Brothers Holdings Inc., *et al*. v. Giants Stadium LLC [**Adversary Proceeding No. 13-01554**]

**Pre-Trial Conference**

Related Documents:

A.    Adversary Complaint [**ECF No. 1**]

B.    Motion to Dismiss Adversary Proceeding filed by Bruce E. Clark on behalf of Giants Stadium LLC [**ECF No. 10**]

C.    Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 11**]

D.    Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 13**]

4

Status:  This matter has been adjourned to January 29, 2014 at 2:00 p.m.

**C.**    **Securities Investor Protection Corporation Proceedings**

8.        Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

Response Deadline:    August 8, 2012 at 4:00 p.m.

Responses Received:

      A.        Response of LBHI Entities [**LBI ECF No. 5211**]

      B.        Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

      C.        Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

      D.        Trustee's Opposition [**LBI ECF No. 5215**]

      E.        Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**]

      F.        Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

Related Documents:

      G.        Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

      H.        Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

      I.        FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

      J.        Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

      K.        Stipulation and Agreed Order Resolving Motion of FirstBank Puerto Rico for Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA

Trustee's Denial of FirstBank's Customer Claim [**LBI ECF No. 6303**]

L.     Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc. [**LBI ECF No. 6938**]

M.     Notice of Hearing [**LBI ECF No. 6952**]

N.     So Ordered Stipulation and Order [**LBI ECF No. 7348**]

O.     Amended Notice of Hearing [**LBI ECF No. 7356**]

P.     Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040, 6193, 6322, 6746, 7019, 7449, 7641, 7823**]

Status: This matter has been adjourned to January 8, 2014 at 10:00 a.m.

## IV.     <u>WITHDRAWN MATTER</u>:

9.     Motion to Lift Stay of Yuri and Irene Belik [**ECF No. 39585**]

Response Deadline:     December 11, 2013 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.     So Ordered Stipulation, Agreement and Order Among Lehman Brothers Holdings Inc., as Plan Administrator on Behalf of LB 745 LLC, and Yuri and Irene Belik Providing for Limited Relief from the Automatic Stay [**ECF No. 41251**]

B.     Notice of Withdrawal of Yuri and Irene Belik's Motion to Lift Stay [**ECF No. 41527**]

Status:  This matter has been withdrawn.

10.     Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [**ECF No. 40573**]

Response Deadline:     November 13, 2013 at 4:00 p.m.

US_ACTIVE:\44387357\2\58399.0011

Responses Received:

A.     Limited Objection of ESP Funding I, Ltd. [**ECF No. 41035**]

B.     Objection of Whaleback Foundation [**ECF No. 41055**]

C.     Objection of BAC Florida Bank [**ECF No. 41118**]

Related Documents:

D.     Letter of BAC Florida Bank Seeking Adjournment of Hearing Re: Exum Ridge 2007-2 [**ECF No. 41022**]

E.     Affidavit of Jonathan DeMarco in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [**ECF No. 41093, 41095**]

F.     Ex Parte Motion of BAC Florida Bank to File Under Seal Its Objection to the Motion [**ECF No. 41121**]

G.     Order Granting Motion of BAC Florida Bank to File Under Seal Its Objection to the Motion [**ECF No. 41123**]

H.     Affidavit of Donald F. Higgins in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [**ECF No. 41124**]

I.     Declaration of Lawrence Brandman in Support of Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of (I) Partial Settlement Agreements Relating to Certain Credit Default Swap Agreements and Indentures and (II) Amendment to Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default Swap Agreement and Indenture [**ECF No. 41174**]

US_ACTIVE:\44387357\2\58399.0011

J.      Order Signed on 11/22/2013 Approving (I) Partial Settlement
Agreements Relating to Certain Credit Default Swap Agreements
and Indentures and (II) Amendment to Partial Settlement
Agreement Relating to Pebble Creek LCDO 2007-3 Credit Default
Swap Agreement and Indenture [**ECF No. 41257**]

K.      Notice of Withdrawal of Motion Without Prejudice [**ECF No.
41364**]

Status:  This matter has been withdrawn.

Dated:  December 17, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  December 17, 2013
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.