JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Locke R. McMurray
Benjamin Rosenblum


Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                                          :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :    Case No. 08-13555 (JMP)
:
                          Debtors.                              :    (Jointly Administered)
:
---------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT
TO PROOF OF CLAIM NOS. 21932 AND 21935**

**PLEASE TAKE NOTICE** that, pursuant to that certain Notice of ADR Procedures and Scheduling of Claims Objection Hearing With Respect to Debtors' Objection to Proof of Claim Nos. 21932 and 21935 [ECF No. 40616] (the "Notice"), the Claims Objection Hearing that was scheduled to be held on December 19, 2013 at 10:00 a.m. (New York time) **has been adjourned to a date to be determined**.

- 2 -

Dated:  December 17, 2013
       New York, New York

Respectfully submitted,

*/s/ Locke R. McMurray*
Jayant W. Tambe
Locke R. McMurray
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*