**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (MR-7006)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-3969
Facsimile: (212) 351-6258

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Gibson, Dunn & Crutcher LLP (the "Claimant"), by and through Michael A. Rosenthal, one of its partners, hereby withdraws with prejudice proof of claim 19552 (the "Claim"), filed on September 19, 2009, against Lehman Brothers Holdings Inc. in the amount of $144,522.49 and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's partnership powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on Claimant.

Dated: New York, New York
December 17, 2013

GIBSON, DUNN & CRUTCHER LLP

By */s/ Michael A. Rosenthal*

Michael A. Rosenthal (MR-7006)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-3969
Facsimile: (212) 351-6258