WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |
| --- | --- |
| | : |
| **In re** | : | **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : |
| Debtors. | : | **(Jointly Administered)** |
| | : |
| | : |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE ONE**
**HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION**
**TO CLAIMS (COMPOUND CLAIMS) SOLELY AS TO CERTAIN CLAIM**

          **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eighty-

Fifth Omnibus Objection to Claims (Compound Claims) [ECF No. 19714], that was scheduled

for December 19, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as**

**to the claim of Scott Sheffer (Claim No. 1681), to January 28, 2014 at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: December 17, 2013
      New York, New York

           /s/ Ralph I. Miller
           Ralph I. Miller

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers Holdings Inc.

US_ACTIVE:\44392310\1\58399.0011