WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                          :
                                        Debtors.          :    **(Jointly Administered)**
                                                          :
                                                          :
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF
## FOUR HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS
## (NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Twenty-First

Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for

December 19, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

**the claims listed on Exhibit A attached hereto, to January 28, 2014, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

the Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  December 17, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44297160\6\58399.0003

## Exhibit A

### Claims Adjourned to January 28, 2014 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| LOUIS L. GONDA TRUST | 21440 | N/A |
| LOUIS L. GONDA TRUST | 21441 | N/A |