B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holding Inc., et al.,  Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Blackwell Partners LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
Blackwell Partners LLC
c/o Magnetar Financial LLC
1603 Orrington Avenue, 13th Floor
Evanston, IL 60201
Primary Contact: Allyson Goldberger
Phone: (847) 905-4684
Fax: (847) 905-5684
Email: BankDebt@Magnetar.com

With copy to

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: David J. Karp
Phone: 212-756-2000
Email: srzdebttradingteam@srz.com

Phone: _____
Last Four Digits of Acct. #: _____

Barclays Bank PLC
Name of Transferor

Court Claim # (if known): 17598
Amount of Claim Transferred: $577,678.18
Debtor: Lehman Brothers Commodity Services Inc.

Date Claim Filed: 9/18/12

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____12/17/13_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §~ 152 & 3571.

DOC ID - 20763801.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Blackwell Partners LLC** ("Buyer") a 7.3900000565% interest in all rights, title and interest in and to that portion of the claims of Seller referenced as proof of claim number **17598**, which is in the principal amount of $577,678.18 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Commodity Services Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __17__ day of December, 2013.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **BLACKWELL PARTNERS LLC** |
| Name: Jenna Yoo | Name: Anthony Fox |
| Title: Authorized Signatory | Title: Chief Financial Officer – Funds, Magnetar Financial LLC |

NY1 8958154v.5