**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

December 18, 2013

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
**Forty-ninth Status Report**

Dear Judge Peck:

The six Mediators have requested again, your Honor, that I submit this monthly report (the forty-ninth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the December 18, 2013 omnibus hearing.

In the 28 days following the last prior report, Debtors served eight additional ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 445. During the immediately past reporting period, Debtors achieved settlements with counterparties in seven ADR matters, all as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $2,146,343,632 new dollars for the Debtors' estates. Settlements now have been achieved in 297 ADR matters involving 396 counterparties.

Honorable James M. Peck  
December 18, 2013  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 137 ADR matters that have reached the mediation stage in Tier One and have been concluded, 127 have been settled in mediation. Only ten Tier One mediations have terminated without settlement. Fifteen additional Tier One mediations have been scheduled to commence on the following dates: January 9, 13, 17 (2), 21, 22, 23 (2), 29 and 31; February 10, 18, 21 and 28; and March 14, 2014.

Respectfully submitted,

*/s/ Peter Gruenberger*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc:  Stephen Crane, Esq.  
 Jacob Esher, Esq.  
 James Freund, Esq.  
 David Geronemus, Esq.  
 Jane Greenspan, Esq.  
 Ralph Mabey, Esq.  
 David Cohen, Esq.  
 (all cc's via E-mail)