WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :    **08-13555 (JMP)**
                                                          :
                                    **Debtors.**          :    **(Jointly Administered)**
                                                          :
--------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :
                                                          :    **Case No.**
**LEHMAN BROTHERS INC.,**                                 :
                                                          :    **08-01420 (JMP) (SIPA)**
                                    **Debtor.**           :
                                                          :
--------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR CLAIMS HEARING ON DECEMBER 19, 2013 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**I.    CONTESTED MATTERS:**

1.    Debtors' One Hundred Seventeenth Omnibus Objection to Claims [**ECF No. 15363**]

Response Deadline:    May 18, 2011 at 4:00 p.m.

Responses Received:

A.    Response of Gregg Abernathy (Claim No. 25533)

B.    Response of Thomson Murray (Claim No. 10767) [**ECF No. 16942**]

C.    Response of Michelle Newhouse (Claim No. 12080) [**ECF No. 17035**]

D.    Response of Miriam Oh (Claim No. 15220) [**ECF No. 17067**]

E.    Response of Phil Yuhn (Claim No. 8090)

Related Documents:

F.    Notice of Hearing as to Certain Claims on the One Hundred Seventeenth Omnibus Objection to Claims [**ECF No. 41444**]

G.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

Status: This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing. The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

2.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims [**ECF No. 19399**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Responses Received:

A.       Response of Edward Stanton (Claim No. 33549) [**ECF Nos. 21179, 23491, 23492**]

B.       Response of Michael Stipo (Claim No. 15580) [**ECF No. 20176**]

Related Documents:

C.       Notice of Hearing as to Certain Claims on the One Hundred Seventy-Third Omnibus Objection to Claims [**ECF No. 41445**]

D.       Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

Status: This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing. The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

3.       Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims [**ECF No. 25059**]

Response Deadline:    March 6, 2012 at 4:00 p.m.

Response Received:

A.       Response of Roger Nieman (Claim No. 9589) [**ECF No. 27039**]

Related Documents:

B.       Notice of Hearing as to Certain Claims on the Two Hundred Fifty-Fourth Omnibus Objection to Claims [**ECF No. 41447**]

C.       Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

Status: This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing. The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

4.       Debtors' Two Hundred and Sixty-Seventh Omnibus Objection to Claims [**ECF No. 26087**]

Response Deadline:    April 10, 2012 at 4:00 p.m.

Response Received:

A.       Response of Miriam Oh (Claim No. 31318) [**ECF No. 27525**]

Related Documents:

  B.  Notice of Hearing as to Certain Claims on the Two Hundred and Sixty-Seventh Omnibus Objection to Claims [**ECF No. 41448**]

  C.  Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

<u>Status</u>: This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing. The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

5.  Four Hundred Twenty-Ninth Omnibus Objection to Claims [**ECF No. 39355**]

  <u>Response Deadline</u>: September 11, 2013 at 4:00 p.m.

  <u>Response Received</u>:

    A.  Response of Glen Tilles (Claim No. 13503) [**ECF No. 40125**]

  <u>Related Documents</u>:

    B.  Notice of Hearing as to Certain Claims on the Four Hundred Twenty-Ninth Omnibus Objection to Claims [**ECF No. 41449**]

    C.  Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

<u>Status</u>: This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing. The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

6.  Motion of EFETnet B.V. to Authorize Late-Filed Proof of Claim and/or Permit Amendment of Informal Proof of Claim Against Lehman Brothers Commodity Services, Inc. [**ECF No. 40004**]

  <u>Response Received</u>:

    A.  Objection of Lehman Brothers Holdings Inc. [**ECF No. 40545**]

  <u>Relate Document</u>:

    B.  Declaration of Herb Baer, with Respect to EFETnet, B.V.'s Motion for Entry of an Order to (I) Permit a Late Filed Proof of Claim or (II) Permit Amendment of an Informal Proof of Claim Against Lehman Brothers Commodity Services Inc., Regarding Corrected Affidavit of Service for Notice of Deadlines for Filing Proofs of Claim [**ECF No. 40548**]

<u>Status</u>: This matter is going forward on a contested basis.

## LEHMAN BROTHERS INC. PROCEEDING

### II.    FEE APPLICATION:

7.    Thirteenth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2013 through June 30, 2013 [**LBI ECF No. 7481**]

Response Deadline:    December 12, 2013 at 4:00 p.m.

Response Received:

A.    Recommendation of the Securities Investor Protection Corporation in Support of the Thirteenth Application of Counsel for Interim Compensation and Reimbursement of Expenses [**LBI ECF No. 7825**]

Related Document:

B.    Notice of Hearing on Trustee's Counsels Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [**LBI ECF No. 7695**]

Status: This matter is going forward.

### III.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

8.    Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims [**ECF No. 19714**]

Response Deadline:    October 13, 2011 at 4:00 p.m.

Response Received:

A.    Response of Scott Sheffer (Claim No. 1681) [**ECF No. 20783**]

Related Documents:

B.    Notice of Hearing as to Certain Claims on the One Hundred Eighty-Fifth Omnibus Objection to Claims [**ECF No. 41446**]

C.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

9.      Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 27380]**

Response Deadline:   May 17, 2012 at 4:00 p.m.

Status:  The hearing for Claim No. 24073 has been adjourned to January 28, 2014.

10.     Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34044**]

Response Deadline:   February 19, 2013 at 4:00 p.m.

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

11.     Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34728**]

Response Deadline:   March 14, 2013 at 4:00 p.m.

Adjourned Responses:

        A.     Response of Golden State Tobacco Securitization Corporation [**ECF No. 35918**]

        B.     Response of Tobacco Settlement Financing Corporation [**ECF No. 35919**]

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

12.     Claims Objection Hearing with Respect to Claim Nos. 34226 and 34227  [**ECF No. 35847**]

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

13.     Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 37168]**

Response Deadline:   June 3, 2013 at 4:00 p.m.

Adjourned Responses:

        A.     Response of Commerzbank AG [**ECF No. 38674**]

        B.     Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

14.     Objection to Claim No. 62723 of Banesco Holdings CA **[ECF No. 37327]**

Response Deadline:   December 12, 2013 at 4:00 p.m.

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

15. Plan Administrator's Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [**ECF No. 37839**]

Response Deadline:   July 10, 2013 at 4:00 p.m.

Response Received:

A.   Response of Frank Tolin, Jr. [**ECF No. 39912**]

Related Documents:   None.

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

16. Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

Response Deadline:   July 18, 2013 at 4:00 p.m.

Related Document:

A.   Notice of Adjournment [**ECF No. 38867**]

B.   Notice of Adjournment [**ECF No. 39379**]

C.   Notice of Adjournment [**ECF No. 40209**]

D.   Notice of Adjournment [**ECF No. 40632**]

E.   Notice of Adjournment [**ECF No. 41191**]

F.   Notice of Adjournment [**ECF No. 41557**]

Adjourned Response:

G.   Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 38911**]

H.   Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 39281**]

I.   Response of Wendy John [**ECF No. 38798**]

J.   Supplemental Exhibits to Response of Wendy John [**ECF No. 40206**]

Status: The hearing on the objection to the claims identified on the *Notice of Adjournment of Four Hundred Eighteenth Omnibus Objection to Claims,* filed on December 17, 2013 [ECF No. 41557], has been adjourned to January 28, 2014 at 10:00 a.m.

17.    Four Hundred Twenty-First Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 38018]**

Response Deadline:   July 18, 2013 at 4:00 p.m.

Status: The hearing for Claim Nos. 21440 and 21441 has been adjourned to January 28, 2014.

18.    Claims Objection Hearing with Respect to Debtors' Objection to Proofs of Claim No. 28740 and 28828 [**ECF No. 38054**]

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

19.    Claims Objection Hearing with Respect to Debtors Objection to Proofs of Claim Nos. 14172 and 14173 [**ECF No. 38548**]

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

20.    Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim No. 12597 [**ECF No. 39129**]

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

21.    Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:   September 11, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Sanford and Tina Mohr **[ECF No. 41101]**

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

22.    Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 39570]**

Response Deadline:   September 19, 2013 at 4:00 p.m.

Status:  The hearing has been adjourned to January 28, 2014.

23.    Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [**ECF No. 40292**]

Response Deadline:    November 6, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Arthur A. Boor and Joan Boor [**ECF No. 40991**]

    B.    Response of Arthur A. Boor and Joan Boor [**ECF No. 40992**]

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

24.    Motion of Certain Members and Customers of Members of the Deutscher Sparkassen und Giroverband for a Determination of Classification of Claims [**ECF No. 40303**]

Response Deadline:    October 24, 2013 at 4:00 p.m.

Responses Received:   None.

Related Documents:    None.

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

25.    Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 40475**]

Response Deadline:    November 14, 2013 at 4:00 p.m.

Adjourned Response:

    A.    Response of Guam Economic Development Authority [**ECF No. 41090**]

Status:  This matter has been adjourned to January 28, 2014 at 10:00 a.m.

26.    Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim Nos. 21932 and 21935 [**ECF No. 40616**]

Responses Received:   None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

**B.**    **Lehman Brothers Inc. Proceeding**

27.    Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Zameer Khan [**Not Docketed at LBI ECF**]

Related Documents:

    B.    Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6563**]

    C.    Notices of Adjournment [**LBI ECF Nos. 6520, 6762, 7311, 7699, 7886**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

28.    Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6131**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of David Tribou [**LBI ECF No. 6230**]

    B.    Response of Walter A. Bogumil, Jr., IRA [**LBI ECF No. 6232**]

Related Documents:

    C.    Order Granting the Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6574**]

    D.    Notices of Adjournment [**LBI ECF Nos. 6529, 6763, 7312, 7700, 7887**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

29.    Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6157**]

Response Deadline:    May 24, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Wayne Croner [**LBI ECF No. 6231**]

    B.    Response of Leona and Tom Beck [**LBI ECF No. 6348**]

    C.    Response of Charles Bisgaier [**LBI ECF No. 6551**]

Related Documents:

      D.      Order Granting the Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6573**]

      E.      Notices of Adjournment [**LBI ECF Nos. 6541, 6764, 7313, 7701, 7702, 7888**]

<u>Status</u>: This matter has been adjourned to February 27, 2014 at 10:00 a.m. as to Mr. Croner's and the Becks' claims.

30.      Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6295**]

<u>Response Deadline</u>:    June 20, 2013 at 4:00 p.m.

<u>Response Received</u>:

      A.      Response of James G. McErlean [**LBI ECF No. 6590**]

<u>Related Documents</u>:

      B.      Order Granting the Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6792**]

      C.      Notices of Adjournment [**LBI ECF Nos. 6750, 7296, 7703, 7889**]

<u>Status</u>: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

31.      Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6341**]

<u>Response Deadline</u>:    June 27, 2013 at 4:00 p.m.

<u>Response Received</u>:

      A.      Response of Heywood Zeidman [**LBI ECF No. 6691**]

<u>Related Documents</u>:

      B.      Order Granting the Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6803**]

      C.      Notices of Adjournment [**LBI ECF Nos. 6751, 7297, 7704, 7890**]

<u>Status</u>: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

32.      Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6566**]

Response Deadline:    July 10, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Joseph Stanaitis [**LBI ECF No. 6818**]

Related Documents:

    B.    Order Granting the Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6971**]

    C.    Notice of Withdrawal [**LBI ECF No. 7306**]

    D.    Supplemental Order [**LBI ECF No. 7740**]

    E.    Notices of Adjournment [**LBI ECF Nos. 6921, 7307, 7705, 7891**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

33.    Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6682**]

Response Deadline:    July 23, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Judith E. Blackshire [**LBI ECF No. 6850**]

Related Documents:

    B.    Order Granting the Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7059**]

    C.    Notices of Adjournment [**LBI ECF Nos. 7009, 7314, 7706, 7892**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

34.    Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6699**]

Response Deadline:    July 24, 2013 at 4:00 p.m., extended for certain parties to July 31, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Donald A. Perata [**LBI ECF No. 6863**]

Related Documents:

       B.      Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7057**]

       C.      Supplemental Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7365**]

       D.      Notices of Adjournment [**LBI ECF Nos. 6980, 7316, 7707, 7893**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

35.    Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

       A.      Response of Ely Eddi [**LBI ECF No. 6951**]

Related Documents:

       B.      Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 7093**]

       C.      Notices of Adjournment [**LBI ECF Nos. 7039, 7106, 7434, 7835**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m., solely as to a certain claim.

36.    Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6811**]

Response Deadline:    August 6, 2013 at 4:00 p.m.

Response Received:

       A.      Response of Henry Grossman [**LBI ECF No. 6944**]

Related Documents:

       B.      Order Granting the Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7096**]

       C.      Notices of Adjournment [**LBI ECF Nos. 7040, 7337, 7708, 7894**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

37.    Trustee's One Hundred Twelfth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6847**]

Response Deadline:    August 9, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received:

      A.    Response of Robert D. Morrison [**LBI ECF No. 7016**]

      B.    Response of John H. Lang [**LBI ECF No. 7017**]

      C.    Response of Mannes M. Shalowitz [**Not Docketed at LBI ECF**]

      D.    Response of John J. McDougall [**LBI ECF No. 7215**]

      E.    Response of Mary Camilli-Bernay [**LBI ECF No. 7501**]

Related Documents:

      F.    Notice of Amended Response Deadline [**LBI ECF No. 6939**]

      G.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

      H.    Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

38.    Trustee's One Hundred Thirteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6865**]

Response Deadline:    August 13, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

      A.    Notice of Amended Response Deadline [**LBI ECF No. 6909**]

      B.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

      C.    Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

39.    Trustee's One Hundred Fourteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6866**]

Response Deadline:    August 13, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Amended Response Deadline [**LBI ECF No. 6909**]

    B.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

    C.    Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

40.    Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6906**]

Response Deadline:    August 21, 2013 at 4:00 p.m.

Response Received:

    A.    Response of John and Delight Eilering [**LBI ECF No. 7169**]

Related Documents:

    B.    Order Granting the Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7286**]

    C.    Notices of Adjournment [**LBI ECF Nos. 7230, 7709, 7895**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

41.    Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6918**]

Response Deadline:    August 22, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Bouef Limited [**LBI ECF No. 7103**]

    B.    Response of Theodore Pearlman [**LBI ECF No. 7076**]

Related Documents:

    C.    Order Granting the Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7277**]

       D.      Notices of Adjournment [**LBI ECF Nos. 7231, 7710, 7717, 7896**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

42.    Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7008**]

Response Deadline:    September 3, 2013 at 4:00 p.m.

Response Received:

       A.      Response of Kavita Nakra [**LBI ECF No. 7216**]

Related Documents:

       B.      Order Granting the Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7278**]

       C.      Notices of Adjournment [**LBI ECF Nos. 7237, 7711, 7897**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

43.    Trustee's Objection to the General Creditor Claim of Lawrence Fogarazzo, et al. [**LBI ECF No. 7078**]

Response Deadline:    September 12, 2013 at 4:00 p.m., extended to September 25, 2013

Response Received:

       A.      Lead Plaintiffs' Response [**LBI ECF No. 7345**]

Related Documents:

       B.      Notices of Adjournment [**LBI ECF Nos. 7414, 7548, 7758**]

Status: This matter is has been adjourned to a date to be determined.

44.    Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7185**]

Response Deadline:    September 27, 2013 at 4:00 p.m.

Response Received:

       A.      Response of Louise Brodsky [**Not Docketed at LBI ECF**]

Related Documents:

      B.     Order Granting One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims)  [**LBI ECF No. 7483**]

      C.     Notices of Adjournment [**LBI ECF Nos. 7448, 7712, 7898**]

<u>Status</u>: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

45.     Trustee's One Hundred Thirty-Eighth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 7264**]

    <u>Response Deadline</u>:    October 24, 2013 at 4:00 p.m.

    <u>Responses Received</u>:  None.

    <u>Related Document</u>:

      A.     Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

<u>Status</u>: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

46.     Trustee's One Hundred Thirty-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7279**]

    <u>Response Deadline</u>:    October 9, 2013 at 4:00 p.m.

    <u>Response Received</u>:

      A.     Response of Patricia Pope [**Not Docketed at LBI ECF**]

    <u>Related Documents</u>:

      B.     Order Granting One Hundred Thirty-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims)  [**LBI ECF No. 7607**]

      C.     Notices of Adjournment [**LBI ECF Nos. 7559, 7713, 7899**]

<u>Status</u>: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

47.     Trustee's One Hundred Forty-Third Omnibus Objection to General Creditor Claims (Non-LBI Employee Claims) [**LBI ECF No. 7336**]

    <u>Response Deadline</u>:    October 15, 2013 at 4:00 p.m., extended for certain parties to December 4, 2013 at 4:00 p.m.

    <u>Responses Received</u>:

      A.     Response of James R. Chapman [**LBI ECF No. 7664**]

      B.     Response of David J Covey [**LBI ECF No. 7495**]

        C.      Response of Jason Imperato [**LBI ECF No. 7470**]

Related Documents:

        D.      Order Granting One Hundred Forty-Third Omnibus Objection to General Creditor Claims (Non-LBI Employee Claims)  [**LBI ECF No. 7661**]

        E.      Notices of Adjournment [**LBI ECF Nos. 7614, 7802**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m., solely as to certain claims.

48.      Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

Response Deadline:      October 23, 2013 at 4:00 p.m., extended for certain parties to October 30, 2013 at 4:00 p.m.

Response Received:

        A.      Response of Terry G. Reckas [**Not Docketed at LBI ECF**]

Related Documents:

        B.      Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7672**]

        C.      Notices of Adjournment [**LBI ECF Nos. 7633, 7853**]

Status: This matter has been adjourned to February 27, 2104 at 10:00 a.m.

49.      Trustee's One Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 7388**]

Response Deadline:      October 24, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

        A.      Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

50.      Trustee's One Hundred Forty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7399**]

Response Deadline:      October 29, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Sandra J. Valade [**LBI ECF No. 7561**]

Related Documents:

    B.    Order Granting One Hundred Forty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7737**]

    C.    Notices of Adjournment [**LBI ECF Nos. 7683, 7910**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m., solely as to the claim of Ms. Valade.

51.    Trustee's One Hundred Fifty-Fourth Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 7526**]

Response Deadline:    November 14, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Nathan Wang [**LBI ECF No. 7747**]

Related Documents:

    B.    Order Granting One Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 7783**]

    C.    Notice of Adjournment [**LBI ECF No. 7759**]

Status: This matter has been adjourned to a date to be determined, solely as to a certain claim.

52.    Trustee's One Hundred Fifty-Seventh Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7582**]

Response Deadline:    November 22, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Robert A. Levine [**LBI ECF No. 7775**]

Related Documents:

    B.    Order Granting One Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7906**]

    C.    Notice of Adjournment [**LBI ECF No. 7803**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m., solely as to a certain claim.

53.     Trustee's One Hundred Fifty-Eighth Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7583**]

Response Deadline:    November 22, 2013 at 4:00 p.m.

Response Received:

A.      Response of Kenneth F. Potashner [**Not Docketed at LBI ECF**]

Related Documents:

B.      Certificate of No Objection [**LBI ECF No. 7822**]

C.      Notice of Adjournment [**LBI ECF No. 7804**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m., solely as to a certain claim.

54.     Trustee's One Hundred Sixty-Second Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:    December 5, 2013 at 4:00 p.m., extended to a date to be determined as to one claimant.

Responses Received:

A.      Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

B.      Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Documents:

C.      Order Granting One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7909**]

D.      Notices of Adjournment [**LBI ECF Nos. 7811, 7833**]

Status: This matter has been adjourned to a date to be determined solely as to a certain claim and to February 27, 2014 at 10:00 a.m. as to certain other claims.

55.     Motion for an Order Confirming the Trustee's Net Equity Valuation and Method for Satisfaction of Grace Brothers, Ltd.'s Customer Claim No. 900001695 [**LBI ECF No. 7754**]

Response Deadline:    December 12, 2013 at 4:00 p.m., extended to December 23,
                      2013 pursuant to an agreement between the parties.

Responses Received:    None.

Related Documents:

      A.     Declaration of Anson B. Frelinghuysen [**LBI ECF No. 7755**]

      B.     Ex Parte Motion for Entry of a Sealing Order [**LBI ECF No. 7799**]

      C.     Ex Parte Sealing Order [**LBI ECF No. 7800**]

      D.     Notice of Adjournment [**LBI ECF No. 7838**]

Status: This matter has been adjourned to a date to be determined.

Dated:  December 18, 2013
        New York, New York

        /s/ Robert J. Lemons
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

Dated:  December 18, 2013
        New York, New York

        /s/ Jeffrey S. Margolin
        James B. Kobak, Jr.
        Christopher K. Kiplok
        Jeffrey S. Margolin

        HUGHES HUBBARD & REED LLP
        One Battery Park Plaza
        New York, New York 10004
        Telephone: (212) 837-6000
        Facsimile: (212) 422-4726

        Attorneys for James W. Giddens, Trustee for
        the SIPA Liquidation of Lehman Brothers Inc.