# **EXHIBIT 1**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK AG, LONDON | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/14/2009 | 12476 | $38,887,154.16 | $38,887,154.16 | Claim arises out of a Swap Agreement (as such term is defined in Claim No. 12476) among Lehman Brothers Inc. ("LBI") and Auriel Capital Management LLP and/or certain of its affiliates. LBCC has no liability in connection with the Swap Agreement. Furthermore, the Plan Administrator understands that claimant has already been paid in full in LBI's proceeding under the Securities Investor Protection Act. |
| 2 | DEUTSCHE BANK AG, LONDON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12477 | $38,887,154.16 | $38,887,154.16 | Claim is based on LBHI's alleged obligations under a 2005 resolution of LBHI's board of directors purporting to guarantee LBCC's obligations. As described above, LBCC is not liable to claimant. Consequently, LBHI has no liability to claimant on account of the alleged guarantee. |
| | | | | TOTAL | | $77,774,308.32 | $77,774,308.32 | |