WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
|  | : |  |
| --- | --- | --- |
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION UNDER
## 28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS
## <u>OBJECTIONS SCHEDULED FOR HEARING ON DECEMBER 19, 2013</u>

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

      Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "<u>Second Amended Case Management</u>

<u>Order</u>"), the undersigned hereby certifies as follows:

      1.    Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"<u>Debtors</u>"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "<u>Plan Administrator</u>"), filed the following motions

and omnibus claims objections (collectively, the "Claims Objections") with the Court for hearing

on or before December 19, 2013:

    (a)    Four Hundred Fortieth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 40472]

    (b)    Plan Administrator's Objection to Proof of Claim No. 25048 Filed by Beverly M. Newman [ECF No. 40958]

    (c)    Motion Pursuant to Section 502(c) of the Bankruptcy Code and Section 9.3 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate the Allowed Amounts of Certain Employee Indemnification Claims [ECF No. 41043]

    (d)    Four Hundred Forty-Seventh Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 41046]

    2.    In accordance with the Second Amended Case Management Order, the Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response Deadline") for each Claim Objection for parties to object or file responses.  The Response Deadlines have been extended for certain creditors from time to time.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

    3.    The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan Administrator (or such responsive pleadings have been withdrawn) by any of the holders of the claims included on Exhibit 1 to any of the Orders attached hereto, which include only the proofs

2

of claim for which the Claims Objection will be granted.  Responses to certain of the Claims

Objections were filed on the docket, or served on the Debtors or the Plan Administrator, by

holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims

Objections as to any proof of claim for which a response was either filed on the docket or

received by the Debtors or the Plan Administrator, and which response has not been resolved,

has been adjourned to a future date.

    4.   Accordingly, the Debtors and the Plan Administrator respectfully request

that the proposed orders granting the Claims Objections annexed hereto as Exhibits A through D,

which, except for the inclusion of additional language to indicate that such order is supplemental

to a previously entered order for a Claim Objection or to reference the inclusion of separate

exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is

granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be

entered in accordance with the procedures described in the Second Amended Case Management

Order.

    I declare that the foregoing is true and correct.

Dated: December 19, 2013
   New York, New York

        /s/ Robert J. Lemons     
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc. and
        Certain of Its Affiliates

**EXHIBIT A**
**(Proposed Order – ECF No. 40472)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :        **08-13555 (JMP)**
                                                             :
                          **Debtors.**                       :        **(Jointly Administered)**
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING FOUR HUNDRED FORTIETH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the four hundred fortieth omnibus objection to claims, dated October 15, 2013 (the "Four Hundred Fortieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Insufficient Documentation Claims, all as more fully described in the Four Hundred Fortieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Fortieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Fortieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Fortieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---
[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Fortieth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Fortieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Four Hundred

Fortieth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

                  _____
                  UNITED STATES BANKRUPTCY JUDGE

Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 440: EXHIBIT 1 - INSUFFICIENT DOCUMENTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-07 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18002 | Undetermined | Undetermined | Insufficient Documents |
| 2 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-07 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18003 | Undetermined | Undetermined | Insufficient Documents |
| 3 | RUBY FINANCE PLC SERIES 2007-7 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25978 | Undetermined | Undetermined | Insufficient Documents |
| 4 | RUBY FINANCE PLC SERIES 2007-7 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25981 | Undetermined | Undetermined | Insufficient Documents |
| | | | | TOTAL | | $0.00 | $0.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT B**
**(Proposed Order – ECF No. 40958)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :        **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                               :
                            **Debtors.**                       :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING OBJECTION
## TO PROOF OF CLAIM NO. 25048 FILED BY BEVERLY NEWMAN

Upon the objection, dated November 4, 2013 (the "<u>Objection to Claim</u>"), of Lehman Brothers Holdings Inc, as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "<u>Plan</u>"), pursuant to section 502 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of the Claim of Beverly Newman, all as more fully described in the Objection to Claim; and due and proper notice of the Objection to Claim having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection to Claim is in the best interests of the Chapter 11 Estates (as such term is defined the Objection to Claim), their, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection to Claim establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection to Claim is granted; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, Claim No. 25048 is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that the Court-appointed claims and noticing agent is authorized and directed to delete Claim No. 25048 from the official claims registry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT C**
**(Proposed Order – ECF No. 41043)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                :
In re                                           :       Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :       08-13555 (JMP)
                                                :
                              Debtors.          :       (Jointly Administered)
                                                :
-------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 502(C) OF THE BANKRUPTCY CODE AND SECTION 9.3 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS ESTIMATING THE ALLOWED AMOUNTS OF CERTAIN PROOFS OF CLAIM

Upon the motion (the "Motion") dated November 12, 2013 of Lehman Brothers

Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan")[1], for approval, pursuant to section 9.3 of the Plan and section 502(c) of title

11 of the United States Code (the "Bankruptcy Code"), to estimate the Allowed amounts of

certain proofs of claim or portions thereof, all as more fully described in the Motion; and the

Court having jurisdiction to consider the Motion and the relief requested therein in accordance

with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated

January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having

been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange

Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

District of New York; (v) the Claimants listed on Exhibit 1; and (vi) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on June

17, 2010 governing case management and administrative procedures for these cases [ECF No.

9635]; and it appearing that no other or further notice need be provided; and a hearing having

been held to consider the relief requested in the Motion; and the Court having found and

determined that the relief sought in the Motion is in the best interests of the Chapter 11 Estates,

their creditors, and all parties in interest and that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that, pursuant to section 9.3 of the Plan and section 502(c) of the

Bankruptcy Code, each of the claims or portions of claims identified on Exhibit 1 attached hereto

is hereby estimated in the Allowed amount of zero dollars ($0.00); and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A attached to the Motion that is

not listed on Exhibit 1 attached hereto and (ii) the portion of any claim on Exhibit 1 that is not

the subject of the Motion; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated:  New York, New York
_____, 2013

_____
Honorable James M. Peck
United States Bankruptcy Judge

## **Exhibit 1**

**(Claims or Portions of Claims to Be Estimated in the Allowed Amount of Zero Dollars)**

## CLAIMS OR PORTIONS OF CLAIMS TO BE ESTIMATED IN THE ALLOWED AMOUNT OF ZERO DOLLARS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | AMOUNTS TO BE ESTIMATED AT $0.00 | CATEGORY OF EMPLOYEE INDEMNIFICATION CLAIM |
|---|---|---|---|---|---|---|
| 1 | BOSSUNG, BRETT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 29626 | Undetermined* | Litigation Claim |
| 2 | COHEN, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 29625 | Undetermined* | No Litigation Claim |
| 3 | GOLDFARB, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12843 | Undetermined | Litigation Claim |
| 4 | GRIEB, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12666 | Undetermined | Litigation Claim |
| 5 | HOULIHAN, BRENNA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 28242 | Undetermined | Litigation Claim |
| 6 | HUGHSON, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 29627 | $10,950.00 plus unliquidated and/or undetermined amounts* | No Litigation Claim |
| 7 | KIRK, ALEX | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 23919 | Undetermined* | No Litigation Claim |
| 8 | MCCARTHY, LAWRENCE E | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 66392 | Undetermined* | No Litigation Claim |
| 9 | MCDADE, HERBERT H., III | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 24721 | Undetermined | Litigation Claim |
| 10 | MCKINNEY, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12668 | Undetermined | Litigation Claim |
| 11 | MITCHELL, NEIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 28243 | Undetermined | Litigation Claim |
| 12 | O'REILLY, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 19435 | Undetermined | Litigation Claim |

* For the avoidance of doubt, the Motion does not seek to estimate any portion of this proof of claim other than the Employee Indemnification Claim.

## CLAIMS OR PORTIONS OF CLAIMS TO BE ESTIMATED IN THE ALLOWED AMOUNT OF ZERO DOLLARS

| NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | AMOUNTS TO BE ESTIMATED AT $0.00 | CATEGORY OF EMPLOYEE INDEMNIFICATION CLAIM |
|---|---|---|---|---|---|
| 13 ODRICH, MICHAEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 20199 | Undetermined* | Litigation Claim |
| 14 ODRICH, MICHAEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 20200 | Undetermined* | Litigation Claim |
| 15 RUSSO, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 13060 | Undetermined | Litigation Claim |
| 16 SCHAEFER, JEFF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 22768 | Undetermined* | Litigation Claim |
| 17 SEERY, JAMES P | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 23554 | Undetermined* | No Litigation Claim |
| 18 SHAPIRO, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 22200 | Undetermined | Litigation Claim |
| 19 SMITH, KRISTINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12842 | Undetermined | Litigation Claim |
| 20 SULLIVAN, JAMES J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12670 | Undetermined | Litigation Claim |
| 21 TABET, SAMIR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12674 | Undetermined | Litigation Claim |
| 22 UVINO, WENDY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12853 | Undetermined | Litigation Claim |
| 23 VOLINI, PIERLUIGI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 25900 | Undetermined* | No Litigation Claim |
| 24 WALSH, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 29624 | Undetermined* | Litigation Claim |

* For the avoidance of doubt, the Motion does not seek to estimate any portion of this proof of claim other than the Employee Indemnification Claim.

## CLAIMS OR PORTIONS OF CLAIMS TO BE ESTIMATED IN THE ALLOWED AMOUNT OF ZERO DOLLARS

| NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | AMOUNTS TO BE ESTIMATED AT $0.00 | CATEGORY OF EMPLOYEE INDEMNIFICATION CLAIM |
|---|---|---|---|---|---|
| 25  WITHERELL, BRUCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 16228 | Undetermined | Litigation Claim |
| 26  WOOD, KARL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 16227 | Undetermined | Litigation Claim |
| 27  ZUSY, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 13063 | Undetermined | Litigation Claim |
| | | | TOTAL | $10,950.00 | |

* For the avoidance of doubt, the Motion does not seek to estimate any portion of this proof of claim other than the Employee Indemnification Claim.

**EXHIBIT D**
**(Proposed Order – ECF No. 41046)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the four hundred forty-seventh omnibus objection to claims, dated November 13, 2013 (the "Four Hundred Forty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Insufficient Documentation Claims, all as more fully described in the Four Hundred Forty-Seventh Omnibus Objection to Claims; and due and proper notice of the Four Hundred Forty-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Forty-Seventh Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Forty-Seventh Omnibus Objection to Claims establish just

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Forty-Seventh Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Four Hundred Forty-Seventh Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Four Hundred

Forty-Seventh Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 447: EXHIBIT 1 - INSUFFICIENT DOCUMENTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005-3A | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29725 | Undetermined | Undetermined | Insufficient Documents |
| 2 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005-3A | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29726 | Undetermined | Undetermined | Insufficient Documents |
| | | | | TOTAL | | $0.00 | $0.00 | |