B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holding Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HCN LP                                    Deutsche Bank AG, London Branch
Name of Transferee                        Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 28103
should be sent:                                  Amount of Claim Transferred: $50,897,000.00
                                                 Date Claim Filed:  September 22,  2009
c/o Halcyon Asset Management LLC                 Debtor: Lehman Brothers Holdings Inc.
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Fax: 212-838-8299
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com


Phone: (212) 303-9487
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

816437v.1 463/01302

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HCN LP, as Transferee**
By: Halcyon Offshore Asset Management LLC, its Investment Manager

By: _____          Date: _____12/18/2013_____
Name:
Title:

By: _____David Martino_____          Date: _____12/18/2013_____
Name: **Controller**
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

816437v.1 463/01302