B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

<u>In re Lehman Brothers Holding Inc., et al.</u>, Debtors.　　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>　　HCN LP　　　　　</u><br>Name of Transferee | <u>Deutsche Bank AG, London Branch　　　　</u><br>Name of Transferor |
|---|---|

Name and Address where notices to transferee should be sent:

c/o Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Fax: 212-838-8299
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com

Phone: <u>(212) 303-9487　　　　　　　</u>
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>28099　　　　</u>
Amount of Claim Transferred: $<u>50,897,000.00　</u>
Date Claim Filed:  <u>September 22,  2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

816436v.1 463/01302

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HCN LP, as Transferee**
By: Halcyon Offshore Asset Management LLC, its Investment Manager

By: _____          Date: ___12/18/2013___
Name: James W. Spies
Title: Managing Principal

By: _____          Date: ___12/18/2013___
Name: David Martino
Title: Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

2

816436v.1 463/01302