# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | Banc of America Securities LLC<br>c/o Fredric Sosnick<br>Ned S. Schodek<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| Claim Number (if known): | 20126 |
| Date Claim Filed: | September 21, 2008 |
| Total Amount of Claim Filed: | Unliquidated |

We are counsel to Banc of America Securities LLC ("**BAS**").   We hereby withdraw the above-referenced claim on behalf of BAS and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December 19, 2013                                         */s/ Fredric Sosnick*

                                                        Print Name:    Fredric Sosnick
                                                                                Shearman & Sterling LLP

                                                        Title (if applicable):_____

-----------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408.   Alternatively, attorneys with an ECF password may file this form electronically.