**EXHIBIT 1**

## OMNIBUS OBJECTION 446: NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CITIBANK ESPANA, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55402 | 'XS0229269856 | $373,486.00 |
| 2 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55404 | 'XS0229269856 | $386,267.00 * |
| 3 | CITIBANK, N.A. SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55846 | 'XS0215349357 | $2,754,994.00 * |
| | | | | | | 'XS0229269856 | $1,199,985.00 * |
| | | | | | | | $3,954,979.00 |
| 4 | CITIBANK, N.A., HONG KONG BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55845 | 'XS0229269856 | $1,136,080.00 * |
| | | | | | | TOTAL | $ 5,850,812.00 |

\* Plus unliquidated and/or undetermined amounts.

Page 1 of 1