**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

Debtor,

---------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
             S.S.:
COUNTY OF NEW YORK)

     **ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

     That on the 16th day of December, 2013, at approximately 2:18pm, deponent served a true copy of the **LETTER, SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **DEUTSCHE BANK AG** at 60 Wall Street, New York, NY by personally delivering and leaving the same with **DIANA HUI** who informed deponent that he holds the position of Paralegal with that company and is authorized by appointment to receive service at that address.

     **DIANA HUI** is a tan (Asian) female, approximately 30 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 125 pounds with black hair and dark eyes.

*[signature]*

**ROBERT MILLS, 1004298**

Sworn to before me this
18th day of December, 2013

*[signature]*
NOTARY PUBLIC

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com