**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |
| _____ | Proof of Claim No.: **20356** |
| | Amount of Claim Transferred: **$4,000,000.00** |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.§ 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**TRANSFEROR:**   **DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matt Weinstein
Email: Matthew.weinstein@db.com

**TRANSFEREE:**   **PMT CREDIT OPPORTUNITIES FUND LTD.**
c/o GLG Ore Hill LLC
HSBC Tower
452 5th Ave., 27th Floor
New York, NY 10018
Attention:   Rachel Carr-Harris
Telephone:  212-224-7255
E-mail:          Rachel.car-harris@glgpartners.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
       Transferee/Transferee's Agent

8233875

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 20356

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**PMT CREDIT OPPORTUNITIES FUND LTD.**
HSBC Tower
425 5th Avenue, 27th Floor
New York, NY 10018
Attn: Rachel Carr-Harris
Email: Rachel.carr-harris@glppartners.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20356, solely to the extent of $4,000,000, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 19, 2013.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

PMT CREDIT OPPORTUNITIES FUND LTD.
By: GLG Ore Hill LLC
Its: Investment Advisor

By: _____
    Name:
    Title:

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 20356

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**PMT CREDIT OPPORTUNITIES FUND LTD.**
HSBC Tower
425 5th Avenue, 27th Floor
New York, NY 10018
Attn: Rachel Carr-Harris
Email: Rachel.carr-harris@glppartners.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20356, solely to the extent of $4,000,000, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December __, 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**PMT CREDIT OPPORTUNITIES FUND LTD.**
By: GLG Ore Hill LLC
Its: Investment Advisor

By: _____
    Name: FREDERICK J. WAHL
    Title: MD

A/75682791.3