# Exhibit 1

08-13555-mg    Doc 41625-1    Filed 12/20/13    Entered 12/20/13 10:48:11    Exhibits
Pg 1 of 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 447: EXHIBIT 1 - INSUFFICIENT DOCUMENTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005-3A | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29725 | Undetermined | Undetermined | Insufficient Documents |
| 2 | SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005-3A | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29726 | Undetermined | Undetermined | Insufficient Documents |
| | | | | TOTAL | | $0.00 | $0.00 | |