# Exhibit 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 440: EXHIBIT 1 - INSUFFICIENT DOCUMENTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-07 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18002 | Undetermined | Undetermined | Insufficient Documents |
| 2 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-07 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18003 | Undetermined | Undetermined | Insufficient Documents |
| 3 | RUBY FINANCE PLC SERIES 2007-7 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25978 | Undetermined | Undetermined | Insufficient Documents |
| 4 | RUBY FINANCE PLC SERIES 2007-7 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25981 | Undetermined | Undetermined | Insufficient Documents |
| | | | | TOTAL | | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts