# Exhibit 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 429: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | TILLES, GLENN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13503 | $201,393.17 | $201,393.17 * | None |
| | | | | TOTAL | | $201,393.17 | $201,393.17 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts