## Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 267: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | OH, MIRIAM Y. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31318 | $2,500,000.00 | $2,500,000.00 | None |
| | | | | TOTAL | | $2,500,000.00 | $2,500,000.00 | |