# Exhibit 1

08-13555-mg Doc 41632-1 Filed 12/20/13 Entered 12/20/13 11:43:48 Exhibits Pg 1 of 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | NIEMAN, ROGER R. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9589 | $69,423.40 | $69,423.40 * | None |
| | | | | TOTAL | | $69,423.40 | $69,423.40 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts