# Exhibit 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ABERNATHY, GREGG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25533 | $74,990.77 | $74,990.77 | None |
| 2 | MURRAY, THOMSON C JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10767 | $28,628.66 | $28,628.66 | None |
| 3 | NEWHOUSE, MICHELLE M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12080 | $81,269.21 | $81,269.21 | None |
| 4 | OH, MIRIAM Y. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15220 | $57,032.85 | $57,032.85 | None |
| 5 | YUHN, PHIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/12/2009 | 8090 | $24,230.76 | $24,230.76 | None |
| | | | | | TOTAL | $266,152.25 | $266,152.25 | |