## CLAIMS OR PORTIONS OF CLAIMS TO BE ESTIMATED IN THE ALLOWED AMOUNT OF ZERO DOLLARS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | AMOUNTS TO BE ESTIMATED AT $0.00 | CATEGORY OF EMPLOYEE INDEMNIFICATION CLAIM |
|---|---|---|---|---|---|---|
| 1 | BOSSUNG, BRETT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 29626 | Undetermined* | Litigation Claim |
| 2 | COHEN, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 29625 | Undetermined* | No Litigation Claim |
| 3 | GOLDFARB, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12843 | Undetermined | Litigation Claim |
| 4 | GRIEB, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12666 | Undetermined | Litigation Claim |
| 5 | HOULIHAN, BRENNA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 28242 | Undetermined | Litigation Claim |
| 6 | HUGHSON, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 29627 | $10,950.00 plus unliquidated and/or undetermined amounts* | No Litigation Claim |
| 7 | KIRK, ALEX | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 23919 | Undetermined* | No Litigation Claim |
| 8 | MCCARTHY, LAWRENCE E | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 66392 | Undetermined* | No Litigation Claim |
| 9 | MCDADE, HERBERT H., III | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 24721 | Undetermined | Litigation Claim |
| 10 | MCKINNEY, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12668 | Undetermined | Litigation Claim |
| 11 | MITCHELL, NEIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 28243 | Undetermined | Litigation Claim |
| 12 | O'REILLY, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 19435 | Undetermined | Litigation Claim |

* For the avoidance of doubt, the Motion does not seek to estimate any portion of this proof of claim other than the Employee Indemnification Claim.

## CLAIMS OR PORTIONS OF CLAIMS TO BE ESTIMATED IN THE ALLOWED AMOUNT OF ZERO DOLLARS

| NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | AMOUNTS TO BE ESTIMATED AT $0.00 | CATEGORY OF EMPLOYEE INDEMNIFICATION CLAIM |
|---|---|---|---|---|---|
| 13 ODRICH, MICHAEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 20199 | Undetermined* | Litigation Claim |
| 14 ODRICH, MICHAEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 20200 | Undetermined* | Litigation Claim |
| 15 RUSSO, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 13060 | Undetermined | Litigation Claim |
| 16 SCHAEFER, JEFF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 22768 | Undetermined* | Litigation Claim |
| 17 SEERY, JAMES P | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 23554 | Undetermined* | No Litigation Claim |
| 18 SHAPIRO, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 22200 | Undetermined | Litigation Claim |
| 19 SMITH, KRISTINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12842 | Undetermined | Litigation Claim |
| 20 SULLIVAN, JAMES J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12670 | Undetermined | Litigation Claim |
| 21 TABET, SAMIR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12674 | Undetermined | Litigation Claim |
| 22 UVINO, WENDY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12853 | Undetermined | Litigation Claim |
| 23 VOLINI, PIERLUIGI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 25900 | Undetermined* | No Litigation Claim |
| 24 WALSH, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 29624 | Undetermined* | Litigation Claim |

\* For the avoidance of doubt, the Motion does not seek to estimate any portion of this proof of claim other than the Employee Indemnification Claim.

**CLAIMS OR PORTIONS OF CLAIMS TO BE ESTIMATED IN THE ALLOWED AMOUNT OF ZERO DOLLARS**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | AMOUNTS TO BE ESTIMATED AT $0.00 | CATEGORY OF EMPLOYEE INDEMNIFICATION CLAIM |
|---|---|---|---|---|---|---|
| 25 | WITHERELL, BRUCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 16228 | Undetermined | Litigation Claim |
| 26 | WOOD, KARL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 16227 | Undetermined | Litigation Claim |
| 27 | ZUSY, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 13063 | Undetermined | Litigation Claim |
| | | | | TOTAL | $10,950.00 | |

\* For the avoidance of doubt, the Motion does not seek to estimate any portion of this proof of claim other than the Employee Indemnification Claim.