**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

          Debtor,

-------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                     S.S.:
COUNTY OF NEW YORK)

     **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

     That on the 18th day of December, 2013, at approximately 10:20am, deponent served a true copy of the **LETTER, SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **MORGAN STANLEY CAPTIAL SERVICES, LLC F/K/A MORGAN STANLEY CAPITAL SERVICES INC.** at 1221 Avenue of the Americas, New York, NY by personally delivering and leaving the same with **NADINE LEE,** who informed deponent that she holds the position of Attorney with that company and is authorized by appointment to receive service at that address.

     **NADINE LEE** is a black female, approximately 45 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with black hair and brown eyes.

*[signature]*
_____
**FREDERICK PRINGLE, #1350201**

Sworn to before me this
19th day of December, 2013

*[signature]*
_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com