# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, <u>et al</u>., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and address where notices
to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attention:   Alisa Mumola
Telephone:   203-862-8211
Email: amumola@contrariancapital.com

**Longacre Institutional Opportunity Fund, L.P.**
Name of Transferor

Name and Current Address of Transferor

Longacre Institutional Opportunity Fund, L.P.
ATTN: VLADIMIR JELISAVCIC
1325 AVENUE OF THE AMERICAS, 28TH FLOOR
NEW YORK, NY 10019

**Proof of Claim #: 40786 for $415,000.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____**December 20, 2013**_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:           Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    CONTRARIAN FUNDS, LLC

          LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P., as assignee of Goldsberg Corporation, located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS COMMERCIAL CORPORATION under proof of claim number 40786 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13901 (Jointly administered under 08-13555).

          Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

          IN WITNESS WHEREOF, dated as of the 13th day of December, 2013.

LONGACRE INSTIUTIONAL OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, LLC, its general partner

By: _____
Name: Vladimir Jelisavcic          12-13-13
Title: Manager

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: _____
Name:
Title:      MICHAEL J. RESTIFO
            COO/CFO