UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors : | (Jointly Administered) |

## JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

PLEASE TAKE NOTICE that R2 Investments, LDC (the "Claimant") hereby withdraws with prejudice proof of claim number 25635, filed on September 21, 2009, against Lehman Brothers Holdings Inc. (the "Claim") and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on March 4, 2013, the issuance of which was noticed in a filing with the Court on March 6, 2013 [ECF No. 35753]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: December 20, 2013
Fort Worth, Texas

                                    R2 Investments, LDC
                                    By: Amalgamated Gadget, L.P., as its Investment Manager
                                    By: Scepter Holdings, Inc., its General Partner

                                    By: _____
                                    Name: Noel Nesser
                                    Title: CFO & Treasurer

                                    c/o Amalgamated Gadget, L.P.
                                    301 Commerce Street, Suite 3200
                                    Fort Worth, Texas 76102
                                    Telephone: (817) 332-9500

Dated: December 20, 2013
New York, New York

                                    _____
                                    Garrett A. Fail
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    *Attorneys for Lehman Brothers Holdings Inc. and*
                                    *Certain of Its Affiliates*