B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

                Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## MUTIPLE PARTIAL TRANSFERS OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>GOLDMAN, SACHS & CO.</u> | <u>PALOMINO FUND LIMITED</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni

Phone:_____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>multiple—please see attached Agreement and Evidence of Transfer</u>

Amount of Claim Transferred: <u>for each Claim #, please see attached Agreement and Evidence of Transfer</u>

Date Claim Filed: <u>multiple</u>

Debtor: <u>Lehman Brothers Holdings, Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

817807v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  
Dennis Lafferty  
Managing Director  
Transferee/Transferee's Agent

Date: 12/20/13

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

817807v.1 153/05435

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Palomino Fund Limited** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (each, a "Purchased Claim" and collectively, the "Purchased Claims"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller or Seller's predecessor in interest (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claims, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to any Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way any Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with any Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to any Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of any Purchased Claim, but only to the extent related to such Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to each Purchased Claim and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that:  (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claims specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) Seller has delivered to Buyer a true and correct copy of the latest Notice of Proposed Allowed Claim Amount for each Proof of Claim (each, a "Notice") and Seller has not taken any action with respect to any Notice, except to request revised Notices for Proofs of Claim 58893 and 58895; (h) on April 17, 2012, Seller or its predecessor in interest received the first distribution from the Debtor relating to the Transferred Claims in the amounts indicated on Schedule 1 attached hereto (collectively, the "First Distribution"); (i) on October 1, 2012, Seller received the second distribution from the Debtor relating to the Transferred Claims in the amounts indicated on Schedule 1 attached hereto (collectively, the "Second Distribution"); (j) on April 4, 2013, Seller received the third distribution from the Debtor relating to the Transferred Claims in the amounts indicated on Schedule 1 attached hereto (collectively, the "Third Distribution"); (k) on October 3, 2013, Seller received the fourth distribution from the Debtor relating to the Transferred Claims in the amounts indicated on Schedule 1 attached hereto (collectively, the "Fourth Distribution," and together with the First Distribution, the Second Distribution, and the Third Distribution, the "LBHI Distributions"); (l) on May 8, 2013, Seller received the first distribution from Lehman Brothers Treasury Co. B.V. relating to the Purchased Securities in the amounts indicated on Schedule 1

801633v.3 153/05435

attached hereto (the "LBT Distribution," and collectively with the LBHI Distributions, the "Distributions"); and (m) other than the Distributions, neither Seller nor its predecessors in interest have received any payments or distributions, whether directly or indirectly, in respect of the Transferred Claims.

   3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

   4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

   5. Seller shall accept and hold any payments, distributions or proceeds received by Seller in respect of the Transferred Claims and the Purchased Securities on or after the trade date of July 30, 2013 (including in connection with any interim distribution or otherwise) for the account and sole benefit of Purchaser and promptly (but in any event no later than three (3) business days after receipt or the date of this Agreement and Evidence of Transfer of Claim, whichever is later) remit any payments, distributions or proceeds received by Seller on or after the trade date of July 30, 2013 in respect of the Transferred Claims and the Purchased Securities to Purchaser in the same form received, together with (a) any statements received from Debtor and/or Epiq describing such payment or distribution and (b) any endorsements or documents necessary to transfer such property. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

   6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

   7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20 day of Dec 2013.

| PALOMINO FUND LIMITED | GOLDMAN, SACHS & CO. |
|---|---|
| By: *(signed)* <br> Name: Ken Maiman <br> Title: Authorized Signatory | By: _____ <br> Name: <br> Title: |
| c/o Appaloosa Management LP <br> 51 JFK Parkway, Suite 250B <br> Short Hills, NJ 07080 | 30 Hudson Street, 5th Floor <br> Jersey City, NJ 07302 <br> Attn: Michelle Latzoni <br> Email: gsd.link@gs.com <br> Tel: (212)934-3921 |

801633v.3 153/05435

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20 day of DEC. 2013.

**PALOMINO FUND LIMITED**

By:_____
Name:
Title:

c/o Appaloosa Management LP
51 JFK Parkway, Suite 250B
Short Hills, NJ 07080

**GOLDMAN, SACHS & CO.**

By:_____
Name:
Title:    Dennis Lafferty
           Managing Director

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

<u>Schedule 1</u>

Transferred Claims

<u>Purchased Claim</u>

As set forth below.

<u>Lehman Programs Securities to which Transfer Relates</u>

| | Proof of Claim Number | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | | **Purchased Allowed Claim Amount (USD)[1]** |
|---|---|---|---|---|---|---|---|
| 1 | 55788 | XS0245046544 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 11,875,000.00 | **16,851,881.04** |
| 2 | 58893 | XS0248282120 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 3,526,922.00 | **5,374,076.67** |
| 3 | 58895 | XS0248282120 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,058,078.00 | **1,612,225.14** |
| 4 | 59427 | XS0168797032 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 374,000.00 | **530,745.56** |
| 5 | 60639 | XS0289069519 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,629,000.00 | **3,245,179.67** |
| 6 | 61054 | XS0209164432 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 8,818,000.00 | **12,551,609.83** |
| 7 | 61059 | XS0209164192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 8,761,000.00 | **12,454,894.78** |
| 8 | 63595 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 5,300,000.00 | **7,521,260.58** |
| 9 | 63595 | XS0218614567 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 5,300,000.00 | **7,703,784.80** |

---

[1] The transferred amounts in this column refer to the allowed, rather than originally claimed, amounts of each claim. However, this description is not intended to be a representation by Seller as to the allowance of any claim.

Schedule 1–1

817504v.1 153/05435

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 63595 | XS0283497005 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 12,345,000.00 | **17,997,970.18** |
| 11 | 63595 | XS0356444827 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 10,580,000.00 | **15,014,139.06** |
| 12 | 63597 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 700,000.00 | **993,374.04** |
| 13 | 63598 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,800,000.00 | **3,973,496.16** |
| 14 | 63605 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,800,000.00 | **2,554,390.39** |
| 15 | 63605 | XS0218614567 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,700,000.00 | **2,471,025.31** |
| 16 | 66962 | XS0283820065 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,520,000.00 | **1,804,189.24** |
| 17 | 66962 | XS0289253287 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,795,000.00 | **2,215,456.46** |
| 18 | 66962 | XS0290250454 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 935,000.00 | **1,218,184.92** |
| 19 | 66962 | XS0290251007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 4,060,000.00 | **4,781,195.02** |
| 20 | 66962 | XS0291347234 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,129,000.00 | **1,424,053.91** |

LBHI Distributions

| | Proof of Claim Number | ISIN/CUSIP | **Purchased Claim Amount (USD)** | First Distribution (USD) | Second Distribution (USD) | Third Distribution (USD) | Fourth Distribution (USD) |
|---|---|---|---|---|---|---|---|
| 1 | 55788 | XS0245046544 | **16,851,881.04** | 608,222.98 | 410,440.88 | 518,416.94 | 614,641.52 |
| 2 | 58893 | XS0248282120 | **5,374,076.67** | 193,962.73 | 130,889.88 | 165,323.53 | 196,009.61 |
| 3 | 58895 | XS0248282120 | **1,612,225.14** | 58,188.90 | 39,267.02 | 49,597.12 | 58,802.96 |
| 4 | 59427 | XS0168797032 | **530,745.56** | 19,155.82 | 12,926.73 | 16,327.41 | 19,357.97 |
| 5 | 60639 | XS0289069519 | **3,245,179.67** | 117,125.97 | 79,038.91 | 99,831.95 | 118,361.99 |
| 6 | 61054 | XS0209164432 | **12,551,609.83** | 453,016.34 | 305,704.37 | 386,127.06 | 457,797.00 |
| 7 | 61059 | XS0209164192 | **12,454,894.78** | 449,525.67 | 303,348.80 | 383,151.80 | 454,269.49 |
| 8 | 63595 | XS0213454829 | **7,521,260.58** | 271,459.52 | 183,186.24 | 231,377.67 | 274,324.22 |

801633v.3 153/05435

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9  | 63595 | XS0218614567 | **7,703,784.80**  | 278,047.24 | 187,631.76 | 236,992.69 | 280,981.45 |
| 10 | 63595 | XS0283497005 | **17,997,970.18** | 649,587.96 | 438,354.78 | 553,674.26 | 656,443.03 |
| 11 | 63595 | XS0356444827 | **15,014,139.06** | 541,894.66 | 365,681.22 | 461,882.21 | 547,613.25 |
| 12 | 63597 | XS0213454829 | **993,374.04**    | 35,853.14  | 24,194.41  | 30,559.31  | 36,231.50  |
| 13 | 63598 | XS0213454829 | **3,973,496.16**  | 143,412.58 | 96,777.64  | 122,237.26 | 144,926.00 |
| 14 | 63605 | XS0213454829 | **2,554,390.39**  | 92,193.80  | 62,214.20  | 78,581.09  | 93,166.71  |
| 15 | 63605 | XS0218614567 | **2,471,025.31**  | 89,184.96  | 60,183.77  | 76,016.52  | 90,126.13  |
| 16 | 66962 | XS0283820065 | **1,804,189.24**  | 65,117.32  | 43,942.45  | 55,502.54  | 65,804.50  |
| 17 | 66962 | XS0289253287 | **2,215,456.46**  | 79,960.90  | 53,959.19  | 68,154.42  | 80,804.72  |
| 18 | 66962 | XS0290250454 | **1,218,184.92**  | 43,967.08  | 29,669.86  | 37,475.21  | 44,431.07  |
| 19 | 66962 | XS0290251007 | **4,781,195.02**  | 172,564.28 | 116,449.78 | 147,084.62 | 174,385.34 |
| 20 | 66962 | XS0291347234 | **1,424,053.91**  | 51,397.37  | 34,683.96  | 43,808.38  | 51,939.76  |

LBT Distribution

| | ISIN | Nominal Amount | | LBT Distribution | |
|---|---|---|---|---|---|
| 1  | XS0245046544 | EUR | 11,875,000 | EUR | 1,436,913.10 |
| 2  | XS0168797032 | EUR | 374,000    | EUR | 49,223.61    |
| 3  | XS0283820065 | EUR | 1,520,000  | EUR | 106,346.41   |
| 4  | XS0290251007 | EUR | 4,060,000  | EUR | 255,771.50   |
| 5  | XS0290250454 | EUR | 935,000    | EUR | 129,825.85   |
| 6  | XS0291347234 | EUR | 1,129,000  | EUR | 65,308.63    |
| 7  | XS0289253287 | EUR | 1,795,000  | EUR | 134,420.89   |
| 8  | XS0213454829 | EUR | 10,600,000 | EUR | 922,606.93   |
| 9  | XS0218614567 | EUR | 7,000,000  | EUR | 750,569.86   |
| 10 | XS0289069519 | EUR | 2,629,000  | EUR | 320,097.55   |
| 11 | XS0248282120 | EUR | 4,585,000  | EUR | 546,046.59   |
| 12 | XS0283497005 | EUR | 20,991,000 | EUR | 2,650,971.32 |
| 13 | XS0356444827 | EUR | 10,580,000 | EUR | 1,376,959.80 |
| 14 | XS0209164192 | EUR | 8,761,000  | EUR | 945,103.64   |
| 15 | XS0209164432 | EUR | 8,818,000  | EUR | 1,514,528.37 |

801633v.3 153/05435