**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**TO: THE CLERK OF THE COURT; AND ALL PARTIES IN INTEREST**

*PLEASE TAKE NOTICE* that the undersigned attorney hereby withdraws his appearance in the above-captioned cases, and hereby requests removal from the Court's CM/ECF and any other service lists in these cases.

Dated: December 20, 2013

Respectfully submitted,

*/s/ Justin A. Kuehn*
Justin A. Kuehn
BRAGAR EAGEL & SQUIRE, PC
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
kuehn@bespc.com