UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                    Debtors.                                     :
                                                                 :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 41385, 41386,
                                                                     41392-41395

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
19th day of December, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ETON PARK FUND, LP                              ETON PARK FUND, LP
     C/O ETON PARK CAPITAL MANAGEMENT, LP            WENDY KANE
     ATTN: DAVID ZALTA                               ETON PARK CLAIMS GROUP
     399 PARK AVENUE, 10TH FLOOR                     CADWALADER, WICKERSHAM & TAFT LLP
     NEW YORK NY 10022                               ONE FINANCIAL CENTER
                                                     NEW YORK NY 10281
```

Please note that your claim # 20521 in the above referenced case and in the amount of
    $14,591,700.97         has been transferred **(unless previously expunged by court order)**

```
     JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: ETON PARK FUND, LP
     C/O J.P. MORGAN SECURITIES LLC-MAIL CODE: NY1-M138
     ATTN: JEFFREY L. PANZO
     383 MADISON AVENUE, FLOOR 37
     NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41385         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/09/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 9, 2013.

# EXHIBIT B

08-13555-mg    Doc 41677    Filed 12/23/13    Entered 12/23/13 12:01:10    Main Document
Pg 4 of 5

```
TIME: 11:09:06                                              LEHMAN BROTHERS HOLDING INC.                                                         PAGE:   1
DATE: 12/09/13                                                     CREDITOR LISTING

Name                                Address
ETON PARK FUND, LP                  C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALITA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK FUND, LP                  WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281
ETON PARK MASTER FUND, LTD.         C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALITA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK MASTER FUND, LTD.         WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281
ETON PARK MASTER FUND, LTD.         WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JPMORGAN CHASE BANK, N.A.           TRANSFEROR: ETON PARK FUND, LP C/O J.P. MORGAN SECURITIES LLC-MAIL CODE: NY1-M138 ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, FLOOR 37
                                    NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.           TRANSFEROR: ETON PARK FUND, LP C/O J.P. MORGAN SECURITIES LLC-MAIL CODE: NY1M138 ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, FLOOR 37
                                    NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.           TRANSFEROR: ETON PARK MASTER FUND, LTD. C/O J.P. MORGAN SECURITIES LLC-MAIL CODE: NY1M138 ATTN: JEFFREY L. PANZO
                                    383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
VARDE INVESTMENT PARTNERS, LP       TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed        9
```