UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                    :
In re                               :     Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                                    :     (Jointly Administered)
         Debtors.                   :
                                    :
-------------------------------------------------------------------x    Ref. Docket No. 41296

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
19th day of December, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE AG
               PARADEPLATZ 8
               ZURICH CH-8001 SWITZERLAND


Additional:    CREDIT SUISSE AG
               CRAVATH, SWAINE & MOORE LLP
               ATTN: RICHARD LEVIN
               WORLDWIDE PLAZA
               825 EIGHTH AVENUE
               NEW YORK NY 10019


Transferee:    LUZERNER KANTONALBANK AG
               ATTN: JORG GUBLER / PETER FELDER
               RECHTSDIENST & COMPLIANCE
               PILATUSSTRASSE 12
               POSTFOCH 6002 LUZERN


Your transfer   of claim #   55813-19   is defective for the reason(s) checked below:

Other                               Transfer Amount is greater than Amount Owned


Docket Number 41296            Date 11/14/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 10, 2013.

EXHIBIT B

```
TIME: 16:34:01                                    LEHMAN BROTHERS HOLDING INC.                                   PAGE:  1
DATE: 12/10/13                                         CREDITOR LISTING

Name                          Address
CREDIT SUISSE AG              PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
CREDIT SUISSE AG              CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG              RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG              STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
LUZERNER KANTONALBANK AG      ATTN: JORG GUBLER / PETER FELDER RECHTSDIENST & COMPLIANCE PILATUSSTRASSE 12 POSTFOCH  6002 LUZERN


Total Number of Records Printed           5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC