UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :     08-13555 (JMP)
                                                      :    (Jointly Administered)
                              Debtors.                :
                                                      :
                                                      :
------------------------------------------------------------------------x    Ref. Docket Nos. 41122, 41315,
                                                          41325, 41359, 41400, 41402-41409,
                                                          41415, 41417, 41418, 41420, 41421,
                                                          41424

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 11, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
19th day of December, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                           | Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                                |
                                                | (Jointly Administered)
                              Debtors.          |
_____                |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CREDIT SUISSE LOAN FUNDING LLC
             TRANSFEROR: NORDEA BANK FINLAND PLC
             ATTN: DOUGLAS DIBELLA
             ELEVEN MADISON AVENUE, 5TH FLOOR
             NEW YORK NY 10010

Please note that your claim # 66537 in the above referenced case and in the amount of
        $149,987,497.88  allowed at $71,780,535.00        has been transferred (**unless previously expunged by court order**)

        CVI HH INVESTMENTS LP
        TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC
        C/O CARVAL INVESTORS, LLC
        1095 AVENUE OF THE AMERICAS
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41400      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/11/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 11, 2013.

EXHIBIT B

TIME: 12:36:11
DATE: 12/11/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH/ISOBELLE WHITE 67-68 GROSVENOR STREET LONDON W1K3JN UNITED KINGDOM |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: LANDWIRTSCHAFTLICHE RENTENBANK ATTN: RICHARD KEARNEY 5 THE NORTH COLONNADE, CANARY WHARF LONDON  E14 4BB UNITED KINGDOM |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HCN LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HITS FUND II LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: NORDEA BANK FINLAND PLC ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI HH INVESTMENTS LP | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC C/O CARVAL INVESTORS LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CVI HH INVESTMENTS LP | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC C/O CARVAL INVESTORS, LLC 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VR-LIW GMBH ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HITS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HITS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELZTER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELZTER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELZTER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELZTER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELZTER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O HALCYON ASSET MANAGEMENT LLC - MATT SELZTER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC - MATT SELZTER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELZTER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HITS FUND II LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELZTER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HITS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELZTER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HITS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELZTER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| ILIQUIDIX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| ILIQUIDIX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY |

Total Number of Records Printed    33