UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                           :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                        :
:
:
-----------------------------------------------------------------x    Ref. Docket Nos. 41426, 41433,
41451, 41452, 41455-41462, 41469,
41470, 41472-41474, 41478, 41480,
41485

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 13, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of December, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41426, 41433, 41451...41478, 41480, 41485_AFF_12-13-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES LP
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: MICHAEL STEPHAN
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

Please note that your claim # 29058-01 in the above referenced case and in the amount of $9,305,200.82  allowed at $8,568,988.31    has been transferred (**unless previously expunged by court order**)

```
      ELLIOTT ASSOCIATES, L.P.
      TRANSFEROR: ALSTON INVESTMENTS LLC
      C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41462    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/13/2013                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 13, 2013.

# EXHIBIT B

```
TIME: 11:52:56                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/13/13                                          CREDITOR LISTING

Name                                             Address
ALSTON INVESTMENTS LLC                           TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ALSTON INVESTMENTS LLC                           TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                          TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                 NEW YORK NY 10019
BANESCO BANCO UNIVERSAL S.A.C.A.                 DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
BANESCO BANCO UNIVERSAL S.A.C.A.                 TRANSFEROR: BANESCO HOLDINGS CA AVENIDA PRINCIPAL DE BELLO MONTE-ATTN: MARCO TULIO ORTEGA ENTRE CALLES LINCOLN Y SORBONA
                                                 EDIFICIO CIUDAD BANESCO, PISO 3 CARACAS    VENEZUELA
BANESCO HOLDINGS CA                              ATTN: MARCO ORTEGA AVENIDA PRINCIPAL DE BELLO MONTE ENTRE CALLES LINCOLN Y SORBONA EDIFICIO CIUDAD BANESCO, PISO 3
                                                 CARACAS    VENEZUELA
BANESCO HOLDINGS CA                              ATTN: DAVID LEMAY ESQ, & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE 30 ROCKEFELLER PLAZA NEW YORK NY 10112
CYRUS OPPORTUNITIES MASTER FUND II, LTD.         TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O CYRUS CAPITAL PARTNERS, L.P. ATTN: DAVID COLLINS 399 PARK AVENUE, 39TH FLOOR
                                                 NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH (UK)             TRANSFEROR: MACRON FILMPRODUKTION GMBH & CO. PROJEKT 1 KG ATTN: JAMIE FOOTE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                 LONDON    EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)             TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: JAMIE FOOTE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                 LONDON    EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)             TRANSFEROR: PP OPPORTUNITIES LTD. ATTN: JAMIE FOOTE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON    EC2N 2DB UNITED KINGDOM
DJ INVESTMENTS LTD                               TRANSFEROR: PP OPPORTUNITIES LTD. ATTN:JAMIE FOOTE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON    EC2N 2DB UNITED KINGDOM
DJ INVESTMENTS LTD                               TRANSFEROR: OLESA S.A. ATTN: JORGE D'JMAL CALLAO 1521 PISO 5 CABA    1024 ARGENTINA
ELLIOTT ASSOCIATES, L.P.                         TRANSFEROR: OLESA S.A. ATTN: JORGE D'JMAL CALLAO 1521 PISO5 CABA    1024 ARGENTINA
ELLIOTT INTERNATIONAL, L.P.                      TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS, LLC              TRANSFEROR: ASHTON INVESTMENTS LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS, LLC              TRANSFEROR: GRF MASTERFUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI JERSEY CITY NJ 07302
GREGORY, JOSEPH                                  TRANSFEROR: GRF MASTERFUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GREGORY, JOSEPH                                  124 SHORE ROAD COLD SPRING HARBOR NY 11724
GRF MASTERFUND, L.P.                             STEVEN M. WITZEL, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ONE NEW YORK PLAZA NEW YORK NY 10004
GRF MASTERFUND, L.P.                             ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GRF MASTERFUND, L.P.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                 NEW YORK NY 10012
HCN LP                                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
HLF LP                                           TRANSFEROR: GREGORY, JOSEPH C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                                  TRANSFEROR: GREGORY, JOSEPH C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
MACRON FILMPRODUKTION GMBH & CO. PROJEKT         TRANSFEROR: GREGORY, JOSEPH C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
1 KG                                             ATTN: CHRISTOPH ERVEN TOELZER STRASSE 15 GRUENWALD 82031 GERMANY
MERRILL LYNCH INTERNATIONAL                      TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET
                                                 LONDON EC1A 1HQ UNITED KINGDOM
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.         TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
OLESA S.A.                                       PO BOX 53197 AGENCIA #20 PUNTA DEL ESTE    URUGUAY
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         TRANSFEROR: ARCA VITA S.P.A. C/O PAULSON & CO. INC 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO., INC. 1251 AVENUE OF THE AMERICAS ATTN: DANIEL KAMENSKY 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD.                            MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019
PP OPPORTUNITIES LTD.                            MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PP OPPORTUNITIES LTD.                            TRANSFEROR: ARCA VITA S.P.A. C/O PAULSON & CO. INC ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD.                            TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020

Total Number of Records Printed      39                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```