B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEHMAN BROTHERS HOLDINGS INC.,**                    Case No. **08-13555**

## TRANSFER OF ALLOWED CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LIQUIDITY SOLUTIONS, INC.**                    **Robert M Neumeister Jr Trust DTD 12/6/05**
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee          Court Claim #: **382**
should be sent:                                       Allowed Amount of Claim: **$50,622.00**
                                                      Date Claim Filed: **10/27/2008**

**LIQUIDITY SOLUTIONS, INC.**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                             Phone: _____
Last Four Digits of Acct #: _____           Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Jeff Caress                                 Date:  12/23/2013
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**2000837**

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

<u>In re:</u> **LEHMAN BROTHERS HOLDINGS INC.,**                    <u>Case No. **08-13555**</u>

### TRANSFER OF ALLOWED CLAIM OTHER THAN FOR SECURITY

Claim No. **382** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **12/23/2013**.

**LIQUIDITY SOLUTIONS, INC.**                    **Robert M Neumeister Jr Trust DTD 12/6/05**
Name of Alleged Transferee                       Name of Transferor

Address of Alleged Transferee:                   Address of Transferor:
**One University Plaza, Suite 312**              **Robert M Neumeister Jr Trustee**
**Hackensack, NJ 07601**                         **2729 Silver Cloud Dr**
                                                 **Park City, UT 84060**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                              **CLERK OF THE COURT**

                                                                    **2000837**

# TRANSFER NOTICE

ROBERT M NEUMEISTER JR TRUST DTD 12/6/05 ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor, as set forth in the Agreement, against Lehman Brothers Holdings Inc. (the "Debtor"), in the aggregate amount of $50,622.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-13555.

IN WITNESS WHEREOF, Assignor has signed below as of the _17_ day of _Dec._ , 2013.

ROBERT M NEUMEISTER JR TRUST
DTD 12/6/05

By: _Robert M. Neumeister Trustee_
(Signature)
(Print Name of Witness)

ROBERT M. NEUMEISTER, JR.
TRUSTEE

LIQUIDITY SOLUTIONS, INC

By: _(signature)_ JEFF CARESS
(Signature)
(Print Name and Title)

2000837