B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum Partners LP | Nomura Corporate Funding Americas LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Quantum Partners LP
c/o Soros Fund Management LLC
888 Seventh Avenue
New York, NY 10106
Attention: Suzanne Auerbach – Compliance Dept.
Email: compliance@soros.com

Court Claim # (if known): 21894
Amount of Claim Transferred: $1,003,608.12
Date Claim Filed: 09/21/2009
Debtor: Lehman Brothers Special Financing Inc.

NYDOCS03/971133.5

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

QUANTUM PARTNERS, LP
By: QP GP LLC, its General Partner

By: _____  THOMAS L. O'GRADY    Date: 12/19/2013
    Transferee/Transferee's Agent   Attorney-in-Fact

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____         Date: _____
    Transferor/Transferor's Agent

NYDOCS03/971133.5

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

QUANTUM PARTNERS, LP

By: _____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____[signature]_____          Date: 12/19/2013
    Transferor/Transferor's Agent
    Sandor Hau
    Managing Director

NYDOCS03/971133.5