B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Quantum Partners LP</u>    <u>Nomura Corporate Funding Americas LLC</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

Quantum Partners LP
c/o Soros Fund Management LLC
888 Seventh Avenue
New York, NY 10106
Attention: Suzanne Auerbach – Compliance Dept.
Email: compliance@soros.com

Court Claim # (if known): <u>33581</u>
Amount of Claim Transferred: <u>$3,359,146.57</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

NYDOCS01/1342585.4

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

QUANTUM PARTNERS, LP
By: QP GP LLC, its General Partner

By: _____ THOMAS L. O'GRADY, Attorney-in-Fact         Date: 12/19/2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____                                              Date: _____
Transferor/Transferor's Agent

NYDOCS01/1342585.4

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

QUANTUM PARTNERS, LP

By: _____          Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____          Date: 12/19/2013
       Transferor/Transferor's Agent
       Sandor Hau
       Managing Director