United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NT 10004-1408

PTA000876.0513/PH46

"AIA" herein refers to AIA International Limited (Incorporated in Bermuda with limited liability).
「AIA」或「友邦」是指友邦保險(國際)有限公司(於百慕達註冊成立之有限公司)。



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re  Lehman Brothers Holdings,, Inc. et al. Debtor  ,          Case No.  08-13555 (JMP) (Jointly administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AIA International  Limited | AIA Wealth Management Company Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):  67326.06

AIA International
Limited – Hong Kong Branch
11/F, AIA Financial Centre,
712 Prince Edward Road East,
Kowloon, Hong Kong

Amount of Claim:
$128,308.76 WITH RESPECT TO ISIN

XS0334088548 plus all accrued interest, fees and recoveries due thereon

Attn: Adam Chan
Phone: 852 – 2881 4061
Email: adam-wf.chan@aia.com
**Last Four Digits of Acct #:_____**

Date Claim Filed:   May 24, 2013
Email: manoj.ramachandran@aia.com
Phone: 852-2832 6796
**Last Four Digits of Acct #:_____**

Name and Address where transferee payments should be sent (if different from above):

Phone:  N/A
**Last Four Digits of Acct #: N/A**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __-5 DEC 2013_____
    Transferee/Transferee's Agent
    Chan Wing Shing, CEO
    AIA International
    Limited – Hong Kong Branch

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**AIA Wealth Management
Company Limited**

11/F AIA Financial Centre
712 Prince Edward Road East
Kowloon, Hong Kong
T: (852) 2232 6888
F: (852) 2523 3337

AIA.COM.HK

**Private & Confidential**

[11 January 2013]

American International Assurance Company
(Bermuda) Limited – Hong Kong Branch
AIA Financial Centre
712 Prince Edward Road East
Kowloon, Hong Kong

Dear Sir

Re:    **Transfer of Equity Linked Note**

AIA Wealth Management Company Limited ("AIAWM") has entered into a settlement agreement dated 6th November 2012 with Ms. Fung Chi To ("Ms. Fung") in respect of the equity linked note "2-Year HK Basket (0386.HK+0883.HK+1800.HK) Daily Accrual Callable Equity Linked Note (ISIN code: XS0334088548) (the "Lehman Note"). Under the terms of the settlement agreement, Ms. Fung transferred all rights, entitlements and ownership of the Lehman Note to AIAWM.

AIAWM now wishes to transfer the Lehman Note to American International Assurance Company (Bermuda Limited) – Hong Kong Branch ("AIAB"), AIAWM's affiliate and immediate parent company, in accordance with the terms of this letter agreement.
AIAWM shall transfer all rights, entitlements and ownership of the Note to AIAB for a consideration of [HK$1].
AIAWM will ensure that the benefit of any creditor claims involving the Lehman Note with the US Trustee in Bankruptcy are passed on to AIAB and if AIAB requests, AIAWM will provide all assistance and cooperation in the re-registration of any such creditor claim with the US Trustee in Bankruptcy into the name of AIAB as is appropriate or necessary in order for AIAB to receive the benefit of any payments that may be made by the US Trustee in Bankruptcy.
This transfer of the Lehman Note from AIAWM to AIAB shall be effective as of the date AIAB signs below to indicate its acceptance of the terms of this letter agreement.

Yours sincerely
For and on behalf of
AIA Wealth Management Company Limited

Agreed and accepted
For and on behalf of
American International Assurance Company
(Bermuda) Limited – Hong Kong Branch

_____
Jacky Chan
Director
Date: 11 Jan., 2013

_____
Thomas Chan
Chief Investment Officer
Date: Jan 14, 2013

No. F984
編號



公 司 註 冊 處
COMPANIES REGISTRY

## COMPANIES ORDINANCE
### (CHAPTER 32)
香 港 法 例 第 32 章
《公 司 條 例》
### CERTIFICATE OF REGISTRATION
## OF CHANGE OF CORPORATE NAME OF NON-HONG KONG COMPANY
非 香 港 公 司 更 改 法 人 名 稱
註 冊 證 明 書

———————— * * * ————————

**I hereby certify that**
本 人 謹 此 證 明

AMERICAN INTERNATIONAL ASSURANCE COMPANY (BERMUDA)
LIMITED
also known as:-
又 名 為:-
美國友邦保險(百慕達)有限公司

**which was incorporated in   Bermuda**
在   百慕大

**and has been registered in Hong Kong under Part XI of the Companies**
註 冊 成 立 並 根 據 《公 司 條 例》 第 XI 部 在 香 港 註 冊 後 ,
**Ordinance, has changed its corporate name and is now registered**
已 更 改 其 法 人 名 稱 。 上 述 公 司 現 時 的 註 冊
**under the name of**
名 稱 為

AIA International Limited
also known as
又 名 為
友邦保險(國際)有限公司

**Issued on   5 April 2013 .**
本 證 明 書 於 二 O 一 三 年 四 月 五 日 發 出 。

Ms Ada L L CHUNG
....................................................................
*Registrar of Companies*
*Hong Kong Special Administrative Region*
香港特別行政區公司註冊處處長鍾麗玲

Registration No. 11



**BERMUDA**

# CERTIFICATE OF INCORPORATION
## ON CHANGE OF NAME

I **HEREBY CERTIFY** that in accordance with section 10 of the

Companies Act 1981 **American International Assurance Company**

**(Bermuda) Limited** by resolution and with the approval of the Registrar

of Companies has changed its name and was registered as **AIA**

**International Limited** on the 1st day of **March 2013**.



Given under my hand and the Seal of
the REGISTRAR OF COMPANIES this
11th day of **March 2013**

**for Registrar of Companies**