

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Investment Services
Anja Sonnleithner
Telefon: +49 (69) 2177 4292
Telefax: +49 (69) 2177 4460

Frankfurt, 03.12.2013

**claim #41473**

Dear Sir or Madam,

please note that claim #41473 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Anja Sonnleithner



RECEIVED DEC 17 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID: DE 122786951

2013-02



29. Nov. 2013

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA



RECEIVED
DEC 17
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 41473**

We would like to inform you that Mrs Renate Everding who filed the claim Number 41473 on 10/19/2009 has assigned the rights arising out of this claim corresponding with the following securities

- Lehman Bros Treasury Co. B.V. EO-Zo Basket Lkd MTN 2007(12) (WKN A0TLL9 / ISIN DE000A0TLL96) in the amount of a face value of USD 39,762.80 (EUR 28,000.00)

to
Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.

Bethmann Bank AG has agreed to this assignment. Both Mrs Everding and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, _____                    Hamburg, _____

Bethmann Bank AG                          Renate Everding
(Assignee)                                (Assignor)


_____                   _____
(Jochen Weber)  (Oliver Körner)           (Renate Everding)

