United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BKM Holdings (Cayman) Ltd. | Goldman, Sachs & Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: multiple; see attached schedule
Claim Amount: see attached schedule

Name and Address where notices to Transferee should be sent:

BKM Holdings (Cayman) Ltd.
65 East 55th Street
New York, New York 10022
Attn. Jennifer Donovan
Tel: 212.446.4018
Email: jdonovan@dkpartners.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM Holdings (Cayman) Ltd., By Midtown Acquisitions LP, its sole shareholder, By Midtown Acquisitions GP LLC, its general partner
By: _____
Name: Conor Bastable
Title: Manager

Date: December 24, 2013

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Schedule

|    | Proof of Claim Number | ISIN/CUSIP     | Principal/Notional Amount | | Allowed Amount (in USD) |
|----|-----------------------|----------------|------|------------|--------------|
| 1  | 59427 | XS0168797032 | EUR | 3,157,500  | 4,480,826.47 |
| 2  | 61059 | XS0209164192 | EUR | 12,000,000 | 17,059,552.27 |
| 3  | 61054 | XS0209164432 | EUR | 12,500,000 | 17,792,597.30 |
| 4  | 63595 | XS0213454829 | EUR | 15,000,000 | 21,286,586.56 |
| 5  | 63595 | XS0218614567 | EUR | 10,000,000 | 14,535,443.01 |
| 6  | 55787 | XS0245046544 | EUR | 8,125,000  | 11,530,234.39 |
| 7  | 55788 | XS0245046544 | EUR | 6,875,000  | 9,756,352.18 |
| 8  | 58893 | XS0248282120 | EUR | 6,500,000  | 9,904,244.64 |
| 9  | 30247 | XS0283497005 | EUR | 890,000    | 1,297,545.04 |
| 10 | 30293 | XS0283497005 | EUR | 280,000    | 408,216.42 |
| 11 | 30294 | XS0283497005 | EUR | 2,035,000  | 2,966,858.59 |
| 12 | 30295 | XS0283497005 | EUR | 10,195,000 | 14,863,451.28 |
| 13 | 30296 | XS0283497005 | EUR | 685,000    | 998,672.30 |
| 14 | 30479 | XS0283497005 | EUR | 715,000    | 1,042,409.78 |
| 15 | 30480 | XS0283497005 | EUR | 1,640,000  | 2,390,981.86 |
| 16 | 30658 | XS0283497005 | EUR | 1,870,000  | 2,726,302.49 |
| 17 | 30659 | XS0283497005 | EUR | 1,410,000  | 2,055,661.24 |
| 18 | 30660 | XS0283497005 | EUR | 4,280,000  | 6,239,879.50 |
| 19 | 63595 | XS0283497005 | EUR | 5,500,000  | 8,018,536.72 |
| 20 | 66962 | XS0283820065 | EUR | 2,160,000  | 2,563,847.87 |
| 21 | 60639 | XS0289069519 | EUR | 3,800,000  | 4,690,636.27 |
| 22 | 66962 | XS0289253287 | EUR | 2,550,000  | 3,147,305.83 |
| 23 | 66962 | XS0290250454 | EUR | 1,330,000  | 1,732,819.19 |
| 24 | 66962 | XS0290251007 | EUR | 5,760,000  | 6,783,173.23 |
| 25 | 66962 | XS0291347234 | EUR | 1,600,000  | 2,018,145.48 |
| 26 | 63563 | XS0311685209 | EUR | 7,136,000  | 7,231,699.11 |
| 27 | 63569 | XS0311685209 | EUR | 864,000    | 875,586.89 |
| 28 | 58881 | XS0356065994 | EUR | 8,500,000  | 8,500,000.00 |
| 29 | 63595 | XS0356444827 | EUR | 15,000,000 | 21,286,586.57 |