Honorable James M. Peck,                    Chapter 11
United States Bankruptcy Court              Case No 08-13555 (JMP)
Southern District of New York
In re: Lehman Brothers Holdings Inc.

Claimant: Michael J. Styro
Claim # 15580

    This is to advise you that I will be unable to attend the Dec. 19, 2013 hearing (which I was notified about on Dec. 11, 2013). My wife is gravely ill and I will not leave her.

    I also received a letter on Dec 11 from Weil, Gotshal and Manges LLP asking me to withdraw my claim because it is not the liability of LBHI but rather LBI. Since the management and senior officers of LBHI caused all the problems at LBI, I don't understand why LBHI is not liable.

    Thank you,
    Michael J. Styro

cc: Weil, Gotshal and Manges.

RECEIVED 12-12-13
DEC 16 2013
U.S. BANKRUPTCY COURT, SDNY
JMP