**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                            :

In re                         :          Chapter 11 Case No.
                             :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :         **08-13555 (JMP)**
                             :

                Debtors.     :         **(Jointly Administered)**
                             :

------------------------------------------------------------------------x   Ref. Docket Nos. 41662, 41664,
                                        41667 & 41668

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2013, I caused to be served the:

    a) "Notice of Hearing on Four Hundred Forty-Eighth Omnibus Objection to Claims (No Liability Claims)," dated December 20, 2013, to which was attached the "Four Hundred Forty-Eighth Omnibus Objection to Claims (No Liability Claims)," dated December 20, 2013 [Docket No. 41662], (the "448th Omnibus Objection"),

    b) "Notice of Hearing on the Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims)," dated December 20, 2013, to which was attached the "Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims)," dated December 20, 2013 [Docket No. 41664], (the "449th Omnibus Objection"),

    c) "Notice of Hearing on the Four Hundred Fiftieth Omnibus Objection to Claims (Preferred Securities Claims)," dated December 20, 2013, to which was attached the "Four Hundred Fiftieth Omnibus Objection to Claims (Preferred Securities Claims)," dated December 20, 2013 [Docket No. 41667], (the "450th Omnibus Objection"), and

    d) "Declaration of Holly A. Clack in Support of Four Hundred Fiftieth Omnibus Objection to Claims," dated December 20, 2013 [Docket No. 41668], (the "Clack Declaration"),

by causing true and correct copies of the:

i.    448th Omnibus Objection, 449th Omnibus Objection, 450th Omnibus Objection, and Clack Declaration, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.   448th Omnibus Objection, 449th Omnibus Objection, 450th Omnibus Objection, and Clack Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.  448th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.   449th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

v.    450th Omnibus Objection and Clack Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
24th day of December, 2013
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\448th, 449th & 450th Omnibus Objections & Clack Decl Re 450th Omni_DI_41662, 41664, 41667 & 41668_AFF_12-20-13_SS.doc

**EXHIBIT A**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

agottfried@morganlewis.com

aisenberg@saul.com

akadish@dtlawgroup.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

aquale@sidley.com

arahl@reedsmith.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com

demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

epearlman@scottwoodcapital.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jemma.mcpherson@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com

jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com

kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com

mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mrothchild@mofo.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.blasone@klgates.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

phil.huynh@kobrekim.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

raj.madan@bingham.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnyc.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hoganlovells.com

scott.mcculloch@kobrekim.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfalanga@connellfoley.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com

wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASCOT UNDERWRITING ASIA LTD PTE | 1 GEORGE STREET 16-02 049145 SINGAPORE |
| CHARTIS, INC. | ON BEHALF OF ITS MEMBER AND AFFILIATED COMPANIES CHARTIS, U.S. MICHELLE A. LEVITT, AUTHORIZED REPRESENTATIVE 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| GLACIER INSURANCE AG | ATTN: MICHAEL CODD 78 CHURERSTRASSE PFAFFIKON CH-8808 SWITZERLAND |
| GLACIER INSURANCE AG | DEWEY & LEBOEUF LLP ATTN: PETER A. IVANICK, AND ALLISON H. WEISS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GLACIER REINSURANCE AG | ATTN: MICHAEL CODD 78 CHURERSTRASSE PFAFFIKON CH-8808 SWITZERLAND |
| GLACIER REINSURANCE AG | DEWEY & LEBOEUF LLP ATTN: PETER A. IVANICK AND ALLISON H WEISS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. | C/O KPMG ATTN: MR. BRIAN NG 8TH FLOOR, PRINCE'S BUILDING 18 CHATER ROAD CENTRAL HONG KONG HONG KONG |
| PMI MORTAGE INSURANCE CO. | C/O WILLIAM J. LAFFERTY, ESQ. HOWARD RICE, ET AL. THREE EMBARCADERO CENTER, 7TH FLOOR SAN FRANCISCO CA 94111 |
| RBC CAPITAL MARKETS CORPORATION | ATTN: RALPH DESENA VICE PRESIDENT & SENIOR COUNSEL ONE LIBERTY PLAZA 165 BROADWAY NEW YORK NY 10006-1404 |
| STARK MASTER FUND LTD. | ATTN:MARTHA TSUCHIHASHI C/O STARK OFFSHORE MANAGEMENT, LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| SWISS REINSURANCE COMPANY LTD | ATTN:  PETER M. WYLER AND NICK RAYMOND MYTHENQUAI 50/60 ZURICH 8022 SWITZERLAND |
| SWISS REINSURANCE COMPANY LTD | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES TRUST 2004-C5 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LB-UBS COMMERICIAL MORTGAGE TRUST 2004-C4 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

```
Total Creditor count  16
```

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| A.G. EDWARDS & SONS, INC. | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| A.G. EDWARDS & SONS, INC. | ATTN: DAVID RICE WELLS FARGO LAW DEPARTMENT NC0630 301 SOUTH COLLEGE STREET CHARLOTTE NC 28288-0630 |
| ABN AMRO INC. | ATTN: PIA FRIIS MD AND SENIOR COUNSEL, RBS SECURITIES, INC. 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| ABN AMRO INC. | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ALANDSBANKEN ABP (FINLAND), SVENSK FILIAL | TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) ATTN: MAGNUS LINNERSAND STUREPLAN 19 STOCKHOLM SE-107 81 SWEDEN |
| ANZ SECURITIES, INC. | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ANZ SECURITIES, INC. | ATTN: ANN VARALLI MCCLELLAND 1177 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK NY 10036 |
| BANCA IMI SPA | ATTN: LEGAL DEPARTMENT P. GIORDANO DELL-AMORE 3 MILAN 20121 ITALY |
| BANCA IMI SPA | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BANK OF NEW YORK MELLON, THE, | ATTN: JONATHAN GOLDBLATT ONE WALL STREET NEW YORK NY 10286 |
| BBVA SECURITIES, INC | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BBVA SECURITIES, INC | ATTN: JAVIER EDWARDS 1345 AVENUE OF THE AMERICAS 45TH FLOOR NEW YORK NY 10105 |
| BMO CAPITAL MARKETS CORP. | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BMO CAPITAL MARKETS CORP. | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| BNP PARIBAS | ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNY MELLON CAPITAL MARKETS, LLC | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BNY MELLON CAPITAL MARKETS, LLC | C/O JONATHAN R. GOLDBLATT THE BANK OF NEW YORK MELLON ONE WALL STREET, 11TH FLOOR NEW YORK NY 10286 |
| CABRERA CAPITAL MARKETS LLC | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CABRERA CAPITAL MARKETS LLC | ATTN: ROBERT AGUILAR 10 SOUTH LASALLE STREET SUITE 1050 CHICAGO IL 60603 |
| CIBC WORLD MARKETS CORP | ATTN: JACK S. MCMURRAY 199 BAY ST, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CIBC WORLD MARKETS CORP | ELIZABETH AYLETT 425 LEXINGTON AVE 3RD FLOOR NEW YORK NY 10017 |
| CIBC WORLD MARKETS CORP | RICK HYMAN MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| COMMERZBANK CAPITAL MARKETS CORP. | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COMMERZBANK CAPITAL MARKETS CORP. | ATTN: MATTHEW KENNEDY 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| COUNTRYWIDE SECURITIES CORP. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: MITCHELL A. LOWENTHAL ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COUNTRYWIDE SECURITIES CORP. | ATTN: PAUL LIU 4500 PARK GRANADA MAIL STOP: CA7-910-01-03 CALABASAS CA 91302 |
| CREDIT AGRICOLE SECURITIES (USA) INC. | F/K/A CREDITO AGRICOLE CORPORATE AND INVESTMENT BANK (FKA) CALYON ATTN: MARK KONEVAL 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT AGRICOLE SECURITIES (USA) INC. | ANDREW BROZMAN, ESQ/SARA M TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| DNB NOR MARKETS, INC. | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DNB NOR MARKETS, INC. | ATTN: MARCUS WENDEHOG 200 PARK AVENUE NEW YORK NY 10166 |
| EDWARD D. JONES & CO. L.P. | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EDWARD D. JONES & CO. L.P. | ATTN: RHONDA L. LIESENFELD 12555 MANCHESTER ROAD SAINT LOUIS MO 63131 |

| Claim Name | Address Information |
|---|---|
| HSBC SECURITIES (USA) INC. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: MITCHELL A. LOWENTHAL ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HSBC SECURITIES (USA) INC. | 452 FIFTH AVENUE NEW YORK NY 10018 |
| HSBC SECURITIES (USA) INC. | HSBC BANK USA, N.A. ATTN: TRACY S. WOODROW, SENIOR COUNSEL ONE HSBC CENTER, 27TH FLOOR BUFFALO NY 14203 |
| INCAPITAL LLC | ATTN: A. BRAD BUSSCHER 200 S. WACKER DR. , SUITE 3700 CHICAGO IL 60606 |
| ING FINANCIAL MARKETS LLC | ATTN: MARCY S. COHEN 1325 AVENUE OF THE AMERICAS NEW YORK NY 100019 |
| ING FINANCIAL MARKETS LLC | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LOOP CAPITAL MARKETS LLC | 111 W JACKSON BLVD STE 1901 CHICAGO IL 60604-3514 |
| NABCAPITAL SECURITIES, LLC | ATTN: THOMAS DEMAIO 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167 |
| NABCAPITAL SECURITIES, LLC | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| NABCAPITAL SECURITIES, LLC | CHAPMAN AND CUTLER, LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 W. MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: BRUCE ROSE 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: BRUCE ROSE 88 WOOD STREET LONDON ECV2V 7QQ UNITED KINGDOM |
| NATIONAL FINANCIAL SERVICES LLC | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONAL FINANCIAL SERVICES LLC | ATTN: MARTHA A. MAZZONE, ESQ. 82 DEVONSHIRE STREET F6C BOSTON MA 02109-3614 |
| OPPENHEIMER & CO. INC | 125 BROAD ST, 16TH FLOOR NEW YORK NY 10004 |
| RAYMOND JAMES & ASSOCIATES, INC. | ROBERT M. RUDNICKI 880 CARILLON PARKWAY SAINT PETERSBURG FL 33716 |
| RBC CAPITAL MARKETS CORPORATION | ATTN: EMILY JELICH 14TH FLOOR, NORTH TOWER 200 BAY STREET ROYAL BANK PLAZA TORONTO ONTARIO MJ5 2J5 CANADA |
| RBS SECURITIES INC. | ATTN: PIA FRIIS 600 WASHINGTON BLVD STAMFORD CT 06901 |
| RBS SECURITIES INC. | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| RBS SECURITIES INC. | IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| SANTANDER INVESTMENT | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SANTANDER INVESTMENT | SECURITIES INC. ATTN: JAMES H. BATHON 45 EAST 53RD STREET NEW YORK NY 10011 |
| SCOTIA CAPITAL (USA) INC. | ONE LIBERTY PLAZA, 26TH FLOOR ATTN: HECTOR BECIL NEW YORK NY 10006 |
| SCOTIA CAPITAL (USA) INC. | GARY O. RAVERT RAVERT PLLC 116 WEST 23 STREET, FIFTH FLOOR NEW YORK NY 10011 |
| SCOTT & STRINGFELLOW, LLC | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SCOTT & STRINGFELLOW, LLC | ATTN: ALEX W. C. CECIL 909 EAST MAIN STREET RICHMOND VA 23210 |
| SMH CAPITAL INC. (FKA SANDERS MORRIS HARRIS INC.) | 600 TRAVIS, SUITE 5800 ATTN: JOHN T UNGER, GENERAL COUNSEL HOUSTON TX 77002 |
| SOVEREIGN BANK | ATTN: BERTIN C. EMMONS, SENIOR COUNSEL 75 STATE STREET, MA1-SST-04-01 BOSTON MA 02109 |
| STANDARD CHARTERED BANK | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SUN TRUST ROBINSON HUMPHREY, INC. | DEIRDRE A. DILLON, ESQ. COUNSEL & CHIEF COMPLIANCE OFFICER SEIX INVESTMENT ADVISORS LLC 10 MOUNTAINVIEW ROAD, SUITE C-200 UPPER SADDLE RIVER NJ 07458 |
| SUN TRUST ROBINSON HUMPHREY, INC. | ATTN: WOODRUFF A. POLK, ESQ. FIRST VICE PRESIDENT & SENIOR COUNSEL 303 PEACHTREE STREET, N.E. – PLAZA FLOOR 36 ATLANTA GA 30308 |
| TD AMERITRADE HOLDING CORP. | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| TD AMERITRADE HOLDING CORP. | ATTN: ELLEN L.S. KOPLOW 6940 COLUMBIA GATEWAY DRIVE SUITE 200 COLUMBIA MD 21046 |

| Claim Name | Address Information |
|---|---|
| TD SECURITIES (USA) LLC | C/O PATRICK L. HAYDEN MCGUIREWOORDS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| UBS FINANCIAL SERVICES INC. | ATTN: DANIEL GOLDBERG, ESQ. 1200 HARBOR BOULEVARD WEEHAWKEN NJ 07086-6791 |
| UBS FINANCIAL SERVICES INC. | BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK 399 PARK AVENUE NEW YORK NY 10022 |
| UBS SECURITIES LLC | ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS SECURITIES LLC | BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| WACHOVIA CAPITAL MARKETS, LLC | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WACHOVIA CAPITAL MARKETS, LLC | ATTN: DAVID RICE WILLS FARGO LAW DEPARTMENT NC0630 301 SOUTH COLLEGE STREET CHARLOTTE NC 28288 |
| WELLS FARGO SECURITIES, LLC | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO SECURITIES, LLC | ATTN: DAVID RICE WELLS FARGO LAW DEPARTMENT NC0630 301 SOUTH COLLEGE STREET CHARLOTTE NC 28288 |
| WILLIAMS CAPITAL GROUP, L.P., THE | MITCHELL A. LOWENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WILLIAMS CAPITAL GROUP, L.P., THE | ATTN: DIANNE CALABRISOTTO 650 FIFTH AVENUE, 11TH FLOOR NEW YORK NY 10019 |

Total Creditor count  77

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ARDENIA HOLDINGS SA | 60 MARKET SQUARE PO BOX 364 BZ BELIZE CITY BELIZE |
| ARDENIA HOLDINGS SA | DANIEL REIS MARTINS 19 RUE D'HARDOUIN FOUG 54570 FRANCE |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANCA POPOLARE DI MILANO S.C.A.R.L. | F/K/A BANCA DI LEGNANO S.P.A. ATTN: MARIA TERESA GUERRA, LEGAL DEPT. PIAZZA F. MEDA 4 MILAN 20121 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVA A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANCA POPOLARE PUGLIESE SOCIETA COOPERATIVA PER AZ | ATTN: MICHELANGELA SALVATORE VIA PROVINCIALE MATINO, 5 PARABITA (LECCE) 73052 ITALY |
| BANCO DE FINANZAS E INVERSIONES S.A. | ATTN: MR. JORDI PIERA FARRE AV. DIAGONAL, 668-670 BARCELLONA 08034 SPAIN |
| BANCO FINANTIA S.A. | C/O BANCO FINANTIA INTERNATIONAL LIMITED HARBOUR PLACE, 4TH FLOOR 103 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BANCO FINANTIA S.A. | ATTN: RICARDO COUTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 – 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BORREMANS, LUCIEN – DRIES, ELISA | WYCKMANSVELD 6 B-2850 BOOM BELGIUM |
| BUYS, GRETA | BELLESTRAAT 75 A SINT-NIKLAAS B-9100 BELGIUM |
| CALAMANDA MANUEL PLENS | PLACA DEL MERCAT, 17 BELLCAIRE D'URGELL 25337 SPAIN |
| CAMPAGNER, ANTONELLA | C/DISEMINADOS 18 ALQUERIA BLANCA BALEARES 07691 SPAIN |
| CARDOEN, MARIJKE | IZEGEMSESTRAAT 6 ROESELAVE 8800 BELGIUM |
| CAREPROVAN PRIVATE STICHTING | CIAMBERLANIDREEF 34 BEVEREN-WAAS B9120 BELGIUM |
| CARRENO, CRISTINA LURRUENA | FRANCISCO GERVAS 17 1ST MADRID 28020 SPAIN |
| CASSA CENTRALE BANCA | CREDITO COOPERATIVO DEL NORD EST S.P.A. ATTN: MANUELA ACLER VIA G. SEGANTINI, 5 TRENTO 38100 ITALY |
| CASSA DI RISPARMIO IN BOLOGNA S.P.A. | TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: ALESSANDRO FERRIANI VIA FARINI, 17 BOLOGNA 40124 ITALY |
| CEBRIAN, FERNANDO ENGUIDANOS & CLEMENTE, MARIA BEL | CL. ALCALDE MARTINEZ DE LA OSSA, 2 ALBACETE 02001 SPAIN |
| CESARIO, FABRIZIO | 93 OAKLEY STREET LONDON SW3 5NR UNITED KINGDOM |
| COHN, DAVID NATHAN AND AMELIA MORENO ROSILLO | TRES PECES 14 ESTUDIO MADRID E-28012 SPAIN |
| COK, JOOP | MIKSEBAAN 232 BUS 4 BRASSCHAAT B-2930 BELGIUM |
| COMERCIAL JORDI S.A. | GREMI SELLETERS I BASTERS, 14 PALMA DE MALLORCA 07009 SPAIN |
| COSTERS-VAN LEEMPUTTEN, ALFONS | VRIJE JACHTLAAN 1 TREMELO 3120 BELGIUM |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| DA SILVA FERREIRA, ANTONIO MANUEL COUTINHAS | QUINTA DE FONTELAS- LOTE 7 AMARES 4720-526 PORTUGAL |
| DBS BANK LIMITED | ATTN: PRIVATE BANKING 12 MARINA BOULEVARD, LEVEL 6 DBS ASIA CENTRAL, MBFC TOWER 3 SINGAPORE 018982 SINGAPORE |
| DE BLIECK, BENOIT | ZEEDIJK-HET ZOUTE 773/51 KNOKKE-HEIST 8300 BELGIUM |
| DE CLEEN, WALTER AND ANDIMIGNON, VERONIQUE | GENTSEWEG 172 BEVEREN B-9120 BELGIUM |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4 C ZARAGOZA 50017 SPAIN |

| Claim Name | Address Information |
|---|---|
| DE VILLE, DOMINIQUE | RUE SAINT MARTIN, 28 NIL-ST-VINCENT 1457 BELGIUM |
| DE VRIES-SCHEIBERLICH, W.E. | EDISONSTRAAT 10 BADHOEUEDORP 1171 AL NETHERLANDS |
| DIAS MOURA TEIXEIRA, RUI MANUEL | TORRE- PADRONELO PADRONELO 4600-701 PORTUGAL |
| DIAS MOURA TEIXEIRA, RUI MANUEL | NY 14604-2711 |
| DOTSON INVESTMENTS, LTD | BES SFE-ES AV. MIGUEL DANTAS - EDIFICIO STATUS VALENCA DEL MINHO 4930-678 PORTUGAL |
| DU MORTIER-HOUYET, CHRISTIAN (MR. & MRS.) | AVENUE WINTERBERG, 17 RIXENSART 1330 BELGIUM |
| DUMOLIN, DIDIER | J. VAM EYCKSTRAAT 4 MARKE 8510 BELGIUM |
| DUMOLIN, PIERRE | MGR. DE HAERMELAAN 70 KORTRYK 8500 BELGIUM |
| ELI, AHARON | 15 SIRKIN ST. HAIFA 33115 ISRAEL |
| ELYASHIV, SHMUEL | MOSHAV BEF ELAZARI 86 76803 ISRAEL |
| FLOS, GILBERTA | STATIONSTRAAT 82 D GEEL B-2440 BELGIUM |
| FONDATION JEAN PRAET A.S.B.L. | BOULEVARD LAMBERMONT 63 BRUSSELS 1030 BELGIUM |
| FRANCISCO FERNANDEZ ROIG | C1 VIRGEN DEL ROSARIO 7 1 TORRENT 46900 SPAIN |
| FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE | AVDA. PABLO GARGALLO 105 4 B ZARAGOZA 50003 SPAIN |
| FUNDACION RAFAEL DEL PINO | PASEO DE LA CASTELLANA, N 37 MADRID 28046 SPAIN |
| FUNDACION RAFAEL DEL PINO | JAMES C. MOORE, ESQ. LAW OFFICE OF JAMES MOORE 100 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| GALVEZ, NEUS PENA | SAINT IGNASI, 502 TERRASSA 08221 SPAIN |
| GOLDMAN, RON AND OR ORNA | 25/31 BEN-YOSEF ST TEL-AVIV 69125 ISRAEL |
| GROHS, CLAUDIA | LEIBNITZSTR. 17 ESSEN 45219 GERMANY |
| GROOT, A.M.A. | ROSS VAN LENNEPLAAN 23 SITTARD 6132 AM NETHERLANDS |
| HALEBY, HENRY MANZANO | CURICO 18 OFICINA 501 SANTIAGO CHILE |
| HANDELMIJ VAN PERNIS B.V. | P/A HEIDEROOSWEG 1 BEEKBERGEN 7361 GG NETHERLANDS |
| HIJMANS, R.A. | CANADASTRAAT 11 HOLTEN 7451 ZJ NETHERLANDS |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH ATTN: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SIN | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH ATTN: SARAH CHAN/DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG HONG KONG |
| HULET, ANDRE | RUE DES HAIES 14 GERPINNES 6280 BELGIUM |
| HULET, PIERRE | LAURENCE HULET CHEMIN DAMES AVELINES 26 SART DAMES AVELINES 1495 BELGIUM |
| HULET, PIERRE | RUE L HEC Q 64 EPINOIS 7134 BELGIUM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: PAOLO POLLASTRI VIA HOEPLI N 10 MILANO 20121 ITALY |
| INTESA SANPAOLO S.P.A. | F/K/A BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA 40124 ITALY |
| JASO, BM | STREEPSTRAAT 58 KAPELLEN B-2950 BELGIUM |
| KHALIFA, SHAIKHA H. H. HALA AL | C/O HSBC PRIVATE BANK FRANCE ATTN LAURA DEL FABBRO - HEAD OF LEGAL 117 AVENUE DES CHAMPS-ELYSEES PARIS CEDEX 08 75386 FRANCE |
| KROON, M. AND DRONK, S. | P/A HARINGVLIET 387 ROTTERDAM 3011 ZP NETHERLANDS |
| KUPPENS-VAN DEN BROECK | PROVINCIEBAAN 11 RETIE B-2470 BELGIUM |
| KUX, JOHANNES | FEUERBACHSTR. 7 NEUMUENSTER 24539 GERMANY |
| LEENKNECHT, NORBERT - THERESE LECLUYSE | GROTE MARKT 35 BUS 53 KORTRIJK 8500 BELGIUM |
| LIESTEKRI, BM | SEVENHANSLEI 47 KAPELLEN B-2950 BELGIUM |
| LOPES DE SOUSA, MIGUEL | RUA DE SEZINS, 290-A VER-O-MAR POVOA DE VARZIM 4490-067 PORTUGAL |
| LOPES DE SOUSA, MIGUEL | JAMES C. MOORE, ESQ. LAW OFFICE OF JAMES MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| MARCOS, PILAR LUEJE | C/ZURBARAN, 9 ESC. DCHA. 6C MADRID 28010 SPAIN |
| MARTINEZ JIMENEZ, MARIA TERESA | CL. MANUEL AGUILAR MUNOZ, NO. 17 MADRID 28042 SPAIN |

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH, DUBLIN ATTN: DAVE PURDOM, JOHN PRINCE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18 IRELAND |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE ATTN: ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | BANK OF AMERICA MEREILL LYNCH ATTN: FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | JILL KAYLOR CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MEURER, HORST & ELISABETH, DR.'S | LEUTFRESSERWEG 29 97082 WURZBURG GERMANY |
| MICHEL, KARIL | HOUCHENEE 28 TAVIER 4163 BELGIUM |
| MISSUWE, BALS | SERINGENLAAN 10 SCHILDE B-2970 BELGIUM |
| NOYEN-RUELENS, VAN | RIDDER DESSAINLAAN 59 MECHELEN B-2800 BELGIUM |
| NYSSENS, ALAIN | CHEMIN DU GROS TIENNE 67 LASNE 1380 BELGIUM |
| OOSTNEDERLANDSE VERENIGING AANNEMERS RESERVEFONDS | AIMELOSESTRAAT 22 AMBT DELDEN 7495 TH NETHERLANDS |
| PANVEST LTD | 21 THIRD AVE SINGAPORE 266594 SINGAPORE |
| PEARSON, COLIN W. | VEELMANLANDEN 38 ENSCHEDE 7542 MB NETHERLANDS |
| PRIEMS-BRESSER | ALBERTPLEIN 16 BUS 72 KNOKKE-HEIST B-8300 BELGIUM |
| PRIJS, BEN | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| PRIJS-LIPS, J.M. | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| PROMIN VZW | WINTERLING 7 MERKSEM B-2170 BELGIUM |
| RAM, JACOB | 4 ITZHAK MANGER STREET HERZELIYA 46681 ISRAEL |
| REPER, FRANS | CHAUSSEE DE WATERLOO 778 BTE 10 BRUSSELS 1180 BELGIUM |
| RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL | C/ FUENTE DEL BERRO NO. 10-6-B. MADRID 28009 SPAIN |
| RYCKAERT, CECILIA | MELKERIJ 19/1 EEKLO B-9900 BELGIUM |
| SCHOOFS, JEANINE | TIEP TIAP 2 BRAKEL B-9660 BELGIUM |
| SCHRAM-DEFONSECA | JOZEF MULSLAAN 6 KAPELLEN 2950 BELGIUM |
| SIVAN, ALEX | P.O. BOX 3368 GEBORONE BOTSWANA |
| SMADJA, HAIM | P.O. BOX 3368 GABORONE BOTSWANA |
| SMET, FRANCOIS DE | AVENUE LOUIS PASTEUR 7523 DEPT B33 RCH VITACURA SANTIAGO CHILE |
| SOUSA, JOSE MARTINHO SILVA | BANCO POPULAR PORTUGAL, S.A. ATTN: MIGUEL SILVA R.RAMALHO ORTIGAO, 51-2 LISBOA 1099-090 PORTUGAL |
| SOUSA, JOSE MARTINHO SILVA | RUA ZE DO TELHADO, 79 MARCO CANAVESES 4630-309 PORTUGAL |
| SPEYER, JUAN ENRIQUE | 11 DE SEPTIEMBRE NO 1888 - PISO 11 CIUDAD AUTONOMA DE BUENOS AIRES 1428 ARGENTINA |
| SPINETTE-ROSE, MR. & MRS. ROBERT | RUE BOIS MILORD 2 COURT S. ETIENNE 1490 BELGIUM |
| STAES | REIGERSDREEF 2 SCHILDE B-2970 BELGIUM |
| STAS-ORBAN, DOMINIQUE | NIEUUSTRAAT 51 DESSELGEM 8792 BELGIUM |
| STOCKER, HANNELORE | LE PARADOR I 7 CHEMIN CROVETTO FRERES 98000 MONACO |
| STOTT, JEAN TODD | PORT DE LA BONAIGUA 9 VALLIRANA BARCELONA 08759 SPAIN |
| SUBIRA, JUAN ANTONIO MARCOS | C/BOLIVIA, 17-80-D MADRID 28016 SPAIN |
| SUREKA, DEEPAK &/OR SHANKARLAL | 13E, CONWAY MANSION 29 CONDUIT ROAD MID-LEVELS HONG KONG |
| TERMONT, ALINE | AV JEAN SIBELIUS 16 B 26 ANDERLECHT 1070 BELGIUM |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY |
| VAN GORP, MARC | GROTE BAAN 97 BUS 7 RAVELS B-2380 BELGIUM |
| VAN VOORST VADER-VAN ESCH, P.W. | STADSWAL NOORD 31 HUISSEN 6851 VG NETHERLANDS |
| VANDEBROEK, ROGER | WEGNAAR DE GRANWE STEEN 31 HEUSDEN ZOLDER 3550 BELGIUM |
| VANDEWALLE, KARIN | HOOGLATEMWEG 14 SINT MARTENS LATEM B-9830 BELGIUM |

| Claim Name | Address Information |
| --- | --- |
| VOIGT, ERROL JOHN | P.O. BOX 9317 JOHANNESBURG 2000 SOUTH AFRICA |
| VOIGT, ERROL JOHN | SUSMAN GODFREY LLP ATTN: STEPHEN D. SUSMAN (COUNSEL TO MASON CAPITAL MANAGEMENT, LLC) 560 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10022-6828 |
| VUKAILOVIC, ALEX | HOEHENBLICK 52A FRANKFURT 60431 GERMANY |
| WEEMAES, CHRISTEL | TIJMSTRAAT 17 MELSELE B9120 BELGIUM |
| WEEMAES, MONIQUE | OUDE ZANDSTRAAT 72 BEVEREN-WAAS B-9120 BELGIUM |
| WEEMAES, MUSSCHE | GROTE MARKT 32 D32 BEVEREN-WAAS B-9120 BELGIUM |
| WEIGELT, MARCO | POTSDAMER STR. 9 ZIERENBERG 32489 GERMANY |
| WEISMIES | ROGGESTRAAT 24 KERBERGEN B-3140 BELGIUM |
| XAVIER ROCHA GOMES VAN DER HART, MARIA CLARA | RUA CANGOSTA DA MISSA, N 79 ADAUFE 4710-562 PORTUGAL |
| XAVIER ROCHA GOMES VAN DER HART, MARIA CLARA | NY |

**Total Creditor count  128**