B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Barclays Bank PLC</u><br>Name of Transferee | <u>Symphony Long-Short Credit (Offshore) Fund Ltd</u><br><u>(f/k/a Adagio Fund)</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Barclays Bank PLC<br>Attn: Howard H. Lee<br>1301 Avenue of the Americas \| 8th Floor<br>New York, NY 10019<br>Tel: 212-320-7581<br>Email: howard.lee@barclays.com<br><br>With a copy to:<br><br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>1.212.839.6733<br>acallahan@sidley.com | Court Claim # (if known): 34458<br>Amount of Claim: $58,093,845.59<br>Date Claim Filed: September 23, 2009<br>Debtor: <u>Lehman Brothers Holdings Inc.</u><br><br>Symphony Long-Short Credit (Offshore) Fund Ltd.<br>(f/k/a Adagio Fund)<br>c/o Symphony Asset Management LLC<br>555 California Street, Suite 2975<br>San Francisco, California 94104<br>Attn: Judith MacDonald<br>Tel: 415-676-4144<br>Email: judith.macdonald@symphonyasset.com<br><br>With a copy to:<br><br>Schulte Roth & Zabel LLP<br>919 Third Ave.<br>New York, New York 10022, USA<br>Attn: David Karp<br>Email: david.karp@srz.com<br>Phone: 212.756.2175 |
| A/C #: 050-019104 | A/C #: 102-36872-29 |

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date:___12/11/13_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

**SYMPHONY LONG-SHORT CREDIT (OFFSHORE)
FUND LTD (F/K/A ADAGIO FUND)
By: SYMPHONY ASSET MANAGEMENT LLC,
its Investment Advisor**

By: _____          Date: 12/11/13
    (Authorized Signatory)
Name: David Goldstein
Title: COO

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: SYMPHONY LONG-SHORT CREDIT (OFFSHORE) FUND LTD. ("Seller")

Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BARCLAYS BANK PLC, its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. relating to proof of claim number 34458 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555(JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of December 11, 2013

**SYMPHONY LONG-SHORT CREDIT (OFFSHORE) FUND LTD (F/K/A ADAGIO FUND)**
By: **SYMPHONY ASSET MANAGEMENT LLC, its Investment Advisor**

By: _____
(Authorized Signatory)

Name: David Goldstein
Title: Chief Operating Officer