B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Barclays Bank PLC | Fortissimo Fund |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Barclays Bank PLC
Attn: Howard H. Lee
1301 Avenue of the Americas | 8th Floor
New York, NY  10019
Tel: 212-320-7581
Email: howard.lee@barclays.com

With a copy to:

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
1.212.839.6733
acallahan@sidley.com

Court Claim # (if known): 34459
Amount of Claim: $4,392,949.91
Date Claim Filed: September 23, 2009
Debtor: Lehman Brothers Holdings Inc.

Fortissimo Fund
c/o Symphony Asset Management LLC
555 California Street, Suite 2975
San Francisco, California 94104
Attn:  Judith MacDonald
Tel:  415-676-4144
Email:  judith.macdonald@symphonyasset.com

With a copy to:

Schulte Roth & Zabel LLP
919 Third Ave.
New York, New York 10022, USA
Attn:  David Karp
Email:  david.karp@srz.com
Phone:  212.756.2175

A/C #: 050-019104                              A/C #: 102-37900-23

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____                    Date: 12/11/13
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

**FORTISSIMO FUND**
By: **SYMPHONY ASSET MANAGEMENT LLC,**
its **Investment Advisor**

By: _____     Date: 12/11/13
    (Authorized Signatory)
Name: David Goldstein
Title: COO

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: FORTISSIMO FUND ("Seller")

Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BARCLAYS BANK PLC, its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. relating to proof of claim number 34459 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555(JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of December 11, 2013

**FORTISSIMO FUND**
**By: SYMPHONY ASSET MANAGEMENT LLC, its Investment Advisor**

By: _____
         (Authorized Signatory)
Name: David Goldstein
Title: Chief Operating Officer