B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re  Lehman Brothers Holdings, Inc.           Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rudolf und Hedwig Engel                          Notenstein Privatbank AG
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 49651
should be sent:                                  Amount of Claim: Note: This is a Partial
Herr Rudolf Engel und                                             Transfer of Claim. See
Frau Hedwig Engel                                                 attached 1 Evidence of
Herrengasse 10                                                    Transfer of Claim for
CH-8526 Oberneunforn                                              Details
Switzerland                                      Date Claim Filed: 10/29/2009

Phone: 0041 52 364 35 35                         Phone:
Email:
Last Four Digits of Acct #:  n/a                 Last Four Digits of Acct. #: n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _R. Engel / E.J._  Date: _September 06, 2013_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Rudolf Engel    Hedwig Engel

Sincerely

R. Engel

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Notenstein Privatbank AG ("Transferor") unconditionally and irrevocably transferred to Rudolf und Hedwig Engel ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 49651-03**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON December 5th, 2013.

Notenstein Privatbank AG

By: _____

Name: Michael Kubli

Title: Associate

By: _____

Name: Josef Montanari

Title: Associate

RECEIVED DEC 12 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0345288459 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 25'000.00 |

United States
Bankruptcy Court
Southern District
of New York
One Bowling Green
New York NY 10004-1408
United States of America