DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Mauricio Espana

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re:                                                         :     Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC. *et al.*,                        :     Case No. 08-13555 (JMP)
                    Debtors.                                   :
---------------------------------------------------------------X
LEHMAN BROTHERS HOLDINGS INC.,                                 :
                    Plaintiffs                                 :     Adversary Proceeding
                                                               :     No. 13-01341 (JMP)
    -against-                                                  :
                                                               :
SYNCORA GUARANTEE INC.,                                        :
                    Defendants.                                :
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
### FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE,
### OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned counsel, Mauricio Espana of Dechert LLP, withdraws his appearance as attorney for Lehman Brothers Holdings Inc. in this case and in Adversary Proceeding No. 13-01341 and requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.

                                                DECHERT LLP

                                                By: /s/ Mauricio Espana
                                                    Mauricio Espana
                                                      1095 Avenue of the Americas
                                                      New York, New York  10036
                                                      Telephone: (212) 698-3500
                                                      Facsimile: (212) 698-3599
                                                      E-Mail : mauricio.espana@dechert.com