B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Barclays Bank PLC | Name of Transferor<br>Goldman Sachs Global Opportunities Fund Offshore, Ltd. |
| Name and Address where notices to transferee should be sent:<br><br>Barclays Bank PLC.<br>1301 Sixth Avenue, 8th Floor<br>New York, NY 10019<br>Attention: Jenna Yoo and Howard Lee<br>and<br>Barclays Bank PLC<br>745 Seventh Avenue, 2nd Floor<br>New York, NY 10019<br>Attention: Daniel Miranda and Anthony Vitiello | Court Claim # (if known): 15881<br>Claim Amount: $11,481,004.81<br>Amount Transferred (as allowed): $11,481,004.81<br>Date Claim Filed: 09/17/2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

With a copy to:
Andrew J. Callahan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
| | |
|---|---|
| Bank Name: | Barclays Bank PLC |
| Address (City, State): | 1301 Ave of the Americas, 8th Floor<br>New York, NY 10019 |
| ABA#: | 026 002 574 |
| Account Name: | Clad Control Account |
| Account Number: | 050-019104 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12/23/2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 9129984v.1

08-13555-mg    Doc 41766    Filed 12/26/13    Entered 12/26/13 23:22:12    Main Document
                                            Pg 2 of 3

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Goldman Sachs Global Opportunities Fund Offshore, Ltd., a Cayman Islands exempted limited company incorporated ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Barclays Bank PLC, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 15881) in the allowed amount of $11,481,004.81 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claims and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claims, and to do all things necessary to enforce the Claims and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23rd day of December, 2013.

GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD.

BY: GOLDMAN SACHS ASSET MANAGEMENT, L.P., SOLELY AS AUTHORIZED AGENT AND NOT IN A PRINCIPAL CAPACITY

By: _____
Name: Kenneth Topping
Title: Managing Director


BARCLAYS BANK PLC


By: _____
Name:
Title:


NY 74853249v6

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Goldman Sachs Global Opportunities Fund Offshore, Ltd., a Cayman Islands exempted limited company incorporated ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Barclays Bank PLC, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 15881) in the allowed amount of $11,481,004.81 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claims and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claims, and to do all things necessary to enforce the Claims and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23rd day of December, 2013.

GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD.

BY: GOLDMAN SACHS ASSET MANAGEMENT, L.P., SOLELY AS AUTHORIZED AGENT AND NOT IN A PRINCIPAL CAPACITY

By: _____
Name:
Title:


BARCLAYS BANK PLC

By: _____
Name:    Jenna Yoo
Title:    Authorized Signatory

NY 74853249v6