WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF FOUR
### HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO
### CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 38010] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:   December 27, 2013
       New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc.
                                       and Certain of Its Affiliates

US_ACTIVE:\44397362\1\58399.0011

## Exhibit A

## Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| WENDY JOHN | 43187 |