CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, HI (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH
RACERS 2006-3-E, PEBBLE CREEK LCDO 2007-3 AND EXUM RIDGE CBO 2006-1**

---

**PLEAE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*US. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby withdraws the following Proofs of Claims against LBSF and LBHI as noted below as a result of certain Settlement Agreements reached with the Debtors and approved by this Court by Order entered

3517042.01.02.doc

on November 22, 2013 (ECF No. 41257).  The Racers 2006-3-E holds securities involved in the settlements.

| Claim Number | Transaction |
| --- | --- |
| 30932 | RACERS 2006-3-E (LBSF) |
| 32835 | Pebble Creek LCDO 2007-3 (LBHI) |
| 32845 | Pebble Creek LCDO 2007-3 (LBSF) |
| 32847 | Exum Ridge CBO 2006-1 (LBHI) |
| 32858 | Exum Ridge CBO 2006-1 (LBSF) |

No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

Dated: December 27, 2013
       New York, New York

Respectfully submitted,

By: s/ Craig M. Price

Counsel to U.S. Bank National Association, as Trustee