

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.              Case No.: 08-13555 (JMP)
                                                     Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Banque Lombard Odier Darier Hentsch | Name of Transferor: <br> UBS AG |
|---|---|
| Notices to Transferee should be sent to: <br> Banque Lombard Odier Darier Hentsch <br> Rue de la Corraterie 11 <br> CP 5215 <br> CH-1211 Geneva 11 <br> +41 22 709 21 11 <br> Attn: J. Filella <br> EMAIL: j.filella(at)lombardodier.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> CHF 10'000.00 (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: December 13, 2013
J. Filella                                          José Filella
Banque Lombard Odier Darier Hentsch      Vice President
Rue de la Corraterie 11, CH-1211 Geneva 11   Loraine Dugerdil
                                            Assistant Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).



**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 5% BRC Lehman 2004-30.10.2008 | XS0324890440 | LBT BV | LBH Inc. | CHF 10'000.00 out of CHF 52'547'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described of the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banque Lombard Odier Darier Hentsch
Rue de la Corraterie 11
CP 5215
CH-1211 Geneva 11
+41 22 709 21 11
Attn: J. Filella
EMAIL: j.filella(at)lombardodier.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court



may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 27, 2013

UBS AG
Transferor

By: _____
Name:  Jean-Claude Besson
Title:  Associate Director

By: _____
Name:  Matthias Mohos
Title:  Associate Director

ACKNOWLEDGED BY:

Banque Lombard Odier Darier Hentsch
Transferee

By: _____
Name:  J. Filella
Title:
             José Filella              Loraine Dugerdil
             Vice President            Assistant Vice President

13.12.13   001.90
CH-1200   PRIORITY
Genève 11   Stand 2
750229   LA POSTE

USMb
SDNy

US Bankruptcy Court/Southern District NY

Attn: Clerk of the Court

One Bowling Green

New-York, NY 10004

USA

RECEIVED
DEC 18 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

1000431400