# CENTRUM BANK



**REGISTERED MAIL**

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

Vaduz, December 11, 2013
OSA-egm    Phone: +423 238 37 34    E-mail: Settlements@centrumbank.com

**Evidence of Transfer of Claim**

Dear Sir or Madam

Please note that a client has transferred the following position from Bank Julius Baer & Co. Ltd. to ourselves, Centrum Bank Aktiengesellschaft:

Face amount:     USD 50'000
ISIN:            XS0187966949
Description:     Lehman Brothers (2 1/2 % min.) Bonus Coupon Notes
                 2004-22.3.2010 Variable Rate -In Default-

Therefore, we hereby send you the enclosed "Evidence of Transfer of Claim", duly signed by Bank Julius Baer & Co. Ltd. Please change the creditor of this position in your files accordingly. Please send us the invoice with the $25 fee to settlements@centrumbank.com or, in case that you prefer to send it by mail, to our postal address visible in the footer of this letter.

We are very grateful for your precious support in this matter.

Yours faithfully,

**CENTRUM BANK AG**

Gerhard Röösli            Alessandra Waibel
Associate Director        Authorised Officer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Centrum Bank Aktiengesellschaft**, Kirchstrasse 3, 9490 Vaduz, Liechtenstein ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in the **amount of USD 50'000.-** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27 November 2013.

Bank Julius Baer & Co. Ltd.

Marc Blum
Director

Patrik Roos
Executive Director

RECEIVED
DEC 18
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## Schedule I



Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Face Amount |
|---|---|---|---|---|
| XS0187966949 | 58786 | 30 October 2009 | Lehman Brothers Securities NV | USD 50'000 |



Postfach 1168