# NOTENSTEIN
PRIVATE BANK



United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York NY 10004-1408
United States of America

St. Gallen, 16th December 2013

**In re Lehman Brothers Holdings, Inc, Case 08-13555**

Dear Sir's

Enclosed please find one transfers of claim other than for security with attached evidence of claim.

The mentioned Lehman Products are now deposited in our bank.

Please process these transfers.

If you have any questions, do not hesitate to contact us at phone 0041 71 242 57 52.

Yours sincerely,

Notenstein Private Bank Ltd

Marco Rinaldi          August Zingg

NOTENSTEIN PRIVATBANK AG   CH-9004 ST.GALLEN   BOHL 17   +41 (0)71 242 50 00   INFO@NOTENSTEIN.CH

ST.GALLEN   BASEL   BERN   CHUR   GENF   LAUSANNE   LOCARNO   LUGANO

LUZERN   SCHAFFHAUSEN   WINTERTHUR   ZÜRICH

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re  Lehman Brothers Holdings, Inc.                    Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Notenstein Privatbank AG                                  Credit Suisse AG
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): 55813
should be sent:                                            Amount of Claim:  Note: This is a *Partial
                                                           Transfer of Claim*. See
Notenstein Privatbank AG                                   attached 5 Evidences of
Bohl 17                                                    Transfer of Claim for
CH-9004 St. Gallen                                         Details
Switzerland                                                Date Claim Filed: 10/29/2009

Phone:  +41 71 242 57 52                                   Phone:_____
Email:   ca@notenstein.ch
Last Four Digits of Acct #:  n/a                           Last Four Digits of Acct. #: n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:__[signature]__ A. Jmgs__ Date:  Dec/ 16th/ 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Notenstein Privatbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55813** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, *applicable local bankruptcy rules* or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **December 16, 2013**.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0274443422 | 55813 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 37,000.00 |

