

US Bankrupty Court for the
Southern District of NY

One Bowling Green
New York, NY 10004

NL4216, MD2349

Luxembourg December13, 2013

Claim N° 59233

Case N° 08-13555 (JMP) at US Bankruptcy Court

EUR 90000 Cap. Prot. Lehman Bros Treas. BV 2007-05.11.10

Isin CH0027120879



Dear Sirs,

Please find for your information here enclosed a copy of a transfer of claim that has been sent to Epic Bankruptcy Solutions LLC 757 Third Avenue, 3rd Floor, New York, NY 10017.

Yours faithfully.

Nico Lux
Head of CA-Voluntary Events

Corinne Ashley
Conseiller Principal

Banque Internationale à Luxembourg
société anonyme fondée en 1856

69, route d'Esch · L-2953 Luxembourg · RCS Luxembourg B-6307
T (+352) 4590-3000 · F (+352) 4590-2010

contact@bil.com · www.bil.com



Epiq Bankruptcy Solutions LLC

757 Third Avenue, 3rd Floor

New York, NY 10017

NL4216, MD2349

Luxembourg December13, 2013

Claim N° 59233

Case N° 08-13555 (JMP) at US Bankruptcy Court

EUR 90000 Cap. Prot. Lehman Bros Treas. BV 2007-05.11.10

ISIN CH0027120879



Dear Sirs,

Further to a transfer into our bank of a position which had a claim attached and that should be re-registered, please find enclosed the signed Evidence of Transfer of Claim Form.
Would you be so kind as to arrange to have any future payments made to account :

Banque International à Luxembourg

Bic Code : BILLLULL

Account number LU35 0025 5055 6077 0000

Please do not hesitate to contact us at the following email address corporateactions@bil.com if you require any further details.

Please kindly confirm receipt and application of the above request.
We thank you in advance for your cooperation.

Yours faithfully.

Nico Lux
Head of CA-Voluntary Events

Corinne Ashley
Conseiller Principal

Banque Internationale à Luxembourg
société anonyme fondée en 1856

69, route d'Esch • L-2953 Luxembourg • RCS Luxembourg B-6307
T (+352) 4590-3000 • F (+352) 4590-2010

contact@bil.com • www.bil.com

## **EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque Internationale à Luxembourg (Suisse) SA, Beethovenstrasse 48, CH-8022, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Banque Internationale à Luxembourg SA, 69 Route d'Esch 48, L-2953 Luxembourg, Luxembourg** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **59233**) in the **amount of EUR 90'000.-** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14. October 2013.

Banque Internationale à Luxembourg (Suisse) SA, Zurich
Transferor

Markus Friedrich
Authorized signatory

Sven Riva
AVP

Acknowledged by:
**Banque Internationale à Luxembourg SA, Luxembourg**
Transferee

By : ___Nico Lux___
         Head of CA-Voluntary Events
     Name :
     Title :

By : ___Corinne Ashley___
         Conseiller Principal
     Name :
     Title :

1/2

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| CH0027120879 | 59233-(37) | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | EUR 90'000.- |