# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Special Financing Inc., et al.,    Case No. 08-13888(JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

Name of Transferee
Quintessence Fund L.P.

Name of Transferor
Deutsche Bank AG, London Branch

Name and Address where notices to transferee should be sent:

Court Claim #: 26969
Amount of Claim: $620,345,695.00
Date Claim Filed: 09/22/09

**QUINTESSENCE FUND L.P.**
c/o QVT Associates GP LLC
1177 Avenue of the Americas, 9th Floor
New York, NY 10036
Attn: Julian Sale
Email: julian.sale@qvt.com

Amount Transferred: $ 2,017,585.37

Name and address where transferee payments should be sent (if different from above):
Tel:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12/30/13
Transferee/Transferee's Agent

\NY 002509/000004 - 3009120 v1

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13888 (JMP) (Jointly Administered)

Proof of Claim Number 26969

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**QUINTESSENCE FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 26969, solely to the extent of the face amount of $ 2,017,585.37 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

**QUINTESSENCE FUND L.P.**
c/o QVT Associates GP LLC
1177 Avenue of the Americas, 9th Floor
New York, NY 10036
Attn: Julian Sale
Email: julian.sale@qvt.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated 24 December, 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____           By: _____
    Name:                                  Name:
    Title:                                 Title:

**QUINTESSENCE FUND L.P.**   by its general partner
                             QVT Associates GP LLC

By: _____
    Name: NICK BRUMM
    Title: MANAGING MEMBER

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated **24 December**, 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                Name:
    Title:                               Title:

**QUINTESSENCE FUND L.P.**

By: _____
    Name:
    Title: