UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) |
| Lehman Brothers Holdings Inc., et al., | ) Case No. 08-13555 (JMP)<br>) (Chapter 11) |
| Debtors. | )<br>) (Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Pillsbury Winthrop Shaw Pittman, LLP ("PWSP") and the undersigned attorney, having appeared in the above-referenced case on behalf of Pyrrhuloxia, LP ("Pyrrhuloxia") and CPMG, Inc. ("CPMG"), have withdrawn as counsel for Pyrrhuloxia and CPMG.  Please remove PWSP and the undersigned counsel from all notice lists and the mailing matrices in the above-referenced case.

Please send all future notices and papers relating to Pyrrhuloxia and CPMG to:

> John Bateman
> CPMG, Inc.
> 2000 McKinney Ave, Suite 2125
> Dallas, TX 75201
> Email:  jb@cpmg-inc.com

Dated:  January 2, 2014         Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    /s/ Patrick J. Potter
Patrick J. Potter
patrick.potter@pillsburylaw.com
2300 N Street, NW
Washington, DC 20037-1128
Tel:  (202) 663-8000
Fax:  (202) 663-8007

1

## Certificate of Service

The undersigned certifies that on January 2, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically via CM/ECF on all parties having registered with the Court's ECF program in this case and by regular U.S. Mail, postage pre-paid to:

> John Bateman
> CPMG, Inc.
> 2000 McKinney Ave, Suite 2125
> Dallas, TX 75201

> /s/ Patrick J. Potter
> Patrick J. Potter, Esq.