UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS INC., et al.,

         Debtors.
_____/

Chapter 11

Case No. 08-13555 (JMP)

*(Jointly Administered)*

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
REMOVAL FROM ELECTRONIC SERVICE LIST AND MAILING MATRIX**

PLEASE TAKE NOTICE that pursuant to Local Rule 2091-1, James D. Gassenheimer, Esq. and the law firm of Berger Singerman LLP hereby withdraw their appearance as counsel for Creditor Robert Franz (the "Creditor") and request that all notices given or required to be served in the above referenced case be given to and served upon the Creditor at the following address:

Robert Franz
6 Bayer Lane
Boonton, New Jersey 07005

                /s/ James D. Gassenheimer
                James D. Gassenheimer
                Florida Bar No. 959987
                Berger Singerman LLP
                1450 Brickell Avenue, Suite 1900
                Miami, FL  33131
                jgassenheimer@bergersingerman.com

5383726-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Notice of Withdrawal* has been furnished on this 2nd day of January, 2014, by the Court's CM/ECF System upon all registered users.

/s/ James D. Gassenheimer
James D. Gassenheimer