WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    **08-13555 (JMP)**
:
Debtors.                             :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THREE
HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without

prejudice its Three Hundred Eleventh Omnibus Objection to Claims (No Liability Derivatives

Claims) [ECF No. 28430] **solely as to the claims listed on Exhibit A attached hereto**.  The

Plan Administrator reserves its rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated: January 3, 2014
      New York, New York

                                                       /s/ Robert J. Lemons
                                                       Robert J. Lemons

                                                       WEIL, GOTSHAL & MANGES LLP
                                                       767 Fifth Avenue
                                                       New York, New York 10153
                                                       Telephone: (212) 310-8000
                                                       Facsimile: (212) 310-8007

                                                       Attorneys for Lehman Brothers Holdings Inc.
                                                       and Certain of Its Affiliates

2

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 | 17108 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 | 17109 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 15 | 17110 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 15 | 17111 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 16 | 17112 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 16 | 17145 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 39 | 17146 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 39 | 17147 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 83 | 17148 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 83 | 17149 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 37 | 17150 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 37 | 17151 | 29170 |