**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x  Ref. Docket No. 41800

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2013, I caused to be served the "November 2013 Post-Effective Operating Report," dated December 30, 2013 [Docket No. 41800], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Carol Zhang*
Sworn to before me this                                      Carol Zhang
31st day of December, 2013
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com

karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kuehn@bespc.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com

1

arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com

2

| | |
|---|---|
| charles_malloy@aporter.com | meltzere@pepperlaw.com |
| chemrick@connellfoley.com | metkin@lowenstein.com |
| chipford@parkerpoe.com | mfeldman@willkie.com |
| chris.donoho@lovells.com | mgordon@briggs.com |
| christopher.greco@kirkland.com | mgreger@allenmatkins.com |
| clarkb@sullcrom.com | mh1@mccallaraymer.com |
| clynch@reedsmith.com | mhopkins@cov.com |
| cmontgomery@salans.com | michael.frege@cms-hs.com |
| cohen@sewkis.com | michael.kelly@monarchlp.com |
| cp@stevenslee.com | michael.kim@kobrekim.com |
| cpappas@dilworthlaw.com | michael.krauss@faegrebd.com |
| craig.goldblatt@wilmerhale.com | michael.mccrory@btlaw.com |
| crmomjian@attorneygeneral.gov | michaels@jstriallaw.com |
| csalomon@beckerglynn.com | millee12@nationwide.com |
| cschreiber@winston.com | miller@taftlaw.com |
| cshore@whitecase.com | mimi.m.wong@irscounsel.treas.gov |
| cshulman@sheppardmullin.com | mitchell.ayer@tklaw.com |
| cszyfer@stroock.com | mjedelman@vedderprice.com |
| cwalsh@mayerbrown.com | mjr1@westchestergov.com |
| cward@polsinelli.com | mkjaer@winston.com |
| cweber@ebg-law.com | mlahaie@akingump.com |
| cweiss@ingramllp.com | mlandman@lcbf.com |
| dallas.bankruptcy@publicans.com | mlichtenstein@crowell.com |
| danielle.rose@kobrekim.com | mlynch2@travelers.com |
| dave.davis@isgria.com | mmooney@deilylawfirm.com |
| david.bennett@tklaw.com | mmorreale@us.mufg.jp |
| david.heller@lw.com | mneier@ibolaw.com |
| david.powlen@btlaw.com | monica.lawless@brookfieldproperties.com |
| davids@blbglaw.com | mpage@kelleydrye.com |
| davidwheeler@mvalaw.com | mparry@mosessinger.com |
| dbarber@bsblawyers.com | mpomerantz@julienandschlesinger.com |
| dbaumstein@whitecase.com | mprimoff@kayescholer.com |
| dbesikof@loeb.com | mpucillo@bermanesq.com |
| dcimo@gjb-law.com | mrosenthal@gibsondunn.com |
| dcoffino@cov.com | mrothchild@mofo.com |
| dcrapo@gibbonslaw.com | mruetzel@whitecase.com |
| ddavis@paulweiss.com | mschimel@sju.edu |
| ddrebsky@nixonpeabody.com | msegarra@mayerbrown.com |
| ddunne@milbank.com | mshiner@tuckerlaw.com |
| deggermann@kramerlevin.com | msolow@kayescholer.com |
| deggert@freebornpeters.com | mspeiser@stroock.com |

3

| | |
|---|---|
| demetra.liggins@tklaw.com | mstamer@akingump.com |
| dfelder@orrick.com | mvenditto@reedsmith.com |
| dflanigan@polsinelli.com | mwarner@coleschotz.com |
| dgrimes@reedsmith.com | mwarren@mtb.com |
| dhayes@mcguirewoods.com | nathan.spatz@pillsburylaw.com |
| dheffer@foley.com | nbojar@fklaw.com |
| dhurst@coleschotz.com | ncoco@mwe.com |
| dhw@dhclegal.com | neal.mann@oag.state.ny.us |
| diconzam@gtlaw.com | ned.schodek@shearman.com |
| djoseph@stradley.com | neilberger@teamtogut.com |
| dkessler@ktmc.com | nherman@morganlewis.com |
| dkozusko@willkie.com | nissay_10259-0154@mhmjapan.com |
| dlemay@chadbourne.com | nlepore@schnader.com |
| dlipke@vedderprice.com | notice@bkcylaw.com |
| dludman@brownconnery.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmurray@jenner.com | paronzon@milbank.com |
| dneier@winston.com | patrick.oh@freshfields.com |
| dodonnell@milbank.com | pbattista@gjb-law.com |
| dove.michelle@dorsey.com | pbosswick@ssbb.com |
| dpegno@dpklaw.com | pdublin@akingump.com |
| draelson@fisherbrothers.com | peisenberg@lockelord.com |
| dravin@wolffsamson.com | peter.blasone@klgates.com |
| drosenzweig@fulbright.com | peter.gilhuly@lw.com |
| drosner@goulstonstorrs.com | peter.macdonald@wilmerhale.com |
| drosner@kasowitz.com | peter.simmons@friedfrank.com |
| dshaffer@wtplaw.com | peter@bankrupt.com |
| dshemano@peitzmanweg.com | pfeldman@oshr.com |
| dspelfogel@foley.com | pfinkel@wilmingtontrust.com |
| dtatge@ebglaw.com | phayden@mcguirewoods.com |
| dtheising@harrisonmoberly.com | phil.huynh@kobrekim.com |
| dwdykhouse@pbwt.com | philip.wells@ropesgray.com |
| dwildes@stroock.com | pmaxcy@sonnenschein.com |
| dworkman@bakerlaw.com | ppascuzzi@ffwplaw.com |
| easmith@venable.com | ppatterson@stradley.com |
| ecohen@russell.com | psp@njlawfirm.com |
| edward.flanders@pillsburylaw.com | ptrain-gutierrez@kaplanlandau.com |
| efleck@milbank.com | ptrostle@jenner.com |
| efriedman@fklaw.com | raj.madan@bingham.com |
| efriedman@friedumspring.com | ramona.neal@hp.com |
| eglas@mccarter.com | rbeacher@pryorcashman.com |

4

| | |
|---|---|
| ekbergc@lanepowell.com | rbernard@foley.com |
| eleicht@whitecase.com | rbyman@jenner.com |
| ellen.halstead@cwt.com | rdaversa@orrick.com |
| emagnelli@bracheichler.com | relgidely@gjb-law.com |
| emerberg@mayerbrown.com | rflanagan@flanassoc.com |
| enkaplan@kaplanlandau.com | rfrankel@orrick.com |
| eobrien@sbchlaw.com | rfriedman@silvermanacampora.com |
| epearlman@scottwoodcapital.com | rgmason@wlrk.com |
| erin.mautner@bingham.com | rgoodman@moundcotton.com |
| eschwartz@contrariancapital.com | rgraham@whitecase.com |
| etillinghast@sheppardmullin.com | rhett.campbell@tklaw.com |
| ezujkowski@emmetmarvin.com | richard.fingard@newedge.com |
| fbp@ppgms.com | richard.lear@hklaw.com |
| ffm@bostonbusinesslaw.com | richard.tisdale@friedfrank.com |
| fhyman@mayerbrown.com | richard@rwmaplc.com |
| foont@foontlaw.com | rick.murphy@sutherland.com |
| fritschj@sullcrom.com | rjones@boultcummings.com |
| fsosnick@shearman.com | rleek@hodgsonruss.com |
| fyates@sonnenschein.com | rlevin@cravath.com |
| gabriel.delvirginia@verizon.net | rmatzat@hahnhessen.com |
| gbray@milbank.com | rnetzer@willkie.com |
| george.south@dlapiper.com | robert.dombroff@bingham.com |
| ggitomer@mkbattorneys.com | robert.malone@dbr.com |
| ggoodman@foley.com | robert.yalen@usdoj.gov |
| giddens@hugheshubbard.com | robin.keller@lovells.com |
| gkaden@goulstonstorrs.com | roger@rnagioff.com |
| glenn.siegel@dechert.com | ronald.silverman@bingham.com |
| gmoss@riemerlaw.com | ross.martin@ropesgray.com |
| goldenberg@ssnyc.com | rrainer@wmd-law.com |
| gravert@ravertpllc.com | rreid@sheppardmullin.com |
| gspilsbury@jsslaw.com | rroupinian@outtengolden.com |
| harrisjm@michigan.gov | rrussell@andrewskurth.com |
| harveystrickon@paulhastings.com | russj4478@aol.com |
| hbeltzer@mayerbrown.com | rwasserman@cftc.gov |
| heim.steve@dorsey.com | rwyron@orrick.com |
| heiser@chapman.com | s.minehan@aozorabank.co.jp |
| hmagaliff@r3mlaw.com | sabin.willett@bingham.com |
| hollace.cohen@troutmansanders.com | sabramowitz@velaw.com |
| holsen@stroock.com | sabvanrooy@hotmail.com |
| howard.hawkins@cwt.com | sally.henry@skadden.com |
| hseife@chadbourne.com | samuel.cavior@pillsburylaw.com |

5

hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com

sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
squsba@stblaw.com

6

jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com

sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com

jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com

walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574