UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                    :   Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :   08-13555 (JMP)
                                         :   (Jointly Administered)
         Debtors.                        :
                                         :
                                         :
------------------------------------------------------------------------x   Ref. Docket No. 41412

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 17, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
31st day of December, 2013

/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer 41412_AFF_12-17-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
                                        |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                        |   (Jointly Administered)
                                        |
         Debtors.                       |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CITIBANK, N.A., LONDON BRANCH
          TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
          ATTENTION: RANJIT CHATTERJI
          CITIGROUP CENTRE, CANARY WHARF
          LONDON    E14 5LB
          UNITED KINGDOM
```

Please note that your claim # 58911-01 in the above referenced case and in the amount of
        $124,825,714.00      has been transferred **(unless previously expunged by court order)**

```
          LEHMAN BROTHERS INTERNATIONAL (EUROPE)(IN ADMINISTRATION)
          TRANSFEROR: CITIBANK, N.A., LONDON BRANCH
          ATTN: RUSSELL DOWNS
          LEVEL 23, 25 CANADA SQUARE
          LONDON    E14 5LS
          UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41412       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2013                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 17, 2013.

# EXHIBIT B

08-13555-mg    Doc 41877    Filed 01/03/14    Entered 01/03/14 15:28:38    Main Document
Pg 4 of 5

```
TIME: 12:29:00                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 12/17/13                                         CREDITOR LISTING

Name                              Address
CITIBANK, N.A., LONDON BRANCH     ATTENTION: RANJIT CHATTERJI CITIGROUP CENTRE, CANARY WHARF LONDON  E14  5LB UNITED KINGDOM
CITIBANK, N.A., LONDON BRANCH     TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTENTION: RANJIT CHATTERJI CITIGROUP CENTRE, CANARY WHARF
                                  LONDON  E14  5LB UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL     TRANSFEROR: CITIBANK, N.A., LONDON BRANCH ATTN: RUSSELL DOWNS LEVEL 23, 25 CANADA SQUARE LONDON  E14  5LS UNITED KINGDOM
 (EUROPE)(IN ADMINISTRATION)

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC