UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                     :
:
-----------------------------------------------------------------x    Ref. Docket No. 41326

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 19, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
31st day of December, 2013
/s/ *Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 41326_Aff 12-19-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   FIBI BANK (SWITZERLAND) LTD
              SEESTRASSE 61
              ZURICH CH-8027 SWITZERLAND

Additional:

Transferee:   CREDIT SUISSE AG
              C/O CRAVATH, SWAINE & MOORE LLP
              ATTN: STEPHANIE TURNBIOLO
              625 6TH AVENUE
              NEW YORK NY 10019

**Your transfer  of claim #   45654-02   is defective for the reason(s) checked below:**

Other                              ISIN DISCREPANCY - DOESN'T MATCH ISINS ASSOCIATED WITH POC

Docket Number 41326            Date 11/26/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 19, 2013.

# EXHIBIT B

08-13555-mg    Doc 41879    Filed 01/03/14    Entered 01/03/14 15:51:46    Main Document
Pg 4 of 5

```
TIME: 12:55:50                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 12/19/13                                CREDITOR LISTING

Name                          Address
CREDIT SUISSE AG              C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TURNBIOLO 625 6TH AVENUE NEW YORK NY 10019
FIBI BANK (SWITZERLAND) LTD   SEESTRASSE 61 ZURICH  CH-8027 SWITZERLAND

Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC