UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 41516, 41517,
                                                                      41519, 41537, 41551-41555, 41560,
                                                                      41570, 41572-41577

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
31st day of December, 2013
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer 41516, 41517, 41519...41570, 41572-41577_AFF_12-20-13.doc

# EXHIBIT A

08-13555-mg    Doc 41880    Filed 01/03/14    Entered 01/03/14 16:03:25    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BARCLAYS BANK PLC
       TRANSFEROR: RWE SUPPLY & TRADING GMBH
       ATTN: AILEEN MONTANA
       1301 SIXTH AVENUE, 8TH FLOOR
       NEW YORK NY 10019

BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

Please note that your claim # 17597-01 in the above referenced case and in the amount of
     $5,822,858.68   allowed at $4,131,590.47           has been transferred (unless previously expunged by court order)

       MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND
       TRANSFEROR: BARCLAYS BANK PLC
       C/O MAGNETAR FINANCIAL LLC
       ATTN: ALLYSON GOLDBERGER
       1603 ORRINGTON AVENUE, 13TH FLOOR
       EVANSTON IL 60201

MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND
DAVID J. KARP
SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41570       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/20/2013                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on December 20, 2013.

EXHIBIT B

```
TIME: 15:51:38                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/20/13                                         CREDITOR LISTING

Name                                            Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,        TRANSFEROR: YORVIK PARTNERS LLP 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022
 LP
BARCLAYS BANK PLC                               DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: RWE SUPPLY & TRADING GMBH ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BLACKWELL PARTNERS LLC                          DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
BLACKWELL PARTNERS LLC                          TRANSFEROR: BARCLAYS BANK PLC C/O MAGNETAR FINANCIAL LLC ATTN: ALLYSON GOLDBERGER 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201
BLACKWELL PARTNERS LLC                          TRANSFEROR: BARCLAYS BANK PLC C/O MAGNETAR FINANCIAL LLC; ATTN: ALLYSON GOLDBERGER 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                 EVANSTON IL 60201
CCP CREDIT ACQUISITION HOLDINGS LUXCO,          TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
 S.A.R.L.
CREDIT SUISSE                                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                        TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                 LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                 JERSEY CITY NJ 07302
HIPPARCHUS MASTER FUND LTD.                     DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
HIPPARCHUS MASTER FUND LTD.                     TRANSFEROR: BARCLAYS BANK PLC C/O MAGNETAR FINANCIAL LLC ATTN: ALLYSON GOLDBERGER 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201
HIPPARCHUS MASTER FUND LTD.                     TRANSFEROR: BARCLAYS BANK PLC C/O MAGNETAR FINANCIAL LLC; ATTN: ALLYSON GOLDBERGER 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                 EVANSTON IL 60201
MAGNETAR CAPITAL MASTER FUND LTD                DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR CAPITAL MASTER FUND LTD                TRANSFEROR: BARCLAYS BANK PLC C/O MAGNETAR FINANCIAL LLC ATTN: ALLYSON GOLDBERGER 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201
MAGNETAR CAPITAL MASTER FUND LTD                TRANSFEROR: BARCLAYS BANK PLC C/O MAGNETAR FINANCIAL LLC; ATTN: ALLYSON GOLDBERGER 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                 EVANSTON IL 60201
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND        DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND        TRANSFEROR: BARCLAYS BANK PLC C/O MAGNETAR FINANCIAL LLC ATTN: ALLYSON GOLDBERGER 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201
MERRILL LYNCH INTERNATIONAL                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.        TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
PICTET & CIE                                    TRANSFEROR: CREDIT SUISSE ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73    CH-1211 SWITZERLAND
YORVIK PARTNERS LLP                             TRANSFEROR: LUZERNER KANTONALBANK AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


 Total Number of Records Printed                     28
```