UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 36021, 41330,
                                                                        41332, 41333, 41338, 41340, 41341,
                                                                        41387, 41399, 41419, 41543, 41595,
                                                                        41597, 41598

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
Sworn to before me this                                 Lauren Rodriguez
31st day of December, 2013

/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: HCN LP
      C/O DEUTSCHE BANK SECURITIES INC.
      ATTN: MATTHEW WEINSTEIN
      60 WALL STREET, 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 17198-01 in the above referenced case and in the amount of $199,529,941.83 allowed at $69,049,368.00    has been transferred **(unless previously expunged by court order)**

```
      HCN LP
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      C/O HALCYON ASSET MANAGEMENT LLC
      ATTN: MATT SELTZER
      477 MADISON AVENUE, 8TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41595    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2013                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 23, 2013.

EXHIBIT B

```
TIME: 11:03:54                                              LEHMAN BROTHERS HOLDING INC.                                                                  PAGE:   1
DATE: 12/23/13                                                    CREDITOR LISTING

Name                                              Address
ALLIANZ BANK FINANCIAL ADVISORS SPA               TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: FRANCO BRICHETTI FRANCESCA TREBBI PIAZZALE LODI 3 20137 MILANO   ITALY
BANCA MEDIOLANUM S.P.A.                           TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)   20080 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.           TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: PAOLO MAZZA VIA SAN CARLO, 8/20 MODENA   41121 ITALY
  COOP.
BANCO DI DESIO E DELLA BRIANZA SPA                TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: MIDDLE OFFICE DEPT VIA ROVAGNATI 1 DESIO (MB)   20033 ITALY
CASSA DI RISPARMIO DI RAVENNA S.P.A.              TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: CLAUDIO PULAZZI PIAZZA GARIBALDI 6 RAVENNA   48121 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42121 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HCN LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SVMF 48, LLC ATTN: SIMON GLENNIE/ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UK
HCN LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
OFFSHORE ASSET HOLDING VEHICLE A, LTD             TRANSFEROR: SILVER POINT CAPITAL FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
PICTET & CIE                                      60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND
PICTET & CIE                                      TRANSFEROR: HYPOSWISS PRIVATBANK AG ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 1211 GENEVA 73 GENEVA   SWITZERLAND
SALLFORT PRIVATBANK AG                            TRANSFEROR: UBS AG ATTN: CHRISTIAN WICK DUFOURSTRASSE 25 4052 BASEL   SWITZERLAND
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GUY BUTLER LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
ST. GALLER KANTONALBANK AG                        TRANSFEROR: PICTET & CIE ST. LEONHARDSTRASSE 25 POSTFACH ST. GALLEN   9001 SWITZERRAND
ST. GALLER KANTONALBANK AG                        TRANSFEROR: PICTET & CIE ST. LEONHARDSTRASSE 25 POSTFACH ST. GALLEN   9001 SWITZERLAND
SVMF 48, LLC                                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO / AMY SIM 100 WEST PUTNAM AVE
                                                  GREENWICH CT 06830
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VOLKSBANK MULLHEIM EG                             TRANSFEROR: UBS AG ATTN: RUDOLF HEITZ WERDERSTR. 29 MULLHEIM 79379 GERMANY


Total Number of Records Printed                   24
```