UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                                        :     Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :     08-13555 (JMP)
                                                             :     (Jointly Administered)
                        Debtors.                             :
                                                             :
----------------------------------------------------------------x     Ref. Docket No. 41563

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
31st day of December, 2013

/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANCO DI DESIO E DELLA BRIANZA SPA
              VIA ROVAGNATI, 1
              DESIO (MB) 20033 ITALY


Additional:



Transferee:   ALLIANZ BANK FINANCIAL ADVISORS S.P.A.
              ATTN: FRANCO BRICHETTI
              FRANCESCA TREBBI
              PIAZZALE LODI, 3
              MILANO 20137 ITALY


**Your transfer   of claim #   48783-04   is defective for the reason(s) checked below:**

Other                                       Transfer Amt Exceeds Amt Currently Ownded










Docket Number 41563          Date 12/17/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2013.

EXHIBIT B

```
TIME: 11:04:58                         LEHMAN BROTHERS HOLDING INC.                                           PAGE:  1
DATE: 12/23/13                               CREDITOR LISTING

Name                                    Address
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.  ATTN: FRANCO BRICHETTI FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO  20137 ITALY
BANCO DI DESIO E DELLA BRIANZA SPA      VIA ROVAGNATI, 1 DESIO (MB)  20033 ITALY


Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC