UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                Debtors.                                         :
                                                                 :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 41425, 41434,
                                                                     41436, 41441

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 24, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
31st day of December, 2013
/s/ *Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer 41425, 41434, 41436, 41441_AFF_12-24-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE
     TRANSFEROR: CREDIT SUISSE
     ATTN: ALLEN GAGE
     1 MADISON AVENUE
     NEW YORK NY 10010
```

Please note that your claim # 5155829-38 in the above referenced case and in the amount of
        $0.00  Unliquidated      has been transferred **(unless previously expunged by court order)**

```
     LANDOLT & CIE SA
     TRANSFEROR: CREDIT SUISSE
     CH DE ROSENECK 6
     1006 LAUSANNE
     SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41434     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/24/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 24, 2013.

# EXHIBIT B

```
TIME: 13:01:43                                      LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 12/24/13                                           CREDITOR LISTING

Name                                    Address
BANCA DELLO STATO DEL CANTONE TICINO    TRANSFEROR: CREDIT SUISSE VIALE H GUISAN 5 6500 BELLINZONA    SWITZERLAND
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           TRANSFEROR: CREDIT SUISSE ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDITO PRIVATO COMMERCIALE SA          VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
E. GUTZWILLER & CIE, BANQUIERS          TRANSFEROR: UBS AG ATTN: JEAN-FRANCOIS RUF KAUFHAUSGASSE 7 4051 BASEL   SWITZERLAND
LANDOLT & CIE SA                        TRANSFEROR: CREDIT SUISSE CH DE ROSENECK 6 1006 LAUSANNE    SWITZERLAND
RAYMOND JAMES & ASSOCIATES, INC.        TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA JONATHAN STEIN 880 CARILLON PARKWAY ST PETERSBURG FL 33716
UBS AG                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND

Total Number of Records Printed         11
```