```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                          Debtors.                                :
                                                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 41525, 41644,
                                                                      41646, 41669
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 26, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
31st day of December, 2013
/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MACQUARIE BANK LIMITED                              MACQUARIE BANK LIMITED
      TRANSFEROR: SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD    ROBERT SCHEININGER
      ATTN: SHAUN GEMBALA                                 SIDLEY AUSTIN LLP
      125 WEST 55TH ST                                    787 SEVENTH AVENUE
      NEW YORK NY 10019                                   NEW YORK NY 10019
```

Please note that your claim # 16260 in the above referenced case and in the amount of
    $0.00   allowed at $1,293,414.00        has been transferred **(unless previously expunged by court order)**

```
      VARDE INVESTMENT PARTNERS, LP
      TRANSFEROR: MACQUARIE BANK LIMITED
      ATTN: EDWINA P.J. STEFFER
      8500 NORMANDALE LAKE BLVD., STE 1500
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41644      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/26/2013                         Vito Genna, Clerk of Court


                                   /s/ Lauren Rodriguez
                                  _____
                                  By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 26, 2013.

EXHIBIT B

08-13555-mg    Doc 41884    Filed 01/03/14    Entered 01/03/14 16:53:10    Main Document
Pg 4 of 5

```
TIME: 14:29:52                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:  1
DATE: 12/26/13                                          CREDITOR LISTING

Name                              Address
CREDIT SUISSE AG                  TRANSFEROR: FIBI BANK (SWITZERLAND) LTD CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
FIBI BANK (SWITZERLAND) LTD       TRANSFEROR: BANK HAPOALIM B.M. SEESTRASSE 61 ZURICH CH-8027 SWITZERLAND
LOMBARD ODIER & CIE               TRANSFEROR: PICTET & CIE ATTN: JOSE FILELLA/CORPORATE ACTIONS RUE DE LA CORRATERIA 11 GENEVA  CH-1204 SWITZERLAND
MACQUARIE BANK LIMITED            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED            TRANSFEROR: SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
PICTET & CIE                      60 ROUTE DES ACACIAS GENEVA 73  CH-1211 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC