UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x  Ref. Docket Nos. 41302, 41334,
41414, 41437, 41487, 41496, 41497,
41499, 41501, 41502, 41504, 41510-
41512, 41532, 41535, 41536, 41599-
41601, 41617, 41619, 41652, 41655,
41657, 41658, 41720-41723, 41729,
41735-41739, 41741-41751, 41753-
41762

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
3rd day of January, 2014

/s/ *Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41302, 41334, 41414...41751, 41753-41762_AFF_12-30-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ADAGIO FUND
C/O SYMPHONY ASSET MANAGEMENT LLC
555 CALIFORNIA STREET
SUITE 2975
SAN FRANCISCO CA 94104-1503

ADAGIO FUND
ARTHUR M. HANDLER & ROBERT S. GOODMAN
MOUND COTTON WOLLAN & GREENGRASS
ONE BATTERY PARK PLAZA
NEW YORK NY 1004

Please note that your claim # 34458 in the above referenced case and in the amount of
$58,093,845.59 Unliquidated     has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: ADAGIO FUND
ATTN: HOWARD H LEE
1301 AVENUE OF THE AMERICAS 8TH FLOOR
NEW YORK NY 10019

BARCLAYS BANK PLC
A CALLAHAN
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41736     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2013                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2013.

EXHIBIT B

TIME: 16:20:16
DATE: 12/30/13

```
TIME: 16:20:16                                  LEHMAN BROTHERS HOLDING INC.                                     PAGE: 1
DATE: 12/30/13                                       CREDITOR LISTING
```

| Name | Address |
|---|---|
| APPALOOSA INVESTMENT L.P. 1 | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P. 1 | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P. 1 | C/O APPALOOSA MANAGEMENT L.P. ATTN: KEN MAIMAN 51 JOHN F. KENNEDY PARKWAY SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 1, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 10, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 2, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 3, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 4, L.L.C. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 5, L.L.C. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 6, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 7, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: AGGREGATING TRUST 8, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: AGGREGATING TRUST 9, L.L.C. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | DAVID HOYT ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P.1 | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P.1 | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: BARCLAYS BANK PLC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250 B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: GOLDMAN, SACHS & CO. APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| BALOISE BANK SOBA AG | TRANSFEROR: RBS COUTTS BANK AG ATTN: ULRICH ISCHI AMTHAUSPLATZ 4 4502 SOLOTHURN SWITZERLAND |
| BANCA DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: GRAZIELLA BOLOGNA HEAD OF FINANCIAL DEPT VIA ROVAGNATI, 1 20832 DESIO (MB) ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY |
| BANCA MEDIOLANUM SPA | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F SFORZA, 15 BASIGLIO (MI) 20080 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (MONACO) SAM | TRANSFEROR: CREDIT SUISSE ATTN: STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CRESCENT 1, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENE, 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENU, 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| FAHMY, SHADIA | 3, ABDALA NOUR STREET CAIRO   EGYPT |
| FAHMY, SHADIA | DR.SCHACKOW & PARTNER FAO MR.KLAAS BORCHERT JUNGFERNSTEIG 30 HAMBURG   20354 GERMANY |
| GOLDMAN SACHS & CO. | TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: APPALOOSA INVESTMENT L.P.1 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, LP; ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O HAYMAN ADVISORS, L.P. ATTN: SANDRA NEAL 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O HAYMAN ADVISORS, L.P. ATTN: SANDRA NEAL 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES PLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH   8022 SWITZERLAND |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: FAHMY, SHADIA ATTN: GUILHEM GOYARD 8-10 GROSVENOR GARDENS LONDON   SW1W 0DH UNITED KINGDOM |

Total Number of Records Printed    66

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 12:17:48
DATE: 12/30/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ADAGIO FUND | C/O SYMPHONY ASSET MANAGEMENT LLC 555 CALIFORNIA STREET SUITE 2975 SAN FRANCISCO CA 94104-1503 |
| ADAGIO FUND | ARTHUR M. HANDLER & ROBERT S. GOODMAN MOUND COTTON WOLLAN & GREENGRASS ONE BATTERY PARK PLAZA NEW YORK NY 1004 |
| AIA INTERNATIONAL LIMITED | TRANSFEROR: AIA WEALTH MANAGEMENT COMPANY LIMITED HONG KONG BRANCH 11F, AIA FINANCIAL CENTRE 712 PRINCE EDWARD ROAD EAST KOWLOON  HONG KONG |
| AIA WEALTH MANAGEMENT COMPANY LIMITED | TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS 11/F, AIA FINANCIAL CENTRE ATTN: MANOJ RAMACHANDRAN 712 PRINCE EDWARD ROAD EAST. KOWLOON  HONG KONG |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: FRANCO BRICHETTI FRANCESCA TREBBI PIAZZALE LODI, 3 20127 MILANO  ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | PIAZZALE LODI, 3 MILANO (MI)  20137 ITALY |
| BANCA AKROS SPA | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: LUCA GANDOLFI VIALE EGINARDO, 29 20149 MILANO  ITALY |
| BANCA AKROS SPA | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: LUCA GANDOLFI VIALE EGINARDO, 29 20149 MILANO  ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31 ROMA  00163 ITALY |
| BARCLAYS BANK PLC | DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | A CALLAHAN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ADAGIO FUND ATTN: HOWARD H LEE 1301 AVENUE OF THE AMERICAS 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ENCORE FUND, LP ATTN: HOWARD H. LEE 1301 AVENUE OF THE AMERICAS 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FORTISSIMO FUND ATTN: HOWARD H. LEE 1301 AVENUE OF THE AMERICAS 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BETHMANN BANK AG | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: EVERDING, RENATE ATTN: JOCHEN WEBER, OLIVER KORNER BETHMANNSTRASSE 7-9 60311 FRANKFURT AM MAIN  GERMANY |
| CREDIT SUISSE AG | TRANSFEROR: LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CRESCENT 1, LP | TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP MS. STEPHANIE R. TUMBIOLO NEW YORK NY 10019 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: UNITED STATES DEBT RECOVERY V, LP JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O DEUTSCHE BANK SECURITIES INC; ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HCN LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ENCORE FUND, LP | C/O SYMPHONY ASSET MANAGEMENT LLC 555 CALIFORNIA STREET SUITE 2975 SAN FRANCISCO CA 94104-1503 |
| ENCORE FUND, LP | ARTHUR M. HANDLER & ROBERT S. GOODMAN MOUND COTTON WOLLAN & GREENGRASS ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ENGEL, RUDOLF & HEDWIG | TRANSFEROR: NOTENSTEIN PRIVATBANK AG HERRENGASSE 10 CH-8526 OBERNEUNFORN  SWITZERLAND |
| EVERDING, RENATE | FABRICIUSSTR. 284 HAMBURG  22177 GERMANY |
| FORTISSIMO FUND | C/O SYMPHONY ASSET MANAGEMENT LLC 555 CALIFORNIA STREET SUITE 2975 SAN FRANCISCO CA 94104-1503 |
| FORTISSIMO FUND | ARTHUR M. HANDLER & ROBERT S. GOODMAN MOUND COTTON WOLLAN & GREENGRASS ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| GOLDMAN SACHS & CO. | TRANSFEROR: THOROUGHBRED FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: THOROUGHBRED MASTER LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |

```
TIME: 12:17:48                                      LEHMAN BROTHERS HOLDING INC.                                                PAGE: 2
DATE: 12/30/13                                          CREDITOR LISTING

Name                                    Address
HAYMAN CAPITAL MASTER FUND, L.P.        TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.        TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, LP; ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400
                                        DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.        TRANSFEROR: BARCLAYS BANK PLC HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                        DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.        TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: CHRISTOPHER E KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.        TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.        TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.        TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
HCN LP                                  TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: DEBBY LAMOY C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
ILLIQUIDX LLP                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
                                        ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
INTESA SANPAOLO S.P.A.                  TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES PLC              TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC              TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                        383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC              TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES PLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                        383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LONGACRE INSTITUTIONAL OPPORTUNITY      TRANSFEROR: GOLDSBERG CORPORATION ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
FUND,L.P.
NOTENSTEIN PRIVATBANK AG                TRANSFEROR: WEGELIN & CO., PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
PANNING MASTER FUND, LP                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ROBERT BOWERS 50 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022
RBS COUTTS BANK AG                      STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
THOROUGHBRED FUND, L.P.                 DAVID HOYT ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED FUND, L.P.                 ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVE NEW YORK NY 10017
THOROUGHBRED FUND, L.P.                 ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED FUND, L.P.                 C/O APPALOOSA MANAGMENT L.P. ATTN: KEN MAIMAN 51 JOHN F KENNEDY PARKWAY SHORT HILLS NJ 07078
THOROUGHBRED FUND, L.P.                 TRANSFEROR: BARCLAYS BANK PLC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED FUND, L.P.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED FUND, L.P.                 TRANSFEROR: GOLDMAN, SACHS & CO. APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
THOROUGHBRED FUND, L.P.                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED FUND, L.P.                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED FUND, L.P.                 TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
THOROUGHBRED FUND, L.P.                 TRANSFEROR: MERRILL LYNCH, PIERCE, PIERCE, FENNER & SMITH, INC. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
THOROUGHBRED FUND, L.P.                 TRANSFEROR: MERRILL LYNCH, PIERCE, PIERCE,FENNER & SMITH,INC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                DAVID HOYT ANDREWS KURTH LLP ATTN: KEN MAIMAN 51 JOHN F KENNEDY PARKWAY SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                ANDREWS KURTH LLP ATTN: KEN MAIMAN 51 JOHN F KENNEDY PARKWAY SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                C/O APPALOOSA MANAGMENT L.P. ATTN: KEN MAIMAN 51 JOHN F KENNEDY PARKWAY SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: BARCLAYS BANK PLC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250 B SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250 B SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT; ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH, INC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:17:48                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:  3
DATE: 12/30/13                                           CREDITOR LISTING

Name                              Address
THOROUGHBRED MASTER LTD.          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                  SHORT HILLS NJ 07078
UBS AG                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                            TRANSFEROR: RBS COUTTS BANK AG BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND
UNITED STATES DEBT RECOVERY V, LP TRANSFEROR: BROAD HOLDINGS, INC. 5575 KIETZKE LANE SUITE A RENO NV 89511


Total Number of Records Printed    92
```

EPIQ BANKRUPTCY SOLUTIONS, LLC