UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                   **Debtors.**                                 :
                                                                :
----------------------------------------------------------------x    Ref. Docket No. 41515

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
3rd day of January, 2014
/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

08-13555-mg    Doc 41887    Filed 01/03/14    Entered 01/03/14 18:09:05    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    HSBC PRIVATE BANK SUISSE SA
               ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER
               QUAI GENERAL-GUISAN 2
               GENEVA 3 1211 SWITZERLAND


Additional:


Transferee:    ELAS FINANCIAL SA
               PALM CHAMBERS 4
               FISHLOCK ROAD ROAD TOWN
               TORTOLA BRITISH VIRGIN ISLANDS


**Your transfer  of claim #   51762-02  is defective for the reason(s) checked below:**

Expunged By Court Order


Docket Number 41515              Date 12/06/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2013.

# EXHIBIT B

```
TIME: 16:32:07                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:    1
DATE: 12/30/13                                         CREDITOR LISTING

Name                          Address
ELAS FINANCIAL SA             PALM CHAMBERS 4 FISHLOCK ROAD ROAD TOWN TORTOLA    BRITISH VIRGIN ISLANDS
HSBC PRIVATE BANK SUISSE SA   ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3   1211 SWITZERLAND


Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC