UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                 :

In re                                                        :     Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :     08-13555 (JMP)
                                                         :     (Jointly Administered)
                       Debtors.                          :
                                                         :
------------------------------------------------------------------x    Ref. Docket Nos. 41538, 41578,
                                                                                   41582, 41602, 41620-41623, 41629,
                                                                                   41637, 41639-41642, 41661, 41684-
                                                                                   41686, 41724, 41763-41766

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 31, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                              */s/ Lauren Rodriguez*
Sworn to before me this                      Lauren Rodriguez
3rd day of January, 2014

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DEUTSCHE BANK AG, LONDON
        TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD
        C/O DEUTSCHE BANK SECURITIES INC.
        ATTN: MATT WEINSTEIN
        60 WALL STREET, 3RD FLOOR
        NEW YORK NY 10005

Please note that your claim # 20356-01 in the above referenced case and in the amount of
    $5,890,364.76 allowed at $4,000,000.00    has been transferred **(unless previously expunged by court order)**

        PMT CREDIT OPPORTUNITIES FUND LTD.
        TRANSFEROR: DEUTSCHE BANK AG, LONDON
        C/O GLG ORE HILL LLC
        ATTN: RACHEL CARR-HARRIS
        HSBC TOWER
        452 5TH AVENUE, 27TH FLOOR
        NEW YORK NY 10018

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41621    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/31/2013                      Vito Genna, Clerk of Court

                                                  /s/ Lauren Rodriguez

                                                  By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 31, 2013.

# EXHIBIT B

```
TIME: 10:12:44                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 12/31/13                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA   41100 ITALY |
| BARCLAYS BANK PLC | DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LP MS. STEPHANIE R. TUMBIOLI 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, N. 4 REGGIO EMILIA   42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA   42121 ITALY |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| FONTAINEBLEAU LAS VEGAS CAPITAL CORP. | C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE FL 33302 |
| FONTAINEBLEAU LAS VEGAS CAPITAL CORP. | RUSSELL M. BLAIN, ESQ. C/O STICHTER, RIEDEL BLAIN & PROSSER, P.A. 110 E. MADISON ST., STE. 200 TAMPA FL 33602 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC | C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE FL 33302 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC | RUSSELL M. BLAIN, ESQ. C/O STICHTER, RIEDEL BLAIN & PROSSER, P.A. 110 E. MADISON ST., STE. 200 TAMPA FL 33602 |
| FONTAINEBLEAU LAS VEGAS RETAIL LLC | C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE FL 33302 |
| FONTAINEBLEAU LAS VEGAS RETAIL LLC | RUSSELL M. BLAIN, ESQ. C/O STICHTER, RIEDEL BLAIN & PROSSER, P.A. 110 E. MADISON ST., STE. 200 TAMPA FL 33602 |
| FONTAINEBLEAU LAS VEGAS RETAIL MEZZANINE, LLC | C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE FL 33302 |
| FONTAINEBLEAU LAS VEGAS RETAIL MEZZANINE, LLC | RUSSELL M. BLAIN, ESQ. C/O STICHTER, RIEDEL BLAIN & PROSSER, P.A. 110 E. MADISON ST., STE. 200 TAMPA FL 33602 |
| FONTAINEBLEAU LAS VEGAS RETAIL PARENT, LLC | C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE FL 33302 |
| FONTAINEBLEAU LAS VEGAS RETAIL PARENT, LLC | RUSSELL M. BLAIN, ESQ. C/O STICHTER, RIEDEL BLAIN & PROSSER, P.A. 110 E. MADISON ST., STE. 200 TAMPA FL 33602 |
| FONTAINEBLEAU LAS VEGAS, LLC | C/O SONEET R. KAPILA, BANKRUPTCY TRUSTEE P.O. BOX 14213 FT. LAUDERDALE FL 33302 |
| FONTAINEBLEAU LAS VEGAS, LLC | RUSSELL M. BLAIN, ESQ. C/O STICHTER, RIEDEL BLAIN & PROSSER, P.A. 110 E. MADISON ST., STE. 200 TAMPA FL 33602 |
| FORGA - CONSULTADORIA E MARKETING LDA | TRANSFEROR: RAKEPOLL FINANCE N.V. RUA DOS MURCAS, 98 FUNCHAL-MADEIRA   9000-058 PORTUGAL |
| FRANZ FAMILY CAPITAL, LLC | TRANSFEROR: FONTAINEBLEAU LAS VEGAS CAPITAL CORP. ATTN: LEE M. LEVITT, ESQ. 6 BAYER LANE BOONTON NJ 07005 |
| FRANZ FAMILY CAPITAL, LLC | TRANSFEROR: FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC ATTN: LEE M. LEVITT, ESQ. 6 BAYER LANE BOONTON NJ 07005 |
| FRANZ FAMILY CAPITAL, LLC | TRANSFEROR: FONTAINEBLEAU LAS VEGAS RETAIL LLC ATTN: LEE M. LEVITT, ESQ. 6 BAYER LANE BOONTON NJ 07005 |
| FRANZ FAMILY CAPITAL, LLC | TRANSFEROR: FONTAINEBLEAU LAS VEGAS RETAIL MEZZANINE, LLC ATTN: LEE M. LEVITT, ESQ. 6 BAYER LANE BOONTON NJ 07005 |
| FRANZ FAMILY CAPITAL, LLC | TRANSFEROR: FONTAINEBLEAU LAS VEGAS RETAIL PARENT, LLC ATTN: LEE M. LEVITT, ESQ. 6 BAYER LANE BOONTON NJ 07005 |
| FRANZ FAMILY CAPITAL, LLC | TRANSFEROR: FONTAINEBLEAU LAS VEGAS, LLC ATTN: LEE M. LEVITT, ESQ. 6 BAYER LANE BOONTON NJ 07005 |
| GOLDMAN SACHS & CO. | TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PALOMINO FUND LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: GRF MASTERFUND, L.P. 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 10:12:44                          LEHMAN BROTHERS HOLDING INC.                                              PAGE: 2
DATE: 12/31/13                              CREDITOR LISTING

Name                                                Address
GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P.    DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P.             C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P.             DAVID AMAN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
GRF MASTERFUND, L.P.                                    ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GRF MASTERFUND, L.P.                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012
ILLIQUIDX LLP                                           TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: FORGA - CONSULTADORIA E MARKETING LDA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LIQUIDITY SOLUTIONS, INC.                               TRANSFEROR: ROBERT M NEUMEISTER JR TRUST DTD 12/6/05 ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MACQUARIE BANK LIMITED                                  ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                                  TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                                  TRANSFEROR: SPECTRUM INVESTMENT PARTNERS LP ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.                  DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.                  THOMAS SALATTE, ESQ 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
PALOMINO FUND LTD.                                      C/O APPALOOSA MANAGEMENT L.P. ATTN: KEN MAIMAN 51 JOHN F KENNEDY PARKWAY SHORT HILLS NJ 07078
PMT CREDIT OPPORTUNITIES FUND LTD.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018
QUANTUM PARTNERS LP                                     TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE NEW YORK NY 10106
ROBERT M NEUMEISTER JR TRUST DTD 12/6/05                ROBERT M NEUMEISTER JR TRUSTEE 2729 SILVER CLOUD DR PARK CITY UT 84060
UBS AG                                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP                           TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    62
```

EPIQ BANKRUPTCY SOLUTIONS, LLC