EXHIBIT A-2

# FORM OF NOTICE OF PARTIAL TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

**Form 210A (10/06)**

**United States Bankruptcy Court**

**SOUTHERN DISTRICT OF NEW YORK**

*In re* LEHMAN BROTHERS HOLDINGS INC, ADMINISTERED

Case No. 08 - 13555 (JMP) JOINTLY

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HLTS FUND II LP | THE ROYAL BANK OF SCOTLAND PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known):    67778

Amount of Claim:    $843,000.00

Date Claim Filed:    9/14/09

Name and Address where notices to transferee should be sent:
HLTS FUND II LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attention: Matt Seltzer
Telephone: 212-303-9487
Fax: 212-838-8299
mseltzer@halcyonllc.com
pdesai@halcyonllc.com
jgreene@halcyonllc.com

Name and Address where transferee payments should be sent (if different from above):
HLTS Fund II LP
Bank of New York
ABA #: 021-000-018
Acct Name: Barclays Capital, Inc.
Acct #: 8900693037
FFC: HLTS Fund II LP
FFC: 210-30174
Ref: LBF/LBHI from RBS

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  _____  Date: September 11, 2013
    Transferee/Transferee's Agent      Aaron Goldberg
    Managing Principal                 Chief Financial Officer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §1152 & 3571.

## EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, THE ROYAL BANK OF SCOTLAND PLC ("Seller") has, pursuant to and as more fully detailed in a claim purchase agreement dated September 11, 2013, unconditionally and irrevocably sold, transferred and assigned to HLTS FUND II LP ("Buyer") all of Seller's rights, title and interest in and to Seller's Claim No. 67778, which claim was amended on December 6, 2011, solely to the extent of $843,000.00 (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 11th day of Sept, 2013.

| SELLER | BUYER |
|---|---|
| THE ROYAL BANK OF SCOTLAND PLC | HLTS FUND II LP |
| By: RBS Securities Inc., its agent | By: Halcyon Long Term Strategies LP, Its Investment Manager |
| By: _____ | By: _____ |
| Name: Mason Chau | Name: James W. Sykes |
| Title: Vice President | Title: Managing Principal |
| | Aaron Goldberg |
| | Chief Financial Officer |