Craig J. Albert, Esq.
ALBERT PLLC
733 Third Ave., 15th Fl.
New York, NY 10017-3293
Tel.: (646) 790-5840
CraigJustinAlbert@gmail.com

*Attorneys for Edward J. Agostini and*
*Sylvia Agostini, in their individual capacities as joint*
*tenants with right of survivorship and in their capacities*
*as Trustee of (in the case of Edward J. Agostini) Ed*
*Agostini Living Trust DTD 5/12/2000 and Trustee of (in*
*the case of Sylvia Agostini) Sylvia Agostini Living Trust*
*DTD 5/12/2000*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

----------------------------------------------------------------x

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Albert PLLC has replaced the law firm of Reitler Kailas & Rosenblatt LLC as attorneys for Edward J. Agostini and Sylvia Agostini, in their individual capacities as joint tenants with right of survivorship and in their capacities as trustee of (in the case of Edward J. Agostini) Ed Agostini Living Trust DTD 5/12/2000 and trustee of (in the case of Sylvia Agostini) Sylvia Agostini Living Trust DTD 5/12/2000 (collectively, the "*Agostini Parties*"), in the above-captioned cases. The Agostini Parties respectfully request that all notices, pleadings, orders, complaints, and other documents served or required to be served in the above-captioned cases be served upon:

>Albert PLLC
>733 Third Ave., 15th Fl.
>New York, NY 10017-3293
>Tel.: (646) 790-5840
>
>Attention: Craig J. Albert, Esq.
>
>Email: CraigJustinAlbert@gmail.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal. whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission or otherwise.

Dated: New York, New York
       January 7, 2014

>ALBERT PLLC
>
>By:   /s/ Craig J. Albert
>      Craig J. Albert
>      733 Third Ave., 15th Fl.
>      New York, NY 10017-3293
>      Tel.: (646) 790-5840
>
>*Attorneys for Edward J. Agostini and Sylvia Agostini, in their individual capacities as joint tenants with right of survivorship and in their capacities as Trustee of (in the case of Edward J. Agostini) Ed Agostini Living Trust DTD 5/12/2000 and Trustee of (in the case of Sylvia Agostini) Sylvia Agostini Living Trust DTD 5/12/2000*

2