Form 210A/B – Transfer of LBHI Claim # 50505

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO.: Chapter 11, Case No. 08-13555 (JMP) (jointly administered)

CLAIM NO.: 50505 (please note that only a portion of this claim is being transferred, as described below)

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a ratable portion in an amount of $6,547,766.12 (the "Transferred Portion") of the above claim which has been allowed against the Debtor in the Bankruptcy Court in the amount of $26,191,064.48 (the "Claim") of which an aggregate amount of $12,561,852.69 is registered in the name of the Seller

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**Attestor Value Master Fund LP**
c/o Attestor Capital LLP
21 Upper Brook Street
London
W1K 7PY
United Kingdom

Attn: Isobelle White / Anke Heydenreich
Telephone: +44 20 7074 9625 / 9621

("Buyer") by assignment agreement dated 3 September 2012.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of February 2013.

DEUTSCHE BANK AG, LONDON BRANCH

Name:
Title:

ATTESTOR VALUE MASTER FUND LP
Acting by:
ATTESTOR CAPITAL LLP

Name:
Title:

B 201A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                              Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **ATTESTOR VALUE MASTER FUND LP** | **DEUTSCHE BANK AG, LONDON BRANCH** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Anke Heydenreich / Isobelle White**
**c/o Attestor Capital LLP**
**21 Upper Brook Street**
**London**
**W1K 7PY**
**United Kingdom**
**Phone: +44 20 7074 9621 / 9625**
Email: anke.heydenreich@attestorcapital.com
Isobelle.White@attestorcapital.com

Court Claim # (if known): **50505**
Amount of Claim Filed:
USD 26,191,064.48
Amount of Claim Transferred:
USD 6,547,766.12
Date Claim Filed: October 28, 2009

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: January 07, 2014
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571