# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, <u>et al</u>., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and address where notices
to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attention:   Alisa Mumola
Telephone:   203-862-8211
Email: amumola@contrariancapital.com

**Bowery OpportunityFund, L.P.**
**(f/k/a Longacre Opportunity Fund, L.P.)**
Name of Transferor

Name and Current Address of Transferor

Bowery OpportunityFund, L.P.
(f/k/a Longacre Opportunity Fund, L.P.)
1325 Avenue of the Americas, 28th Floor
New York, NY 10019

Previous Address

Longacre Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019

**Proof of Claim #: 48725,  Allowed in the amount of $1,000,000.00**
**Proof of Claim #: 24916,  Allowed in the amount of $168,294.45**
**Proof of Claim #: 24917,  Allowed in the amount of $116,359.82**
**Proof of Claim #: 15745  Allowed in the amount of $207,720.00**
**Proof of Claim #: 10717,  Allowed in the amount of $52,000.00**
**Proof of Claim #: 1688,  Allowed in the amount of $523,960.00**
**Proof of Claim #: 47045,  Allowed in the amount of $606,651.50**
**Proof of Claim #: 47059,  Allowed in the amount of $186,488.90**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____**January 7, 2014**_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:              Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    CONTRARIAN FUNDS, LLC

BOWERY OPPORTUNITY FUND, L.P. (f/k/a Longacre Opportunity Fund, L.P.), as assignee of Par Investment Partners, L.P., located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. under proof of claim number **48725** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered in Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

IN WITNESS WHEREOF, dated as of the 30 day of December, 2013.

BOWERY OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, L.L.C.,
its General Partner

By: 
Name: Vladimir Jelisavcic
Title: Manager


CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: 
Name: 
Title: MICHAEL J. RESTIFO
           COO/CFO

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York
AND TO: CONTRARIAN FUNDS, LLC

BOWERY OPPORTUNITY FUND, L.P. (f/k/a Longacre Opportunity Fund, L.P.), as assignee of Forest City Capital Corporation, located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. under proof of claim number **24916** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered in Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

IN WITNESS WHEREOF, dated as of the 30 day of December, 2013.

BOWERY OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, L.L.C.,
its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager


CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: _____
Name:
Title: MICHAEL J. RESTIFO
       COO/CFO

- 6 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    CONTRARIAN FUNDS, LLC

BOWERY OPPORTUNITY FUND, L.P. (f/k/a Longacre Opportunity Fund, L.P.), as assignee of Puerto Swap FCCC Corp., located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. under proof of claim number 24917 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered in Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

IN WITNESS WHEREOF, dated as of the 30 day of December, 2013.

BOWERY OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, L.L.C.,
its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: _____
Name:
Title:

MICHAEL J. RESTIFO
COO/CFO

- 6 -

### EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    CONTRARIAN FUNDS, LLC

       BOWERY OPPORTUNITY FUND, L.P. (f/k/a Longacre Opportunity Fund, L.P.), as assignee of Par Investment Partners, L.P., located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. under proof of claim number **15745** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered in Case No. 08-13555 (JMP).

       Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

       IN WITNESS WHEREOF, dated as of the 30 day of December, 2013.

BOWERY OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, L.L.C.,
its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager


CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: _____
Name:
Title:    MICHAEL J. RESTIFO
          COO/CFO

## EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    CONTRARIAN FUNDS, LLC

BOWERY OPPORTUNITY FUND, L.P. ((f/k/a Longacre Opportunity Fund, L.P.), as assignee of Easton Investments II, A California Limited Partnership, located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. under proof of claim number **10717** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered in Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

IN WITNESS WHEREOF, dated as of the 30 day of December, 2013.

BOWERY OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, L.L.C.,
its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager


CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: _____
Name:
Title:    MICHAEL J. RESTIFO
          COO/CFO

- 6 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    CONTRARIAN FUNDS, LLC

BOWERY OPPORTUNITY FUND, L.P. (f/k/a Longacre Opportunity Fund, L.P.), as assignee of RAI-Radiotelevisione Italiana SPA, located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. under proof of claim number **1688** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered in Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

IN WITNESS WHEREOF, dated as of the 30 day of December, 2013.

BOWERY OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, L.L.C.,
its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager


CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: _____
Name:
Title:    MICHAEL J. RESTIFO
         COO/CFO

- 6 -

### EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    CONTRARIAN FUNDS, LLC

BOWERY OPPORTUNITY FUND, L.P. (f/k/a Longacre Opportunity Fund, L.P.), as assignee of HSBC Institutional Trust Services (Singapore) Limited acting solely as Trustee of Eastspring Investments Income XL (Formerly 'Pru Income XL'), located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. under proof of claim number **47045** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered in Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 30 day of December, 2013.

BOWERY OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, L.L.C.,
its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: _____
Name:
Title:  MICHAEL J. RESTIFO
        COO/CFO

- 6 -

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York
AND TO: CONTRARIAN FUNDS, LLC

BOWERY OPPORTUNITY FUND, L.P. (f/k/a Longacre Opportunity Fund, L.P.), as assignee of HSBC Institutional Trust Services (Singapore) Limited acting solely as Trustee of Eastspring Investments Income XL (Formerly 'Pru Income XL'), located at 1325 Avenue of the Americas, 28th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. under proof of claim number 47059 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered in Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer

IN WITNESS WHEREOF, dated as of the 30 day of December, 2013.

BOWERY OPPORTUNITY FUND, L.P.
By: Bowery Opportunity Management, L.L.C.,
its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager


CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., its Manager

By: _____
Name: MICHAEL J. RESTIFO
Title: COO/CFO

- 6 -