ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Daniel Guyder
Jonathan Cho

*Attorneys for DBS Bank Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 50150 (the "Claim"), filed on October 27, 2009, against Lehman Brothers Holdings Inc. by DBS Bank Limited (the "Claimant").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice all portions of the Claim relating to securities issued by Lehman Brothers UK Capital Funding L.P. [ISIN XS0215349357] (the "UKCF Claim"). All rights and defenses as to the remaining portions of the claim are hereby reserved. The Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge the UKCF Claim from the claims register.

The Claimant, through its counsel, represents and warrants that the withdrawal of the UKCF Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:   January 7, 2014
         New York, New York

/s/ Daniel Guyder
Daniel Guyder
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for DBS Bank Limited*

US_ACTIVE:\44373003\1\58399.0011