UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**ORDER DENYING EFETNET, B.V.'S MOTION FOR ENTRY OF AN
ORDER TO (I) PERMIT A LATE FILED PROOF OF CLAIM
OR (II) PERMIT AMENDMENT OF AN INFORMAL PROOF OF
CLAIM AGAINST LEHMAN BROTHERS COMMODITY SERVICES INC.**

**UPON** consideration of the motion, dated September 9, 2013, of EFETnet, B.V. ("EFETnet") for an order permitting (I) EFETnet to file a late proof of claim pursuant to Bankruptcy Rule 9006 or (II) amendment of EFETnet's informal proof of claim [ECF No. 40004] (the "Motion"), all as more fully described in the Motion; and upon consideration of the response of Lehman Brothers Commodity Services Inc. and Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [ECF No. 40545] (the "Response"); and upon the consideration of EFETnet's reply to the Response [ECF No. 41544]; and the arguments of counsel; and due and proper notice of the Motion having been provided to all parties via the Court's electronic filing system; and it appearing that no other or further notice need be provided; and the Court having held a hearing on the Motion on December 19, 2013; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the Motion is **DENIED**; and it is further

2

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



Dated: New York, New York
January 7, 2014

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge