BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Telephone: (212) 891-3976
Facsimile: (212) 310-1600
Ira A. Reid

*Attorneys for Axis Bank, DIFC Branch, Dubai*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | 08-13555 (JMP) |
| **Debtors** | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 17564, filed on September 18, 2009, against Lehman Brothers Holdings Inc. by Axis Bank, DIFC Branch, Dubai (the "Claimant") in the amount of $3,915,639.21, plus accrued and accruing interest, expenses and costs (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The undersigned has been duly authorized to withdraw the Claim on the Claimant's behalf.

Dated: January 7, 2014
New York, New York

_____
Ira A. Reid
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Telephone: (212) 891-3976
Facsimile: (212) 310-1600

*Attorneys for Axis Bank, DIFC Branch, Dubai*

US_ACTIVE:\44400733\1\58399.0011