UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                :
In re                                      :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                :    (Jointly Administered)
              Debtors.                            :
                                                :
------------------------------------------------------------------------x    Ref. Docket Nos. 41381, 41580,
                                                                     41663

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 2, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ *Lauren Rodriguez*
                                                                    Lauren Rodriguez

Sworn to before me this
7th day of January, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   PALOMINO FUND LIMITED                          PALOMINO FUND LIMITED
      TRANSFEROR: GOLDMAN, SACHS & CO.               ANDREWS KURTH LLP
      C/O APPALOOSA MANAGEMENT                       ATTN: DAVID HOYT
      ATTN: KEN MAIMAN                               450 LEXINGTON AVENUE
      51 JFK PARKWAY, SUITE 250B                     NEW YORK NY 10017
      SHORT HILLS NJ 07078
```

Please note that your claim # 58893-03 in the above referenced case and in the amount of $6,482,741.48 allowed at $5,374,076.67 has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: PALOMINO FUND LIMITED
      ATTN: MICHELLE LATZONI
      30 HUDSON STREET, 5TH FLOOR
      JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41663 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/02/2014              Vito Genna, Clerk of Court

                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 2, 2014.

EXHIBIT B

```
TIME: 10:49:49                                    LEHMAN BROTHERS HOLDING INC.                                                          PAGE:   1
DATE: 01/02/14                                         CREDITOR LISTING

Name                                    Address
BANCA MONTE DEI PASCHI DI SIENA S.P.A.  ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANK JULIUS BAER & CO. LTF              TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
CASSA DI RISPARMIO DI ASTI S.P.A.       TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MARILENA OSELLA PIAZZA LIBERTA 23 ASTI  14100 ITALY
GOLDMAN SACHS & CO.                     TRANSFEROR: PALOMINO FUND LIMITED ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
PALOMINO FUND LIMITED                   DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
PALOMINO FUND LIMITED                   ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
PALOMINO FUND LIMITED                   TRANSFEROR: BARCLAYS BANK PLC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: GOLDMAN, SACHS & CO. APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
PALOMINO FUND LIMITED                   TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                        SHORT HILLS NJ 07078
UBS AG                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND


Total Number of Records Printed         18


                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```