UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                               :   Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :   08-13555 (JMP)
                                                    :   (Jointly Administered)
                        Debtors.                    :
                                                    :
------------------------------------------------------------------------x   Ref. Docket Nos. 41579, 41583-
                                                        41586, 41683, 41687-41695, 41697-
                                                        41702, 41725, 41769-41786, 41854

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
7th day of January, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

Pg 3 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P.
         ATTN: DANIEL MIRANDA & ANTHONY VITIELLO
         745 SEVENTH AVENUE, 2ND FLOOR
         NEW YORK NY 10019

Please note that your claim # 29032 in the above referenced case and in the amount of
        $255,000.00    allowed at $255,000.00        has been transferred **(unless previously expunged by court order)**

         VARDE INVESTMENT PARTNERS, LP
         TRANSFEROR: BARCLAYS BANK PLC
         ATTN: EDWINA PJ STEFFER
         8500 NORMANDALE LAKE BLVD., STE 1500
         MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41769    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/03/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 3, 2014.

EXHIBIT B

```
TIME: 11:25:27                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 01/03/14                                                    CREDITOR LISTING

Name                                              Address
ABN AMRO BANK NV, JERSEY BRANCH                   PO BOX 255 7 CASTLE STREET ST. HEILER, JERSEY   UNITED KINGDOM
ALEITER HOLDINGS LLC                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                  NEW YORK NY 10020-1708
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA   53100 ITALY
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS, LLC               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC               MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: GRF MASTERFUND, L.P. C/O GOLDMAN, SACHS AND CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GRF MASTERFUND, L.P.                              ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GRF MASTERFUND, L.P.                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP LLC 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: BROWNSTONE PARTNERS CATALYST MASTER FUND LTD C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER
                                                  BUILDING 2, FLOOR 21 NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLA LTD ATTN: REHANA WIJENATAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLA LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B
                                                  NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: ULTRA MASTER LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: ULTRA MASTER LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
QUANTUM PARTNERS LP                               TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE NEW YORK NY 10106
QUANTUM PARTNERS LP                               TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT.
                                                  NEW YORK NY 10106
QUANTUM PARTNERS LP                               TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT.
                                                  888 SEVENTH AVENUE NEW YORK NY 10106
THE VARDE FUND X (MASTER), L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
UBS AG                                            TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH   CH-8001 SWITZERLAND
VARDE FUND VI-A LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VONWIN CAPITAL MANAGEMENT, LP                     TRANSFEROR: ABN AMRO BANK NV, JERSEY BRANCH ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WATERSTONE MF FUND, LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 26
                                                  PLYMOUTH MN 55447

Total Number of Records Printed       34                                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```