UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                Debtors.                                         :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 41077 & 41612

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
7th day of January, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 41077 & 41612_Aff 1-3-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   HONTAI LIFE INSURANCE CO., LTD
              4TH FL., 156, MINSHENG E. RD.,
              SEC. 3
              TAIPEI TAIWAN


Additional:




Transferee:   BARCLAYS BANK PLC
              745 SEVENTH AVENUE
              NEW YORK NY 10019



Your transfer  of claim #   41195    is defective for the reason(s) checked below:

Previously Transferred




Docket Number 41612              Date 12/19/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 3, 2014.

# EXHIBIT B

```
TIME: 11:26:13                                  LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 01/03/14                                       CREDITOR LISTING

Name                         Address
BARCLAYS BANK PLC            745 SEVENTH AVENUE NEW YORK NY 10019
FISALIS TRUST                BANQUE PRIVEE EDMOND DE ROTHSCHILD 18 RUE DE HESSE GENEVA   1204 SWITZERLAND
HONTAI LIFE INSURANCE CO., LTD   4TH FL., 156, MINSHENG E. RD., SEC. 3 TAIPEI   TAIWAN
ING LUXEMBOURG               52, ROUTE D'ESCH L-2965 LUXEMBOURG

Total Number of Records Printed     4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC