**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | CHAPTER 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | CASE No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## WITHDRAWAL OF PROOF OF CLAIMS OF EXUM RIDGE CBO 2006-1, LTD

PLEASE TAKE NOTICE that Exum CBO Ridge 2006-1, Ltd. hereby withdraws its Proofs of Claim Numbers 26465 and 26466 filed against Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. in connection with the Exum Ridge CBO 2006-1 transaction.

December 27, 2013

Respectfully submitted,

Exum Ridge CBO 2006-1, Ltd.

By: _____ **Karen Perkins**

Its: Director

EXUM2006-1withdrawal