# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : CASE No. 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

## WITHDRAWAL OF PROOF OF CLAIMS OF PEBBLE CREEK LCDO 2007-3, LTD

**PLEASE TAKE NOTICE** that Pebble Creek LCDO 2007-3, Ltd. hereby withdraws its Proofs of Claim Numbers 26447 and 26448 filed against Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. in connection with the Pebble Creek LCDO 2007-3 transaction.

December 27, 2013

Respectfully submitted,

PEBBLE CREEK LCDO 2007-3, Ltd.

By: /s/ Karen Perkins

Its: Director

PebbleCreekwithdrawal