UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
) Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, )
) (Jointly Administered)
Debtors. )

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings, Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lamorak Advisors, L.L.C. | Barclays Bank PLC |
|---|---|
| Name of Transferee | Name of Transferor |

| $3,316,824.36 | 34460 |
|---|---|
| Amount of Claim Transferred | Proof of Claim Number |

September 23, 2009

Date Claim Filed

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: Lamorak Advisors, L.L.C.
Address:        c/o Ropes & Gray LLP
                1211 Avenue of the Americas
                New York, NY 10036-8704
                Attn: Philip Wells

37730658_1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 1-8-14

Name: Philip A. Wells
Title:  Counsel for Transferee

37730658_1

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BARCLAYS BANK PLC ("Seller")

Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to LAMORAK ADVISORS, L.L.C., its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. relating to proof of claim number 34460 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of January 3, 2014

**SELLER: BARCLAYS BANK PLC**

By: _____
Name:
Title:

Jenna Yoo
Authorized Signatory