B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holding INC , Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AJ Investments BV | Stichting Parismonia |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Rijksweg 16
5268 KJ Helvoirt (The Netherlands)

Court Claim # (if known): 40167
Amount of Claim: $147,820.84
Date Claim Filed: 10/14/2009

Phone: 0031411646464
Last Four Digits of Acct #: 0002

Phone: 0031411646464
Last Four Digits of Acct. #: 0003

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Simon Schoone                    Date: 12/10/2013
    Transferee/~~Transferee's Agent~~

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.