B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing, Inc.          Case No. 08-13888

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Claren Road Credit Master Fund Ltd. |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-894-6175
Email: Brian.Broyles@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Elanit A. Snow
Phone: 212-373-3000
Email: Esnow@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

Court Claim # (if known): 66928
Amount of Claim Transferred: $986,700.67
Allowed Amount of Claim Transferred: $986,700.67

Date Claim Filed: June 28, 2010

Phone: 212-373-3000

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian S. Broyles          Date: 1/7/14
Transferee/Transferee's Agent
Brian S. Broyles
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF [PARTIAL] TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $986,700.67 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **Claren Road Credit Master Fund Ltd.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $986,700.67 | 66928 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $986,700.67 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Citigroup Financial Products Inc.
Address: 1615 Brett Road, Bldg 3
         New Castle, DE 19720
Attn: Brian Blessing / Brian Broyles
Phone: 302-324-6660 / 302-894-6175
Email: brian.m.blessing@citi.com /
       brian.broyles@citi.com
Signature: _____
Name: Michael Eliason
Title: Authorized Signatory
Date: _____

ASSIGNOR: Claren Road Credit Master Fund Ltd.
Address: Claren Road Asset Management, LLC
         900 Third Avenue, 29th Floor
         New York, NY 10022
Attn: Marc Heimowitz
Email: heimowitz@clarenroad.com
Signature: _____
Name: _____
Title: _____
Date: _____

Doc#: US1:8993630v4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE AND EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that **$986,700.67** of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **Claren Road Credit Master Fund Ltd.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $986,700.67 | 66928 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $986,700.67 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Citigroup Financial Products Inc.
Address: 1615 Brett Road, Bldg 3
         New Castle, DE 19720
Attn: Brian Blessing / Brian Broyles
Phone: 302-324-6660 / 302-894-6175
Email: brian.m.blessing@citi.com /
       brian.broyles@citi.com

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Claren Road Credit Master Fund Ltd.
Address: Claren Road Asset Management, LLC
         900 Third Avenue, 29th Floor
         New York, NY 10022
Attn: Marc Heimowitz
Email: heimowitz@clarenroad.com

Signature: /s/
Name: Neil Berman
Title: CFO
Date: 11/13/13

Doc#: US1:8993630v4