B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,　　　　　　　　　Case No. <u>08-13555</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PAULSON ENHANCED LTD. | AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

　　Paulson Enhanced Ltd.
　　c/o Paulson & Co. Inc.
　　1251 Avenue of the Americas
　　New York, NY  10020

Court Claim # (if known):  23016

Amount of Claim to be Transferred:
US$381,065.00

Court Claim # (if known):  22857

Amount of Claim to be Transferred:
US$2,966,487.23

Court Claim # (if known):  22859

Amount of Claim to be Transferred:
US$7,081,477.97

Court Claim # (if known):  22860

Amount of Claim to be Transferred:
US$585,396.43

Court Claim # (if known):  22863

Amount of Claim to be Transferred:
US$1,019,693.74

Court Claim # (if known):  22864

Amount of Claim to be Transferred:
US$71,034.00

Court Claim # (if known):  23018

Amount of Claim to be Transferred: US$280,257.00

Court Claim # (if known):  23020

Amount of Claim to be Transferred: US$168,154.20

Date Claims Filed: September 21, 2009
Debtor:  Lehman Brothers Special Financing Inc.

Phone:  (212) 956-2221
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *J. R. Smith*                                                   Date: January 9, 2014
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>EXHIBIT A1</u>

<u>Evidence of Transfer of LBSF Claim</u>

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Amundi Alternatives Paulson Enhanced Master Fund** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Paulson Enhanced Ltd.** ("Buyer") all of its right, title and interest in its claims set forth in Exhibit 1 hereto (the "Transferred Claims") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888, jointly administered under In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Transferred Claims assigned herein to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claims and recognizing the Buyer as the sole owner and holder of the Transferred Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claims, and all payments or distributions of money or property in respect of the Transferred Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __9th__ day of January, 2014.

| SELLER: | BUYER: |
|---|---|
| **AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND** | **PAULSON ENHANCED LTD.** |
| Name: Stuart Merzer<br>Title: Authorized Signatory | Name: Stuart Merzer<br>Title: Authorized Signatory |

### Exhibit 1 to Evidence of Transfer of Claim

| PROOF OF CLAIM NUMBERS | CLAIM AMOUNT |
|---|---|
| 23016 | $381,065.00 |
| 22857 | $2,966,487.23 |
| 22859 | $7,081,477.97 |
| 22860 | $585,396.43 |
| 22863 | $1,019,693.74 |
| 22864 | $71,034.00 |
| 23018 | $280,257.00 |
| 23020 | $168,154.20 |