B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

Paulson Enhanced Ltd.                          Amundi Alternatives Paulson Enhanced Master
_____              Fund_____
          Name of Transferee                             Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 28824
should be sent:                                  Amount of Claim Transferred: $12,749,000.00
                                                 Date Claim Filed: September 22, 2009
c/o Paulson & Co. Inc.                           Debtor: Lehman Brothers Special Financing Inc.
1251 Avenue of the Americas
NY, NY 10020
Phone: 212-956-2221
Fax: 212-977-9505

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: January 9, 2014 _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

15

Acknowledged and Agreed:

By: _____
      Transferor/Transferor's Agent

Date:   January 9, 2014 _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc.</u>, et al., Debtors.　　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>Paulson Enhanced Ltd.</u>　　　　　　　　　Amundi Alternatives Paulson Enhanced Master
　　　　Name of Transferee　　　　　　　　　Fund
　　　　　　　　　　　　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): <u>28823</u>
should be sent:　　　　　　　　　　　　　　Amount of Claim Transferred: <u>$12,749,000.00</u>
　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: <u>September 22, 2009</u>
c/o Paulson & Co. Inc.　　　　　　　　　　Debtor: <u>Lehman Brothers Holdings Inc.</u>
1251 Avenue of the Americas
NY, NY 10020
Phone: 212-956-2221
Fax: 212-977-9505

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　　　　Date: January 9, 2014
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

17

Acknowledged and Agreed:                                    Date:  ___January 9, 2014____

By: _____
          Transferor/Transferor's Agent