WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                     :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF THE ONE HUNDRED NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 19902] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:  January 9, 2014
        New York, New York

                                                         /s/ Robert J. Lemons
                                                         Robert J. Lemons

                                                         WEIL, GOTSHAL & MANGES LLP
                                                         767 Fifth Avenue
                                                         New York, New York 10153
                                                         Telephone: (212) 310-8000
                                                         Facsimile: (212) 310-8007

                                                         Attorneys for Lehman Brothers Holdings Inc.
                                                         and Certain of Its Affiliates

US_ACTIVE:\44403350\1\58399.0008

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| PHILIPS PENSION TRUSTEES LTD | 43934 |