WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                              :   **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   **08-13555 (JMP)**
                                                   :
Debtors.                                           :   **(Jointly Administered)**
                                                   :
                                                   :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF ONE**
**HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without prejudice its One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 16114] **solely as to the claims listed on Exhibit A attached hereto**. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on

any grounds in the future.

Dated:  January 10, 2014
       New York, New York

                                                    /s/ Robert J. Lemons
                                                    Robert J. Lemons

                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, New York 10153
                                                    Telephone: (212) 310-8000
                                                    Facsimile: (212) 310-8007

                                                    Attorneys for Lehman Brothers Holdings Inc.
                                                    and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | 18976 | 17169 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | 18977 | 17169 |