

23. Dez. 2013

U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, NY 10017

USA

Zurich, Nov. 08, 2013 / SVR

**Notice of Transfer of Claims other than for Security
Pursuant to Bankruptcy Rule 3001**

Case No: 08-13555 (JMP)
Claim No: 58786
Issue: Nom EUR 100'000 Lehman Bros. Treas. Bv Var.% 02.11.35 /
ISIN XS0232364868

Dear Sirs

Enclosed please find a copy of the above mentioned Transfer Form between Bank Julius Bär & Co. Ltd., Zurich and ourselves for your records. The original has been sent to Epiq Bankruptcy Solutions, New York.

Please confirm receipt and send any future communication to the address mentioned in the form.

For your co-operation we thank you very much in advance.

Yours sincerely

**Banque Internationale à Luxembourg (Suisse) SA**

Stephan Häner
Assistant Vice President

Sven Riva
Assistant Vice President

<u>Enclosures</u>:
Mentioned

RECEIVED
DEC 26 2013
U.S. BANKRUPTCY COURT
SD NY OF NEW YORK

Banque Internationale à Luxembourg (Suisse) SA
Beethovenstrasse 48 · Postfach · CH-8022 Zürich
T +41 (0)58 810 82 92 · F +41 (0)58 810 82 71
www.bil.com/ch

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Banque Internationale à Luxembourg (Suisse) SA, Beethovenstrasse 48, CH-8022 Zurich, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in the **amount of EUR 100'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 November 2013.

**Bank Julius Baer & Co. Ltd.**

Marc Blum
Director

Patrik Roos
Executive Director

RECEIVED DEC 2 6 2013

ACKNOWLEDGED BY:

Banque Internationale à Luxembourg (Suisse) SA

Sven Riva
Assistant Vice President

Stephan Häner
Assistant Vice President

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0232364868 | 58786 | 27 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | EUR 100'000.- |