**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Reference is made to proof of claim number 35021 and proof of claim number 18363, which were filed by Marie J. Papillon ("Papillon") on September 17, 2009, against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Holdings, Inc, respectively (the "Claims").

PLEASE TAKE NOTICE that the Papillon hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The undersigned represents and warrants that the withdrawal is duly authorized.

Dated: January 10, 2014
New York, New York

McDermott Will & Emery LLP

/s/ Gregory A. Kopacz
Gregory A. Kopacz, Esq.
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5620
Facsimile: (212) 547-5444

*Counsel for Marie J. Papillon*

DM_US 49009838-1.083537. 0011  1