## United States Bankruptcy Court
### Southern District of New York

**In Re:**      **LEHMAN BROTHERS HOLDINGS, INC.**
**Case No:**    **08-13555**

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. **49604** HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.
1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R.
Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and
notice.

| | |
|---|---|
| Name of Transferee: | Name of Transferor: |
| **AMIAS BERMAN & CO LLP** | **DEUTSCHE POSTBANK AG** |

Name and address where notices to transferee
should be sent:

Court Claim #:              49604
Amount of Allowed Claim:   USD 52,673.66
Date Claim Filed:          October 27, 2009

    Amias Berman & Co LLP
    Ground Floor West, One Finsbury Circus
    London, EC2M 7EB
    Attn: Jay Conklin

Name and Address of Transferor:

Deutsche Postbank AG
Kennedy Allee 62-70, Bonn D-53175
Germany

Phone: _____
Last Four Digits of Acct #: __N/A__

Phone: _____
Last Four Digits of Acct. #: __N/A__

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____N/A_____
Last Four Digits of Acct. #:_____N/A_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and
belief.

By: _____          Date: __1/10/14__
    Transferee / Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C .152 &3571*

---

**--DEADLINE TO OBJECT TO TRANSFER--**

    The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been
filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days
of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original
claimant without further order of the court.

Date:_____

                                       **CLERK OF THE COURT**

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Deutsche Postbank AG** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Amias Berman & Co LLP** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Numbers 49604 and 49605 filed by or on behalf of **Deutsche Postbank AG** (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; g) on or about April 17, 2012, Seller received the first distribution relating to the Transferred Claims totaling the amount of $3,983.36 (the "First Distribution"), on or about October 1, 2012, the second distribution relating to the Transferred Claims in the amount of $2,688.04 (the "Second Distribution"), and on or about April 4, 2013, the third distribution relating to the Transferred Claims in the amount of $3,395.20 (the "Third Distribution") and on or about October 3, 2013, the forth distribution relating to the Transferred Claims in the amount of $4,005.40 (the "Forth Distribution") and that other than the First Distribution, Second Distribution, Third Distribution and Forth Distribution, Seller has not received any payments or distributions, whether directly or indirectly, in respect of the Transferred Claims; (h) on or about May 8, 2013, Seller received the first distribution from Lehman Brothers Treasury Co. B.V. in the amount of EUR20,721.08 (the "First LBTBV Distribution"), and on or about October 23, 2013 Seller received the second distribution from Lehman Brothers Treasury Co. B.V. in the amount of EUR8,116.67 (the "Second LBTBV Distribution"), and that other than this distribution, neither Seller, nor any third party on its behalf, has received any payments or distributions, whether directly or indirectly, in respect of the Purchased Security; and (i) Seller provided to Buyer a true and correct copy of the Notice of Proposed Allowed Claim Amount for the Proof of Claim ("Notice") dated 27 October 2009, and Seller did not file a written response to the Notice per the terms of the Notice.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice

or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 27 day of Nov 2013.

**Deutsche Postbank AG**
(acting as Transferor)

By:
Name:
ANGERER

Deutsche Postbank AG
Kennedy Allee 62-70
Bonn D-53175
Germany

**Amias Berman & Co LLP**

By:
Name:
Title:
Address : Ground Floor West, One Finsbury Circus
London, EC2M 7EB

Schedule 1

Transferred Claims

Purchased Claim

100% of the Proposed Allowed Claim Amount of proof of claim 49604 and 49605 which totals an allowed claim amount of USD 52,673.66 and USD 57,692.55.

Lehman Programs Securities to which Transfer Relates

| Proof of Claim Number | ISIN/CUSIP | Issuer | Guarantor | Purchased Principal/Notional Amount in EUR | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| 49604 | XS0272783530 | Lehman Brothers Treasury Co B.V. | Lehman Brothers Holdings Inc | EUR 128,000.00 | N/A | 05/02/2017 | N/A |
| 49605 | XS0311297021 | Lehman Brothers Treasury Co B.V. | Lehman Brothers Holdings Inc | EUR 63,000.00 | N/A | 27/12/2017 | N/A |

Schedule 1-1



# Deutsche Postbank AG
# Unterschriftenverzeichnis

List of authorised signatories

Postbank



## Preamble - List of Authorized Signatories / Holders of a General Power of Attorney (Prokuristen) and of a Commercial Power of Attorney (Handlungsbevollmächtigten)

The attached list contains the specimen-signatures as well as the holders of general powers of attorney and holders of a commercial powers of attorney authorized to represent Deutsche Postbank AG.

In order to legally bind Deutsche Postbank AG two signatures of persons whose names are set out in this list are required.

In accordance with this aforementioned provision powers of attorney may be granted to one or more persons acting severally or jointly as regards to certain subject matters in specific cases.

Any deviations from these provisions are only possible if a note to this effect is printed or displayed by EDP imprint on the respective Deutsche Postbank AG form.

This List of Authorized Signatories replaces any previously published lists of authorized signatories of Deutsche Postbank AG with effect for the future.

Bonn, as of May 2013

Frank Strauß
Chairman of the board of Management

Ralf Stemmer
Member of the board of Management

# Postbank AG



## Unterschriftenverzeichnis  - Prokuren

| | |
|---|---|
| ppa. *(signature)* | Jürgen<br>Adams<br>Senior Professional<br>Senior Professional<br>Prokura<br>Postbank Dortmund |
| ppa. *(signature)* | Carsten<br>Anders<br>Abteilungsdirektor<br>Head of Department<br>Prokura<br>Postbank Zentrale |
| ppa. *(signature)* | Carsten<br>Angerer<br>Abteilungsdirektor<br>Head of Department<br>Prokura<br>Postbank Zentrale |
| ppa. *(signature)* | Robert<br>Annabrunner<br>Abteilungsdirektor<br>Head of Department<br>Prokura<br>Postbank DSL-Außenstelle München |
| ppa. *(signature)* | Martin<br>Auerbach<br>Direktor<br>Director<br>Prokura<br>Postbank Zentrale |

*23.05.2013*

# Postbank AG



## Unterschriftenverzeichnis - Handlungsvollmachten

i. V.

Petra
Rickerl

Handlungsvollmacht
Postbank DSL-Außenstelle Nürnberg

---

i. V.

Karsten
Röhl

Handlungsvollmacht
Postbank Zentrale

---

i. V.

Steffi
Rohrer

Handlungsvollmacht
Postbank DSL-Außenstelle Magdeburg

---

i. V.

Wolfgang
Roos
Abteilungsdirektor
Head of Department
Handlungsvollmacht
BHW Kreditservice GmbH, Essen

---

i. V. Roos

Claudia
Roos

Handlungsvollmacht
Postbank Zentrale

---

23.05.2013

Seite 108