UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :        Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :        08-13555 (JMP)
                                                             :
                        Debtors.                             :        (Jointly Administered)
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
|---|---|
| Creditor Name and Address: | Turnberry/Centra Office Sub, LLC<br>Attn: Mario A. Romine<br>19501 Biscayne Boulevard, Suite 400<br>Aventura, FL   33180 |
| Claim Number (if known): | 27134 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim **with prejudice**, and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: AUTHORIZED SIGNER |
|---|---|
| Printed Name: MARIO A ROMINE | Dated: 12-20-13 |

US_ACTIVE:\44379410\1\58399.0011