UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
|---|---|
| Creditor Name and Address: | Jacquelyn Soffer<br>Attn: Mario Romine<br>19501 Biscayne Boulevard<br>Suite 400<br>Aventura, FL 33180 |
| Claim Number (if known): | 27137 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim **with prejudice**, and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: Jacquelyn Soffer | Dated: 12/20/13 |

SIGNATURE PAGE TO WITHDRAWAL OF CLAIM – JACQUELYN SOFFER (#44394018)