UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :      Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :      08-13555 (JMP)
                                                                 :
                          Debtors.                               :      (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
| Creditor Name and Address: | Franz Family Capital, LLC<br>c/o Franz Family Capital, LLC<br>6 Bayer Lane<br>Boonton, New Jersey 07005<br>Attn: Lee M. Levitt, Esq.<br>Tel: (973) 884-9200<br><br>[Per Transfer of Claim Other than for Security, dated December 20, 2013 (ECF No. 41629)] |
| Claim Number (if known): | 67162 |
| Date Claim Filed: | October 28, 2010 |
| Total Amount of Claim Filed: | Undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim **with prejudice**, and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Managing Director |
|---|---|
| Printed Name: Robert Franz | Dated: 12/23/13 |

SIGNATURE PAGE TO WITHDRAWAL OF CLAIM FRANZ FAMILY CAPITAL, LLC (#44379393)