UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                Debtors.                   :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
| Creditor Name and Address: | Fontainebleau Resorts, LLC<br>Attn: Mario A. Romine<br>19950 West Country Club Drive, Tenth Floor<br>Aventura, FL  33180 |
| Claim Number (if known): | 67802 |
| Date Claim Filed: | December 19, 2011 |
| Total Amount of Claim Filed: | Undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim with prejudice, and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Member, Bd of Mgrs. |
| Printed Name: STUART I ORAN | Dated: 12/20/13 |

US_ACTIVE:¥44379385¥1¥58399.0011