UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                    :        Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :        08-13555 (JMP)
                                         :
                    Debtors.             :        (Jointly Administered)
------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
| Creditor Name and Address: | Fontainebleau Resorts Properties I, LLC<br>Attn:   Mario A. Romine<br>19950 West Country Club Drive, Tenth Floor<br>Aventura, FL   33180 |
| Claim Number (if known): | 67803 |
| Date Claim Filed: | December 19, 2011 |
| Total Amount of Claim Filed: | Undetermined |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.
I hereby withdraw the above-referenced claim with prejudice, and authorize the Debtors' claims and noticing agent
to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: AUTHORIZED SIGNER |
|---|---|
| Printed Name: MARIO A Romine | Dated: 12-20-13 |