B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,     Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Macquarie Bank Limited | Name of Transferor<br>Oz Special Master Fund, Ltd. |
| Name and Address where notices to transferee should be sent:<br><br>Macquarie Bank Limited<br>125 West 55th Street<br>New York, NY 10019<br>Contacts: Shaun Gembala<br>Tel. No.: 212-231-6314<br>Email: loan.public@macquarie.com<br>Fax No: 212-231-2399 | Court Claim # (if known): 28105<br>Claim Amount: $10,000,000.00<br>Amount Transferred: $10,000,000.00<br>Date Claim Filed: 09/22/2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: Bank of New York Mellon, New York
ABA 021-000-018
SWIFT Code: IRVTUS3N
Acct. No. 890-0055-375
Beneficiary: Macquarie Bank Limited
SWIFT Code: MACQAU2S
CHIPS UID 236386
Ref: Lehman Claim Trade with Oz

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_  _[signature]_     Date: January 10, 2014
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Byron den Hertog        Nathan Booker
Division Director        Associate Director

NY1 9145259v.1

#1229576

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

OZ SPECIAL MASTER FUND, LTD., located at c/o Och-Ziff Capital Management Group 9 West 57th Street, 13th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to MACQUARIE BANK LIMITED, its successors and assigns ("Purchaser"), all of Seller's rights, title and interest in and to the claim of Seller in the allowed amount $10,000,000.00 against Lehman Brothers Holdings Inc. (Claim No.: 28105) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 9th day of ~~December, 2013~~ January, 2014

**OZ SPECIAL MASTER FUND, LTD.**
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____
 Name: Joel Frank
 Title: Chief Financial Officer

**MACQUARIE BANK LIMITED**

By: _____
 Name:
 Title:

By: _____
 Name:
 Title:

513-875/AGR/3957422.4

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

OZ SPECIAL MASTER FUND, LTD., located at c/o Och-Ziff Capital Management Group 9 West 57th Street, 13th Floor, New York, NY 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to MACQUARIE BANK LIMITED, its successors and assigns ("Purchaser"), all of Seller's rights, title and interest in and to the claim of Seller in the allowed amount $10,000,000.00 against Lehman Brothers Holdings Inc. (Claim No.: 28105) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 9th day of ~~December, 2013~~ January, 2014.

OZ SPECIAL MASTER FUND, LTD.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By:_____
    Name:
    Title:

MACQUARIE BANK LIMITED

By:_____
    Name:                    Robert McRobbie
    Title:                   Division Director
                             Legal Risk Management

By:_____
    Name:                    Kevin Lee
    Title:                   Division Director

(Signed in Sydney, POA Ref: #938 dated 22nd November 2012)

513-875/AGR/3957422.4

#1224704