# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/25/2013__
```

----------------------------------------------------------X
                                                          :
In re:                                                    :
                                                          :
LEHMAN BROTHERS HOLDING INC., et al.,    :         13 Civ. 07481 (LGS)
                                                          :
                                  Debtors.    :               ORDER
                                                          :
---------------------------------------------------------- X

LORNA G. SCHOFIELD, United States District Judge:

        WHEREAS counsel for the Federal Housing Finance Authority and the Federal Home

Mortgage Corporation filed a motion to withdraw the bankruptcy reference on October 23, 2013,

it is hereby

        ORDERED that counsel for all parties appear for an initial conference with the Court on

**October 31, 2013**, at **10:30 a.m.**, in **Courtroom 1106** of the United States District Court for the

Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New

York, New York.  All pretrial conferences must be attended by the attorney who will serve as

principal trial counsel.  Any open legal issues can be addressed at the conference.

        IT IS FURTHER ORDERED that all parties review and comply with the Court's

Individual Rules and Procedures ("Individual Rules") (available at the Court's website,

http://nysd.uscourts.gov/judge/Schofield).

        IT IS FURTHER ORDERED that no later than **October 29, 2013**, the parties submit, in

accordance with the Court's Individual Rules, simultaneous letters not to exceed 3 pages

addressing the nature of the case, the principal claims and defenses, the principal legal and other

grounds in support of and opposition to the motion, and any other information that the parties

believe may assist this Court in resolving the action.

1

Any request for an extension or adjournment shall be made by letter as provided in

Individual Rule I.B.2 and must be received at least 48 hours before the deadline or conference.

Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: October 25, 2013
      New York, New York

                                    LORNA G. SCHOFIELD
                               UNITED STATES DISTRICT JUDGE