# EXHIBIT J

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**David J. Lender**
+1 (212) 310-8153
david.lender@weil.com

November 14, 2013

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *In re Lehman Brothers Holdings Inc., et al.*, Civ. No. 13-cv-07481 (LGS)

Dear Judge Schofield:

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, writes in response to the November 11, 2013 letter from the Federal Home Loan Mortgage Corporation ("Freddie Mac") and its conservator, the Federal Housing Finance Agency, seeking a stay of the proceedings in the Bankruptcy Court relating to LBHI's motion (the "Classification Motion") to classify and allow proof of claim number 33568 (the "Claim") as a Senior Unsecured Claim until such time as the Court issues a ruling on Movants' motion to withdraw the bankruptcy reference (the "Letter Motion").

LBHI continues to believe that the Letter Motion has no merit and that its Classification Motion should properly be decided by the Bankruptcy Court. Nonetheless, given the Court's comments at the conclusion of the last hearing, LBHI intends to adjourn the November 22, 2013 hearing before the Bankruptcy Court on its Classification Motion, in order to provide the Court with additional time to consider the Motion to Withdraw the Reference.

LBHI, however, does want to inform the court that a lengthy adjournment of the Bankruptcy Court hearing could jeopardize LBHI's ability to fulfill its obligations to maximize its March distribution to all creditors of the estate. LBHI is required by its approved bankruptcy plan to make cash distributions to creditors semi-annually; its next distribution (the "March Distribution") will be on or about March 30, 2014 (the "March Distribution Date"). The amount of the March Distribution will be calculated based on, among other things, the amount of claims allowed, the amount of cash available, and the amount of cash required to be reserved for disputed claims – all as of approximately one month prior to the March Distribution Date. If, as sought by LBHI, an order allowing and classifying the Claim in LBHI Class 3 were entered today, more than $955 million of Priority Reserve would be made available for distribution to LBHI's creditors in the next round of distributions (in addition to the approximately $247 million in catch-up distributions that would be available for distribution to Freddie Mac). However, if such an order is entered too close to the March Distribution Date, no portion of the

Hon. Lorna G. Schofield                                          **Weil, Gotshal & Manges LLP**
November 14, 2013
Page 2

over $1.2 billion reserve could be made available for distribution to LBHI's creditors in the March
Distribution.  This would mean that creditors would need to wait yet another six months to get paid,
which would further prejudice creditors who already have been waiting more than five years from
LBHI's petition date to be satisfied by LBHI.

Respectfully submitted,

David J. Lender

*Attorneys for Lehman Brothers Holdings Inc.,*
*as Plan Administrator for Lehman Brothers*
*Holdings Inc. and Certain of Its Affiliates*

CC:   Counsel of record (via ECF)