CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Fl.
New York, New York  10020
Telephone:  (212) 655-6000
Craig M. Price (CP-9039)
Laura E. Appleby (LA-4879)

*Attorneys for U.S. Bank National Association, as Trustee, Bank of Montreal, and National Australia Bank Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | |
| ) | Case No. 08-13555 (JMP) |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

## MOTION FOR WITHDRAWAL OF ANN E. ACKER AND JAMES E. SPIOTTO AS ATTORNEYS OF RECORD

Pursuant to Bankruptcy Rule 2090-1(e), counsel of record for (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited hereby move this Court to allow Ann E. Acker and James E. Spiotto to withdraw as counsel of record for each of (i) U.S. Bank National Association, as Trustee (ii) Bank of Montreal, and (iii) National Australia Bank Limited in this case and as grounds allege as follows:

1. Ann E. Acker and James E. Spiotto have represented (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited as partners of the

3522824.01.01-2.doc

law firm of Chapman and Cutler LLP. Ann E. Acker and James E. Spiotto retired from the practice of law as of January 1, 2014 and thus can no longer represent each of (1) U.S. Bank National Association, as Trustee, (2) Bank of Montreal, and (3) National Australia Bank Limited.

    2. Each of (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited are adequately represented by counsel. Franklin Top III and Craig Price of Chapman and Cutler LLP will continue to represent each of (i) U.S. Bank National Association, (ii) Bank of Montreal, and (iii) National Australia Bank Limited, and thus each of (i) U.S. Bank National Association, as (ii) Bank of Montreal, and (iii) National Australia Bank Limited will suffer no prejudice by the proposed withdrawal.

    WHEREFORE, counsel for each of (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited respectfully requests that this Court enter an order allowing Ann E. Acker and James E. Spiotto to withdraw from further participation in this case.

Dated: January 10, 2014                Respectfully submitted,

                                              CHAPMAN AND CUTLER LLP

                                              By: /s/ Ann E. Acker
                                                  Ann E. Acker, Esq.
                                                  111 W. Monroe St.
                                                  Chicago, IL 60603
                                                  Tel: (312) 845-3710
                                                  Fax: (312) 516-1910