**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*, | ) |
| | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD**

Upon consideration of each of (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited's Motion to Withdraw Ann E. Acker and James E. Spiotto as counsel of record for each of (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited, it is hereby

**ORDERED**, that Ann E. Acker and James E. Spiotto are withdrawn as counsel of record for each of (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited in the above referenced case.

Dated: _____     /s/_____
New York, New York                            UNITED STATES BANKRUPTCY JUDGE

3