## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Nidwaldner Kantonalbank AG, Stansstaderstrasse 54, CH-6370 Stans, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **48586**) in the amount of USD **88'832.00** (claim amount as filed), respectively USD **71'579.98** (Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th day of December 2013.

Nidwaldner Kantonalbank AG

By: _____

Name of person signing:  René Niederberger     Marcel Lötscher
Title of person signing:  Prokurist              Handlungsbevollmächtigter

JAN - 6 2014

## SCHEDULE

## Lehman Programs Securities Related to Transferred Portion of Claim:

USD **88'832.00** (Claim Amount as Filed), respectively USD **71'579.98** (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH0027120655 | 48586 | 20.10.2009 | Lehman Brothers Treasury Co. B.V. | USD **88'832.00** (claim amount as filed) USD **71'579.98** (Allowed Claim Amount) CHF **80'000.00** (Nominal Amount) |

Blocking Number: SEME//7539750505151310

*Meine Bank*


**Luzerner Kantonalbank**

Luzerner Kantonalbank AG
Rechtsdienst & Compliance
Pilatusstrasse 12
Postfach
6002 Luzern

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

Telefon   0844 822 811
Telefax   041 206 29 16
info@lukb.ch, www.lukb.ch
MWST-Nr.  439 766

Datum              December 23, 2013 DR-Fep
Telefon direkt     041 206 24 86 Peter Felder
Telefax direkt     041 206 29 16
E-Mail             peter.felder@lukb.ch

**Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim**
Case No. 08-13555 (JMP)

Dear Sir or Madam,

Enclosed we send you 3 Evidence of Transfer of Claim Forms.

Thank you for your attention.

Sincerely yours,
Luzerner Kantonalbank

Jörg Gubler    Peter Felder

enclosure.



FILED / RECEIVED
DEC 27 2013
EPIQ SYSTEMS



23.12.13
CH-4621
Frankleren Post
751255
005.80
PRIORITY
Gross 2
DIE POST