**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------x
                                           :
```
In re                                      :        Chapter 11 Case No.
```
                                           :
```
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        08-13555 (JMP)
```
                                           :
```
                        Debtors.           :        (Jointly Administered)
```
                                           :
------------------------------------------------------------------------x    Ref. Docket Nos. 42023 & 42024
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 10, 2014, I caused to be served the:

    a.  "Notice of Motion of Lehman Brothers Holdings Inc., Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief," dated January 10, 2014, to which was attached the "Motion of Lehman Brothers Holdings Inc., Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief," dated January 10, 2014 [Docket No. 42023], and

    b.  "Declaration of Lawrence Brandman in Support of Motion of Lehman Brothers Holdings Inc., Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief," dated January 10, 2014 [Docket No. 42024],

    by causing true and correct copies to be:

        i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

        ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.     enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<em>/s/ Carol Zhang</em>

Sworn to before me this                         Carol Zhang
13th day of January, 2014
<em>/s/ Elli Krempa</em>
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com

arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chad.husnick@kirkland.com
chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@connellfoley.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

danielle.rose@kobrekim.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

ecohen@russell.com

edward.flanders@pillsburylaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com

hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com

jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com

kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com

margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com

mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com

patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com

6

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnyc.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hoganlovells.com

scott.mcculloch@kobrekim.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfalanga@connellfoley.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com

walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

agottfried@morganlewis.com

akratenstein@mwe.com

alexander.lorenzo@alston.com

andrew.behrman@hoganlovells.com

andrew.brozman@cliffordchance.com

anthony.candido@cliffordchance.com

appleby@chapman.com

arovira@sidley.com

aschulkin@lathropgage.com

ashmead@sewkis.com

backerly@hunton.com

bellj@akingump.com

bgarry@diamondmccarthy.com

brettmiller@mofo.com

brian.dillon@bodmanlaw.com

btrumbauer@bodmanlaw.com

btrust@mayerbrown.com

caseyn@whiteandwilliams.com

cdesiderio@nixonpeabody.com

cgraham@mckennalong.com

chammerman@paulweiss.com

choupt@mayerbrown.com

cprice@chapman.com

cszyfer@stroock.com

dadler@mccarter.com

ddavis@paulweiss.com

ddunne@milbank.com

djnewman@akingump.com

dshapiro@somervillema.gov

easmith@venable.com

eerman@ermanteicher.com

efogel@lathropgage.com

ericwinston@quinnemanuel.com

eschaffer@reedsmith.com

gary.mennitt@dechert.com

gmarsh@mckennalong.com

harold.horwich@bingham.com

heiser@chapman.com

hugh.hill@hoganlovells.com

ingrid.bagby@cwt.com

isley.markman@wilmerhale.com

jgoodchild@morganlewis.com

jhaney@wongfleming.com

jhein@hunton.com

jkramer@lowenstein.com

joshua.dorchak@bingham.com

jprol@lowenstein.com

jrosenberg@forwardinvesting.com

jschreib@chapman.com

jvanroy@zeklaw.com

kathryn.bergstrom@gpmlaw.com

kmayer@mccarter.com

krudd@zeklaw.com

lacyr@sullcrom.com

lawrence.gelber@srz.com

lbaker@fbtlaw.com

lwong@wongfleming.com

lucy.kweskin@srz.com

maofiling@cgsh.com

mblocker@sidley.com

mcordone@stradley.com

mdorval@stradley.com

mgburke@sidley.com

michael.johnson@alston.com

mspeiser@stroock.com

mvenditto@reedsmith.com

nalexander@fbtlaw.com

ncrowell@sidley.com

paul.hessler@linklaters.com

patrick.fang@bingham.com

peter.ivanick@hoganlovells.com

pfleming@morganlewis.com

phillip.bohl@gpmlaw.com

ppatterson@stradley.com

rgold@fbtlaw.com

rkapoor@venable.com

rpedone@nixonpeabody.com

rtizravesh@akingump.com

sbonnet@sidley.com

scruickshank@sidley.com

sloden@diamondmccarthy.com

smillman@stroock.com

james.millar@wilmerhale.com

james.warnot@linklaters.com

jclose@chapman.com

jeanites@whiteandwilliams.com

jfeldman@sidley.com

jfilloy@reedsmith.com

jfiorella@archerlaw.com

smolison@mofo.com

smorales@lathropgage.com

spesner@akingump.com

sshimshak@paulweiss.com

swolowitz@mayerbrown.com

tcurtin@lathropgage.com

yoderj@whiteandwilliams.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| 801 GRAND CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SERIES 2006-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-2 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| ACCESS GROUP INC SERIES 2005-A | C/O ACCESS GROUP, INC ATTN: VP OF PORTFOLIO MANAGEMENT 10  N  HIGH  ST ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WEST CHESTER PA 19380-3003 |
| ACCESS GROUP INC SERIES 2005-A | C/O U.S. BANK, NATIONAL ASSOCIATION 425 WALNUT STREET, 6TH FLOOR MIL CN-OH-W6CT ATTN: CORPORATE TRUST SERVICES STUDENT LOAN GROUP CINCINNATI OH 45202 |
| ACCESS GROUP INC SERIES 2005-B | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-B | C/O ACCESS GROUP, INC ATTN: VICE PRESIDENT OF PORTFOLIO MGNT 10  N  HIGH  ST ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WEST CHESTER PA 19380-3003 |
| AIRLIE CDO I, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE CDO I, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3), CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO I (AVIV LCDO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II | (PEBBLE CREEK 2007-1) CORP 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1) LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO: SHINHAN BANK, THE DAEGU BANK, LTD.) ATTN: STEVEN M. PESNER, DEBORAH NEWMAN, ROXANNE TIZRAVESH, JUSTIN BELL ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSS HAUER FELD LLP | ATTN: STEVEN PESNER, DEBORAH NEWMAN, ROXANNE TIZRAVESH (COUNSEL FOR NONGHYUP BANK; FKA KOREAS NATL AGRICULTURAL COOP) ONE BRYANT PARK NEW YORK NY 10036 |
| ALLIANCEBERNSTEIN L.P F/K/A ALLIANCE CAPITAL | MANAGEMENT L.P. ATTN: GENERAL COUNSEL OR CORPORATE EXEC. THE CORPORATION TRUST COMPANY 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| ALSTON & BIRD LLP | (BANK OF AMERICA NA & MERRILL LYNCH) ATTN: ALEXANDER S. LORENZO 90 PARK AVENUE NEW YORK NY 10016 |
| ALSTON HUNT FLOYD & ING | 1001 BISHOP STREET 18TH FLOOR HONOLULU HI 96813 |
| ALTA CDO LLC, FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ALTA CDO LLC, FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ALTA CDO SPC, F/A/O THE SERIES 2007-1 SEG. PORTF | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO SPC, F/A/O THE SERIES 2007-2 SEG. PORTF | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | ANTHONY W. CLARK, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899-0636 |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | AFLAC US AFLAC INCORPORATED 1932 WYNNTON RD. COLUMBUS GA 31999-0001 |
| AMERITAS LIFE INS. CORP. | DANIEL S. SHICK, ESQ. VICE PRESIDENT, ASSOCIATE GENERAL COUNSEL AMERITAS 1876 WAYCROSS RD. CINCINNATI OH 45240 |
| AMERITAS LIFE INS. CORP. | 5900 O. STREET LINCOLN NE 68506 |

| Claim Name | Address Information |
|---|---|
| ANZ INVESTMENT BANK | 833 COLLINS STREET ANZ CENTRE, LEVEL 9 DOCKLANDS, MELBOURNE VIC 3008 AUSTRALIA |
| ANZ NOMINEES LIMITED | LEVEL 6 100 QUEEN STREET, MELBOURNE, VIC 3000 AUSTRALIA |
| ANZ NOMINEES LIMITED | ADRIAN KENNEDY, ESQ. CORPORATE LAWYER DISPUTE RESOLUTION GROUP AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED LEVEL 9A, 833 COLLINS STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| ARCHER & GRIENER, P.C. | COUNSEL TO: BANKAMERICA NATIONAL ASSOCIATION ATTN: JOHN V. FIORELLA, ESQ., STEPHEN M. PACKMAN ESQ. ONE CENTENNIAL SQUARE HADDONFIELD NJ 08033-3043 |
| ATLANTIC CENTRAL BANKERS BANK | 1400 MARKET STREET CAMP HILL PA 17011-4831 |
| AVIV LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AXA ASSURANCES I.A.R.D. MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA ASSURANCES VIE MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA COURTAGE ASSURANCE MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA FINANCIAL, INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| AXA, S.A. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 25, AVENUE MATIGNON 75009, PARIS FRANCE |
| BALBOA CDO I, CORP. | C/O THE CORPORATION TRUST COMPANY ATTN: PRESIDENT RE: BALBOA CDO I, LTD. CORPORATE TRUST CENTER, 1209 ORANGE STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| BALBOA CDO I, LTD. | C/O QSPV LTD. ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BANCO CREDITO DEL PERU | C/O SHEARMAN AND STERLING LLP ATTN: ANDREW V. TENZER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANCO CREDITO DEL PERU | C/O SHERMAN AND STERLING LLP 599 LEXIGTON AVE. ATTN:  ANDREW V. TENZER, ESQ. ATTN:  ANDREW V. TENZER, ESQ. NEW YORK NY 10522 |
| BANK OF AMERICA N.A. | C/O ALSTON & BIRD LLP ATTN: ALEXANDER S. LORENZO 90 PARK AVENUE NEW YORK NY 10016 |
| BANK OF AMERICA N.A. | C/O ALSTON & BIRD LLP ATTN: JOHN C. WEITNAUER ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| BANK OF AMERICA NATIONAL ASSOCIATION | 100 NORTH TRYON STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC CHARLOTTE NC 28255 |
| BANK OF NEW YORK MELLON | C/O REED SMITH LLP ATTN: ERIC A. SCHAFFER ESQ. 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE WALL STREET NEW YORK NY 10286 |
| BANK OF NY CORPORATE TRUSTEE SERVICES LIMITED | ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE C/O REED SMITH LLP NEW YORK NY 10022 |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | LOWENSTEIN SANDLER LLP ATTN: JEFFREY D. PROL, ESQ., JEFFREY A. KRAMER 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | BERNARD J. COONEY, ESQ. LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BARCLAYS BANK PLC | C/O SULLIVAN & CROMWELL LLP ATTN: ROBINSON B. LACY 125 BROAD ST NEW YORK NY 10004 |

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | C/O ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | 745 SEVENTH AVE NEW YORK NY 10019 |
| BARTON SPRINGS CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SPC, FAO THE SERIES 2005-1 | SEG. PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BARTON SPRINGS CDO SPC, FAO THE SERIES 2005-2 | SEG. PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BASIS CAPITAL PTY LIMITED | LEVEL 13 REGUS MACQUARIE HOUSE 167 MACQUARIE STREET SYDNEY NSW-2000 AUSTRALIA |
| BELLE HAVEN ABS CDO 2005-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2005-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BENEFICIAL FINANCIAL GROUP | 150 SOCIAL HALL AVENUE SALT LAKE CITY UT 84136 |
| BERYL FINANCE LIMITED SERIES 2007-17 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-18 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005- 11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

| Claim Name | Address Information |
| --- | --- |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BIG HORN CDO 2007-1-COLLATERAL | BIG HORN STRUCTURED FUNDING CDO 2007-1 MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1002 CAYMAN ISLANDS |
| BINGHAM MCCUTCHEN LLP | COUNSEL: BANK OF FUKUOKA, CONTINENTAL LIFE, PUTNAM FIDUCIARY MODERN WOODMEN OF AMERICA, PHOENIX LIFE INSURANCE, SUN LIFE ASSURANCE ATTN: JOSHUA DORCHAK, |

| Claim Name | Address Information |
|---|---|
| BINGHAM MCCUTCHEN LLP | PATRICK FANG 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | HAROLD S. HORWICH COUNSEL: CONTINENTAL LIFE, PUTNAM FIDUCIARY, MODERN WOODMEN OF AMERICA PHOENIX LIFE INS, UBS LONDON/SECURITIES/FIXED INCOME, SUN LIFE ASSUR. ONE STATE STREET HARTFORD CT 06103-3178 |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN | C/O KEVIN M. STANKO 600 LAFAYETTE EAST SUITE 1925 DETROIT MI 48226 |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN | 600 LAFAYETTE EAST SUITE 1929 DETROIT MI 48226 |
| BLUE CROSS BLUE SHIELD OF MICHIGAN | C/O BODMAN PLC ATTN: BRIAN R. TRUMBAUER, ESQ. 1901 ST. ANTOINE STREET 6TH FLOOR AT FORD FIELD DETROIT MI 48226 |
| BLUE CROSS SHIELD OF MICHIGAN | C/O REED SMITH ATTN: ERIC A. SCHAFFER, ESQ,  JOSEPH D. FILLOY, ESQ. 599 LEXINGTON  AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| BLUE HERON FUNDING II, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING II, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING IX, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING IX, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING V, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING V, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VI, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VI, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VII, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VII, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE POINT CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SPC, F/A/O THE SERIES 2005-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BLUE POINT CDO SPC, F/A/O THE SERIES 2005-2 | SEG PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ONE CANADA SQUARE ATTN: GENERAL COUNSEL OR CORPORATE EXEC LONDON, E14 5AL UNITED KINGDOM |
| BONNIE BURMAN | 40 BRUNELL AVE LENOX MA 01240-2025 |
| BONNIE BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| BPCE | (SUCCESSOR TO GROUPE CAISSE D'EPARGNE) ATTN:  MR. NICOLAS DUHAMEL 50 AVENUE PIERRE MENDES FRANCE PARIS CEDEX 13 75201 FRANCE |
| BRODERICK CDO 3, LTD. | WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN GEORGE TOWN, GRAND CAYMAN CAYMAN ISLAN DS KY1-9002 CAYMAN ISLANDS |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, ESQ (COUNSEL: CUTWATER ASSET MANAGEMENT) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CANNINGTON FUNDING, LTD. | 281 TRESSER BLVD. TWO STAMFORD PLAZA, SUITE 1102 STAMFORD CT 06901 |
| CANNINGTON FUNDING, LTD. | ATTN: ANDREW B. KRATENSTEIN MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| CHAPMAN & CUTLER LLP | 1270 AVENUE OF THE AMERICAS FL 30 NEW YORK NY 10020-1708 |
| CHAPMAN & CUTLER LLP | ATTN: CRAIG PRICE & LAURA APPLEBY COUNSEL TO US BANK NATIONAL, ASSOC., AS TRUSTEE FOR KLIO II FUNDING & WHITEHAWK CDO FUNDING LTD./WHITEHAWK CDO FUND LLC 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| CHAPMAN & CUTLER LLP | ATTN: JEFFREY G. CLOSE & JEREMY D. SCHREIBER (COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND II) 111 WEST MONROE STREET CHICAGO IL 60603 |

| Claim Name | Address Information |
|---|---|
| CHAPMAN AND CUTLER LLP | 1270 AVENUE OF THE AMERICAS FL 30 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10020-1708 |
| CHAPMAN AND CUTLER LLP | ATTN: JAMES SPIOTTO, ANN ACKER, FRANKLIN TOP, III, JEREMY SCHREIBER COUNSEL TO U.S. BANK NATIONAL ASSOC. & WHITEHAWK CDO FUNDING LTD/LLC 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ESQ., ANN E. ACKER, ESQ. FRANKLIN H. TOP, III, ESQ., JAMES HEISNER, ESQ. COUNSEL TO U.S. BANK N.A., AS TRUSTEE AND RACERS 2006-18-C SERIES TRUSTS & RACERS 2006-20-AT TRUST 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHERRY HILL CDO LLC FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO LLC FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-1 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-2 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHEYNE CLO INVESTMENTS I LTD. | JEFFREY BRONHEIM, ESQ. STOMOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH GREAT BRITAIN |
| CHEYNE CLO INVESTMENTS I LTD. | ATTN: CAROLINE MCGONAGLE C/O CHARTERED CORPORATE SERVICES TANEY HALL EGLINTON TERRACE DUNDRUM DUBLIN 14 IRELAND |
| CITIBANK, N.A | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: STEPHEN J. SHIMSHAK ESQ. DOUGLAS DAVIS ESQ. & CLAUDIA HAMMERMAN ESQ. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITICORP NOMINEES PTY LTD. | CITICORP NOMINEES PTY LIMITED GPO BOX 764G MELBOURNE, VIC 300 AUSTRALIA |
| CITICORP NOMINEES PTY LTD. | JEFFREY W. GETTLEMAN, ESQ. KIRKLAND & ELLIS LLP 300 NORTH LA SALLE STREET CHICAGO IL 60654 |
| CITIGROUP GLOBAL MARKETS | C/O  PAUL WEISS RIFKIND WHARTON AND GARRISON LLP ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS, INC. | CITIGROUP GLOBAL MARKETS INC. 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | ELIZABETH HAMMERMAN, ESQ. WILLIAM CLAREMAN, ESQ. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITY OF PHILADELPHIA BOARD OF | PENSIONS AND RETIREMENT 2 PENN CENTER PLAZA, 16TH FLOOR ATTN: CHRIS MCDONOUGH, CHIEF INVESTMENT OFFICER PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | C/O CHRIS MCDONOUGH 2 PENN CENTER PLAZA, 16TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | CHRISTOPHER DIFUSCO - DIVISIONAL DEPUTY SOLICITOR DEPUTY CITY SOLICITOR PENSION & INVESTMENT UNIT CITY OF PHILADELPHIA LAW DEPARTMENT 1515 ARCH STREET, 17TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF SOMERVILLE | DAVID P SHAPIRO, ASSISTANT CITY SOLICITOR 93 HIGHLAND AVENUE SOMERVILLE MA 02143 |
| CITY OF SOMERVILLE RETIREMENT SYSTEM | C/O MARY PHINNEY CITY HALL ANNEX 50 EVERGREEN AVE. 50 EVERGREEN AVE. SOMERVILLE MA 02145 |
| CLASS V FUNDING | CHAPMAN CUTLER LLP ATTB: CRAIG PRICE, LAURA APPLEBY 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| CLASS V FUNDING | CHAPMAN & CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III, JEREMY SCHREIBER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CLASS V FUNDING III, CORP. | BANK OF AMERICA, N.A. AS FORMER TRUSTEE C/O MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016 |
| CLASS V FUNDING III, CORP. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| CLASS V FUNDING III, LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| CLEARSTREAM BANKING SA | ATTN: JEFFREY TESSLER, CEO 42 AVENUE JF KENNEDY LUXEMBOURG L-1855 LUXEMBOURG |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JEFFREY A. ROSENTHAL ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: CARMINE D. BOCCUZZI, JR. (COUNSEL TO GOLDMAN SACHS INTERNATIONAL & GOLDMAN SACHS & CO.) ONE LIBERTY PLAZA NEW YORK NY 10006 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COPPER CREEK CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| COPPER CREEK CDO SPC, F/A/O SERIES 2007-1 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| COUNTRY LIFE INSURANCE | MORGAN, LEWIS & BOCKIUS LLP ATTN: ANDREW D. GOTTFRIED, PATRICK D. FLEMING 101 PARK AVENUE NEW YORK NY 10178-0600 |
| COUNTRY LIFE INSURANCE | MORGAN, LEWIS & BOCKIUS LLP ATTN: JOHN C. GOODCHILD, III 1701 MARKET STREET PHILADELPHIA PA 19103-2921 |
| COUNTRY LIFE INSURANCE COMPANY | 1701 N. TOWANDA AVENUE ATTN:  KURT F. BOCK BLOOMINGTON IL 61701-2057 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A CALYON NEW YORK) C/O ANDREW BROZMAN, ESQ. CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: JEAN FRANCOIS DEROCHE, SENIOR REGIONAL OFFICER 1301 AVENUE OF THE AMERICAS –15TH FLOOR NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A/ CALYON), C/O CLIFFORD CHANCE ATTN: ANDREW BRONZMAN; ANTHONY CANDIDO; 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| CROWN CITY CDO 2005-1 LIMITED | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 8 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| CROWN CITY CDO 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CROWN CITY CDO 2005-2 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-2 LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| DAEGU BANK | AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: STEVEN M. PESNER, DEBORAH NEWMAN, JUSTIN H. BELL, ROXANNE TIZRAVESH ONE BRYANT PARK NEW YORK NY 10036 |
| DECHERT LLP | GARY J. MENNITT (COUNSEL: FORWARD FUNDS & FORWARD INVESTMENT GRADE FIXED INCOME) 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | HOLLACE TOPOL COHEN, ESQ. TROUTMAN & SANDERS LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | DEPPING 1999 INVESTMENT LIMITED 3 FIXED MARGIN ATTN:  THOMAS DEPPING 5602 RAPIDBROOK KINGWOOD TX 77345-1922 |
| DEUTSCHE APOTHEKER-UND ARZTEBANK | RICHARD-OSKAR-MATTERN-STRABE 6 ATTN: GERHARD K. GIRNER, MANAGING MEMBER DUSSELDORF 40547 GERMANY |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN: LEGAL DEPARTMENT OR CORP. EXECUTIVE 60 WALL STREET FRONT 1 NEW YORK NY 10005-2836 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O NIXON PEABODY, LLC ATTN: DAVID H. LEE & CHRISTOPHER DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O NIXON PEABODY, LLC ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN 100 SUMMER STREET BOSTON MA 02110 |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2005-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIAMOND MCCARTHY LLP | ATTN: HOWARD D. RESSLER, STEPHEN T. LODEN & BENJAMIN GARRY (COUNSEL TO JA HOKKAIDO SHINREN) 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |

| Claim Name | Address Information |
| --- | --- |
| DIVERSEY HARBOR ABS CDO, INC. | CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| DIVERSEY HARBOR ABS CDO, INC. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| DIVERSEY HARBOR ABS CDO, LTD. | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET GRAND CAYMAN KY1-9001 CAYMAN ISLANDS |
| DIVERSEY HARBOR ABS CDO, LTD. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| EARTH THEBAULT INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 249 POMEROY ROAD PARSIPPANY NJ 07054 |
| EASTERN METROPOLITAN REGIONAL COUNCIL | ATTN: PETER B. SCHNEIDER 1ST FLOOR, ASCOT PLACE 226 GREAT EASTERN HWY BELMONT, WA 6104 AUSTRALIA |
| EDISON INTERNATIONAL | C/O VIVKI KAISER; LEON BASS JR. P.O. BOX 800 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| EDISON INTERNATIONAL | C/O VIVKI KAISER P.O. BOX 800 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| EDISON INTERNATIONAL | P.O. BOX 976 ROSMEAD CA 91770 |
| EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C. | ATTN: ERIC P. HEICHEL COUNSEL TO: CEDE & CO AS NOMINEE FOR THE DEPOSITORY TRUST COMPANY 805 THIRD AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ELLIOT ASSOCIATES, INC. L.P. | C/O KLEINBERG KAPLAN WOLFF & COHEN P.C.; ATTN: DAVID PARKER 551 5TH AVENUE NEW YORK NY 10176 |
| ELLIOTT INTERNATIONAL, L.P. | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| EMBASSY & CO. | C/O U.S. BANK CORPORATE TRUSTEE SERVICES 60 LIVINGSTONE AVENUE ST. PAUL MN 55107 |
| EMORTGAGE LOGIC LLC | 9151 BOULEVARD 26 STE 400 N RICHLND HLS TX 76180-0901 |
| ENSIGN PEAK ADVISORS | JOSHUA DORCHAK PATRICK S. FANG BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| ENSIGN PEAK ADVISORS INC. | ATTN; ROGER G. CLARK, PRESIDENT 50 E. NORTH TEMPLE 2WW SALT LAKE CITY UT 84150 |
| ERMAN, TEICHER, MILLER, | ZUCKER & FREEDMAN, P.C. EARLE I. ERMAN COUNSEL FOR MICHIGAN CARPENTERS' PENSION FUND 400 GALLERIA OFFICENTRE, SUITE 444 SOUTHFIELD MI 48034 |
| EUROAMERICA SEGUROS DE VIDA SA | AV. APOQUINDO 3885 PISO 19 LAS CONDES SANTIAGO CHILE |
| EUROCLEAR BANK SA/NV | BOULEVARD DU ROI ALBERT II 1 ATTN: TIM HOWELL, CEO BRUXELLES 1210 BELGIUM |
| EXUM RIDGE CBO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-4, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-5, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD 18F SEC 1 TAIPEI 11042 TAIWAN |
| FAXTOR SECURITIES BV | STRAWINSKYLAAN 361 1077 XX AMSTERDAM NETHERLANDS |
| FIRST AMERICAN RESIDENTIAL | VALUE VIEW LLC LORRIE NEWBY 1 CORELOGIC DRIVE WESTLAKE TX 76262 |
| FIRST FRANKLIN MORTGAGE | LOAN TRUST 2006-FF8 C/O DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705 |
| FIRST TRUST STRATEGIC HIGH INCOME I | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME I | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME II | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME II | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| FREEDOM PARK CDO SERIES 2005-1 LIMITED | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 866 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| FROST BROWN TODD LLC | ATTN: NELSON D. ALEXANDER 201 NORTH ILLINOIS STREET, SUITE 1900 P.O. BOX 44961 INDIANAPOLIS IN 46244-0961 |
| FROST BROWN TODD, LLC | ATTN: RONALD E. GOLD, NELSON ALEXANDER, LINDSEY BAKER 3300 GREAT AMERICAN TOWER 301 EAST FOURTH STREET CINCINNATI OH 45202 |
| FULLERTON DRIVE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| FULLERTON DRIVE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE, SUITE 101 DOVER DE 19904 |
| FULTON STREET CDO CORP. | FULTON STREET CDO FUNDING CORP. C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| GARADEX INC. | C/O EDWARD A. SMITH, ESQ. VENABLE LLP ROCKEFELLER CENTER ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| GARADEX, INC | C/O VENABLE LLC ATTN: EDWARD A. SMITH, ESQ ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | C/O VENABLE LLP 1270 AVENUE OF THE AMERICAS ATTN: MARGALIT A. MOCHE, ESQ. ATTN: MARGALIT A. MOCHE, ESQ. NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | EDWARD A. SMITH, ESQ. VENABLE LLP 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| GATEX, INC | C/O VENABLE LLC ATTN: EDWARD A. SMITH, ESQ ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020 |
| GEMSTONE CDO VI CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GEMSTONE CDO VI LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. | DAVID B. ZOFFER, ESQ. GENWORTH FINANCIAL DEPUTY GENERAL COUNSEL – LITIGATION 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | 6620 WEST BROAD STREET ATTN: PAMELA S. SCHUTZ, CEO RICHMOND VA 23230 |

| Claim Name | Address Information |
|---|---|
| GEOMETRIC ASSET FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| GMAC MORTGAGE CORPORATION | CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| GOLDMAN SACHS INTERNATIONAL | 133 FLEET STREET ATTN: MICHAEL S. SHERWOOD, CO-CEO LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | CARMINE D. BOCCUZZI, JR., ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006-1470 |
| GOLDMAN, SACHS & CO. | 200 WEST STREET ATTN: LLOYD C. BLANKFEIN, CEO NEW YORK NY 10282 |
| GOLMAN SACHS INTERATNIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: CARMINE D. BOCCUZZI, JR. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GORDON RAUSSER | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (IRA) | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER (IRA) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GRAND AVENUE CDO III | GRAND AVENUE CDO III, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLAN KY1-1102 CAYMAN ISLANDS |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | NANCY ISAACSON, ESQ. (BULLET COMMUNICATIONS) 75 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| GREYSTONE 2006-3 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| GREYSTONE CDO SERIES 2006-2 LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GREYSTONE CDO SERIES 2008-4 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-1 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-2 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF | THE SERIES 2006-3 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GUO HUA LIFE INSURANCE, LTD. | 3F 42 CHUNG SHAN NORTH ROAD SECTION 2 TAIPEI TAIWAN |
| GUOHUA LIFE INSURANCE CO. LTD. | SHANGHAI WORLD FINANCIAL CENTER NO.100, CENTURY AVE. PUDONG NEW AREA PUDONG NEW AREA SHANGHAI CHINA |
| HAVENROCK II LIMITED | 26 NEW STREET ST. HELIER, JERSEY JE2 3RA CHANNEL ISLANDS |
| HELIOS ADVANTAGE INCOME FUND INC. | (F/K/A RMK ADVANTAGE INCOME FUND, INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS HIGH INCOME FUND INC. | (F/K/A RMK HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS MULTI-SECTOR HIGH INCOME FUND INC. | (F/K/A RMK MULTI-SECTOR HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS STRATEGIC INCOME FUND INC. | (F/K/A RMK STRATEGIC INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HHE PARTNERSHIP LP | 2700 DELK ROAD, SUITE 100 MARIETTA GA 30067 |
| HOGAN LOVELLS US LLP | COUNSEL TO: SCOR REINSURANCE COMPANY ATTN: PETER A. IVANICK, ANDREW BEHRMAN, |

| Claim Name | Address Information |
|---|---|
| HOGAN LOVELLS US LLP | HUGH F. HILL 875 THIRD AVENUE NEW YORK NY 10022 |
| HSBC ISSUER SERVICES COMMON DEPOSITORY | NOMINEE (UK) LIMITED 8 CANADA SQUARE ATTN: MICHAEL ANTHONY MCPOLIN, DIRECTOR LONDON E14 5HQ UNITED KINGDOM |
| HUNTON & WILLIAMS | ATTN: JOHN R. HEIN, ESQ. 200 PARK AVENUE, 52ND FLOOR NEW YORK NY 10166-0005 |
| HUNTON & WILLIAMS LLP | ATTN: BENJAMIN C. ACKERLY, ESQ 951 E. BYRD STREET, 2ND FLOOR RICHMOND VA 23219 |
| ICE MILLER LLP | COUNSEL TO ILLINOIS MUNICIPAL RETIREMENT FUND ATTN: DANIEL R. SWETMAN 250 WEST STREET, SUITE 700 COLUMBUS OH 43215 |
| IHOR G. RAKOWSKY, ESQ. | DIRECTOR AND ASSOCIATE GENERAL COUNSEL CITI ALTERNATIVE INVESTMENTS 731 LEXINGTON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| IKB DEUTSCHE INDUSTRIEBANK | WLLHELM-BOTZKES STRABE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | ATTN: GUNTHER BRAUNIG, CEO WILHELM-BOZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | RICHARD F. SCHWED, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | C/O ICE MILLER LLP ATTN: DANIEL R. SWETNAM ESQ 250 WEST ST STE 700 COLUMBUS OH 43215 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WELLS FARGO BANK, N.A. SIXTH AND MARQUETTE ATTN: CORPORATE TRUST SERVICES IMH ASSETS CORP., SERIES 2005-3 MINNEAPOLIS MN 55479-0113 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| J.P. MORGAN SECURITIES, LTD. | 120 LONDON WALL ATTN: CONNOR SHERRARD, EXECUTIVE DIRECTOR LONDON EC2Y 5ET UNITED KINGDOM |
| JA HOKKAIDO SHINREN | JA – HOKKAIDO SHINREN 1-1, KITA 4 JO-NISHI CHUO-KU, SAPPORO CITY HOKKAIDO 060-0004 JAPAN |
| JA HOKKAIDO SHINREN | 245 PARK AVE. NEW YORK NY 10167-0104 |
| JEFFERSON VALLEY CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| JEFFERSON VALLEY CDO SPC-FAO THE SERIES 2006-1 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| JOHN T. UNGER, ESQ. | THE EDELMAN FINANCIAL GROUP (SMH CAPITAL ADVISORS) 600 TRAVIS STREET, SUITE 5800 HOUSTON TX 77002 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JP MORGAN SECURITIES, L.L.C. | J.P. MORGAN SECURITIES L.L.C. C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |

| Claim Name | Address Information |
|---|---|
| JP MORGAN SECURITIES, L.L.C. | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 1111 POLARIS PARKWAY ATTN:  JAMES DIMON, CEO COLUMBUS OH 43240 |
| JUDITH M ROSENBERG | CHIEF COMPLIANCE OFFICER 101 CALIFORNIA STREET 16TH FLOOR SAN FRANCISCO CA 94111 |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| KINGS RIVER LIMITED | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 866 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| KINGS RIVER LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANNE ACKER, FRANKLIN H. TOP, III, JEREMY SCHREIBER 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO II FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO II FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO III FUNDING | CHAPMAN AND CUTLER LLP ATTN: CRAIG PRICE, LAURA APPLEBY 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| KLIO III FUNDING | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANNE ACKER, FRANKLIN H. TOP, III, JEREMY SCHREIBER 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO III FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO III FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO III FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| LAKEVIEW 2007-4 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO LLC SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF | THE SERIES 2007-2 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF | THE SERIES 2007-3 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-1 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-2 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-3 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDP SPC FOR THE ACCOUNT OF | THE SERIES 2007-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| LANCER FUNDING II LTD. | LANCER FUNDING II, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| LANCER FUNDING II, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| LANCER FUNDING II, LLC | LASALLE BANK NATIONAL ASSOCIATION TRUSTEE FOR LANCER FUNDING II, LLC 540 WEST MADISON STREET, SUITE 500 CHICAGO IL 60661 |
| LEHMAN BROTHERS HOLDINGS INC. | C/O WOLLMUTH MAHER & DEUTSCH LLP ATTN: JAMES N. LAWLOR & JOHN D. GIAMPOLO ONE GATEWAY CENTER, NINTH FLOOR NEWARK NJ 07102 |
| LIBERTY SQUARE CDO I, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO I, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| LIBERTY SQUARE CDO II, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO II, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIFEPLAN AUSTRALIA FRIENDLY SOCIETY LTD. | LEVEL 14 114 ALBERT ROAD ATTN: ROHAN MEAD, MANAGING DIRECTOR SOUTH MELBOURNE, VIC 3205 AUSTRALIA |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | MORGAN LEWIS & BOCKIUS LLP ATTN: ANDREW D. GOTTFRIED, PATRICK D. FLEMING 101 PARK AVENUE NEW YORK NY 10178-0600 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | MORGAN, LEWIS & BOCKIUS LLP ATTN: JOHN C. GOODCHILD, III 1701 MARKET STREET PHILADELPHIA PA 19103-2921 |
| LINKLATERS LLP | ATTN: JAMES R. WARNOT, JR. & PAUL S. HESSLER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LINKLATERS LLP | ATTN: JAMES R. WARNOT, JR. & PAUL S. HESSLER (COUNSEL TO TAIWAN LIFE) 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-5 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LONG ISLAND INTERNATIONAL LIMITED | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| LONG ISLAND INTERNATIONAL LIMITED | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004-2498 |
| LORELEY FINANCING (JERSEY) NO. 15 LIMITED | LORELEY FINANCING (JERSEY) 15 LIMITED 26 NEW ST. ST. HELIER JERSEY JE2 3RA CHANNEL ISLANDS |
| LOWENSTEIN SANDLER | ATTN: JEFFREY D. PROLL, ESQ., JEFFREY A. KRAMER, ESQ. COUNSEL TO: BANK SIOPAC F/K/A INTERNATIONAL BANK OF TAIPEI 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MACQUARIE BANK LTD. O/A MACQUARIE PRISIM | P/L ALTERNATIVE INVESTMENT A/C NO. 1 MARTIN PLACE ATTN: NICHOLAS MOORE, EXECUTIVE DIRECTOR SYDNEY, NSW 2000 AUSTRALIA |
| MAGNETAR CAPITAL MASTER FUND, LTD | C/O SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA ESQ 787 SEVENTH AVE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION FUND II LTD. | MAGNETAR CONSTELLATION FUND II, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION FUND II LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | MAGNETAR CONSTELLATION MASTER FUND III, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | MAGNETAR CONSTELLATION MASTER FUND, LTD. C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED 89 NEXUS WAY, 2ND FLOOR CAMANA BAY P.O. BOX 31106 GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAPLES AND CALDER | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| MARSH & MCLENNAN MASTER RETIREMENT TRUST | C/O BINGHAM MCCUTCHEN ATTN: JOSH DORCHAK 150 FEDERAL STREET BOSTON MA 02110 |
| MASTER TRUST BANK OF JAPAN LTD. | MTBJ BLDG., 2-11-3 ATTN: TOSHIO KOYAMA, CHAIRMAN HAMAMATSUCHO, MINATO-KU TOKYO 105-8579 JAPAN |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER 245 PARK AVENUE, 27TH FLOOR NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER 405 NORTH KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCDERMOTT WILL & EMERY LLP | ATTN: ANDREW B. KRATENSTEIN (COUNSEL TO CANNINGTON FUNDING LTD.) 340 MADISON AVENUE NEW YORK NY 10173 |
| MCKENNA LONG & ALDRIDGE LLP | ATTN: CHRISTOPHER F. GRAHAM (COUNSEL TO ATLAS SPECIALTY INSURANCE LTD. & AXIS SPECIALTY LT. PIMCO HEDGE) 230 PARK AVENUE NEW YORK NY 10169 |
| MCKENNA LONG & ALDRIDGE LLP | ATTN: GARY W. MARSH (COUNSEL TO ATLAS SPECIALTY INSURANCE LTD. & AXIS SPECIALTY LTD. PIMCO HEDGE) 303 PEACHTREE STREET, SUITE 5300 ATLANTA GA 30308 |
| MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR | SBC MASTER PENSION TRUST 201 WASHINGTON STREET ATTN: JAMES P. PALERMO, PRESIDENT* BOSTON MA 02108 |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | JEFFREY A ROSENTHAL CLEARY GOTTLEIB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MKP VELA CBO LTD. | MKP VELA CBO LTD C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MONEYGRAM SECURITIES LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONEYGRAM SECURITIES LLC | PHILLIP BOHL, ESQ. GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. 500 IDS CENTER 80 SOUTH 8TH STREET MINNEAPOLIS MN 55402 |
| MONTROSE HARBOR CDO I, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONTROSE HARBOR CDO I, INC. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, INC. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MONTROSE HARBOR CDO I, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MONTROSE HARBOR CDO I, LTD. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, LTD. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO LINCOLN NATIONAL LIFE INSURANCE) ATTN: ANDREW D. GOTTFRIED & PATRICK D. FLEMING 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO LINCOLN NATIONAL LIFE INSURANCE & COUNRTY LIFE INS. CO.) ATTN: JOHN C. GOODCHILD, III 1701 MARKET STREET PHILADELPHIA PA 19103-2921 |
| MORGAN STANLEY & CO. INC N/K/A MORGAN STANLEY & CO | VENABLE LLP EDWARD A SMITH & RISHI KAPOOR ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | BRENDAN SNODGRASS, ESQ. VICE PRESIDENT, LEGAL AND COMPLIANCE DIVISION 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | 1585 BROADWAY ATTN: STEVEN CRAWFORD, CFO NEW YORK NY 10036 |
| MORGAN, LEWIS & BOCKIUS LLP | ANDREW D. GOTTFRIED, PATRICK D FLEMING, (COUNSEL TO SUSQUEHANNA, SBSI, LINCOLN NATION LIFE INS. CO.) 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MORRISON & FOERSTER LLP | ATTN: BRETT H. MILLER , STACY L. MOLISON COUNSEL TO: FARGLORY LIFE INSURANCE CO, LTD. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI & MERYL L. ROTHCHILD (COUNSEL TO GMAC MORTGAGE, LLC) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MULBERRY STREET CDO, LTD. | PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| NATIONAL NOMINEES LIMITED | 500 BOURKE STREET LEVEL 12 MELBOURNE VIC 3000 AUSTRALIA |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | A.N. ERIC HENRICKS, ESQ. OFFICE OF THE CHIEF LEGAL GOVERNANCE OFFICER ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O CT CORPORATION SYSTEM 1300 EAST NINTH STREET CLEVELAND OH 44114 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | NATIONWIDE MUTUAL LIFE INSURANCE COMPANY C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NIXON PEABODY LLP | DAVID H LEE, ESQ (COUNSEL TO DEUTSCHE BANK TRUST CO AMERICAS) 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: CHRISTOPHER M. DESIDERIO, DAVID H. LEE 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO: ZAIS INVESTMENT GRADE II & LONGSHORE CDO FUNDING 2007-3 ATTN: CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN, RICHARD C. PEDONE COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY, 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | COUNSEL TO: ZAIS INVESTMENT GRADE II & LONGSHORE CDO FUNDING 2007-3 ATTN: AMANDA DARWIN & RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | NELSON ALEXANDER, RONALD E GOLD, LINDSEY BAKER, ESQS. FROST BROWN TODD LLC 3300 GREAT AMERICAN TOWER 301 EAST FOURTH STREET CINCINNATI OH 45202 |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/5.OG 1010 VIENNA AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/F.0G VIENNA 1010 AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) VINCENT J. ROLDAN, ESQ. DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2004-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2005-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2006-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2008-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| OSDF, LTD. | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PANTERA VIVE CDO F/A/O THE SERIES 2007-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PANTERA VIVE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PB CAPITAL CORPORATION | C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PB CAPITAL CORPORATION | C/O JOHN R. ASHMEAD, ESQ. SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEBBLE CREEK LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2, LLC | DEUTSCHE INTL CORPORATE SERVICES (DELAWARE) 1011 CENTRE RD. SUITE 200 WILMINGTON DE 19805 |
| PEBBLE CREEK LCDO 2007-2, LTD., | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE 171 ELGIN AVENUE GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2007-3, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PENN'S LANDING CDO LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PENN'S LANDING CDO SPC, F/A/O THE SERIES 2007-1 | SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX 2001-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX 2002-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-2 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PINNACLE POINT FUNDING CORP. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| PINNACLE POINT FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| PPL SERVICES CORPORATION MASTER TRUST | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PPL SERVICES CORPORATION MASTER TRUST | ATTN: ERIC A. SCHAFFER, ESQ. REED SMITH LLP 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| PRINCIPAL LIFE INSURANCE COMPANY | C/O CORPORATION SERVICE COMPANY 505 5TH AVENUE, SUITE 729 DES MOINES IA 50309 |
| PRINCIPAL LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSEE CHAPMAN AND CUTLER LLP ATTN: CRAIG PRICE, LAUREA APPLEBY 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O JAMES SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III,JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSEE CHAPMAN AND CUTLER LLP ATTN: CRAIG PRICE, LAURA APPLEBY 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |

| Claim Name | Address Information |
|---|---|
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE CHAPMAN & CUTLER LLP C/O JAMES SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III,JEREMY SCHREIBER 111 WEST MONROE STREET CHICAGO IL 60603 |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| RAACLC TRUST, SERIES 2003-A | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & SECURITIES SERVICES ATTENTION: JIM DELLA SALA 60 WALL STREET NEW YORK NY 10005 |
| RACE POINT IV CLO, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, MARY STREET, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| RBS GLOBAL BANK & MARKETS | 1271  AVENUE OF THE AMERICAS  STE 43B NEW YORK NY 10020-1401 |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: JOHN HOURICAN, CEO BRISBANE, QLD 4000 AUSTRALIA |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: BRIAN SHEAHAN, MANAGING DIRECTOR BRISBANE, QLD 4000 AUSTRALIA |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, MICHAEL J. VENDITTO COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LIMITED 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO, ESQ (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL VENDITTO (COUNSEL TO THE BANK OF NEW YORK MELLON) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO, ESQ. (COUNSEL TO PPL SERVICES CORPORATION MASTER TRUST) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO BANK OF NEW YORK MELLON & BNY CORPORATE TRUSTEE SERVICES LTD.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO PPL SERVICES CORPORATION MASTER TRUST) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | 2001 MARKET STREET, SUITE 1500 ATTN: LAWRENCE E. DAURELLE, PRESIDENT & DIRECTOR PHILADELPHIA PA 19103 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-20AT TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-19-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-21-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-1-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2007-4-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RGA REINSURANCE CO. | DANIEL T. GLOWSKI, VICE PRESIDENT AND ASSISTANT GENERAL COUNSEL RGA REINSURANCE COMPANY 1370 TIMBERLAKE MANOR PARKWAY CHESTERFIELD MO 63017 |
| RGA REINSURANCE CO. | C/O CT CORPORATION SYSTEM 120 SOUTH CENTRAL AVENUE, SUITE 400 ATTN: DANIEL T. GLOWSKI, VP & ASST. GEN. COUNSEL CLAYTON MO 63105 |
| RGA REINSURANCE COMPANY, INC. | C/O PATTY TOMASCO JACKSON WALKER LLP 100 CONGRESS AVENUE, SUITE 1100 AUSTIN TX 78701 |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2006-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2007-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES 2006-4 | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES 2007-1 | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, FOR THE ACCOUNT OF THE | SERIES 2005-1, WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| SAFETY NATIONAL CASUALTY CORPORATION | SIMONE R. BONNET, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SAFETY NATIONAL CASUALTY CORPORATION | 1832 SCHUETZ ROAD ATTN: MARK WILHELM, CEO ST. LOUIS MO 63146 |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-13 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SBC MASTER PENSION TRUST | MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR SBC MASTER PENSION TRUST 201 WASHINGTON STREET BOSTON MA 02108 |
| SCHULTE ROTH & ZABEL LLP | (COUNSEL TO TRICADIA CREDIT STRATEGIES MASTER FUND, LTD MARINER LDC, STRUCTURED CREDIT OPPORTUNITIES FUND II LP) ATTN: LAWRENCE V. GELBER, LUCY F. KWESKIN 919 THIRD AVENUE NEW YORK NY 10022 |
| SCOR GLOBAL LIFE SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 433 935 558 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR GLOBAL P&C SE | 1 AVENUE DU GENERAL DE GAULLE, ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 NEW YORK NY 10038 |
| SCOR REINSURANCE COMPANY | ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 ATTN: HENRY KLECAN, JR., CEO NEW YORK NY 10038 |
| SCOR SE | 5 AVENUE KLEBER ATTN: DENIS KESSLER, CEO PARIS CEDEX 16 75795 FRANCE |
| SECURITIZED PRODUCT OF REST COLL LTD | SERIES 2007-1 TABXSPOKE 07-1 40-100 SEGR PORTF-ISSUER, C/O MAPLES FINANCE |

| Claim Name | Address Information |
|---|---|
| SPC FAO | LIMITED P.O. BOX 1093 GT  , QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR COLL LTD F/A/O | THE SERIES 2007-1 FEDERATION A-2 SEGR PORT C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR. COLLAT LTD F/A/O THE | SERIES 2007-1 FEDERATION A-1 SEG PORTF-ISSUER, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITY BENEFIT LIFE INSURANCE CO. | DAVID J ADLER MCCARTER & ENGLISH LLP 245 PARK AVENUE NEW YORK NY 10167 |
| SECURITY BENEFIT LIFE INSURANCE CO. | KATHARINE L. MAYER, ESQ. MCCARTER & ENGLISH LLP RENAISSANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801-3717 |
| SENTINEL MANAGEMENT GROUP INC. | C/O ERIC A BLOOM 650 DUNDEE ROAD SUITE 460 NORTHBROOK IL 60062 |
| SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO, I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: JACK YOSKOWITZ ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO, I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: BENAY L. JOHNSON ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SEWARD KISSEL LLP | COUNSEL TO: BERYL FINANCE LTD. ATTN: DALE C. CHRISTENSEN, JR. ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SHENANDOAH LIFE INSURANCE COMPANY | HUNTON & WILLIAMS  LLP ATTN: JOHN R. HEIN , ESQ. 200 PARK AVENUE, 52ND FLOOR NEW YORK NY 10166 |
| SHENANDOAH LIFE INSURANCE COMPANY | HUNTON & WILLIAMS LLP ATTN: BENJAMIN ACKERLY RIVERFRONT PLAZA , EAST TOWER 951 EAST BYRD STREET, 2ND FLOOR RICHMOND VA 23219 |
| SHIELD SECURITIES, LTD. | CHANNEL ISLANDS JERSEY |
| SHIELD SECURITY LTD. | CROWN HOUSE MARDON PARK CENTRAL AVENUE BAGLAN ENERGY PARK PORT TALBOT  WALES SA12 7AX UNITED KINGDOM |
| SILVER ELMS CDO PLC | ATNN: MARIA PRICE C/O WILMINGTON TRUST SP SERVICES (DUBLIN) LTD FIRST FLOOR 7 EXCHANGE PLACE I.F.S.C. DUBLIN 1 IRELAND |
| SILVER ELMS CDO PLC | CHRISTOPHER M. DESIDERIO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022-7039 |
| SIMONE R. BONNET, ESQ. | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SMH CAPITAL ADVISORS | C/O RICK BERRY 3100 CHASE TOWER HOUSTON TX 77002 |
| SOCIETE GENERALE | C/O MAYER BROWN LLP ATTN:  STEVEN WOLOWITZ CHRISTOPHER HOUPT BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE INVESTMENT | 245 PARK AVE AND CRAIG OVERLANDER, CEO NEW YORK NY 10167-0002 |
| SOCIETE GENERALE INVESTMENT CORPORATION | C/O STEVEN WOLOWITZ, ESQ. MAYER BROWN LLP 1675 BROADWAY 1675 BROADWAY NEW YORK NY 10019 |
| SOLAR V CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SOLAR V CDO SPC, F/A/O THE SERIES 2007-1 | SEGR PORTF,C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | C/O STEPHEN W. ROBERTSON, INDIANA INSURANCE COMMISSIONER 311 WEST WASHINGTON STREET, SUITE 300 311 WEST WASHINGTON STREET, SUITE 300 INDIANAPOLIS IN 46204-2787 |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | JOHN T. MURPHY, ESQ. ICE MILLER LLP,  ATTORNEY FOR STEPHEN W. ROBERTSON IN HIS ROLE  AS REHABILITATOR OF STANDARD LIFE INSURANCE CO., ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS IN 46282-0200 |
| STANTON ABS I P.L.C. | C/O BDO BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| STANTON ABS I P.L.C. | TRINITY HOUSE CHARLESTON ROAD RANELAGH, DUBLIN 6 IRELAND |
| STANTON CDO I LTD. | STANTON CDO I SA 9B, BOULEVARD PRINCE HENRI CP LUXEMBOURG 1724 LUXEMBOURG |
| STARLING STRATEGIES LTD. | P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GEORGE |

| Claim Name | Address Information |
|---|---|
| STARLING STRATEGIES LTD. | TOWN, GRAND CAYMAN KY1-1002 CAYMAN ISLANDS |
| STATE STREET CUSTODIAL SERVICES (IRELAND) LIMITED | 78 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| STATE STREET CUSTODIAL SERVICES (IRELAND) LTD. | ATTN: CHRISTOPHER M. DESIDERIO NIXON PEABODY 437 MADISON AVENUE NEW YORK NY 10022 |
| STEWART LENDER SERVICES | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 1980 POST OAK BLVD SUITE 900 HOUSTON TX 77056 |
| STICHTING SHELL PENSIOENFOND | BOGAARDPLEIN 41 ATTN: BART VAN DER STEENSTRATEN, DIRECTOR RIJSWIJK ZH 2285SJ THE NETHERLANDS |
| STOWE CDO LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| STOWE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SPC, F/A/O THE SERIES 2006-1 SEGR PORTF, | STOWE CDO SPC ACCOUNT OF THE PORTF, C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-2A, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STROOCK & STROOCK & LAVAN LLP | ATTN: CLAUDE G. SZYFER & SHERRY J. MILLMAN (COUNSEL TO STRUCTURED CREDIT AMERICA LTD.) 180 MAIDEN LANE NEW YORK NY 10038 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: CLAUDE G. SZYFER & SHERRY J. MILLMAN 180 MAIDEN LANE (COUNSEL TO MIZHUO INTERNATIONAL PLC) NEW YORK NY 10038 |
| STROOCK STROOCK & LAVAN LLP | (COUNSEL TO MIZUHO INTERNATIONAL) CLAUDE SZYFER, ESQ & SHERRY MILLMAN, ESQ 180 MAIDEN LANE NEW YORK NY 10038 |
| STRUCTURED CREDIT OPPORTUNITIES FUND, II LP | ATTN: LAWRENCE V. GELBER C/O SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | BINGHAM MCCUTCHEN, LLP ATTN: JOSHUA DORCHAK, ESQ., PETER S. FANG, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | BINGHAM MCCUTCHEN LLP ATTN: HAROLD HORWICH, ESQ. ONE STATE STREET HARTFORD CT 06103 |
| SUN LIFE FINANCIAL CANADA | 227 KING STREET SOUTH ATTN: KEVIN DOUGHERTY, PRESIDENT WATERLOO ON N2J 4C5 CANADA |
| SUN LIFE FINANCIAL CANADA | JEFFREY CEDRONE, SENIOR COUNSEL 1 SUN LIFE PARK WELLESLEY HILLS MA 02481 |
| SUNSET PARK CDO LIMITED SPC, F/A/O THE | SERIES 2005-5 , SEGR PORTF SUNSET PARK CDO LTD. C/O MAPLES FINANCE LIMITED , P.O. BOX 1093 GT, QUEENSGATE HOUSE , 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES 2005-5 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LTD | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 866 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| TAIWAN LIFE | ATTN: JAMES R. WARNOT, JR.,PAUL S. HESSLER LINKLATERS LLP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| TAVARES SQUARE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| TAVARES SQUARE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE SUITE 101 DOVER DE 19904 |
| TAYLOR CREEK LIMITED | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 866 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| TAYLOR CREEK LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| TERRY BURMAN | 40  BRUNNELL  AVE LENOX MA 01240-2025 |
| TERRY BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON |

| Claim Name | Address Information |
|---|---|
| TERRY BURMAN | OH 44311-4407 |
| TERWIN HOLDINGS LLC D/B/A THE | WINTER GROUP 45 ROCKEFELLER PLAZA, SUITE 420 NEW YORK NY 10111 |
| THE BANK OF NEW YORK MELLON CORPORATION | 1 WALL STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 525 WILLIAM PENN PLACE, 7TH FLOOR ATTN: GLOBAL CORPORATE TRUST, CDO GROUP ATTN: GENERAL COUNSEL OR CORPORATE EXEC PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |
| THE DISPATCH PRINTING COMPANY | 34 S. 3RD STREET ATTN: MICHAEL J. FIORILE, PRESIDENT COLUMBUS OH 43215 |
| THE DISPATCH PRINTING COMPANY | STEVEN W. TIGGES, ESQ. 3500 HUNTINGTON CENTER 41 SOUTH HIGH STREET COLUMBUS OH 43215 |
| THE LIVERPOOL LIMITED PARTNERSHIP | C/O LIVERPOOL ASSOCIATES LIMITED CANON'S COURT, 22 VICTORIA SECRET HAMILTON HM12 BERMUDA |
| THE WINTER GROUP | C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE STATE RECORDS AND UNIFORM COMMERCIAL CODE 99 WASHINGTON AVENUE, 6TH FLOOR ALBANY NY 12231 |
| THE WINTER GROUP (F/K/A | TERWIN CAPITAL, LLC) C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE |
| TIERRA ALTA FUNDING I LTD. | TIERRA ALTA FUNDING I, LTD C/O MAPLES AND CALDER LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| TIERRA ALTA FUNDING I, CORP. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| TOM DEPPING | C/O TROUTMAN SANDERS LLP; ATTN: HOLLACE T. COHEN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| TRADEWINDS II CDO SERIES 2006-1 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| U.S. BANK NATIONAL ASSOCIATION | 1270 AVENUE OF THE AMERICAS FL 30 34TH FLOOR NEW YORK NY 10020-1708 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | C/O CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO; 111 WEST MONROE STREET CHICAGO IL 60603 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |
| UNICREDIT BANK AG, LONDON BRANCH | MOOR HOUSE/120 LONDON WALL LONDON EC2Y 5ET UNITED KINGDOM |
| UNICREDIT BANK AG, LONDON BRANCH | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: NIKOLAUS SILLEM, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WILMER CUTLER PICKERING HALE AND DORR LLP ATTN: JAMES H. MILLAR, ESQ. 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007 |
| UNION INVESTMENT INSTITUTIONAL GMBH | WILMER CUTLER PICKERING HALE AND DORR LLP ATTN: ISLEY MARKMAN, ESQ. 1875 PENNSYLVANIA AVENUE WASHINGTON DC 20006 |
| VOX PLACE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| VOX PLACE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE, SUITE 101 DOVER DE 19904 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: GENERAL COUNSEL OR CORPORATE EXEC COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL | ASSOCIATION 101 NORTH PHILIPS AVENUE ATTN: JOHN STUMPF, CEO SIOUX FALLS SD 57104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CASEY B. HOWARD, ESQ. LOCKE LORD BISSELL & LIDDELL LLP THREE WORLD FINANCIAL CENTER NEW YORK NY 10251 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET SUITE 1660 BALTIMORE MD 21202 |
| WELLS FARGO NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO SECURITIES, LLC | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO SECURITIES, LLC | 2711 CENTERVILLE ROAD, SUITE 400 ATTN: JOHN HULLAR, CEO WILMINGTON DE 19808 |
| WELLS FARGO, NATIONAL ASSOCIATION | C/O LOCKE LORD BISSELL & LIDDELL; ATTN: CASEY B. HOWARD, THREE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| WHITE & WILLIAMS LLP | ATTN: SEDGWICK M. JEANITE & NEIL P. CASEY (COUNSEL TO MARSH & MCLENNAN MASTER RETIREMENT TRUST) ONE PENN PLAZA 250 W. 34TH STREET, SUITE 4110 NEW YORK NY 10119 |
| WHITE & WILLIAMS LLP | ATTN: JAMES S. YODER (COUNSEL TO MARSH & MCLENNAN MASTER RETIREMENT TRUST) 824 MARKET STREET, SUITE 902 P.O. BOX 709 WILMINGTON DE 19899-0709 |
| WHITE MARLIN CDO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| WHITE MARLIN CDO 2007-1, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: JAMES H. MILLAR, ESQ. (COUNSEL TO UNION INVESTMENT INSTITUTIONAL GMBH) 7 WORLD TRADE CENTER – 250 GREENWICH STREET NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: ISLEY MARKMAN, ESQ. (COUNSEL TO UNION INVESTMENT INSTITUTIONAL GMBH) 1875 PENNSYLVANIA AVENUE WASHINGTON DC 20006 |
| WONG FLEMING P.C. | (COUNSEL TO: NATIONWIDE MUTUAL LIFE INSURANCE COMPANY) ATTN: LINDA WONG & JAMES HANEY 821 ALEXANDER ROAD P.O. BOX 3663 PRINCETON NJ 08543-3663 |
| YOSS LLP | ATTN: FERNANDO MENDENEZ (COUNSEL TO GMAC MORTGAGE) 2525 PONCE DE LEON BLVD SUITE 400 MIAMI FL 33134 |
| ZAIS GROUP, LLC | C/O SEWARD & KISSEL LLP; ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ZAIS INVESTMENT GRADE LIMITED II | MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED II | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | MAPLESFS LIMITED PO BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED VI | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS CAYMAN ISLANDS |
| ZEICHNER ELLMAN & KRAUSE LLP | ROBERT GUTTMANN ESQ 1211 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10036 |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD. | KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-18 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  648**

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

ANDORRA BANC AGRICOL REIG, S.A.
C/MANUEL CERQUEDA IESCALER 6
AD700 ESCALADES-ENGORDANY
ANDORRA
SPAIN
ATTN: JORDI COMAS PLANAS, CEO

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

MBIA INC.
113 KING STREET
ARMONK, NY 10504

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

PUTNAM INTERMEDIATE DOMESTIC
INVESTMENT GRADE TRUST
C/O PUTNAM FIDUCIARY TRUST COMPANY
ONE POST OFFICE SQUARE
BOSTON, MA 02109
ATTENTION:  GENERAL COUNSEL

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

STATE STREET GLOBAL ADVISORS, INC.
BOX 5501
BOSTON, MASSACHUSETTS 02206

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

ZAIS INVESTMENT GRADE LIMITED X
C/O CARRIE BUNTON
MAPLES FS LIMITED
PO BOX 1093 GT
QUEENSGATE HOUSE, SOUTH CHURCH STREET
GEORGE TOWN, GRAND CAYMAN

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

ANDREW K. GLENN, ESQ.
MATTHEW B. STEIN, ESQ.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
COUNSEL TO: ANDORRA BANC AGRICOL REIG SA
ESCALDESENGORDANY
1633 BROADWAY
NEW YORK, NY 10019

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

PUTNAM DYNAMIC ASSET ALLOCATION FUNDS -
GROWTH PORTFOLIO
C/O PUTNAM INVESTMENT MANAGEMENT, LLC
ONE POST OFFICE SQUARE
BOSTON, MA  02109

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

STATE STREET GLOBAL ADVISORS, INC.
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MASSACHUSETTS 02111

**LBH MOT_DEC (D.I. 42023_42024)_1-10-14**

MAPLESFS LIMITED
(RE: VALEO INVESTMENT GRADE CDO LTD.)
PO BOX 1093
QUEENSGATE HOUSE,
113 SOUTH CHURCH STREET,
CAYMAN ISLANDS