QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Susheel Kirpalani
Andrew J. Rossman
James Tecce

*Special Counsel for the Official
Committee Of Unsecured Creditors of
Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                         :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :  **08-13555 (JMP)**
:
                              Debtors.                            :  **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
LEHMAN BROTHERS HOLDINGS INC. FOR LEAVE TO CONDUCT
DISCOVERY OF JPMORGAN CHASE BANK, N.A. PURSUANT TO 11 U.S.C.
§§ 105(a) AND 1103(c) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that the *Motion of Official Committee Of Unsecured*

*Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan*

*Chase Bank, N.A. Pursuant to 11 U.S.C. §§ 105(a) And 1103(c) and Federal Rule of Bankruptcy*

*Procedure 2004* [ECF No. 566] is hereby withdrawn without prejudice.

Dated: January 14, 2014
      New York, New York

                                               **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                               */s/ James Tecce*
                                               Susheel Kirpalani
                                               Andrew J. Rossman
                                               James Tecce
                                               51 Madison Avenue, 22nd Floor
                                               New York, New York 10010
                                               Telephone No.: (212) 849-7000
                                               Facsimile No.: (212) 849-7100

                                               *Special Counsel for Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc.*