





Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA
Tel: +1 866 879 0688
epiqteamblue@epiqsystems.com

**DZ PRIVATBANK (Schweiz) AG**
Münsterhof 12, P.O. box
CH- 8022 Zurich

contact person:
Vreni Münzenmayer

OPS-WA

phone  +41 44 214-9036
fax    +41 44 9489

vreni.muenzenmayer@dz-privatbank.com
www.dz-privatbank.com

Zurich, 20 December 2013, MUV

**TRANSFER OR CLAIM OTHER THAN FOR SECURITY and EVIDENCE OF TRANSFER OF CLAIM**

Dear Madam, Dear Sir

Please find enclosed mentioned duly signed forms.

Yours sincerely,

*[signature]*

Vreni Münzenmayer
Assistant Manager

Executive Board:
Dr. Marion Pester (Chairwoman)
Dr. Franz Georg Brune
Felix Kirschner

Chairman of the Board of Directors:
Lars Hille

Registered office:
Zurich/Switzerland

Commercial register
CH-020.3.906.593-1

Swiss VAT number
CHE-116.285.903 MWST

JAN - 6 2014

DÜSSELDORF
FRANKFURT
HAMBURG
HANOVER
LUXEMBOURG
MUNICH
NUREMBERG
SINGAPORE
STUTTGART
ZURICH

1/1

Form 210A (10/06)

JAN - 6 2014

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DZ Privatbank (Schweiz) AG
Name of Transferee

Credit Suisse AG
Name of Transferor

Name and Address where notices to transferee should be sent:

DZ Privatbank (Schweiz) AG
Attn. Corporate Actions
Münsterhof 12 / Postfach
CH-8022 Zürich
SWITZERLAND

Court Claim # (if known): 55813
Date Claim Filed: October 29, 2009
Amount of Claim: Unit 10
Portion of Claim Transferred (see Schedule I): Unit 10 / USD 100,000 / USD 100,000

Phone: +41 44214-9400
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ i.V. _____    Date: Zürich, 20.12.2013
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

JAN - 6 2014

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **DZ Privatbank (Schweiz) AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55813** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **December 11, 2013.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214A6406 | 55813 | October 29, 2009 | Lehman Brothers Securities NV | Unit 10 |