UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*, | ) |
| | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Laura E. Appleby, an attorney, hereby certify that on the 10th day of January 2014, I caused a true and correct copy of the **Motion for Withdrawal of Ann E. Acker and James E. Spiotto as Attorneys of Record**, to be served electronically through the Court's ECF System on parties requesting electronic service and that on January 14, 2014, I caused a true and correct copy of the **Motion for Withdrawal of Ann E. Acker and James E. Spiotto as Attorneys of Record,** to be served by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Timothy Pillar<br>U.S. Bank Global Corporate Trust Services<br>EP-MN-WS1D<br>60 Livingston Avenue<br>St. Paul, MN  55107-2292 | Shereen Tan<br>Senior Legal Counsel<br>National Australia Bank Limited<br>245 Park Avenue, 28th floor,<br>New York, NY 10167 |
| Josh Hovermale<br>BMO Financial Group<br>115 S. LaSalle St. - 12th Floor West<br>Chicago, IL 60603 | |

/s/ Laura E. Appleby
Laura E. Appleby

3525100.01.01.doc