

Strictly private and confidential

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York
NY 10004-1408
United States of America



By post

Herbert Smith Freehills LLP
Exchange House
Primrose Street
London EC2A 2EG
T +44 (0)20 7374 8000
F +44 (0)20 7374 0888
D +44 (0)20 7466 2408
DX28
E mark.cooper@hsf.com
www.herbertsmithfreehills.com

Our ref
2114/8549/30893291
Your ref

Date
28 November 2013

Dear Sirs

**Re Lehman Brothers Holding Inc et al (Case No. 08-13555 (JMP)**

We act for Asset Managers International Ltd ("**AMIL**").

On 18 September 2009, AMIL filed claim number 19490 in the sum of USD 18,237,199.55 in the Chapter 11 Bankruptcy Proceedings of Lehman Brothers Holding Inc (the "**Claim**").

On 16 July 2012, Bank of America, N.A. ("**BoA**"), holding itself out as AMIL's attorney, purported to transfer to itself all rights and interests in and to the Claim (the "**BoA Transfer**"). Such transfer was ineffective because BoA did not have a valid power of attorney from AMIL.

On 20 July 2012, Nickolas Karavolas of Pillsbury Winthrop Shaw Pittman LLP, acting on behalf of BoA, filed a transfer notice dated 16 July 2012 with the United States Bankruptcy Court, Southern District of New York (the "**Court**") in respect of the BoA Transfer.

At present the register of the Court shows BoA as the creditor of the Claim. Given that the BoA Transfer was ineffective, we enclose a transfer notice executed on 25 November 2013 by AMIL for the purposes of restoring AMIL as the named creditor of the Claim on the Court register.

If you have any question on the above or require any further information, please contact Damien Byrne Hill (damien.byrnehill@hsf.com, +44 207 466 2114) or Mark Cooper (mark.cooper@hsf.com, +44 207 466 2408).

Yours faithfully

*Herbert Smith Freehills LLP*

**Herbert Smith Freehills LLP**
Enc.

Herbert Smith Freehills LLP and its subsidiaries and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills LLP is a limited liability partnership registered in England and Wales with registered number OC310989. It is authorised and regulated by the Solicitors' Regulation Authority of England and Wales. A list of the members and their professional qualifications is open to inspection at the registered office, Exchange House, Primrose Street, London EC2A 2EG. We use the word partner of Herbert Smith Freehills LLP to refer to a member of Herbert Smith Freehills LLP, or an employee or consultant with equivalent standing and qualifications.

10/44027237_1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holding Inc, et al,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Asset Managers International Ltd | Bank of America, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Asset Managers International Ltd
FAO Mike Doyle and Ross Munro,
c/o Harneys Corporate and Trust Services,
Craigmuir Chambers,
PO Box 71,
Road Town, Tortola,
VG1110,
British Virgin Islands

Court Claim # (if known): 194940
Amount of Claim: $18,237,199.55
(as of petition date)
Date Claim Filed: 09/18/2009

Phone: +1 284-494-2233
Last Four Digits of Acct #: _____

Phone: +1 646-855-7450
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Asset Managers International Ltd,
c/o Amy Jolley
CACEIS Ireland Limited
One Custom House Plaza, IFSC, Dublin 1,
Ireland
Tel: + 353 (0)1 418 0704 – Fax: +353 (0)1 790 0460
amy.jolley@caceis.com



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: November 25th, 2013
Transferee/Transferee's Agent
R. ARLISS FRANCIS

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.