**EXHIBIT A**

## CONTESTED CLAIMS

| Claimant | Duplicative Claim | Surviving Claim |
|---|---|---|
| LEHMAN BROTHERS (EUROPE 2) REAL ESTATE PARTNERS, L.P. | 68003 | 68007 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | 68005 | 68008 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. | 68004 | 68009 |
| LEHMAN BROTHERS/PSERS REAL ESTATE, L.P. | 67971 | 68010 |
| LEHMAN BROTHERS REAL ESTATE FUND, L.P. | 67972 | 68011 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES, L.P. | 68015 | 68026 |