


JAN 13 2014

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Stanley Credit Products Japan Co., Ltd. | UBS Securities Japan Co., Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Yebisu Garden Place Tower 4-20-3
Ebisu, Shibuya-ku, Tokyo,
150-6008 Japan
Attention: Kikuko Itoh / Noriko Ogawa
Telephone: +81-3-5424-4737 / 4527
Facsimile: +81-3-6422-5064
Kikuko.Itoh@morganstanleymufg.com
Kumiko.Takiguchi@morganstanleymufg.com

Court Claim # (if known): 25733
Amount of Claim: $1,336,815.05
Date Claim Filed: 09/21/2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY CREDIT PRODUCTS JAPAN CO., LTD.

By: _____  Ken Merner, Representative Director    Date: January 6, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

JAN 1 3 2014

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Court Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (the "Case")

Proof of Claim Number: 25733

**UBS Securities Japan Co., Ltd.** and its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **Morgan Stanley Credit Products Japan Co., Ltd.** and its successors and assigns ("Assignee"), all right, title and interest in and to Proof of Claim Number **25733** (the "Claim") currently allowed in the amount of **$1,336,815.05** against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __January 6, 2014__.

**MORGAN STANLEY CREDIT
PRODUCTS JAPAN CO., LTD.**

By: _____
Name: Ken Merner
Title: Representative Director

**UBS SECURITIES JAPAN CO., LTD.**

By: _____
Name: Taro Hojo
Title: Executive Director

By: _____
Name: Marie Miyazawa
Title: Associate Director

Re: Lehman Brothers Holding Claims Processing

Enclosed are
1. Evidence of Transfer of Claim
   and
2. Transfer of Claim Other Than For Security

                                              Daisuke TSUYUKI
                                              SSG
                                              Morgan Stanley MUFG Securities Co., Ltd.
                                              4-20-3 Ebisu, Shibuya-ku, TOKYO150-6008