JAN 1 3 2014

## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Argauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **InCore Bank AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55814**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON January 7, 2014.

Neue Argauer Bank AG

By:_____
Name:   Adrian Graf
Title:   AVP

By:_____
Name:   Rita von Wyl
Title:   AVP

**InCore Bank AG**
Swiss Banking Services
Zürich

C. Kummer / 372

R. Theiler

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|------------------------------------------------|
| CI I0036891387 | 55814 | October 29, 2009 | Lehman Brothers Securities NV | CHF 50'000.00 |



08.01.14
CH-8022
Zürich

785555

001.90
PRIORITY
Stand 2

DIE POST ✚



USBC Southern District of NY
Attn. Lehman Brothers
One Bowling Green
New York, NY 10004-1408

USA

RECEIVED
JAN 1 3 2014
U.S. BANKRUPTCY COURT
SO DISTRICT NEW YORK

100048 1400