

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

December 31, 2013

**subject** Withdrawal of Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the Court

you are receiving    Notice of Withdrawal of partial transfer of claim

☐ for your information      ☐ returned with thanks     ☐ please return
☒ for your records          ☐ please comment           ☒ please confirm receipt
☐ as agreed                 ☐ please sign              ☒ please process
☐ please complete

Remarks
TOCE061    USD 250'000.00    XS0301813522
Transferor: Bank Julius Baer & Co.Ltd.
Claim Number: 58786
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

RECEIVED JAN 13 2014

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E    07.03.2012    N1                    31.12.2013    Page 1/1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
                                                  :  Chapter 11
In re                                             :
                                                  :  Case No. 08-13555
                                                  :
LEHMAN BROTHERS HOLDINGS INC.                     :  (Jointly Administered)
                                                  :
                         Debtor.                  :
------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 40768], dated October 25, 2013, filed in reference to Claim No. 58786, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: December 31, 2013

UBS AG

Matthias Mohos          Jean-Claude Besson
Associate Director      Associate Director

RECEIVED
JAN 13 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK