EXECUTION COPY

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVI CVF II Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVI CVF II Lux Master S.a.r.l.
c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 17376
Amount of Claim Transferred: $4,234,520.00
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

805280v.1 3091/00329                    13

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: ___[signature]___                          Date: 12/30/13
Transferee/Transferee's Agent
**Sean Goudy**
**Authorized Signatory**

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____                    Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____        Date: _____
  Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: 12/31/13
  Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXECUTION COPY

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVI CVF II Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVI CVF II Lux Master S.a.r.l.
c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 29058
Amount of Claim Transferred: $4,234,520.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

805280v.1 3091/00329                    15

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: 12/30/13
       Transferee/Transferee's Agent
       **Sean Goudy**
       **Authorized Signatory**
GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
       Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

805280v.1 3091/00329                    16

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT


By: _____          Date: _____
      Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 12/31/13
      Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

805280v.1 3091/00329                          16

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVI CVF II Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVI CVF II Lux Master S.a.r.l.
c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 14961
Amount of Claim Transferred: $4,496,050.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____[signature]_____     Date: 12/30/13
    Transferee/Transferee's Agent
    **Sean Goudy**
    **Authorized Signatory**

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

805245v.4 3091/00329                    16

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____        Date: _____
    Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: 12/31/13
    Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXECUTION COPY

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVI CVF II Lux Master S.a.r.l. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVI CVF II Lux Master S.a.r.l.
c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Teri Salberg
Phone: (952) 984-3416
Teri.salberg@carval.com

Court Claim # (if known): 14962
Amount of Claim Transferred: $4,496,050.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing Inc.

805245v.4 3091/00329                    13

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____     Date: 12/30/13
Transferee/Transferee's Agent
Sean Goudy
Authorized Signatory

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

805245v.4 3091/00329                   14

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY: CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____          Date: _____
    Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 12/31/13
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.