**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*, | ) |
| | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

**ORDER GRANTING MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD**

Upon consideration of the Motion of each of: (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited to Withdraw Ann E. Acker and James E. Spiotto as counsel of record for each of: (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited, it is hereby

**ORDERED**, that Ann E. Acker and James E. Spiotto are withdrawn as counsel of record for each of: (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited, in the above referenced case.

**ORDERED**, Franklin Top III and Craig M. Price of Chapman and Cutler LLP will be substituted as counsel of record for each of: (i) U.S. Bank National Association, as Trustee, (ii) Bank of Montreal, and (iii) National Australia Bank Limited, in the above referenced case.

Dated: New York, New York
January 16, 2014



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge