WHITE & CASE LLP
Richard A. Graham, Esq.
1155 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

Counsel for Certain Members and
Customers of the Members of the
*Deutscher Sparkassen und Giroverband*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
                                          :
**In re**                                 :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                          :
               Debtors.                   :    **(Jointly Administered)**
                                          :
------------------------------------------x

### NOTICE OF ADJOURNMENT OF MOTION OF CERTAIN MEMBERS AND CUSTOMERS OF MEMBERS OF THE DEUTSCHER SPARKASSEN UND GIROVERBAND FOR A DETERMINATION OF CLASSIFICATION OF CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Certain Members and Customers of Members of the Deutscher Sparkassen und Giroverband for a Determination of Classification of Claims* [ECF No. 40303] (the "Motion")[1] has been adjourned to February 27, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

NEWYORK 9046820

without further notice other than an announcement at the Hearing.

Dated: January 17, 2014
New York, New York

          /s/ Richard A. Graham
          Richard A. Graham

          WHITE & CASE LLP
          Richard A. Graham, Esq.
          1155 Avenue of the Americas
          New York, New York  10036
          Telephone: (212) 819-8200
          Facsimile: (212) 354-8113

          Counsel for Certain Members and
          Customers of the Members of the
          *Deutscher Sparkassen und Giroverband*