UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :     08-13555 (JMP)
                                                                        :    (Jointly Administered)
            Debtors.                                                    :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 41122, 41288,
                                                                             41724, 41788-41791, 41821, 41837-
                                                                             41840, 41842, 41843, 41847, 41851

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
16th day of January, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                          | Chapter 11 Case No.
                                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,                         | 08-13555 (JMP)
                                                               |
                                                               | (Jointly Administered)
                    Debtors.                                   |
                                                               |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
         TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP   ANTHONY VITIELLO
         ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
         745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
         NEW YORK NY 10019
```

Please note that your claim # 55169-14 in the above referenced case and in the amount of
   $740,539.22  allowed at $737,705.38           has been transferred **(unless previously expunged by court order)**

```
         VARDE FUND VI-A LP, THE
         TRANSFEROR: BARCLAYS BANK PLC
         ATTN: EDWINA PJ STEFFER
         8500 NORMANDALE LAKE BLVD, STE 1500
         MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41837     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 4, 2014.

EXHIBIT B

```
TIME: 10:46:25                                           LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 01/06/14                                                CREDITOR LISTING

Name                                              Address
ALEITER HOLDINGS LLC                              TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                  NEW YORK NY 10020-1708
BANQUE LOMBARD ODIER DARIER HENTSCHE              TRANSFEROR: UBS AG ATTN: J. FILELLA RUE DE LA CORRATERIE 11, CP 5215 GENEVA 11 CH-1211 SWITZERLAND
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
CREDIT SUISSE LOAN FUNDING LLC                    ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE LOAN FUNDING LLC                    ANDREWS KURTH LLP ATTN: DAVIS HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE LOAN FUNDING LLC                    TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. ATTN: ASHWINEE SAWH, JARVIS BUCKMAN ELEVEN MADISON AVENUE
                                                  NEW YORK NY 10010
                                                  TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. ATTN: ASHWINEE SAWH/JARVIS BUCKMAN ELEVEN MADISON AVENUE
                                                  NEW YORK NY 10010
FIBI BANK (SWITZERLAND) LTD                       SEESTRASSE 61 ZURICH CH-8027 SWITZERLAND
GOLDMAN SACHS & CO.                               TRANSFEROR: APPALOOSA INVESTMENT L.P.1 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: PALOMINO FUND LIMITED ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: THOROUGHBRED FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO S.P.A.                            ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
ROYAL BANK OF SCOTLAND, PLC, THE                  C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
STRATEGIC VALUE SPECIAL SITUATIONS                TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED C/O STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.                              GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS                TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED C/O STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.                              GREENWICH CT 06830
THE VARDE FUND XI (MASTER), L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                                            TRANSFEROR: FIBI BANK (SWITZERLAND) LTD BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
VARDE CREDIT PARTNERS MASTER, L.P.                TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUTIE 1500 MINNEAPLIS MN 55437
VARDE FUND VI-A LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 3
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUTIE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVSTMENT PARTNERS, L.P.                    TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed      31                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```