UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                                  :     Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :     08-13555 (JMP)
                                                                       :     (Jointly Administered)
            Debtors.                                                   :
                                                                       :
-----------------------------------------------------------------------x     Ref. Docket Nos. 40284, 41414,
                                                                             41563, 41591, 41792-41795, 41797-
                                                                             41799, 41801, 41805, 41807, 41809,
                                                                             41811, 41822, 41823, 41825, 41829,
                                                                             41844, 41846, 41848, 41850, 41852,
                                                                             41856-41865

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 7, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
16th day of January, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 40284, 41414, 41563...41852, 41856-41865_AFF_1-7-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP   ANTHONY VITIELLO
      ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
      745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
      NEW YORK NY 10019
```

Please note that your claim # 55169-16 in the above referenced case and in the amount of
$1,013,924.06   allowed at $1,010,044.05      has been transferred **(unless previously expunged by court order)**

```
      VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P.
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: EDWINA P.J. STEFFER
      8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 41844    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/07/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 7, 2014.

EXHIBIT B

```
TIME: 12:33:52                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 01/07/14                                              CREDITOR LISTING

Name                                           Address
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.         TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: FRANCO BRICHETTI FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY
BANCA DI CREDITO COOPERATIVO DI ALBA,          ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO) 12051 ITALY
LANGHE E ROERO S.C.
BANCA POPOLARE DI MILANO S.C.A.R.L.            TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. F/K/A BANCA DI LEGNANO S.P.A.
                                               ATTN: MARIA TERESA GUERRA, LEGAL DEPT. PIAZZA F. MEDA 4 MILAN 20121 ITALY
BANCO DI DESIO E DELLA BRIANZA SPA             VIA ROVAGNATI, 1 DESIO (MB) 20033 ITALY
BANK JULIUS BAER & CO. LTD                     ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                    ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANQUE INTERNATIONALE A LUXEMBOURG             ATTN: SVEN RIVA BEETHOVENSTRASSE 48 ZURICH CH-8022 SWITZERLAND
  (SUISSE) SA
BANQUE INTERNATIONALE A LUXEMBOURG SA          TRANSFEROR: BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) SA 69 ROUTE D'ESCH 48 LUXEMBOURG L-2953 LUXEMBOURG
BARCLAYS BANK PLC                              ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANDREW VITIELLO 745 SEVENTH AVENUE, 2ND FL NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVE 2ND FL NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CASSA DI RISPARMIO DI BRA SPA                  TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12
                                               BRA 12042 ITALY
CENTRUM BANK AKTIENGESELLSCHAFT                TRANSFEROR: BANK JULIUS BAER & CO. LTD. KIRCHSTRASSE 3 VADUZ 9490 LIECHTENSTEIN
CREDIT SUISSE                                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                               STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                               RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                               PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
CREDIT SUISSE SUCURSAL EN ESPANA               TRANSFEROR: CREDIT SUISSE CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 852 8TH AVENUE NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L.                  TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O CARVAL INVESTORS UK LIMITED 35 GREAT PULTENEY STREET, 3RD FLOOR
                                               LONDON W1F 9LT UNITED KINGDOM
EVO FEEDER FUND                                TRANSFEROR: EVOLUTION MASTER FUND LTD. SPC. ATTN: RICHARD CHISHOLM 2425 OLYMPIC BLVD, SUITE 120E SANTA MONICA CA 90404
FAHMY, SHADIA                                  3, ABDALA NOUR STREET CAIRO EGYPT
FAHMY, SHADIA                                  DR.SCHACKOW & PARTNER FAO MR. KLAAS BORCHERT JUNGFERNSTEIG 30 HAMBURG 20354 GERMANY
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC            TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC            TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               NEW JERSEY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC            TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                               30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HYPOSWISS PRIVATE BANK GENEVE SA               7 RUE DES ALPES GENEVE 1 CH-1211 SWITZERLAND
ILLIQUIDX LLP                                  TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                  TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INCORE BANK                                    TRANSFEROR: LUZERNER KANTONALBANK AG DREIKONIGSTRASSE 8 ZURICH CH-8022 SWITZERLAND
LUZERNER KANTONALBANK AG                       IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                       LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
NOTENSTEIN PRIVATBANK AG                       TRANSFEROR: CREDIT SUISSE AG BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
OZ SPECIAL MASTER FUND, LTD.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                               NEW YORK NY 10019

                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:33:52                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 01/07/14                                                   CREDITOR LISTING

Name                                           Address
OZ SPECIAL MASTER FUND, LTD.                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
                                               9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP; ATTN: LESLIE EVANS
                                               9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
RIVERROCK SECURITIES LIMITED                   TRANSFEROR: FAHMY, SHADIA ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
SEAPORT GROUP EUROPE LLP, THE                  TRANSFEROR: EVO FEEDER FUND ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM
STONEHILL INSTITUTIONAL PARTNERS, LP           TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                               NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP           TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                               NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP           TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL INSTITUTIONAL PARTNERS, L.P. ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                               NEW YORK NY 10022
STRATEGIC VALUE MASTER FUND, LTD.              TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE
                                               GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS             TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.                           GREENWICH CT 06830
UBS AG                                         BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                         ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA                 TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: ROSA DUNIA BRAMBILLA, MANAGER PIAZZA VITTORIO VENETO 8
                                               BERGAMO 24100 ITALY
VARDE CREDIT PARTNERS MASTER, L.P.             TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE CREDIT PARTNERS MASTER, L.P.             TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.


Total Number of Records Printed       61

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```