UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                  Debtors.                                       :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 41326 & 41796


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 7, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
16th day of January, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   HSBC PRIVATE BANK SUISSE SA
              F/K/A HSBC GUYERZELLER BANK AG
              ATTN: TITSS- CORPORATE ACTIONS DEPARTMENT
              QUAI GENERAL-GUISAN 2
              PO BOX 3580
              GENEVA 3 1211 SWITZERLAND

Additional:

Transferee:   ROSWITHA HABIG
              THOMAS-DEHLER-STRASSE 5
              HEILIGENHAUS 42579 GERMANY

Your transfer of claim # 51605 is defective for the reason(s) checked below:

Other                        CURRENCY DISCREPANCY-ISIN FILED IN USD VS. UNITS ON TRABSFER

Docket Number 41796          Date 12/23/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 7, 2014.

EXHIBIT B

```
TIME: 12:35:06                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 01/07/14                                          CREDITOR LISTING

Name                            Address
CREDIT SUISSE AG                C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
FIBI BANK (SWITZERLAND) LTD     SEESTRASSE 61 ZURICH CH-8027 SWITZERLAND
HSBC PRIVATE BANK SUISSE SA     F/K/A HSBC GUYERZELLER BANK AG ATTN: TITSS- CORPORATE ACTIONS DEPARTMENT QUAI GENERAL-GUISAN 2  PO BOX 3580 GENEVA 3  1211 SWITZERLAND
ROSWITHA HABIG                  THOMAS-DEHLER-STRASSE 5 HEILIGENHAUS 42579 GERMANY


Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC