**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
              :

In re                   :          Chapter 11 Case No.
              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
              :

          **Debtors.**         :          **(Jointly Administered)**
              :

------------------------------------------------------------------------x  **Ref. Docket No. 42091**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757
   Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not
   a party to the above-captioned action.

2. On January 16, 2014, I caused to be served the "Notice of Presentment of Stipulation
   Establishing Procedures for an Evidentiary Hearing in Connection with Omnibus Objections
   to Reclassify Proofs of Claim as Equity Interests," dated January 16, 2014 [Docket No.
   42091], by causing true and correct copies to be:

       i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

       ii.   enclosed securely in separate postage pre-paid envelopes and delivered via
           overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
17th day of January, 2014
/s/ Carol Iris Zhang
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

**EXHIBIT A**

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com

demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

epearlman@scottwoodcapital.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jemma.mcpherson@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshenwick@gmail.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kjarashow@stutman.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com

mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com

mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com

rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com

sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

tim.desieno@bingham.com

timothy.brink@dlapiper.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tslome@msek.com

tunrad@burnslev.com

twheeler@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@stutman.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

| Creditor Name Per POC | Attorney | Email for Counsel |
|---|---|---|
| ADLER, JENNIFER S. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| ANDRIOLA, ROCCO F. | Nash | knash@gwfglaw.com |
| ANTONCIC, MADELYN | Lisa Solomon | lisa.solomon@att.net |
| BANCHETTI, RICCARDO | Lisa Solomon | lisa.solomon@att.net |
| BENSON, CRAIG O. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BIRASCHI,PAOLA | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BOUGHRUM, DONALD J. | Bob Michaelson | rmichaelson@r3mlaw.com |
| BREWER, KAREN H | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BROADBENT, WILLIAM S. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BROOKS, DAVID J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BURKE, TIMOTHY A. | Lisa Solomon | lisa.solomon@att.net |
| COHEN, DARIAN J. | James Boyajian | JamesBoyajian@gmail.com |
| COLLIER, MICHAEL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| CREMIN, PATRICK G. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| D'AMADEO, JOSEPH G | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DE JESUS, NESTOR E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DMUCHOWSKI, JOHN J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DUFOURNIER, PHILIPPE | Lisa Solomon | lisa.solomon@att.net |
| ENGEL, STEVEN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| FINKEL, SETH J. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| FLEISCHMAN RICHMAN, SANDY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GLASEBROOK, RICHARD J., II | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |

| | | |
|---|---|---|
| GOLDBERG, LOUISE | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| GOYAL, ANSHU | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| GRAN, MICHAEL | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| GRAVES, ADRIAN T | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| HAHN-COLBERT, SANDRA M | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| HORNICK, PETER | Lisa Solomon | lisa.solomon@att.net |
| HOWARD, NICHOLAS P. | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| IRAGORRI, JULIAN | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| KENNEY, JUDITH ANN | Eugene Neal Kaplan | michaels@jstriallaw.com;<br>michellep@jstriallaw.com;<br>ENKaplan@kaplanlandau.com |
| KING, HARRIET CHAN | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| LAWRENCE III, HENRY MORGAN | Bob Michaelson | rmichaelson@r3mlaw.com |
| LAWRENCE, NICOLE S. | Bob Michaelson | rmichaelson@r3mlaw.com |
| LEV ARI, TAL | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| LEVILEV, YERUCHIM | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| LEVINE, RICHARD S. | Eugene Neal Kaplan | michaels@jstriallaw.com;<br>michellep@jstriallaw.com;<br>ENKaplan@kaplanlandau.com |
| LEWIS, SARAH J | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| LIOTTI, FABIO | Daniel Carragher | djcarragher@daypitney.com |
| LISTER, JAMES G. | Grenert | mgrenert@liddlerobinson.com |
| LUKEN, PATRICIA M. | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| MARSHALL, NIKKI A. | Lisa Solomon | lisa.solomon@att.net |
| MCCARTHY, LAWRENCE E | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| MCCULLY, MICHAEL K. | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| MCGEE, HUGH | Andrew R. Goldenberg* | schager@ssnyc.com;<br>Goldenberg@ssnyc.com |
| MONAHAN, BRIAN W. | Bob Michaelson | rmichaelson@r3mlaw.com |

| | | |
|---|---|---|
| NACKENSON, RICHARD | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| NEVILLE, IAN A | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| OLIVIER, HELMUT | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| O'SULLIVAN, THOMAS J. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PARR, ANKE | Lisa Solomon | lisa.solomon@att.net |
| PATTERSON, MARTIN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PETRUCELLI, MICHAEL J. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PORTER, BARRY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PRIMIANO, VINCENT A. | Lisa Solomon | lisa.solomon@att.net |
| RAMALLO, HENRY | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| REYNOLDS, CHRISTIAN F. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| RIVKIN, JACK L. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SAKS, ROGER | Edward Magaliff | HMagaliff@R3MLaw.Com |
| NTODOMINGO MARTELL, ALVA | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SARONNE, GIANCARLO | Lisa Solomon | lisa.solomon@att.net |
| SCHWARTZ, MARVIN C | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| SEBIRI, JONATHAN | Lisa Solomon | lisa.solomon@att.net |
| SEWARD, BRIAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SHAH, HARSH | Lisa Solomon | lisa.solomon@att.net |
| SHAPIRO, ROSS B. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SMITH, MARGARET E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SNELLING, STEPHEN J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SOMMA, GREGG | Shager | schager@ssnyc.com goldenberg@ssnyc.com |

| | | |
|---|---|---|
| SPERO, CHARLES | Lisa Solomon | lisa.solomon@att.net |
| | | michaels@jstriallaw.com; |
| | | michellep@jstriallaw.com; |
| STIEFEL, STEPHANIE J | Eugene Neal Kaplan | ENKaplan@kaplanlandau.com |
| | | schager@ssnyc.com; |
| SULLIVAN, ANDREA | Andrew R. Goldenberg* | Goldenberg@ssnyc.com |
| SWEELY, GORDON | Lisa Solomon | lisa.solomon@att.net |
| | | schager@ssnyc.com; |
| VELEBA, MILAN | Andrew R. Goldenberg* | Goldenberg@ssnyc.com |
| | | schager@ssnyc.com; |
| VOLINI, PIERLUIGI | Andrew R. Goldenberg* | Goldenberg@ssnyc.com |
| | | schager@ssnyc.com; |
| WARD, PETER | Andrew R. Goldenberg* | Goldenberg@ssnyc.com |
| | | schager@ssnyc.com; |
| WECKER, JEFFREY | Andrew R. Goldenberg* | Goldenberg@ssnyc.com |
| | | michaels@jstriallaw.com; |
| | | michellep@jstriallaw.com; |
| WEINER, DAVID I. | Eugene Neal Kaplan | ENKaplan@kaplanlandau.com |
| | | schager@ssnyc.com; |
| WILKINSON,TIMOTHY B | Andrew R. Goldenberg* | Goldenberg@ssnyc.com |
| | | schager@ssnyc.com; |
| WINCHESTER, JUDITH A. | Andrew R. Goldenberg* | Goldenberg@ssnyc.com |

**EXHIBIT B**

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY   10014
WILLIAM K. HARRINGTON, ESQ.
SUSAN GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
| --- | --- |
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| ALI, ASGAR | 470 MALCOLM X BLVD APT 7C NEW YORK NY 10037-3024 |
| ALLARD, ANDREW | 647 DELAWARE AVENUE RIDGEWOOD NJ 07450 |
| ANDERSON, IAN W. | 7 DANSON ROAD KENT BEXLEYHEATH DA6 8HA UNITED KINGDOM |
| BARDEHLE, CHRISTIAN | VOLTASTRASSE 70 FRANKFURT 60486 GERMANY |
| BAREGGI, MICHELE | 33 DONERAILE STREET LONDON SW6 6EW UNITED KINGDOM |
| BAZYLEVSKY, BO | 25447 MALIBU ROAD MALIBU CA 90265 |
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| BIRD, RICHARD | 45 DERWENT ROAD HARPENDEN AL5 3NY UNITED KINGDOM |
| BOGERT, LISA R | 13311 LOST CREEK RD. TOMBALL TX 77375 |
| BOWYER, MICHAEL L. | 26 OAK LANE SCARSDALE NY 10583 |
| BRANCATO, JENNIFER | 35 N. CHATSWORTH AVE, 1R LARCHMONT NY 10538 |
| BUTLER-MCLAUGHLIN, CECELIA E. | 2 LANGDON ROAD CARLE PLACE NY 11514 |
| CALLIES,GUILLEMETTE | 16 BIS, RUE SOYER NEUILLY-SUR-SEINE F92200 FRANCE |
| CARANGO, ANTHONY T. | #601 HILLVIEW 21-23 MACDONNELL ROAD MIDLEVELS HONG KONG |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CASUPLE, VIRGILIO | 57 EDGAR PLACE NUTLEY NJ 07110 |
| CATALAO MAIA, ALEXANDRE | 205 EAST 85TH STREET, APT 3-CD APT 514 NEW YORK NY 10028 |
| CHAN, SHIRLEY | 20B DRAGONVIEW COURT 5 KOTEWALL MID-LEVELS HONG KONG |
| CHEN, KENG-CHONG | FLAT B, 11/F GRAND FORTUNE MANSION 1 DAVIES STREET KENNEDY TOWN HONG KONG |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| COHEN, GUSTAVO SEBASTIAN | ORTIZ DE OCAMPO 2655 PISO 7 DTO 1 BUENOS AIRES 1425 ARGENTINA |
| COLTON, DAVID | 345 WASHINGTON AVE GLENCOE IL 60022-1832 |
| CRASTON, EDMUND ANTHONY | 8 ST. MAUR ROAD LONDON SW6 4DP UNITED KINGDOM |
| DAS, NACHIKETA | 301 EAST 69TH STREET APARTMENT 19B NEW YORK NY 10021 |
| DAY, GEMMA | 76 ALBANY STREET LONDON NW1 4EE UNITED KINGDOM |
| DELLARUSSO,RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DICCIANNI, CHARLES | 53 WEDGEWOOD DRIVE GOSHEN NY 10924 |
| DICENSO, JOSEPH | 17 TREETOPS LN DANVERS MA 01923-1140 |
| DUFFY, KATHLEEN C. | 375 SOUTH END AVENUE APT 27A NEW YORK NY 10280 |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| DYER, ROBERT C. | 2 MCLAREN ROAD SOUTH DARIEN CT 06820 |
| ERTMANN, JAMES | 1350 ASBURY AVE WINNETKA IL 60093-1406 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FALLTRICK, BARRY J | 66 HILL VIEW ROAD CHELMSFORD ESSEX CM1 7RX UNITED KINGDOM |
| FELDERHOF, STEPHEN | 170 HOLLAND PARK AVENUE LONDON W11 4UH UNITED KINGDOM |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FLYNN, PATRICK | 205 9TH STREET WILMETTE IL 60091 |
| FRASER-JENKINS,INIGO L | 10 WYNDHAM STREET 33 PADDINGTON STREET LONDON W1H 1DB UNITED KINGDOM |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| GATTUSO, MARGARET E. | 200 N END AVE APT 21B NEW YORK NY 10282-7018 |
| GOLDBERG, JASON | 745 7TH AVENUE, 17TH FLOOR NEW YORK NY 10019 |
| GOLDMAN, SHERYL | 1820 BITTERSWEET LANE MOUNT PROSPECT IL 60056 |
| GROSS, BRIAN M. | 400 E 71ST APT 10D NEW YORK NY 10021 |
| HALL, ROOPALI A. | 1 VAN RENSSELAER AVE STAMFORD CT 06902-8018 |
| HARGRAVE, BRIAN | 105 LLEWELLYN ROAD MONTCLAIR NJ 07042 |
| HASHIDA, AKIKO | 713 POINCIANA DR GULF BREEZE FL 32561 |
| HAWES, GREGG | 1911 RUXTON ROAD RUXTON MD 21204 |

| Claim Name | Address Information |
| --- | --- |
| HOAR, NICK JOHN | 48A WINCHESTER STREET LONDON SW1V 4NF UNITED KINGDOM |
| HOM, MICHAEL C. | 185 WEST END AVENUE APT 25MN NEW YORK NY 10023 |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| HUTTON, RANDALL J. | 22 HILLSIDE LANE NEW HOPE PA 18938 |
| IYER, SUBRAMANIUM | C/6, KRIPA SADAN, 9TH CENTER ROAD BORIVALI (EAST) MUMBAI 400066 INDIA |
| JACOBSON, LARS P. | 909 15TH ST. HERMOSA BEACH CA 90254 |
| JAO, ANDREA T. | 77 SEVENTH AVE. APT. 10-S NEW YORK NY 10011 |
| JENCKES, GEORGE A., IV | 76 SCONSET DR FAIRFIELD CT 06824-3854 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| JUDD, IAN | HOLLY HEDGE ST JOHNS HILL ROAD ST JOHNS SURREY WOKING GU21 7RG UNITED KINGDOM |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KETTLER, R. KYLE | 154 PLANTATION HOUSTON TX 77024 |
| KILGALLON,JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| KOTIAN, SURAJ | SAINATHWADI CO-OP HSG SOC FLAT NO - 505 5TH FLOOR. ASALPHA VILLAGE GHATKOPAR (W) MUMBAI 400084 INDIA |
| KRIEGER, KAREN M. SIMON | 19 MARSHALL COURT GREAT NECK NY 11021 |
| LANGEVIN, MARY | 19 FORT CHARLES PLACE BRONX NY 10463 |
| LANKEN, JONATHAN P | 2 BRYANSTON MEWS WEST LONDON W1H 2DD UNITED KINGDOM |
| LATIFA, DEBBARH | FLAT 20 41 MILLHARBOUR LONDON E14 9NA UNITED KINGDOM |
| LAWSKY, MICHAEL | 472 HOLLY ST LAGUNA BEACH CA 92651-1747 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| LENG, MANHUA | 25 POLHEMUS PL BROOKLYN NY 11215-2203 |
| LEUNG, PAMELA | 7527 137TH AVE SE RENTON WA 98059-3098 |
| LEVY, STEWART F. | 420 EAST 72ND STREET APT. # 20E NEW YORK NY 10021 |
| LOWE, TIA GELAINE | 88 GREENWICH APT 2103 NEW YORK NY 10006 |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MALCOLM, ANDREW | 23 ZANGWILL ROAD BLACKHEATH SE3 8EH UNITED KINGDOM |
| MARNEY, LESLEY N | POPLAR GRANGE 48 CLERKE DRIVE KEMSLEY SITTINGBOURNE, KENT ME102RY UNITED KINGDOM |
| MCCOOEY, KEVIN C. | 11 PLYMOUTH ROAD RYE NY 10580 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MENZIES, FIONA M. | 4 MILLHURST MEWS SHEERING ROAD OLD HARLOW ESSEX CM17 0GY UNITED KINGDOM |
| MISCHLER, VINCENT | 48 THURLEIGH ROAD LONDON SW12 8UD UNITED KINGDOM |
| MODASIA,DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| MURPHY, PATRICIA | 71 HAYES STREET GARDEN CITY NY 11530 |
| NEDEV, BORIS | 4TH FLOOR FLAT 59 COURTFIELD GARDENS LONDON SW5 0NF UNITED KINGDOM |
| NETZEL,GAVIN R | 17 DEFIANT CLOSE CHATHAM, KENT ME5 7QS UNITED KINGDOM |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ UNITED KINGDOM |
| NORTH-CLAUSS, BRYAN | 27 DEVONSHIRE PLACE MEWS LONDON W1G6DA UNITED KINGDOM |
| O'MARA, MICHAEL J. | 10 HURST VIEW ROAD SURREY SOUTH CROYDON CR2 7AG UNITED KINGDOM |
| PATANKAR, SAMEER | GOKUL NAGAR, OLD AGRA ROAD, OPP. NAUNEET MOTORS, NEAR SHIVSENA OFFICE THANE (W) INDIA |
| PENTON, ANDREA M | 71 SALLOWS SHAW SOLE STREET KENT COBHAM DA139BP UNITED KINGDOM |
| POCHINAPEDDI, VENKATA | 901 SWALLOW CT. NORTH BRUNSWICK NJ 08902 |
| POPE, SAMANTHA J. | (FORMERLY SAMANTHA MALTHOUSE) 2 BATEMANS MEWS WARLEY BRENTWOOD, ESSEX CM14 5WA |

| Claim Name | Address Information |
|---|---|
| POPE, SAMANTHA J. | UNITED KINGDOM |
| PULJIC, GORAN | 8 SEARLES RD. DARIEN CT 06820 |
| RADICK, JONATHAN | 1300 KNOLLWOOD ROAD MOUNTAINSIDE NJ 07092 |
| REINER, BRETT S. | 26 BURR FARMS ROAD WESTPORT CT 06880 |
| REYCROFT, EMILY M. | 40 EAST 20TH STREET APARMENT #4 NEW YORK NY 10003 |
| RONCAGLIOLO,JACQUELINE S. | 454 RIVER ROAD APARTMENT G NUTLEY NJ 07110 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SARODE, SUNIL | FLAT NO. 214, 'D' WING, UMIYA COMPLEX GAMESH MANDIR ROAD TITWALA (E) KALYAN 421605 INDIA |
| SAVILLO, JOSEPHINE M. | 34-02 BROOKSIDE ST - FLOOR 2 LITTLE NECK NY 11363 |
| SCHUSTER, CHRISTIANE | FLAT 5 25 ELVASTON PLACE LONDON SW7 5NL UNITED KINGDOM |
| SCHWAB, STEVEN B | 25 KENT ROAD SCARSDALE NY 10583 |
| SHEFFER, SCOTT T. | 602 GOLF CLUB ROAD NEWTON SQUARE PA 19073 |
| SHINDE, SUDARSHAN SUBHASH | 43, SUSWAGOTAM NAGAR POSTAL COLONY ROAD, NEAR FINE ARTS SOCIETY CHEMBUR (E) MUMBAI 400071 INDIA |
| SHOTTON, PAUL NIGEL | 124 LUKES WOOD ROAD NEW CANAAN CT 06840 |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| SIEGEL, NORMAN | 550 N. KINGSBURG # RO8 CHICAGO IL 60654 |
| SINGH, ANIL KUMAR | 25 WEST DRIVE SURREY CHEAM SM2 7NB UNITED KINGDOM |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| STEVENS, CHRISTIAN E. | 2940 ROCKBRIDGE DRIVE HIGHLANDS RANCH CO 80129 |
| SURI, TARVINDER SINGH | FLAT NO. 11, SHREE SAI APT. ROAD NO. 27, SHANTI NALAR WAGLE ESTATE THANE 400604 INDIA |
| TESCHNER, STEFAN | BAHNHOFSALLEE 2 BAD NAUHEIM 61231 GERMANY |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TUIL, LAURENT | FLAT 4 FORDIE HOUSE 82 SLOANE STREET LONDON SW1X 9PA UNITED KINGDOM |
| TURNBULL, NIGINA | 70 W 93RD ST APT 28G NEW YORK NY 10025-0012 |
| VALECCE, JOHN | 3 CARRIAGE HOUSE LANE MAMARONECK NY 10543 |
| WAIRKAR, DINESH VISHWANATH | A 503, PLOT NO. 10, SAI PREM APT. SECTION 8, CHARKOP KANDIVALI (WEST) MUMBAI 400067 INDIA |
| WALKER, MATTHEW | 44 COLLINGWOOD AVENUE LONDON N10 3ED UNITED KINGDOM |
| WANG,YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |
| WEINREICH, RUTH | 759 HAMPTON ROAD WOODMERE NY 11598 |
| WELCH, COLIN S. A. | 8 LOCKWOOD AVE NEW CANAAN CT 06840 |
| WHAMOND, CHRISTIAN | 135 RIVERSIDE AVE RIVERSIDE CT 06878-2012 |
| WIDEMAN, ANDREW | 5406 S FLORENCE CT GREENWOOD VLG CO 80111-3665 |
| WILSON, KELLY WEINBERGER | 349 10 FOREST LANE SOLON OH 44139 |
| WILSON, ROBERT W. | 37 UPLAND ROAD ESSEX BILLERICAY CM120JP UNITED KINGDOM |
| WREN, ALEX H | 117 FERNDALE RD EASTON CT 06612-2008 |

<div style="border:1px solid">

**Total Creditor count  133**

</div>

| Claim Name | Address Information |
|---|---|
| ANDRIOLA, ROCCO F. | KEVIN J. NASH, ESQ. GOLDBERG, WEPRIN, FINKEL, GOLDSTEIN 1501 BROADWAY NEW YORK NY 10036 |
| BOUGHRUM, DONALD J. | ROBERT N. MICHAELSON, ESQ. THE MICHAELSON LAW FIRM 11 BROADWAY, SUITE 615 NEW YORK NY 10004 |
| LAWRENCE, HENRY MORGAN III | ROBERT N. MICHAELSON, ESQ. THE MICHAELSON LAW FIRM 11 BROADWAY, SUITE 615 NEW YORK NY 10004 |
| LAWRENCE, NICOLE S. | ROBERT N. MICHAELSON, ESQ. THE MICHAELSON LAW FIRM 11 BROADWAY, SUITE 615 NEW YORK NY 10004 |
| LIOTTI, FABIO | DANIEL J. CARRAGHER, ESQ. DAY PITNEY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| LISTER, JAMES G. | MICHAEL E. GRENERT, ESQ. LIDDLE & ROBINSON, LLP 800 THIRD AVENUE NEW YORK NY 10022 |

**Total Creditor count  6**