Stylos Capital Management LLC
1700 E. Putnam Avenue
Old Greenwich, Connecticut 06870
Telephone: (203) 461-0942
James Lee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors** | : | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim 29059, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Stylos Capital Management (the "Claimant") in the amount of $46,782,516. On or about March 2011, Claimant transferred a $34,396,333.00 portion of claim 29059 to Chester Square, L.L.C. The portion of claim 29059 retained by Claimant shall hereinafter be referred as the "Claim". Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: January _17_, 2014
        Old Greenwich, Connecticut

                              James Lee
                              Stylos Capital Management LLC
                              1700 E. Putnam Avenue
                              Old Greenwich, Connecticut 06870
                              Telephone: (203) 461-0942