HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center, 8th Floor
Newark, New Jersey 07102-5386
Telephone: 973-621-9020
Facsimile: 973-621-7406

Stephen L. Dreyfuss, Esq.
Email: sldreyfuss@hlgslaw.com
Richard B. Honig, Esq.
Email: rbhonig@hlgslaw.com
Matthew E. Moloshok
Email: mmoloshok@hlgslaw.com

Attorneys for Van Der Hart Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

**DECLARATION OF ANTONIO MANUEL COELHO AFFONSO DE BARROS IN OPPOSITION TO THE FOUR HUDRED FIFTIETH OMNIBUS OBJECTION TO CLAIMS (PREFERRED SECURITIES CLAIMS)**

Antonio Manuel Coelho Affonso de Barros, of full age, declares pursuant to 28 U.S.C. § 1746 that:

1. I make this Declaration on personal knowledge.

2. I purchased securities in Lehman Brothers UK Capital Funding LP ("the Preferred Securities") as related in my Proof of Claim, No. 49837.

3. I never received the Offering Circulars annexed to the 450th Omnibus Objection to Claims. I made my purchase based on a recommendation of representatives

1

of Millenium Bcp Bank on January 25, 2007. They told me it was risk free as the Preferred Securities had the backing of backing of "Lehman," which I understood to be the ultimate US parent, Lehman Brothers Holdings, Inc. ("LBHI").

4. As the issuer failed to pay the Preferred Securities, and they were backed by LBHI, I filed my proof of claim for the entire amount of my investment. I believed that was what the guaranty covered.

I hereby declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Janeiro 16/14 [date] at Porto

_____
Antonio Manuel Coelho Affonso de Barros

-2-