HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center, 8th Floor
Newark, New Jersey 07102-5386
Telephone: 973-621-9020
Facsimile: 973=621-7406

Stephen L. Dreyfuss, Esq.
Email: sldreyfuss@hlgslaw.com
Richard B. Honig, Esq.
Email: rbhonig@hlgslaw.com
Matthew E. Moloshok
Email: mmoloshok@hlgslaw.com

Attorneys for Van Der Hart Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

## DECLARATION OF ANTONIO MANUEL COUTINHAS DA SILVA FERREIRA IN OPPOSITION TO THE FOUR HUDRED FIFTIETH OMNIBUS OBJECTION TO CLAIMS (PREFERRED SECURITIES CLAIMS)

Antonio Manuel Coutinhas da Silva Ferreira , of full age, declares pursuant to 28 U.S.C. § 1746 that:

1. I make this Declaration on personal knowledge.

2  I own securities of Lehman Brothers UK Capital Funding LP and Lehman Brothers UK Capital Funding II LP (collectively "Preferred Securities") as related in my Proof sof Claim, Nos. 55254 and 55255.

3. I never received the Offering Circulars annexed to the 450th Omnibus Objection to

1

Claims. I purchased the Preferred Securities on the recommendation of Banco Espirito Santo. They told me the Preferred Securities had the backing of "Lehman," which I understood to be the ultimate US parent, LBHI. I made the purchase on January 27, 2006, without further inquiry, believing, based on LBHI's backing, the investment was safe.

4. I filed my proof of claim for my entire investment, as I believe that was what was guaranteed.

I hereby declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on____2014-01-16_____, [date] at _____Braga, Portugal_____.

_____
Antonio Manuel Coutinhas da Silva Ferreira