HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center, 8th Floor
Newark, New Jersey 07102-5386
Telephone: 973-621-9020
Facsimile: 973=621-7406

Stephen L. Dreyfuss, Esq.
Email: sldreyfuss@hlgslaw.com
Richard B. Honig, Esq.
Email: rbhonig@hlgslaw.com
Matthew E. Moloshok
Email: mmoloshok@hlgslaw.com

Attorneys for Van Der Hart Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

### DECLARATION OF MIGUEL LOPES DE SOUSA IN OPPOSITION TO THE FOUR HUDRED FIFTIETH OMNIBUS OBJECTION TO CLAIMS (PREFERRED SECURITIES CLAIMS)

Miguel Lopes de Sousa, of full age, declares pursuant to 28 U.S.C. § 1746 that:

1. I make this Declaration on personal knowledge.

2. I purchased securities in Lehman Brothers UK Capital Funding LP ("the Preferred Securities") as related in my Proof of Claim, No. 41969.

3. I never received the Offering Circulars annexed to the 450th Omnibus Objection to Claims. I made my purchase from Banco Espirito Santo. They did not give me the prospectus, but I did review a print out of a computer screen (attached as Exhibit

A), which referred to the securities as a "Structured Note," which was collateralized by a "Company Guaranty." I attach a copy of the screen "Grab" as Exhibit A.

4. In addition the bank informed me and I understood the Preferred Securities had the backing of "Lehman," which I understood to be the ultimate US parent, Lehman Brothers Holdings, Inc. ("LBHI").

5. I purchased the Preferred Securities on March 30, 2005.

6. As the issuer failed to pay the Preferred Securities, collateralized by the Company Guaranty by LBHI, I filed my proof of claim for the entire amount of my investment, as I understood that was what was guaranteed.

I hereby declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _POVOA DE VARZIM_, [date] at _16. JAN. 2014_.

_Miguel Lopes de Sousa_
Miguel Lopes de Sousa

AT. DR. MIGUEL NOVAIS

DE: MIGUEL DE SOUSA

```
GRAB                                                        Corp   DES
STRUCTURED NOTE DESCRIPTION                    Page 1/3
LEHMAN BROS CAP LEH Var 03/29/49        NOT PRICED
ISSUER INFORMATION           IDENTIFIERS              1) Additional Sec Info
Name LEHMAN BROS UK CAP FUND  Common   021534935      2) Call Schedule
Type Special Purpose Entity   ISIN     XS0215349357   3) Identifiers
Market of Issue EURO NON-DOLLAR  BB number ED8574375  4) Ratings
SECURITY INFORMATION         RATINGS                  5) Fees/Restrictions
Country GB    Currency EUR   Moody's   A3e            6) Sec. Specific News
Collateral Type COMPANY GUARNT S&P      BBB+          7) Involved Parties
Calc Typ(1010)FIX-TO-FLOAT BONDS Fitch  A-            8) Custom Notes
Maturity PERPETUAL Series     ISSUE SIZE              9) ALLQ
PERP/CALL      3/30/10 @ 100.00  Amt Issued           10) Pricing Sources
Coupon    6 5/8    VARIABLE    EUR    200,000.00 (M)  11) Related Securities
ANNUAL    ISMA-30/360          Amt Outstanding        12) Corporate Actions
Announcement Dt 3/11/05        EUR    200,000.00 (M)
Int. Accrual Dt 3/30/05        Min Piece/Increment
1st Settle Date 3/30/05           1,000.00/ 1,000.00
1st Coupon Date 3/30/06        Par Amount  1,000.00
Iss Pr  100.0000Reoffer    100  BOOK RUNNER/EXCHANGE
                               LEH                    65) Old DES
NO PROSPECTUS                  Multiple               66) Send as Attachment
CPN=6.625% TO 3/07) THEREAFTER 10-YR CCMS + 1.0BP (MAX CPN=8%).
Australia 61 2 9777 8600   Brazil 5511 3048 4500   Europe 44 20 7330 7500   Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2005 Bloomberg L.P.
                                                                       G761-715-1 14-Nov-05 15:31:12
```

× DEVE SER A DATA DA COMPRA



EXHIBIT A