HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center, 8th Floor
Newark, New Jersey 07102-5386
Telephone: 973-621-9020
Facsimile: 973=621-7406

Stephen L. Dreyfuss, Esq.
Email:  sldreyfuss@hlgslaw.com
Richard B. Honig, Esq.
Email: rbhonig@hlgslaw.com
Matthew E. Moloshok
Email: mmoloshok@hlgslaw.com

Attorneys for Van Der Hart Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

In re                                                   Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS, INC., et al.                  08-13555 (JMP)


                         Debtors.                       (Jointly Administered)


--------------------------------------------------------------------x

**DECLARATION OF RUI MANUEL DIAS MOURA TEIXEIRA IN OPPOSITION
TO THE FOUR HUDRED FIFTIETH OMNIBUS OBJECTION TO CLAIMS
(PREFERRED SECURITIES CLAIMS)**

    Rui Manuel Dias Moura Teixeira, of full age, declares pursuant to 28 U.S.C. §

1746 that:

    1.  I make this Declaration on personal knowledge.

    2   I own securities of Lehman Brothers UK Capital Funding LP ("the Preferred

Securities") as related in my Proof of Claim, No. 44686.

    3.  I never received the Offering Circulars annexed to the 450th Omnibus

Objection to Claims.  I was not involved a decision to purchase the securities.  The

1



purchase was made by representatives of Banco Espirito Santo without my involvement and I do not have information regarding what motivated their purchase.

4. After the securities failed to perform, I became aware that LBHI, the ultimate parent company, had guaranteed obligations of subsidiaries, and this led me to file my proof of claim for the entire amount of my investment.

I hereby declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _AMARANTE_ , [date] at _15 - JAN.- 2014_ .

_Li Manuel Dias de Moura Teixeira._

Rui Manuel Dias Moura Teixeira