HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
One Gateway Center, 8th Floor
Newark, New Jersey 07102-5386
Telephone: 973-621-9020
Facsimile: 973=621-7406

Stephen L. Dreyfuss, Esq.
Email: sldreyfuss@hlgslaw.com
Richard B. Honig, Esq.
Email: rbhonig@hlgslaw.com
Matthew E. Moloshok
Email: mmoloshok@hlgslaw.com

Attorneys for Fundación Rafael del Pino

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------------x

### DECLARATION OF MARIA CLARA XAVIER ROCHA GOMES VAN DER HART IN OPPOSITION TO THE FOUR HUDRED FIFTIETH OMNIBUS OBJECTION TO CLAIMS (PREFERRED SECURITIES CLAIMS)

Maria Clara Xavier Rocha Gomes Van der Hart, of full age, declares pursuant to 28 U.S.C. § 1746 that:

1. I make this Declaration on personal knowledge.

2. I purchased securities in Lehman Brothers UK Capital Funding LP ("the Preferred Securities") as related in my Proof of Claim, No. 44654.

1

3. I never received the Offering Circulars annexed to the 450th Omnibus Objection to Claims. I made my purchase in the belief the issuer was obligated to repay the Preferred Securities and this was guaranteed by Lehman Brothers Holdings plc.

4. I was told by the bank which sold me the securities that the Preferred Securities also had the backing of "Lehman," which I understood to be the ultimate US parent, Lehman Brothers Holdings, Inc. ("LBHI"). LBHI issued, by Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings, Inc. dated June 9, 2005 ("the June 9, 2005 Guarantee"), a guarantee of obligations of various subsidiaries, including those of Lehman Brothers Holdings plc, the named guarantor of the Preferred Securities.

5. As the issuer failed to pay the Preferred Securities, and they were backed by LBHI, I filed my proof of claim for the entire amount of my investment.

I hereby declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on_____, [date]  at _____.

*Maria Clara Xavier da Rocha Gomes van der Hart*

Maria Clara Xavier Rocha Gomes Van Der Hart

-2-