UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                          Debtors.                                     :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 41503, 41802-
                                                                            41804, 41806, 41808, 41810, 41813-
                                                                            41820, 41824, 41826, 41827, 41830-
                                                                            41832, 41834, 41836, 41866-41870,
                                                                            41872, 41889, 41891-41894

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
21st day of January, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41503, 41802-41804…41889, 41891-41894_AFF_1-9-14.doc

EXHIBIT A

08-13555-mg    Doc 42112    Filed 01/21/14    Entered 01/21/14 17:54:33    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP   ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                           BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                  745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                              NEW YORK NY 10019
```

Please note that your claim # 60700-06 in the above referenced case and in the amount of
    $213,365.14    allowed at $204,445.28       has been transferred **(unless previously expunged by court order)**

```
     VARDE FUND VI-A LP, THE
     TRANSFEROR: BARCLAYS BANK PLC
     ATTN: EDWINA PJ STEFFER
     8500 NORMANDALE LAKE BLVD, STE 1500
     MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41834       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/09/2014                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 9, 2014.

EXHIBIT B

```
TIME: 14:25:04                                          LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 01/09/14                                                CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 BARCLAYS BANK PLC ATTN: ANTHONY VITIELLO 745 SEVENTH AVE 2ND FL NEW YORK NY 10019
BARCLAYS BANK PLC                                 ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANDREW VITIELLO 745 SEVENTH AVE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CREDIT SUISSE LOAN FUNDING LLC                    ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE LOAN FUNDING LLC                    ANDREWS KURTH LLP ATTN: DAVIS HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE LOAN FUNDING LLC                    TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. ATTN: ASHWINEE SAWH, JARVIS BUCKMAN ELEVEN MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE LOAN FUNDING LLC                    TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. ATTN: ASHWINEE SAWH/JARVIS BUCKMAN ELEVEN MADISON AVENUE NEW YORK NY 10010
DEUTSCHE BANK AG                                  ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858
DEUTSCHE BANK AG                                  BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                            TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLF LP                                            TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
ILLIQUIDX LLP                                     TRANSFEROR: FORGA - CONSULTADORIA E MARKETING LDA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
QUINTESSENCE FUND L.P.                            TRANSFEROR: DEUTSCHE BANK AG C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND IV LP                                    TRANSFEROR: DEUTSCHE BANK AG C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND V LP                                     TRANSFEROR: DEUTSCHE BANK AG C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
ROTHSCHILD BANK AG                                TRANSFEROR: ST. GALLER KANTONALBANK ZOLLIKERSTRASSE 181 CH-8034 ZURICH SWITZERLAND
ROYAL BANK OF SCOTLAND PLC, THE                   THE ROYAL BANK OF SCOTLAND ATTN: BRIAN GELDERT 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND PLC, THE                   TRANSFEROR: ING BELGIUM S.A./N.V. OPERATIONS AND CREDIT CONTACT ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ST. GALLER KANTONALBANK                           ST. LEONHARDSTRASSE 25 ST. GALLEN CH-9001 SWITZERLAND
STONEHILL INSTITUTIONAL PARTNERS, LP              TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.  TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE GREENWICH CT 06830
VARDE CREDIT PARTNERS MASTER, L.P.                TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                           TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE                 TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE                 TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    42                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```