UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :   (Jointly Administered)
                    Debtors.                                   :
                                                               :
----------------------------------------------------------------x   Ref. Docket Nos. 40684, 40698,
                                                                   41841, 41845, 41849, 41853

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ Lauren Rodriguez
                                             Lauren Rodriguez

Sworn to before me this
21st day of January, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF DEFECTIVE TRANSFER

Transferor:  CREDIT SUISSE
             ATTN: ALLEN GAGE
             1 MADISON AVE
             NEW YORK NY 10010

Additional:  CREDIT SUISSE
             CRAVATH, SWAINE & MOORE LLP
             ATTN: RICHARD LEVIN
             WORLDWIDE PLAZA
             825 EIGHTH AVENUE
             NEW YORK NY 10019

Transferee:  LOMBARD ODIER & CIE
             F/K/A/ LOMBARD ODIER DARIER HENTSCH & CIE
             11 RUE DE LA CORRATERIE
             GENEVA CH-1204 SWITZERLAND

Your transfer of claim # 55829 is defective for the reason(s) checked below:

Other                    Docket Text Differs from Transfer Notice attached to Docket

Docket Number 40698       Date 10/23/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 9, 2014.

EXHIBIT B

```
TIME: 11:51:13                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 01/09/14                                                CREDITOR LISTING

Name                                        Address
BARCLAYS BANK PLC                           TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                           ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CREDIT SUISSE                               ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                               RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
LOMBARD ODIER & CIE                         F/K/A LOMBARD ODIER DARIER HENTSCH & CIE 11, RUE DE LA CARRATERIE GENEVA    CH-1204 SWITZERLAND
LOMBARD ODIER & CIE                         F/K/A/ LOMBARD ODIER DARIER HENTSCH & CIE 11 RUE DE LA CORRATERIE GENEVA    CH-1204 SWITZERLAND
VARDE CREDIT PARTNERS MASTER, L.P.          ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE           ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)        ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.             ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed        11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC