UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                       Debtors.                                        :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 40560, 41113-
                                                                            41116, 41371, 41488, 41491, 41492,
                                                                            41674, 41706-41710, 41717, 41724,
                                                                            41813-41815, 41817, 41819, 41871,
                                                                            41895, 41900, 41907, 41909, 41913-
                                                                            41918, 41933-41941, 41958-41966,
                                                                            41971, 41973, 41975, 41977

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
21st day of January, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 40560, 41113-41116...41973, 41975, 41977_AFF_1-14-14.doc

# EXHIBIT A

08-13555-mg Doc 42114 Filed 01/21/14 Entered 01/21/14 18:09:30 Main Document
Pg 2 of 8

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.
         TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
         ATTN: GREGORY W. PONDER
         214 NORTH TRYON STREET, 15TH FLOOR
         CHARLOTTE NC 28255
```

Please note that your claim # 39262 in the above referenced case and in the amount of
$45,450.47     allowed at $24,269.56       has been transferred **(unless previously expunged by court order)**

```
         MERRILL LYNCH INTERNATIONAL
         TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.
         ATTN: GINA GRASSO
         2 KING EDWARD STREET
         LONDON    EC1A 1HQ
         UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41674       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2014.

EXHIBIT B

```
TIME: 16:02:24                                         LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 01/14/14                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| AARGAUISCHE KANTONALBANK | TRANSFEROR: PETER WEISS, RENATE ANNA ATTN: IAAA POSTFACH AARAU  5000 SWITZERLAND |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | PIAZZALE LODI, 3 MILANO (MI)  20137 ITALY |
| AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO.; ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO.; ATTN: JAMES OLIVO 1251 AVENUE OF THE MAERICAS, 50TH FLOOR NEW YORK NY 10020 |
| AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| ATOLL INVESTMENTS LTD | C/O LINDSAY LEGGAT SMITH 24 BVD PRINCESSE CHARLOTTE MONTE CARLO MC-98000 MONACO |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREE LONDON W1K 7PY UNITED KINGDOM |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)  20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: GERRY DE ALBERTI SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI PIAZZA GARIBALDI, 16 SONDRIO, 23100  ITALY |
| BANK OF AMERICA, N.A. | TRANSFEROR: STANDARD CHARTERED BANK C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BARCLAYS BANK PLC | A CALLAHAN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ADAGIO FUND ATTN: HOWARD H LEE 1301 AVENUE OF THE AMERICAS 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ENCORE FUND, LP ATTN: HOWARD H. LEE 1301 AVENUE OF THE AMERICAS 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FORTISSIMO FUND ATTN: HOWARD H. LEE 1301 AVENUE OF THE AMERICAS 8TH FLOOR NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CARLOTA GALAN RUIZ | TRANSFEROR: ATOLL INVESTMENTS LTD C/O KBL MONACO PRIVATE BANKERS; ATTN: RIAD LACHELAK 8 AVENUE DE GRANDE BIETAGNE MC 98000 MONACO |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOULGAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LONGACRE INSTITUTIONAL OPPORTUNITY FUND L.P. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVE., STE. 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, LP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVE., STE. 425 GREENWICH CT 06830 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE  039393 SINGAPORE |
| CREDIT SUISSE LOAN FUNDING LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. ATTN: ASHWINEE SAWH/JARVIS BUCKMAN ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY |

EPIQ BANKRUPTCY SOLUTIONS, LLC

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS ASIA HOLDINGS LIMITED IN LIQUIDATION C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CO-OPERATIVE BANK P.L.C., THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEBEKA LEVENSVERSICHERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER/MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO ATTN: JAIME FOOTE 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DRAWBRIDGE OSO SECURITIES LLC | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE NEW YORK NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE NEW YORK NY 10105 |
| ERSEL SIM S.P.A. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PIAZZA SOLFERINO, 11 TURIN 10121 ITALY |
| FCDB LBU 2009 LLC | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FCOF UB SECURITIES LLC | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| FTS SIP L.P. | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| GOLDMAN SACHS & CO. | TRANSFEROR: APPALOOSA INVESTMENT L.P.1 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PALOMINO FUND LIMITED ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: THOROUGHBRED FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: THOROUGHBRED MASTER LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O HAYMAN CAPITAL MANAGEMENT, LP; ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, LP; ATTN: DEBBIE LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, LP; ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HAYMAN CAPITAL MANAGEMENT, LP; ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O HAYMAN CAPITAL MANAGEMENT, LP; ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |

```
TIME: 16:02:24                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    3
DATE: 01/14/14                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| ILLIQUIDX LLP | TRANSFEROR: ROYAL SKANDIA LIFE ASSURANCE LIMITED ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ROYAL SKANDIA LIFE ASSURANCE LIMITED ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LAMORAK ADVISORS, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LEHMAN BROTHERS ASIA HOLDINGS LIMITED IN LIQUIDATION | C/O KPMG ATTN CONNIE LAU 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SHERUTEI KASHRUT VESHMITA BADATZ ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND,L.P. | TRANSFEROR: OWENS & MINOR, INC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, LP | TRANSFEROR: DMR STRUCTURED ARBITRAGE MASTER FUND LTD ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, LP | TRANSFEROR: EASTON INVESTMENTS II, A CALIFORNIA L.P. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, LP | TRANSFEROR: FOREST CITY CAPITAL CORPORATION 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, LP | TRANSFEROR: HTSG A/C ERUX ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, LP | TRANSFEROR: HTSG A/C ERXL ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, LP | TRANSFEROR: PAR INVESTMENT PARTNERS, L.P. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, LP | TRANSFEROR: PUERTO SWAP FCCC CORP. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, LP | TRANSFEROR: RAI-RADIOTELEVISIONE ITALIANA SPA ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: UBS AG NOTENSTEIN PRIVATBANK AG BOHL 17 ST. GALLEN CH-9004 SWITZERLAND |
| PANNING MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVE., 24TH FLOOR NEW YORK NY 10022 |
| PAULSON ENHANCED LTD. | TRANSFEROR: AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| PETER WEISS, RENATE ANNA | 7, CITE ALEX FELDKIRCH F-68540 FRANCE |
| PETER WEISS, RENATE ANNA | AARGAUISCHE KANTONALBANK ISFS/EBU9 BAHNHOFSTRASSE 58 AARAU CH-5001 SWITZERLAND |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTENTION: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447-4477 |
| ROYAL SKANDIA LIFE ASSURANCE LIMITED | SKANDIA HOUSE KING EDWARD ROAD ONCHAN ISLE OF MAN IM99 1NU UNITED KINGDOM |
| ROYAL SKANDIA LIFE ASSURANCE LIMITED | TRANSFEROR: ILLIQUIDX LLP SKANDIA HOUSE KING EDWARD ROAD ONCHAN ISLE OF MAN IM99 1NU UNITED KINGDOM |
| SHERUTEI KASHRUT VESHMITA BADATZ | HAEDA HACHAREDIT BEYERUSHALAIM LTD 26A STRAUSS STREET POB 57678 JERUSALEM 9514225 ISRAEL |
| SILVER POINT CAPITAL FUND, LP | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SOCIETE GENERALE PRIVATE BANKING | TRANSFEROR: VP BANK (LUXEMBOURG) S.A. FISCAL ISSUES KORTRIJKSESTEENWEG 302 GENT B-9000 BELGIUM |
| SOS KINDERDORFER WELTWEITHERMANN-GMEINER-FONDS DEUTSCHLAND E.V. FRAU | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA RECHTSANWALTIN JULIA NUCKER RIDLERSTRASSE 55 MÜNCHEN 80339 GERMANY |
| STANDARD CHARTERED BANK | MATTHEW MORRIS 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

```
TIME: 16:02:24                                           LEHMAN BROTHERS HOLDING INC.                                           PAGE:    4
DATE: 01/14/14                                                CREDITOR LISTING

Name                                                  Address
STANDARD CHARTERED BANK                               ATTN: MATTHEW MORRIS, ESQ. LOVELLS LLP 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION                  TRANSFEROR: ILLIQUIDX LLP ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
UBS AG                                                BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                                ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VARDE CREDIT PARTNERS MAASTER, L.P.                   TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                               TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE                     TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)                  TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP                         TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VP BANK (LUXEMBOURG) S.A.                             26, AVENUE DE LA LIBERTE LUXEMBOURG L-1930 LUXEMBOURG
WATERSTONE MARKET NEUTRAL MASTER FUND,                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
 LTD.                                                 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MARKET NEUTRAL MASTER FUND,                TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
 LTD.                                                 PLYMOUTH MN 55447-4477
WATERSTONE MF FUND, LTD.                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTENTION: VINCENT CONLEY
                                                      2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD.                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT,LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                                      PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD.                              TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                                      PLYMOUTH MN 55447-4477
WATERSTONE MF FUND, LTD.                              TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                                      PLYMOUTH MN 55447-4477
WATERSTONE MKT NEUTRAL MASTER FUND, LTD               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTENTION: VINCENT CONLEY
                                                      2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MKT NEUTRAL MASTER FUND, LTD               TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                                      PLYMOUTH MN 55447-4477


Total Number of Records Printed           142
```