UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 41834

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  /s/ *Lauren Rodriguez*
                                                  Lauren Rodriguez

Sworn to before me this
21st day of January, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    BARCLAYS BANK PLC
               TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP
               ATTN: DANIEL MIRANDA
               745 SEVENTH AVENUE, 2ND FLOOR
               NEW YORK NY 10019


Additional:    BARCLAYS BANK PLC
               ANTHONY VITIELLO
               BARCLAYS BANK PLC
               745 SEVENTH AVENUE, 2ND FLOOR
               NEW YORK NY 10019




Transferee:    VARDE FUND VI-A L.P., THE
               ATTN: EDWINA P.J. STEFFER
               8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
               MINNEAPOLIS MN 55437


Your transfer   of claim #   60700-02   is defective for the reason(s) checked below:

Other                                     TRANSFER AMOUNT ON NOTICE IS LISTED IN ERROR
Other                                     Issue with allowed amount calculation
Other


Docket Number 41834           Date 12/31/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2014.

EXHIBIT B

```
TIME: 15:49:05                                         LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 01/14/14                                               CREDITOR LISTING

Name                      Address
BARCLAYS BANK PLC         TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC         ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CREDIT SUISSE             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE             CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE             RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
LOMBARD ODIER & CIE       F/K/A LOMBARD ODIER DARIER HENTSCH & CIE 11, RUE DE LA CORRATERIE GENEVA  CH-1204 SWITZERLAND
LOMBARD ODIER & CIE       F/K/A/ LOMBARD ODIER DARIER HENTSCH & CIE 11 RUE DE LA CORRATERIE GENEVA  CH-1204 SWITZERLAND
VARDE FUND VI-A L.P., THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC