SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF**
**GIANTS STADIUM LLC FOR LEAVE TO CONDUCT DISCOVERY OF LBI**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 36874] (the "Motion"), which was scheduled for January 29, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 19, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as the matter may be heard. The Hearing on the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York     Respectfully submitted,
January 22, 2014

**SULLIVAN & CROMWELL LLP**

By:   /s/ Bruce E. Clark
  Bruce E. Clark
  Matthew A. Schwartz
  SULLIVAN & CROMWELL LLP
  125 Broad Street
  New York, New York 10004
  Telephone: (212) 558-4000
  Facsimile: (212) 558-3588

  *Attorneys for Giants Stadium LLC*