CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Jeffrey G. Close (admitted *pro hac vice*)
Jeremy D. Schreiber (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
30th Floor
New York, New York  10020-1708
Telephone:  (212) 655-6000
Laura Appleby (LA 4879)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | CHAPTER 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | |

## CERTIFICATE OF SERVICE

    I, Laura E. Appleby, an attorney, hereby certify that on the 22nd day of January, 2014, I caused a true and correct copy of the **Limited Objection of First Trust Strategic High Income Fund II to Lehman Brothers Holdings, Inc. Motion to Extend Stay of Avoidance Actions [Dkt. No. 42023]** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below, unless otherwise stated.

| *Via Hand Delivery:*<br><br>Honorable James M. Peck<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Richard W. Slack, Esq.<br>Jacqueline Marcus, Esq.<br>Robert J. Lemons, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
|---|---|

3528183.01.02.doc

| | |
|---|---|
| William K. Harrington, Esq.<br>Susan Golden, Esq.<br>Andrea Schwartz, Esq.<br>Office of the United States Trustee for<br>    Region 2<br>U.S. Federal Office Building<br>201 Varick Street<br>Suite 1006<br>New York, NY 10014 | |

                                                     /s/ Laura E. Appleby
                                                      Laura E. Appleby