**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
                                                                    :
In re                                                               :
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       : Case No. 08-13555 (JMP)
                                                                    :
            Debtors.                                                :
                                                                    :
------------------------------------------------------------------- X

**DECLARATION OF KENNETH G. CROWLEY**
**IN SUPPORT OF RESPONSE OF UBS FINANCIAL SERVICES INC.**
**TO THE FOUR HUNDRED FORTY-NINTH OMNIBUS OBJECTION**
**TO CLAIMS (510(b) CLAIMS)**

  I, Kenneth G. Crowley, pursuant to 28 U.S.C. § 1746, hereby declare:

  1. I am an Executive Director and a Deputy General Counsel of UBS Financial Services Inc. ("UBSFS"). I submit this affidavit in support of the response filed by UBSFS (the "Response") in opposition to the Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [Docket No. 41664] (the "Objection") to the extent that the Objection pertains to Claim Number 17889 filed by UBSFS.

  2. Since late 2008, I have played a significant role in UBSFS's defense of claims brought by UBSFS's clients related to structured securities issued by Lehman Brothers Holdings Inc. ("LBHI") that were purchased by UBSFS from Lehman Brothers Inc. ("LBI") and sold to UBSFS's clients. Except where indicated to the contrary herein, I am fully familiar with the facts and circumstances recited herein and the documents annexed as Exhibits hereto, on the basis of my personal knowledge, review of UBSFS books and records, consultations with my colleagues at UBSFS and with outside counsel engaged by UBSFS in connection with the Proceedings (as defined below).

A/75905443.2

**UBSFS's Purchase and Resale of LBHI Structured Securities**

3. UBSFS is an indirect wholly-owned subsidiary (through UBS Americas Inc.) of UBS AG, incorporated in Delaware with its principal place of business located in Weehawken, New Jersey. It is registered with the Securities Exchange Commission as a broker-dealer and is a member of NASDAQ and the New York Stock Exchange. Among other things, UBSFS provides wealth management and related services for clients residing and doing business in the United States.

4. During 2007 and 2008, UBSFS purchased from LBI as underwriter certain structured securities, including certain Medium Term Notes, Series I, U.S. Structured Notes issued by LBHI (the "Structured Securities"), for sale to UBSFS's clients.

5. The relationship between LBHI and LBI and UBSFS in these transactions was governed by, among other things, that certain Purchase Agreement among LBHI, LBI and UBSFS dated March 9, 2007, along with subsequent amendments thereto, including that certain U.S. Structured Notes Purchase Agreement Amendment 1, dated November 5, 2007 by and between UBSFS, LBHI and LBI, and that certain sideletter, dated March 9, 2007 by and between LBI and UBSFS (collectively, the "Purchase Agreement"). A true and correct copy of the fully executed Purchase Agreement is annexed hereto as Exhibit A. The Purchase Agreement provides that LBI shall be the "Primary Agent" and that UBSFS shall have the same rights and obligations as LBI as Primary Agent under a certain Distribution Agreement dated May 30, 2006 (the "Distribution Agreement"). A copy of the form of Distribution Agreement is annexed hereto as Exhibit B. The Purchase Agreement further provides that UBSFS shall purchase the Structured Securities from LBI pursuant to a separate "Terms Agreement" relating to each subject issuance of such securities. A copy of the form of Terms Agreement is appended as

A/75905443.2

Exhibit A to the Purchase Agreement. There were approximately eighty-four issuances of Structured Securities purchased, at least in part, by UBSFS, pursuant to these agreements. A true and accurate list of the CUSIPS for such Structured Securities is annexed hereto as Exhibit C.

6. As expressly contemplated in the Purchase Agreement, UBSFS distributed the Structured Securities to its clients. UBSFS did not purchase or hold any of the Structured Securities for its own account.

**The Proceedings Against UBSFS**

7. After the commencement of LBHI's chapter 11 case and LBI's SIPA case in September 2008, a number of UBSFS's clients (the "Claimants") filed lawsuits (or joined class actions) or commenced arbitration proceedings before the Financial Industry Regulatory Authority ("FINRA") against UBSFS in connection with the Structured Securities (collectively, the "Proceedings"). In the Proceedings, the Claimants asserted securities fraud and related claims against UBSFS, including claims under Section 11 of the Securities Act of 1933, and alleged in support of those claims that the offering materials concerning the Structured Securities that they had purchased from UBSFS -- which were created in part by LBHI -- contained material misstatements and omissions. The Claimants sought to hold UBSFS liable for the entire amount of their alleged losses.

8. LBHI is not a defendant in the Proceedings or, on information and belief, in any legal action or FINRA arbitration, apparently as a result of the automatic stay in LBHI's chapter 11 case.

9. The Proceedings include several putative class actions filed in the fall of 2008 against UBSFS and others relating to the Structured Securities, which were consolidated with certain other actions relating to Lehman-issued securities in January 2009 before Judge Kaplan

under the caption *In re Lehman Brothers Equity/Debt Securities Litigation*, Case No. 08 Civ. 5523 (LAK) (S.D.N.Y.) (the "Class Action"). The Third Amended Complaint in the Class Action alleged, among other things, that UBSFS, as an underwriter and seller of the Structured Securities, was liable under sections 11 and 12(a)(2) of the Securities Act of 1933 for allegedly false and misleading statements and omissions in the offering materials for the Structured Securities relating to Lehman's financial condition and creditworthiness.

10. The Proceedings also include over 500 FINRA arbitrations filed from December 1, 2008 through the present. A true and accurate list of identifying numbers and filing dates for such FINRA proceedings is annexed hereto as Exhibit D. Because of privilege and confidentiality concerns, UBSFS has not provided here, but is prepared to provide to the Court and the Debtors directly, additional information regarding the FINRA proceedings.

11. Since late 2008, UBSFS, with the assistance of outside counsel, has been engaged in investigating and defending the Claimants' allegations and claims in the Proceedings. The Proceedings have been numerous, complex, and in some cases protracted.

12. On or about September 18, 2009, prior to the applicable bar date, UBSFS filed a proof of claim which was later assigned claim number 17889, asserting claims arising from losses suffered or defense costs incurred in connection with the Proceedings. UBSFS expressly stated in the Annex to the proof of claim that it reserved the right to amend the proof of claim. An as-filed copy of the Claim is annexed hereto as Exhibit E.

**UBSFS's Losses**

13. To date, UBSFS has incurred losses as a result of the Proceedings in at least the amounts set forth below.

14. *Class Action Settlement of $120 million.* In August 2013, UBSFS and plaintiffs in the Class Action reached an agreement, subject to the court's approval, settling the claims against UBSFS for $120 million. An as-filed copy of the motion to approve this settlement and proposed order is annexed hereto as Exhibit F. Judge Kaplan approved the settlement, the settlement closed, and UBSFS has funded the $120 million to the Class Action plaintiffs.

15. *Class Action Legal Expenses of $6.4 million.* To date, UBSFS has incurred and paid outside counsel attorneys' fees and expenses in the Class Action exceeding $6.4 million. A true and accurate summary of these fees and expenses is annexed hereto as Exhibit G. Because of privilege and confidentiality concerns, UBSFS has not provided here, but is prepared to provide to the Court and the Debtors directly, more detailed backup for these expenses.

16. *FINRA Arbitration Settlements and Awards of $80.1 million.* To date, UBSFS has paid no less than $106.6 million in settlements and awards to Claimants in FINRA arbitrations concerning the Structured Securities. Certain of the settlement payments have been mitigated by the Claimants' assignment to UBSFS of the subject Structured Securities, with an estimated aggregate value of $26.5 million. The chart annexed hereto as Exhibit H sets forth the settlement or award amount for each of the FINRA proceedings resolved to date, as well as the aggregate net payment amount after deducting the estimated value of the assigned securities. Because of client confidentiality concerns, UBSFS has not provided here, but is prepared to provide to the Court and the Debtors directly, more detail concerning these settlements and awards.

17. *FINRA Arbitration Legal Expenses of $50 million.* To date, UBSFS has incurred and paid outside counsel attorneys' fees and expenses in these FINRA arbitrations exceeding $50 million. A true and accurate summary of these fees and expenses is annexed hereto as Exhibit I.

A/75905443.2

Because of privilege and confidentiality concerns, UBSFS has not provided here, but is prepared to provide to the Court and the Debtors directly, more detailed backup for these expenses.

18.     The losses set forth above and in the Exhibits hereto are amounts that UBSFS has actually paid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on January 22, 2014.

/s/ Kenneth G. Crowley_____

Kenneth G. Crowley

A/75905443.2