REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF HEARING ON OBJECTION TO PROOF
OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR**

**PLEASE TAKE NOTICE** that a hearing to consider Plan Administrator's Objection to Proof of Claim No. 33605 Filed By Sanford A. and Tina A. Mohr [Docket No. 39348] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 28, 2014 at 10:00 a.m. (Eastern Time)**.

Dated: January 22, 2014

                                              /s/ Michael A. Rollin
                                              Michael A. Rollin
                                              REILLY POZNER LLP
                                              1900 16th Street, Suite 1700
                                              Denver, Colorado 80202
                                              Telephone: (303) 893-6100
                                              Facsimile: (303) 893-6110

                                              Attorneys for Lehman Brothers Holdings Inc.
                                              and Certain of Its Affiliates

1631458