REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 33325 FILED BY ARTHUR A. BOOR AND JOAN BOOR

**PLEASE TAKE NOTICE** that the hearing on Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [Docket No. 40292] that was scheduled for January 28, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 22, 2014

                                         */s/* Michael A. Rollin
                                         Michael A. Rollin
                                         REILLY POZNER LLP
                                         1900 16th Street, Suite 1700
                                         Denver, Colorado 80202
                                         Telephone: (303) 893-6100
                                         Attorneys for Lehman Brothers Holdings Inc. and
                                         Certain of Its Affiliates

1631453