Hearing: January 29, 2014 at 10:00 a.m. (Prevailing Eastern Standard Time)

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5959

Attorneys for Genworth Life and Annuity Insurance Co.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                        :
In re:                                                                  :
                                                                        :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*         :   Chapter 11
                                                                        :
                            Debtors.                      :   Case No. 08-13555 (JMP)
                                                                        :
------------------------------------------------------------------------X

**JOINDER OF GENWORTH LIFE AND ANNUITY INSURANCE CO. TO PRINCIPAL LIFE INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO THE MOTION OF LEHMAN BROTHERS HOLDINGS INC., PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1), TO EXTEND STAY OF AVOIDANCE ACTIONS AND GRANT CERTAIN RELATED RELIEF**

Genworth Life and Annuity Insurance Company ("Genworth"), by and through its counsel Sidley Austin LLP, hereby joins and incorporates the objection and all of the arguments contained in the response in opposition filed by Principal Life Insurance Company [Docket No. 42119] (the "Response")[1] to the Motion of Lehman Brothers Holdings Inc. ("LBHI") to Extend the Stay of Avoidance Actions and Grant Certain Related Relief (the "Motion"). Genworth also hereby reserves its rights to further object and respond to the Motion, and to participate in any

---

[1] For convenience of the Court, a copy of the Response is attached hereto as Exhibit A.

negotiations between LBHI and the defendants of the SPV Avoidance Actions[2] regarding the scheduling of litigation of the SPV Avoidance Actions.

WHEREFORE, for the reasons set forth in the Response, while Genworth has no objection to an extension of the Stay and Service Deadlines to May 20, 2014, it respectfully requests that this Court omit from the resulting order LBHI's proposed scheduling protocols.

Dated: January 22, 2014
New York, New York

SIDLEY AUSTIN LLP

By: /s/ Alex R. Rovira

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5959

Attorneys for Genworth Life and Annuity Insurance Co.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

NY1 9153255v.1