WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                                    :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :   **08-13555 (JMP)**
:
Debtors.                                                     :   **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**MOTION OF LEHMAN BROTHERS HOLDINGS INC. AND LEHMAN**
**COMMERCIAL PAPER INC. TO ENFORCE THE AUTOMATIC STAY,**
**THE PLAN, AND THE CONFIRMATION ORDER AGAINST PICBENGRO, LLC**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. to Enforce the Automatic Stay, the Plan, and the Confirmation Order Against PICBENGRO, LLC [ECF No. 41486] that was scheduled for January 29, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 19, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without

US_ACTIVE:\44410844\1\58399.0011

further notice other than an announcement at the Hearing.

Dated: January 22, 2014
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:   (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates