Hearing: January 29, 2014 at 10:00 am. (Prevailing Eastern Standard Time)

Michael G. Burke
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

-and-

Bryan Krakauer
Joel S. Feldman
Mark B. Blocker
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Safety National Casualty Corporation
and Reliance Standard Life Insurance Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
In re:                                                                 :
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*         :  Chapter 11
                                                                          Case No. 08-13555 (JMP)
                                    Debtors.                      :
                                                                       :
-----------------------------------------------------------------------X

## JOINDER TO RESPONSE IN OPPOSITION OF PRINCIPAL LIFE INSURANCE COMPANY TO THE MOTION OF LEHMAN BROTHERS HOLDINGS, INC., PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1), TO EXTEND STAY OF AVOIDANCE ACTIONS AND GRANT CERTAIN RELATED RELIEF

Safety National Casualty Corporation ("Safety National") and Reliance Standard Life

Insurance Company ("Reliance Standard"), by and through their counsel, Sidley Austin LLP,

hereby join in Principal Life Insurance Company's ("Principal Life") Response in Opposition

(the "Principal Objection") to the Motion of Lehman Brothers Holdings Inc. ("LBHI") to Extend the Stay of Avoidance Actions and Grant Certain Related Relief (the "Motion"), and respectfully state as follows:

## OBJECTION AND JOINDER

1. Safety National and Reliance Standard are both Avoidance Action Defendants in the Distributed Action.[1]

2. Safety National and Reliance Standard hereby (a) adopt and incorporate by reference the arguments, in their entirety, made by Principal Life in the Principal Objection [D.I. # 42119]; (b) join in the Principal Objection; and (c) reserve all rights to be heard before the Court with respect to the Motion.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion

2

WHEREFORE, Safety National and Reliance Standard respectfully request that the Court deny the Motion to the extent it attempts to impose LBHI's proposed litigation Protocols upon Safety National and Reliance Standard.

Dated: January 22, 2014
      New York, New York

                       SIDLEY AUSTIN LLP

                       By: /s/ Michael G. Burke
                       Michael G. Burke
                       787 Seventh Avenue
                       New York, New York 10019
                       Telephone: (212) 839-5300
                       Facsimile: (212) 839-5599

                       -and-

                       Bryan Krakauer
                       Joel Feldman
                       Mark B. Blocker
                       One South Dearborn Street
                       Chicago, Illinois 60603
                       Telephone: (312) 853-7000
                       Facsimile: (312) 853-7036

                       Attorneys for Safety National Casualty Corporation
                       and Reliance Standard Life Insurance Company