**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE FOUR HUNDRED FIFTY FIRST**
**OMNIBUS OBJECTION TO CLAIMS (PREFERRED SECURITIES CLAIMS)**
**SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fifty First Omnibus Objection to Claims (Preferred Securities Claims) (the "Objection"), that was scheduled for January 28, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated: January 22, 2014
       New York, New York

                                                **CURTIS, MALLET-PREVOST,**
                                                **COLT & MOSLE LLP**

                                       By:  */s/ L. P. Harrison 3rd*
                                                 L. P. Harrison 3rd
                                                 Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

17453247

## EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
| --- | --- |
| CITIGROUP GLOBAL MARKETS, INC. | 56866 |
| CITIGROUP GLOBAL MARKETS, INC. | 60606 |
| CITIGROUP GLOBAL MARKETS, INC. | 60608 |
| CREDIT SUISSE | 55829 |
| CREDIT SUISSE (MONACO) SAM | 55817 |
| CREDIT SUISSE (UK) LIMITED | 55816 |
| CREDIT SUISSE AG | 55813 |
| CREDIT SUISSE SINGAPORE BRANCH | 55825 |

17453247