UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
**In re**                             :  Chapter 11
                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
                                      :  Case No.: 08-13555 (JMP)
       **Debtors.**                   :
                                      :  (Jointly Administered)
                                      :
------------------------------------- x

**NOTICE OF PARTIAL TRANSFER OF CLAIM
OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)**

1.   TO:         ERSEL SIM S.p.A ("Transferor")
                 Piazza Solferino, 11
                 10121 Torino
                 *P.I. 06748450019*

2.   Please take notice that $3,795,691.26 of your claim against Lehman Brothers Holdings Inc., arising from and relating to Proof of Claim No. 50473 (attached as Exhibit A hereto), has been transferred to:

                 Silver Point Capital Offshore Master Fund, L.P. ("Transferee")
                 c/o Silver Point Capital, L.P.
                 2 Greenwich Plaza, First Floor
                 Greenwich, CT 06830
                 Attn: David F. Steinmetz

     An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto.  All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the above address, with a copy to:

                 Davis Polk & Wardwell LLP ("Davis Polk")
                 450 Lexington Avenue
                 New York, NY 10017-3904
                 Fax: 212-701-5800
                 Attn: Eric Ruiz

3.   No action is required if you do not object to the partial transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 21 DAYS** OF THE DATE OF MAILING OF THIS NOTICE, YOU MUST:

-- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

   United States Bankruptcy Court
   Southern District of New York
   Attn: Clerk of Court
   Alexander Hamilton Custom House
   One Bowling Green
   New York, NY 10004-1408

-- **SEND YOUR OBJECTION TO THE TRANSFEREE WITH A COPY TO DAVIS POLK.**

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING FOR THE TRANSFERRED PORTION OF THE CLAIM.**

               CLERK

----

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the Transferor, by first class mail, postage prepaid on _____, 2014.

Copy: (check) Claims Agent___ Transferee___ Debtors' Attorney___

               _____
               Clerk of the Court

# **EXHIBIT A**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000050473 |

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>ERSEL SIM S.P.A.<br>11, Piazza Solferino 10121<br>Torino Italy    Notices: ERSEL SIM S.P.A.<br>c/o John E. Jureller, Jr.<br>Klestadt & Winters, LLP<br>292 Madison Avenue, 17th Floor<br>New York, New York 10017 | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Telephone number: 00390115520111    Email Address: gabriella.cesano@ersel.it | |
| Name and address where payment should be sent (if different from above)<br>ERSEL SIM S.P.A. - conto terzi<br>presso MONTE DEI PASCHI DI SIENA<br>c/c 000002930058  IBAN: IT80H0103001000000002930058  SWIFT: PASCIMMTOR | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: 00390115520224    Email Address: emma.travo@ersel.it | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 9,508,383.95**   see attached schedule   **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** see attached schedule   **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

see attached schedule   **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
CLEARSTREAM 11037 / 14279 - INTESA SAN PAOLO / ERSEL SIM S.P.A.

| 5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>OCT 2 8 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| **Date.**<br>23.10.2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. BRUNO ARGENTERO - VICE PRESIDENT | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# RIDER TO PROOF OF CLAIM
## FOR LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Pursuant to the requirements of the Bar Date Order, all claim amounts have been converted into U.S. Currency based upon applicable exchange rates as of September 15, 2008. Claimant reserves all rights with respect to such conversion, the applicable exchange rate and the reference date, including the right to modify, supplement or amend the claim amounts based upon the applicable rate as determined by the Court or otherwise. The claim amounts, as designated in the applicable foreign currency, are set forth on the attached account statement.

Claimant is considered a Filing Entity in accordance with the Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form (Docket No. 4271) and, as such, is "not required to provide identifying information for such account holders or holders of any Lehman Program Security." To the extent deemed necessary, Claimant reserves all rights, including such right to supplement or amend the claim to further identify the bond holders as required by the Court.

| ISIN | Description | | Euros | Exchange Rate as of 9/15/2008 | | US Dollars | Issuing Party | Block Number | Clearstream acc. |
|---|---|---|---|---|---|---|---|---|---|
| XS0176153350 | LEHMAN B.TSY EUR 10/10/13 7% TV | € | 60.000,00 | 1.41895 | $ | 85,137.00 | LEHMAN BROTHERS TREASURY BV | CA02955 | 11037 |
| XS0176153350 | LEHMAN B.TSY EUR 10/10/13 7% TV | € | 2.592.000,00 | 1.41895 | $ | 3,677,918.40 | LEHMAN BROTHERS TREASURY BV | CA90081 | 11037 |
| XS0178969209 | LEHMAN B.TSY EUR 26/11/13 MCP | € | 258.000,00 | 1.41895 | $ | 366,089.10 | LEHMAN BROTHERS TREASURY BV | CA90089 | 11037 |
| XS0181945972 | LEHMAN B.TSY EUR 14/1/14 MCP | € | 3.134.000,00 | 1.41895 | $ | 4,446,989.30 | LEHMAN BROTHERS TREASURY BV | CA90083 | 11037 |
| XS0189294225 | LEHMAN B.TSY EUR 23/4/14 MCP | € | 46.000,00 | 1.41895 | $ | 65,271.70 | LEHMAN BROTHERS TREASURY BV | CA90088 | 11037 |
| XS0195431613 | LEHMAN B.TSY EUR 14/7/14 MCP | € | 50.000,00 | 1.41895 | $ | 70,947.50 | LEHMAN BROTHERS TREASURY BV | CA90086 | 11037 |
| XS0200284247 | LEHMAN B.TSY EUR 22/09/14 MCP | € | 170.000,00 | 1.41895 | $ | 241,221.50 | LEHMAN BROTHERS TREASURY BV | CA90092 | 11037 |
| XS0202417050 | LEHMAN B.TSY EUR 27/10/14 MCP | € | 5.000,00 | 1.41895 | $ | 7,094.75 | LEHMAN BROTHERS TREASURY BV | CA90068 | 11037 |
| XS0208459023 | LEHMAN B.TSY EUR 30/12/16 MCP | € | 30.000,00 | 1.41895 | $ | 42,568.50 | LEHMAN BROTHERS TREASURY BV | CA90065 | 11037 |
| XS0210782552 | LEHMAN B.TSY EUR 01/02/13 FRN | € | 181.000,00 | 1.41895 | $ | 256,829.95 | LEHMAN BROTHERS TREASURY BV | CA90075 | 11037 |
| XS0213899510 | LEHMAN B.HLDG(DEFAULT)EUR 09/03/15 4% | € | 55.000,00 | 1.41895 | $ | 78,042.25 | LEHMAN BROTHERS HLDG INC. | CA90072 | 11037 |
| XS0224346592 | LEHMAN B.HLDG(DEFAULT)EUR 20/07/12 FRN | € | 50.000,00 | 1.41895 | $ | 70,947.50 | LEHMAN BROTHERS HLDG INC. | CA90074 | 11037 |
| XS0252834576 | LEHMAN B.HLDG(DEFAULT)EUR 04/05/11 4% | € | 50.000,00 | 1.41895 | $ | 70,947.50 | LEHMAN BROTHERS HLDG INC. | CA90090 | 11037 |
| XS0224346592 | LEHMAN B.HLDG(DEFAULT)EUR 20/07/12 FRN | € | 20.000,00 | 1.41895 | $ | 28,379.00 | LEHMAN BROTHERS HLDG INC. | CA05224 | 14279 |
| | Total | | 6.701.000,000 | | | 9,508,383.95 | | | |

| Description of the Issuing company | Description of the securities | Type of securities | ISIN | BENEFICIAL HOLDER | Quantity |
|---|---|---|---|---|---|
| LEHMAN BROTHERS HLDG INC. | LEHMAN B.HLDG(DEFAULT)EUR 04/05/11 4% | DEPT SECURITIES,CORP FIXED | XS0252834576 | ALBANI CASTELBARCO V.G.D.SF. MARCELLO C/B | 50000 |
| LEHMAN BROTHERS HLDG INC. | LEHMAN B.HLDG(DEFAULT)EUR 09/03/15 4% | DEPT SECURITIES,CORP FIXED | XS0213899510 | BIANCARDI GIUSEPPE E QUARTODIPALO MARIA ELOISA | 40000 |
| LEHMAN BROTHERS HLDG INC. | LEHMAN B.HLDG(DEFAULT)EUR 09/03/15 4% | DEPT SECURITIES,CORP FIXED | XS0213899510 | PAOLINO ANNA GRAZIA | 15000 |
| LEHMAN BROTHERS HLDG INC. | LEHMAN B.HLDG(DEFAULT)EUR 20/07/12 FRN | DEPT SECURITIES,CORP FLOATER | XS0224346592 | GRINDATTO MARTINO | 50000 |
| LEHMAN BROTHERS HLDG INC. | LEHMAN B.HLDG(DEFAULT)EUR 20/07/12 FRN | DEPT SECURITIES,CORP FLOATER | XS0224346592 | QUAGLIA ROBERTO | 10000 |
| LEHMAN BROTHERS HLDG INC. | LEHMAN B.HLDG(DEFAULT)EUR 20/07/12 FRN | DEPT SECURITIES,CORP FLOATER | XS0224346592 | RIZZI MASSIMILIANO | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 01/02/13 FRN | DEPT SECURITIES,CORP FLOATER | XS0210782552 | ACCATI CRISTINA FEDERICA ROSA ANNA | 51000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 01/02/13 FRN | DEPT SECURITIES,CORP FLOATER | XS0210782552 | MANTEGAZZA PAOLO | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 01/02/13 FRN | DEPT SECURITIES,CORP FLOATER | XS0210782552 | MITINI S.S. | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | BOELLIS MARIA CRISTINA | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | BOERO ANDREINA C/A | 40000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | BOFFA ANDREA | 204000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | BOFFA MARIA ELENA | 75000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | BONA PATRIZIA C/B | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | CAMERARIO SILVIA E ANNA | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | CASATI LUCA E MAURO | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | COSTANTINI LAURA C/B | 12000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | CROVERI LUCA ROBERTO MARIA | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DE GASPERIS CESARE | 15000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DE GENNARO RICCARDO,TIZIANA, FEDERICO | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DE REGIBUS ANNALISA | 22000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DORNA METZGER ALESSANDRA C/C | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DORNA METZGER FELICE C/C | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DORNA METZGER FELICE C/D | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DORNA METZGER PAOLO C/E | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DORNA METZGER PAOLO C/M | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | DORNA METZGER PAOLO C/TOMMASO | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | FENOGLIO LUIGI C/OBBLIGAZIONARIO | 7000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | FERRANDO ACHILLE,CANNA CESIRA E FERRANDO MIRANDA | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | FERRERO FRANCO | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | ERSEL SIM / DOSSIER N.306838 | 70000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | FICCA ANTONIO | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | FICCA FABRIZIO | 25000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | GALATIOTO SEBASTIANA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | GALLI DELLA MANTICA DEMETRIO C/C | 7000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | GIACOBINO SERGIO E BORGOGNO MARISA | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | GIACOMINI MARIA TERESA C/A | 2000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | GRECO EDVIGE AMALIA C/B | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | GRILLI DANIELE ENRICO | 22000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | GRILLI PAOLO | 23000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | INVITTI DI CONCA CESARE, INVITTI ALDO,ELEONORA E GIULIA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | LATTES BARBARA | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | LOMAGNO SANDRO, DAVIDE, EMILIA E CAPPATO M.GRAZIA C/B | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MAINARDI GUIDO E CERRUTI PAOLA C/B | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MANENTI MARCO | 25000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MANTEGAZZA FRANCO E MOLLER URSEL | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MARCHISIO RENATA CARLA C/B | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MARELLO GIULIA | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MARENCO LONG LODOVICO | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MARSANI IRENE | 45000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MILANESIO MAURIZIO E VALPERGA MARIA PIA | 50000 |

| Description of the issuing company | Description of the securities | Type of securities | ISIN | BENEFICIAL HOLDER | Quantity |
|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MITINI S.S. | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | NOMEN FID.SRL-POS.229 | 25000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | NOVARETTI SILVIO | 150000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | PALOSCHI PAOLO E BALLERINI PALOSCHI LUCIANA C/B | 65000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | PELLISSIER EDITH | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | PERONA PIERA MATILDE | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | PESCE ALEXANDRA | 25000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | PIZZI FRANCESCO | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | PIZZI FRANCESCO ED ALESSANDRA | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | RAIMONDO JACQUELINE | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | RAMPONE CAMILLA | 45000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | ROSENBERG UGO E BASSANI MARINA | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | SANTINELLI BRUNO, ALESSANDRO, GRAZIANO E FRANCO A.MARIA | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | SCAGLIOTTI MASSIMILIANA E MELOTTI TERESA | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | SCOTTI MAURIZIO E UMBERTO | 8000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | SELLA LUCIA | 90000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | SESIA GIOVANNI | 25000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | SOC.ERSEL SIM C/OPERATIVITA' | 110000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | SPINNLER MARIA LUCIANA C/A | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | STERZA GUIDO,GIOVANNA,ALBERTO, PAOLA E SPAZZADESCHI FELICITA | 40000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | TESIO PAOLO E ALBERTO FRANCESCO | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | ULRICH BARBARA | 140000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | URANO PAOLO | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | VASTARELLA FLAVIO C/B | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | VIECCA MARIO | 70000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | VIECCA MARIO | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | VILLA GUIDO MARIA | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 10/10/13 7% TV | DEPT SECURITIES,CORP FLOATER | XS0176153350 | MANTERO CRISTIANO | 60000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | AUDISIO FRANCA C/A | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | BACHI DANIELA | 26000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | BERTOLINO SILVIA E MONTICONE GIOELE | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | BOFFA ANDREA | 80000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | BORELLO ANTONIO E CAUDA IRMA MARIA | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | BRIGNONE ALBERTO | 40000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | BRIZIO FALLETTI DI CASTELLAZZO GIORGIO E PAOLO | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CACCIATORE MAURIZIO C/B | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CAISSOTTI DI CHIUSANO ANNA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CAISSOTTI DI CHIUSANO FILIPPO | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CAISSOTTI DI CHIUSANO FRANCESCO | 55000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CAMPIGLIA PAOLO | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CASANA ALBERTA,PAOLA, MARIACONSOLATA E ANNA-SUCCESSI | 200000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CERRUTI GIULIANA | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CHIERA DI VASCO LUIGIA C/A | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CHIERA DI VASCO MARIA CONSOLATA C/A | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CIABATTI EMANUELA C/C | 27000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | CITTON ROBERTO | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | COSTANTINI LAURA | 90000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | DE LA FOREST DE DIVONNE EMANUELA C/A | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | DECIO LUIGI C/A | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | DECIO LUIGI E BERTOLDI LUISELLA C/C | 34000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | DECIO STEFANO C/A | 50000 |

| Description of the issuing company | Description of the securities | Type of securities | ISIN | BENEFICIAL HOLDER | Quantity |
|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | DECIO STEFANO E CERESA MARIA | 11000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | DECIO STEFANO E DECIO ALESSANDRO | 11000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | DECIO STEFANO E DECIO FEDERICO | 11000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | ERSEL SIM / DOSSIER N.16178 | 80000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | FERRANDO MIRANDA E DE BERNARDI ROBERTO | 3000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | FERRERO GIAMPAOLO E ROGGERO PAOLA C/B | 15000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | ERSEL SIM / DOSSIER N.306838 | 70000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | FILIPELLO ANNA E DELLEPIANE MARIO | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | FOGLIASSO ZIGGIOTO MATILDE | 16000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | FUBINI ENRICO | 280000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | FUBINI GABRIELLA | 54000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | FUBINI GIORGIO | 53000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | FUBINI IN VENTURA VALERIA | 16000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | GIUSIANA RENATA MARIA | 15000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | GRASSINI GIORGIO E RINALDI CARLA | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | LEVRINO GIOVANNI | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | LO PRETE BRUNO, BONARA ELISA E LO PRETE NICOLETTA C/B | 4000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | LOZZI GILBERTO E D'AMICO MARIA ANTONIETTA C/AMM | 25000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | MANTEGAZZA FRANCO E MOLLER URSEL | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | MARENCO LONG LODOVICO | 19000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | MARSANI IRENE | 45000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | PAGLIANO DOMENICO E SALVADORI DANIELA | 23000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | PALAZZO DANIELE | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | PALOSCHI PAOLO E BALLERINI PALOSCHI LUCIANA C/B | 65000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | PIZZI FRANCESCO | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | PIZZI FRANCESCO ED ALESSANDRA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | POLI CLAUDIO | 25000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | RANGONI ABELE GIOVANNI | 15000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | RICARDI STEFANO E FEDERICO TERESA | 33000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SAN BERNARDO S.S. C/O | 72000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SARTORETTI LUCIANO | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SCAGLIOTTI MASSIMILIANA E MELOTTI TERESA | 12000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SCHIAVONI ALBERTO C/B | 8000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SOC.ALTI SS | 32000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SOC.ERSEL SIM C/OPERATIVITA' | 80000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SOC.SIRECO FID. SRL POS. 352 | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SOC.SIRECO FID. SRL POS. 353 | 80000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | SPAGGIARI GRAZIELLA E PERUCCHINI PIETRO ATTILIO | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | TEDESCHI G.,FUBINI E. TEDESCHI FUBINI R. | 70000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | TESIO BARTOLOMEO | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | TESIO ELENA, FRANCESCA, MARGHERITA E SABRI ELVIRA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | TESIO MARGHERITA C/C | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | TRIBUZIO PAOLO | 4000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | VALENTE ARMANDA | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | VENCO PAOLO C/C | 20000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | VERCELLOTTI DALL'AGLIO ERMANNO E PETRUCCA MARIO | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | VILLANI GIUSEPPINA | 15000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | VITELLI ELENA, LUISA E PAOLO | 171000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | ZANELLA OTTORINO C/B | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/1/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0181945972 | ZUINI ANNA | 4000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 14/7/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0195431613 | TESIO PAOLO E ALBERTO FRANCESCO | 50000 |

| Description of the issuing company | Description of the securities | Type of securities | ISIN | BENEFICIAL HOLDER | Quantity |
|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 22/09/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0200284247 | BARETTINI FRANCESCO C.TO IN2 | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 22/09/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0200284247 | FILOGAMO LUNELLA MARIA CONSOLATA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 22/09/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0200284247 | GAUTIER DI CONFIENGO EDOARDO | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 22/09/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0200284247 | LOMAGNO SANDRO, DAVIDE, EMILIA E CAPPATO M.GRAZIA C/B | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 23/4/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0189294225 | BOERO ANDREINA C/A | 23000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 23/4/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0189294225 | PRATOLONGO CRISTINA | 23000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | AJMONE BONAMICO ANNA C/B | 48000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | ALESSANDRIA GIUSEPPE E PONTAROLLO LOREDANA C/B | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | BERTOLETTI LIDIA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | DECIO STEFANO C/A | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | DORNA METZGER CARLO C/C | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | SOC.ERSEL SIM C/OPERATIVITA' | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 27/10/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0202417050 | LOMAGNO SANDRO,DAVIDE,EMILIA E CAPPATO M.GRAZIA, | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 30/12/16 MCP | DEPT SECURITIES,CORP FLOATER | XS0208459023 | VIECCA MARIO | 30000 |

| Description of the issuing company | Description of the securities | Type of securities | ISIN | BENEFICIAL HOLDER | Quantity |
|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 22/09/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0200284247 | BARETTINI FRANCESCO C.TO IN2 | 100000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 22/09/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0200284247 | FILOGAMO LUNELLA MARIA CONSOLATA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 22/09/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0200284247 | GAUTIER DI CONFIENGO EDOARDO | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 22/09/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0200284247 | LOMAGNO SANDRO, DAVIDE, EMILIA E CAPPATO M.GRAZIA C/B | 10000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 23/4/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0189294225 | BOERO ANDREINA C/A | 23000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 23/4/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0189294225 | PRATOLONGO CRISTINA | 23000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | AJMONE BONAMICO ANNA C/B | 48000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | ALESSANDRIA GIUSEPPE E PONTAROLLO LOREDANA C/B | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | BERTOLETTI LIDIA | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | DECIO STEFANO C/A | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | DORNA METZGER CARLO C/C | 30000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 26/11/13 MCP | DEPT SECURITIES,CORP FLOATER | XS0178969209 | SOC.ERSEL SIM C/OPERATIVITA' | 50000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 27/10/14 MCP | DEPT SECURITIES,CORP FLOATER | XS0202417050 | LOMAGNO SANDRO,DAVIDE,EMILIA E CAPPATO M.GRAZIA, | 5000 |
| LEHMAN BROTHERS TREASURY BV | LEHMAN B.TSY EUR 30/12/16 MCP | DEPT SECURITIES,CORP FLOATER | XS0208459023 | VIECCA MARIO | 30000 |

# **EXHIBIT B**


## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, ERSEL SIM S.P.A. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Silver Point Capital Offshore Master Fund L.P. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the principal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 50473 filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein.



#85420829v3

Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of January 2014.

ERSEL SIM S.P.A.

By: _____
Name: UMBERTO GIRAUDO
Title: PROXY

[ADDRESS] ERSEL SIM S.p.A
Piazza Solferino, 11
10121 TORINO
P.I. 06748450019

SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.

By: _____
Name: Frederick H. Fogel
Title: Authorized Signatory

Silver Point Capital, L.P.
2 Greenwich Plaza
Greenwich, CT 06830



#85420829v3

Schedule 1

## Transferred Claims

Purchased Claim

$3,795,691.26 of $9,508,383.95 (the outstanding amount of the Proof of Claim number 50473), which is 39.9194151% of the Proof of Claim.

Lehman Programs Securities to which Transfer Relates

| ISIN/CUSIP | Issuer | Guarantor | Description | Principal/Notional Amount (USD) | Principal/Notional Amount (Euro) |
|---|---|---|---|---|---|
| XS0176153350 | Lehman Brothers Treasury Co B.V The Netherlands Amsterdam | Lehman Brothers Holdings Inc. | LEHMAN B.TSY EUR 10/10/13 7% TV | $ 1,528,209.15 | € 1,077,000.00 |
| XS0178969209 | Lehman Brothers Treasury Co B.V The Netherlands Amsterdam | Lehman Brothers Holdings Inc. | LEHMAN B.TSY EUR 26/11/13 MCP | $ 136,219.20 | € 96,000.00 |
| XS0181945972 | Lehman Brothers Treasury Co B.V The Netherlands Amsterdam | Lehman Brothers Holdings Inc. | LEHMAN B.TSY EUR 14/1/14 MCP | $ 1,962,407.84 | € 1,383,000.00 |
| XS0189294225 | Lehman Brothers Treasury Co B.V The Netherlands Amsterdam | Lehman Brothers Holdings Inc. | LEHMAN B.TSY EUR 23/4/14 MCP | $ 39,730.60 | € 28,000.00 |
| XS0195431613 | Lehman Brothers Treasury Co B.V The Netherlands Amsterdam | Lehman Brothers Holdings Inc. | LEHMAN B.TSY EUR 14/7/14 MCP | $ 42,568.51 | € 30,000.00 |
| XS0200284247 | Lehman Brothers Treasury Co B.V The Netherlands Amsterdam | Lehman Brothers Holdings Inc. | LEHMAN B.TSY EUR 22/09/14 MCP | $ 61,014.86 | € 43,000.00 |
| XS0208459023 | Lehman Brothers Treasury Co B.V The Netherlands Amsterdam | Lehman Brothers Holdings Inc. | LEHMAN B.TSY EUR 30/12/16 MCP | $ 25,541.11 | € 18,000.00 |

