FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

Attorneys for Shield Securities Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
                                                  :
In re:                                            : Chapter 11
                                                  :
   LEHMAN BROTHERS HOLDINGS, INC., *et al.*, : Case No. 08-13555 (JMP)
                                                  :
                              Debtors :
                                                  :
------------------------------------------------- X
                                                  :
LEHMAN BROTHERS SPECIAL FINANCING INC.,           :
                                                  :
                           Plaintiff, :
-against-                                         : Adversary Proceeding
                                                  : No. 10-03547 (JMP)
BANK OF AMERICA NATIONAL ASSOCIATION,             :
*et al.*,                                         :
                          Defendants :
------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

     Richard Rodriguez, being duly sworn, deposes and says:

     1.    I am employed by the law firm of Freshfields Bruckhaus Deringer US LLP, and over the age of eighteen years and not a party to this action.

2.  On January 22, 2014, I served a true copy of the NOTICE OF APPEARANCE OF TIMOTHY P. HARKNESS, upon the following parties by first class mail, postage fully prepaid, by depositing same in an official US Depository:

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street
New York, New York 10004

Wollmuth Maher & Deutsch LLP
Attn: Adam M. Bialek, Esq.
500 Fifth Avenue
New York, New York 10110

Richard W. Slack
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

_____
Richard Rodriguez

Sworn to before me this
22nd day of January, 2014

_____
Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
[illegible]
[illegible] County
1/25/2014