FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001


Attorneys for Shield Securities Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
                                           :
In re:                                     :    Chapter 11
                                           :
   LEHMAN BROTHERS HOLDINGS, INC., *et al.*,  :    Case No. 08-13555 (JMP)
                                           :
                          Debtors          :
                                           :
------------------------------------------ X
                                           :
LEHMAN BROTHERS SPECIAL FINANCING INC.,    :
                                           :
                          Plaintiff,       :
-against-                                  :    Adversary Proceeding
                                           :    No. 10-03547 (JMP)
BANK OF AMERICA NATIONAL ASSOCIATION,      :
*et al.*,                                    :
                          Defendants       :
------------------------------------------ X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

        Richard Rodriguez, being duly sworn, deposes and says:

        1.      I am employed by the law firm of Freshfields Bruckhaus Deringer US

LLP, and over the age of eighteen years and not a party to this action.

2.    On January 22, 2014, I served a true copy of the NOTICE OF APPEARANCE

OF DAVID Y. LIVSHIZ, upon the following parties by first class mail, postage fully

prepaid, by depositing same in an official US Depository:


Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street
New York, New York 10004

Wollmuth Maher & Deutsch LLP
Attn: Adam M. Bialek, Esq.
500 Fifth Avenue
New York, New York 10110

Richard W. Slack
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153


_Richard Rod____
Richard Rodriguez

Sworn to before me this
22nd day of January, 2014

_Suzanne Chalpin Alenick_
Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 31-4820942
Qualified in New York County
Commission Expires 1 28 2014