FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

Attorneys for Shield Securities Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
                                               :
In re:                                         : Chapter 11
                                               :
    LEHMAN BROTHERS HOLDINGS, INC., *et al.*, : Case No. 08-13555 (JMP)
                                               :
               Debtors          :
                                               :
---------------------------------------------- X
                                               :
LEHMAN BROTHERS SPECIAL FINANCING INC.,        :
                                               :
              Plaintiff,      :
                                               :
-against-                                      : Adversary Proceeding
                                               : No. 10-03547 (JMP)
BANK OF AMERICA NATIONAL ASSOCIATION,          :
*et al.*,                                      :
                                               :
              Defendants      :
---------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    Richard Rodriguez, being duly sworn, deposes and says:

    1.    I am employed by the law firm of Freshfields Bruckhaus Deringer US LLP, and over the age of eighteen years and not a party to this action.

2.   On January 22, 2014, I served a true copy of the NOTICE OF APPEARANCE OF CAITRIN UNA McKIERNAN, upon the following parties by first class mail, postage fully prepaid, by depositing same in an official US Depository:

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street
New York, New York 10004

Wollmuth Maher & Deutsch LLP
Attn: Adam M. Bialek, Esq.
500 Fifth Avenue
New York, New York 10110

Richard W. Slack
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

_____
Richard Rodriguez

Sworn to before me this
22nd day of January, 2014

_____
Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 31-4170412
Qualified in New York County
Commission Expires 1/25/2014