FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

Attorneys for Shield Securities Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
                                                  :
In re:                                            : Chapter 11
                                                  :
   LEHMAN BROTHERS HOLDINGS, INC., *et al.*, : Case No. 08-13555 (JMP)
                                                  :
                           Debtors :
                                                  :
------------------------------------------------- X
                                                  :
LEHMAN BROTHERS SPECIAL FINANCING INC.,           :
                                                  :
                           Plaintiff, :
-against-                                         : Adversary Proceeding
                                                  : No. 10-03547 (JMP)
BANK OF AMERICA NATIONAL ASSOCIATION,             :
*et al.*,                                         :
                                                  :
                           Defendants :
------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    Richard Rodriguez, being duly sworn, deposes and says:

    1.    I am employed by the law firm of Freshfields Bruckhaus Deringer US LLP, and over the age of eighteen years and not a party to this action.

2.    On January 22, 2014, I served a true copy of the NOTICE OF APPEARANCE OF MICHELLE YOUNG SUH PARK, upon the following parties by first class mail, postage fully prepaid, by depositing same in an official US Depository:

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street
New York, New York 10004

Wollmuth Maher & Deutsch LLP
Attn: Adam M. Bialek, Esq.
500 Fifth Avenue
New York, New York 10110

Richard W. Slack
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Richard Rodriguez

Sworn to before me this
22nd day of January, 2014

/s/ Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 01-AL09942
Qualified in New York County
Commission expires 1/25/2014