UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors | : | (Jointly Administered) |
|  | : |  |

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF
SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 67843 (the "Claim"), filed on January 12, 2012, against Lehman Brothers Holdings Inc. by BNP Paribas Securities (Japan) Limited (the "Claimant") in the amount of $201,456.47, plus interest and additional unliquidated and contingent amounts, amending claim 67661.

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal of the Claim is without prejudice to any other claims, including, without limitation, any other claims asserted against Lehman Brothers Holdings Inc. or its affiliates by the Claimant or its affiliates.

1

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on December 18, 2013, the issuance of which was noticed in a filing with the Court on December 18, 2013 [ECF No. 41594]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: January 22, 2014
      New York, New York

/s/ Howard S. Beltzer

Howard S. Beltzer
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2491
Facsimile: (212) 849-5891

*Attorneys for BNP Paribas Securities (Japan) Limited*

Dated: January 22, 2014
      New York, New York

/s/ Garrett A. Fail

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*