WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF**
**FOUR HUNDRED FORTY-NINTH OMNIBUS OBJECTION**
**TO CLAIMS (510(b) CLAIMS) SOLELY AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [ECF No. 41664] that was scheduled for January 28, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim of UBS Financial Services Inc. (Claim No. 17889), to a date to be determined.**

Dated:  January 23, 2014
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44411875\1\58399.0011