WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF FOUR HUNDRED FIFTIETH
### OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fiftieth

Omnibus Objection to Claims (Preferred Securities Claims) [ECF No. 41667] that was scheduled

for January 28, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

**the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated:   January 23, 2014
           New York, New York

                                                /s/ Garrett A. Fail
                                                Garrett A. Fail

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers
                                                Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44411870\1\58399.0011

## Exhibit A

## Claims Adjourned To A Date To Be Determined:

| Claimant Name | Claim Number |
|---|---|
| CAMPAGNER, ANTONELLA | 37204 |
| DA SILVA FERREIRA, ANTONIO MANUEL COUTINHAS | 55254 |
| DA SILVA FERREIRA, ANTONIO MANUEL COUTINHAS | 55255 |
| DIAS MOURA TEIXEIRA, RUI MANUE0L | 44686 |
| FUNDACION RAFAEL DEL PINO | 57540 |
| GROHS, CLAUDIA | 36008 |
| LOPES DE SOUSA, MIGUEL | 41969 |
| RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL | 49658 |
| STOTT, JEAN TODD | 51535 |
| VUKAILOVIC, ALEX | 41609 |