B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Brigade Leveraged Capital Structures Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/Brian Broyles
Email brian.m.blessing@citi.com
brian.broyles@citi.com
Phone: (302) 324-6660/(302)894-6175
Last Four Digits of Acct #: _____

Court Claim # (if known): 33603
Amount of Claim: $20,849,300.36
Date Claim Filed:    09/22/2009
Phone: _____

Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Citigroup Financial Products Inc.

By: ____/s/Brian S. Broyles_____    Date: ____January 23, 2014____
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

Execution Version

## EXHIBIT E

### EVIDENCE OF TRANSFER OF LBHI CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD.**, (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to

**CITIGROUP FINANCIAL PRODUCTS INC.**
c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/ Brian Broyles

(the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of USD 20,849,300.36 (the "LBHI Claim"), and assigned claim no. 33603.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

Execution Version

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 23rd day of December 2013.

ASSIGNOR

BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD.

By: BRIGADE CAPITAL MANAGEMENT, LLC, as Investment Manager

By: _____
Name: Donald E. Morgan, III
Title: managing member

ASSIGNEE

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name:
Title:

Execution Version

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ____ day of December 2013.

ASSIGNOR

BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD.

By: BRIGADE CAPITAL MANAGEMENT, LLC,
as Investment Manager

By: _____
    Name:
    Title:

ASSIGNEE

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
    Name: Brian S. Broyles
    Title: Authorized Signatory