WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (JMP)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
                                        :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT**
**OF FOUR HUNDRED EIGHTEENTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighteenth

Omnibus Objection to Claims (No Liability Claims) [ECF No. 38010] (the "Objection") that was

scheduled for January 28, 2014, at 10:00 a.m. (Eastern Time), **has been adjourned, solely as to**

**the claim listed on Exhibit A attached hereto, to February 27, 2014 at 10:00 a.m. (Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may

be further adjourned from time to time without further

notice other than an announcement at the Hearing.


Dated:  January 23, 2014
      New York, New York

                      /s/ Robert J. Lemons
                      Robert J. Lemons

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Lehman Brothers
                      Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44412826\1\58399.0011

**Exhibit A**

**Adjourned Claim:**

| Claimant Name | Claim Number |
|---|---|
| FAIRBAIRN TRUST COMPANY LIMITED AS TRUSTEES OF THE BURLS FAMILY TRUST | 41375 |