B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings, Inc.        Case No 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Euro-Finance AD | Notenstein Privatbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BULGARIA
Sofia 1592
43 Chistopher Columbus Blvd.
EURO FINANCE AD

Court Claim # (if known): 555829-80
Amount of Claim: Note: This is a Partial Transfer of Claim. See attached 1 Evidence of Transfer of Claim for

Details
Date Claim Filed: 10/29/2009
Phone:_____

Phone: +359 2 980 56 57
Email: backoffice@eurofinance.bg
Last Four Digits of Acct #: n/a

Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

UniCredit Bulbank AD
Euro Finance AD
UNCRBGSF
 USD – BG30UNCR7630111EUROFIN
 EUR – BG47UNCR7630140EUROFIN

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: 06/12/2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# AVIS de réception/de livraison/de paiement/d'inscription
## Известие за получаване/доставяне/плащане/вписване

**CN 07**

### Administration des postes d'origine
### Администрация на произхождението

| Bureau de dépôt / Станция на подаването | Date / Дата |
|---|---|
| (signature) | 20.12.13 |

**Destinataire de l'envoi / Получател**
United States of America
United States Bankruptcy Court
New York NY 10004-1408

### Nature de l'envoi / Вид на пратката

| Prioritaire/Lettre С предимство/Писмо | Non prioritaire/Imprimé Без предимство/Печатно | Colis Колет |
|---|---|---|
| ☐ | ☐ | ☐ |

| Recommandé Препоръчано | Livraison attestée Доказано доставяне | Valeur déclarée Обявена стойност |
|---|---|---|
| ☐ | ☐ | ☐ |

**No de l'envoi / № на пратката**
RI073FP3065BG

| Mandat ordinaire/ de versement Запис обикновен/за внасяне | Chèque d'assignation Разпл. чек | Montant / Сума |
|---|---|---|

### A compléter à destination / Да се попълни при получаване
L'envoi mentionné ci-dessus a été dûment / Пратката е надлежно

| remis предадена | payé изплатена | inscrit en CCP вписана в сметка |
|---|---|---|

**Date et signature***
**Дата и подпис**

---

## A remplir par l'expéditeur
## Да се попълни от подателя

**A.R.**

**Prioritaire / С предимство**
**Par avion / Въздушна поща**

**Service des postes / Пощенска служба**
Timbre du bureau renvoyant l'avis
Клеймо на станцията, която връща известието

**Renvoyer à / Да се върне на:**

**Nom ou raison sociale** / Име или търговска фирма: EURO-FINANCE

**Rue et N°** / Улица и №: 43 Chistopher Columbus Blvd

**Localité et pays** / Населено място и страна: 1592 Sofia Bulgaria

TEL (+3592) 9805657

*Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient, par une autre personne autorisée ou par l'agent du bureau de destination.