**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | § | Case No. 08-13555 (JMP) |
| | § | |
| Debtor | § | (Jointly Administered) |
| | § | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 22nd day of January, 2014, I caused a true copy of *the Response of UBS Financial Services Inc. To The Four Hundred Forty-Ninth Omnibus Objection To Claims (510(B) Claims)* to be delivered by hand to those parties listed on the attached Service List.

                                                                /s/Patricia A. Wright
                                                                 Patricia A. Wright

Sworn to before me this
24th day of January, 2014

 /s/William T. Crerand
Notary Public, State of New York
No. 01CR6278792
Qualified in New York County
Commission Expires March 25, 2017

A/75908962.1

## SERVICE LIST

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn:  Ralph I Miller<br>　　　Robert J. Lemons<br>　　　Maurice Horwitz | THE OFFICE OF THE U.S. TRUSTEE<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Fax No.: 212.668.2255<br>Attn:  William K. Harrington<br>　　　Susan Golden<br>　　　Andrea B. Schwartz |

A/75908962.1