**Hearing Date and Time: January 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

James H. Millar
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888

Isley Markman
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Union Investment Institutional GmbH*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. |  |

**JOINDER OF UNION INVESTMENT INSTITUTIONAL GMBH IN
OPPOSITION TO THE MOTION OF LEHMAN BROTHERS HOLDINGS INC.,
PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 7004(A)(1), TO EXTEND STAY OF AVOIDANCE
<u>ACTIONS AND GRANT CERTAIN RELATED RELIEF</u>**

Union Investment Institutional GmbH ("Union Investment")[1] submits this Joinder in

Opposition to the Motion of Lehman Brothers Holdings Inc. ("LBHI") to Extend the Stay of

---

[1] This Joinder shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court or a waiver of any other rights, remedies, claims, actions, setoffs, recoupments, or defenses, as appropriate, to which Union Investment Institutional GmbH is or may be entitled in law or equity, and Union Investment Institutional GmbH expressly reserves all rights, remedies, claims, actions, setoffs, recoupments, and defenses (including, but not limited to, lack of personal jurisdiction).

Avoidance Actions and Grant Certain Related Relief [ECF No. 42023] (the "Motion"), and respectfully states as follows:

1. Union Investment is a defendant in the adversary proceeding captioned Lehman Brothers Special Financing, Inc. v. Bank of America National Association, No. 10-03547 (referred to in the Motion as the "Distributed Action").

2. On January 22, 2014, Union Investment filed a response in opposition to the Motion [ECF No. 42122] (the "Union Investment Opposition").

3. Union Investment hereby joins: (a) the oppositions to the Motion filed by: (i) Principal Life Insurance Company [ECF No. 42119], (ii) First Trust Strategic High Income Fund II [ECF No. 42123], (iii) Shenandoah Life Insurance Company [ECF No. 42132], and (iv) PB Capital Corporation [ECF No. 42139]; and (b) Part II.B of the opposition to the Motion filed by Nationwide Life Insurance Company and Nationwide Mutual Insurance Company [ECF No. 42130] (collectively with the Union Investment Opposition, the "Oppositions") and adopts and incorporates by reference the arguments contained therein to the extent those arguments are applicable to Union Investment.

## Conclusion

For the reasons set forth in the Oppositions, while Union Investment has no objection to an extension of the Stay[2] and Service Deadlines to May 20, 2014, it respectfully requests that the Court (a) deny approval of the Protocols and (b) grant such other and further relief as the Court may deem just and proper.

---

[2] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

| | |
|---|---|
| Dated: January 27, 2014<br>New York, New York | /s/ James H. Millar<br>James H. Millar<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York  10007<br>Telephone:  (212) 230-8800<br>Facsimile:  (212) 230-8888<br><br>-and –<br><br>Isley Markman<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>1875 Pennsylvania Avenue<br>Washington, D.C.  20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>*Attorneys for Union Investment Institutional GmbH* |

# **CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of January 2014, a true and correct copy of the foregoing *Joinder of Union Investment Institutional GmbH in Opposition to the Motion of Lehman Brothers Holdings Inc.* was served electronically upon all counsels of record using the Court's CM/ECF system and was also served via hand delivery upon the following:

Honorable James M. Peck
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard W. Slack, Esq.
         Jacqueline Marcus, Esq.
         Robert J. Lemons, Esq.

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn:   William K. Harrington, Esq.
         Susan Golden, Esq.
         Andrea Schwartz, Esq.

      /s/ James H. Millar
James H. Millar
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

*Attorneys for Union Investment Institutional GmbH*

ActiveEU 80958197v.2