**Hearing Date and Time:  January 29, 2014 at 10:00 a.m.**

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Jeffrey G. Close (Admitted *pro hac vice*)
Jeremy D. Schreiber (Admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
30th Floor
New York, New York  10020-1708
Telephone:  (212) 655-6000
Laura Appleby (LA 4879)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al*.,<br><br>                                        Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP) |

**JOINDER OF FIRST TRUST STRATEGIC HIGH INCOME FUND II
IN RESPONSES AND OBJECTIONS OF CERTAIN OTHER DEFENDANTS**

NOW COMES First Trust Strategic High Income Fund II ("*FHY*") by and through its

counsel and, in addition to the relief requested in the Limited Objection of First Trust Strategic

High Income Fund II to Lehman Brothers Holdings, Inc. Motion to Extend Stay of Avoidance

Actions [Dkt. No. 42023] (Dkt. No. 42123), to join and adopt the following responses and

objections filed in this matter (the "*Joined Objections*"):[1]

- Response in Opposition to the Motion of Lehman Brothers Holdings Inc., Pursuant to
  Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1) to Extend Stay

---

[1]    As of this writing, counsel for Debtors have circulated, but not filed, a revised proposed order which
addresses some, but not all, of FHY's objections and the Joined Objections.  Conversations between
counsel continue, and FHY reserves the right to modify or withdraw any objections as appropriate in light
of any subsequent filing(s) by Debtors.

joinder to objections to extension of st - 3528580.01.02-1.doc

of Avoidance Actions and Grant Certain Related Relief, filed on behalf of **Principal Life Insurance Company [Dkt. No. 42119]**;

- Limited Objection of Defendant **Shenandoah Life Insurance Company** to Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 7004(A)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[Dkt. No. 42132]**;

- Response of **Union Investment Institutional GMBH** in Opposition to the Motion of Lehman Brothers Holdings Inc., Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 7004(A)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[Dkt. No. 42122]**;

- Limited Objection of **PB Capital Corporation** to the Motion of Lehman Brothers Holdings Inc., Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 7004(A)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[Dkt. No. 42139]**; and

- Part II.B of the Limited Objections of **Nationwide Life Insurance Company** and **Nationwide Mutual Insurance Company** to Joint Motion of Lehman Brothers Holdings, Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 7004(A)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief (noting that the proposed order should include or require a coterminous lifting of the "SPV ADR Stay") **[Dkt. No. 42130]**.[2]

Dated:  January 27, 2014
        New York, New York

                                        Respectfully submitted,

                                        **FIRST TRUST STRATEGIC HIGH INCOME FUND II**


                                        **By** _____/s/ Laura Appleby_____

                                        Jeffrey G. Close (admitted *pro hac vice*)
                                        Jeremy D. Schreiber (admitted *pro hac vice*)
                                        CHAPMAN AND CUTLER LLP
                                        111 West Monroe Street
                                        Chicago IL 60603
                                        Telephone:  (312) 845-300
                                        Fax:  (312) 701-2361

---

[2]   First Trust respectfully reserves its rights with respect to all class issues.

jclose@chapman.com
jschreib@chapman.com


-and-

Laura Appleby (appleby@chapman.com)
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Fl.
New York, New York  10020
Telephone:  (212) 655-6000
Fax:  (212) 697-7210
appleby@chapman.com