Hearing Date and Time: January 29, 2014 at 10:00 a.m. (Prevailing Eastern Time)

**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8200
Fax: (804) 788-8218
Benjamin C. Ackerly
Shannon E. Daily

-and-

200 Park Avenue, 52nd Floor
New York, New York 10166-0005
Tel: (212) 309-1000
Fax: (212) 309-1100
John R. Hein

*Attorneys for Noteholder Defendant*
*Shenandoah Life Insurance Company*

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** | | |
| **SOUTHERN DISTRICT OF NEW YORK** | x | |
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | |
| | x | |

**JOINDER OF SHENANDOAH LIFE INSURANCE COMPANY IN CERTAIN
RESPONSES IN OPPOSITION AND OBJECTIONS TO THE MOTION OF LEHMAN
BROTHERS HOLDINGS INC. PURSUANT TO SECTION 105(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1) TO EXTEND STAY
OF AVOIDANCE ACTIONS AND GRANT CERTAIN RELATED RELIEF**

Defendant Shenandoah Life Insurance Company ("Shenandoah"), in addition to asserting its own Limited Objection [D.I. 42132] (the "Shenandoah Objection") to the *Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief* [D.I. 42023]

(the "Motion"), hereby joins in the following responses in opposition and objections to the Motion:

i. Defendant Principal Life Insurance Company's *Response in Opposition to the Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief* [D.I. 42119] (the "Principal Life Objection");

ii. the *Response of Union Investment Institutional GmbH in Opposition to the Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief* [D.I. 42122] (the "Union Investment Objection");

iii. the *Limited Objection of First Strategic High Income Fund II to Lehman Brothers Holdings, Inc. Motion to Extend Stay of Avoidance Actions [Dkt. No. 42023]* [D.I. 42123] (the "First Strategic Objection");

iv. the *Limited Objections of Nationwide Life Insurance Company and Nationwide Mutual Insurance Company to Joint Motion of Lehman Brothers Subcommittee of Creditors' Committee, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and to Grant Certain Related Relief* [D.I. 42130] (the "Nationwide Objection"); and

v. the *Limited Objection of PB Capital Corporation to the Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief* [D.I. 42139] (the "PB Capital Objection"; together with the Principal Life Objection, the Union Investment Objection, the First Strategic Objection, and the Nationwide Objection, the "Objections").

Shenandoah incorporates herein the facts and arguments set forth in the Objections and reserves its right to further object and respond to Motion. Shenandoah further reserves its right to participate in any negotiations between LBHI[1] and the Distributed Action Defendants regarding the scheduling of and organization of the Distributed Action.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

WHEREFORE, Shenandoah respectfully requests that the Court enter an order (i) denying the approval of the Protocol; and (ii) granting such other and further relief in favor of Shenandoah as the Court may deem just and proper.

| | |
|---|---|
| New York, New York | **HUNTON & WILLIAMS LLP** |
| Dated: January 24, 2014 | By: /s/ *John R. Hein* <br> Benjamin C. Ackerly, VSB No. 09120 <br> Shannon E. Daily, VSB No. 79334 <br> Riverfront Plaza, East Tower <br> 951 E. Byrd Street <br> Richmond, Virginia 23219 <br> Tel: (804) 788-8200 <br> Fax: (804) 788-8218 <br> E-mail: backerly@hunton.com <br> E-mail: sdaily@hunton.com |
| | -and – |
| | John R. Hein, NYB No. 4763942 <br> 200 Park Avenue, 52nd Floor <br> New York, New York 10166-0005 <br> Tel: (212) 309-1000 <br> Fax: (212) 309-1100 <br> E-mail: jhein@hunton.com |
| | *Attorneys for Noteholder Defendant* <br> *Shenandoah Life Insurance Company* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January 2014, a true and correct copy of the foregoing *Joinder of Shenandoah Life Insurance Company in Certain Responses in Opposition and Objections to the Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief* was served electronically upon the following parties:

Richard W. Slack, Esq.
Jacqueline Marcus, Esq.
Robert J. Lemons, Esq.
Lee J. Goldberg, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

I further certify that on the 27th of January 2014, a true and correct copy of the foregoing *Joinder of Shenandoah Life Insurance Company in Certain Responses in Opposition and Objections to the Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief* was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users. I have also served the foregoing via hand delivery upon the following parties:

Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004

William K. Harrington, Esq.
Susan Golden, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Richard W. Slack, Esq.
Jacqueline Marcus, Esq.
Robert J. Lemons, Esq.
Lee J. Goldberg, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

                                                    */s/ John R. Hein*
                                                    John R. Hein