WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF FOUR HUNDRED FIFTIETH
### OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fiftieth Omnibus Objection to Claims (Preferred Securities Claims) [ECF No. 41667] that was scheduled for January 28, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated:  January 27, 2014
          New York, New York

                                              /s/ Garrett A. Fail
                                              Garrett A. Fail

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Lehman Brothers
                                              Holdings Inc. and Certain of Its Affiliates

## **Exhibit A**

## **Claims Adjourned To A Date To Be Determined:**

| **Claimant Name** | **Claim Number** |
|---|---|
| KUX, JOHANNES | 31134 |
| XAVIER ROCHA GOMES VAN DER HART, MARIA CLARA | 44654 |