Steve Jakubowski
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 456-0191
Facsimile:  (312) 782-6690
sjakubowski@rsplaw.com

*Attorneys for The Robert A. Schoellhorn Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                   :    Chapter 11
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :    Case No. 08-13555 (JMP)
                                            :    (Jointly Administered)
                                                               :
                    **Debtors.**            :
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that The Robert A. Schoellhorn Trust ("Claimant"), by and through its counsel and pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws Proof of Claim numbers 30438 and 30439 and authorizes the Clerk of the Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-captioned Debtor and in respect of Lehman Brothers OTC Derivatives, Inc.

Dated: January 27, 2014            By:         /s/ Steve Jakubowski
                                        Attorney for The Robert A. Schoellhorn Trust

                                   Steve Jakubowski
                                   ROBBINS, SALOMON & PATT, LTD.
                                   180 N. LaSalle Street, Suite 3300
                                   Chicago, Illinois 60601
                                   Telephone: (312) 456-0191
                                   Facsimile:  (312) 782-6690
                                   sjakubowski@rsplaw.com