WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON JANUARY 28, 2014 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**I.    CONTESTED MATTERS:**

1.    Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40066**]

    Response Deadline:    October 15, 2013 at 4:00 p.m.

    Response Received:

        A.    Opposition of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40550**]

Related Documents:

B. LBHI's Reply to Opposition of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40630**]

C. Summary of Arguments in Support of the Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 42020**]

D. Declaration of Alfredo R. Pérez [**ECF No. 42019**]

E. Supplemental Memorandum of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation in Opposition to Lehman Brothers Holdings Inc.'s Motion to Classify [**ECF No. 42026**]

F. Declaration of Michael J. Canning in Support of the Supplemental Memorandum of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation in Opposition to Lehman Brothers Holdings Inc.'s Motion to Classify [**ECF No. 42025**]

G. Stipulation and Agreement by and Among Fannie Mae, Freddie Mac and the Debtors Regarding the Debtors' Third Amended Plan [**ECF No. 22998**]

A. Pages 1951-1956 of the Report of Anton R. Valukas, Examiner [**ECF No. 7531**]

Status:  This matter is going forward.

## II. ADJOURNED MATTERS:

2. Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims [**ECF No. 19714**]

Response Deadline:   October 13, 2011 at 4:00 p.m.

Response Received:

A. Response of Scott Sheffer (Claim No. 1681) [**ECF No. 20783**]

Related Documents:

2

  B. Notice of Hearing as to Certain Claims on the One Hundred Eighty-Fifth Omnibus Objection to Claims [**ECF No. 41446**]

  C. Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

  D. Notice of Adjournment of the One Hundred Eighty-Fifth Omnibus Objection to Claims Solely as to Certain Claim [ECF No. 41566]

  E. Withdrawal of Claim [**ECF No. 42216**]

Status:  The claim identified on the Notice of Hearing has been withdrawn by the claimant.  The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

3. Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34044**]

Response Deadline:   February 19, 2013 at 4:00 p.m.

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

4. Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34728**]

Response Deadline:   March 14, 2013 at 4:00 p.m.

Adjourned Response:

  A. Response of Golden State Tobacco Securitization Corporation [**ECF No. 35918**]

Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

5. Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 37168]**

Response Deadline:   June 3, 2013 at 4:00 p.m.

Adjourned Responses:

  A. Response of Commerzbank AG [**ECF No. 38674**]

  B. Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

6. Objection to Claim No. 62723 of Banesco Holdings CA [**ECF No. 37327**]

Response Deadline:    December 12, 2013 at 4:00 p.m.

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

7. Plan Administrator's Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [**ECF No. 37839**]

Response Deadline:    July 10, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Frank Tolin, Jr. [**ECF No. 39912**]

Related Documents:   None.

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

8. Four Hundred Eighteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 38010**]

Response Deadline:    July 18, 2013 at 4:00 p.m.

Related Document:

    A.    Notice of Adjournment [**ECF No. 38867**]

    B.    Notice of Adjournment [**ECF No. 39379**]

    C.    Notice of Adjournment [**ECF No. 40209**]

    D.    Notice of Adjournment [**ECF No. 40632**]

    E.    Notice of Adjournment [**ECF No. 41191**]

    F.    Notice of Adjournment [**ECF No. 41557**]

    G.    Notice of Adjournment [**ECF No. 42170**]

Adjourned Responses:

    H.    Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 38911**]

    I.    Response of Nedgroup Trust Limited, as Trustee of the Burls Family Trust [**ECF No. 39281**]

        J.      Response of Wendy John [**ECF No. 38798**]

        K.      Supplemental Exhibits to Response of Wendy John [**ECF No. 40206**]

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Four Hundred Eighteenth Omnibus Objection to Claims*, filed on January 23, 2014 [ECF No. 42170], has been adjourned to February 27, 2014 at 10:00 a.m.

9. Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:  September 11, 2013 at 4:00 p.m.

Response Received:

        A.      Response of Sanford and Tina Mohr [**ECF No. 41101**]

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

10. Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 39570**]

Response Deadline:  September 19, 2013 at 4:00 p.m.

Status:  This matter has been adjourned to February 27, 2014 at 10:00 a.m.

11. Plan Administrators Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage Association **[ECF No. 40244]**

Response Deadline:  October 28, 2013 at 4:00 p.m.

Response Received:

        A.      Federal National Mortgage Association's Response in Opposition to Plan Administrator's Objection to Classification of Securities Law Portion of Claim of Federal National Mortgage Association [**ECF No. 40770**]

Related Documents:

        B.      Notice of Presentment of Stipulation Between the Federal National Mortgage Association and the Plan Administrator [**ECF No. 41074**]

5

        C.      Letter to the Honorable James M. Peck Regarding Objection 40244 [**ECF No. 41137**]

        D.      Plan Administrator's Reply to Section 510(b) Portion of Federal National Mortgage Association's Response to Plan Administrator's Objection to Claim [**ECF No. 41212**]

Status: This matter has been adjourned to a date to be determined.

12.    Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [**ECF No. 40292**]

Response Deadline:    November 6, 2013 at 4:00 p.m.

Responses Received:

        A.      Response of Arthur A. Boor and Joan Boor [**ECF No. 40991**]

        B.      Response of Arthur A. Boor and Joan Boor [**ECF No. 40992**]

Status: This matter has been adjourned to February 27, 2014 at 10:00 a.m.

13.    Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 40475**]

Response Deadline:    November 14, 2013 at 4:00 p.m.

Adjourned Response:

        A.      Response of Guam Economic Development Authority [**ECF No. 41090**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m.

Dated: January 27, 2014
       New York, New York

                              /s/ Jacqueline Marcus
                              Jacqueline Marcus

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007
                              Attorneys for Lehman Brothers Holdings Inc.
                              and Certain of Its Affiliates