

IntraShip

DOX

From Svenska Handelsbanken
Anna Domeij +46 8 701 4314
Blasieholmstorg 11
Grevgränd 2
**10670 STOCKHOLM**
**SE Sweden**

Origin
**STO**

To
United States Bankruptcy Court
For the Southern District of NY
Attention: Clerk of the court
One Bowling Green
**10004 NEW YORK New York**
**US United States of America**

Phone:
+1

# US−ZYP−ZYP

| | Day | Time |
|---|---|---|

| Ref code HCOSI140117AD | Piece Weight: 0.1 kg | Piece |
| Account No 200693356 | Pickup date: 2014−01−17 | **1/1** |

**Content / Commerce Control Statement / RC**
Evidence of Transfer



WAYBILL 73 4793 3902



(2L)US10004+42000000



(J)JD01 2061 4784 1008 4570

