Jean Todd (Stott)
Port de la Bonaigua 9,
Vallirana
08579 BARCELONA
SPAIN

17 January 2014

Hble James M. Peck,
Courtroom 601,
One Bowling Green,
NEW YORK
NEW YORK 10004

Re:- **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* **DEBTORS.**

**Notice of Hearing of the four hundred and fiftieth omnibus objection to claims (preferred securities claims) CASE N° 08-13555**

Dear Sir,

I wish to object most strongly to the proposal made in the documentation of 20 December 2013 from Weil, Gotshal & Mange, attorneys for the Debtor, which I received on 13 January 2014.

I have consistently acted upon all correspondence and maintained contact regarding my creditor status and claim N° 51535, filed 28/10/09, and cannot agree to recovering only a very small amount of the capital I invested in Lehman Brothers.

I would appreciate your attention in this matter and that my objection to the debtors´ proposal be duly noted by the court.

Yours truly,

*[signature: Jean Todd]*

Jean Todd (Stott)

RECEIVED
JAN 21 2014
U.S. BANKRUPTCY COURT, SDNY
REG