CHAMBRES OF THE HONORABLE
JAMES M. PECK
ONE BOWLING GREEN
NEW YORK
NEW YORK, 10004
U.S.A.

RECEIVED JAN 17 2014 U.S. BANKRUPTCY COURT

SANTANYI 03 ENE 2014 Franqueo Pagado en Oficina CORREOS España

R RR 66 297 468 3ES

CAMPAGNER ANTONELLA
c/ Diseminado, 18
07691 ALQUERIA BLANCA
BALEARES
SPAIN