Alqueria Blanca, January 07, 2014

CAMPAGNER ANTONELLA
C/DISEMINADOS, 18
07691 ALQUERIA BLANCA - BALEARES - SPAIN
Re: Claim No. 37204 - Amount $67,924.80-

CERTIFICATED LETTER

**Chambres of the Honorable James M. Peck**

One Bowling Green
New York, New York 10004
USA

Re: Certificated Letter from UNITED STATES BANKRUPTCY COURT SOUNTHERN DISTRICT OF NEW YORK, Regarding to LEHMAN BROTHERS HOLDINGS INC., et al. Debtors., Chapter 11 Case No 08-13555 (JMP) (dated: December 20, 2013)

Dear Mr.

I am writing to protest the letter above mentioned in which I found out that the reduced amount "guarantied" is $9,592.66!

I would like to speak a bit about my situation, the $67,924.80 that I invested was money saved by my husband who is 77 years old and has at the moment a disability of 65%. I really need this money for his needs.

I am very disappointed with the UNITED STATES BANKRUPTCY COURT SOUNTHERN DISTRICT OF NEW YORK and urge you to change your position.

Sincerely,

Antonella Campagner - Claim No. 37204

*[signature]*

CC: -William K. Harrington, Susan Golden, Andrea B. Schwartz, Office of the United States Trustee for Region 2 U.S. Federal Office Building, 201 Varick Street, Suite 1006, NY
    -Adam M. Lavine, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, NY
    -Peter D. Isakoff-Garrett A. Fail, attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, NY

R
RR 66 297 468 3ES

CERTIFICADA
P.R.

CORREOS
SANTANYI
03 ENE. 2014
Franqueo Pagado en Origen
España

CHAMBRES OF THE HONORABLE
JAMES M. PECK
ONE BOWLING GREEN
NEW YORK, NEW YORK
NEW YORK, 10004
U.S.A.

JAN 17 2014

c/ Diseminado, 18
07691 Alquería Blanca
Bale Ares
Spain

mepsa 2002