WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                              :
**In re**                                      :        **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                              :
                          **Debtors.**         :        **(Jointly Administered)**
                                              :
----------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS**
**OBJECTIONS SCHEDULED FOR HEARING ON JANUARY 28, 2014**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

        1.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "Plan Administrator"), filed the following omnibus

claims objections (collectively, the "Claims Objections") with the Court for hearing on or before

January 28, 2014:

> (a)    Four Hundred Forty-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 41662]
>
> (b)    Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [ECF No. 41664]
>
> (c)    Four Hundred Fiftieth Omnibus Objection to Claims (Preferred Securities Claims) [ECF No. 41667]

2.        In accordance with the Second Amended Case Management Order, the

Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response

Deadline") for each Claim Objection for parties to object or file responses.  The Response

Deadlines have been extended for certain creditors from time to time.  The Second Amended

Case Management Order provides that pleadings may be granted without a hearing, provided that

no objections or other responsive pleadings have been filed on or prior to the relevant response

deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

3.        The Response Deadlines have now passed and, to the best of my

knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court

on the docket of the above-referenced cases in accordance with the procedures set forth in the

Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan

Administrator (or such responsive pleadings have been withdrawn) by any of the holders of the

claims included on Exhibit 1 to any of the Orders attached hereto, which include only the proofs

of claim for which the Claims Objection will be granted.  Responses to certain of the Claims

Objections were filed on the docket, or served on the Debtors or the Plan Administrator, by

holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims

2

Objections as to any proof of claim for which a response was either filed on the docket or

received by the Debtors or the Plan Administrator, and which response has not been resolved,

has been adjourned to a future date.

4.      Accordingly, the Debtors and the Plan Administrator respectfully request

that the proposed orders granting the Claims Objections annexed hereto as <u>Exhibits A</u> through <u>C</u>,

which, except for the inclusion of additional language to indicate that such order is supplemental

to a previously entered order for a Claim Objection or to reference the inclusion of separate

exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is

granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be

entered in accordance with the procedures described in the Second Amended Case Management

Order.

I declare that the foregoing is true and correct.

Dated: January 27, 2014
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

US_ACTIVE:\44413406\3\58399.0011

**EXHIBIT A**
**(Proposed Order – ECF No. 41662)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :        **08-13555 (JMP)**
                                                   :
                    **Debtors.**                   :        **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the Four Hundred Forty-Eighth omnibus objection to claims, dated

December 20, 2013 (the "Four Hundred Forty-Eighth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities

in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of

the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim (ECF No. 6664) (the "Procedures Order"),

seeking disallowance and expungement of the No Liability Claims, all as more fully described in

the Four Hundred Forty-Eighth Omnibus Objection to Claims; and due and proper notice of the

Four Hundred Forty-Eighth Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Four Hundred Forty-Eighth Omnibus Objection to

Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest

and that the legal and factual bases set forth in the Four Hundred Forty-Eighth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Forty-Eighth Omnibus Objection to Claims.

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Four Hundred Forty-Eighth Omnibus

Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Four Hundred

Forty-Eighth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2014
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 448: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ASCOT UNDERWRITING ASIA LTD PTE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14331 | $791,819.00 | $791,819.00 | Claim #14331 states that it is based on amounts allegedly owed to the claimant by Lehman Re Ltd., a foreign affiliate of LBHI that is not a Debtor in these chapter 11 cases. Claimant provides no basis or support for asserting that LBHI is liable for amounts allegedly owed by Lehman Re Ltd. |
| 2 | GLACIER INSURANCE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21708 | $1,267,295.00 | $1,267,295.00 | Claim #21708 asserts a guarantee claim against LBHI, but claimant has not asserted a claim against Lehman Re Ltd., the primary obligor. Moreover, Lehman's records do not reflect a liability on the part of the primary obligor. |
| 3 | GLACIER REINSURANCE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21709 | $1,267,295.00 | $1,267,295.00 | Claim #21709 asserts a guarantee claim against LBHI, but claimant has not asserted a claim against Lehman Re Ltd., the primary obligor. Moreover, Lehman's records do not reflect a liability on the part of the primary obligor. |
| 4 | LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 10/30/2009 | 58407 | Undetermined | Undetermined | Claim #58407 asserts a claim for amounts owed pursuant to a derivatives contract. LBCC has no liability pursuant to these transactions, and claimant has acknowledged that LBCC is "in the money" with respect to the transaction referenced in the claim, and has paid LBCC accordingly. |
| 5 | LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58408 | Undetermined | Undetermined | Claim #58408 asserts a guarantee claim against LBHI with respect to claim no. 58407. LBCC and LBHI have no liability for this claim, and claimant has acknowledged that LBCC is "in the money" with respect to the transaction referenced in the claim, and has paid LBCC accordingly. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 448: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6  PMI MORTGAGE INSURANCE CO. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25567 | Undetermined | Undetermined | Claim #25567 asserts a guarantee claim in connection with claims against Lehman Re Ltd.  LBHI's books and records reflect no liability for this claim. Moreover, claimant has not asserted a claim against the primary obligor. PMI Mortgage has previously withdrawn related claim #25611 against LBHI. |
| 7  STARK MASTER FUND LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64915 | $309,985.00 | $309,985.00 | Claim #64915 asserts a guarantee claim against LBHI, but claimant has not asserted a claim against Lehman Re Ltd., the primary obligor.  Moreover, Lehman's records do not reflect a liability on the part of the primary obligor. |
| 8  SWISS REINSURANCE COMPANY LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27877 | $627,337.89 * | $627,337.89* | Claim #27877 asserts a guarantee claim against LBHI, but claimant has not asserted a claim against Lehman Re Ltd., the primary obligor.  Moreover, Lehman's records do not reflect a liability on the part of the primary obligor.  Portions of the claim have been transferred to other parties, and approximately 55% of this claim has been withdrawn by these other holders of portions of the claim. |
|  |  |  | TOTAL |  | $4,263,731.89 | $4,263,731.89 |  |

**EXHIBIT B**
**(Proposed Order – ECF No. 41664)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                         :
                              **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING THE FOUR HUNDRED**
**FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (510(b) CLAIMS)**

Upon the four hundred forty-ninth omnibus objection to claims, dated December

20, 2013 (the "Four Hundred Forty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), section 510(b) of the Bankruptcy Code, Rule 3007(d) of the Federal Rules

of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking to subordinate

the Underwriter Claims and the Broker Claims, all as more fully described in the Four Hundred

Forty-Ninth Omnibus Objection to Claims; and due and proper notice of the Four Hundred

Forty-Ninth Omnibus Objection to Claims having been provided; and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

sought in the Four Hundred Forty-Ninth Omnibus Objection to Claims is in the best interests of

LBHI, its creditors, and all parties in interest, and that the legal and factual bases set forth in the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Forty-Ninth Omnibus Objection to Claims.

Four Hundred Forty-Ninth Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Forty-Ninth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the Underwriter Claims and the Broker Claims listed on

Exhibit 1 annexed hereto are subordinated pursuant to section 510(b) of the Bankruptcy Code;

and it is further

ORDERED that the Plan Administrator is authorized to (a) classify in LBHI Class

11 each Underwriter Claim and Broker Claim, or portion thereof, that is subordinated pursuant to

this Order, to the extent such claim, or portion thereof, relates in the judgment of the Plan

Administrator to a debt security of LBHI; and (b) classify in LBHI Class 12 each Underwriter

Claim and Broker Claim, or portion thereof, that is subordinated pursuant to this Order, to the

extent such claim, or portion thereof, relates in the judgment of the Plan Administrator to an

equity security of LBHI; and it is further

ORDERED that this Order has no res judicata, estoppel, or other affect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A to the Four Hundred Forty-Ninth

Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2014
　　　　New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 449: EXHIBIT 1 - 510(b) CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 1 | A.G. EDWARDS & SONS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26972 | Undetermined | Undetermined | Underwriter Claim |
| 2 | ABN AMRO INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26971 | $25,639.17 * | $25,639.17* | Underwriter Claim |
| 3 | ALANDSBANKEN ABP (FINLAND), SVENSK FILIAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26388 | Undetermined | Undetermined | Broker Claim |
| 4 | ANZ SECURITIES, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26973 | $46,755.47 * | $46,755.47* | Underwriter Claim |
| 5 | BANCA IMI SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27018 | $7,915.01 * | $7,915.01* | Underwriter Claim |
| 6 | BANK OF NEW YORK MELLON, THE, | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32062 | $411,572.47 * | $411,572.47* | Broker Claim |
| 7 | BBVA SECURITIES, INC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26976 | $72,818.13 * | $72,818.13* | Underwriter Claim |
| 8 | BMO CAPITAL MARKETS CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24938 | Undetermined | Undetermined | Underwriter Claim |
| 9 | BMO CAPITAL MARKETS CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24939 | Undetermined | Undetermined | Underwriter Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 449: EXHIBIT 1 - 510(b) CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|
| 10 BNP PARIBAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/02/2012 | 67938 | $775,094,830.49 * | Undetermined* | Underwriter Claim |

For the avoidance of doubt, this Objection does not seek to classify as subordinated any portions of this proof of claim other than the portions seeking indemnification, reimbursement, and/or contribution.

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|
| 11 BNY MELLON CAPITAL MARKETS, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26977 | $115,849.49 * | $115,849.49* | Underwriter Claim |
| 12 CABRERA CAPITAL MARKETS LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26978 | $39,111.36 * | $39,111.36* | Underwriter Claim |
| 13 CIBC WORLD MARKETS CORP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15847 | Undetermined | Undetermined | Underwriter Claim |
| 14 COMMERZBANK CAPITAL MARKETS CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26980 | $26,334.76 * | $26,334.76* | Underwriter Claim |
| 15 COUNTRYWIDE SECURITIES CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29863 | $7,915.01 * | $7,915.01* | Underwriter Claim |
| 16 CREDIT AGRICOLE SECURITIES (USA) INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11422 | $32,029.76 * | $32,029.76* | Underwriter Claim |
| 17 DNB NOR MARKETS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26981 | $48,943.73 | $48,943.73 | Underwriter Claim |
| 18 EDWARD D. JONES & CO. L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26982 | $1,950.98 | $1,950.98 | Underwriter Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 449: EXHIBIT 1 - 510(b) CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 19 | HSBC SECURITIES (USA) INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28681 | $49,384.21 * | $49,384.21* | Underwriter Claim |
| 20 | INCAPITAL LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19207 | $47,465.36 * | $47,465.36* | Underwriter Claim |
| 21 | ING FINANCIAL MARKETS LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26983 | $27,474.48 * | $27,474.48* | Underwriter Claim |
| 22 | LOOP CAPITAL MARKETS LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13323 | Undetermined | Undetermined | Underwriter Claim |
| 23 | NABCAPITAL SECURITIES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24635 | Undetermined | Undetermined | Underwriter Claim |
| 24 | NABCAPITAL SECURITIES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24981 | Undetermined | Undetermined | Underwriter Claim |
| 25 | NATIONAL AUSTRALIA BANK LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32762 | Undetermined | Undetermined | Underwriter Claim |
| 26 | NATIONAL AUSTRALIA BANK LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32763 | Undetermined | Undetermined | Underwriter Claim |
| 27 | NATIONAL FINANCIAL SERVICES LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26986 | $9,546.01 | $9,546.01 | Underwriter Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 449: EXHIBIT 1 - 510(b) CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|
| 28 OPPENHEIMER & CO. INC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/10/2009 | 5244 | Undetermined | Undetermined | Underwriter Claim |
| 29 RAYMOND JAMES & ASSOCIATES, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/28/2009 | 4787 | $3,286.88 * | $3,286.88* | Underwriter Claim |
| 30 RBC CAPITAL MARKETS CORPORATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13494 | Undetermined | Undetermined | Underwriter Claim |
| 31 RBS SECURITIES INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26987 | $9,508.02 * | $9,508.02* | Underwriter Claim |
| 32 SANTANDER INVESTMENT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26988 | $39,830.87 * | $39,830.87* | Underwriter Claim |
| 33 SCOTIA CAPITAL (USA) INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30409 | $102,500,000.00 * | $102,500,000.00* | Underwriter Claim |
| 34 SCOTT & STRINGFELLOW, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26989 | $6,363.13 | $6,363.13 | Underwriter Claim |
| 35 SMH CAPITAL INC. (FKA SANDERS MORRIS HARRIS INC.) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32547 | $3,961,950.00 | $3,961,950.00 | Underwriter Claim |
| 36 SOVEREIGN BANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/29/2009 | 4661 | Undetermined | Undetermined | Underwriter Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 449: EXHIBIT 1 - 510(b) CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 37 | STANDARD CHARTERED BANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26990 | $10,782.00 * | $10,782.00* | Underwriter Claim |
| 38 | SUN TRUST ROBINSON HUMPHREY, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22903 | Undetermined | Undetermined | Underwriter Claim |
| 39 | TD AMERITRADE HOLDING CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26991 | $6,363.13 * | $6,363.13* | Underwriter Claim |
| 40 | TD SECURITIES (USA) LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10176 | Undetermined | Undetermined | Underwriter Claim |
| 41 | UBS SECURITIES LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22891 | Undetermined | Undetermined | Underwriter Claim |
| 42 | WACHOVIA CAPITAL MARKETS, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26993 | $139,077.92 * | $139,077.92* | Underwriter Claim |
| 43 | WELLS FARGO SECURITIES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26994 | $106,383.76 * | $106,383.76* | Underwriter Claim |
| 44 | WILLIAMS CAPITAL GROUP, L.P., THE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26992 | $67,315.51 | $67,315.51 | Underwriter Claim |
| | | | | | TOTAL | $882,916,397.11 | $107,821,566.62 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT C**
**(Proposed Order – ECF No. 41667)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :
                    Debtors.                   :        (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THE FOUR HUNDRED FIFTIETH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred fiftieth omnibus objection to claims, dated December 20,

2013 (the "Four Hundred Fiftieth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-

referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules

of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking a partial

disallowance and expungement of the Claims, all as more fully described in the Four Hundred

Fiftieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Fiftieth

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Four Hundred Fiftieth Omnibus Objection to Claims is in the best interests of the Chapter 11

Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Fiftieth Omnibus Objection to Claims.

the Four Hundred Fiftieth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Fiftieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claims

listed on Exhibit 1 annexed hereto are reduced to the amounts listed under the column heading,

"Reduced Amounts," and any amounts in excess of the Reduced Amounts are disallowed and

expunged, with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2014
     New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARDENIA HOLDINGS SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51298 | XS0229269856 | $28,293.88 | $3,797.09 |
| 2 | BANCA MEDIOLANUM S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56626 | XS0215349357 | $288,878.63 * | $25,411.73 |
| 3 | BANCA MONTE DEI PASCHI DI SIENA S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56130 | XS0215349357 | $98,218.74 * | $8,639.99 |
| | | | | | | XS0229269856 | $208,073.15 * | $27,978.58 |
| | | | | | | | $306,291.89 | $36,618.57 |
| 4 | BANCA POPOLARE DI MILANO S.C.A.R.L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56295 | XS0215349357 | $21,665.90 | $1,905.88 |
| 5 | BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56938 | XS0229269856 | $966,053.93 | $129,900.56 |
| 6 | BANCA POPOLARE PUGLIESE SOCIETA COOPERATIVA PER AZIONI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56935 | XS0229269856 | $29,724.74 | $3,996.94 |
| 7 | BANCO DE FINANZAS E INVERSIONES S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56560 | XS0229269856 | $734,395.42 * | $98,724.43 |
| 8 | BANCO FINANTIA S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 63518 | XS0215349357 | $28,494.00 | $2,541.17 |
| 9 | BANK HAPOALIM (SWITZERLAND), LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55855 | XS0229269856 | $735,612.00 * | $103,520.75 |
| 10 | BANK JULIUS BAER & CO. LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51761 | XS0229269856 | $100,000.00 * | $31,975.52 |
| 11 | BORREMANS, LUCIEN - DRIES, ELISA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/09 | 36900 | XS0215349357 | $70,905.00 | $6,352.93 |
| 12 | BUYS, GRETA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51907 | XS0215349357 | $35,377.50 | $3,176.47 |
| 13 | CALAMANDA MANUEL PLENS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43129 | XS0229269856 | $19,811.40 | $2,797.86 |
| 14 | CARDOEN, MARIJKE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52368 | XS0215349357 | $56,604.00 | $5,082.35 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)**

**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | CAREPROVAN PRIVATE STICHTING | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51621 | XS0215349357 | $70,755.00 | $6,352.93 |
| 16 | CARRENO, CRISTINA LURRUENA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/09 | 13304 | XS0229269856 | $841,984.50 | $118,908.97 |
| 17 | CASSA CENTRALE BANCA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51876 | XS0229269856 | $209,587.32 * | $28,178.43 |
| 18 | CASSA DI RISPARMIO IN BOLOGNA S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49719 | XS0215349357 | $83,774.80 | $7,369.40 |
| 19 | CEBRIAN, FERNANDO ENGUIDANOS & CLEMENTE, MARIA BELEN VELEZ | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 47998 | XS0229269856 | $28,302.00 | $3,996.94 |
| 20 | CESARIO, FABRIZIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 50160 | XS0229269856 | $21,125.00 | $4,221.77 |
| 21 | CESARIO, FABRIZIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 50161 | XS0229269856 | $103,875.00 | $20,759.11 |
| 22 | COHN, DAVID NATHAN AND AMELIA MORENO ROSILLO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/09 | 37362 | XS0229269856 | $62,370.00 | $8,793.27 |
| 23 | COK, JOOP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51902 | XS0215349357 | $424,530.00 | $38,117.59 |
| 24 | COMERCIAL JORDI S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/09 | 35867 | XS0229269856 | $420,284.70 | $59,354.56 |
| 25 | COSTERS-VAN LEEMPUTTEN, ALFONS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61658 | XS0229269856 | $50,080.80 | $6,594.95 |
| 26 | CREDITO EMILIANO S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 62892 | XS0215349357 | $382,811.54 * | $33,670.54 |
| | | | | | | XS0229269856 | $14,864.35 * | $1,998.47 |
| | | | | | | | $397,675.89 | $35,669.01 |
| 27 | DE BLIECK, BENOIT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52126 | XS0215349357 | $35,377.50 | $3,176.47 |
| 28 | DE CLEEN, WALTER AND ANDIMIGNON, VERONIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61655 | XS0215349357 | $141,510.00 | $12,705.86 |

\* Plus unliquidated and/or undetermined amounts.

\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | DE LA ROSA DIAZ, JOSE ANTONIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48715 | XS0229269856 | $16,352.92 | $2,198.32 |
| 30 | DE VILLE, DOMINIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52125 | XS0215349357 | $70,755.00 | $6,352.93 |
| 31 | DE VRIES-SCHEIBERLICH, W.E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 53220 | XS0215349357 | $170,172.00 | $15,247.04 |
| 32 | DOTSON INVESTMENTS, LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 47171 | XS0215349357 | $653,141.31 | $57,684.62 |
| 33 | DU MORTIER-HOUYET, CHRISTIAN (MR. & MRS.) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52123 | XS0215349357 | $19,811.40 | $1,778.82 |
| 34 | DUMOLIN, DIDIER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51948 | XS0215349357 | $106,132.50 | $9,529.40 |
| 35 | DUMOLIN, PIERRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51950 | XS0215349357 | $141,510.00 | $12,705.86 |
| 36 | ELI, AHARON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/09 | 42706 | XS0229269856 | $284,860.00 | $39,969.40 |
| 37 | ELYASHIV, SHMUEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45248 | XS0229269856 | $71,215.00 | $9,992.35 |
| 38 | FLOS, GILBERTA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48716 | XS0215349357 | $70,755.00 | $6,352.93 |
| 39 | FONDATION JEAN PRAET A.S.B.L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52290 | XS0215349357 | $56,604.00 | $5,082.35 |
| 40 | FRANCISCO FERNANDEZ ROIG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45285 | XS0229269856 | $164,151.60 | $23,182.25 |
| 41 | FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/09 | 40204 | XS0229269856 | $12,735.90 | $1,798.62 |
| 42 | GALVEZ, NEUS PENA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43125 | XS0229269856 | $45,283.20 | $6,395.10 |
| 43 | GOLDMAN, RON AND OR ORNA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 54812 | XS0229269856 | $135,308.50 | $18,985.47 |

* Plus unliquidated and/or undetermined amounts.
** Only those portions of the claim related to the ISINs listed are subject to this Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO.: 08-13555 (JMP)

OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | GROOT, A.M.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45167 | XS0215349357 | $127,359.00 | $11,435.28 |
| 45 | HALEBY, HENRY MANZANO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/09 | 36736 | XS0229269856 | $100,000.00 | $19,984.70 |
| 46 | HANDELMIJ VAN PERNIS B.V. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48996 | XS0215349357 | $70,755.00 | $6,352.93 |
| 47 | HIJMANS, R.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 54693 | XS0215349357 | $73,585.20 | $6,607.05 |
| 48 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56670 | XS0215349357 | $1,311,144.60 * | $114,352.77 |
| | | | | | | XS0229269856 | $7,108,606.74 * | $947,274.85 |
| | | | | | | | $8,419,751.34 | $1,061,627.62 |
| 49 | HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56668 | XS0215349357 | $1,893,875.53 * | $165,176.23 |
| | | | | | | XS0229269856 | $1,199,764.85 * | $159,877.61 |
| | | | | | | | $3,093,640.38 | $325,053.84 |
| 50 | HULET, ANDRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56678 | XS0215349357 | $46,698.00 | $4,192.94 |
| 51 | HULET, PIERRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56679 | XS0215349357 | $35,377.00 | $3,176.47 |
| 52 | INTESA SANPAOLO PRIVATE BANKING S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49719 | XS0215349357 | $288,878.63 | $25,411.73 |
| 53 | INTESA SANPAOLO S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49719 | XS0215349357 | $765,528.36 | $67,341.08 |
| 54 | JASO, BM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51905 | XS0215349357 | $70,755.00 | $6,352.93 |
| 55 | KHALIFA, SHAIKHA H. H. HALA AL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58236 | XS0229269856 | $568,815.30 * | $75,941.87 |

* Plus unliquidated and/or undetermined amounts.
** Only those portions of the claim related to the ISINs listed are subject to this Objection.

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | KROON, M. AND DRONK, S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61636 | XS0215349357 | $73,586.00 | $6,352.93 |
| 57 | KUPPENS-VAN DEN BROECK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48710 | XS0215349357 | $42,453.00 * | $3,811.76 |
| 58 | LEENKNECHT, NORBERT - THERESE LECLUYSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52055 | XS0215349357 | $212,265.00 | $19,058.80 |
| 59 | LIESTEKRI, BM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51906 | XS0215349357 | $35,377.50 | $3,176.47 |
| 60 | MARCOS, PILAR LUEJE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45172 | XS0229269856 | $84,737.93 | $11,391.28 |
| 61 | MARCOS, PILAR LUEJE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45173 | XS0229269856 | $66,898.36 | $8,993.12 |
| 62 | MARTINEZ JIMENEZ, MARIA TERESA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/09 | 37116 | XS0229269856 | $14,736.85 | $1,998.47 |
| 63 | MERRILL LYNCH INTERNATIONAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59489 | XS0229269856 | $21,980,580.00 * | $2,935,752.66 |
| 64 | MEURER, HORST & ELISABETH, DR.'S | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/09 | 9969 | XS0229269856 | $219,711.68 | $30,976.29 |
| 65 | MICHEL, KARIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52127 | XS0215349357 | $70,755.00 | $6,352.93 |
| 66 | MISSUWE, BALS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52293 | XS0215349357 | $70,755.00 | $6,352.93 |
| 67 | NOYEN-RUELENS, VAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51901 | XS0215349357 | $70,755.00 | $6,352.93 |
| 68 | NYSSENS, ALAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52122 | XS0215349357 | $28,302.00 | $2,541.17 |
| 69 | OOSTNEDERLANDSE VERENIGING AANNEMERS RESERVEFONDS (O.V.A.R.) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49003 | XS0215349357 | $176,888.00 | $15,882.33 |
| 70 | PANVEST LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/09 | 65421 | XS0229269856 | $298,008.35 | $39,969.40 |

* Plus unliquidated and/or undetermined amounts.
** Only those portions of the claim related to the ISINs listed are subject to this Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 71 | PEARSON, COLIN W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48997 | XS0215349357 | $42,453.00 | $3,811.76 |
| 72 | PRIEMS-BRESSER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51908 | XS0215349357 | $141,510.00 | $12,705.86 |
| 73 | PRIJS, BEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 54579 | XS0229269856 | $16,981.20 | $2,398.16 |
| 74 | PRIJS-LIPS, J.M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 54580 | XS0229269856 | $12,735.90 | $1,798.62 |
| 75 | PROMIN VZW | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52378 | XS0215349357 | $849,060.00 | $76,235.18 |
| 76 | RAM, JACOB | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/09 | 42707 | XS0229269856 | $142,430.00 | $19,984.70 |
| 77 | REPER, FRANS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52124 | XS0215349357 | $16,981.20 | $1,524.70 |
| 78 | RYCKAERT, CECILIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52140 | XS0215349357 | $14,151.00 | $1,270.59 |
| 79 | SCHOOFS, JEANINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52143 | XS0215349357 | $70,755.00 | $6,352.93 |
| 80 | SCHRAM-DEFONSECA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52031 | XS0215349357 | $141,510.00 | $12,705.86 |
| 81 | SIVAN, ALEX | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56035 | XS0229269856 | $31,334.60 | $4,396.63 |
| 82 | SMADJA, HAIM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56036 | XS0229269856 | $156,673.00 | $21,983.17 |
| 83 | SMET, FRANCOIS DE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61530 | XS0215349357 | $99,057.00 | $8,894.10 |
| 84 | SOUSA, JOSE MARTINHO SILVA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/09 | 35802 | XS0229269856 | $7,076.00 | $999.24 |
| 85 | SPEYER, JUAN ENRIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/09 | 37376 | XS0215349357 | $56,700.00 | $5,082.35 |
| 86 | SPINETTE-ROSE, MR. & MRS. ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52030 | XS0215349357 | $11,320.00 | $1,016.47 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87 | STAES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51175 | XS0215349357 | $141,510.00 * | $12,705.86 |
| 88 | STAS-ORBAN, DOMINIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51997 | XS0215349357 | $42,453.00 * | $3,811.76 |
| 89 | STOCKER, HANNELORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/09 | 41140 | XS0229269856 | $11,320.80 | $1,598.78 |
| 90 | SUBIRA, JUAN ANTONIO MARCOS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/09 | 40161 | XS0229269856 | $35,679.13 | $4,796.33 |
| 91 | SUREKA, DEEPAK &/OR SHANKARLAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/09 | 41323 | XS0215349357 | $213,645.00 * | $19,058.80 |
| 92 | TERMONT, ALINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 54840 | XS0215349357 | $56,604.00 | $5,082.35 |
| 93 | UNIONE DI BANCHE ITALIANE SCPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56677 | XS0229269856 | $29,724.74 | $3,996.94 |
| 94 | VAN GORP, MARC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45332 | XS0215349357 | $70,755.00 | $6,352.93 |
| 95 | VAN VOORST VADER-VAN ESCH, P.W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48951 | XS0215349357 | $42,453.00 | $3,811.76 |
| 96 | VANDEBROEK, ROGER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55106 | XS0229269856 | $327,589.00 | $45,964.81 |
| 97 | VANDEWALLE, KARIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51996 | XS0215349357 | $14,151.00 | $1,270.59 |
| 98 | VOIGT, ERROL JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59110 | XS0229269856 | $144,447.72 | $19,385.16 |
| 99 | WEEMAES, CHRISTEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45458 | XS0215349357 | $70,755.00 | $6,352.93 |
| 100 | WEEMAES, MONIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45459 | XS0215349357 | $70,755.00 | $6,352.93 |
| 101 | WEEMAES, MUSSCHE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45460 | XS0215349357 | $35,377.50 | $3,176.47 |
| 102 | WEIGELT, MARCO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43496 | XS0229269856 | $4,254.00 | $599.54 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|
| 103 WEISMIES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61603 | XS0215349357 | $28,302.00 | $2,541.17 |
| | | | | | TOTAL | $ 48,589,585.80 | $ 6,067,718.31 |

* Plus unliquidated and/or undetermined amounts.
** Only those portions of the claim related to the ISINs listed are subject to this Objection.