WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Pérez
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,         : 08-13555 (JMP)
                                                     :
                          Debtors.                   : (Jointly Administered)
                                                     :
                                                     :
------------------------------------------------------------------x

**NOTICE OF (I) ADJOURNMENT OF MOTION
TO CLASSIFY AND ALLOW THE CLAIM FILED BY
THE FEDERAL HOME LOAN MORTGAGE CORPORATION
(CLAIM NO. 33568) IN LBHI CLASS 3 AND (II) CANCELLATION
OF CLAIMS HEARING SCHEDULED FOR JANUARY 28, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [ECF No. 40066] that was scheduled for January 28, 2014 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to January 29, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\44373038\4\58399.0011

**PLEASE TAKE FURTHER NOTICE** that the claims hearing that was scheduled for January 28, 2014, at 10:00 a.m. (Prevailing Eastern Time), has been cancelled.

There will not be a hearing on January 28, 2014.

Dated: January 27, 2014
New York, New York

/s/ Alfredo R. Pérez
Alfredo R. Pérez
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates