WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                                              :
**In re**                                                                     :   **Chapter 11 Case No.**
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                                  :   **08-13555 (JMP)**
                                                                              :
                    **Debtors.**                                              :   **(Jointly Administered)**
                                                                              :
------------------------------------------------------------------------------x
                                                                              :
**In re**                                                                     :
                                                                              :   **Case No.**
**LEHMAN BROTHERS INC.,**                                                     :
                                                                              :   **08-01420 (JMP) (SIPA)**
                    **Debtor.**                                               :
                                                                              :
------------------------------------------------------------------------------x

US_ACTIVE:\44410626\4\58399.0011

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
# THE SIXTY-NINTH OMNIBUS HEARING ON JANUARY 29, 2014 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDINGS

**I.    UNCONTESTED MATTERS:**

1. Fourteenth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2013 through November 30, 2013 [**LBI ECF No. 8031**]

    Response Deadline:    January 22, 2014 at 4:00 p.m.

    Response Received:

    A.    Recommendation of the Securities Investor Protection Corporation in Support of the Fourteenth Application of Counsel for Interim Compensation and Reimbursement of Expenses [**LBI ECF No. 8101**]

    Related Document:

    B.    Notice of Hearing on Trustee's Counsels Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [**LBI ECF No 8032**]

    Status:  This matter is going forward.

2. Joint Notice of Presentment of Sixth Amended Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Hughes Hubbard & Reed LLP [**LBI ECF No. 8013**]

    Response Deadline:    January 22, 2014 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter is going forward.

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

II. **ADVERSARY PROCEEDINGS:**

3. FirstBank Puerto Rico v. Barclays Capital, Inc. [**Adversary Case No. 10-04103**]

    **Status Conference**

    Related Documents:

    A. So Ordered Stipulation and Order Concerning Entry of Order and Judgment [**ECF No. 89**]

    B. Order Granting Motion of Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico and Setting Amount of Award [**ECF No. 90**]

    C. Judgment (Judgment Index Number BC 14,0014) [**ECF No. 91**]

    Status: This matter is going forward.

III. **UNCONTESTED MATTER:**

4. Motion of Lehman Brothers Holdings Inc. Pursuant to Bankruptcy Rule 9019 for Approval of Settlement Agreement Regarding Claim of Federal National Mortgage Association [**ECF No. 42153**]

    Response Deadline:   January 28, 2014 at 12:00 p.m.

    Responses Received:  None.

    Related Document:

    A. Order to Show Cause to Consider Lehman Brothers Holdings Inc.'s Motion for Approval of Settlement Agreement Regarding Claim of Federal National Mortgage Association [**ECF No. 42164**]

    Status: This matter is going forward.

IV. **CONTESTED MATTERS:**

5. Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40066**]

    Response Deadline:   October 15, 2013 at 4:00 p.m.

Response Received:

    A.    Opposition of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40550**]

Related Documents:

    B.    LBHI's Reply to Opposition of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40630**]

    C.    Summary of Arguments in Support of the Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 42020**]

    D.    Declaration of Alfredo R. Pérez [**ECF No. 42019**]

    E.    Supplemental Memorandum of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation in Opposition to Lehman Brothers Holdings Inc.'s Motion to Classify [**ECF No. 42026**]

    F.    Declaration of Michael J. Canning in Support of the Supplemental Memorandum of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation in Opposition to Lehman Brothers Holdings Inc.'s Motion to Classify [**ECF No. 42025**]

    G.    Stipulation and Agreement by and Among Fannie Mae, Freddie Mac and the Debtors Regarding the Debtors' Third Amended Plan [**ECF No. 22998**]

    A.    Pages 1951-1956 of the Report of Anton R. Valukas, Examiner [**ECF No. 7531**]

Status: This matter is going forward.

6. Motion of Lehman Brothers Holdings Inc. to Extend Stay of Avoidance Actions and Grant Certain Related Relief [**ECF No. 42023**]

Response Deadline: January 22, 2014 at 4:00 p.m.

4

Responses Received:

  A. Response of Principal Life Insurance Company [**ECF No. 42119**]

  B. Response of Union Investment Institutional GmbH [**ECF No. 42122**]

  C. Limited Objection of First Trust Strategic High Income Fund II [**ECF No. 42123**]

  D. Joinder of Genworth Life and Annuity Insurance Co. to Principal Life Insurance Company's Response [**ECF No. 42128**]

  E. Response of Nationwide Life Insurance Company, *et al*. [**ECF No. 42130**]

  F. Limited Objection of Defendant Shenandoah Life Insurance Company [**ECF No. 42132**]

  G. Joinder of Safety National Casualty Corporation, *et al*. to Response of Principal Life Insurance Company [**ECF No. 42133**]

  H. Limited Objection of PB Capital Corporation Company [**ECF No. 42139**]

  I. Limited Objection of The Bank of New York Mellon, *et al*. [**ECF No. 42158**]

  J. Joinder of Union Investment Institutional GmbH [**ECF No. 42200**]

  K. Joinder of First Trust Strategic High Income Fund II [**ECF No. 42205**]

  L. Joinder of Shenandoah Life Insurance Company [**ECF No. 42219**]

Related Documents:

  M. Declaration of Lawrence Brandman in Support of Motion [**ECF No. 42024**]

  N. Declaration of Jacqueline Marcus in Support of Request for Bridge Order [**ECF No. 42079**]

  O. Bridge Order Extending Stay of Avoidance Actions and Granting Certain Related Relief [**ECF No. 42081**]

  P. Omnibus Reply of LBHI [**ECF No. 42217**]

Status: This matter is going forward.

5

**V.    ADJOURNED MATTERS:**

**A.    Lehman Brothers Holdings Inc. Chapter 11 Cases**

7.  Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

    Response Deadline:    February 9, 2011 at 4:00 p.m.

    Responses Received:

    A.    Debtors' Objection [**ECF No. 14398**]

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

    Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

    Status:  This has been adjourned to February 19, 2014 at 10:00 a.m.

8.  Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

    Response Deadline:    September 11, 2013 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This has been adjourned to February 19, 2014 at 10:00 a.m.

9.  Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

    Response Deadline:    September 26, 2013 at 4:00 p.m.

    Response Received:

    A.    LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under

6

    Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 40232**]

    Related Documents: None.

    Status: This matter is going forward.

10. Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. to Enforce the Automatic Stay, the Plan, and the Confirmation Order Against Picbengro, LLC [**ECF No. 41486**]

    Response Deadline: January 31, 2014 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to February 19, 2014 at 10:00 a.m.

**B. Adversary Proceedings**

11. Lehman Brothers Holdings Inc., *et al*. v. Giants Stadium LLC [**Adversary Proceeding No. 13-01554**]

    **Pre-Trial Conference**

    Related Documents:

      A. Adversary Complaint [**ECF No. 1**]

      B. Motion to Dismiss Adversary Proceeding filed by Bruce E. Clark on behalf of Giants Stadium LLC [**ECF No. 10**]

      C. Declaration of Matthew A. Schwartz in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 11**]

      D. Declaration of Matthew A. Schwartz in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 13**]

    Status: This matter has been adjourned to February 19, 2014 at 10:00 a.m.

12. Lehman Brothers Holdings Inc., *et al*. v. Credit Suisse, *et al*. [**Adversary Proceeding No. 13-01676**]

    **Pre-Trial Conference**

US_ACTIVE:\44410626\4\58399.0011

Related Documents:

  A. Adversary Complaint [**ECF No. 1**]

  B. So Ordered Stipulation and Order Extending the Time for the Defendants to Move, Answer or Otherwise Respond to the Complaint to and including January 27, 2014 [**ECF No. 3**]

  C. Notice of Presentment of Scheduling Order and Discovery Plan [**ECF No. 4**]

Status:  This matter has been adjourned to February 19, 2014 at 10:00 a.m.

Dated: January 28, 2014
   New York, New York

         /s/ Jacqueline Marcus
         Jacqueline Marcus

         WEIL, GOTSHAL & MANGES LLP
         767 Fifth Avenue
         New York, New York 10153
         Telephone: (212) 310-8000
         Facsimile: (212) 310-8007

         Attorneys for Lehman Brothers Holdings Inc.
         and Certain of Its Affiliates

Dated: January 28, 2014
   New York, New York

         /s/ Jeffrey S. Margolin
         James B. Kobak, Jr.
         Christopher K. Kiplok
         Jeffrey S. Margolin

         HUGHES HUBBARD & REED LLP
         One Battery Park Plaza
         New York, New York 10004
         Telephone: (212) 837-6000
         Facsimile: (212) 422-4726

         Attorneys for James W. Giddens, Trustee for
         the SIPA Liquidation of Lehman Brothers Inc.

8