# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------x
                                                    )
In re:                                              )  Chapter 11
                                                    )
LEHMAN BROTHERS HOLDINGS INC., et al.,              )  Case No. 08-13555 (JMP)
                                                    )
                                                    )
                                                    )
         Debtors                                    )  (Jointly Administered)
------------------------------------------------------------------------x
```

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BedRok Securities LLC | Oaktree Opportunities Fund VIII (Parallel 2), L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**BedRok Securities LLC**
Attn: Rick Caplan
555 Theodore Fremd Avenue
Suite C-301
Rye, New York 10580

Case No.: 08-13555
Court Claim No.: 19173
Amount of Claim Transferred: $600,000.00
Date Claim Filed:  __9/18/2009__
Debtor: Lehman Brothers Special Financing Inc.

Name and Address where notices to transferor should be sent:

NYC:255767.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: January 28, 2014

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
          Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
          Chapter 11 Case No. 08-13888 (JMP) (Jointly Administered under Case No. 08-13555)

Claim #: 19173

**OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

    **BEDROK SECURITIES LLC**
    Attn: Rick Caplan
    555 Theodore Fremd Avenue
    Suite C-301
    Rye, New York 10580

its successors and assigns ("Buyer"), all right, title and interest in and to $600,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 19173 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (Jointly Administered under Case No. 08-13555), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

NYC:255230.2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 28, 2014

| BEDROK SECURITIES LLC | OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. |
|---|---|
| | By: Oaktree Opportunities Fund VIII GP, L.P. |
| | Its: General Partner |
| | By: Oaktree Opportunities Fund VIII GP Ltd. |
| | Its: General Partner |
| | By: Oaktree Capital Management, L.P. |
| | Its: Director |
| By: [signature] | By: _____ |
| Name: _____ _____ | Name: |
| Title: President | Title: |
| | By: _____ |
| | Name: |
| | Title: |

FHL

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 28, 2014 .

**BEDROK SECURITIES LLC**

By: _____
Name:
Title:

**OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P.**

By:   Oaktree Opportunities Fund VIII GP, L.P.
Its:   General Partner

By:   Oaktree Opportunities Fund VIII GP Ltd.
Its:   General Partner

By:   Oaktree Capital Management, L.P.
Its:   Director

By: _____
Name:
Title:

By: _____
Name:   Mahesh Balakrishnan
Title:   Senior Vice President

FHL