UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           : Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        : 08-13555 (JMP)
                                                                : (Jointly Administered)
                  Debtors.                                      :
                                                                :
---------------------------------------------------------------x Ref. Docket Nos. 41490, 41500,
41502, 41504, 41655, 41896-41898,
41902, 41903, 41905, 41942, 41943,
41946, 41947, 41949-41951, 41953-
41957, 41968-41970, 41972, 41974,
41976, 41994-41996, 42013-42018,
42029, 42036-42038, 42042, 42043,
42048, 42050, 42054, 42055, 42057,
42058

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
24th day of January, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41490, 41500, 41502...42055, 42057, 42058_AFF_1-16-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                            BARCLAYS BANK PLC
     TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP  ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                          BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                 745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                             NEW YORK NY 10019
```

Please note that your claim # 60700-07 in the above referenced case and in the amount of $383,405.79 allowed at $367,377.28 has been transferred **(unless previously expunged by court order)**

```
     VARDE FUND VI-A, L.P., THE
     TRANSFEROR: BARCLAYS BANK PLC
     ATTN: EDWINA P.J. STEFFER
     8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
     MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41968 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/16/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 16, 2014.

EXHIBIT B

```
TIME: 10:46:52                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 01/16/14                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| AMIAS BERMAN & CO LLP | TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON    EC2M 7EB ENGLAND |
| AMIAS BERMAN & CO LLP | TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON    EC2M7EB ENGLAND |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: ERSEL SIM SPA WHITEHALL MANSIONS TA XBIEX SEAFRONT TA XBIEX XBX 1026 MALTA XBX 1026 MALTA |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP; ATTN ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREET LONDON    W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP; ATTN: ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K7PY |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP; ATTN; ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREET LONDON    W1K 7PY UNITED KINGDOM |
| BANCA DELLO STATO DEL CANTON TICINO | TRANSFEROR: UBS AG ATTN: ELISEO SNOZZI VIALE H. GUISAN 5 BELLINZONA  6500 SWITZERLAND |
| BANCA SELLA HOLDING S.P.A. | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: CAROL NEGRO P,ZA G. SELLA 1 BIELLA    13900 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1 DESIO (MB)    20033 ITALY |
| BANK LEUMI LE ISRAEL B.M. | TRANSFEROR: CREDIT SUISSE CARMEL BRANCH 123 HANASSI HAIFA    34634 ISREAL |
| BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) SA | TRANSFEROR: CREDIT SUISSE BEETHOVENSTRASSE 48 PO BOX 2192 ZURICH    CH-8022 SWITZERLAND |
| BARCLAYS BANK PLC | ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BARCLAYS BANK SA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARTHOLDI AG | POSTSTRASSE CH-9565 SCHMIDSHOF    SWITZERLAND |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CLAREN ROAD CREDIT MASTER FUND, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| CLAREN ROAD CREDIT MASTER FUND, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH    CH-8001 SWITZERLAND |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO    6901 SWITZERLAND |
| CRESCENT 1, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PANNING MASTER FUND, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON    EC2M 2XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: KESHET DEBENTURES LIMITED ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON    EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MATBEOT OLAM (WORLD CURRENCIES) LTD ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON    EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON    EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ SIMON GLENNIE/CANDICE CHENG 1 GREAT WINCHESTER STREET LONDON    EC2N 2DB UNITED KINGDOM |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS    75008 FRANCE |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEUTSCHE POSTBANK AG | ATTN: TRANSACTION MGMT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN    D-53175 GERMANY |

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| DEUTSCHE POSTBANK AG | ATTN: HANS-RENE BODEN KENNEDYALLEE 62-70 BONN 53175 GERMANY |
| ERSEL SIM S.P.A. | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. PIAZZA SOLFERINO, 11 TURIN 10121 ITALY |
| ERSEL SIM S.P.A. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PIAZZA SOLFERINO, 11 TURIN 10121 ITALY |
| ESTATE OF EDWIN JACOBSON, THE | 135 S LA SALLE ST STE 2200 CHICAGO IL 60603-4300 |
| GOLDMAN SACHS & CO. | TRANSFEROR: THOROUGHBRED FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE AG LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: NIDWALDNER KANTONALBANK PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| NATIONAL BANK OF FUJAIRAH PSC | ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI UNITED ARAB EMIRATES |
| NIDWALDNER KANTONALBANK | STANSSTADERSTRASSE 54 STANS 6370 SWITZERLAND |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP; ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| PANNING MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVE., 24TH FLOOR NEW YORK NY 10022 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| SCHWYZER KANTONALBANK | TRANSFEROR: UBS AG ATTN: FELIX STUDIGER BAHNHOFSTRASSE 3 SCHWYZ CH-6431 SWITZERLAND |
| SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 510 MADISON AVENUE, 28TH FLOOR NEW YORK NY 10022 |
| SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 510 MADISON AVENUE, 28TH FLOOR NEW YORK NY 1002212233 |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: ERSEL SIM SPA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: ESTATE OF EDWIN JACOBSON, THE ATTN: ROBERT TANNOR 150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601 |
| THE VARDE FUND XI (MASTER), L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD MINNEAPOLIS MN 55437 |
| THOROUGHBRED FUND, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: BARTHOLDI AG ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: AMIAS BERMAN & CO LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A, L.P., THE | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 NEW YORK NY 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MACQUARIE BANK LIMITED ATTN:EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 10:46:52                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:    3
DATE: 01/16/14                                 CREDITOR LISTING

Name                              Address
WATERSTONE MF FUND, LTD.          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                  PLYMOUTH MN 55447
YORK CAPITAL MANAGEMENT, LP       TRANSFEROR: AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC      TRANSFEROR: YORK CAPITAL MANAGEMENT, LP C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed      92
```

EPIQ BANKRUPTCY SOLUTIONS, LLC