UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                             :
:
----------------------------------------------------------------x    Ref. Docket Nos. 41453, 41944,
42039

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of January, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 41453, 41944, 42039_Aff 1-16-14.doc

EXHIBIT A

08-13555-mg Doc 42276 Filed 01/28/14 Entered 01/28/14 15:50:47 Main Document Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   STICHTING PARSIMONIA
              RIJKSWEG 16
              HELVOIRT 5268 KJ NETHERLANDS

Additional:   STICHTING PARSIMONIA
              ALBEL COORDINATION CENTER NV
              OUDE GRACHT 182
              BRASSCHAAT 2930 BELGIUM

Transferee:   AJ INVESTMENTS BV
              RIJKSWEG 16
              HELVOIRT 5268 KJ THE NETHERLANDS

Your transfer of claim # 40167 is defective for the reason(s) checked below:

Other                          Transferor Name Discrepancy; Parismonia vs. Parsimonia

Docket Number 41944         Date 12/19/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 16, 2014.

# EXHIBIT B

```
TIME: 10:44:50                                    LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 01/16/14                                         CREDITOR LISTING

Name                              Address
AJ INVESTMENTS BV                 RIJKSWEG 16 HELVOIRT  5268 KJ THE NETHERLANDS
BANK JULIUS BAER & CO. LTD.       ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
CREDIT SUISSE AG                  CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                  CRAVATH, SWAINE & MOORE LLP MS STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
FIBI BANK (SWITZERLAND) LTD       TRANSFEROR: BANK HAPOALIM B.M. SEESTRASSE 61 ZURICH  CH-8027 SWITZERLAND
STICHTING PARSIMONIA              RIJKSWEG 16 HELVOIRT  5268 KJ NETHERLANDS
STICHTING PARSIMONIA              ALBEL COORDINATION CENTER NV OUDE GRACHT 182 BRASSCHAAT  2930 BELGIUM


Total Number of Records Printed        7
```