UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                       Debtors.                                    :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 41383, 41796,
                                                                        41985, 42030-42035


# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
24th day of January, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CREDIT SUISSE (LUXEMBOURG) S.A.
ATTN: ALLEN GAGE
1 MADISON AVE
NEW YORK NY 10010

CREDIT SUISSE (LUXEMBOURG) S.A.
CRAVATH, SWAINE & MOORE LLP
WORLDWIDE PLAZA
ATTN: RICHARD LEVIN
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 55819-21 in the above referenced case and in the amount of
$0.00    allowed at $267,612.80        has been transferred **(unless previously expunged by court order)**

CREDIT SUISSE AG
TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A.
CRAVATH, SWAINE & MOORE LLP
ATTN: STEPHANIE TUMBIOLO
825 8TH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42034    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/17/2014                                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 17, 2014.

# EXHIBIT B

08-13555-mg    Doc 42281    Filed 01/28/14    Entered 01/28/14 16:07:04    Main Document
Pg 4 of 6

```
TIME: 11:33:03                                            LEHMAN BROTHERS HOLDING INC.                                                                                                    PAGE:   1
DATE: 01/17/14                                                 CREDITOR LISTING

Name                                              Address
BANCA INTERPROVINCIALE SPA                        TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MALAGUTI LORETTA VIA EMILIA EST, 107. MODENA  41121 ITALY
BBVA (SUIZA) S.A.                                 BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID  28046 SPAIN
BBVA (SUIZA) S.A.                                 BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR
                                                  MADRID  28046 SPAIN
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS  75008 FRANCE
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS  75008 FRANCE
BBVA (SUIZA) S.A.                                 ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                 ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BBVA (SUIZA) S.A.                                 TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
CREDIT SUISSE (LUXEMBOURG) S.A.                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (LUXEMBOURG) S.A.                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.                   CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ON BEHALF OF ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
HABIG, ROSWITHA                                   TRANSFEROR: HSBC PRIVATE BANK SUISSE SA THOMAS-DEHLER-STRASSE 5 HEILIGENHAUS  42579 GERMANY
HSBC PRIVATE BANK SUISSE SA                       F/K/A HSBC GUYERZELLER BANK AG ATTN: TITSS- CORPORATE ACTIONS DEPARTMENT QUAI GENERAL-GUISAN 2 PO BOX 3580 GENEVA 3  1211 SWITZERLAND
INTESA SANPAOLO S.P.A.                            F/K/A BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA  40124 ITALY
NATIONAL BANK OF FUJAIRAH PSC                     ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI    UNITED ARAB EMIRATES
NATIONAL BANK OF FUJAIRAH PSC ON BEHALF           RAVI BANSAL, ET AL ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET
OF                                                DUBAI    UNITED ARAB EMIRATES
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON    SW1W ODH UNITED KINGDOM
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND


Total Number of Records Printed                   25
```

```
GOLDMAN SACHS LENDING PARTNERS, LLC           GRF MASTERFUND, L.P.
TRANSFEROR: GRF MASTERFUND, L.P.              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
C/O GOLDMAN, SACHS & CO.                      C/O ANCHORAGE CAPITAL GROUP, LLC
ATTN: MICHELLE LATZONI                        610 BROADWAY, 6TH FLOOR
30 HUDSON STREET, 5TH FLOOR                   NEW YORK, NY 10012
JERSEY CITY, NJ 07302


GRF MASTERFUND, L.P.
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
```