UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                                          :          Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :          08-13555 (JMP)
                                                                                    :          (Jointly Administered)
                    Debtors.                                                  :
                                                                                    :
---------------------------------------------------------------------x          Ref. Docket No. 41384

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of January, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 41384_Aff 1-17-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA")
ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT
PASEO DE LA CASTELLANA 81, 12TH FLOOR
MADRID 28033 SPAIN

Additional:  BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA")
ANDREW A. BERNSTEIN, ESQ.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
12, RUE DE TILSITT
PARIS 75008 FRANCE

Transferee:  AGATA SICAV, S.A.
C/O WELZIA MANAGEMENT, SGIIC SA
ATTN: CARLOS GUZMAN ARRUE
CONDE DE ARANDA 24, 4
MADRID 28001 SPAIN

Your transfer   of claim #   49909   is defective for the reason(s) checked below:

Other                            AMOUNTS INDICATED FOR TRANSFER AND RETAINED $S DO NOT ADD UP

Docket Number 41384            Date 11/27/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 17, 2014.

EXHIBIT B

```
TIME: 11:33:51                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:  1
DATE: 01/17/14                                         CREDITOR LISTING

Name                                   Address
AGATA SICAV, S.A.                      C/O WELZIA MANAGEMENT, SGIIC SA ATTN: CARLOS GUZMAN ARRUE CONDE DE ARANDA 24, 4 MADRID 28001 SPAIN
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.  ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA 81, 12TH FLOOR MADRID 28033 SPAIN
  ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.  ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE DE TILSITT PARIS 75008 FRANCE
  ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.  SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006
  ("BBVA")

Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC