UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
:
In re                                                      :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :         08-13555 (JMP)
:        (Jointly Administered)
Debtors.                         :
:
---------------------------------------------------------------------------x        Ref. Docket Nos. 41369, 41697,
42063, 42065, 42068, 42085, 42086,
42088


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
) ss.:
COUNTY OF NEW YORK        )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On January 20, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
24th day of January, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---
|                                          | Chapter 11 Case No. |
| In re                                    |                     |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)      |
|                                          | (Jointly Administered) |
|            Debtors.                      |                     |
---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIGROUP GLOBAL MARKETS INC.                          CITIGROUP GLOBAL MARKETS INC.
     TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P.           DOUGLAS R. DAVIS
     ATTN: TAYLOR LEAHY                                     PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP
     390 GREENWICH STREET, 4TH FLOOR                        1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                                      NEW YORK NY 10013

Please note that your claim # 51235-01 in the above referenced case and in the amount of
      $12,385,238.22  allowed at $12,417,380.92      has been transferred **(unless previously expunged by court order)**

     THE VARDE FUND XI (MASTER), L.P.
     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
     ATTN: EDWINA P.J. STEFFER
     8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
     MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 42068      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/20/2014                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR ERS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 20, 2014.

EXHIBIT B

TIME: 11:30:14
DATE: 01/20/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANCA DELLE MARCHE S.P.A. | ATTENTION ENZO TELLONI 6 VIA GHISLIERI JESI (AN)    60035 ITALY |
| BANCA DELLE MARCHE S.P.A. | VIA GHISLIERI, 6 JESI (AN)   60035 ITALY |
| BANCA FIDEURAM S.P.A | PIAZZALE GIULLO DOUHET, 31 ROMA  00163 ITALY |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH  CH-8001 SWITZERLAND |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A. ATTN: STEFANIA CATELLANI VIA EMILIA SAN PIETRO 4 REGGIO EMILIA  42121 ITALY |
| DZ PRIVATBANK (SCHWEIZ) AG | TRANSFEROR: CREDIT SUISSE AG ATTN: CORPORATE ACTIONS MUNSTERHOF 12 ZURICH  CH-8022 SWITZERLAND |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO  20121 ITALY |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: ILLIQUIDX LLP REF PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO  20121 ITALY |
| NATIXIS | TRANSFEROR: NEXGEN CAPITAL LIMITED 30 AVENUE PIERRE MENDES PARIS  75013 FRANCE |
| NEXGEN CAPITAL LIMITED | ATTN: CLAIRE CUNNEEN, LEGAL DEPARTMENT ORMONDE HOUSE 12 LOWER LEESON STREET DUBLIN 2  IRELAND |
| NEXGEN CAPITAL LIMITED | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO; ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLA LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198 |
| QUANTUM PARTNERS LP | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| THE VARDE FUND XI (MASTER), L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed        25