UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------------x
                                                    )
In re:                                              )  Chapter 11
                                                    )
LEHMAN BROTHERS HOLDINGS INC., et al.,              )  Case No. 08-13555 (JMP)
                                                    )
                                                    )
                                                    )
         Debtors                                    )  (Jointly Administered)
-----------------------------------------------------------------------x
```

# TRANSFER OF CLAIMS FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| BedRok Securities LLC | Oaktree Opportunities Fund VIII (Parallel 2), L.P. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Case No.: 08-13555 |
| | Court Claim No.: 67080 |
| | Amount of Claim Transferred: $1,363,000.00 |
| **BedRok Securities LLC** | Date Claim Filed:  9/20/2010 |
| Attn: Rick Caplan | Debtor: Lehman Commercial Paper Inc. |
| 555 Theodore Fremd Avenue | |
| Suite C-301 | Name and Address where notices to transferor should be sent: |
| Rye, New York 10580 | |

NYC:256024.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: January 28, 2014

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Commercial Paper Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67080

OakTree Opportunities Fund VIII (Parallel 2), L.P., its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BEDROK SECURITIES LLC**
555 Theodore Fremd Avenue
Suite C-301
Rye, New York 10580
Attn: Rick Caplan
Tel: (914) 740 - 1501
Fax: (888) 444 – 8360
e-mail: rick@caprokcapital.com

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67080, solely to the extent of $1,363,000.00 (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Commercial Paper Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 28, 2014.

**OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P.**

By: Oaktree Opportunities Fund VIII GP, L.P.
Its: General Partner

By: Oaktree Opportunities Fund VIII GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director

By: _____
Name: Ronald Ting
Title: Managing Director
       Associate General Counsel

By: _____
Name: Mahesh Balakrishnan
Title: Senior Vice President

**BEDROK SECURITIES LLC**

By: _____
Name:
Title:

SB

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Commercial Paper Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67080

OakTree Opportunities Fund VIII (Parallel 2), L.P., its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

BEDROK SECURITIES LLC
555 Theodore Fremd Avenue
Suite C-301
Rye, New York 10580
Attn: Rick Caplan
Tel: (914) 740 - 1501
Fax: (888) 444 – 8360
e-mail: rick@caprokcapital.com

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67080, solely to the extent of $1,363,000.00 (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Commercial Paper Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 28, 2014

OAKTREE OPPORTUNITIES FUND VIII          BEDROK SECURITIES LLC
(PARALLEL 2), L.P.

By:    Oaktree Opportunities Fund VIII GP, L.P.
Its:   General Partner

By:    Oaktree Opportunities Fund VIII GP Ltd.
Its:   General Partner

By:    Oaktree Capital Management, L.P.
Its:   Director

By:_____              By:_____
    Name:                                   Name: Rick Caplan
    Title:                                  Title: President

By:_____
    Name:
    Title:

SB