# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         )  Chapter 11
                                                               )
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                       )  Case No. 08-13555 (JMP)
                                                               )
                                                               )
                                                               )
        Debtors                                                )  (Jointly Administered)
---------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| BedRok Securities LLC | Oaktree Huntington Investment Fund, L.P. |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Case No.: 08-13555 |
| | Court Claim No.: 66653 |
| | Amount of Claim Transferred: $2,100,000.00 |
| **BedRok Securities LLC** | Date Claim Filed: __5/20/2010__ |
| Attn: Rick Caplan | Debtor: Lehman Brothers Special Financing Inc. |
| 555 Theodore Fremd Avenue | |
| Suite C-301 | |
| Rye, New York 10580 | Name and Address where notices to transferor should be sent: |

NYC:255745.1

08-13555-mg    Doc 42305    Filed 01/28/14    Entered 01/28/14 17:41:37    Main Document
Pg 2 of 4

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: January 28, 2014

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:255745.1

## EVIDENCE OF TRANSFER

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**OAKTREE HUNTINGTON INVESTMENT FUND, L.P.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **BEDROK SECURITIES LLC** ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $2,100,000.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66653** which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28th day of January, 2014.

**BEDROK SECURITIES LLC**

By: _____
Name: Rich Cuskin
Title: President

**OAKTREE HUNTINGTON INVESTMENT FUND, L.P.**

By:   Oaktree Huntington Investment Fund GP, L.P.
Its:  General Partner

By:   Oaktree Huntington Investment Fund GP Ltd.
Its:  General Partner

By:   Oaktree Capital Management, L.P.
Its:  Director

By: _____
Name:
Title:

By: _____
Name:
Title:

HRG

# EVIDENCE OF TRANSFER

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**OAKTREE HUNTINGTON INVESTMENT FUND, L.P.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **BEDROK SECURITIES LLC** ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $2,100,000.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66653** which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28th day of January, 2014.

**BEDROK SECURITIES LLC**

By: _____
Name:
Title:

**OAKTREE HUNTINGTON INVESTMENT FUND, L.P.**

By:   Oaktree Huntington Investment Fund GP, L.P.
Its:  General Partner

By:   Oaktree Huntington Investment Fund GP Ltd.
Its:  General Partner

By:   Oaktree Capital Management, L.P.
Its:  Director

By: _____
Name: Richard Ting
Title: Managing Director
       Associate General Counsel

By: _____
Name: Mahesh Balakrishnan
Title: Senior Vice President

HRG