UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 42092-42094,
                                                                        42101, 42102

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 21, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
28th day of January, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 42092-42094, 42101, 42102_AFF_1-21-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON
     TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA
     ATTN: RICH VICHAIDITH
     60 WALL STREET, 3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 14796-01 in the above referenced case and in the amount of $600,515.34   allowed at $544,000.00       has been transferred **(unless previously expunged by court order)**

```
     BOULDER DAM CREDIT HUB FUND LTD.
     TRANSFEROR: DEUTSCHE BANK AG, LONDON
     C/O GLG ORE HILL LLC
     ATTN: RACHEL CARR-HARRIS
     HSBC TOWER
     452 5TH AVE., 27TH FLOOR
     NEW YORK NY 10018
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42101       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2014                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 21, 2014.

EXHIBIT B

```
TIME: 15:47:35                                        LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 01/21/14                                              CREDITOR LISTING

Name                                      Address
BANCA POPOLARE DI SONDRIO S.C.P.A.        TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: GERRY DE ALBERTI PIAZZA GARIBALDI 16 SONDRIO 23100 ITALY
BOULDER DAM CREDIT HUB FUND LTD.          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVE., 27TH FLOOR
                                          NEW YORK NY 10018
CRESCENT 1 L.P.                           TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.  TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON                  TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
HAYMAN CAPITAL MASTER FUND, L.P.          TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
INTESA SANPAOLO PRIVATE BANKING S.P.A.    REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
J.P. MORGAN SECURITIES PLC                TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                          383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179

Total Number of Records Printed      8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC