UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
            :
In re       :   Chapter 11 Case No.
            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
            :   (Jointly Administered)
     Debtors.   :
            :
---------------------------------------------------------------x   Ref. Docket Nos. 36639, 37763, 40492, 41468, 41471, 41784, 41825, 41828, 41855, 41986, 42066, 42070-42072, 42074-42076, 42078, 42082-42084

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 23, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
28th day of January, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 36639, 37763, 40492...42078, 42082-42084_AFF_1-23-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP
TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10022

Please note that your claim # 40797-01 in the above referenced case and in the amount of $187,548.74 allowed at $116,764.13 has been transferred **(unless previously expunged by court order)**

TURNPIKE LIMITED
TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 40492 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/23/2014    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 23, 2014.

EXHIBIT B

TIME: 12:12:00
DATE: 01/23/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ASSET MANAGERS INTERNATIONAL LTD | TRANSFEROR: BANK OF AMERICA, N.A. C/O HARNEYS CORPORATE AND TRUST SERVICES, CRAIGMUIR CHAMBERS FAO MIKE DOYLE AND ROSS MUNRO PO BOX 71 ROAD TOWN, TORTOLA  VG1110 VIRGIN ISLANDS |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: VALERIA VIGANO SERVIZIO AMMINISTRAZIONE TITOLI VIA ROSELLINI 16 MILAN  20124 ITALY |
| BANK OF AMERICA, N.A. | TRANSFEROR: ASSET MANAGERS INTERNATIONAL LTD BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: UNION INVESTMENT LUXEMBOURG S.A. C/O KBL MONACO PRIVATE BANKERS ATTN: RIAD LACHELAK 8 AVENUE DE GRANDE BRETAGNE MC 9800 MONACO |
| CARLOTA GALAN RUIZ | TRANSFEROR: KARL LIMITED C/O KBL MONACO PRIVATE BANKERS ATTN: RIAD LACHELAK 8 AVENUE DE GRANDE BRETAGNE MC 9800 MONACO |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: SMBC NIKKO SECURITIES INC. ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON  SW1X 7EE UNITED KINGDOM |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, N. 4 REGGIO EMILIA  42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ.  60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC.; ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO.; ATTN: MICHELL LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07320 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO.; ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NY 07302 |
| INCORE BANK AG, ZURICH | TRANSFEROR: NEUE AARGAUER BANK AG POSTFACH DREIKONIGSTRASSE 8 ZURICH  CH-8022 SWITZERLAND |
| INTESA SANPAOLO SPA | TRANSFEROR: CREDIT SUISSE ITALY SPA LEGAL DEPARTMENT ATTN: LUIGI FIORI CARONES VIA VERDI 8 MILANO  20121 ITALY |
| KARL LIMITED | C/O LINDSEY LEGGET SMITH 24 BD PRINCESSE CHARLOTTE MONTE CARLO  MC-98000 MONACO |
| MORGAN STANLEY CREDIT PRODUCTS JAPAN CO., LTD. | TRANSFEROR: UBS SECURITIES JAPAN CO., LTD. ATTN: KIKUKO ITOH/NORIKO OGAWA YEBISU GARDEN PLACE TOWER 4-20-3 EBISU, SHIBUYA-KU TOKYO  150-6008 JAPAN |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MGMT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: UBS AG ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON  EC2M 7EB UNITED KINGDOM |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG ST. LEONHARDSTRASSE 25 GALLEN  9000 SWITZERLAND |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON STRATEGIC VALUE PARTNERS, LLC ATTN: BEN EDWARDS/STEPHEN SCANAPIECO 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| SVENSKA HANDELSBANKEN AB (PUBL) | ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK NY 10022-7218 |
| SVENSKA HANDELSBANKEN AB (PUBL) | MONTGOMERY, CLAUDE D., ESQ. SALANS LLP 620 FIFTH AVENUE, 4TH FLOOR NEW YORK NY 10020 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD MINNEAPOLIS MN 55437 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:12:00                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:     2
DATE: 01/23/14                                CREDITOR LISTING

Name                           Address
UBS AG                         TRANSFEROR: CREDIT SUISSE C/A SPECIAL TRANSACTION/DEFAULT MGMT BADENERSTRASSE 574/C ZURICH  OQ9C-O5GC SWITZERLAND
UBS SECURITIES JAPAN CO., LTD. TRANSFEROR: UBS SECURITIES JAPAN, LTD ATTN: KAZUYA ICHIKAWA/MARIE MIYAZAWA OTEMACHI FIRST SQUARE 5-1, OTEMACHI 1-CHOME CHIYODA-KU
                               TOKYO 100-0004 JAPAN
VARDE FUND XI (MASTER), L.P., THE TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed        49
```

EPIQ BANKRUPTCY SOLUTIONS, LLC