UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :    (Jointly Administered)
                    Debtors.              :
                                          :
------------------------------------------------------------------x    Ref. Docket Nos. 41790 & 42069


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 23, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
28th day of January, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>            Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   HSBC PRIVATE BANK SUISSE SA
              ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER
              QUAI GENERAL GUISAN 2
              GENEVA 3 1211 SWITZERLAND


Additional:



Transferee:   BANQUE SYZ & CO S.A., GENEVA
              RUE DE RHONE 30/P.O. BOX 5015
              GENEVA CH-1211 SWITZERLAND



Your transfer  of claim #   51761   is defective for the reason(s) checked below:

Expunged By Court Order







Docket Number 42069           Date 01/07/14


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 23, 2014.

EXHIBIT B

```
TIME: 12:12:50                              LEHMAN BROTHERS HOLDING INC.                                           PAGE: 1
DATE: 01/23/14                                    CREDITOR LISTING

Name                             Address
BANQUE SYZ & CO S.A., GENEVA     RUE DE RHONE 30/P.O. BOX 5015 GENEVA  CH-1211 SWITZERLAND
FIBI BANK (SWITZERLAND) LTD      SEESTRASSE 61 ZURICH  CH-8027 SWITZERLAND
HSBC PRIVATE BANK SUISSE SA      ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL GUISAN 2 GENEVA 3  1211 SWITZERLAND
UBS AG                           BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND


Total Number of Records Printed        4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC