UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                            Debtors.                                   :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 41476, 41477,
                                                                            41479, 41481, 41499, 41501, 41990,
                                                                            42120, 42121, 42136, 42138

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 24, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
28th day of January, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg Doc 42311 Filed 01/28/14 Entered 01/28/14 18:20:21 Main Document Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   J.P. MORGAN SECURITIES PLC
      TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P.
      C/O J.P. MORGAN SECURITIES LLC
      ATTN: JEFFREY L. PANZO
      MAIL CODE: NY1-M138
      383 MADISON AVENUE, FLOOR 37
      NEW YORK NY 10179
```

Please note that your claim # 62819-08 in the above referenced case and in the amount of $11,038.32 has been transferred **(unless previously expunged by court order)**

```
      CRESCENT 1, LP
      TRANSFEROR: J.P. MORGAN SECURITIES PLC
      ATTN: SVET NIKOV
      399 PARK AVENUE, 39TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41499 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/24/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 24, 2014.

# EXHIBIT B

```
TIME: 12:35:53                                              LEHMAN BROTHERS HOLDING INC.                                                            PAGE:    1
DATE: 01/24/14                                                   CREDITOR LISTING

Name                                              Address
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANK JULIUS BAER & CO. LTD.                       ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANQUE INTERNATIONALE A LUXEMBOURG                TRANSFEROR: BANK JULIUS BAER & CO. LTD. BEETHOVENSTRASSE 48 ZURICH  CH-8022 SWITZERLAND
 (SUISSE) SA
BANQUE PIGUET & CIE S.A.                          ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                                  YVERDON  CH-1400 SWITZERLAND
CRESCENT 1, LP                                    TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS HCD FUND, SPC FOR AND ON BEHALF OF          TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE SEGREGATED PORTFOLIO B; ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS HCE FUND, SPC FOR AND ON BEHALF OF          TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE SEGREGATED PORTFOLIO A; ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS HCE FUND, SPC FOR AND ON BEHALF OF          TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE SEGREGATED PORTFOLIO B; ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.          TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
ERSEL SIM S.P.A.                                  TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PIAZZA SOLFERINO, 11 TURIN  10121 ITALY
ERSEL SIM SPA                                     11 PIAZZA SOLFERINO TORINO  10121 ITALY
ERSEL SIM SPA                                     C/O JOHN E JURELLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
SEAPORT GROUP EUROPE LLP, THE                     TRANSFEROR: UBS AG ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON  EC2M 7EB UNITED KINGDOM
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: ERSEL SIM S.P.A. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: ERSEL SIM SPA ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: ERSEL SIM S.P.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                                       GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: ERSEL SIM SPA C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
 FUND, L.P.

Total Number of Records Printed       22
```

EPIQ BANKRUPTCY SOLUTIONS, LLC