UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
:   (Jointly Administered)
Debtors.                                                       :
:
----------------------------------------------------------------x   Ref. Docket No. 41857


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 24, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
28th day of January, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 41857_Aff 1-24-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BARCLAYS BANK PLC
              TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP
              ATTN: DANIEL MIRANDA
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019


Additional:   BARCLAYS BANK PLC
              ANTHONY VITIELLO
              BARCLAYS BANK PLC
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019




Transferee:   VARDE FUND X (MASTER), L.P., THE
              ATTN: EDWINA P.J. STEFFER
              8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
              MINNEAPOLIS MN 55437


Your transfer of claim #  60700  is defective for the reason(s) checked below:




Docket Number 41857          Date 12/31/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 24, 2014.

# EXHIBIT B

```
TIME: 12:36:28                                  LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 01/24/14                                        CREDITOR LISTING

Name                            Address
BARCLAYS BANK PLC               TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC               ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
VARDE FUND X (MASTER), L.P., THE   ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed       3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC