FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
                                         :
In re:                                   :   Chapter 11
                                         :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,:   Case No. 08-13555 (JMP)
                                         :
                          Debtors        :
                                         :
---------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Richard Rodriguez, being duly sworn, deposes and says:

1. I am employed by the law firm of Freshfields Bruckhaus Deringer US LLP, and over the age of eighteen years and not a party to this action.

2. On January 28, 2014, I served a true copy of the FIFTH AMENDED VERIFIED STATEMENT OF FRESHFIELDS BRUCKHAUS DERINGER US LLP PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, upon the following parties by first class mail, postage fully prepaid, by depositing same in an official US Depository:

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004


Office of the U.S. Trustee
Attn: Tracy Hope Davis
Elisabetta G. Gasparini
Andrea B. Schwartz
33 Whitehall Street
New York, New York 10004


Attn: Richard W. Slack
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153


Attn: Dennis F. Dunne
Wilbur Foster, Jr.
Dennis O'Donnell
Evan R. Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005


_____
Richard Rodriguez

Sworn to before me this
28th day of January, 2014

_____
Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 1CH0342
Qualified in New York County
Comm. Expires 1/25/2018