## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　) Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
LEHMAN BROTHERS HOLDINGS INC., *et al*.,　　　　　　) Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Debtors　　　　　　　　　　　　　　　　　　　　　　　) (Jointly Administered)
------------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

　　　　A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse International | BedRok Securities LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Credit Suisse International**
One Cabot Square
London
E14 4QJ, United Kingdom
Attn: Ashwinee Sawh
Tel: 212-538-2905
Fax: N/A
e-mail: ashwinee.sawh@credit-suisse.com

Case No.: 08-13555
Court Claim No.: 13309
Amount of Claim Transferred: $50,350,000.00
Date Claim Filed: ___9/16/2009___
Debtor: Lehman Brothers Special Financing Inc.

Name and Address where notices to transferor should be sent:

**BedRok Securities LLC**
Attn: Rick Caplan
555 Theodore Fremd Avenue
Suite C-301
Rye, New York 10580

NYC:255698.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Russ Chiappetta_____    Date: January 28, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:255698.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Special Financing Inc.
Case No. 08-13555 (JMP) (Jointly Administered)

BedRok Securities LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Credit Suisse International ("Buyer"), all right, title and interest in and to $50,350,000.00 of Claim No. 13309 of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) (the "Claim") docketed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28th day of January, 2014.

**BEDROK SECURITIES LLC**

By: _[signature]_
(Signature of authorized corporate officer)

Name: Rick Caplan
Title: President
Tel.: 914-740-1500

**CREDIT SUISSE INTERNATIONAL**

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

NYC:255166.3

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Special Financing Inc.
Case No. 08-13555 (JMP) (Jointly Administered)

BedRok Securities LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Credit Suisse International ("Buyer"), all right, title and interest in and to $50,350,000.00 of Claim No. 13309 of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) (the "Claim") docketed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28th day of January, 2014

**BEDROK SECURITIES LLC**

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

**CREDIT SUISSE INTERNATIONAL**

By:_____
(Signature of authorized corporate officer)

Name:_____  Rik Kwan Ching
Title:_____  Authorized Signatory
Tel.:_____

NYC 255166 3