# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                                                                          )
In re:                                                                    ) Chapter 11
                                                                          )
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                                  ) Case No. 08-13555 (JMP)
                                                                          )
                                                                          )
                                                                          )
         Debtors                                                          ) (Jointly Administered)
---------------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse International | BedRok Securities LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Credit Suisse International**
One Cabot Square
London
E14 4QJ, United Kingdom
Attn: Ashwinee Sawh
Tel: 212-538-2905
Fax: N/A
e-mail: ashwinee.sawh@credit-suisse.com

Case No.: 08-13555
Court Claim No.: 28820
Amount of Claim Transferred: $28,333,333.34
Date Claim Filed: __9/22/2009__
Debtor: Lehman Brothers Special Financing Inc.

Name and Address where notices to transferor should be sent:

**BedRok Securities LLC**
Attn: Rick Caplan
555 Theodore Fremd Avenue
Suite C-301
Rye, New York 10580

NYC:255708.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____January 28, 2014_____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

By:

Transferee / Transferee's Agent

NYC:255708.1

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

   For value received, the adequacy and sufficiency of which are hereby acknowledged, **BEDROK SECURITIES LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CREDIT SUISSE INTERNATIONAL** ("Assignee"), an undivided interest in $28,333,333.34 of Assignor's right, title, interest, claims[1] and causes of action in and to, or arising under or in connection with KeyBank National Association's claims set forth in Proof of Claim Number 28820 (the "Claim"), against Lehman Brothers Special Financing, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13888 (jointly administered under Case No. 08-13555) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

   Assignor hereby waives any objection to the transfer of its ownership interest in and to the Claim assigned to Assignee (the "Assigned Claim") on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

---

[1] As that term is defined in 11 USC § 101(5).

NYC:255161.3

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January 28, 2014

**BEDROK SECURITIES LLC**

By: _____
Name of person signing: Rick Caplan
Title of person signing: President

**CREDIT SUISSE INTERNATIONAL**

By: _____
Name of person signing: _____
Title of person signing: _____

NYC:255161.3

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January 28, 2014

**BEDROK SECURITIES LLC**

By:_____
Name of person signing:_____
Title of person signing:_____

**CREDIT SUISSE INTERNATIONAL**

By:_____
Name of person signing:_____
Title of person signing:_____

Kwan Chung
Authorized Signatory

NYC 255161 3