Michael G. Burke
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York  10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

-and-

Bryan Krakauer
Joel S. Feldman
Mark B. Blocker
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Attorneys for Safety National Casualty Corporation
and Reliance Standard Life Insurance Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )  s.s.:
COUNTY OF NEW YORK        )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On January 22, 2014 I caused to be served a true and correct copy of  the

NY1 9158327v.1

**Joinder (of Safety National Casualty Corporation) to Response in Opposition of Principal Life Insurance Company to the Motion of Lehman Brothers Holdings, Inc., Pursuant to Section 105(A) of the Bankruptcy Code And Bankruptcy Rule 7004(A)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief** (dkt 42133) by email and by Federal Express for overnight delivery upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Richard W. Slack, Esq. (richard.slack@weil.com); Robert J. Lemons, Esq. (robert.lemons@weil.com) ; and Jacqueline Marcus,Esq. (jacqueline.marcus@weil.com); and (ii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014; Attn: William K. Harrington, Esq. (william.k.harrington@usdoj.gov); Susan Golden, Esq. (susan.golden@usdoj.gov); and Andrea Schwartz, Esq. (andrea.b.schwartz@usdoj.gov).

      /s/ Eileen A. McDonnell_____
      EILEEN A. MCDONNELL

Sworn to before me this
28th day of January 2014

Ricardo A. Murray_____
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2014

NY1 7118012v.1