# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

January 29, 2014

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")
Fiftieth Status Report**

Dear Judge Peck:

The six Mediators have requested again, your Honor, that I submit this monthly report (the fiftieth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the January 29, 2014 omnibus hearing.

In the 39 days following the last prior report, Debtors served three additional ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 448. During the immediately past reporting period, Debtors achieved settlements with counterparties in six ADR matters, five as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $2,161,012,682 new dollars for the Debtors' estates. Settlements now have been achieved in 303 ADR matters involving 402 counterparties.

Honorable James M. Peck  
January 29, 2014  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 143 ADR matters that have reached the mediation stage in Tier One and have been concluded, 132 have been settled in mediation. Only eleven Tier One mediations have terminated without settlement. Nine additional Tier One mediations have been scheduled to commence on the following dates: January 31; February 6, 13, 18, 21 and 28; March 14 and 20; and April 3, 2014.

Respectfully submitted,

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc: Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)