Law Office of A. James Boyajian
355 S. Grand Ave. Ste. 2450
Los Angeles, California 90071
JamesBoyajian@gmail.com
Telephone:   424.258.0777
Facsimile:    424.298.4377

Counsel for Claimant Andrew Wideman

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | )   **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | )   **Case No. 08-13555 (JMP)** |
|  | )   **Jointly Administered** |
| **Debtors.** | ) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS,
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the Law Office of A. James Boyajian appears in the above-captioned cases as counsel for and on behalf of claimant Andrew Wideman; and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of title 11 of the U.S. Code (the "Bankruptcy Code"), requests that (a) all notices given or required to be given and all papers served in these cases be delivered to and be served upon them at the following address and (b) that this notice of appearance and the following address be added to the Master Service List in the above captioned matter:

> Law Office of A. James Boyajian
> 355 S. Grand Ave. Ste. 2450
> Los Angeles, California 90071
> JamesBoyajian@gmail.com
> Telephone:   424.258.0777
> Facsimile:    424.298.4377

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these above-captioned cases.

Dated: January 29, 2014  
       Los Angeles, California

LAW OFFICE OF A. JAMES BOYAJIAN  
Counsel for Andrew Wideman

By: _/s/ A. James Boyajian____  
355 S. Grand Ave. Ste. 2450  
Los Angeles, California 90071  
JamesBoyajian@gmail.com  
Telephone:   424.258.0777  
Facsimile:   424.298.4377

**AFFIRMATION OF SERVICE**

I, A. James Boyajian, an attorney who is not a party in the above captioned action, being duly licensed to practice in the courts of the State of California and admitted to practice *pro hac vice* in the United States Bankruptcy Court, Southern District of New York, hereby affirm under penalty of perjury that I served the document entitled, "NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST TO BE ADDED TO MASTER SERVICE LIST," by depositing true and correct copies of the same, enclosed in postage-prepaid and properly addressed envelopes, in an official depository under the exclusive custody of the United States Postal Service (USPS), addressed to the following attorneys of record on January 29, 2014:

WEIL, GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Denise J. Alvarez, Esq.
    Ralph Miller, Esq.
    Robert J. Lemons, Esq.
*Attorneys for the Debtors*

OFFICE OF THE U.S. TRUSTEE FOR REGION 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq.
     Elisabeth Gasparini, Esq.
     Andrea B. Schwartz, Esq.

MILBANK, TWEED, HADLEY, & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
     Dennis O'Donnell, Esq.
     Evan Fleck, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*

Dated: January 29, 2014                    /s/ A. James Boyajian
                                      A. James Boyajian, Esq.