Law Office of A. James Boyajian
355 S. Grand Ave. Ste. 2450
Los Angeles, California 90071
JamesBoyajian@gmail.com
Telephone:   424.258.0777
Facsimile:    424.298.4377

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*, ) | **Case No. 08-13555 (JMP)** |
| | ) **Jointly Administered** |
| **Debtors.** | ) |
| | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019(a)**
**OF THE FEDERAL RULES OF BANKRUPTY PROCEDURE**

　　　　Pursuant to Rule 2019(a) of the Federal Rules of Bankrupcy Procedure, the Law Office of A. James Boyajian ("Boyajian") hereby submits the following verified statement ("Statement") in connection with its concurrent representation of the creditors listed in the attached "Exhibit A" (collectively, the "Creditors") in the above-captioned cases (the "Matter"):

1. Boyajian is located at 355 S. Grand Ave. Suite 2450, Los Angeles, California 90071.

2. Boyajian is legal counsel to and represents the Creditors in the Matter solely with respect to their claims relating to Lehman Brothers Holdings Inc. ("Lehman") Restricted Stock Units or Contingent Stock Awards (the "Claims") as of the date of this Statement.

3. Each of the Creditors hold claim(s) against Lehman arising from contract(s), law, and equity.

4. The nature and amounts of the Claims held by the Creditors are set forth in their respective proof(s) of claim(s) filed against Lehman and respective communication(s), letter(s), and

responses(s) to omnibus objections as served or submitted by each of the Creditors directly to Lehman or filed with the Court in this Matter.

5. The Creditors may also hold claims against and/or interests in Lehman in addition to those disclosed above which do not fall within the scope of Boyajian's representation of their Claims in the Matter.

6. The relevant claim number and mailing address of each of the Creditors is listed on Exhibit A attached hereto.

7. The following are the pertinent facts and circumstances in connection with the retention of Boyajian by the Creditors in the Matter. At the status conference held on 11/22/2013 in the above-captioned Court, the Honorable James Peck ordered counsel to communicate with a number of *pro se* claimants:

> "I think that it makes sense for there to be one hearing that is well coordinated . . . while I recognize that this imposes something of a burden on counsel for the represented group, counsel probably will need to think about how to coordinate presentations not only for their represented clients, but also with those pro se's that may be in the same class or that may have aligned interests so that there can be a coherent and efficient presentation of the record evidence. So there will be one hearing and I impose what amounts to an extraordinary burden on all parties, including those represented and unrepresented, to work together so that you don't step on each other's toes."

*See* Case No. 08-13-555 (JMP), Official Transcript 11.22.2013, p. 49 lines 2-21. In the course of communicating with *pro se* claimants following this order, several pro se claimants – the Creditors – separately decided to retain Boyajian to provide them with legal advice and to represent them at the hearing on their respective Claims, which is currently scheduled for April 1, 2014 to April 3, 2014.

8. Boyajian will amend or supplement this Statement as necessary.

9. This Statement is filed solely to comply with Bankruptcy Rule 2019(a), and is submitted without prejudice to or waiver of any right, remedy or claim of the Claimants, whether collectively or individually. All rights, remedies, and claims are expressly preserved.

The undersigned declares under penalty of perjury that the statements made herein are true and accurate to the best of his knowledge, information, and belief.

Dated: January 29, 2014    LAW OFFICE OF A. JAMES BOYAJIAN
　　　　Los Angeles, California

　　　　　　　　　　　　　　　　　　　　By: _/s/ A. James Boyajian___
　　　　　　　　　　　　　　　　　　　　355 S. Grand Ave. Ste. 2450
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　　　　　JamesBoyajian@gmail.com
　　　　　　　　　　　　　　　　　　　　Telephone:  424.258.0777
　　　　　　　　　　　　　　　　　　　　Facsimile:   424.298.4377

# **Exhibit A**

| *Creditor Name* | *Claim #* | *Address* |
|---|---|---|
| VIRGILIO CASUPLE | 34326 | 57 EDGAR PLACE<br>NUTLEY, NJ 07110 |
| DARIAN J. COHEN | 16153 | 5035 WAGNER WAY<br>OAK PARK, CA 91377 |
| MARY LANGEVIN | 24675 | 19 FORT CHARLES PLACE<br>BRONX, NY 10463 |
| LARS P. JACOBSON | 24335 | 909 15TH STREET<br>HERMOSA BEACH, CA 90254 |
| AMIT K. SARKAR | 34872 | 78 LANSDOWNE RD<br>NOTTINGHILL<br>LONDON, W112LS<br>UNITED KINGDOM |
| CHRISTIAN E. STEVENS | 25431 | 2940 ROCKBRIDGE DRIVE<br>HIGHLANDS RANCH, CO 80129 |
| ANDREW WIDEMAN | 22286 | 5406 S FLORENCE CT<br>GREENWOOD VLG, CO 80111-3665 |

# **AFFIRMATION OF SERVICE**

I, A. James Boyajian, an attorney who is not a party in the above captioned action, being duly licensed to practice in the courts of the State of California and admitted to practice *pro hac vice* in the United States Bankruptcy Court, Southern District of New York, hereby affirm under penalty of perjury that I served the document entitled, "VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTY PROCEDURE," by depositing true and correct copies of the same, enclosed in postage-prepaid and properly addressed envelopes, in an official depository under the exclusive custody of the United States Postal Service (USPS), addressed to the following attorneys of record on January 29, 2014:

WEIL, GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Denise J. Alvarez, Esq.
　　　Ralph Miller, Esq.
　　　Robert J. Lemons, Esq.
*Attorneys for the Debtors*

OFFICE OF THE U.S. TRUSTEE FOR REGION 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq.
　　　 Elisabeth Gasparini, Esq.
　　　 Andrea B. Schwartz, Esq.

MILBANK, TWEED, HADLEY, & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
　　　 Dennis O'Donnell, Esq.
　　　 Evan Fleck, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*

Dated: January 29, 2014　　　　　　　　　　　　　　　 /s/ A. James Boyajian
　　　　　　　　　　　　　　　　　　　　　　　　　A. James Boyajian, Esq.