DAY PITNEY LLP
ONE JEFFERSON ROAD
PARSIPPANY, NJ 07054
T: (973) 966-6300
F: (973) 966-1015
MARGARITA Y. GINZBURG (MG-6240)

ONE INTERNATIONAL PLACE
BOSTON, MA 02110
T: (617) 345-4600
F: (617) 345-4745
DANIEL J. CARRAGHER

- and –

7 TIMES SQUARE
NEW YORK, NY 10036-7311
T: (212) 297-5800

Attorneys for Fabio Liotti

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al, | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Fabio Liotti appears herein through the undersigned attorneys pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure who request that all notices (including those required by Bankruptcy Rule 2002) in this case or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the addresses set forth below.

PLEASE TAKE FURTHER NOTICE that this request is also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions,

schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

| | |
|---|---|
| Day Pitney LLP | Day Pitney LLP |
| One Jefferson Road | One International Place |
| Parsippany, New Jersey 07054 | Boston, MA 02110 |
| Attn: Margarita Y. Ginzburg, Esq. | Attn: Daniel J. Carragher, Esq. |
| Tel: (973) 966-8265 | Tel: (617) 345 4600 |
| Fax: (973) 995-4588 | Fax: (617) 345 4745 |
| E-mail: mginzburg@daypitney.com | E-mail: djcarragher@daypitney.com |

PLEASE TAKE FURTHER NOTICE that Fabio Liotti does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case, or any right to arbitration; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Fabio Liotti for such purpose.

                        DAY PITNEY LLP
                        Attorneys for Fabio Liotti,

By:   */s/ Margarita Y. Ginzburg*
       Margarita Y. Ginzburg (MG-6240)

Dated: January 30, 2014
       Parsippany, NJ

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that the foregoing Notice of Appearance and Request for Notices and Service of Papers was electronically filed with this Court on this date and served through the Court's CM/ECF system upon all registered electronic filers.  This is to further certify that on this date, copies of the aforementioned were transmitted to the parties and in the manner set forth below.

## SERVICE LIST

**FIRST CLASS MAIL, POSTAGE PREPAID**

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

**U.S. TRUSTEE**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

By:   */s/ Margarita Y. Ginzburg*
       Margarita Y. Ginzburg (MG-6240)

72201675.1

-3-