Lisa M. Solomon, Esq. (LS 0086)
LAW OFFICES OF LISA M. SOLOMON
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
Tel: 212- 471-0067; Fax: 212-980-6965

*Counsel for Nikki Marshall*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | Case No. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | | (Jointly Administered) |
| | : | |
| Debtors. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

   PLEASE TAKE NOTICE that Law Offices of Lisa M. Solomon hereby appears in the above-captioned chapter 11 cases (collectively, the "Case") as counsel for Nikki Marshall ("Marshall"), an RSU Claimant (as defined in the Fourth Amended Order Establishing Discovery Procedures in Connection with Omnibus Objections to Claims dated October 17, 2013), pursuant to § 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned at the following address and telephone number:

    Law Offices of Lisa M. Solomon
    305 Madison Avenue, Suite 4700
    One Grand Central Place
    New York, New York 10165
    Attn:  Lisa M. Solomon, Esq.
    Tel. No. (212) 471-0067
    Fax. No. (212) 980-6965
    Email:  Lisa.Solomon@att.net

The undersigned counsel further requests that the Debtors' Noticing Agent add this Notice of Appearance to the Master Service List in the Case.

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the referenced cases and the proceedings herein.  Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Marshall's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Marshall is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       January 29, 2014

                                        LAW OFFICES OF LISA M. SOLOMON
                                        Counsel for Nikki Marshall


                                        By: __/s/ Lisa M. Solomon_____
                                        Lisa M. Solomon (LS-0086)
                                        One Grand Central Place
                                        305 Madison Avenue, Suite 4700
                                        New York, New York 10165
                                        (212) 471-0067