SCHEDULE II

TO

STOCKHOLDERS AGREEMENT

<u>Name and Address** of Family Affiliate</u>

Herbert W. Ackerman Associates, L.P.
Berlin Associates, L.P.
Bolton Associates, L.P.
Cantor Associates, L.P.
Cavallo Associates, L.P.
Egener Associates, L.P.
Egener 2003 Grat Trust
Ganek Associates, L.P.
Giuliano Associates, L.P.
Goldstein Associates, L.P.
Kamen Associates, L.P.
Michael M. Kassen Associates, L.P.
Michael M. Kassen 2002 Grantor Retained Annuity Trust
Michael M. Kassen 2003 Grantor Retained Annuity Trust
Klingenstein Associates, L.P.
Lasser Associates, L.P.
McKerrow Associates, L.P.
Messinger Associates, L.P.
Messinger 2003 Annuity Trust
Neuberger Associates, L.P.
Newman Associates, L.P.
Paduano Associates, L.P.
Paduano Associates Inc.
Daniel J. Paduano 2003 Irrevocable Trust
Daniel J. Paduano Descendants Exempt Irrevocable Trust
John P. Paduano 2003 Irrevocable Trust
John P. Paduano Descendants Exempt Irrevocable Trust
Pollack 1998 Trust A
Potter Associates, L.P.
Schwartz CS Associates, L.P.
Schwartz ES Associates, L.P.
Marvin Schwartz Family 2003 GRAT
Kent Simons 2002 Grat
Kent Simons Grat #2
Kent Simons Grat #3
The Spilka 1998 Trust
Steiger Associates, L.P.
Stiefel Associates, L.P.
Strauss 1998 Trust
Sundman Associates, L.P.
Allan D. Sutton 1998 Grantor Retained Annuity Trust

Sutton 1998 GST Trust F/B/O Nancy Sutton-Finley
Sutton 1998 GST Trust F/B/O Peggy Lynn Sutton
Weismann Associates, L.P.
The Dietrich Weismann Revocable Trust
Lawrence Zicklin 2003 Grantor Retained Annuity Trust
Zicklin Associates, L.P.

\*\*	Unless otherwise indicated, the address of each Family Affiliate is c/o Neuberger & Berman Trust Company of Delaware, 919 Market Street, Suite 506, Wilmington, Delaware 19801.

CONFIDENTIAL

LEH-RSU-CL 0000719

| Index No. | Year |
|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## DECLARATION OF STEPHANIE STIEFEL

Signature (Rule 130-1.1-a)

Print name beneath

**KAPLAN LANDAU LLP**
*Attorneys for* Neuberger Claimants

*Office and Post Office Address, Telephone*
**1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018**
(212) 593-1700

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

.....................................................

Attorney(s) for.

1500 – **Blumberg**Excelsior Inc., NYC 10013

---

**NOTICE OF ENTRY**

PLEASE take notice that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

Dated,            Yours, etc.
**KAPLAN LANDAU LLP**
*Attorneys for*
*Office and Post Office Address*
**1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018**

To

Attorney(s) for

**NOTICE OF SETTLEMENT**

PLEASE take notice that an order

of which the within is a true copy will be presented
for settlement to the Hon.
one of the judges of the within named Court, at

on
at                M.
Dated,            Yours, etc.
**KAPLAN LANDAU LLP**
*Attorneys for*
*Office and Post Office Address*
**1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018**

To

Attorney(s) for