## AFFIRMATION OF SERVICE

EUGENE NEAL KAPLAN, an attorney who is not a party to this action, and is duly licensed to practice in the courts of the State of New York, affirms under penalty of perjury pursuant to CPLR §2106, that I served the annexed Declarations of Henry Ramallo, Judith Ann Kenney, Stephanie Stiefel, and the exhibits thereto, and the Neuberger Berman Claimants' Opening Memorandum of Law by electronic transmission to the e-mail addresses below, the attorneys of record, on January 28, 2014.

>Ralph I. Miller, Esq.
>WEIL, GOTSHAL & MANGES LLP
>767 Fifth Avenue
>New York, New York 10153
>(212) 310-8965
>ralph.miller@weil.com
>
>Richard J. Schager, Jr., Esq.
>Andrew R. Goldenberg, Esq.
>STAMELL & SCHAGER LLP
>One Liberty Plaza – 23rd Floor
>New York, New York 10006-1404
>(212) 566-4047
>schager@ssnyc.com
>goldenberg@ssnyc.com
>
>Lisa M. Solomon
>LAW OFFICES OF LISA M. SOLOMON
>One Grand Central Place
>305 Madison Avenue, Suite 4700
>(212) 471-0067
>lisa.solomon@att.net
>
>Howard P. Magaliff, Esq.
>Robert N. Michaelson, Esq.
>RICH MICHAELSON MAGALIFF MOSER LLP
>340 Madison Avenue, 19th Floor
>New York, New York
>(212) 220-9402
>hmagaliff@r3mlaw.com
>rmichaelson@r3mlaw.com

LAW OFFICES OF A. JAMES BOYAJIAN
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
(424) 258-0777
jamesboyajian@gmail.com

Dated: January 28, 2014

_____
EUGENE NEAL KAPLAN