**BROWN & CONNERY, LLP**
Donald K. Ludman, Esquire
6 North Broad Street, Suite 100
Woodbury, NJ  08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com

*Attorneys for Business Objects Americas and*
*Frictionless Commerce, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re:**                                                     :    Chapter 11
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    Case No. 08-13555 (JMP)
                                                               :
         Debtors.                                              :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x
                                                               :
**In re:**                                                     :
                                                               :
**LEHMAN BROTHERS INC.,**                                      :    Case No. 08-01420 (JMP) SIPA
                                                               :
         Debtor.                                               :
                                                               :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that Brown & Connery, LLP hereby withdraws its appearance as counsel for Business Objects Americas and Frictionless Commerce, Inc. in the above-captioned cases.  Brown & Connery, LLP requests that the attorneys listed below be removed from all service lists in thes casee, including all electronic service lists and the ECF notification system:

1

BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
Donald K. Ludman
Email: dludman@brownconnery.com
Telephone: (856) 812-8900
Facsimile: (856)853-9933

Dated: January 30, 2014

**BROWN & CONNERY, LLP**

*/s/ Donald K. Ludman*
Donald K. Ludman
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com

*Attorneys for Business Objects Americas
and Frictionless Commerce, Inc.*