**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
              Southern District of New York
              Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("<u>Debtor</u>")
              Case No. 08-13555 (JMP) (Jointly Administered)

**Claim #: 19236**
**Dollar Amount of Claim Transferred Hereby: $1,500,000.00**
**Percentage of Claim Transferred: 100.00%**

      **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**, its successors and assigns (collectively, the "<u>Seller</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SOLUS RECOVERY FUND II MASTER LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tel. (212) 284-4300
Attn: Solus Compliance Officer

and its successors and assigns (collectively, "<u>Buyer</u>"), all rights, title, and interest in and to **100.00%** of the claim of Seller, including all rights of stoppage in transit, replevin, reclamation and cure payments, in the aggregate principal amount of **$1,500,000.00** (collectively, the "<u>Claim</u>") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

      Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

      You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 30, 2014.

**SELLER**

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: *William P. McLoughlin* (signature)
Name:
Title:

William P. McLoughlin
Senior Vice President
Jefferies Leveraged Credit Products, LLC

**BUYER**

**SOLUS RECOVERY FUND II MASTER LP**

**BY: SOLUS ALTERNATIVE ASSET MANAGEMENT LP
    ITS INVESTMENT ADVISOR**

By: _____
Name:
Title:

AMR-428024-v3                                - 17 -                                80-40522517

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 30, 2014.

**SELLER**

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _____
Name:
Title:

**BUYER**

**SOLUS RECOVERY FUND II MASTER LP**

BY: SOLUS ALTERNATIVE ASSET MANAGEMENT LP
    ITS INVESTMENT ADVISOR

By: _____
Name:
Title: Gordon Yeager
       Chief Risk Officer &
       Chief Operations Officer