David S. Cohen
Andrea M. McNamara
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, NW, Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                    :
In re:                              :    Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., et al., :    08-13555 (JMP)
                                    :
                Debtors.            :    (Jointly Administered)
                                    :
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

        CHARMAINE THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 30th of January 2014, I caused a copy of the following document:

*Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim Nos. 21217, 21140, 20421 and 21146* [DI 42391]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by hand delivery,

and to be served upon the parties identified on Exhibit C attached hereto by FedEx for next business day delivery.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me this 30th of January 2014

/s/ John Peter Kaytrosh
John Peter Kaytrosh
Notary Public, State of New York
No. 01KA6279378
Qualified in New York County
Certificate filed in New York County
Commission Expires April 8, 2017

**Exhibit A**

'richard.krasnow@weil.com'; "maurice.horwitz@weil.com'; 'harvey.miller@weil.com'; 'jacqueline.marcus@weil.com'; 'lori.fife@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abeaumont@fklaw.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agoldstein@tnsj-law.com; agottfried@morganlewis.com; aisenberg@saul.com; akadish@dtlawgroup.com; akantesaria@oppenheimerfunds.com; akolod@mosessinger.com; alum@ftportfolios.com; amarder@msek.com; amartin@sheppardmullin.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; amh@amhandlerlaw.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; aquale@sidley.com; arainone@bracheichler.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; asomers@rctlegal.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcy@ntexas-attorneys.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bcarlson@co.sanmateo.ca.us; bdk@schlamstone.com; bguiney@pbwt.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; brosenblum@jonesday.com; broy@rltlawfirm.com; bruce.wright@sutherland.com; bstrickland@wtplaw.com; btrust@mayerbrown.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; cahn@clm.com; caitrin.mckiernan@freshfields.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cdesiderio@nixonpeabody.com; Chad.Husnick@kirkland.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; chemrick@connellfoley.com; chipford@parkerpoe.com; chris.donoho@lovells.com; Christopher.Greco@kirkland.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohen@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; craigjustinalbert@gmail.com; crmomjian@attorneygeneral.gov; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; cszyfer@stroock.com; cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; danielle.rose@kobrekim.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.heller@lw.com; david.livshiz@freshfields.com; david.powlen@btlaw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com;

3

dbesikof@loeb.com; dcimo@gjb-law.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; dhurst@coleschotz.com; dhw@dhclegal.com; diconzam@gtlaw.com; djoseph@stradley.com; dkessler@ktmc.com; dkozusko@willkie.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; dove.michelle@dorsey.com; dpegno@dpklaw.com; draelson@fisherbrothers.com; dravin@wolffsamson.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshaffer@wtplaw.com; dshemano@peitzmanweg.com; dspelfogel@foley.com; dtatge@ebglaw.com; dtheising@harrisonmoberly.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; ecohen@russell.com; edward.flanders@pillsburylaw.com; efriedman@fklaw.com; efriedman@friedmanspring.com; eglas@mccarter.com; ekbergc@lanepowell.com; eleicht@whitecase.com; ellen.halstead@cwt.com; emagnelli@bracheichler.com; emerberg@mayerbrown.com; enkaplan@kaplanlandau.com; eobrien@sbchlaw.com; epearlman@scottwoodcapital.com; erin.mautner@bingham.com; eschwartz@contrariancapital.com; etillinghast@sheppardmullin.com; ezujkowski@emmetmarvin.com; fbp@ppgms.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; foont@foontlaw.com; fritschj@sullcrom.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; george.south@dlapiper.com; ggitomer@mkbattorneys.com; ggoodman@foley.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; goldenberg@ssnyc.com; gravert@ravertpllc.com; gspilsbury@jsslaw.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; hbeltzer@mayerbrown.com; heim.steve@dorsey.com; heiser@chapman.com; hmagaliff@r3mlaw.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hsteel@brownrudnick.com; ian.roberts@bakerbotts.com; icatto@mwe.com; igoldstein@proskauer.com; ilevee@lowenstein.com; ira.greene@hoganlovells.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov; james.heaney@lawdeb.com; james.mcclammy@dpw.com; james.sprayregen@kirkland.com; jamesboyajian@gmail.com; jamestecce@quinnemanuel.com; jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; jbeemer@entwistle-law.com; jbeiers@co.sanmateo.ca.us; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; jchubak@proskauer.com; jdoran@haslaw.com; Jdrucker@coleschotz.com; jdwarner@warnerandscheuerman.com; jdweck@sutherland.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov; jeanites@whiteandwilliams.com; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffery.black@bingham.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; Jemma.McPherson@CliffordChance.com;

jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jfalgowski@reedsmith.com; jflaxer@golenbock.com; jfreeberg@wfw.com;
jg5786@att.com; jgenovese@gjb-law.com; jgoodchild@morganlewis.com;
jguy@orrick.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com;
jjtancredi@daypitney.com; jjureller@klestadt.com; jlamar@maynardcooper.com;
jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlscott@reedsmith.com;
jmaddock@mcguirewoods.com; jmakower@tnsj-law.com; jmazermarino@msek.com;
jmelko@gardere.com; jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-
law.com; jnadritch@olshanlaw.com; jnm@mccallaraymer.com;
john.monaghan@hklaw.com; john.mule@ag.state.mn.us; john.rapisardi@cwt.com;
jonathan.goldblatt@bnymellon.com; Jonathan.Henes@kirkland.com;
jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; Joseph.Serino@kirkland.com;
joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov;
joy.mathias@dubaiic.com; JPintarelli@mofo.com; jporter@entwistle-law.com;
jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com;
jschiller@bsfllp.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com;
jshenwick@gmail.com; jsherman@bsfllp.com; jshickich@riddellwilliams.com;
jsmairo@pbnlaw.com; jstoll@mayerbrown.com; jsullivan@mosessinger.com;
jtimko@shutts.com; jtorf@schiffhardin.com; judy.morse@crowedunlevy.com;
jvail@ssrl.com; jwallack@goulstonstorrs.com; jwcohen@daypitney.com;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com;
kanema@formanlaw.com; karen.wagner@dpw.com; karl.geercken@alston.com;
kdwbankruptcydepartment@kelleydrye.com; keckhardt@hunton.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kerry.moynihan@hro.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com;
kit.weitnauer@alston.com; kjarashow@stutman.com; kkelly@ebglaw.com;
kkolbig@mosessinger.com; klyman@irell.com; klynch@formanlaw.com;
kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com;
kovskyd@pepperlaw.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
krodriguez@allenmatkins.com; krosen@lowenstein.com; kurt.mayr@bgllp.com;
lacyr@sullcrom.com; Landon@StreusandLandon.com; lapeterson@foley.com;
lathompson@co.sanmateo.ca.us; lawallf@pepperlaw.com; lawrence.gelber@srz.com;
lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com;
lhandelsman@stroock.com; lhill@reedsmith.com; lhoffman@deilylawfirm.com;
linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.solomon@att.net;
LJKotler@duanemorris.com; lkatz@ltblaw.com; LKISS@KLESTADT.COM;
lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com;
lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com;
lperkins@deilylawfirm.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com;
MAOFILING@CGSH.COM; Marc.Chait@SC.com;
margaret.welsh@cliffordchance.com; margolin@hugheshubbard.com;
mark.bane@ropesgray.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com;
mark.ellenberg@cwt.com; mark.mckane@kirkland.com;
mark.sherrill@sutherland.com; Marvin.Clements@ag.tn.gov; matt@willaw.com;

matthew.klepper@dlapiper.com; maustin@orrick.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mberman@nixonpeabody.com; mbienenstock@proskauer.com; mbloemsma@mhjur.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcantor@normandyhill.com; mcordone@stradley.com; mcto@debevoise.com; mcyganowski@oshr.com; mdorval@stradley.com; melorod@gtlaw.com; meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com; mh1@mccallaraymer.com; mhopkins@cov.com; michael.frege@cms-hs.com; michael.kelly@monarchlp.com; michael.kim@kobrekim.com; michael.krauss@faegrebd.com; michael.mccrory@btlaw.com; michaels@jstriallaw.com; michelle.park@freshfields.com; millee12@nationwide.com; miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com; mjedelman@vedderprice.com; MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mlichtenstein@crowell.com; mlynch2@travelers.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mparry@mosessinger.com; mpomerantz@julienandschlesinger.com; mprimoff@kayescholer.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mrothchild@mofo.com; mruetzel@whitecase.com; mschimel@sju.edu; msegarra@mayerbrown.com; mshiner@tuckerlaw.com; msolow@kayescholer.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com; mwarner@coleschotz.com; mwarren@mtb.com; nathan.spatz@pillsburylaw.com; nbojar@fklaw.com; ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; neilberger@teamtogut.com; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; NYROBankruptcy@SEC.GOV; otccorpactions@finra.org; patrick.oh@freshfields.com; pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com; pfinkel@wilmingtontrust.com; phayden@mcguirewoods.com; phil.huynh@kobrekim.com; philip.wells@ropesgray.com; pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com; ptrain-gutierrez@kaplanlandau.com; ptrostle@jenner.com; raj.madan@bingham.com; ramona.neal@hp.com; rbeacher@pryorcashman.com; rbernard@foley.com; rbyman@jenner.com; rdaversa@orrick.com; relgidely@gjb-law.com; rflanagan@flanassoc.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgoodman@moundcotton.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.fingard@newedge.com; richard.lear@hklaw.com; richard.tisdale@friedfrank.com; richard@rwmaplc.com; rick.murphy@sutherland.com; RJones@BoultCummings.com; rleek@HodgsonRuss.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com; robert.dombroff@bingham.com; robert.honeywell@klgates.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; Robin.Keller@Lovells.com; roger@rnagioff.com; ronald.silverman@bingham.com;

6

ross.martin@ropesgray.com; rrainer@wmd-law.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; russj4478@aol.com;
rwasserman@cftc.gov; sabin.willett@bingham.com; sabramowitz@velaw.com;
SABVANROOY@HOTMAIL.COM; Sally.Henry@skadden.com;
samuel.cavior@pillsburylaw.com; sandyscafaria@eaton.com;
scargill@lowenstein.com; schager@ssnyc.com; schannej@pepperlaw.com;
Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; schwartzmatthew@sullcrom.com;
scott.golden@hoganlovells.com; scott.mcculloch@kobrekim.com;
scottj@sullcrom.com; scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; seba.kurian@invesco.com;
sehlers@armstrongteasdale.com; seichel@crowell.com; sfalanga@connellfoley.com;
sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com;
sgordon@cahill.com; sgubner@ebg-law.com; shannon.nagle@friedfrank.com;
sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com;
sidorsky@butzel.com; sldreyfuss@hlgslaw.com; sleo@bm.net; slerman@ebglaw.com;
slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com;
smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com;
snewman@katskykorins.com; sory@fdlaw.com; squsba@stblaw.com; SRee@lcbf.com;
sschultz@akingump.com; sselbst@herrick.com; sshimshak@paulweiss.com;
sskelly@teamtogut.com; sstarr@starrandstarr.com; steele@lowenstein.com;
stephen.cowan@dlapiper.com; stephen.hessler@kirkland.com;
steve.ginther@dor.mo.gov; steven.usdin@flastergreenberg.com;
steven.wilamowsky@bingham.com; steven@blbglaw.com;
Streusand@StreusandLandon.com; susheelkirpalani@quinnemanuel.com;
sweyl@haslaw.com; swolowitz@mayerbrown.com; szuch@wiggin.com;
tannweiler@greerherz.com; tbrock@ssbb.com; tdewey@dpklaw.com;
tduffy@andersonkill.com; TGoren@mofo.com; thaler@thalergertler.com;
thomas.califano@dlapiper.com; tim.desieno@bingham.com;
timothy.brink@dlapiper.com; timothy.harkness@freshfields.com;
tjfreedman@pbnlaw.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com;
tmacwright@whitecase.com; tmarrion@haslaw.com; tnixon@gklaw.com;
toby.r.rosenberg@irscounsel.treas.gov; tomwelsh@orrick.com; tslome@msek.com;
tunrad@burnslev.com; twheeler@lowenstein.com; Villa@StreusandLandon.com;
vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com;
wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net;
wchen@tnsj-law.com; wcurchack@loeb.com; wdase@fzwz.com;
will.sugden@alston.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com;
wk@pwlawyers.com; wmaher@wmd-law.com; wmarcari@ebglaw.com;
wmckenna@foley.com; wrightth@sullcrom.com; wsilverm@oshr.com;
wswearingen@llf-law.com; wtaylor@mccarter.com; wweintraub@stutman.com;
wzoberman@bermanesq.com; YUwatoko@mofo.com;
'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com';
'Karla.Lammers@cna.com'

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn:  Tracy Hope Davis, Esq.
         Elisabetta G. Gasparini, Esq.
         Andrea B. Schwartz, Esq.

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

## Exhibit C

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, New York 10007

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.
          Harvey R. Miller