**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

January 31, 2014

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attn: Clerk of the Court

Re: <u>Lehman Brothers Holding Inc., et al., Case No. 08-13555 (JMP)</u>

Dear Sir/Madam:

  This letter is to request the removal of the undersigned's e-mail address (seidelb@dicksteinshapiro.com) from the distribution list on the Court's CM/ECF system for electronically filed items in the above referenced bankruptcy case.

  Thank you for your assistance.

Sincerely,

Barry N. Seidel

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC

DOCSNY-558020v1