Exhibit B

Form 210A (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,          Case No. 08-13555 (JMP)
                                                      (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Merrill Lynch International Bank Limited, London Branch** | GRF Master Fund, L.P. |

Name and Address where notices to transferee should be sent:

Merrill Lynch International Bank Limited,
London Branch
2 King Edward Street
London EC1A 1HQ
United Kingdom
Group email address
corporate.actions@bankofamerica.com
Neel Patel: Tel No 44 (0) 207 995 8036
email: neel.x.patel@baml.com
Anwar Hussain: Tel No 44 (0) 207 995 8034
email: Anwar.A.Hussain@baml.com

Court Claim # (if known): 14416
Total Amount of Claim: $120,803,467.49
Date Claim Filed: September 16, 2009
Transferred Portion: $1,725,763.82

Last Four Digits of Acct. #: N/A          Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Merrill Lynch International Bank Limited, London Branch

By: _____          Date: 16-1-14
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

90061794v03

Transfer of LBEIT Claim # 14416

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 14416 (In Part See Below)

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a $1,725,763.82 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $120,803,467.49 (the "Claim").

It is hereby certified that **GRF Master Fund, L.P.** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**Merrill Lynch International Bank Limited, London Branch**
2 King Edward Street
London EC1A 1HQ
United Kingdom
Group email address corporate.actions@bankofamerica.com
Neel Patel: Tel No 44 (0) 207 995 8036
email: neel.x.patel@baml.com
Anwar Hussain: Tel No 44 (0) 207 995 8034
email: Anwar.A.Hussain@baml.com

("Buyer") by assignment agreement dated December ~~2013~~ 16 JAN 2014.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

90061794v03

IN WITHNESS WHEREOF, this EVIDENCE OF TRANFER OF CLAIM IS EXECTURED THIS ___ day of December 2013.

| GRF Master Fund, L.P. | Merrill Lynch International Bank Limited, London Branch |
|---|---|
| MICHAEL AGLIALORO Executive Vice President .................................... By: Anchorage Capital Group, L.L.C., its Investment Manager | .................................... Name: Title: |

90061794v03