**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 452: EXHIBIT 1 - 510(b) CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 1 | CITIGROUP GLOBAL MARKETS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26979 | $247,015.28 * | $247,015.28* | Underwriter Claim |
| 2 | CREDIT SUISSE SECURITIESUSA, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22845 | Undetermined | Undetermined | Underwriter Claim |
| 3 | H&R BLOCK FINANCIAL ADVISORS, INC., N/K/A AMERIPRISE ADVISOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19842 | Undetermined | Undetermined | Underwriter Claim |
| 4 | MORGAN STANLEY & CO. LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26985 | $134,029.71 * | $134,029.71* | Underwriter Claim |
| | | | TOTAL | | | $381,044.99 | $381,044.99 | |