**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 451: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DOMINIAK-ERNST, WALTER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0229269856 | Undetermined * | 284,981.84 |
| 2 | J.P. MORGAN SUISSE SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59849 | XS0229269856 | $135,309.00 | $18,985.47 |
| 3 | J.P.MORGAN SECURITIES LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49690 | XS0229269856 | $1,274,676.12 | $170,269.66 |
| 4 | J.P.MORGAN SECURITIES LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49786 | XS0215349357 | $6,805,724.39 | $597,175.60 |
| 5 | PICTET & CIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0229269856 | Undetermined * | 39,969.40 |
| | | | | | | TOTAL | $ 8,215,709.51 | $ 1,111,381.97 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.