**<u>EXHIBIT 2</u>**

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 451: EXHIBIT 2 - REDUCED BUT NOT ALLOWED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CITIGROUP GLOBAL MARKETS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56866 | XS0215349357 | $11,557,572.83 * | $1,016,469.10 |
| 2 | CITIGROUP GLOBAL MARKETS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 60606 | XS0215349357 | $21,603,981.00 * | $1,932,943.06 |
| 3 | CITIGROUP GLOBAL MARKETS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 60608 | XS0229269856 | $21,301,500.00 * | $2,997,705.23 |
| 4 | CREDIT SUISSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0215349357 | Undetermined * | 7,369.40 |
| | | | | | | XS0229269856 | Undetermined * | 5,382,479.67 |
| | | | | | | | Undetermined | $5,389,849.07 |
| 5 | CREDIT SUISSE (MONACO) SAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55817 | XS0229269856 | Undetermined * | 46,764.20 |
| 6 | CREDIT SUISSE (UK) LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55816 | XS0229269856 | Undetermined * | 51,960.22 |
| 7 | CREDIT SUISSE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55813 | XS0215349357 | Undetermined * | 101,011.62 |
| | | | | | | XS0229269856 | Undetermined * | 181,860.78 |
| | | | | | | | Undetermined | $282,872.40 |
| 8 | CREDIT SUISSE SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55825 | XS0229269856 | Undetermined * | 63,951.04 |
| | | | | | | TOTAL | $ 54,463,053.83 | $ 11,782,514.32 |

* Plus unliquidated and/or undetermined amounts.
** Only those portions of the claim related to the ISINs listed are subject to this Objection.

Page 1 of 1