SILLS CUMMIS & GROSS P.C.
Boris I. Mankovetskiy, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tele: 212-643-7000
Fax:  212-643-6500
E-Mail:  bmankovetskiy@sillscummis.com

WEILAND, GOLDEN, SMILEY, WANG EKVALL
& STROK LLP
Robert S. Marticello, Esq.
Center Tower
650 Town Center Drive - Suite 950
Costa Mesa, California 92626
Tele: 714-966-1000
Fax:  714-966-1002
E-Mail:  rmarticello@wgllp.com

Attorneys for Alfred H. Siegel, Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., et al, | (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF CLAIMS

**PLEASE TAKE NOTICE** that Alfred H. Siegel (the "Trustee"), the liquidating trustee of the post-confirmation liquidating trust established in the bankruptcy cases of LBREP/L-SunCal Master I, LLC, LBREP/L-SunCal McSweeny Farms, LLC, LBREP/L-SunCal Summerwind Ranch, LLC, and LBREP/L-SunCal McAllister Ranch, LLC, hereby withdraws the claims identified below, all of which were filed by the Trustee on September 21, 2009:

| | |
|---|---|
| LBREP/L-Lehman SunCal Master I, LLC | Claim 26142 |
| LBREP/L-Lehman SunCal Master I, LLC | Claim 26147 |
| LBREP/L-Lehman SunCal McSweeny, LLC | Claim 26144 |

2400354 v1

LBREP/L-Lehman SunCal McSweeny, LLC      Claim 26077
LBREP/L-Lehman SunCal Summerwind, LLC     Claim 26143
LBREP/L-Lehman SunCal Summerwind, LLC     Claim 26145
LBREP/L-Lehman SunCal McAllister Ranch, LLC   Claim 26141
LBREP/L-Lehman SunCal McAllister Ranch, LLC   Claim 26146


DATED:  January 31, 2014       WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
ROBERT S. MARTICELLO, ESQ.

and

SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, New York 10112


By:   */s/ Boris I. Mankovetskiy*
     BORIS I. MANKOVETSKIY, ESQ.
     Attorneys for Alfred H. Siegel, Liquidating
     Trustee