**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 449: EXHIBIT 1 - 510(b) CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 1 | A.G. EDWARDS & SONS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26972 | Undetermined | Undetermined | Underwriter Claim |
| 2 | ABN AMRO INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26971 | $25,639.17 * | $25,639.17* | Underwriter Claim |
| 3 | ALANDSBANKEN ABP (FINLAND), SVENSK FILIAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26388 | Undetermined | Undetermined | Broker Claim |
| 4 | ANZ SECURITIES, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26973 | $46,755.47 * | $46,755.47* | Underwriter Claim |
| 5 | BANCA IMI SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27018 | $7,915.01 * | $7,915.01* | Underwriter Claim |
| 6 | BANK OF NEW YORK MELLON, THE, | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32062 | $411,572.47 * | $411,572.47* | Broker Claim |
| 7 | BBVA SECURITIES, INC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26976 | $72,818.13 * | $72,818.13* | Underwriter Claim |
| 8 | BMO CAPITAL MARKETS CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24938 | Undetermined | Undetermined | Underwriter Claim |
| 9 | BMO CAPITAL MARKETS CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24939 | Undetermined | Undetermined | Underwriter Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 10 | BNP PARIBAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/02/2012 | 67938 | $775,094,830.49 * | Undetermined* | Underwriter Claim |

For the avoidance of doubt, this Objection does not seek to classify as subordinated any portions of this proof of claim other than the portions seeking indemnification, reimbursement, and/or contribution.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 11 | BNY MELLON CAPITAL MARKETS, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26977 | $115,849.49 * | $115,849.49* | Underwriter Claim |
| 12 | CABRERA CAPITAL MARKETS LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26978 | $39,111.36 * | $39,111.36* | Underwriter Claim |
| 13 | CIBC WORLD MARKETS CORP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15847 | Undetermined | Undetermined | Underwriter Claim |
| 14 | COMMERZBANK CAPITAL MARKETS CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26980 | $26,334.76 * | $26,334.76* | Underwriter Claim |
| 15 | COUNTRYWIDE SECURITIES CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29863 | $7,915.01 * | $7,915.01* | Underwriter Claim |
| 16 | CREDIT AGRICOLE SECURITIES (USA) INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11422 | $32,029.76 * | $32,029.76* | Underwriter Claim |
| 17 | DNB NOR MARKETS, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26981 | $48,943.73 | $48,943.73 | Underwriter Claim |
| 18 | EDWARD D. JONES & CO. L.P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26982 | $1,950.98 | $1,950.98 | Underwriter Claim |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 19 | HSBC SECURITIES (USA) INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28681 | $49,384.21 * | $49,384.21* | Underwriter Claim |
| 20 | INCAPITAL LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19207 | $47,465.36 * | $47,465.36* | Underwriter Claim |
| 21 | ING FINANCIAL MARKETS LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26983 | $27,474.48 * | $27,474.48* | Underwriter Claim |
| 22 | LOOP CAPITAL MARKETS LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13323 | Undetermined | Undetermined | Underwriter Claim |
| 23 | NABCAPITAL SECURITIES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24635 | Undetermined | Undetermined | Underwriter Claim |
| 24 | NABCAPITAL SECURITIES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24981 | Undetermined | Undetermined | Underwriter Claim |
| 25 | NATIONAL AUSTRALIA BANK LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32762 | Undetermined | Undetermined | Underwriter Claim |
| 26 | NATIONAL AUSTRALIA BANK LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32763 | Undetermined | Undetermined | Underwriter Claim |
| 27 | NATIONAL FINANCIAL SERVICES LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26986 | $9,546.01 | $9,546.01 | Underwriter Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 449: EXHIBIT 1 - 510(b) CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|
| 28 OPPENHEIMER & CO. INC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/10/2009 | 5244 | Undetermined | Undetermined | Underwriter Claim |
| 29 RAYMOND JAMES & ASSOCIATES, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/28/2009 | 4787 | $3,286.88 * | $3,286.88* | Underwriter Claim |
| 30 RBC CAPITAL MARKETS CORPORATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13494 | Undetermined | Undetermined | Underwriter Claim |
| 31 RBS SECURITIES INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26987 | $9,508.02 * | $9,508.02* | Underwriter Claim |
| 32 SANTANDER INVESTMENT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26988 | $39,830.87 * | $39,830.87* | Underwriter Claim |
| 33 SCOTIA CAPITAL (USA) INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30409 | $102,500,000.00 * | $102,500,000.00* | Underwriter Claim |
| 34 SCOTT & STRINGFELLOW, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26989 | $6,363.13 | $6,363.13 | Underwriter Claim |
| 35 SMH CAPITAL INC. (FKA SANDERS MORRIS HARRIS INC.) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32547 | $3,961,950.00 | $3,961,950.00 | Underwriter Claim |
| 36 SOVEREIGN BANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/29/2009 | 4661 | Undetermined | Undetermined | Underwriter Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE SUBORDINATED | CATEGORY OF CLAIMS |
|---|---|---|---|---|---|---|---|---|
| 37 | STANDARD CHARTERED BANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26990 | $10,782.00 * | $10,782.00* | Underwriter Claim |
| 38 | SUN TRUST ROBINSON HUMPHREY, INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22903 | Undetermined | Undetermined | Underwriter Claim |
| 39 | TD AMERITRADE HOLDING CORP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26991 | $6,363.13 * | $6,363.13* | Underwriter Claim |
| 40 | TD SECURITIES (USA) LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10176 | Undetermined | Undetermined | Underwriter Claim |
| 41 | UBS SECURITIES LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22891 | Undetermined | Undetermined | Underwriter Claim |
| 42 | WACHOVIA CAPITAL MARKETS, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26993 | $139,077.92 * | $139,077.92* | Underwriter Claim |
| 43 | WELLS FARGO SECURITIES, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26994 | $106,383.76 * | $106,383.76* | Underwriter Claim |
| 44 | WILLIAMS CAPITAL GROUP, L.P., THE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26992 | $67,315.51 | $67,315.51 | Underwriter Claim |
| | | | | TOTAL | | $882,916,397.11 | $107,821,566.62 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts