UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED FIFTIETH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred fiftieth omnibus objection to claims, dated December 20, 2013 (the "Four Hundred Fiftieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking a partial disallowance and expungement of the Claims, all as more fully described in the Four Hundred Fiftieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Fiftieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Fiftieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Fiftieth

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Fiftieth Omnibus Objection to Claims.

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

        ORDERED that the relief requested in the Four Hundred Fiftieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

        ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claims listed on <u>Exhibit 1</u> annexed hereto are reduced to the amounts listed under the column heading, "Reduced Amounts," and any amounts in excess of the Reduced Amounts are disallowed and expunged, with prejudice; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       January 31, 2014



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge