**EXHIBIT 1**

08-13555-mg    Doc 42415-1    Filed 01/31/14    Entered 01/31/14 17:25:59    Exhibits
Pg 2 of 9

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARDENIA HOLDINGS SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51298 | XS0229269856 | $28,293.88 | $3,797.09 |
| 2 | BANCA MEDIOLANUM S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56626 | XS0215349357 | $288,878.63 * | $25,411.73 |
| 3 | BANCA MONTE DEI PASCHI DI SIENA S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56130 | XS0215349357 | $98,218.74 * | $8,639.99 |
| | | | | | | XS0229269856 | $208,073.15 * | $27,978.58 |
| | | | | | | | $306,291.89 | $36,618.57 |
| 4 | BANCA POPOLARE DI MILANO S.C.A.R.L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56295 | XS0215349357 | $21,665.90 | $1,905.88 |
| 5 | BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56938 | XS0229269856 | $966,053.93 | $129,900.56 |
| 6 | BANCA POPOLARE PUGLIESE SOCIETA COOPERATIVA PER AZIONI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56935 | XS0229269856 | $29,724.74 | $3,996.94 |
| 7 | BANCO DE FINANZAS E INVERSIONES S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56560 | XS0229269856 | $734,395.42 * | $98,724.43 |
| 8 | BANCO FINANTIA S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 63518 | XS0215349357 | $28,494.00 * | $2,541.17 |
| 9 | BANK HAPOALIM (SWITZERLAND), LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55855 | XS0229269856 | $735,612.00 * | $103,520.75 |
| 10 | BANK JULIUS BAER & CO. LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51761 | XS0229269856 | $100,000.00 * | $31,975.52 |
| 11 | BORREMANS, LUCIEN - DRIES, ELISA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/09 | 36900 | XS0215349357 | $70,905.00 | $6,352.93 |
| 12 | BUYS, GRETA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51907 | XS0215349357 | $35,377.50 | $3,176.47 |
| 13 | CALAMANDA MANUEL PLENS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43129 | XS0229269856 | $19,811.40 | $2,797.86 |
| 14 | CARDOEN, MARIJKE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52368 | XS0215349357 | $56,604.00 | $5,082.35 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | CAREPROVAN PRIVATE STICHTING | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51621 | XS0215349357 | $70,755.00 | $6,352.93 |
| 16 | CARRENO, CRISTINA LURRUENA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/09 | 13304 | XS0229269856 | $841,984.50 | $118,908.97 |
| 17 | CASSA CENTRALE BANCA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51876 | XS0229269856 | $209,587.32 * | $28,178.43 |
| 18 | CASSA DI RISPARMIO IN BOLOGNA S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49719 | XS0215349357 | $83,774.80 | $7,369.40 |
| 19 | CEBRIAN, FERNANDO ENGUIDANOS & CLEMENTE, MARIA BELEN VELEZ | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 47998 | XS0229269856 | $28,302.00 | $3,996.94 |
| 20 | CESARIO, FABRIZIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 50160 | XS0229269856 | $21,125.00 | $4,221.77 |
| 21 | CESARIO, FABRIZIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 50161 | XS0229269856 | $103,875.00 | $20,759.11 |
| 22 | COHN, DAVID NATHAN AND AMELIA MORENO ROSILLO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/09 | 37362 | XS0229269856 | $62,370.00 | $8,793.27 |
| 23 | COK, JOOP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51902 | XS0215349357 | $424,530.00 | $38,117.59 |
| 24 | COMERCIAL JORDI S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/09 | 35867 | XS0229269856 | $420,284.70 | $59,354.56 |
| 25 | COSTERS-VAN LEEMPUTTEN, ALFONS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61658 | XS0229269856 | $50,080.80 | $6,594.95 |
| 26 | CREDITO EMILIANO S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 62892 | XS0215349357 | $382,811.54 * | $33,670.54 |
| | | | | | | XS0229269856 | $14,864.35 * | $1,998.47 |
| | | | | | | | $397,675.89 | $35,669.01 |
| 27 | DE BLIECK, BENOIT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52126 | XS0215349357 | $35,377.50 | $3,176.47 |
| 28 | DE CLEEN, WALTER AND ANDIMIGNON, VERONIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61655 | XS0215349357 | $141,510.00 | $12,705.86 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

Page 2 of 8

08-13555-mg    Doc 42415-1    Filed 01/31/14    Entered 01/31/14 17:25:59    Exhibits
Pg 4 of 9

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | DE LA ROSA DIAZ, JOSE ANTONIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48715 | XS0229269856 | $16,352.92 | $2,198.32 |
| 30 | DE VILLE, DOMINIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52125 | XS0215349357 | $70,755.00 | $6,352.93 |
| 31 | DE VRIES-SCHEIBERLICH, W.E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 53220 | XS0215349357 | $170,172.00 | $15,247.04 |
| 32 | DOTSON INVESTMENTS, LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 47171 | XS0215349357 | $653,141.31 | $57,684.62 |
| 33 | DU MORTIER-HOUYET, CHRISTIAN (MR. & MRS.) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52123 | XS0215349357 | $19,811.40 | $1,778.82 |
| 34 | DUMOLIN, DIDIER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51948 | XS0215349357 | $106,132.50 | $9,529.40 |
| 35 | DUMOLIN, PIERRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51950 | XS0215349357 | $141,510.00 | $12,705.86 |
| 36 | ELI, AHARON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/09 | 42706 | XS0229269856 | $284,860.00 | $39,969.40 |
| 37 | ELYASHIV, SHMUEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45248 | XS0229269856 | $71,215.00 | $9,992.35 |
| 38 | FLOS, GILBERTA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48716 | XS0215349357 | $70,755.00 | $6,352.93 |
| 39 | FONDATION JEAN PRAET A.S.B.L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52290 | XS0215349357 | $56,604.00 | $5,082.35 |
| 40 | FRANCISCO FERNANDEZ ROIG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45285 | XS0229269856 | $164,151.60 | $23,182.25 |
| 41 | FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/09 | 40204 | XS0229269856 | $12,735.90 | $1,798.62 |
| 42 | GALVEZ, NEUS PENA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43125 | XS0229269856 | $45,283.20 | $6,395.10 |
| 43 | GOLDMAN, RON AND OR ORNA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 54812 | XS0229269856 | $135,308.50 | $18,985.47 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | GROOT, A.M.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45167 | XS0215349357 | $127,359.00 | $11,435.28 |
| 45 | HALEBY, HENRY MANZANO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/09 | 36736 | XS0229269856 | $100,000.00 | $19,984.70 |
| 46 | HANDELMIJ VAN PERNIS B.V. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48996 | XS0215349357 | $70,755.00 | $6,352.93 |
| 47 | HIJMANS, R.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 54693 | XS0215349357 | $73,585.20 | $6,607.05 |
| 48 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56670 | XS0215349357 | $1,311,144.60 * | $114,352.77 |
| | | | | | | XS0229269856 | $7,108,606.74 * | $947,274.85 |
| | | | | | | | $8,419,751.34 | $1,061,627.62 |
| 49 | HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56668 | XS0215349357 | $1,893,875.53 * | $165,176.23 |
| | | | | | | XS0229269856 | $1,199,764.85 * | $159,877.61 |
| | | | | | | | $3,093,640.38 | $325,053.84 |
| 50 | HULET, ANDRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56678 | XS0215349357 | $46,698.00 | $4,192.94 |
| 51 | HULET, PIERRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56679 | XS0215349357 | $35,377.00 | $3,176.47 |
| 52 | INTESA SANPAOLO PRIVATE BANKING S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49719 | XS0215349357 | $288,878.63 | $25,411.73 |
| 53 | INTESA SANPAOLO S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49719 | XS0215349357 | $765,528.36 | $67,341.08 |
| 54 | JASO, BM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51905 | XS0215349357 | $70,755.00 | $6,352.93 |
| 55 | KHALIFA, SHAIKHA H. H. HALA AL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58236 | XS0229269856 | $568,815.30 * | $75,941.87 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

08-13555-mg    Doc 42415-1    Filed 01/31/14    Entered 01/31/14 17:25:59    Exhibits
Pg 6 of 9

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | KROON, M. AND DRONK, S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61636 | XS0215349357 | $73,586.00 | $6,352.93 |
| 57 | KUPPENS-VAN DEN BROECK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48710 | XS0215349357 | $42,453.00 * | $3,811.76 |
| 58 | LEENKNECHT, NORBERT - THERESE LECLUYSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52055 | XS0215349357 | $212,265.00 | $19,058.80 |
| 59 | LIESTEKRI, BM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51906 | XS0215349357 | $35,377.50 | $3,176.47 |
| 60 | MARCOS, PILAR LUEJE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45172 | XS0229269856 | $84,737.93 | $11,391.28 |
| 61 | MARCOS, PILAR LUEJE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45173 | XS0229269856 | $66,898.36 | $8,993.12 |
| 62 | MARTINEZ JIMENEZ, MARIA TERESA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/09 | 37116 | XS0229269856 | $14,736.85 | $1,998.47 |
| 63 | MERRILL LYNCH INTERNATIONAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59489 | XS0229269856 | $21,980,580.00 * | $2,935,752.66 |
| 64 | MEURER, HORST & ELISABETH, DR.'S | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/09 | 9969 | XS0229269856 | $219,711.68 | $30,976.29 |
| 65 | MICHEL, KARIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52127 | XS0215349357 | $70,755.00 | $6,352.93 |
| 66 | MISSUWE, BALS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52293 | XS0215349357 | $70,755.00 | $6,352.93 |
| 67 | NOYEN-RUELENS, VAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51901 | XS0215349357 | $70,755.00 | $6,352.93 |
| 68 | NYSSENS, ALAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52122 | XS0215349357 | $28,302.00 | $2,541.17 |
| 69 | OOSTNEDERLANDSE VERENIGING AANNEMERS RESERVEFONDS (O.V.A.R.) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49003 | XS0215349357 | $176,888.00 | $15,882.33 |
| 70 | PANVEST LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/09 | 65421 | XS0229269856 | $298,008.35 | $39,969.40 |

* Plus unliquidated and/or undetermined amounts.
** Only those portions of the claim related to the ISINs listed are subject to this Objection.

08-13555-mg    Doc 42415-1    Filed 01/31/14    Entered 01/31/14 17:25:59    Exhibits
Pg 7 of 9

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 71 | PEARSON, COLIN W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48997 | XS0215349357 | $42,453.00 | $3,811.76 |
| 72 | PRIEMS-BRESSER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51908 | XS0215349357 | $141,510.00 | $12,705.86 |
| 73 | PRIJS, BEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 54579 | XS0229269856 | $16,981.20 | $2,398.16 |
| 74 | PRIJS-LIPS, J.M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 54580 | XS0229269856 | $12,735.90 | $1,798.62 |
| 75 | PROMIN VZW | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52378 | XS0215349357 | $849,060.00 | $76,235.18 |
| 76 | RAM, JACOB | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/09 | 42707 | XS0229269856 | $142,430.00 | $19,984.70 |
| 77 | REPER, FRANS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52124 | XS0215349357 | $16,981.20 | $1,524.70 |
| 78 | RYCKAERT, CECILIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52140 | XS0215349357 | $14,151.00 | $1,270.59 |
| 79 | SCHOOFS, JEANINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52143 | XS0215349357 | $70,755.00 | $6,352.93 |
| 80 | SCHRAM-DEFONSECA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52031 | XS0215349357 | $141,510.00 | $12,705.86 |
| 81 | SIVAN, ALEX | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56035 | XS0229269856 | $31,334.60 | $4,396.63 |
| 82 | SMADJA, HAIM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56036 | XS0229269856 | $156,673.00 | $21,983.17 |
| 83 | SMET, FRANCOIS DE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61530 | XS0215349357 | $99,057.00 | $8,894.10 |
| 84 | SOUSA, JOSE MARTINHO SILVA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/09 | 35802 | XS0229269856 | $7,076.00 | $999.24 |
| 85 | SPEYER, JUAN ENRIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/09 | 37376 | XS0215349357 | $56,700.00 | $5,082.35 |
| 86 | SPINETTE-ROSE, MR. & MRS. ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52030 | XS0215349357 | $11,320.00 | $1,016.47 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87 | STAES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51175 | XS0215349357 | $141,510.00 * | $12,705.86 |
| 88 | STAS-ORBAN, DOMINIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51997 | XS0215349357 | $42,453.00 * | $3,811.76 |
| 89 | STOCKER, HANNELORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/09 | 41140 | XS0229269856 | $11,320.80 | $1,598.78 |
| 90 | SUBIRA, JUAN ANTONIO MARCOS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/09 | 40161 | XS0229269856 | $35,679.13 | $4,796.33 |
| 91 | SUREKA, DEEPAK &/OR SHANKARLAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/09 | 41323 | XS0215349357 | $213,645.00 * | $19,058.80 |
| 92 | TERMONT, ALINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 54840 | XS0215349357 | $56,604.00 | $5,082.35 |
| 93 | UNIONE DI BANCHE ITALIANE SCPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56677 | XS0229269856 | $29,724.74 | $3,996.94 |
| 94 | VAN GORP, MARC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45332 | XS0215349357 | $70,755.00 | $6,352.93 |
| 95 | VAN VOORST VADER-VAN ESCH, P.W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48951 | XS0215349357 | $42,453.00 | $3,811.76 |
| 96 | VANDEBROEK, ROGER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55106 | XS0229269856 | $327,589.00 | $45,964.81 |
| 97 | VANDEWALLE, KARIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51996 | XS0215349357 | $14,151.00 | $1,270.59 |
| 98 | VOIGT, ERROL JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59110 | XS0229269856 | $144,447.72 | $19,385.16 |
| 99 | WEEMAES, CHRISTEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45458 | XS0215349357 | $70,755.00 | $6,352.93 |
| 100 | WEEMAES, MONIQUE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45459 | XS0215349357 | $70,755.00 | $6,352.93 |
| 101 | WEEMAES, MUSSCHE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45460 | XS0215349357 | $35,377.50 | $3,176.47 |
| 102 | WEIGELT, MARCO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43496 | XS0229269856 | $4,254.00 | $599.54 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 450: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|
| 103 WEISMIES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 61603 | XS0215349357 | $28,302.00 | $2,541.17 |
| | | | | | TOTAL | $ 48,589,585.80 | $ 6,067,718.31 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.