UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | : |
|  | : |
| LEHMAN BROTHERS HOLDINGS INC. | : Case No. 08-13555 (SCC) |
|  | : Chapter 11 Case |
| Debtors | : Jointly Administered |
|  | : |

NOTICE OF CASE REASSIGNMENT

The above-referenced case no. 08-13555, related cases, jointly administered cases and all pending adversary proceedings are reassigned to Judge Shelley C. Chapman. Please style all future captions with the appropriate judicial suffix (SCC).

/s/ Vito Genna
Clerk of Court

Date: February 1, 2014