United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Special Financing Inc          Case No.     08-13888 (JMP)

TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives
evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the
claim referenced in this evidence and notice.

Corre Opportunities Fund LP                          Sterns Agee UK LLP
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee should be    Court Claim # (if known): 33274
sent: 1370 Avenue of the Americas, 29th Floor,            Amount of Claim: 100% of Transferor's claim
New York, New York 10019                                  Date Claim Filed:     16 September 2009
                                                          Debtor: Lehman Brothers Special Financing Inc.

e-mail: eris@correpartners.com

Tel:     +646 863 7151

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By: _____              Date: 12/12/13
     Transferee/Transferee's Agent

By: _____              Date: 12/12/13
     Transferor/Transferor's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

S60707.4/9999-03909                          26