UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

### JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proofs of claim 29749, 29754, and 29760 (the "Claims"), each filed on September 22, 2009, against Lehman Brothers Holdings Inc. by VBS Investment Bank HF (the "Claimant").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal relates solely to the Claims and shall not prejudice or have any impact on claims asserted by the Claimant against, and rights to receive payment from, Lehman Brothers International (Europe) or any other entity.



US_ACTIVE:\44383956\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on May 17, 2013, the issuance of which was noticed in a filing with the Court on May 20, 2013 [ECF No. 37473].

Dated: January /8, 2014
Reykjavík, Iceland

Hróbjartur Jónatansson
JONATANSSON & CO LEGAL SERVICES
Sudurlandsbraut 6, 4th Floor
108 Reykjavík, Iceland
Telephone: +354 533 34 34
Facsimile: +354 533 24 34

*Attorneys for VBS Investment Bank HF.*

Dated: ~~January~~ February 3, 2014
New York, New York

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2