**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| --- | --- | --- |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM OBJECTION WITH PREJUDICE

**PLEASE TAKE NOTICE** that *Lehman Brothers Holdings Inc.'s and Creditors Committee's Objection to Claim No. 67911* [Docket No. 27050] is hereby withdrawn with prejudice.

Dated:  February 3, 2014
         New York, New York

                                       **CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

17479541