UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (SCC)
                                                                 :   (Jointly Administered)
        Debtors.                                                 :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 41475, 41483,
                                                                     41484, 41893, 41947, 41979, 41983,
                                                                     42067, 42150, 42152, 42156, 42157,
                                                                     42159-42162

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
3rd day of February, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41475, 41483, 41484...42157, 42159-42162_AFF_1-27-14.doc

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: PANNING MASTER FUND, LP
      ATTN: RICH VICHAIDITH
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 58233-70 in the above referenced case and in the amount of $344,035.16 allowed at $229,207.29       has been transferred **(unless previously expunged by court order)**

```
      PRIME CAPITAL MASTER SPC, GOT WAT MAC
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      SEGREGATED PORTFOLIO
      C/O WATERSTONE CAPITAL MANAGEMENT, L.P.
      ATTN: VINCENT CONLEY
      2 CARLSON PARKWAY, SUITE 260
      PLYMOUTH MN 55447
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42157      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 27, 2014.

# EXHIBIT B

```
TIME: 16:00:41                                          LEHMAN BROTHERS HOLDING INC.                                       PAGE:   1
DATE: 01/27/14                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: DORIANA FRAGNELLI PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK VONTOBEL AG ZURICH/SWITZERLAND | TRANSFEROR: UBS AG BANK VONTOBEL AG GOTTHARDSTRASSE 43, POSTFACH ZURICH CH-8022 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CYRUS HCE FUND, SPC FOR AND ON BEHALF OF | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND |
| CYRUS HCE FUND, SPC FOR AND ON BEHALF OF | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE SEGREGATED PORTFOLIO C; ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE SEGREGATED PORTFOLIO C; ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD. ATTN: MICHAEL SULTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| PANNING MASTER FUND, LP | TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| PANNING MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVE., 24TH FLOOR NEW YORK NY 10022 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: FAHMY, SHADIA ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: UBS AG ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| UBS AG | TRANSFEROR: CREDIT SUISSE AG ATTN: HUGO KOLLER BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND |
| WATERSTONE MF FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MKT NEUTRAL MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |

Total Number of Records Printed    23

EPIQ BANKRUPTCY SOLUTIONS, LLC