**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                    :

In re                    :       **Chapter 11 Case No.**
                    :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :       **08-13555 (SCC)**
                    :       **(Jointly Administered)**

            **Debtors.**       :
                    :

-------------------------------------------------------------------x      **Ref. Docket No. 42151**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                 */s/ Lauren Rodriguez*
                                 Lauren Rodriguez

Sworn to before me this
3rd day of February, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                 Debtors.               |
                                        |
_____|
```

### NOTICE OF DEFECTIVE TRANSFER


Transferor:    BANK J. SAFRA SARASIN LTD.
               BAER & KARRER LTD.,
               ATTN. PETER HSU
               BRANDSCHENKESTRASSE 90
               ZURICH CH-8027 SWITZERLAND


Additional:    BANK J. SAFRA SARASIN LTD.
               CLEARLY GOTTLIEB STEEN & HAMILTON LLP
               ATTN: ANDRE A. BERNSTEIN, ESQ.
               12, RUE DE TILSITT
               PARIS 75008 FRANCE


Transferee:    CREDIT SUISSE AG, HONG KONG BRANCH
               ONE RAFFLES LINK # 05-02, SOUTH LOBBY
               SINGAPORE 039393 SINGAPORE


**Your transfer  of claim #  60402  is defective for the reason(s) checked below:**

Other                                  The transfer amount exceeds the amount held.


Docket Number 42151          Date 01/23/14


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 27, 2014.

EXHIBIT B

TIME: 13:00:52
DATE: 01/27/14

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD., ATTN. PETER HSU BRANDSCHENKESTRASSE 90 ZURICH  CH-8027  SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS  75008 FRANCE |
| CREDIT SUISSE AG, HONG KONG BRANCH | ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE  039393 SINGAPORE |

Total Number of Records Printed        3

EPIQ BANKRUPTCY SOLUTIONS, LLC