UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                   :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :        08-13555 (SCC)
                                                        :        (Jointly Administered)
                        Debtors.                        :
                                                        :
-------------------------------------------------------------------x        Ref. Docket No. 42082

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 30, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
3rd day of February, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 42082_Aff 1-30-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    KARL LIMITED
              C/O LINDSEY LEGGET SMITH
              24 BD PRINCESSE CHARLOTTE
              MONTE CARLO MC-98000 MONACO

Additional:

Transferee:    CARLOTA GALAN RUIZ
              C/O KBL MONACO PRIVATE BANKERS
              ATTN: RIAD LACHELAK
              8 AVENUE DE GRANDE BRETAGNE
              MONACO MC 98000 MONACO

**Your transfer   of claim #   45827   is defective for the reason(s) checked below:**

Other                           This is an LBHI Issued LPS and is defective.

Docket Number 42082           Date 12/23/13

/s/ Lauren Rodriguez

---
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 30, 2014.

EXHIBIT B

TIME: 10:56:29
DATE: 01/30/14

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND |
| CARLOTA GALAN RUIZ | C/O KBL MONACO PRIVATE BANKERS ATTN: RIAD LACHELAK 8 AVENUE DE GRANDE BRETAGNE MONACO   MC 98000 MONACO |
| KARL LIMITED | C/O LINDSEY LEGGET SMITH 24 BD PRINCESSE CHARLOTTE MONTE CARLO  MC-98000 MONACO |
| MR. JOSE ANTONIO JESUS GARCIA GARCIA | BUCARELLI 2624 3-E BUENOS AIRES  2624 3-E ARGENTINA |

Total Number of Records Printed       4

EPIQ BANKRUPTCY SOLUTIONS, LLC