UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                :
In re                                           :       Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :        08-13555 (SCC)
                                                :       (Jointly Administered)
                                  Debtors.      :
                                                :
------------------------------------------------------------------------x       Ref. Docket Nos. 42204, 42207,
                                                        42212, 42287-42298, 42301-42306,
                                                        42314, 42315, 42318, 42319, 42321-
                                                        42324, 42327, 42330, 42331, 42339,
                                                        42340, 42342-42347, 42354, 42355

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On January 31, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
3rd day of February, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)

                                               | (Jointly Administered)
                        Debtors.               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
             TRANSFEROR: HALCYON LOAN TRADING FUND LLC
             C/O BANK OF AMERICA MERRILL LYNCH
             ATTN: ANTE JAKIC, GARY S. COHEN, RYAN WEDDLE
             BANK OF AMERICA TOWER - 3RD FLOOR
             ONE BRYANT PARK
             NEW YORK NY 10036

Please note that your claim # 20121-34 in the above referenced case and in the amount of
        $73,877,939.16  allowed at $40,000,000.00        has been transferred (**unless previously expunged by court order**)

        VARDE INVESTMENT PARTNERS, LP
        TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
        ATTN: EDWINA PJ STEFFER
        8500 NORMANDALE LAKE BLVD., STE 1500
        MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 42354        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/31/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 31, 2014.

EXHIBIT B

```
TIME: 11:21:38
DATE: 01/31/14
                                        LEHMAN BROTHERS HOLDING INC.
                                        CREDITOR LISTING
```

| Name | Address |
|------|---------|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOVAL CAPITAL ATTN: ITHRAN OLIVACCE NEW YORK NY 10022 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC, GARY S. COHEN, RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC, GARY S. COHEN, RYAN WEDDLE BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/RYAN WEDDLE BANC OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HLF LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC, GARY S. COHEN/RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HLF LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC, GARY S. COHEN/RYAN WEDDLE BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESCH / RON TOROK / RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BEDROX SECURITIES LLC | TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 55 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROX SECURITIES LLC | TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROX SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROX SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII PARALLEL 2, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROX SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROX SECURITIES LLC | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROX SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROX SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROX SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROX SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROX SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD JAXOA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BANK OF AMERICA N. A. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BANK OF AMERICA, N.A. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O HALCYON ASSET MANAGEMENT ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: BANK OF AMERICA N. A. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: BANK OF AMERICA, N.A. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| ILLIQUIDX LLP | TRANSFEROR: BANK OF AMERICA, N.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: DELAWARE & DELL ROMANO SOC ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11.21.38
DATE: 01/31/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   2

| Name | Address |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT , L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIb DELAWARE, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIb DELAWARE, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIb DELAWARE, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| TURNPIKE LIMITED | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed      48

EPIQ BANKRUPTCY SOLUTIONS, LLC