Johannes Kux
Feuerbachstrasse 7
24539 Neumuenster
Germany

Date: January 14, 2014

<u>Registered Mail</u>
US Bankruptcy Court Southern D. of NY
Chambers of the Honorable
James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004
USA



*Timely response to Reference:*
**Lehman Brothers Holdings INC, Chapter 11 Case no. 08-13555 (JMP)**
**Claim # 31134, filed on 09/22/2009, claim value $ 70,755.00**
**here: Notice of hearing on the four hundred fiftieth omnibus objection to claims (preferred securities claims)**

Dear Sirs,

this is to inform you that I agree to the requested relief concerning the "Non-cumulative Perpetual Preferred Securities identified by ISIN XS0229269856 **only under the condition that all claimants** listed in Exhibit A of the Main Document 08-13555-jmp Doc 41667 filed 12/20/13 numbers 1 to 116 **will be - based on the investor´s principal securities amont - treated equally**. No rightful claimant should receive any preferred treatment.

Furthermore I **oppose** to LBHI´s request to reserve its **rights to seek further reductions to the claims** as outlined on page 10 under number 22 "reservation of rights" in a.m. memorandum.

Yours sincerely,

Johannes Kux

*cc: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Peter D. Isakoff, Esq. and Garrett A. Fail, Esq.)*

*cc: Office of the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, (Attn: William K. Harrington, Esq, Susan Golden Esq and Andrea B. Schwartz, Esq.)*