UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                              :
                                                                   :     Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :
                                                                   :     Case No. 08-13555 (JMP)
                        Debtors                                :
                                                                   :     (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CERTAIN CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**U.S. BANK NATIONAL ASSOCIATION NOT INDIVIDUALLY, BUT SOLELY IN ITS CAPACITY AS SUCCESSOR TRUSTEE FOR THE LB-UBS COMMERCIAL MORTGAGE TRUST, 2004-C4** | Name of Transferor:<br>**WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY, BUT SOLELY IN ITS CAPACITY AS INITIAL TRUSTEE FOR THE LB-UBS COMMERCIAL MORTGAGE TRUST, 2004-C4** |
| Name and address where notices to transferee should be sent:<br>U.S. BANK NATIONAL ASSOCIATION<br>Global Corporate Trust Services<br>190 S. LaSalle Street, 7th Floor<br>Chicago, IL 60603<br>Attn: Christopher Nuxoll | Court Claim # (if known): 33069<br><br>Amount of Claim: Uknown/Unliquidated<br><br><br><br>Date Claim Filed: September 22, 2009 |
| Phone: (312) 332-7490<br>Last Four Digits of Acct. #: | Phone: (612) 316-0737<br>Last Four Digits of Acct. #: |
| Name and address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _s/_ _____        Date: January 17, 2014
Transferee/Transferee's Agent
**CHRISTOPHER J. NUXOLL
VICE PRESIDENT**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

Wells Fargo Bank, National Association, not individually, but solely in its capacity as the initial Trustee for the LB-UBS Commercial Mortgage Trust 2004-C4 (in such capacity, the "Initial Trustee"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably transferred and assigned to U.S. Bank National Association, not individually, but solely in its capacity as successor Trustee for the LB-UBS Commercial Mortgage Trust 2004-C4 (in such capacity, the "Successor Trustee") all right, title and interest in and to the claim that the Initial Trustee filed in an unknown/unliquidated amount against Lehman Brothers Holdings Inc. (the "Debtor"), and that appears as claim number 33069 (the "Claim") in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555-jmp, pending in the United States Bankruptcy Court for the Southern District of New York (the "Court").

The Initial Trustee hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that Court may enter an order recognizing that this Evidence of Transfer of Claim is an unconditional assignment to the Successor Trustee, and that the Initial Trustee is the valid owner of the Claim. The Debtor is hereby requested to make all future payments and distributions, and give all notices and other communications in respect of the Claim to the Successor Trustee.

Dated January 17, 2014

*[Signature Page Follows]*

dms.us.53498009.01

*[Signature Page to Evidence of Transfer of Claim]*

**U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY, BUT SOLELY IN ITS CAPACITY AS SUCCESSOR TRUSTEE FOR THE LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C4**

By: _____
Name: CHRISTOPHER J. NUXOLL
Title: VICE PRESIDENT

**WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY, BUT SOLELY IN ITS CAPACITY AS INITIAL TRUSTEE FOR THE LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C4**

By: _____
Name: _____
Title: _____

dms.us.53498009.01

[*Signature Page to Evidence of Transfer of Claim*]

**U.S. BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY, BUT SOLELY IN ITS CAPACITY AS SUCCESSOR TRUSTEE FOR THE LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C4**

By: _____
Name: _____
Title: _____

**WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY, BUT SOLELY IN ITS CAPACITY AS INITIAL TRUSTEE FOR THE LB-UBS COMMERCIAL MORTGAGE TRUST 2004-C4**

By: *[signature]*
Name: Mary L. Sohlberg
Title: Vice President

dms.us.53498009.01