Joan Caridi
200 Hicks Street
Brooklyn, NY 11201
Joan.caridi@me.com

January 23, 2014

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
NY, NY 10004

Re: Lehman Brothers Inc.
    Trustee Redemption

Dear Judge Peck:

By letter dated December 16, 2013, I informed your chambers of my difficulties getting the Trustee to deal with my problem getting 18 shares of American Express common stock in my possession cleared for deposit to my IRA account. The registration included the words "Lehman Brothers TR" and therefor created a purgatory of issues.

I am very pleased to report that Jeff Margolin and Greg Farrell of the Hughes Hubbard law firm dedicated themselves to the problem and solved it. They were diligent, professional and caring.

For the little guy—or woman—caught up in one of the largest and most complex bankruptcies in American history, this is a great victory. It is one of the things about the US judicial system that is magnificent. I thank you for not dismissing me as too inconsequential to warrant your attention.

Very truly yours,

Joan Caridi
Cc: Jeff Margolin, Esq.
    Greg Farrell, Esq.



RECEIVED
JAN 2 7 2014
U.S. BANKRUPTCY COURT, SDNY
REG