

## CT Corporation

1209 Orange Street  
Wilmington, DE 19801

302 777 0220 tel  
800 677 3394 toll free  
www.ctcorporation.com

January 16, 2014

Robert J. Lemons  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue,  
New York, NY  10153

Re: Lehman Brothers Holdings Inc., et al., Debtors // To: Liberty Square CDO II, Corp.

Case No. 0813555JMP

Dear Sir/Madam:

We are returning the enclosed documents which we received regarding the above captioned matter.

The Corporation Trust Company has filed a resignation of agent with the State of DE on 01/01/0001. Service can no longer be taken for this entity.

Very truly yours,

The Corporation Trust Company

Log# 524229663

Sent By Regular Mail

JAN 2 7 2014

cc: Southern District of New York - U.S. Bankruptcy Court  
Alexander Hamilton Custom House,  
One Bowling Green,  
New York, NY  10004-1408

(Returned To)

Robert J. Lemons  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue,  
New York, NY  10153