IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>Jointly Administered |

**CLAIMANTS' ADOPTION AND JOINDER TO COMPENSATION CLAIMANTS' MEMORANDUM IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY COMPENSATION CLAIMS AS EQUITY, OR ALTERNATIVELY, TO SUBORDINATE CLAIMS PURSUANT TO SECTION 510(b) OF THE BANKRUPTCY CODE**

Claimants Jennifer Becker, Guillemette Callies, Gregg W. Hawes, Christiane Schuster and Colin S.A. Welch each has until this date appeared *pro se* in opposition to one of the Fourteen Omnibus Objections seeking to Reclassify Compensation Claims as Equity.

Pursuant to § 9(b) of the Stipulation and Order Establishing Procedures for an Evidentiary Hearing in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests (Doc. 42176) ("Evidentiary Hearing Order"), each of the foregoing does hereby fully adopt and incorporate by reference, as his or her Supplemental Opening Memorandum, the Memorandum in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively, to Subordinate Claims Pursuant to Section 510(b) of the Bankruptcy Code filed on behalf of the Compensation Claimants (Doc. 42348).

STAMELL & SCHAGER, LLP

Dated: February 4, 2014

By: /s/ Richard J. Schager, Jr.
One Liberty Plaza, 23rd Floor
New York, New York 10006
Telephone: (212) 566-4047
Facsimile: (212) 566-4061
E-Mail: schager@ssnyc.com