UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER DENYING MOTION OF BLACK
DIAMOND OFFSHORE LTD. AND DOUBLE BLACK DIAMOND
OFFSHORE LTD. FOR LEAVE TO CONDUCT LIMITED RULE 2004
DISCOVERY OF DEBTORS AND CERTAIN FORMER EMPLOYEES**

Upon consideration of the motion, dated November 14, 2013, of Black Diamond Offshore Ltd., Double Black Diamond Offshore Ltd. for leave to conduct limited discovery of the Debtors and certain former employees under Rule 2004 of the Federal Rules of Bankruptcy Procedure [ECF No. 41112] (the "Motion"), all as more fully described in the Motion; and upon consideration of the response of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [ECF No. 41526] (the "Response") and the arguments of counsel; and due and proper notice of the Motion having been provided to all parties via the Court's electronic filing system; and it appearing that no other or further notice need be provided; and the Court having held a hearing on the Motion on December 18, 2013 (the "Hearing"); and upon the Court's consideration of the Motion and the record of the Hearing; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby

**ORDERED** that the relief requested in the Motion is **DENIED WITHOUT PREJUDICE**; and it is further

2

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: February 5, 2014
New York, New York

        */s/ Shelley C. Chapman*
        HONORABLE SHELLEY C. CHAPMAN
        UNITED STATES BANKRUPTCY JUDGE