Brian Schartz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel to QVT Fund LP*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**MOTION TO WITHDRAW APPEARANCE AS AN**
**ATTORNEY AND REQUEST FOR REMOVAL FROM ECF SERVICE**

**PLEASE TAKE NOTICE**, that the undersigned hereby withdraws his appearance on behalf of QVT Fund LP in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that he be removed from all service lists in this case, including the Court's CM/ECF electronic notification list.

Dated: February 5, 2014
New York, New York

**KIRKLAND & ELLIS LLP**

/s/ *Brian Schartz*
Brian Schartz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel to QVT Fund LP*