EXHIBIT A

## LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| THE ROYAL BANK OF SCOTLAND PLC | FFI FUND LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br>600 Washington Boulevard<br>Stamford, CT  06901 | Court Claim # (if known): 20541<br>Amount of Claim: $47,174,286*<br>Date Claim Filed: September 18, 2009<br>Phone: +1-617-349-2000 |
| Attn: Richard Dalessio<br>Email: richard.dalessio@rbs.com<br>Phone: +1-203-897-6502<br>Fax: _____<br>Last Four Digits of Acct #: _____ | Last Four Digits of Acct#: N/A<br><br>*plus additional amounts as set forth in the proof of claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

THE ROYAL BANK OF SCOTLAND PLC

By:  RBS Securities Inc., its agent

By: _____[signature]_____     Date: 9|30|13
   Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

A-1

# EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, FFI FUND LTD. (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to THE ROYAL BANK OF SCOTLAND PLC (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 08-13555 (Jointly administered)] pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $47,174,286 (the "**Claim**").

Claim No. 20541.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30th day of September 2013.

**FFI FUND LTD.**

By: *[signature]*
Name: Nancy Zimmerman
Title: Authorized Signatory

**THE ROYAL BANK OF SCOTLAND PLC**

**By: RBS Securities Inc., its agent**

By: _____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30TH day of September 2013.

**FFI FUND LTD.**

By: _____
Name:
Title:


**THE ROYAL BANK OF SCOTLAND PLC**

By: RBS Securities Inc., its agent

By: _____
Name:
Title:
**Suzanne Glossoti**
**Authorized Signatory**