**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

January 16, 2014

JAN 29 2014

Robert J. Lemons
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Lehman Brothers Holdings Inc., et al., Debtors // To: AXA Financial, Inc.

Case No. 0813555JMP

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of AXA Financial, Inc..

Accordingly, we are returning the documents received from you.

Very truly yours,

The Corporation Trust Company

Log# 524220719

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408

(Returned To)

Robert J. Lemons
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153