ECF 23023

Claim Number 5551372910, 6286
Amount $25,870.00

Holly Hedge
St Johns Hill Rd
Wooking
Surrey
GU21 7KG

RECEIVED JAN 27 2014 U.S. BANKRUPTCY COURT, SDNY REG

Honorable Jones Peck
United States Bankruptcy Court
Alexander Hamilton Custom House
Courtroom 601, one bowling green
NY 10004.

Its not practical or fair to have to attend when I receive notice on 21st of Jan for hearing in NY on... I cant even see a date of the hearing has been agreed!

Anyway my objections are as follows:
  i) My stock had not vested ∴ not tradeable on any security exchange
  ii) Much more monies owed to me
  iii) No choice no way of trading, even when I left I was not allowed to have stock vest.

iv) No stock held in Lehman accounts it was from accounting perspective ~~much~~ accounted as a debt on the balance sheet under US company law.

v)

*[signature]*

Ian Judd