B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Barclays Bank PLC                                    Pulsar Re, Ltd.
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 12711_____
should be sent:                                    Amount of Claim Filed: $1,175,000_____
Barclays Bank PLC.                                 Date Claim Filed: September 15, 2009 _____
1301 Sixth Avenue, 8th Floor                       Amount of Claim Allowed: $450,000_____
New York, NY 10019                                 Debtor: Lehman Brothers Special Financing Inc.
Attention: Jenna Yoo and Howard Lee
Barclays Bank PLC
745 Seventh Avenue, 2nd Floor
New York, NY 10019
Attention: Daniel Miranda and Anthony Vitiello

With a copy to:
Andrew J. Callahan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Phone:_____          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

DOC ID - 20846810.4

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____January 13, 2014_____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

NY1 9139819v.1

Acknowledged and agreed:

By: _____
Transferor/Transferor's Agent

Date: January 13, 2014

[Signature Page 3001(e)]

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **PULSAR RE, LTD.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **BARCLAYS BANK PLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as the proof of claim number set forth below in the principal amount set forth below (the "Transferred Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888 (JMP), jointly administered under In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) (Jointly Administered).

| Claim No. | Claim Amount | Allowed Amount |
|-----------|-------------|----------------|
| 12711 | $1,175,000.00 | $450,000 |

Seller hereby waives any objection to the transfer of the Transferred Claim assigned herein to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _13_ day of January, 2014.

| SELLER: | BUYER: |
|---------|--------|
| **PULSAR RE, LTD.** | **BARCLAYS BANK PLC** |
| By: _____<br>Name: Anthony Fox<br>Title: Authorized Signatory | By: _____<br>Name: _____<br>Title: Authorized Signatory |

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **PULSAR RE, LTD.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **BARCLAYS BANK PLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as the proof of claim number set forth below in the principal amount set forth below (the "Transferred Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888 (JMP), jointly administered under In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) (Jointly Administered).

| Claim No. | Claim Amount | Allowed Amount |
|-----------|--------------|----------------|
| 12711 | $1,175,000.00 | $450,000 |

Seller hereby waives any objection to the transfer of the Transferred Claim assigned herein to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 13 day of January, 2014.

| SELLER: | BUYER: |
|---------|--------|
| **PULSAR RE, LTD.** | **BARCLAYS BANK PLC** |
| | |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |
| | Jenna Yoo |
| | Authorized Signatory |