# CENTRUM BANK

**REGISTERED MAIL**
United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

JAN 31 2014

Vaduz, January 23, 2014
OSA-egm    Phone: +423 238 37 34    E-mail: Settlements@centrumbank.com

**Transfer of claim**

Dear Sir or Madam

Please note that a client would like to transfer the following three positions from Credit Suisse AG *to ourselves*, Centrum Bank AG:

Face amount:     CHF 20,000
ISIN:            XS0292042255
Description:     Lehman Brothers Securities NV --- 8 3/4 % Equity Yield Note 2007-16.9.08
                 (EXP.9.9.08) on a Basket of Shs -In Default-

Face amount:     CHF 20,000
ISIN:            XS0292042255
Description:     Lehman Brothers Securities NV --- 8 3/4 % Equity Yield Note 2007-16.9.08
                 (EXP.9.9.08) on a Basket of Shs -In Default-

Face amount:     CHF 20,000
ISIN:            XS0292042255
Description:     Lehman Brothers Securities NV --- 8 3/4 % Equity Yield Note 2007-16.9.08
                 (EXP.9.9.08) on a Basket of Shs -In Default-

So, totally, nominal CHF 60,000 of ISIN XS0292042255 will be transferred to us.

Therefore, we hereby send you

- 3 'Evidence of Transfer of Claim' (with 'Schedule 1' on reverse), signed by Credit Suisse AG
- 3 'Transfer of Claim other than for Security', signed by ourselves

We hereby kindly ask you to change the creditor of these positions in your files accordingly and send us a confirmation as soon as the claims have been transferred. Please feel free to contact us via telephone (00423 238 37 34) or via e-mail (settlements@centrumbank.com) in case that you have any queries.

We are very grateful for your precious support in this matter.

Yours faithfully,

**CENTRUM BANK AG**

Daniel Bohi                    Gerhard Röösli
Director                       Associate Director

Form 210A (10/06)

JAN 31 2014

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Centrum Bank AG
Name of Transferee

Credit Suisse AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Centrum Bank AG
Kirchstrasse 3
9490 Vaduz
Principality of Liechtenstein
BIC: CBKVLI2XXXX

Phone: 00423 238 37 34
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): CHF 20,000 of ISIN XS0292042255

Phone: 0041 44 332 86 17
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

UBS AG, Bahnhofstr. 45, 8001 Zurich, Switzerland
BIC: UBSWCHZH80A  /  Account 230-60452.05W
E-mail: settlements@centrumbank.com

Phone: 00423 238 37 34
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 16 January 2014
Transferee/Transferee's Agent
D. Böhi         G. Röösli

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Centrum Bank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal *Rules* of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JANUARY 9, 2014.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0292042255 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | CHF 20'000.00 |