FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
Megan P. Davis
One Liberty Plaza
New York, New York 10006
212-412-9500

*Attorneys for Banque Privée Edmond de Rothschild S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

: Chapter 11

: Case No. 08-13555 (jmp)

: (Jointly Administered)

------------------------------------------------------------------ X

## MOTION TO WITHDRAW APPEARANCE AS AN ATTORNEY AND REQUEST REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance on behalf of Banque Privée Edmond de Rothschild S.A. in the above-captioned proceeding.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that she be removed from all service lists in this case, including the Court's CM/ECF electronic notification list.

Dated: February 6, 2014
New York, New York

**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**

/s/ Megan P. Davis
Megan P. Davis
One Liberty Plaza
New York, NY 10006
(212) 412-9500 Telephone
(212) 964-9200 Facsimile

*Attorneys for Banque Privée Edmond de Rothschild S.A.*