LAW OFFICES OF LISA M. SOLOMON
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
Attn: Lisa M. Solomon
(212) 471-0067; Fax 212-980-6965

*Counsel for Nachiketa Das*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

|  |  |
|---|---|
| : | Chapter 11 |
|  | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., |  |
| : |  |
| Debtors. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

　　　PLEASE TAKE NOTICE that Law Offices of Lisa M. Solomon hereby appears in the above-captioned case (the "Case") as counsel for creditor Nachiketa Das ("Das"). Counsel requests that her name be added to the mailing list by the Clerk with respect to the above-captioned Case, and that the Clerk and all other parties in interest in these proceedings provide all notices and all papers served on any party, filed with the Court or delivered to the office of counsel listed directly below:

　　　　　　Law Offices of Lisa M. Solomon
　　　　　　One Grand Central Place
　　　　　　305 Madison Avenue, Suite 4700
　　　　　　New York, New York 10165
　　　　　　Attn: Lisa M. Solomon, Esq.
　　　　　　Tel. No. (212) 471-0067
　　　　　　Fax. No. (212) 980-6965

Counsel further requests that the Debtors' Noticing Agent add this Notice of Appearance to the Master Service List in the Case.

　　　PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether

formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the referenced case and the proceedings herein. Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Das' (i) right to have final orders in noncore matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Das is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       February 5, 2014

                              LAW OFFICES OF LISA M. SOLOMON
                              Counsel for Nachiketa Das

                              By:   /s/ Lisa M. Solomon
                                  Lisa M. Solomon
                              One Grand Central Place
                              305 Madison Avenue, Suite 4700
                              New York, New York 10165
                              (212) 471-0067