UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

                                                           Chapter 11
                                           :       Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,
*et al.*,

                                           :       (Jointly Administered)
                    Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINDER TO COMPENSATION CLAIMANTS' MEMORANDUM OF LAW IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY CLAIMS AS EQUITY, OR ALTERNATIVELY, TO SUBORDINATE CLAIMS PURSUANT TO §510(B) OF THE BANKRUPTCY CODE**

      Claimant Nachiketa Das ("Claimant") has previously appeared *pro se* in opposition to the Debtors' 130th omnibus objection to claims (the "Objection") seeking, *inter alia*, to reclassify the claim filed herein of Claimant as equity, or alternatively, to subordinate said claim.

      Claimant heretofore as a *pro se* Claimant served a response to the Objection pursuant to §9(b) of the Stipulation and Order Establishing Procedures for an Evidentiary Hearing in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests.

      Claimant has since retained the undersigned counsel.

      Claimant hereby amends his response *nunc pro tunc* as of February 4, 2014, to withdraw said response in its entirety and in lieu thereof joins and fully adopts, *nunc pro tunc,* as his Supplemental Opening Memorandum, the Memorandum in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively, to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code filed on behalf of the Compensation Claimants (ECF Doc. 42356).

Dated:  New York, New York
        February 5 , 2014

                           LAW OFFICES OF LISA M. SOLOMON
                           Counsel for Compensation Claimant Nachiketa Das

                           By:__/s/ Lisa M. Solomon_____
                                Lisa M. Solomon
                           One Grand Central Place
                           305 Madison Avenue, Suite 4700
                           New York, New York 10165
                           (212) 471-0067