B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bimini Investments S.à r.l. | Chase Lincoln First Commercial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>65, Boulevard Grande-Duchesse Charlotte<br>L-1331 Luxembourg<br>Luxembourg<br>Attn: Jerome Devillet<br>Telephone: +352 26449 615<br>Email: Jerome.Devillet@intertrustgroup.com<br><br>With copies to:<br>c/o Elliott Management Corporation<br>40 West 57th Street<br>New York, New York 10019<br>Attn: Michael Stephan<br>Telephone: 212 478 2310<br>Facsimile: 212 478 2311<br>Email: MStephan@Elliottmgmt.com | Court Claim # (if known): 19673<br>Amount of Claim: $ 6,151,279.80*<br>Date Claim Filed: _____<br>Phone: _____ |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct#:_____<br><br>*plus additional amounts as set forth in the proof of claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BIMINI INVESTMENTS S.À R.L.

By: _____          Date: _____
      Transferee/Transferee's Agent                          1/14/2014
      Elliot Greenberg, Manager A

By: _____                Date:     1/15/2014

Transferee/Transferee's Agent
Jérôme Devillet, Manager B

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to BIMINI INVESTMENTS S.À R.L., 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg, its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: 19673) in the amount of $6,151,279.80 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim has been executed as set forth below.

SELLER:
CHASE LINCOLN FIRST COMMERCIAL
CORPORATION

By: _____
Name: Alexander Wilk
Title: Authorized Signatory
Date: 1-28-14

BUYER:
BIMINI INVESTMENTS S.À R.L.

By: _____
Name: Elliot Greenberg
Title: _____
Date: 1-14-14

By: _____
Name: Jerome Devillet
Title: _____
Date: 1-14-14

A-1