Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**             Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Attestor Value Master Fund LP** | **FirstRand Bank Limited** |

**Name and Address where notices to Transferee should be sent:**
c/o Attestor Capital LLP
21 Upper Brook Street
London, W1K 7PY
United Kingdom
Attention: Isobelle White
Isobelle.white@attestorcapital.com

Court Claim# (if Known):**33312**
Amount of Claim [Principal Amount]: **$3,707,823.00**
Date Claim Filed: 09/18/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Anke Heydenreich**          Date:     February 7, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of FIRSTRAND BANK LIMITED ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $3,707,823.00 | 33312 |

has / have been transferred and assigned to Attestor Value Master Fund, LP ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

18

ASSIGNEE: Attestor Value Master Fund, LP.
Address: c/o Attestor Capital LLP
21 Upper Brook Street
London, W1K 7PY

Signature: _____
Name: ANKE HEYDENREICH
Title: MANAGING MEMBER
Date: 17.01.2014

SELLER: FirstRand Bank Limited
Address: c/o Sweard & Kissell, LLP
Attn: Justin L. Shearer Esq
One Battery Park Plaza
New York, NY 10004-1485

Signature: _____
Name: Andrew David Stuart
'A1' Signatory
Rand Merchant Bank
A Division of FirstRand Bank Limited
Title:
Date: 17.1.2014

Signature: _____
Name: ANDREAS STEPHANUS RIBBENS
Title: A1 SIGNATORY
Date: 17.1.2014

19