# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nomura Corporate Funding Americas, LLC | HCN LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Nomura Corporate Funding Americas, LLC
309 West 49th Street
New York, NY 10019-7316
Attn : Rehana Wijenayake
Telephone : (212) 667-1510

Court Claim # (if known): 17423

Amount of Claim Transferred: $5,009,000.00

Date Claim Filed: September 18, 2009

Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____     Date: _____February 7, 2014_____
Transferee/Transferee's Agent
SANDOR HAU
MANAGING DIRECTOR
NOMURA CORPORATE FUNDING AMERICAS, LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

536-242/CERTIFICATION/4103483.1

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>          Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIM 17423 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| HCN LP | Nomura Corporate Funding Americas, LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| HCN LP<br>c/o Halcyon Asset Management LP<br>477 Madison Avenue, 8th Floor<br>New York, New York 10022<br>Attn: Matt Seltzer<br>Tel: 212-303-9487<br>E-mail:mseltzer@halcyonllc.com | Nomura Corporate Funding Americas, LLC<br>309 West 49th Street<br>New York, NY 10019-7316<br>Attn : Rehana Wijenayake<br>Telephone : (212) 667-1510 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                 CLERK OF THE COURT

536-242/CERTIFICATION/4103483.1

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**HCN LP** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **NOMURA CORPORATE FUNDING AMERICAS, LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 17423) in the amount of $5,009,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 31st day of January, 2014.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:        SANDOR HAU
Title:         MANAGING DIRECTOR
          NOMURA CORPORATE FUNDING AMERICAS, LLC

HCN LP
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _____
Name:
Title:

By: _____
Name:
Title:

536-242/AGR/4039703.3

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

HCN LP ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **NOMURA CORPORATE FUNDING AMERICAS, LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 17423) in the amount of $5,009,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 31st day of January, 2014.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:
Title:

HCN LP
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _____
Name:    **David Martino**
Title:    **Controller**

By: _____
Name:    **Jacob Fishelis**
Title:    **Authorized Signatory**

536-242/AGR/4039703.3