**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to Boilermakers-Blacksmith National Pension Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., <br><br> Debtor. | Case No. 08-13555 (SCC) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 22025**

Boilermakers-Blacksmith National Pension Trust (the "**Claimant**"), one of the named plaintiffs in the consolidated securities class action filed in the United States District Court for the Southern District of New York (the "**District Court**") entitled *In re Lehman Brothers Mortgage Backed Securities Litigation*, Case No. 08-CIV-6762 (LAK) (the "**Mortgage Backed Securities Litigation**"),[1] by and through its undersigned bankruptcy counsel, hereby withdraws Proof of Claim No. 22025. Orders of the District Court approving separate settlements with certain defendants in the Mortgage Backed Securities Litigation have become final orders and

---

[1] By order of the Judicial Panel on Multidistrict Litigation, the Mortgage Backed Securities Litigation has been consolidated with a number of other federal actions against Lehman Brothers Holdings Inc. and other defendants under the caption *In re Lehman Brothers Securities and ERISA Litigation*, Master Case No. 09-MD-2017 (LAK).

26060/2
02/07/2014 28608065.1

the effective dates of the settlements have occurred. Proof of Claim 22025 was resolved by virtue of those settlements.

This Notice is effective only as to Proof of Claim No. 22025 and shall not operate as a withdrawal or otherwise be effective with respect to any other claims asserted by the Claimant that have not otherwise been resolved or withdrawn.

                                Respectfully submitted,

                                **LOWENSTEIN SANDLER LLP**
                                1251 Avenue of the Americas
                                New York, New York 10020
                                (212) 262-6700 (Telephone)
                                (212) 262-7402 (Facsimile)

                                -- and --

                                65 Livingston Avenue
                                Roseland, New Jersey 07068
                                (973) 597-2500 (Telephone)
                                (973) 597-2481 (Facsimile)

                                By_____

                                Michael S. Etkin
                                S. Jason Teele
                                *Bankruptcy Counsel to Boilermakers-*
                                *Blacksmith National Pension Trust*

Dated: February 7, 2014
       New York, New York