# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP)</u> (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nomura Corporate Funding Americas, LLC | Halcyon Loan Trading Fund LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Nomura Corporate Funding Americas, LLC
309 West 49th Street
New York, NY 10019-7316
Attn : Rehana Wijenayake
Telephone : (212) 667-1510

Court Claim # (if known): 17198

Amount of Claim Transferred: $10,340,000.00

Date Claim Filed:  September 18, 2009

Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____    Date: _____ February 7, 2014 _____
     Transferee/Transferee's Agent

SANDOR HAU
MANAGING DIRECTOR
NOMURA CORPORATE FUNDING AMERICAS, LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>          Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 17198 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on        .

| | |
|---|---|
| Halcyon Loan Trading Fund LLC <br><br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Halcyon Loan Trading Fund LLC<br>c/o Halcyon Asset Management LP<br>477 Madison Avenue, 8th Floor<br>New York, New York 10022<br>Attn: Matt Seltzer<br>Tel: 212-303-9487<br>E-mail:mseltzer@halcyonllc.com | Nomura Corporate Funding Americas, LLC<br><br>Name of Transferee<br><br>Address of Transferee:<br><br>Nomura Corporate Funding Americas, LLC<br>309 West 49th Street<br>New York, NY 10019-7316<br>Attn : Rehana Wijenayake<br>Telephone : (212) 667-1510 |
| | |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                                    CLERK OF THE COURT

536-242/CERTIFICATION/4103460.1

## EXHIBIT 1-A

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Halcyon Loan Trading Fund LLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Nomura Corporate Funding Americas, LLC** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17198, in the amount of $10,340,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 3l day of January, 2014.

SELLER:

**HALCYON LOAN TRADING FUND LLC**

**By: Halcyon Offshore Asset Management LLC,
Its Investment Manager**

BY: _____
Name:    David Martino
Title:    **Controller**

BY: _____
Name:    Jacob Fishelis
Title:    **Authorized Signatory**

BUYER:

**NOMURA CORPORATE FUNDING AMERICAS LLC**

By: _____

Name:
Title:

10

## EXHIBIT 1-A

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Halcyon Loan Trading Fund LLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Nomura Corporate Funding Americas, LLC** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17198, in the amount of $10,340,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 31st day of January, 2014.

SELLER:

**HALCYON LOAN TRADING FUND LLC**

**By: Halcyon Offshore Asset Management LLC,
Its Investment Manager**

BY:_____
Name:
Title:

BY:_____
Name:
Title:

BUYER:

**NOMURA CORPORATE FUNDING AMERICAS LLC**

By: _____

Name:                    SANDOR HAU
Title:                    MANAGING DIRECTOR
NOMURA CORPORATE FUNDING AMERICAS, LLC