B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT

In re: <u>Lehman Brothers Holding Inc., et al.,</u>        Case No. <u>08-13555 (JMP)</u>
                                                                            <u>(jointly administered)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Blackwell Partners LLC</u> | <u>CITIGROUP FINANCIAL PRODUCTS INC.</u> |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): **13824** |
| Blackwell Partners LLC | Amount of Claim: <u>$500,349.96</u> |
| C/O Magnetar Financial LLC | |
| 1603 Orrington Avenue, 13th Floor | Date Claim Filed: 9/16/09 |
| Evanston, IL 60201 | Debtor: <u>Lehman Brothers Commodity Services Inc.</u> |
| Primary Contact: Tarja Bentgarde | |
| Phone: (847) 905-4684 | |
| Fax: (847) 905-5684 | |
| Email: Tarja.Bentgarde@Magnetar.com | |
| | |
| With copy to: | |
| Schulte Roth & Zabel LLP | |
| 919 Third Avenue | |
| New York, NY 10022 | |
| Attn: David J. Karp | |
| Phone: 212-756-2000 | |
| Email: SRZDebtTradingTeam@srz.com | |
| | Phone: _____ |
| | Last Four Digits of Acct. #: |
| Phone: _____ | |
| Last Four Digits of Acct. #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:_____        Date:_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §~ 152 & *3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Citigroup Financial Products Inc.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Blackwell Partners LLC** ("Purchaser") $500,349.96 of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Commodity Services Inc.** (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (**No. 13824**) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February, 2014.

| **BLACKWELL PARTNERS LLC** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| By:   Magnetar Financial LLC, its investment manager | |
| By: _____ Name: Title: | By: _____ Name: Brian S. Broyles Title: Authorized Signatory |

18

Doc#: USI:8837677v3

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Citigroup Financial Products Inc.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Blackwell Partners LLC** ("Purchaser") $500,349.96 of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Commodity Services Inc.** (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (**No. 13824**) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __6__ day of February, 2014.

| BLACKWELL PARTNERS LLC | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: Magnetar Financial LLC, its investment manager | |
| By: _____ Name: Title: Anthony Fox Chief Financial Officer - Funds Magnetar Financial LLC | By: _____ Name: Title: |

18

Doc#: US1:8837677v3