B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT

In re: <u>Lehman Brothers Holding Inc., et al.,</u>  Case No. <u>08-13555 (JMP) (jointly administered)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. **§** 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Magnetar Capital Master Fund Ltd.</u> | <u>CITIGROUP FINANCIAL PRODUCTS INC.</u> |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): **18966** |
| Magnetar Capital Master Fund Ltd. | Amount of Claim: <u> $4,820,932.97</u> |
| C/O Magnetar Financial LLC | |
| 1603 Orrington Avenue, 13th Floor | Date Claim Filed: 9/18/09 |
| Evanston, IL 60201 | Debtor: Lehman Brothers Commodity Services |
| Primary Contact: Tarja Bentgarde | |
| Phone: (847) 905-4684 | |
| Fax: (847) 905-5684 | |
| Email: Tarja.Bentgarde@Magnetar.com | |
| | |
| With copy to: | |
| Schulte Roth & Zabel LLP | |
| 919 Third Avenue | |
| New York, NY 10022 | |
| Attn:  David J. Karp | |
| Phone:  212-756-2000 | |
| Email:  SRZDebtTradingTeam@srz.com | |
| | Phone: _____ |
| | Last Four Digits of Acct. #: |
| Phone: _____ | |
| Last Four Digits of Acct. #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §~ 152 &** *3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Citigroup Financial Products Inc., its successors and assigns, with offices located at 1615 Brett Road, OPS III Building, New Castle, DE 19720 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned Magnetar Capital Master Fund Ltd., its successors and assigns, with offices located at 1603 Orrington Avenue, 13th Floor, Evanston, IL 60201 ("**Buyer**"), $4,820,932.97 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. docketed as Claim No. 18966 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Commodity Services Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Commodity Services Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 6th day of February, 2014.

SELLER:

Citigroup Financial Products Inc.

By: _____
Name:
Title:    Brian S. Broyles
         Authorized Signatory

BUYER:

Magnetar Capital Master Fund Ltd.

By:    Magnetar Financial LLC,
       its investment manager


By: _____
Name:
Title:

Doc#: US1:9141953v3

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Citigroup Financial Products Inc., its successors and assigns, with offices located at 1615 Brett Road, OPS III Building, New Castle, DE 19720 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned Magnetar Capital Master Fund Ltd., its successors and assigns, with offices located at 1603 Orrington Avenue, 13th Floor, Evanston, IL 60201 ("**Buyer**"), $4,820,932.97 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. docketed as Claim No. 18966 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Commodity Services Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Commodity Services Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 6th day of February, 2014.

SELLER:

Citigroup Financial Products Inc.

By: _____
Name:
Title:

BUYER:

Magnetar Capital Master Fund Ltd.

By:     Magnetar Financial LLC,
        its investment manager

By: _____[signature]_____
Name:   Anthony Fox
Title:  Chief Financial Officer - Funds
        Magnetar Financial LLC

Doc#: US1:9141953v3