UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | **08-13555 (JMP)** |
| Debtors | : | **(Jointly Administered)** |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 20073, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Horizon II International Limited (the "Claimant") in the amount of $1,919,182.36 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on September 20, 2013, the issuance of which was noticed in a filing with the Court on September 23, 2013 [ECF No. 40199]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: ~~January~~ February 10, 2014
New York, New York

Name: _____
Title: Authorised Signatory
HSBC House
68 West Bay Road
George Town
Grand Cayman, KY1-1102
Cayman Islands

*Horizon II International Limited*

Dated: ~~January~~ February 10, 2014
New York, New York

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2