IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br> Jointly Administered |

### NOTICE OF APPEARANCE FOR CREDITOR TRACY A. MULLEN, ADMINISTRATRIX, REQUEST FOR SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of Tracy A. Mullen, Administratrix of the Estate of Michael J. Mullen, creditor and party-in-interest in the above-captioned chapter 11 cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases and in all adversary proceedings in these cases, be given to and served upon the following, and each of the following be added to the creditor matrix and any special or limited service lists used in this case:

Richard J. Schager, Jr.
Andrew R. Goldenberg
STAMELL & SCHAGER, LLP
One Liberty Plaza, 23rd Floor
New York, New York 10006
Telephone:  (212) 566-4047
Facsimile:   (212) 566-4061
E-Mail:  schager@ssnyc.com
E-Mail:  goldenberg@ssnyc.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of creditor

Mullen's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which creditor Mullen is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

Further, if any limited service lists are used in these proceedings, counsel listed above request inclusion thereon.

Dated:  February 10, 2014				STAMELL & SCHAGER, LLP

						By:  /s/ Richard J. Schager, Jr.
						One Liberty Plaza, 23rd Floor
						New York, New York 10006
						Telephone:  (212) 566-4047
						Facsimile:   (212) 566-4061
						E-Mail:  schager@ssnyc.com

						*Counsel to Tracy A. Mullen, Administratrix of the Estate of Michael J. Mullen*