B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| SL TRADE CLAIM I LLC | SERENGETI LYCAON MM LP |

Name and Address where notices to transferee should be sent:

SL Trade Claim I LLC
c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
New York, NY 10012
Contacts: Erin Rogers
Tel. No.: 212-672-2248
Email: sam.tradeclaims@serengeti-am.com
Fax No: 212-672-2249

Court Claim # (if known): 20170
Claim Amount: $3,296,432.54
Amount Transferred: $3,296,432.54
Date Claim Filed: 09/21/2009
Debtor against claim filed: Lehman Brothers Holdings Inc.

With a copy to:
Michael Greenblatt
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: First Republic Bank
Acct Name: SL Trade Claim I LLC
ABA#: 321081669
Acct#: 80001209296
Ref: Trade Claim – POC #20170

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief. Marc Baum

By: _____  Director  Date: February 10, 2014
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

SERENGETI LYCAON MM LP ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SL Trade Claim I LLC ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $3,296,432.54, docketed as Claim No. 20170 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 10th day of February, 2014.

| SL TRADE CLAIM I LLC | SERENGETI LYCAON MM LP |
|---|---|
| By: Serengeti Asset Management LP, as the Investment Adviser | By: Serengeti Asset Management LP, as the Investment Adviser |
| By: _____ | By: _____ |
| Name: Marc Baum | Name: Marc Baum |
| Title: Director | Title: Director |

NY1 9161048v.1