Hans-Werner Schenk

45219 Essen-Kettwig (Germany), 2014-01-13
Leibnizstrasse 11
Telefon   (priv.)   02054 – 1 61 13
Telefon   (off.)    02054 – 161 33
Fax       (off.)    02054 – 8 74 09 49

To
The Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004 / USA

To
The Office of the United States Trustee for Region 2
U.S. Federal Office Building
Attention William K. Harrington, Esq.
Susan Golden, Esq. and
Andrea B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, New York 10014 / USA

To
The Attorneys for LBHI
Weil, Gotshal & Manges LLP
Attention Peter D. Isakoff, Esq. and
Garrett A. Fail, Esq.
767 Fifth Avenue
New York, New York 10153 USA



RECEIVED JAN 31 2014 U.S. BANKRUPTCY COURT, SDNY REG

Ref.: Lehman Brothers Holdings INC.
Chapter 11 Case No. 089-13555 (JMP)
Deptors' Omnibus Objection to Claims / Claim Number 36008
Four Hundred Fiftieth Omnibus Objection To Claims
Claimant: Mrs. Claudia Grohs, Leibnizstrasse 17, 45 219 Essen-Kettwig / Germany

Dear Sirs,

Referring to our written statement of March 11th, 2011, I am acknowledging on behalf of my daughter, Mrs. Claudia Grohs, receipt of the "Main Document No. 41667", filed and entered on Dec. 20th, 2013. This Document, comprising 194 pages of predominantly legal language, reached us on Jan. 7th, 2014. According to Deptors' expectations it should be carefully studied and commented in writing within the two remaining weeks, i. e. before deadline-date in New York on Jan. 21rst, 2014, simultaneously observing a number of Rules and Regulations which we are not familiar with.

Hans-Werner Schenk

45279 Essen-Kettwig (Germany), 2014-01-13
Leibnizstrasse 17
Telefon    (priv.)    02054 - 1 41 15
Telefon    (off.)    02054 - 151 32
Fax        (off.)    0204 - 8 74 09 45

To
The Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004 / USA

To
The Office of the United States Trustee for Region 2
U.S. Federal Office Building
Attention William K. Harrington, Esq.,
Susan Golden, Esq. and
Andrea B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, New York 10014 / USA

To
The Attorneys for LBHI
Weil, Gotshal & Manges LLP
Attention Peter D. Isakoff, Esq. and
Garrett A. Fail, Esq.
767 Fifth Avenue
New York, New York 10153 USA

Re:    Lehman Brothers Holdings INC.
       Chapter 11 Case No. 08-13555 (JMP)
       Debtors Omnibus Objection to Claims / Claim Number 35008
       Four Hundred Fiftieth Omnibus Objection To Claims
       Claimant: Mrs. Claudia Grohs, Leibnizstrasse 17, 45 279 Essen-Kettwig / Germany

Dear Sirs,

Referring to our written statement of March 11th, 2011, I am acknowledging on behalf of my daughter, Mrs. Claudia Grohs, receipt of the "Main Document No. 41857", filed and entered on Dec. 20th, 2013. This Document, comprising 194 pages of predominantly legal language, reached us on Jan. 7th, 2014. According to Debtors' expectations it should be carefully studied and commented in writing within the two remaining weeks, i. e. before deadline-date in New York, on Jan. 21rst, 2014, simultaneously observing a number of Rules and Regulations which we are not familiar with.

- 2 -

Whereas the impossibility to comply with such conditions is obvious, the reader of our present response should, please, consider the following as well:

1)
Here in Germany no attorney-at-law, meeting the qualifications as required above, is available on such a short notice and this in a world-wide (just ending) seasonal holiday-period. - Moreover it is a matter of fact, that Mrs. Grohs does not have a Legal Department at her disposal.

2)
Even if one could find a solution to the afore mentioned problem, then the related expenditures would for sure be out of proportion compared to the "Reduced Amount" of US-Dollar 12.990,06 which Deptors unilaterally choose to concede to Mrs. Grohs.

For Mrs. Grohs, who is a widow, a single parent mother, who invested her savings (Euro 65.000,00) in good faith and to the best of her (none-professional) knowledge into Lehman Brothers-Securities (not having seen any Prospectus prior to this investment) - for her, the situation is obvious and clear and does not require the paper-work which we receive since years:
Her investment was simply made into "Lehman Brothers" resp. their affiliation in the UK, who, of course, have been used by LBHI as a tool to raise funds in overseas. - This is why in our believe her investment must be treated in the same way as that of "Recognized Holders of LBHI-Securities".

Finally we strongly believe, that US law also allows moral reasoning, so that Mrs. Grohs' special case is not only handled like a "Blocking Number" - as is presently the case.

We assume, that our response will be accepted in its present form and that the matter of Mrs. Grohs will be considered resp. reconsidered in the light of the above.

Yours faithfully,

*(signature)*

(H.-W. Schenk)
For and on behalf of Mrs. Claudia Grohs