UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re                                                                :   Chapter 11
                                                                     :
LEHMAN BROTHERS HOLDINGS INC. *et al.*,                              :   Case No. 08-13555 (SCC)
                                                                     :
                    Debtors.                                         :   Jointly Administered
                                                                     :
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Andrew E. Gelfand, hereby certify that, on February 10, 2014, I caused a true and correct copy of the Letter to the Honorable Shelley C. Chapman re: Local Rule 7056-1(a) Conference for Claim Nos. 14824 and 14826, dated February 10, 2014, to be served by electronic mail on the chambers of Judge Chapman (at scc.chambers@nysb.uscourts.gov), and by hand delivery on:

1. The Honorable Shelley C. Chapman
   United States Bankruptcy Judge
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Courtroom 621
   New York, New York 10004

2. Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn: Peter D. Isakoff and Robert J. Lemons

   *Attorneys for the Debtors*

3. Office of the United States Trustee
   201 Varick Street, Suite 1006
   New York, New York 10014
   Attn: William K. Harrington, Susan Golden, and Andrea B. Schwartz

4.  Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, New York 10005
    Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: February 11, 2014
New York, New York

Respectfully submitted,

/s/Andrew E. Gelfand
Andrew E. Gelfand
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
(212) 558-4000
gelfande@sullcrom.com

*Attorneys for Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited*