GOGREEN
Der CO$_2$-neutrale Versand
mit der Deutschen Post

Deutsche Post
FRANKIT 0,75 EUR
22.01.14    1D15000309
Brief
P.P./PRIORITY

FILED / RECEIVED
FEB 0 3 2014
EPIQ SYSTEMS

Lehman Brothers Holdings
Claims Processing
c/o Epiq Bankruptcy Solutions L
FDR Station, P.O. Box 5076
New York, NY 10150

CHLORFREI GEBLEICHTEM ZELLSTOFF HERGESTELLT AUS

FEB - 5 2014

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.,          Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: **Josef Helferich**          Name of Transferor: **RBS Coutts Bank AG**
                                                                      Zurich, Switzerland

Court Claim #:        n/a                        Court Claim #:        45221
Date Claim Filed:     n/a                        Date Claim Filed:     10/23/2009

Name and Address where notices to               Amount of Claim: Note: This is a partial
transferee should be sent:                      transfer of claim. See attached Evidence of
                                                Transfer of Claim for Details

Herr
Josef Helferich sen.
Hauptstrasse 35
64658 Fuerth
Germany

Phone:                                           Phone: n/a
Email:                                           Email: n/a
Last Four Digits of Acct #:  n/a                 Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Email:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: X _[signature]_____       Date: _21. Januar 2014_
        Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

FEB − 5 2014

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Josef Helferich sen., Hauptstrasse 35, Fuerth, Germany** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 07 January 2014

RBS Coutts Bank AG

By: _____
Name: Erich Vogel
Title: Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

# SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0213629487 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR   50'000.00 |