

Sede centrale

Viale H. Guisan 5
Casella postale
CH - 6501 Bellinzona

Tel. +41 91 803 71 11
Fax +41 91 803 71 70

www.bancastato.ch

EPIQ Bankruptcy Solutions, LLC
Attn. Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

FEB - 5 2014

*Pratica trattata da:*
Maria Elena Cursio
Department Area Logistica Amministrazione Titoli
Tel. 0041.901.803.73.02

Bellinzona, January 31, 2014

*Vostro rif.* TRANSFER OF CLAIM XS0264209387 - LEHMAN BROTHERS SECURITIES
Ihre Ref.
Votre réf.

| | | | |
|---|---|---|---|
| ☐ | per informazione<br>zur Kenntnisnahme<br>*pour information* | ☐ | da ritornare p.f. entro il<br>bitte zurücksenden bis<br>*à renvoyer s.v.p. jusqu'au* |
| ☐ | per i vostri atti<br>zu Ihren Akten<br>*pour vos dossiers* | ☐ | di ritorno con ringraziamenti<br>mit Dank zurück<br>*en retour avec remerciements* |
| ☐ | come inteso<br>gemäss Besprechung<br>*suivant l'accord* | ☐ | per la firma/visto<br>zur Unterschrift/Visum<br>*pour la signature/visa* |
| ☐ | telefonare p.f.<br>bitte anrufen<br>*téléphoner s.v.p.* | ☐ | per approvazione<br>zur Genehmigung<br>*pour approbation* |
| ☐ | per il disbrigo<br>zur Erledigung<br>*pour règlement* | ☐ | ricevuto per errore<br>irrtümlicherweise erhalten<br>*reçu par erreur* |
| ☐ | come da vostra richiesta<br>gemäss Ihrem Wunsch<br>*selon votre demande* | ☐ | per una presa di posizione<br>zur Stellungnahme<br>*pour avis* |
| ☒ | Please find herewith attached the "transfer of claim other than for security" duly filled in and signed by the Transferor Julius Baer & Co. Ltd. and the Transferee Banca dello Stato del Cantone Ticino | | |

Distinti saluti

BANCA DELLO STATO DEL CANTONE TICINO

M. Redaelli           E. Snozzi

Annesso:

FEB - 5 2014

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP
                                                 Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Banca dello Stato del Canton Ticino | Name of Transferor: <br> Julius Baer & Co. Ltd. |
|---|---|
| Notices to Transferee should be sent to: <br> Banca dello Stato del Canton Ticino <br> Viale H. Guisan 5 <br> 6500 Bellinzona - SWITZERLAND <br> PHONE: 0041.91.803.72.99 <br> Attn: Eliseo Snozzi <br> EMAIL Eliseo.Snozzi@bancastato.ch | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> Julius Baer & Co. Ltd. <br> Hohlstrasse 606, P.O. Box, <br> 8010 Zurich, Switzerland <br> Attn. Danya Ciraci <br> +41 58 887 43 36 danya.ciraci@julius baer.com |
| Amount of Claim Being Transferred: <br><br> CHF 20'000.00 <br> (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- |
| Court Claim No. (if known): 58786 | |
| Date Claim Filed: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____ /s/ M. Redaelli  /s/ E. Snozzi    Date: 30.01.2014 _____
Banca dello Stato del Canton Ticino
Viale H. Guisan 5
6500 Bellinzona - SWITZERLAND

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Banca dello Stato del Cantone Ticino** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in the **amount of CHF 20'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16 January 2014.

Bank Julius Baer & Co. Ltd.

Marc Blum
Director

Patrik Roos
Executive Director

FEB - 5 2014

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Face Amount |
|---|---|---|---|---|
| XS0264209387 | 58786 | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | 20'000 CHF |

TT704902747CH

**URGENT**

VGK    WWW.POST.CH

| Expéditeur / Sender | BANCA STATO DEL CANTON TICINO |
|---|---|

VIA H. GUISAN 5
6500 BELLINZONA
SWITZERLAND
eliseo.snozzi@bancastato.ch

N° de réf. / Sender's ref. No.
Phone +41918037299
Contact Eliseo Snozzi

☒ Documents / Documents
☐ Marchandises / Merchandise
☐ Cadeau / Present
☐ Echantillons / Samples
☐ Retour de marchandises / Returned Goods
☐ Autre / Other

Poids brut total / Total gross weight: 0 kg 150 g

Certificat de circ. des marchandises / Genre et n°
Goods certificate / Type and No.: /

Permis d'exportation N° / Export licence No.     du / dated
☐ Permis d'exportation pas nécessaire / Export licence not required

URGENT: Expédition de colis multiples MPS
URGENT: Multiple Parcel Shipments MPS
☐ 09:00 h
☐ 12:00 h

| Destinataire / Addressee | Tel. / Phone |
|---|---|
| Nom / Name | EPIQ BANKRUPTCY SOLUTIONS, LLC |

Att. Lehman Brothers Holdings
Claims Processing

Rue / Street: 757 THIRD AVENUE, 3RD FLOOR

NPA/Lieu / ZIP/City: 10017 NEW YORK

Pays / Country: UNITED STATES OF AMERICA

Code ISO du pays et NPA / Country ISO Code and ZIP code: US - 10017

N° TVA du destinataire / VAT No. of the addressee:

N° Impôt / Tax number:

| Quantité / Quantity | Description détaillée du contenu / Detailed description of contents | N° tarifaire / Tariff No. | Clé / Code | Poids net / Net weight | Valeur en CHF / Value in CHF | Origine / Origin |
|---|---|---|---|---|---|---|
| 1 | DOCUMENTS | | | 0.050 | 1.00 | CH |

☐ Voire aussi facture commerciale annexée / See also attached commercial invoice

Valeur TOTALE en CHF / TOTAL Value in CHF: 1.00

Pays de destination / Country of destination: UNITED STATES OF AMER

Je certifie que les renseignements donnés dans la présente déclaration sont exacts, que j'ai pris connaissance des conditions générales de la Poste CH SA et que cet envoi ne contient aucun objet dangereux interdit par la réglementation postale.
I certify that the particulars given in the declaration are correct, that I took note of the General Terms of Post CH Ldt and that this item does not contain any dangerous articles prohibited by postal regulations.

Date: 31.01.2014
Signature:

Prestations complémentaires / Value-added services
☐ Assurance complémentaire / Additional insurance
☐ Encombrant / Bulky

Instructions spéciales pour le dédouanement / Special Customs Clearance Instructions

Instructions spéciales pour la distribution / Special Delivery Instructions

Instructions de l'expéditeur en cas de non-livraison / Sender's instructions in case of non delivery
☐ Renvoyer à l'expéditeur par PRIORITY (soumis à la taxe) / Return to sender by PRIORITY (chargeable)
☐ Renvoyer à l'expéditeur par ECONOMY (soumis à la taxe) / Return to sender by ECONOMY (chargeable)
☐ Traiter comme abandonné / Treat as abandoned

☒ 2) Compte postal / Postal account: 65-433-5
☐ 3) Facture (N° débiteur) / Invoice (Client Account No.):
N° de référence facture / Invoice reference No.: 500032117

Prix / Price: 69.00
Supplement / Extra Charge: 0.00

**SWISS POST**

TOTAL CHF: 69.00

Code de lieu / Local Code

1 Destinataire / Addressee