Date: February 4, 2014

From: Alexandre Catalao Maia, 205 East 85th street, Apartment 3-CD, New York, NY 10028

To: Attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY10153 (attn: Denise Alvarez, Robert Lemons, and Mark Bernstein)

Cc:
i) Chambers of the Honorable Shelley Chapman, One Bowling Green, New York, NY 10004, Courtroom 621
ii) The Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York 10004 (Attn: Tracy Hope Davis, Esq, Elisabetta Gasparina, Esq and Andrea Schwartz, Esq.)
iii) Attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hardley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (attn: Dennis Dunne, Esq,, Dennis O'Donnell, Esq., and Evan Fleck, Esq.)
iv) Attorneys for Represented Claimants: Stamell & Schager, LLP, Law Offices of Lisa M. Solomon, Rich Michaelson Magaliff Moser LLP, and Law Office of A. James Boyajian, Kaplan Landau, Julien & Schlesinger, P.C.

**Name of Bankruptcy Court:** United States Bankruptcy Court, Southern District of New York

| Name of Debtors: | Case number: |
|---|---|
| Lehman Brothers Holdings Inc. | Chapter 11 Case No. 08-13555 (JPM) (Jointly Administered) |

**Title of Objection to which this Supplemetal Opening Memoranda is directed:**
One Hundred Eighteenth Omnibus Objection (to Reclassify Proofs of Claim as Equity Interests)

| Creditor Name and Address: | Claim Number: 17760 | |
|---|---|---|
| Catalao Maia, Alexandre 205 East 85th Street Apt 3-CD New York , NY 10028 | **Date Filed:** 09/18/2009 **Debtor:** 08-13555 | FEB – 6 2014 |

**Supplemental Opening Memorandum on Behalf of Claimant who is a Not Represented Participant**

In an effort to avoid duplicative Supplemental Openinng Memoranda, I will, on my behalf, just say that:
1) I agree with and reiterate the arguments put forward by attorneys for compensation claimants - Stamell & Schager, LLP, Law Offices of Lisa M. Solomon, Rich Michaelson Magaliff Moser LLP, and Law Office of A. James Boyajian - in the "memoradum in opposition to debtors' fourteen omnibus objetions seeking to reclassify compensation claims as equity, or alternatively, to subordinate claims pursuant to section 510 (b) of the bankruptcy code" (document 42348, filed on 01/29/14)
2) For reasons including the ones articulated in the above mentioned memorandum, the Omnibus Objection should be denied.
3) Any replies should be sent to Alexandre Catalao Maia at the electronic address "alex_maia@yahoo.com" . Alexandre Catalao Maia will act on his own behalf and is the person with the ultimate authority to reconcile, settle, or otherwise resolve the claim. The telephone for contact is 1-212-260-8074.

Alexandre Catalao Maia

Date: February 04, 2014

LORELLE L. MINNINGER
Notary Public, State of New York
No. 31-5011190
Qualified in New York County
Commission Expires _____

Sworn to before me this 4th day of
February , 2014

Notary Public

1

K. MADA
205 E 85th
APT 3-CD
NY, NY 10028

FEB - 6 2014

U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

CERTIFIED MAIL™

7012 3050 0001 6716 5291

CHAMBERS of The Honorable Shelley Chapman

One Bowling Green, Courtroom 621

New York

NY 10004

USMB
SDNY

RETURN RECEIPT

UNITED STATES
POSTAL SERVICE

1000

10004

U.S. POSTAGE
PAID
NEW YORK, NY
10019
FEB 04, 14
AMOUNT
$6.49
0008187O-11



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE