UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                         :
In re                        :      Chapter 11 Case No.
                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (SCC)
                       :      (Jointly Administered)
            Debtors.        :
                       :
------------------------------------------------------------------------x
                           Ref. Docket Nos. 41673, 41985,
                           42187-42189, 42202, 42206, 42208,
                           42210, 42211, 42213, 42214, 42256-
                           42258, 42260, 42328, 42329, 42366,
                           42367, 42374-42379

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
11th day of February, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BEDROK SECURITIES LLC
     TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII PARALLEL 2, L.P.
     ATTN: RICK CAPLAN
     555 THEODORE FREMD AVENUE, SUITE C-301
     RYE NY 10580
```

Please note that your claim # 33007-15 in the above referenced case and in the amount of $817,006.00      has been transferred **(unless previously expunged by court order)**

```
CREDIT SUISSE INTERNATIONAL
TRANSFEROR: BEDROK SECURITIES LLC
ATTN: ASHWINEE SAWH
ONE CABOT SQUARE
LONDON    EI4 4QL
UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 42328      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          ─────────────────────────
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2014.

EXHIBIT B

TIME: 11:19:11
DATE: 02/03/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | TRANSFEROR: CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII PARALLEL 2, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QL UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ULTRA MASTER LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ERSEL SIM SPA | C/O JOHN E JURELLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314 |
| ERSEL SIM SPA | 11 PIAZZA SOLFERINO TORINO 10121 ITALY |
| GOLDMAN SACHS & CO. | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HITS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LP ATTN: M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HITS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HITS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HOWARD HUGHES MEDICAL INSTITUTE | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INC ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH PIERCE FENNER & SMITH INC | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH PIERCE FENNER & SMITH INC | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH PARTNERS II LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH CAPITAL MASTER PARTNERS II-A LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INC. | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INC. | TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INC. | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INC. | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INC. | TRANSFEROR: OAKFORD MF LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| RIVERROCK SECURITIES LIMITED | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| SERENGETI LYCXON MM LP | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: GOLDMAN SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP ATTN: ERI RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ERSEL SIM SPA C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |

TIME: 11:19:11
DATE: 02/03/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    2

| Name | Address |
|---|---|
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: DEUTSCHE BANK AG C/O SOLUS ALTERNATIVE ASSET MANAGEMENT L.P. ATTN: COMPLIANCE DEPT. 410 PARK AVENE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: DEUTSCHE BANK AG C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: SOLA LTD ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed        51

EPIQ BANKRUPTCY SOLUTIONS, LLC