UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                          :
In re                                                     :      Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :       08-13555 (SCC)
                                                          :      (Jointly Administered)
                    Debtors.                              :
                                                          :
------------------------------------------------------------------------x      Ref. Docket Nos. 42065, 42074,
                                                                 42177, 42179, 42233, 42235, 42242,
                                                                 42316, 42317, 42325, 42326, 42332,
                                                                 42333, 42371, 42372, 42395-42398,
                                                                 42401, 42403, 42405, 42406, 42409,
                                                                 42411, 42413, 42416, 42418, 42419,
                                                                 42421, 42422, 42424, 42426, 42428,
                                                                 42436, 42444, 42446, 42453, 42456,
                                                                 42479-42481, 42483-42485, 42487-
                                                                 42490, 42492

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
11th day of February, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors

---

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER
     1177 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 555854-45 in the above referenced case and in the amount of $100,000.00  allowed at $100,000.00  has been transferred **(unless previously expunged by court order)**

DSQ LLC
TRANSFEROR: BANK HAPOALIM B.M.
450 PARK AVENUE, SUITE 1200
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 42426  in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/06/2014

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 6, 2014.

EXHIBIT B

TIME: 11:10:46                                                                                                    PAGE: 1
DATE: 02/06/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BRM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA, REPUBLIC OF PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E. STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA, REPUBLIC OF PANAMA |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR NEW YORK NY 10152 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: STERNE AGEE UK LLP ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: BEDROK SECURITIES LLC ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 CRAVATH, SWAINE & MOORE LLP |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SFCP GROUP, LLC ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MICHAEL SUTTON, PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DSQ LLC | TRANSFEROR: BANK HAPOALIM B.M. 450 PARK AVENUE, SUITE 1200 NEW YORK NY 10022 |
| DZ PRIVATBANK (SCHWEIZ) AG | TRANSFEROR: CREDIT SUISSE AG ATTN: CORPORATE ACTIONS MUNSTERHOF 12 ZURICH CH-8022 SWITZERLAND |
| GOLDMAN SACHS & CO | TRANSFEROR: COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORATION PTY LIMITED BPM ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282 |
| GRF MASTERFUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| ILLIQUIDX LLP | TRANSFEROR: BENELLI MARCO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: LUCARELLI MARISA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: PIRODIA ANTONIO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FIFTH THIRD BANK ATTN: RICHARD BIGGICA, THE METRO CENTER ONE STATION PLACE - 3N STAMFORD CT 06902 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FIFTH THIRD MORTGAGE COMPANY - LEGAL ADMINISTRATION ATTN: RICHARD BIGGICA THE METRO CENTER ONE STATION PLACE - 3N STAMFORD CT 06902 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: NRG POWER MARKETING LLC ATTN: RICHARD BIGGICA THE METRO CENTER ONE STATION PLACE - 3N STAMFORD CT 06902 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DEUTSCHE LUFTHANSA AG C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:10:46
DATE: 02/06/14
PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: PERRY PRINCIPALS, L.L.C. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCA PASSADORE & C. S.P.A. ATTN: ROBERT DINWIDDIE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: FONDO PENSIONI PER IL PERSONALE DEL CREDITO FONDIARIO SPA ATTN: MANDY HAYES 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED, LONDON BRANCH | TRANSFEROR: GRF MASTERFUND, L.P. ATTN: N. PATEL/A HUSSAIN 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| NATIONAL-BANK AG, ESSEN | TRANSFEROR: UBS AG ATTN: SABINE PETERS THEATERPLATZ 8 ESSEN 45127 GERMANY |
| NEUE AARGAUER BANK AG | TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| OAKTREE OPPORTUNITIES FUND VIII, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, LP | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MICHAEL NEUS C/O PERRY CAPITAL 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: UBS AG ATTN: JATINDER BAHIA GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: UBS AG ATTN: JATINDER BAHIA GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: UBS AG ATTN: JATINDER BAHIA GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: JPMORGAN CHASE BANK, NA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: JPMORGAN CHASE BANK, NA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP | TRANSFEROR: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: JPMORGAN CHASE BANK, NA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: JPMORGAN CHASE BANK, NA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG ST. LEONHARDSTRASSE 25 ST. GALLEN 9000 SWITZERLAND |
| STERNE AGEE UK LLP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P. 11 IRONMONGER LANE LONDON EC2V 8EA UNITED KINGDOM |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed     74