UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (SCC)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 42171-42172

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
11th day of February, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    NOTENSTEIN PRIVATBANK AG
               TRANSFEROR: CREDIT SUISSE
               BOHL 17
               ST. GALLEN CH-9004 SWITZERLAND

Additional:

Transferee:    EURO-FINANCE AD
               43 CHRISTOPHER COLUMBUS BLVD, FLOOR 5
               SOFIA 1592 BULGARIA

**Your transfer of claim # 555829-80 is defective for the reason(s) checked below:**

Other                                        Transfer does not specify the amount to be transferred.

Docket Number 42172          Date 01/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 6, 2014.

# EXHIBIT B

```
TIME: 11:26:51                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:  1
DATE: 02/06/14                                    CREDITOR LISTING

Name                              Address
CREDIT SUISSE AG                  PARADEPLATZ 8 ZURICH  CH-8001 SWITZERLAND
CREDIT SUISSE AG                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                  STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
EURO-FINANCE AD                   43 CHRISTOPHER COLUMBUS BLVD, FLOOR 5 SOFIA  1592 BULGARIA
LUZERNER KANTONALBANK AG          ATTN: LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
NOTENSTEIN PRIVATBANK AG          TRANSFEROR: CREDIT SUISSE BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND

Total Number of Records Printed       7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC