# CREDIT SUISSE

Form 210A (10/06)

**CREDIT SUISSE AG**
1 Raffles Link
#03/#04-01 South Lobby
Singapore 039393

Phone    +65 6212 2000
Fax      +65 6212 4868
www.credit-suisse.com

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CREDIT SUISSE AG, HONG KONG BRANCH</u>
Name of Transferee

Name and Address where notices
to transferee should be sent:

Credit Suisse AG, Hong Kong Branch
One Raffles Link # 05-02, South Lobby
039393 Singapore
Singapore

Phone: +65 6306 8006
Last Four Digits of Acct #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

<u>Credit Suisse AG, Singapore Branch</u>
Name of Transferor

Court Claim # (if known): <u>55825</u>
Date Claim Filed: <u>Oct 29, 2009</u>
Amount of Claim: <u>UNKNOWN</u>
Portion of Claim Transferred (see
Schedule I): <u>USD 300,000 XS0319612114</u>

Phone: +65 6306 8006
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: <u>3 FEBRUARY 2014</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*[Signature]* ANDREAS GROWNIK, AVP

*[Signature]* Johnny Liu, VP

Registration number S73FC2261L
A branch registered in Singapore.

# CREDIT SUISSE

**CREDIT SUISSE AG**
1 Raffles Link
#03/#04-01 South Lobby
Singapore 039393

Phone  +65 6212 2000
Fax    +65 6212 4868
www.credit-suisse.com

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG, Singapore Branch** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse AG, Hong Kong Branch** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55825), USD 300,000 in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON [3 February 2014]

Credit Suisse AG, Singapore Branch

By: _____
Name: Andreas Groing, AIT
Title:

By: _____
Name: Johnny Liu
Title: VP

Registration number S73FC2261L
A branch registered in Singapore.

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0319612114 | 55825 | Oct 29, 2009 | LEHMAN BROTHERS | 300,000 |