IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**   Case No. **08-13555**

**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANC OF AMERICA CREDIT PRODUCTS INC. | OZ Asia Master Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known): 31531
Amount of Claim Transferred: $5,962,662.03 (as allowed)
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Special Financing Inc.

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _/s/Ronald Torok_____   Date:   2/12/14_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Lehman Brothers Special Financing, Inc.;
and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, OZ Asia Master Fund, Ltd. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the Banc of America Credit Products Inc. (the "Buyer") pursuant to a Transfer of Claim Agreement dated February ▓ 12 , 2014 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing, Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$5,962,662.03 (the "Claim") and docketed as claim number 31531.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12 day of ▓, 2014
February

SELLER:

**OZ ASIA MASTER FUND, LTD.**

By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its General Partner

By: _____
Name: Joel Frank
Title: Chief Financial Officer

BUYER:

**BANC OF AMERICA CREDIT PRODUCTS INC.**

By: _____
Name: Ronald Torok
Title: Managing Director

A-3

513-993/AGR/4085391.5