B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**  Case No. **08-13555**
**Lehman Brothers Special Financing Inc.**  (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**      **PMT Credit Opportunities Fund Ltd.**
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): **67268**
should be sent:                                 Total Amount of Claim Transferred:
                                                USD $1,176,000.00
Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036                              Date Claim Filed:      12/20/2010
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com


Name and Address where transferee payments
should be sent (if different from above):



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _/s/Ronald Torok_____          Date:  ____2/12/2014_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **PMT Credit Opportunities Fund Ltd.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Banc of America Credit Products, Inc.** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claim in the amount of **$1,176,000.00** (the "Claim"), as set forth in proof of claim number **67268** filed against Lehman Brothers Special Financing Inc. ("Debtor") currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re Lehman Brothers Holdings, et al., Case No. 08-13888, Jointly Administered under Cast No. 08-13555.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor ackno ledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on February 12, 2014.

PMT CREDIT OPPORTUNITIES FUND LTD.

By: GLG Ore Hill LLC
Its: Investment Adviser

By:_____
Name    FREDERICK J. WAHL
Title                MD

BANC OF AMERICA CREDIT PRODUCTS, INC.

By:_____
Name
Title

100170764v2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **PMT Credit Opportunities Fund Ltd.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Banc of America Credit Products, Inc.** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claim in the amount of **$1,176,000.00** (the "Claim"), as set forth in proof of claim number **67268** filed against Lehman Brothers Special Financing Inc. ("Debtor") currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re Lehman Brothers Holdings, et al., Case No. 08-13888, Jointly Administered under Cast No. 08-13555.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on February 12, 2014.

PMT CREDIT OPPORTUNITIES FUND LTD.

By: GLG Ore Hill LLC
Its: Investment Adviser

By:_____
Name
Title


BANC OF AMERICA CREDIT PRODUCTS, INC.

By:_____
Name: Ronald Torok
Title: Managing Director

100170764v2