B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JPM)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Banesco Banco Universal, S.A.C.A.            Lehman Brothers International (Europe) (in administration)
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee should be sent:

Banesco Banco Universal S.A.C.A.
Avenida Principal De Bello Monte
Entre Calles Lincoln Y Sorbona
Edificio Ciudad Banesco, Piso 3
Caracas, Venezuela
Attn: Marco Tulio Ortega

With a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: David LeMay, Esq.
Christy Rivera, Esq.

Court Claim # (if known): 62786
Claim Amount Filed: $ 3,063,130,884

Amount transferred (as allowed): only that portion of claim number 62786 relating to ISIN XS0336130835
Date Claim Filed: 11/2/09
Debtor against claim filed: Lehman Brothers Holdings Inc.

Phone: +58 (212) 501 8344
Last Four Digits of Acct #:  N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 2/12/2014
    Transferee/Transferee's Agent
Name: Maria Rebeca Fontalvo
Title: VPE de Tesorería

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITIES

TO:   LEHMAN BROTHERS HOLDINGS, INC. AND THE BANKRUPTCY COURT

1. Lehman Brothers International (Europe) (in administration) ("Transferor") by and through Anthony Victor Lomas, Steven Anthony Pearson, Paul David Copley, Russell Downs and Julian Guy Parr (the "Joint Administrators" and each a "Joint Administrator") without personal liability, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Settlement Deed dated 11 February, 2014 and entered into, among others, between the Transferor and the Transferee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to Banesco Banco Universal, S.A.C.A. ("Transferee") all right, title and interest in that portion of Proof of Claim Number 62786 filed by or on behalf of Transferor's predecessor in interest against Lehman Brothers Holdings, Inc., formerly a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York, administered under Case No. 08-13555 (JMP), relating to the nominal amount of ISIN XS0336130835 bearing blocking number 6032415 (the "Transferred Claim").

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all notices or payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

3. One of the Joint Administrators has signed this Evidence of Partial Transfer on behalf of all the Joint Administrators as agents for and on behalf of Transferor and neither they, their firm, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Partial Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Administrators and shall operate as a waiver of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Partial Transfer, the Joint Administrators, their firm, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Partial Transfer as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this day of

Lehman Brothers International (Europe)
(In Administration)
By: _____
Name: Russell Downs
Title: Joint Administrator
For and on behalf of
Lehman Brothers International (Europe) (in administration) acting as its agent and without personal liability

Level 23
25 Canada Square
London E14 5LQ
United Kingdom

Banesco Banco Universal, S.A.C.A.
By: _____
Name: Maria Rebeca Fontalvo
Title: VPE de Tesoreria

Ciudad Banesco
Avenida Principal De Bello Monte
Entre Calles Lincoln Y Sorbona
Edificio Ciudad Banesco, Piso 3
Caracas, Venezuela