UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

### ORDER TO SHOW CAUSE TO CONSIDER MOTION OF LEHMAN BROTHERS HOLDINGS INC. PURSUANT TO BANKRUPTCY RULE 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT REGARDING CLAIMS OF FEDERAL HOME LOAN MORTGAGE CORPORATION

Upon the motion, dated February 12, 2014 (ECF No. 42754) (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for approval of a settlement agreement regarding the claims of Federal Home Loan Mortgage Corporation, as more fully described in the Motion; and upon the Declaration of Alfredo R. Pérez pursuant to Local Bankruptcy Rule 9077-1(a) attesting to the necessity for relief by Order to Show Cause; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that a hearing (the "Hearing") to consider the Motion shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 621, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **February 19, 2014 at 10:00 a.m. (Prevailing Eastern Time),** or as soon thereafter as counsel may be heard; and it is further

ORDERED that notice of the Hearing shall be given by sending a copy of this

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

US_ACTIVE:\44422610\1\58399.0011

Order and the Motion, via e-mail, fax, or overnight mail, on or before **February 13, 2014** to (i) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq. (the "U.S. Trustee"); (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) all parties who have requested notice in these chapter 11 cases; (vi) Landman, Corsi, Ballaine & Ford P.C., 120 Broadway, New York, New York 10271, Attn: Mark S. Landman, Esq., attorneys for Federal Home Loan Mortgage Corporation ("Freddie Mac"); and (vii) Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022, Attn: Michael J. Canning, Esq., attorneys for Federal Housing Finance Agency, as conservator for Freddie Mac; and it is further

ORDERED that objections and responses, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 upon: (i) the chambers of the Honorable Shelley C Chapman, One Bowling Green, New York, New York 10004; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Alfredo R. Pérez, Esq. and Sunny Singh, Esq., attorneys for LBHI and certain of its affiliates; (iii) the U.S.

2

Trustee; (iv) all parties who have requested notice in these chapter 11 cases; (v) Landman, Corsi, Ballaine & Ford P.C., 120 Broadway, New York, New York 10271, Attn: Mark S. Landman, Esq., attorneys for Freddie Mac; and (vi) Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022, Attn: Michael J. Canning, Esq., attorneys for Federal Housing Finance Agency, as conservator for Freddie Mac, so as to be so filed and received no later than **February 18, 2014 at 12:00 p.m. (Prevailing Eastern Time)**; and it is further

ORDERED that notice given in accordance with the provisions of this Order shall constitute good and sufficient notice of the Hearing on the Motion, and all other matters to be heard in connection therewith.

Dated: February 13, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE