B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>     Case No. <u>08-13555 (JMP)</u>
                                                        (Jointly Administered)
                    Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>VÄRDE INVESTMENT PARTNERS, L.P</u> | <u>BANC OF AMERICA CREDIT PRODUCTS INC.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

8500 Normandale Lake Blvd, Suite 1500
Minneapolis, MN  55437
Attention:    Edwina Steffer
Telephone:    952-374-6983
Facsimile:    952-893-9613
Email:        esteffer@varde.com / operations@varde.com

Court Claim # (if known): <u>67269</u>
Amount of Claim Transferred: <u>$184,000.00 (as allowed)</u>
Date Claim Filed: <u>12/20/2010</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Scott T. Hartman    Date: 2/12/2014
       Transferee/Transferee's Agent   Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
       Transferor/Transferor's Agent

**Ronald Torok**
**Managing Director**