B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>,<br><br>Debtors. | Case No. <u>08-13555 (JMP)</u><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>VÄRDE INVESTMENT PARTNERS, L.P</u><br>Name of Transferee | <u>BANC OF AMERICA CREDIT PRODUCTS INC.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>8500 Normandale Lake Blvd, Suite 1500<br>Minneapolis, MN 55437<br>Attention:    Edwina Steffer<br>Telephone:   952-374-6983<br>Facsimile:   952-893-9613<br>Email:       esteffer@varde.com /<br>operations@varde.com | Court Claim # (if known): <u>21915</u><br>Amount of Claim Transferred: <u>$694,116.78 (as allowed)</u><br>Date Claim Filed: <u>9/21/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  **Scott T. Hartman**
      Transferee/Transferee's Agent  **Managing Director**    Date: 2/12/2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
      Transferor/Transferor's Agent
      **Ronald Torok**
      **Managing Director**