B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

VÄRDE INVESTMENT PARTNERS, L.P
Name of Transferee

BANC OF AMERICA CREDIT PRODUCTS INC.
Name of Transferor

Name and Address where notices to transferee should be sent:

8500 Normandale Lake Blvd,  Suite 1500
Minneapolis, MN  55437
Attention:       Edwina Steffer
Telephone:     952-374-6983
Facsimile:      952-893-9613
Email:           esteffer@varde.com /
operations@varde.com

Court Claim # (if known): 31534
Amount of Claim Transferred: $59,270.00     (as allowed)
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Special Financing Inc.

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Scott T. Hartman
      Transferee/Transferee's Agent    Managing Director

Date: _____2/12/2014_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
      Transferor/Transferor's Agent

        **Ronald Torok**
      **Managing Director**