B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, <br><br> Debtors. | Case No. <u>08-13555 (JMP)</u> <br> (Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>VÄRDE INVESTMENT PARTNERS, L.P</u>  
Name of Transferee

<u>BANC OF AMERICA CREDIT PRODUCTS INC.</u>  
Name of Transferor

Name and Address where notices to transferee should be sent:

8500 Normandale Lake Blvd,  Suite 1500  
Minneapolis, MN  55437  
Attention:       Edwina Steffer  
Telephone:      952-374-6983  
Facsimile:       952-893-9613  
Email:             esteffer@varde.com / operations@varde.com

Court Claim # (if known): <u>67268</u>  
Amount of Claim Transferred: <u>$972,706.23 (as allowed)</u>  
Date Claim Filed: <u>12/20/2010</u>  
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Scott T. Hartman, Managing Director     Date: 2/12/2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent
Ronald Torok
Managing Director