WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO CLAIM NO. 62723 OF BANESCO HOLDINGS CA

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing the remaining portion of its *Objection To Claim No. 62723 of Banesco Holdings CA* [ECF No. 37327].

Dated: February 13, 2014
         New York, New York

                                           /s/ Robert J. Lemons
                                           Robert J. Lemons

                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone:  (212) 310-8000
                                           Facsimile:  (212) 310-8007

                                           Attorneys for Lehman Brothers Holdings Inc.
                                           and Certain of Its Affiliate

US_ACTIVE:\44427342\1\58399.0011