UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. : 
: 
------------------------------------------------------------------x Ref. Docket Nos. 42177, 42225, 42226, 42343, 42370, 42373, 42436, 42437, 42447, 42448, 42450, 42452, 42454, 42455, 42457-42459, 42462, 42463, 42466, 42467, 42469, 42471, 42472, 42474, 42475, 42514, 42519-42521, 42529, 42530, 42532, 42533, 42535

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 10, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
13th day of February, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 42177, 42225, 42226...42532, 42533, 42535_AFF_2-10-14.doc

# EXHIBIT A

08-13555-mg    Doc 42781    Filed 02/13/14    Entered 02/13/14 17:08:28    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
     TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC    DANIEL MIRANDA & ANTHONY VITIELLO
     ATTN: JENNA YOO & HOWARD LEE                         745 SEVENTH AVENUE, 2ND FLOOR
     1301 SIXTH AVENUE, 8TH FLOOR                         NEW YORK NY 10019
     NEW YORK NY 10019
```

Please note that your claim # 15830 in the above referenced case and in the amount of
$14,783,309.00  allowed at $7,951,526.90     has been transferred **(unless previously expunged by court order)**

```
VARDE INVESTMENT PARTNERS, L.P.
TRANSFEROR: BARCLAYS BANK PLC
ATTN: EDWINA P.J. STEFFER
8500 NORMANDALE LAKE BOULEVARD, SUTIE 1500
MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42514    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/10/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 10, 2014.

EXHIBIT B

08-13555-mg    Doc 42781    Filed 02/13/14    Entered 02/13/14 17:08:28    Main Document
Pg 4 of 6

```
TIME: 14:22:41                              LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 02/10/14                                   CREDITOR LISTING

Name                                              Address
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/RYAN WEDDLE
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA MONTE DEI PASCHI DI SIENA SPA               TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: VALERIA VIGANO PIAZZA SALIMBENI 3 SIENA 53100 ITALY
BANQUE CANTONAL VAUDOISE                          TRANSFEROR: UBS AG ATTN: ANNE PARIS PLACE CHAUDERON 8 LAUSANNE 1003 SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ANDREW CALLAHAN, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BEDROK SECURITIES LLC                             TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BEDROK SECURITIES LLC                             TRANSFEROR: PULSAR RE, LTD. ATTN: JENNA YOO AND HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BEDROK SECURITIES LLC                             TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                             TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                             TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII PARALLEL, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                             TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                             TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY 10022
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR
                                                  NEW YORK NY 10152
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SPCP GROUP, LLC ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
FFI FUND LTD.                                     SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
FFI FUND LTD.                                     SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019
FFI FUND LTD.                                     C/O BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET 17TH FLOOR BOSTON MA 02116
FYI LTD.                                          SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
FYI LTD.                                          SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019
FYI LTD.                                          C/O BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET 17TH FLOOR BOSTON MA 02116
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLF LP                                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: BARCLAYS BANK PLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR
                                                  LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
  DELAWARE, L.P.
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
  DELAWARE, L.P.
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: JPMORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
  DELAWARE, L.P.
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: JPMORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
  PARALLEL, L.P.
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
  PARALLEL, L.P.                                  LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP               TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
                                                  LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP               TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:22:41                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  2
DATE: 02/10/14                                              CREDITOR LISTING

Name                                            Address
OAKTREE OPPORTUNITIES FUND VIII, LP             TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP             TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP             TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                                LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                          333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OLIFANT FUND, LTD.                              SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
OLIFANT FUND, LTD.                              SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019
OLIFANT FUND, LTD.                              C/O BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET 17TH FLOOR BOSTON MA 02116
PULSAR RE, LTD.                                 STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038
PULSAR RE, LTD.                                 CANON'S COURT 22 VICTORIA STREET ATTN: SUSAN FURMAN HAMILTON HM 12 BERMUDA
ROYAL BANK OF SCOTLAND, PLC, THE                TRANSFEROR: FFI FUND LTD. ATTN: RICHARD DALESSIO 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                TRANSFEROR: FYI LTD. ATTN: RICHARD DALESSIO 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                TRANSFEROR: OLIFANT FUND, LTD. ATTN: RICHARD DALESSIO 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOLUS RECOVERY FUND LP                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SVENSKA HANDELSBANKEN HCOS-C                    TRANSFEROR: UBS AG ATTN: JENNIE OLVEHED BLASIEHOLMSTORG 11 STOCKHOLM SE-106 70 SWEDEN
UBS AG                                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, L.P.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUTIE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed                 60

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```