UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. : 
: 
----------------------------------------------------------------x Ref. Docket No. 41331

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 10, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
13th day of February, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 42782    Filed 02/13/14    Entered 02/13/14 17:10:59    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   FAHMY, SHADIA
              3, ABDALA NOUR STREET
              CAIRO EGYPT


Additional:   FAHMY, SHADIA
              DR.SCHACKOW & PARTNER
              FAO MR.KLAAS BORCHERT
              JUNGFERNSTEIG 30
              HAMBURG 20354 GERMANY




Transferee:   BETHMANN BANK AG
              BETHMANNSTRASSE 7-9
              FRANKFURT AM MAIN 60311 GERMANY



Your transfer   of claim #   55413   is defective for the reason(s) checked below:

Other                                 REQUESTED CLARIFICATION ON TRANSFER AMOUNTS-NO RESPONSE




Docket Number 41331              Date 11/18/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 10, 2014.

# EXHIBIT B

```
TIME: 14:24:00                                    LEHMAN BROTHERS HOLDING INC.                                   PAGE:  1
DATE: 02/10/14                                          CREDITOR LISTING

Name                          Address
BETHMANN BANK AG              BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN   60311 GERMANY
FAHMY, SHADIA                 3, ABDALA NOUR STREET CAIRO    EGYPT
FAHMY, SHADIA                 DR.SCHACKOW & PARTNER FAO MR. KLAAS BORCHERT JUNGFERNSTEIG 30 HAMBURG   20354 GERMANY


Total Number of Records Printed    3


                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```