UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           : Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         : 08-13555 (SCC)
                                                                : (Jointly Administered)
                        Debtors.                                :
                                                                :
---------------------------------------------------------------x Ref. Docket Nos. 42163, 42168,
                                                                  42255, 42259, 42384, 42392-42394,
                                                                  42470, 42536, 42537, 42539, 42544,
                                                                  42546-42550, 42644-42654

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 11, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                              Lauren Rodriguez
13th day of February, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.
      TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
      ATTN: BRIAN BLESSING
      1615 BRETT ROAD, BLDG. 3
      NEW CASTLE DE 19720
```

Please note that your claim # 18969-08 in the above referenced case and in the amount of
$4,688,681.81  allowed at $1,203,962.99     has been transferred **(unless previously expunged by court order)**

```
BLACKWELL PARTNERS LLC                          BLACKWELL PARTNERS LLC
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.   DAVID J. KARP
C/O MAGNETAR FINANCIAL LLC                      SCHULTE ROTH & ZABEL LLP
ATTN: TARJA BENTGARDE                           919 THIRD AVENUE
1603 ORRINGTON AVENUE, 13TH FLOOR               NEW YORK NY 10022
EVANSTON IL 60201
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42644    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2014.

EXHIBIT B

```
TIME: 14:59:09                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 02/11/14                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SAC ARBITRAGE FUND, LLC C/O BANK OF AMERICA MERRILL LYNCH; BOA TOWER ONE BRYANT PARK 3RD FL; ATTN: GARY S COHEN, ANTE JAKIC NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SAC GLOBAL INVESTMENTS LP C/O BANK OF AMERICA MERRILL LYNCH; BOA TOWER ONE BRYANT PARK 3RD FL; ATTN: GARY S COHEN, ANTE JAKIC NEW YORK NY 10036 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII PARALLEL 2, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII PARALLEL, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BLACKWELL PARTNERS LLC | DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IREME DIAE DE SAAVEDRA 53RD E ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA REPUBLIC OF PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA REPUBLIC OF PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA REPUBLIC OF PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA REPUBLIC OF PANAMA |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: BRIAN BLESSING 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: BRIAN BLESSING 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: EUROSAIL PRIME-UK 2007-A PLC C/O CITIBANK N.A.; ATTN: VINCENT J. FARRELL 1615 BRETT ROAD, BLDG 3 NEW CASTLE 42123 ITALY |
| EUROSAIL PRIME-UK 2007-A PLC | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY |
| HIPPARCHUS MASTER FUND LTD. | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| HIPPARCHUS MASTER FUND LTD. | DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| HIPPARCHUS MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| ILLIQUIDX LLP | TRANSFEROR: CASSA DI RISPARMIO DI FIRENZE S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: COUNTY OF DUPAGE, ILLINOIS, THE ONE STATION PLACE THREE NORTH STAMFORD CT 06902 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FIFTH THIRD MORTGAGE COMPANY C/O FIFTH THIRD BANK ATTN: RICHARD BIGGICA THE METRO CENTER ONE STATION PLACE - 3N STAMFORD CT 06902 |
| MAGNETAR CAPITAL MASTER FUND LTD. | DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| MAGNETAR CAPITAL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |

```
TIME: 14:59:09                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 02/11/14                                         CREDITOR LISTING

Name                                              Address
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
2, L.P.                                           333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: BARCLAYS BANK PLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
2, L.P.                                           LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
2, L.P.                                           LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
2, L.P.                                           LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
2, L.P.                                           LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
2, L.P.                                           LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
2, L.P.                                           333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
2, L.P.                                           333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII PARALLEL          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
2, L.P.                                           333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
PARALLEL, L.P.                                    333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: BARCLAYS BANK PLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
PARALLEL, L.P.                                    LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
PARALLEL, L.P.                                    LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
PARALLEL, L.P.                                    LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
PARALLEL, L.P.                                    LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
PARALLEL, L.P.                                    LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
PARALLEL, L.P.                                    333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP               TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP               TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO; JEFF ARNOLD
                                                  333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,          TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071
L.P.
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
SAC ARBITRAGE FUND, LLC                           ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902
SAC ARBITRAGE FUND, LLC                           MATTHEW A. FELDMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
SAC GLOBAL INVESTMENTS LP                         ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902
SAC GLOBAL INVESTMENTS LP                         MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
SOLUS RECOVERY FUND II MASTER LP.                 TRANSFEROR: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC C/O SOLUS ALTERNATIVE ASSET MGMT LP; ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPECTRUM OPPORTUNITIES MASTER FUND                DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
SPECTRUM OPPORTUNITIES MASTER FUND                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
                                                  ──────
Total Number of Records Printed      71                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```