B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.           Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>                <u>PCI Fund L.L.C.</u>
Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): <u>17247</u>
should be sent:                                         Amount of Claim: <u>$580,000,000.00 (allowed)</u>
                                                        Transferred Amount: <u>$350,000.00 (allowed)</u>
30 Hudson Street, 5th Floor                             Date Claim Filed: <u>9/18/09</u>
Jersey City, NJ 07302                                   Debtor: <u>Lehman Brothers Holdings Inc.</u>
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni

15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: 2/12/2014
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

PCI FUND L.L.C.
By:    Anchorage Capital Group, L.L.C., its Investment Manager

By: _____
Transferor/Transferor's Agent

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
     Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

PCI FUND L.L.C.
By:    Anchorage Capital Group, L.L.C., its Investment Manager

By: _____
     Transferor/Transferor's Agent
     MICHAEL AGLIALORO
     Executive Vice President

16