UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland N.V.

Name and Address where notices to transferee should be sent: The Royal Bank of Scotland N.V. 30/F., AIA Central, 1 Connaught Road Central, HONG KONG

Name of Transferor: ABLEMEN & ASSOCIATES LTD

Claim No.: 66158

Amount of Claim: USD 38,508.93

Date Claim Filed: 21 January 2010

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:___6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

ABLEMEN & ASSOCIATES LTD ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 66158 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

ABLEMEN & ASSOCIATES LTD

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:   Head of Tail Management, Asia
         Retail and Commercial Markets, Asia