CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH THE MBTAA 2006-A TRUST**

**PLEAE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby withdraws Proof of Claim number 31039, against Lehman Brothers Holdings Inc., and Proof of Claim number 31032, against Lehman Brothers Special Finance Inc., relating to the above referenced

trust. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

Dated: February 17, 2014
      New York, New York

                Respectfully submitted,

                By: _s/ Craig M. Price_____

                Counsel to U.S. Bank National Association, as Trustee