UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc.,

Debtor.

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland
N.V.

Name and Address where notices to transferee
should be sent: The Royal Bank of Scotland N.V.
30/F., AIA Central, 1 Connaught Road Central,
HONG KONG

Name of Transferor: YAU MARGARITA

Claim No.: 57071

Amount of Claim: USD 50,000.00

Date Claim Filed: 30 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:_____       Date:____6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
11 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    THE DEBTORS AND THE BANKRUPTCY COURT

YAU MARGARITA ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 57071 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YAU MARGARITA

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:   Head of Tail Management, Asia
         Retail and Commercial Markets, Asia

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br><br>Lehman Brothers Holdings Inc.,<br><br><br>          Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland N.V.

Name of Transferor: YAU WAI LIN & HO SING CHUEN

Name and Address where notices to transferee should be sent: The Royal Bank of Scotland N.V. 30/F., AIA Central, 1 Connaught Road Central, HONG KONG

Claim No.: 57198

Amount of Claim: USD 40,000.00

Date Claim Filed: 20 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:_____     Date:___6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
11 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

YAU WAI LIN & HO SING CHUEN ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 57198 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YAU WAI LIN & HO SING CHUEN

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:   Head of Tail Management, Asia
         Retail and Commercial Markets, Asia

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br><br>Lehman Brothers Holdings Inc.,<br><br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland N.V.

Name of Transferor: YAU WAI LIN & HO SING CHUEN

Name and Address where notices to transferee should be sent: The Royal Bank of Scotland N.V. 30/F., AIA Central, 1 Connaught Road Central, HONG KONG

Claim No.: 57199

Amount of Claim: USD 30,000.00

Date Claim Filed: 20 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:___6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

     YAU WAI LIN & HO SING CHUEN ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 57199 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

     Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YAU WAI LIN & HO SING CHUEN

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:  Head of Tail Management, Asia
       Retail and Commercial Markets, Asia

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br><br>Lehman Brothers Holdings Inc.,<br><br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**PURSUANT TO RULE 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland N.V.

Name of Transferor: YAU WAI LIN & HO SING CHUEN

Name and Address where notices to transferee should be sent: The Royal Bank of Scotland N.V. 30/F., AIA Central, 1 Connaught Road Central, HONG KONG

Claim No.: 57196

Amount of Claim: USD 20,000.00

Date Claim Filed: 20 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____     Date:____6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

YAU WAI LIN & HO SING CHUEN ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 57196 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YAU WAI LIN & HO SING CHUEN

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:  Head of Tail Management, Asia
        Retail and Commercial Markets, Asia

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br><br>Lehman Brothers Holdings Inc.,<br><br><br><br>                       Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland N.V.

Name and Address where notices to transferee should be sent:  The Royal Bank of Scotland N.V. 30/F., AIA Central, 1 Connaught Road Central, HONG KONG

Name of Transferor:  YEE HEUNG MING

Claim No.: 50879

Amount of Claim: USD 120,000.00

Date Claim Filed: 28 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____            Date:___6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTORS AND THE BANKRUPTCY COURT

YEE HEUNG MING ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 50879 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YEE HEUNG MING

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:  Head of Tail Management, Asia
        Retail and Commercial Markets, Asia

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br><br>Lehman Brothers Holdings Inc.,<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland N.V.

Name and Address where notices to transferee should be sent: The Royal Bank of Scotland N.V. 30/F., AIA Central, 1 Connaught Road Central, HONG KONG

Name of Transferor: YEUNG LAI FAN

Claim No.: 50738

Amount of Claim: USD 100,000.00

Date Claim Filed: 28 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:___6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

YEUNG LAI FAN ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 50738 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YEUNG LAI FAN

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:  Head of Tail Management, Asia
        Retail and Commercial Markets, Asia

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc.,

Debtor.

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland
N.V.

Name and Address where notices to transferee
should be sent: The Royal Bank of Scotland N.V.
30/F., AIA Central, 1 Connaught Road Central,
HONG KONG

Name of Transferor: YEUNG YING FONG

Claim No.: 45399

Amount of Claim: USD 25,672.62

Date Claim Filed: 23 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:_____          Date:___6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
11 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    THE DEBTORS AND THE BANKRUPTCY COURT

YEUNG YING FONG ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 45399 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YEUNG YING FONG

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title: Head of Tail Management, Asia
        Retail and Commercial Markets, Asia

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc.,

                                    Debtor.

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland N.V.

Name of Transferor: YICK WING LAM WILLIAM & KUK MEI LAI

Name and Address where notices to transferee should be sent: The Royal Bank of Scotland N.V. 30/F., AIA Central, 1 Connaught Road Central, HONG KONG

Claim No.: 45800

Amount of Claim: USD 66,748.82

Date Claim Filed: 26 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:____6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  THE DEBTORS AND THE BANKRUPTCY COURT

YICK WING LAM  WILLIAM & KUK MEI LAI ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 45800  filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YICK WING LAM  WILLIAM & KUK MEI LAI

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:  Head of Tail Management, Asia
        Retail and Commercial Markets, Asia

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc.,

                                    Debtor.

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Name of Transferee: The Royal Bank of Scotland N.V.

Name of Transferor: YICK WING LAM WILLIAM & KUK MEI LAI

Name and Address where notices to transferee should be sent: The Royal Bank of Scotland N.V. 30/F., AIA Central, 1 Connaught Road Central, HONG KONG

Claim No.: 45801

Amount of Claim: USD 200,000.00

Date Claim Filed: 26 October 2009

Telephone: (852) 3961-3018
Attention: Client Engagement Team

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____                Date:___6 February 2014_____
On behalf of The Royal Bank of Scotland N.V.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

YICK WING LAM WILLIAM & KUK MEI LAI ("Transferor") has unconditionally and irrevocably transferred and assigned to THE ROYAL BANK OF SCOTLAND N.V. ("Transferee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates (the "Debtors"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as set forth in the proof of claim No. 45801 filed by Transferor with the Bankruptcy Court in respect of the foregoing claim.

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing claim, recognizing Transferee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6 day of February 2014.

YICK WING LAM WILLIAM & KUK MEI LAI

By: _____
Name:
Title:

THE ROYAL BANK OF SCOTLAND N.V.

By: _____
Name: David Campbell
Title:   Head of Tail Management, Asia
         Retail and Commercial Markets, Asia