## EVIDENCE OF TRANSFER OF CLAIM

TO:   In re: Lehman Commercial Paper Inc.;
      and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Ore Hill Hub Fund Ltd. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the Cantor Fitzgerald Securities (the "Buyer") pursuant to a Transfer of Claim Agreement dated February 14, 2014 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against In re: Lehman Commercial Paper Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.,* Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$396,362.91 (the "Claim") and docketed as claim number 21914.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14 day of February, 2014

**SELLER:**

**ORE HILL HUB FUND, LTD.**
By: GLG Ore Hill LLC
Its: Investment Advisor

By:_____
Name:
Title:

**BUYER:**

**CANTOR FITZGERALD SECURITIES**

By:_____
Name:    James Bond
Title:   Chief Operating Officer



[signature page to Transfer of Evidence of Transfer of Claim Agreement – Ore Hill to CFS]

A-2

## EVIDENCE OF TRANSFER OF CLAIM

TO: In re: Lehman Commercial Paper Inc.;
and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Ore Hill Hub Fund Ltd. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the Cantor Fitzgerald Securities (the "Buyer") pursuant to a Transfer of Claim Agreement dated February 14, 2014 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against In re: Lehman Commercial Paper Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$396,362.91 (the "Claim") and docketed as claim number 21914.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14 day of February, 2014

| SELLER: | BUYER: |
|---|---|
| **ORE HILL HUB FUND, LTD.**<br>By: GLG Ore Hill LLC<br>Its: Investment Advisor | **CANTOR FITZGERALD SECURITIES** |
| By: _____<br>Name: FREDERICK J. WAHL<br>Title: MD | By: _____<br>Name:<br>Title: |

[signature page to Transfer of Evidence of Transfer of Claim Agreement – Ore Hill to CFS]

A-2