Alex D. Vukailovic  
Diplomkaufmann

60431 Frankfurt/Main  
Höhenblick 52a  
Tel.:   069-53 35 87  
      069-52 66 46  
Fax:   069-53 98 96  
E-Mail:  
vukailovic@aol.com

Chambers of the Hon. James Peck  
One Bowling Green  
NEW YORK, NY 10004  
Cortroom 601

Weil, Gotshal & Menges  
767 Fifth Avenue  
NEW YORK, NY 10153  
Attn.: Mr. P.D. Isakoff & Mr. G.A. Fail Esq.

Jan. 7th 2014

Office of the US Trustee for Region 2  
Federal Office Building  
201 Varick Street, Suite 1006  
NEW YORK, NY 10014  
Attn.: Mr. W.K. Harrington, S. Golden

Ladies and Gentlemen,

Subj.: Lehman Brothers Holdings Inc. et al.  
      Chapter 11 case 08-13555 (JMP), my claim 41609  
      Letter of WEIL, GOTSHAL dated Dec. 20th 2013

in response to the above letter I object to the 450th objection by the debtor.

I have bought on April 4th 2006 a 6.625 % Bond of LEHMAN BROS. UK CAPITAL, a english subsidiary of the those days large and reputable entity of the LEHMAN BROTHERS Group. It was naturally understood, that the mother company of LEHMAN is liabable for the engagements of her various subsidiaries, bearing the same name, namely LEHMAN BROTHRERS. By using this name, the guaranty of the Holding Company naturally existed. The name of LEHMAN BROTHERS was used to place and sell that bond.

Therefor I strongly object any objections by the debtors to fulfill the obligation of payment.

According the Document of the DRESDNER BANK, where I bought the bond on April 4th 2005, the amount to be reimbursed to me is EURO 20.000.- not US-Dollars.

After reading the book TOO BIG TO FAIL, I feel confirmed that my request is justified.

I look forward to to further decisions of the Hon. James Beck at the Hearing on Jan. 28th 2014

Respectfully

[signature]

1/2

**DRESDNER BANK AG**

FRANKFURT  041 379 015142/NV  Blatt 1/1
Datum: 18.04.2005
Referenz-Nr: 77/ 7644050/606440501
Rechnungsnummer: WPE/20050415/7644050

Depotkonto-Nr
400 2 036 587 00

Konto-Inhaber
Alexius Vukailovic oder
Gisela Vukailovic

Geldkonto-Nr
400 2 036 587 00

Abs: 60613 Frankfurt/M
564/0329/0013442/18//85359-04.05/0,55EUR

Alexius Vukailovic oder Gisela Vukailovic
Höhenblick 52 A

60431 Frankfurt am Main

*[handwritten: Ausweis of Eur 20.000,-]*

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|---|
| EUR | 20.000 | 6,625% | LEHMAN BROS UK CAPITAL FDG LP -NACHRANG.-EUR-FLR-NOTES V.05 (30.03.10)(UND.)(AB 2007VAR.) 30.MRZ +30.03.2006 | A0D0CC XS0215349357 |

Wir haben am 15.04.2005 an Sie verkauft:

Kurs                                                                                  100,35 %

Es ergibt sich folgende Abrechnung:

Kurswert                                                                              EUR
Zinsen für 20 Tage                                                         20.070,00
Provision                                                                           73,61 +
                                                                                    70,24 +

Mit Wertstellung vom 20.04.2005 belasten wir Ihr Konto mit:           20.213,85 =

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(WERTPAPIERRECHNUNG/Lagerland GROSSBRIT.)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Vorgemerkter Stückzins/Zwischengewinn 73,61 EUR
Gezahlte Zinsen/Zwischengewinne können in Ihrer Steuererklärung berücksichtigt werden. Bitte Beleg aufbewahren.

2/2

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid without signature
Bitte Rückseite beachten / Please see reverse side