WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                :    **08-13555 (SCC)**
                                                            :
                            Debtors.                        :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE**
**SEVENTIETH OMNIBUS HEARING ON FEBRUARY 19, 2014 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 621**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**I.    STATUS CONFERENCE:**

1.    State of the Estate

**II.    CONTESTED MATTER:**

2.    Motion of Lehman Brothers Holdings Inc. Pursuant to Bankruptcy Rule 9019 For Approval of Settlement Agreement Regarding Claims of Federal Home Loan Mortgage Corporation [**ECF No. 42754**]

    Response Deadline:    February 18, 2014 at 12:00 p.m.

Related Document:

  A. Order to Show Cause to Consider Motion of Lehman Brothers Holdings Inc. Pursuant to Bankruptcy Rule 9019 For Approval of Settlement Agreement Regarding Claims of Federal Home Loan Mortgage Corporation [**ECF No. 42759**]

Status: This matter is going forward.

## III. ADVERSARY PROCEEDINGS:

3. Lehman Brothers Holdings Inc., *et al*. v. Syncora Guarantee Inc. [**Adversary Proceeding No. 13-01341**]

**Motion for Summary Judgment**

Related Documents:

  A. Joint Statement of Undisputed Facts in Respect of Lehman Brothers Holdings Inc.'s Motion for Summary Judgment of its Complaint Against Syncora Guarantee Inc. and Any Cross-Motion to be Filed by Syncora Guarantee Inc. [**ECF No. 14**]

  B. So Ordered Stipulation and Agreed Order Setting Briefing Schedule in Connection with Lehman Brothers Holdings Inc.'s Motion for Summary Judgment of its Complaint Against Syncora Guarantee Inc. [**ECF No. 15**]

  C. LBHI's Memorandum in Support of Motion for Summary Judgment [**ECF No. 17**]

  D. Amended So Ordered Stipulation and Agreed Order Setting Revised Briefing Schedule in Connection with Lehman Brothers Holdings Inc.'s Motion for Summary Judgment of Its Complaint Against Syncora Guarantee Inc. [**ECF No. 19**]

  E. Syncora's Memorandum of Law in Opposition to LBHI's Motion for Summary Judgment [**ECF No. 20**]

  F. LBHI's Reply in Further Support to Motion for Summary Judgment [**ECF No. 22**]

  G. Syncora Guarantee Inc.'s Reply Memorandum of Law in Further Support of Its Cross Motion for Summary Judgment Against Lehman Brothers Holdings Inc. [**ECF No. 24**]

  H. Letter to the Honorable James M. Peck from Glenn E. Siegel Dated December 20, 2013 [**ECF No. 26**]

      I.      Letter filed by Michael Scott Vogel on behalf of Syncora Guarantee Inc. [**ECF No. 28**]

    Status:  This matter is going forward.

4.    Lehman Brothers Holdings Inc., *et al*. v. Credit Protection Trust 283, *et al*. [**Adversary Proceeding No. 12-01979**]

    **Pre-Trial Conference**

    Related Documents:

      A.      Amended Adversary Complaint [**ECF No. 2**]

      B.      Credit Protection Trust 283, *et al*.'s Answer to Amended Complaint  [**ECF No. 9**]

      C.      LBHI's Answer to Counterclaim [**ECF No. 11**]

    Status:  This matter is going forward.

5.    Lehman Brothers Holdings Inc., *et al*. v. Credit Protection Trust 207, *et al*. [**Adversary Proceeding No. 12-01980**]

    **Pre-Trial Conference**

    Related Documents:

      A.      Amended Adversary Complaint [**ECF No. 2**]

      B.      Credit Protection Trust 207, *et al*.'s Answer to Amended Complaint  [**ECF No. 9**]

      C.      LBHI's Answer to Counterclaim [**ECF No. 11**]

    Status:  This matter is going forward.

**IV.**    **ADJOURNED MATTERS:**

**A.**    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

6.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies [**ECF No. 11513**]

    Response Deadline:   February 9, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection [**ECF No. 14398**]

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection [**ECF No. 14462**]

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion [**ECF No. 11514**]

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection [**ECF No. 14454**]

Status:  This matter has been adjourned to a date to be determined.

7. Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    September 11, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to March 19, 2014 at 10:00 a.m.

8. Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:    September 26, 2013 at 4:00 p.m.

Response Received:

    A.    LBHI's Opposition [**ECF No. 40232**]

Related Documents:  None.

Status:  This matter has been adjourned to March 19, 2014 at 10:00 a.m.

9. Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. to Enforce the Automatic Stay, the Plan, and the Confirmation Order Against Picbengro, LLC [**ECF No. 41486**]

Response Deadline:    February 21, 2014 at 4:00 p.m.

4

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to March 19, 2014 at 10:00 a.m.

10. Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40066**]

Response Deadline:  October 15, 2013 at 4:00 p.m.

Response Received:

 A. Opposition of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40550**]

Related Documents:

 B. LBHI's Reply to Opposition of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation to Lehman Brothers Holdings Inc.'s Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 40630**]

 C. Summary of Arguments in Support of the Motion to Classify and Allow the Claim Filed by the Federal Home Loan Mortgage Corporation (Claim No. 33568) in LBHI Class 3 [**ECF No. 42020**]

 D. Declaration of Alfredo R. Pérez [**ECF No. 42019**]

 E. Supplemental Memorandum of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation in Opposition to Lehman Brothers Holdings Inc.'s Motion to Classify [**ECF No. 42026**]

 F. Declaration of Michael J. Canning in Support of the Supplemental Memorandum of the Federal Housing Finance Agency and the Federal Home Loan Mortgage Corporation in Opposition to Lehman Brothers Holdings Inc.'s Motion to Classify [**ECF No. 42025**]

 G. Stipulation and Agreement by and Among Fannie Mae, Freddie Mac and the Debtors Regarding the Debtors' Third Amended Plan [**ECF No. 22998**]

    H. Pages 1951-1956 of the Report of Anton R. Valukas, Examiner [**ECF No. 7531**]

   Status:  This matter has been adjourned to March 19, 2014 at 10:00 a.m.

**B.** **Adversary Proceedings**

11. Lehman Brothers Holdings Inc., *et al*. v. Giants Stadium LLC [**Adversary Proceeding No. 13-01554**]

  **Pre-Trial Conference**

  Related Documents:

    A. Adversary Complaint [**ECF No. 1**]

    B. Motion to Dismiss Adversary Proceeding filed by Bruce E. Clark on behalf of Giants Stadium LLC [**ECF No. 10**]

    C. Declaration of Matthew A. Schwartz in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 11**]

    D. Declaration of Matthew A. Schwartz in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 13**]

   Status:  This matter has been adjourned to March 19, 2014 at 2:00 p.m.

12. Lehman Brothers Holdings Inc., *et al*. v. Credit Suisse, *et al*. [**Adversary Proceeding No. 13-01676**]

  **Pre-Trial Conference**

  Related Documents:

    A. Adversary Complaint [**ECF No. 1**]

    B. Amended Adversary Complaint [**ECF No. 2**]

    C. So Ordered Stipulation and Order Extending the Time for the Defendants to Move, Answer or Otherwise Respond to the Complaint to and including January 27, 2014 [**ECF No. 3**]

    D.    Notice of Presentment of Scheduling Order and Discovery Plan [**ECF No. 4**]

    E.    Credit Suisse's Answer to Complaint [**ECF No. 9**]

<u>Status</u>: This matter has been adjourned to a date to be determined.

Dated: February 18, 2014
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

7