**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF THE FOUR HUNDRED FIFTY-SIXTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for February 27, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated:  February 18, 2014
        New York, New York

                                             **CURTIS, MALLET-PREVOST,**
                                              **COLT & MOSLE LLP**

                                             By:  */s/ L. P. Harrison 3rd*
                                                    L. P. Harrison 3rd
                                                    Cindi Eilbott Giglio
                                             101 Park Avenue
                                             New York, New York 10178-0061
                                             (212) 696-6000

                                             *Counsel for Lehman Brothers Holdings Inc.*
                                             *and Certain of Its Affiliates*

17610342