HEARING DATE AND TIME: February 27, 2014 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: February 18, 2014 at 4:00 p.m. (Eastern Time)

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020-1708
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

*Attorneys for U.S. Bank National Association, as Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No. 08-13555 (SCC) |

## CERTIFICATE OF SERVICE

I, Laura E. Appleby, an attorney, hereby certify that on the 18th day of February 2014, I caused a true and correct copy of the **Response of U.S. Bank National Association, as Trustee, to the Debtors' Four Hundred Fifty Third Omnibus Objection to Claims (Insufficient Documentation Claims) With Respect to Claim Numbers 67150 and 67151** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

The Chambers of the Honorable Shelley C. Chapman
Courtroom 621
One Bowling Green
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert Lemons, Esq. and
Ralph Miller, Esq.

3543788.01.02.doc

- 2 -

The Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York  10014
Attn:  William K. Harrington, Esq., Susan Golden, Esq.
and Andrea B. Schwartz, Esq.

/s/ Laura E. Appleby
_____
Laura E. Appleby