WHITE & CASE LLP
Richard A. Graham, Esq.
1155 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

Counsel for Certain Members and
Customers of the Members of the
*Deutscher Sparkassen und Giroverband*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
:
**In re**                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
:
Debtors.                                :    **(Jointly Administered)**
:
------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF MOTION OF CERTAIN MEMBERS AND CUSTOMERS OF MEMBERS OF THE DEUTSCHER SPARKASSEN UND GIROVERBAND FOR A DETERMINATION OF CLASSIFICATION OF CLAIMS**

 **PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the *Motion of Certain Members and Customers of Members of the Deutscher Sparkassen und Giroverband for a Determination of Classification of Claims* [ECF No. 40303] (the "Motion")[1] has been adjourned to **a date to be determined**.  The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Green, New York, New York, Room 621.

Dated: February 18, 2014
      New York, New York

                                  /s/ Richard A. Graham
                                Richard A. Graham

WHITE & CASE LLP
Richard A. Graham, Esq.
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Counsel for Certain Members and Customers of the Members of the *Deutscher Sparkassen und Giroverband*