WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
**In re**                                                     :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    **08-13555 (SCC)**
:
Debtors.                                       :    **(Jointly Administered)**
:
---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE FOUR**
**HUNDRED FIFTY-FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [ECF No. 42105] that was scheduled for February 27, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated: February 19, 2014
      New York, New York      /s/ Robert J. Lemons
                                             Robert J. Lemons
                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone:  (212) 310-8000
                                             Facsimile:   (212) 310-8007

                                             Attorneys for Lehman Brothers Holdings Inc.
                                             and Certain of Its Affiliates

US_ACTIVE:\44427322\2\58399.0008

## **Exhibit A**

**Adjourned Claim:**

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DEKA INTERNATIONAL S.A. | 19988 |
| DEKABANK DEUTSCHE GIROZENTRALE | 27709 |
| INTERNATIONAL FUND MANAGEMENT S.A. | 19986 |
| INTERNATIONAL FUND MANAGEMENT S.A. | 19987 |