HEARING DATE AND TIME: February 27, 2014 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: February 18, 2014 at 4:00 p.m. (Eastern Time)

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York  10020-1708
Telephone:  (212) 655-6000
Craig M. Price (CP-9039)

*Attorneys for U.S. Bank National Association, as Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No. 08-13555 (SCC) |

**EXHIBIT A TO RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, TO THE DEBTORS' FOUR HUNDRED FIFTY THIRD OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) WITH RESPECT TO CLAIM NUMBERS 67150 AND 67151**

On February 18, 2014, U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*" or the "*Trustee*"), by and through its counsel, Chapman and Cutler LLP, filed its timely Response to the Debtors' Four Hundred Fifty Third Omnibus Objection to Claims (Insufficient Documentation Claims) with respect to Claim Numbers 67150 and 67151 (the "*Claim*") [Docket No. 42905] (the "*Response*").  It has come to our attention that we inadvertently neglected to file Exhibit A thereto.  As a result, attached hereto as Exhibit A is the

3544404.01.01.doc

- 2 -

Exhibit A to the Response: a true and correct copy of the form of the Reserve Fund Agreement dated on or about April 7, 2004 by and between Covenant Medical Center, Inc., U.S. Bank and Lehman Brothers Special Financing Inc.

DATED:   February 19, 2014
         New York, New York

                                        Respectfully submitted,

                                        U.S. BANK NATIONAL ASSOCIATION, not
                                           individually but as Trustee

                                      By:_____s/ Craig M. Price_____
                                                   Craig M. Price
                                                   One of Its Attorneys