HEARING DATE AND TIME: February 27, 2014 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: February 18, 2014 at 4:00 p.m. (Eastern Time)

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York  10020-1708
Telephone:  (212) 655-6000
Craig M. Price (CP-9039)

*Attorneys for U.S. Bank National Association, as Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No. 08-13555 (SCC) |

## CERTIFICATE OF SERVICE

I, Laura E. Appleby, an attorney, hereby certify that on the 19th day of February 2014, I caused a true and correct copy of the **Exhibit A to Response of U.S. Bank National Association, as Trustee, to the Debtors' Four Hundred Fifty Third Omnibus Objection to Claims (Insufficient Documentation Claims) With Respect to Claim Numbers 67150 and 67151** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid or hand delivery, on the parties shown below.

*Via Hand Delivery:*

The Chambers of the Honorable Shelley C. Chapman
Courtroom 621
One Bowling Green
New York, New York 10004

*Via U.S. Mail:*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Robert Lemons, Esq. and
Ralph Miller, Esq.

3543788.01.02-1.doc

- 2 -

*Via U.S. Mail:*

The Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York  10014
Attn:  William K. Harrington, Esq., Susan Golden, Esq.
and Andrea B. Schwartz, Esq.

/s/ Laura E. Appleby
_____
Laura E. Appleby