**Evidence of Transfer**

FEB 18 2014

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
           Court")
           One Bowling Green
           New York, New York  10004
           Attention:  Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that *is*
based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| *Cert. Plus Lehman Bros.* <br> Treasury 06-12.5.2009 Reg. | XS0251909635 | LBT BV | LBH Inc. | **Units 840.00** <br> **out of** <br> **Units 48'035.00** |

**The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of
doubt, these Lehman Programs Securities are described on the Addendum to the Proof of
Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and
assigned to:

> Sparkasse KölnBonn
> Hahnenstr. 57
> 50667 Köln, Deutschland
> Telephone: 0221-22658380
> Fax: 0221-226458380
> Attention: Herbert Wolff

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No.
08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy
proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules
of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.
Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 24, 2014

UBS AG
Transferor

By: _____
    Name: Hugo Koller
    Title: Director

By: _____
    Name: Matthias Mohos
    Title: Associate Director

ACKNOWLEDGED BY:

Sparkasse KölnBonn
Transferee

By: _____
    Name: HERBERT WOLFF
    Title: TEAM LEADER

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.

Case No.:  08-13555 (JMP
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Sparkasse KölnBonn | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br>Sparkasse KölnBonn<br>Hahnenstr. 57<br>50667 Köln, Deutschland<br>0221-22658380<br>Attn:  Herbert Wolff<br>herbert.wolff@sparkasse-koelnbonn.de | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>Units 840.00 | ***NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 01 30 2014
    Herbert Wolff,  Teamleiter
    Sparkasse KölnBonn
    Hahnenstr. 57
    50667 Köln, Deutschland

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).



MALTAPOST PLC

| 1 | POSTAGE PAID VICTORIA MALTA 6100 |

04.02.14





FEB 18 2014

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court