

AN AFFILIATE OF THE BANK OF NEW YORK MELLON

February 12, 2014

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Hi Everyone,

Please accept the attached Evidence of Transfer of Claim and file it to the court docket. We have received an account transfer from Credit Suisse to Pershing LLC.

Thank you for your help,
Tony Toth

201-413-3487

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE AG** ("Transferor") unconditionally and irrevocably transferred to **Pershing LLC** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **July 22, 2013.**

**CREDIT SUISSE AG**

By: _____
Name:     Rita von Wyl , AVP
Title:

By: _____
Name:     Adrian Graf , AVP
Title:

FEB 14 2014

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0345288459 | 55829 | October 30, 2009 | Lehman Brothers Securities NV | USD 10,000 |