B 210A (Form 210A) (12/09)

United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Sterne Agee UK LLP
Name of Transferee

Liechtensteinische Landesbank Aktiengesellschaft
Name of Transferor

Name and Address where notices to transferee should be sent:
11 Ironmonger Lane
London
EC2V 8EY

Attn: Richard Carmoody
Email rcarmoody@sterneagee.com
Phone: +44 207 796 5917
Fax: +44 207 796 5919
Last Four Digits of Acct #: ____________

Court Claim # (if known): 60947
Amount of Claim: $451,751.62 (100% of Claim)

Date Claim Filed: 02 November 2009
Phone: +
Last Four Digits of Acct#: ____________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Name of Transferee
Sterne Agee UK LLP

By: ____________ Date: 19th February 2014
Transferee/Transferee's Agent

Name of Transferor
Liechtensteinische Landesbank Aktiengesellschaft

By: ____________ Date: 13 February 2014
Transferor/Transferor's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Liechtensteinische Landesbank Aktiengesellschaft** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Sterne Agee UK LLP** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the **13**
**February 2014** (the "I fied in
Schedule 1 attached h Claim
Number 60947 filed by edings
for reorganization (the York
(the "Court"), adminis Seller
relating to the Purcha ments,
interest, damages, pen chased
Claims, including for 2014
(the "Trade Date") wh or with
respect to any of the d rising)
which evidence, create plan of
reorganization or liqu without
limitation, "claims" as ode")),
rights or lawsuits of or in
connection with the P xhibit,
attachment and/or sup right,
title and interest in, to ed the
rights and obligations to the
Purchased Claims, (c y such
security, a "Purchas tached
hereto(collectively, as doubt,
the Purchaser does not

2. Selle timely
filed on or before 5:0 order
setting the deadline fo Claim
relates to one or more ible on
http://www.lehman-do to the
Transferred Claims, fr ons, or
encumbrances created execute
and perform its obliga icludes
the Purchased Claims duct or
omissions, or had any pect of
the Transferred Claim secured
creditors; (g) Seller is Proof
of Claim, become, a ehman
Brothers Holdings Inc Claim
Transferred to Purcha in with
respect (i) to the sum odified
Third Amended Joint cember
5, 2011 (the "Plan")) defined
in the Plan), (ii) to th r about
October 1, 2012 in co eceived

by Seller, as a Class 5 ubsequent
Distribution under the P the Plan,
on or about October 3, of CHF
**60,168.55** received by S ctober 23,
2013 from Lehman Bro stribution
has been received by or tisfaction
of, or in connection wit omitted or
otherwise to date, in rel approved
by the Supervisory Judg t to Title
I, Chapter 6 DBA and ively, the
"Notices") dated Augu ounts and
percentages of claims a a written
response to any of the N

3. Seller er on the
books and records of the notice or
right to receive notice edure, the
Bankruptcy Code, appli Seller by
Purchaser for all purpos th respect
to the Transferred Clai l Rule of
Bankruptcy Procedure 3 edges and
understands, and hereb to Seller
transferring to Purchas er of the
Transferred Claims, and ansferred
Claim be delivered or m

4. All re very and
performance of this Ag Purchaser
shall be entitled to tran agrees to
indemnify, defend and gents and
controlling persons har liabilities,
including, without lim ch of its
representations and war

5. Seller payments,
distributions or proceed ees to (a)
forward to Purchaser al laims in a
timely manner and in a be voted
separately, the instructi be voted
separately, and (c) take haser may
from time to time requ ty to such
account, via Euroclear to Seller
This Agreement and Ev any other
automatically generate transfer
method) with respect to

6. Each cuted and
delivered, all such othe n all such
other and further action l carry out
the terms, of this Agree to ensure
the timely and accurate

7 Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of Feburary 2014

**Liechtensteinische Landesbank Aktiengesellschaft**

By: ______________________

Name:

Title:

**Sterne Agee UK LLP**

By: ______________________

Name: SIMON MULLALLY

Title: HEAD OF INTERNATIONAL CREDIT.

## Schedule 1

| Claim No. | % of Claim transferred | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) | Allowed Amount of Claim Transferred to Purchaser |
|---|---|---|---|---|---|---|---|---|---|---|
| 60947 | 100% | | XS0292542494 | Lehman Brothers Treasury B.V. | Lehman Brothers Holdings Inc | CHF 500,000 | n.a | n.a. | n.a | $451,281.62 |