**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Lehman Brothers Holdings Inc., et al. | ) | Case No. 08-13555 (JMP) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

_____

Proof of Claim No.: **see below schedule**
Amount of Claim Transferred: **see below schedule**

<u>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)</u>

TO:    **TRANSFEREE:**    **SEB CREDIT LTD.**
c/o GoldenTree Asset Management, LP
300 Park Avenue, 21st Floor
New York, NY 10022
Attention:  Karen Weber
Telephone: 212-845-3531
E-mail:      kweber@goldentree.com

**TRANSFEROR:**    **GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110
LIMITED**
c/o GoldenTree Asset Management, LP
300 Park Avenue, 21st Floor
New York, NY 10022
Attention:  Karen Weber
Telephone: 212-845-3531
E-mail:      kweber@goldentree.com

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU
OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE
DATE OF THIS NOTICE, YOU MUST:**

–    FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
–    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
–    IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
–    IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED
FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

<u>Schedule</u>

| Claim Number | Transferred Amount |
| --- | --- |
| 11305 | $117,218.44 |
| 11308 | $117,218.44 |
| 11306 | $566,261.56 |
| 11307 | $566,261.56 |

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                     Case No. 08-13555 (JMP)
                                                                (Jointly Administered)
                              Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

SEB Credit Ltd.                              GoldenTree High Yield Value Fund
Name of Transferee                           Offshore 110 Limited
                                             Name of Transferor

Name and Address where notices to transferee    Court Claim  # (if known) 11305
should be sent:                                  Amount of Claim: $179,400,142.00 (as
                                                 allowed)
c/o GoldenTree Asset Management, LP              Amount of Claim Transferred:$117,218.44
300 Park Avenue, 21st Floor                      Date Claim Filed: September 10, 2009
New York, NY 10022                               Debtor: Lehman Brothers Holdings Inc.
GoldenTreeloanAdmin@goldentree. com
FaxNo.: (212)847-3429

Phone: (212)-847-3531                            Phone: (212)-761-1069
Last Four Digits of Acct  #: _____       Last Four Digits of Acct  #: _____

Name and Address where  transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct  #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____          Date: February 20, 2014
        Transferee/Transferee's Agent

*Penalty for making false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

21

B 210A  (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

SEB Credit Ltd.
Name of Transferee

GoldenTree High Yield Value Fund
Offshore 110 Limited
Name of Transferor

Name and Address where notices to transferee
should be sent:

c/o GoldenTree Asset Management, LP
300 Park Avenue, 21st Floor
New York, NY 10022
GoldenTreeloanAdmin@goldentree. com
FaxNo.: (212)847-3429

Phone: (212)-847-3531
Last Four Digits of Acct #: _____

Court Claim  # (if known) 11308
Amount of Claim: $179,400,142.00 (as
allowed)
Amount of Claim Transferred:$117,218,44
Date Claim Filed: September 10, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone: (212)-847-3531
Last Four Digits of Acct #: _____

Name and Address where  transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____
        Transferee/Transferee's Agent

Date: February 20, 2014

*Penalty for making false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

20

B 210A  (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SEB Credit Ltd.</u>
Name of Transferee

Name and Address where notices to transferee
should be sent:

c/o GoldenTree Asset Management, LP
300 Park Avenue, 21st Floor
New York, NY 10022
GoldenTreeloanAdmin@goldentree. com
FaxNo.: (212)847-3429

Phone: <u>(212)-847-3531</u>
Last Four Digits of Acct #: _____

Name and Address where  transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

<u>GoldenTree High Yield Value Fund
Offshore 110 Limited</u>
Name of Transferor
Court Claim # (if known) 11306
Amount of Claim: <u>$1,010,080,751.00</u>
(as        allowed) _____

Amount of Claim Transferred:<u>$566,261.56</u>
Date Claim Filed: <u>September 10, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(212)-761-1069</u>
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: February 20, 2014
_____

*Penalty for making false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

21

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                     Case No. 08-13555 (JMP)
                                                                 (Jointly Administered)
                        Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| SEB Credit Ltd. | GoldenTree High Yield Value Fund |
|---|---|
| Name of Transferee | Offshore 110 Limited |
| | Name of Transferor |

| Name and Address where notices to transferee | Court Claim # (if known) 11307 |
|---|---|
| should be sent: | Amount of Claim: $1,010,080,751.00 |
| | (as        allowed) |
| | |
| c/o GoldenTree Asset Management, LP | Amount of Claim Transferred: $566,261.56 |
| 300 Park Avenue, 21st Floor | Date Claim Filed: September 10, 2009 |
| New York, NY 10022 | Debtor: Lehman Brothers Special Financing |
| GoldenTreeloanAdmin@goldentree. com | Inc. |
| FaxNo.: (212)847-3429 | |
| | |
| Phone: (212)-847-3531 | Phone: (212)-847-3531 |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct #: _____ |

Name and Address where  transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:  ___Karen Weller_____          Date: ___February 20, 2014___
          Transferee/Transferee's Agent

*Penalty for making false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.