# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **OC 530 Offshore Fund, Ltd.** | **Citigroup Financial Products Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Farmstead Capital Management, LLC
7 North Broad Street
3rd Floor
Ridgewood, NJ 07450
Attn: Graham Quigley
gquigley@farmsteadcapital.com
Tel: 201-493-3933
Fax: 201-493-3980

Last Four Digits of Acct. #:

Court Claim No.: 27141

Amount of Claim Transferred: $19,781,470.79, plus all accrued interest, fees and other recoveries due.

Date Claim Filed: September 22, 2009

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**OC 530 OFFSHORE FUND, LTD.**

By: _/s/ Graham Quigley_          Date: 2/20/14
Name: Graham Quigley
Title: Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

628-001/CERTS/4149899.1

# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc.     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 27141 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on    .

| **Citigroup Financial Products Inc.**<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Citigroup Financial Products Inc.<br>1615 Brett Road, Bldg 3<br>New Castle, DE 19720<br>Attention: Brian Broyles | **OC 530 Offshore Fund, Ltd.**<br>Name of Transferee<br><br>Address of Transferee<br><br>c/o Farmstead Capital Management, LLC<br>7 North Broad Street<br>3rd Floor<br>Ridgewood, NJ 07450<br>Attn: Graham Quigley<br>gquigley@farmsteadcapital.com<br>Tel: 201-493-3933<br>Fax: 201-493-3980 |
|---|---|

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

628-001/CERTS/4149899.1

**EXHIBIT E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $19,781,470.79 of or an undivided 3.18878184% ownership interest in the claim set forth below (the "Transferred Claim"), of **CITIGROUP FINANCIAL PRODUCTS INC.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $620,345,695 | 27141 |

has been transferred and assigned to **OC 530 OFFSHORE FUND, LTD.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $19,781,470.79 of or an undivided 3.18878184% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: OC 530 OFFSHORE FUND, LTD. | ASSIGNOR: CITIGROUP FIANCIAL PRODUCTS INC. |
|---|---|
| Address: 7 North Broad Street, 3rd Floor, Ridgewood, NJ 07450 | Address: 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Signature: *(signed)*<br>Name: Graham Quigley<br>Title: Director<br>Date: | Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ |

Error! Unknown document property name.

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br> Debtors | Case No. 08-13555 <br><br> Chapter 11 <br><br> Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $19,781,470.79 of or an undivided 3.18878184% ownership interest in the claim set forth below (the "Transferred Claim"), of **CITIGROUP FINANCIAL PRODUCTS INC.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $620,345,695 | 27141 |

has been transferred and assigned to **OC 530 OFFSHORE FUND, LTD.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $19,781,470.79 of or an undivided 3.18878184% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: OC 530 OFFSHORE FUND, LTD. | ASSIGNOR: CITIGROUP FIANCIAL PRODUCTS INC. |
|---|---|
| Address: 7 North Broad Street, 3rd Floor, Ridgewood, NJ 07450 | Address: 1615 Brett Road, Bldg 3 New Castle, DE 19720 |
| Signature: | Signature: _[signed]_ |
| Name: | Name: |
| Title: | Title: Brian S. Broyles, Authorized Signatory |
| Date: | Date: |

Doc# US1 9203377v4