IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FPB BANK, INC. | LA ROMANA SERVICIOS EMPRESARIALES, S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**FPB BANK, INC.**

P.H. TORRE DE LAS AMERICAS
TORRE C. PISO 26, OFICINA 2601
PANAMA 08321796
REPUBLICA DE PANAMA

Attn.:
E.mail:
Phone:
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Bank :
SWIFT:
ABA Number :
A/C No.

Court Claim # (if known): 58669
Total Claim Amount: $ 3,000,000

Amount of Claim as Filed with respect to ISIN
XS0325385259 : $ 3,000,000

Allowed Amount of Claim with respect to ISIN
XS0325385259 : $ 627,920.58

Date Claim Filed: 30/10/2009

**LA ROMANA SERVICIOS EMPRESARIALES, S.A.**

Via Espana, 122 Edificio Bankboston
Piso 8
Panama
PANAMA

**\*\*PLEASE SEE ATTACHED EXHIBITS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 01/21/2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TRANSFER AGREEMENT



Form 210B (12/09)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                              Case No. 08-13555

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY

Claim No. **58669** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _02/21_ 2014.

| **LA ROMANA SERVICIOS EMPRESARIALES, S.A.** | **FPB BANK, INC.** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

| Address of Alleged Transferor: | Address of Transferee: |
|---|---|
| **LA ROMANA SERVICIOS EMPRESARIALES, S.A.** | **FPB BANK, INC.** |
| Via Espana, 122 Edificio Bankboston | P.H. Torre De Las Americas |
| Piso 8 | Torre C, Piso 26, Oficina 2601 |
| Panama | Panama 08321796 |
| PANAMA | REPUBLICA DE PANAMA |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                          CLERK OF THE COURT

*FULL Transfer of LBHI Claims #58671, 58648 and 58669*
*and Claims #29480, 29697 and 29699 under*
*LEHMAN PROGRAM SECURITY*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM AND SECURITIES
LEHMAN PROGRAM SECURITY

TO:        United States Bankruptcy Court for the
           Southern District of New York (the "Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO.   Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO.  58671, 58648, 58669, 29480, 29697 and 29699 (full transfer)

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bernardo Valentini** ("Valentini"), on his own behalf and on behalf of Windsor International Investment Corp ("Windsor") and La Romana Servicios Empresariales, S.A. ("La Romana," and collectively with Valentini and Windsor, the "Assignor"), with address at Rua Jacarezinho 183, Merces, Curitiba, Paraná, Brazil, CEP 80710 150, hereby unconditionally and irrevocably transfers and assigns to FPB Bank, Inc. (the "Assignee"), with address at Torres de las Americas, C Tower, 26th floor, Office 2601, Punta Pacifica, Panama City, Republic of Panama, and Assignee hereby agrees and accepts, as of the date hereof, (a) all of Assignor's right, title and interest in and to Claim Numbers 29480, 29697, 58671 and 58648 filed by or on behalf of Assignor (copies of which are attached as Schedule 2 hereto) (collectively, the "Proofs of Claim") as specified on Schedule 1 hereto (the "Assigned Claims") against Lehman Brothers Holdings, Inc., as guarantor of the "Assigned Securities" (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Assignor relating to the Assigned Claims, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Assigned Claims or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Assigned Claims, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Assigned Claims, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Assigned Claims, and (iv) any and all of Assignor's right, title and interest in, to and under the transfer agreements, if any, under which Assignor or any prior assignor acquired the rights and obligations underlying or constituting a part of the Assigned Claims, but only to the extent related to the Assigned Claims, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the securities (the "Assigned Securities") relating to the Assigned Claims and specified on Schedule 1 attached hereto.

2.      Assignor hereby represents and warrants to Assignee, that: (a) Assignor owns and has good and marketable title to the Transferred Claims and the Assigned Securities, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Assignor or against Assignor, except for any liens and security interest in favor of Assignee; (b) Valentini is duly authorized and empowered, on his own behalf and on behalf of Windsor and La Romana, to execute and perform his/its obligations under this Agreement and Evidence of Transfer; (c) the Proofs of Claim include the Assigned Claims specified on Schedule 1 attached hereto; and (d) Assignor has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Assignee receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.      Assignor hereby waives any objection to the transfer of the Transferred Claims to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the

Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. If and when requested by Assignor, Assignee agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the Transferred Claims and the Assigned Securities, recognizing Assignee as the sole owner and holder of the Transferred Claims and the Assigned Securities, and directing that all payments or distributions of money or property in respect of the Transferred Claim and the Assigned Securities be delivered or made to Assignee.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Assignee shall be entitled to transfer its rights hereunder without any notice to or the consent of Assignor. Assignor hereby agrees to indemnify, defend and hold Assignee, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Assignor's breach of its representations and warranties made herein.

5.      To the maximum extent permitted by applicable law, and for the purpose of taking any action that may be necessary to accomplish the purposes of this Agreement, the Assignor hereby irrevocably appoints the Assignee as attorney-in-fact and proxy, with full authority in the place and stead of the Assignor and in the name of the Assignor or otherwise, authorizing the Assignee to take any action and to execute any such agreements, instruments or other documents in the Assignor's name and to file such agreements, instruments or other documents in the Assignor's name in any appropriate filing office, that may be necessary to accomplish the purposes of this Agreement including, without limitation, (i) to receive, endorse and collect all instruments made payable to the Assignor representing any principal or interest payment, or other distribution in respect of the Transferred Claims and the Assigned Securities and to give full discharge for the same; (ii) to file on behalf of the Assignor any documents, claims or actions against the Debtor in the Proceedings; (iii) to file on behalf of the Assignor any documents, claims or actions against Lehman Brothers Treasury Co. B.V. in the U.S. Bankruptcy Proceedings and in the bankruptcy proceedings in the Amsterdam District Court in the Netherlands (the "Dutch Proceedings"); and (iv) to appoint legal counsel, including, without limitation, the law firms of Duane Morris LLP and Lexence, Advocaten & Notarissen, to monitor and report on the Proceedings and the Dutch Proceedings and to file any additional proofs of claim, entries of appearance and take any other action in the respective proceedings on behalf of the Assignor.

6.      Each of Assignor and Assignee agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments, and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim, if applicable.

7.      Assignor's and Assignee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Assignor and Assignee each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

*[Signature page follows]*



IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of March 2013.

BERNARDO VALENTINI

_____

On his own behalf and on behalf of
Windsor International Investment Corp
and La Romana Servicios Empresariales, S.A.

Rua Jacarezinho 183
Mercês, Curitiba, Paraná
Brazil, CEP 80710 150

FPB BANK, INC.

By: _____
Name: JAE AZEVEDO PASUCCI
Title: CEO

Torres de las Americas, C Tower, 26th floor
Office 2601, Punta Pacifica
Panama City, Republic of Panama



Schedule 1

### Transferred Claims

#### Assigned Claims

100% of the claims referenced in the Proofs of Claim and relating to the Assigned Securities described below.

#### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount | Blocking No. | Noteholder |
|---|---|---|---|---|---|---|
| Euro Medium Term Notes | XS0331288513 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $2,790,000.00 | 6015447 | Bernardo Valentini |
| Euro Medium Term Notes | XS0329665946 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $3,800,000.00 | 6015448 | Bernardo Valentini |
| Euro Medium Term Notes | XS0329666167 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,900,000.00 | 6015445 | Bernardo Valentini |
| Euro Medium Term Notes | XS0338684482 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $2,020,000.00 | 6015446 | Bernardo Valentini |
| Euro Medium Term Notes | XS0325385333 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $5,000,000.00 | 6015442 | Bernardo Valentini |
| Euro Medium Term Notes | XS0337385875 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $950,000.00 | 6015443 | Bernardo Valentini |
| Euro Medium Term Notes | XS0334213112 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,700,000.00 | 6015444 | Bernardo Valentini |
| Euro Medium Term Notes | XS0366576774 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $1,400,000.00 | 6015441 | Windsor International Investment Corp |
| Euro Medium Term Notes | XS0325385259 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $3,000,000.00 | 6015449 | La Romana Servicios Empresariales, S.A. |



Schedule 2

Proofs of Claim

(Attached)

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000058671

THIS SPACE IS FOR COURT USE ONLY

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Bernardo Valentini

Rua Jacarezinho 183, Mercer, Curitiba, Parana, Brazil

CEP 80710 150

Telephone number: (507)210-6600 Email Address: jpaulucci@fpbbank.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 18,160,000        (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): Please see attachment. (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

Please see attachment.        (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

98730        (Required)

---

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br>10/30/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. FPB Bank, Inc., authorized person. *Joe Aparecido Paulicco - President*<br>Address: Calle 50 y Aquilino de la Guardia, Edificio Plaza Banco General. Piso 16, Panamá |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| United States Bankruptcy Court/Southern District of New York Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000058869 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE ONLY |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

La Romana Servicios Empresariales, S.A.

Via Espana, 122 Edificio BankBoston, Piso 8, Panama, Panama

Telephone number: (507)210-6600 Email Address: jpaulucci@fpbbank.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 3,000,000    (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0325385259    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

6015449    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
98730    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 10/30/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney if any. FPB Bank, Inc., authorized person. Por Nereyda Paulucci President Address: Calle 50 y Aquilino de la Guardia, Edificio Plaza Banco General, Piso 16, Panama |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP) 0000058648 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Windsor International Investment Corp.

Goodman's Bay Corporate Centre, 3rd Floor,

West Bay Street & Seaview, Drive, Nassau, the Bahamas

Telephone number: (507) 210-6600 Email Address: jpaulucci@fpbbank.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 1,400,000          (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0366576774          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

6015441          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

98730          (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED | RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 10/30/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. FPB Bank, Inc., authorized person. _signature_ Marcelo Palucci - Vendit Address: Calle 50 y Aquilino de la Guardia, Edificio Plaza Banco General, Piso 18, Panamá |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17. 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Windsor International Investment Corp.
Goodman's Bay Corporate Centre, 3rd Floor,

West Bay Street & Seaview, Drive, Nassau, the Bahamas

Telephone number: (507)210-6600 Email Address: jpalucci@fpbbank.com

Name and address where payment should be sent (if different from above)

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:                 Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 1,400,000 _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0366576774 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

6015441 _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

98730 _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FILED / RECEIVED**

FOR COURT USE ONLY

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 10/30/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. FPB Bank, Inc., authorized person. *Francisco Kurtica - Deputy* General, Piso 16, Panama Address: Calle 50 y Aguilino de la Guardia, Edificio Plaza Banco General, Piso 16, Panama |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                        :        Chapter 11
                                                              :
LEHMAN BROTHERS HOLDING INC.                                  :        Case No. 08-13555
                                                              :
                              Debtor.                         :
-------------------------------------------------------x

## ATTACHMENT TO LEHMAN SECURITIES PROGRAM PROOF OF CLAIM

### Factual Background

1.    Windsor International Investment Corp. ("Claimant") is the owner of a debt instrument (the "Note") issued by Lehman Brothers Treasury Co. B.V. and guaranteed by Lehman Brothers Holding Inc. (jointly, the "Debtors"), for the amount of US$1,400,000.

2.    A proof of claim for the amounts owed pursuant to the Note was filed on September 22, 2009 by FPB Bank, Inc. (the "Bank"), on behalf of Claimant as custodian of the Note. A copy of that proof of claim, with its exhibits, is attached hereto as Exhibit A.

3.    The Bank has obtained the "Blocking Number" required by the Lehman Securities Program proof of claim form. The Euroclear Bank blocking number for the Note is 6015441. The Note is held on Euroclear account number 98730 by Pershing LLC in the name of the Bank with account number ATY300029. Documentation evidencing the Blocking Number, and other account information, is attached hereto as Exhibit B.

### Reservation of Rights

4.    Claimant reserves the right to supplement, amend and/or revise this and any other proofs of claim against the Debtors as necessary and appropriate.

Dated:  New York, New York
        October 20, 2009

                                            FPB Bank, Inc.

                                            By: _____
                                            Name:  Jose Paulucci
                                            Title:  President

EXHIBIT A

ATTACHMENT TO LEHMAN SECURITIES PROGRAM PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| Lehman Brothers Holdings Inc. | 08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

### THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Windsor International Investment Corp.

Goodman's Bay Corporate Centre, 3rd Floor, West Bay Street & Seaview Drive, Nassau, the Bahamas

Telephone number: (507) 210-6600   Email Address: jpaulucci@lpbbank.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____   Email Address: _____

1. Amount of Claim as of Date Case Filed: $ 1,400,000

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: Debt instruments
(See Instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See Instruction #3a on reverse side.)

4. Secured Claim (See Instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $ _____   Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
(See Instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ _____

FOR COURT USE ONLY

FILED / RECEIVED

SEP 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 09/21/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. PBB Bank, Inc., authorized person. Address: Calle 50 Y Aquilino de la Guardia, Edificio Plaza Banco General, Piso 16, Panama, Pana |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Duane Morris LLP
*A Delaware Limited Liability Partnership*
1540 Broadway
New York, NY 10036
Tel: (212) 692.1000
Fax: (212) 208.4521
Miriam O. Hyman, Esq.
Rosa Ertze, Esq.
*Counsel for FPB Bank Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                               :   Chapter 11
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :   Case No.
                                                     :   08-13555 (JMP)
                                                     :   (Jointly Administered)
                        Debtors.                     :
------------------------------------------------------------ x

## ATTACHMENT TO PROOF OF CLAIM

FPB Bank, Inc. (the "Bank") is a creditor in the above-captioned chapter 11

bankruptcy cases of Lehman Brothers Holdings Inc. ("Lehman Brothers Holdings") and its

affiliated debtors (collectively, with Lehman Brothers Holdings, the "Debtors"), which chapter

11 cases were commenced on September 15, 2008 (the "Petition Date"). This Attachment

supplements the Form 10 Proof of Claim form filed contemporaneously herewith by the Bank,

and provides additional detail regarding the Bank's claims against Lehman Brothers Holdings

and/or the Debtors.

### THE BANK'S CLAIMS

1.    The Bank is the custodian on behalf of certain of its customers ("Customers") of

promissory notes issued by Lehman Brothers Treasury Co. B.V. and guaranteed by Lehman

Brothers Holdings which are set forth in section 2 below (the "Notes"). Prior to the Petition

Date, in consideration for loans granted by the Bank (the "Loans"), the Customers granted a

security interest in the Notes to the Bank to secure their indebtedness under the Loans. The

amounts due under the Notes through the Petition Date based upon the terms of the underlying

DM3\1154177.1

debt instruments have not been paid.  The Customers and the Bank's claims against Lehman
Brothers Holdings are based upon these debt instruments are unsecured.

### SUPPORTING DOCUMENTATION

2.      The table below contains the main information on the Notes:

| Issuer and Guarantor | Creditor | Securities | Principal Amount |
|---|---|---|---|
| Issuer: Lehman Brothers Treasury Co. B.V.<br><br>Guarantor: Lehman Brothers Holdings, Inc. | Windsor International Investment Corp. | Euro Medium Term Notes<br>ISIN: XS0366576774 | $1,400,000.00 |

3.      The Bank is entitled to the applicable interest under the Notes, however, the exact
amount of such interest is unknown.

4.      Attached hereto is the trade confirmation order for the Notes evidencing
ownership of the Notes by the Customers of the Bank.

5.      The Bank will provide documentation to the Debtors in support of its claims upon
request and consistent with claims of privilege.

### RESERVATION OF RIGHTS

6.      In executing and filing this proof of claim, the Bank does not submit itself to the
jurisdiction of this Court for any purpose other than with respect to this claim and does not
waive: (i) any of the Bank's rights and remedies against any other person or entity who may be
liable for all or part of the claims set forth herein; (ii) any obligation owed to the Bank; or (iii)
any rights of setoff or recoupment.  The filing of this proof of claim is not an election of
remedies.

7.      The Bank reserves its right to supplement, modify and amend this proof of claim, as well as to assert any additional claims, priority or otherwise, which it may have against each, any or all of the Debtors.  These additional claims include but are not limited to: (i) claims for amounts owed as interest upon the amounts due under the Notes, by operation of contract or as a matter of law; (ii) claims in the nature of fees and/or expenses owed to the Bank, by operation of contract or as a matter of law; (iii) claims in the nature of indemnity and contribution; and (iv) claims relating to or arising out of wrongful, negligent, improper or misleading conduct (including statements made) by the Debtors and their representatives both prior to and after the Petition Date.

8.      All notices with respect to this proof of claim should be sent to: (i) the Bank, at the payment address contained in the Bank's attached Form 10 Proof of Claim form, and (ii) Duane Morris LLP, 1540 Broadway, New York, New York 10036, Attention: Miriam O. Hyman and Rosa M. Ertze.

Dated:  New York, New York
       September 21, 2009

                FPB Bank, Inc.

                By: _____
                Name:  Jose Paulucci
                Title:  President

DM3\1154177.1



FPB INTERNATIONAL BANK INC.
Trade Ticket Confirmation

We are pleased to confirm this sale, without recourse, of the following obligation:

WINDSOR INTERNATIONAL INVESTMENT CORP.
Lehman Brothers Treasury Co. B.V.
Lehman Brothers Holdings Inc.
Euro Medium Term Note (equity linked)
1,400,000.00
1,000.00
1,400.00
USD
100.00%
21-May-08
29-May-08
21-May-10
29-May-10
NYSE                    88G Ticker :        NYX US < Equity >
On Defibis Adv.         600 Ticker :        ADV US < Equity >
Randburg Old Mot        88G Ticker :        MRO US < Equity >

| Share (i) | n | Strike Price | Knock-In Level (60% of Strike) |
|-----------|---|--------------|-------------------------------|
| NYX | 1 | 5.6% | 49.9125 |
| ADV | 2 | 9.9000 | 56.6400 |
| MRO | 3 | 9.1320 | 40.7650 |

92,0000%
If the product has never been redeemed before and if on a Daily Observation Date (i) all
Underlying Shares close at or above 101% its Strike then the Redemption Amount will be equal to:

Denomination + 92% * Denomination * [elapsed days]
                                        730

(i) will be defined according to the Daily Observation Dates starting on June 21, 2008,
as note is non callable in 30 days. Paid on corresponding Daily Early Redemption Date (i).
For avoidance of any doubt, no more coupons will be paid after an Early Redemption.

If the product has never been early redeemed until and including the value date,
the Redemption Amount will be equal to:

If, on value date, at least one of the Underlying Shares closes below 101% its Strike:
a) AND NONE of the Underlying Shares have never traded at or below its barrier level during the
value date: Denomination * 100%
c) OR at least ONE of the Underlying Shares has traded below its barrier level on value date (intraday) :
Denomination * [WO share]
WO Share is the Worst Performing Share, defined as: $Min^{n}3$ $n=1$ ( Share (n) Final )
                                                                      Strike (n)

Share (n) Final is the closing price of share (n) on value Date
Elapsed days is the number of calendar days from and including the trade date to and including
the early redemption date (i)

Modified following day
New York
Global Permanent/ Bearer Form
Final Terms of the certificate available from the Issuer on request
Clearstream / Euroclear.
English
None
XF0366576774

CUSTOMER SIGNATURE                              AUTHORIZED SIGNATURE

Page 1 of 2

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/6/2009 at 5:07 PM Pacific. Please print this page as proof of your filing.

Windsor International Investment Corp.
Goodman's Bay Corporate Centre, 3rd floor
West Bay Street & Seaview Drive, Nassau
, Bahamas

Name of Debtor, or other entity, against which you have a
direct claim (the "Obligor")                                    Lehman Brothers Treasury Co. B.V.

If such Obligor is in a bankruptcy or insolvency proceeding,
administration, receivership, conservatorship, liquidation or
similar proceeding (and is not a Debtor in these chapter 11
cases), please provide the proof of claim and any
attachments thereto filed against such Obligor or describe the
claim against such Obligor if a proof of claim has not yet been
filed.

　Documents
　Proof of Claim - Windsor International.pdf

If such Obligor is in a bankruptcy or insolvency proceeding,
administration, receivership, conservatorship, liquidation or      In addition to the attached proof of claim that was already
similar proceeding (and is not a Debtor in these chapter 11        filed, the creditor will file a proof of claim under the
cases), please provide the proof of claim and any                  Lehman Programs Securities prior to the deadline,
attachments thereto filed against such Obligor or describe the     November 2, 2009.
claim against such Obligor if a proof of claim has not yet been
filed.

　Documents
　Proof of Claim - Windsor International.pdf

List the agreement(s) under which your claim arises against
the Obligor and, unless you have uploaded information in
compliance with question 4a of the Derivative Questionnaire,
provide documentation evidencing your claim and supporting
the calculation of the claim amount.

　Documents
　Base Prospectus Lehman.pdf

List the agreement(s) under which your claim arises against        Attached is the summary of the Base Prospectus under
the Obligor and, unless you have uploaded information in            which the claim arises against the Obligor and the
compliance with question 4a of the Derivative Questionnaire,        Guarantor. Please also refer to the Attachment of Proof
provide documentation evidencing your claim and supporting          of Claim uploaded in the previous step, which lists the
the calculation of the claim amount.                                notes issued by Lehman Brothers Treasury Co. B.V, and
                                                                    guaranteed by Lehman Brothers Holdings Inc., under
                                                                    which the subject claim arises.

　Documents
　Base Prospectus Lehman.pdf

Amount of claim against Obligor                                    $1,400,000.00

Name of Debtor that guarantees the payment/obligations of
the Obligor against which you have a direct claim (the
"Guarantor"):                                                      Lehman Brothers Holdings Inc. (08-13555)

Please upload the specific promise, representation and/or
agreement(s) (including any corporate resolutions) under

https://www.lehman-claims.com/secure/confirmation.aspx                                    10/6/2009

which your claim arises against the Guarantor and describe
the obligations/performance that is guaranteed. If you do not
have possession of such document, please upload a written
explanation of such guarantee in reasonable detail. You do
not need to comply with this question if you have uploaded
information in compliance with question 4a of the Derivative
Questionnaire.

Documents
Base Prospectus Lehman.pdf

Please upload the specific promise, representation and/or
agreement(s) (including any corporate resolutions) under
which your claim arises against the Guarantor and describe
the obligations/performance that is guaranteed. If you do not
have possession of such document, please upload a written
explanation of such guarantee in reasonable detail. You do
not need to comply with this question if you have uploaded
information in compliance with question 4a of the Derivative
Questionnaire.

Attached is the summary of the Base Prospectus under
which the claim arises against the Obligor and the
Guarantor. The summary of the Base Prospectus sets
forth that the notes issued by the Obligor, Lehman
Brothers Treasury Co. B.V., were guaranteed by the
Guarantor, Lehman Brothers Holdings Inc. Please also
refer to the Attachment of Proof of Claim uploaded in a
previous step, which lists the notes issued by Lehman
Brothers Treasury Co. B.V. and guaranteed by Lehman
Brothers Holdings Inc., under which the subject claim
arises.

Documents
Base Prospectus Lehman.pdf

Amount of claim against the Guarantor                    $1,400,000.00

https://www.lehman-claims.com/secure/confirmation.aspx                    10/6/2008

EXHIBIT B

ATTACHMENT TO LEHMAN SECURITIES PROGRAM PROOF OF CLAIM

3

**Ertze, Rosa M.**

| | |
|---|---|
| **From:** | Ertze, Rosa M. |
| **Sent:** | Monday, October 19, 2009 3:39 PM |
| **To:** | Ertze, Rosa M. |
| **Subject:** | FW: Securities Issued by Lehman Brothers |

**From:** Ricardo Kaufmann [mailto:Rkaufmann@bulltick.com]
**Sent:** Friday, September 18, 2009 10:17 AM
**To:** Jose Paulucci
**Cc:** Davi Pinheiro; epinheiro@brickellms.com; 'Enrique Duran'; 'Marcos Silva'
**Subject:** Securities Issued by Lehman Brothers

Dear Palucci below you will find all necessary information requested previously.

The positions are held on Euroclear # 98730 by our Custodian Pershing LLC in the name of FPB Bank INC with account ATY300029

Please find below on blue the Blocking Number provided by Pershing.

Blocking Number: 6015441

ISIN: XS0366576774

> Euro Medium Term Promissory Notes Issued by
> Lehman Brothers Treasury Co. B.V. ("Lehman BV") (the "BV Notes")
> Issuance Date: 05/29/2008
> Principal Amount: US $ 1,400,000.00

**Ricardo C. Kaufmann**
**Head of Sales**
**Bulltick Capital Markets**
**701 Brickell Avenue, Ste. 2550**
**Miami, FL 33131**
Tel: (+1) 305-533-1541 ext. 2280
Direct: (+1) 305-722-5038
Fax: (+1) 305-675-2339
Email: rkaufmann@bulltick.com
www.bulltick.com
www.bulltickresearch.com

10th Anniversary



1

Important disclaimer information, <u>click here</u>

Please consider the environment before printing this email.

2