**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commodity Services, Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 43802

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Compass Offshore HTV PCC Limited**
**c/o Magnetar Financial LLC**
**1603 Orrington Avenue, 13th Floor**
**Evanston, IL 60201**
**Attn: Tarja Bentgarde**
**Email: Tarja.Bentgarde@Magnetar.com**

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 43802, solely to the extent of $1,206,000.00 (the "Claim"), against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated **February 21**, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**                **COMPASS OFFSHORE HTV PCC LIMITED**

By: _____                          By: _____
Name:                                                                      Name:
Title:                                                                         Title:

By: _____
Name:
Title:

8

**EXHIBIT B**

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commodity Services, Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 43802

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Compass Offshore HTV PCC Limited**
**c/o Magnetar Financial LLC**
**1603 Orrington Avenue, 13th Floor**
**Evanston, IL 60201**
**Attn: Tarja Bentgarde**
**Email: Tarja.Bentgarde@Magnetar.com**

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 43802, solely to the extent of $1,206,000.00 (the "Claim"), against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated **February 21**, 2014.

| DEUTSCHE BANK AG, LONDON BRANCH | COMPASS OFFSHORE HTV PCC LIMITED |
|---|---|
|  | By: Magnetar Financial LLC, its investment manager |
| By: _____ | By: _____ |
| Name: | Name: Anthony Fox |
| Title: | Title: Chief Financial Officer - Funds |
|  | Magnetar Financial LLC |
| By: _____ |  |
| Name: |  |
| Title: |  |

8