## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.

Case No. 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> CVF Lux Master S.a.r.l. | Name of Transferor: <br> The Royal Bank of Scotland plc |
|---|---|
| Notices to Transferee should be sent to: <br><br> CVF Lux Master S.a.r.l. <br> c/o CarVal Investors, LLC <br> 9320 Excelsior Boulevard, 7th Floor <br> Hopkins, Minnesota 55343 <br><br> Please e-mail notices to group address: <br> 12018127916@TLS.LDSPROD.com <br> Or fax: 1-201-812-7916 <br><br> Contact: Teri Salberg <br> Phone: (952) 984-3416 <br> E-mail: teri.salberg@carval.com | Court Record Address of the Transferor: <br> (Court use only) |
| Last Four Digits of Acct.#: <br> Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#: <br> Name and Current Address of Transfer: <br> The Royal Bank of Scotland plc <br> 600 Washington Boulevard <br> Stamford, CT 06901 <br> Attn: Richard Dalessio <br> Phone: (203) 897-6501 <br> Email: Richard.Dalessio@rbs.com |
| Claim Amount Transferred: $202,892,619.50 <br> (plus unliquidated amounts) | *Note: This is a partial transfer of claim.* |
| Court Claim No. (if known): <br> 37433 | |
| Date Claim Filed: <br> October 13, 2009 (amended claim) | |

20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ by Carval Investors, LLC    Date: 2/13/14
             its attorney-in-fact

Ryan Morrell
Authorized Signer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

21

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor"), Case No. 08-13555 (JMP)

Claim Number: 37433

**THE ROYAL BANK OF SCOTLAND PLC**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**TRANSFEREE**

CVF Lux Master S.a.r.l.
c/o CarVal Investors, LLC
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343

its successors and assigns ("Transferee") all rights, title and interest in and to Claim No. 37433, **solely to the extent of the liquidated allowed claim amount of $202,892,619.50 (the "Claim")**, against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

*[Signatures to Follow]*

22

A/75849852.4

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated February 20, 2014.

THE ROYAL BANK OF SCOTLAND PLC

BY: RBS SECURITIES INC., ITS AGENT

By: *[signature: Mason Chau]*
Name: Mason Chau
Title: Vice President

CVF LUX MASTER S.A.R.L.

BY: CARVAL INVESTORS, LLC

ITS ATTORNEY-IN-FACT

By: *[signature]*
Name: Ryan Morrell
Title: Authorized Signer

23

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Special Financing Inc.          Case No. 08-13555 (JMP) (Jointly Administered)
                                                         Court ID (Court Use Only) _____

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>CVF Lux Master S.a.r.l. | Name of Transferor:<br>The Royal Bank of Scotland plc |
|---|---|
| Notices to Transferee should be sent to:<br><br>CVF Lux Master S.a.r.l.<br>c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br><br>Please e-mail notices to group address:<br>12018127916@TLS.LDSPROD.com<br>Or fax: 1-201-812-7916<br><br>Contact: Teri Salberg<br>Phone: (952) 984-3416<br>E-mail: teri.salberg@carval.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transfer:<br>The Royal Bank of Scotland plc<br>600 Washington Boulevard<br>Stamford, CT 06901<br>Attn: Richard Dalessio<br>Phone: (203) 897-6501<br>Email: Richard.Dalessio@rbs.com |
| Claim Amount Transferred: $202,892,619.50<br>(plus unliquidated amounts) | *Note: This is partial transfer of claim.* |
| Court Claim No. (if known):<br>37431 | |
| Date Claim Filed:<br>October 13, 2009 (amended claim) | |

24

A/75849852.4

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ by Carval Investors, LLC    Date: 2/20/14
        Ryan Morrell
        Authorized Signer
        its attorney-in-fact

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor"), Case No. 08-13888 (JMP)

Claim Number: 37431

**THE ROYAL BANK OF SCOTLAND PLC**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**TRANSFEREE**
CVF Lux Master S.a.r.l.
c/o CarVal Investors, LLC
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343

its successors and assigns ("Transferee") all rights, title and interest in and to Claim No. 37431, **solely to the extent of the liquidated allowed claim amount of $202,892,619.50 (the "Claim"),** against Lehman Brothers Special Financing Inc., a Debtor in Case No. 08-13888 (jointly administered under Case No. 08-13555) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

*[Signatures to Follow]*

26

A/75849852.4

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated February 20, 2014.

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____Mason Chau_____
Name: Mason Chau
Title: Vice President

CVF LUX MASTER S.A.R.L.

BY: CARVAL INVESTORS, LLC

ITS ATTORNEY-IN-FACT

By: _____
Name: Ryan Morrell
Title: Authorized Signer

27