Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone: 303-573-1600
Email: mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 33514 FILED BY FRANK TOLIN JR.

**PLEASE TAKE NOTICE** that the hearing on Plan Administrator's Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [Docket No. 37839] that was scheduled for February 27, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 21, 2014

*/s/ Michael A. Rollin*
Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone: 303-573-1600
Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

1631448