B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>Rapax OC Master Fund, Ltd.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
New York, NY 10012
Attn: Erin Rogers
Telephone: 212-612-2248
Fax: 212-612-2249
Email: sam.tradeclaims@serengeti-am.com

Court Claim # (if known): <u>59006</u>
Amount of Claim Transferred: <u>$4,763,445.40</u>
Date Claim Filed: <u>October 30, 2009</u>
Debtor: <u>Lehman Commercial Paper Inc.</u>

824136v.2 3091/00454                15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Rapax OC Master Fund, Ltd.
By: Serengeti Asset Management LP,
as the Investment Adviser

By: _____    Marc Baum    Date: 2/21/14
        Transferee/Transferee's Agent    Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Goldman Sachs Lending Partners LLC

By: _____    Date: _____
        Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Rapax OC Master Fund, Ltd.
By: Serengeti Asset Management LP,
as the Investment Adviser

By: _____       Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Goldman Sachs Lending Partners LLC

By: _____       Date: 2/21/14
      Transferor/Transferor's Agent