## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| Centerbridge Special Credit Partners II, L.P. | Citigroup Financial Products Inc. |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 67309
Amount of Claim Transferred: $15,440,000.00
Date Claim Filed: January 25, 2011 |
| Centerbridge Special Credit Partners II, L.P.
Attn: Bank Debt Operations
375 Park Avenue
13th Floor
New York, NY 10152
tradeclaims@centerbridge.com | Debtor: Lehman Brothers Holding Inc. |

With a copy to:
Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attn: David Hoyt
dhoyt@akllp.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_  Gordon Morrison   Date: 2/20/14
     Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By:_____   Date:_____
    Transferor/Transferor's Agent

Doc#: US1:9173581v4

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.　　　Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| Centerbridge Special Credit Partners II, L.P. | Citigroup Financial Products Inc. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 67309 |
| | Amount of Claim Transferred: $15,440,000.00 |
| | Date Claim Filed: January 25, 2011 |
| Centerbridge Special Credit Partners II, L.P. | Debtor: Lehman Brothers Holding Inc. |
| Attn: Bank Debt Operations | |
| 375 Park Avenue | |
| 13th Floor | |
| New York, NY 10152 | |
| tradeclaims@centerbridge.com | |

With a copy to:
Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attn: David Hoyt
dhoyt@akllp.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____　　　Date: _____
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _[signature]_____　　　Date: 2/20/14
　　Transferor/Transferor's Agent
　　　Brian S. Broyles
　　Authorized Signatory

Doc# US1 9173581v4