B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MORGAN STANLEY SENIOR FUNDING, INC.    VÄRDE INVESTMENT PARTNERS, L.P.
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1585 Broadway
New York, NY 10036
Attn: John Ragusa
Email: nydocs@morganstanley.com

With a copy to:
Richards Kibbe & Orbe LLP
200 Liberty Street
New York, NY 1028-1003
Attn: Managing Law Clerk

Court Claim # (if known): 3220
Amount of Claim Transferred: $1,530,905.64
Date Claim Filed: 3/6/2009
Debtor: Lehman Brothers Special Financing Inc.

819285v.2 153/04605    14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ra[signature]*_____　　　　　　　　　Date: __2/21/14__
　　　Transferee/~~John Hagen~~'s Agent
　　　**John Hagen**
　　　**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

　　　　　　　　　　Jeremy D. Hedberg
By: __[signature]__ Managing Principal　　　　　Date: __2/21/14__
　　　Transferor/Transferor's Agent