# EXHIBIT C

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: LLOYDS BANK PLC

LLOYDS BANK PLC, a public limited company, acting through its office located at 10 Gresham Street, London EC2V 7AE ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably assigned to GOLDMAN SACHS LENDING PARTNERS LLC, with offices located at 30 Hudson Street, Jersey City, NJ 07302, USA ("**Buyer**"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $38,849,308, docketed as Claim No. 17726 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __21__ day of __February__, 2014.

**LLOYDS BANK PLC**

WITNESS:

_____        By:_____
(Signature)                           (Signature of authorized corporate officer)

Name:_____
Title:_____        Name:_____
(Print name and title of witness)      Title:_____
                                       Tel.:_____

**GOLDMAN SACHS LENDING PARTNERS LLC**

WITNESS:

_____        By:_____
(Signature)                           (Signature of authorized corporate officer)

Name: Michelle Lahovi                  Name: Ashwin Ramakrishna
Title: Authorized Signatory            Title: Authorized Signatory
(Print name and title of witness)      Tel.:_____

13

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: LLOYDS BANK PLC

LLOYDS BANK PLC, a public limited company, acting through its office located at 10 Gresham Street, London EC2V 7AE ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably assigned to GOLDMAN SACHS LENDING PARTNERS LLC, with offices located at 30 Hudson Street, Jersey City, NJ 07302, USA ("**Buyer**"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $38,849,308, docketed as Claim No. 17726 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21st day of February, 2014.

**LLOYDS BANK PLC**

WITNESS:

_____
(Signature)

Name: JONATHAN JOY
Title: SOLICITOR
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Vivek Prashar
Title: Solicitor
Tel.: _____

**GOLDMAN SACHS LENDING PARTNERS LLC**

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____