B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**   Case No. **08-13555**

**(Jointly Administered)**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **JPMorgan Chase Bank, N.A.** | **CCP Credit Acquisition Holdings, L.L.C.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

JPMorgan Chase Bank, N.A.
383 Madison Avenue, 37th Floor
Mail Code: NY1-M138
New York, NY 10179
Attn: Jeffrey L. Panzo
Telephone: (212) 834-5857
Fax: (212) 270-4074
E-mail: Jeffrey.L.Panzo@JPMorgan.com

Court Claim # (if known): **28307**
Total Amount of Claim Transferred:
USD **$13,534,710.67**
Date Claim Filed:    September 22, 2009
Debtor:  Lehman Brothers Holdings Inc.

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _/s/ Alexander Wilk_                    Date:    2/21/2014
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

CCP Credit Acquisition Holdings, L.L.C. ("CCP") does hereby certify that it has transferred and assigned to JPMorgan Chase Bank N.A., its successors and assigns ("Transferee"), all rights, title and interest in and to $13,534,710.67 of the allowed claim of Lehman Re against Lehman Brothers Holdings Inc. (Claim No.: 28307) in the amount of $415,000,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

CCP hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 3.261376065060% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**CCP CREDIT ACQUISITION HOLDINGS, L.L.C.**

By: _____
Name:
Title:   Kimberly Terjanian
Date:    Authorized Signatory
         2/21/2014

**JPMORGAN CHASE BANK, N.A.**

By: _____
Name:
Title:
Date:

11

NYC:254892.2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

CCP Credit Acquisition Holdings, L.L.C. ("CCP") does hereby certify that it has transferred and assigned to JPMorgan Chase Bank N.A., its successors and assigns ("Transferee"), all rights, title and interest in and to $13,534,710.67 of the allowed claim of Lehman Re against Lehman Brothers Holdings Inc. (Claim No.: 28307) in the amount of $415,000,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

CCP hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 3.261376065060% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**CCP CREDIT ACQUISITION HOLDINGS, L.L.C.**

By: _____
Name:
Title:
Date:

**JPMORGAN CHASE BANK, N.A.**

By: _____
Name: Alexander Wilk
Title: Authorized Signatory
Date: 2-21-14

11

NYC:254892.2