**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282-2198
Attn: J.D. Perone

Phone: 212-357-9647
Last Four Digits of Acct #: ________________

Name and Address where transferee payments should be sent (if different from above):

Phone: ________________
Last Four Digits of Acct #: ________________

Halcyon Loan Trading Fund LLC
Name of Transferor

Court Claim # (if known): 17423
Amount of Claim Transferred: $1,098,500.00
Date Claim Filed: 9/15/08
Debtor: Lehman Brothers Special Financing Inc.

Phone: ________________
Last Four Digits of Acct. #: ________________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________ Date: 2/20/14
Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: ______________________________ Date: ____________________
Name of Transferor/Transferor's Agent

By: ______________________________ Date: ____________________
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________ Date: ________________
Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: ______________________________ Date: ________________
Name of Transferor/Transferor's Agent
[illegible] Goldberg
Chief Financial Officer

By: ______________________________ Date: ________________
Name of Transferor/Transferor's Agent
Jacob Fishelis
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk of the Court

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim Number 17423

**HALCYON LOAN TRADING FUND LLC**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**Goldman Sachs Lending Partners LLC**
c/o Goldman, Sachs &Co.
200 West Street
New York, NY 10282-2198
Attn: J.D. Perone
Phone: (212) 357-9657
Email: j.d.perone@gs.com

its successors and assigns ("Transferee") all rights, title and interest in and to the claim of Transferor in the liquidated principal amount of **$1,098,500.00** (the "Claim") against Lehman Brothers Special Financing Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 21, 2014.

**Goldman Sachs Lending Partners LLC**

By: ______________________________
Name:
Title:

**Halcyon Loan Trading Fund LLC**
By: Halcyon Offshore Asset Management, LLC, its Investment Manager

By: ______________________________
Name:
Title:

By: ______________________________
Name:
Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 21, 2014.

**Goldman Sachs Lending Partners LLC**

By: ______________________________
Name:
Title:

**Halcyon Loan Trading Fund LLC**
By: Halcyon Offshore Asset Management, LLC, its Investment Manager

By: ______________________________
Name: Aaron Goldberg
Title: Chief Financial Officer

By: ______________________________
Name: Jacob Fishelis
Title: Authorized Signatory