B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>PERMAL STONE LION FUND LTD.</u>                      <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>3218</u>
should be sent:                                       Amount of Claim Transferred: <u>$144,651.53</u>
                                                      Date Claim Filed: <u>3/6/2009</u>
555 5th Ave, 18th Floor                               Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605                        14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____  Claudia Borg  Date: 2/21/14
Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____  Date: _____
Transferor/Transferor's Agent

819285v.2 153/04605                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By:_____           Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____/s/ John Ragusa_____           Date: _____2-21-2014_____
        Transferor/Transferor's Agent

            John Ragusa
        Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PERMAL STONE LION FUND LTD.    MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee             Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): 3220
Amount of Claim Transferred: $85,026.87
Date Claim Filed: 3/6/2009
Debtor: Lehman Brothers Special Financing Inc.

819285v.2 153/04605    14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____    Date: 2/21/14
     Transferee/Transferee's Agent
     Claudia Borg
     Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____    Date: _____
     Transferor/Transferor's Agent

819285v.2 153/04605                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By:_____
    Transferee/Transferee's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _/s/ John Ragusa_____
    Transferor/Transferor's Agent
    **John Ragusa**
    **Authorized Signatory**

Date: _02-21-2014_____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PERMAL STONE LION FUND LTD.                MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 24539
should be sent:                                 Amount of Claim Transferred: $410,997.78
                                                Date Claim Filed: 3/6/2009
555 5th Ave, 18th Floor                         Debtor: Lehman Brothers Special Financing Inc.
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605                14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____    Claudia Borg
       Transferee/Transferee's Agent          Authorized Signatory    Date: 2/21/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____                    Date: _____
       Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____
    Transferee/Transferee's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____*John Ragusa*_____
    Transferor/Transferor's Agent
    **John Ragusa**
    **Authorized Signatory**

Date: __2-21-2014__

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PERMAL STONE LION FUND LTD.                    MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 3221
should be sent:                                 Amount of Claim Transferred: $50,507.83
                                                Date Claim Filed: 3/6/2009
555 5th Ave, 18th Floor                         Debtor: Lehman Brothers Special Financing Inc.
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605                    14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____  Claudia Borg
    Transferee/Transferee's Agent  Authorized Signatory    Date: 2/21/14

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____                                Date: _____
    Transferor/Transferor's Agent

819285v.2 153/04605                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Permal Stone Lion Fund Ltd.
By: Stone Lion Capital Partners L.P., Investment Manager

By:_____
         Transferee/Transferee's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____/s/ John Ragusa_____         Date: _2-21-2014_____
         Transferor/Transferor's Agent
              **John Ragusa**
          **Authorized Signatory**