B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>LLSM L.P.</u> | <u>MORGAN STANLEY SENIOR FUNDING, INC.</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>3221</u>
Amount of Claim Transferred: <u>$467,134.25</u>
Date Claim Filed: <u>3/6/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605                              14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
    By: LLS General Partner Ltd., its General Partner

By: _____   Claudia Borg     Date: _2/21/14_
    Transferee/Transferee's Agent  **Authorized Signatory**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____     Date: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
 By: LLS General Partner Ltd., its General Partner

By:_____
        Transferee/Transferee's Agent

                                        Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____        Date: __2-21-2014_____
        Transferor/Transferor's Agent
                  **John Ragusa**
               **Authorized Signatory**

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>LLSM L.P.</u>
Name of Transferee

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>24539</u>
Amount of Claim Transferred: <u>$3,801,215.71</u>
Date Claim Filed: <u>3/6/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
    By: LLS General Partner Ltd., its General Partner

By: _____    Claudia Borg    Date: 2/21/14
        Transferee/Transferee's Agent    **Authorized Signatory**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: _____
        Transferor/Transferor's Agent

819285v.2 153/04605                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
   By: LLS General Partner Ltd., its General Partner

By:_____

      Transferee/Transferee's Agent                       Date: _____

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____               Date: ___2-21-2014_____

      Transferor/Transferor's Agent
           **John Ragusa**
        **Authorized Signatory**

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>LLSM L.P.</u>
Name of Transferee

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>3220</u>
Amount of Claim Transferred: <u>$786,392.24</u>
Date Claim Filed: <u>3/6/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
   By: LLS General Partner Ltd., its General Partner

By: _____    **Claudia Borg**    Date: _2/21/14_
      Transferee/Transferee's Agent   **Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____    Date: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
   By: LLS General Partner Ltd., its General Partner


By:_____
       Transferee/Transferee's Agent                    Date: _____


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.


By:_____            Date: __2-21-2014_____
      Transferor/Transferor's Agent
            John Raguse
           Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LLSM L.P.                                    MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 3218
should be sent:                                 Amount of Claim Transferred: $1,337,845.80
                                                Date Claim Filed: 3/6/2009
555 5th Ave, 18th Floor                         Debtor: Lehman Brothers Special Financing Inc.
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605                    14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
   By: LLS General Partner Ltd., its General Partner

By:_____ Claudia Borg        Date: 2/21/14
     Transferee/Transferee's Agent  **Authorized Signatory**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____        Date: _____
     Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
    By: LLS General Partner Ltd., its General Partner

By:_____        Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____        Date: _2-21-2014_____
        Transferor/Transferor's Agent
           **John Ragusa**
          **Authorized Signatory**