B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.　　　Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SL LIQUIDATION FUND L.P.　　　MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee　　　Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): 3221
Amount of Claim Transferred: $295,885.20
Date Claim Filed: 3/6/2009
Debtor: Lehman Brothers Special Financing Inc.

819285v.2 153/04605　　　14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: _____     Claudia Borg    Date: 2/21/14
    Transferee/Transferee's Agent       General Counsel

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____     Date: _____
    Transferor/Transferor's Agent

819285v.2 153/04605                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
 By: SL Liquidation LLC, its General Partner
        By: SLGP Partners L.P., its Managing Member

By:_____    Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____*John Ragusa*_____    Date: __2-21-2014_____
      Transferor/Transferor's Agent
               John Ragusa
           Authorized Signatory

819285v.2 153/04605                     15

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SL LIQUIDATION FUND L.P.                       MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 24539
should be sent:                                 Amount of Claim Transferred: $2,407,709.29
                                                Date Claim Filed: 3/6/2009
555 5th Ave, 18th Floor                         Debtor: Lehman Brothers Special Financing Inc.
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
   By: SLGP Partners L.P., its Managing Member

By: _____    Claudia Borg    Date: 2/21/14
    Transferee/Transferee's Agent        General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
 By: SL Liquidation LLC, its General Partner
        By: SLGP Partners L.P., its Managing Member

By:_____          Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____*John Ragusa*_____          Date: __2-21-2014_____
       Transferor/Transferor's Agent
              John Ragusa
           Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SL Liquidation Fund L.P. | MORGAN STANLEY SENIOR FUNDING, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): 3218
Amount of Claim Transferred: $847,398.30
Date Claim Filed: 3/6/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
  By: SLGP Partners L.P., its Managing Member

By: _____/s/ Claudia Borg_____          Date: 2/21/14
    Transferee/Transferee's Agent
    Claudia Borg
    General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____          Date: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
 By: SL Liquidation LLC, its General Partner
        By: SLGP Partners L.P., its Managing Member

By:_____          Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____*John Ragusa*_____          Date: __2-21-2014_____
      Transferor/Transferor's Agent
              John Ragusa
          Authorized Signatory

819285v.2 153/04605                     15

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SL LIQUIDATION FUND L.P.                         MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 3220
should be sent:                                   Amount of Claim Transferred: $498,104.83
                                                  Date Claim Filed: 3/6/2009
555 5th Ave, 18th Floor                           Debtor: Lehman Brothers Special Financing Inc.
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605                    14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
    By: SLGP Partners L.P., its Managing Member

By: _____   Claudia Borg   Date: 2/21/14
    Transferee/Transferee's Agent   General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:_____   Date: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
 By: SL Liquidation LLC, its General Partner
        By: SLGP Partners L.P., its Managing Member

By:_____          Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:  *John Ragusa* (signature)           Date: __2-21-2014__
      Transferor/Transferor's Agent

**John Ragusa**
**Authorized Signatory**

819285v.2 153/04605                    15