United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Aleiter Holdings LLC | Merrill Lynch, Pierce, Fenner & Smith Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: multiple; see attached schedule
Claim Amount: see attached schedule
(100% of each scheduled Claim)

Name and Address where notices to Transferee should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**ALEITER HOLDINGS LLC**
By: Chapman and Cutler LLP, as authorized
signatory and not in the capacity as legal counsel to
Aleiter Holdings LLC

By: [signature]    Date: 2-21-14
Name: Laura C. Halperin
Title: Part

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Description of Security | Proof of Claim # | ISIN/CUSIP | CLAIM HOLDER | CCY | Principal Amount | Purchased Amount (as Allowed in USD) |

**ISSUER LEHMAN BROTHERS TREASURY**
**GUARANTOR: LEHMAN BROTHERS**

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TSY BV 05/14/09 CHF | 63115 | XS0297730847 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 94,000.00 | 83,852.01 |
| LEHMAN BROTHERS TSY BV 02/02/10 EUR | 63114 | CH0027120648 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 893,000.00 | 1,274,938.46 |
| LEHMAN BROTHERS TSY BV 2/17/11 EUR | 60631.09 | DE000A0LIV62 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 291,000.00 | 270,890.53 |
| LEHMAN BROTHERS TSY BV 2/17/11 EUR | 60631.07 | DE000A0LIV62 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 1,840,000.00 | 1,712,847.17 |
| LEHMAN BROTHERS TSY BV 2/17/11 EUR | 60631.06 | DE000A0LIV62 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 291,000.00 | 270,890.52 |
| LEHMAN BROTHERS TSY BV 2/17/11 EUR | 60631.05 | DE000A0LIV62 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 1,840,000.00 | 1,712,847.17 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60574.12 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 16,322.84 | 23,163.82 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60574.11 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 837.07 | 1,187.88 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60574.10 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 40,179.28 | 57,018.66 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60574.09 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 113,004.24 | 160,364.97 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60574.08 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 137,697.76 | 195,407.69 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60574.07 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 382,958.81 | 543,459.07 |
| LEHMAN BROTHERS TSY BV 4/23/14 EUR | 60574.06 | XS0355509257 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 28,000.00 | 40,431.85 |
| LEHMAN BROTHERS TSY BV 4/23/14 EUR | 60574.05 | XS0355509257 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 2,000.00 | 2,887.99 |
| LEHMAN BROTHERS TSY BV 4/23/14 EUR | 60574.04 | XS0355509257 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 67,000.00 | 96,747.62 |
| LEHMAN BROTHERS TSY BV 4/23/14 EUR | 60574.03 | XS0355509257 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 189,000.00 | 272,914.94 |
| LEHMAN BROTHERS TSY BV 4/23/14 EUR | 60574.02 | XS0355509257 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 230,000.00 | 332,118.71 |
| LEHMAN BROTHERS TSY BV 4/23/14 EUR | 60574.01 | XS0355509257 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 640,000.00 | 924,156.41 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60572.06 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 22,677.17 | 32,181.30 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60572.05 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 1,162.93 | 1,650.32 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60572.04 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 55,820.71 | 79,215.50 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60572.03 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 156,995.76 | 222,793.59 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60572.02 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 191,302.24 | 271,478.11 |
| LEHMAN BROTHERS TSY BV 7/19/12 EUR | 60572.01 | XS0259295607 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 532,041.19 | 755,022.72 |
| LEHMAN BROTHERS TSY BV 10/18/10 USD | 59841.29 | XS0325477379 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 93,000.00 | 93,000.00 |
| LEHMAN BROTHERS TSY BV 10/18/10 USD | 59841.28 | XS0325477379 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 107,000.00 | 107,000.00 |
| LEHMAN BROTHERS TSY BV 10/18/10 USD | 59841.27 | XS0325477379 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 107,000.00 | 107,000.00 |
| LEHMAN BROTHERS TSY BV 10/18/10 USD | 59841.26 | XS0325477379 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 838,000.00 | 838,000.00 |
| LEHMAN BROTHERS TSY BV 3/4/15 USD | 59841.25 | XS0349177955 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 157,000.00 | 157,190.13 |
| LEHMAN BROTHERS TSY BV 3/4/15 USD | 59841.24 | XS0349177955 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 180,000.00 | 180,217.99 |
| LEHMAN BROTHERS TSY BV 3/4/15 USD | 59841.23 | XS0349177955 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 180,000.00 | 180,217.99 |
| LEHMAN BROTHERS TSY BV 3/4/15 USD | 59841.22 | XS0349177955 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 1,404,000.00 | 1,405,700.29 |
| LEHMAN BROTHERS TSY BV 11/30/10 USD | 59841.21 | XS0333012358 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 70,000.00 | 70,000.00 |
| LEHMAN BROTHERS TSY BV 11/30/10 USD | 59841.20 | XS0333012358 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 80,000.00 | 80,000.00 |
| LEHMAN BROTHERS TSY BV 11/30/10 USD | 59841.19 | XS0333012358 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 80,000.00 | 80,000.00 |
| LEHMAN BROTHERS TSY BV 11/30/10 USD | 59841.18 | XS0333012358 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 625,000.00 | 625,000.00 |

| Security | Claim # | ISIN | Counterparty | Currency | Amount | Value |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TSY BV 4/1/15 USD | 59841.17 | XS0354397654 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 102,000.00 | 103,109.40 |
| LEHMAN BROTHERS TSY BV 4/1/15 USD | 59841.16 | XS0354397654 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 117,000.00 | 118,272.55 |
| LEHMAN BROTHERS TSY BV 4/1/15 USD | 59841.15 | XS0354397654 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 117,000.00 | 118,272.55 |
| LEHMAN BROTHERS TSY BV 4/1/15 USD | 59841.14 | XS0354397654 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 915,000.00 | 924,951.96 |
| LEHMAN BROTHERS TSY BV 10/24/09 USD | 59841.13 | XS0326482402 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 199,000.00 | 199,000.00 |
| LEHMAN BROTHERS TSY BV 10/24/09 USD | 59841.12 | XS0326482402 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 229,000.00 | 229,000.00 |
| LEHMAN BROTHERS TSY BV 10/24/09 USD | 59841.11 | XS0326482402 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 228,000.00 | 228,000.00 |
| LEHMAN BROTHERS TSY BV 10/24/09 USD | 59841.10 | XS0326482402 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 1,785,000.00 | 1,785,000.00 |
| LEHMAN BROTHERS TSY BV 3/4/15 USD | 59841.07 | XS0349177955 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 259,000.00 | 259,313.66 |
| LEHMAN BROTHERS TSY BV 11/30/10 USD | 59841.06 | XS0333012358 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 115,000.00 | 115,000.00 |
| LEHMAN BROTHERS TSY BV 10/24/09 USD | 59841.05 | XS0326482402 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 329,000.00 | 329,000.00 |
| LEHMAN BROTHERS TSY BV 4/1/15 USD | 59841.04 | XS0354397654 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 169,000.00 | 170,838.11 |
| LEHMAN BROTHERS TSY BV 10/18/10 USD | 59841.02 | XS0325477379 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 155,000.00 | 155,000.00 |
| LEHMAN BROTHERS TSY BV 4/1/18 USD | 59838.07 | XS0354397571 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 70,000.00 | 70,000.00 |
| LEHMAN BROTHERS TSY BV 4/1/18 USD | 59838.06 | XS0354397571 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 81,000.00 | 81,000.00 |
| LEHMAN BROTHERS TSY BV 4/1/18 USD | 59838.05 | XS0354397571 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 81,000.00 | 81,000.00 |
| LEHMAN BROTHERS TSY BV 4/1/18 USD | 59838.04 | XS0349177955 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 632,000.00 | 632,000.00 |
| LEHMAN BROTHERS TSY BV 4/1/18 USD | 59838.01 | XS0354397571 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 116,000.00 | 116,000.00 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 59745.07 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 230,000.00 | 329,135.40 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 59745.06 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 610,000.00 | 872,924.33 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 59745.05 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 158,000.00 | 226,101.71 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 59745.04 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 65,000.00 | 93,016.53 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 59745.03 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 10,000.00 | 14,310.24 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 59745.02 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 20,000.00 | 28,620.47 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 59745.01 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 33,000.00 | 47,223.78 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 59745 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 30,000.00 | 42,930.70 |
| LEHMAN BROTHERS TSY BV 10/10/13 EUR | 59498.05 | XS0176153350 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 142,000.00 | 207,153.22 |
| LEHMAN BROTHERS TSY BV 10/10/13 EUR | 59498.04 | XS0176153350 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 55,000.00 | 80,235.40 |
| LEHMAN BROTHERS TSY BV 10/10/13 EUR | 59498.03 | XS0176153350 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 324,000.00 | 472,659.45 |
| LEHMAN BROTHERS TSY BV 10/10/13 EUR | 59498.02 | XS0176153350 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 160,000.00 | 233,412.08 |
| LEHMAN BROTHERS TSY BV 10/10/13 EUR | 59498.01 | XS0176153350 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 1,133,000.00 | 1,652,849.25 |
| LEHMAN BROTHERS TSY BV 10/10/13 EUR | 59498 | XS0176153350 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 100,000.00 | 145,882.55 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 59494.05 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 4,000.00 | 5,799.38 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 59494.04 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 2,000.00 | 2,899.69 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 59494.03 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 10,000.00 | 14,498.46 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 59494.02 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 5,000.00 | 7,249.23 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 59494.01 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 34,000.00 | 49,294.77 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 59494 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 3,000.00 | 4,349.54 |