United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Aleiter Holdings LLC | Merrill Lynch, Pierce, Fenner & Smith Inc. |
| Name of Transferee | Name of Transferor |

Court Claim #: multiple; see attached schedule
Claim Amount: see attached schedule
(100% of each scheduled claim)

Name and Address where notices to Transferee should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY  10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**ALEITER HOLDINGS LLC**
By: Chapman and Cutler LLP, as authorized signatory and not in the capacity as legal counsel to Aleiter Holdings LLC

By: [signature]        Date: 2-21-14
Name: Laura C. Halperin
Title: Partner

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Description of Security | Proof of Claim # | ISIN/CUSIP | CLAIM HOLDER | CCY | Principal Amount | Purchased Amount (as Allowed in USD) |

ISSUER LEHMAN BROTHERS TREASURY
GUARANTOR: LEHMAN BROTHERS

| Description of Security | Proof of Claim # | ISIN/CUSIP | CLAIM HOLDER | CCY | Principal Amount | Purchased Amount (as Allowed in USD) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TSY BV 05/14/09 CHF | 63129 | XS0297730847 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 152,000.00 | 135,590.49 |
| LEHMAN BROTHERS TSY BV 02/02/10 EUR | 63128 | CH0027120648 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 291,000.00 | 415,461.47 |
| LEHMAN BROTHERS TSY BV 06/08/10 EUR | 63123 | XS0302350888 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 194,000.00 | 276,206.83 |
| LEHMAN BROTHERS TSY BV 03/24/10 EUR | 63122 | XS0214633967 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 9,000.00 | 12,771.95 |
| LEHMAN BROTHERS TSY BV 02/22/10 CHF | 63121 | CH0027120663 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 367,000.00 | 327,379.66 |
| LEHMAN BROTHERS TSY BV 09/09/10 CHF | 63120 | XS0228154158 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 419,000.00 | 373,765.88 |
| LEHMAN BROTHERS TSY BV 11/17/08 CHF | 63119 | XS0274445120 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 403,000.00 | 359,493.20 |
| LEHMAN BROTHERS TSY BV 06/08/10 CHF | 63118 | XS0302351266 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 391,000.00 | 349,474.36 |
| LEHMAN BROTHERS TSY BV 02/02/10 CHF | 63117 | CH0027120655 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 517,000.00 | 462,585.60 |
| LEHMAN BROTHERS TSY BV 04/09/10 CHF | 63116 | XS0294024004 | MERRILL LYNCH PIERCE FENNER & SMITH INC | CHF | 44,000.00 | 39,249.88 |