United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,         Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Aleiter Holdings LLC                                    Merrill Lynch, Pierce, Fenner & Smith Inc.
Name of Transferee                                      Name of Transferor

Court Claim #: multiple; see attached schedule
Claim Amount: see attached schedule
(100% of each scheduled claim)

Name and Address where notices to Transferee should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**ALEITER HOLDINGS LLC**
By: Chapman and Cutler LLP, as authorized
signatory and not in the capacity as legal counsel to
Aleiter Holdings LLC

By: [signature]                                         Date: 2-21-14
Name: Larry G. Halperin
Title: Partner

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Description of Security | Proof of Claim # | ISIN/CUSIP | CLAIM HOLDER | CCY | Principal Amount | Purchased Amount (as Allowed in USD) |
|---|---|---|---|---|---|---|
| ISSUER LEHMAN BROTHERS TREASURY | | | | | | |
| GUARANTOR: LEHMAN BROTHERS | | | | | | |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 56560.10 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 75,000.00 | 108,738.45 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 56560.09 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 28,000.00 | 40,595.69 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 56560.08 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 169,000.00 | 245,023.98 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 56560.07 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 84,000.00 | 121,787.07 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 56560.06 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 592,000.00 | 858,308.87 |
| LEHMAN BROTHERS TSY BV 2/1/13 EUR | 56560.01 | XS0210782552 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 52,000.00 | 75,392.00 |
| LEHMAN BROTHERS TSY BV 02/15/23 USD | 55854.73 | XS0340592681 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 300,000.00 | 302,250.00 |
| LEHMAN BROTHERS TSY BV 03/04/23 USD | 55854.72 | XS0347872128 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 200,000.00 | 200,617.22 |
| LEHMAN BROTHERS TSY BV 02/15/23 USD | 55854.70 | XS0340592681 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 300,000.00 | 302,250.00 |
| LEHMAN BROTHERS TSY BV 03/04/23 USD | 55854.68 | XS0347872128 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 200,000.00 | 200,617.22 |
| LEHMAN BROTHERS TSY BV 02/28/10 EUR | 55174.07 | XS0191247112 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 131,000.00 | 189,889.37 |
| LEHMAN BROTHERS TSY BV 02/28/10 EUR | 55174.06 | XS0191247112 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 715,000.00 | 1,037,868.62 |
| LEHMAN BROTHERS TSY BV 02/28/10 EUR | 55174.04 | XS0191247112 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 153,000.00 | 221,779.19 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 50330.22 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 54,000.00 | 77,275.27 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 50330.21 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 143,000.00 | 204,636.36 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 50330.20 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 36,000.00 | 51,516.84 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 50330.19 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 16,000.00 | 22,896.38 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 50330.18 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 3,000.00 | 4,293.07 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 50330.17 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 5,000.00 | 7,155.12 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 50330.16 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 8,000.00 | 11,448.19 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 50330.05 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 6,000.00 | 8,586.14 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41895.05 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 204,000.00 | 193,691.94 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41895.04 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 107,500.00 | 102,068.06 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41895.03 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 377,500.00 | 358,425.03 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41895.02 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 144,500.00 | 137,198.46 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41895.01 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 153,000.00 | 145,268.95 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41895 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 13,500.00 | 12,817.85 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41893.05 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 204,000.00 | 193,691.94 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41893.04 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 107,500.00 | 102,068.06 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41893.03 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 377,500.00 | 358,425.03 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41893.02 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 144,500.00 | 137,198.46 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41893.01 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 153,000.00 | 145,268.95 |
| LEHMAN BROTHERS TSY BV 6/04/09 USD | 41893 | XS0366986593 | MERRILL LYNCH PIERCE FENNER & SMITH INC | USD | 13,500.00 | 12,817.85 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 58728.07 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 9,000.00 | 12,879.22 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 58728.06 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 25,000.00 | 35,775.59 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 58728.05 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 7,000.00 | 10,017.17 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 58728.04 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 3,000.00 | 4,293.07 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 58728.03 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 1,000.00 | 1,431.02 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 58728.02 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 1,000.00 | 1,431.02 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 58728.01 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 1,000.00 | 1,431.02 |
| LEHMAN BROTHERS TSY BV 7/14/14 EUR | 58728 | XS0195431613 | MERRILL LYNCH PIERCE FENNER & SMITH INC | EUR | 1,000.00 | 1,431.02 |