**UBS**

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

February 05, 2014

**subject**  Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the Court

you are receiving     Evidence of partial transfer of claim: Credit Suisse, Switzerland

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment            ☒ please confirm receipt
☐ as agreed                 ☐ please sign               ☒ please process
☐ please complete

Remarks
TOCE075    Units 8.00    XS0323535418
Transferor: Credit Suisse AG, Switzerland / Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

RECEIVED FEB 18 2014

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

61555 E        07.03.2012        N1                         05.02.2014        Page 1/1

FEB 18 2014

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **February 5, 2014.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

TOCE075

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0323535418 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | Unit 8 |