**Deutsche Post**
FRANKIT 0,48 EUR
11.02.14   1D100010F2
Brief Kilotarif
P P /PRIORITY

FILED / RECEIVED
FEB 14 2014
EPIQ SYSTEMS

Epiq Bankruptcy Solutions LLC
Attn. Lehman Br. Holding Inc Claim Process
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

FEB 20 2014

Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Karin Evelin Engels
**Name of Transferee**

Credit Suisse AG (former Clariden Leu AG)
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Katrin Evelin Engels
Kornblumenweg 11
50354 Hürth
Germany

Phone: 004922336007895
Last Four Digits of Acct #: 3449

Court Claim # (if known): 55813
Date Claim Filed: October 29, 2009
Amount of Claim: 130000
Portion of Claim Transferred (see Schedule I): Case No: 08-13555(JMP)

Phone: +41443328617
Last Four Digits of Acct. #: 5026

Name and Address where transferee payments should be sent (if different from above):

Katrin Evelin Engels
IBAN DE50 3704 0048 0243 3449 01
BIC/Swift: COBA DEFF937

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Karin E. Engels    Date: 13.11.29
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG (former Clariden Leu AG)** ("Transferor") unconditionally and irrevocably transferred to **Katrin Evelin Engels** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 55813)** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JANUARY 30, 2014.

**Credit Suisse AG**

By: _____
Name: Rita von Wyl
Title:  AVP

By: _____
Name: Adrian Graf
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0335964648 | 55813 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 130'000.00 |