UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                                :
:
---------------------------------------------------------------x    Ref. Docket Nos. 41989, 42372,
42437, 42438, 42470, 42473, 42476,
42477, 42522-42524, 42526, 42533,
42537, 42538, 42540, 42541, 42543,
42545, 42553-42556, 42596-42619,
42621-42633, 42656, 42657, 42660-
42663, 42666-42669, 42675, 42678,
42680, 42681, 42683, 42684

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
21st day of February, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41989, 42372, 42437...42681, 42683, 42684_AFF_2-13-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
      TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007    DANIEL MIRANDA & ANTHONY VITIELLO
      OFFSHORE, L.P.                                       745 SEVENTH AVENUE,
      ATTN: JENNA YOO & HOWARD LEE                         2ND FLOOR
      1301 SIXTH AVENUE, 8TH FLOOR                         NEW YORK NY 10019
      NEW YORK NY 10019
```

Please note that your claim # 15885-01 in the above referenced case and in the amount of
    $3,979,970.63  allowed at $536,784.00       has been transferred **(unless previously expunged by court order)**

```
      TRC MASTER FUND LLC                                  TRC MASTER FUND LLC
      TRANSFEROR: BARCLAYS BANK PLC                        ROBERT SCHEININGER
      C/O TR CAPITAL MANAGEMENT, LLC                       SIDLEY AUSTIN LLP
      ATTN: TERREL ROSS                                    787 SEVENTH AVENUE
      336 ATLANTIC AVE., SUITE 302                         NEW YORK NY 10019
      EAST ROCKAWAY NY 11518
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42675       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/13/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 13, 2014.

# EXHIBIT B

```
TIME: 11:55:44                                                LEHMAN BROTHERS HOLDING INC.                                                            PAGE: 1
DATE: 02/13/14                                                    CREDITOR LISTING

Name                                                  Address
ABSALON II LIMITED                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                                      NEW YORK NY 10022
BANK JULIUS BAER & CO. LTD                            TRANSFEROR: UBS AG PATRIK ROOS BAHNHOFSTRASSE 36 CH-8010 ZURICH   SWITZERLAND
BANK OF SINGAPORE LIMITED                             CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
BANK OF SINGAPORE LIMITED                             ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                                                      SINGAPORE 048619 SINGAPORE
BANQUE CANTONALE DE FRIBOURG                          TRANSFEROR: CREDIT SUISSE ATTN: MICHEL MONNEY BDE DE PEROLLES 1 FRIBOURG  CH-1700 SWITZERLAND
BARCLAYS BANK PLC                                     DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     SIDLEY AUSTIN LLP ANDREW CALLAHAN, ESQ 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                     ANDREW J CALLAHAN, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR
                                                      NEW YORK NY 10019
BBVA (SUIZA) S.A.                                     TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BBVA (SUIZA) S.A.                                     BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR
                                                      MADRID 28046 SPAIN
BBVA (SUIZA) S.A.                                     CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS  75008 FRANCE
                                                      ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND
                                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BEDROK SECURITIES LLC                                 TRANSFEROR: BEDROK SECURITIES LLC ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                                 TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                                 TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                                 TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII PARALLEL 2, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                                 TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII PARALLEL, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                                 TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL, LP. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BLACKWELL PARTNERS LLC                                DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
BLACKWELL PARTNERS LLC                                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORINGTON AVENUE, 13TH FLOOR
                                                      EVANSTON IL 60201
BROKWEL MANAGEMENT INC.                               TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA  PANAMA
CCP CREDIT ACQUISITION HOLDINGS, LLC                  ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC                  ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC                  ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR
                                                      NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.         ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CENTRUM BANK AG                                       TRANSFEROR: CREDIT SUISSE KIRCHSTRASSE 3 VADUZ  9490 LIECHTENSTEIN
CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                                      NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC.                     TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITY OF NEW YORK GROUP TRUST                          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                                      NEW YORK NY 10022
CRAVATH, SWAINE & MOORE LLP                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
                                                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
                                                      RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                         TRANSFEROR: BANK OF SINGAPORE LIMITED ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE 039393 SINGAPORE
CREDIT SUISSE AG, SINGAPORE BRANCH                    TRANSFEROR: BEDROK SECURITIES LLC ATTN: ROBERT HEALEY 1-5 CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM
CREDIT SUISSE INTERNATIONAL
DEUTSCHE BANK AG, LONDON                              TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                      NEW YORK NY 10005
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:55:44                          LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   2
DATE: 02/13/14                               CREDITOR LISTING

Name                                    Address
DIGNITY HEALTH                          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                        NEW YORK NY 10022
DIGNITY HEALTH                          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                        NEW YORK NY 10022
FAIR HARBOR CAPITAL LLC                 TRANSFEROR: WEISBROD, LESLIE STEPPEL ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: WEISBROD, LESLIE STEPPEL ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
GN3 STP LIMITED                         TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                        NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
 OFFSHORE (STRATEGIC), LTD.             NEW YORK NY 10022
GOLDENTREE ENTRUST MASTER FUND SPC FOR  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
 ACCT OF SEGREGATED PORTFOLIO I         NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
 OFFSHORE (STRATEGIC), LTD.             NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
 OFFSHORE 110 LIMITED                   NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
 OFFSHORE II, LTD.                      NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                        NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: HLTS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
HALCYON LOAN TRADING FUND LLC           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                        NEW YORK NY 10022
HIPPARCHUS MASTER FUND LTD              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP- M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                        NEW YORK NY 10022
HIPPARCHUS MASTER FUND LTD.             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                        EVANSTON IL 60201
HIPPARCHUS MASTER FUND LTD.             DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
HIPPARCHUS MASTER FUND LTD.             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                        EVANSTON IL 60201
HLF LP                                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                        NEW YORK NY 10022
HLF LP                                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                        NEW YORK NY 10022
HLF LP                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                        NEW YORK NY 10022
HLTS FUND II LP                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                        NEW YORK NY 10022
HLTS FUND II LP                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                        NEW YORK NY 10022
ILLIQUIDX LLP                           TRANSFEROR: BANCA ZARATTINI & CO. SA, LUGANO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                           TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                           TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                           TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                           TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                           TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                        NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138
                                        383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179

                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:55:44                                LEHMAN BROTHERS HOLDING INC.                                    PAGE:    3
DATE: 02/13/14                                     CREDITOR LISTING

Name                                          Address
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                              NEW YORK NY 10179
MAGNETAR CAPITAL MASTER FUND LTD.             TRANSFEROR: DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR CAPITAL MASTER FUND LTD.             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                              EVANSTON IL 60201
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND      TRANSFEROR: DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                              EVANSTON IL 60201
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: BARCLAYS BANK PLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE HUNTINGTON INVESTMENT FUND, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: JPMORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO, JEFF ARNOLD
                                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                              333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP        TRANSFEROR: JPMORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII
DELAWARE, L.P.
OAKTREE OPPORTUNITIES FUND VIII               TRANSFEROR: BARCLAYS BANK PLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
PARALLEL, L.P.                                LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP           TRANSFEROR: BARCLAYS BANK PLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP           TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP           TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP           TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                              333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071

                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:55:44                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    4
DATE: 02/13/14                                        CREDITOR LISTING

Name                                               Address
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                             333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                             333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                             333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                             333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                             LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                             333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,           TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR
  L.P.                                             LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,           TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
  L.P.                                             LOS ANGELES CA 90071
RIVERROCK SECURITIES LIMITED                       TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
SEAPORT GROUP EUROPE LLP, THE                      TRANSFEROR: UBS AG ATTN: JATINDER BAHIA GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON  EC2M 7EB UNITED KINGDOM
SERENGETI LYCAON MM LP                             RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
SERENGETI LYCAON MM LP                             TRANSFEROR: MP BANK HF C/O SERENGETI ASSET MGMT LP; ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                    RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
SERENGETI OPPORTUNITIES MM L.P.                    TRANSFEROR: MP BANK HF C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012
SL TRADE CLAIM I LLC                               MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
SL TRADE CLAIM I LLC                               TRANSFEROR: SERENGETI LYCAON MM LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SL TRADE CLAIM I LLC                               TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                                   NEW YORK NY 10012
SPECTRUM OPPORTUNITIES MASTER FUND                 DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
SPECTRUM OPPORTUNITIES MASTER FUND                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORINGTON AVENUE, 13TH FLOOR
                                                   EVANSTON IL 60201
SPECTRUM OPPORTUNITIES MASTER FUND                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                   EVANSTON IL 60201
STICHTING PGGM DEPOSITARY, AS DEPOSITARY           TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
  OF PGGM HIGH YIELD BOND FUND                     NEW YORK NY 10022
TRC MASTER FUND LLC                                ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
TRC MASTER FUND LLC                                TRANSFEROR: BARCLAYS BANK PLC C/O TR CAPITAL MANAGEMENT, LLC ATTN: TERREL ROSS 336 ATLANTIC AVE., SUITE 302 EAST ROCKAWAY NY 11518
UBS AG                                             BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                             ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UNIPENSION INVEST F.M.B.A. HIGH YIELD              TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
  OBLIGATIONER                                     NEW YORK NY 10022
WEISBROD, LESLIE STEPPEL                           NIXON PEABODY LLP 437 MADISON AVENUE, 18TH FLOOR ATTN: ADAM B. GILBERT , ESQ. NEW YORK NY 10022


Total Number of Records Printed     132                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```