SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: 212-839-6742
Michael G. Burke, Esq.

*Attorneys for the Government of Singapore Investment Corporation Pte Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that the Government of Singapore Investment Corporation Pte Ltd. (the "Claimant") hereby withdraws proof of claim 23522 (the "Claim"), filed on September 21, 2009, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to remove the Claim from the claims register.

The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: February 24, 2014
      New York, New York

_____
Michael G. Burke, Esq.
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: 212-839-6742

*Attorneys for the Government of Singapore Investment Corporation Pte Ltd.*