Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone:  303-573-1600
Email:  mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| --- | --- | --- |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | 08-13555 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM

The undersigned counsel for Plaintiff Lehman Brothers Holdings Inc. ("LBHI") hereby provides the Court and counsel with this Notice of Change of Law Firm.

1. Michael A. Rollin, one of the counsel for Lehman Brothers Holdings Inc., has changed law firms. He will continue to represent Lehman Brothers Holdings Inc. in this matter. His updated contact information is as follows:

JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone:  303-573-1600
Email:  mrollin@joneskeller.com

Respectfully submitted this 21st day of February, 2014.

*s/Michael A. Rollin*
Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone:  303-573-1600
Email:  mrollin@joneskeller.com