WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (SCC)
:
Debtors.                              :    (Jointly Administered)
:
------------------------------------------------------------------x

### FIFTEENTH NOTICE OF WITHDRAWAL OF DEBTORS' APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS

PLEASE TAKE NOTICE of the following:

1. On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973]. The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

2. Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3. On January 31, 2012, February 9 and 13, 2012, April 3, 2012, May 31, 2012, June 25, 2012, August 14, 2012, October 19, 2012, November 16, 2012, December 4, 2012, February 8, 2013, March 8, 2013, June 27, 2013, and October 28, 2013, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4. Subsequent to the filing of the Notices of Withdrawal or Deferral, the Debtors have reached agreements with certain additional parties with respect to their objections to the Debtors' application to assume executory contracts and unexpired leases.

5. The Debtors hereby withdraw their application to assume the executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

6. The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on

2

Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed on Schedule 1 or 2 to the Confirmation Order.

Dated: February 24, 2014
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

3

# EXHIBIT A

## AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND ORDERS PERTAINING THERETO

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

A-1

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

26. Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 8, 2013 [ECF No. 34503].

27. Twelfth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on March 8, 2013 [ECF No. 35786].

28. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on March 14, 2013 [ECF No. 35924].

29. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on March 19, 2013 [ECF No. 36058].

30. Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on June 27, 2013 [ECF No. 38227].

A-2

31. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 3, 2013 [ECF No. 38404].

32. Notice of Corrected Exhibit with Respect to Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on July 12, 2013 [ECF No. 38686].

33. Notice of Corrected Exhibit with Respect to Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 15, 2013 [ECF No. 38714].

34. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on August 28, 2013 [ECF No. 39883].

35. Fourteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 28, 2013 [ECF No. 40762].

36. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on October 28, 2013 [ECF No. 40767].

A-3

# EXHIBIT B

# WITHDRAWN CONTRACTS

US_ACTIVE:\44415395\2\58399.0008

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| BELL TRACE OBLIGATED GROUP | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF SEPTEMBER 14, 2006 | BELL TRACE OBLIGATED GROUP<br>C/O EAST 10TH STREET PROPERTY, LLC<br>2749 EAST COVENANTER DR.<br>BLOOMINGTON, IN 47401<br>ATTN: CHIEF EXECUTIVE OFFICER |
| | | | C/O EAST 10TH STREET PROPERTY, LLC<br>2749 EAST COVENANTER DR.<br>BLOOMINGTON, IN , 47401<br>ATTN: CHIEF EXECUTIVE OFFICER |
| | | | HARRISON & MOBERLY, LLP<br>DAVID J. THEISING<br>10 WEST MARKET STREET, SUITE 700<br>INDIANAPOLIS, INDIANA 46204 |
| CITY OF THOUSAND OAKS | LEHMAN BROTHERS SPECIAL FINANCING INC. | RESERVE FUND AGREEMENT DATED AS OF JANUARY 25, 1996 | CITY OF THOUSAND OAKS<br>2100 THOUSAND OAKS BOULEVARD<br>THOUSAND OAKS, CA 91362 |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 18, 2007 | BNY CORPORATE TRUSTEE SERVICES LIMITED – LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>FIFTH FLOOR<br>6 BROAD STREET<br>LONDON, EC2M 7JH<br>UK |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| | | | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>LAUREN MACKSOUD<br>JOSHUA FRIEDMAN<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036 |
| EUROSAIL 2006-1 PLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF MAY 25, 2006 | 25 OLD BROAD STREET<br>LONDON, EC2N 1HQ<br>UK |
| | | | BNY CORPORATE TRUSTEE SERVICES LIMITED – LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | C/O BNY CORPORATE TRUSTEE SERVICES LTD<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UK |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| | | | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>LAUREN MACKSOUD<br>JOSHUA FRIEDMAN<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036 |
| EUROSAIL 2006-2BL PLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 11, 2006 | 25 OLD BROAD STREET<br>LONDON, EC2N 1HQ<br>UK |
| | | | BNY CORPORATE TRUSTEE SERVICES LIMITED – LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | C/O BNY CORPORATE TRUSTEE SERVICES LTD<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UK |

US_ACTIVE:\44415395\2\58399.0008

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| | | | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>LAUREN MACKSOUD<br>JOSHUA FRIEDMAN<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036 |
| EXUM RIDGE CBO 2006-1 LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF FEBRUARY 16, 2006 | EXUM RIDGE CBO 2006-1, LTD.<br>C/O MAPLES FINANCE LIMITED<br>P.O. BOX 1093GT, QUEENSGATE HOUSE<br>SOUTH CHURCH STREET, GRAND CAYMAN<br>CAYMAN ISLANDS, BWI<br>ATTN: THE DIRECTORS |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |
| | | | MAPLES AND CALDER<br>P.O. BOX 309GT<br>UGLAND HOUSE<br>SOUTH CHURCH STREET, GRAND CAYMAN<br>CAYMAN ISLANDS, BWI<br>ATTN: DALE CROWLEY |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |

US_ACTIVE:\44415395\2\58399.0008

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| EXUM RIDGE CBO 2006-2 LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF MARCH 8, 2006 | EXUM RIDGE CBO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS, BWI ATTN: THE DIRECTORS |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS, BWI ATTN: DALE CROWLEY |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |
| GRANITE FINANCE LIMITED (SERIES 2005-10 EUR 20,000,000 CREDIT LINKED MTM TRIGGER LEVERAGED SYNTHETIC PORTFOLIO NOTES DUE 2015 (ISIN: XS0224217199)) | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 28, 2005 | CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY 10016, ATTN: THOMAS MUSARRA |
| | | | GRANITE FINANCE LIMITED 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN BVI, KY1-1102 CAYMAN ISLANDS |
| | | | SCHULTE ROTH & ZABEL LLP LAWRENCE V. GELBER 919 THIRD AVENUE NEW YORK, NEW YORK 10022 |

B-4

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| PEBBLE CREEK 2007-3 LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 19, 2007 | AIRLIE GROUP<br>115 E PUTNAM AVE<br>GREENWICH CT, 06830<br>ATTN: SETH CAMERON |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| RACERS 2003-07-A CITI | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF MARCH 25, 2003 | C/O US BANK NATIONAL ASSOCIATION<br>100 WALL STREET, 16TH FLOOR<br>NEW YORK, NY, 10005<br>ATTN: DAVID KOLIBACHUK |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |

US_ACTIVE:\44415395\2\58399.0008