UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:                                                   :        Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,   :        Case No.: 08-13555 (JMP)

          Debtors.                          :        (Jointly Administered)

------------------------------------------------------------------------X

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by HSBC PRIVATE BANK (SUISSE) S.A. (the "Transferor"), against Lehman Brothers Holdings Inc., in the amount of $ 149'557'164.-, which has been designated as Claim No. 51762 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer of EUR 300'000.- (Principal) – ISIN XS0322064840 – Issuer : LEHMAN BROTHERS TREASURY BV. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| Dª. Carmela Rivas Blanco | HSBC PRIVATE BANK (SUISSE) S.A. |
| **Names and Addresses where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Banco Bilbao Vizcaya Argentaria, S.A.<br>Paseo de la Castellana 81<br>12th Floor<br>Madrid 28043<br>Spain<br><br>Attn.: Almudena Bañón Treviño | HSBC PRIVATE BANK (SUISSE) S.A.<br>Attn. : TITSS / Corporate Actions<br>Quai Général-Guisan 2, PO Box 3580<br>CH – 1211 Geneva 3 |
| With a copy to:<br><br>Cleary Gottlieb Steen & Hamilton LLP<br>12, rue Tilsitt<br>78008 Paris<br>France | With a copy to:<br><br>-- |

FEB 24 2014

**Exhibit A**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**HSBC PRIVATE BANK (SUISSE) S.A**, a *sociedad anónima* incorporated under Swiss law, with offices located to these effects at Geneva ("Transferor"), does hereby certify that it has unconditionally and irrevocably assigned to Carmela Rivas Blanco, its successors and assigns, with offices located at PLAZA RUBEN DARIO Nº 15PISO 8ºDCHA, Santander Cantabria ("Transferee"), a ratable portion in an amount equal to $ EUR 300'000.- (Principal) – ISIN XS0322064840 – Issuer : LEHMAN BROTHERS TREASURY (the "Transferred Portion") of the right, title and interest in and to the claims of Transferor against **LEHMAN BROTHERS HOLDINGS INC.** docketed as Claim No. 51762 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Transferor hereby waives any objection to the transfer of the Transferred Portion to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law and notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Transferred Portion and recognizing the Transferee as the sole owner and holder of the Transferred Portion.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of Transferred Portion to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed Evidence of Partial Transfer of Claim by its duly authorized representative(s) dated 30 December, 2013.

By: Carmela Rivas Blanco

HSBC PRIVATE BANK (SUISSE) S.A.

By: _____
Name:
Title:
Natacha Ogay

Giorgio Gagliani
Associate Director

2 0 FEV. 2014

Name and Address where
Transferee payments should be sent:

Dª. Carmela Rivas Blanco
Banco Bilbao Vizcaya Argentaria, S.A.
Account: ES90 0182 6466 50 020 1509540

Swift/BIC: BBVAESMMXXX

12th Floor
Madrid 28043
Spain

Dated: 30th December, 2013

By:   Carmela Rivas Blanco

HSBC Private Bank (Suisse) SA

Giorgio Gagliani
Associate Director

Natacha Ogay

2 0 FEV. 2014