IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cassa Lombarda S.p.a.
Name of Transferee

Allianz Bank Financial Advisors SpA
Name of Transferor

Name and Address where notices to transferee should be sent:
Cassa Lombarda S.p.a.
Via Manzoni, 12
20121 Milano

Court Claim: 48753
Total Amount of Claim: $ 940,291.62
Date Claim Filed: 27.10.2009
Allowed Claim $ 763,969.04
Partial Claim Transferred: $ 18.989,67

Attn: Stefano Barcella
E-mail: settlement§cassalombarda.it
Phone: 0039 02779
Last Four Digits of Acct #: 9364

Piazzale Lodi, 3
Milano Italy 20137

Attn: Franco Brichetti
Francesca Trebbi
Phone: +39 02 72168604 - 8922
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Attn:
Phone:
:
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent
Name: STEFANO BARCELLA
Title: COO

Date: 11 day of FEBRUARY, 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S.C. §1152 & 3571.

1

EVIDENCE OF TRANSFER OF CLAIM

TRANSFER AGREEMENT

2