WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
James C. Fitzpatrick
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                    :
**In re**                                           :      **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :      **08-13555 (SCC)**
                                                    :
                         **Debtors.**               :      **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------------x
                                                    :
**In re**                                           :
                                                    :      **Case No.**
**LEHMAN BROTHERS INC.,**                           :
                                                    :      **08-01420 (SCC) (SIPA)**
                         **Debtor.**                :
                                                    :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR CLAIMS HEARING ON FEBRUARY 27, 2014 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 621**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS INC. PROCEEDING**

**I.    CONTESTED MATTER:**

1.    Motion of the Trustee for Entry of an Order, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 7042, to Convert Certain Contested Omnibus Objections to a Consolidated Adversary Proceeding and Establish Related Procedures [**LBI ECF No. 8196**]

Response Deadline:    February 20, 2014 at 4:00 p.m.

Response Received:

A.    Opposition to Trustee's Motion [**LBI ECF No. 8282**]

Related Documents:

B.    Declaration of Edwin McGuinn in Opposition to Trustee's Motion Docket No. 8196 [**LBI ECF No. 8281**]

C.    Trustee's Reply in Support of Motion [**LBI ECF No. 8348**]

Status: This matter is going forward.

**II.    RELATED CLAIM OBJECTIONS GOING FORWARD SOLELY AS TO UNCONTESTED CLAIMS**

2.    Trustee's One Hundred Twelfth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6847**]

Response Deadline:    August 9, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Responses Received:

A.    Response of Robert D. Morrison [**LBI ECF No. 7016**]

B.    Response of John H. Lang [**LBI ECF No. 7017**]

C.    Response of Mannes M. Shalowitz [**Not Docketed**]

D.    Response of John J. McDougall [**LBI ECF No. 7215**]

    E.      Response of Mary Camilli-Bernay [**LBI ECF No. 7501**]

    F.      Response of Robert Alan Connell [**Not Docketed**]

    G.      Response of James Knipp [**Not Docketed**]

    H.      Response of Max Rubinstein [**Not Docketed**]

    I.      Response of John Valdrighi [**LBI ECF No. 7418**]

    J.      Responses of Steven G. Delaney [**LBI ECF Nos. 7273, 7394**]

    K.      Response of Michael J. Stipo [**LBI ECF No. 7393**]

    L.      Response of Kevin F. Cunningham [**LBI ECF Nos. 7358, 7392**]

    M.      Response of William Boyd, Jr. [**Not Docketed**]

    N.      Response of John Wright [**Not Docketed**]

    O.      Notice of Appearance on Behalf of Certain Claimants filed by Richard J.J. Scarola [**LBI ECF No. 8234**]

Related Documents:

    P.      Notice of Amended Response Deadline [**LBI ECF No. 6939**]

    Q.      Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

    R.      Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

    S.      Notice of Adjournment and Extension of Response Deadline as to Certain Claimants [**LBI ECF No. 8249**]

Status: This matter is going forward solely as to uncontested claims.

3.      Trustee's One Hundred Thirteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6865**]

    Response Deadline:    August 13, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

    Response Received:

    A.      Notice of Appearance on Behalf of Certain Claimants filed by Richard J.J. Scarola [**LBI ECF No. 8234**]

    Related Documents:

    B.      Notice of Amended Response Deadline [**LBI ECF No. 6909**]

C.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

D.    Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

E.    Notice of Adjournment and Extension of Response Deadline as to Certain Claimants [**LBI ECF No. 8249**]

Status: This matter is going forward solely as to uncontested claims.

4.    Trustee's One Hundred Fourteenth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 6866**]

Response Deadline:    August 13, 2013 at 4:00 p.m., extended for all claimants to October 24, 2013 at 4:00 p.m.

Response Received:

A.    Notice of Appearance on Behalf of Certain Claimants filed by Richard J.J. Scarola [**LBI ECF No. 8234**]

Related Documents:

B.    Notice of Amended Response Deadline [**LBI ECF No. 6909**]

C.    Notices of (I) Extended Response Deadline and (II) Adjournment of Hearing [**LBI ECF Nos. 7027, 7186**]

D.    Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

E.    Notice of Adjournment and Extension of Response Deadline as to Certain Claimants [**LBI ECF No. 8249**]

Status: This matter is going forward solely as to uncontested claims.

5.    Trustee's One Hundred Thirty-Eighth Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 7264**]

Response Deadline:    October 24, 2013 at 4:00 p.m.

Response Received:

A.    Notice of Appearance on Behalf of Certain Claimants filed by Richard J.J. Scarola [**LBI ECF No. 8234**]

Related Documents:

B.    Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

C.    Notice of Adjournment and Extension of Response Deadline as to Certain Claimants [**LBI ECF No. 8249**]

Status: This matter is going forward solely as to uncontested claims.

6.   Trustee's One Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Subordinated Claims) [**LBI ECF No. 7388**]

Response Deadline:   October 24, 2013 at 4:00 p.m.

Response Received:

A.   Notice of Appearance on Behalf of Certain Claimants filed by Richard J.J. Scarola [**LBI ECF No. 8234**]

Related Documents:

B.   Notices of Adjournment [**LBI ECF Nos. 7618, 7851**]

C.   Notice of Adjournment and Extension of Response Deadline as to Certain Claimants [**LBI ECF No. 8249**]

Status: This matter is going forward solely as to uncontested claims.

7.   Trustee's One Hundred Ninety-Eighth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8153**]

Response Deadline:   February 18, 2014 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter is going forward solely as to uncontested claims.

## III.   ADJOURNED MATTERS:

### A.   Lehman Brothers Holdings Inc. Chapter 11 Cases

8.   Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34044**]

Response Deadline:   February 19, 2013 at 4:00 p.m.

Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

9.   Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 34226 and 34227 [**ECF No. 35847**]

Response Deadline:   September 20, 2011 at 4:00 p.m.

Response Received:

    A.     Response of Windermere Private Placement I S.A. to Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 20137**]

Related Document:

    B.     Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 19398**]

Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

10.    Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline:    June 3, 2013 at 4:00 p.m.

Adjourned Responses:

    A.     Response of Commerzbank AG [**ECF No. 38674**]

    B.     Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

11.    Plan Administrator's Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [**ECF No. 37839**]

Response Deadline:    July 10, 2013 at 4:00 p.m.

Adjourned Response:

    A.     Response of Frank Tolin, Jr. [**ECF No. 39912**]

Status:  This matter has been adjourned to April 24, 2014 at 10:00 a.m.

12.    Claims Objection Hearing with Respect to Debtors' Objection to Proofs of Claim Nos. 28740 and 28828 [**ECF No. 38054**]

Response Deadline:    December 8, 2011 at 4:00 p.m.

Adjourned Response:

    A.     Response of Southern Pacific Securities 05-1 PLC to Debtors' Two Hundred and Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 23136**]

Related Document:

    B.     Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 21741**]

Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

13.    Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim No. 12597 [**ECF No. 39129**]

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Response:

      A.    Response of Kilroy Realty, L.P. to the Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 13059**]

Related Document:

      B.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 12533**]

Status:  This matter has been adjourned to April 24, 2014 at 10:00 a.m.

14.    Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:    September 11, 2013 at 4:00 p.m.

Adjourned Response:

      A.    Response of Sanford and Tina Mohr [**ECF No. 41101**]

Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

15.    Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 39570**]

Response Deadline:    September 19, 2013 at 4:00 p.m.

Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

16.    Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [**ECF No. 40292**]

Response Deadline:    November 6, 2013 at 4:00 p.m.

Adjourned Responses:

      A.    Response of Arthur A. Boor and Joan Boor [**ECF No. 40991**]

      B.    Response of Arthur A. Boor and Joan Boor [**ECF No. 40992**]

Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

17.    Four Hundred Forty-Eighth Omnibus Objection to Claims (No Liability Claims)
       **[ECF No. 41662]**

       Response Deadline:    January 21, 2014 at 4:00 p.m.

       Status: The hearing for claim number 32084 has been adjourned to March 27,
              2014 at 10:00 a.m.

18.    Four Hundred Fifty-Third Omnibus Objection to Claims (Insufficient
       Documentation Claims) [**ECF No. 42103**]

       Response Deadline:    February 18, 2014 at 4:00 p.m.

       Adjourned Response:

              A.    Response of U.S. Bank National Association [**ECF No. 42905**]

       Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

19.    Four Hundred Fifty-Fourth Omnibus Objection to Claims (Valued Derivative
       Claims) **[ECF No. 42104]**

       Response Deadline:    February 18, 2014 at 4:00 p.m.

       Adjourned Response:

              A.    Response of ING USA Annuity and Life Insurance Company
                    [**EFC No. 42903**]

       Status: The hearing for claim numbers 11152 and 11153 has been adjourned to
              March 27, 2014 at 10:00 a.m.

20.    Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims)
       [**ECF No. 42105**]

       Response Deadline:    February 18, 2014 at 4:00 p.m. or as otherwise extended.

       Status: The hearing for claim numbers 19986, 19987, 19988, 27709, and 63358
              has been adjourned to March 27, 2014.

21.    Four Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Claims)
       [**ECF No. 42106**]

       Response Deadline:    March 21, 2014 at 4:00 p.m.

       Status:  This matter has been adjourned to March 27, 2014 at 10:00 a.m.

B.    **Lehman Brothers Inc. Proceeding**

22.    Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Response Received:

A.    Response of Zameer Khan [**Not Docketed**]

Related Document:

B.    Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6563**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Khan.

23.    Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6131**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Responses Received:

A.    Response of David Tribou [**LBI ECF No. 6230**]

B.    Response of Walter A. Bogumil, Jr., IRA [**LBI ECF No. 6232**]

Related Document:

C.    Order Granting the Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6574**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claims of Mr. Tribou and Mr. Bogumil.

24.    Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6157**]

Response Deadline:    May 24, 2013 at 4:00 p.m.

Responses Received:

A.    Response of Wayne Croner [**LBI ECF No. 6231**]

B.    Response of Leona and Tom Beck [**LBI ECF No. 6348**]

      C.      Response of Charles Bisgaier [**LBI ECF No. 6551**]

Related Document:

      D.      Order Granting the Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6573**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m. as to the claims of the Becks and Mr. Croner and has been adjourned to a date to be determined as to the claim of Mr. Bisgaier.

25.    Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6295**]

    Response Deadline:    June 20, 2013 at 4:00 p.m.

    Response Received:

      A.      Response of James G. McErlean [**LBI ECF No. 6590**]

    Related Document:

      B.      Order Granting the Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6792**]

    Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. McErlean.

26.    Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6341**]

    Response Deadline:    June 27, 2013 at 4:00 p.m.

    Response Received:

      A.      Response of Heywood Zeidman [**LBI ECF No. 6691**]

    Related Document:

      B.      Order Granting the Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6803**]

    Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Zeidman.

27.    Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6566**]

Response Deadline:   July 10, 2013 at 4:00 p.m.

Response Received:

>    A.    Response of Joseph Stanaitis [**LBI ECF No. 6818**]

Related Documents:

>    B.    Order Granting the Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6971**]
>
>    C.    Notice of Withdrawal [**LBI ECF No. 7306**]
>
>    D.    Supplemental Order [**LBI ECF No. 7740**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Stanaitis.

28.   Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6682**]

Response Deadline:   July 23, 2013 at 4:00 p.m.

Response Received:

>    A.    Response of Judith E. Blackshire [**LBI ECF No. 6850**]

Related Document:

>    B.    Order Granting the Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7059**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Ms. Blackshire.

29.   Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6699**]

Response Deadline:   July 24, 2013 at 4:00 p.m., extended for certain claimants to July 31, 2013 at 4:00 p.m.

Response Received:

>    A.    Response of Donald A. Perata [**LBI ECF No. 6863**]

Related Documents:

      B.     Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7057**]

      C.     Supplemental Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7365**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Perata.

30.    Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

      A.     Response of Ely Eddi [**LBI ECF No. 6951**]

Related Document:

      B.     Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) solely as to certain claims [**LBI ECF No. 7093**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Eddi.

31.    Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6811**]

Response Deadline:    August 6, 2013 at 4:00 p.m.

Response Received:

      A.     Response of Henry Grossman [**LBI ECF No. 6944**]

Related Document:

      B.     Order Granting the Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7096**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Grossman.

32.    Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6906**]

Response Deadline:    August 21, 2013 at 4:00 p.m.

Response Received:

    A.    Response of John and Delight Eilering [**LBI ECF No. 7169**]

Related Document:

    B.    Order Granting the Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7286**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of the Eilerings.

33.    Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6918**]

Response Deadline:    August 22, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Bouef Limited [**LBI ECF No. 7103**]

    B.    Response of Theodore Pearlman [**LBI ECF No. 7076**]

Related Document:

    C.    Order Granting the Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7277**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m. as to the claim of Mr. Pearlman and has been adjourned to April 24, 2014 at 10:00 a.m. as to the Bouef Limited claim.

34.    Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7008**]

Response Deadline:    September 3, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Kavita Nakra [**LBI ECF No. 7216**]

Related Document:

    B.    Order Granting the Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7278**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Ms. Nakra.

35.     Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor
        Claims (No Liability Claims) [**LBI ECF No. 7185**]

        Response Deadline:    September 27, 2013 at 4:00 p.m.

        Response Received:

                A.      Response of Louise Brodsky [**Not Docketed**]

        Related Document:

                B.      Order Granting One Hundred Thirty-Fifth Omnibus Objection to
                        General Creditor Claims (No Liability Claims) solely as to certain
                        claims [**LBI ECF No. 7483**]

        Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the
                claim of Ms. Brodsky.

36.     Trustee's One Hundred Thirty-Ninth Omnibus Objection to General Creditor
        Claims (No Liability Claims) [**LBI ECF No. 7279**]

        Response Deadline:    October 9, 2013 at 4:00 p.m.

        Response Received:

                A.      Response of Patricia Pope [**Not Docketed**]

        Related Document:

                B.      Order Granting One Hundred Thirty-Ninth Omnibus Objection to
                        General Creditor Claims (No Liability Claims) solely as to certain
                        claims [**LBI ECF No. 7607**]

        Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the
                claim of Ms. Pope.

37.     Trustee's One Hundred Forty-Third Omnibus Objection to General Creditor
        Claims (Non-LBI Employee Claims) [**LBI ECF No. 7336**]

        Response Deadline:    October 15, 2013 at 4:00 p.m., extended for certain
                              claimants to December 4, 2013 at 4:00 p.m.

        Responses Received:

                A.      Response of James R. Chapman [**LBI ECF No. 7664**]

                B.      Response of David J. Covey [**LBI ECF No. 7495**]

                C.      Response of Jason Imperato [**LBI ECF No. 7470**]

        Related Documents:

14

D.     Order Granting One Hundred Forty-Third Omnibus Objection to General Creditor Claims (Non-LBI Employee Claims) solely as to certain claims [**LBI ECF No. 7661**]

E.     Supplemental Certificate of No Objection Solely as to certain claims [**LBI ECF No. 8372**]

<u>Status</u>: This matter has been adjourned to a date to be determined, as to the claims of Mr. Chapman, Mr. Covey, and Mr. Imperato.

38.     Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

<u>Response Deadline</u>:     October 23, 2013 at 4:00 p.m., extended for certain claimants to October 30, 2013 at 4:00 p.m.

<u>Response Received</u>:

A.     Response of Terry G. Reckas [**Not Docketed**]

<u>Related Document</u>:

B.     Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

<u>Status</u>: This matter has been adjourned to March 27, 2104 at 10:00 a.m., as to the claim of Mr. Reckas.

39.     Trustee's One Hundred Forty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7399**]

<u>Response Deadline</u>:     October 29, 2013 at 4:00 p.m.

<u>Response Received</u>:

A.     Response of Sandra J. Valade [**LBI ECF No. 7561**]

<u>Related Document</u>:

B.     Order Granting One Hundred Forty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7737**]

<u>Status</u>: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Ms. Valade.

40.     Trustee's One Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7582**]

<u>Response Deadline</u>:     November 22, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Robert A. Levine [**LBI ECF No. 7775**]

Related Document:

    B.    Order Granting One Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7906**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Levine.

41.    Trustee's One Hundred Fifty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7583**]

Response Deadline:    November 22, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Kenneth F. Potashner [**Not Docketed**]

Related Document:

    B.    Order Granting One Hundred Fifty-Eighth Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7935**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Potashner.

42.    Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:    December 5, 2013 at 4:00 p.m., extended to a date to be determined as to one claimant.

Responses Received:

    A.    Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

    B.    Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Document:

    C.    Order Granting One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

43.    Trustee's One Hundred Seventieth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) [**LBI ECF No. 7814**]

Response Deadline:    January 6, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m.

44.    Trustee's One Hundred Seventy-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 7832**]

Response Deadline:    January 6, 2014 at 4:00 p.m., extended for a certain claimant to January 9, 2014 at 4:00 p.m.

Response Received:

        A.    Response of Dana Feller [**LBI ECF No. 8037**]

Related Document:

        B.    Notice of Withdrawal [**LBI ECF No. 7995**]

        C.    Certificate of No Objection [**LBI ECF No. 8354**]

Status: This matter has been adjourned to a date to be determined, as to the claim of Ms. Feller.

45.    Trustee's One Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 7855**]

Response Deadline:    January 6, 2014 at 4:00 p.m.

Response Received:

        A.    Response of Brian Monahan [**LBI ECF No. 8008**]

Related Document:

        B.    Certificate of No Objection [**LBI ECF No. 8285**]

Status: This matter has been adjourned to a date to be determined, as to the claim of Mr. Monahan.

46.    Trustee's One Hundred Seventy-Fourth Omnibus Objection to General Creditor Claims (Severance Claims) [**LBI ECF No. 7856**]

Response Deadline:   January 6, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Dan Singer [**Not Docketed**]

Related Document:

    B.    Certificate of No Objection [**LBI ECF No. 8323**]

Status: This matter has been adjourned to a date to be determined, as to the claim of Mr. Singer.

47.    Trustee's One Hundred Seventy-Fifth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 7871**]

Response Deadline:   January 6, 2014 at 4:00 p.m., extended for certain claimants to January 14, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Gerald Holt [**Not Docketed**]

Related Document:

    B.    Certificate of No Objection [**LBI ECF No. 8333**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Mr. Holt.

48.    Trustee's One Hundred Seventy-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7875**]

Response Deadline:   January 6, 2014 at 4:00 p.m., extended for a certain claimant to January 17, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Fulton County, GA [**LBI ECF No. 8095**]

Related Documents:

    B.    Notice of Withdrawal [**LBI ECF No. 8185**]

    C.    Certificate of No Objection [**LBI ECF No. 8286**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Fulton County.

49.    Trustee's Objection to the General Creditor Claim Filed by Mortgage Guaranty Insurance Corp. (Claim No. 5624) [**LBI ECF No. 7950**]

Response Deadline:    January 10, 2014 at 4:00 p.m.

Response Received:

    A.    Response of MGIC [**LBI ECF No. 8233**]

Related Documents:    None.

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m.

50.    Trustee's One Hundred Eighty-Fourth Omnibus Objection Seeking to Reduce, Reclassify, and Allow Unsecured General Creditor Claims (TBA Claims) [**LBI ECF No. 7990**]

Response Deadline:    January 23, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Lockheed Martin Corporation Master Retirement Trust [**LBI ECF No. 8102**]

Related Document:

    B.    Certificate of No Objection [**LBI ECF No. 8305**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Lockheed Martin Corporation Master Retirement Trust.

51.    Trustee's One Hundred Eighty-Seventh Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts, and with Proper Classification as Unsecured General Creditor Claims (TBA Claims) [**LBI ECF No. 8011**]

Response Deadline:    January 27, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Putnam World Trust – Putnam Global Fixed Income Alpha Fund [**Not Docketed**]

    B.    Response of QIC Diversified Fixed Interest Fund [**Not Docketed**]

    C.    Response of UAL Diversified Bond Fund [**Not Docketed**]

Related Document:

    D.    Certificate of No Objection [**LBI ECF No. 8306**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claims of Putnam World Trust, QIC Diversified Fixed Interest Fund, and UAL Diversified Bond Fund.

52.    Trustee's One Hundred Eighty-Ninth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 8014**]

  Response Deadline:    January 27, 2014 at 4:00 p.m., extended for a certain claimant to February 3, 2014 at 4:00 p.m.

  Response Received:

  A.    Response of Carolyn Lee [**Not Docketed**]

  Related Documents:

  B.    Notices of Withdrawal [**ECF Nos. 8152, 8220, 8311**]

  C.    Certificate of No Objection [**ECF No. 8314**]

  Status: This matter has been adjourned to April 24, 2014 at 10:00 a.m., as to the claims of Carolyn Lee.

53.    Trustee's One Hundred Ninetieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8015**]

  Response Deadline:    January 27, 2014 at 4:00 p.m., extended for certain claimants to March 3, 2014 at 4:00 p.m.

  Responses Received:

  A.    Response of 4Kids Entertainment, Inc. [**LBI ECF No. 8125**]

  B.    Response of Northgate Minerals Corporation [**LBI ECF No. 8126**]

  C.    Joint response of SEI, Inc. and American Signature, Inc. [**LBI ECF No. 8129**]

  D.    Response of Sybase, Inc. [**LBI ECF No. 8179**]

  Related Documents:

  E.    Notices of Resolution [**LBI ECF Nos. 8117, 8213, 8325**]

  F.    Certificate of No Objection [**LBI ECF No. 8361**]

  Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claims of 4Kids Entertainment, Inc, American Signature, Inc., Athilon Capital Corporation, Gerdau Ameristeel US Inc., Laboratorio Chile S.A., Northgate Minerals Corporation, Orbital Sciences Corporation, SEI, Inc., Sybase Inc., Teva Pharmaceutical Industries Limited, Teva Pharmaceuticals USA, Inc., and Western Digital Corp.

54.    Trustee's One Hundred Ninety-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8020**]

Response Deadline:    January 27, 2014 at 4:00 p.m., extended for certain claimants to March 3, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Withdrawal [**LBI ECF No. 8134**]

    B.    Certificate of No Objection [**LBI ECF No. 8309**]

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Richard J. Rice.

55.    Trustee's Objection to the General Creditor Proof of Claim of Cornell Companies Inc. (Claim No. 4393) [**LBI ECF No. 8046**]

Response Deadline:    January 31, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter has been adjourned to March 27, 2014 at 10:00 a.m.

56.    Trustee's One Hundred Ninety-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8094**]

Response Deadline:    February 11, 2014 at 4:00 p.m., extended to March 14, 2014 at 4:00 p.m. solely as to the claim filed by Lilith Ventures Ltd.

Responses Received:  None.

Related Document:

    A.    Certificate of No Objection [**LBI ECF No. 8371**]

Status: This matter has been adjourned to April 24, 2014 at 10:00 a.m., as to the claim of Lilith Ventures Ltd.

57.    Trustee's One Hundred Ninety-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 8140**]

Response Deadline:    February 18, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Frans Verhagen [**Not Docketed**]

Related Document:

B.      Notices of Withdrawal [**LBI ECF Nos. 8349, 8368**]

C.      Certificate of No Objection [**LBI ECF No. 8369**]

<u>Status</u>: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claim of Frans Verhagen.

58.     Trustee's One Hundred Ninety-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8154**]

<u>Response Deadline</u>:    February 18, 2014 at 4:00 p.m.

<u>Responses Received</u>:

A.      Response of Stephan Carty [**LBI ECF No. 8240**]

B.      Response of Mary Ortegon [**LBI ECF No. 8238**]

C.      Response of Joseph Stefanik [**LBI ECF No. 8242**]

<u>Related Document</u>:

D.      Certificate of No Objection [**LBI ECF No. 8353**]

<u>Status</u>: This matter has been adjourned to March 27, 2014 at 10:00 a.m., as to the claims of Mr. Carty, Ms. Ortegon, and Mr. Stefanik.

Dated:  February 26, 2014
        New York, New York

    /s/ Robert J. Lemons_____
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  February 26, 2014
        New York, New York

    /s/ Jeffrey S. Margolin_____
James B. Kobak, Jr.
James C. Fitzpatrick
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.