B 210A (Form 210A) (12/09)

United States Bankruptcy Court

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Bimini Investments S.à r.l.</u><br>Name of Transferee | <u>Citigroup Financial Products Inc.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Bimini Investments S.à r.l.<br>65, Boulevard Grande-Duchesse Charlotte<br>L-1331 Luxembourg<br>Luxembourg<br>Attn: Jerome Devillet<br>Telephone: +352 26449 615<br>Email: <u>Jerome.Devillet@intertrustgroup.com</u><br><br>With copies to:<br>c/o Elliott Management Corporation<br>40 West 57th Street<br>New York, New York 10019<br>Attn: Michael Stephan<br>Telephone: 212 478 2310<br>Facsimile: 212 478 2311<br>Email: <u>MStephan@Elliottmgmt.com</u> | Court Claim # (if known): 26017<br>Amount of Claim: $840,000 *<br>Date Claim Filed: September 18, 2009<br><br>Debtor: <u>Lehman Brothers Holdings Inc.</u><br><br>* plus additional amounts as set forth in the proof of claim. |
| Phone: +352 26449 615<br>Last Four Digits of Acct #: _____ | Phone:<br>Last Four Digits of Acct. #: _____ |

A-2

HD1AGA\243483.4 - 12/20/13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BIMINI INVESTMENTS S.À R.L.

By: _____  Date: _____12/17/2013_____
Transferee/Transferee's Agent
Elliot Greenberg, Manager A

By: _____  Date: _____12/17/2013_____
Transferee/Transferee's Agent
Jerome Devillet, Manager B

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-3

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CITIGROUP FINANCIAL PRODUCTS INC. (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to BIMINI INVESTMENTS S.À R.L. (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of USD 840,000 (the "LBHI Claim"), and assigned claim no. 26017.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of December 2013.

ASSIGNEE:
BIMINI INVESTMENTS S.À R.L.

Signature: _____
Name: Elliot Greenberg
Title: Manager

Signature: _____
Name: Jerome Devillet
Title: Manager

65, Boulevard Grande-Duchesse Charlotte
L-1331 Luxembourg
Luxembourg
Attn: Jerome Devillet

ASSIGNOR:
CITIGROUP FINANCIAL
PRODUCTS INC.

Signature: _____
Name: _____
Title: _____

c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/ Brian Broyles

A-4

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CITIGROUP FINANCIAL PRODUCTS INC. (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to BIMINI INVESTMENTS S.À R.L. (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of USD 840,000 (the "LBHI Claim"), and assigned claim no. 26017.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of December 2013.

ASSIGNEE:
BIMINI INVESTMENTS S.À R.L.

Signature: _____
Name: _____
Title: _____

Signature: _____
Name: _____
Title: _____

65, Boulevard Grande-Duchesse Charlotte
L-1331 Luxembourg
Luxembourg
Attn: Jerome Devillet

ASSIGNOR:
CITIGROUP FINANCIAL PRODUCTS INC.

Signature: _____
Name: Brian S. Broyles
Title: Authorized Signatory

c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/ Brian Broyles

A-4