# NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

Form 210A (10/06)

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08-13555(JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>BedRok Securities LLC | Name of Transferor<br>Oaktree Opportunities Fund VIII (Parallel 2), L.P. |
| Name and Address where notices to transferee should be sent:<br>Attn: Rick Caplan<br>555 Theodore Fremd Avenue<br>Suite C-301<br>Rye, NY 10580 | Court Claim # (if known): 18219<br><br>Amount of Claim: $133,495,991.35<br>Date Claim Filed: September 18, 2009<br>Transferred Amount of Claim:<br>$1,250,000.00<br>0.936358% of the total Claim |
| Phone: 914 740 1501<br>Last Four Digits of Acct #: | Phone: 213 830 6233<br>Last Four Digits of Acct #: |

Bank accounts details of Transferee

| | |
|---|---|
| Bank: | Citibank, NA |
| ABA Routing No.: | 021-000-089 |
| Acct. Name: | BedRok Securities LLC |
| Acct. No.: | 9948559125 |
| Attn.: | Rick Caplan |
| Ref: | LBHI / Oaktree Opp Fund VIII Parallel 2 / BedRok |

NYC:255502.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____  Date: ~~January~~ 25 February 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §1152 & 3571.

NYC:255502.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Oaktree Opportunities Fund VIII (Parallel 2), L.P. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to BedRok Securities LLC ("Purchaser") an undivided interest equal to 0.936358% (which corresponds to a principal amount of $1,250,000.00) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 18219) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

[signatures on the following page]

NYC:255502.1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 25th day of February, 2014.

OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P.

By:  Oaktree Opportunities Fund VIII GP, L.P.
Its: General Partner

By:  Oaktree Opportunities Fund VIII GP Ltd.
Its: General Partner

By:  Oaktree Capital Management, L.P.
Its: Director

By: _____
Name:
Title:

By: _____
Name: Mahesh Balakrishnan
Title: Senior Vice President

BEDROK SECURITIES LLC

By: _____
Name:
Title:

CDP

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 25th day of February, 2014.

OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P.

By: Oaktree Opportunities Fund VIII GP, L.P.
Its: General Partner

By: Oaktree Opportunities Fund VIII GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director

By: _____
Name:
Title:

By: _____
Name:
Title:

BEDROK SECURITIES LLC

By: _[signature]_
Name: Rich Cepler
Title: President

CDP