## NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

Form 210A (10/06)

### United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08-13555(JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>CREDIT SUISSE INTERNATIONAL<br>Name and Address where notices to transferee<br>should be sent:<br><br>One Cabot Square<br>London<br>E14 4QJ, United Kingdom<br>Attn: Ashwinee Sawh | Name of Transferor<br>BEDROK SECURITIES LLC<br>Court Claim # (if known): 18219<br>Amount of Claim: $133,495,991.35<br>Date Claim Filed: September 18, 2009<br><br><br>Transferred Amount of Claim:<br><br>$50,000,000.00<br><br>37.454308% of the total Claim |
| Phone:<br>Last Four Digits of Acct #: | Phone: 914 740 1501 |

Bank accounts details of Transferee

| | |
|---|---|
| Beneficiary: | Credit Suisse International |
| SWIFT: | CSFPGB2L |
| Account: | 890-0360-968 with Bank of New York (SWIFT IRVTUS3N) |
| CHIPS: | 001 / ABA 021 000 018 |
| BONY's address: | 1 Wall Street, New York, N.Y. 10015, USA |
| Payment Details: | Claims/LBIE(CDP)/BedRok |

NYC:255169.2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____  Date: ~~January~~ 25 February 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §1152 & 3571.

By Transferee/Transferee's Agent

[signature]

NYC:255169.2

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, BEDROK SECURITIES LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CREDIT SUISSE INTERNATIONAL ("Purchaser") an undivided interest equal to 37.454308% (which corresponds to a principal amount of $50,000,000) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 18219) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

[signatures on the following page]

NYC:255169.2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 25th day of ~~December, 2013.~~ **February, 2014.**

BEDROK SECURITIES LLC

By: _____
Name: Rick Caploe
Title: President

CREDIT SUISSE INTERNATIONAL

By: _____
Name:
Title:

NYC:255169.2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 25th day of ~~December, 2013.~~ February, 2014.

BEDROK SECURITIES LLC

By: _____
Name:
Title:

CREDIT SUISSE INTERNATIONAL

By: _____
Name:
Title:

R'L Kwan Chung
Authorized Signatory

NYC 255169.2