FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

**Form 210A (10/06)**

**United States Bankruptcy Court**
**SOUTHERN DISTRICT OF NEW YORK**

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Morgan Stanley Bank International Limited** | **Republic of Portugal (represented by Agência de Gestão da Tesouraria e da Dívida Pública - IGCP, E.P.E)** |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known):    13908
Amount of Claim:             USD 3,987,230.00
Date Claim Filed:            16 September 2009

Name and Address where notices to transferee should be sent:
Morgan Stanley Bank International Limited
25 Cabot Square
Canary Wharf
London, E14 4QW
Attention: Brian Cripps
Email: brian.cripps@morganstanley.com / Lee.Setyon@morganstanley.com

Phone: +44 20 7677 7974                         Phone:
Last Four Digits of Acct #:                     Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

Bank accounts details of Transferee
TO:               CITIBANK, N.A. NEW YORK
SWIFT CODE:       CITIUS33
VIA:              ABA # 021-000-089
ACCOUNT NAME:     MORGAN STANLEY BANK INTERNATIONAL LIMITED
SWIFT CODE:       MSLNGB2X
A/C NUMBER:       40765251
Ref:              Lehman Payment

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: : _____         BRIAN CRIPPS
     Transferee              Authorised Signatory              Date: 25 February 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## LBHI TRANSFER NOTICE

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Republic of Portugal (represented by Agência de Gestão da Tesouraria e da Dívida Pública - IGCP, E.P.E) (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Morgan Stanley Bank International Limited (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of USD 3,987,230.00 plus interest, costs and expenses (the "LBHI Claim"), and assigned claim no. 13908.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of February 2014.

| | | | |
|---|---|---|---|
| ASSIGNEE: | Morgan Stanley Bank International Limited | ASSIGNOR: | Republic of Portugal (represented by Agência de Gestão da Tesouraria e da Dívida Pública - IGCP, E.P.E) |
| Address: | 25 Cabot Square Canary Wharf London, E14 4QW | Address: | Av. Da Republica 57 – 6a andar 1050 LISBOA, Portugal |
| Tel: | +44 20 7677 7974 | Tel: | |
| Attention: | Brian Cripps | Attention: | President of the Agência de Gestão da Tesouraria e da Dívida Pública - IGCP, E.P.E. |
| Signature: | [signed] | | |
| Name: | BRIAN CRIPPS | Signature: | _____ |
| Title: | Authorised Signatory | Name: | _____ |
| Date: | _____ | Title: | _____ |
| | | Date: | _____ |

## LBHI TRANSFER NOTICE

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Republic of Portugal (represented by Agência de Gestão da Tesouraria e da Dívida Pública - IGCP, E.P.E) (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Morgan Stanley Bank International Limited (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of USD 3,987,230.00 plus interest, costs and expenses (the "LBHI Claim"), and assigned claim no. 13908.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of February 2014.

| ASSIGNEE: | Morgan Stanley Bank International Limited | ASSIGNOR: | Republic of Portugal (represented by Agência de Gestão da Tesouraria e da Dívida Pública - IGCP, E.P.E) |
|---|---|---|---|
| Address: | 25 Cabot Square Canary Wharf London, E14 4QW | Address: | Av. Da Republica 57 – 6a andar 1050 LISBOA, Portugal |
| Tel: | +44 20 7677 7974 | Tel: | |
| Attention: | Brian Cripps | Attention: | President of the Agência de Gestão da Tesouraria e da Dívida Pública - IGCP, E.P.E |

Signature: _____
Name: _____
Title: _____
Date: _____

Signature: _____
Name: João Moreira Rato
Title: CEO
Date: 6-2-2014

João Moreira Rato
Chairman & C.E.O.