WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                                              :
In re                                                                         :    Chapter 11 Case No.
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                                  :    08-13555 (SCC)
                                                                              :
            Debtors.                                                          :    (Jointly Administered)
                                                                              :
------------------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO CLAIM NOS. 6494 AND 6495 OF PETER KOLLYDAS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [ECF No. 15363] solely as to the claims listed on Exhibit A attached hereto.

Dated: February 27, 2014
       New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliate

## Exhibit A

## Claims for Which Objection Is Withdrawn

| Claimant Name | Claim Number |
|---|---|
| PETER KOLLYDAS | 6494 |
| PETER KOLLYDAS | 6495 |