UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
            Debtors.                                             :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Deutsche Bank Securities, Inc.<br>c/o Deutsche Bank AG, NY Branch<br>Attn: Stela Tipi, Esq.<br>60 Wall Street NYC60-3615<br>New York, New York 10005 |
| Claim Number (if known): | 23528 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

_____
Alex Rovira

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019

*Counsel for Deutsche Bank Securities Inc.*