| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000019887 |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>LB Rose Ranch LLC | Case No. of Debtor<br>09-10560 | |

NOTE: This form should not be used to make a claim for an administrative expense arising *after* the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

| | |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Stonehill Offshore Partners Limited<br>c/o Stonehill Capital Management LLC<br>885 Third Ave., 30th Floor<br>New York, NY  10022<br>Attn: Paul D. Malek, Esq.<br><br>Telephone number:    212-739-7474    Email Address: *Pmalek@stonehillcap.com* | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>  (*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1.**   **Amount of Claim as of Date Case Filed:** $ <u>not less than $23,460,716</u><br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.<br>☐ Check this box if all or part of your claim is based on a Derivative Contract.*<br>☐ Check this box if all or part of your claim is based on a Guarantee.*<br>***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee. | **5.**   **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under  11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).<br><br>**Amount entitled to priority:**<br><br>$_____ |
| **2.**   **Basis for Claim:** Prime brokerage agreement (see attachment)<br>  (See instruction #2 on reverse side.) | |
| **3.**   Last four digits of any number by which creditor identifies debtor: _____<br>  **3a.** Debtor may have scheduled account as: _____<br>  (See instruction #3a on reverse side.) | |
| **4.**   **Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>Describe: _____<br>Value of Property: $_____ Annual Interest Rate_____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$_____ Basis for perfection: _____<br>Amount of Secured Claim: $_____    Amount Unsecured: $_____ | |
| **6.**   **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____<br>  (See instruction #6 on reverse side.) | |

| | |
|---|---|
| **7.**   **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>**8.**   **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.<br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>SEP 21 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
| Date:<br><br>9/21/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*PAUL MALEK GENERAL COUNSEL, STONEHILL CAPITAL MANAGEMENT LLC* |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, and but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LB Rose Ranch LLC | : | 09-10560 (JMP) |
| | : | |
| Debtor | : | (Jointly Administered) |

------------------------------------------x

ATTACHMENT TO PROOF OF CLAIM OF
STONEHILL OFFSHORE PARTNERS LIMITED

Stonehill Offshore Partners Limited ("Claimant") hereby files this claim (the
Proof of Claim Form together with this Attachment are referred to herein as the "Claim")
in the chapter 11 case of LB Rose Ranch LLC (the "Debtor") and, in support of the
Claim, represents as follows:

Background

1.      Claimant is a private investment fund organized as an exempted company
under the laws of the Cayman Islands.  Stonehill Capital Management LLC ("SCM") is
Claimant's investment adviser and an authorized signatory for Claimant.

2.      Prior to the commencement of these chapter 11 cases, Claimant had
various business relationships with and was party to a number of agreements with the
Debtor and its affiliates.  A description of certain of these business relationships and
agreements and the claims of Claimant against the Debtor arising thereunder is set forth
below.[1]

Prime Brokerage

3.      *The PB Agreement.*  Lehman Brothers Inc. ("LBI"), an affiliate of the
Debtor currently in a liquidation proceeding (the "SIPA Proceeding") under the
Securities Investment Protection Act of 1970, as amended ("SIPA"), was Claimant's sole
prime broker until September 17, 2008, two days before commencement of the SIPA

---

[1]      Stonehill Institutional Partners, L.P., an affiliate of Claimant, was also a party to a number of
agreements with the Debtor and its affiliates and is filing separate proofs of claim in these cases.
SCM was a signatory for Claimant for various agreements in its capacity as investment adviser
and authorized signatory of Claimant.

Proceeding. Claimant was party to a Customer Account Prime Brokerage Agreement (Account No.: 732-40125) (the "PB Agreement") between Claimant and LBI "as signatory for itself and as agent for the affiliates named herein." The PB Agreement (Paragraph 1) provides that the parties to the PB Agreement consist of Claimant and "Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc. ["LBHI"] and any of their subsidiaries, parents, affiliates, divisions, officers, directors, agents and employees now existing or hereafter created." Such entities are defined as and referred to throughout the PB Agreement collectively and interchangeably as "Lehman Entities" and "Lehman Brothers" and are referred to interchangeably in this Claim as "Lehman Entities" or "Lehman Brothers" (which terms include the Debtor).[2] Thus, the Debtor and its affiliated debtors and debtors-in-possession were parties to the PB Agreement. As a party to the PB Agreement, the Debtor is fully liable for all amounts owed to Claimant in connection with the PB Agreement. A copy of the PB Agreement is attached to this Claim as Exhibit A.

4.    As Claimant's sole prime broker and pursuant to the PB Agreement, LBI had custody of a substantial portion of Claimant's assets, including both cash and securities, and was "responsible for settling trades executed on [Claimant's] behalf by [Claimant's] executing broker(s)." (PB Agreement, Paragraph 21(b)). In addition, the PB Agreement authorized "Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers in any of [Claimant's] accounts" but provided that Claimant "will be entitled to receive all distributions, including, but not limited to, cash . . . made on or in respect of any loaned, pledged, repledged, hypothecated or rehypothecated securities." (PB Agreement Paragraph 19). As a regulated broker dealer and by virtue of course of conduct among the parties, industry practice and custom, and an implied duty of good faith and fair dealing, LBI (as well as the other Lehman Entities) also had responsibilities to Claimant not specifically enumerated in the PB Agreement which

---

[2]    Although paragraph 21 of the PB Agreement refers specifically to "LBI" in connection with prime brokerage services, as noted above LBI acted as agent for and signed on behalf of the other Lehman Entities in that capacity. In addition, paragraph 4 of the PB Agreement states that the Claimant "and Lehman Brothers intend this Agreement to be a master netting agreement", which is an additional indication that the parties intended all Lehman Entities to share in the benefits and burdens of the PB Agreement.

provide an additional basis for the claims asserted by Claimant under the PB Agreement. The failure of LBI to return Claimant's cash and securities therefore constituted a breach of the PB Agreement by the Debtor and the other Lehman Entities.

5.    *Claims Arising Under PB Agreement.* On September 17, 2008, two days before the commencement of the SIPA proceeding, Claimant directed LBI to transfer Claimant's securities and cash to another prime broker. LBI agreed to effectuate the transfers conditioned on Claimant posting $5.5 million in cash collateral. On September 17, 2008, the required $5.5 million was deposited (the "Cash Collateral Deposit") by Claimant with LBI. In October 2008, at the time of the initial delivery by LBI of certain of Claimant's securities to Claimant, LBI conducted an analysis of Claimant's cash balance as of September 19, 2008 (the "True-Up") which resulted in a net amount of $2,248,173.04 purportedly being owed by Claimant to LBI. That amount was paid by Claimant to the SIPC trustee on October 21, 2008.[3]

6.    On January 26, 2009, Claimant filed a proof of claim in the SIPA Proceeding asserting various claims against LBI under SIPA (the "SIPA Claim"). A copy of the SIPA Claim is attached to this Claim as Exhibit B. Between the commencement of the SIPA Proceeding and the date of this Claim, the majority of Claimant's securities and a portion of Claimant's cash have been returned. However, as of the date of this Claim, approximately $395,473.59 in securities (fair market value as of September 9, 2009) and approximately $23,065,243.02 in cash continues to be held by LBI. As more fully described in the SIPA Claim, the current balance of the cash component of the SIPA Claim includes the following[4]

- approximately $257,571.75, the amount of an overpayment by Claimant to the SIPC trustee on October 21, 2008 when Claimant "zeroed out" its LBI cash balance as part of the True-Up (Component 1 of the SIPA Claim);

---

[3]    Claimant reserved its rights with respect to such payment because Claimant did not agree that it owed the net amount calculated by LBI but did not want to risk delay and potential subsequent failure of LBI to return the securities, which likely would have further damaged Claimant.

[4]    Amounts included as component 6 of the SIPA Claim are not included in this Claim because such amounts were solely obligations of LBI. Amounts included as component 7 of the SIPA Claim are not included in this Claim because such amounts were settled with the SIPA Trustee.

- principal, interest and other payments (in various currencies) on securities custodied at LBI that should have been but were not remitted to Claimant as required by the PB Agreement in the following amounts:

  USD 6,173,078.91
  GBP 5,262,140.69
  EUR   122,442.03
  CAD   164,576.11

  (Component 2 of the SIPA Claim)

- approximately $418,205.28[5] the amount of misdirected wires sent to LBI after September 19, 2008 through the date of this Claim that should have been but were not remitted to Claimant as required by the PB Agreement (Component 3 of the SIPA Claim);

- $5,500,000, the Cash Collateral Deposit (Component 4 of the SIPA Claim);

- $655,000, an amount debited by LBI on August 12, 2008 from Claimant's account for a trade that never settled (Component 5 of the SIPA Claim);

-  $6,135,929.26, the aggregate amount of losses as of September 19, 2008 on foreign currency hedges entered into under the PB Agreement (Component 8 of the SIPA Claim)[6];

- $1,788,283.65, the purchase price for bank debt sold by Claimant to a third party, which amount was paid by the third party to LBI, and for which LBI acknowledged receipt, but which was only posted to Claimant's account on October 10, 2008 and was excluded from the True-Up calculation and is owed to Claimant (Component 9 of the SIPA Claim); and

- In addition to the foregoing, interest may be payable or claimable on the cash balances described above, and additional misdirected wires and/or other amounts may have been received by LBI or other Lehman Entities prior to the date hereof or may be received by LBI or other Lehman Entities after the date

---

[5]    Dollar amount is based on exchange rates as of September 10, 2009.

[6]    Although Claimant believes that LBI may have been the only Lehman entity directly involved with the foreign currency hedges, such hedges were entered into under the PB Agreement and are therefore obligations of all of the "Lehman Entities", as noted above.

.

of this Claim. Claimant fully reserves the right to amend this Claim to include any and all such amounts as part of its Claim. (Component 10 of the SIPA Claim)

7.    The amounts described above, in the aggregate equal to approximately $23,460,716[7] plus the additional unliquidated amounts referenced above, are obligations of the Lehman Entities, including the Debtor, under the PB Agreement.

8.    The amounts owed under the PB Agreement discussed above are also recoverable by Claimant as a result of willful and material misrepresentations made by and/or on behalf of the Lehman Entities regarding their financial position and related matters, both publicly[8] and by a senior representative of the Lehman Entities directly to SCM, Claimant's investment adviser. Such misrepresentations induced Claimant (and likely induced similarly situated customers and counterparties of the Lehman Entities) to refrain from terminating Claimant's prime brokerage (and other counterparty) relationships with the Lehman Entities.

9.    During a phone call held in early September 2008, shortly before the Lehman chapter 11 filing and the commencement of the SIPA Proceeding, Mr. John Wickham, believed to be head of Lehman Brothers Global Client Services and acting as a representative of the Lehman Entities, called John Motulsky of SCM in response to Mr. Motulsky's voicemail message to Alex Kirk, believed to then be a senior officer of LBHI, asking about the Lehman Entities' financial stability, specifically in connection with the Lehman Entities' prime brokerage and other commercial relationships with Claimant and its affiliates.

10.    In response to questions and concerns expressed by Mr. Motulsky regarding the Lehman Entities' financial strength and viability, Mr. Wickham sought to reassure Claimant (through SCM and Mr. Motulsky) regarding the Lehman Entities' financial condition and the stability of its prime brokerage operation. Mr. Motulsky recalls that Mr. Wickham stated that that Lehman had adequate liquidity because unlike

---

[7]    Foreign currency amounts that comprise component 2 of the SIPA Claim have been converted into US Dollars based on the exchange rate as of the close of business on September 10, 2009.
[8]    For example, on an earnings call held on September 10, 2008, five days prior to LBHI's chapter 11 filing, Lehman Brothers' CFO at the time, Ian Lowitt, stated regarding Lehman Brothers' liquidity position that "our liquidity position … remains very strong."

Bear Stearns it prudently financed its customers with matched funding and had sufficient liquidity from sources it believed to be reliable to meet all of its obligations for a year even if no new financing was available, that it had $12 billion of surplus cash, and also cited the availability of secured financing from the federal reserve, none of which was used.

11.    Mr. Motulsky also recalls that Mr. Wickham also stated that Lehman's unrealized appreciation in various assets (one of which was Neuberger Berman, half of which Mr. Wickham stated might soon be sold at a profit to realize value and add to tangible equity) were more than sufficient to cover possible unrealized losses in its portfolio and provide incremental equity that would be required for a planned spinout of most of Lehman's commercial real estate portfolio, and conveyed a message that Lehman Brothers' prime brokerage operation would continue operating in the normal course, and that Claimant should be comfortable continuing its customer and counterparty relationship with Lehman Brothers.[9] A few days after this conversation the Debtor commenced this chapter 11 case and LBI commenced its SIPA Proceeding.

12.    As a result of the material misrepresentations by Lehman Brothers and its representatives to the public, including by Mr. Wickham, who acted with apparent authority on behalf of Lehman Brothers Holdings Inc. and its affiliates, to SCM, Lehman Brothers and their representatives succeeded in persuading the Claimant to refrain from demanding the return of its assets held by LBI and other Lehman Entities and otherwise taking actions to promptly reduce its commercial exposure to Lehman Brothers prior to the effective curtailment of LBI's normal operations and the subsequent commencement of the SIPA Proceeding.

13.    Thus, by virtue of the public misrepresentations of Lehman Brothers and private misrepresentations by Mr. Wickham, Lehman Brothers' agent, directly to SCM, which misrepresentations were intended to convince Lehman Brothers' customers and counterparties in general and SCM in particular of the financial stability and health of Lehman Brothers despite the fact that Lehman Brothers' officers knew or should have

---

[9]    Many of Mr. Wickham's comments appeared to be taken from talking points Mr. Wickham received from the Lehman Entities for communications with customers, rather than being "off the cuff" remarks or Mr. Wickham's personal views regarding Lehman's financial condition.

known that there were substantial risks that Lehman Brothers' liquidity and capital may not continue to support its operations, the Lehman Entities, including the Debtor, are fully liable for any an all amounts owed to Claimant in connection with the PB Agreement or otherwise arising in connection with Claimant's prime brokerage relationship with Lehman Brothers.

14.    Claimant is entitled to assert and is asserting against the Lehman Entities, including the Debtor, the full amount of claims arising under the PB Agreement notwithstanding the pending SIPA Claim, provided that Claimant may not recover more than 100% of the amount of such claims.

Reservation of Rights

15.    No payments have been made to Claimant on account of the claims asserted herein.[10]

16.    Claimant reserves all of its rights to supplement or amend this Claim in any and all respects, including to liquidate amounts which are presently unliquidated or estimated.

17.    In the event that the Debtor or any of the other debtors assert or Claimant shall determine that another debtor or other party is obligated or liable for any of the categories of claims and amounts set forth herein, this Claim shall be deemed to have been asserted against such other debtor or other party for such category and amount.

18.    To the extent not set forth in this Claim, Claimant also makes claim for all direct, indirect, nominal or consequential damages, interest, costs, attorneys' fees, and other amounts owed or owing to it, to the extent recoverable under the applicable agreement and/or applicable law, whether or not liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, in law or equity, secured or unsecured, directly or indirectly related to the matters discussed in this Claim. Claims for amounts asserted herein which are or could be deemed to be postpetition interest under the Bankruptcy code are asserted to the extent allowed under the Bankruptcy Code and applicable non-bankruptcy law.

---

[10]    Claimant has received distributions in the SIPA Proceeding on account of its SIPA Claim, but such claim has not been paid in full.

19.    The filing of the Claim is not and shall not be deemed or construed as consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant.

20.    Neither the substance nor the act of filing this claim, nor any later appearance, pleading, claim, or action in these cases, is intended or shall be deemed to be a waiver, release, or modification by Claimant of its (a) right to have final orders in non-core matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to these cases; (c) rights under the applicable safe harbor provisions of the Bankruptcy Code; (d) right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which Claimant is or may be entitled, all of which are hereby expressly reserved.

# CERTIFICATE OF INCUMBENCY
## OF
## STONEHILL OFFSHORE PARTNERS LIMITED
(the "Company")

I, Steven D. Nelson, the Chief Financial Officer of Stonehill Capital Management LLC ("SCM"), the Company's investment adviser, hereby certify that: (i) SCM and Mr. Geoff Ruddick are the only directors of the Company as of July 13, 2009; (ii) SCM is an authorized signatory of the Company pursuant to the Company's constituent documents and an Investment Management Agreement, dated as of May 1, 2009, between the Company and SCM; (iii) the following individuals are authorized signatories of SCM and the Company; and (iv) true specimens of the signatures of such individual authorized signatories are set forth below:

| Name: | Title: | Signature: |
|---|---|---|
| John A. Motulsky | Managing Member, SCM | |
| Christopher E. Wilson | Managing Member, SCM | |
| Wayne J.D. Teetsel | Managing Member, SCM | |
| Thomas Varkey | Managing Member, SCM | |
| Jonathan S. Sacks | Managing Member, SCM | |
| Peter M. Sisitsky | Managing Member, SCM | |
| Steven D. Nelson | Chief Financial Officer, SCM | |
| Paul D. Malek | General Counsel, SCM | |

Dated: July 13, 2009

Steven D. Nelson
Chief Financial Officer,
Stonehill Capital Management LLC,
the Company's Investment Adviser

*NOTARY ACKNOWLEDGEMENT ON FOLLOWING PAGE*

ACKNOWLEDGEMENT

State of New York      )
                       )ss
County of New York  )

On July 13, 2009, before me Ann Kalter, Notary Public in and for said county, personally appeared Steven D. Nelson, who has satisfactorily identified himself as the signatory of the Incumbency Certificate of Stonehill Offshore Partners Limited.

_Ann F. Kalter_
Notary Public

ANN F. KALTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01KA5083975
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES AUGUST 25, 2009

# EXHIBIT A

# Customer Account Agreement Prime Brokerage

**LEHMAN BROTHERS INC.**

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019
(212) 526-7000

| Stonehill Offshore Partners LTD | Account No.: 732-4 0 1 2 5 |
|---|---|

## Please Read Carefully, Sign and Return

This agreement ("Agreement") sets forth the terms and conditions under which Lehman Brothers (as defined below) will open and maintain prime brokerage account(s) in your name and otherwise transact business with you as our customer. Throughout this Agreement references to "you" and "your" refer to you as our customer.

In consideration of Lehman Brothers opening a prime brokerage account for you, you agree to the following:

**1. PARTIES.** A prime brokerage account opened pursuant to this Agreement will be opened at Lehman Brothers Inc. ("LBI"). All transactions, agreements and contracts between you and Lehman Brothers have been entered into in consideration of each other. You hereby agree that the parties to this Agreement shall consist of you and Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc. and any of their subsidiaries, parents, affiliates, divisions, officers, directors, agents and employees now existing or hereafter created, including successors and assigns (each such entity or person being referred to hereinafter as Lehman Brothers or a "Lehman Brothers Entity," unless otherwise specified, and all such entities or persons being collectively referred to hereinafter as "Lehman Brothers"). Unless you advise Lehman Brothers in writing to the contrary, you represent that you are not an affiliate (as defined in Rule 144(a)(1) under the U.S. Securities Act of 1933 as may be amended, modified or supplemented) of the issuer of any security held in any account opened hereby. You represent and warrant to Lehman Brothers that you are either (i) not (A) an employee benefit plan (an "ERISA Plan") as defined in Section 3(3) of the U.S. Employee Retirement Income Security Act of 1974, as amended ("ERISA"), or (B) subject to ERISA or Section 4975 of the U.S. Internal Revenue Code of 1986, as amended (the "Code") or (ii) (A) an ERISA Plan or subject to ERISA or Section 4975 of the Code and (B) whose Investment Manager or General Partner is (and you covenant and agree that any successor Investment Manager or General Partner appointed by you will be) a Qualified Professional Asset Manager ("QPAM") as defined by the relevant prohibited transaction class exemption(s) issued pursuant to ERISA and you will provide Lehman Brothers with a QPAM Representation Letter .

**2. APPLICABLE LAWS, RULES AND REGULATIONS; SEVERABILITY.** All transactions under this Agreement shall be subject to the applicable laws, rules and regulations of all U.S. and, if applicable, non-U.S. federal, state and self-regulatory authorities, including, but not limited to, the rules and regulations of the Board of Governors of the Federal Reserve System of the United States and the constitution, rules and customs of the exchange or market (and clearing house) where such transactions are executed or settled. In the event of any conflict between any such present or future laws, regulations and rules and the terms of this Agreement, the provision(s) of this Agreement so affected shall be deemed modified or superseded to conform to such laws, regulations and rules, but the remaining provisions of this Agreement shall remain in full force and effect.

**3. SECURITY INTEREST AND LIEN; REGISTRATION OF SECURITIES.** As security for the payment and performance of all of your obligations and liabilities from time to time outstanding to any Lehman Brothers Entity, whether under this Agreement or otherwise, each Lehman Brothers Entity shall have a continuing lien and first priority security interest in all your Assets, defined as (i) all property in which you now have or hereafter acquire an interest which is now or hereafter held by or through any Lehman Brothers Entity, including, but not limited to, any and all securities, accounts, instruments, documents, contract rights, contracts (including, but not limited to, open transactions, securities purchase or sale contracts, agreements to lend cash or securities, commodity contracts, futures contracts, forward contracts, repurchase agreements, swap agreements, contracts for differences or any other agreement, without regard to the form of such agreement which may include oral

agreements or agreements confirmed or signed by only one party to the agreement and agreements entered into or signed by a Lehman Brothers Entity on your behalf) (hereinafter "Contracts"), commercial paper and other securities, monies, deposit accounts and general intangibles (including all security entitlements in respect thereof, all income and profits thereon, all dividends, interest and other payments and distributions with respect thereto and all proceeds from any of the foregoing), and (ii) any and all rights, claims or causes of action you may now or hereafter have against any Lehman Brothers Entity. The continuing lien and first priority security interest shall apply to all such Assets, which from time to time may be deposited or credited to any account you may have with a Lehman Brothers Entity, be held or carried by a Lehman Brothers Entity for you, be due from a Lehman Brothers Entity to you, or be delivered to or in a Lehman Brothers Entity's possession or control for any purpose, including safekeeping. Such continuing lien and first priority security interest shall apply irrespective of whether or not Lehman Brothers has made advances in connection with such Assets, the number of accounts you have with Lehman Brothers or which particular Lehman Brothers Entity holds such Assets. You hereby acknowledge and agree that all such Assets held by or through any Lehman Brothers Entity are held as collateral by such Lehman Brothers Entity as agent and bailee for itself and all other Lehman Brothers Entities and, as such, each Lehman Brothers Entity shall comply with any orders or instructions originated by any other Lehman Brothers Entity with respect to or in connection with such collateral without your further consent. You and Lehman Brothers agree that all such Assets held in or credited to any account will be treated as financial assets under Article 8 of the Uniform Commercial Code as in effect in the State of New York (the "UCC") and that any account maintained by you with any Lehman Brothers Entity shall be a securities account under Article 8 of the UCC. In the event of a breach or default by you, a Lehman Brothers Entity shall have, in addition to the rights and remedies provided in this Agreement, all rights and remedies available to a secured creditor under the UCC and any other applicable law. You represent that all of the above-described Assets shall at all times be free and clear of all liens, claims and encumbrances of any nature other than the security interest created hereby. Assets consisting of securities shall be delivered in good deliverable form (or Lehman Brothers shall have the unrestricted power to place such securities in good deliverable form) in accordance with the requirements of the primary market for these securities. In addition, in order to satisfy any of your outstanding liabilities or obligations to any Lehman Brothers Entity, each Lehman Brothers Entity may, to the fullest extent permitted by law, at any time in its discretion and without prior notice to you, use, apply or transfer any and all securities or other property or Assets (including, without limitation, fully-paid securities and cash). You hereby agree that, except as otherwise specifically agreed in writing, each Lehman Brothers Entity may register and hold the securities and other property or Assets in your accounts in its name or the name of its designee. You shall execute such documents and take such other action as such Lehman Brothers Entity shall reasonably request in order to perfect its rights with respect to any of the Assets. In addition, you appoint Lehman Brothers as your attorney-in-fact to act on your behalf to sign, seal, execute and deliver all documents and do all such acts as may be required to realize upon any of Lehman Brothers' rights in the Assets.

4. **BREACH, BANKRUPTCY OR DEFAULT.** If you shall:

(i) breach, repudiate or default under this Agreement or any Contract with any Lehman Brothers Entity, whether heretofore or hereafter entered into;

(ii) make or repeat any misrepresentations in connection with this Agreement or any Contract with any Lehman Brothers Entity;

(iii) state that you will not perform any obligation to any Lehman Brothers Entity;

(iv) apply for, consent to or be the subject of an application or petition for the appointment of or the taking of possession by a receiver, custodian, trustee, liquidator or similar persons of yourself or of all of or a substantial part of your property;

(v) admit in writing your inability, or become generally unable, to pay your debts as such debts become due or give Lehman Brothers other grounds for insecurity, as determined by Lehman Brothers in its sole and absolute discretion (including, without limitation, death; mental incompetence; dissolution; the appointment of a receiver by or against you, any guarantor, co-signer or other party liable on or providing security for your obligations to any Lehman Brothers Entity or the attachment against your or such other party's account(s) with any Lehman Brothers Entity; or any indication of your refusal or inability to satisfy promptly any Margin Call (as defined below) or other obligation);

(vi) make a general assignment for the benefit of your creditors; or

(vii) file or be subject of the filing or entry of a petition or order for relief or be subject of the commencement of a proceeding regarding reorganization, bankruptcy, liquidation, dissolution or insolvency;

then, any such event shall constitute, at Lehman Brothers' election, a default by you under this Agreement and any or all Contracts you may then have with any Lehman Brothers Entity, whether heretofore or hereafter entered into. In the event of any such default, each Lehman Brothers Entity shall have all of the rights of a secured party upon default under the UCC and other applicable laws, rules and regulations, including, without limitation, the right, without prior notice to you, to sell any and all Assets in which you have an interest (including without limitation this Agreement and any Contract) held by or through any Lehman Brothers Entity (either individually or jointly with others), to buy any or all property which may have been sold short, to exercise any and all options and other rights, to accelerate, cancel, terminate, liquidate, close out and net the settlement payments and/or delivery obligations under any or all outstanding transactions and/or to purchase or sell any other securities or property to offset market risk, and to set off or offset any obligation owing by any Lehman Brothers Entity to you against any obligations owing by you to any Lehman Brothers Entity, after which you shall be liable to Lehman Brothers for any remaining deficiency, loss, costs or expenses incurred or sustained by Lehman Brothers in connection therewith. Such purchases and/or sales may be effected publicly or privately without notice or advertisement in such manner as Lehman Brothers may in its sole discretion determine. At any such sale or purchase, any Lehman Brothers Entity may purchase or sell the property to or from itself or third parties free of any right of redemption and you shall remain liable to Lehman Brothers for any deficiency; it being understood that a prior tender, demand or call of any kind from Lehman Brothers, or prior notice from Lehman Brothers, of the time and place of such sale or purchase shall not be considered a waiver of Lehman Brothers' right to buy or sell any securities, commodities or other property or Asset held by Lehman Brothers, or which you may owe to Lehman Brothers. In addition, each Lehman Brothers Entity shall have the right, at any time and from time to time, to set off and otherwise apply any and all amounts owing by such Lehman Brothers Entity to you or for your account against any and all amounts now or hereafter owing by you to any Lehman Brothers Entity (including, without limitation, any indebtedness in your accounts), whether matured or unmatured, fixed, contingent or otherwise and irrespective of whether any Lehman Brothers Entity shall have made any demand therefor. Lehman Brothers agrees to notify you of any such set-off and application, provided, however, that the failure to give such notice shall not affect the validity of any such set-off and application. You agree that any obligation of a Lehman Brothers Entity to you shall be subject to there being no breach, repudiation, misrepresentation or default (however characterized) by you which is continuing under any Contract with a Lehman Brothers Entity. You and Lehman Brothers intend this Agreement to be a master netting agreement.

**5. ADEQUATE ASSURANCES.** Subject to, and not as a limitation of, the rights of Lehman Brothers under this Agreement, if at any time Lehman Brothers has reasonable grounds for insecurity in your performance of any of your obligations, Lehman Brothers may demand, and you shall give, adequate assurance of due performance within 24 hours, or within any shorter period of time Lehman Brothers demands that is reasonable under the circumstances. The adequate assurance of performance that may be demanded by Lehman Brothers may include, but shall not be limited to, the delivery by you of additional property as collateral.

**6. EXECUTION FEES AND SERVICE CHARGES.** You understand that your account(s) will be charged brokerage commissions or mark-ups/mark-downs in connection with the execution of transactions ("Execution Fees") and may be charged certain other fees for custody and other services furnished to you ("Service Fees"). You further understand that Execution Fees may be changed from time to time upon prior written notice to you and that Service Fees may be changed from time to time upon prior written notice to you and, in each case, you agree to be bound thereby.

**7. AMOUNTS OWED; TRUTH-IN-LENDING.** You hereby acknowledge receipt of Lehman Brothers' Truth-in-Lending disclosure statement. You understand that interest will be charged on any amount you owe in your account(s) in accordance with the methods described in such statement or in any amendment or revision thereto which may be provided to you. Any amount due which is not paid at the close of an interest period will be added to the opening balance for the next interest period.

**8. COLLECTION AND OTHER ACCOUNT-RELATED COSTS.** You hereby agree to pay, on demand, all reasonable costs, liabilities and damages incurred by Lehman Brothers (including, without limitation, costs of

3

collection, attorneys' fees, court costs and other expenses) in connection with (i) enforcing its rights hereunder, (ii) any investigation, litigation or proceeding involving your account or any property therein (including, without limitation, claims to such property by third parties), (iii) your use of or access to any Lehman Brothers or third-party system or (iv) Lehman Brothers' acting in reliance upon instructions, including, but not limited to, instructions transmitted via electronic means, including facsimile or electronic mail, from you or your authorized agents (including investment managers or advisers). In each case and whether or not demand has been made therefor, you hereby authorize Lehman Brothers to charge your account(s) for any and all such costs, liabilities and damages, including, without limitation, those incurred in connection with the liquidation of any of your Assets.

9. **IMPARTIAL LOTTERY ALLOCATION.** You agree that, in the event Lehman Brothers holds on your behalf securities in its name, in the name of its designee or in bearer form which are called in part, you will participate in the impartial lottery allocation system for such called securities in accordance with the rules of The New York Stock Exchange, Inc. or any other appropriate self-regulatory organization. When any such call is favorable, no allocation will be made to any account in which, to the knowledge of Lehman Brothers, any officer, director or employee of Lehman Brothers has any financial interest until all other customers have been satisfied on an impartial lottery basis.

10. **SECURITIES EVENTS.** Lehman Brothers shall inform you if Lehman Brothers becomes aware of the occurrence or prospective occurrence of any of the following with respect to any securities in your account(s): conversions, subdivision or consolidation; redemption; a takeover offer; calls, including calls on partly-paid securities and published calls; a capitalization issue; rights issue; distribution of income in the form of securities; or a certificate which may at a future date be exchanged for securities or an entitlement to acquire securities. Subject to Section 19 herein, if Lehman Brothers receives notice from you that you wish to act on any of the events referenced in this section and such notice is received by Lehman Brothers within a reasonable time for Lehman Brothers to act on such event, Lehman Brothers will act in accordance with your wishes. You represent that you review all prospectuses and offering statements that you may receive and understand the risks inherent with your securities transactions, including any risks associated with the above-described securities events.

11. **VOTING RIGHTS.** If any right to vote arises with respect to securities in your account, you may inform Lehman Brothers that you wish to exercise such right as you specify. Subject to Section 19 hereof, if Lehman Brothers receives this notice within a reasonable time to act, it will act in accordance with your wishes. If Lehman Brothers does not receive such timely notice from you, it will use its discretion to decide whether and how to vote such securities.

12. **WAIVER, ASSIGNMENT AND NOTICES.** Neither Lehman Brothers' failure to insist at any time upon strict compliance with this Agreement or with any of the terms hereof nor any continued course of such conduct on its part shall constitute or be considered a waiver by Lehman Brothers of any of its rights or privileges hereunder. Any purported assignment of your rights and/or obligations hereunder without obtaining the prior written consent of an authorized representative of Lehman Brothers shall be null and void. Each Lehman Brothers Entity reserves the right to assign any of its rights or obligations hereunder or under any Contract to any other Lehman Brothers Entity without prior notice to you. Notices and other communications to you (including, without limitation, Margin Calls) that are sent by electronic means, including facsimile or electronic mail, sent by express delivery service or mailed, in each case to the address or number provided by you, shall, until the respective Lehman Brothers Entity has received notice in writing of a different address or number, be deemed to have been personally delivered to you. Margin Calls may also be communicated orally, without subsequent written confirmation.

13. **FREE CREDIT BALANCES.** You hereby authorize Lehman Brothers to use any free credit balance awaiting investment or reinvestment in your account(s) in accordance with all applicable rules and regulations and to pay interest thereon at such rate or rates and under such conditions as are established from time to time by Lehman Brothers for such account(s) and for the amounts of cash so used.

14. **RESTRICTIONS ON ACCOUNT.** You understand that Lehman Brothers, in its sole and absolute discretion, may restrict or prohibit trading of securities or other property in your account(s) and may terminate your account(s), and you shall nevertheless remain liable for all of your obligations to the Lehman Brothers Entities under this Agreement or any Contract. In the event that Lehman Brothers, in its sole and absolute discretion, determines to

impose such restrictions on your account(s) due to credit, margin, legal, regulatory, money laundering or other concerns, Lehman Brothers shall be under no obligation to provide you with prior notice of such restriction.

**15.  CREDIT INFORMATION AND INVESTIGATION.** You authorize Lehman Brothers, in its discretion, at any time and from time to time, to make or obtain reports concerning your credit standing and business conduct (including, but not limited to, obtaining audited account statements, if such are available). You may make a written request for a description of the nature and scope of the reports made or obtained by Lehman Brothers and the same will be provided to you within a reasonable period of time.

**16.  SHORT AND LONG SALES.** In placing any sell order for a short account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "short". You are required to and will comply with all applicable rules and regulations relating to short sale transactions. In placing any sell order for a long account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "long". The designation of a sell order as being for a long account shall constitute a representation by you that you own the security with respect to which the order has been placed, that such security is not restricted under Rules 144 and/or 145 under the U.S. Securities Act of 1933 (as may be amended, modified or supplemented) or any other applicable law, rule or regulation and, as such, may be sold without restriction in the open market and that, if Lehman Brothers does not have the security in its possession at the time you place the order, you shall deliver the security by settlement date in good deliverable form or pay to Lehman Brothers any losses and expenses it may incur or sustain as a result of your failure to make delivery on a timely basis.

**17.  MARGIN ACCOUNTS.** All Loans made hereunder are demand loans. You hereby agree to deposit and maintain such cash or collateral as margin in your margin accounts, if any, as Lehman Brothers may in its sole discretion require, and you agree to pay forthwith on demand any amount owing with respect to any of your margin accounts to satisfy Lehman Brothers' demand for such payment (a "Margin Call"). In addition, you further agree to deposit promptly and maintain such other collateral with Lehman Brothers as is required by any Contract you may have with any Lehman Brothers Entity. Upon your failure to make any such payment or deposit, or if at any time Lehman Brothers, in its sole discretion, deems it necessary for its protection, whether with or without prior demand, call or notice, Lehman Brothers shall be entitled to exercise all rights and remedies provided herein. No demands, calls, tenders or notices that Lehman Brothers may have made or given in the past in any one or more instances shall invalidate your waiver of the requirement to make or give the same in the future.

**18.  SECURITIES CONTRACTS.** You acknowledge and agree that any positions in your account(s) shall be deemed "securities contracts" within the meaning of Sections 555 and 741(7) (as may be amended, modified or supplemented) of the U.S. Bankruptcy Code.

**19.  CONSENT TO LOAN OR PLEDGE OF SECURITIES IN MARGIN ACCOUNTS.**

(a) Except as noted in subparagraph (b) below, within the limits of applicable law and regulations, you hereby authorize Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers in any of your accounts, to convey therewith all attendant rights of ownership (including voting rights and the right to transfer the securities to others), and to use all such property as collateral for its general loans. Any such property, together with all attendant rights of ownership, may be pledged, repledged, hypothecated or rehypothecated either separately or in common with other property for any amounts due to Lehman Brothers thereon or for a greater sum, and Lehman Brothers shall have no obligation to retain a like amount of similar property in its possession and control. You hereby acknowledge that, as a result of such activities, Lehman Brothers may receive and retain certain benefits to which you will not be entitled. In certain circumstances, such loans, pledges, repledges, hypothecations or rehypothecations may limit, in whole or in part, your ability to exercise voting and other attendant rights of ownership with respect to the loaned or pledged securities. You agree to waive the right to vote, or to provide any consent or to take any similar action with respect to these securities in the event that the record date or deadline for such vote, consent or other action falls during the period of any such loan, pledge, repledge, hypothecation or rehypothecation.

(b) Unless otherwise agreed by Lehman Brothers and you, you will be entitled to receive all distributions, including, but not limited to, cash, stock dividends and interest payments, made on or in respect of any loaned, pledged, repledged, hypothecated or rehypothecated securities which are not otherwise received by you, to the full

extent you would be entitled if the securities had not been loaned, pledged, repledged, hypothecated or rehypothecated.

**20. OPTIONS POSITIONS.** You represent and warrant not to enter into any purchase or sale of equity, debt, foreign currency or index put or call options without having read and fully understood the terms, conditions and risks as set out in the Characteristics and Risks of Standardized Options booklet and applicable supplements. You understand that short options positions are assigned on an automated random basis and may be assigned on the day written. You will notify Lehman Brothers of your intention to exercise listed options no later than two hours before the expiration time of the option (one hour in the case of an over-the-counter option). Failure to give such notice will constitute an abandonment of the option, in which case Lehman Brothers may, but shall be under no obligation to, exercise the option.

**21. PRIME BROKERAGE SERVICES.** Under the terms and conditions of this Agreement, LBI will act as a prime broker for you in accordance with the no-action letter of the Securities and Exchange Commission dated January 25, 1994, as such letter may be amended, modified or supplemented from time to time (the "SEC Letter") and the provisions set forth below:

(a)    LBI will, subject to the terms and conditions of this Agreement, accept for clearance and settlement trades executed on your behalf by such executing brokers as you may designate from time to time and who have received LBI's prior approval and who have previously executed an agreement with LBI setting forth the terms and conditions under which such executing brokers will be authorized to accept orders from you for settlement by LBI (the "Executing Brokerage Agreement").

(b)    LBI shall be responsible for settling trades executed on your behalf by your executing broker(s) and reported to LBI by you and your executing broker(s) provided that you have reported to LBI on trade date, by the time designated to you by LBI, all the details of such trades including, but not limited to, the contract amount, the security involved, the number of shares or the number of units and whether the transaction was a long or short sale or a purchase; and further provided that LBI has either affirmed or not "DK'd" ("indicated it does not know") and has not subsequently disaffirmed such trades. In the event that LBI determines not to settle a trade, LBI shall not have settlement responsibility for such trade and shall, instead, send you a cancellation notification to offset the notification sent to you under sub-paragraph (c) of this paragraph. You shall be solely responsible and liable to your executing broker(s) for settling such trade. In addition, LBI may be required to cease providing prime brokerage services to you in accordance with the Executing Brokerage Agreement.

(c) On the day following each transaction, LBI shall send you a confirmation of each trade placed with an executing broker in accordance within the SEC Letter based upon the information you provided to LBI. Any confirmations issued by LBI as prime broker shall identify the executing broker and provide you with the information required by the SEC Letter. Confirmations of the execution of orders and other activity in your account(s) which have been provided or made available to you by 10:00 a.m. (New York time) on the business day immediately following the trade date shall be conclusive if not objected to by 2:00 p.m. (New York time) on such business day or, if such reports are provided or made available to you after 10:00 a.m. (New York time) on such business day, then such confirmations shall be conclusive if not objected to within four (4) hours after such confirmations have been provided or made available to you. Monthly statements shall be sent to you in accordance with the SEC Letter. Information contained in monthly statements of account, to the extent not included in an activity report, shall be conclusive if not objected to within ten (10) days after such statements have been provided or made available to you. LBI may send communications to your address of record or another address provided to LBI in writing. All communications sent to such address, whether by mail, facsimile, telegraph, messenger, electronic means or otherwise, shall be deemed to have been given to you personally as of the date and time sent, whether actually received or not.

(d) In the event of: (i) the filing of a petition or other proceeding in bankruptcy, insolvency or for the appointment of a receiver by or against your executing broker, (ii) the termination of your executing broker's registration and the cessation of business by it as a broker-dealer, or (iii) your executing broker's failure, inability or refusal, for any reason whatsoever or for no reason at all, to settle a trade, and if LBI agrees to settle any trades executed on your behalf by such executing broker, regardless of whether LBI either affirmed or did not DK and did

not disaffirm such trades, you shall be solely responsible, and liable to LBI, for any losses arising out of or incurred in connection with LBI's agreement to settle such trades.

(e)  You shall maintain in your account with LBI such minimum net equity in cash or securities as LBI, in its sole discretion, may require from time to time (the "Lehman Brothers Net Equity Requirements"), which shall in no event be less than the minimum net equity required by the SEC Letter (the "SEC Net Equity Requirements"). In the event your account falls below the SEC Net Equity Requirements, you hereby authorize LBI to notify promptly all executing brokers with whom it has an Executing Brokerage Agreement on your behalf of such event. Moreover, if you fail to restore your account to compliance with the SEC Net Equity Requirements within the time specified in the SEC Letter, LBI shall, without notice to you: (i) notify all such executing brokers that LBI is no longer acting as your prime broker and (ii) either not affirm or "DK" ("indicate that it does not know") all prime brokerage transactions on your behalf with a trade date after the business day on which such notification was sent. In the event : (i) your account falls below the Lehman Brothers Net Equity Requirements, (ii) LBI determines in its sole discretion that there would not be enough cash in your account to settle such transactions or that a maintenance Margin Call may be required as a result of settling such transactions, or (iii) LBI determines in its sole discretion that the continuation of prime brokerage services to you presents an unacceptable risk to Lehman Brothers taking into consideration all the facts and circumstances, then LBI may disaffirm all your prime brokerage transactions and/or cease to act as your prime broker.  In any such case, LBI shall send a cancellation notification to you, and you understand that you must settle outstanding trades directly with the relevant executing broker and that you authorize LBI to provide the executing broker with any information useful to settle such trades. You further agree that LBI will not be bound to make any investigation into the facts surrounding any transaction to which you are a party and that immediately upon notice to you and, if required, to the executing brokers, LBI may cease acting as your prime broker.

(f)  If you have instructed your executing broker(s) to send confirmations to you in care of LBI, as your prime broker, the confirmation sent by such executing broker is available to you promptly from LBI (once received), at no additional charge.

(g)  If your account is managed on a discretionary basis, you hereby acknowledge that your prime brokerage transactions may be aggregated with those of other accounts of your adviser, according to your adviser's instructions, for execution by your executing broker(s) in a single bulk trade and for settlement in bulk by LBI. You understand that no part of any transaction may be allocated to any other account where such other account's net equity is below the minimum levels established in the SEC Letter and that, should such a net equity deficiency occur in any such other account, LBI must disaffirm the entire transaction. In the event any trade is disaffirmed, as soon as practicable thereafter, LBI shall supply your executing broker(s) with the allocation of the bulk trade, based upon information provided by your adviser.

(h)  You hereby authorize LBI to disclose your name, address and tax I.D. number to your executing broker(s) to enable such executing broker to establish on its books an account for you to be used in the event transactions are disaffirmed by LBI.

(i)  Lehman Brothers will not be responsible or liable for any acts or omissions of any executing broker or its employees.  You understand that Lehman Brothers does not act as investment adviser or solicit orders, that Lehman Brothers does not advise prime brokerage customers, perform any analysis, or make any judgment on any matters pertaining to the suitability of any order, or offer any opinion, judgment or other type of information pertaining to the nature, value, potential or suitability of any particular investment.

(j) You agree to indemnify and hold Lehman Brothers harmless from any loss, claim or expense, including attorneys' fees, incurred by Lehman Brothers in connection with Lehman Brothers acting or declining to act as prime broker for you and to fully reimburse Lehman Brothers for any legal or other expenses (including the cost of any investigation and preparation) which Lehman Brothers may incur in connection with any claim, action, proceeding or investigation arising out of or in connection with this Agreement or any transactions hereunder.

(k) You represent and warrant that you are currently in compliance, and during the term of this Agreement will remain in compliance, with all applicable requirements of the SEC Letter, including, but not limited to, the requirement that you execute an agreement with each executing broker.

(l)    The prime brokerage services hereunder shall be provided in a manner consistent with the SEC Letter.

**22.  LEGALLY BINDING.** You hereby agree that this Agreement and all of the terms hereof shall be binding upon you and your estate, heirs, executors, administrators, personal representatives, successors and assigns. You further agree that all purchases and sales shall be for your account(s) in accordance with your oral or written instructions. You hereby waive any and all defenses that any oral instruction was not in writing as may be required by any applicable law, rule or regulation. With respect to any of your accounts maintained in connection with this Agreement, you hereby authorize Lehman Brothers to act and rely on any instructions (including, without limitation, instructions to transfer cash or securities, purchase or sell securities, enter into derivative or other transactions or borrow money or securities) received by Lehman Brothers from any of the persons listed on Exhibit A, as such list may be amended by you from time to time. In addition, you hereby authorize Lehman Brothers to act and rely on any instructions received by Lehman Brothers from any of your employees or agents (including any investment manager or adviser) that Lehman Brothers reasonably believes is authorized to so act on your behalf.

**23.  AMENDMENT.** You agree that Lehman Brothers may modify the terms of this Agreement at any time upon prior written notice to you. By continuing to accept services from Lehman Brothers thereafter, you will have indicated your acceptance of any such modification. If you do not accept such modification, you must notify Lehman Brothers in writing; your account may then be terminated by Lehman Brothers, after which you will remain liable to Lehman Brothers for all outstanding liabilities and obligations. Otherwise, this Agreement may not be modified absent a written instrument signed by an authorized representative of Lehman Brothers.

**24.  GOVERNING LAW.** THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF NEW YORK AND SHALL BE CONSTRUED, AND THE CONTRACTUAL AND ALL OTHER RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK WITHOUT GIVING EFFECT TO ANY CONFLICTS OF LAW PRINCIPLES THEREOF.

**25.  JURISDICTION; WAIVER OF JURY TRIAL.** The parties shall attempt in good faith to promptly resolve any dispute arising out of, relating to or in connection with this Agreement or any transactions hereunder by negotiations by executives of the parties who have the authority to settle the controversy. With respect to any suit, action or proceedings relating to this Agreement ("Proceedings"), each party irrevocably submits to the exclusive jurisdiction of the courts of the State of New York and the United States District Court located in the Borough of Manhattan in New York City and waives any objection which it may have at any time to the laying of venue of any Proceedings brought in any such court, waives any claim that such Proceedings have been brought in an inconvenient forum and further waives the right to object, with respect to such Proceedings, that such court does not have any jurisdiction over such party. ANY RIGHT TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR ACTION IS HEREBY WAIVED BY ALL THE PARTIES TO THIS AGREEMENT.

**26.  WAIVER OF IMMUNITIES.** Each party irrevocably waives, to the fullest extent permitted by applicable law, with respect to itself and its revenues and assets, all immunity on the grounds of sovereignty or other similar grounds from (i) suit, (ii) jurisdiction of any court, (iii) arbitration, (iv) relief by way of arbitration award, injunction, order for specific performance or recovery of property, (v) attachment of its assets (whether before or after judgment) and (vi) execution or enforcement of any judgment or arbitration award and irrevocably agrees, to the fullest extent permitted by applicable law, that it will not claim any such immunity.

**27.  TRANSFERS.** Lehman Brothers shall have the right to transfer Assets between any account in order to satisfy any of your obligations to Lehman Brothers. When giving instructions to transfer Assets from your accounts to any bank or other entity, you agree that all such requests will have been approved by an authorized signatory and you agree to provide Lehman Brothers with an accurate account number designating the account to receive such Assets. You agree to indemnify and hold Lehman Brothers harmless from and against all liabilities arising from the provision of an inaccurate account number or any other liabilities arising as a result of the transfer at your request.

**28.  PROVISION OF DATA.** With respect to any market data or other information that Lehman Brothers or any third party service provider provide to you, (i) Lehman Brothers and any such provider are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) Lehman Brothers and any such provider are not responsible or liable for any actions that you take or do not take based on such data or information;

8

(iii) you will use such data or information solely for the purposes set forth in this Agreement and any other agreement between us; (iv) such data or information is proprietary to Lehman Brothers and any such provider and you will not retransmit or disclose such data or information to third parties except as required by applicable law or regulation; and (v) you will use such data or information solely in compliance with applicable laws, rules and regulations.

**29. EXTRAORDINARY EVENTS.** You agree that Lehman Brothers will not be liable for any loss caused, directly or indirectly, by government restrictions, exchange or market rulings, suspension of trading, war (whether declared or undeclared), terrorist acts, insurrection, riots, fires, flooding, strikes, failure of utility services, accidents, adverse weather or other events of nature, including but not limited to earthquakes, hurricanes and tornadoes, or other conditions beyond Lehman Brothers' control. In the event that any communications network, data processing system, or computer system Lehman Brothers uses is rendered inoperable, Lehman Brothers will not be liable to you for any loss, liability, claim, damage or expense resulting, either directly or indirectly, therefrom.

**30. LIMITATION OF LIABILITY.** Lehman Brothers shall not be liable in connection with the execution, clearing, handling, purchasing or selling of securities, commodities or other property, or other action, except for gross negligence or willful misconduct on Lehman Brothers' part. You understand that certain securities may be held outside the United States by unaffiliated, foreign agent banks and depositories. Lehman Brothers will not be liable to you for any loss, liability or expense incurred by you in connection with these arrangements except to the extent that any such loss, liability or expense results from Lehman Brothers' gross negligence or willful misconduct. In no event will Lehman Brothers be liable for any special, indirect, incidental or consequential damages arising out of this Agreement.

**31. HEADINGS; COUNTERPARTS.** The headings of the provisions hereof are for ease of reference only and shall not affect the interpretation or application of this Agreement or in any way modify or qualify any of the rights provided for hereunder. This Agreement may be executed in counterparts, each of which shall be deemed an original.

**32. TELEPHONE CONVERSATIONS.** For the protection of both you and Lehman Brothers, and as a tool to correct misunderstandings, you hereby authorize Lehman Brothers, at Lehman Brothers' discretion and without prior notice to you, to monitor and/or record any or all telephone conversations or electronic communications between you and Lehman Brothers or any of Lehman Brothers' employees or agents. You acknowledge that Lehman Brothers may determine not to make or keep any of such recordings and that such determination shall not in any way affect any party's rights.

**33. CUMULATIVE RIGHTS; ENTIRE AGREEMENT.** The rights, remedies, benefits and protections afforded to each Lehman Brothers Entity under this Agreement and under any Contract you may have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are cumulative and in addition to any other rights, remedies, benefits and protections that any Lehman Brothers Entity may have. To the extent that the provisions of any Contracts you have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are inconsistent (whether the inconsistency be between the Contracts or within a single Contract), the conflict shall be resolved in favor of the provision which affords Lehman Brothers with the maximum rights, remedies, benefits or protections. You hereby appoint Lehman Brothers as your agent and attorney-in-fact to take any action (including, but not limited to, the filing of financing statements) necessary or desirable to perfect and protect the security interest granted herein or to otherwise accomplish the purposes of this Agreement. Except as set forth above, this Agreement represents the entire agreement and understanding between you and Lehman Brothers concerning the subject matter hereof.

**34. CAPACITY TO CONTRACT; ANTI-MONEY LAUNDERING; AFFILIATIONS.** You represent that you have the capacity and authority to enter into this Agreement. You represent to the best of your knowledge that you do not maintain or transact business for or with nor will you introduce individuals or entities to Lehman Brothers that the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") has listed as "Specially Designated Nationals and Blocked Persons" nor with any client in an embargoed country as determined by OFAC. Furthermore, you represent that you have conducted thorough due diligence with respect to all of your clients, and you do not know or have any reason to suspect that the monies used to fund the account have been or will be derived from or related to any illegal activities, including but not limited to, money laundering activities. You agree to

9

provide Lehman Brothers with any information that it may require in relation to compliance with any applicable money laundering regulations. Each representation or warranty made by you in this Agreement will be deemed to be repeated by you on each date on which a transaction occurs hereunder.

You represent that you are of legal age and that, unless you have notified Lehman Brothers to the contrary, neither you nor any member of your immediate family is: (i) an employee or member of any exchange, (ii) an employee or member of the National Association of Securities Dealers, Inc. or any of its affiliates, (iii) an individual or an employee of any corporation or firm engaged in the business of dealing, as broker or principal, in securities, options or futures or (iv) an employee of any bank, trust company or insurance company. If you are signing on behalf of others, you hereby represent that the persons(s) or entity(ies) on whose behalf you are signing is/are authorized to enter into this Agreement and that you are duly authorized to sign this Agreement and make the representations contained herein in the name and on behalf of such other person(s) or entity(ies) and you agree to indemnify and hold Lehman Brothers harmless from any claim or claims arising from your unauthorized execution of this Agreement on the behalf of such other person(s) or entity(ies). You hereby authorize Lehman Brothers to accept faxed copies of this or any other document or instruction as if it were the original and further to accept signatures on said faxes as if they were original.

*PLEASE COMPLETE THIS INFORMATION AND SIGN THE APPROPRIATE SPACE BELOW:*

**THIS AGREEMENT IS DATED AS OF** _____, 2007

Stonehill Offshore Partners LTD
*Name of Customer*

c/o Citco Fund Services LTD                      BWI
P.O. Box 31106 SMB/ T Woodlaver
Corp. Center West Bay Road
*Address*                                        *Country*

Grand Cayman
*City, State*                                    *Zip Code + 4*

**BY SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT:**

**YOU HAVE RECEIVED A COPY OF THIS AGREEMENT AND AGREE TO ITS TERMS AND CONDITIONS.**

*CUSTOMER*          Stonehill Offshore Partners LTD
*NAME:*
                    *Individual or Printed Name of Company*

*SIGNATURE:*
                    *Signature of Authorized Person*

*PRINT NAME:*       John Motulsky, General Partner
                    *Printed Name and Title of Signatory or Name of General*
                    *Partner if Signer is a Partnership*

*BY:*
                    *Authorized Signatory and Title of General Partner if Above*
                    *Signer is a Partnership Otherwise Blank*

**ACCEPTED AND AGREED TO:**

Lehman Brothers Inc., as signatory for itself and as agent for the affiliates named herein

9 - 10-07

11

# EXHIBIT B



*900 002 114*

**CUSTOMER CLAIM FORM**
**LEHMAN BROTHERS INC.**

SECURITIES INVESTOR PROTECTION CORPORATION

Stonehill Offshore Part Ltd.
Account# 732- 40125
885 Third Avenue
30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

Daytime Phone: _(212) 739 7474_

Email: _cwilson@stonehillcap.com_

Contact Person: _Chris Wilson_

Taxpayer I.D. Number
(Social Security No.): _not applicable_

# PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

- ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

    a.   LBI owes me a credit or cash in the amount of:       $ *See attached*

    b.   I owe LBI a debit or cash in the amount of:       $ _____

    c.   If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed** with this claim form.

                                                             $ _____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

    <u>Please Do Not Claim Any Securities You Have In Your Possession</u>

|  |  | YES | NO |
|---|---|---|---|
|  |  | (Circle Y or N) |  |
| a. | LBI owes me securities: | (Y) | N |
| b. | I owe LBI securities: | Y | N |

    c.   If yes to either, please list below (or in additional pages as necessary):

| Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|---|
|  |  |  | LBI Owes Me (Long) | I Owe LBI (Short) |
| _____ | *See attached* | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

If additional space is needed, attach additional pages providing the information in the exact format above.

## 3.   COMMODITY FUTURES CLAIMS

|  | YES | NO |
|---|---|---|
|  | (Circle Y or N) | |
| Do you have a claim based on a commodity futures account? | Y | (N) |

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____

_____

_____

_____

_____

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

**NOTE:**   IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | YES | NO |
|---|---|---|
|  | (Circle Y or N) | |
| 4.   Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | Y | (N) |
| 5.   Has there been any change in your account since September 19, 2008? | (Y) | N |

3

6.  Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?    Y    (N)

7.  Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).    Y    (N)

8.  Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?    Y    (N)

9.  Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.    Y    (N)

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.    Y    (N)

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.    Y    (N)

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____

Address: _____

_____

Phone number: _____

Email address: _____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _January 26, 2009_    Signature _Christopher Uhl_

Date _____    Signature _Managing Member_
_Stonehill Capital Management, LLC_
_its advisor_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | Southern District of New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Lehman Brothers, Inc. | Case Number:<br>08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: 1000523153 LBI 12/1/2008 417060<br>Stonehill Offshore Part Lt<br>885 Third Avenue, 30th Floor<br>885 3rd Ave., Fl. 30<br>New York, NY 10022-4834<br><br>Telephone number: (212) 739-7474 | Court Claim Number:_____<br>(*If known*)<br><br>Filed on:_____ |

| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**  $ *see attached*<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:** *Customer Property*<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>**3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br><br>**Value of Property:**$_____ **Annual Interest Rate**____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br>JAN 26 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Christoph Wils*, Managing Member, Stonehill Capital Management LLC its Advisor | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

If you would like to file your claim online please go to www.lehmantrustee.com and select the
link for the online claim form.  You will need the tracking number and mail id listed below to
complete your claim online.

P0000L 0000™ - P02016 323 746:5811 1613 A

Tracking Number: 423040 Mail ID: 417060

Stonehill Offshore Part Lt
885 Third Avenue, 30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

**Stonehill Capital Management LLC**
885 Third Avenue, 30th Floor
New York, NY 10022
(212) 739-7474

Contacts:     Chris Wilson, Managing Member, cwilson@stonehillcap.com
              Steve Nelson, Chief Financial Officer, snelson@stonehillcap.com
              Ann Kalter, Accounting Manager, akalter@stonehillcap.com


Date:  January 26, 2009


RE:    **STONEHILL OFFSHORE PARTNERS LIMITED**
       **Primary LBI account number: 732-40125**


## Customer Claims in Lehman Brothers Inc. (LBI)

---

Stonehill Offshore Partners Limited (SO) was one of the largest prime brokerage clients of LBI and LBI was SO's sole prime broker. The professionals representing the LBI estate have invested long hours and have been extremely accommodating in returning the vast majority of SO's securities, and Stonehill is very appreciative of those efforts to date. However a substantial list of securities has not yet been delivered, and substantial cash has accumulated at LBI as well, which elements comprise SO's customer claim. This customer claim is supported by voluminous information; the attachments evidencing this claim are intended to provide ample support, but SO has substantial additional information that can be provided upon request.

### Securities

SO received extensive deliveries of its securities in late October and in late December/early January; however, additional securities remain at LBI. A list of securities still carried at LBI is attached as SO Exhibit A.

### Cash

SO's cash claim is presented in several components for ease of understanding:

#### Component 1 – Error in Calculation at "True-Up" Date:

In late October, 2008, at the time of the initial delivery of securities from LBI to SO, LBI's representatives performed a comprehensive analysis of SO's account and

calculated SO's cash balance to be, as of September 19, 2008, a debit amount (owed to LBI) of $2,248,173.04. SO Exhibit B includes the Summary, and Brokerage Account Statement generated by LBI and delivered to SO at that time. On October 21, 2008, SO paid that amount to the SIPC trustee, effectively zeroing out its cash balance as of September 19, 2008. However, LBI's calculation excluded "type 5" cash, and also excluded the market value of SO's short positions, but the two items do not offset equally. Closing out SO's short positions as of September 19, per the estate's October 14 protocol, results in the cost to close out shorts being less than the type 5 cash by $257,571.75 (see SO Exhibit C.) LBI thus owes SO this value difference.

Component 1 totals $257,571.75

### Component 2 – "P&I" post September 19:

From September 19, 2008, through the date of this claim, Stonehill is aware of principal, interest and other payments on securities custodied at LBI that have flowed to LBI, as presented on Exhibit D.

Component 2 is comprised of the following currencies:

USD   6,173,078.91
GBP   5,262,140.69
EUR   122,442.03
CAD   164,576.11

### Component 3 – Misdirected Wires on Private Investments:

After September 19, 2008, misdirected wires flowed to LBI with respect to non-custodied instruments (private investments.) In addition, certain foreign wires were sent to LBI just before LBI's proceeding, which were never posted to Stonehill's account (it was common for foreign wires to take several days to be posted, and the LBI proceeding interrupted the finalization.) Stonehill is aware of certain of these items which are listed on SI Exhibit E.

Component 3 is comprised of the following currencies:

USD   427,247.78
EUR   262.34
GBP   25,011.80

### Component 4 – Cash Transfer in mid-September:

On September 17, 2008, two days before the SIPA proceeding, SO issued direction to LBI to transfer its securities and cash balance from LBI to an alternate prime broker. LBI

demanded that SO post cash collateral in order to effect the transfer, and SO delivered $5,500,000, which was transferred by LBI to SO account number 732-41222-1. (SO's account statement as of September 19, 2008 depicts this cash as an investment in a money market fund, however, that Lehman fund on or about that date closed itself to new investment, and the funds remained in cash, as depicted in the September 30, 2008 statement.) This cash was excluded from the "true-up" described under Component 1 above, and still resides at LBI. SO Exhibit F provides supporting documentation.

Component 4 totals $5,500,000.00

## Component 5 – Incomplete Transaction re MAC Funding Purchase:

On trade date August 7, 2008 SI agreed to purchase from JP Morgan 2,000,000 MAC Funding 1 Ltd (cusip 55261B202) for consideration of $655,000, by physical settlement. LBI debited cash in that amount from SI's account on August 12, 2008. Subsequent to the September 19 date of proceeding, we learned from JP Morgan that the trade had never settled: JP Morgan had not delivered the security to LBI and LBI had not paid the cash to JP Morgan. LBI must return that improperly debited cash to SO. Reference SO Exhibit G.

Component 5 totals $655,000

## Component 6 – Incomplete Transaction re US Power Generating Company:

On trade date March 27, 2008, Stonehill's two funds executed with LBI as the counterparty a negotiated sale of a private instrument: 15,130 shares of US Power Generating Company at a price of $28 per share, for total consideration of $423,640.00. Both SO and related account Stonehill Institutional Partners L.P. were the sellers; LBI was the buyer. The trade confirmations executed at the time are attached as Exhibit H (a). It was a private transaction subject to documentation, and had not closed by the September 19, 2008 date of the LBI proceeding.

At the time of the true-up described in Component 1, LBI personnel demanded that Stonehill Institutional Partners (SI) pay $118,619.20 to the SIPC trustee in relation to this outstanding trade, which amount was paid on September 21, 2008. LBI misunderstood the nature of this transaction - LBI incorrectly treated this private, negotiated, unclosed trade as if it were a short sale by SI in which SI had failed to deliver the security, demanding collateral in the amount paid. This payment was improper and must be returned to SI. Please note that even though this trade was by both Stonehill funds (Institutional and Offshore, as evidenced by the trade confirmations), the payment demanded at time of true up was only demanded from SI, therefore this portion of this Component 6 claim is only claimed on behalf of SI, not SO, and is recounted here only for fullness of disclosure.

A second element of the claim arises from LBI's failure to close this negotiated trade. The current market value of US Power Gen stock is $6 per share (see Exhibit H (b)); LBI's failure to close has cost Stonehill $22 per share, times 8,730 shares (SO's portion of the trade), equals $192,060.00.

Component 6 totals $192,060.00

**Component 7 – Incomplete Transaction re Zarlink Semiconductor common:**

On August 15 and August 20, 2008, SO purchased shares in Zarlink Semiconductor with purchase prices of CAD 5,148.78 and CAD 16,936.56, for a total of CAD 22,085.34. JP Morgan, the clearing broker on the other side of the trade, was unable to settle prior to September 19, 2008. However, LBI debited SO's cash in these amounts at the time of trade and never returned the funds to SO. Exhibit I provides further detail.

Component 7 totals CAD 22,085.34

**Component 8 – Forward Sales of Foreign Currencies:**

Stonehill's portfolio included investments denominated in foreign currencies. To hedge such exposure, Stonehill routinely executed under its prime brokerage agreement with LBI forward sales of foreign currencies. Stonehill believes that no other Lehman entity other than LBI was involved in these transactions. SO had numerous foreign currency transactions open as of September 19, 2008, which were in a gain position because the dollar had strengthened against the foreign currencies during the term of the contracts. A brokerage statement listing the transactions, and their market values, and Stonehill's summary of that brokerage statement for ease of understanding, is SO Exhibit J.

Component 8 totals $6,135,929.26

**Component 9 – Cash Applied Late re Sale of Boston Gen:**

On trade date August 1, 2008, SO executed with a third party (Kelts LLC) a negotiated sale of a private instrument: 2,000,000 EBG Holdings bank debt (aka Boston Gen) for a total consideration of $1,788,283.65. The trade confirmation executed at the time is attached as SO Exhibit K(a). The transaction closed on August 26, 2008 and Kelts funded the purchase price to LBI (see closing documents SO Exhibit K(b).) LBI acknowledged receipt, but failed to post the cash to SO's account until October 10, 2008, (see email correspondence attached as SO Exhibit K(c)). Therefore this cash was excluded from the calculation done at the time of the "true-up" discussed under Component 1 above, and LBI owes this cash to SO.

Component 9 totals $1,788,283.65

**Component 10 – Interest on Accumulated Cash Balances:**

If the court determines it appropriate, interest may be payable to SO on the accumulated cash balances which have resided at LBI.  Stonehill cannot estimate the amount absent direction regarding the appropriate interest rates and a determination of the dates and amounts of funds received by LBI on SO's behalf.

The amount of this Component 10 claim cannot be quantified without direction from LBI and is therefore estimated.

**Component 11 – Other Post Date of Claim and Unknown Activity:**

Other amounts may have flowed into LBI with respect to SO's custodied securities of which we are not currently aware, and it is certain that amounts will continue to flow to LBI on securities which continue to be carried at LBI after the date of this claim.  SO includes these presently unquantifiable amounts in its claim.  As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items received or due with respect to custodied securities or other customer property of SO.

With regard to private investments, SO has no comprehensive way of determining what payments have flowed into LBI referencing Stonehill's account number or name.  Considering Stonehill's distressed investing strategy, Stonehill's portfolio includes many private instruments which have irregular and unpredictable distribution dates, often without notice to us other than information conveyed by the wire transfer itself.  As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items referencing any of the Stonehill accounts, and any Stonehill entity name, and includes all such presently unquantifiable amounts in its claim.

The amount of this Component 11 claim cannot be quantified and is therefore estimated.

**End of Document**

Stonehill Offshore Partners Ltd - Exhibit A

| Fund | LEHM A/C /Internal ID | LEHM ID | CUSIP(CNS) | ISIN | SEDOL | Description | Expected Quantity | Notes |
|---|---|---|---|---|---|---|---|---|
| Offshore | 732-40125 | BTDPF | 00811B0 | C0828B105 | 03000081801 | BOWMARK DEVELOPMENTS PLC | 2,179,978.00 | |
| Offshore | 732-40125 | 566431 | US12556RAB14 | 12556RAB1 | US12556RAB14 | BOWNAZENC/BT GROUP FINANCING COMPANY... | 350,000.00 | |
| Offshore | 732-40125 | CORE | 218681104 | 218681104 | US218681046 | B0637B3 CORE MARK HOLDING CO INC A NT R/MD 4.65 07/01/2010 | 13,377.00 | |
| Offshore | 732-40125 | DAL | 247067102 | 247067102 | US2470671023 | B1W9246 DELTA AIR LINES INC DEL COM NEW | 591,804.00 | |
| Offshore | 732-40125 | 5442794 | 29357YAD5 | 29357YAD5 | XS0130766463 | 2169327 ENRON CORP R/MD .678 06/15/2049 | 200,000,000.00 | |
| Offshore | 732-40125 | FRCPF | B04QZ30 | CA3704728M01 | B04QZ30 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE R/MD 7.25 05/... | 880,393.00 | |
| Offshore | 732-40125 | FRCPF | CA3704728M01 | 3704728M01 | B04QZ30 | B3CZVW GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD R/MD 4.72141 05/22/2009 | 13,555,000.00 | |
| Offshore | 732-40125 | HOY | 46269IAA4 | 46269IAA4 | US46269IAA46 | 2431167 HOVNANIAN ENTERPRISES INC ... | 402,500.00 | |
| Offshore | 732-40125 | LEHIQ | 4525DW317 | 4525DW317 | US04542487208 | 2251204 IRIDIUM LLC CORP SR NOTE SER C R/MD 11.25 07/15/2049 | 1,000,000.00 | |
| Offshore | 732-40125 | 5329939 | 53265AAN1 | 53265AAN1 | US53265AAN70 | B3FPYC3 LEHMAN BROS HLDGS INC DP SR REPSTG I/1007H 7.95% PFD SER I | 44,482.00 | |
| Offshore | 732-40125 | 588KZCI | 57377YAE3 | 57377YAE3 | US57377YAE24 | B246YN8 MASONITE CORP SR R/MD 0 0211 11/01/2049 | 5,000,000.00 | |
| Offshore | 732-40125 | ZARLF | X50107420217 | X50107420217 | X50107420217 | Q7366XAA1 PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE R/MD 11.00/04/06/2013 | 2,665,000.00 | |
| Offshore | 732-40125 | 5070317 | 739731AB3 | 739731AB3 | US739731AB30 | PRATAMA DATAKOM ASIA ACCREDITED INVS R/MD 12.5 07/15/2005 | 6,670,000.00 | |
| Offshore | 732-40125 | 5377207 | X50128329771 | X50128329771 | X50128329771 | 5965045 PSINET INC EURO SERIES R/MD 10.50 12/01/2006 | 1,250,000.00 | |
| Offshore | 732-40125 | 5373699 | 6936SVAD9 | 6936SVAD9 | 5820733 | PSINET INC SR EUR SR NOTES EURO SER R/MD 11.00 08/01/2009 | 500,000.00 | |
| Offshore | 732-40125 | PDCEF | B039IF3 | Y714Y134 | B039IF3 | PT SERAD PRODUCE TBK SHS SERIES A | 11,627,000.00 | |
| Offshore | 732-40125 | 5259990 | 84133BAF6 | 84133BAF6 | 2822465 | SOUTHEAST BANKING TR LTD SER B | 5,700.00 | |
| Offshore | 732-40125 | 5593357 | XX3903307000 | 84133BAA7 | 84133BAG0 | SOUTHEAST BANKING CORP CY SUB -REO R/MD 4.51 10/15/1997 | 7,000,000.00 | |
| Offshore | 732-40125 | SRHDOF | N74108106 | N74108106 | ANN741081064 | SOUTHEAST BANKING CORP STAMPED CERTIFICATES R/MD 6.50 03/15/1999 | 18,443,000.00 | |
| Offshore | 732-40125 | 5332712 | 84133AK9 | 84133AK9 | US84133AK77 | 2967879 RETAIL HOLDINGS N V | 5,000.00 | |
| Offshore | 732-40125 | 5374465 | N46580AC7 | N46580AC7 | N46580AC7 | 4417176 SANGROUP FINANCE R/MD 6.625 12/09/2010 | 1,839,000.00 | |
| Offshore | 732-40125 | 5256661 | 83899AAL3 | 83899AAL3 | US83899AAL35 | SASEA HOLDINGS R/MD 4.00 07/1/2049 | 952,000.00 | |
| Offshore | 732-40125 | 5105075 | US0811Q1245 | 0811Q1245 | US0811Q1245 | SECURITY MULTI ASSET R/MD 6 17 01/01/2049 | 1,312,000.00 | |
| Offshore | 732-40125 | 5539500 | 84133AQ1 | 84133AQ1 | US84133AQ10 | SOUTHEAST BANK/BKR TR LTD SER B | 8,756,000.00 | |
| Offshore | 732-40125 | 5196001 | 84133AAF3 | 84133AAF3 | US84133AAF77 | SOUTHEAST BANKING CORP-FRN CPN LIBOR +.125 R/MD 5.25 11/12/1997 | 4,600,000.00 | |
| Offshore | 732-40125 | 5551044 | 84133ADB8 | 84133ADB8 | US84133ADB88 | SOUTHEAST BANKING CORP SUB NTS R/MD 10.50 04/11/2001 | 13,000,000.00 | |
| Offshore | 732-40125 | T104HSQ7 | 8541ANM0 | 8541ANM0 | US8541ANM09 | STANFIELD VICTORIA FIN LTD MEDIUM TERM NTS144A ACT R/MD 01/25/2008 | 100,890.00 | |
| Offshore | 732-40125 | ZAPD | CA8794197920 | 8794197T2 | CA8794197920 | TELEGLOBE CANADA INC R/MD 9% 10/23/2026 | 1,417,000.00 | Received from resug on CUSIP # 76113BAF6 |
| Offshore | 732-40125 | LCC | 12312T159 | 12312T159 | US12312T1597 | BOLOK468 US AIRWAYS GROUP INC | 92,778.00 | |
| Offshore | 732-40125 | C010314 | 92923CAP9 | 92923CAP9 | US92923CAP91 | WTS CD RADIO INC EXP 01/25/2009 ACCREDITED INVS | 0.00 | Lehman known quantity of 2,000,000 which is unsettled trade. Return cash of USD 655,000.00 |
| Offshore | 732-40125 | 5337735 | 92923CAP9 | 92923CAP9 | BKCN0L7 | WTS CD RADIO INC SR SUB NT R/MD 6.625 03/15/2015 | 920,000,000.00 | Lehman known quantity of... but there will be future distributions |
| Offshore | 732-40125 | WANPQ | 92923CAG9 | 92923CAG9 | US92923CAG96 | 2959951 WCI COMMUNITIES INC QTD SENIOR SUB NOTES 9.125000% 05/01/2012 92923CAG9 | 13,105,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | XAAPFQ | 23971000 | 23971T02 | B29ZSY8 | WASHINGTON MUTUAL INC PFD SERIES R NON CUMULATIVE PERPETUAL CONV | 14,645,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 5260000 | 74437CAD3 | 74437CAD3 | CA89013910000 | Z-MLINK SEMICONDUCTOR INC | 5,530.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | U36240AF3 | U36240AF3 | U36240AF3 | U36240AF3 | GMAC LLC 1.2% 12/1/2013 PVT | 133,370,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | BIDNVYI | 98951UA51 | 98951UA51 | US98951UA451 | ORACLE DEVSR ENGL R/MD PVT REGS | 76,891,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | X9414 | US5536180253 | 5536180253 | US5536180253 | ZIFF DAVIS MEDIA INC DELIVERY DUE ACCREDITED INVS | 173,811,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 5114821 | 74437CAP3 | 74437CAP3 | X50130765026 | 2166090 ENRON CORP R/MD 77 06/18/2008 | | |
| Offshore | 732-40125 | 5373979 | 74437CAD3 | 74437CAD3 | | PSINET INC SENIOR NOTES SER B: IN DEFAULT 10.0000% 02/15/2005 74437CAB7 | | |
| Offshore | 732-40125 | 5260000 | 74437CAG6 | 74437CAG6 | | PSINET INC SR NOTE - IN DEFAULT 10.5000% 12/01/2006 74437CAG6 | | |
| Offshore | 732-40125 | 2533136 | 6936SVAB3 | 6936SVAB3 | | PSINET INCORPORATED SR NTE - IN DEFAULT 11.0000% 08/01/2009 6936SVAB3 | | |

**_TOTAL COLLATERAL_**

| | |
|---|---:|
| TOTAL LMV TYPE 1 LONG POSITIONS (US$) | 266,659,029.00 |
| TOTAL LMV TYPE 1 LONG POSITIONS (C$ value converted to US$) | 12,559,576.53 |
| TOTAL LMV TYPE 1 LONG POSITIONS (BP value converted to US$) | 1,698,499.33 |
| TOTAL LMV TYPE 1 LONG POSITIONS (EM value converted to US$) | 2,724,187.15 |
| TOTAL LMV TYPE 1 LONG POSITIONS (JY value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (US$) | 33,123,055.72 |
| TOTAL LMV TYPE 2 LONG POSITIONS (C$ value converted to US$) | 349,136.76 |
| TOTAL LMV TYPE 2 LONG POSITIONS (BP value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (EM value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (JY value converted to US$) | 0.00 |

**_TOTAL USD DELIVERABLE COLLATERAL_**    299,782,084.72

| | |
|---|---:|
| TYPE 1 CASH (US$) | 230,007.94 |
| TYPE 1 CASH C$ (value converted to US$) | 0.00 |
| TYPE 1 CASH BP (value converted to US$) | 0.00 |
| TYPE 1 CASH JY (value converted to US$) | 0.00 |
| TYPE 1 CASH EM (value converted to US$) | 0.00 |
| TYPE 2 CASH (US$) | 0.00 |
| TYPE 2 CASH C$ (value converted to US$) | 0.00 |
| TYPE 2 CASH BP (value converted to US$) | 134,366.80 |
| TYPE 2 CASH JY (value converted to US$) | 0.00 |
| TYPE 2 CASH EM (value converted to US$) | 0.00 |

**_TOTAL USD CASH COLLATERAL_**    230,007.94

**_TOTAL EXPOSURES_**

| | |
|---|---:|
| TYPE 2 DEBIT BALANCE | 531,364.02 |
| TYPE 2 (C$) DEBIT BALANCE | 1,936,073.34 |
| TYPE 2 (EM) DEBIT BALANCE | 145,110.42 |

**_TOTAL EXPOSURE_**    2,612,547.78

**_TOTAL COLLATERAL NEEDED TO COVER EXPOSURE_**    2,248,173.04
**TOTAL VALUE OF COLLATERAL AVAILABLE FOR DELIVERY**    314,905,311.44
**TOTAL CASH AVAILABLE FOR PAYMENT**    0.00

**Note: Proceeds generated from the close out of shorts will result in a cash in lieu claim

So Exhibit B

BKR256
752-40125

CLIENT 012  RR, 461 STONEHILL OFFSHORE

MARGIN ACTIVITY STATEMENTS
CUR-CODE: 000

09/19/08    PAGE  93762

- - - - BALANCES - - - -

| T/D DTE | LONG/SHORT(-) | DESCRIPTION | | | CLOSE T/D BAL | OPEN S/D BAL | CLOSE S/D BAL | | DLA |
|---|---|---|---|---|---|---|---|---|---|
| TC 09/19 | | OPEN T/D BAL | | | 213,457.18- | 213,457.18- | 230,007.96- | | 09/19/08 |
| 12 | | CLOSE T/D BAL | | | 230,007.96- | 2,984,096.36- | 230,007.96- | | 09/19/08 |
| 20 | | | | | 531,364.02 | 1,071,771.29 | 55,123,055 | | 09/19/08 |
| 55 | | | | | 1,380,961.05- | 54,206,948.36- | 55,796,251- | | 09/19/08 |
| 55 | | | | | 54,206,948.36- | 56,231,081.00- | 243,985,632 | | |
| | | | | | 55,881,566.59- | 53,420,834.25- | 53,476,992.58- | | |

- - ACTIVITY - - -

- - - POSITIONS - - -

| S/DTE | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE/ENT T/D TRD # | MARKET VALUE | DEBIT/CREDIT(-) | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| | 1.0000 | MMSALR GROUP FINANCE B V | XKA009280 | 0.00000    09/19 | 0 | 1,944,132.64 | 0 |
| LDA | | DUE 06/06/2006 4.375 | A009928 | | | 1,981,503.14 | |
| 09/19 | | REV ENTRY OF 8-30 DUE TO | | | | | |
| | | INCORRECT FX | | | | | |
| 09/19 | 1.0000 | MMSALR GROUP FINANCE B V | 5196207 | INT | 0 | 1,944,132.64 | 0 |
| | | DUE 06/06/2006 4.375 | 5196207 | 09/19 | | 1,981,503.14 | |
| | | REV ENTRY OF 8-30 DUE TO | | | | | |
| | | INCORRECT FX | | | | | |
| 09/19 | 5196207.0000 | MMSALR GROUP FINANCE B V | 5196207 | INT | | 1,997,853.90- | |
| | | DUE 06/06/2006 4.375 | | 09/19 | | | |
| | | REC 5/16/08 PAY 5/28/08 | | | | | |
| 09/19 | | ON 23417000 BNDS | | | | | |
| 09/19 | | MARK TO MARKET | | MKT MS | | 1,944,132.64 | |
| 09/19 | | IMAIR RF0519568THU2R008975 | | CBW 3R | | 31,007.57- | |
| | | 02640005.55 | | 09/19 | | | |
| | | PART HERE LTD FFG A C 732 401 | | 09/19 | | | |
| | | MCI COMMDTIES, INC | | | | | |
| | | MARK TO MARKET SHORT POS | | MKT MS    09/19 | | 1,944,132.64 | |
| 09170B | 484,481.0000 | ACAT DELIVERY IN PROGRESS | 003881070 | 4.38000    09/19 | 2,122,026 | 1,453,443 | 1,453,443 |
| | | AD NOT TRANSFER SECURITIES | A009928 | | | | |
| 09170B | | ACACIA RESEARCH - ACACIA | A013707 | | | | |
| 122107 | 392,902.0000 | TECHNOLOGIES | 0374N1070 | 54.03000H    484,481.0000 | 21,228,495 | 21,228,495 | 21,228,495 |
| | | ADOVENET INC | A014448 | 392,902.0000 | | | |
| 191808 | 40,000.0000 | MTS ADOVENET INC | 0374N1070 | 31.00000H    392,902.0000 | 1,240,000 | 372,000 | 372,000 |
| 191808 | | | A017485 | 40,000.0000 | | | |
| 91708 | 2,179,878.0000 | BARRATT DEVELOPMENTS PLC | G08208L050 | 2.71700H    40,000.0000 | 5,922,728 | 5,922,728 | 5,922,728 |
| 92607 | | COMFORCE CORP | B137756 | 1.99000    2,179,878.0000 | 2,179,878.0000 | | |
| 91808 | 285,300.0000 | | C000344 | | 567,747 | 567,747 | 567,747 |
| | | | 12532275H | 0.00000H    285,300.0000 | | | |
| 91208 | 16,000.0000 | MTS CD RADIO INC | C001514 | 0.00000H    16,000,000.0000 | 0 | 0 | |
| 91808 | | EXP 5/15/2009 ACCREDITED INVS | 200334L000 | | | | |
| 031808 | 6,664.0000 | COMDISCO HOLDING COMPANY INC | C012108 | 9.80000H    6,664.0000 | 65,307 | 65,307 | 65,307 |
| | | COMDISCO HOLDING COMPANY INC | 1494791070 | 0.00000H | 0 | 0 | 0 |
| 092607 | 25,942.0000 | CATTLESALE COMPANY | C012394 | 0.00000H    25,942.0000 | 0 | 0 | 0 |
| | | | 216681L040 | | | | |
| | 13,377.0000 | CORE MARK HOLDING CO INC | C014618 | 27.92000    13,377.0000 | 373,485 | 112,045 | 112,045 |

MARGIN ACTIVITY STATEMENTS    CURR-CODE: 000    09/19/08    PAGE 93763

CLIENT 012
RR: HS1 STONEHILL
LONG/SHORT(-)

| BR56 | Quantity | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 732-40125 TC 041125 12 043008 | 111,001.0000 | **CAPEX SA-ORD AP 1 PAR | P2006N1020 C080516 | 111,001.0000 | 164,674 | 164,674 |
| 031808 | 36.0000 | DECISIONNE CORP NEW | 2434571080 D004792 | 36.0000 | 0 | 0 |
| 031808 | 880,395.0000 | **FRONTERA COPPER CORPORATION | 35904310640 F1046640 | 1.53625 880,395.000 | 1,352,947 | 1,352,947 |
| 092707 | 50,913.0000 | **GUANGDONG ALLIANCE SHS | 041B151040 G41B151040 | 0.00000H 50,913.000 | 0 | 0 |
| 092707 | 19,346.0000 | **HWGH WATER SUPPLY HL SHS | C005001 G38541010 | 0.00000H 19,346.000 | 0 | 0 |
| 111607 | 11,911.0000 | WTS ICO COMMUNICATIONS INC | C005020 44924611L0 SK | 0.00000H 11,911.000 | 0 | 0 |
| 091608 | 402,500.0000 | HOUNANIAN ENTERPRISES INC-CL A | H011304 4442472030 H3904710 | 9.05000 402,500.000 | 3,642,625 | 1,821,312 |
| 031808 | 51,750.0000 | RTS KAISER GOVT PROGRAMS INC PUT RT PUR PFD KAISER GROUP | 4830EA110 K002715 | 0.00000H 51,750.000 | 0 | 0 |
| 091608 | 2,718,868.0000 | KGEN PWR CORP CON 144A | 49373X1030 K005958 | 0.00000H 2,718,868.000 | 0 | 0 |
| 091608 | 44,482.0000 | LEHMAN BROS HLDGS INC DEP SH REP1/10TH 7.95% | 5252O0W170 L005500 | 0.11000H 44,482.000 | 4,893 | 4,893 |
| 092008 | 2,000,000.0000 | **MAC FUNDING I/LTD PRIN PROTECTED SECS ACCREDITED | 52618B020 M01451B020 | 0.00000 2,000,000.0000 | 0 | 0 |
| 060608 | 346,623.0000 | NEENAH ENTERPRISES INC | 6407P1030 N0091971030 | 1.55000 346,623.000 | 537,265 | 537,265 |
| 031808 | 75,745.0000 | WTS NEENAH ENTERPRISES INC | 6407P1110 N009546 | 0.00000 75,745.000 | 0 | 0 |
| 031808 | 53,071.0000 | PATENT LITIGATION TR BENEFICIAL TRUST INTERESTS | P011570 7030441070 | 0.00532H 53,071.000 | 26 | 26 |
| 092607 | 70,964,707.0000 | **RMPT SIER0 PRODUCE TBK SHS SERIES A | Y71A4V1340 R027046 | 0.00000H 70,964,707.000 | 377,532 | 377,532 |
| 091908 | 134,259.0000 | PGT INC | 6935401010 P012963G | 3.99000 134,259.000 | 535,693 | 402,777 |
| 091508 | 1,341,254.0000 | **RETAIL HOLDINGS N V | N741081060 R005983 | 0.00000H 1,341,254.000 | 10,730,032 | 10,730,032 |
| 092607 | 11,483,635.0000 | SUNSHINE MNG & REFNG COMPANY PAR 20.01 | 867835000 8678356000 S011728 | 0.00000H 11,483,635.000 | 0 | 0 |

```
BM856
732-40125
TC LDA
LDA
```

CLIENT 012 STONEHILL   RR: H81   L/M/HOLD/SHORT(-)

MARGIN ACTIVITY STATEMENTS   CURR-CODE: 000                                          09/19/08   PAGE 93764

| Qty | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|
| 5,000.000- | OFFSHORE RESIDEX CREDITOR TRUST TR CTF SER B | GB1IFQ1240 / S015575 | 0.00000H | 0 | 0 |
| 235,100.0000 | 3DFX INTERACTIVE INC | 88655X1030 / T00111B | 0.01700H | 3,962 SB | 3,962 |
| 9,200.0000 | TRANSOCEAN INC NEW | G90073I000 / T01D589 | 125.40000H | 1,153,680 SB | 346,104 |
| 244,444.0000 | THUNDERBIRD RESORTS INC NEW CDN 144A | T010488 | 0.00000H | 0 | 0 |
| 13,000,000,000.0000 | TELEGLOBE CANADA INC TEMP 02 10/25/2026 | T104632 / 879A19720 | 0.00000H | 0 SB | 0 |
| 45,471.0000 | THUNDERBIRD RESORTS INC NEW | T10611J060 | 5.5000H | 250,090 SB | 250,090 |
| 92,000.0000 | US AIRWAYS GROUP INC NEW | 9356LM100 | 7.9100H | 727,720 SB | 218,316 |
| 187.0000 | VIATEL HOLDING BERMUDA LIMITED NEW | U003G620 | 1.00000H | 187 SB | 187 |
| 201,455.0000 | WTS WEBLINK WIRELESS | G9349T1110 / V004215 | 0.00000H | 0 | 0 |
| 5,520.0000 | WASHINGTON MUTUAL INC 7.75% SERIES R NON CUMULATIVE | 94769A1190 / W003085 | 335.00000H | 201,455.0000 | 1,849,200 |
| 2,091,544.0000 | ZARLINK SEMICONDUCTOR INC | 93552G8140 / M005534 | 0.4900H | 1,024,856 SB | 1,024,856 |
| 120,000.0000 | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA AIRLINES INC DUE 05/01/2013 5.300% | 360994AC100 / 3BBWTX8 | 2,091,544.0000 | 1,024,856 | 554,760 |
| 500,000.0000 | NEW YORK N Y CITY INDL DEV AGY SPL FAC REV NORTHWEST AIRLINES DUE 06/01/2027 6.000% | 98913591000 / Y001713 | 0.00000H | 120,000.0000 | 0 |
| 7,600,000.0000 | CALIFORNIA STATEWIDE CMNTYS DEV AUTH SPL FACS DEV UTD AIR DUE 10/01/2054 5.625% | 649998AL90 / 3BBZCTE2 | 0.00000H | 500,000.0000 | 0 |
| 195,294.0000 | MOBILE ALA INDL DEV BRD SOLID WSTE DISP RV REF-MOBILE ENERGY DUE 01/01/2020 6.950% | 130779A660 / 3006B57 | 4.00000H 7,600,000.0000 | 304,000 | 304,000 |
| 5,500,000.0000 | CIT GROUP INC MEDIUM TERM SR NTS DUE 10/27/2008 2.905% | 607164AY70 / 3601B70 | 0.00000H 195,294.0000 | 0 | 0 |
|  | | 12560PEA50 / 5BBDTK4 | 99.31400H 5,500,000.0000 | 5,462,270 | 1,638,681 |

```
BM456
732-40125
TC LDA
12 TC
12 031008
```

```
CLIENT  012                    OFFSHORE                      MARGIN ACTIVITY STATEMENTS                  09/19/08           PAGE 93765
RR:  H01 STONEHILL              SECURITY DESCRIPTION          CURR-CODE: 000    CUSIP/SEC    PRICE
     LONG/SHORT(+-)                                                                          0.00000H
     550,001.000H                                                               0            550,001.0000        MARKET VALUE      MARGIN REQUIREMENT
                                                                                             0                   0
```

| Date | Quantity | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| 092507 | 29,260,000.0000 | CROWN PAPER CO SR SUB NOTES -ESCROW CUSIP- DUE 09/01/2005 | 228449PA40 5BBKJ07 SB | 0.00000 29,260,000.0000 | 0 | 0 |
| 090208 | 6,500,000.0000 | MMMAC CAPITAL LTD DUE 07/24/2017 | Q575SNAB60 5BBKLB4 SB | 0.00000H 6,500,000,000.0000 | 0 | 0 |
| 060308 | 460,000.0000 | NEEMAN CORP SR SECD NT DUE 01/01/2017 9.500% | 64007LAP70 5BBKVUC2 SB | 76.62500 460,000,000.0000 | 382,475 | 158,613 |
| 071008 | 3,450,000.0000 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2007-HE1 A-4-VAR DUE 08/25/2037 5.952% | 36186KAD70 5BBKVN8 SB | 37.97255H 3,450,000.0000 | 1,310,052 | 1,310,052 |
| 122007 | 6,050,000.0000 | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/3C7 DUE 07/26/2023 7.045% | 55265AAN10 5BBNND6 SB | 0.00000 6,050,000.0000 | 0 | 0 |
| 080408 | 3,450,000.0000 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A6 DUE 12/25/2037 6.28% | 36186LAG80 5BBLTY6 SB | 46.66422H 3,450,000.0000 | 1,609,915 | 1,609,915 |
| 091608 | 3,525,920.0000 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A2 DUE 12/25/2037 6.054% | 36186LAB90 5BBNTZ6 SB | 48.83500H 3,525,920.0000 | 1,720,906 | 1,720,906 |
| 072508 | 18,170,000.0000 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 DUE 12/25/2037 6.424% | 36186LAD50 5BBQTZ9 SB | 32.07718H 18,170,000.0000 | 5,828,423 | 5,828,423 |
| 080508 | 15,410,000.0000 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 DUE 12/25/2037 6.193% | 36186LAC70 5BBQVB1 SB | 48.54300H 15,410,000.0000 | 7,480,476 | 7,480,476 |
| 061708 | 6,670,000.0000 | MASONITE CORP SR SUB NT DUE 04/06/2015 11.00% | 57537PAE20 5BBRZC1 SB | 23.00000H 6,670,000.0000 | 1,534,100 | 1,534,100 |
| 090408 | 1,012,000,000.0000 | STANDARD PACIFIC CORP CVT SENIOR SUB NOTES DUE 10/01/2012 6.00% | 85376SAA80 5BCLN9 SB | 93.37500 1,012,000.0000 | 944,955 | 283,486 |
| 091608 | 17,236,000,000.0000 | PHH MORTGAGE TRUST DUE 12/25/2027 6.600% | 69337YAE40 5BCLLC0 SB | 80.37500H 17,236,000,000.0000 | 11,310,958 AMORTIZED | 11,310,958 14072,732.41 |
| 031008 | 1,150,000.0000 | MMSTANFIELD VICTORIA EURO MEDIUM TERM NOTE DUE 03/28/2008 | G0459CAN00 5BCSLJ0 SB | 0.00000H 1,150,000.0000 | 0 | 0 |

```
BHS6                                                    MARGIN ACTIVITY STATEMENTS                          09/19/08        PAGE  93766
732-40125        CLIENT 012                             CURR-CODE: 000
TC               RR: HBL STONEHILL
UDA                  LONG/SHORT(-)                      OFFSHORE
080408           26,875,000.0000
```

| CODE | QUANTITY | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT / AMORTIZED AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | 16,662,500 | 16,662,500 |
| 061308 | 4,600,000.0000 | OFFSHORE RESIDENTIAL CAP LLC SR SECD NT DUE 05/15/2010  8.550% | 76114EAE20 5BDGWP4 SB | 62.00000H 26,875,000.0000 | 4,600,000.0000 | 0 |
| 090208 | 7,625,000,000.0000 | STANFIELD VICTORIA FIN LTD MEDIUM TERM NTS144A 3C7 DUE 01/25/2008 FLT 10 DUE 05/10/2010  3.452% | 86431AJM00 5BDNSN5 SB | 0.00000 7,625,000,000.0000 | 0 | 0 |
| 001108 | 2,294,000,000.0000 | CAPMARK FINL GROUP INC SR NT DUE 05/01/2012 | 14066IAD10 5DKWR1 - | 76.93500 5,866,141 | 2,294,000,000.0000 | 1,759,842 |
| 071808 | 9,085,000,000.0000 | ZIFF DAVIS MEDIA INC SR SECD NT FLTG RATE NEW DUE 05/01/2012 | 98951UAJ50 5BDNVY1 SB | 0.00000H 9,085,000,000.0000 | 0 | 0 |
| 081208 | 201,000,000.0000 | ZIFF DAVIS MEDIA INC SR SECD NT - ESCROW CUSIP - DUE 05/01/2012 | 989ESC9910 5BDNVZ6 SB | 0.00000H 201,000,000.0000 | 0 | 0 |
| 091208 | 340,000,000.0000 | MONTANA POWER CO - TENDER OFFER - DUE 12/22/2026  7.960% | 612WMIDA90 5BDQWJ0 SB | 0.00000 340,000,000.0000 | 0 | 0 |
| 082008 | 197,000,000.0000 | MNMONTANA POWER CO - CONTRA CUSIP - DUE 12/23/2026 | 612WMI9C40 5BDQNT2 SB | 0.00000 197,000,000.0000 | 0 | 0 |
| 080008 | 197,000,000.0000 | MONTANA POWER CO - TENDER OFFER - DUE 12/20/2006  7.070% | 612WMI9B60 5BDQPD8 SB | 0.00000 197,000,000.0000 | 0 | 0 |
| 081108 | 11,676,000,000.0000 | CB NORTHWESTERN CORP - CONTRA CUSIP- DUE 12/20/2006 | 66899ABG60 5BDQSC5 SB | 0.00000 11,676,000,000.0000 | 0 | 0 |
| 082008 | 16,865,000,000.0000 | NORTHWESTERN CORPORATION SENIOR DEBENTURE DUE 11/15/2028  6.950% | 66899ABF80 5BDRLG4 SB | 0.00000 16,865,000,000.0000 | 0 | 0 |
| 081108 | 7,528,000,000.0000 | NORTHMESTERN CORP -CONTRA CUSIP- DUE 03/15/2012  8.750% | 66899ABH40 5BDVKB52 SB | 0.00000 7,528,000,000.0000 | 0 | 0 |
| 091208 | 4,950,000,000.0000 | VICTORIA FIN LTD 144A VR 091908-122208 DUE 12/22/2008 | 92620QAL30 5BFBFVU0 SB | 0.00000 4,950,000,000.0000 | 0 | 0 |
| 091208 | 1,100,000,000.0000 | VICTORIA FIN LTD 144A VR 091908-021709 DUE 02/17/2009 | 92620QAF60 5BFBRQ5 SB | 0.00000 1,100,000,000.0000 | 0 | 0 |
| 031008 | 4,644,999.0000 | GREEN TREE FINL CORP SER 1997-4 MFD HSG SR/SUB DUE 02/15/2029  7.750% | 39350SUY60 5C48250 SB | 0.00000H 4,644,999.0000 | 0 | 2616,347.94 |

```
BR56
732-40125
TC  LDA
12  031808
12  031808
```

CLIENT 012
RR: H&I STONEHILL
LONG/SHORT(+)
795,000.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08    PAGE 93767

| ACCT | LONG/SHORT(+) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 031808 | | OFFSHORE | 835SMFCH0 SB | 0.00000H | 0 | 0 | |
| 031808 | 14,000,000.0000 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES DUE 10/15/2029 7.750% | 83756AN20 SB | 0.00000H | 14,000,000.0000 | 0 | 446,369.60 |
| 031808 | 31,643,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR ASSET BKD NT DUE 06/16/2005 7.056% | 5C60831 SB | 0.00000H | 31,643,000.0000 | 0 | 0 |
| 031808 | 12,362,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR CL A2 DUE 03/15/2006 7.330% | 37937WAA70 SB | 0.00000H | 12,362,000.0000 | 0 | 0 |
| 031808 | 1,000,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR SERIES 1996-A C1-A2 DUE 09/15/2007 7.060% | 37937WAB50 SB | 0.00000H | 1,000,000.0000 | 0 | 0 |
| 031808 | 30,068,000.0000 | PEGASUS AVIATION LEASE SECURITIZATION IIASTRK/SERIES DUE 05/10/2031 2.943% | 70557RAA60 SB | 0.00000H | 30,068,000.0000 | 0 | 0 |
| 091608 | 4,025,000.0000 | SECURITIZED MULTIPLE ASSET SERIES 1997-06 CL A-1 DUE 11/15/2026 7.210% | 83756AN40 SB | 0.00000H | 4,025,000.0000 | 1,900,914 | 1,900,914 |
| 031808 | | CMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2004-HE1 A-3-VAR DUE 06/25/2034 2.601% | 34385GCV70 SB | 52.93600H | 1,900,914 | | 3590,832.14 |
| 031808 | 8,947,000.0000 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 DUE 09/25/2020 2.571% | 76110VSA20 SB | 99.65760H | 8,947,000.0000 | 1,423,689 | 1,423,580.64 |
| 052708 | 2,990,000.0000 | RESIDENTIAL FDG MTG SECS II IN SERIES 2006-HSA1 CLASS A-2 DUE 11/25/2020 5.159% | 76110VTD00 SB | 70.04400H | 2,999,000.0000 | 2,094,315 | 2,094,315 |
| 063008 | 2,150,000.0000 | CMHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR DUE 07/25/2027 5.627% | 12668SDW30 SB | 78.56092H | 2,150,000.0000 | 1,689,059 | 1,689,059 |
| 060408 | 9,200,000.0000 | CMHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-3-VAR DUE 07/25/2027 5.841% | 12668SDX10 SB | 41.12617H | 9,200,000.0000 | 3,785,607 | 3,785,607 |
| 072808 | 6,836,750.0000 | CMACH HOME EQUITY LOAN TR SERIES 2006-EQ1 A-2 DUE 10/25/2036 5.750% | 38012TAB80 SB | 57.55283H | 6,836,750.0000 | 3,934,743 | 3,934,743 |
| 070708 | 1,725,000.0000 | CMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-HE3 A-4-VAR DUE 10/25/2036 6.008% | 38012TAD40 SB | 83.11235H | 1,725,000.0000 | 1,435,777 | 1,435,777 |
| 070708 | 4,070,000.0000 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 DUE 03/25/2034 5.656% | 126684AC30 SB | 87.26355H | 4,070,000.0000 | 3,551,626 | 3,551,626 |

```
BM56                                              MARGIN ACTIVITY STATEMENTS                      09/19/08          PAGE 93768
732-012S                                             CURR-CODE: 000
TC  LDA
12  031808   CLIENT 012
             RR: MA STONEHILL
             LONG/SHORT(+-)        OFFSHORE
             18,301,000.0000       SECURITY DESCRIPTION          CUSIP/SEC       PRICE          MARKET VALUE   MARGIN REQUIREMENT
                                   PHP HEALTHCARE CORPORATION    693544AC70      0.0000H                  0            0
                                                                 500234?         18,301,000.0000
```

| Acct | Long/Short (+-) | Security Description | Rate | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|---|
| 092607 | 10,815,000.0000 | NIMPOLLY PECK INTERNATIONAL DUE 01/03/1997 | 8.750% | G71556AM20 5013541 SB | 0.00000H 10,815,000.0000 | 0 | 0 |
| 082208 | 1,450,000.0000 | ESC COMDISCO INC NOTE - ESCROW - DUE 01/15/2003 | 6.125% | 2003368M90 5030910 SB | 0.00000H 1,450,000.0000 | 0 | 0 |
| 121807 | 3,000,000.0000 | IONICA PLC SR NOTE DUE 08/15/2006 | 13.500% | 46221SAJ80 5033225 SB | 0.00000H 3,000,000.0000 | 0 | 0 |
| 031808 | 11,530,000.0000 | ESC KITTY HAWK INC SR SECD NTS DUE 11/15/2004 | 9.950% | 498269C030 5037926 SB | 0.00000H 11,530,000.0000 | 0 | 0 |
| 031808 | 966,000.0000 | WOLVERINE TUBE INC SENIOR NOTE SER B DUE 04/01/2009 | 10.500% | 978093AE20 5042652 SB | 92.0000H 966,000.0000 | 888,720 | 888,720 |
| 031808 | 2,540,000.0000 | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE DUE 04/01/2007 | 10.625% | 155560AA30 5046016 SB | 0.00000H 2,540,000.0000 | 0 | 0 |
| 031808 | 3,000,000.0000 | IONICA PLC SENIOR DISC. NOTES DUE 05/01/2007 | 15.000% | 46221SAK50 5051503 SB | 0.00000H 3,000,000.0000 | 0 | 0 |
| 031808 | 1,650,000.0000 | KEY PLASTICS INC SR SUB NOTE SER B DUE 05/15/2007 | 10.250% | 49313TAD50 5065089 SB | 0.00000H 1,650,000.0000 | 0 | 0 |
| 031808 | 500,000.0000 | PRATAMA DATAKOM ASIA ACCREDITED INVS DUE 07/15/2005 | 12.750% | 73931AJ30 5070317 SB | 0.00000H 500,000.0000 | 0 | 0 |
| 031808 | 18,880,000.0000 | ENERGY GROUP OVERSEAS BV GTD NOTES 7.375% 10/9/98 DUE 10/15/2017 | 7.425% | 292689AC00 5070867 SB | 32.5000H 18,880,000.0000 | 6,136,000 | 1,888,000 |
| 111607 | 30,633,000.0000 | ENERGY GROUP OVERSEAS BV INT DUE 10/15/2027 | 7.550% | 292689AD80 5071495 SB | 32.5000H 30,633,000.0000 | 9,955,725 | 3,063,300 |
| 031808 | 34,450,000.0000 | NRG ENERGY INC SR NOTE DUE 06/15/2007 | 7.500% | 629377AQ40 5075991 SB | 0.00000 34,450,000.0000 | 0 | 0 |
| 033108 | 10,350,000.0000 | READ RITE CORP CONV SUB NOTES DUE 09/01/2004 | 6.500% | 755246AA30 5077083 SB | 0.00000 10,350,000.0000 | 0 | 0 |

MARGIN ACTIVITY STATEMENTS    CURR-CODE: 000                                    09/19/08                    PAGE  93769

CLIENT  012
RR: H01  STONEHILL OFFSHORE

| BRK56 TC LDA 12 | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE 0.00000 | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 012908 | 5,550,000.0000 | ***SOUTHEAST BANKING CORP STAMPED CERTIFICATES | XK50935970 5935597 SB | 0.00000H 0.0000 | 5,550,000.0000 | 0 | 0 |
| 031808 | 7,125,000.0000 | VENTURE HOLDINGS TRUST DUE 11/12/1997 5.250% | 92326YAD10 5102005 SB | 0.00000H 7,125,000.0000 | 0 | 0 | |
| 111607 | 20,005,000.0000 | LIVENT INC SR NTS DUE 07/01/2005 9.500% | 537902AC20 5107706 SB | 0.0000 20,005,000.0000 | 0 | 0 | |
| 031808 | 70,000,000.0000 | CELLNET DATA SYS INC SENIOR DISC NOTE DUE 10/15/2004 9.375% | 15115MAL50 5109824 SB | 0.00000H 70,000,000.0000 | 0 | 0 | |
| 031808 | 3,092,000.0000 | DELTA MILLS INC SR NOTE SER B DUE 10/01/2007 14.000% | 247701AB10 5115626 SB | 0.00000H 3,092,000.0000 | 0 | 0 | |
| 031808 | 5,004,000.0000 | DRYPERS CORP SR NTS SER-B DUE 09/01/2007 9.625% | 262497AG50 5123009 SB | 0.00000H 5,004,000.0000 | 0 | 0 | |
| 092607 | 2,410,000.0000 | EURO 0-CPN STAMPED CERT ***SOUTHEAST BANKING CORP DUE 06/15/2007 10.25% | XK51233170 5123117 SB | 0.0000 2,410,000.0000 | 0 | 0 | |
| 031808 | 14,153,000.0000 | KELLSTROM INDS INC SUB NTS CONV DUE 12/16/1996 | 480035AC00 5125334 SB | 0.00000H 14,153,000.0000 | 0 | 0 | |
| 091708 | 12,650,000.0000 | CAL PINE CONSTRUCTION FINANCE CO L / CORP 2ND PRIORITY DUE 08/26/2011 11.602% | 13134VAA50 5128805 SB | 107.50000H 12,650,000.0000 | 13,598,750 | 6,119,437 | |
| 092607 | 18,090,000.0000 | ***POLLY PECK INTL FINANCE CHF DUE 03/20/2049 6.250% | 071535AF60 5131393 SB | 0.00000H 18,090,000.0000 | 0 | 0 | |
| 031808 | 1,000,000.0000 | IRIDIUM LLC CORP SR NOTE SER C DUE 07/15/2005 11.250% | 46265JAA40 5132068 SB | 0.00000H 1,000,000.0000 | 0 | 0 | |
| 092607 | 56,450,000.0000 | ***RSL COMMUNICATIONS GLOBAL USD DUE 03/15/2008 10.000% | G7703AAD70 5142263 SB | 0.00000H 56,450,000.0000 | 0 | 0 | |
| 031808 | 24,440,000.0000 | KELLSTROM INDS INC CONV SUB NOTES DUE 06/15/2003 5.500% | 480035AG50 5142356 SB | 0.00000H 24,440,000.0000 | 0 | 0 | |
| 031808 | 83,989,000.0000 | PSINET INC SENIOR NOTES SER B DUE 02/15/2005 10.000% | 74437CAB70 5142821 SB | 0.00000H 83,989,000.0000 | 0 | 0 | |

BMRSS
752-405.25   TC
LDA          TP
12

| CLIENT 012  STONEHILL | RR: H01 | MARGIN ACTIVITY STATEMENTS | 09/19/08 | PAGE 93770 |
| --- | --- | --- | --- | --- |
| LONG/SHORT(-) 8,250,000.0000 | OFFSHORE | CURR-CODE: 000 | | |

| TC | LONG/SHORT(-) | SECURITY DESCRIPTION | RATE | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 031808 | 8,250,000.0000 | INSLCO HOLDING CO / SR DISC NT | | 4576LAA40 SB | 0.0000H | 8,250,000.0000 | 0 |
| 092507 | 16,275,000,000.0000 | NNNS-ATR GROUP / SWEATR / DUE 07/07/2005 | 0.125% | H711DNAD50 SB | 12.1710DH / 16,275,000,000.0000 | 1,980,830 | 594,249 |
| 031808 | 24,385,000,000.0000 | NEWRSL COMMUNICATION PLC / SR NTS / DUE 05/01/2008 | 9.125% | 74972EAC20 SB / 5145204 SB | 0.0000H | 24,385,000,000.0000 | 0 |
| 031808 | 27,500,000,000.0000 | CHS ELECTRONICS INC / SENIOR NOTES / DUE 04/15/2005 | 9.875% | 12542AA830 / 5147251 SB | 0.0000H | 27,500,000,000.0000 | 0 |
| 031808 | 100,930,000,000.0000 | NNNCENTAUR MINING & EXPL LTD / SENIOR SECD NOTE / DUE 12/01/2007 | 11.000% | 15133CAC50 / 5160557 SB | 0.0000H / 100,930,000,000.0000 | AMORTIZED AMOUNT | 0 |
| 031808 | 50,420,000,000.0000 | EXODUS COMMUNICATIONS INC / SR NTS / DUE 07/01/2008 | 11.250% | 302080AB50 / 5158280 SB | 0.0000H | 50,420,000,000.0000 | 0 |
| 072206 | 6,705,304,000.0000 | WHEELING PITTSBURGH STL CORP / SR SECD NT / DUE 08/01/2010 | 6.000% | 963150AA50 / 5169833 SB | 53.7500DH / 6,705,304.0000 | 3,604,100 | 1,081,230 |
| 031808 | 34,270,000,000.0000 | SAFETY KLEEN SERVICES INC / SR SUB NOTE / DUE 06/01/2008 | 9.250% | 78649QAA30 / 5173374 SB | 0.0000H | 34,270,000,000.0000 | 0 |
| 031808 | 25,057,250.0000 | NRG ENERGY INC / SENIOR DEB / DUE 05/15/2006 | 6.500% | 62937PAN20 / 5174451 SB | 25,057,250.0000 | 0 | 0 |
| 092507 | 23,417,000,000.0000 | NNNSATR GROUP FINANCE B V / DUE 06/08/2006 | | H5439BAA60 / 5196227 | 0.0000H | 23,417,000,000.0000 | 0 |
| 031808 | 76,891,000,000.0000 | PSINET INC / SR NTS / DUE 11/01/2008 | 4.375% / 11.500% | 7443T0AD10 SB / 5200900 SB | 0.0000H / 76,891,000,000.0000 | AMORTIZED AMOUNT 66681,945.35 | 0 |
| 052908 | 19,560,000,000.0000 | WCI COMMUNITIES INC / CONV SENIOR SUB NOTE / DUE 10/01/2013 | 7.875% | 92923CAM60 / 5214313 SB | 39.0000DH / 19,560,000,000.0000 | 7,628,400 | 7,628,400 |
| 031808 | 27,850,000,000.0000 | SECURED MULTIPLE ASSET / RATED TR 1997-5 ASSET BACKED / DUE 06/15/2005 | 7.120% | 81375BAJ10 SB / 5216675 SB | 0.0000H | 27,850,000,000.0000 | 0 |
| 031808 | 34,450,000,000.0000 | NRG ENERGY INC / SR NOTE / DUE 06/01/2009 | 7.500% | 62937PAE20 / 5219666 SB | 0.0000H | 34,450,000,000.0000 | 0 |
| 89870,352.00 | | | | | | | |

```
BR856                                    MARGIN ACTIVITY STATEMENTS                    09/19/08              PAGE  93771
732-40125   CLIENT 012                      CURR-CODE: 000
   TC       RR: H81 STONEHILL OFFSHORE    SECURITY DESCRIPTION      CUSIP/SEC      PRICE      MARKET VALUE    MARGIN REQUIREMENT
   12          LDA   LONG/SHORT(-)        CONSUMER PACKAGING INC    2106IPAD80   0.00000H               0                    0
   12       031808    8,800,000.0000      SR NOTE                   5220319      8,800,000.0000

 12       031808   23,300,000.0000        DUE 02/01/2007            4576S9AM20   0.00000H
                                          INSILCO CORP              5223763   SB  23,300,000.0000                 0           0
 092607            23,420,000.0000        SR SUB NOTE SER-B         071S36AB50   0.00000H
 081308                                   DUE 08/15/2007    12.000% 5228032      23,420,000.0000                 0           0
                    6,769,000.0000        XXXPOLLY PECK INTL FINANCE LTD         6.250% 92923CAK00  33.00000H
                                          DUE 11/19/1990            5225200   SB  23,420,000.0000
 092607                                   MCI COMMUNITIES INC                                6,769,000.0000       2,233,770
                    5,700.0000            CONV                                   XX6229681O   0.00000H
 101207         2120,000,000.0000         DUE 08/05/2023            522968A   SB  5,700.0000                                  670,131
                                          XXXSASEA HOLDINGS         XX62299550
                                          DUE 07/15/2009    4.000%                0.00000H  5,700.0000             0           0
                                          LTD                       5229955   SB  2120,000,000.0000                          0
 031808             6,395,000.0000        XXXPEREGRINE INVEST HOLDINGS                       0.00000H
                                          DUE 06/20/2000            11960SAF80  6,395,000.0000                    0           0
                                          BUDGET GROUP INC          5230760   SB
 031808            26,335,000.0000        SR NTS                    8794IIAD70   0.00000H
                                          DUE 04/01/2006    9.125%  5231765   SB  26,335,000.0000                 0           0
                                          TELEGLOBE INC
 031808            53,161,000.0000        GTD DEB                   8794ITAE50   0.00000H
                                          DUE 07/20/2009    7.200%  5231763   SB  53,161,000.0000                 0           0
                                          TELEGLOBE INC
 031808         79,740,000,000.0000       DEB                       37937WAD10  0.00000H
                                          DUE 07/20/2029    7.700%  5233639      79,740,000,000.0000              0           0
                                          GLOBAL RATED ELIGIBLE ASSET TR
                                          1996-A ASSET BACKED NT A-3
 092607          7,000,000,000.0000       DUE 01/15/2002            78412SAF80  0.00000H
                                          SFC NEW HLDGS INC         5237126   SB  7,000,000,000.0000              0           0
 031808         18,600,000,000.0000       SR SUB NT                 0137S8AK00   0.00000H
                                          DUE 08/15/2003    13.250% 5245527   SB  18,600,000,000.0000             0           0
                                          SECURITIZED MULTIPLE ASSET
                                          RATED TR 1997-5ASSET BACKED
 031808          4,000,000,000.0000       DUE 03/15/2005    1.15%X  5623BYAC90  0.00000H
                                          GST NETWORK FUNDING INC   5246447   SB  4,000,000,000.0000              0           0
 031808          3,215,000,000.0000       SENIOR DISC NOTE          144SEOAC90  0.0000H
                                          DUE 05/01/2005            524780I   SB  3,215,000,000.0000              0           0
                                          CARRIER INTL S A
                                          SR NOTE SER B
                                          DUE 02/15/2009    13.25%
```

BMQ56
732-40125
LDA
12
TC
12
12

CLIENT 012
RR: H&I STONEHILL OFFSHORE GROUP INC
LONG/SHORT(-)   49,600,000.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08   PAGE 93772

| CLIENT | LONG/SHORT | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 092607 | 2,270,000.0000 | IT GROUP INC / SENIOR SUB NOTE SER B / DUE 04/01/2009 11.250% | 5249169 | 0.00000H | 0 | 0 | 0 |
| 031808 | 175,811,000.0000 | MMS-ATR GROUP / DUE 11/15/2004 7.500% | XK628262690 SB | 0.00000H | 0 | 0 | 0 |
| 031808 | 173,811,000.0000 | PSINET INCORPORATED / SR NT / DUE 08/01/2009 11.000% | 5253156 SB | 0.00000H | 173,811,000.0000 | AMORTIZED AMOUNT 149316,337.20 | 0 |
| 061808 | 4,350,000.0000 | YOSEMITE SECURITIES TRUST I / 99-A LINKED ENRON OBLIG LEOS / DUE 11/15/2004 8.250% | 5253212 SB | 0.00000H | 4,350,000.0000 | AMORTIZED AMOUNT 3406,393.21 | 0 |
| 071008 | 52,619,000.0000 | FRIEDE GOLDMAN INTL INC / SUB NT CO / DUE 09/15/2004 4.500% | 5253291 SB | 0.00000H | 52,619,000.0000 | 0 | 0 |
| 092607 | 4,100,000.0000 | PSINET INC SER EUR / SR NOTES EURO SER / DUE 08/01/2009 11.000% | XK62ES6090 SB | 0.0000 | 4,100,000.0000 | 0 | 0 |
| 071008 | 11,717,000.0000 | RESIDENTIAL CAP CORP NT 7.375% / ON 08/18/2007 / DUE 06/30/2010 8.375% | 7611SBAF60 SB | 11.0000H | 11,717,000.0000 | 2,460,570 | 2,460,570 |
| 031808 | 34,039,000.0000 | EXODUS COMMUNICATIONS INC / SR NT / DUE 12/15/2009 10.750% | 302086AH20 SB | 21.00000H | 34,039,000.0000 | AMORTIZED AMOUNT 25544,316.34 | 0 |
| 031808 | 11,475,000.0000 | VENTURE HOLDINGS TRUST / DUE 06/01/2007 11.000% | 9232CYAF60 SB | 0.0000H | 11,475,000.0000 | 0 | 0 |
| 040708 | 67,826,000.0000 | WORLD ACCESS INC / SENIOR NOTES / DUE 01/15/2008 13.250% | 98141AAD30 SB | 0.0000H | 67,826,000.0000 | AMORTIZED AMOUNT 65821,695.57 | 0 |
| 042208 | 1,840,000.0000 | SLM CORP / MEDIUM TERM NTS / DUE 07/27/2009 2.900% | 78442FDB0 SB | 94.8574H | 1,840,000.0000 | 1,745,371 | 523,611 |
| 111607 | 4,037,000.0000 | TXU EASTERN FUNDING CO / GTD SR NT ORG CPN 6.4500 / DUE 05/15/2005 6.450% | 8731169AF30 SB | 0.0000H | 4,037,000.0000 | 0 | 0 |
| 111607 | 8,650,000.0000 | TXU EASTERN FUNDING CO / GTD SR NOTE / DUE 05/15/2009 6.750% | 8731169AL50 SB | 0.0000H | 8,650,000.0000 | 0 | 0 |
| 092607 | 400,000.0000 | MENHONRAXON INTL FINANCE / USD / DUE 03/29/2001 10.000% | Y3982EAA60 SB | 0.00000H | 400,000.0000 | 0 | 0 |

```
BMR6
732-4012S
LDA
12
TC
12
```

| | | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| CLIENT 012 | | MARGIN ACTIVITY STATEMENTS | CURR-CODE: 000 | | 09/19/08 | PAGE 93773 | |
| RR: M91 STONEHILL | | | | | | | |
| LONG/SHORT(-) | | | | | | 0 | 0 |
| | | | | | | AMORTIZED AMOUNT 116603,283.75 | |
| 011708 | 133,370,000.0000 | PSINET INC SR NOTE DUE 12/01/2006 10.500% | 74437CAG60 SB 5273979 | 0.0000H | 133,370,000.0000 | 0 | 0 |
| 031808 | 26,400,000.0000 | CONTINENTAL AIRLINES INC SR NOTES GTD-REG-ESCROW DUE 03/15/1997 11.500% | 2107959D40 SB 5272505 | 0.000000 | 26,400,000.0000 | 0 | 0 |
| 092607 | 300,000,000.0000 | NNNTKU EASTERN FUNDING DUE 03/08/2030 7.250% | G9143LAE00 SB 5275991 | 0.00000H | 300,000,000.0000 | 0 | 0 |
| 010908 | 48,443,000.0000 | NNNPSINET INC EURO SERIES DUE 12/01/2006 10.500% | XNS2772070 SB 5277207 | 0.00000 | 48,443,000.0000 | 0 | 0 |
| 092607 | 2,250,000,000.0000 | LUKENS INC MEDIUM TERM NOTES DUE 02/01/2006 6.500% | 549860AA50 SB 5270012 | 0.00000 | 2,250,000,000.0000 | 0 | 0 |
| 031808 | 4,218.0000 | NNNGND BONDHOLDER TRUST OFFSHORE TR CTF REG S DUE 05/31/2000 | G3944NAA50 SB 5281808 | 0.00000H | 4,218.0000 | 0 | 0 |
| 031808 | 100.0000 | GND BONDHOLDER TRUST OFFSHORE TR CTF 144A DUE 03/31/2000 | 361881AA30 SB 5282351 | 0.00000 | 100.0000 | 0 | 0 |
| 031808 | 5,985,000,000.0000 | ETOYS IND CONV SUB NOTE DUE 12/01/2004 6.250% | 29726CAA00 SB 5294710 | 0.0000 | 5,985,000,000.0000 | 0 | 0 |
| 092607 | 1,850,000,000.0000 | NNNS-AIR GROUP DUE 11/04/2004 2.125% | XNS2964570 SB 5294457 | 0.00000H | 1,850,000,000.0000 | 0 | 0 |
| 031808 | 3,262,000,000.0000 | COLOR TILE INC SR NT DUE 12/15/2001 10.750% | 196267AD00 SB 5307531 | 0.00000H | 3,262,000,000.0000 | 0 | 0 |
| 031808 | 23,850,000,000.0000 | NNG ENERGY INC DUE 09/15/2010 8.250% | 62937TAU70 SB 5310622 | 0.0000 | 23,850,000,000.0000 | 0 | 0 |
| 031808 | 15,218,000,000.0000 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- DUE 07/15/2008 10.750% | 269524900 SB 5310628 | 0.00000H | 15,218,000,000.0000 | 0 | 0 |
| 031808 | 4,036,450.0000 | MTS INC SR SUB NOTE DUE 03/19/2009 10.000% | 55376WAD10 SB 5322255 | 0.0000 | 4,036,450.0000 | 0 | 0 |
| 061308 | 9,213,000,000.0000 | ENRON CORP PRIVATE PLACEMENT DUE 08/15/2005 8.000% | 29357YAA10 SB 5324524 | 0.00000H | 9,213,000,000.0000 | AMORTIZED AMOUNT 6632,828.40 | 0 |
| 031808 | 18,635,000,000.0000 | RSL COMMUNICATIONS PLC GRD US$ SR NT DUE 03/01/2010 12.875% | 74922EAN80 SB 5325546 | 0.00000 | 18,635,000,000.0000 | 0 | 0 |

```
BMR56      CLIENT 012                              MARGIN ACTIVITY STATEMENTS                    09/19/08        PAGE 93774
732-40125  RR: H81 STONEHILL                       OFFSHORE        CURR-CODE: 000
TC  LDA    LONG/SHORT(-)
```

| TC | LDA | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 12 | 092507 | 7,000,000.0000 | MMMRSL COMMUNICATIONS PLC DUE 05/01/2010 12.875% | 07702WAC00 / 526574 SB | 0.00000H 7,000,000.0000 | 0 | 0 |
| 12 | 031808 | 17,000,000.0000 | GT GROUP TELECOM INC SENIOR DISC EXCH NOTES DUE 02/01/2010 13.250% | 362359A250 SB / 5329921 SB | 0.00000H 17,000,000.0000 | 0 | 0 |
| 12 | 092507 | 31,627,000.0000 | MMMSAIRGROUP FINANCE DUE 10/06/2010 6.625% | N56398AC20 / 5332712 SB | 0.00000H 31,627,000.0000 | AMORTIZED AMOUNT 0 | 0 / 29254,975.00 / 0 |
| 12 | 092507 | 1,250,000.0000 | MMMPASMINCO FINANCE LTD EURO MEDIUM TERM NOTE DUE 02/10/2003 | Q73665AA10 / 5334867 SB | 0.00000 1,250,000.0000 | 0 | 0 |
| 12 | 080508 | 13,105,000.0000 | MCI CMMTYS INC SB SUB NT DUE 05/31/2015 6.625% | 92923CAP90 / 5337735 SB | 40.00000H 13,105,000.0000 | 5,242,000 | 5,242,000 |
| 12 | 072208 | 4,975,000.0000 | BRODER BROS CO SR NOTE DUE 10/15/2010 11.250% | 112013AB30 / 5341886 SB | 67.50000H 4,975,000.0000 | 3,358,125 | 3,358,125 |
| 12 | 092507 | 1,320,000.0000 | MMMMULTAKERAMIK FINANCE LTD SENIOR B VAR RT DUE 10/31/2007 | V65509A030 / 5342496 SB | 0.00000H 1,320,000.0000 | AMORTIZED AMOUNT 0 | 0 / 1294,075.46 |
| 12 | 092507 | 3,600,000.0000 | MMMEXODUS COMMUNICATIONS SENIOR NOTES DUE 12/15/2009 10.75% | XN53426960 / 5343324 SB | 0.00000H 3,600,000.0000 | AMORTIZED AMOUNT 0 | 0 / 3047,581.00 |
| 12 | 031808 | 13,650,000.0000 | MMMEXODUS COMMUNICATIONS SENIOR NOTES DUE 07/15/2008 11.375% | 302088AN90 / 5346617 SB | 0.00000 13,650,000.0000 | 0 | 0 |
| 12 | 010708 | 8,503,000.0000 | MMMTKU EUROPE FUNDING LTD EURO ISSUE DUE 11/30/2005 7.000% | G9143RAA00 / 5355200 SB | 0.00000H 8,503,000.0000 | 0 | 0 |
| 12 | 031808 | 164,013,000.0000 | EXODUS COMMUNICATIONS INC US# SR NT DUE 07/15/2010 11.625% | 302088AL30 / 5355724 SB | 0.00000H 164,013,000.0000 | AMORTIZED AMOUNT 0 | 0 / 123370,175.12 |
| 12 | 092507 | 6,045,389.0000 | MMMMULTAKERAMIK FINANCE LTD SENIOR A VAR RATE DUE 10/31/2007 7.187% | V65509AA50 / 5355724 SB | 0.00000H 6,045,389.0000 | 0 | 0 |
| 12 | 073008 | 4,950,000.0000 | GENERAL MOTORS ACCEPTANCE CORP GLOBAL NOTES DUE 05/02/2011 7.250% | 370425RU60 / 5356646 SB | 62.78500 4,950,000.0000 | 3,107,857 | 1,398,535 |
| 12 | 031808 | 2,925,000.0000 | ESCROW GUANGDONG INTL TR & INVT 144A DUE 11/15/2020 6.750% | 4006SL9A10 / 5358558 SB | 0.00000H 2,925,000.0000 | 0 | 0 |

```
BHR56      CLIENT 012                    MARGIN ACTIVITY STATEMENTS              09/19/08      PAGE  93775
32-40125   RR: HBL STONEHILL                  CURR-CODE: 000
C  LDA      LONG/SHORT(-)  OFFSHORE
2  031808   3,300,000.0000  SECURITY DESCRIPTION      CUSIP/SEC      PRICE          MARKET VALUE   MARGIN REQUIREMENT
                            144A               TR & INV   4006SL9890                 0.00000H          0              0
                            ESCROW GUANGDONG INTL        5359457    SB   3,300,000.0000
                                                                                                    AMORTIZED AMOUNT
.2  031808  42,129,000.0000  DUE 10/24/2016  8.750%     045185A870                  0.00000H          0              0
                            ***ASIA GLOBAL CROSSING LTD  5362572    SB   42,129,000.0000            34640,153.59
                            SR NT

.2  031808  63,600,000.0000  DUE 10/15/2010 13.375%     629377AL60                  0.00000         0               0
                            NRG ENERGY INC               5368394    SB   63,600,000.0000
                            BONDS

.2  031808  23,850,000.0000  DUE 04/01/2031  8.625%     629377AK80                  0.00000H        0               0
                            NRG ENERGY INC               5368395    SB   23,850,000.0000
                            NOTES

12  121007  1,185,000.0000   DUE 04/01/2011  7.750%     33913OAP10                  0.00000H        0               0
                            FLEMING COS INC              5370856    SB   1,185,000.0000
                            NTS                                                                    AMORTIZED AMOUNT
                                                                                                   1109,445.69
12  032708  1,650,000.0000   DUE 04/01/2008 10.125%     125561AV00                 91.57100     1,510,921          453,276
                            CIT GROUP INC NEW            5381485    SB   1,650,000.0000
                            SR NT

12  111607  26,310,000.0000  DUE 01/30/2009  2.946%     07111WAA10                  0.00000H        0               0
                            ***ITV INVESTMENT FINANCE CV 5395354    SB   26,310,000.0000
                            REG S

12  092507  1,740,000.0000   DUE 12/01/2000  4.500%     G36895A880                  0.00000         0               0
                            ***WIN WINTERTHUR UNDERW     5404497    SB   1,740,000.0000
                            SVC LTD EURO MEDIUM TERM NOTE
                            DUE 05/14/2003  5.987%

12  070208  2,625,000.0000   MIDWEST GENERATION LLC      59832WAE90  102.73200H   964,914          964,914
                            PASSTHRU CTF SER-A           5406872    SB   2,625,000.0000            939,254.11
                            DUE 07/02/2009  8.300%                                                 AMORTIZED AMOUNT
12  031808  742,000.0000     DAIRY MART CONVENIENCE STORES 2336609830               0.00000         0               0
                            INC - ESCROW -               5430398    SB   742,000.0000

12  092507  10,000,000.0000  DUE 03/15/2004 10.250%     H83970BD60                  0.00000H        0               0
                            ***SWISSAIR CORP             5435819    SB   10,000,000.0000

12  072208  1,000,000.0000   DUE 04/12/2005  6.250%     29357YAD50                  0.00000         0               0
                            ENRON CREDIT LINKED NOTES TR 5442794    SB   1,000,000.0000
                            STERLING CREDIT LINKED NOTE
                            DUE 05/24/2006  7.250%

12  070908  215,000,000.0000 ***ENRON CORP               U29302AJ20                  0.00000H        0               0
                            EURO DEB                     5445610    SB   215,000,000.0000
                            DUE 06/16/2004  0.970%

12  071008  300,000,000.0000 ***ENRON CORP               U29302AG60                  0.00000H        0               0
                            DUE 06/15/2003  0.678%       5446359    SB   300,000,000.0000
```

```
BHR56        CLIENT 012                    MARGIN ACTIVITY STATEMENTS                        PAGE 93776
732-40125    RR: HBI STONEHILL             CURR-CODE: 000                        09/19/08
/C LDA           LONG/SHORT(-)   OFFSHORE
L2 092607        8,975,000.0000  SECURITY DESCRIPTION        CUSIP/SEC       PRICE         MARKET VALUE   MARGIN REQUIREMENT
                                 **POLLY PECK INTL           G71536AG40      0.00000H               0              0
L2 092507          795,000.0000  DUE 01/04/2005    7.250%    5446758    SB   8,975,000.0000         0              0
                                 **SAIR GROUP               H8597SAC80      0.00000H               0              0
L2 092507        2,265,000.0000  DUE 02/02/2007    4.250%    5449492    SB   795,000.0000          0              0
                                 **SAIRGROUP                H8597SAB00      0.00000H               0              0
L2 092607       29,165,000.0000  DUE 07/30/2004    2.750%    5454713    SB   2,265,000.0000        0              0
                                 **POLLYPECK                G71536AA70      0.00000H               0              0
                                 -SF-                        5470166    SB   29,165,000.0000       0              0
L2              15,535,000.0000  DUE 08/13/1992    6.000%
L2 092607       28,240,000.0000  *** POLLYPECK             G71536AE90      0.00000H               0              0
                                 DUE 09/20/1994    5.625%    5476585    SB   15,535,000.0000       0              0
L2 031808        7,000,000.0000  *** POLLYPECK             G71536AC30      0.00000       0              0
                                 DUE 04/07/1993    5.750%    5476587    SB   28,240,000.0000       0              0
L2 073008       14,645,000.0000  SECURITY MULTI ASSET      839994AL30      0.05000H               0              0
                                 DUE 01/01/2059    8.570%    5485566    SB   7,000,000.0000        0              0
                                 WCI COMMUNITIES INC        9292SCAG90      39.00000H    5,711,550        5,711,550
                                 GTD SENIOR SUB NOTE         5489304    SB   14,645,000.0000
L2 092607       25,242,000.0000  DUE 05/01/2012    9.125%
                                 *** POLLY PECK INTL FINANCE-DM G71S4NAA90   0.00000H               0              0
                                 DUE 04/20/1993    6.00%      5494069    SB   25,242,000.0000       0
L2 121007       17,368,000.0000  FLEMING COMPANIES INC     33913OAX40      0.00000H               0              0
                                 SENIOR NOTES                5497868    SB   17,368,000.0000       0
L2 092507        3,850,000.0000  DUE 06/15/2010    9.250%
                                 **CMAC INTL FINANCE BV     N3592NVA50      180.05463H   6,932,103       3,119,446
                                 EURO MEDIUM TERM NOTE       5515750    SB   3,850,000.0000
L2 092507        7,000,000.0000  DUE 12/15/2008    6.250%
                                 **F C E BANK PLC           G33365PB00      135.88569H   9,511,998       4,280,399
                                 EURO MEDIUM TERM NOTE       5516264    SB   7,000,000.0000
                                 DUE 09/30/2009    5.95%
L2 031808        6,000,000.0000  CALPINE GENERATING CO LLC  13135RAF30      7.62500H     456,356          456,356
                                 SR SECD NT                  5530871    SB   6,000,000.0000        AMORTIZED AMOUNT  5985,000.00
                                 DUE 04/01/2010   11.070%
L2 031808        3,000,000.0000  AMES TRUE TEMPER INC       03104ZAC80      75.50000H    2,265,000       2,265,000
                                 SENIOR NOTE                 5540558    SB   3,000,000.0000
                                 DUE 01/15/2012    6.790%
L2 111607        8,756,000.0000  SOUTHEAST BKG CORP SUB NTS REG 84133BAD80  0.00000H               0              0
                                 DUE 04/11/2001   10.500%    5551644    SB   8,756,000.0000
```

```
BMR56      CLIENT 012                    MARGIN ACTIVITY STATEMENTS                        PAGE 93777
'32-40125  RR: HB1 STONEHILL                CURR-CODE: 000                      09/19/08
C  LDA      LONG/SHORT(-)   OFFSHORE
```

| Code | Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| .2 | 100407 | 315,000,000.0000 | AMERICAN RICE INC / MTG NOTES W/CONTINGENT INT / DUE 07/31/2002  13.000% | 029318AA00 / 5552686  SB | 0.00000H / 315,000.0000 | 0 | 0 |
| .2 | 111607 | 4,876,944.0000 | SOURCE MEDIA INC / SR SECD NTS / DUE 11/01/2004  12.000% | 836153AC00 / 5563864  SB | 0.00000 / 4,876,944.0000 | 0 | 0 |
| .2 | 031808 | 14,800,000.0000 | CALPINE GENERATING CO / DUE 04/01/2009 | 13135BAE60 / 5574272  SB | 0.00000H / 14,800,000.0000 | 0 | 0 |
| .2 | 031808 | 3,640,000.0000 | JET EQUIPMENT TR MEZZANINE / NOTE CL B 95-B  7.830% | 477122AV70 / 5574462  SB | 0.00000 / 3,640,000.0000 | AMORTIZED AMOUNT 0 | 2932,474.74 |
| 12 | 031808 | 8,600,000.0000 | ESCROW CONTINENTAL AIRLINES INC / DUE 11/15/2001  10.000% | 210795960 / 5578456  SB | 0.00000H / 8,600,000.0000 | 0 | 0 |
| 12 | 031808 | 33,789,621.0000 | AIRPLANES PASS THROUGH TRUST / ASTBK/SERIES 1996-A D-FIXED RT / DUE 03/15/2019  10.875% | 0094S1AH80 / 5579099  SB | 0.00000H / 33,789,621.0000 | AMORTIZED AMOUNT 0 | 33374,008.66 |
| 12 | 092607 | 1,839,000.0000 | SOUTHEAST BANKING CORP CV S/D / -REG / DUE 10/15/1997  4.750% | 841338AA40 / 5596000  SB | 0.00000 / 1,839,000.0000 | 0 | 0 |
| 12 | 102407 | 1,312,000.0000 | SOUTHEAST BANKING CORP-FRN / CPN / DUE 11/12/1997  5.250% | 841338AF30 / 5596001  SB | 0.00000H / 1,312,000.0000 | 0 | 0 |
| 12 | 031808 | 992,000.0000 | SOUTHEAST BANKING CORP / CONV SUB CAPITAL NOTE / DUE 03/15/1999  6.500% | 841338AC10 / 5596002  SB | 0.00000H / 992,000.0000 | 0 | 0 |
| 12 | 040708 | 3,300,000.0000 | CIT GROUP INC / DUE 12/19/2008  3.212% | 125577AV80 / 5634664  SB | 99.33600 / 3,300,000.0000 | 3,278,088 | 983,426 |
| 12 | 041008 | 550,000,000.0000 | CIT GROUP FUNDING CO CDA / SR NT / DUE 07/07/2010  4.650% | 125568AB10 / 5666251  SB | 78.61700H / 550,000,000.0000 | 432,404 | 129,721 |
| 12 | 081208 | 11,694,343.0000 | NORTHERNSTAR NAT GAS INC / SR NTS 144A / DUE 05/15/2013  5.000% | 661107AA50 / 5713596  SB | 92.00000H / 11,694,343.0000 | 10,758,795 | 3,227,638 |
| 12 | 091608 | 5,980,000.0000 | WASHINGTON MUT PFD FDG TR I / PERPETUAL 144A / DUE 03/07/2049  6.534% | 93934WAA30 / 5726350  SB | 12.05300H / 5,980,000.0000 | 720,769 | 216,230 |
| 12 | 041008 | 4,815,000.0000 | WMCIT GROUP FDG CO CDA / SR NT / DUE 11/02/2011  5.600% | 125568AE50 / 5778017  SB | 66.22330H / 4,815,000.0000 | 3,188,651 | 1,434,893 |

```
HMR56        CLIENT 012                    MARGIN ACTIVITY STATEMENTS                                      PAGE  93776
I2-40125     RR: H01 STONEHILL               CURR-CODE: 000
: LDA              LONG/SHORT(-)                                              09/19/08
: 060408     2,300,000.0000                                                  1,111,090          MARGIN REQUIREMENT
                                                                                                 1,111,090

                           OFFSHORE                                  CUSIP/SEC      PRICE          MARKET VALUE
                           SECURITY DESCRIPTION                      12660VAF60     48.30850H      1,111,090
                           COUNTRYWIDE ASSET-BCK CERTIF              5801730        2,300,000.0000
                           SERIES 2006-S7 CLASS A6
                           DUE 11/25/2035    5.693%
2  090208   4,600,000.0000 CMHEQ HOME EQUITY LOAN TRUST              12660VAA70     85.41443H      1,546,558
                           MTFC/SERIES 2006-S7 A-1-VAR               5850019   SB   4,600,000.0000 AMORTIZED AMOUNT
                           DUE 11/25/2035    2.561%                                                1,546,558
                                                                                                  1610,652.13
2  092507    500,000.0000 ***FCE BANK PLC                            G3336SSQ40    111.25937H        556,296
                           EURO MEDIUM TERM NOTE                     5856171   SB   500,000.0000                250,333
                           DUE 01/16/2012    7.125%
2  050508  12,528,000.0000 UNIFI INC SR SC NT 11.5%14                904677AG60     90.00000H     11,275,200
                           DUE 05/15/2014   11.500%                  5856846   SB   12,528,000.0000            11,275,200
2  072508   5,750,000.0000 CMHEQ HOME EQUITY LN TR                   12660SAB70     59.50563H      3,421,573
                           SER 2006-S5 CLASS A2                      5905694   SB   5,750,000.0000             3,421,573
                           DUE 06/25/2035    5.681%
2  082508   6,647,920.0000 COUNTRYWIDE ASSET-BACKED CTFS             12660XAC90     47.92761H      3,175,285
                           SERIES 2006-S8 CLASS A3                   5943647   SB   6,647,920.0000 AMORTIZED AMOUNT
                           DUE 04/25/2036    5.555%                                                3,175,285
                                                                                                  6625,170.75
2  092607  63,800,000.0000 ***BANQUE PALLAS                          F07959AG80     0.00000H              0
                           IN DEFAULT                                5956314   SB   63,800,000.0000          0
                           DUE 02/08/1996   10.125%
2  092507   4,733,000.0000 GREAT 98-A SERIES A-2 FRN-                XK59571710     0.00000H              0
                           DUE 12/31/2026                            5957171   SB   4,733,000.0000           0
2  081608   4,798,000.0000 SECURITIZED MULTIPLE ASSET                XK5957202O     0.00000H              0
                           A2 97-5                                   5957202   SB   4,798,000.0000           0
                           DUE 06/29/2005
2  090208   2,300,000.0000 CMHEQ HOME EQUITY LOAN TRUST              12660YAB90     90.53437H      2,082,290
                           SERIES 2006-S10 CLASS A-2                 5961848   SB   2,300,000.0000            2,082,290
                           DUE 10/25/2036    2.691%
2  031908   2,475,000.0000 STALLION OILFIELD SVCS LTD /              852591AA40     70.50000H      1,744,875
                           CORP SR NT 144A                           5975781   SB   2,475,000.0000           785,193
                           DUE 02/01/2016    9.750%
I2 092507   1,434,989.0000 ***LUXFER HOLDINGS PLC                    G5690WAD00     0.00000H              0
                           DUE 02/06/2012   11.530%                  5986867   SB   1,434,989.0000           0
I2 092807    299,177.0000 ME ZUCKERMAN INVESTMENTS                   XK9WA37650     0.00000             0
                                                                     9WA3765    SK   299,177.0000            0
I2 092707    175,438.6000 CHANGING WORLD TECHNOLOGIES                XK9111O260     0.00000             0
                           INC RESTRICTED                            9111826    SK   175,438.6000           0
I2 091908     30,110.0000 TOA TO    A/C #         (WW)               XK99993400     0.00000             0
                                                                     9993540
```

```
BMR56        CLIENT 012
'32-40125    RR: H01 STONEHILL                                                          PAGE 93779
'C LDA           LONG/SHORT(-)                                               09/19/08
```

MARGIN ACTIVITY STATEMENTS    CURR-CODE: 000

| Date | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC 000 | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 062408 | 37,214.0000 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 0036813070 A013707 SB | 4.38000 | 162,997 | 111,642 |
| 070208 | 158,854.0000 | ADVANTA CORP-CL A | 0079421050 A080425 SB | 6.74000 | 1,070,675 | 476,562 |
| 071708 | 951,658.0000 | ADVANTA CORP-CL B NON-VTG | 0079422040 A109735 | 9.52000H | 9,059,784 | 2,717,935 |
| 092507 | 0.0000 | BURLINGTON INDUSTRIES INC NEW | 1216931050 B550969 | 0.00000H | 0 | 76,750 |
| 091108 | 0.0000 | CIT GROUP INC NEW | 1256011080 C011859 | 11.16000 | 0 | 185,850 |
| 092208 | 301,044.0000 | CONTINENTAL AIRLINES INC-CL B | 2107953080 C562466 SB | 18.40000 301,044.0000 | 5,559,209 / 301,044.0000 F | 1,661,762 / 9,335.0000 |
| 091908 | 591,496.0000 | DELTA AIR LINES INC DEL COM NEW | 2473617020 D011768 SB | 9.67000H | 5,719,766 | 1,715,929 |
| 040908 | 51,850.0000 | EXX INC-CL A | 2692821090 E029150 SB | 2.60000 201,248.0000 | 134,810 | 134,810 |
| 070708 | 174,960.0000 | ICO GLOBAL COMMUNICATIONS HLDGS LTD DEL CL A | 44950K1080 H010818 SB | 2.25000H 174,960.0000 | 393,660 | 393,660 |
| 082108 | 0.0000 | MBIA INC | 5526201000 M000545 | 12.88000 | 0 | 920,000 |
| 063008 | 0.0000 | NORTHWESTERN CORPORATION NEW | 6680743050 N007436 | 26.22000H | 0 | 659,210 |
| 092208 | 416,436.0000 | NORTHWEST AIRLS CORP | 6672806080 N009281 SB | 11.53000 416,436.0000 | 4,801,507 | 1,440,452 |
| 081908 | 0.0000 | MMMNORBORD INC | 65548P1060 N101684 | 4.18115H | 0 | 67,893 |
| 040908 | 1,147.0000 | PORTLAND GENERAL ELECTRIC CO NEW | 7365008470 F019060 SB | 25.00000H 1,147.0000 | 28,675 | 8,602 |
| 081208 | 0.0000 | RAIT FINANCIAL TRUST | 7492271040 R003504 | 7.35000 | 0 | 273,000 |
| 092208 | 608,890.0000 | US AIRWAYS GROUP INC | 90341W1080 U003620 | 7.91000 608,890.0000 | 4,816,319 / 608,890.0000 F | 1,444,895 / 106,720.0000 |
| 090208 | 0.0000 | WELLS FARGO & CO | 9497461010 W001549 | 39.80000 | 0 | 1,152,210 |
| 091508 | 0.0000 | WACHOVIA CORPORATION COM | 9299031020 W002990 | 18.75000 | 0 | 388,125 |

```
BMR56     CLIENT 012                          MARGIN ACTIVITY STATEMENTS                          PAGE  93780
32-40125  RR: H&L STONEHILL OFFSHORE                      CURR-CODE: 000
C  LDA       LONG/SHORT(-)                                                                  09/19/08
0  09110A         0.0000                                                                    
```

| LDA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 09110A | 0.0000 | WASHINGTON MUTUAL INC | W020516 | 4.25000 | 0 | 1,852,473 |
| 060208 | 225,562.0000 | NMZARLINK SEMICONDUCTOR INC | 9891391000 Y001713   SB | 0.49000  225,562.0000 | 110,525 | 110,525 |
| 061708 | 2,300,000.0000 | UAL CORP ORD SETTLEMENT BD DUE 02/01/2021    5.000% | 902549AE40   SB 5725709   SB | 55.87500  2,300,000.0000 | 1,285,125 | 385,537 |
| 082208 | 0.0000 | UNITED STATES TREASURY BOND DUE 02/15/2038    4.375% | 912810PW20 7001110 | 100.03100 | 0 | 2,300,713 |
| 072508 | 0.0000 | UNITED STATES TREASURY NOTE DUE 05/15/2018    3.875% | 912828H260 7001113 | 100.93000 | 0 | 464,278 |
| 081508 | 0.0000 | UNITED STATES TREASURY NOTE DUE 02/15/2014    4.000% | 912828CA60 7004940 | 104.75049H | 0 | 1,571,257 |
| 092507 | 30,700.0000 | BURLINGTON INDUSTRIES INC NEW | 1216931050 B58059 | 0.00000H | 0 | 0 *** |
| 091108 | 36,770.0000 | CIT GROUP INC NEW | 1255811080 C011859 | 11.16000 | 410,355- | 0 |
| 082108 | 184,000.0000 | MBIA INC | 55262C1000 M000545 | 12.88000 | 2,369,920- | 0 |
| 063008 | 83,805.0000 | NORTHWESTERN CORPORATION NEW | 6680745050 N007436 | 26.22000H | 2,197,367- | 0 |
| 081908 | 16,238.0000 | MEMINGRBORD INC | 6554BP1060 N101064 | 4.18115H | 67,893- | 0 |
| 081208 | 54,600.0000 | RAIT FINANCIAL TRUST | 7492271040 R005584 | 7.35000 | 401,310- | 0 |
| 090208 | 96,500.0000 | WELLS FARGO & CO | 9497461010 W001549 | 39.80000 | 3,840,700- | 0 |
| 091508 | 69,000.0000 | WACHOVIA CORPORATION COM | 9299031020 W002990 | 18.75000 | 1,293,750- | 0 |
| 091108 | 435,876.0000 | WASHINGTON MUTUAL INC | 9393221030 W020516 | 4.25000 | 1,852,473- | 0 |
| 082208 | 25,000,000.0000 | UNITED STATES TREASURY BOND DUE 02/15/2038    4.375% | 912810PW20 7001110 | 100.03100 | 23,007,130- | 0 |
| 072508 | 4,600,000.0000 | UNITED STATES TREASURY NOTE DUE 05/15/2018    3.875% | 912828H260 7001113 | 100.93000 | 4,642,780- | 0 |
| 081508 | 15,000,000.0000 | UNITED STATES TREASURY NOTE DUE 02/15/2014    4.000% | 912828CA60 7004940 | 104.75049H | 15,712,574- | 0 |

```
- - - T O T A L S - - -
TOT MV    243,985,632   OLD SMA            9,036,937-   SMA CHANGE        9,068,744-    31,807
EQUITY    299,915,558   LIQ EQT          299,915,558   EQV %      100   HOUSE EXCESS   78,671,590   NEW HSE CALL         0
CSH AV      9,068,744   BUYING P          18,137,489                    OTHER EXCESS  231,882,728   NYSE OPT REQ         0
```

```
BMR56    CLIENT 012
732-40125   RR: HB1 STONEHILL OFFSHORE                    MARGIN ACTIVITY STATEMENTS              09/19/08           PAGE  93781
                     - -BALANCES - -                        CURR-CODE: 002 C#
TC          OPEN T/D BAL        CLOSE T/D BAL       OPEN S/D BAL        CLOSE S/D BAL        MARKET VALUE          DLA
12               00.00              00.00               00.00              00.00            13,213,686         09/18/08
FOREIGN CURRENCY C# RATE     .9535247Z T/D BAL
20            1,949,777.11       2,030,438.55      1,949,777.11       2,030,438.55            366,153         09/19/08
FOREIGN CURRENCY C# RATE     .9535247Z T/D BAL
53            2,739,012.83-      2,819,674.27-     1,936,073.34      2,819,674.27-         2,854,051-         09/19/08
FOREIGN CURRENCY C# RATE     .9535247Z T/D BAL
                              2,739,012.83-
T               789,235.72-      789,235.72-      2,688,629.11-       789,235.72-         10,745,787
     - - - -ACTIVITY - - - -
TC  S/DTE      LONG/SHORT(-)         DESCRIPTION                                                              DEBIT/CREDIT(-)
20  09/19                      MARK TO MARKET                                           MKT MS  T/D  TRD #    80,661.44
53  09/19                      MARK TO MARKET SHORT POS                                 MKT MS  09/19         80,661.44-
                                                                                               09/19

     - -POSITIONS - -
TC  LDA        LONG/SHORT(-)    SECURITY DESCRIPTION          CUSIP/SEC       PRICE/ENT  T/D  TRD #   MARGIN REQUIREMENT
12  091708    2,460,526.0000    ***ZARLINK SEMICONDUCTOR INC  989139I010      PRICE                     1,264,422
                                                              Y001713         0.51308
                                                                              2,460,526.0000   SB      MARKET VALUE
12  041408   13,535,000.0000    ***GENERAL MOTORS ACCEPTANCE  37047ZBM00     86.28618H             1,264,422
                                 CORP OF CANADA LTD           5BDGFL9        13,535,000.0000  SB       5,377,168
                                 DUE 05/22/2009     4.721X                                        11,949,264
20  082908        0.0000        ***CANADIAN IMPERIAL BANK OF  1360691010     62.50493                       0
                                 COMMERCE                     C146504                              166,513
                                                             6554BP1060                                    0
20  082808        0.0000        ***NORBORD INC                N101604         4.38494H
20  082808    712,524.0000      ***ZARLINK SEMICONDUCTOR INC  989139I010      0.51308            366,153            366,153
                                                              Y001713                                      0
53  082908   8,880.0000-        ***CANADIAN IMPERIAL BANK OF  1360691010     62.50493           555,043-
                                 COMMERCE                     C146504                                       0
53  082808   519,735.0000-      ***NORBORD INC                6554BP1060      4.38494H         2,279,008-
                                                             N101604
     - - -T O T A L S - - -
TOT MV      10,745,787          OLD FED CALL    3,500,992    FED CALL                  NEW FED CALL      3,500,992
EQUITY      11,535,023          LIQ EQT       11,535,023 EQY X   0 HOUSE EXCESS        NEW HSE CALL      2,081,757
CSH AV              0           BUYING P                       OTHER EXCESS           NYSE OPT REQ       6,017,390
```

```
BHR56     CLIENT 012                        MARGIN ACTIVITY STATEMENTS              09/19/08              PAGE  93782
732-40125    RR: HBI STONEHILL OFFSHORE              CURR-CODE: 003 BP
- - - -BALANCES - - - - -
         OPEN T/D BAL          CLOSE T/D BAL        OPEN S/D BAL          CLOSE S/D BAL        MARKET VALUE           DLA
TC       00.00                 00.00                00.00                 00.00                 928,090           09/18/08
12                                                  00.00
FOREIGN CURRENCY BP  RATE      73,420.47-
         73,420.47-   1.83010002 T/D BAL            73,420.47-
20                             73,420.47-
FOREIGN CURRENCY BP  RATE                           134,366.80-                                     00           09/18/08
T        73,420.47-   1.83010002 T/D BAL            73,420.47-            73,420.47-
         73,420.47-                                                                            928,090
- - - - -ACTIVITY - - - - - -
NO ACTIVITY FOR THIS ACCOUNT
- - - - -POSITIONS - - - -
TC  LDA      LONG/SHORT(-)                SECURITY DESCRIPTION      CUSIP/SEC        PRICE       MARKET VALUE
12  040108   985,000.0000                 MMCIT GROUP INC           U12605AB40    94.22243H       928,090
                                          EURO MEDIUM TERM NOTE     5214345    SB
                                          DUE 12/16/2008   5.500%
12  070108   744,204.0000                 MMLUNFER HOLDINGS PLC     GS698VAD00   0.00000H
                                          DUE 02/06/2012  11.350%   5986867    SB         744,204.0000          0
- - - - T O T A L S - - - -
TOT MV       928,090   OLD SMA                       SMA                          73,420-    SMA CHANGE
EQUITY     1,001,510   LIQ EQT          73,420-      100 HOUSE EXCESS            583,870    NEW HSE CALL          0
CSH AV        71,420   BUYING P      1,001,510 EQY %     OTHER EXCESS            908,702    NYSE OPT REQ          0
                                        146,840                                                                  0
```



BMR56    CLIENT 012
32-40125    RR: H81 STONEHILL OFFSHORE

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 016 JY

09/19/08    PAGE 93785

- - - - - - -BALANCES - - - - - -
OPEN T/D BAL         CLOSE T/D BAL
01.60-               01.60-
FOREIGN CURRENCY JY RATE    .00935201 T/D BAL

OPEN S/D BAL         CLOSE S/D BAL
01.60-               01.60-
00.00

MARKET VALUE    DLA
00              05/13/08

- - - - - -ACTIVITY FOR THIS ACCOUNT - - - - - -
NO ACTIVITY FOR THIS ACCOUNT

- - - - -POSITIONS - - - - -

| | LONG/SHORT(-) | SECURITY DESCRIPTION | | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| C LDA | 920,000,000.0000 | **ENRON CORP | | U29302AN60  SB | 0.00000H | 0 | 0 |
| .2 050908 | | DUE 06/16/2003 | 0.770% | 5446109 | 920,000,000.0000 | 0 | |
| .2 051308 | 460,000,000.0000 | **ENRON CORP | | U29302AG80  SB | 0.00000H | 0 | 0 |
| | | DUE 06/15/2003 | 0.678% | 5446359  SB | 460,000,000.0000 | | |

- - - - -T O T A L S - - - - -

| OLD SMA | | SMA | SMA CHANGE | |
|---|---|---|---|---|
| 0 OLD SMA | 0 | 0 SMA | 0 SMA CHANGE | 0 |
| 1 LIQ EQT | 1 EQY % | 0 HOUSE EXCESS | 0 NEW HSE CALL | 0 |
| 0 BUYING P | 0 | 0 OTHER EXCESS | 0 NYSE OPT REQ | 0 |

TOT MV
EQUITY
CSH AV

```
BMR56    CLIENT 012
732-40125   RR: HB1 STONEHILL OFFSHORE          MARGIN ACTIVITY STATEMENTS        09/19/08          PAGE 93784
- - - -BALANCES- - - -                          CURR-CODE: 246 EM
        OPEN T/D BAL      CLOSE T/D BAL      OPEN S/D BAL      CLOSE S/D BAL         MARKET VALUE            DLA
TC           00.00            00.00             00.00             00.00               1,893,504           09/18/08
12
FOREIGN CURRENCY EM RATE   1.43870132 T/D BAL
FO           196,050.45                         00.00
20
FOREIGN CURRENCY EM RATE   1.43870132 T/D BAL    196,050.45        100,862.09                     00   B1   09/19/08
53           1,940,454.85-  145,110.42
FOREIGN CURRENCY EM RATE   1.43870132 T/D BAL    1,940,454.85-     1,845,266.49-        1,958,946-       09/19/08
T            1,744,404.40-  1,845,266.49-        2,654,787.35-
- - - -ACTIVITY- - - -     1,744,404.40-
             1,744,404.40-                        1,744,404.40-         65,442-

TC S/DTE          DESCRIPTION                                                      DEBIT/CREDIT(-)
20 09/19   MARK TO MARKET                  MKT MS                                     95,188.36-
53 09/19   MARK TO MARKET SHORT POS        MKT MS                                     95,188.36

TC  LDA   - -POSITIONS- -    SECURITY DESCRIPTION    CUSIP/SEC    PRICE/ENT   T/D   TRD #   MARGIN REQUIREMENT
12                          - -POSITIONS- -                       MKT MS   09/19              84,154
          LONG/SHORT(-)                              CUSIP/SEC    MKT MS   09/19
12  090208    250,000.0000   ****FEE BANK PLC        G33565SS00   74.803866H              MARKET VALUE
                             EURO MEDIUM TERM NOTE    5BBDQY5   SB  250,000.0000            187,009
                             DUE 01/15/2013  7.125%
12  071608    920,000.0000   ****CMAC BANK GMBH       N35920660   78.94734H                 326,842
                             EURO MEDIUM TERM NOTE    5BBPVH5   SB  920,000.0000             726,315
                             DUE 05/22/2010  5.750%
12  041608  1,150,000.0000   ****CIR GROUP INC        U12605A000  85.23296H                 441,080
                             EURO MEDIUM TERM NOTE    5341424   SB  1,150,000.0000           980,179
                             DUE 05/13/2009  5.415%
20  080808       0.0000      ****ATDS                 F061161010  32.37989H         0        216,135
                             FRFS                     A006971
20  080808       0.0000      ****VALEO-ORD            F962211260  25.17263H         0        371,548
                             FF 20 PAR                V148913
53  080808   22,250.0000-    ****ATDS                 F061161010  32.37989H                  720,452-    0
                             FRFS                     A006971
53  080808   49,200.0000-    ****VALEO-ORD            F962211260  25.17263H                1,238,495-    0
                             FF 20 PAR                V148913

- - - - -T O T A L S- - - -
TOT MV       65,442-   OLD FED CALL     1,030,497        FED CALL               NEW FED CALL    1,030,497
EQUITY    1,678,961   LIQ EQT  1,678,961 EQY %   0   HOUSE EXCESS              NEW HSE CALL      239,201
CSH AV           0    BUYING P          0             OTHER EXCESS             NYSE OPT REQ      810,595
```

| Symbol | CCY | Qty | Price | MV Calc | FX | MV ($) |
|--------|-----|-----|-------|---------|-----|--------|
| CIT | USD | (36,770) | 11.16 | (410,353.20) | 1 | (410,353.20) |
| MBI | USD | (184,000) | 12.88 | (2,369,920.00) | 1 | (2,369,920.00) |
| NEW | USD | (83,805) | 26.22 | (2,197,367.10) | 1 | (2,197,367.10) |
| NBDFF | USD | (16,238) | 4.18115 | (67,893.51) | 1 | (67,893.51) |
| RAS | USD | (54,600) | 7.35 | (401,310.00) | 1 | (401,310.00) |
| WFC | USD | (96,500) | 39.8 | (3,840,700.00) | 1 | (3,840,700.00) |
| WB | USD | (69,000) | 18.75 | (1,293,750.00) | 1 | (1,293,750.00) |
| WM | USD | (435,876) | 4.25 | (1,852,473.00) | 1 | (1,852,473.00) |
| 912810PW2 | USD | (23,000,000) | 100.031 | (23,007,130.00) | 1 | (23,007,130.00) |
| 912828HZ6 | USD | (4,600,000) | 100.93 | (4,642,780.00) | 1 | (4,642,780.00) |
| 912828CA6 | USD | (15,000,000) | 104.75049 | (15,712,573.50) | 1 | (15,712,573.50) |
| Type 5 | USD | 56,231,081.00 | 1 | 56,231,081.00 | 1 | 56,231,081.00 |
| Net USD | | | | | | 434,830.69 |
| | | | | | | |
| | | | | | | |
| Valeo | EUR | (22,250) | 32.37989 | (720,452.55) | 1.43870132 | (1,036,516.04) |
| Atos | EUR | (49,200) | 25.17263 | (1,238,493.40) | 1.43870132 | (1,781,822.08) |
| Type 5 | EUR | 1,845,266.49 | 1 | 1,845,266.49 | 1.43870132 | 2,654,787.33 |
| Net EUR | | | | | | (163,550.79) |
| | | | | | | |
| | | | | | | |
| CM | CAD | (8,880) | 62.50493 | (555,043.78) | 0.95352472 | (529,247.96) |
| NBDFF | CAD | (519,735) | 4.38494 | (2,279,006.79) | 0.95352472 | (2,173,089.31) |
| Type 5 | CAD | 2,819,674.27 | 1 | 2,819,674.27 | 0.95352472 | 2,688,629.12 |
| Net CAD | | | | | | (13,708.15) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total USD Due Stonehill | | | | | | 257,571.75 |

EXHIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Fund | LEHM A/C # | Month Expected | Internal ID | LEHM ID | CCY | Amount (th) | Notes | Record date | Description |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 732-40125 | September-08 | 5446410 | GBP | GBP | 278.18 | INTEREST | 9/15/2008 | INTEREST ON CREDIT BALANCE FROM 08/21 THRU 09/21 @ 4.938% BAL 73,420 ABAL 64,460 INTEREST PAID FOR 31 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5577937 | USD | USD | 123.74 | INTEREST | 8/28/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/02 @ 1.50% BAL 282,137 ABAL 282,137 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5941547 | USD | USD | 132.82 | INTEREST | 9/16/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/02 @ 1.562% BAL 835,447 ABAL 475,177 INTEREST PAID FOR 6 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5941547 | 126693XAC9 | USD | 654.81 | INTEREST | 9/15/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 3.000% BAL 1411,291 ABAL 1411,291 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5901190 | USD | USD | 97.03 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE FROM 09/10 THRU 09/11 @ 1.562% BAL 821,864 ABAL 319,410 INTEREST PAID FOR 2 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5905694 | 126693XAB7 | USD | 47,019.52 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 3.000% BAL 1411,291 ABAL 1411,291 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5119024 | 126685DX1 | USD | -488.52 | INTEREST | 9/22/2008 | INTEREST ON CREDIT BALANCE TY 5 CR INT 8/21- 9/21/08 LB TRND=SST/OUT/ONT |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5119024 | 126685DX1 | USD | -518.28 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/11 THRU 09/11 @ 3.04% BAL 2294,956 ABAL 2794,308 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5459819 | USD | USD | -77.47 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/17 THRU 09/17 @ 3.04% BAL 1,071,217 ABAL 858,114 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5459819 | USD | USD | -16.73 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/21 THRU 08/21 @ 3.14% BAL 3,193,117 ABAL 219,033 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5941547 | USD | USD | -76.92 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/21 THRU 08/21 @ 3.11% BAL 3,539,743 ABAL 394,317 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5941547 | USD | USD | -43.83 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/29 THRU 08/29 @ 3.12% BAL 4,411,408 ABAL 406,490 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5905694 | 126693XAB7 | USD | -1,134.41 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/29 THRU 09/02 @ 7.98% BAL 46319,903 ABAL 351,193 INTEREST CHARGED FOR 2 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | NBDFF | 2641441 | USD | -46.50 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/12 THRU 09/14 @ 7.78% BAL 17581,610 ABAL 354,347 INTEREST CHARGED FOR 3 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5119024 | USD | USD | -51,721.39 | INTEREST | 9/8/2008 | NORBOG INC |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5017422 | 80TTK22 | USD | 9.91 | DIVIDEND | 9/18/2008 | INTEREST ON CREDIT BALANCE FROM 09/22 THRU 09/22 @ 3.04% BAL 200,842 ABAL 200,842 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKLB4 | B242K07 | USD | 112,629.26 | DIVIDEND | 9/24/2008 | ***LEHMAN BROTHERS USA DOLLAR LIQUIDITY FUND INTL DIST CLA 001061 DIVIDENDS |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5H3362 | 12668AAC3 | USD | 71,349.63 | PAYDOWN | 9/24/2008 | MAC CAPITAL LTD NEAR 000000001 07/24/2013 0.00000% 7/24/2013 Q5733NAb6 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5943547 | 126693XAC9 | USD | 19,190.05 | PAYDOWN | 4/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A31 6380% 07/25/2014 12668AAC3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5943547 | 126693XAC9 | USD | 35,529.96 | PAYDOWN | 4/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A33 6380% 07/25/2014 12668AAC3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5901190 | 126685DX1 | USD | 30,609.95 | INTEREST | 4/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 5.5500% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5905694 | 126693XAB7 | USD | 30,921.39 | INTEREST | 4/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S7 CLASS A5 4.7500% 11/25/2035 12668XAB7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5119024 | 126685DX1 | USD | 27,521.48 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A6 5.6900% 11/25/2035 12668XAB7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5119024 | 126685DX1 | USD | 10,081.72 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-S3 A-2-VAR 5.6270% 07/25/2027 12668JDW3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5459819 | 126685DX1 | USD | 44,781.00 | INTEREST | 4/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-S3 A-4-VAR 6.0340% 07/25/2027 12668JDW3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5459819 | 12668VAA7 | USD | 63,220.47 | PAYDOWN | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-S2 A-1-VAR 5.1100% 10/25/2026 12668VAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5961848 | 12668VAA7 | USD | 5,137.32 | INTEREST | 9/24/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-S2 A-4-VAR 5.5310% 10/25/2026 12668VAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5961848 | 12668VAB9 | USD | 3,311.42 | INTEREST | 4/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-S2 A-5-VAR 5.5310% 11/25/2015 12668VAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5139499 | 38012TAB8 | USD | 32,759.45 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A1 6.1450% 12/25/2037 36186LAB9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5H3638 | 38012TAB8 | USD | 2,761.56 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE3 CLASS A3 5.7300% 10/25/2036 36013TAB8 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQY26 | 36186LAC7 | USD | 19,619.32 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCK/SERIES 2004-HE1 A-3-VAR 2.6810% 06/25/2034 36185SCV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQY26 | 36186LAC7 | USD | 79,518.39 | INTEREST | 4/29/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCK/SERIES 2004-HE1 A-3-VAR 2.6810% 06/25/2034 36185SCV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQY29 | 36186LAC7 | USD | 92,270.01 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCK/SERIES 2007-HE3 CLASS A3 6.1930% 12/25/2037 36186LAC7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQY29 | 36186LAC7 | USD | 17,963.88 | INTEREST | 4/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE3 CLASS A3 6.1930% 12/25/2037 36186LAC7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKLN8 | 36186LAD5 | USD | 17,963.88 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE3 CLASS A3 6.1930% 12/25/2037 36186LAD5 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBCLLC0 | 36186LAD5 | USD | 17,963.88 | INTEREST | 4/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE3 CLASS A4 6.2400% 12/25/2037 36186LAD5 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5108641 | 36186LAD5 | USD | 8,230.66 | INTEREST | 8/21/2008 | PHH MORTGAGE TRUST SER 2007-3L1 CLASS TAGS 144A 6.00000% 12/25/2037 36186LAD5 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5993061 | 6937YYA84 | USD | 17,110.00 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE2 CLASS A4 4-VAR 5.9290% 08/01/2009 6936YVAB3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5961848 | 7610VTD0 | USD | 4,751.49 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 A-4-VAR 5.9200% 08/25/2037 36186LAD7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5723941 | 7610VTD0 | USD | 3,163.84 | PAYDOWN | 8/29/2008 | PHH MORTGAGE TRUST SER 2007-3L1 CLASS TAGS 144A 6.00000% 12/25/2037 6936YVAB3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKVN8 | 6937YYA84 | USD | 201,060.00 | PAYDOWN | 8/10/2008 | PHH MORTGAGE PDQ MTG SEC5 LN SERIES 2006-H5A1 CLASS A-2 5.19000% 08/25/2034 7611OVTD0 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5108557 | 7610VTD0 | USD | 12,921.59 | INTEREST | 8/31/2008 | RESIDENTIAL PDQ MTG SEC5 LN SERIES 2006-H5 CLASS A-4 5.9000% 08/25/2036 7611OVTD0 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5116264 | X50V021AH4 | EUR | 81,514.13 | INTEREST | 8/29/2008 | PHH MORTGAGE PDQ MTG SEC5 LN SER 2007-5L1 CLASS 144A 6.00000% 12/25/2035 7611OVSQ2 |
| Stonehill Offshore Partners | 732-40125 | September-08 | NWEC | NWEC | USD | -23,432.28 | INTEREST | 9/30/2008 | F & E BANK PLC EURO MEDIUM TERM NOTE 5.72800% 09/09/2009 03336V890 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5PFI2 | 8357621AA8 | USD | 59,036.50 | INTEREST | 9/9/2008 | RESIDENTIAL FDQ MTG SEC5 LN SR NT 5.60000% 11/02/2011 1255683AB7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5930924 | 7311N2A12 | USD | 30,360.00 | DIVIDEND | 9/25/2008 | STANDARD CHTR BK 8.79300% 11/02/2011 123302A12 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5519457 | 709742AA8 | USD | 50,715.00 | INTEREST | 10/14/2008 | WOLVERINE TUBE INC SR NOTE SER B- IN 5.90000% 04/01/2009 12359KAG3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5142821 | 74437CAB7 | USD | 4,751.74 | INTEREST | 8/1/2008 | PEGASUS AVIATION LEASE SECURITIZATION IIAS78%CVSEB 3 8.10000% 05/10/2011 70557RAA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5273979 | 74437CAG6 | USD | 138,304.69 | FULL CALL | 9/29/2008 | PSINET INC SR NOTES SER B- IN DEFAULT 10.00000% 02/15/2003 74437CAB7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5200900 | 74437CAD3 | USD | 80,889.33 | FULL CALL | 9/29/2008 | PSINET INC SR NTS IN DEFAULT 11.00000% 05/01/2003 74437CAG6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5125136 | 74437CAG6 | USD | 17,221.46 | FULL CALL | 9/29/2008 | PSINET INCORPORATED SR IN DEFAULT 11.00000% 08/01/2009 69363VAB3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446109 | U29302ACB | USD | 44,731.00 | FULL CALL | 9/29/2008 | PSINET INCORPORATED SR NTS IN-DEFAULT 11.00000% 08/01/2009 12668JAB7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446559 | U29302ACB | USD | 121,414.66 | DISTRIBUTION | 10/14/2008 | ENRON CORP 0.77000% 12/31/2043 U29302AH6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5445830 | U29302ACB | USD | 32,061.50 | DISTRIBUTION | 10/14/2008 | ENRON CORP 0.77000% 12/31/2043 U29302AC8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5540538 | 11SATAA89 | USD | 279,843.75 | INTEREST | 10/14/2008 | AMES TRUE TEMPER INC SENIOR 10.00000% 07/15/2012 03104ZACB |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5142148 | 12434AA85 | USD | 17,718.18 | INTEREST | 10/1/2008 | BRODER BROS CO SR NOTE 11.25000% 10/15/2010 11201JAB3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5778017 | 12434AA85 | USD | 90,264.25 | INTEREST | 10/1/2008 | BRODER BROS CO SR NOTE 11.25000% 10/15/2010 12434AA85 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5666251 | 125568AB1 | USD | 97,219.04 | INTEREST | 11/02/2008 | CIT GROUP FDG CO DEL SR NT 3.60000% 11/02/2011 125568AB1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5H557 | POR | POR | 196.72 | DIVIDEND | 9/30/2008 | PORTUGAL TELECOM INTL FIN BV 6.97000% 1/02/2010 1255568AB1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446410 | U29302AJ2 | USD | 28,132.49 | DISTRIBUTION | 10/14/2008 | ENRON CORP EURO DEB 6.97500% 1/17/2049 U29302AJ2 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5559437 | 499365388 | USD | 137,884.50 | INTEREST | 9/30/2008 | ESCROW GUANGDONG INTL TR & INV 144A 8.7500% 1/23/2003 400633L889 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5943547 | 126693XAC9 | USD | 30,934.09 | INTEREST | 4/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 5.5500% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5943547 | 126693XAC9 | USD | 10,911.58 | INTEREST | 4/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 5.5500% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5905694 | 12668VAF6 | USD | 27,221.46 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A1 3.6810000% 05/25/2036 12668VAF6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119024 | 1266EDA3 | USD | 50,823.15 | INTEREST | 4/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-S3 A-3-VAR 5.8410% 07/25/2027 12668JDW3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119023 | 1266593DX1 | USD | 44,731.00 | INTEREST | 4/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-S3 A-4-VAR 6.0340% 07/25/2027 12668JDW3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119023 | 126685DX1 | USD | 44,731.00 | INTEREST | 4/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-S3 A-4-VAR 6.0340% 07/25/2027 12668JDW3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBOJ26 | 38012TAB8 | USD | 17,778.18 | INTEREST | 4/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A1 6.1450% 12/25/2037 36186LAB9 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBCVB1 | 38012TAB8 | USD | 92,270.01 | INTEREST | 4/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE3 CLASS A3 6.1930% 12/25/2037 36186LAC7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQYT6 | 36186LAD5 | USD | 17,963.88 | INTEREST | 4/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE3 CLASS A4 6.2400% 12/25/2037 36186LAD5 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119023 | 38012TAD4 | USD | 17,112.00 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCK/SERIES 2007-HE2 A-4-VAR 5.9200% 08/25/2037 36186LAD7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5H557 | 38012TAD4 | USD | 9,751.90 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCK/SERIES 2006-HE3 A-4-VAR RATE DUE 10/24/2036 6.08H REG ENT ON 1721000 08H REG ENT ON 1721000 PAY 10/25/08 |

EXIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Entity | Account | Month | ID1 | CUSIP | Cur | Amount | Description | Date | Type |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 732-40125 | October-08 | 18PCLLCO | 6933TYAE4 | USD | 291,847.10 | PHH MORTGAGE TRUST SER 2007-5LL CLASS TAG5 144A 6.60000% 12/25/2027 6933TYAE4 | 9/30/2008 | PAYDOWN |
| Stonehill Offshore Partners | 732-40125 | October-08 | 18CLLCO | 6933TYAE4 | USD | 76,294.21 | PHH MORTGAGE TRUST SER 2007-5LL CLASS TAG5 144A 6.60000% 12/25/2027 6933TYAE4 | 9/30/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5506641 | 7611OVTD0 | USD | 13,924.41 | RESIDENTIAL DOG MTG SECS II IN SERIES 2006-HSA1 CLASS A-2 3.19000% 02/25/2036 7611OVTD0 | 9/30/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBNND6 | 5526SAAN1 | USD | 107,739.51 | MAC CAPITAL LTD SER 2007-1 CL B-1 144A/OCT R/ND 7.045 07/24/2023 | 10/27/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | October-08 | DAL | DAL | USD | 6.63 | DELTA AIR LINES INC DEL COM NEW | 10/51/2008 | CASH IN LIEU |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5143662 | 12664AAC3 | USD | 19,194.77 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 5.65800% 05/25/2034 12664AAC3 | 9/30/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5966567 | X50024200120 | GBP | 125,143.40 | LUXFER HOLDINGS PLC 11.81000% 02/06/2013 G5691WAD0 | 10/31/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5442794 | 29357YAD5 | GBP | 32,386.31 | ENRON CREDIT LINKED NOTES TX STERLINGS CREDIT LINKED NOTE 7.23000% 05/24/2006 29357YAD5 | 11/6/2008 | DISTRIBUTION |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5442794 | 29357YAD5 | GBP | 1,621.10 | ENRON CREDIT LINKED NOTES TX STERLINGS CREDIT LINKED NOTE 7.23000% 05/24/2006 29357YAD5 | 11/6/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5314424 | U12605AD0 | EUR | 15,913.70 | CIT GROUP INC EURO MEDIUM TERM NOTE 5.30000% 5/13/2009 U12605AD0 | 11/14/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5446109 | U29302AH6 | USD | 10,394.14 | ENRON CORP 0.77000% 12/31/2049 U29302AH6 | 10/24/2008 | REDEMPTION |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5277207 | X50108327971 | USD | 45,574.94 | PSINET INC EURO SERIES 10.50000% 12/01/2006 | 10/9/2008 | PAYDOWN |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5253609 | 6936SVAD9 | USD | 3,540.90 | PSINET INC SER EUR SR NOTE *IN DEFAULT* 11.00000% 08/01/2009 6936SVAD9 | 10/9/2008 | PAYDOWN |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5BBOPL9 | CA378472BA401 | CAD | 164,576.11 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.73145% 06/30/2010 76113BAF6 | 11/21/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5259929 | 76113BAF6 | USD | 490,649.18 | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 | 12/29/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5259929 | 76113BAF6 | USD | 953,118.64 | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 | 12/11/2008 | TENDER PAYMENT |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5BDHSQ5 | 8431AJM0 | USD | 731,256.44 | VICTORIA STANFELD FIN LTD MEDIUM TERM NTS 144A IC 7.0% 06/30/2010 8431AJM0 | 12/22/2008 | DISTRIBUTION |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5511750 | U12605AB4 | GBP | 27,037.50 | CIT GROUP INC EURO MEDIUM TERM NOTE 5.50 12/15/2008 | 12/12/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5511750 | X50202220264 | GBP | 249,625.00 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/ND 6.25 12/15/2008 | 12/12/2008 | INTEREST |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5214345 | U12605AB4 | GBP | 983,000.00 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/ND 6.25 12/15/2008 | 12/15/2008 | MATURITY |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5214345 | X50202220264 | GBP | 1,850,000.00 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/ND 5.50 12/15/2008 | 12/15/2008 | MATURITY |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5BCIL10 | X50294773396 | USD | 178,006.78 | VICTORIA STANFELD FIN LTD MEDIUM TERM NTS 144A IC 7.0% 10/25/2008 GR49CAN0 | 12/22/2008 | DISTRIBUTION |
| Stonehill Offshore Partners | 732-40125 | January-09 | 5BDHSQ5 | 8431AJM0 | USD | 39,814.50 | VICTORIA STANFELD FIN LTD MEDIUM TERM NTS 144A IC 7.0% 10/25/2008 8431AJM0 | 1/6/2009 | DISTRIBUTION |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5338534 | 40065LPA1 | USD | 113,174.45 | ESCROW GUANGDONG INTL TR & INVT 144A/IN DEFAULT 6.37% 11/15/2009 40065LPA1 | 10/22/2008 | DISTRIBUTION |

| Running Total | | | | |
|---|---|
| USD | 6,173,078.91 |
| GBP | 5,362,140.69 |
| EUR | 132,441.03 |
| CAD | 164,576.11 |

# SO EXHIBIT E
## STONEHILL OFFSHORE PARTNERS LTD
### WIRES ON PRIVATE INSTRUMENTS THAT WERE MISDIRECTED TO LBI

| ACCOUNT | CURRENCY | AMOUNT | DATE | DESCRIPTION |
|---|---|---|---|---|
| 732-40125 | EUR | 262.34 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | GBP | 25,011.80 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | USD | 34,283.33 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 378,776.44 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 14,188.01 | 12/31/2008 | Entegra 2nd Lien wire from Lehman CP |

| | | | CURRENT EXCH RATE | |
|---|---|---|---|---|
| TOTAL | EUR | 262.34 | 1.35 | 353.37 |
| TOTAL | GBP | 25,011.80 | 1.52 | 37,917.89 |
| TOTAL | USD | 427,247.78 | 1.00 | 427,247.78 |
| TOTAL | AS CONVERTED | | | 465,519.04 a) |

a) Note: Currencies are converted to USD only for the purpose of tallying a rough dollar amount due.
Stonehill is not aware of the LBI estate's policies regarding converting foreign wires, the date used for
conversion, or whether foreign wires will be delivered in original currency.

page 1 of 1

SO Exhibit F        page 1 of 2

```
BM56     CLIENT 012                          MARGIN ACTIVITY STATEMENTS              09/19/08              PAGE 93629
732-41222   RR: H01 STONEHILL OFFSHORE P                CURR-CODE: 000
- - - - - - BALANCES - - - - - -
TC      OPEN T/D BAL - - - CLOSE T/D BAL - - -      OPEN S/D BAL          CLOSE S/D BAL      MARKET VALUE              DLA
12           00.00              00.00                   00.00                 00.00           5,500,000            09/18/08

- - - - - -ACTIVITY - - - - - -
NO ACTIVITY FOR THIS ACCOUNT

- - - - - -POSITIONS - - - - - -
TC   LDA        LONG/SHORT(-)      SECURITY DESCRIPTION          CUSIP/SEC          PRICE      MARKET VALUE      MARGIN REQUIREMENT
12  091808    5,500,000.0000   BBXLEHMAN BROTHERS US DOLLAR      G54081260        1.0000H       5,500,000            5,500,000
                               LIQUIDITY FUND INSTL DIST CL      A00035I

- - - - T O T A L S - - - -
TOT MV    5,500,000   OLD SMA              0           SMA              0      SMA CHANGE      0
EQUITY    5,500,000   LIQ EQT    5,500,000 EQY %       0   HOUSE EXCESS     0      NEW HSE CALL    0
CSH AV            0   BUYING P             0           OTHER EXCESS            NYSE OPT REQ    0
```

SO Exhibit F page 2 of 2

# LEHMAN BROTHERS

**For the period 08/30/2008 to 09/30/2008**

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

Base Currency : USD
Account Number : 732-40125 H81

## Monthly Activity(1)

**MOVEMENTS OF FUNDS**
(Continued)

| Settlement Date | Transaction | Description | Amount |
|---|---|---|---|
| 09/15/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/12/08 SD | ( 169,000,000.00 ) |
| 09/16/2008 | | INWIRE RF#0311699 | 204,909.09 |
| | | 0008 INES(02) NORTHWEST AIRL INES 6 CITIUS33 | |
| 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/16/08 SD | ( 5,000,000.00 ) |
| 09/16/2008 | | TFR TO ACCT 732-41222-2 | ( 2,018,932.38 ) |
| 09/17/2008 | | TFR TO ACCT 732-41222-1 | ( 5,500,000.00 ) |
| 09/17/2008 | | REF # 9N44323 | 919,994.61 |
| 09/18/2008 | | INWIRE RF#0352200 | 26,290.98 |
| | | 0008 INES(02) NORTHWEST AIRL INES 6 CITIUS33 | |
| 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 3,585,571.55 |
| 09/19/2008 | | INWIRE RF#09199887HU2R008975 | 31,607.57 |
| | | 026008593 PART NERS LTD FFC A C 732 401 WCI COMMUNITIES, INC | |

**TOTAL NET MOVEMENTS OF FUNDS / USD** ( 172,269,540.62 )

**GBP**

| | | | |
|---|---|---|---|
| 09/08/2008 | | FRM STK TO CMDY | ( 103,624.20 ) |
| 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 25,038.00 |

**TOTAL NET MOVEMENTS OF FUNDS / GBP** ( 78,586.20 )

**EUR**

Page 69 of 86

SO Exhibit G
page 1 of 1

# LEHMAN BROTHERS

**For the period 08/01/2008 to 08/29/2008**

Base Currency : USD
Account Number : 732-40125 H81

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

## Monthly Activity (I)

### PURCHASES & SALES
(Continued)

| Settlement Date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 08/12/2008 | BOUGHT | 14,950 | ACACIA RESEARCH - ACACIA TECHNOLOGIES<br>UNSOLICITED<br>TMS0807070017616TMS<br>PLUS 448.50 COMM<br>CHARGED BY LEHM | 4.1589 | ( 62,624.08 ) |
| 08/12/2008 | SOLD | 240,534 | ***BARRATT DEVELOPMENTS PLC<br>AVERAGE PRICE<br>UNSOLICITED<br>TMS-REF2008081110138535<br>TMS0871170870138535TMS<br>288,029.93 GBP TOTAL<br>AS OF 08/07/08 | 2.3308 | 560,074.19 |
| 08/12/2008 | BOUGHT | 2,000,000 | ***MAC FUNDING LTD<br>PRIN PROTECTED SECS ACCREDITED<br>INVS<br>UNSOLICITED<br>TMS0871170870044492TMS<br>PLUS 0.00 COMM<br>CHARGED BY CHSE | .3275 | ( 655,000.00 ) * |
| 08/12/2008 | SOLD | 6,300 | PQT INC<br>UNSOLICITED<br>TMS0807070182504TMS<br>LESS 252.00 COMM 0.19 FEE<br>CHARGED BY MOUN | 5.1980 | 32,482.61 |
| 08/12/2008 | SOLD | 27,500 | ROSETTA RESOURCES INC<br>UNSOLICITED<br>TMS0807087018250OTMS<br>LESS 825.00 COMM 3.50 FEE<br>CHARGED BY GSCO | 22.7217 | 624,018.25 |
| 08/12/2008 | BOUGHT | 8,385 | ***ZARLINK SEMICONDUCTOR INC<br>UNSOLICITED | .7158 | ( 6,260.99 ) |

Page 45 of 108

# LEHMAN BROTHERS INC

## TRADE CONFIRMATION

**To:**  Stonehill Institutional Partners, L.P.
Contact: Steve Nelson
Tel No.: 212-739-7470
Fax No.: 212-838-2291
Email:  snelson@stonehillcap.com

**From:** Lehman Brothers Inc.
Contact: Denise Rosselli
Tel No.: 212-526-1490
Fax No.: 646-758-4993
Email:  drossell@lehman.com

Trade Confirmations: Jessica Markowitz
Tel. No.:    212-526-1490
Fax No.:    646-758-4993
Email:  Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| **Trade Date:** | March 27, 2008 |
| **Seller:** | Stonehill Institutional Partners, L.P., as Principal |
| **Buyer:** | Lehman Brothers Inc., as Principal |
| **Issuer:** | US Power Generating Company |
| **Quantity** | 6,400 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| **Purchase Price:** | $28.00 per Unit |

**Other terms:**

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598.*

NYC:147889.2

2

**LEHMAN BROTHERS INC.**

By: _____

Name: __MARTHA G. MARTINEZ__
          AUTHORIZED SIGNATORY
Title: _____

Date: _____

**Stonehill Institutional Partners, L.P.**

By: _____

Name: __Steven O. Nelson__

Title: __CFO__

Date: __4/3/08__

# LEHMAN BROTHERS INC

## TRADE CONFIRMATION

**To:**  Stonehill Offshore Partners Limited
Contact: Steve Nelson
Tel No.: 212-739-7470
Fax No.: 212-838-2291
Email:  snelson@stonehillcap.com

**From:**  Lehman Brothers Inc.
Contact:  Denise Rosselli          Trade Confirmations: Jessica Markowitz
Tel No.:  212-526-1490            Tel. No.:     212-526-1490
Fax No.:  646-758-4993            Fax No.:     646-758-4993
Email:    drossell@lehman.com      Email:  Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| **Trade Date:** | March 27, 2008 |
| **Seller:** | Stonehill Offshore Partners Limited, as Principal |
| **Buyer:** | Lehman Brothers Inc., as Principal |
| **Issuer:** | US Power Generating Company |
| **Quantity** | 8,730 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| **Purchase Price:** | $28.00 per Unit |

**Other terms:**

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at 212-526-7598.

page 4 of 4

2

| LEHMAN BROTHERS INC. | Stonehill Offshore Partners Limited |
|---|---|
| By: | By: |
| Name: __MARTHA G. MARTINEZ__ | Name: Steven D. Nelson |
| __AUTHORIZED SIGNATORY__ | |
| Title: | Title: CFO |
| Date: | Date: 4/2/08 |

NYC:147889.2

SD Exhibit H(b)

7                                                                    Equity**MSG**
Screen Printed
   1/23  8:50:20                                                     Page  1 / 2
      From:●JAY COYLE (MERRILL LYNCH/NY,WFC)
   Subject: PROJECT ENERGY BANK DEBT -
            No Attachments
FIRST DAY AT BANK OF AMERICA                          Cell:(917)699-9191
ENERGY PROJECT BANK DEBT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ANP TL A | 92 | - 94 | 3x3 | LA PALOMA 1ST | 71 | - $73\frac{1}{2}$ | 3x |
| ANP TL B | 89 | - 91 | 3x3 | LA PALOMA 2ND | 59 | - 63 | 2x2 |
| BOSTON GEN 1ST | $62\frac{1}{4}$ | - $64\frac{1}{4}$ | 5x3 | LIBERTY ELEC 1ST | 75 | - 80 | |
| BOSTON GEN 2ND | $26\frac{1}{2}$ | - $31\frac{1}{2}$ | 2x2 | LIBERTY ELEC MEZZ | 50 | - 55 | |
| BOSTON GEN MEZZ | 7 | - 12 | 2x2 | LONGVIEW STRIP | 70 | - 72 | P/B |
| US POWER EQUITY | 6.00 | -7.50 | 50kx75k | MACHGEN 2ND | 60 | - 62 | 3x3 |
| BOSQUE TERM | 65 | - 70 | 3x | MACHGEN UNITS | 90 | - 130 | 5kx5k |
| ENTEGRA 2ND LIEN | 71 | - $72\frac{1}{2}$ | 3x3 | TENASKA 1ST | 88 | - 90 | |
| ENTEGRA 3RD LIEN | 33 | - 35 | 3x3 | TENASKA 2NDS | 62 | - 65 | 2x2 |
| ENTEGRA EQUITY | 3.00 | -4.00 | 75x75 | ASTORIA 1ST | $84\frac{1}{2}$ | - 86 | |
| KELSON 1ST | 78 | - 81 | 3x2 | ASTORIA 2NDS | 71 | - 74 | P/S |
| KELSON 2ND | $47\frac{1}{2}$ | - $51\frac{1}{2}$ | 5x5 | | | | |
| KELSON MEZZ | 27 | - 37 | | | | | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2009 Bloomberg Finance L.P.
                                                                         26-Jan-2009 11:31:26

SO Exhibit I

## Unsettled Zarlink Trades

| 8/15/2008 | Total Qty | Off | SI | | Total Cost | Off | SI |
|---|---|---|---|---|---|---|---|
| Original trade | 55,000 | 25,300 | 29,700 | | 41,402.00 | 19,045.00 | 22,357.00 |
| Unsettled | 14,000 | 6,440 | 7,560 | | 10,539 | 4,847.82 | 5,690.87 |
| | 25.45% | | | | 25.45% | | |
| Corrected | 41,000 | 18,860 | 22,140 | | 30,863 | 14,197.18 | 16,666.13 |
| | | | | | | | |
| 8/20/2008 | | | | | | | |
| Original trade | 60,500 | 27,830 | 32,670 | | 46,029 | 21,173.00 | 24,856.00 |
| Unsettled | 45,500 | 20,930 | 24,570 | | 34,617 | 15,923.50 | 18,693.36 |
| | 75.21% | | | | 75.21% | | |
| Corrected | 15,000 | 6,900 | 8,100 | | 11,412 | 5,249.50 | 6,162.64 |
| | | | | | | | |
| | | | | | | | |
| Pre-adj | 7,654,640 | 5,490,156 | 2,164,484 | | 5,663,502.66 | 3,974,221.71 | 1,689,280.95 |
| Adjustments | | (27,370) | (32,130) | | | (20,771.31) | (24,384.23) |
| New | 7,595,140 | 5,462,786 | 2,132,354 | | 5,618,347.12 | 3,953,450.40 | 1,664,896.72 |
| | | | | | | | |
| | | | | | | | |
| Cash Adj on unsettled | CAD | | | Rate | USD | | |
| 8/15/2008 | 11,193.00 | 5,148.78 | 6,044.22 | 0.94154 | | | |
| 8/20/2008 | 36,818.60 | 16,936.56 | 19,882.04 | 0.94020 | | | |
| Claim on Exibit I | 48,011.60 | 22,085.34 | 25,926.26 | | | | |
| CUSIP # 989139100 | | | | | | | |

page 1 of 1

page 103

**FX Forward Adj**
**9/19/2008**

Stonehill Offshore - Exhibit U

| FX | Due Date | Offshore Qty | Cost | Price | FMV | Unrealized |
|---|---|---|---|---|---|---|
| CAD | 5/26/09 | (6,650,000) | (6,443,798.45) | 0.9510046 | (6,324,180.74) | 119,617.71 |
| CAD | 5/26/09 | (5,520,000) | (5,374,616.62) | 0.9510046 | (5,249,545.51) | 125,071.11 |
| CHF | 12/29/08 | (19,000,000) | (18,399,264.03) | 0.9103138 | (17,295,962.04) | 1,103,301.99 |
| Euro | 12/29/08 | (14,000,000) | (21,220,080.00) | 1.4439997 | (20,215,995.80) | 1,004,084.20 |
| Euro | 6/24/09 | (6,695,500) | (10,287,635.75) | 1.4326946 | (9,592,606.69) | 695,029.06 |
| GBP | 9/22/08 | (4,100,000) | (8,099,550.00) | 1.8357450 | (7,526,554.50) | 572,995.50 |
| GBP | 12/22/08 | (9,000,000) | (17,747,100.00) | 1.8262393 | (16,436,153.70) | 1,310,946.30 |
| GBP | 3/26/09 | (9,000,000) | (17,362,800.00) | 1.8152082 | (16,336,873.80) | 1,025,926.20 |
| GBP | 6/24/09 | (1,500,000) | (2,888,175.00) | 1.8061452 | (2,709,217.80) | 178,957.20 |
| | | | (107,823,019.85) | | (101,687,090.59) | 6,135,929.26 |

TOTAL  6,135,929.26

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

***FUTURES/FOREIGN EXCHANGE
CONFIRMATION***

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040125 |
| Page | 2 |

**US NON-SEGREGATED ACCOUNT**

- - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|---|---|---|
| | | | | Total FX Long Option value | | | 0CR* USD |
| | | | | Total FX Short Option Value | | | 0CR* USD |
| | | | | Net FX Option Value | | | 0CR* USD |

- - - - - - - - - - - - Foreign Exchange Position Delta Summary - - - - - - - - - - - - - - - - - - - - -

| Curr | Notional | USD Equivalent | Delta Notional | Delta USD Equiv |
|---|---|---|---|---|
| EUR | 20,695,500.00DB | 29,808,602.49DB | 20,695,500.00DB | 29,808,602.49DB |
| GBP | 19,500,000.00DB | 35,482,245.30DB | 19,500,000.00DB | 35,482,245.30DB |
| CAD | 12,170,000.00DB | 11,573,726.25DB | 12,170,000.00DB | 11,573,726.25DB |
| CHF | 19,000,000.00DB | 17,295,962.04DB | 19,000,000.00DB | 17,295,962.04DB |
| Sum of the Absolute Values: | | 94,160,536.08 | | 94,160,536.08 |

- - - - - - - - - - -   M A R G I N   R E Q U I R E M E N T   S U M M A R Y   - - - - - - - - - - - - - - - - - - -

| | Margin Requirement Initial | Equity Excess/Deficit | Margin Call/Excess |
|---|---|---|---|
| GBP | 0CR | 4,100,000.00DB | 4,100,000.00DB |
| JPY | CR | CR | CR |
| USD | 4,642,874.10DB | 8,099,550.00CR | 3,456,675.90CR |
| Total Value in Base Currency | | | |
| JSD | 4,642,874.10DB | 572,995.50CR | 4,069,878.60DB |

- - - - - - - - - - - - - - - A C C O U N T   V A L U E   S U M M A R Y   - - - - - - - - - - - - - - - - - - - -

| | Account Balance | Unrealized G/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|---|
| GBP | 4,100,000.00DB | 0CR | 0CR | 0CR | 0CR | 4,100,000.00DB |
| JPY | CR | CR | CR | CR | CR | CR |
| JSD | 8,099,550.00CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 13,588,848.79CR |
| Total Value in Base Currency | | | | | | |
| JSD | 572,995.50CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 6,062,294.29CR |

* * * * * * * CURRENCY  CONVERSION  RATES * * * * * * * * *

Base Currency - USD

| POUND STG | GBP | 1.8357450 |
|---|---|---|
| J YEN | JPY | 107.0700000 |

*page 3 of 3*

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

### FUTURES/FOREIGN EXCHANGE CONFIRMATION

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER   ACCOUNT | |
| 099 | 23040125 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - - - - OPENING ACCOUNT BALANCES - - - -

| | |
|---|---|
| POUND STG | 0CR |
| J YEN | CR |
| US DOLLAR | 0CR |

- - - - - - - - - - - - - - - F O R E I G N   E X C H A N G E   S E T T L E M E N T S - - - - - - - - - - - - - -

| Date  B/S | Base Currency·Maturity Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|

The settlement amounts shown below are reflected in the closing cash balance for each currency.

| 9/19/07 S | 4,100,000.00DB 22SEP08 GBP/USD | 8,099,550.00CR TYPE 1.9755000 | | |
|---|---|---|---|---|

- - - - CLOSING ACCOUNT BALANCES - - - - -

| | |
|---|---|
| POUND STG | 4,100,000.00DB* |
| J YEN | CR* |
| US DOLLAR | 8,099,550.00CR* |

- - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - - - - - -

| Date  B/S | Base Currency Maturity Currency Pair | Counter Amount | Rate | Net Present Value | |
|---|---|---|---|---|---|
| 3/24/08 S | 14,000,000.00DB 29DEC08 EUR/USD | 21,220,080.00CR 1.5157200 | | 995,341.86CR | USD |
| | | Net Present Value | | 995,341.86CR* | USD |
| | | Undiscounted MTM | 1.4439997 | 1004,084.20CR* | USD |
| 6/20/08 S | 6,695,500.00DB 24JUN09 EUR/USD | 10,287,635.75CR TYPE 1.5365000 | | 678,014.44CR | USD |
| | | Net Present Value | | 678,014.44CR* | USD |
| | | Undiscounted MTM | 1.4326946 | 695,029.06CR* | USD |
| 2/19/07 S | 9,000,000.00DB 22DEC08 GBP/USD | 17,747,100.00CR TYPE 1.9719000 | | 1,300,395.52CR | USD |
| | | Net Present Value | | 1,300,395.52CR* | USD |
| | | Undiscounted MTM | 1.8262393 | 1310,946.30CR* | USD |
| 3/24/08 S | 9,000,000.00DB 26MAR09 GBP/USD | 17,362,800.00CR TYPE 1.9292000 | | 1,008,044.36CR | USD |
| | | Net Present Value | | 1,008,044.36CR* | USD |
| | | Undiscounted MTM | 1.8152082 | 1025,926.20CR* | USD |
| 6/20/08 S | 1,500,000.00DB 24JUN09 GBP/USD | 2,888,175.00CR TYPE 1.9254500 | | 174,576.24CR | USD |
| | | Net Present Value | | 174,576.24CR* | USD |
| | | Undiscounted MTM | 1.8061452 | 178,957.20CR* | USD |
| 4/10/08 B | 5,374,616.62CR 26MAY09 USD/CAD | 5,520,000.00DB TYPE 1.0270500 | | 122,281.17CR | USD |
| 3/31/08 B | 6,443,798.45CR 26MAY09 USD/CAD | 6,650,000.00DB TYPE 1.0320000 | | 116,949.42CR | USD |
| et | 11,818,415.07CR* | 12,170,000.00DB* | | | |
| | | Net Present Value | | 239,230.59CR* | USD |
| | | Undiscounted MTM | 1.0515196 | 257,295.09CR* | CAD |
| | | Undiscounted MTM In Base | 244,688.82CR* | USD | |
| 5/20/08 B | 18,399,264.03CR 29DEC08 USD/CHF | 19,000,000.00DB TYPE 1.0326500 | | 1,093,695.78CR | USD |
| | | Net Present Value | | 1,093,695.78CR* | USD |
| | | Undiscounted MTM | 1.0985223 | 1212,001.84CR* | CHF |
| | | Undiscounted MTM In Base | 1103,301.99CR* | USD | |
| | | Total FX Forward NPV | | 5,489,298.79CR* | USD |
| | | Total FX Undiscounted MTM | | 5,562,933.77CR* | USD |

- - - - - C O N T I N U E D   O N   N E X T   P A G E - - - - -

SO Exhibit K (a)                                    page 1 of 2

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

To:      **Kelts LLC**
        Attention:        **William Pool**
        Phone No.:     **(203)618-2779**
        Fax No.:       **(203)422-4599**
        Email:         **harry.pool@rbsgc.com**

From:   **Stonehill Offshore Partners Limited**
        Attention:        **Ann Mauro**
        Phone No.:     **212-739-7474**
        Fax No.:       **212-838-2291**
        Email:         **amauro@stonehill.nb.com**

Date:    **08/13/2008**

        We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | | | |
|---|---|---|---|
| **Trade Date:** | 08/01/2008 | | |
| **Seller:** | Stonehill Offshore Partners Limited | ☑ Principal ☐ Agent | |
| **Buyer:** | Kelts LLC | ☑ Principal ☐ Agent | |
| **Credit Agreement:** | CREDIT AGREEMENT dated as of December 21, 2006 among EBG HOLDINGS LLC, the Lenders from time to time party thereto, and CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as administrative agent | | |
| **Borrower:** | EBG HOLDINGS LLC | | |
| **Form of Purchase:** | Assignment | | |

| Purchase Amount/ Type of Debt: | Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|---|
| | USD 2,000,000.00 | Term | Loan | |

565561001

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006.  All rights reserved.

**Purchase Rate:**        89.500%     Loan

**Up Front Fees:**   Loan   None
**(if any):**

**Credit Documentation**    No
**to be provided:**

**Trade Specific**
**Other Terms of Trade:**    Recordation Fee is split and no more than one full fee.

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Chris Bleakley at ClearPar at the following fax number (646)453-2870 or email address: christopher.bleakley@fnis.com

If you have any questions, please contact Chris Bleakley at (845)639-4890.

Stonehill Offshore Partners Limited
By: Stonehill Advisers LLC

Kelts LLC
By: The Royal Bank of Scotland plc, as sole member

By: Greenwich Capital Markets, Inc., its agent

By: _____

Name:   Steven Nelson
Title:

By: _____

Name:   Karen Brewer
Title:

LSTA EFFECTIVE DECEMBER 2006 Copyright © LSTA 2006. All rights reserved.

**Status: Effective**

Date:     August 26, 2008

To:      Kelts LLC as Buyer
Attn:    William Pool
Phone:  (203)618-2779
Fax:    (203)422-4599

From:   Stonehill Offshore Partners Limited as Seller
Attn:    Ann Mauro
Phone:  212-739-7474
Fax:    212-838-2291

Trade Date:      August 1, 2008
Credit Agreement:    **BOSTON GENERATING EBG Mezz (12/06)**

Facility:         Loan
Global Commitment:  USD 359,219,921.50
Sale Amount:      USD 2,000,000.00
Percentage of Total:  0.5567619946%
Loans outstanding under facility as of August 26, 2008 (Effective Date)

| Pricing Option: | Cur | Global Amount of Loan: | Buyer's Share of Loan: | Start Date: | Repricing Date: | Base Rate: | Margin: | RAC Rate: | All In Rate: | Exchange Rate: |
|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | USD | 359,219,921.50 | 2,000,000.00 | Jun 30, 2008 | Sep 30, 2008 | 2.800630 | 7.000000 | 0.000000 | 9.800630 | |

**Funding Memorandum**
**Payment Details**

**On Aug 26, 2008 Buyer will remit to Seller USD 1,788,283.65 calculated as follows:**

1,790,000.00 USD  (89.5000% x Buyer's share of outstanding loans under the Loan Facility)

(Seller will remit full Assignment fee 0.00 USD to the Agent - Not included in remittance amount above)

(1,716.35 USD)  (Other Fee - Cost of Carry on Aug 26, 2008)

**Seller's Payment Instructions:**
Bank:          Chase Manhattan (NYC)
ABA #:       021-000-021
Account #:    140 094 221
Account Name:  Lehman Brothers
FFC:          Stonehill Offshore Partners Limited #: 732-40125
Attention:     Dmitriy Kovalev
Reference:     BOSTON GENERATING EBG Mezz (12/06)

Reference Number:

Seller and Buyer hereby agree that payment will be made as calculated above on the Settlement Date.

**STONEHILL OFFSHORE PARTNERS LIMITED**        **KELTS LLC**
**By: Stonehill Advisers LLC**                **By: The Royal Bank of Scotland plc, as sole member**
                                      **By: Greenwich Capital**
                   **Markets, Inc., its agent**

By: _____

Name:
Title:

                           By: _____

                           Name:
                           Title:

## ASSIGNMENT AND ASSUMPTION

This Assignment and Assumption (the "Assignment and Assumption") is dated as of the Effective Date set forth below and is entered into by and between Stonehill Offshore Partners Limited (the "Assignor") and Kelts LLC (the "Assignee"). Capitalized terms used but not defined herein shall have the meanings given to them in the Credit Agreement identified below (as amended, the "Credit Agreement"), receipt of a copy of which is hereby acknowledged by the Assignee. The Standard Terms and Conditions set forth in Annex 1 attached hereto are hereby agreed to and incorporated herein by reference and made a part of this Assignment and Assumption as if set forth herein in full.

For an agreed consideration, the Assignor hereby irrevocably sells and assigns to the Assignee, and the Assignee hereby irrevocably purchases and assumes from the Assignor, subject to and in accordance with the Standard Terms and Conditions and the Credit Agreement, as of the Effective Date inserted by the Administrative Agent as contemplated below (i) all of the Assignor's rights and obligations in its capacity as a Lender under the Credit Agreement and any other documents or instruments delivered pursuant thereto to the extent related to the amount and percentage interest identified below of all of such outstanding rights and obligations of the Assignor under the respective facilities identified below and (ii) to the extent permitted to be assigned under applicable law, all claims, suits, causes of action and any other right of the Assignor (in its capacity as a Lender) against any Person, whether known or unknown, arising under or in connection with the Credit Agreement, any other documents or instruments delivered pursuant thereto or the loan transactions governed thereby or in any way based on or related to any of the foregoing, including contract claims, tort claims, malpractice claims, statutory claims and all other claims at law or in equity related to the rights and obligations sold and assigned pursuant to clause (i) above (the rights and obligations sold and assigned pursuant to clauses (i) and (ii) above being referred to herein collectively as the "Assigned Interest"). Such sale and assignment is without recourse to the Assignor and, except as expressly provided in this Assignment and Assumption, without representation or warranty by the Assignor.

| | | |
|---|---|---|
| 1. | Assignor: | Stonehill Offshore Partners Limited |
| 2. | Assignee: | Kelts LLC |
| 3. | Borrower(s): | EBG Holdings LLC |
| 4. | Administrative Agent: | Credit Suisse, Cayman Islands Branch, as the administrative agent under the Credit Agreement |
| 5. | Credit Agreement: | The Credit Agreement dated as of December 21, 2006 among the Borrower, the Guarantors, the Lenders and certain other lender parties party thereto, the Administrative Agent, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Syndication Agents, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Documentation Agents, and CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Joint Lead Arrangers and Joint Book Running Managers. |

6.   Assigned Interest:

| Facility Assigned | Aggregate Amount of Commitment/Loans for all Lenders | Amount of Commitment/Loans Assigned | Percentage Assigned of Commitment/Loans |
|---|---|---|---|
| Loan | USD 359,219,921.50 | USD 2,000,000.00 | 0.556761995% |

Effective Date:  August 26, 2008

The Assignee agrees to deliver to the Administrative Agent a completed Administrative Questionnaire in which the Assignee designates one or more Credit Contacts to whom all syndicate-level information (which may contain material non-public information about the Borrower, the other Loan Parties and their Affiliates or their respective securities) will be made available and who may receive such information in accordance with the Assignee's compliance procedures and applicable laws, including Federal and state securities laws.

The terms set forth in this Assignment and Assumption are hereby agreed to:

ASSIGNOR

**STONEHILL OFFSHORE PARTNERS LIMITED, as Assignor**

By: Stonehill Advisers LLC

By: _____

Name: Steven Nelson

Title:

ASSIGNEE

**KELTS LLC, as Assignee**

By: The Royal Bank of Scotland plc, as sole member

By:

Greenwich Capital Markets, Inc., its agent

By: _____

Name: Karen Brewer

Title:

page 5 of 7

Consented to and Accepted:

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as Administrative Agent**

By: _Carolyn T. Stephens_

Name:    Carolyn Stephens
Title:    Assistant Vice President


By: _Shoshana Tyson_

Name:    Shoshana Tyson
Title:    Credit Suisse Authorized Signer


Consented to:

**EBG HOLDINGS LLC**


By:    N/A _____

Name:

Title:

ANNEX I

## STANDARD TERMS AND CONDITIONS FOR
## ASSIGNMENT AND ASSUMPTION

I. Representations and Warranties.

1.1   Assignor.   The Assignor (a) represents and warrants that (i) it is the legal and beneficial owner of the Assigned Interest, (ii) the Assigned Interest is free and clear of any lien, encumbrance or other adverse claim and (iii) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby; and (b) assumes no responsibility with respect to (i) any statements, warranties or representations made in or in connection with the Credit Agreement or any other Loan Document, (ii) the execution, legality, validity, enforceability, genuineness, sufficiency or value of the Loan Documents or any collateral thereunder, (iii) the financial condition of the Borrower, any of its Subsidiaries or Affiliates or any other Person obligated in respect of any Loan Document or (iv) the performance or observance by the Borrower, any of its Subsidiaries or Affiliates or any other Person of any of their respective obligations under any Loan Document.

1.2.   Assignee.   The Assignee (a) represents and warrants that (i) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby and to become a Lender under the Credit Agreement, (ii) it satisfies the requirements, if any, specified in the Credit Agreement that are required to be satisfied by it in order to acquire the Assigned Interest and become a Lender, (iii) from and after the Effective Date, it shall be bound by the provisions of the Credit Agreement as a Lender thereunder and, to the extent of the Assigned Interest, shall have the obligations of a Lender thereunder, (iv) it has received and/or had the opportunity to review a copy of the Credit Agreement to the extent it has in its sole discretion deemed necessary, together with copies of the most recent financial statements delivered pursuant to Section 5.03 thereof, as applicable, and such other documents and information as it has in its sole discretion deemed appropriate to make its own credit analysis and decision to enter into this Assignment and Assumption and to purchase the Assigned Interest on the basis of which it has made such analysis and decision independently and without reliance on the Administrative Agent or any other Lender, and (v) if it is a Person organized under the laws of a jurisdiction outside the United States, attached to the Assignment and Assumption is any documentation required to be delivered by it pursuant to the terms of the Credit Agreement, duly completed and executed by the Assignee; and (b) agrees that (i) it will, independently and without reliance on the Administrative Agent, the Assignor or any other Lender, and based on such documents and information as it shall deem appropriate at the time, continue to make its own credit decisions in taking or not taking action under the Loan Documents, and (ii) it will perform in accordance with their terms all of the obligations which by the terms of the Loan Documents are required to be performed by it as a Lender.

2.   Payments.   From and after the Effective Date, the Administrative Agent shall make all payments in respect of the Assigned Interest (including payments of principal, interest, fees and other amounts) to the Assignor for amounts which have accrued to but excluding the Effective Date and to the Assignee for amounts which have accrued from and after the Effective Date.

3. General Provisions. This Assignment and Assumption shall be binding upon, and inure to the benefit of, the parties hereto and their respective successors and assigns. This Assignment and Assumption may be executed in any number of counterparts, which together shall constitute one instrument. Delivery of an executed counterpart of a signature page of this Assignment and Assumption by telecopy shall be effective as delivery of a manually executed counterpart of this Assignment and Assumption. This Assignment and Assumption shall be governed by, and construed in accordance with, the law of the State of New York.

**Steven Nelson**

| | |
|---|---|
| **From:** | Dvorski, Vera [vera.dvorski@barclayscapital.com] |
| **Sent:** | Friday, October 10, 2008 11:14 AM |
| **To:** | Steven Nelson; Kovalev, Dmitriy; Marco, Paul |
| **Subject:** | RE: Boston Gen EBG Mezz |

Hi,

I entered it this morning.  Sorry about the delay.

Regards,

Vera Dvorski
Barclays Capital | Capital Markets Prime Services
Phone: (212)-526-2361
Fax: (646) 834-4652
Email: vera.dvorski@barclayscapital.com


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Friday, October 10, 2008 11:01 AM
To: Dvorski, Vera; Kovalev, Dmitriy; Marco, Paul
Subject: RE: Boston Gen EBG Mezz

We don't see this in our account.

Steve Nelson
Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022
T - 212.739.7470 (direct)
T - 212.739-7474
F - 212.838.2291
snelson@stonehillcap.com


-----Original Message-----
From: Dvorski, Vera [mailto:vera.dvorski@barclayscapital.com]
Sent: Wednesday, October 08, 2008 6:24 PM
To: Steven Nelson; Kovalev, Dmitriy; Marco, Paul
Subject: Re: Boston Gen EBG Mezz

Hi,

Yes, the money should be in your acct tomorrow.

Regards,
Vera

----- Original Message -----
From: Steven Nelson <SNelson@stonehillcap.com>
To: Steven Nelson <SNelson@stonehillcap.com>; Kovalev, Dmitriy; Marco, Paul; Dvorski, Vera
Sent: Wed Oct 08 18:17:24 2008
Subject: RE: Boston Gen EBG Mezz

Any luck with this?


Steve Nelson

1

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Steven Nelson
Sent: Wednesday, October 08, 2008 10:08 AM
To: 'Kovalev, Dmitriy'; 'Marco, Paul'; 'Dvorski, Vera'
Subject: FW: Boston Gen EBG Mezz

Please see the message below.  Offshore should have rec'd $1,788,283.65 on 8/27/08.
Please check on this.

Thanks,

Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Marie.Cowell@rbsgc.com [mailto:Marie.Cowell@rbsgc.com]
Sent: Wednesday, October 08, 2008 9:57 AM
To: Steven Nelson; loanops@rbos.com
Subject: RE: Boston Gen EBG Mezz

Steven,

funds were sent on 8/27/08.  The Book Transfer # is 0661600240JS.
Please let me know if you have any more questions.


1,788,283.65 BOOK TRANSFER DEBIT BOOK 0661600240JS SAME 17:04 08/27/2008 STRAIGHT

YOUR REF: ADHPHRF30082400W

PAID TO: 00000000140094221 LEHMAN BROS INC-INCOMING CUST FD INCOMING

CUSTOMER FUNDS CLS NEW YORK NY 10019

SWIFT ID: GRNWUS33

B/O CUSTOMER: GREENWICH CAPITAL MARKETS INC 600 STEAMBOAT RD GREENWICH CT

06830-7149

ACCT PARTY: /732907552 LBI

REC GFP: 08272102



Thanks.


Marie Cowell
RBS Global Banking & Markets
Office: +1 203 618 2684


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Wednesday, October 08, 2008 9:24 AM
To: *GCM Loan Operations
Subject: Boston Gen EBG Mezz

Stonehill Offshore Partners Limited sold to you a qty of 2,000,000 of Boston Gen thru
clearpar.  It was trade #565561-001 and it closed on 8/26/08.  The funding memo called for
you to pay us $1,788,283.65 but we have yet to receive the funds.  Please check your
records and get back to me.


Thanks,


Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

3

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

SEP 2 1 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

**RECEIVED BY:** _____    **DATE** _____    **TIME** _____

# H A N D   D E L I V E R Y

**FILED / RECEIVED**

SEP 21 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| RECEIVED BY: | DATE | TIME |