UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                Debtors.

-----------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

## PARTIAL WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | 62779 (Only to the extent of the securities in Schedule A attached) |
| Date Claim Filed: | 11/02/2009 |
| Total Amount of Claim Filed: | $104,155,976.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Joint Administrator (acting as agent and without personal liability) |
|---|---|
| Printed Name:<br><br>RUSSELL DOWNS | Dated:<br><br>27 February 2014 |

//

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Name of Debtor and Case Number:*
Fill in the name of the debtor in the bankruptcy case, and the bankruptcy case number. A list of the Debtors and their cases numbers is provided below.

| | | | | | |
|---|---|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC | 08-13904 | Lehman Scottish Finances L.P. |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC | 08-13664 | PAMI Statler Anns LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC | 08-13902 | Lehman Brothers Financial Products Inc. |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13893 | Lehman Brothers OTC Derivative Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l | 09-17331 | Merit LLC |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC | 09-17503 | LB Somerset LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation | 09-17505 | LB Preferred Somerset LLC |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC | | |

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, If any, of the creditor or other person authorized to file this withdrawal or claim (attach copy of power of attorney, if any).

THIS FORM MUST BE SENT TO EPIQ BANKRUPTCY SOLUTIONS LLC, THE DEBTORS' AUTHORIZED CLAIMS AND NOTICING AGENT AT:

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, New York 10017

//

| Schedule A | | | |
|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Notional or Units | Claim Filed Amt |
| DE000A0LU6X5 | 7001200910060935790 | 1,372 | 1,946 |
| DE000A0S1160 | 7001200910060935769 | 1,469 | 2,083 |
| DE000A0SUA99 | 7001200910060935771 | 1,532 | 2,173 |
| XS0268043709 | CA33361 | 25,000 | 35,460 |
| | | 29,373 | 41,662 |