UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

------------------------------------------------------------x

## PARTIAL WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | **62786 (Only to the extent of the securities in Schedule A attached)** |
| Date Claim Filed: | 11/02/2009 |
| Total Amount of Claim Filed: | $3,063,130,884.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: Joint Administrator (acting as agent and without personal liability) |
|---|---|
| Printed Name:<br><br>RUSSELL DOWNS | Dated:<br><br>27 February 2014 |

//

# DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Name of Debtor and Case Number:*
Fill in the name of the debtor in the bankruptcy case, and the bankruptcy case number. A list of the Debtors and their cases numbers is provided below.

| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC | 08-13904 | Lehman Scottish Finances L.P. |
|---|---|---|---|---|---|
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC | 08-13664 | PAMI Statler Anns LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC | 08-13902 | Lehman Brothers Financial Products Inc. |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13893 | Lehman Brothers OTC Derivative Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l | 09-17331 | Merit LLC |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC | 09-17503 | LB Somerset LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation | 09-17505 | LB Preferred Somerset LLC |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC | | |

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, If any, of the creditor or other person authorized to file this withdrawal or claim (attach copy of power of attorney, if any).**

**THIS FORM MUST BE SENT TO EPIQ BANKRUPTCY SOLUTIONS LLC, THE DEBTORS' AUTHORIZED CLAIMS AND NOTICING AGENT AT:**

**Epiq Bankruptcy Solutions, LLC**
**Attn: Lehman Brothers Holdings**
**757 Third Avenue, 3rd Floor**
**New York, New York 10017**

//

## Schedule A

| Structured Security, by ISIN | Blocking Number | Notional or Units | Claim Filed Amt |
|---|---|---|---|
| CH0024724582 | 6030689 | 25,000 | 25,000 |
| LU0355730549 | 6032589 | 789 | tbc |
| LU0358991387 | 6032592 | 784 | tbc |
| LU0360097215 | 6032591 | 779 | tbc |
| XS0268043709 | 6029791 | 419,000 | 594,310 |
| XS0276162327 | 6033674 | 216,000 | 306,374 |
| XS0285045943 | 6029882 | 80,000,000 | 114,674,488 |
| XS0287032790 | 6035142 | 10,000 | 14,184 |
| XS0289511320 | 6030709 | 50,000,000 | 70,920,000 |
| XS0376548334 | 6033676 | 277,000 | 495,885 |
| | | 130,949,352 | 187,030,241 |