UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   08-13555 (SCC)
                                                                :   (Jointly Administered)
                          Debtors.                              :
                                                                :
----------------------------------------------------------------x   Ref. Docket Nos. 33512, 36021,
                                                                    41952, 42148, 42172, 42225, 42439,
                                                                    42440, 42442, 42443, 42460, 42461,
                                                                    42464, 42465, 42468, 42478, 42504-
                                                                    42513, 42557-42577, 42580-42583,
                                                                    42586-42590, 42592, 42593, 42634,
                                                                    42635, 42637-42643, 42663-42665,
                                                                    42688-42697, 42700, 42703, 42704,
                                                                    42706, 42708, 42709, 42716, 42723-
                                                                    42727, 42733-42747, 42749-42753,
                                                                    42760-42777, 42795, 42796, 42801

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of February, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
     TRANSFEROR: ORE HILL HUB FUND LTD.
     C/O BANK OF AMERICA MERRILL LYNCH
     ONE BRYANT PARK 3RD FL; ATTN: GARY S COHEN ANTE JAKIC
     NEW YORK NY 10036
```

Please note that your claim # 67269-03 in the above referenced case and in the amount of $972,706.23 has been transferred **(unless previously expunged by court order)**

```
     VARDE INVESTMENT PARTNERS, LP
     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
     ATTN: EDWINA PJ STEFFER
     8500 NORMANDALE LAKE BLVD., STE 1500
     MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42760 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2014                        Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 18, 2014.

# EXHIBIT B

```
TIME: 13:51:37                                      LEHMAN BROTHERS HOLDING INC.                                         PAGE:     1
DATE: 02/18/14                                            CREDITOR LISTING

Name                                            Address
ASTATINE III, L.L.C                             KARA SCHEINMAN KATZ MANDEL, KATZ & BROSNAN LLP THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989
ASTATINE III, L.L.C                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) PO BOX 433 NEW YORK NY 10150
ATTESTOR VALUE MASTER FUND LP                   TRANSFEROR: FIRSTRAND BANK LIMITED C/O ATTESTOR CAPITAL LLP; ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET
                                                LONDON W1K 7PY UNITED KINGDOM
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE C/O BANK OF AMERICA MERRILL LYNCH
                                                ONE BRYANT PARK 3RD FL; ATTN: GARY COHEN ANTE JAKIC NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: ORE HILL HUB FUND LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: ANTE JAKIC NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: ORE HILL HUB FUND LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY COHEN ANTE JAKIC
                                                NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: ORE HILL HUB FUND LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY S COHEN ANTE JAKIC
                                                NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: OZ ASIA MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY COHEN ANTE JAKIC
                                                NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: OZ EUROPE MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: ANTE JAKIC NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: OZ EUROPE MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY COHEN ANTE JAKIC
                                                NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: OZ MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY COHEN ANTE JAKIC
                                                NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                                BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY COHEN ANTE JAKIC
                                                NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC- C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                                BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.           TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC- C/O BANK OF AMERICA MERRILL LYNCH
                                                ONE BRYANT PARK 3RD FL; ATTN: GARY COHEN ANTE JAKIC NEW YORK NY 10036
BANCA AKROS SPA                                 ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY
BANCA DELLO STATO DEL CANTON TICINO             TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: ELISEO SNOZZI VIALE H. GUISAN 5 BELLINZONA 6500 SWITZERLAND
BANCA FIDEURAM S.P.A.                           PIAZZALE GIULIO DOUHET, 31 ROMA 00163 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.          ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA SELLA HOLDING SPA                         TRANSFEROR: BANCA AKROS SPA ATTN CARLO NEGRO PIAZZA G. SELLA 1 I-13900 BIELLA  ITALY
BANK JULIUS BAER & CO. LTD.                     ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANQUE LOMBARD ODIER & CIE SA                   TRANSFEROR: CREDIT SUISSE CORPORATE ACTIONS DEPARTMENT ATTN: JOSE FILELLA RUE DE LA CORRATERIE 11 GENEVE  1204 SWITZERLAND
BARCLAYS BANK PLC                               DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               ANDREW J CALLAHAN, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR
                                                NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. ATTN: JENNA YOO & HOWARD LEE 1301 SIXTH AVENUE, 8TH FLOOR
                                                NEW YORK NY 10019
BEDROK SECURITIES LLC                           TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                           TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                           TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                           TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BIMINI INVESTMENTS S.A.R.L.                     MICHAEL STEPHEN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
BIMINI INVESTMENTS S.A.R.L.                     TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE
                                                LUXEMBOURG L-1331 LUXEMBOURG
BIMINI INVESTMENTS S.A.R.L                      TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P. ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE
                                                LUXEMBOURG L-1331 LUXEMBOURG
BIMINI INVESTMENTS S.A.RL                       MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
BIMINI INVESTMENTS S.A.RL                       TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE
                                                LUXEMBOURG L-1331 LUXEMBOURG
BRM HOLDINGS (CAYMAN) LTD.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                NEW YORK NY 10022

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:51:37                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 02/18/14                                                    CREDITOR LISTING

Name                                             Address
BKM HOLDINGS (CAYMAN) LTD.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN; 65 EAST 55TH ST.
                                                 NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LP ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                 NEW YORK NY 10022
BROKWEL MANAGEMENT INC.                          TRANSFEROR: ILLIQUIDX LLP 53RD E ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA
BROKWEL MANAGEMENT INC.                          TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                 REPUBLIC OF PANAMA PANAMA
BROKWEL MANAGEMENT INC.                          TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                 REPUBLIC OF PANAMA PANAMA
BROKWEL MANAGEMENT INC.                          TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACIOHN MARBELLA MMG TOWER, 16TH FLOOR
                                                 REPUBLIC OF PANAMA PANAMA
BROKWEL MANAGEMENT INC.                          TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                 REPUBLIC OF PANAMA PANAMA
BROKWEL MANAGEMENT INC.                          TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA
                                                 REPUBLIC OF PANAMA PANAMA
BROKWEL MANAGEMENT INC.                          TRANSFEROR: ILLIQUIDX LLP MARTA IRENE DIAE DE SAAVEDRA 53RD E. STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                 REPUBLIC OF PANAMA PANAMA
CCP CREDIT ACQUISITION HOLDINGS LUXCO,           DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
  S.A.R.L.
CCP CREDIT ACQUISITION HOLDINGS LUXCO,           TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
  S.A.R.L.
CCP CREDIT ACQUISITION HOLDINGS LUXCO,           TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INC. ATTN; BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
  S.A.R.L.
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP         ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR
                                                 NEW YORK NY 10152
CHASE LINCOLN FIRST COMMERCIAL                   TRANSFEROR: ANDOR TECHNOLOGY FUND, L.P. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005
  CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                   TRANSFEROR: ANDOR TECHNOLOGY OFFSHORE FUND, INC. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005
  CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                   TRANSFEROR: ANDOR TECHNOLOGY PERENNIAL FUND, L.P. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005
  CORPORATION
CITIGROUP FINANCIAL PRODUCTS INC.                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP JAIME A. MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CORBIN OPPORTUNITY FUND LP                       TRANSFEROR: GOLDMAN SACHS & CO. C/O CORBIN CAPITAL PARTNERS, LP 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022
                                                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                    RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG, HONG KONG BRANCH               TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE 039393 SINGAPORE
CREDIT SUISSE INTERNATIONAL                      TRANSFEROR: BEDROK SECURITIES LLC ATTN: ROBERT HEALEY 1-5 CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM
CREDIT SUISSE SINGAPORE BRANCH                   1 RAFFLES LINK #05-02 SINGAPORE 039393 SINGAPORE
CREDIT SUISSE SINGAPORE BRANCH                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CSCP II ACQUISITION LUXCO, S.A.R.L.              RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CSCP II ACQUISITION LUXCO, S.A.R.L.              DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CYRUS HCE FUND, SPC                              TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CYRUS HCE FUND, SPC                              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE SEGREGATED PORTFOLIO A ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS HCE FUND, SPC                              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE SEGREGATED PORTFOLIO B ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS HCE FUND, SPC                              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE SEGREGATED PORTFOLIO C ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS HEARTLAND, LP                              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON                         TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                         TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                  TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                  TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                  TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                  TRANSFEROR: SPCP GROUP, LLC ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:51:37                                              LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:    3
DATE: 02/18/14                                                  CREDITOR LISTING

Name                                  Address
DEUTSCHE BANK AG, LONDON BRANCH (UK)  TRANSFEROR: SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                      LONDON  EC2N 2DB UNITED KINGDOM
EURO-FINANCE AD                       TRANSFEROR: NOTENSTEIN PRIVATBANK AG 43 CHRISTOPHER COLUMBUS BLDVD. SOFIA  1592 BULGARIA
FIRSTRAND BANK LIMITED                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
FIRSTRAND BANK LIMITED                ANDREW STUART FIRSTRAND BANK LIMITED C/O RAND MERCHANT BANK 1 MERCHANT PLACE CORNER FREDMAN DRIVE & RIVONIA ROAD PO BOX 786273
                                      SANDTON  2146 SOUTH AFRICA
GOLDMAN SACHS & CO.                   TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                   TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                   TRANSFEROR: CITIBANK, N.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                   TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC    TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HCN LP                                TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
HCN LP                                TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LLC 477 MADISON AVENUE, 8TH FLOOR
                                      NEW YORK NY 10022
HCN LP                                TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HELFRICH, JOSEF                       TRANSFEROR: RBS COUTTS BANK AG C/O JOSEF HELFRICH SEN. HAUPTSTRASSE 35 FUERTH  64658 GERMANY
HLF LP                                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                      NEW YORK NY 10022
HLF LP                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                      NEW YORK NY 10022
HLF LP                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                      NEW YORK NY 10022
ILLIQUIDX LLP                         TRANSFEROR: ARDUINI FABIO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA ALETTI & C. S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA DEL PIEMONTE CON UNICO SOCIO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA DI BOLOGNA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA ESPERIA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA ESPERIA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA MONTE PARMA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANK COOP AG ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANK HAPOALIM B.M. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANK SYZ & CO S.A. ATTN: MR. CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: BLAZQUEZ, CRISTINA BEATRIZ GARCIA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: CASSA DI RISPARMIO DEL VENETO SPA ATTN: GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: CASSA DI RISPARMIO IN BOLOGNA S.P.A. ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: COLLS LLOBET, JOAN & MONSERRAT RIERADEVALL BROSSA ATTN: MR. CELESTINO AMORE 80 FLEET STREET
                                      LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: CREDIT SUISSE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: FORNI, ALBERTO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: GOMEZ, MARIA ARGELINA BALLESTEROS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: HSBC PRIVATE BANK MONACO S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: INMOBILIARIA JUMA CUATRO S.L. ATTN: MS GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: INTESA SANPAOLO BANKING S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                         TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM

                                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:51:37                                      LEHMAN BROTHERS HOLDING INC.                                                   PAGE:  4
DATE: 02/18/14                                            CREDITOR LISTING

Name                                                Address
ILLIQUIDX LLP                                       TRANSFEROR: INVERSIONES MARBARI, S.L. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: MARTI, RAMON CARALT ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: NANNETTI ROSSELLA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: PLANS, SALVADOR CALLIS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: SALGADO, MERCEDES BLAZQUEZ ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: STEFANELLI BARBARA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: TROMBETTI ERMES ATTN: MR. CELESTINO AMORE - MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: VALCOURT SA CELESTINO AMORE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: WADDEL, MICHAEL URIEL ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JULIUS BAER BANK & CO LTD.                          TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
LIBERTY HARBOR MASTER FUND I, L.P.                  CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
LIBERTY HARBOR MASTER FUND I, L.P.                  C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282
MERRILL LYNCH INTERNATIONAL                         TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH PIERCE FENNER & SMITH INC.            TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL LYNCH PIERCE FENNER & SMITH INC.            TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.            TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.            TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
NOMURA CORPORATE FUNDING AMERICAS, LLC              TRANSFEROR: HCN LP ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019-7316
NOMURA CORPORATE FUNDING AMERICAS, LLC              TRANSFEROR: HCN LP ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019-7316
NOMURA CORPORATE FUNDING AMERICAS, LLC              TRANSFEROR: HLF LP ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019-7316
NOMURA CORPORATE FUNDING AMERICAS, LLC              TRANSFEROR: HLF LP ATTN; REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019-7316
NOTENSTEIN PRIVATBANK AG                            TRANSFEROR: CREDIT SUISSE BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
NTOKERL MSNSHRMRNY INV.                             TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA REPUBLIC OF PANAMA
OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE                MASTER FUND, LTD. C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019
OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE                MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
OFFSHORE ASSET HOLDING VEHICLE A, LTD               TRANSFEROR: SILVER POINT CAPITAL FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
ORE HILL HUB FUND LTD.                              TRANSFEROR: ORE HILL CREDIT HUB FUND LTD. C/O GLG ORE HILL LLC HSBC TOWER ATTN: RACHEL CARR-HARRIS 452 5TH AVE., 27TH FLOOR NEW YORK NY 10018
ORE HILL HUB FUND LTD.                              TRANSFEROR: ORE HILL CREDIT HUB FUND LTD. C/O GLG ORE HILL LLC HSBC TOWER; ATTN: RACHEL CARR-HARRIS 452 5TH AVE., 27TH FLOOR NEW YORK NY 10018
ORE HILL HUB FUND LTD.                              TRANSFEROR: SAPHIR FINANCE PLC - SERIES 2007-4 C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE NEW YORK NY 10019
ORE HILL HUB FUND LTD.                              TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVE 9TH FLOOR NEW YORK NY 10019
ORE HILL HUB FUND LTD.                              TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10019
OZ ASIA MASTER FUND, LTD.                           C/O OZ MANAGEMENT LP JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019
OZ ASIA MASTER FUND, LTD.                           MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
OZ EUROPE MASTER FUND, LTD.                         C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019
OZ EUROPE MASTER FUND, LTD.                         MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
OZ MASTER FUND, LTD.                                C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019
OZ MASTER FUND, LTD.                                MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
PMT CREDIT OPPORTUNITIES FUND LTD.                  TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVE. 9TH FLOOR NEW YORK NY 10019
RBS COUTTS BANK AG                                  STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
SEAPORT GROUP EUROPE LLP, THE                       TRANSFEROR: UBS AG ATTN: JATINDER BAHIA GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM
SEAPORT GROUP EUROPE LLP, THE                       TRANSFEROR: UBS AG ATTN: JATINDER BAHIA GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM
SEAPORT GROUP LLC, THE, PROFIT SHARING PLAN         TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: JATINDER BAHIA GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM
SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.         TRANSFEROR: DEUTSCHE BANK AG, LONDON 510 MADISON AVENUE, 28TH FLOOR NEW YORK NY 10022
SILVER POINT CAPITAL FUND, LP                       DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                       TRANSFEROR: YORVIK PARTNERS LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SOLUS RECOVERY FUND OFFSHORE MASTER LP.             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STADT-UND KREISSPARKASSE LEIPZIG                    TRANSFEROR: CREDIT SUISSE S-FIRMENKUNDEN VERMOGENSMANAGEMENT POSTFACH 10 08 40 LEIPZIG 04008 GERMANY

                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:51:37                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  5
DATE: 02/18/14                                        CREDITOR LISTING

Name                                              Address
U.S. BANK NATIONAL ASSOCIATION                    TRANSFEROR: WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY B
                                                  NOT INDIVIDUALLY, BUT SOLELY IN ITS CAPACITY AS SUCCESSOR TRUSTEE FOR THE LB-UBS COMMERCIAL MORTGAGE TRUST, 2004-C4
                                                  GLOBAL CORPORATE TRUST SERVICES - ATTN: CHRISTOPHER NUXOLL 190 S. LASALLE STREET, 7TH FLOOR CHICAGO IL 60603-1174
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WELLS FARGO BANK, NATIONAL ASSOCIATION,           FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
  NOT INDIVIDUALLY BUT SOLELY IN
WELLS FARGO BANK, NATIONAL ASSOCIATION,           ITS CAPACITY AS TRUSTEE OF THE LB-UBS COMMERICAL MORTGAGE TRUST 2004-C4 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION
  NOT INDIVIDUALLY BUT SOLELY IN                  ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ON BEHALF OF WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO ATTN: RACHEL CARR-HARRI
  SPC-                                            650 FIFTH AVE. 9TH FLOOR NEW YORK NY 10019


Total Number of Records Printed        182
```

EPIQ BANKRUPTCY SOLUTIONS, LLC