UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                                                       :
:    Ref. Docket Nos. 41185-41188,
:    41289, 42401, 42556, 42578, 42579,
:    42584, 42585, 42594, 42595, 42701,
:    42702, 42756, 42757, 42784, 42786-
:    42791, 42793, 42794, 42803, 42805-
:    42823
---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING INC.,                        :    08-13888 (SCC)
:    (Jointly Administered)
Debtors.                                                       :
:    Ref. Docket Nos. 376
:
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 19, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
27th day of February, 2014

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 41185-41188, 41289...42803, 42805-42823; (08-13888) 376_AFF_2-19-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                        Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.              ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC       ROBERT SCHEININGER
      C/O ANCHORAGE CAPITAL GROUP, LLC                     SIDLEY AUSTIN LLP
      ATTN: SUSAN MORIELLO                                 787 SEVENTH AVENUE
      610 BROADWAY, 6TH FLOOR                              NEW YORK NY 10019
      NEW YORK NY 10012
```

Please note that your claim # 17247-61 in the above referenced case and in the amount of
     $90,050,724.09  allowed at $74,650,000.00     has been transferred (**unless previously expunged by court order**)

```
      GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
      ATTN: MICHELLE LATZONI
      30 HUDSON STREET, 5TH FLOOR
      JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 42787      in your objection
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2014                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 19, 2014.

EXHIBIT B

```
TIME: 15:05:30                                            LEHMAN BROTHERS HOLDING INC.                                                                PAGE: 1
DATE: 02/19/14                                                 CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/OI ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BEDROK SECURITIES LLC | TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580 |
| BETHMANN BANK AG | TRANSFEROR: ERNA BAUR - STIFTUNG BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: KOCH, HELGA BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: KOCH, MAXIMILIAN, DR. BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: MUT-STIFTUNG BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN FRANKFURT GERMANY |
| BETHMANN BANK AG | TRANSFEROR: RUNTE, BERND BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: VOIGT, THOMAS BETHMANNSTRABE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN; MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA PANAMA |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS LUXXCO, S.A.R.L. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS LUXXCO, S.A.R.L. | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | HOGAN LOVELLS US LLP ATTN: PETER A. IVANICK 875 THIRD AVENUE NEW YORK NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | TRANSFEROR: LEHMAN RE LTD. ATTN: BANK DEBT OPERATIONS ATTN: ALEKSANDRA MARKOVIC 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | HOGAN LOVELLS US LLP ATTN: PETER A. IVANICK 875 THIRD AVENUE NEW YORK NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: LEHMAN RE LTD. ATTN: BANK DEBT OPERATIONS ATTN: ALEKSANDRA MARKOVIC 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL PRIME-UK 2007-A PLC CITIBANK N.A. ATTN: VINCENT J. FARRELL 1615 BRETT RD. OPS III NEW CASTLE DE 19720 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC ATTN: ROBERT HEALEY 1-5 CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CSCP II ACQUISITION LUXCO, S.A.R.L. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CSCP II ACQUISITION LUXCO, S.A.R.L. | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CSCP II ACQUISITION LUXCO, S.A.R.L. | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| EFG BANK AG, HONG KONG BRANCH | GREENBERG TRAURIG LLP ATTN MARIA DECONZA 200 PARK AVE NEW YORK NY 10166 |
| EFG BANK AG, HONG KONG BRANCH | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| EUROSAIL PRIME-UK 2007-A PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PCI FUND, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: WATERSTONE MF FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:05:30                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 02/19/14                                             CREDITOR LISTING

Name                                            Address
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: WATERSTONE OFFSHORE AD FUND LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: WATERSTONE OFFSHORE AD FUND LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                   MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                   TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                                NEW YORK NY 10022
HCN LP                                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                NEW YORK NY 10022
HCN LP                                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                NEW YORK NY 10022
HLTS FUND II LP                                 TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                NEW YORK NY 10022
HLTS FUND II LP                                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                NEW YORK NY 10022
ILLIQUIDX LLP                                   TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANCA NAZIONALE DEL LAVORO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANCA SELLA HOLDING SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANQUE CANTONALE DU VALAIS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANQUE DE COMMERCE ET DE PLACEMENTS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: ROYAL SKANDIA LIFE ASSURANCE LIMITED ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET
                                                LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: ROYAL SKANDIA LIFE ASSURANCE LIMITED ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: PERRY PRINCIPALS, L.L.C. C/O J.P. MORGAN SECURITIES LLC MAIL CODE (NY1-M138) - 383 MADISON AVENUE, FLOOR 37
                                                NEW YORK NY 10179
LEHMAN RE LTD.                                  C/O PETER C.B. MITCHELL AND D. GEOFFREY HUNTER AS JOINT PROVISIONAL LIQUIDATORS PRICEWATERHOUSECOOPERS ADVISORY LIMITED
                                                DORCHESTER HOUSE 7 CHURCH ST HAMILTON HM11 BERMUDA
LEHMAN RE LTD.                                  C/O PETER C.B. MITCHELL AND D. GEOFFREY HUNTER AS JOINT PROVISIONAL LIQUIDATORS PRICEWATERHOUSECOOPERS ADVISORY LIMITED
                                                DORCHESTER HOUSE 7 CHURCH STREER HAMILTON HM11 BERMUDA
MERRILL, LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH          TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH          TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH          TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
NOMURA CORPORATE FUNDING AMERICAS, LLC          TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019-7316
NOMURA CORPORATE FUNDING AMERICAS, LLC          TRANSFEROR: HCN LP ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019-7316
NOMURA CORPORATE FUNDING AMERICAS, LLC          TRANSFEROR: HLTS FUND II LP ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019-7316

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:05:30                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    3
DATE: 02/19/14                                           CREDITOR LISTING

Name                                    Address
OZ SPECIAL MASTER FUND, LTD.            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                        NEW YORK NY 10019
PCI FUND, LLC                           ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND, LLC                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                        NEW YORK NY 10012
PERRY PRINCIPALS, L.L.C.                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O PERRY CAPITAL ATTN: MICHAEL NEUS 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
PRIME CAPITAL MASTER SPC, GOT WAT MAC   SEGREGATED PORTFOLIO TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
PRIME CAPITAL MASTER SPC, GOT WAT MAC   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY
                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
ROYAL BANK OF SCOTLAND PLC, THE         DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND PLC, THE         TRANSFEROR: EFG BANK AG, HONG KONG BRANCH ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: YORVIK PARTNERS LLP ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
WATERSTONE MARKET NEUTRAL MASTER FUND,  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
LTD                                     PLYMOUTH MN 55447
WATERSTONE MARKET NEUTRAL MASTER FUND,  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
LTD.                                    2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                        PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND LTD.        TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND LTD.        TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
YORVIK PARTNERS LLP                     TRANSFEROR: BETHMANN BANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed         97
```

EPIQ BANKRUPTCY SOLUTIONS, LLC