UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                          :
In re                                                     :     Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :     08-13555 (SCC)
                                                          :     (Jointly Administered)
                                  Debtors.                :
                                                          :
-------------------------------------------------------------------x     Ref. Docket Nos. 42798-42800

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 19, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ Lauren Rodriguez
                                             Lauren Rodriguez

Sworn to before me this
27th day of February, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

       Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  MERRILL LYNCH INTERNATIONAL
           TRANSFEROR: CBA VITA SPA
           ATTN: ROBERT DINWIDDIE
           2 KING EDWARD STREET
           LONDON EC1A 1HQ UNITED KINGDOM

Additional:

Transferee:  RAPAX OC MASTER FUND, LTD
           C/O SERENGETI ASSET MANAGEMENT LP
           ATTN: ERIN ROGERS
           632 BROADWAY, 12TH FLOOR
           NEW YORK NY 10012

Your transfer of claim # 46978-03 is defective for the reason(s) checked below:

Other                            MERRILL LYNCH PIERCE FENNER & SMITH DO NOT OWN THIS CLAIM

Docket Number 42800        Date 02/14/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 19, 2014.

# EXHIBIT B

```
TIME: 15:28:31                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 02/19/14                                         CREDITOR LISTING

Name                               Address
MERRILL LYNCH INTERNATIONAL        TRANSFEROR: CBA VITA SPA ATTN: ROBERT DINWIDDIE 2 KING EDWARD STREET LONDON    EC1A 1HQ UNITED KINGDOM
RAPAX OC MASTER FUND, LTD          C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI LYCAON MM LP             C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM LP      C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012


Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC