```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (SCC)
                                                :   (Jointly Administered)
                    Debtors.                    :
                                                :
------------------------------------------------------------------x   Ref. Docket Nos. 41978, 41984,
                                                    42563, 42701, 42717-42720, 42877,
                                                    42878, 42881, 42883, 42886, 42904,
                                                    42910
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of February, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 43343    Filed 02/27/14    Entered 02/27/14 20:19:30    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  WELLS FARGO SECURITIES, LLC
         TRANSFEROR: UBS AG
         375 PARK AVENUE
         NEW YORK NY 10152

Please note that your claim # 5159233-74 in the above referenced case and in the amount of
         $0.00   allowed at $223,779.52       has been transferred **(unless previously expunged by court order)**

         VARDE CREDIT PARTNERS MASTER, L.P.
         TRANSFEROR: WELLS FARGO SECURITIES, LLC
         ATTN: EDWINA P.J. STEFFER
         8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
         MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 41984        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/20/2014                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 20, 2014.

# EXHIBIT B

```
TIME: 16:07:31                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 02/20/14                                         CREDITOR LISTING

Name                                              Address
BANCA CARIGE S.P.A.                               TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: LUCA AMELOTTI 903 AMM.NE POST TRADING VIA CASSA DI RESPARMIO 13
                                                  GENOVA 16123 ITALY
BANCA FIDEURAM S.P.A.                             PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANCA POPOLARE DELL'ALTO ADIGE                    TRANSFEROR: BANCA FIDEURAM S.P.A. FINANCIAL BACK OFFICE FRASNELLI VERENA AVIA SIEMENS 18 BOLZANO  39100 ITALY
BANCA POPOLARE DI MILANO SOCIETA                  ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN  20121 ITALY
  COOPERATIVE A.R.L.
BROKWEL MANAGEMENT INC.                           TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                  REPUBLIC OF PANAMA   PANAMA
CCR                                               MOLENWEIDESTRAAT 14 HEUSDEN   9070 BELGIUM
CCR                                               MOLENWEIDESTRAAT 24 HEUSDEN   9070 BELGIUM
CREDITO EMILIANO S.P.A.                           TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: STEFANIA CATELLANI CREDITOR EMILIANO S.P.A. VIA GANDHI 2/C REGGIO EMILIA  42123 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: UBS AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CCR ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CCR ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MS GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO SPA ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.            TRANSFEROR: UBS AG ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
                                                  REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO  20121 ITALY
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE CREDIT PARTNERS MASTER, L.P.                TRANSFEROR: WELLS FARGO SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN  55437
WELLS FARGO SECURITIES, LLC                       TRANSFEROR: UBS AG 375 PARK AVENUE NEW YORK NY  10152

Total Number of Records Printed                   29
```

EPIQ BANKRUPTCY SOLUTIONS, LLC