UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                            Debtors.                       :
                                                                 :
                                                                 :    Ref. Docket Nos. 42720, 42894,
-------------------------------------------------------------------x    42895, 42919-42921, 42923

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                /s/ *Lauren Rodriguez*
                                                                Lauren Rodriguez

Sworn to before me this
27th day of February, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 42720, 42894, 42895, 42919-42921, 42923_Aff 2-20-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  SO LAN KWONG
              ****NO ADDRESS PROVIDED****

Additional:

Transferee:  ROYAL BANK OF SCOTLAND N.V.
              30/F., AIA CENTRAL
              1 CONNAUGHT ROAD CENTRAL
              HONG KONG HONG KONG

Your transfer  of claim #   64536   is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 42894         Date 02/18/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 20, 2012.

# EXHIBIT B

```
TIME: 16:08:18                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 02/20/14                                            CREDITOR LISTING

Name                                        Address
BROKWEL MANAGEMENT INC.                     ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA   PANAMA
ILLIQUIDX LLP                               TRANSFEROR: CREDITO EMILIANO SPA ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
KWAN WAI YEE                                FLAT C, FLOOR 21, BLOCK 17 SCENEWAY GARDEN LAMTIN KOWLOON   HONG KONG
LAM YUEN LING                               FLAT B 13/F BLK 5 PROVIDENT CENTRE NO 29 WHARF ROAD NORTH POINT   HONG KONG
LIAO CHIA-LING                              5F NO 7 LANE 132 GUOJHONG RD YONGHE CITY TAIPEI   TAIWAN
LUI LAI LING ANITA                          ROM 1301 TAI SANG BANK BUILDING 130-132 DES VOEUX ROAD CENTRAL   HONG KONG
LUI MIU LAN, WINNIE                         ****NO ADDRESS PROVIDED****
NGAI, WENDY                                 FLATA 25/F BLK 5 BRAEMAR HILL MANSIONS 23 BRAEMARHILL ROAD, NORTH POINT HONG KONG   CHINA
ROYAL BANK OF SCOTLAND N.V.                 30/F., AIA CENTRAL 1 CONNAUGHT ROAD CENTRAL HONG KONG   HONG KONG
ROYAL BANK OF SCOTLAND N.V., THE            30/F., AIA CENTRAL 1 CONNAUGHT ROAD CENTRAL HONG KONG   HONG KONG
ROYAL BANK OF SCOTLAND NV, THE              30/F., AIA CENTRAL 1 CONNAUGHT ROAD CENTRAL HONG KONG   HONG KONG
SO LAN KWONG                                ****NO ADDRESS PROVIDED****
SUEN KWOK CHEUNG & YAU YUN LING, SELINA     FLAT B, 8/F, BLOCK 6, CAVENDISH HEIGHTS 33 PERKINS ROAD JARDINE'S LOOKOUT   HONG KONG
SUWANDI ARIFIN & IRAWAN ELAINE              M. KYAI CARINGIN NO. 12A JAKARTA PUSAT  10150 INDONESIA
TAI YAU TING                                1507-9, 15/F CRAWFORD HOUSE 70 QUEEEN'S ROAD CENTRAL   HONG KONG
TAN TAK LIONG                               FLAT A, 91F, BLOCK 33, PARC OASIS YAU YAT TSUEN KOWLOON   HONG KONG
WONG MEI LIN TERESA                         DUPLEX 7 6/F DYNASTY VILLA 1 DYNASTY HEIGHTS 2 YIN PING ROAD KLN   HONG KONG
WONG, YAU LAP PAULA                         E3, CASA PARADIZO, 83, SAN TAM ROAD YUEN LONG, N.T.   HONG KONG
YE, ZHAOYING                                5-2-101 ZHU XI YUAN LEGACY HOME 162 XIN DIAN LU CHAO YANG BEIJING  1000/2 CHINA
YING SAU PING                               6A, WAH LAI COURT 12 WAH KING HILL ROAD KOWLOON   HONG KONG

Total Number of Records Printed     20
```

| | |
|---|---|
| RIVERROCK SECURITIES LIMITED<br>ATTN: GUI GOYARD<br>8-10 GROSVENOR GARDENS<br>LONDON, SW1W 0DH<br>UNITED KINGDOM | ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.<br>C/O ALDEN GLOBAL CAPITAL<br>ATTN: ITHRAN OLIVACCE<br>885 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 |