UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :    08-13555 (SCC)
                                                                    :    (Jointly Administered)
              Debtors.                                              :
                                                                    :
-------------------------------------------------------------------x    Ref. Docket Nos. 42722, 42798-
                                                                        42800, 42879, 42880, 42899, 42900,
                                                                        42909, 42911-42916

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 21, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
27th day of February, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CANTOR FITZGERALD SECURITIES
      TRANSFEROR: ORE HILL HUB FUND LTD.
      ATTN: BOBBIE YOUNG
      900 WEST TRADE STREET, SUITE 725
      CHARLOTTE NC 28202
```

Please note that your claim # 21914 in the above referenced case and in the amount of
$1,826,318.00  allowed at $396,362.91      has been transferred (**unless previously expunged by court order**)

```
VARDE INVESTMENT PARTNERS, LP
TRANSFEROR: CANTOR FITZGERALD SECURITIES
ATTN: EDWINA PJ STEFFER
8500 NORMANDALE LAKE BLVD., STE 1500
MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42899    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/21/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 21, 2014.

EXHIBIT B

```
TIME: 16:48:39                                      LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 02/21/14                                          CREDITOR LISTING

Name                                           Address
BARCLAYS BANK PLC                              ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BROKWEL MANAGEMENT INC.                        TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                               REPUBLIC OF PANAMA   PANAMA
CANTOR FITZGERALD SECURITIES                   TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: BOBBIE YOUNG 900 WEST TRADE STREET, SUITE 725 CHARLOTTE NC 28202
CANTOR FITZGERALD SECURITIES                   TRANSFEROR: PROSPECT MOUNTAIN FUND LTD ATTN: BOBBIE YOUNG 900 WEST TRADE STREET, SUITE 725 CHARLOTTE NC 28202
DE WITTE, FLORENCE                             MOLENWEIDESTRAAT 22 DESTELBERGEN 9070   BELGIUM
DE WITTE, THOMAS                               WELLINGSTRAAT 40 9070 HEUSDEN   BELGIUM
ILLIQUIDIX LLP                                 TRANSFEROR: DE WITTE, THOMAS ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                  TRANSFEROR: DE WITTE, FLORENCE ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                  TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                  TRANSFEROR: RAUDONIS, ROMUALDAS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                    TRANSFEROR: CBA VITA SPA ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                    TRANSFEROR: CBA VITA SPA ATTN: ROBERT DINWIDDIE 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM
MERRILL, LYNCH, PIERCE, FENNER & SMITH INC.    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
ORE HILL HUB FUND LTD.                         ATTN: RACHEL CARR-HARRIS C/O ORE HILL PARTNERS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
ORE HILL HUB FUND LTD.                         BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
ORE HILL HUB FUND LTD.                         ORE HILL HUBB FUND LTD. C/O ORE HILL PARTNERS LLC ATTN: NATHAN POWELL 650 FIFTH AVENUE NEW YORK NY 10019
PROSPECT MOUNTAIN FUND LTD                     BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
PROSPECT MOUNTAIN FUND LTD                     C/O ORE HILL PARTNERS ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
RAPAX OC MASTER FUND, LTD.                     TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                               NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.                     TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O SERENGETI ASSET MANAGEMENT LP- ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                               NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                       TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                               NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                               NEW YORK NY 10012
VARDE FUND IX LP, THE                          TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                        TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                  TRANSFEROR: CANTOR FITZGERALD SECURITIES ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
                                               _____
Total Number of Records Printed                27
```