UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (SCC)
                                                                   :   (Jointly Administered)
                        Debtors.                                   :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 20524, 20525,
                                                                       33512, 36021, 42473, 42717, 42748,
                                                                       42929, 42936-42955, 42960-42969,
                                                                       42971-43000, 43002-43012, 43014-
                                                                       43021, 43023, 43025-43031, 43033-
                                                                       43042, 43046, 43050-43052, 43054-
                                                                       43057, 43061-43086, 43088-43090,
                                                                       43098, 43131, 43134, 43136, 43141,
                                                                       43143, 43147, 43148, 43150-43154,
                                                                       43164-43173, 43175-43189, 43202-
                                                                       43216

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 24, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of February, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: AINSLIE, MICHAEL L.
245 JAMAICA LN
PALM BEACH FL 33480-3321

AINSLIE, MICHAEL L.
DECHERT LLP
ATTN: ANDREW J. LEVANDER
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Please note that your claim # 66193-03 in the above referenced case and in the amount of
$0.00    allowed at $307,841.13        has been transferred (unless previously expunged by court order)

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AINSLIE, MICHAEL L.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 42982    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2014                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 24, 2014.

# EXHIBIT B

```
TIME: 15:39:52                                               LEHMAN BROTHERS HOLDING INC.                                               PAGE:   1
DATE: 02/24/14                                                    CREDITOR LISTING

Name                                              Address
AINSLIE, MICHAEL L.                               245 JAMAICA LN PALM BEACH FL 33480-3321
AINSLIE, MICHAEL L.                               DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
ALEITER HOLDINGS LLC                              TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP ATTN: LARRY HALPERIN 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                  NEW YORK NY 10020-1708
AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC          TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: ALEX VAN LEYEN WHITEHALL MANSIONS TA'XBIEX    XBX 1026 MALTA
AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC          TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: ALEX VAN LEYEN WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX    XBX 1026 MALTA
AVENUE TC FUND, LP                                TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC ATTN: SUZETTE DEL GUIDICE GARCIA 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
AVENUE TC FUND, LP                                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: SUZETTE DEL GUIDICE GARCIA 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
AVENUE TC FUND, LP                                TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: SUZETTE DEL GIUDICE GARCIA 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: AVENUE TC FUND, LP C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: ANTE JAKIC NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: A. JAKIC/G. COHEN/R. WEDDLE
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIE / GARY S. COHEN / RYAN WEDDLE
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HLF LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC / GARY S. COHEN / RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HLTS FUND II LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/RYAN WEDDLE
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HLTS FUND II LP C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: ANTE JAKIC NEW YORK NY 10036
BANCA AKROS SPA                                   ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN    20149 ITALY
BANESCO BANCO UNIVERSAL S.A.C.A.                  CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY 30 ROCKEFELLER PLAZA NEW YORK NY 10112
BANESCO BANCO UNIVERSAL S.A.C.A.                  TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: MARCO TULIO ORTEGA AVENIDA PRINCIPAL DE BELLO MONTE
                                                  ENTRE CALLES LINCOLN Y SORRONA EDIFICIO CIUDAD BANESCO, PISO 3 CARACAS    VENEZUELA
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VIII LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VIII LP, THE ATTN; DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANCA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BERLIND, ROGER S.                                 120 EAST END AVENUE, APT. 18A NEW YORK NY 10028
BERLIND, ROGER S.                                 DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
BERNARD, A.G.J.                                   TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BURG. HOEFNAGELSTRAAT 54 VLIJMEN TL 5251 NETHERLANDS
BROKWEL MANAGEMENT INC.                           TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                  REPUBLIC OF PANAMA    PANAMA
BROKWEL MANAGEMENT INC.                           TRANSFEROR: ILLIQUIDIX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                  REPUBLIC OF PANAMA    PANAMA
BROKWEL MANAGEMENT INC.                           TRANSFEROR: ILLIQUIDX CAPITAL LTD. ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                  REPUBLIC OF PANAMA    PANAMA
BROKWEL MANAGEMENT INC.                           TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                  REPUBLIC OF PANAMA    PANAMA
BSOF MASTER FUND, L.P.                            BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O KNIGHTHEAD CAPITAL MANAGEMENT - ATTN: L. TORRADO
                                                  1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                    BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O KNIGHTHEAD CAPITAL MGMT - L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                                  NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.                   BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154

                                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:39:52                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 02/24/14                                              CREDITOR LISTING

Name                                              Address
BSOF PARALLEL MASTER FUND, L.P.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC - ATTN: L TORRADO
                                                  1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
                                                  SUSMAN GODFREY LLP ATTN: STEPHEN D. SUSMAN (COUNSEL TO MASON CAPITAL MANAGEMENT, LLC) 560 LEXINGTON AVENUE, 15TH FLOOR
                                                  NEW YORK NY 10022-6828
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: GOLDMAN, SACHS & CO. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                  LONDON W1F 9LT UNITED KINGDOM
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: NOMURA INTERNATIONAL PLC C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CCP CREDIT ACQUISITION HOLDINGS, LLC              DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC              DAVID HOYT ANDREWS KURTH, LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC              TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC              TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BANK DEBTO OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARNTERS II,          DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
LP
CENTERBRIDGE SPECIAL CREDIT PARNTERS II,          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
LP
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,          DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10152
LP
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
LP
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: EUROSAIL PRIME-UK 2007-A PLC C/O CITIBANK N.A.; ATTN: VINCENT J. FARRELL 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: EUROSAIL PRIME-UK 2007-A PLC CITIBANK N.A. ATTN: VINCENT J. FARRELL 1615 BRETT RD. OPS III NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: EUROSAIL-UK 2007-6NC PLC ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                JAIME MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: EMPYREAN INVESTMENTS, LLC 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. 1615 BRETT ROAD, BLDG 3 ATTN: SCOTT EVAN NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: PARKCENTRAL GLOBAL HUB LIMITED ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS R. DAVIS PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     DOULGAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: GRANITE FINANCE LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
COMPASS HTV LLC                                   TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O MAGNETAR FINANCIAL LLC; ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: BANCA AKROS SPA ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
CRUIKSHANK, THOMAS H.                             4751 BOWSER COURT DALLAS TX 75219
CRUIKSHANK, THOMAS H.                             DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD
                                                  HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. C/O CARVAL INVESTORS, LLC - ATTN: T. SALBERG 9320 EXCELSIOR BOULEVARD
                                                  HOPKINS MN 55343
CYRUS HEARTLAND, LP                               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005

                                                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:39:52                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  3
DATE: 02/24/14                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA, ANDREW P. PROPPS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | SIDLEY AUSTIN LLP ATTN: JOHN A. MCGRATH/MARC D. WASSERMANN WOOLGATE EXCHANGE 25 BASINGHALL STREET LONDON 3C2V 5HA ENGLAND |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD. | TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| EUROSAIL-UK 2007-6NC PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| EUROSAIL-UK 2007-6NC PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| FPB BANK, INC. | TRANSFEROR: LA ROMANA SERVICIOS EMPRESARIALES, S.A. P.H. TORRE DE LAS AMERICAS TORRE C. PISO 26, OFICINA 2601 PANAMA 08321796 PANAMA |
| FPB BANK, INC. | TRANSFEROR: VALENTINI, BERNARDO P.H. TORRE DE LAS AMERICAS TORRE C. PISO 26, OFICINA 2601 PANAMA 08321796 PANAMA |
| FPB BANK, INC. | TRANSFEROR: WINDSOR INTERNATIONAL INVESTMENT CORP P.H. TORRE DE LAS AMERICAS TORRE C. PISO 26, OFICINA 2601 PANAMA 08321796 PANAMA |
| GENT, CHRISTOPHER, SIR | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GENT, CHRISTOPHER, SIR | C/O GLAXOSMITHKLINE, PLC 980 GREAT WEST ROAD BRENTFORD MIDDLESEX TW8 9GS UNITED KINGDOM |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: WATERSTONE MF FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: WATERSTONE OFFSHORE AD FUND LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-1298 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HLTS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LLOYDS TSB BANK PLC 30 HUDSON STREET JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |

```
TIME: 15:39:52                                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:     4
DATE: 02/24/14                                                    CREDITOR LISTING

Name                                                    Address
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                        30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: WATERSTONE MF FUND, LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: WATERSTONE OFFSHORE AD FUND LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GRANITE FINANCE LIMITED                                 CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
GRANITE FINANCE LIMITED                                 ATTN: THE DIRECTORS PO BOX 1109 HSBC HOUSE, 68 WEST BAY HOUSE GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS
GRUNDHOFER, JERRY A.                                    11635 EVERGREEN CREEK LANE LAS VEGAS NV 89135
GRUNDHOFER, JERRY A.                                    DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
HALCYON LOAN TRADING FUND LLC                           MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HAYMAN CAPITAL MASTER FUND, L.P.                        TRANSFEROR: J.P. MORGAN SECURITIES LLC HAYMAN CAPITAL MANAGEMENT, L.P. - ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                                        DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.                        TRANSFEROR: J.P. MORGAN SECURITIES, LLC HAYMAN CAPITAL MANAGEMENT, L.P. - ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                                        DALLAS TX 75201
HLF LP                                                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HLF LP                                                  TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLF LP                                                  TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                                         TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HLTS FUND II LP                                         TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HOWARD HUGHES MEDICAL INSITUTE                          ERIN ROGERS SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSITUTE                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD
                                                        CHEVY CHASE MD 20815
HOWARD HUGHES MEDICAL INSITUTE                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD
                                                        CHEVY CHASE MD 20815
HOWARD HUGHES MEDICAL INSTITUTE                         ERIN ROGERS SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 BRIDGE ROAD CHEVY CHASE MD 20815
HOWARD HUGHES MEDICAL INSTITUTE                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD
                                                        CHEVY CHASE MD 20815
HOWARD HUGHES MEDICAL INSTITUTE                         ERIN ROGERS SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                         ERIN ROGERS SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                         ERIN ROGERS SERENGETI ASSET MANAGEMENT FUND LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD
                                                        CHEVY CHASE MD 20815
HOWARD HUGHES MEDICAL INSTITUTE                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD,
                                                        CHEVY CHASE MD 20815
HOWARD HUGHES MEDICAL INSTITUTE                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD,
                                                        CHEVY CHASE MD 20815
HSBC PRIVATE BANK SUISSE SA                             ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND
ILLIQUIDIX LLP                                          TRANSFEROR: DE WITTE, THOMAS ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX CAPITAL LTD.                                  TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX CAPITAL LTD.                                  TRANSFEROR: BANQUE PIGUET & CIE S.A. CELESTINO AMORE MANAGING DIRECTOR ILLIQUIDX LLP 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM

                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:39:52                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:  5
DATE: 02/24/14                                                    CREDITOR LISTING

Name                                              Address
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CCR ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: DE WITTE, FLORENCE ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: FPB BANK, INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO S.P.A.                            ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
JPMORGAN CHASE BANK, NA                           TRANSFEROR: KBC BANK NV C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L PANZO - MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                           TRANSFEROR: KBC BANK NV C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
KAUFMAN, HENRY                                    934 CHEROKEE LANE FRANKLIN LAKES NJ 07417
KAUFMAN, HENRY                                    DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
KBC BANK NV                                       ATTN: BCB - FINANCIAL INSTITUTIONS 2 HAVENLAAN 1080 BRUSSELS (SINT-JANS-MOLENBEEK) BELGIUM
LA ROMANA SERVICIOS EMPRESARIALES, S.A.           DUANE MORRIS LLP ATTN: MIRIAM O. HYMAN & ROSA M. ERTZE 1540 BROADWAY NEW YORK NY 10036
LA ROMANA SERVICIOS EMPRESARIALES, S.A.           C/O FPB BANK, INC. P.H. TORRE DE LAS AMERICAS TORRE C, PISO 26, OFICINA 2601 PANAMA 0832-1796 PANAMA
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LIECHTENSTEINISCHE LANDESBANK                     C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131
AKTIENGESELLSCHAFT
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: AINSLIE, MICHAEL L. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: BERLIND, ROGER S. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: CRUIKSHANK, THOMAS H. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: GENT, CHRISTOPHER, SIR ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: GRUNDHOFER, JERRY A. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: KAUFMAN, HENRY ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LLOYDS TSB BANK PLC                               TRANSFEROR: VIVEK PRASHAR 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM
LLOYDS TSB BANK PLC                               ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN 787 SEVENTH AVENUE NEW YORK NY 10019
LLOYDS TSB BANK PLC                               ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MERRILL LYNCH CAPITAL SERVICES, INC.              ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.              ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.              C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH CAPITAL SERVICES, INC.              C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: ADAM MALE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: OAKFORD MF LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: OAKFORD MF LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 00
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: TPG OPPORTUNITY FUND I, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: TPG OPPORTUNITY FUND III, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MONARCH OPPORTUNITIES MASTER FUND LTD.            C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.            TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
```

                                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:39:52                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    6
DATE: 02/24/14                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| MONARCH OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MONARCH RESEARCH ALPHA MASTER FUND LTD. | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH RESEARCH ALPHA MASTER FUND LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING LAW CLERK 200 LIBERTY STREET NEW YORK NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 ATTN: JOHN RAGUSA; 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036 |
| OAKFORD MF LIMITED | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| OAKFORD MF LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| OC 530 OFFSHORE FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O FARMSTEAD CAPITAL MANAGEMENT, LLC ATTN: GRAHAM QUIGLEY 7 NORTH BROAD STREET, 3RD FLOOR RIDGEWOOD NJ 07450 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ROBERT BOWERS 510 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ROBERT BOWERS 510 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022 |
| PERSHING LLC | TRANSFEROR: CREDIT SUISSE AFFILIATE OF THE BANK OF NEW YORK MELLON 101 BARCLAY STREET 8W NEW YORK NY 10286 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:39:52                                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:    7
DATE: 02/24/14                                                CREDITOR LISTING

Name                                              Address
RAPAX OC MASTER FUND, LTD.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
SEB CREDIT LTD.                                   TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED C/O GOLDENTREE ASSET MANAGEMENT LP
                                                  ATTN: KAREN WEBER; 300 PARK AVE., 21ST FLR NEW YORK NY 10022
SEB CREDIT LTD.                                   TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED C/O GOLDENTREE ASSET MANAGEMENT LP
                                                  ATTN: KAREN WEBER; 300 PARK AVE., 21ST FLR NEW YORK NY 10022
SEB CREDIT LTD.                                   TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER
                                                  300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
SERENGETI ASSET MANANAGEMENT LP                   TRANSFEROR: SERENGETI LYCAON MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SERENGETI ASSET MANAGEMENT LTD ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P.
                                                  ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: FREDERICK H. FOGEL C/O SILVER POINT CAPITAL, L.P.
                                                  2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: FREDERICK H. FOGEL C/O SILVER POINT CAPITAL, L.P. GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                          GREENWICH CT 06830
SPARKASSE KOLNBONN                                TRANSFEROR: UBS AG ATTN: HERBERT WOLFF HAHNENSTR. 57 KOLN 50667 DEUTSCHLAND
SPECTRUM OPPORTUNITIES MASTER FUND LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O MAGNETAR FINANCIAL LLC - ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
STERNE AGEE UK LLP                                TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT ATTN: RICHARD CARMOODY 11 IRONMONGER LANE
                                                  LONDON EC2V 8EY UNITED KINGDOM
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BERNARD, A.G.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VOLKSBANK MULLHEIM EG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: YORVIK PARTNERS LLP ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
TPG OPPORTUNITY FUND I, L.P.                      C/O TPG OPPORTUNITIES PARTNERS, L.P. ATTN: DAN MOSES 345 CALIFORNIA STREET, SUITE 3300 SAN FRANCISCO CA 94104
TPG OPPORTUNITY FUND I, L.P.                      TRANSFEROR: GOLDMAN, SACHS & CO. C/O TPG OPPORTUNITIES PARTNERS LP ATTN: JEANYE KWACK 345 CALIFORNIA STREET, STE 3300
                                                  SAN FRANCISCO CA 94104
TPG OPPORTUNITY FUND III, L.P.                    TRANSFEROR: GOLDMAN, SACHS & CO. C/O TPG OPPORTUNITIES PARTNERS LP ATTN: JEANYE KWACK 345 CALIFORNIA STREET, STE 3300
                                                  SAN FRANCISCO CA 94104
TURNPIKE LIMITED                                  TRANSFEROR: STERNE AGEE UK LLP ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: STERNE AGEE UK LLP C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VALENTINI, BERNARDO                               DUANE MORRIS LLP ATTN: MIRIAM O. HYMAN & ROSA M. ERTZE 1540 BROADWAY NEW YORK NY 10036
VALENTINI, BERNARDO                               C/O FPB BANK, INC. P.H. TORRE DE LAS AMERICAS TORRE C, PISO 26, OFICINA 2601 PANAMA 0832-1796 PANAMA
VARDE FUND IX LP, THE                             ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                             C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND IX LP, THE                             TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                             TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                             TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                             TRANSFEROR: JP MORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                             TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10019
VARDE FUND IX-A LP, THE                           ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
VARDE FUND IX-A LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: JP MORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:39:52                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:    8
DATE: 02/24/14                                             CREDITOR LISTING

Name                                              Address
VARDE FUND V-B LP, THE                            ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND V-B LP, THE                            C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND V-B LP, THE                            TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VII-B LP, THE                          ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VII-B LP, THE                          C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND VII-B LP, THE                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII LP, THE                           ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII LP, THE                           C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND VIII LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD. SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VOLKSBANK MULLHEIM EG                             TRANSFEROR: UBS AG ATTN: RUDOLF HEITZ WERDERSTR. 29 MULLHEIM 79379 GERMANY
WINDSOR INTERNATIONAL INVESTMENT CORP             DUANE MORRIS LLP ATTN: ROSA M. ERTZE 1540 BROADWAY NEW YORK NY 10036-4086
WINDSOR INTERNATIONAL INVESTMENT CORP             C/O FPB BANK, INC. P.H. TORRE DE LAS AMERICAS TORRE C, PISO 26, OFICINA 2601 PANAMA    0832-1796 PANAMA


Total Number of Records Printed    318
```