UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                            : Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         : 08-13555 (SCC)
                                                                 : (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x Ref. Docket Nos. 42970 & 43001


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 24, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
27th day of February, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  PANNING MASTER FUND, LP
    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
    C/O PANNING CAPITAL MANAGEMENT, LP
    ATTN: ROBERT BOWERS
    50 MADISON AVE., 24TH FLOOR
    NEW YORK NY 10022

Additional:

Transferee:  DEUTSCHE BANK AG, LONDON BRANCH
    ATTN: RICH VICHAIDITH
    60 WALL STREET, 3RD FLOOR
    NEW YORK NY 10005

Your transfer  of claim #   59006-56  is defective for the reason(s) checked below:

Other                                         Transfer Amt Owned is Less Than Requested Transfer Amt

Docket Number 43001              Date 02/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 24, 2014.

# EXHIBIT B

```
TIME: 15:27:05                              LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 02/24/14                                   CREDITOR LISTING

Name                          Address
BANK OF NEW YORK MELLON,      THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. BNY CORPORATE TRUSTEE SERVICES LIMITED, ET. AL. GLOBAL CORPORATE TRUST
                              101 BARCLAY STREET, 8 WEST NEW YORK NY 10286
BANK OF NEW YORK MELLON,      MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH  ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
PANNING MASTER FUND, LP       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVE., 24TH FLOOR
                              NEW YORK NY 10022
VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed     5
```

                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC