WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (SCC)
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF THE**
**THREE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Three Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims) [ECF No. 32890] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: February 28, 2014
   New York, New York

       /s/ Robert J. Lemons
       Robert J. Lemons

       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Telephone: (212) 310-8000
       Facsimile: (212) 310-8007

       Attorneys for Lehman Brothers Holdings Inc.
       and Certain of Its Affiliates

**Exhibit A**

**Claims for Which Objection Is Withdrawn**:

| Claimant Name | Claim Number |
|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND | 30600 |