CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOFS OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC. AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH THE
STONY HILL CDO SPC**

**PLEAE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby withdraws Proof of Claim number 30996, against Lehman Brothers Holdings Inc., and Proof of Claim number 32900, against Lehman Brothers Special Finance Inc., relating to the above referenced

StonyHillWith.doc

trust. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

Dated: February 28, 2014
      New York, New York

                                      Respectfully submitted,

                                      By: _s/ Craig M. Price_____

*Counsel to U.S. Bank National Association, as Trustee*