CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | CASE No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**AMENDMENT OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC. WITH RESPECT TO CERTAIN
FORWARD PURCHASE AGREEMENTS**

**PLEAE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby amends Proof of Claim number 31037 against Lehman Brothers Holdings Inc. to remove therefrom the Forward Purchase Agreements relating to the following Issuers:

1. Grant Joint Union High School District
2. Guam Power Authority

FPAWithdrawal.doc

    3. AIRIS Newark International Air Cargo Center

    4. City of Thousand Oaks

    5. City of Redlands

No other Forward Purchase Agreement listed in Claim number 31037 or any other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

Dated: February 28, 2014
       New York, New York

Respectfully submitted,

By: _s/ Craig M. Price_____

*Counsel to U.S. Bank National Association, as Trustee*