# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555(JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

Name of Transferee
QVT Special Investment Onshore Fund II LP

Name of Transferor
Piney Branch Park Inc.

Name and Address where notices to transferee should be sent:

QVT Special Investment Onshore Fund II LP
c/o QVT Associates GP LLC
1177 Avenue of the Americas, 9th Floor
New York, NY 10036
Attn: Julian Sale
Email: julian.sale@qvt.com

Court Claim #: 21150
Amount of Claim: $3,496,091.00
Date Claim Filed: 09/21/2009

Amount Transferred: $314,460.00

Name and address where transferee payments should be sent (if different from above):
Tel:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 2/27/2014

By: _____
Transferee/Transferee's Agent

\\NY - 002509/000004 - 3080668 v2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 21150

**Piney Branch Park Inc.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

[QVT Special Investment Onshore Fund II LP], its successors and assigns ("Buyer"), all its rights, title and interest in and to Proof of Claim Number 21150, solely to the extent of the face amount of $314,460.00 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

**QVT Special Investment Onshore Fund II LP**
c/o QVT Associates GP LLC
1177 Avenue of the Americas, 9th Floor
New York, NY 10036
Attn: Julian Sale
Email: julian.sale@qvt.com

*[Signatures on next page]*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated **February 27**, 2014.

**Piney Branch Park Inc.,**
by its investment manager, QVT Financial LP,
by its general partner, QVT Financial GP LLC

By: _____
    Name: Julian Sale
    Title: Authorized Signatory

By: _____
    Name: Nick Brumm
    Title: Authorized Signatory

**QVT Special Investment Onshore Fund II LP**
by its general partner, QVT Associates GP LLC

By: _____
    Name: Julian Sale
    Title: Authorized Signatory

By: _____
    Name: Nick Brumm
    Title: Authorized Signatory