DIAZ, REUS & TARG, LLP
100 SE 2nd Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050
Carlos F. Gonzalez

Attorneys for Credican, C.A.;
Banco Canarias De Venezuela, C.A.;
and Fondo De Proteccion Social De Los Depositos
Bancarios y Proteccion Bancaria

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CASE NO.: 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE**

Carlos F. Gonzalez, of the law firm Diaz Reus & Targ, LLP, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("F.R.B.P.") on behalf of CREDICAN, C.A., BANCO CANARIAS de VENEZUELA, C.A., and FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS Y PROTECCION BANCARIA. In accordance with F.R.B.P. Rules 2002 and 9007 the undersigned requests that the Clerk place counsel on the matrix at the following address:

        Carlos F. Gonzalez
        Diaz, Reus & Targ, LLP
        100 SE 2nd Street, Suite 3400
        Miami, Florida 33131
        Telephone: (305) 375-9220
        Facsimile: (305) 375-8050
        cgonzalez@diazreus.com

The undersigned requests that the Clerk and all parties serve copies of any and all motions, pleadings, notices, exhibits, reports and documents of any kind filed in these proceedings, without limitation, whether by the Clerk, the Court, or any other party in interest upon said counsel and firm.

Further, the undersigned makes this appearance with all reservations of rights available under applicable bankruptcy and nonbankruptcy law in any and all matters arising under, out of, or related to proceedings.

Dated this 3rd day of March, 2014.

> DIAZ, REUS & TARG, LLP
> 100 Southeast Second Street
> 3400 Miami Tower
> Miami, Florida 33131
> Telephone: (305) 375-9220
> Facsimile:  (305) 375-8050
>
> _____/s/Carlos F. Gonzalez_____
> Carlos F. Gonzalez (cgonzalez@diazreus.com)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically via NEF to all users registered with the Court's CM/ECF service who are entitled to entitled to receive notice electronically on the 3rd day of March, 2014.

> ___/s/ Carlos F. Gonzalez_____
> Attorney