UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                           :     Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     08-13555 (SCC)
                                                                :
              Debtors.                                    :     (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | ZPR INTERNATIONAL INC.<br>1642 NORTH VOLUSIA AVENUE<br>ATTN: MAX ZAVANELLI<br>ORANGE CITY, FL 32763 |
| Claim Number (if known): | 6530 |
| Date Claim Filed: | 07/28/2009 |
| Total Amount of Claim Filed: | $216,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

ZPR International Inc

*[signature]*

By: Max Zavanelli
Title: President
1642 North Volusia Avenue
Orange City, FL 32763

US_ACTIVE:\44436363\1\58399.0011
4826-4715-2665.