Thomas B. Hatch
David L. Mitchell
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone:    (612) 349-8500
Facsimile: (612) 339-4181

Hillel I. Parness
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022-4611
Telephone:    212-980-7400
Facsimile: 212-980-7499

*Attorneys for Federal Home Loan Bank of Pittsburgh*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> Jointly Administered |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Thomas F. Berndt, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for FHLB Bank of Pittsburgh in the above-captioned action.

84611543.1

I am a member in good standing of the Bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any State or Federal court.

Dated: March 4, 2014

Respectfully submitted,

By: _____
Thomas F. Berndt
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500
Facsimile:  (612) 339-4181
tfberndt@rkmc.com

84611543.1