UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Thomas F. Berndt for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Minnesota; and that his contact information is as follows:

> Thomas F. Berndt
> Robins, Kaplan, Miller & Ciresi L.L.P.
> 800 LaSalle Ave., Suite 2800
> Minneapolis, MN  55402
> Telephone:  612-349-8500
> Facsimile:  612-339-4181
> tfberndt@rkmc.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for FHLB Bank of Pittsburgh in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States Bankruptcy Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2014        _____
                                                                                            Honorable James M. Peck
                                                                                            United States Bankruptcy Judge

84612394.1