UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                Debtors.

: Chapter 11
:
: Case No. 08-13555 (JPM)
:
: Jointly Administered
:
:
:

------------------------------------------------------------ x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE OR IN THE CASE OF A JOINTLY-ADMINISTERED AFFILIATE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer of claim, other than for security, referenced in this evidence and notice.

<u>CCP Credit Acquisition Holdings, L.L.C.</u>
Name of Transferee

<u>The Royal Bank of Scotland PLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

CCP Credit Acquisition Holdings, L.L.C.
375 Park Avenue, 13th Floor
New York, NY 10152
E-mail: tradeclaims@centerbridge.com

Case No.: 08-13555

| Claim Number | Transferred Amount |
|---|---|
| 37433 | $62,280,000.00 |
| 37431 | $62,280,000.00 |

*With Copies To*:

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
E-mail: dhoyt@andrewskurth.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____[signature]____        Date: 3/4/14
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:260340.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor"), Case No. 08-13555 (JMP)

Claim Number: 37433

**THE ROYAL BANK OF SCOTLAND PLC**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**TRANSFEREE**

CCP Credit Acquisition Holdings, L.L.C.
375 Park Avenue
13th Floor
New York, NY 10152
Fax: (972) 528-4036
Email: tradeclaims@centerbridge.com

With a copy to:

Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attn: David J. Hoyt
Phone: (212) 850-2872
Email: dhoyt@akllp.com

its successors and assigns ("Transferee") all rights, title and interest in and to Claim No. 37433, **solely to the extent of the liquidated allowed claim amount of $62,280,000.00 (the "Claim")**, against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of

22

Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

*[Signatures to Follow]*

23

A/75849852.4


IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated ~~February~~ March 3, 2014.

**THE ROYAL BANK OF SCOTLAND PLC**

BY: RBS SECURITIES INC., ITS AGENT

By: *[signature]*

Name: Name: Mason Chau
Title: Title: Vice President

**CCP CREDIT ACQUISITION HOLDINGS, L.L.C.**

By: *[signature]*
Name:
Title:

Aleksandra Markovic
Authorized Signatory

24

A/75849852.4

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor"), Case No. 08-13888 (JMP)

Claim Number: 37431

THE ROYAL BANK OF SCOTLAND PLC, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**TRANSFEREE**
CCP Credit Acquisition Holdings, L.L.C.
375 Park Avenue
13th Floor
New York, NY 10152
Fax: (972) 528-4036
Email: tradeclaims@centerbridge.com

With a copy to:

Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attn: David J. Hoyt
Phone: (212) 850-2872
Email: dhoyt@akllp.com

its successors and assigns ("Transferee") all rights, title and interest in and to Claim No. 37431, **solely to the extent of the liquidated allowed claim amount of $62,280,000.00 (the "Claim"),** against Lehman Brothers Special Financing Inc., a Debtor in Case No. 08-13888 (jointly administered under Case No. 08-13555) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted

27

A/75849852.4

by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

*[Signatures to Follow]*

28

A/75849852.4

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated ~~February~~ March 3, 2014.

**THE ROYAL BANK OF SCOTLAND PLC**

By: _/s/ Mason Chau_
Name:
Title: Name: Mason Chau
Title: Vice President

**CCP CREDIT ACQUISITION HOLDINGS, L.L.C.**

By: _/s/_
Name:
Title:

Aleksandra Markovic
Authorized Signatory

29

A/75849852.4