UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                                         :        Chapter 11 Case No.
                                                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :        08-13555 (SCC)
                                                                                               :
                                               Debtors.                          :        (Jointly Administered)
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING FOUR HUNDRED FORTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)**

Upon the four hundred forty-eighth objection to claims, dated December 20, 2013 [ECF No. 41662] (the "Four Hundred Forty-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and the Bankruptcy Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the No Liability Claims, as more fully described in the Four Hundred Forty-Eighth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Forty-Eighth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Four Hundred Forty-Eighth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Forty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Forty-Eighth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Forty-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each No Liability Claim listed on <u>Exhibit 1</u> annexed hereto is disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> to the Four Hundred Forty-Eighth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto, and (ii) any claim listed on <u>Exhibit A</u> annexed to the Four Hundred Forty-Eighth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed to the *Order Granting Four Hundred Forty-Eighth Omnibus Objection to Claims (No Liability Claims)* [ECF No. 42412]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 4, 2014
New York, New York

                                              */s/ Shelley C. Chapman*
                                              HONORABLE SHELLEY C. CHAPMAN
                                              UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

08-13555-mg    Doc 43392    Filed 03/04/14    Entered 03/04/14 16:00:37    Main Document
Pg 3 of 4

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 448: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | U.S. BANK NATIONAL ASSOCIATION* | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 33069 | 09/22/2009 | Undetermined | Undetermined | LBHI has no liability to the Trustee, under the Pooling and Servicing Agreement or the Sale Agreement (as such term is defined in Claim #33069). |
| | *Subsequent to the filing of the Four Hundred Forty-Eighth Omnibus Objection, Claim No. 33069 was transferred to U.S. Bank National Association. | | | | | | | |
| 2 | WELLS FARGO BANK, NA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 24841 | 09/21/2009 | Undetermined | Undetermined | LBHI has no liability to Wells Fargo Bank, N.A., as Trustee, under the Pooling and Servicing Agreement or the Sale Agreement (as such term is defined in Claim #24841). |
| | | | | | TOTAL | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts