UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                           Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         Case No.: 08-13555 (SCC)

                             Debtors.
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

    **JENNA STRAUSS**, hereby certifies as follows:

    1.    I am not a party to the action, am over 18 years of age and make my principal place of business at 1501 Broadway, 22nd Floor, New York NY 10036.

    2.    On **March 4, 2014**, I served the attached **Declaration of Claimant Rocco F. Andriola in Opposition to Debtor's Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code** by regular mail by placing a true copy thereof enclosed in a postage-paid, sealed envelope addressed to the following persons and/or entities:

| WEIL GOTSHAL & MANGES LLP | OFFICE OF THE U.S. TRUSTEE | MILBANK TWEED HADLEY & MCCLOY LLP |
|---|---|---|
| 767 Fifth Avenue | 201 Varick Street, Suite 1006 | 1 Chase Manhattan Plaza |
| New York, New York 10153 | New York, New York 10004 | New York, New York 10005 |
| Attn: Denise Alvarez, Esq. | Attn: Andrea B. Schwartz, Esq. | Attn: Dennis F. Dunne, Esq. |
| Robert J. Lemons, Esq. |  | Dennis O'Donnell, Esq. |
| Mark Bernstein, Esq. |  | Evan Fleck, Esq. |

and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                                JENNA STRAUSS

Sworn to before me this
4th day of March, 2014

NOTARY PUBLIC
ARTHUR A HIRSCHLER
Notary Public, State of New York
No. 02HI4971914
Qualified in Nassau County
My Commission Expires Sept. 10, 2014