UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (SCC)
                                                               :   (Jointly Administered)
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 37414, 39290,
                                                                   39295, 41414, 41475, 42478, 42720,
                                                                   42722, 42779, 42780, 42919-42921,
                                                                   42923, 43106, 43121, 43125, 43233,
                                                                   43256-43259, 43263-43266, 43270

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 27, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  /s/ Lauren Rodriguez
                                                  Lauren Rodriguez

Sworn to before me this
4th day of March, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 37414, 39290, 39295...43263-43266, 43270_AFF_2-27-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC                            BARCLAYS BANK PLC
         TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P.  ANTHONY VITIELLO
         ATTN: DANIEL MIRANDA                         745 SEVENTH AVENUE, 2ND FLOOR
         745 SEVENTH AVENUE, 2ND FLOOR                NEW YORK NY 10019
         NEW YORK NY 10019
```

Please note that your claim # 51636-04 in the above referenced case and in the amount of
     $1,552,000.00       has been transferred **(unless previously expunged by court order)**

```
         SERENGETI LYCAON MM L.P.
         TRANSFEROR: BARCLAYS BANK PLC
         C/O SERENGETI ASSET MANAGEMENT LP
         ATTN: ERIN FINEGAN
         632 BROADWAY, 12TH FLOOR
         NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 39295       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/27/2014                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 27, 2014.

EXHIBIT B

08-13555-mg    Doc 43399    Filed 03/04/14    Entered 03/04/14 17:30:08    Main Document
Pg 4 of 6

```
TIME: 14:16:42                                     LEHMAN BROTHERS HOLDING INC.                                     PAGE: 1
DATE: 02/27/14                                          CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP | TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FL NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP | TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLORR NEW YORK NY 10022 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FRANCO BRICHETTI & FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: FRANCO BRICHETTI/FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: ALEX VAN LEYEN WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX XBX 1026 MALTA |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BLUEMOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP BLUE MOUNTAIN CAPITAL MANAGEMENT LLC; JACK CHAU 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP C/O BLUE MOUNTAIN CAPITAL MANAGEMENT LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST ATTN: YI SHU NEW YORK NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST ATTN: YI SHU NEW YORK NY 10017 |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX CAPITAL LTD. ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA PANAMA |
| BSOF MASTER FUND L.P. | TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; LAURA L TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| BSOF MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; LAURA L TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10154 |
| CASTLERIGG MASTER INVESTMENTS LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O SANCELL ASSET MANAGEMENT CORP. 40 WEST 57TH ST. NEW YORK NY 10019 |
| CASTLERIGG MASTER INVESTMENTS LTD. | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O SANDELL ASSET MANAGEMENT CORP. 40 WEST 57TH ST. NEW YORK NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE ITALY SPA | TRANSFEROR: RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD, 7TH FLOOR HOPKINS MN 55343 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| FAHMY, SHADIA | 3, ABDALA NOUR STREET CAIRO EGYPT |
| FAHMY, SHADIA | DR.SCHACKOW & PARTNER FAO MR.KLAAS BORCHERT JUNGFERNSTEIG 30 HAMBURG 20354 GERMANY |
| GOLDMAN SACHS & CO. | TRANSFEROR: APPALOOSA INVESTMENT L.P.1 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PALOMINO FUND LIMITED ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PALOMINO FUND LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: THOROUGHBRED FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: THOROUGHBRED MASTER LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRUPPO BANCA LEONARDO SPA | TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: BIAGIO OLIVA - ANNALISA ROMANO VIA BROLETTO 46 MILANO 20121 ITALY |
| HARGREAVE HALE NOMINEES LIMITED | 9-11 NEPTUNE COURT HALLAM WAY BLACKPOOL FY4 5LZ UNITED KINGDOM |
| ILLIQUIDX CAPITAL LTD. | TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX CAPITAL LTD. | TRANSFEROR: ING LUXEMBOURG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANK COOP AG ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:16:42                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 02/27/14                                              CREDITOR LISTING

Name                                        Address
ILLIQUIDX LLP                               TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                               TRANSFEROR: CREDITO EMILIANO SPA ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.    TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.    TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.    TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.    TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.    TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.    TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.    TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
RIVERROCK SECURITIES LIMITED                TRANSFEROR: FAHMY, SHADIA ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON   SW1W ODH UNITED KINGDOM
RIVERROCK SECURITIES LIMITED                TRANSFEROR: HARGREAVE HALE NOMINEES LIMITED ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON   SW1W ODH UNITED KINGDOM
RIVERROCK SECURITIES LIMITED                TRANSFEROR: UBS AG ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON   SW1W ODH UNITED KINGDOM
ROYAL BANK OF SCOTLAND, PLC, THE            C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
SANTANDER PRIVATE BANKING SPA               F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY
SERENGETI LYCAON MM L.P.                    TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.             TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.             TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                            NEW YORK NY 10012
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VOLKSBANK MULLHEIM EG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
TURNPIKE LIMITED                            TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                            NEW YORK NY 10022
TURNPIKE LIMITED                            TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FL NEW YORK NY 10022
UBS AG                                      BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH   8001 SWITZERLAND
UBS AG                                      ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH   8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, L.P.             TRANSFEROR: DEUTSCHE BANK AG ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
WELLS FARGO SECURITIES, LLC                 TRANSFEROR: CASTLERIGG MASTER INVESTMENTS LTD. 375 PARK AVENUE NEW YORK NY 10152


Total Number of Records Printed             67



                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```