UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                       Debtors.                                  :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 42920 & 42923

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 27, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of March, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 42920 & 42923_Aff 2-27-14.doc

EXHIBIT A

08-13555-mg    Doc 43400    Filed 03/04/14    Entered 03/04/14 17:32:57    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE AG
                TRANSFEROR: UBS AG
                ATTN: ALLEN GAGE
                1 MADISON AVENUE
                NEW YORK NY 10010

Additional:    CREDIT SUISSE AG
                RICHARD LEVIN, ESQ.
                CRAVATH, SWAINE & MOORE LLP
                825 8TH AVENUE
                NEW YORK NY 10019

Transferee:    ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
                C/O ALDEN GLOBAL CAPITAL
                ATTN: ITHRAN OLIVACCE
                885 THIRD AVENUE, 34TH FLOOR
                NEW YORK NY 10022

Your transfer of claim # 59233-01 is defective for the reason(s) checked below:

Other                                  The transferor listed does not hold this claim.

Docket Number 42920        Date 02/19/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 27, 2014.

# EXHIBIT B

```
TIME: 14:17:19                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 02/27/14                                         CREDITOR LISTING

Name                                   Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND, C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
CREDIT SUISSE AG                        TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019


Total Number of Records Printed          3

                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```