UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
----------------------------------------------------------------x    Ref. Docket Nos. 42702, 43087,
                                                                    43092, 43094, 43095, 43107, 43113,
                                                                    43119, 43124, 43132, 43133, 43142,
                                                                    43233-43240, 43244, 43246, 43269,
                                                                    43271, 43273, 43274, 43276-43281

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of March, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 42702, 43087, 43092…43274, 43276-43281_AFF_3-3-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CITIGROUP GLOBAL MARKETS INC.
TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP
ATTN: BRIAN BLESSING
1615 BRETT ROAD
NEW CASTLE DE 19720

Please note that your claim # 55304-11 in the above referenced case and in the amount of $323,782.80 allowed at $323,556.12 has been transferred **(unless previously expunged by court order)**

VARDE FUND VI-A LP, THE
TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
ATTN: EDWINA PJ STEFFER
8500 NORMANDALE LAKE BLVD, STE 1500
MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43113 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2014        Vito Genna, Clerk of Court

/s/ Lauren Rodriquez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 3, 2014.

# EXHIBIT B

```
TIME: 14:01:54                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 03/03/14                                           CREDITOR LISTING

Name                                                Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: DRAWBRIDGE OSO SECURITIES LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL
  MASTER FUND, L.P.                                 NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: FCOF UB SECURITIES LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: FTS SIP L.P. C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND, L.P.
ALEITER HOLDINGS LLC                                TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                    NEW YORK NY 10020-1708
BANCA FIDEURAM S.P.A.                               PIAZZALE GIULIO DOUHET, 31 ROMA 00163 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.              ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                 TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO 20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                 TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO 20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                 TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: VALERIA VIGANO VIA ROSELLINI 16 20124 MILANO ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.             VIA SAN CARLO 8/20 MODENA 41100 ITALY
  COOP.
BANCO DI DESIO E DELLA BRIANZA S.P.A.               TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: STEFANIA MAZZONELLO VIA E. ROVAGNATI, 1 DESIO (MB) 20832 ITALY
BANCO DI DESIO E DELLA BRIANZA SPA                  VIA ROVAGNATI, 1 DESIO (MB) 20033 ITALY
BANK J. SAFRA SARASIN LTD.                          FRANK LINK & PATRICK GRIBI, LEGAL COUNSEL, GROUP LEGAL ELISABETHENSTRASSE 62 P.O. BOX BASEL CH-4002 SWITZERLAND
BANK J. SAFRA SARASIN LTD.                          TRANSFEROR: NEUE AARGAUER BANK AG BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKSTRASSE 90 ZURICH CH-8027 SWITZERLAND
BROKWEL MANAGEMENT INC.                             TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                    REPUBLIC OF PANAMA PANAMA
BSOF MASTER FUND L.P.                               ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 345 PARK AVENUE, 28TH FLOOR NEW YORK, NY 10154-0004
BSOF MASTER FUND L.P.                               TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                                    1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720
CREDIT SUISSE                                       ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
CREDITO EMILIANO S.P.A.                             ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                             ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
DRAWBRIDGE OSO SECURITIES LLC                       TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                                    NEW YORK NY 10105
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP            TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                                    NEW YORK NY 10105
FCOF UB SECURITIES LLC                              TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                                    NEW YORK NY 10105
FINECOBANK SPA                                      TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: RONNY SCIRE PIAZZA DURANTE, 11 MILANO 20131 ITALY
FTS SIP L.P.                                        TRANSFEROR: FCDB LBU 2009 LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JASON O'KEEFE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR
                                                    NEW YORK NY 10105
GOLDMAN SACHS & CO.                                 TRANSFEROR: APPALOOSA INVESTMENT L.P.1 ATTN: MICHELLE LAIZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                                       TRANSFEROR: BANCA SELLA HOLDING SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
KARIN EVELIN ENGELS                                 TRANSFEROR: CREDIT SUISSE AG KORNBLUMENWEG 11 HURTH 50354 GERMANY
LIQUIDATION OPPORTUNITIES MASTER FUND LP            TRANSFEROR: FCOF UB SECURITIES LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

                                                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:01:54                                       LEHMAN BROTHERS HOLDING INC.                                        PAGE:    2
DATE: 03/03/14                                            CREDITOR LISTING

Name                                          Address
LUZERNER KANTONALBANK                         TRANSFEROR: BANK J. SAFRA SARASIN LTD. RECHTSDIENST & COMPLIANCE ATTN: PETER FELDER & JORG GUBLER PILATUSSTRASSE 12
                                              LUZERN  6002 SWITZERLAND
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR
                                              CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: OAKFORD MF LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MONARCH ALTERNATIVE SOLUTIONS MASTER          TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
 FUND LTD.                                    535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH ALTERNATIVE SOLUTIONS MASTER          TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC ATTN: MICHAEL GILLIN C/O MONARCH ALTERNATIVE CAPITAL LP
 FUND LTD.                                    535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH ALTERNATIVE SOLUTIONS MASTER          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
 FUND LTD.                                    535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH ALTERNATIVE SOLUTIONS MASTER          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26
 FUND LTD.                                    NEW YORK NY 10022
MONARCH ALTERNATIVE SOLUTIONS MASTER          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26
 FUND LTD.                                    NEW YORK NY 10022
MONARCH ALTERNATIVE SOLUTIONS MASTER          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
 FUND LTD.                                    535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP       TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP       TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE FLOOR 26
                                              NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.           TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 12TH FLOOR
                                              535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD.        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                              535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
SANTANDER PRIVATE BANKING SPA                 F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO  20121 ITALY
SERENGETI LYCAON MM L.P.                      TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                      TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                              NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                      TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI LYCAON MM LP                        TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI LYCAON MM LP                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ERIN FINEGAN C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI LYCAON MM LP                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI MULTI-SERIES MASTER, LLC -          TRANSFEROR: SERENGETI LYCAON MM L.P. C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
 SERIES E
SERENGETI MULTI-SERIES MASTER, LLC -          TRANSFEROR: SERENGETI LYCAON MM L.P. C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
 SERIES E
SERENGETI MULTI-SERIES MASTER, LLC -          TRANSFEROR: SERENGETI LYCAON MM LP C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
 SERIES E
SERENGETI MULTI-SERIES MASTER, LLC -          TRANSFEROR: SERENGETI LYCAON MM L.P. C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
 SERIES E11
TURNPIKE LIMITED                              TRANSFEROR: FCOF UB SECURITIES LLC C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
UBS AG                                        TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA                ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121  ITALY
UNIONE DI BANCHE ITALIANE SCPA                ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121  ITALY
UNIONE DI BANCHE ITALIANE SCPA                TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: LUCA BONZANINI - AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V VENETO, 8
                                              BERGAMO, 24121  ITALY


                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:01:54                                    LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   3
DATE: 03/03/14                                          CREDITOR LISTING

Name                                  Address
UNIONE DI BANCHE ITALIANE SCPA        TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA S.P.A. ATTN: LUCA BONZANINI - AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V VENETO, 8
                                      BERGAMO, 24121   ITALY
UNIONE DI BANCHE ITALIANE SCPA        TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: LUCA BONZANINI - AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V VENETO, 8
                                      BERGAMO, 24121   ITALY
UNIPOL BANCA S.P.A.                   TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: FUNZIONE LEGALE - LUCA FIORINA PIAZZA DELLA COSTITUZIONE, 2
                                      BOLOGNA 40128 ITALY
VARDE CREDIT PARTNERS MASTER, L.P.    TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed     90
```

EPIQ BANKRUPTCY SOLUTIONS, LLC