UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (SCC)
                                          :    (Jointly Administered)
                Debtors.                  :
                                          :
-----------------------------------------------------------------x    Ref. Docket No. 43256

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 3, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ *Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
4th day of March, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 43256_Aff 3-3-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF DEFECTIVE TRANSFER

Transferor:   STICHTING THE IAMEX VALUE FOUNDATION
              TRANSFEROR: VOLKSBANK MULLHEIM EG
              ATTN: J. KAPTEIN
              KEIZERSGRACHT 268
              AMSTERDAM 1016 EV NETHERLANDS

Additional:

Transferee:   AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C.
              ATTN: ALEX VAN LEYEN
              WHITEHALL MANSIONS
              TA'XBIEX SEAFRONT
              TA'XBIEX XBX 1026 MALTA

Your transfer   of claim # 5159233-25   is defective for the reason(s) checked below:
Other                              Transfer not Signed by Buyer - Filed by Seller, not Buyer

Docket Number 43256          Date 02/23/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 3, 2014.

# EXHIBIT B

```
TIME: 13:29:07                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 03/03/14                                CREDITOR LISTING

Name                                    Address
AMSTEL ALTERNATIVE CREDIT FUND SICAV    ATTN: ALEX VAN LEYEN WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX XBX  1026 MALTA
P.L.C.
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VOLKSBANK MULLHEIM EG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS


Total Number of Records Printed         2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC