WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William F. Dahill
Adam M. Bialek

*Special Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                        :   Case No. 08-13555 (SCC)
                                                               :
                    Debtors.                                   :   (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file this notice of subpoena issued by the Debtors pursuant to the Order. The date the subpoenas were served, the name of the witness and the date, time and place of any examination are set forth on "Exhibit A" attached hereto.

Dated: New York, New York
March 4, 2014

By: _____
William F. Dahill
Adam M. Bialek

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Special Counsel for Debtors*

2

## Exhibit A

## NOTICE OF SUBPOENA

| Name of Witness: | The Northern Trust Company |
|---|---|
| Subject of Subpoena: | The production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents to be furnished by May 19, 2014 at Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110 |