UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

Lehman Brothers Holdings, Inc.

Debtors

Chapter 11

Case No. 08-13555

---

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Hernandez, Roland A.**, a creditor in the cases of the above-captioned debtor ("Debtor"), directs the Debtor, debtor in possession and/or liquidating trustee, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively, "Debtor Parties"), to change its address for the purposes of administering its claim 66183 (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to the extent the claim has been allowed in part as a Class 7 general unsecured claim, and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

For pleadings, notices, correspondence and distributions that relate to the administration of claim 66183 to the extent the claim *has not* been allowed, **Hernandez, Roland A.** hereby instructs the Debtors and each Debtor Party to continue to send those items to the Former Address set forth below.

**Hernandez, Roland A.** hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to the claim(s) or any distribution or payment thereon shall be accepted by the Debtor or any Debtor Party without the express written consent of Liquidity Solutions, Inc.

**Former Address**
Hernandez, Roland A.
300 North San Rafael Avenue
Pasadena, CA 91105

**New Address**
Hernandez, Roland A.
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare that the foregoing is true and correct.

Hernandez, Roland A.
By: _/s/ Roland A. Hernandez_
Date: 2-26-2014

1516804.1 LITIGATION