WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Pérez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**NOTICE OF REVISED PROPOSED**
**ORDER GRANTING MOTION OF LEHMAN BROTHERS**
**HOLDINGS INC. PURSUANT TO BANKRUPTCY RULE 9019 FOR APPROVAL**
**OF SETTLEMENT AGREEMENT RESOLVING CLAIM OF DR. H.C. TSCHIRA**
**BETEILIGUNGS GMBH & CO. KG AND KLAUS TSCHIRA STIFTUNG GGMBH**

PLEASE TAKE NOTICE THAT, in connection with the motion of Lehman

Brothers Holdings Inc. ("LBHI") seeking approval of, and authority to enter into, a settlement

agreement between Plan Administrator (the "Plan Administrator") pursuant to the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated

Debtors, on the one hand, and Dr. H.C. Tschira Beteiligungs GmbH & Co. KG and Klaus

Tschira Stiftung gGmbH, on the other hand [ECF No. 43309] (the "Motion"), attached hereto as

Exhibit A is a revised proposed order granting the Motion.

PLEASE TAKE FURTHER NOTICE THAT attached hereto as Exhibit B is a

version of the revised proposed order marked to show changes from the version originally filed

with the Motion.

Dated:  March 5, 2012
        New York, New York


                                    /s/ Alfredo R. Pérez
                                    Alfredo R. Pérez

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of its Affiliates

US_ACTIVE:\44439056\1\58399.0011

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*              :    **08-13555 (SCC)**
                                                         :
                              Debtors.                   :    **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENT RESOLVING CLAIM OF DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG AND KLAUS TSCHIRA STIFTUNG GGMBH

Upon the motion (the "Motion") dated February 26, 2014, of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for

authorization to enter into the Settlement Agreement[1] with Dr. H.C. Tschira Beteiligungs GmbH

& Co. KG ("KG") and Klaus Tschira Stiftung gGmbH ("KTS" and together with KG, the

"Tschira Entities"), all as more fully described in the Motion; and the Court having jurisdiction

to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska,

C.J.); and consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the

United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the

Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York;

(v) the Tschira Entities; (vi) the LBF Liquidator; and (vii) all other parties entitled to notice in

---

[1] Capitalized terms used but not defined in this Order have the meanings ascribed to them in the Motion and the Plan.

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [ECF No. 9635] and

the Order to Show Cause, dated February 26, 2014 [ECF No. 43315]; and it appearing that no

other or further notice need be provided; and an Affidavit of Service of Carol Zhang of Epiq

Bankruptcy Solutions, LLC, the Court-approved claims and noticing agent (the "Claims Agent")

having been filed on March 4, 2014 [ECF No. 43390]; and the Court having considered the

Declaration of Daniel J. Ehrmann in Support of the Motion, dated February 26, 2014 [ECF No.

43312]; and no objections to the Motion having been (a) filed with the Court one the docket of

the above-reference cases or (b) served on counsel to the Plan Administrator or the Debtors; and

a Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of the Motion having

been filed on March 4, 2014 [ECF No. 43387]; and a hearing having been held to consider the

relief requested in the Motion; and the Court having found and determined that the relief sought

in the Motion is in the best interests of LBHI, its creditors, and all parties in interest and that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Court having found and determined that the compromises and

settlements set forth in the Settlement Agreement are reasonable and appropriate, the Motion is

GRANTED; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9019, the compromises and

settlements described in the Motion and contemplated by and provided for in the Settlement

Agreement are approved and the Plan Administrator, LBHI, and the Debtors are authorized to

enter into and perform the Settlement Agreement; and it is further

US_ACTIVE:\44439056\1\58399.0011

ORDERED that the Plan Administrator, LBHI, and the Debtors are authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to take any and all actions reasonably necessary or appropriate to consummate the Settlement Agreement and perform any and all obligations and transactions contemplated therein; and it is further

ORDERED that the terms of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that to the extent that the Effective Date occurs with respect to the Settlement Agreement, the Claims Agent is directed to update the claims register in these Chapter 11 Cases in accordance with the Settlement Agreement; and it is further

ORDERED that upon notice from the Plan Administrator of the occurrence of the effective date of the LBF Settlement, the Claims Agent is directed to update the claims register in these Chapter 11 Cases to reflect the transfer of claim numbers 67795, 67796, and 67797 to LBHI as provided for in the LBF Settlement and shall reflect LBHI as the holder of said claims, effective immediately, including for purposes of the fifth Distribution notwithstanding the passage of the applicable Record Date; and it is further

3

ORDERED that this Court shall retain jurisdiction with respect to all matters

arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2014
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\44439056\1\58399.0011

**<u>Exhibit B</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                         :    08-13555 (SCC)
                                                               :
                                    Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------------x

**ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING
SETTLEMENT AGREEMENT RESOLVING CLAIM OF DR. H.C. TSCHIRA
BETEILIGUNGS GMBH & CO. KG AND KLAUS TSCHIRA STIFTUNG GGMBH**

Upon the motion (the "Motion") dated February 26, 2014, of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for

authorization to enter into the Settlement Agreement[2] with Dr. H.C. Tschira Beteiligungs GmbH

& Co. KG ("KG") and Klaus Tschira Stiftung gGmbH ("KTS" and together with KG, the

"Tschira Entities"), all as more fully described in the Motion; and the Court having jurisdiction

to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska,

C.J.); and consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the

United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the

Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York;

(v) the Tschira Entities; (vi) the LBF Liquidator; and (vii) all other parties entitled to notice in

---

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to them in the Motion and the Plan.

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [ECF No. 9635] and

the Order to Show Cause, dated February 26, 2014 [ECF No. 43315]; and it appearing that no

other or further notice need be provided; and an Affidavit of Service of Carol Zhang of Epiq

Bankruptcy Solutions, LLC, the Court-approved claims and noticing agent (the "Claims Agent")

having been filed on March 4, 2014 [ECF No. 43390]; and the Court having considered the

Declaration of Daniel J. Ehrmann in Support of the Motion, dated February 26, 2014 [ECF No.

43312]; and no objections to the Motion having been (a) filed with the Court one the docket of

the above-reference cases or (b) served on counsel to the Plan Administrator or the Debtors; and

a Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of the Motion having

been filed on March 4, 2014 [ECF No. 43387]; and a hearing having been held to consider the

relief requested in the Motion; and the Court having found and determined that the relief sought

in the Motion is in the best interests of LBHI, its creditors, and all parties in interest and that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Court having found and determined that the compromises and

settlements set forth in the Settlement Agreement are reasonable and appropriate, the Motion is

GRANTED; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9019, the compromises and

settlements described in the Motion and contemplated by and provided for in the Settlement

Agreement are approved and the Plan Administrator, LBHI, and the Debtors are authorized to

enter into and perform the Settlement Agreement; and it is further

ORDERED that the Plan Administrator, LBHI, and the Debtors are authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to take any and all actions reasonably necessary or appropriate to consummate the Settlement Agreement and perform any and all obligations and transactions contemplated therein; and it is further

ORDERED that the terms of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that to the extent that the Effective Date occurs with respect to the Settlement Agreement, the Claims Agent is directed to update the claims register in these Chapter 11 Cases in accordance with the Settlement Agreement; and it is further

ORDERED that upon notice from the Plan Administrator of the occurrence of the effective date of the LBF Settlement, the Claims Agent is directed to update the claims register in these Chapter 11 Cases to reflect the transfer of claim numbers 67795, 67796, and 67797 to LBHI as provided for in the LBF Settlement and shall reflect LBHI as the holder of said claims, effective immediately, including for purposes of the fifth Distribution notwithstanding the passage of the applicable Record Date; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2014
      New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE