WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                                  :    Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                                           :
                                    Debtors.                     :    (Jointly Administered)
                                                                           :
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1. On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement [ECF No. 21254], as amended from time to time (the "Plan Supplement"),[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973] that was confirmed by order of the Court on December 6, 2011 [ECF No. 23023] (the "Confirmation Order"). The Plan became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

US_ACTIVE:\44436230\1\58399.0008

2. Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement (the "Assumption Hearing") was adjourned to February 14, 2012. The Assumption Hearing has been further adjourned to March 12, 2014 at 10:00 a.m.

3. With the exception of the executory contracts that are the subject of the objections identified on Exhibit B hereto (the "June 24 Contracts"), all objections to assumption of executory contracts have been resolved or adjourned without date (or as otherwise agreed). The Assumption Hearing with respect to the June 24 Contracts will be held on **June 24, 2014 at 10:00 a.m. (Prevailing Eastern Time).** There will not be a hearing on March 12, 2014.

4. The Debtors reserve their rights to withdraw in the future their application to assume any of the June 24 Contracts.

Dated: March 5, 2014
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

# EXHIBIT A

## AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND ORDERS PERTAINING THERETO

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

26. Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 8, 2013 [ECF No. 34503].

27. Twelfth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on March 8, 2013 [ECF No. 35786].

28. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on March 14, 2013 [ECF No. 35924].

29. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on March 19, 2013 [ECF No. 36058].

30. Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on June 27, 2013 [ECF No. 38227].

31. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory

Contracts, filed on July 3, 2013 [ECF No. 38404].

32. Notice of Corrected Exhibit with Respect to Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on July 12, 2013 [ECF No. 38686].

33. Notice of Corrected Exhibit with Respect to Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 15, 2013 [ECF No. 38714].

34. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on August 28, 2013 [ECF No. 39883].

35. Fourteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 28, 2013 [ECF No. 40762].

36. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on October 28, 2013 [ECF No. 40767].

37. Fifteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 24, 2014 [ECF No. 43288].

# **EXHIBIT B**

## **June 24 Contracts**

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 1. | Limited Objection to Proposed Assumption of Executory Contracts (GMAC Mortgage, LLC) | 21556 | 11/03/11 |
| 2. | Limited Objection of The Buck Institute For Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Amended Limited Objection of the Buck Institute for Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21599 and 21886 | 11/4/11 and 11/10/11 |
| 3. | Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Declaration of David R. Seligman in Support of Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Supplemental Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Supplemental Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21602, 21606, 21616, 21904 and 21946 | 11/4/11 and 11/10/11 |
| 4. | Limited Objection of Giants Stadium LLC to Debtors' Supplement to the Third Amended Joint Chapter 11 Plan<br><br>Objection of Giants Stadium LLC to Debtors' Proposed Assumption of Terminated Contracts | 21604 and 21905 | 11/4/11 and 11/10/11 |
| 5. | Objection of The Loreley Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21634 | 11/4/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 6. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Reservation of Rights of U.S. Bank National Association to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivative Contracts<br><br>Objection of U.S. Bank National Association, not Individually but as Trustee, to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Amendment to Exhibit A to the Objection of U.S. Bank National Association, Not Individually But as Trustee, To Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21655, 21833, 21922 and 22281 | 11/4/11, 11/9/11, 11/10/11 and 11/17/11 |
| 7. | Objection to Motion to Assume Executory Contract (United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights) | 21699 | 11/7/11 |
| 8. | Objection of ITV PLC And Carlton Communications Limited in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21802 | 11/9/11 |
| 9. | Magnetar Capital, LLC's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21910 | 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 10. | Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit--Linked Synthetic Portfolio Notes Due 2043 to the Debtors' Proposed Assumption of an ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in the Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors Proposed Assumption of An ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors Third Amended Joint Plan | 21921 and 21959 | 11/10/11 |
| 11. | Objection of Unicredit Bank AG, London Branch with Respect to Ruby Finance Public Limited Company Series 2005-1 Class A2 Notes, Class A3 Notes, Class A4 Notes, Class A5 Notes, Class A6 Notes, Class A7 Notes, Class A8 Notes and Class A9 Notes to the Debtors' Proposed Assumption of ISDA Master Agreement and the Transactions Thereunder Pursuant to Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon | 21929 and 21956 | 11/10/11 |
| 12. | Ballyrock ABS CDO 2007-1 Limited's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21930 | 11/10/11 |
| 13. | Blackrock, Inc. Objection to Debtor's Proposed Assumption of Derivative Contracts | 21932 | 11/10/11 |
| 14. | Principal Life Insurance Company Objection to the Debtors' Proposed Assumption of Derivative Contracts | 21938 | 11/10/11 |
| 15. | Objection of Delphi Financial Group, Inc. to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21955 | 11/10/11 |
| 16. | Objection of Wellmont Health System to Debtors' Proposed Assumption of Certain Executory Contracts Pursuant to Third Amended Plan | 21969 | 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 17. | Objection of the Bank of New York Mellon, as Agent, to Assumption of Sealink Funding Limited Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22004 | 11/11/11 |
| 18. | Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Amendment to Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited<br><br>Amendment to Schedule 1 to the Objection of the Bank of New York Mellon, the Bank Of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Inc. and its Affiliated Debtors | 22010, 22766 and 22970 | 11/11/11, 12/2/11, and 12/5/11 |
| 19. | Objection and Reservation of Rights of Horizon II International Limited to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22081 | 11/14/11 |
| 20. | Objection of CNP Assurances and Anthracite Investments (Ireland) PLC to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22088 | 11/14/11 |
| 21. | Objection of Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC to Proposed Cure Amounts in Connection with the Assumption of Their Contracts | 22089 | 11/14/11 |
| 22. | Objection of Anthracite Balanced Company (Discover 1) Ltd., et al to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22175 | 11/15/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 23. | Objection of Eurosail 2006-3NC PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22225 | 11/16/11 |
| 24. | Limited Objection of Eurosail-UK 2007-2NP PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22229 | 11/16/11 |
| 25. | Objection of Heungkuk Life Insurance Co. Ltd., Heungkuk Fire & Marine Insurance Co. Ltd., Meritz Fire and Marine Insurance Co, Ltd., Woori Bank, BNY Mellon Corporate Trustee Services Limited and Granite Finance Limited to Debtors' Proposed Assumption of Executory Contracts | 24101 | 1/6/12 |
| 26. | Objection of Andbanc Grup Agricol Reig to the Debtors' Assumption of Certain Derivative Contracts[*] | 25036 | 2/7/2012 |
| 27. | Objection of Santander Asset Management SGFIM SA to the Debtors' Assumption of Certain Derivative Contracts[*] | 25040 | 2/7/2012 |

---

[*] These Objections are untimely.