**STAMELL & SCHAGER, LLP**
ATTORNEYS AT LAW
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NEW YORK 10006-1404

WRITER'S E-MAIL:

WRITER'S DIRECT DIAL:

TELEPHONE (212) 566-4047
FACSIMILE (212) 566-4061

March 4, 2013

## Supplemental Citations for Compensation Claimants' Reply Brief

Page 4, lines 10 & 11. Supplement citations to Spero and Casuple with citation to Declarations of Biraschi ¶¶ 8, 11, 13; D'Amadeo ¶¶ 7, 12; DeJesus ¶¶ 9, 12, 14; Engel ¶¶ 10, 11, 13; Gran ¶¶ 8, 10, 11; Iragorri ¶¶ 7, 10, 12; King ¶¶ 8, 10, 12; Krieger ¶¶ 8, 10, 11, 13; Olivier ¶¶ 8, 10, 11, 13; Petrucelli ¶¶ 7, 9, 10, 12; Porter ¶¶ 8, 9; Richman ¶¶ 8, 10-12; Shapiro ¶¶ 8, 11, 13; Somma ¶¶ 8, 10, 13; Uvino ¶¶ 9, 12, 14.

Page 4, line 18. Supplement citations to Cohen with citation to Declarations of DeJesus ¶¶ 15-18; Krieger ¶¶ 14-15; Olivier ¶¶ 14-17; Petrucelli ¶¶ 13-14; Richman ¶¶ 13-14; Shapiro ¶¶ 14-15; Somma ¶¶ 14-15.

Page 5, line 13. Supplement citation Cohen with citation to Biraschi ¶ 12; D'Amadeo ¶ 11; DeJesus ¶ 13; Engel ¶ 12; Gran ¶ 12; Iragorri ¶ 11; King ¶ 11; Krieger ¶ 12; Olivier ¶ 11; Petrucelli ¶ 11; Porter ¶ 11; Shapiro ¶ 12; Somma ¶ 12; Uvino ¶ 13.

Pages 5, lines 19 & 22; page 6, line 6. Supplement citations to Cohen and Spero with citation to Biraschi ¶ 10; D'Amadeo ¶ 9; DeJesus ¶ 11; Engel ¶ 10; Gran ¶ 10; Iragorri ¶ 10; King ¶ 9; Krieger ¶ 10; Petrucelli ¶ 9; Porter ¶ 9; Richman ¶ 10; Shapiro ¶ 10; Somma ¶ 10; Uvino ¶ 11.

Page 6, line 14. Supplement citation to Das with citations to Biraschi ¶ 7; D'Amadeo ¶ 6; DeJesus ¶ 8; Engel ¶ 7; Gran ¶ 7; Iragorri ¶ 6; King ¶ 7; Krieger ¶ 7; Porter ¶ 7; Richman ¶ 7; Shapiro ¶ 7; Somma ¶ 7; Uvino ¶ 8.

Page 11, line 15. Supplement citation to Burke with citations to Biraschi ¶ 6; DeJesus ¶ 7; Engel ¶ 6; Gran ¶ 6; Iragorri ¶ 5; King ¶ 6; Krieger ¶ 6; Olivier ¶ 6; Petrucelli ¶ 6; Porter ¶ 6; Richman ¶ 6; Shapiro ¶ 6; Somma ¶ 6; Uvino ¶ 7.

Page 4, line 1. Supplement citations to Cohen with citation to Biraschi ¶ 12; D'Amadeo ¶ 11; DeJesus ¶ 13; Engel ¶ 12; Gran ¶ 12; Iragorri ¶ 11; King ¶ 11; Krieger ¶ 12; Olivier ¶ 11; Petrucelli ¶ 11; Porter ¶ 11; Shapiro ¶ 12; Somma ¶ 12; Uvino ¶ 13.