Law Office of A. James Boyajian
355 S. Grand Avenue Suite 2450
Los Angeles, California 90071
Telephone: (424) 258- 0777
Facsimile: (424) 298-4377

*Counsel to Claimants: Virgilio Casuple,
Darian J. Cohen, Lars P. Jacobson,
Mary Langevin, Amit K. Sarkar,
Christian E. Steven, Andrew Wideman*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
|  | : |
| Debtors. | : Jointly Administered |
|  | : |

_____

**CERTIFICATE OF SERVICE**

      I, A. James Boyajian, hereby certify that, on March 4, 2014, I caused to be served to debtors' counsel true and correct copies of the following documents pursuant to paragraphs 6, 9, and 10 of the "Stipulation & Order Establishing Procedures for an Evidentiary Hearing in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests" (ECF Docket # 42176) and in support of the "Memorandum of Law of Represented Compensation Claimants in Further Opposition to Debtors Omnibus Objections Seeking to Reclassify Claims as Equity, or Alternatively, to Subordinate Claims Pursuant to Section 510(b) of the Bankruptcy Code" filed by Lisa M. Solomon (ECF Docket # 43447):

1. **DECLARATION OF CLAIMANT VIRGILIO CASUPLE IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY OR SUBORDINATE COMPENSATION CLAIMS AS EQUITY;**

2. **DECLARATION OF CLAIMANT DARIAN J. COHEN IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY**

OR SUBORDINATE COMPENSATION CLAIMS AS EQUITY;

3. **DECLARATION OF CLAIMANT LARS P. JACOBSON IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY OR SUBORDINATE COMPENSATION CLAIMS AS EQUITY;**

4. **DECLARATION OF CLAIMANT MARY E. LANGEVIN IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY OR SUBORDINATE COMPENSATION CLAIMS AS EQUITY;**

5. **DECLARATION OF CLAIMANT CHRISTIAN STEVENS IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY OR SUBORDINATE COMPENSATION CLAIMS AS EQUITY;**

6. **DECLARATION OF CLAIMANT ANDREW WIDEMAN IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY OR SUBORDINATE COMPENSATION CLAIMS AS EQUITY; AND**

7. **DECLARATION OF CLAIMANT AMIT KUMAR SARKAR IN OPPOSITION TO DEBTORS' FOURTEEN OMNIBUS OBJECTIONS SEEKING TO RECLASSIFY OR SUBORDINATE COMPENSATION CLAIMS AS EQUITY;**

I served the above documents electronically to the following electronic mail addresses:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn: Ralph Miller ("ralph.miller@weil.com")
>     Denise Alvarez ("denise.alvarez@weil.com")
>     Teresa Brady ("teresa.brady@weil.com")
>     Doron Kenter ("doron.kenter@weil.com")
>
> *Attorneys for the Debtors*

Dated: Los Angeles, California                Respectfully submitted,
       March 4, 2014

                                              /s/ A. James Boyajian
                                              A. James Boyajian