

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**ALLAN S. BRILLIANT**

allan.brilliant@dechert.com
+1 212 698 3600 Direct
+1 212 698 0612 Fax

March 6, 2014

The Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: *In re Lehman Bros. Holding Inc.*, Case no. 08-13555 (SCC)
<u>Plan Administrator's Motion to Establish Reserve for Stonehill's Claims [ECF No. 42959]</u>

Dear Judge Chapman:

As requested by the Court at the hearing earlier today, we hereby provide the details concerning Stonehill's claims:

|  |  |  |
|---|---|---|
|  | $80,523,963 | on account of the diminution in value of the securities returned to Stonehill Offshore by LBI. |
|  | $72,461,674 | on account of the diminution in value of the securities returned to Stonehill International by LBI. |
|  | $11,055,074 | on account of foreign exchange derivatives (approximately $6.13 million for Stonehill Offshore and approximately $4.92 million for Stonehill Institutional). |
| Total: | $164,040,711 | Total claims against all Debtors |
|  | $37,089,729 | on account of the guarantee by LBHI of LBIE's liabilities to the Stonehill Entities (approximately $20.1 million to Stonehill Institutional and approximately $16.8 million to Stonehill Offshore). Such claim was only filed against LBHI and not any of the other Debtors. |
| Grand Total: | $201,130,440 |  |



The Honorable Shelley C. Chapman
March 6, 2014
Page 2

To the extent the Plan Administrator agrees that the approximately $37 million in claims will be reserved separately and is not subject to the current motion, the total amount of claims subject to the motion is $164,040,711, and Stonehill would consent to a single reserve of $164,040,711 million.

Respectfully Submitted,

Allan S. Brilliant

cc:  Garrett Fail (via email)

19069256