B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**  
  **Lehman Brothers Special Financing, Inc.**

Case No. **08-13555**  
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**  
Name of Transferee

**Broad Market XL Holdings Ltd.**  
Name of Transferor

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.  
c/o Bank of America Merrill Lynch  
Bank of America Tower – 3rd Floor  
One Bryant Park  
New York, NY 10036  
Attn: Gary S. Cohen / Ante Jakic  
Telephone: (646) 855-7450  
Fax: (646) 834-9780 / (804) 264-1108  
E-mail: g.cohen@baml.com / ante.jakic@baml.com  
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known): **36938**  
Debtor: Lehman Brothers Special Financing, Inc.  
Total Amount of Claim Transferred:  
USD $ 19,500,000.00

Court Claim # (if known): **36937**  
Debtor: Lehman Brothers Holdings Inc.  
Total Amount of Claim Transferred:  
USD $ 19,500,000.00

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Ronald Torok_                     Date: _3/7/2014_  
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

### Form of Evidence of Transfer of Claim

To:    Clerk, United States Bankruptcy Court, Southern District of New York

Broad Market XL Holdings Limited (In Official Liquidation), acting by and through Gordon I. MacRae and Eleanor Fisher as official liquidators and agents without personal liability, is an exempt company under the laws of the Cayman Islands, located at c/o Zolfo Cooper, Suite 776, 10 Market Street, Camana Bay, Grand Cayman, Cayman Islands, KY1-9006 (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Transfer Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Banc of America Credit Products, Inc., its successors and assigns, located at Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 (the "Buyer"), all right, title and interest in and to the net claim of Seller against Lehman Brothers Special Financing Inc. and its affiliates (including Seller's claim against Lehman Brothers Holding Inc. arising under a guaranty) in the amount of $30,432,793.37 as reduced to $19,500,000.00 by the Termination Agreement dated May 9, 2012 among Seller, Lehman Brothers Special Financing Inc. (having proof of claim number **36938**) and Lehman Brothers Holding Inc. (having proof of claim number **36937**) (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim as of the date first written above.

SELLER

BROAD MARKET XL HOLDINGS LTD.

By: _____
Name:
Title:    Joint Official Liquidator acting as agent without personal liability

BANC OF AMERICA CREDIT PRODUCTS, INC

By: _____
Name:
Title:

ny-1131608

EXHIBIT A

## Form of Evidence of Transfer of Claim

To:    Clerk, United States Bankruptcy Court, Southern District of New York

Broad Market XL Holdings Limited (In Official Liquidation), acting by and through Gordon I. MacRae and Eleanor Fisher as official liquidators and agents without personal liability, is an exempt company under the laws of the Cayman Islands, located at c/o Zolfo Cooper, Suite 776, 10 Market Street, Camana Bay, Grand Cayman, Cayman Islands, KY1-9006 (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Transfer Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Banc of America Credit Products, Inc., its successors and assigns, located at Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 (the "Buyer"), all right, title and interest in and to the net claim of Seller against Lehman Brothers Special Financing Inc. and its affiliates (including Seller's claim against Lehman Brothers Holding Inc. arising under a guaranty) in the amount of $30,432,793.37 as reduced to $19,500,000.00 by the Termination Agreement dated May 9, 2012 among Seller, Lehman Brothers Special Financing Inc. (having proof of claim number **36938**) and Lehman Brothers Holding Inc. (having proof of claim number **36937**) (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim as of the date first written above.

SELLER

BROAD MARKET XL HOLDINGS LTD.

By: _____
Name:
Title:    Joint Official Liquidator acting as agent without personal liability

BANC OF AMERICA CREDIT PRODUCTS, INC

By: _____
Name:    **Ronald Torok**
Title:    **Managing Director**

ny-1131608