# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holding, Inc.; Case # 08-13555 |
| Creditor Name and Address: | Chartis, U.S.<br>Michelle A. Levitt, Authorized Representative<br>175 Water Street, 18th Floor<br>New York, New York 10038<br>Telephone Number: (212) 458-6777 |
| Claim Number (if known): | 32084 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $2,348,617.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. THIS WITHDRAWAL SHALL NOT AFFECT ANY OTHER CLAIM(S) FILED BY ANY OTHER PERSON OR ENTITY IN THESE RELATED CASES.

Dated: March 7, 2014

/s/ Michael S. Davis

Michael S. Davis, Partner
Attorneys for Creditor Chartis, U.S.
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036
212-826-5311
mdavis@zeklaw.com

---

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

> This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically.

753406v1