UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS INC., *et al*.           Case No.: 08-13555 (SCC)
                                                  Chapter 11
                    Debtor.
----------------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Thomas F. Berndt to be admitted, *pro hac vice*, to represent FHLB Bank of Pittsburgh, an Creditor, in the above captioned case and upon movant's certification that movant is a member in good standing of the bar in the state of Minnesota, it is hereby

**ORDERED**, that Thomas F. Berndt is admitted to practice, *pro hac vice*, in the above captioned case, in the United States Bankruptcy Court for the Southern District of New York.

Dated: March 7, 2014
New York, New York

                                    */s/ Shelley C. Chapman*
                                    HONORABLE SHELLEY C. CHAPMAN
                                    UNITED STATES BANKRUPTCY JUDGE