WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (SCC)**
:
Debtors.                                        :    **(Jointly Administered)**
:
------------------------------------------------------------------x

### NOTICE OF HEARING AS TO CERTAIN CLAIMS ON THE
### THREE HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS

**PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) [ECF No. 30030] *solely* as to the claims listed on Exhibit A attached hereto will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 621, One Bowling Green, New York, New York 10004 on **May 14, 2014 at 10:00 a.m. (Eastern Time)**.

Dated:  March 7, 2014
    New York, New York

                                    /s/ Garrett A. Fail
                                    Garrett A. Fail

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

US_ACTIVE:\44438141\1\58399.0011

## Exhibit A

## Claims to Be Heard at May 14, 2014 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Joanna Baricevic | 13425 | 30937 |
| Kevin Blum | 27323 | 30948 |
| Arthur Kenney | 27321 | 30941 |