UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | Jointly Administered |

------------------------------------------------------------------x

Lisa M. Solomon, an attorney duly admitted to the bar of this Court, hereby certifies on March 4, 2014, she caused a true and correct copy of the Memorandum in Further Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims pursuant to §510(b) of the Bankruptcy Code , dated March 4, 2014 to be served by electronic transmission to the email addresses below:

Ralph I. Miller, Esq.
Denise Alvarez, Esq.
Teresa Brady, Esq.
Doron Kenter, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8965
Ralph.miller@weil.com
Denise.alvarez@weil.com
Teresa.brady@weil.com
Doron.kenter@weil.com

Richard J. Schager, Jr.
Andrew R. Goldenberg, Esq.
STAMELL & SCHAGER LLP
One Liberty Plaza – 23rd Floor
New York, New York 1006-1404

(212) 566-4047
schager@ssnyc.com
Goldenberg@ssnyc.com

Howard P. Magaliff, Esq.
Robert N. Michaelson, Esq.
RICH MICHAELSON MAGALIFF MOSER LLP
340 Madison Avenue, 19th Floor
New York, New York
(212) 220-9402
hmagaliff@3mlaw.com
rmichaelson@3mlaw.com

A. James Boyajian, Esq.
LAW OFFICES OF A. JAMES BOYAJIAN
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
(424) 258-0777
jamesboyajian@gmail.com

Eugene Neal Kaplan, Esq.
KAPLAN LANDAU
1065 Avenue of the Americas – 27F
New York, NY 10018
(212) 593-1700
enkaplan@kaplanlandau.com

Michael Schlesinger, Esq.
Michelle Pomerantz, Esq.
JULIEN & SCHLESINGER, P.C.
One Whitehall Street – 17th Floor
New York, NY 10004
(212) 962-8020
Michaels@jstriallaw.com
michellep@jstriallaw.com

Dated:  March 10, 2014

         ___/s/ Lisa M. Solomon_____
         Lisa M. Solomon