Gerard Uzzi
Eric K. Stodola
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5670

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) SS.:
COUNTY OF NEW YORK   )

JOHN PETER KAYTROSH, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Attorneys for the Ad Hoc Group of Lehman Brothers Creditors, in the above-captioned cases.

On the 4th day of March 2014, I caused a copy of the following document:

Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of the Motion of Lehman Brothers Holdings Inc. Pursuant to Bankruptcy Rule 9019 for Approval of Settlement Agreement Resolving Claim of Dr. H.C. Tschira Beteiligungs GMBH & Co. KG and Klaus Tschira Stiftung GGMBH [Docket No. 43387]

to be served by hand delivery upon the party identified on Exhibit A attached hereto. I caused a copy of the same document to be served by FedEx upon those parties identified in Exhibit B attached hereto and by electronic mail upon those parties identified in Exhibit C attached hereto.

        /s/ John Peter Kaytrosh
JOHN PETER KAYTROSH

SWORN TO AND SUBSCRIBED before me this 10th day of March 2014.

/s/ Rohan S. Kazi
Rohan S. Kazi
Notary Public, State of New York
No. 01KA6279865
Qualified in New York County
Commission Expires April 15, 2017

# Exhibit A

The Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**Exhibit B**

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, New York 10007

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
       Harvey R. Miller

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Tracy Hope Davis, Esq.
       Elisabetta G. Gasparini, Esq.
       Andrea B. Schwartz, Esq.

**Exhibit C**

mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; mstamer@akingump.com; sschultz@akingump.com; craigjustinalbert@gmail.com; lisa.kraidin@allenovery.com; ken.coleman@allenovery.com; mgreger@allenmatkins.com; krodriguez@allenmatkins.com; karl.geercken@alston.com; will.sugden@alston.com; kit.weitnauer@alston.com; tduffy@andersonkill.com; rrussell@andrewskurth.com; s.minehan@aozorabank.co.jp; angelich.george@arentfox.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; charles_malloy@aporter.com; anthony_boccanfuso@aporter.com; robert.yalen@usdoj.gov; jg5786@att.com; neal.mann@oag.state.ny.us; dworkman@bakerlaw.com; ian.roberts@bakerbotts.com; peter@bankrupt.com; michael.mccrory@btlaw.com; david.powlen@btlaw.com; ffm@bostonbusinesslaw.com; csalomon@beckerglynn.com; aostrow@beckerglynn.com; sleo@bm.net; mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com; davids@blbglaw.com; steven@blbglaw.com; dbarber@bsblawyers.com; dbarber@bsblawyers.com; smulligan@bsblawyers.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jeffrey.sabin@bingham.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; mark.deveno@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; joshua.dorchak@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; carol.weinerlevy@bingham.com; jeffrey.sabin@bingham.com; joshua.dorchak@bingham.com; raj.madan@bingham.com; joshua.dorchak@bingham.com; erin.mautner@bingham.com; aeckstein@blankrome.com; jschiller@bsfllp.com; jsherman@bsfllp.com; amcmullen@boultcummings.com; rjones@boultcummings.com; kurt.mayr@bgllp.com; emagnelli@bracheichler.com; arainone@bracheichler.com; notice@bkcylaw.com; mgordon@briggs.com; monica.lawless@brookfieldproperties.com; slevine@brownrudnick.com; hsteel@brownrudnick.com; schristianson@buchalter.com; tunrad@burnslev.com; sidorsky@butzel.com; john.rapisardi@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; israel.dahan@cwt.com; mark.ellenberg@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; mark.ellenberg@cwt.com; howard.hawkins@cwt.com; jason.jurgens@cwt.com; ellen.halstead@cwt.com; sgordon@cahill.com; jlevitin@cahill.com; cahn@clm.com; wanda.goodloe@cbre.com; dlemay@chadbourne.com; hseife@chadbourne.com; arosenblatt@chadbourne.com; jclose@chapman.com; jschreib@chapman.com; appleby@chapman.com; heiser@chapman.com; heiser@chapman.com; jbromley@cgsh.com; lschweitzer@cgsh.com; lgranfield@cgsh.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; maofiling@cgsh.com; maofiling@cgsh.com; maofiling@cgsh.com; maofiling@cgsh.com; maofiling@cgsh.com; maofiling@cgsh.com; jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com; jemma.mcpherson@cliffordchance.com; andrew.brozman@cliffordchance.com; psp@njlawfirm.com; jwh@njlawfirm.com; lmay@coleschotz.com; jdrucker@coleschotz.com; mwarner@coleschotz.com; dhurst@coleschotz.com; rwasserman@cftc.gov; sfalanga@connellfoley.com; chemrick@connellfoley.com; jeff.wittig@coair.com; eschwartz@contrariancapital.com; bcarlson@co.sanmateo.ca.us; jbeiers@co.sanmateo.ca.us;

lathompson@co.sanmateo.ca.us; mhopkins@cov.com; dcoffino@cov.com; rlevin@cravath.com;
judy.morse@crowedunlevy.com; mlichtenstein@crowell.com; mlichtenstein@crowell.com;
jcarberry@cl-law.com; dhw@dhclegal.com; karen.wagner@dpw.com;
james.mcclammy@dpw.com; james.mcclammy@dpw.com; djcarragher@daypitney.com;
jjtancredi@daypitney.com; jwcohen@daypitney.com; mginzburg@daypitney.com;
mcto@debevoise.com; glenn.siegel@dechert.com; iva.uroic@dechert.com;
lhoffman@deilylawfirm.com; lperkins@deilylawfirm.com; tdewey@dpklaw.com;
dpegno@dpklaw.com; adiamond@diamondmccarthy.com; sloden@diamondmccarthy.com;
akadish@dtlawgroup.com; aaaronson@dilworthlaw.com; cpappas@dilworthlaw.com;
timothy.brink@dlapiper.com; matthew.klepper@dlapiper.com; thomas.califano@dlapiper.com;
stephen.cowan@dlapiper.com; george.south@dlapiper.com; schnabel.eric@dorsey.com;
heim.steve@dorsey.com; dove.michelle@dorsey.com; steven.troyer@commerzbank.com;
jjoyce@dresslerpeters.com; robert.malone@dbr.com; ljkotler@duanemorris.com;
tduffy@andersonkill.com; jim@atkinslawfirm.com; sandyscafaria@eaton.com;
ezujkowski@emmetmarvin.com; aentwistle@entwistle-law.com; jbeemer@entwistle-law.com;
jporter@entwistle-law.com; kkelly@ebglaw.com; dtatge@ebglaw.com; wmarcari@ebglaw.com;
slerman@ebglaw.com; sgubner@ebg-law.com; cweber@ebg-law.com;
michael.krauss@faegrebd.com; lscarcella@farrellfritz.com; shari.leventhal@ny.frb.org;
sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; charles@filardi-law.com;
alum@ftportfolios.com; rflanagan@flanassoc.com; steven.usdin@flastergreenberg.com;
wdase@fzwz.com; apalazzolo@fzwz.com; dheffer@foley.com; jlee@foley.com;
wmckenna@foley.com; dspelfogel@foley.com; rbernard@foley.com; ggoodman@foley.com;
lapeterson@foley.com; rbernard@foley.com; klynch@formanlaw.com;
kanema@formanlaw.com; sory@fdlaw.com; jhiggins@fdlaw.com;
deggert@freebornpeters.com; walter.stuart@freshfields.com; patrick.oh@freshfields.com;
timothy.harkness@freshfields.com; david.livshiz@freshfields.com;
michelle.park@freshfields.com; caitrin.mckiernan@freshfields.com;
peter.simmons@friedfrank.com; richard.tisdale@friedfrank.com;
shannon.nagle@friedfrank.com; richard.tisdale@friedfrank.com;
efriedman@friedmanspring.com; efriedman@fklaw.com; abeaumont@fklaw.com;
abeaumont@fklaw.com; nbojar@fklaw.com; drosenzweig@fulbright.com; jmerva@fult.com;
jmelko@gardere.com; bankruptcy@ntexas-attorneys.com; relgidely@gjb-law.com;
jgenovese@gjb-law.com; pbattista@gjb-law.com; dcimo@gjb-law.com;
dcrapo@gibbonslaw.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com;
aseuffert@lawpost-nyc.com; tnixon@gklaw.com; jflaxer@golenbock.com;
jwallack@goulstonstorrs.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com;
brian.corey@greentreecreditsolutions.com; diconzam@gtlaw.com; melorod@gtlaw.com;
tannweiler@greerherz.com; joy.mathias@dubaiic.com; jschwartz@hahnhessen.com;
jorbach@hahnhessen.com; rmatzat@hahnhessen.com; wbenzija@halperinlaw.net;
jdyas@halperinlaw.net; dtheising@harrisonmoberly.com; sldreyfuss@hlgslaw.com;
agold@herrick.com; sselbst@herrick.com; ramona.neal@hp.com; ken.higman@hp.com;
jdoran@haslaw.com; tmarrion@haslaw.com; sweyl@haslaw.com; rleek@hodgsonruss.com;
scott.golden@hoganlovells.com; ira.greene@hoganlovells.com; barbra.parlin@hklaw.com;
arthur.rosenberg@hklaw.com; richard.lear@hklaw.com; arthur.rosenberg@hklaw.com;
john.monaghan@hklaw.com; barbra.parlin@hklaw.com; adam.brezine@hro.com;
kerry.moynihan@hro.com; giddens@hugheshubbard.com; kiplok@hugheshubbard.com;

2

kobak@hugheshubbard.com; margolin@hugheshubbard.com; lubell@hugheshubbard.com; wiltenburg@hugheshubbard.com; keckhardt@hunton.com; jrsmith@hunton.com; cweiss@ingramllp.com; dave.davis@isgria.com; toby.r.rosenberg@irscounsel.treas.gov; mimi.m.wong@irscounsel.treas.gov; seba.kurian@invesco.com; afriedman@irell.com; klyman@irell.com; mneier@ibolaw.com; jay.hurst@oag.state.tx.us; ptrostle@jenner.com; dmurray@jenner.com; rbyman@jenner.com; gspilsbury@jsslaw.com; jowen769@yahoo.com; joseph.cordaro@usdoj.gov; mpomerantz@julienandschlesinger.com; michaels@jstriallaw.com; michaels@jstriallaw.com; robert.honeywell@klgates.com; ptrain-gutierrez@kaplanlandau.com; enkaplan@kaplanlandau.com; drosner@kasowitz.com; aglenn@kasowitz.com; snewman@katskykorins.com; mprimoff@kayescholer.com; mprimoff@kayescholer.com; msolow@kayescholer.com; kdwbankruptcydepartment@kelleydrye.com; mpage@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; stephen.hessler@kirkland.com; mark.mckane@kirkland.com; james.sprayregen@kirkland.com; james.sprayregen@kirkland.com; jonathan.henes@kirkland.com; joseph.serino@kirkland.com; chad.husnick@kirkland.com; christopher.greco@kirkland.com; jay@kleinsolomon.com; jjureller@klestadt.com; lkiss@klestadt.com; michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; michael.kim@kobrekim.com; danielle.rose@kobrekim.com; phil.huynh@kobrekim.com; scott.mcculloch@kobrekim.com; boneill@kramerlevin.com; acaton@kramerlevin.com; deggermann@kramerlevin.com; mlandman@lcbf.com; wballaine@lcbf.com; sree@lcbf.com; ekbergc@lanepowell.com; keith.simon@lw.com; david.heller@lw.com; peter.gilhuly@lw.com; james.heaney@lawdeb.com; jamesboyajian@gmail.com; jamesboyajian@gmail.com; gabriel.delvirginia@verizon.net; lisa.solomon@att.net; lkatz@ltblaw.com; wswearingen@llf-law.com; sheehan@txschoollaw.com; sfineman@lchb.com; dallas.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; austin.bankruptcy@publicans.com; peisenberg@lockelord.com; wcurchack@loeb.com; vrubinstein@loeb.com; dbesikof@loeb.com; loizides@loizides.com; robin.keller@lovells.com; chris.donoho@lovells.com; robin.keller@lovells.com; ilevee@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com; twheeler@lowenstein.com; jprol@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com; steele@lowenstein.com; mwarren@mtb.com; jhuggett@margolisedelstein.com; fhyman@mayerbrown.com; msegarra@mayerbrown.com; btrust@mayerbrown.com; msegarra@mayerbrown.com; btrust@mayerbrown.com; fhyman@mayerbrown.com; emerberg@mayerbrown.com; tkiriakos@mayerbrown.com; btrust@mayerbrown.com; fhyman@mayerbrown.com; swolowitz@mayerbrown.com; btrust@mayerbrown.com; jstoll@mayerbrown.com; hbeltzer@mayerbrown.com; cwalsh@mayerbrown.com; btrust@mayerbrown.com; cwalsh@mayerbrown.com; jlamar@maynardcooper.com; kreynolds@mklawnyc.com; mh1@mccallaraymer.com; jnm@mccallaraymer.com; eglas@mccarter.com; kmayer@mccarter.com; wtaylor@mccarter.com; ggitomer@mkbattorneys.com;

ncoco@mwe.com; icatto@mwe.com; phayden@mcguirewoods.com; sfox@mcguirewoods.com; dhayes@mcguirewoods.com; jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; jmr@msf-law.com; mbloemsma@mhjur.com; tslome@msek.com; amarder@msek.com; jmazermarino@msek.com; harrisjm@michigan.gov; michael.frege@cms-hs.com; sdnyecf@dor.mo.gov; steve.ginther@dor.mo.gov; michael.kelly@monarchlp.com; davidwheeler@mvalaw.com; nherman@morganlewis.com; agottfried@morganlewis.com; jgoodchild@morganlewis.com; nissay_10259-0154@mhmjapan.com; lberkoff@moritthock.com; jpintarelli@mofo.com; lmarinuzzi@mofo.com; lmarinuzzi@mofo.com; yuwatoko@mofo.com; tgoren@mofo.com; jpintarelli@mofo.com; lnashelsky@mofo.com; mrothchild@mofo.com; bmiller@mofo.com; bankruptcy@morrisoncohen.com; jsullivan@mosessinger.com; akolod@mosessinger.com; mparry@mosessinger.com; kkolbig@mosessinger.com; rgoodman@moundcotton.com; amh@amhandlerlaw.com; sabvanrooy@hotmail.com; millee12@nationwide.com; jowolf@law.nyc.gov; richard.fingard@newedge.com; ddrebsky@nixonpeabody.com; adarwin@nixonpeabody.com; vmilione@nixonpeabody.com; mberman@nixonpeabody.com; vmilione@nixonpeabody.com; mberman@nixonpeabody.com; cdesiderio@nixonpeabody.com; rpedone@nixonpeabody.com; bankruptcymatters@us.nomura.com; crmomjian@attorneygeneral.gov; mjr1@westchestergov.com; john.mule@ag.state.mn.us; jnadritch@olshanlaw.com; akantesaria@oppenheimerfunds.com; akantesaria@oppenheimerfunds.com; rdaversa@orrick.com; rdaversa@orrick.com; jguy@orrick.com; jguy@orrick.com; korr@orrick.com; dfelder@orrick.com; maustin@orrick.com; rfrankel@orrick.com; rwyron@orrick.com; jguy@orrick.com; dfelder@orrick.com; lmcgowen@orrick.com; rdaversa@orrick.com; tomwelsh@orrick.com; otccorpactions@finra.org; wsilverm@oshr.com; pfeldman@oshr.com; mcyganowski@oshr.com; pfeldman@oshr.com; jar@outtengolden.com; rroupinian@outtengolden.com; wk@pwlawyers.com; chipford@parkerpoe.com; dwdykhouse@pbwt.com; bguiney@pbwt.com; harveystrickon@paulhastings.com; draelson@fisherbrothers.com; sshimshak@paulweiss.com; ddavis@paulweiss.com; chammerman@paulweiss.com; dshemano@peitzmanweg.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; lawallf@pepperlaw.com; meltzere@pepperlaw.com; schannej@pepperlaw.com; arlbank@pbfcm.com; jhorgan@phxa.com; samuel.cavior@pillsburylaw.com; edward.flanders@pillsburylaw.com; nathan.spatz@pillsburylaw.com; dflanigan@polsinelli.com; jbird@polsinelli.com; cward@polsinelli.com; jsmairo@pbnlaw.com; tjfreedman@pbnlaw.com; bbisignani@postschell.com; fbp@ppgms.com; lml@ppgms.com; igoldstein@proskauer.com; jchubak@proskauer.com; mbienenstock@proskauer.com; jchubak@proskauer.com; rbeacher@pryorcashman.com; canelas@pursuitpartners.com; schepis@pursuitpartners.com; susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com; scottshelley@quinnemanuel.com; jrabinowitz@rltlawfirm.com; broy@rltlawfirm.com; gravert@ravertpllc.com; arahl@reedsmith.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com; clynch@reedsmith.com; mvenditto@reedsmith.com; jlscott@reedsmith.com; dgrimes@reedsmith.com; asomers@rctlegal.com; hmagaliff@r3mlaw.com; richard@rwmaplc.com; jshickich@riddellwilliams.com; gmoss@riemerlaw.com; abraunstein@riemerlaw.com; arheaume@riemerlaw.com; roger@rnagioff.com; mark.bane@ropesgray.com; ross.martin@ropesgray.com; philip.wells@ropesgray.com; ecohen@russell.com; russj4478@aol.com; mschimel@sju.edu; cmontgomery@salans.com; lwhidden@salans.com; cbelmonte@ssbb.com; tbrock@ssbb.com;

4

pbosswick@ssbb.com; asnow@ssbb.com; aisenberg@saul.com; jtorf@schiffhardin.com; dkessler@ktmc.com; bdk@schlamstone.com; nlepore@schnader.com; jvail@ssrl.com; lawrence.gelber@srz.com; meghan.breen@srz.com; epearlman@scottwoodcapital.com; sharbeck@sipc.org; cohen@sewkis.com; ashmead@sewkis.com; fsosnick@shearman.com; ned.schodek@shearman.com; ann.reynaud@shell.com; jennifer.gore@shell.com; jennifer.gore@shell.com; jshenwick@gmail.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; mcademartori@sheppardmullin.com; etillinghast@sheppardmullin.com; bwolfe@sheppardmullin.com; mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com; amartin@sheppardmullin.com; rreid@sheppardmullin.com; bwolfe@sheppardmullin.com; bankruptcy@goodwin.com; jtimko@shutts.com; aquale@sidley.com; aunger@sidley.com; rfriedman@silvermanacampora.com; squsba@stblaw.com; sally.henry@skadden.com; fyates@sonnenschein.com; pmaxcy@sonnenschein.com; slerner@ssd.com; smayerson@ssd.com; rterenzi@stcwlaw.com; cgoldstein@stcwlaw.com; j.zelloe@stahlzelloe.com; schager@ssnyc.com; goldenberg@ssnyc.com; marc.chait@sc.com; sstarr@starrandstarr.com; echang@steinlubin.com; eobrien@sbchlaw.com; shgross5@yahoo.com; cp@stevenslee.com; cp@stevenslee.com; mcordone@stradley.com; ppatterson@stradley.com; mcordone@stradley.com; ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; mdorval@stradley.com; ppatterson@stradley.com; djoseph@stradley.com; jmmurphy@stradley.com; landon@streusandlandon.com; villa@streusandlandon.com; streusand@streusandlandon.com; mspeiser@stroock.com; smillman@stroock.com; lhandelsman@stroock.com; dwildes@stroock.com; holsen@stroock.com; cszyfer@stroock.com; wweintraub@stutman.com; kjarashow@stutman.com; lacyr@sullcrom.com; clarkb@sullcrom.com; schwartzmatthew@sullcrom.com; wrightth@sullcrom.com; fritschj@sullcrom.com; scottj@sullcrom.com; paul.turner@sutherland.com; rick.murphy@sutherland.com; bruce.wright@sutherland.com; miller@taftlaw.com; agbanknewyork@ag.tn.gov; marvin.clements@ag.tn.gov; thaler@thalergertler.com; robert.bailey@bnymellon.com; mmorreale@us.mufg.jp; foont@foontlaw.com; yamashiro@sumitomotrust.co.jp; matt@willaw.com; demetra.liggins@tklaw.com; rhett.campbell@tklaw.com; rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com; david.bennett@tklaw.com; mbossi@thompsoncoburn.com; amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; jchristian@tobinlaw.com; wchen@tnsj-law.com; agoldstein@tnsj-law.com; jmakower@tnsj-law.com; neilberger@teamtogut.com; sskelly@teamtogut.com; mlynch2@travelers.com; hollace.cohen@troutmansanders.com; lee.stremba@troutmansanders.com; lee.stremba@troutmansanders.com; bmanne@tuckerlaw.com; mshiner@tuckerlaw.com; linda.boyle@twtelecom.com; jean-david.barnea@usdoj.gov; joseph.cordaro@usdoj.gov; newyork@sec.gov; jacobsonn@sec.gov; dlipke@vedderprice.com; mjedelman@vedderprice.com; easmith@venable.com; sabramowitz@velaw.com; jwest@velaw.com; dkleiner@velaw.com; jeldredge@velaw.com; hsnovikoff@wlrk.com; rgmason@wlrk.com; arwolf@wlrk.com; jdwarner@warnerandscheuerman.com; cbelisle@wfw.com; jfreeberg@wfw.com; richard.krasnow@weil.com; lori.fife@weil.com; robert.lemons@weil.com; jacqueline.marcus@weil.com; rgraham@whitecase.com; tmacwright@whitecase.com; avenes@whitecase.com; eleicht@whitecase.com; azylberberg@whitecase.com; eleicht@whitecase.com; dbaumstein@whitecase.com; rgraham@whitecase.com;

5

mruetzel@whitecase.com; tlauria@whitecase.com; cshore@whitecase.com; jeanites@whiteandwilliams.com; bstrickland@wtplaw.com; dshaffer@wtplaw.com; szuch@wiggin.com; mabrams@willkie.com; mfeldman@willkie.com; aalfonso@willkie.com; rnetzer@willkie.com; dkozusko@willkie.com; mabrams@willkie.com; peter.macdonald@wilmerhale.com; jeannette.boot@wilmerhale.com; craig.goldblatt@wilmerhale.com; lisa.ewart@wilmerhale.com; jbecker@wilmingtontrust.com; cschreiber@winston.com; dmcguire@winston.com; mkjaer@winston.com; dneier@winston.com; dravin@wolffsamson.com; jlawlor@wmd-law.com; jlawlor@wmd-law.com; wmaher@wmd-law.com; rrainer@wmd-law.com; bankr@zuckerman.com