

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

              Debtors.
------------------------------------------------------------X

Case No. 08-13555 (SCC)
Chapter 11

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
             S.S.
COUNTY OF NEW YORK)

      **ROBERT MILLS**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

      That on the 5th day of March, 2014, at approximately the time of 4:07pm, deponent served a true copy of the **LETTER, ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES AND SUBPOENA FOR RULE 2004 EXAMINATION** upon **BROWN BROTHERS HARRIMAN & CO.** at 140 Broadway, New York, NY by personally delivering and leaving the same with **JOHNNY MEJIA,** who informed deponent that he holds the position of Associate – Office of the General Counsel with that company and is authorized by appointment to receive service at that address.

      **JOHNNY MEJIA** is a tan (Hispanic) male, approximately 46 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 185 pounds with gray or black hair and dark eyes.

*Robert Mills*
ROBERT MILLS, 1004298

Sworn to before me this
7th day of March, 2014

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com