UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

---------------------------------------------------------x

## PARTIAL WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | Lehman Brothers International (Europe) (in administration)<br>Level 23<br>25 Canada Square<br>London<br>E14 5LQ<br>United Kingdom |
| Claim Number (if known): | 62786 (**Only to the extent of the securities in Schedule A attached**) |
| Date Claim Filed: | 11/02/2009 |
| Total Amount of Claim Filed: | $3,063,130,884.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim to the extent described above and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Joint Administrator (acting as agent and without personal liability) |
|---|---|
| Printed Name:<br>RUSSELL DOWNS | Dated:<br>10/3/14 |

//

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Name of Debtor and Case Number:*
Fill in the name of the debtor in the bankruptcy case, and the bankruptcy case number. A list of the Debtors and their cases numbers is provided below.

| | | | | | |
|---|---|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC | 08-13904 | Lehman Scottish Finances L.P. |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC | 08-13664 | PAMI Statler Anns LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC | 08-13902 | Lehman Brothers Financial Products Inc. |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13893 | Lehman Brothers OTC Derivative Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l | 09-17331 | Merit LLC |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC | 09-17503 | LB Somerset LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation | 09-17505 | LB Preferred Somerset LLC |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC | | |

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, If any, of the creditor or other person authorized to file this withdrawal or claim (attach copy of power of attorney, if any).**

**THIS FORM MUST BE SENT TO EPIQ BANKRUPTCY SOLUTIONS LLC, THE DEBTORS' AUTHORIZED CLAIMS AND NOTICING AGENT AT:**

**Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, New York 10017**

//

| Schedule A | | | |
|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Notional or Units | Claim Filed Amt |
| DE000A0MGTT0 | 6032586 | 7,306 | tbc |
| DE000A0MGTU8 | 6032585 | 5,981 | tbc |
| DE000A0MJH02 | 6032583 | 2,628 | tbc |
| DE000A0MJHZ6 | 6032584 | 2,230 | tbc |
| IE00B0T0GR92 | 6035138 | 300 | tbc |
| XS0243200143 | 6032165 | 530,000 | 533,308 |
| XS0312462459 | 6032290 | 90,000 | 127,656 |
| | | 638,445 | 660,964 |