# UNITED STATES BANKRUPTCY COURT

In re Lehman Commercial Paper Inc.,                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed file under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

**MSREF Turque S.A.R.L.**                              **Morgan Stanley Mortgage Servicing Limited**

_____                       _____
Name of Transferee                                    Name of Transferor

Name and Address where notices to                     Court Claim # (if known): 28322
transferee should be sent:

64, Avenue de la Liberté, L-1930
Luxembourg                                                          lodged against Lehman
                                                      Commercial Paper Inc. (08-13900)

                                                      Amount of Claim: $ not less than
                                                      $3,842,497.34

                                                      Date Claim Filed: September 22 2009

                                                      Phone:_____
Last Four Digits of Acct #: N/A                       Last Four Digits of Acct#: N/A

Name and Address where transferee
payments should be sent (if different from
above):

Same as Above

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 5 March 2014
Transferee/Transferee's Agent

Manager

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
           Southern District of New York ("Bankruptcy Court")
           Attn:    Clerk

AND TO:    Lehman Commercial Paper Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 28322

**Morgan Stanley Mortgage Servicing Limited**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **MSREF Turque S.A.R.L.**
> 64, Avenue de la Liberté
> L-1930
> Luxembourg

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $3,842,497.34 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 5 March , 2014.

**SELLER**

**MORGAN STANLEY MORTGAGE SERVICING LIMITED**


By:_____
    Name:
    Title:

**BUYER**

**MSREF TURQUE S.A.R.L.**


By:_____
    Name:
    Title:    Stefan Koch
               *Manager*

912523241

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
           Southern District of New York ("Bankruptcy Court")
           Attn:   Clerk

AND TO:   Lehman Commercial Paper Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 28322

**Morgan Stanley Mortgage Servicing Limited**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **MSREF Turque S.A.R.L.**
> 64, Avenue de la Liberté
> L-1930
> Luxembourg

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $3,842,497.34 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 5 MARCH , 2014.

**SELLER**

**BUYER**

MORGAN STANLEY MORTGAGE SERVICING LIMITED

MSREF TURQUE S.A.R.L.

By: _____
    Name: KUMARESH THIRU
    Title: EXECUTIVE DIRECTOR

By: _____
    Name:
    Title:

**MSREF Turque S.à r.l.**
*Société à responsabilité limitée*
64 avenue de la liberté, L-1930 Luxembourg
R.C.S. Luxembourg: B 117.220
Share capital: EUR 5,706,575

5 March 2014

Dear Sirs

**Notice of assignment of a claim against LCPI**

We write to give you notice that Morgan Stanley Mortgage Servicing Limited ("**MSMSL**"), whose registered office is at 20 Bank Street, Canary Wharf, London E14 4AD has by an assignment dated 5 March 2014 and made between MSMSL and ourselves assigned to us absolutely all of its title to its claim against you as described in the attached proof of claim.

Yours faithfully

.....................................................
Duly authorised for and on behalf of
MSREF Turque S.A.R.L.

**Stefan Koch**
*Manager*

912526598                                   2