# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed file under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

**MSREF Turque S.A.R.L.**                    **Morgan Stanley Mortgage Servicing
                                             Limited**

_____            _____
Name of Transferee                          Name of Transferor


Name and Address where notices to           Court Claim # (if known): 28323
transferee should be sent:
                                                        lodged against Lehman
64, Avenue de la Liberté, L-1930            Brothers Holdings Inc. (08-13555)
Luxembourg
                                            Amount of Claim: $ not less than
                                            $3,842,497.34

                                            Date Claim Filed: September 22 2009



                                            Phone:_____
                                            Last Four Digits of Acct#: N/A
Last Four Digits of Acct #: N/A

Name and Address where transferee
payments should be sent (if different from
above):

Same as Above

Last Four Digits of Acct #: N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____    Date: 5 March 2014 _____
    Transferee/Transferee's Agent
    **Stefan Koch**
    *Manager*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

912522873

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:    Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 28323

**Morgan Stanley Mortgage Servicing Limited**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**MSREF Turque S.A.R.L.**
64, Avenue de la Liberté
L-1930
Luxembourg

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $3,842,497.34 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 5 March, 2014.

**SELLER**

**MORGAN STANLEY MORTGAGE SERVICING LIMITED**

By:_____
    Name:
    Title:

**BUYER**

**MSREF TURQUE S.A.R.L.**

By:_____
    Name:
    Title:
                **Stefan Koch**
                *Manager*

912523203.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of New York ("Bankruptcy Court")
       Attn:    Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 28323

**Morgan Stanley Mortgage Servicing Limited**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

           **MSREF Turque S.A.R.L.**
           64, Avenue de la Liberté
           L-1930
           Luxembourg

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $3,842,497.34 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 5 MARCH, 2014.

SELLER                                    BUYER

MORGAN STANLEY MORTGAGE SERVICING         MSREF TURQUE S.A.R.L.
LIMITED

By: _____              By: _____
    Name: KUMARESH THIRU                      Name:
    Title: EXECUTIVE DIRECTOR                 Title:

**MSREF Turque S.à r.l.**
*Société à responsabilité limitée*
64 avenue de la liberté, L-1930 Luxembourg
R.C.S. Luxembourg: B 117.220
Share capital: EUR 5,706,575

5 March 2014

Dear Sirs

**Notice of assignment of a claim against LBHI**

We write to give you notice that Morgan Stanley Mortgage Servicing Limited ("**MSMSL**"), whose registered office is at 20 Bank Street, Canary Wharf, London E14 4AD has by an assignment dated 5 March 2014 and made between MSMSL and ourselves assigned to us absolutely all of its title to its claim against you as described in the attached proof of claim

Yours faithfully

Duly authorised for and on behalf of
MSREF Turque S.A.R.L

**Stefan Koch**
*Manager*

912526598                                              3