UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (SCC)
                                                :
                        Debtors.                :   (Jointly Administered)
                                                :
------------------------------------------------------------x   Ref. Docket No. 43392

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2014, I caused to be served the "Supplemental Order Granting Four Hundred Forty-Eighth Omnibus Objection to Claims (Reduce and Allow Claims)," dated March 4, 2014 [Docket No. 43392], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Carol Zhang
                                              Carol Zhang

Sworn to before me this
6th day of March, 2014

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\Supp Ord 448th Omni Obj_ DI_43392_AFF_3-5-14_KH.doc

# EXHIBIT A

*LBH (D.I. 43392)_3-5-14*

WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT
INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS
TRUSTEE OF THE LB-UBS COMMERICIAL MORTGAGE
TRUST 2004-C4
C/O WELLS FARGO BANK, NA
ATTN: MARY SOHLBERG, MAC N9311-161
625 MARQUETTE AVENUE
MINNEAPOLIS   MN 55479

*LBH (D.I. 43392)_3-5-14*

FAEGRE & BENSON LLP
(COUNSEL: WELLS FARGO BANK, NA )
C/O MICHAEL F. DOTY
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN  55402

*LBH (D.I. 43392)_3-5-14*

U.S. BANK NATIONAL ASSOCIATION
NOT INDIVIDUALLY, BUT SOLELY IN ITS CAPACITY AS
SUCCESSOR TTEE LB-UBS COMMERCIAL MORTGAGE TR,
2004-C4 GLOBAL CORPORATE TRUST SERVICES
ATTN: CHRISTOPHER NUXOLL
190 S. LASALLE STREET, 7TH FLOOR
CHICAGO  IL  60603-1174