Craig J. Albert
ALBERT PLLC
733 Third Avenue, 15th Floor
New York, NY 10017
Tel.:    (646) 790-5840
*Attorneys for Edward J. Agostini Living Trust*
*Dated May 12, 2000, Sylvia Agostini Living Trust*
*Dated May 12, 2000, and Edward J. Agostini and*
*Sylvia Agostini  as Joint Tenants with Right of Survivorship*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF MOTION OF THE AGOSTINI PARTIES PURSUANT TO 11 U.S.C. §§ 105 AND 362 FOR RELIEF FROM THE AUTOMATIC STAY AND FOR AN ORDER DIRECTING LEHMAN BROTHERS OTC DERIVATIVES, INC. TO RELEASE AND RETURN NONESTATE PROPERTY

PLEASE TAKE NOTICE that The Edward J. Agostini Living Trust Dated May 12, 2000,

the Sylvia Agostini Living Trust Dated May 12, 2000, and Edward J. Agostini and Sylvia

Agostini as Joint Tenants with Right of Survivorship, by and through, by and through counsel,

Albert PLLC, hereby withdraw with prejudice their *Motion Pursuant To 11 U.S.C. §§ 105 And*

*362 For Relief From The Automatic Stay And For An Order Directing Lehman Brothers OTC*

*Derivatives, Inc. To Release And Return Non-Estate Property* [ECF No. 24769].

10034

Dated: New York, New York
      March 11, 2014

ALBERT PLLC

/s/ Craig J. Albert

By: _____
Craig J. Albert
733 Third Avenue, 15th Floor
New York, New York 10017
(646) 790-5840
*Attorneys for Edward J. Agostini Living Trust Dated May 12, 2000, Sylvia Agostini Living Trust Dated May 12, 2000, and Edward J. Agostini and Sylvia Agostini as Joint Tenants with Right of Survivorship*