STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Constantine D. Pourakis
E-mail: cp@stevenslee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| | : (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 17206

Please note on the claims docket in the above-captioned case that RAIFFEISENLANDESBANK NÖ-WIEN AG hereby withdraws the following Proof of Claim:

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. (Case No. 08-13555) |
| Creditor Name and Address: | RAIFFEISENLANDESBANK NÖ-WIEN AG<br>ATTN: LEGAL DEPARTMENT<br>1020 WIEN, FRIEDRICH-WILHELM-RAIFFEISEN-PLATZ 1<br>VIENNA, AUSTRIA |
| Claim Number: | 17206 |
| Date Claim Filed: | 09/18/2009 |
| Total Amount of Claim Filed: | $440,629.65 |

Dated: New York, New York
March 11, 2014

        STEVENS & LEE, P.C.

        By: */s/ Constantine D. Pourakis*
            Constantine D. Pourakis
            485 Madison Avenue, 20th Floor
            New York, NY  10022
            Telephone:  (212) 319-8500
            E-mail:  cp@stevenslee.com

Counsel for Raiffeisenlandesbank NÖ-Wien AG