STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Constantine D. Pourakis
E-mail: cp@stevenslee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
In re                                              : Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC.,                     : Case No. 08-13555 (SCC)
*et al.*,                                          :
                                                   : (Jointly Administered)
            Debtors.                               :
------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 17207

Please note on the claims docket in the above-captioned case that RAIFFEISENLANDESBANK NÖ-WIEN AG hereby withdraws the following Proof of Claim:

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | RAIFFEISENLANDESBANK NÖ-WIEN AG<br>ATTN: LEGAL DEPARTMENT<br>1020 WIEN, FRIEDRICH-WILHELM-RAIFFEISEN-PLATZ 1<br>VIENNA, AUSTRIA |
| Claim Number: | 17207 |
| Date Claim Filed: | 09/18/2009 |
| Total Amount of Claim Filed: | $1,361,343.41 |

03/11/2014 SL1 1290475v1 104081.00001

Dated: New York, New York
March 11, 2014

        STEVENS & LEE, P.C.

        By: */s/ Constantine D. Pourakis*
            Constantine D. Pourakis
            485 Madison Avenue, 20th Floor
            New York, NY 10022
            Telephone: (212) 319-8500
            E-mail: cp@stevenslee.com

Counsel for Raiffeisenlandesbank NÖ-Wien AG