WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (SCC)**
                                                               :
        Debtors.                                          :    **(Jointly Administered)**
                                                               :
------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746**
**REGARDING MOTION PURSUANT TO SECTIONS 105(a) AND**
**1142(b) OF THE BANKRUPTCY CODE TO DEEM LEHMAN**
**BROTHERS HOLDINGS INC.'S SCHEDULE OF LIABILITIES AMENDED**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

    Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures* (the "Second Amended Case Management Order") [ECF No. 9635], the undersigned hereby certifies as follows:

    1.  On February 28, 2014, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), filed with this Court the *Motion Pursuant to Sections 105(a) and 1142(b) of the Bankruptcy Code to Deem*

*Lehman Brothers Holdings Inc.'s Schedule of Liabilities Amended* (the "<u>Motion</u>") [ECF No. 43364].

2. In accordance with the Second Amended Case Management Order, March 10, 2014 at 4:00 p.m. (Prevailing Eastern Time) was established as the deadline for parties to object or file responses to the Motion (the "<u>Objection Deadline</u>"). The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Objection Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the Motion has been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, nor has any objection or other responsive pleading with respect to the Motion been served on the Plan Administrator's counsel.

4. Accordingly, for the reasons set forth in the Motion, the Plan Administrator respectfully request that the proposed Order annexed hereto as <u>Exhibit A</u> and unmodified since the filing of the Motion, be entered in accordance with the procedures

described in the Second Amended Case Management Order.

     5.    I declare that the foregoing is true and correct.

Dated: March 11, 2014
      New York, New York

                /s/ Jacqueline Marcus
                Jacqueline Marcus

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates

## **EXHIBIT A**

**(Proposed Order – ECF No. 43364)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                    :
In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :    08-13555 (JMP)
                                                                    :
                         Debtors.                                   :    (Jointly Administered)
                                                                    :
-----------------------------------------------------------------x

## ORDER PURSUANT TO SECTIONS 105(a) AND 1142(b) OF THE BANKRUPTCY CODE DEEMING LEHMAN BROTHERS HOLDINGS INC.'S SCHEDULE OF LIABILITIES AMENDED

Upon the motion, dated February 28, 2014 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code (the "Bankruptcy Code") to deem LBHI's Schedule F amended with respect to the Scheduled Claim, all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of LBHI, its creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that LBHI's Schedule F shall be deemed amended with respect to the Scheduled Claim as set forth on Exhibit 1 hereto; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the claims and noticing agent, Epiq Bankruptcy Solutions LLC, is authorized and directed to modify the official claims register as necessary to implement the relief granted in this Order; and it is further

ORDERED that the Plan Administrator is authorized to take any and all actions reasonably necessary or appropriate to effectuate the modification of the Schedules and the reduction of the Scheduled Claim as authorized herein in order to ensure proper Distributions on account of the Scheduled Claim under the Plan; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated:  March__, 2014
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

## Schedule F
### Creditors Holding Unsecured Nonpriority Claims
### Debt

| Agent / Trustee Name | CUSIP Number | Address 1 | Address 2 | City | State | Zip | Country | Description of Indenture | Contingent | Unliquidated | Disputed | Originally Scheduled Principal Amount Outstanding | Originally Scheduled Accrued Interest (USD) | Originally Scheduled Total Amount | Amended Principal Amount Outstanding | Amended Accrued Interest (USD) | Amended Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank of New York, The | XSO224346592 | One Canada Square | Canary Wharf | London | | E14 5AL | United Kingdom | Plain Vanilla Long Term Debt – 7 YR Floater Benchmark | | | | $2,832,649,885 | $22,929,044.12 | $2,855,578,929.12 | $2,825,583,514 | $22,871,844.98 | $2,848,455,358.98 |

US_ACTIVE:\44442465\1\58399.0011