

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re Lehman Brothers Holdings Inc., et al.,

                Debtor

Case No. 08-13555 (SCC)

AFFIDAVIT OF SERVICE

----------------------------------------------------------X
STATE OF ILLINOIS  )
                S.S.:
COUNTY OF COOK  )

      SCOTT HALL, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 6th day of March, 2014, at approximately 3:40 pm, deponent served a true copy of the **COVER LETTER, SUBPOENA FOR RULE 2004 EXAMINATION, AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **THE NORTHERN TRUST COMPANY** at 50 S. LaSalle Street, Chicago, IL, by personally delivering and leaving the same with **JENNIFER CLARKE**, who informed deponent that she is a Paralegal Officer and is authorized by appointment to receive service at that address.

      **JENNIFER CLARKE** is a white female, approximately 45-50 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with blonde hair, and wears glasses.

_____
SCOTT HALL

Sworn to before me this
___ day of March, 2014

_____
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com