**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re Lehman Brothers Holdings Inc., et al.,

        Debtor

Case No. 08-13555 (SCC)

AFFIDAVIT OF SERVICE

------------------------------------------------------------X

STATE OF MASSACHUSETTS  )
        S.S.:
COUNTY OF SUFFOLK        )

      MICHAEL L. NOBLE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 5th day of March, 2014, at approximately 1:23 pm, deponent served a true copy of the **COVER LETTER, SUBPOENA FOR RULE 2004 EXAMINATION, AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **STATE STREET BANK AND TRUST COMPANY** c/o CT Corp. at 155 Federal Street, Suite 700, Boston, MA, by personally delivering and leaving the same with **JOSEPH DESCAVICH**, who informed deponent that he is a Corporate Operations Specialist and is authorized by appointment to receive service at that address.

      **JOSEPH DESCAVICH** is a white male, approximately 32 years of age, stands approximately 5 feet 11 inches tall, and weighs approximately 200 pounds with brown hair.

_____
MICHAEL L. NOBLE

Sworn to before me this
7th day of March, 2014

_____
NOTARY PUBLIC



MARK K. ALLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires January 1, 2021

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com