WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (SCC)
:
Debtors.                                         :    (Jointly Administered)
:
------------------------------------------------------------------x

## NOTICE OF JOINT DOCUMENTARY APPENDIX

Dated:  March 11, 2014
        New York, New York

                                            /s/ Ralph I. Miller
                                            Ralph I. Miller

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

*In re Lehman Brothers Holdings Inc., et al.*
Joint Documentary Appendix Pursuant to ¶9(f) of the Evidentiary Hearing Procedures [ECF No. 42176]
**LBHI'S EXHIBIT LIST**
**(3/11/2014)**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | LBHI EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 2 | LBHI0001 | 1/28/2014 | Declaration Of Ralph I. Miller In Support Of Memorandum Of Law In Support Of Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth And Two Hundred Seventh Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) (Incl. Exhibits A-F) | | |
| 3 | | 10/2/2013 | Exhibit A to Declaration Of Ralph I. Miller, Order Approving Stipulation of Facts Regarding RSUs and CSAs, Including the Tax and Accounting Treatment of RSUs and CSAs, dated October 2, 2013 (with attached Stipulation and exhibits), [ECF No. 40263] | | |
| 4 | | 12/21/2011 | Exhibit B to Declaration Of Ralph I. Miller, Hearing Transcript, *In re Lehman Bros. Holdings, Inc.*, No. 08-13555-jmp (Bankr. S.D.N.Y. Dec. 21, 2011), [ECF No. 23741] | | |
| 5 | | | Exhibit C to Declaration Of Ralph I. Miller, Lehman Brothers 2005 Equity Award Program For Bonus-Eligible and Production-Based Employees | LEH-RSU 0022573 | LEH-RSU 0022584 |
| 6 | | 2/13/2006 | Exhibit D to Declaration Of Ralph I. Miller, Excerpts from LBHI's 2005 Form 10-K for Fiscal Year ended November 30, 2005, dated February 13, 2006 | LEH-RSU 0005994 | LEH-RSU 0005994 |
| 7 | | 11/8/2007 | Exhibit E to Declaration Of Ralph I. Miller, Lehman Brothers Holdings Inc. Employee Incentive Plan as amended through November 8, 2007 | LEH-RSU 0000254 | LEH-RSU 0000262 |
| 8 | | 3/29/2013 | Exhibit F to Declaration Of Ralph I. Miller, Letter from Karen M. Simon Kreiger to Honorable James M. Peck, Robert J. Lemons, Esq., and Mark Bernstein, Esq., dated March 29, 2013 re: Participation in RSU Claims Discovery in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interest: Karen M. Simon Krieger – Claim Number: 18087 in the amount of $164.319.52, sent in response to LBHI's Discovery Requests (without production enclosures) | | |
| 9 | LBHI0002 | 3/4/2014 | Supplemental Declaration Of Ralph I. Miller in Support Of LBHI's Opposition To Claimants' Opening Memoranda Regarding Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth And Two Hundred Seventh Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) (Incl. Exhibits A-E) | | |
| 10 | | 6/30/1995 | Exhibit A to Supplemental Declaration Of Ralph I. Miller, Excerpts from Enron Corporation's 1995 Form S-8, dated June 30, 1995 | | |
| 11 | | | Exhibit B to Supplemental Declaration Of Ralph I. Miller, 2004 Stock Option Award Agreement Evidencing A Grant of Nonqualified Stock Option - Managing Directors | LEH-RSU 0002313 | LEH-RSU 0002316 |
| 12 | | | Exhibit C to Supplemental Declaration Of Ralph I. Miller, 2005 Stock Option Award Agreement Evidencing A Grant of Nonqualified Stock Option - Senior Vice-Presidents | LEH-RSU 0002403 | LEH-RSU 0002406 |
| 13 | | 1/5/2014 | Exhibit D to Supplemental Declaration Of Ralph I. Miller, Motion for Leave to File A Response Out of Time with an attached Objection to Disallowing and Expunging Claim Number 1773500 filed by Thomas C. McBarron in *In re Enron Corp., et al.*, No. 0116034 (AJG) (Bankr. S.D.N.Y. Jan. 5, 2004), [ECF Doc 15647] | | |
| 14 | | 8/21/2007 | Exhibit E to Supplemental Declaration Of Ralph I. Miller, Summons and Verified Complaint for Breach of Contract and Other Claims Against Defendants in *Berkowitz v. Club Ventures Investments LLC, et al.*, No. 07-602824 (N.Y.S. Aug. 21, 2007), [NYSCEF DOC. NO. 2] | | |
| 15 | LBHI0003 | 3/4/2014 | Declaration of John Tuosto in Support Of LBHI's Opposition To Claimants' Opening Memoranda Regarding Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth And Two Hundred Seventh Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) (Incl. Exhibit A) | | |
| 16 | | | Exhibit A to Declaration Of John Tuosto, Spreadsheet Identifying Cash Paid to Certain Former NB Employees | | |

In re Lehman Brothers Holdings Inc., et al.
Joint Documentary Appendix Pursuant to ¶9(f) of the Evidentiary Hearing Procedures [ECF No. 42176]
**CLAIMANTS' EXHIBIT LIST**
**(3/11/2014)**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | CL EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 2 | CL0001 | 10/2/2013 | Order Approving Stipulation of Facts Regarding RSUs and CSAs, Including the Tax and Accounting Treatment of RSUs and CSAs, dated October 2, 2013 (with attached Stipulation and exhibits), [ECF No. 40263] | | |
| 3 | | 6/3/1999 | Exhibit 1 to Stipulation, Employment contract with Managing Director Claimant with identifying information redacted | LS CLMT-RSU 000005 | LS CLMT-RSU 000006 |
| 4 | | 5/4/2007 | Exhibit 2 to Stipulation, Emploment contract with Claimant with identifying information redacted | S&S CLMT-RSU 000296 | S&S CLMT-RSU 000297 |
| 5 | | | Exhibit 3 to Stipulation, Lehman Brothers 2003 Equity Award Program for Senior Vice President | LEH-RSU 0015888 | LEH-RSU 0015902 |
| 6 | | | Exhibit 4 to Stipulation, Lehman Brothers 2003 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0015051 | LEH-RSU 0015054 |
| 7 | | | Exhibit 5 to Stipulation, Lehman Brothers 2004 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units (Investment Representatives) | LEH-RSU 0014329 | LEH-RSU 0014332 |
| 8 | | | Exhibit 6 to Stipulation, 2005 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0000108 | LEH-RSU 0000111 |
| 9 | | | Exhibit 7 to Stipulation, 2006 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0017757 | LEH-RSU 0017761 |
| 10 | | | Exhibit 8 to Stipulation, 2007 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0000278 | LEH-RSU 0000282 |
| 11 | | | Exhibit 9 to Stipulation, 2003 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0007228 | LEH-RSU 0007231 |
| 12 | | | Exhibit 10 to Stipulation, 2004 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0001054 | LEH-RSU 0001057 |
| 13 | | | Exhibit 11 to Stipulation, 2005 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0001082 | LEH-RSU 0001085 |
| 14 | | | Exhibit 12 to Stipulation, 2006 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0019153 | LEH-RSU 0019158 |
| 15 | | | Exhibit 13 to Stipulation, 2007 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0000263 | LEH-RSU 0000268 |
| 16 | | | Exhibit 14 to Stipulation, 2008 Equity Award Program - Questions and Answers for Bonus-Eligible Employees and Production-Based Employees | LEH-RSU 0000927 | LEH-RSU 0000942 |
| 17 | | | Exhibit 15 to Stipulation, 2008 Equity Award Program - Questions and Answers for Bonus-Eligible and Production-Based Employees | LEH-RSU 0000911 | LEH-RSU 0000926 |
| 18 | | | Exhibit 16 to Stipulation, Lehman Brothers 2005 Total Compensation Statement, with identifying information redacted | S&S CLMT-RSU 000124 | S&S CLMT-RSU 000124 |
| 19 | | | Exhibit 17 to Stipulation, Lehman Brothers 2006 Total Compensation Statement (with identifying information redacted) used for overseas employees | S&S CLMT-RSU 000046 | S&S CLMT-RSU 000046 |
| 20 | | | Exhibit 18 to Stipulation, FY 2008 compensation statement with identifying information redacted | | |
| 21 | | | Exhibit 19 to Stipulation, FY 2008 compensation statement with identifying information redacted | | |
| 22 | | 4/14/2004 | Exhibit 20 to Stipulation, Email from Mark Gross to James Emmert with subject "FW: Based on your most excellent feedback, Ian has made some changes to the document" and attaching a presentation entitled "Stock Awards Overview 0413a.ppt" | LEH-RSU 0014995 | LEH-RSU 0014995 |
| 23 | | | Exhibit 21 to Stipulation, Page 6 of the presentation "Stock Awards Overview 0413a.ppt" attached to Mark Gross' email, Exhibit 20 to Stipulation | LEH-RSU 0015001 | LEH-RSU 0015001 |
| 24 | CL0002 | | Guide to Working at Lehman Brothers | LEH-RSU 0000292 | LEH-RSU 0000330 |
| 25 | CL0003 | 10/3/2006 | LBHI Minutes of the Compensation and Benefits Committee October 3, 2006, redacted in part | LEH-RSU 0000588 | LEH-RSU 0000609 |
| 26 | CL0004 | 11/14/2006 | LBHI Minutes of the Compensation and Benefits Committee November 14, 2006, redacted in part | LEH-RSU 0000714 | LEH-RSU 0000735 |
| 27 | CL0005 | 7/1/2008 | 2008 Equity Award Program -- Questions and Answers for Bonus-Eligible and Production-Based Employees | LEH-RSU 0000911 | LEH-RSU 0000926 |
| 28 | CL0006 | 9/1/2004 | Max J. Schwarz, *A Primer on Stock-Based Compensation and Selected Recent Developments, contained in Hot Issues in Executive Compensation 2004*, PLI Tax Law & Estate Planning Course Handbook Series, 642 PLI/Tax 57 | | |

08-13555-mg    Doc 43513    Filed 03/11/14    Entered 03/11/14 17:53:53    Main Document
Pg 4 of 7
In re Lehman Brothers Holdings Inc., et al.
Joint Documentary Appendix Pursuant to ¶9(f) of the Evidentiary Hearing Procedures [ECF No. 42176]

**CLAIMANTS' EXHIBIT LIST**
**(3/11/2014)**

|    | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | CL EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 29 | CL0007 | | J. Slain & H. Kripke, *The Interface between Securities Regulation and Bankruptcy - Allocating the Risk of Illegal Securities Issuance between Security holders and the Issuer's Creditors* | | |
| 30 | CL0008 | | C. Edgar Adkins, Jr. & Jeffrey A. Martin, *Restricted Stock: The Tax Impact on Employers and Employees*, 107 J. Tax. 224 (2007) | | |
| 31 | CL0009 | | Weil, Gotshal & Manges LLP, Bankruptcy Blog, *Tightening the Golden Handcuffs: Forfeiture Provisions in Stock; Voluntary Plans*, April 5, 2004, New York Law Journal | | |
| 32 | CL0010 | 12/2/2008 | Wall Street Journal article, "The Nine Lives of Neuberger Berman Management" | | |
| 33 | CL0011 | 1/27/2014 | Declaration of Judith Ann Kenney (Incl. Exhibit A) | | |
| 34 | | 6/27/2001 | Exhibit A to J. Kenney Declaration, Kenney Employment Agreement with Neuberger Berman | | |
| 35 | CL0012 | 12/21/2011 | Hearing Transcript, *In re Lehman Brothers Holdings, Inc.*, No. 08-13555-jmp, [12/27/2011] [ECF. No. 23741] | | |
| 36 | CL0013 | 5/31/2012 | Hearing Transcript, *In re Lehman Brothers Holdings, Inc.*, No. 08-13555-jmp, [6/14/2012] [ECF. No. 28434] | | |
| 37 | CL0014 | 1/27/2014 | Declaration of Henry Ramallo (Incl. Exhibit A) | | |
| 38 | | 8/19/2003 | Exhibit A to Ramallo Declaration, Form of Neuberger Berman, Inc. Retention Bonus Pool Award Agreement (Ramallo) | | |
| 39 | CL0015 | 1/27/2014 | Declaration of Stephanie Stiefel (Incl. Exhibit A-B) | | |
| 40 | | 8/2/1999 | Exhibit A to Stiefel Declaration, Neuberger Berman Inc. Stockholders Agreement | NB 00077 | NB 00101 |
| 41 | | 10/31/2003 | Exhibit B to Stiefel Declaration, Amended and Restated Stockholders Agreement | LEH-RSU-CL 0000697 | LEH-RSU-CL 0000719 |
| 42 | CL0016 | 2/27/2014 | Affidavit of Madelyn Antoncic, Ph.D. | | |
| 43 | CL0017 | 3/4/2014 | Declaration of Riccardo Banchetti | | |
| 44 | CL0018 | 2/28/2014 | Declaration of Michele Bareggi | | |
| 45 | CL0019 | 3/5/2014 | Declaration of Paola Biraschi | | |
| 46 | CL0020 | 3/4/2014 | Declaration of Claimant Donald J. Boughrum In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 47 | CL0021 | 3/4/2014 | Affidavit of Timothy A. Burke | | |
| 48 | CL0022 | 3/3/2014 | Declaration of Claimant Virgilio Casuple In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity (Incl. Exhibits A-C) | | |
| 49 | | | Exhibit A to Casuple Declaration, Employment contract with Casuple | | |
| 50 | | | Exhibit B to Casuple Declaration, Proof of Claim For for Claim 34326 | | |
| 51 | | | Exhibit C to Casuple Declaration, Lehman Brothers Executive Compensation Summary for Casuple | LEH-RSU-CL 0000014 | |
| 52 | CL0023 | 3/4/2014 | Declaration of Claimant Darian J. Cohen In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Or Subordinate Compensation Claims As Equity (Incl. Exhibits A-B) | | |
| 53 | | | Exhibit A to Cohen Declaration, Proof of Claim Form for Claim 16153 | | |
| 54 | | | Exhibit B to Cohen Declaration, Epiq System Claims Search Results | | |
| 55 | CL0024 | 3/4/2014 | Declaration of Claimant Joseph G. D'Amadeo In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 56 | CL0025 | 3/4/2014 | Affidavit of Nachiketa Das | | |
| 57 | CL0026 | 3/3/2014 | Declaration of Claimant Nestor De Jesus In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 58 | | | Exhibit 1 to Declaration of Claimant Nestor De Jesus, Proof of Claim Form | | |
| 59 | CL0027 | 3/3/2014 | Declaration of Philippe Dufornier | | |

08-13555-mg    Doc 43513    Filed 03/11/14    Entered 03/11/14 17:53:53    Main Document
Pg 5 of 7

*In re Lehman Brothers Holdings Inc., et al.*
**Joint Documentary Appendix Pursuant to ¶9(f) of the Evidentiary Hearing Procedures [ECF No. 42176]**
**CLAIMANTS' EXHIBIT LIST**
**(3/11/2014)**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | CL EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 60 | CL0028 | 3/4/2014 | Declaration of Claimant Steven Engel In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 61 | CL0029 | 3/3/2014 | Declaration of Claimant Michael Gran In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 62 | CL0030 | 3/4/2014 | Affidavit of Peter Hornick | | |
| 63 | CL0031 | 3/4/2014 | Declaration of Claimant Julian Iragorri In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 64 | CL0032 | 3/4/2014 | Declaration of Claimant Lars P. Jacobson in Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Or Subordinate Compensation Claims As Equity (Incl. Exhibits A-B) | | |
| 65 | | | Exhibit A to Declaration of Claimant Lars P. Jacobson, Proof of Claim Form | | |
| 66 | | | Exhibit B to Declaration of Claimant Lars P. Jacobson, Epiq System Claims Search Results | | |
| 67 | CL0033 | 3/3/2014 | Declaration of Claimant Harriet Chan King In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 68 | CL0034 | 3/4/2014 | Declaration of Claimant Karen M. Simon Krieger In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 69 | | | Exhibit 1 to Declaration of Claimant Karen M. Simon Krieger, Proof of Claim Form for Claim 9876 | | |
| 70 | CL0035 | 3/4/2014 | Declaration of Claimant Mary E. Langevin in Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Or Subordinate Compensation Claims As Equity (Incl. Exhibits A-B) | | |
| 71 | | | Exhibit A to Declaration of Claimant Mary E. Langevin, Employment contract with Mary E. Langevin | | |
| 72 | | | Exhibit B to Declaration of Claimant Mary E. Langevin, Proof of Claim Form for Claim 24675 | | |
| 73 | CL0036 | 3/1/2014 | Declaration of Claimant Nicole Lawrence In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 74 | CL0037 | 3/3/2014 | Affidavit of Michael Lawsky | | |
| 75 | CL0038 | 3/4/2014 | Declaration of Claimant Michael K. McCully In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 76 | | | Exhibit 1 to Declaration of Claimant Michael K. McCully, Proof of Claim Form for Claim 32794 | | |
| 77 | CL0039 | 3/3/2014 | Declaration of Claimant Brian Monahan In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 78 | CL0040 | 3/1/2014 | Declaration of Claimant H. Morgan Lawrence In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 79 | CL0041 | 3/4/2014 | Declaration of Richard Noble | | |

In re Lehman Brothers Holdings Inc., et al.
Joint Documentary Appendix Pursuant to ¶9(f) of the Evidentiary Hearing Procedures [ECF No. 42176]
**CLAIMANTS' EXHIBIT LIST**
**(3/11/2014)**

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | CL EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 80 | CL0042 | 3/4/2014 | Declaration of Claimant Helmut Olivier In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 81 | | | Exhibit 1 to Declaration of Claimant Helmut Olivier, Proof of Claim Form for Claim 14855 | | |
| 82 | CL0043 | 3/3/2014 | Declaration of Anke Parr | | |
| 83 | CL0044 | 3/4/2014 | Declaration of Claimant Michael J. Petrucelli In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 84 | | | Exhibit 1 to Declaration of Claimant Michael J. Petrucelli, Proof of Claim Form for Claim 5770 | | |
| 85 | CL0045 | 3/4/2014 | Declaration of Claimant Barry Porter In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 86 | CL0046 | 3/4/2014 | Affidavit of Vincent Primiano | | |
| 87 | CL0047 | 3/4/2014 | Declaration of Claimant Sandy Fleischman Richman In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 88 | | | Exhibit 1 to Declaration of Claimant Sandy Fleischman Richman, Proof of Claim Form for Claim 8530 | | |
| 89 | CL0048 | 3/4/2014 | Declaration of Claimant Roger Saks In Opposition To Debtors' 176th Omnibus Objection To Reclassify Proofs Of Claim As Equity Interests, Or Alternatively, To Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| 90 | CL0049 | 3/3/2014 | Declaration of Claimant Amit Kumar Sarkar In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity (Incl. Exhibit A) | | |
| 91 | | | Exhibit A to Declaration of Claimant Amit Kumar Sarkar, Proof of Claim Form for Claim 34872 | | |
| 92 | CL0050 | 3/3/2014 | Declaration of Giancarlo Saronne | | |
| 93 | CL0051 | 3/3/2014 | Affidavit of Jonathan Sebiri | | |
| 94 | CL0052 | 3/2/2014 | Declaration of Claimant Ross B. Shapiro In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 95 | | | Exhibit 1 to Declaration of Claimant Ross B. Shapiro Richman, Proof of Claim Form for Claim 31374 | | |
| 96 | CL0053 | 3/4/2014 | Declaration of Claimant Gregg Somma In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 97 | | | Exhibit 1 to Declaration of Claimant Gregg Somma, Proof of Claim Form for Claim 24373 | | |
| 98 | CL0054 | 3/4/2014 | Affidavit of Charles Spero | | |
| 99 | CL0055 | 3/1/2014 | Declaration of Claimant Christian Stevens In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassfiy Or Subordinate Compensation Claims As Equity (Incl. Exhibits A-C) | | |
| 100 | | 7/1/2004 | Exhibit A to Stevens Declaration, Lehman Brothers Equity Award Program Questions And Answers For Aurora Sales Managers, July 2004 | | |
| 101 | | 1/16/2008 | Exhibit B to Stevens Declaration, E-mail from Compensation to Stevens re: RSU's | | |
| 102 | | | Exhibit C to Stevens Declaration, Proof of Claim Form for Claim 25431 | | |
| 103 | CL0056 | 3/4/2014 | Affidavit Of Gordon Sweely | | |
| 104 | CL0057 | 3/4/2014 | Declaration of Claimant Wendy M. Uvino In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |

08-13555-mg    Doc 43513    Filed 03/11/14    Entered 03/11/14 17:53:53    Main Document
Pg 7 of 7

*In re Lehman Brothers Holdings Inc., et al.*
Joint Documentary Appendix Pursuant to ¶9(f) of the Evidentiary Hearing Procedures [ECF No. 42176]

**CLAIMANTS' EXHIBIT LIST**
**(3/11/2014)**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | CL EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 105 | CL0058 | 3/3/2014 | Declaration of Claimant Andrew Wideman In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity (Incl. Exhibits A-B) | | |
| 106 | | 7/1/2004 | Exhibit A to Wideman Declaration, Lehman Brothers Equity Award Program Questions And Answers For Aurora Sales Managers, July 2004 | | |
| 107 | | | Exhibit B to Wideman Declaration, Proof of Claim Form for Claim 22286 | | |
| 108 | CL0059 | | LBHI's 30(b)(6) Deposition dated October 24, 2013 (Incl. Exhibits A, T, U, V) | | |
| 109 | | | Exhibit A to LBHI's 30(b)(6) Deposition dated October 24, 2013 | | |
| 110 | | | Exhibit T to LBHI's 30(b)(6) Deposition dated October 24, 2013 | | |
| 111 | | | Exhibit U to LBHI's 30(b)(6) Deposition dated October 24, 2013 | | |
| 112 | | | Exhibit V to LBHI's 30(b)(6) Deposition dated October 24, 2013 | | |
| 113 | CL0060 | | 2007 Equity Award Program For Bonus-Eligible Employees and Production-Based Employees | LEH-RSU 0000269 | LEH-RSU 0000277 |
| 114 | CL0061 | 2/13/2007 | Email from R. Polisi to C. Tuininga with copy to T. Binkley, E. Arreglado, K. Macleod and J. Gault re: "Shareholder Q&A Slides – for updating" and attaching powerpoint slides entitled "Compensation: Info from: HR / Chris Tuininga" | LEH-RSU 0007514 | LEH-RSU 0007562 |
| 115 | CL0062 | 9/7/1997 | 1997 Trust Under Lehman Brothers Holdings Inc. Incentive Plans | LEH-RSU 0002279 | LEH-RSU 0002296 |
| 116 | CL0063 | 8/2/1999 | Neuberger Berman Inc. Stockholders Agreements | NB 0001 | NB 0101 |
| 117 | CL0064 | | Neuberger Berman Inc. Retention Bonus Pool Award Agreements | NB 0102 | NB 0146 |
| 118 | CL0065 | 11/17/2008 | Neuberger Berman Holding LLC Memo from George Walker and Heather Zuckerman to U.S. Employees of Neuberger Berman Holdings and certain of its affiliates | NB 0147 | NB 0155 |
| 119 | CL0066 | | Neuberger Berman, Inc.Employment Agreements | LEH-RSU-CL 0000670 | LEH-RSU-CL 0000696 |
| 120 | CL0067 | 10/31/2003 | Amended and Restated Stockholders Agreement | LEH-RSU-CL 0000697 | LEH-RSU-CL 0000719 |
| 121 | CL0068 | 3/4/2014 | Declaration of Claimant Rocco F. Andriola In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| 122 | | | Exhibit 1 to Andriola Declaration, Proof of Claim Form | | |
| 123 | CL0069 | 3/4/2014 | Declaration of Claimant Paul Shotton In Opposition to Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity (Incl. Exhibits 1-2) | | |
| 124 | | | Exhibit 1 to Shotton Declaration, Proof of Claim Form | | |
| 125 | | | Exhibit 2 to Shotton Declaration, Employment contract with Claimant Paul Shotton | | |
| 126 | CL0070 | 2/19/2003 | Lehman Brothers Holdings Inc. Employee Incentive Plan, as amended through Feb. 19, 2003 | LEH-RSU 0000001 | LEH-RSU 0000006 |
| 127 | CL0071 | 3/26/1997 | RSU Trust Authorization | LEH-RSU 0002472 | LEH-RSU 0002476 |
| 128 | CL0072 | 1/30/2014 | Arthur J. Kenney's Memorandum In Opposition To Debtors' One Hundred Thirty-First Omnibus Objection Seeking To Reclassify Compensation Claims As Equity, Or Alternatively, To Subordinate Claims Pursuant To Section 510(b) Of The Bankruptcy Code (Incl. Exhibits A-B) | | |
| 129 | | 1/28/2014 | Exhibit A to Arthur J. Kenney's Memorandum In Opposition To Debtors' One Hundred Thirty-First Omnibus Objection Seeking To Reclassify Compensation Claims As Equity, Or Alternatively, To Subordinate Claims Pursuant To Section 510(b) Of The Bankruptcy Code, Claim No. 14067 Commission Print-Out | | |
| 130 | | 10/4/2011 | Exhibit B to Arthur J. Kenney's Memorandum In Opposition To Debtors' One Hundred Thirty-First Omnibus Objection Seeking To Reclassify Comensation Claims As Equity, Or Alternatively, To Subordinate Claims Pursuant To Section 510(b) Of The Bankruptcy Code, Email from Rebecca McAdams of Barclays Capital to A. Kenney with subject: "Per our conversations" | | |
| 131 | CL0073 | 2/4/2014 | Andrea T. Jao's Memorandum In Opposition To Debtors' Omnibus Objections Seeking To Reclassify Compensation Claims As Equity | | |