**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                               :

| | |
|---|---|
| In re | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :    **08-13555 (SCC)** |
| | : |
| Debtors. | :    **(Jointly Administered)** |
| | : |

------------------------------------------------------------------------x    **Ref. Docket Nos. 43489 & 43490**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                       ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2014, I caused to be served the:

    a) "Notice of Hearing as to Certain Claims on the Three Hundred Forty-First Omnibus Objection to Claims," dated March 7, 2014 [Docket No. 43489], (the "341st NOH"), and

    b) "Notice of Hearing as to Certain Claims on the Four Hundred Third Omnibus Objection to Claims," dated March 7, 2014 [Docket No. 43490], (the "403rd NOH"),

by causing true and correct copies of the:

    i. 341st NOH and 403rd NOH, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. 341st NOH and 403rd NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

    iii. 341st NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv. 403rd NOH, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
11th day of March, 2014
*/s/ Carol Iris Zhang*
Notary Public,  State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

**EXHIBIT A**

Lehman Brothers Holdings Inc. Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
caitrin.mckiernan@freshfields.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com

Lehman Brothers Holdings Inc. Email Service List

eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com

hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com

jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com

jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| kovskyd@pepperlaw.com | mark.deveno@bingham.com |
| kressk@pepperlaw.com | mark.ellenberg@cwt.com |
| kreynolds@mklawnyc.com | mark.ellenberg@cwt.com |
| krodriguez@allenmatkins.com | mark.mckane@kirkland.com |
| krosen@lowenstein.com | mark.sherrill@sutherland.com |
| kurt.mayr@bgllp.com | marvin.clements@ag.tn.gov |
| lacyr@sullcrom.com | matt@willaw.com |
| landon@streusandlandon.com | matthew.klepper@dlapiper.com |
| lapeterson@foley.com | maustin@orrick.com |
| lathompson@co.sanmateo.ca.us | mbenner@tishmanspeyer.com |
| lawallf@pepperlaw.com | mberman@nixonpeabody.com |
| lawrence.gelber@srz.com | mberman@nixonpeabody.com |
| lberkoff@moritthock.com | mbienenstock@proskauer.com |
| lee.stremba@troutmansanders.com | mbloemsma@mhjur.com |
| lgranfield@cgsh.com | mbossi@thompsoncoburn.com |
| lhandelsman@stroock.com | mcademartori@sheppardmullin.com |
| lhill@reedsmith.com | mcordone@stradley.com |
| lhoffman@deilylawfirm.com | mcto@debevoise.com |
| linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| lisa.solomon@att.net | melorod@gtlaw.com |
| ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| lkatz@ltblaw.com | metkin@lowenstein.com |
| lkiss@klestadt.com | mfeldman@willkie.com |
| lmarinuzzi@mofo.com | mginzburg@daypitney.com |
| lmay@coleschotz.com | mgordon@briggs.com |
| lmcgowen@orrick.com | mgreger@allenmatkins.com |
| lml@ppgms.com | mh1@mccallaraymer.com |
| lnashelsky@mofo.com | mhopkins@cov.com |
| loizides@loizides.com | michael.frege@cms-hs.com |
| lperkins@deilylawfirm.com | michael.kelly@monarchlp.com |
| lscarcella@farrellfritz.com | michael.kim@kobrekim.com |
| lschweitzer@cgsh.com | michael.krauss@faegrebd.com |
| lubell@hugheshubbard.com | michael.mccrory@btlaw.com |
| lwhidden@salans.com | michaels@jstriallaw.com |
| mabrams@willkie.com | michelle.park@freshfields.com |
| maofiling@cgsh.com | millee12@nationwide.com |
| marc.chait@sc.com | miller@taftlaw.com |
| margaret.welsh@cliffordchance.com | mimi.m.wong@irscounsel.treas.gov |
| margolin@hugheshubbard.com | mitchell.ayer@tklaw.com |
| mark.bane@ropesgray.com | mjedelman@vedderprice.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mjr1@westchestergov.com | pbattista@gjb-law.com |
| mkjaer@winston.com | pbosswick@ssbb.com |
| mlahaie@akingump.com | pdublin@akingump.com |
| mlandman@lcbf.com | peisenberg@lockelord.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com |
| mmooney@deilylawfirm.com | peter.simmons@friedfrank.com |
| mmorreale@us.mufg.jp | peter@bankrupt.com |
| mneier@ibolaw.com | pfeldman@oshr.com |
| monica.lawless@brookfieldproperties.com | pfinkel@wilmingtontrust.com |
| mpage@kelleydrye.com | phayden@mcguirewoods.com |
| mparry@mosessinger.com | phil.huynh@kobrekim.com |
| mpomerantz@julienandschlesinger.com | philip.wells@ropesgray.com |
| mprimoff@kayescholer.com | pmaxcy@sonnenschein.com |
| mpucillo@bermanesq.com | ppascuzzi@ffwplaw.com |
| mrosenthal@gibsondunn.com | ppatterson@stradley.com |
| mrothchild@mofo.com | psp@njlawfirm.com |
| mruetzel@whitecase.com | ptrain-gutierrez@kaplanlandau.com |
| mschimel@sju.edu | ptrostle@jenner.com |
| msegarra@mayerbrown.com | raj.madan@bingham.com |
| mshiner@tuckerlaw.com | ramona.neal@hp.com |
| msolow@kayescholer.com | rbeacher@pryorcashman.com |
| mspeiser@stroock.com | rbernard@foley.com |
| mstamer@akingump.com | rbyman@jenner.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarner@coleschotz.com | relgidely@gjb-law.com |
| mwarren@mtb.com | rflanagan@flanassoc.com |
| nathan.spatz@pillsburylaw.com | rfriedman@silvermanacampora.com |
| nbojar@fklaw.com | rgmason@wlrk.com |
| ncoco@mwe.com | rgoodman@moundcotton.com |
| neal.mann@oag.state.ny.us | rgraham@whitecase.com |
| ned.schodek@shearman.com | rhett.campbell@tklaw.com |
| neilberger@teamtogut.com | richard.fingard@newedge.com |
| nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.tisdale@friedfrank.com |
| nlepore@schnader.com | richard@rwmaplc.com |
| notice@bkcylaw.com | rick.murphy@sutherland.com |
| nyrobankruptcy@sec.gov | rjones@boultcummings.com |
| otccorpactions@finra.org | rleek@hodgsonruss.com |
| paronzon@milbank.com | rlevin@cravath.com |
| patrick.oh@freshfields.com | rmatzat@hahnhessen.com |

Lehman Brothers Holdings Inc. Email Service List

rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com

7

Lehman Brothers Holdings Inc. Email Service List

thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

BARICEVIC, JOANNA M.
238 N. RAILROAD AVE
STATEN ISLAND, NY 10304

BLUM, G KEVIN
169 WELLINGTON ROAD
GARDEN CITY, NY  11530

KENNEY, ARTHUR J.
200 E END AVE APT 5E
NEW YORK, NY 10128-7889

**EXHIBIT D**

OBRIEN, BARRY J.
22 MEADOWBROOK ROAD
SHORT HILLS,  NJ 07078-3316