**KAPLAN LANDAU LLP**
1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700

**JULIEN & SCHLESINGER, P.C.**
One Whitehall Street
17th Floor
New York, NY 10004
(212) 962-8020

*Attorneys for Claimants: Richard J. Glasebrook II (Claim No. 9682), Judith Ann Kenney (Claim No. 13929), Richard Nackenson (Claim No. 13968), Henry Ramallo (Claim No. 17607), Christian Reynolds (28442), Marvin C. Schwartz (Claim No. 20244), Stephanie Stiefel (Claim No. 21711), and David I. Weiner (Claim No. 18314), Seth Finkel (Claim No. 18067) and Richard Levine (Claim No. 31657).*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC., et al.

                      Debtors.
-----------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## NEUBERGER BERMAN CLAIMANTS' SUPPLEMENTAL AND AMENDED REBUTTAL WITNESS LIST

    1.    Judith Ann Kenney; Managing Director ("MD") Neuberger Berman Group LLC ("NB"); the facts and documents discussed in her Declaration of January 27, 2014 and in the NB Claimants' Opening Memorandum of Law, dated January 28, 2014, and the NB Claimants' Reply and Opposition Memorandum of Law, dated March 4, 2014 (collectively "Opening and Reply Memoranda");

    2.    Henry Ramallo; MD, NB; the facts and documents discussed in his Declaration of January 27, 2014 and in the Opening and Reply Memoranda;

3. Stephanie Stiefel; MD, NB; the facts and documents discussed in her Declaration of January 27, 2014 and in the Opening and Reply Memoranda;

4. Seth Finkel; MD, NB; the facts and documents discussed in the Opening and Reply Memoranda;

5. Richard Levine, MD, NB; the facts and documents discussed in the Opening and Reply Memoranda;

6. Heather Zuckerman or other Custodian of the Records of NB; NB; authentication of NB documents, including those NB documents produced in discovery.

Dated: New York, New York
March 12, 2014

KAPLAN LANDAU LLP

By:_____
Eugene Neal Kaplan (EK-4229)

1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700

Michael S. Schlesinger (MS-0399)
**JULIEN & SCHLESINGER, P.C.**
One Whitehall Street
17th Floor
New York, New York 10004
(212) 962-8020

*Attorneys for the Neuberger Claimants*