## AFFIRMATION OF SERVICE

EUGENE NEAL KAPLAN, an attorney who is not a party to this action, and is duly licensed to practice in the courts of the State of New York, affirms under penalty of perjury pursuant to CPLR §2106, that I served the annexed Neuberger Berman Claimants' Supplemental and Amended Rebuttal Witness List by electronic transmission to the e-mail addresses below, the attorneys of record, on March 12, 2014.

Ralph I. Miller, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8965
ralph.miller@weil.com

Richard J. Schager, Jr., Esq.
Andrew R. Goldenberg, Esq.
STAMELL & SCHAGER LLP
One Liberty Plaza – 23rd Floor
New York, New York 10006-1404
(212) 566-4047
schager@ssnyc.com
goldenberg@ssnyc.com

Lisa M. Solomon
LAW OFFICES OF LISA M. SOLOMON
One Grand Central Place
305 Madison Avenue, Suite 4700
(212) 471-0067
lisa.solomon@att.net

Howard P. Magaliff, Esq.
Robert N. Michaelson, Esq.
RICH MICHAELSON MAGALIFF MOSER LLP
340 Madison Avenue, 19th Floor
New York, New York
(212) 220-9402
hmagaliff@r3mlaw.com
rmichaelson@r3mlaw.com

LAW OFFICES OF A. JAMES BOYAJIAN
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
(424) 258-0777
jamesboyajian@gmail.com

Dated: March 12, 2014

_____
EUGENE NEAL KAPLAN