

Postbus 3200, 4800 DE Breda, PAC MF4053 7040



Po
Port Bet
Port I
Pays

FILED / RECEIVED

FEB 2 5 2014

EPIQ SYSTEMS



Securities Operations
Kemelstede 2
4817 ST Breda
The Netherlands

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claim Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**Department**
Custody Services/Domestic Corporate Actions MF7040

| **Sender** | **Telephone** | **e-mail** | **Date** |
|---|---|---|---|
| M. Peetoom | +31 (0)76-5799489 | marcel.peetoom@nl.abnamro.com | 19 February 2014 |

Dear Sir / Madam,

**Transfer of Claim**

Enclosed you will find a Form 210A and and a letter evidence of transfer of claim. Please transfer claim no. 35898 to our client JM Kerkhof.

Should you need any further information, please do not hesitate to contact me.

Yours faithfully,
ABN AMRO Bank N.V.

M. Peetoom
Product Specialist
ABN AMRO BANK N.V.
Corporate Actions

Encl. (2)

ABN AMRO BANK N.V. gevestigd te Amsterdam
Handelsregister K.v.K. Amsterdam, nr 34334259
BTW ident.nr. NL 82 06 46 660 B01



## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY OF CLAIM

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BNP PARIBAS (SUISSE) SA** ("Transferor") unconditionally and irrevocably transferred to Joanna Maria Kerkhof.("Transferee") all of its rights, title, interest, claims and causes of action in and to or arising under or in connection with its claim **(Claim No.35898)** relating to the securities with international Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, INC. (the Debtor"), Chapter 11 Case No: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON FEBRUARY 11, 2014.

**BNP PARIBAS (SUISSE) SA**

By:
Name: Sandra Clementz
Title: Head of Securities Administration

By:
Name: Quintas Paul
Title: Corporate Actions manager

*RECEIVED MAR - 3 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK*

BNP PARIBAS (SUISSE) SA - Place de Hollande 2, Case postale, CH-1211 Genève 11
Tél.: +41 (0)58 212 21 11   Fax: +41 (0)58 212 22 22   TVA: 472 794

## SCHEDULE I

## Lehman Programs securities related to the transfer of claim

| ISIN | Court Claim # | Date claim Filed | ISSUER | Currency and Nominal Amount |
|---|---|---|---|---|
| XS0218304458 | 35898 | October 01,2009 | Lehman Brothers Treasury Bv | EUR 30000 |



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.  ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JM Kerkhof | BNP PARIBAS (SUISSE) SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
JM Kerkhof, 75bis Rue de Entrepreneurs
75015 Paris France

Court Claim # (if known):  35898
Amount of Claim:  $43,817.69
Date Claim Filed:  10/01/2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: +41582129132
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ABN AMRO Bank N.V.                                        Date: 02/18/2014
    ~~Transferee~~/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

M. Peetoom
Product Specialist
ABN AMRO BANK N.V.
Corporate Actions