



TNT Post
Port betaald
Port Payé
Pays-Bas

Postbus 3200, 4800 DE Breda  MF 7040

20-9720-01 A 12-2010

United States Bankruptcy Court /
Southern District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

FILED / RECEIVED
FEB 26 2014
EPIQ SYSTEMS

1015085076

RECEIVED MAR - 3 2014 U.S. BANKRUPTCY COURT S. DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al, ,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ABN AMRO Bank N.V. | Seuren, Pieter A.M. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Securities Operations/CA/MF7040
Kemelstede2, 4817ST Breda, Netherlands

Court Claim # (if known): 49234
Amount of Claim: $149,168.47
Date Claim Filed: 10/27/2009

Phone: +31 (0) 765799489
Last Four Digits of Acct #: _____

Phone: +31 (0) 6-51406687
Last Four Digits of Acct. #: 3894

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ABN AMRO Bank N.V.    Date: 02/19/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

M. Peetoom
Product Specialist
ABN AMRO BANK N.V.
Corporate Actions
marcel.peetoom@nl.abnamro.com