DIAZ, REUS & TARG, LLP
100 S.E. 2nd Street
3400 Miami Tower
Miami, FL 33131
Telephone (305) 375-9220
Facsimile (305) 375-8050
Carlos F. Gonzalez

Attorneys for Credican, C.A.;
Banco Canarias De Venezuela, C.A;
And Fondo De Proteccion Social De Los Depositos
Bancarios y Proteccion Bancaria

**UNITED STATES BANKRUPTCY COURT**
**SOUTHRN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | 08-13555 (SCC) |
| **Debtors.** | : | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CREDICAN, C.A., a creditor in the case of the above-captioned debtor (the "Debtor"), directs the Debtor, debtor in possession and/or liquidating trustee or plan administrator, and any representatives thereof, including the claims and distribution agent appointed in these cases (collectively the "Debtor Parties"), to change Credican's address for the purposes of administering its claims, 62722, 62726 and 64729 to the extent that any or all such claims have been allowed, and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

**CREDICAN C.A.**, hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to the claims or any distribution or payment thereon shall be accepted by the Debtor or any Debtor Party without the express written consent of Diaz, Reus & Targ, LLP.

New Address:

Carlos F. Gonzalez,
Diaz Reus & Targ, LLP
100 S.E. 2nd Street
3400 Miami Tower
Miami, FL 33131

I declare the foregoing to be true and correct and possess the authority to file this Notice of Change of Address.

Date:  Miami, Florida
March 13, 2014

                                    /s/ Carlos F. Gonzalez
                                    Carlos F. Gonzalez

DIAZ,  REUS & TARG, LLP
100 S.E. 2nd Street
3400 Miami Tower
Miami, FL 33131
Telephone (305) 375-9220
Facsimile (305) 375-8050
cgonzalez@diazreus.com