**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

**IN RE:**

**LEHMAN BROTHERS HOLDINGS, INC. et al.,**

　　Debtors.

_____

: Case No. 08-13555 (SCC)
:
: Chapter 11
:
: (Jointly Administered)
:
:

### ORDER GRANTING CREDICAN C.A.'S VERIFIED MOTION TO DESIGNATE DIAZ REUS & TARG, LLP. AS AGENT FOR RECEIPT OF DISTRIBUTIONS AND HONOR CHANGE OF ADDRESS FOR PURPOSES OF THE FIFTH DISTRIBUTION AND ALL FUTURE DISTRIBUTIONS

　　Upon the Motion (the "Motion") of Credican, C.A., ("Credican")[ECF No.    ], by its counsel Diaz, Reus & Targ, LLP. ("DRT"), to designate DRT, as its agent for receipt of distributions and to honor its change of address for pursposes of the fifth distribution and all future distributions, and all exhibits attached thereto; and adequate notice of the Motion having been given; and no objections to the Motion having been filed; and the Court being satisfied that the relief requested in the Motion is necessary and in the best interest of Credican and the creditors and the Debtors' estates; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that;

　　1.　　The Motion is granted, subject to the terms and conditions of this Order.

　　2.　　The Debtors and Plan Administrator are authorized and directed to issue all distributions due to and on behalf of Credican with respect to the Fifth Distribution and all future distributions due to Credican under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors, dated December 5, 2011 [ECF No.

1

22973] and the Order in Aid of Execution of the Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings, Inc. and Its Affiliated Debtors, dated January 31, 2013 [ECF. No. 34348] made payable to Diaz, Reus & Targ, LLP. Trust Account.

3. Credican shall provide the Debtor and the Plan Administrator its trust account information on or before March 31, 2014.

Dated: New York, New York
_____, 2014

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2