# Exhibit 3

# LEHMAN BROTHERS HOLDINGS INC. PLAN TRUST

1271 AVENUE OF THE AMERICAS  
NEW YORK, NY 10020  
646 285-9000

# 8-K

**8-K**  
**Filed on 09/19/2008 − Period: 09/15/2008**  
File Number 001−09466



LIVEDGAR® Information Provided by Thomson Reuters Accelus, ©2011. All Rights Reserved.
800.669.1154
www.gsionline.com

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934

Date of Report (date of earliest event reported):
**September 15, 2008**

## Lehman Brothers Holdings Inc.
(Exact name of registrant as specified in its charter)

**Delaware**
(State or other jurisdiction of incorporation)

| 1-9466 | 13-3216325 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| 745 Seventh Avenue<br>New York, New York | 10019 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:
**(212) 526-7000**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 1.03. <u>Bankruptcy or Receivership</u>.**

On September 15, 2008, Lehman Brothers Holdings Inc. (the "Registrant") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court") and on September 16, 2008, LB 745 LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Court (*In re Lehman Brothers Holdings Inc.*, et. al., Case Number 08−13555 (JMP) (jointly administered)).  The Registrant will continue to operate its business as a "debtor−in−possession" under the jurisdiction of the Court and in accordance with the applicable provisions of the Bankruptcy Code and the orders of the Court.

In addition, the directors of certain affiliates of the Registrant in the United Kingdom, including Lehman Brothers International (Europe), Lehman Brothers Holdings Plc, Lehman Brothers Limited and LB UK RE Holdings Limited, have concluded that in the absence of ongoing financial support from the Registrant, they are or are likely to become unable to pay their debts as they fall due.  Accordingly, these companies have been placed into administration.

A copy of the press release announcing the Registrant's intention to file, as well as the press release announcing the actual filing, are attached hereto as Exhibits 99.1 and 99.2 and are incorporated herein by reference.

On September 16, 2008, the Registrant issued a press release announcing that the director of Lehman Brothers Holdings Japan Inc. and the board of directors of Lehman Brothers Japan Inc. ("LBJ") have resolved for the companies to commence civil rehabilitation procedures under the Japan Civil Rehabilitation Law.  The Tokyo District Court ordered the protection on the companies as of September 16, 2008, pursuant to which the companies are prohibited from payment of obligations based on the causes arising on or before September 15, 2008, with certain exceptions.  The Financial Services Agency of the Japanese government also issued a business suspension order in relation to LBJ on September 15, 2008.

In addition, the Registrant announced that each of Lehman Brothers Asia Limited, Lehman Brothers Securities Asia Limited and Lehman Brothers Futures Asia Limited has suspended its operations with immediate effect, including ceasing to trade on the Hong Kong Securities Exchange and Hong Kong Futures Exchange, until further notice.  The Registrant's asset management company, Lehman Brothers Asset Management Limited, will continue to operate on a business as usual basis.

A copy of the press release announcing the commencement of civil rehabilitation procedures under the Japan Civil Rehabilitation Law, as well as a press release announcing the suspension of operations of certain of the Registrant's other Asian subsidiaries, are attached hereto as Exhibits 99.3 and 99.4 and are incorporated herein by reference.

# LEHMAN BROTHERS HOLDINGS INC. PLAN TRUST

1271 AVENUE OF THE AMERICAS  
NEW YORK, NY 10020  
646 285-9000

## EX-99.2

EX-99.2  
**8-K Filed on 09/19/2008 – Period: 09/15/2008**  
File Number 001-09466



LIVEDGAR® Information Provided by Thomson Reuters Accelus, ©2011. All Rights Reserved.
800.669.1154
www.gsionline.com

Exhibit 99.2

# LEHMAN BROTHERS

# Press Release

---

*For Immediate Release*

**Media Contact:** Monique Wise
1−646−333−9056

**Investor Contact:** Shaun Butler
1−212−526−8381

### AS PREVIOUSLY ANNOUNCED, LEHMAN BROTHERS HOLDINGS INC. FILED CHAPTER 11; NO OTHER U.S. SUBSIDIARY OR AFFILIATE, INCLUDING ITS BROKER−DEALER AND INVESTMENT MANAGEMENT SUBSIDIARIES, WAS INCLUDED IN THE FILING

NEW YORK, September 15, 2008 — Lehman Brothers Holdings Inc. ("LBHI") stated that it has filed a petition under Chapter 11 of the U.S. Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York.  None of the broker−dealer subsidiaries or other subsidiaries of LBHI was included in the Chapter 11 filing and all of the U.S. registered broker−dealers will continue to operate.

The Board of Directors of LBHI authorized the filing of the Chapter 11 petition in order to protect its assets and maximize value.  In conjunction with the filing, LBHI intends to file a variety of first day motions that will allow it to continue to manage operations in the ordinary course.  Those motions include requests to make wage and salary payments and continue other benefits to its employees.

LBHI is exploring the sale of its broker−dealer operations and, as previously announced, is in advanced discussions with a number of potential purchasers to sell its Investment

---

Management Division ("IMD").  LBHI intends to pursue those discussions as well as a number of other strategic alternatives.

Neuberger Berman, LLC will continue to conduct business as usual and will not be subject to the bankruptcy case of its parent, and its portfolio management, research and operating functions remain intact. In addition, fully paid securities of customers of Neuberger Berman are segregated from the assets of Lehman Brothers and are not subject to the claims of Lehman Brothers Holdings' creditors.

The directors of certain UK companies including Lehman Brothers International (Europe), Lehman Brothers Holdings Plc, Lehman Brothers Limited and LB UK RE Holdings Limited have concluded that in the absence of ongoing financial support from the ultimate parent company, they are or are likely to become unable to pay their debts as they fall due and accordingly have taken steps to place those companies into administration.

Lehman Brothers (ticker symbol: LEH) is headquartered in New York, with regional headquarters in London and Tokyo, and operates in a network of offices around the world.  For further information about Lehman Brothers, visit the Firm's Web site at www.lehman.com.