# Exhibit 4

# CANARY WHARF
## GROUP PLC








2011 REPORT & FINANCIAL STATEMENTS

# Contents

2   Highlights

3   Results in Brief

4   Chairman and Chief Executive Officer's Statement

7   Business Review

21  Directors' Report for the year ended 31 December 2011

26  Independent Auditor's Report to the Shareholders of Canary Wharf Group plc

27  Financial Statements

28  Consolidated Profit and Loss Account for the year ended 31 December 2011

29  Consolidated Statement of Total Recognised Gains and Losses for the year ended 31 December 2011

29  Consolidated Note of Historical Cost Profits and Losses for the year ended 31 December 2011

30  Consolidated Balance Sheet at 31 December 2011

31  Company Balance Sheet at 31 December 2011

32  Consolidated Cash Flow Statement for the year ended 31 December 2011

33  Notes to the Financial Statements for the year ended 31 December 2011

57  Shareholders' Information

61  Definitions

# Chairman and Chief Executive Officer's Statement



### Introduction

2011 has been a year of achievement for Canary Wharf Group. Leasing activity has progressed despite economic headwinds and the Group continues to see good demand for its space from an increasingly broad range of tenants. Reflecting this activity, it is anticipated that the working population at Canary Wharf will pass a significant milestone reaching over 100,000 by June 2012. Important steps were also taken during the year to lay the foundations for future growth and there is now an exciting development pipeline of over 11.0m sq ft owned directly by the Group or through joint ventures. The extent and variety of this pipeline will enable the Group to further diversify its tenant base and its core activities, marking a further stage in the evolution of the Group.

At Canary Wharf there is 9.3m sq ft of potential development which is comprised of existing sites complemented by the acquisition of 100.0% of the Wood Wharf joint venture with the benefit of outline planning permission for 4.6m sq ft of mixed use development. This project will have the benefit of ready access to the retail, leisure, community and transport infrastructure already at Canary Wharf. Away from Canary Wharf, held through joint ventures, there is approximately a further 2.0m sq ft of development. The Group is in a joint venture with Land Securities for the 680,000 sq ft development at 20 Fenchurch Street where construction is underway and on schedule. The joint venture with Qatari Diar successfully bid for the mixed use development of the prestigious 5.25 acre Shell Centre site on the South Bank. Consultation on the master planning for this development is progressing well.

The last year has been dominated by uncertainty over the future of the Euro and the Eurozone. The Group, however, continues to be confident about the future of London as a pre-eminent global business centre and its own ability to deliver developments which will match the future demands for prime space in Central London. The demand led development programme demonstrates the breadth of the Group's offering and its development and construction capability together position the Group well to build into the anticipated shortage of high quality office and residential space when business confidence recovers.

The Group remains securely financed and the Board feels that it is appropriate to declare an interim dividend of 4.0p per share which will be payable to shareholders on 13 April 2012.

### Financial Review

Net assets increased over the year from £2,387.9m at 31 December 2010 to £2,437.9m at 31 December 2011, an increase of £50.0m or 2.1%. This was attributable to an increase in the carrying value of the Group's investment portfolio of £72.3m and the retained profit for the year of £22.6m, offset by the interim dividend of £45.0m paid in October 2011. Net assets at 31 December 2010 were £65.4m lower than at 30 June 2011 following payment of this dividend.

Year on year, the market value of the investment portfolio increased by £62.0m or 1.3%, primarily reflecting a hardening in rental values, and net of a fall of 0.6% in the second half of the year. At the year end, the benchmark initial yield for the office portfolio remained at 5.35% and the weighted average equivalent yield was 5.4% in comparison with 5.3% at 30 June 2011. For the retail portfolio the weighted average equivalent yield was unchanged at 5.2%.

Adjusted NAV per share finished the year at £3.98, in comparison with £3.94 at 31 December 2010 (as restated), an increase of 1.0%. The year end adjusted NAV compared with £4.08 at 30 June 2011 (as restated) prior to payment of the October dividend of 7.0p per share.

The profit after tax for the year was £22.6m compared with £168.2m for 2010 which included the one off profits associated with the sale of 25 Bank Street to J.P. Morgan and termination of the AIG facility on the building. Refer to Business Review – Operating results for more detail.

At 31 December 2011, the Group had unsecured cash deposits of £853.5m. The weighted average cost of debt was 6.2% and the weighted average maturity was 13.9 years. This compares with the weighted average unexpired lease term of 14.9 years assuming exercise of all break options.

### Operational Review

**Leasing**

2011 has seen steady leasing activity for the Group with demand continuing despite uncertain macro economic conditions. Total occupancy in the Group's portfolio at Canary Wharf improved slightly during the year to 96.5% (31 December 2010 – 96.1%).

Headline rents on the Estate have increased and are now consistently in the low £40s. During the period, terms were agreed with EMA, subject to contract, for a lease of 250,000 sq ft in 25 Churchill Place at a rent of £46.50 psf (3.3% ahead of new build ERV) with options on a further 4 floors. In One Canada Square, MetLife entered a lease for level 50 on a 10 year lease and terms were agreed with BBVA on a 15 year lease of level 46 with a break option at year 10.

Rents on these transactions ranged from £41.50 psf to £43.50 psf. Post year end in January 2012, the Group completed a reversionary lease at One Canada Square with Bank of New York Mellon for 6 floors (152,226 sq ft) at £42.50 psf which was 10.4% ahead of ERV for lettings in excess of 100,000 sq ft in existing buildings.

The agreement reached by the joint venture with Shell for the redevelopment of the Shell Centre also included a pre let to Shell of a new 210,000 sq ft office building which will anchor the redevelopment. In addition, Shell will continue to occupy the iconic Shell tower on this South Bank site which overlooks the River Thames.

**Development Pipeline**

The Group acquired 100.0% ownership of WWLP and associated companies with an overriding 250 year lease. Full ownership was achieved by combining the Group's own 25.0% stake with the 25.0% stake of Ballymore, acquired in December 2011, and the 50.0% stake of BWB, acquired in January 2012. Total consideration for the acquisitions, which gives the Group full control over the timing and design of this scheme, was £90.4m, together with a future ground rent equivalent to 3.75% of passing rent. The amount payable to BWB will be paid in instalments over the next 4 years. Wood Wharf is designed to be a mixed used development scheme which is likely to appeal to a diverse range of tenants and has current permission for a development almost one third of the size of Canary Wharf. This site and Canary Wharf will both benefit from the arrival of Crossrail in 2018. A refinement of the mix of development on this site is now underway.

The Group is also considering further options for the 700,000 sq ft scheme at One Park Place and for separate schemes at Heron Quays West and Newfoundland, including those with planning permission, to fit the market's changing needs and to offer potential occupiers the flexibility they need.

In February 2012, following the pre let to EMA, construction started on the new 525,000 sq ft building at 25 Churchill Place and discussions on further pre lets are ongoing. The slip form concrete work has commenced and the building will be completed in 2014. Elsewhere at Canary Wharf, in conjunction with J.P. Morgan, the Group is now starting the process of bringing the development at Riverside South to grade.

The redevelopment of the Shell Centre site, which overlooks the South Bank Centre, the London Eye and the Houses of Parliament, is an exciting project which further expands the Group's development pipeline and enables the Group to apply its dual construction and development expertise. Details of the scheme are still being decided and a comprehensive stakeholder consultation process is underway to explore the views of all stakeholders. The masterplan will be completed when this consultation process has been concluded and it is anticipated that an application for planning consent will be submitted before the year end.

The construction of the joint venture at 20 Fenchurch Street, where the Group is acting as construction manager and joint development manager, continues on schedule and on budget. The Group has been successful in its application to vary the previous planning consent, bringing further efficiencies to the construction and use of this iconic building. The piling has been completed and the concrete core has reached level 37 which is also complete. Steel work commenced in June 2011 and the building is on schedule to be topped out by the end of 2012. The joint venture procured the implementation of the Section 237 procedure on rights to light for this project and established an excellent relationship with the City of London. Discussions are ongoing regarding pre lets for the building and the Group is encouraged by the interest shown.

**Retail**

The Group's retail portfolio performed strongly during the period despite the prevailing economic environment, increasing in value by 3.6% in the second half of the year and taking the increase for the year to 8.1%. Footfall increased by 1.52% to 739,360 per week (2010 – 728,265) and retail turnover rose 2.2%. All units are occupied. The Westfield Stratford City shopping centre has had only a marginal impact on footfall, reflecting Canary Wharf's different offering which targets a distinct demographic. The Group believes that Westfield Stratford City will have a long term positive impact on retail in Canary Wharf as it contributes to the profile of East London as a developing prime destination to shop and do business.

In 2011, Canary Wharf has seen the arrival of new tenants, encompassing independent, national and international brands. The opening of new shops and restaurants throughout the Estate has further strengthened the tenant mix, appealing to both the office and shopping catchment. It has also been the busiest and most successful year for the Arts & Events programme, as each event welcomed more visitors to the Estate with its diverse programming of activities and exhibitions.

The Group continues to see strong demand for more retail space and is now building a further 143,000 sq ft of retail at Canary Wharf. Work is continuing on the previously announced 43,000 sq ft extension to the Jubilee Place mall which will open in November 2013. As a further demonstration of confidence, work is now committed to commencing on the development of 100,000 sq ft of retail above the Crossrail station at Canary Wharf.

## Chairman and Chief Executive Officer's Statement continued

**Infrastructure**

Construction of the new Crossrail station structure at Canary Wharf is within budget, and was handed over to CLRL 5 months ahead of schedule in March 2012, ready to receive the tunnelling machines. The station is due to open in 2018 and will be a new engine for growth across London as it will bring a further 1.5m people within a 60 minute commute of the centre. More immediately, the new signalling system on the Jubilee line will be fully operational in time for the start of the Olympics in June 2012, increasing the hourly train capacity to 30 from 24. This is a permanent upgrade which Canary Wharf commuters and visitors will continue to benefit from after the Olympic Games.

The Group is focused on the necessary preparations to celebrate the Olympic Games, at the same time, minimising disruption for tenants, commuters and visitors to Canary Wharf.

**Personnel**

In June of last year Sir Martin Jacomb stepped down as Chairman after more than a decade on the Board and this statement gives me the chance to once again thank him on behalf of the Group for his invaluable guidance and constant support and counsel. The Group owes him an enormous debt and we wish him well for the future.

The Board warmly welcomes and is looking forward to working with Cai Zhiwei, a director of China Investment Corporation, replacing Collin Lau who is assuming new responsibilities within CIC.

In challenging market conditions, it is more important than ever to remain focused and to maintain progress by achieving corporate and individual goals. Our staff at all levels have achieved precisely this over the last 12 months and the Board is grateful for their continuing commitment.

### Summary and Outlook

The regeneration of East London over the past 20 years has been hugely successful and the Canary Wharf Group has been a major contributor, acting as a catalyst for change, bringing improved infrastructure and providing thousands of jobs for local people. During this period, London's centre of gravity has undoubtedly moved east and apart from the new Olympic site the surrounding area now boasts the best attended entertainment venue in the world, the O2, as well as the UK's leading exhibition centre at Excel and is served by London City Airport. Canary Wharf itself houses a significant number of leading international companies from a diverse range of sectors beyond the traditional financial sector, including professional services, commodities, telecommunications, technology and media companies. The Olympic Games in the summer of 2012 will further promote East London and Canary Wharf to a global audience.

The significant land bank lays the foundations for future growth. Additional demand led development will further enhance the attractiveness of both Canary Wharf and Wood Wharf for office, retail and residential tenants. Whilst businesses have been more cautious in their decision making, there is ongoing demand for high quality office, retail and residential space from an increasingly diversified tenant base. Despite the uncertain macro environment the Group remains well positioned for future growth.

**SIR GEORGE IACOBESCU CBE**
Chairman and Chief Executive Officer

# Business Review

The following Business Review aims to provide shareholders with a summary of the business of the Group both during the year ended and as at 31 December 2011, as well as summarising significant events which have occurred subsequent to this date.

A list of defined terms used throughout these financial statements is provided in Definitions.

## Central London office leasing market overview

The following commentary on the Central London office market was provided by CBRE.

### Demand and take up

Central London take up increased in the final quarter of 2011 to reach 3.1m sq ft, up 12.0% from the third quarter. The final quarter was the strongest performing of the year and the only period in 2011 to exceed the 10 year quarterly average of 2.9m sq ft. This brought take up for the year to 10.3m sq ft, down considerably from the 14.6m sq ft let in 2010 and below the 10 year average of 11.6m sq ft.

Take up is forecast to remain below trend in 2012 as weak economic conditions force many occupiers to hold off expansion plans until signs of economic recovery are better established. The outlook for 2013 is more positive as take up is projected to return to trend with the return of stronger economic growth.

### Supply and development

Central London availability continued to rise in the final quarter of 2011, rising to 15.6m sq ft from 14.6m sq ft in the third quarter, reflecting a vacancy rate of 5.2%. This also marks an increase from 14.6m sq ft at the end of 2010, but remains below the 10 year average of 17.7m sq ft.

Development completions were down significantly compared to 2010, with only 1.7m sq ft completing in 2011, the lowest total since the early 1990s. Completion levels are expected to increase in 2012, rising to 3.0m sq ft, but remain modest compared with an annual 10 year average of 4.7m sq ft.

Despite the weak development pipeline, availability is forecast to rise due to weak take up and the release of tenant held space onto the market, although availability is expected to fall again as take up strengthens from 2013 onwards.

### Rental outlook

There was little movement in prime rents across Central London during 2011. Prime rents in the City remained at £55.00 psf throughout 2011 while rents in the West End and Canary Wharf rose modestly during the year to reach £92.50 and £38.50 psf respectively for lettings of existing space in excess of 100,000 sq ft. This was largely reflected in the CBRE prime rent index for Central London which increased by only 2.9% over the year.

Looking ahead, prime rents are expected to come under pressure during the coming year but rent free periods are expected to increase in the first instance helping to support rents. Rents should start to increase again in 2013 as the pace of economic growth picks up.

## Property portfolio

The Group is engaged in property investment and development and is currently primarily focused on the development of the Estate. The Group is also involved, through joint ventures, in the redevelopment of 20 Fenchurch Street and, since July 2011, the Shell Centre. In addition, the Group has also been involved in a joint venture to develop Wood Wharf. In January 2012 the Group completed its acquisition of WWLP and associated companies and was granted a new overriding 250 year lease of Wood Wharf (see Business Review – Wood Wharf).

At 31 December 2011, the investment property portfolio comprised 16 completed properties (out of the 35 constructed on the Estate) totalling approximately 7.0m sq ft of NIA. The properties included in the Group's investment property portfolio at 31 December 2011 are shown in the table below:

| Property address | NIA sq ft | Leased % | External valuation £m | Principal tenants and sub tenants |
|---|---|---|---|---|
| One Churchill Place | 1,038,500 | 100.0 | **725.0** | Barclays, BGC |
| 10 Cabot Square/ 5 North Colonnade | 634,100 | 100.0 | **370.0** | Barclays, WPP Group |
| 20 Cabot Square/ 10 South Colonnade | 558,100 | 100.0 | **318.0** | Barclays |
| One Canada Square | 1,220,500 | 85.0 | **659.5** | Bank of New York Mellon, Moody's, HSBC, Mirror Group, State Street, FSA, NYSE, BBVA, Metlife |
| 33 Canada Square | 562,700 | 100.0 | **366.0** | Citigroup |
| 20 Bank Street | 546,500 | 100.0 | **430.0** | Morgan Stanley |
| 40 Bank Street | 606,000 | 90.0 | **340.0** | Shell, Skadden, Allen & Overy, ANZ, JLL |
| 50 Bank Street | 210,600 | 100.0 | **147.5** | Northern Trust, Goldenberg Hehmeyer |
| 10 Upper Bank Street | 1,027,300 | 100.0 | **690.0** | Clifford Chance, FTSE, Total |
| Cabot Place Retail | 141,600 | 99.1 | **172.0** | Boots, Tesco, Zara and other retail tenants |
| Canada Place Retail | 71,300 | 100.0 | **176.8** | Gap, Next and other retail tenants |
| Jubilee Place Retail | 93,500 | 100.0 | **132.7** | Boots, M&S Food, Wagamama and other retail tenants |
| Churchill Place Retail | 34,900 | 99.6 | **20.3** | Barclays, Jamie's Italian and other retail tenants |
| 16-19 Canada Square | 213,600 | 100.0 | **72.5** | Waitrose Food & Home, Reebok, Plateau Restaurant |
| Reuters Plaza | 8,900 | 100.0 | **15.5** | Carluccio's, Smollensky's |
| Park Pavilion | 22,900 | 100.0 | **20.7** | Lloyds Bank, Canteen, The Parlour, Roka and Wahaca |
| Car parks | – | – | **44.0** | |
| Total | 6,991,000 | 96.5 | **4,700.5** | |

At 31 December 2011, the investment property portfolio was 96.5% let. In connection with the sale of 25 Bank Street to J.P. Morgan in December 2010, a surrender was agreed by J.P. Morgan of space on floors 44 – 46 of One Canada Square totalling 87,500 sq ft. This space was previously leased until April 2013 and J.P. Morgan paid a surrender premium equivalent to the foregone rent and service charges, together with dilapidations. Prior to the surrender by J.P. Morgan, the investment portfolio was 97.1% let at 31 December 2010 whereas following the surrender the investment portfolio was 96.1% let.

As well as the rental income generated from completed properties, income is generated from managing the entire Estate which, in addition to the completed properties owned by the Group, includes 19 properties totalling 8.7m sq ft in other ownerships.

The properties of the Group are under lease to a range of tenants. At 31 December 2011, the weighted average unexpired lease term for the office investment portfolio was approximately 16.2 years, or 14.9 years assuming the exercise of outstanding break options (31 December 2010 – 16.9 years or 15.7 years respectively). Of the office square footage under lease at 31 December 2011, 80.6% does not expire or cannot be terminated by tenants during the next 10 years.

### Leasing

In the year ended 31 December 2011, over 57,000 sq ft of leases were completed in One Canada Square, including:

- BBVA took 28,993 sq ft on level 44 for a 15 year term. There is a break option after 10 years on the whole space and on part (5,000 – 7,500 sq ft) after 5 years.

- Metlife Services took an additional 22,072 sq ft on level 50 for a 10 year term with a break option after 5 years.

These leases were at rents in the range of £41.50 – £43.50 psf which compares to the valuers' ERV for single floor lettings of £41.50 psf.

In 40 Bank Street, leases over an additional 24,000 sq ft were completed with a range of tenants including G4S Secure Solutions which took 19,113 sq ft on a short term lease.

In January 2012, the Group renewed leases with Bank of New York Mellon on 152,226 sq ft in One Canada Square for a term of 8 years from 1 January 2014 at a rent of £42.50 psf (10.4% ahead of built ERV) subject to an 18 month rent free period. There will be tenant only break options over 2 floors totalling 56,249 sq ft in January 2019 subject to a 10 month rent penalty. This lease compares with the valuers' ERV of

## Business Review continued

£38.50 psf for lettings greater than 100,000 sq ft of existing space.

The FSA's short term lease of floor 24 of One Canada Square (26,200 sq ft) determined on 31 December 2011, as did Satyam's lease on level 10 (2,237 sq ft). In addition, HSBC has exercised its break option over 1 floor in One Canada Square (27,104 sq ft) with effect from March 2012.

All options on sub let space back to the Group have been exercised. At 31 December 2011, the estimated net present value of sub let liabilities was approximately £31.0m discounted at 6.2%, being the Group's weighted average cost of debt (31 December 2010 – £37.6m, discounted at 6.3%). These sub let commitments have been reflected in the market valuation of the Group's properties.

### Retail

With a working population of just over 95,000 people and excellent transport links, Canary Wharf continues to develop as an exciting retail and leisure destination. The arrival of J.P. Morgan and Shell staff in 2012 will bring an additional 10,000 people working on the Estate. The signalling upgrade on the Jubilee line is being completed and an increasing number of Jubilee line trains will be serving the Estate adding transport capacity to service the increasing working population.

The Group enjoyed strong retail performance in the period, with turnover up 2.2% for the year to 31 December 2011 and near 100% occupancy. Agreements for 12 retail units were exchanged during the period, with a further 6 since the year end, including coffee shops, electrical goods, health food, restaurants and clothing outlets. Boisdale opened a new 12,000 sq ft live jazz, whisky and cigar restaurant in April 2011, adding to the excellent mix of hospitality destinations and further increasing visitor numbers in the evenings and at weekends.

The Group continues to undertake active and successful asset management of its retail space. Rents remain highly competitive and the retail at Canary Wharf is regarded as one of the leading prime retail developments in the UK. The Group is constantly striving to extend the scale and breadth of the retail offering. Kiosk spaces have been created in Reuters Plaza and underground car park space has been developed to extend several retail units. The Group is now proceeding with a 43,000 sq ft extension of retail into the car park spaces beneath the Jubilee Place mall. Despite the difficult retail climate, a number of clients are also expanding on the Estate, including Jaeger and Aquascutum, and there is a waiting list of tenants wanting to take space on the Estate. Canary Wharf is a specialist mall unlike the recently opened Westfield Stratford City mall which is expected to operate as a regional mall similar to Lakeside Thurrock and Bluewater. The Group is confident that the atmosphere and unique surroundings at Canary Wharf will distinguish this offering from other retail areas and that retail at Canary Wharf will continue to thrive.

### Construction

In August 2011, the Group announced that EMA had agreed a pre let of 250,000 sq ft in a new office building of approximately 525,000 sq ft to be constructed at 25 Churchill Place. EMA also has a call option over an additional 108,000 sq ft. Construction of the shell and core of the building commenced in February 2012. In accordance with the Group's strategy at Canary Wharf, the substructure of the building was completed previously.

EMA will occupy the promenade, ground and first 9 office floors in the 20 storey building. The agreed rent is £46.50 psf (3.3% ahead of pre let ERV) commencing in January 2015 with 5 yearly upwards only rent reviews. The length of the lease is 25 years with no break options and EMA will receive the equivalent of a 37 month rent free period in cash, which will be used to pay for EMA's fit out of the building. EMA also has a call option over an additional 108,000 sq ft. The lease to EMA locks in a minimum rental commitment of £11.6m p.a. The balance of the space is being marketed by the Group as construction progresses. The Group has entered into a new £190.0m development loan facility (see Business Review – Borrowings) which will be utilised to fund the construction of this building.

### Development properties

In January 2010, the Group acquired a long leasehold interest in 1 Park Place. This site benefits from a planning consent for approximately 950,000 sq ft of development, but the Group has prepared and intends to submit an application for a revised scheme of approximately 650,000 sq ft.

Heron Quays West has consent for an office scheme of 1.3m sq ft; however a number of alternative development options, both for office and also mixed office and residential use, are now being considered.

Consent has been granted on the adjacent Newfoundland site for 200,000 sq ft of hotel and serviced apartments. An alternative all residential concept is being considered.

The remaining development site at North Quay has planning consent for 2.4m sq ft.

In summary, the total development capacity at the date of this report at each of the Group's development sites is as follows:

|  | NIA m sq ft |
|---|---|
| Based on existing planning permissions: |  |
| – North Quay | 2.39 |
| – Heron Quays West | 1.33 |
| – Newfoundland | 0.23 |
| – Crossrail retail | 0.10 |
| – 1 Park Place (proposed development) | 0.65 |
|  | 4.70 |
| Secured subsequent to the year end: |  |
| – Wood Wharf | 4.60 |
|  | 9.30 |
| Sold to J.P. Morgan: |  |
| – Riverside South (the Group acting as development and construction manager) | 1.90 |

The site at Riverside South was acquired by J.P. Morgan in November 2008 and the Group was appointed to act as development and construction manager under a contract with a term to October 2016. The terms of this contract include a right of first offer for the Group in the event J.P. Morgan decides to sell the site. Initial infrastructure works have been completed on the site and J.P. Morgan has instructed the Group to bring the development to street level.

The Group has received £76.0m as an advance of developer's profit in conjunction with this development. This sum will be set against the Group's entitlement to future profits if J.P. Morgan proceeds with full construction.

### 20 Fenchurch Street

In 2010, the Group and Land Securities formed 20 FSLP a 50:50 joint venture to develop 20 Fenchurch Street in the City. The existing property, which was acquired as a cleared site with some ancillary neighbouring holdings, was sold by Land Securities to this partnership for a consideration of £90.2m, in line with the March 2010 valuation. After syndication, the Group has retained a 15.0% equity interest in this project.

Planning consent for the proposed 37 storey building was originally granted in October 2009. The building will provide approximately 690,000 sq ft of world class space in floor plate sizes of 14,000 sq ft to 28,000 sq ft, with a sky garden on the top 3 floors. Some revisions to the consented scheme, recommended by the Group to improve its buildability and letting prospects, have been incorporated and received planning consent in July 2011. Construction commenced on site in January 2011 and is progressing on schedule and within budget. 20 FSLP has made the decision to proceed with full build out of the scheme, targeting completion in April 2014. The building is on schedule to be topped out by the end of 2012.

Land Securities and the Group were appointed as joint development managers and both are responsible for leasing, with Land Securities taking the lead. Canary Wharf Contractors Limited, a wholly owned subsidiary of the Group, was appointed as construction manager.

### Shell Centre

In July 2011, the Group and Qatari Diar concluded an agreement to redevelop the Shell Centre. The Group and Qatari Diar have entered into a 50:50 joint venture and have committed to contributing £150.0m each to the joint venture to secure the 5.25 acre site on a 999 year lease. The Group's contribution is being satisfied from existing corporate resources. The aggregate £300.0m payment for the site is conditional on planning permission being received for the project within three years. The Group will act as construction manager for the project and will also be joint development manager with Qatari Diar. The joint development manager fees generated from the transaction will be apportioned between the parties.

The development will be mixed use, comprising office, residential and retail space. The existing 27 storey tower in the middle of the Shell Centre will be preserved and retained by Shell. Shell will also take a 210,000 sq ft pre let of one of the new office buildings to be constructed on the site.

Discussions have commenced with the local planning authority and relevant stakeholders to establish planning constraints, detailed designs and a timetable for construction of a project which will reenergise an important section of London's South Bank.

### Wood Wharf

On 18 January 2012, the Group announced it had acquired full ownership of WWLP and associated companies and had entered into an overriding 250 year lease of Wood Wharf.

The Group acquired 100.0% of WWLP by combining its own 25.0% effective interest with the 75.0% interests acquired from its original joint venture partners, BWB and Ballymore. It also agreed the restructuring of BWB's ongoing participation as freeholder of Wood Wharf. As a result, the Group now has control over the timing and design of the scheme.

Wood Wharf will be a new mixed use development scheme adjacent to the Estate. In May 2009 the current master plan received planning consent for 4.6m sq ft net. This represents an area almost one third of the size of the Estate and comprises approximately 1.25m sq ft of residential use, 0.2m sq ft of retail, 3.1m sq ft of offices and a 0.2m sq ft hotel. Detailed consent was granted on the 3 office buildings closest to the Estate totalling 1.5m sq ft net in July 2009. In

## Notes to the Financial Statements continued
for the year ended 31 December 2011

**Company**

The Company holds the entire issued share capital of CWEL comprising 651,778,264 ordinary shares of 1p each. The directors have considered the value of the Company's investment in CWEL at 31 December 2011 and the investment was stated at £2,257.1m, net of a provision of £728.0m (2010 – £2,256.1m, net of a provision of £729.0m).

At 31 December 2011, the Company's principal subsidiary undertakings, all of which were registered in England and Wales and wholly owned, were as follows:

| Name | Description of shares | Principal activities |
| --- | --- | --- |
| Directly held by the Company: | | |
| Canary Wharf Estate Limited | 1p Ordinary | Holding company |
| Canary Wharf Developments Limited | £1 Ordinary | Property development |
| | | |
| Indirectly held by the Company: | | |
| Canary Wharf Holdings Limited | £1 Ordinary | Holding company |
| Canary Wharf Limited | £1 Ordinary | Property development |
| Canary Wharf Investments Limited | £1 Ordinary | Property investment |
| | £1 Deferred | |
| Canary Wharf Contractors Limited | £1 Ordinary | Property construction |
| Canary Wharf Management Limited | £1 Ordinary | Property management |
| Heron Quays Properties Limited | £1 Ordinary | Property development |
| Canary Wharf Finance II plc | £1 Ordinary | Investment company |
| CW Lending II Limited | £1 Ordinary | Investment company |
| Canary Wharf Properties (Crossrail) Limited | £1 Ordinary | Investment company |
| Canary Wharf Finance (Investments) Limited | £1 Ordinary | Investment company |
| CWCB Properties (DS7) Limited | £1 Ordinary | Property investment |

A complete list of the Company's subsidiary undertakings is attached to the Company's annual return when it is submitted to the Registrar of Companies.

### 13    Debtors

| | 31 December 2011 | | 31 December 2010 | |
| --- | --- | --- | --- | --- |
| | **Group £m** | **Company £m** | Group £m | Company £m |
| **Due within one year:** | | | | |
| Trade debtors | **5.4** | **0.5** | 4.9 | 1.4 |
| Other debtors | **20.9** | **–** | 18.9 | 0.1 |
| Amounts owed by subsidiary undertakings | **–** | **39.5** | – | 90.3 |
| Loans to subsidiary undertakings | **–** | **909.3** | – | 904.1 |
| Prepayments and accrued income | **17.2** | **0.2** | 43.2 | 0.2 |
| Deferred financing expenses (Note 16) | **4.2** | **–** | – | – |
| Amounts recoverable on contracts (Note 15) | **–** | **–** | 2.4 | – |
| | **47.7** | **949.5** | 69.4 | 996.1 |

Financing expenses of £4.2m incurred on the Group's construction loan facility have been deferred and included in Debtors due within one year. The first draw down under this facility is expected to occur in 2012 at which time these fees will be transferred to Creditors: Amounts falling due in more than one year and netted against the outstanding balance on the loan.

The table below summarises these sub lets, including the rent payable for the next financial year, net of any rent receivable:

| Property | Leaseholder | Original Sub let sq ft | Re let sq ft | Net rent[(i)] £m | Rent review date | Rent review basis | Term commence-ment | Expiry or first break |
|---|---|---|---|---|---|---|---|---|
| 10 Upper Bank Street | Clifford Chance | 52,100 | 52,100 | 0.78 | N/A | OMR | Jul 2003 | Jul 2013 |
| One Churchill Place | Barclays | 133,400 | 133,400 | 0.13 | Jul 2014 | OMR | Jul 2004 | Jul 2019 |
| One Churchill Place | Barclays | 129,700 | 129,700 | 0.55 | N/A | OMR | Jul 2004 | Jul 2014 |
| 40 Bank Street | Skadden | 19,500 | 19,500 | 0.31 | N/A | OMR | Mar 2003 | Mar 2013 |
| 40 Bank Street | Barclays | 38,200 | – | 1.68 | Jul 2012 | OMR | Nov 2009 | Dec 2017 |
| 40 Bank Street | Barclays | 76,400 | 57,300 | 1.23 | Jul 2012 | OMR | Oct 2010 | Dec 2017 |
| One Canada Square | Mirror Group | 26,200 | –[(ii)] | 1.00 | June 2013 | OMR | May 2009 | June 2018 |
| One Canada Square | KPMG | 28,600 | 28,600 | 0.23 | N/A | OMR | Jun 2010 | Dec 2016 |
| **Total** | | **504,100** | **420,600** | **5.91** | | | | |

Note:
(i)   The net annual sub let rental obligations will decrease over time with the expiration of re let rent free periods.
(ii)  Level 24 occupied by the FSA on a short term basis until 31 December 2011.

## 26  Ultimate parent undertaking and related party transactions

At 31 December 2011, the smallest group of which the Company is a member and for which financial statements are drawn up is the consolidated financial statements of the Company. The largest group of which the Company is a member for which Group financial statements are drawn up is the consolidated financial statements of Songbird, the ultimate parent undertaking and controlling party. Copies of the financial statements of both companies may be obtained from the Company Secretary, Level 30, One Canada Square, Canary Wharf, London E14 5AB.

During 2011, the Group billed HSO, a company in which it holds an equity investment equivalent to approximately 13.0% of the issued share capital, £38,015 plus VAT for access to the Estate's telecommunications infrastructure. At 31 December 2011 the outstanding amount was £4,781 inclusive of VAT.

In December 2004, the Company entered into a provision of services agreement with Songbird. Under this agreement the Company agreed to provide certain business and corporate administration services to Songbird in consideration of a time based fee for an initial period of 12 months and to continue thereafter until terminated by either party on 3 months notice. No such notice has been served to date. During 2011, £500,000 plus VAT was charged for services provided in 2010, and £519,956 plus VAT has been accrued at 31 December 2011. In 2011, £1,442,525 was received in respect of prior years.

During 2011, the Group billed and received £3,040 plus VAT for the provision of development management services to WWLP. The Group's interest in WWLP changed during the year and is disclosed in more detail in Note 12. In addition the Group billed £7,613 in respect of property costs for office space occupied by WWLP for part of the year. At 31 December 2011 £2,425 inclusive of VAT was outstanding from WWLP.

In October 2010, the Group entered into a 50:50 joint venture with Land Securities to develop 20 Fenchurch Street. Simultaneously the Group entered into syndication arrangements with the Syndication Partners. Each of the Syndication Partners is related to a shareholder in Songbird. Under these arrangements the Group retains a 15.0% economic interest in the joint venture partnership and each of the Syndication Partners retains an 11.66% interest. At 31 December 2011 each of the Syndication Partners had subscribed £16.9m and the Group had subscribed £21.8m. In 2011 the Group billed £2,355,510 plus VAT for construction and development management services to 20 FSLP. In addition the Group billed £4,625,471 plus VAT for costs incurred by the Group which were reimbursable by 20 FSLP. At 31 December 2011 the amount outstanding was £870,318 inclusive of VAT.

In July 2011, the Group entered into a 50:50 joint venture with Qatari Diar to develop the Shell Centre. At 31 December 2011 each partner had subscribed £19.5m. The Group has billed £825,806 plus VAT for development management services, and £17,742 plus VAT for administrative services of which £255,968 remained outstanding at 31 December 2011. In addition, a total of £218,750 plus VAT was accrued for these services. The Group incurred pre bid and other expenses totalling £2,008,036 which it had charged to the joint venture which was paid subsequent to the year end.

# Definitions

| | |
|---|---|
| 20 FSLP | 20 Fenchurch Street Limited Partnership |
| Act | The Companies Act 2006 |
| Administrator | PricewaterhouseCoopers LLP, administrator of Lehman |
| AGM | Annual General Meeting of the Company |
| AIG | American International Group, Inc |
| Ballymore | Ballymore Properties Limited |
| BBVA | Banco Bilbao Vizcaya Argentaria S.A. |
| Board | Board of directors of Canary Wharf Group plc |
| bps | Basis points |
| BWB | British Waterways Board |
| CBRE | CB Richard Ellis Limited, Surveyors and Valuers |
| Chairman and Chief Executive Officer | Chairman and Chief Executive Officer of the Company |
| City | The City of London |
| CLRL | Cross London Rail Links Limited |
| Company | Canary Wharf Group plc |
| CRG | Corporate Responsibility Group |
| Cushman | Cushman & Wakefield, Real Estate Consultants |
| CWEL | Canary Wharf Estate Limited |
| CWF II | Canary Wharf Finance II plc |
| CWHL | Canary Wharf Holdings Limited |
| Drapers Gardens | Drapers Gardens scheme in the City of London |
| EMA | European Medicines Agency |
| EMS | Environmental Management System |
| ERV | Estimated Rental Value |
| Estate/Canary Wharf | Canary Wharf Estate including Heron Quays West, Newfoundland, Riverside South, North Quay and Park Place |
| EZA | Enterprise Zone Allowance |
| FRS 4 | Financial Reporting Standard 4 (Capital Instruments) |
| FRS 5 | Financial Reporting Standard 5 (Substance of Transactions) |
| FRS 13 | Financial Reporting Standard 13 (Derivatives and Other Financial Instruments) |
| FRS 19 | Financial Reporting Standard 19 (Deferred tax) |
| FRS 22 | Financial Reporting Standard 22 (Earnings per share) |
| FSA | The Financial Services Authority |
| Group | Canary Wharf Group plc and its subsidiaries |
| HSO | HighSpeed Office Limited |
| ICR | Interest Cover Ratio |
| Land Securities | Land Securities Group plc |
| Lehman | Lehman Brothers Limited (in administration) |
| LIBOR | London Interbank Offered Rate |
| Lloyds | Lloyds Banking Group plc |
| LMCTV | Loan Minus Cash to Value |
| London Plan | Mayor of London planning document published by the Greater London Authority |
| LTV | Loan to Value |
| m | million |
| Moody's | Moody's Investor Services Limited |
| Morgan Stanley | Morgan Stanley & Co Limited |
| NAV | Net Asset Value |
| NIA | Net Internal Area |
| NNNAV | Triple Net Asset Value |
| Notes | Notes of the Group's securitisation |
| p.a. | per annum |
| psf | per sq ft |