# Exhibit 7

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In Re:
LEHMAN BROTHERS HOLDINGS INC.,
et al.,
                          Debtors.
Chapter 11
CASE NO.: 08-13555(JMP)
(Jointly Administered)
------------------------------------------X

                    767 Fifth Avenue
                    New York, New York
                    June 25, 2013
                    9:29 a.m.


        VIDEOTAPED DEPOSITION of RICHARD
KRASNOW, before Melissa Gilmore, a Notary
Public of the State of New York.




        ELLEN GRAUER COURT REPORTING CO. LLC
          126 East 56th Street, Fifth Floor
             New York, New York 10022
                  212-750-6434
                  REF:  104143

```
                                                    29
 1                   KRASNOW
 2          MR. ISAKOFF: I don't believe that's
 3     true with respect to ten.
 4     Q.    I beg your pardon. My error.
 5  Mr. Isakoff is correct. Let me see if I can --
 6  let me see if I can get this right.
 7          Do you recall that you were
 8  designated by LBHI to testify with respect to
 9  topics one, two, four, five, six, seven, eight
10  and nine?
11     A.    Yes.
12     Q.    And are you prepared to do that
13  today?
14     A.    Yes.
15     Q.    Now, if I can ask you with respect
16  to topic one, "The lease agreement dated
17  March 16, 2005," et cetera.
18          Do you see that sir?
19     A.    Yes, sir.
20     Q.    Do you have any -- strike that.
21          Let me ask you first this question:
22  In preparing for your deposition here today,
23  did you review any or all of the drafts of that
24  lease?
25     A.    No.
```

30

1        **KRASNOW**

2    Q.   You reviewed none of them?

3    **A.   I did not review any drafts.**

4    Q.   Did you review any communications

5    from the negotiations?

6    **A.   I don't recall that I reviewed any.**

7    Q.   All right.  Do you have any

8    knowledge, firsthand or otherwise, with respect

9    to any of the negotiations of the March 16,

10   2005 lease pertaining to 25 Bank Street?

11   **A.   No.**

12   Q.   Do you have any knowledge of any

13   kind concerning the intent of any of the

14   parties to that lease as of the time it was

15   executed?

16   **A.   No.**

17   Q.   Now, with respect to item two,

18   Schedule 4 to the lease, do you have any

19   knowledge concerning the negotiations of what

20   became Schedule 4 to the same lease?

21   **A.   No.**

22   Q.   Have you spoken to any of the

23   negotiators from any one of the three parties

24   to that lease about any of the negotiations

25   that led up to the execution of the lease,

```
                                                         31
 1                      KRASNOW
 2   including Schedule 4?
 3       A.    No.
 4       Q.    Do you have any knowledge, firsthand
 5   or otherwise, concerning the intent of the
 6   parties as of the time that Schedule 4 was
 7   agreed to?
 8       A.    No.
 9       Q.    Am I correct, Mr. Krasnow, that in
10   preparing for your deposition today, you did
11   review certain documents?
12       A.    Yes.
13       Q.    Can you tell me what the documents
14   were?
15       A.    There were, what I would view as,
16   significant number of pieces of paper that
17   consisted of a lot of different types of
18   documents, e-mails, memos, agreements, drafts.
19   A variety, a panoply of documents.
20       Q.    And when did you review those
21   documents?
22       A.    In connection with the preparation
23   for this deposition?
24       Q.    Yes, sir.
25       A.    Yesterday and a month or so ago.
```

                                                            32

1                          **KRASNOW**

2        Q.    All right.  Did any of those

3   documents refresh your recollection concerning

4   any of the events in 2010 or 2011 pertaining to

5   the lease or Canary Wharf's claim?

6        **A.    Yes.**

7        Q.    Which ones?

8        **A.    I don't understand when you say**

9   **which ones.**

10       Q.    Which of the documents, as best as

11  you recall it, refreshed your recollection?

12       **A.    There were e-mails that related to**

13  **the period in question, in question being**

14  **settlement negotiations leading up to events in**

15  **December of 2010 and slightly thereafter.**

16  **There were drafts -- there were draft**

17  **stipulations.  There were lease documents and**

18  **attendance schedules.  I think that probably**

19  **covers it.**

20       Q.    Okay.  Thank you.

21             Do you recall, Mr. Krasnow, in

22  connection with your looking at documents for

23  preparation for this deposition, whether it was

24  yesterday or roughly a month ago, do you recall

25  looking at any documents that predated

33

1              KRASNOW

2  March 16, 2005?

3     A.    No.

4     Q.    Do you have any information of any

5  kind concerning the negotiations of the lease

6  at 25 Bank Street that's referred to in

7  paragraph one of Schedule A of Exhibit 59?

8         MR. ISAKOFF:  Object to form.

9     **A.    I'm sorry, could that question be**

10 **read back?**

11        MR. TULCHIN:  Could you read it

12    please, Melissa?

13        (Record read.)

14    **A.    It's my understanding that whatever**

15 **documents, if any, that there are would have**

16 **been provided, and I'm not -- I'm just not**

17 **aware -- as I said, I don't recall seeing**

18 **anything myself that relates to the**

19 **pre-March 16, 2005 period.**

20    Q.    Okay.  Have you had any

21 communications with anyone who you believe was

22 involved in any way with the negotiations of

23 that lease over the last two years?

24    **A.    No.**

25    Q.    And is the same true with respect to

```
                                                          34
 1                       KRASNOW
 2    Schedule 4 to the lease?
 3         A.   Yes, it is true.
 4         Q.   All right.  Now, in preparing for
 5    this deposition, Mr. Krasnow, did you have
 6    occasion to consult with Mr. Ehrmann?
 7         A.   In connection with the preparation
 8    for this deposition?
 9         Q.   Yes, sir.
10         A.   No.
11         Q.   Have you read the transcripts of any
12    of the depositions that have been taken so far?
13         A.   No.
14         Q.   All right.  Have you been told about
15    the testimony of any of the deposition
16    witnesses thus far?
17              MR. ISAKOFF:  Now, I'm going to
18         instruct you not to answer to the extent
19         that whatever you have been told has been
20         told to you by counsel.
21              If you have been told the content of
22         the depositions by anybody other than
23         counsel, then you should respond, but you
24         should leave any discussions with counsel
25         out.
```

```
                                                            39
 1                          KRASNOW
 2    look at it?
 3         A.    I did go to offices at Canary Wharf.
 4    I don't know whether or not the offices, which
 5    were Lehman offices that I visited, were these
 6    offices -- these being the premises covered by
 7    the lease at issue here.
 8         Q.    Did you know in 2010 that 25 Bank
 9    Street had more than a million square feet of
10    office space?
11         A.    I may have.  I don't...
12         Q.    Were you aware that 25 Bank Street
13    was built for Lehman originally?
14               MR. ISAKOFF:  Object to form.
15         A.    I don't recall if I knew that then.
16         Q.    Were you aware that the 2005 lease
17    provided that Lehman Brothers Limited would be
18    a tenant as a convenience for the Lehman global
19    entity?
20               MR. ISAKOFF:  Object to form.
21         A.    No.
22         Q.    Do you know who on the Canary Wharf
23    side was involved in the negotiations of the
24    lease?
25         A.    No.
```

```
                                                          40
 1                       KRASNOW
 2       Q.    And how about Schedule 4 of the
 3   lease?
 4       A.    I don't know.
 5       Q.    Were you aware that 25 Bank Street
 6   was one of the buildings that was put into a
 7   securitization of Canary Wharf properties?
 8             MR. ISAKOFF:   What is the time frame
 9        of when you are asking was he aware?   What
10        is the time frame?   I'm lost now.
11       Q.    Let me ask you about in 2010, were
12   you aware of that?
13             MR. ISAKOFF:   Thank you.
14       A.    I don't recall.
15       Q.    In 2010, as best you remember it,
16   did you have readily available to you, in your
17   office at Weil Gotshal, a copy of the lease?
18             MR. ISAKOFF:   Object to form.
19       A.    I'm sorry, what year?   2010?
20       Q.    Yes, sir.
21       A.    We had a copy of the lease.
22       Q.    Did you, yourself, have one in your
23   office on a computer or in hard copy?
24       A.    Yes.
25       Q.    Which?   Or is it one or the other or
```