# Exhibit 9
# (Part 2 of 2)

3/28/01

27 March 2001

# CANARY WHARF

## BUILDING HQ2
## LEHMAN BROTHERS

### MINIMUM STANDARD DEVELOPER'S FINISH

### FOR TENANT WORK

1. **FLOORING**

   1.1    Hewetsons Floors or equal raised access floor shall be installed to suit the building design height for the demised premises (generally 200mm average measured from top of slab to top of raised floor). The performance criteria of the system shall meet the working strength requirements of a medium grade platform specification of the Department of the Environment, Property Services Agency document MOB 08-801. The system shall consist of 600mm x 600mm or 750mm x 750mm fully accessible panels on adjustable jacks.

   1.2    600mm x 600mm carpet tiles shall be installed throughout. Quality to be equal to Heuga Connections, Milliken Corporate Square Nova, Interface Palette 3000 or Sommer Avenue.

2. **CEILINGS**

   2.1    Perforated metal pan 750mm x 750mm or 600mm x 600mm lay-in ceiling, Aluminium Ceiling System 15mm x 8mm aluminium capped steel grid shall be installed throughout the demised premises. Ceiling tiles to be powder coated white finish with 16mm thick mineral wool padding. Quality shall be at least equal to SAS Ceilings System 130.

   2.2    Painted drywall window soffits will be installed at the perimeter of the ceiling system to receive perimeter slot diffusers.

   2.3    Lift lobbies shall have painted drylined ceilings.

3. **LIGHTING**

   3.1    600mm x 600mm deep cell parabolic light fixtures, with electronic control gear, shall be installed to maintain a lighting level of 500 lux average in the office areas.

CONFIDENTIAL

LBHI_CW0000124

3.2    Fixtures shall be by Creed Light Engineering Limited or equal. Louvre will be low brightness with iridescent specular (highly polished) high purity aluminium curved profile sides, compound curved profile sides and compound curved profile wedge cross blades designed to meet the requirements of CIBSE LG3 Category 2. Each fixture will be fitted with a 750mm x 750mm surround metal frame to allow installation into 750mm x 750mm (where used) ceiling module.

3.3    Switching in all areas shall be controlled by the DDC electronic controller which is provided as part of the air conditioning terminal temperature control unit.

3.4    Incandescent downlights and/or wall washers shall be installed in each lift lobby.

## 4.    WALL FINISHES

4.1    Perimeter walls, columns and core walls shall be fully drylined, taped and sanded, ready for painting.

4.2    All exposed surfaces of drylining shall receive:

a)    One coat of primer sealer
b)    Two coats of emulsion

4.3    Lift lobbies shall have fabric backed vinyl wall covering, 460 grams, with a flame spread of Class 0 and Class I - Carteret by Helen Sheane Wall covering or equal.

4.4    All drylined partitions will receive 100mm high timber (American Cherry or equal) skirting.

## 5.    PARTITIONS, DOORS AND IRONMONGERY

5.1    Two pairs of glass entrance doors with glazed side screens shall be installed at each lift lobby. Doors and screens can be either frameless or framed in timber or aluminium.

## 6.    SPRINKLER/FIRE PROTECTION

6.1    A system of sprinkler protection shall be installed throughout all areas.

6.2    Flush mounted sprinkler heads, as Reliable Model G4, shall be provided to achieve a design density of Ordinary Hazard Group II, in accordance with the requirements of British Standard 5306 Part 2 and the Landlord's insurance requirements.

6.3    The base building fire alarm system shall be extended to provide coverage throughout all areas and shall comply with the requirements of British Standard

CONFIDENTIAL

LBHI_CW0000125

5839 Parts 1 and 4.

6.4　　The base building public address system, which forms part of the fire alarm installation, shall be extended to provide the required audibility levels of 65dB(A) in all areas.

## 7.　MECHANICAL

7.1　　HVAC systems shall be installed in all office areas, consistent with the design criteria indicated in the "Outline Shell & Core Specification".

7.2　　Fan assisted terminal variable air volume (FATVAV) boxes shall be installed to serve all general office areas. Perimeter FATVAV boxes shall be equipped with electrical heating coils. Each FATVAV unit shall be provided with a standalone DDC electronic controller connected to a wall mounted room temperature sensor.

7.3　　Thermal loading shall be based on the stated "Shell and Core" mechanical system design load. The perimeter zones shall be provided with a terminal at each corner exposure and one for every, approximately, 6 metres by 4.5 metres. Interior areas shall be provided with one terminal for every, approximately, 81 square metres of net internal area.

7.4　　Perimeter zones shall be provided with multi-slot continuous or discrete aluminium supply air diffusers located adjacent to each window module. Interior thermal zones shall be provided with one supply air diffuser for 30 square metres. Return air to the ceiling plenum shall be through the heat extract modular light fittings and supplemented with additional return air grilles.

7.5　　Primary supply air trunk duct shall be internally or externally lined rectangular sheet metal connected to the base building system at each core. Terminal units shall be connected to the primary trunk duct with insulated round ducting, rigid or flexible types as appropriate. Branch supply air ducting from each terminal unit shall be internally lined. Sheet metal connections to each air distribution device shall be round, rigid or flexible.

## 8.　ELECTRICAL

8.1　　Electrak or equal horizontal underfloor power distribution, shall be installed; approx 4.5m on centre.

CONFIDENTIAL

LBHI_CW0000126

8.2    One three compartment floor box per 10m5 (108 sq.ft) of net internal area shall be installed and located in the raised floor. Floor box shall be located centrally to one side of the panel. Each floor box to contain:

   2 No. Unswitched General Purpose Outlets
   2 No. Data Blanks
   2 No. Telephone Blanks
   1 No. 3m tail

   Floor boxes manufactured by Thorsman or equal.

# 9    STATUTORY SIGNS/TENANT SIGNS

9.1    Internal signs to exit and hose reels shall be installed as necessary to comply with statutory and local authority requirements.

# 10    WINDOW COVERING

10.1    25mm wide horizontal solid aluminium slat, silver window blinds manufactured by Claxton Blinds or equal shall be installed at all perimeter windows.

CONFIDENTIAL

LBHi_CW0000127

# LEHMAN BROTHERS LIMITED

## CANARY WHARF SOUTH

### BUILDING HQ2

## "SHELL & CORE"

## OUTLINE SPECIFICATION

CANARY WHARF CONTRACTORS LIMITED
January 18, 2005

CONFIDENTIAL

LBHI_CW0000128

# PART I

## 1.   GENERAL

### 1.1   Location

The site of the building is at the Canary Wharf Development on the Isle of
Dogs in the London Borough of Tower Hamlets.

### 1.2   The Base Building

The base building is finished to shell standard only and consists of structural
frame, floors, external enclosure and core, vertical ducts and shafts and
internal walls enclosing public areas. Site work within parcel limits includes
paving, landscaping and utilities and services to the building. Distribution of
services within the building are provided from mechanical and electrical plant
rooms and extends to the office accommodation via vertical risers and
terminated at each floor adjacent to the shaft and/or plant room wall.

The Base Building includes the following:

a.  Public entry lobbies.
b.  2 no. Reception desks in the main entry lobby.
c.  Passenger, goods and fire fighters lifts to all office floors.
d.  Toilet facilities on each office floor.
e.  Cleaners' room with mop sink on each office floor.
f.  Core walls and doors between, and enclosing, public and service spaces.
g.  Emergency escape stairs to statutory requirements.
h.  Shaft and riser enclosures for mechanical, plumbing, electrical and
    accommodation of Telecommunications services.
i.  Drylining prepared for painting at all perimeter enclosing walls and
    perimeter columns facing into the office areas.
j.  Drylining prepared for painting to tenant faces of stair and core enclosures
    facing into the office areas.
k.  Walls of stairs are painted masonry or drylining
l.  Mechanical plant rooms housing fans for air distribution, chillers and
    pumps.
m.  Electrical equipment rooms housing transformers, switchgear and
    emergency power generators as required under statutory regulations.
n.  Fire fighting and life safety system equipment to statutory requirements.
o.  Building maintenance offices.
p.  Lavatories, shower and locker facilities for building maintenance personnel
q.  Systems to secure the building from the exterior.
r.  Window cleaning and external maintenance system.
s.  Exterior building lighting.
t.  Statutory Signage.
u.  Loading and unloading dock, plus car parking with automatic gates and
    signs.

CONFIDENTIAL

LBHI_CW0000129

     v. A state of the art building management system for Base Building equipment.

1.3    The Base Building complies with all relevant Statutory Regulations, Building Acts, Building Regulations, British Standards and the British Standard Codes of Practice, as appropriate.

## 2. EXTERNAL FINISHES AND LANDSCAPING

### 2.1 Plaza and Walkways

    a. The Plaza and Walkway areas are finished with patterned paving of natural stone, precast or brick paviours, with drainage as necessary.

    b. The Plaza and Walkway areas have a waterproof membrane and are insulated over occupied areas.

    c. Planting, site furniture, water features etc. are provided by Canary Wharf Development in accordance with the Canary Wharf Design Guidelines.

### 2.2 Exterior Walls for Typical Floors

    a. The exterior walls consist of a high quality natural stone or metal prefabricated cladding system with aluminium window frames clad with stainless steel.

    b. Windows are double glazed at all office levels and single glazed for the lobby and retail levels. The inner lite of double glazed units are laminated.

    c. The exterior walls are thermally insulated as required.

    d. The exterior walls have a complete vapour barrier and are fully weather sealed.

### 2.3 Miscellaneous Exterior Doors

    The roof plant room doors and other exterior doors not in public view are painted hollow metal doors.

### 2.4 Roofs and Terraces

    The main roof is thermally insulated inverted type with continuous water proofing membrane.

CONFIDENTIAL

LBHI_CW0000130

## 3.    INTERIOR MATERIALS AND FINISHES GENERALLY

### 3.1    Partitions

a.  Masonry or drylined partitions are used for fan rooms, loading areas, stairs, lift and riser shafts.

b.  Drylined partitions generally are used for all walls above ground level. Masonry partitions are generally used for all walls below ground level.

### 3.2    Doors and Frames

a.  Typical office floor core areas, exit stairs, toilet rooms and mechanical and electrical rooms have full height (2700mm) hardwood veneer doors with hardwood frames. Frames extend to suspended ceiling level with flush transom panels where necessary.  Alternatively hollow metal doors and frames are provided.

b.  Lower level service areas and areas concealed from public view have painted hollow metal doors and frames.

c.  Lobby level entrance doors are architectural metal and glass.  Lobby area core doors and frames are to suit adjacent finishes.

d.  Doors are fire rated to meet statutory requirements.

### 3.3    Ironmongery

a.  Locksets where required are on a building master-key system for the public and service areas in the building.

b.  Entrance level exterior doors have concealed pivot hinge/closers.

c.  All other doors have ball-bearing butt hinges.

d.  Surface mounted closers are used for core doors and in service areas.

e.  Overhead hold opens, double door closing coordinators, buffers, stops, kick plates and armour plates are used where necessary.

### 3.4    Painting

a.  In back-of-house and service areas walls and ceilings are painted and finished with 2 coats of emulsion painted on 1 undercoat.

b.  In other areas required to be painted, walls and ceilings are finished with 2 eggshell texture finish coats on an undercoat.

CONFIDENTIAL

LBHI_CW0000131

4.    **INTERIOR FINISHES IN PUBLIC SPACES**

    4.1    **Main Entrance Lobby**

        a.  Floors are polished or honed marble or granite in a distinctive pattern; Walls are polished marble or granite, or other decorative material, appropriate to a first class office building.

        b.  The lobby and public areas are illuminated by recessed lighting and specialist fixtures in a ceiling designed with decorative features.

5.    **TOILETS**

    5.1    Toilet provision provides for the following:

| Office Floors | 1 person/10m² | 60:60 male/female |
| Trading Floors | 1 person/7m² | 80:40 male/female |

    5.2    Floors are finished with non slip natural stone tiles and have waterproof membranes where occupied space occurs below.

    5.3    Walls are finished with polished natural stone tile and or timber veneer panels.

    5.4    Ceilings are suspended metal tile or drylining with lighting over basins, urinals and lavatories.

    5.5    Toilet cubicles have hardwood veneer partitions with high quality wood veneer doors.

    5.6    All sanitary appliances are wall mounted. Basins are set in natural stone vanitory tops.

    5.7    High quality accessories comprise:

        a.  A frameless mirror over the basins extending to ceiling level.
        b.  Vanitory mounted soap dispensers.
        c.  Recessed combination paper towel dispensers and waste bins.
        d.  Double toilet roll holders.
        e.  Coat hooks.
        f.  Electric fused outlet for hand dryer.
        g.  Electric outlets for hair dryer, shaver etc.

6.    **TENANT AREAS**

    6.1    **Typical Office Floors (as shell and core only specification)**

        a.  Floors are finished exposed concrete to accept raised flooring, (provided within the Category "A" works), with tolerances to British Standards.

21/7/03  HQ2.LehmanBros.SCspec.Leaseversion.v2.doc lease version

CONFIDENTIAL

LBHI_CW0000132

    b.  Soffits are exposed structure and metal deck.

    c.  Perimeter columns have drylining prepared for painting.

    d.  Walls of core facing into tenant space are drylining prepared for painting.

    e.  Lift doors are stainless steel.

### 6.2    Typical Retail Area (where applicable)

    a.  Floors, walls, free standing columns and ceilings are unfinished structure.

    b.  Retail shop fronts, doors and frames are stainless steel or natural hardwood.

## 7.    FINISHES IN SERVICE AREAS

### 7.1    Fire Escape Stairs

    a.  Stair flights and landings are painted metal with precast terrazzo treads and landings with integral anti-slip nosing strips.

    b.  Walls are painted masonry or drylining.

    c.  Handrails and balustrades are painted tubular steel with welded joints ground smooth.

    d.  Lighting is wall mounted fluorescent fixtures at floor and intermediate landings.

### 7.2    Electrical and Telephone Rooms

    a.  Floors are concrete.

    b.  Walls are painted drylining.

    c.  Ceilings are exposed structure.

### 7.3    Mechanical Plant Rooms and Tank Rooms

    a.  Floors are sealed smooth concrete with waterproofing membranes where occupied space occurs below, and with curbing where necessary to contain spillage.

    b.  Walls are unfinished masonry or drylined construction.

    c.  Ceilings are exposed structure.

CONFIDENTIAL

7.4    **Car Park Areas, Ramps and Loading Bay**

    a.  Floors are sealed skid resistant finished concrete with painted parking bay striping in car park levels.

    b.  Walls are painted masonry.

    c.  Ceilings are unfinished structure.

    d.  Lighting are sealed fluorescent fixtures.

## 8.    VERTICAL TRANSPORTATION

8.1    The building is served by automatically programmed geared or gearless traction passenger and goods lifts as required.

8.2    The lift systems have indicator lights in the lift lobbies. Lift cars are equipped with an intercom system.

8.3    Separate fireman's lifts are provided to statutory requirements.

8.4    Two car park shuttle lifts are provided as required for multiple basement level car parks.

8.5    Passenger car finishes are of a standard appropriate to a first class office building, and be compatible with the entrance lobby finishes.

8.6    Lifts and escalators are provided to deliver "excellent service" as follows:

> Average intervals during "up peak" traffic of 30 seconds
> 5 minute handling capacity during "up peak" of 15% of the projected building population. (Projected building occupancy will be based upon the recommendations of the British Council for Offices [BCO] document entitled "Best Practice in the Specification of Offices", and will be based upon 1 person per 14m².)
> Vibration 15 mili g peak to peak.

**Passenger Lifts:**

| | | |
|---|---|---|
| Capacity: | - | Two banks of 8 cars, one bank of 6 cars and one bank of 4 cars each at 1600Kg. (21 person) |
| Tower: | | 6 no. 1600kg (21 person), Ground, level 1 through level 11 |
| | | 8 no. 1600kg (21 person) Ground, level 7, level t2 through level 22 |
| | | 8 no. 1600kg (21 person) Ground, level 7, level 22 through level 31 |

CONFIDENTIAL

LBHI_CW0000134

| | | |
|---|---|---|
| Trading: | | 4 no. 2500kg (33 person) Ground, level 3 through level 7 |
| Parking Shuttle: | | 2 no. 1000kg (13 person) B3 – B1, Ground |
| Disabled Lifts: | | 1 no. 800kg (8 person) B1, Ground |
| Podium: | | 4 no. 1600kg (21 person) Ground through level 7 |
| Speed: | - | To suit levels served: Speeds will be between 2.5m/s (500 FPM) and 6.0m/s (1200 FPM) |

**Goods Lifts:**

| | | |
|---|---|---|
| Capacity: | - | 3 No. 3000 Kg., 6600 lbs. |
| Speed: | - | 2 m/s (400 FPM) |

**Escalators:**

| | | |
|---|---|---|
| Tread width: | - | 1000mm (2 No. between B1 and Ground 1000mm 2 no. between Ground and level 1 |
| Balustrade finish: | - | Toughened glass or architecturally finished metal panels. |

9.    **WINDOW CLEANING SYSTEM**

9.1    An external mechanical window cleaning system is provided.

10.    **STRUCTURAL**

The building has a structural steel frame supported on reinforced concrete foundations.

10.1    Substructure

a.    **Frame and Floors**

The frame and floor system is a reinforced concrete structure up to ground floor. The floor slabs prop the external walls.

b.    **Basement Floor and Perimeter**

The lowest basement floor is an insitu reinforced concrete slab, cast on grade, designed to resist any hydrostatic load. The perimeter wall to the

CONFIDENTIAL

LBHI_CW0000135

basement is an insitu reinforced waterproofed concrete wall to resist both earth and water pressure.

Basement waterproofing is designed to suit the intended use of the space as follows (as defined by BS8102 table 1).

Car Park areas              Grade 1
Mechanical Plant Rooms      Grade 2
Electrical Plant Rooms      Grade 3

c. **Foundations**

The building is supported on bored piles which is founded in the Thanet Sands.

10.2 **General Office and Trading Floors**

a. Floors consist of a composite reinforced concrete slab and metal deck system.

b. These in turn support raised floor systems (to be installed as Category A Works) above the structural slab which space is used for the distribution of electrical power and communication systems.

c. The entire floor system is supported by the columns and beams of the structural steel frame. An approved fireproofing system is applied to all structural beams and columns as required.

d. General office floors is designed to support an imposed load of $4.0kN/m^2$ ($80lbs/ft^2$) with $1kN/m^2$ ($20 lbs/ft^2$) partition load.

e. Trading floors is designed to support an imposed load of $5.0kN/m^2$ ($100lbs/ft^2$) with $1kN/m^2$ ($20lbs/ft^2$) partition load.

10.3 Other areas is designed to support imposed loads as defined in current British Standards.

11. **GENERAL BUILDING SERVICES PROVISION FOR BASE BUILDINGS**

a. The following Specification indicates the base building systems and allowances that are made for plant and equipment sizes.

b. Entrance areas, staircases, lifts, toilets, car park and service areas are fully fitted to the standard as described in this document.

c. Office areas are fitted out separately as part of Category A Works.

CONFIDENTIAL

11.1   **Codes and Standards**

The design of building services complies with all current Acts of Parliament,
Building Regulations, British Standards as appropriate, CIBSE Codes of
Practice and Statutory Authority Regulations.

12.   **MECHANICAL SERVICES**

12.1   **Design Criteria**

| | | Winter | Summer |
|---|---|---|---|
| a. | Outside Temperatures: | -4 °C drybulb/ -4.5°C wetbulb | 28°C drybulb/20°C wetbulb |
| b. | Inside Temperatures: | | |
| | Offices: | 22°C db ± 1 °C 40% + 10% RH (humidification control central evaporative) | 22°C ± 1°C 50% ± 10% RH (Dehumidification locally within floor air conditioning units) |
| | Heated Areas: (Toilets, Stores) | 20°C db ± 2°C No humidity control | |
| c. | Fresh Air Quantities: | 16 litres per second per person | |
| d. | Supply Air Quantity: | | |
| | Offices: | As required by defined load densities and building envelope. Supply air temperature to fan assisted terminal variable air volume (FATVAV) units 10 to 12°C | |
| | Toilets: | Transfer from office accommodation. | |
| | Car Park: | 6 air changes per hour. | |
| e. | Exhaust Air Quantities: | | |
| | Toilets: | 10 air changes per hour. | |
| | Car Park: | 6 air changes per hour. | |
| f. | Smoke Exhaust: | | |

21/7/03  HQ2.LehmanBros.SC3poc.Leaseversion.v2.doc lease version

CONFIDENTIAL

Office:          6 air changes per hour mechanical exhaust. System sized to exhaust the single largest floor.

Storage & Service:   6 air changes per hour mechanical exhaust.

Car Park:       6 air changes per hour mechanical exhaust, or 10 air changes per hour on fire floor only — depending on car park layout.

g.   Load Densities for Cooling:

| | | |
|---|---|---|
| Lighting | 2 watts/ft² | (21.52 w/m²) |
| Small Power | 3 watts/ft² | (32.28 w/m²) Office Levels |
| Small Power | 15 watts/ft² | (161.4w/m²) Trading Levels |
| | | 3 trading floors of approx. 70,000 ft² |
| | | 1 trading floor of approx. 50,000 ft² |
| Small Power | 70 watts/ft² | (750w/m²) Data Centre of 30,000 ft² |
| Supplemental Cooling | 1 watt/ft² | (10.76 w/m²) (central plant and risers) Excluding Trading and Data Centre areas. |
| People | | 1 person/108ft² (10 sq.m) Typical floors |
| | | 1 person/75ft² (7 sq.m) Trading floors |

For floors t4 to 21 inclusive, an allowance of 1000kw (inclusive of the supplemental cooling allowances above) is available to sub-tenants on a pro-rata basis of the net internal area. Any sub-tenant utilising this allowance will be responsible for any recommissioning required to the chilled water system.

h.   Thermal Transmittance Values (W/m²/ k)

| | |
|---|---|
| Roof: | 0.45 |
| Walls: | 0.45 |
| Typical Floor Window: | To suit selected glass |
| Ground Floor: | To suit selected glass |

i.   Shading Coefficient:

All Office Space
Windows:         To suit selected glass (blinds included in cooling loads for office floors)

21/7/03 HQ2 LehmanBros SCspec Leaseversion.v2.doc lease version

j.    Noise and Vibration Control:

Offices:                    NR35 typical except NR38 within 10
                            feet (3m) of a plant room.

**Environmental Noise**

The sound insulation performance of the building envelope is
designed such that the indoor ambient noise level resulting from
environmental noise sources (principally road, rail and aircraft) does
not exceed $L_{Aeqr}$ 40dB, representing a good standard for normal

cellular offices and a reasonable standard for executive cellular
offices/meeting rooms as given in BS8233 : 1999 Sound insulation and
noise reduction for buildings – Code of practice.

**DLR Vibration**

The structure is designed in accordance with applicable standards such
that the perceived vibration due to the DLR is within acceptable levels
for the intended occupancy which includes trading, investment banking
and sophisticated technology infrastructure/usage. Level of vibration to
be reasonably agreed between both parties.

**DLR Structure–Borne Noise**

The building is designed such that structure-borne noise from the DLR
will be less than NR35.

k.    Domestic Water Usage:        50 litres per person per day.

       Domestic Water Storage:      25 litres per person per day.

l.    Water Storage for cooling towers:    180m³.


## 12.2  Systems

a.    **Primary Heating System**

The primary heating system is electrical resistance on floor through the
terminal units installed as part of the Category A Works and condenser
water heat recovery with gas fired heating on the outside air supply
system.

CONFIDENTIAL

b.    **Primary Cooling Systems**

The refrigeration plant consists of multiple hermetic electric centrifugal refrigeration machines (single compressor per machine), with associated condenser water pumps, chilled water pumps and closed evaporative cooling towers providing N+1 redundancy, i.e. sufficient equipment is provided to meet the stated loads plus a further set of equipment (chillers, pumps and cooling towers) for redundancy. Chilled water is circulated to on floor air handling units via two separate risers which shall be severable into separate circuits. An additional set of pumps and pressurisation units is provided on the chilled and condenser water system to give N+1 philosophy if the circuits are operated in separated mode. The cooling towers are provided with a biocide treatment plant located locally to the towers, fed off the domestic water system. (Cooling towers are stainless steel pans).

12.3    **Air Conditioning Systems**

a.    Floor-by-floor, variable air volume packaged air handling units is provided. Each unit is equipped with replaceable type filters, cooling coil, fan section, coated galvanised steel drip pan, trapped condensate drain, access doors, controls etc.

b.    Typical floor office space supply systems is provided with conditioned supply air ducts capped at each floor-by-floor plant room wall for extension as part of the Category A Works.

c.    Pre-conditioned, outside air is supplied from separate central 100% outside air, variable air volume, air handling units. Each unit includes pre-filters, cooling coil, heater batteries, humidifier, tight shut-off air intake dampers, fan, motor, coated/galvanized steel drip pan, trapped condensate drain, access doors, fan section, controls etc. Separate outside air, branch supply, tight shut-off, motorised damper with control is provided for each fan room air plenum for fire and smoke mode operation.

d.    The ceiling spaces is utilised as return air plenum for office areas.

12.4    **Life Safety Systems**

a.    All systems are designed to comply with all statutory requirements.

b.    A Fire Alarm System incorporates computer controlled sequences of operation for device sensing and phased evacuation through annunciation of alarm and voice control.

c.    All means of escape stairs and designated fire fighting shafts are independently pressurised to statutory requirements.

CONFIDENTIAL    LBHI_CW0000140

d.   Office areas, service rooms and car parks are e mechanically vented to control the movement of smoke as required. Fans are rated at 300°C for 1 hour.

e.   A sprinkler protection system is provided with electric pumps and storage tanks to valved and capped connections on each floor to statutory requirements.   Flow stations at each riser are provided for extension as part of the Category A Works.

f.   Wet risers are provided to statutory requirements.

### 12.5   Building Control System (BCS)

a.   A complete Building Control System (BCS) is provided.  The system will consist of multiple Direct Digital Control (DDC) data processing stations and a central management station.

b.   The system includes contact points for control, alarm, status and start-stop functions suitable for mechanical equipment automation.

c.   The system is capable of monitoring and controlling the Shell and Core installation and Category A Works and is capable of extension for other requirements.

## 13.   PLUMBING AND FIRE PROTECTION

### 13.1   Design Criteria

a.   **Domestic Cold Water Supply System**

A domestic cold water supply system, to potable standards, is provided and includes storage tanks, pumps, distribution and associated controls.

b.   **Sanitary Waste and Vent Systems**

A complete sanitary waste and venting system is provided to statutory requirements.

c.   **Storm Drainage System**

All storm drainage is hydraulically designed.

### 13.2   Plumbing Systems

a.   **Sanitary and Waste System**

A complete soil, waste and vent system from plumbing fixtures, floor drains and mechanical equipment arranged for gravity flow and discharged to a point of connection with the main sewer is provided.

21/7/03  HQ2.LehmanBros.SCspec.Leaseversion.v2.doc lease version

CONFIDENTIAL

LBHI_CW0000141

b.   **Storm Drainage Systems**

   A complete storm drainage system from all roofs and pedestrian areas
   is arranged for gravity flow to discharge into the adjacent dock area.

c.   **Provision for Tenants' Services**

   Water services are provided, including valved and capped cold water
   and capped waste and vent connections on each office floor from the
   toilet core risers for future extension to any additional facilities.

d.   **Domestic Water Systems**

   i.    A complete cold water system for the building is provided from
         a point of connection with the incoming service, with
         connections to the storage tanks. Distribution is by a pumped
         pressurisation system serving all mechanical equipment and
         plumbing fixtures. Total storage is based upon 50 l/day per
         person and provide one half days storage.

   ii.   A pressurised hot water distribution system is provided with
         local electric storage type heaters, serving each floor.

## 14.   ELECTRICAL SERVICES

### 14.1   Design Criteria

a.   Load Densities:

   Office areas and Trading Floors - Lighting   2.0 watts/ft² (21.5 w/m²)

   Sockets and Small Power

| | |
|---|---|
| Office Areas | 4.0 watts/ft² (41.3 w/m²) |
| Trading Floors | 15.0 watts/ft². (161.4 w/m²) 3 trading floors of approx. 70,000 ft², one trading floor of approx. 50,000 ft² |
| Data Centre | 70 watts/ft² (750w/m²) Data Centre approx. 30,000 ft² |
| Risers | additional 2.0 watts/ft² (21.5 w/m²) excluding Trading and data centre |

CONFIDENTIAL

LBHI_CW0000142

b.   Lighting Levels:

Office areas -
(provided as part of
Category A Works)                500 LUX

Car Parks                        100/150 LUX

Service Areas                    As per CIBSE code for
                                 interior lighting.

## 14.2   Systems

### a.   Electrical Service

An 11KV service is provided for the building with power originating
from two different London Electricity (LE) sub-stations. A total power
supply of 172.16 w/m² (16 w/ft²) is provided of which 129.12 w/m² (12
w/ft²) is available at 11KV for Tenant loads. Dual rated cast resin
transformers will transform the 11KV power to the building
distribution voltage, 400V, and arranged in a double ended
configuration, to provide 100% back up capabilities in the event of a
primary circuit or transformer failure. Tenant load transformers are
sized on 107.6w/m² (10w/ft²). High voltage switchgear and sub-
stations are separated into two physically separate electrical rooms.
Transfer of load are by manual LV bus section switches.

### b.   Distribution

Low voltage, metal clad, switchgear with air circuit breakers,
distributes power to the building loads. A multiple rising bus bar
installation delivers power to the office floors, with separate risers for
mechanical equipment loads and tenants' lighting and small power.
Lighting and small power tenant risers deliver 86.08 w/m² (8 w/ft²) on
the office floors and 161.4 w/m² (15 w/ft²) on Trading floors. Lighting
and small power risers are 100% backed up with a redundant riser with
automatic transfer switches on each floor.

### c.   Lighting and Small Power

A minimum of two electrical risers/rooms per floor includes riser bus
connections, provision for submetering, and distribution panels capable
of delivering 86.08 w/m² (8 w/ft²).

### d.   Generator

In addition to the dual supplies a tertiary level of redundancy is
provided by emergency generators.

CONFIDENTIAL

LBHI_CW0000143

Up to six generators each at 2500 KVA provide back up for essential business operations including cooling. N+1 redundancy is provided. Paralleling and synchronisation controls are included along with twenty four hours of fuel storage. The generators will be split into 2 rooms to avoid a fire effecting all units. The generator control system incorporates load management controls. Space for a seventh generator is to be provided including sufficient switchgear, controls, etc. for total generator plant output.

Emergency power is distributed to the UPS system, Trading floors and to the Data/Communications Centre. Emergency power will support all dealer operations, data centre, air conditioning and further 2 w/ft$^2$ for power/lighting on all office levels. Load shedding is used to manage demand.

e.    **Uninterruptible Power Supply (UPS)**

Two static uninterruptible power supply (UPS) systems are provided with a capacity of up to 2500 KVA each. The system consists of multiple modules providing (N+1) redundancy and includes paralleling and synchronisation controls, static switches, maintenance bypass facilities and fifteen minutes of battery autonomy. The UPS power supports the processor loads for the Data Centre, trading floors and a further 0.5 watts/ft$^2$ available throughout the building. Redundant UPS busbars are provided to serve the loads.

For floors 14 to 21 inclusive, the existing UPS risers deliver 22.7kW per floor. The remaining 19kW entitlement per floor can be achieved by the use of separate connections to the UPS output switchboards via static switches & PDUs located on level 8. The connections are to be made in a similar manner to those existing, with these works being carried out at the sub-tenants own cost.

f.    **Emergency Lighting**

Emergency lighting in all common areas and means of escape routes are served by local battery invertor packs to statutory requirements and supported on generator.

14.3    Special Systems

a.    **Telephone Communications**

Main service frame rooms with dedicated entrances for each of British Telecom, Worldcom International, COLT, MFN (dark fibre network) and Cable & Wireless Communications are provided. Provision for secondary service entrances are also provided, remote from the primary entrances, for each of the telecommunication service providers.

CONFIDENTIAL

Two risers closets (rooms) through the building are provided to distribute network services.

b.    **Earthing**

A complete earthing system to statutory requirements are provided.

A functional earth system consisting of a 25x3mm tape will be run in each IT riser.

c.    **Fire Alarm, Life Safety and Firemans' Remote Fan Control System**

A fully addressable, computer based, fire alarm system (FAS) with integrated public address system is provided to statutory requirements. The system will be configured for phased evacuation and shall control all life safety ventilation functions directly. A fire command centre houses central equipment and provide remote control facilities. The shell and core fire alarm system is designed to a modified L3 standard and capable of being extended into office areas.

d.    **Lightning Protection**

A lightning protection system is provided to statutory requirements.

e.    **Security System**

An integrated security system is provided and includes closed circuit television (CCTV) surveillance of public areas, full function access control at selected entrances and lifts, and central monitoring equipment within a main lobby security/reception desk.

14.4    **Electromagnetic Screening of Office/Trading Area from DLR**

The building construction incorporates the equivalent of 2mm (nominal) thick steel sheeting above the DLR and on the west wall of the DLR. This screening material is electrically interconnected and bonded to earth.

CONFIDENTIAL

LBHI_CW0000145

## PART 2

### VEHICULAR AND PEDESTRIAN ACCESS WAYS

The vehicular and pedestrian roads and access ways are designed and built to a standard equivalent to the existing roads and pedestrian circulation routes on the Canary Wharf Estate.

Roads are constructed to adoptable standards, with lane and junction markings, pedestrian crossings, signage and street furniture similar to those already installed on the Estate. Underground roads are designed and built with ventilation, lighting and fire and life safety systems to statutory requirements.

Pedestrian footpaths, access ways and circulation spaces around and between buildings are paved, with a mixture of pre-cast and natural stone pavers, and have planters, furniture and lighting similar to that already installed elsewhere on the Estate.

The vehicular roads (coloured blue) and pedestrian accessways (coloured yellow) covered by this outline specification are identified on the plans attached at Appendix A.

CONFIDENTIAL

LBHI_CW0000146

# <u>Appendix A</u>

CONFIDENTIAL

LBHI_CW0000147



CANARY WHARF
ESTATE PLAN
18 AUGUST 2005

PLAN 1

Plan 1

CONFIDENTIAL

LBHI_CW00p0146



CANARY WHARF

HQ-2
09-Sep-03
FLOOR 83

Plan 2

CONFIDENTIAL

LBHI_CW0000149



CANARY WHARF
HQ-2
09-Sep-03
FLOOR B2

Plan 3

CONFIDENTIAL

LBHI_CW0000150



CANARY WHARF

HQ-2
27-Jan-04

FLOOR 61

Plan 4

CONFIDENTIAL

LBHI_CW0000131



CANARY WHARF

HQ-2
09-Sep-03

FLOOR B1 MEZZ

Plan 5

CONFIDENTIAL

LBHI_CW0000152



CANARY WHARF
HQ-2
09-Sep-03
FLOOR GR

Plan 6

CONFIDENTIAL

LBHI_CW0000153



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 01

Plan 7

CONFIDENTIAL

LBHI_CW/0000154



CANARY WHARF
HQ~2
12-Jan-04
FLOOR 02

Plan 8

CONFIDENTIAL

LBHI_CW0000155



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 03

Plan 9

CONFIDENTIAL

LBHI_CW0000156



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 04

Plan 10

CONFIDENTIAL

LBHI_CW0000157



CANARY WHARF

HQ~2
27-Aug-03
FLOOR 05

Plan 11

CONFIDENTIAL

LBH_CW0000156



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 06

Plan 12

CONFIDENTIAL

LBHI_CW0000159



CANARY WHARF

HQ~2
27—Aug—03
FLOOR 07

Plan 13

CONFIDENTIAL

LBHi_CW0000160



CANARY WHARF

HQ - 2
27-Aug-03

FLOOR 08

Plan 14

CONFIDENTIAL

LBHI_CW0000161



CANARY WHARF

HQ-2
27-Aug-03

FLOOR D9

Plan 15

CONFIDENTIAL

LBHI_CW0000162



CANARY WHARF

HQ~2
27~Aug~03
FLOOR 10

Plan 18

CONFIDENTIAL

LBHI_CWD000183

CANARY WHARF

HQ-2
27-Aug-03
FLOOR 11

Plan 17

CONFIDENTIAL

LBHI_CW0000164



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 12

Plan 18

CONFIDENTIAL

LBHI_CW0000165



CANARY WHARF

HQ - 2
27 - Aug - 03
FLOOR 14

Plan 19

CONFIDENTIAL

LSHI_CW0000166



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 15

Plan 20

CONFIDENTIAL

LBHI_CW0000167



CANARY WHARF

HQ-2
14-Aug-03
FLOOR 16

Plan 21

CONFIDENTIAL

LBHI_CW0000168



CANARY WHARF

HQ - 2
27 -Aug -03

FLOOR 17

Plan 22

CONFIDENTIAL

LBHI_CW0000169



CANARY WHARF

HQ-2
27-Aug-03

FLOOR 18

Plan 23

CONFIDENTIAL

LBHI_CWD000170



CANARY WHARF

HQ-2
27-Aug-03

FLOOR 19

Plan 24

CONFIDENTIAL

LBHI_CW0000171



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 20

Plan 25

CONFIDENTIAL

LBHI_CW0000172



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 21

Plan 26

CONFIDENTIAL

LBHI_CW0000173



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 22

Plan 27

CONFIDENTIAL

LBHI_CW0000174



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 23

Plan 28

CONFIDENTIAL

LBHI_CW0000175



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 24

Plan 29

CONFIDENTIAL

LBHI_CW0000176



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 25

Plan 30

CONFIDENTIAL

LBHI_CW0000177



CANARY WHARF

HQ-2
27-Aug-03

FLOOR 26

Plan 31

CONFIDENTIAL

LBHI_CW0000178



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 27

Plan 32

CONFIDENTIAL

LBHi_CW0000179

CANARY WHARF

HO-2
27-Aug-03
FLOOR 28

Plan 33

CONFIDENTIAL

LBHI_CW0000180



CANARY WHARF

HQ-2
27-Aug-03

FLOOR 29

Plan 34

CONFIDENTIAL

LBHI_CW0000181



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 30

PLAN 35

Plan 35

CONFIDENTIAL

LBHI_CW0000182



CANARY WHARF

HQ-2
27-Aug-03
FLOOR 31

PLAN 36

Plan 36

CONFIDENTIAL

LBHI_CW0000183



CANARY WHARF

HQ-2
27-Aug-03

FLOOR 32

Plan 37

CONFIDENTIAL

LBHI_CW0000184



CANARY WHARF

HQ -2
27-Aug-03
FLOOR 32 MEZZ

Plan 38

CONFIDENTIAL

LBHI_CW0000185



CANARY WHARF

HO-2
27-Aug-03
ROOF LEVEL

Plan 39

CONFIDENTIAL

LBH_CW0000166



CANARY WHARF

HQ-2
02-Sep-03

SOUTH - NORTH SECTION THROUGH TOWER

Plan 40

CONFIDENTIAL

LBHI_CW0000187



CANARY WHARF

HQ-2
02-kwp-02

SOUTH — NORTH SECTION THROUGH EXTENSION OVER DLR

41

Plan 41

CONFIDENTIAL

LBHI_CW0000188



CANARY WHARF

HO-2
02-Sep-03

WEST — EAST SECTION THROUGH TOWER

Plan 42

CONFIDENTIAL

LBHI_CW0000159



CANARY WHARF

HO-2
02-Sep-03
WEST - EAST SECTION THROUGH PODIUM

Plan 43

CONFIDENTIAL

LBHI_CW0000190



CANARY WHARF

HO-5
27—Jan—04
FLOOR 09

Plan 44

CONFIDENTIAL

LBHI_CW0000191



CONFIDENTIAL

LBHI_CW0000192



CANARY WHARF
JUBILEE PARK & WEST WINTERGARDEN
28 SEPTEMBER 2007

Plan 46

CONFIDENTIAL

LBH_CW0000193



CANARY WHARF
ROADS AND ACCESSWAYS
B1 LEVEL
22-May-01

Plan 47

CONFIDENTIAL

LBHI_CW0000194



CANARY WHARF

Plan 48

CONFIDENTIAL

LBHI_CW0000195



CANARY WHARF

Plan 49

CONFIDENTIAL

LBHI_CW0000196



CANARY WHARF

FLOOR B2 CAR PARK BARRIER LOCATION

PLAN 50

Plan 50

CONFIDENTIAL

LBH_CW0000197



CONFIDENTIAL

LBHI_CW/0000198



CONFIDENTIAL

LBHI_CW0000199



CONFIDENTIAL

LBHI_CW0300200



CONFIDENTIAL

LBHI_CW0000201



CONFIDENTIAL

LBHI_CW0000202



CONFIDENTIAL

LBHi_CW0000203





CONFIDENTIAL

LBHI_CW0000204



CONFIDENTIAL

LBHi_CW0000205



CONFIDENTIAL

LBHI_CW0000208



CONFIDENTIAL

LBHI_CW0000227



CONFIDENTIAL

LBHI_CW0000208



CONFIDENTIAL

LBHI_CW0000209



CONFIDENTIAL

LBHI_CW0000210



CONFIDENTIAL

LBHI_CW0000211



CONFIDENTIAL

LBH_CW0000212



CONFIDENTIAL

LBHI_CW0000213



CONFIDENTIAL

LBHI_CW0000214



CONFIDENTIAL

LBHI_CW0000215



CONFIDENTIAL

LBHI_CW0020216



CONFIDENTIAL

LBHI_CW0000217



CONFIDENTIAL

LBHI_CW0000218



CONFIDENTIAL

LBHI_CW0000219



CONFIDENTIAL

LBH#_CW0000220



CONFIDENTIAL

LBHI_CW0000221



CONFIDENTIAL

LBHI_CW0000222



CONFIDENTIAL

LBHI_CW0000223



CONFIDENTIAL

LBHI_CW0000224



CONFIDENTIAL

LBHI_CW0000225



CONFIDENTIAL

LBHI_CW2000226



CONFIDENTIAL

LBHI_CW0000227



CONFIDENTIAL

LBH_CW0000228



CONFIDENTIAL

LBHI_CW0000229



CONFIDENTIAL

LBHI_CW0000230



CONFIDENTIAL

LBHI_CW0000231



CONFIDENTIAL

LBHI_CW0000232



CONFIDENTIAL

LBHI_CW0500233