# Exhibit 10

# LEHMAN BROTHERS HOLDINGS INC. PLAN TRUST

1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
646 285−9000

# 10−K

**10−K**
**Filed on 02/13/2006 − Period: 11/30/2005**
File Number 001−09466



**LIVEDGAR**[®] Information Provided by Thomson Reuters Accelus, ©2011. All Rights Reserved.
800.669.1154
www.gsionline.com

QuickLinks -- Click here to rapidly navigate through this document

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10−K

☒ **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended November 30, 2005**

OR

☐ **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the transition period from _____ to _____**

Commission File Number 1−9466

## Lehman Brothers Holdings Inc.
(Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| **Delaware** | **13−3216325** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **745 Seventh Avenue**<br>**New York, New York** | **10019** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (212) 526−7000

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.10 par value | New York Stock Exchange |
| | Pacific Exchange |
| Depositary Shares representing 5.94% Cumulative Preferred Stock, Series C | New York Stock Exchange |
| Depositary Shares representing 5.67% Cumulative Preferred Stock, Series D | New York Stock Exchange |
| Depositary Shares representing 6.50% Cumulative Preferred Stock, Series F | New York Stock Exchange |
| Depositary Shares representing Floating Rate Cumulative Preferred Stock, Series G | New York Stock Exchange |
| 6.375% Trust Preferred Securities, Series K, of Subsidiary Trust (and Registrant's guarantee thereof) | New York Stock Exchange |
| 6.375% Trust Preferred Securities, Series L, of Subsidiary Trust (and Registrant's guarantee thereof) | New York Stock Exchange |
| 6.00% Trust Preferred Securities, Series M, of Subsidiary Trust (and Registrant's guarantee thereof) | New York Stock Exchange |
| 6.24% Trust Preferred Securities, Series N, of Subsidiary Trust (and Registrant's guarantee thereof) | New York Stock Exchange |
| Guarantee by Registrant of 7 5/8% Notes due 2006 of Lehman Brothers Inc. | New York Stock Exchange |
| 6 1/4% Exchangeable Notes Due October 15, 2007 (subject to exchange into shares of common stock of General Mills, Inc.) | New York Stock Exchange |
| Absolute Buffer Notes Due July 29, 2008, Linked to the Dow Jones EURO STOXX50 SM Index (SX5E) | American Stock Exchange |
| Absolute Buffer Notes Due July 7, 2008, Linked to the Dow Jones EURO STOXX 50 SM Index (SX5E) | American Stock Exchange |
| Dow Jones Industrial Average 112.5% Minimum Redemption PrincipalPlus Stock Upside Note Securities® Due August 5, 2007 | American Stock Exchange |
| Dow Jones Industrial Average Stock Upside Note Securities® Due April 29, 2010 | American Stock Exchange |
| Index−Plus Notes Due December 23, 2009, Performance Linked to the Russell 2000® INDEX (RTY) | American Stock Exchange |
| Index−Plus Notes Due March 3, 2010, Linked to the S&P 500® Index (SPX) | American Stock Exchange |
| Index−Plus Notes Due November 15, 2009, Linked to the Dow Jones STOXX 50 SM Index (SX5P) | American Stock Exchange |
| Index−Plus Notes Due September 28, 2009, Performance Linked to S&P 500® Index (SPX) | American Stock Exchange |
| Nasdaq−100® Index Rebound Risk AdjustiNG Equity Range Securities SM Notes Due May 20, 2007 | American Stock Exchange |
| Nasdaq−100® Index Rebound Risk AdjustiNG Equity Range Securities SM Notes Due June 7, 2008 | American Stock Exchange |
| Nikkei 225 SM Index Call Warrants Expiring May 8, 2007 | American Stock Exchange |
| Nikkei 225 SM Index Stock Upside Note Securities® Due June 10, 2010 | American Stock Exchange |
| Prudential Research Universe Diversified Equity Notes Due July 2, 2006, Linked to a Basket of Healthcare Stocks | American Stock Exchange |
| Return Accelerated PortfolIo Debt Securities Due September 3, 2006, Linked to the S&P® 500 Index (SPX) | American Stock Exchange |
| S&P 500® Index Callable Stock Upside Note Securities® Due November 6, 2009 | American Stock Exchange |
| S&P 500® Index Stock Upside Note Securities® Due August 5, 2008 | American Stock Exchange |
| S&P 500® Index Stock Upside Note Securities® Due December 26, 2006 | American Stock Exchange |
| S&P 500® Index Stock Upside Note Securities® Due February 5, 2007 | American Stock Exchange |
| S&P 500® Index Stock Upside Note Securities® Due September 27, 2007 | American Stock Exchange |
| The Dow Jones Global Titans SM 50 Index Stock Upside Note Securities Due February 9, 2010 | American Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well−known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐    No ☒

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S−K (Section 229.405 of this chapter) is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10−K or any amendment to this Form 10−K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non−accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b−2 of the Exchange Act. (Check one): Large accelerated filer ☒  Accelerated filer ☐  Non−accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b−2 of the Exchange Act). Yes ☐    No ☒

The aggregate market value of the voting and nonvoting common equity held by non−affiliates of the Registrant at May 31, 2005 (the last business day of the Registrant's most recently completed second fiscal quarter) was approximately $24,370,000,000. As of that date, 264,317,470 shares of the Registrant's common stock, $0.10 par value per share, were held by non−affiliates. For purposes of this information, the outstanding shares of common stock that were and that may be deemed to have been beneficially owned by directors and executive

officers of the Registrant were deemed to be shares of common stock held by affiliates at that date.

As of January 31, 2006, 270,408,498 shares of the Registrant's common stock, $.10 par value per share, were issued and outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Portions of Lehman Brothers Holdings Inc.'s Definitive Proxy Statement for its 2006 Annual Meeting of Stockholders (the "Proxy Statement") are incorporated in Part III.

**LEHMAN BROTHERS HOLDINGS INC.**

**TABLE OF CONTENTS**

| | | | **Page** |
|---|---|---|---:|
| Available Information | | | 2 |
| **Part I** | | | |
| | Item 1. | Business | 3 |
| | Item 1A. | Risk Factors | 12 |
| | Item 1B. | Unresolved Staff Comments | 16 |
| | Item 2. | Properties | 16 |
| | Item 3. | Legal Proceedings | 17 |
| | Item 4. | Submission of Matters to a Vote of Security Holders | 23 |
| **Part II** | | | |
| | Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 24 |
| | Item 6. | Selected Financial Data | 26 |
| | Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 28 |
| | Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 66 |
| | Item 8. | Financial Statements and Supplementary Data | 67 |
| | Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 114 |
| | Item 9A. | Controls and Procedures | 114 |
| | Item 9B. | Other Information | 114 |
| **Part III** | | | |
| | Item 10. | Directors and Executive Officers of the Registrant | 114 |
| | Item 11. | Executive Compensation | 115 |
| | Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 115 |
| | Item 13. | Certain Relationships and Related Transactions | 116 |
| | Item 14. | Principal Accountant Fees and Services | 116 |
| **Part IV** | | | |
| | Item 15. | Exhibits and Financial Statement Schedules | 117 |
| **Signatures** | | | 121 |
| **Index to Consolidated Financial Statements and Schedule** | | | F−1 |
| **Schedule I—Condensed Financial Information of Registrant** | | | F−2 |
| **Exhibit Index** | | | |
| **Exhibits** | | | |

**LEHMAN BROTHERS HOLDINGS INC.**

**Competitive Environment**

All aspects of our business are highly competitive. Our competitive success depends on many factors, including our reputation, the quality of our services and advice, intellectual capital, product innovation, execution ability, pricing, sales efforts, and the talent of our personnel.

*We Face Increased Competition Due to a Trend Toward Consolidation.* In recent years, there has been substantial consolidation and convergence among companies in the financial services industry. In particular, a number of large commercial banks, insurance companies and other broad−based financial services firms have established or acquired broker−dealers or have merged with other financial institutions. Many of these firms have the ability to offer a wide range of products, from loans, deposit−taking and insurance to brokerage, asset management and investment banking services, which may enhance their competitive position. They also have the ability to support investment banking and securities products with commercial banking, insurance and other financial services revenues in an effort to gain market share, which has resulted in pricing pressure in our businesses. We have experienced intense price competition in some of our businesses in recent years. For example, equity and debt underwriting and trading spreads and fees for lending and other activities have been under competitive pressures for a number of years.

*Our Revenues May Decline Due to Competition from Alternative Trading Systems.* Securities and futures transactions are now being conducted through the internet and other alternative, non−traditional trading systems, and it appears that the trend toward alternative trading systems will continue and probably accelerate. A dramatic increase in computer−based or other electronic trading may adversely affect our commission and trading revenues.

*Our Ability to Retain Our Key Employees is Critical to the Success of Our Business.* Our people are our most important resource. Our ability to continue to compete effectively in our businesses will depend upon our ability to attract top talent and retain and motivate our existing employees while managing compensation costs.

**Risk Management**

We have devoted significant resources to develop our risk management policies and procedures and expect to continue to do so in the future. Nonetheless, our hedging strategies and other risk management techniques may not be fully effective in mitigating our risk exposure in all market environments or against all types of risk, including risks that are unidentified or unanticipated. Some of our methods of managing risk are based upon our use of observed historical market behavior. As a result, these methods may not predict future risk exposures, which could be significantly greater than the historical measures indicate. Management of operational, legal and regulatory risk requires, among other things, policies and procedures to record properly and verify a large number of transactions and events, and these policies and procedures may not be fully effective. See Part II, Item 7, Management's Discussion and Analysis of Financial Condition and Results of Operations—Risk Management, for a discussion of the policies and procedures we use to identify, monitor and manage the risks we assume in conducting our businesses.

## ITEM 1B. UNRESOLVED STAFF COMMENTS

None.

## ITEM 2. PROPERTIES

Our world headquarters is a 1,000,000 square−foot owned office tower at 745 Seventh Avenue in New York City. In addition, we lease approximately 1,500,000 square feet of office space in the New York metropolitan area.

In addition to our offices in the New York area, we have offices in over 115 locations in the Americas. We also have offices in Europe and Asia.

Our European headquarters is an 820,000 square foot leased facility in the Canary Wharf development, east of the City of London. In addition to our European headquarters, we have an additional fifteen locations in Europe.

Our Asian headquarters is located in approximately 190,000 square feet of leased office space in the Roppongi Hills area of central Tokyo, Japan. We lease office space in eight other locations in Asia.