# Exhibit 14

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------)
                            )
In re                       )
                            )Chapter 11
                            )
LEHMAN BROTHERS             )Case No.
                            )
HOLDINGS INC., et al.,      )08-13555 (JMP)
                            )
                            )(Jointly Administered)
           Debtors.         )
                            )
                            )
----------------------------)
```

VIDEO DEPOSITION UPON ORAL EXAMINATION

of

PAMELA KENDALL

On Thursday, 20th June 2013

Taken at the offices of:
Weil Gotshal & Manges LLP,
110 Fetter Lane,
London EC4A 1AY,
England

Reported by:  Richard Harper

1                    PAMELA KENDALL
2    building and so forth?
3         A.    Well, on September 30th, LBL had
4    also agreed that we acknowledged -- without the
5    wording in front of me I cannot be precise -- that
6    they were happy with our making a claim of 262,
7    plus or minus 5%, in the LBHI administration and
8    those e-mails, the exchange, was made in the
9    context that LBL recognise the importance of our
10   claim against LBHI and documentation would need to
11   be structured in such a way as to preserve our
12   ability to make that claim.
13        Q.    Why did that involve having to make
14   a claim in that amount against LBL, if you know?
15        A.    Because LBHI were making it a
16   condition of the stipulation.
17        Q.    Do you know why?
18        A.    No, I don't.  Sorry, could I add to
19   that, to say that I understand that there may have
20   been set off issues between LBL and LBHI.
21        Q.    Do you know how much unpaid rent,
22   if any, there was as of September 30, 2010?
23              MR. DE LEEUW:  Objection to form.
24   BY MR. ISAKOFF:
25        Q.    All right, I will change it to, any

08-13555-mg Doc 43540-15 Filed 03/14/14 Entered 03/14/14 11:42:50 Exhibit 14
Pg 4 of 4
LEHMAN BROTHERS v HOLDINGS    20 JUNE 2013 DEPOSITION OF PAMELA KENDALL

Page 100

1                    PAMELA KENDALL
2    unpaid amounts on the LBL lease?
3              MR. DE LEEUW:  Still objection to
4    form.
5         A.    Unpaid amounts on the LBL lease,
6    well they had ceased paying their rent, they
7    ceased in part in January of that year and they
8    stopped paying the rent entirely as of March.
9    BY MR. ISAKOFF:
10        Q.    My question is, do you know how
11   much was outstanding in respect of the LBL lease
12   as of September 30, 2010, counting all payments
13   that had been made, whether by LBL itself or by
14   sub-tenants?
15        A.    Well, the amounts that were owed by
16   LBL -- I would have to look at the documents to be
17   precise.  I know that -- I think there is a figure
18   of 18 million on one of PWC's -- but I would have
19   to look.
20        Q.    I am going to direct your attention
21   again to exhibit 33, which is the October 28, 2010
22   memo from Mr. Iacobescu to the Canary Wharf board.
23   Did you play any part in drafting this memo?
24        A.    No, I didn't draft that memo.
25        Q.    Would you turn please to the page