UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Solus Opportunities Fund 1 LP hereby withdraws its Evidence of Transfer of Claim (Claim # 58352) filed on March 13, 2014 (ECF Docket No. 43534) from Banc of America Credit Products, Inc., as transferor, to Solus Opportunities Fund 1 LP in the amount of $8,750,000.00.

Respectfully submitted this 14th day of March 2014

Solus Opportunities Fund 1 LP

By: Solus Alternative Asset Management LP

Its Investment Advisor

BY: [signature]

410 Park Avenue, 11th Floor

New York, NY 10022

Tel: (212) 284-4300