**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    08-13555 (SCC)
:
Debtors.                        :    (Jointly Administered)
:
---------------------------------------------------------------x    Ref. Docket Nos. 43538-43540

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 14, 2014, I caused to be served the:

    a. "Notice of Motion," dated March 14, 2014, to which was attached the "The Canary Wharf Claimants' Statement of Undisputed Material Facts Pursuant to Local Bankruptcy Rule 7056-1," dated March 14, 2014 [Docket No. 43538],

    b. "The Canary Wharf Claimants' Memorandum in Support of Their Motion for Summary Judgment on Liability," dated March 14, 2014 [Docket No. 43539], and

    c. "Declaration of Marc De Leeuw," dated March 14, 2014 [Docket No. 43540],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. enclosed securely in separate envelopes and delivered via same day messenger to those parties listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
14th day of March, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com |
| aalfonso@willkie.com | avenes@whitecase.com |
| abeaumont@fklaw.com | azylberberg@whitecase.com |
| abraunstein@riemerlaw.com | bankr@zuckerman.com |
| acaton@kramerlevin.com | bankruptcy@goodwin.com |
| adam.brezine@hro.com | bankruptcy@morrisoncohen.com |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com |
| aeckstein@blankrome.com | barbra.parlin@hklaw.com |
| aentwistle@entwistle-law.com | bbisignani@postschell.com |
| afriedman@irell.com | bcarlson@co.sanmateo.ca.us |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com |
| aglenn@kasowitz.com | bguiney@pbwt.com |
| agold@herrick.com | bmanne@tuckerlaw.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com |
| agottfried@morganlewis.com | boneill@kramerlevin.com |
| aisenberg@saul.com | brian.corey@greentreecreditsolutions.com |
| akadish@dtlawgroup.com | brosenblum@jonesday.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| akolod@mosessinger.com | bruce.wright@sutherland.com |
| alum@ftportfolios.com | bstrickland@wtplaw.com |
| amarder@msek.com | btrust@mayerbrown.com |
| amartin@sheppardmullin.com | bturk@tishmanspeyer.com |
| amcmullen@boultcummings.com | bwolfe@sheppardmullin.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| amh@amhandlerlaw.com | caitrin.mckiernan@freshfields.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cdesiderio@nixonpeabody.com |
| aoberry@bermanesq.com | cgonzalez@diazreus.com |
| aostrow@beckerglynn.com | chad.husnick@kirkland.com |
| apalazzolo@fzwz.com | chammerman@paulweiss.com |
| aquale@sidley.com | charles@filardi-law.com |
| arainone@bracheichler.com | charles_malloy@aporter.com |
| arheaume@riemerlaw.com | chemrick@connellfoley.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com |
| arthur.rosenberg@hklaw.com | christopher.greco@kirkland.com |
| arwolf@wlrk.com | clarkb@sullcrom.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com |
| ashmead@sewkis.com | cmontgomery@salans.com |
| asnow@ssbb.com | cohen@sewkis.com |
| asomers@rctlegal.com | cp@stevenslee.com |
| aunger@sidley.com | cpappas@dilworthlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| craig.goldblatt@wilmerhale.com | dlipke@vedderprice.com |
| craigjustinalbert@gmail.com | dmcguire@winston.com |
| crmomjian@attorneygeneral.gov | dmurray@jenner.com |
| csalomon@beckerglynn.com | dneier@winston.com |
| cschreiber@winston.com | dodonnell@milbank.com |
| cshore@whitecase.com | dove.michelle@dorsey.com |
| cshulman@sheppardmullin.com | dpegno@dpklaw.com |
| cszyfer@stroock.com | draelson@fisherbrothers.com |
| cwalsh@mayerbrown.com | dravin@wolffsamson.com |
| cward@polsinelli.com | drosenzweig@fulbright.com |
| cweber@ebg-law.com | drosner@goulstonstorrs.com |
| cweiss@ingramllp.com | drosner@kasowitz.com |
| dallas.bankruptcy@publicans.com | dshaffer@wtplaw.com |
| danielle.rose@kobrekim.com | dshemano@peitzmanweg.com |
| dave.davis@isgria.com | dspelfogel@foley.com |
| david.bennett@tklaw.com | dtatge@ebglaw.com |
| david.heller@lw.com | dtheising@harrisonmoberly.com |
| david.livshiz@freshfields.com | dwdykhouse@pbwt.com |
| david.powlen@btlaw.com | dwildes@stroock.com |
| davids@blbglaw.com | dworkman@bakerlaw.com |
| davidwheeler@mvalaw.com | easmith@venable.com |
| dbarber@bsblawyers.com | ecohen@russell.com |
| dbaumstein@whitecase.com | edward.flanders@pillsburylaw.com |
| dbesikof@loeb.com | efleck@milbank.com |
| dcimo@gjb-law.com | efriedman@fklaw.com |
| dcoffino@cov.com | efriedman@friedmanspring.com |
| dcrapo@gibbonslaw.com | eglas@mccarter.com |
| ddavis@paulweiss.com | ekbergc@lanepowell.com |
| ddrebsky@nixonpeabody.com | eleicht@whitecase.com |
| ddunne@milbank.com | ellen.halstead@cwt.com |
| deggermann@kramerlevin.com | emagnelli@bracheichler.com |
| deggert@freebornpeters.com | emerberg@mayerbrown.com |
| demetra.liggins@tklaw.com | enkaplan@kaplanlandau.com |
| dfelder@orrick.com | eobrien@sbchlaw.com |
| dflanigan@polsinelli.com | epearlman@scottwoodcapital.com |
| dgrimes@reedsmith.com | erin.mautner@bingham.com |
| dhayes@mcguirewoods.com | eschwartz@contrariancapital.com |
| dheffer@foley.com | etillinghast@sheppardmullin.com |
| dhurst@coleschotz.com | ezujkowski@emmetmarvin.com |
| dhw@dhclegal.com | fbp@ppgms.com |
| diconzam@gtlaw.com | ffm@bostonbusinesslaw.com |
| djcarragher@daypitney.com | fhyman@mayerbrown.com |
| djoseph@stradley.com | foont@foontlaw.com |
| dkessler@ktmc.com | fritschj@sullcrom.com |
| dkozusko@willkie.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| gabriel.delvirginia@verizon.net | jchubak@proskauer.com |
| gary.ravertpllc@gmail.com | jdoran@haslaw.com |
| gbray@milbank.com | jdrucker@coleschotz.com |
| george.south@dlapiper.com | jdwarner@warnerandscheuerman.com |
| ggitomer@mkbattorneys.com | jdweck@sutherland.com |
| ggoodman@foley.com | jdyas@halperinlaw.net |
| giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| gmoss@riemerlaw.com | jeff.wittig@coair.com |
| goldenberg@ssnyc.com | jeffery.black@bingham.com |
| gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| harrisjm@michigan.gov | jeldredge@velaw.com |
| harveystrickon@paulhastings.com | jemma.mcpherson@cliffordchance.com |
| hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.gore@shell.com |
| heiser@chapman.com | jfalgowski@reedsmith.com |
| hmagaliff@r3mlaw.com | jflaxer@golenbock.com |
| hollace.cohen@troutmansanders.com | jfreeberg@wfw.com |
| holsen@stroock.com | jg5786@att.com |
| howard.hawkins@cwt.com | jgenovese@gjb-law.com |
| hseife@chadbourne.com | jgoodchild@morganlewis.com |
| hsnovikoff@wlrk.com | jguy@orrick.com |
| hsteel@brownrudnick.com | jhiggins@fdlaw.com |
| ian.roberts@bakerbotts.com | jhorgan@phxa.com |
| icatto@mwe.com | jhuggett@margolisedelstein.com |
| igoldstein@proskauer.com | jim@atkinslawfirm.com |
| ilevee@lowenstein.com | jjoyce@dresslerpeters.com |
| israel.dahan@cwt.com | jjtancredi@daypitney.com |
| iva.uroic@dechert.com | jjureller@klestadt.com |
| jacobsonn@sec.gov | jlamar@maynardcooper.com |
| james.heaney@lawdeb.com | jlawlor@wmd-law.com |
| james.mcclammy@dpw.com | jlee@foley.com |
| james.sprayregen@kirkland.com | jlevitin@cahill.com |
| jamesboyajian@gmail.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jar@outtengolden.com | jmakower@tnsj-law.com |
| jason.jurgens@cwt.com | jmazermarino@msek.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbeemer@entwistle-law.com | jmmurphy@stradley.com |
| jbeiers@co.sanmateo.ca.us | jmr@msf-law.com |
| jbird@polsinelli.com | jnadritch@olshanlaw.com |
| jbromley@cgsh.com | jnm@mccallaraymer.com |
| jcarberry@cl-law.com | john.monaghan@hklaw.com |
| jchristian@tobinlaw.com | john.mule@ag.state.mn.us |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| john.rapisardi@cwt.com | kkolbig@mosessinger.com |
| jonathan.goldblatt@bnymellon.com | klyman@irell.com |
| jonathan.henes@kirkland.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joseph.serino@kirkland.com | korr@orrick.com |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com |
| joy.mathias@dubaiic.com | krodriguez@allenmatkins.com |
| jpintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com |
| jprol@lowenstein.com | lacyr@sullcrom.com |
| jrabinowitz@rltlawfirm.com | landon@slollp.com |
| jrsmith@hunton.com | lapeterson@foley.com |
| jschiller@bsfllp.com | lathompson@co.sanmateo.ca.us |
| jschwartz@hahnhessen.com | lawallf@pepperlaw.com |
| jsheerin@mcguirewoods.com | lawrence.gelber@srz.com |
| jshenwick@gmail.com | lberkoff@moritthock.com |
| jsherman@bsfllp.com | lee.stremba@troutmansanders.com |
| jshickich@riddellwilliams.com | lgranfield@cgsh.com |
| jsmairo@pbnlaw.com | lhandelsman@stroock.com |
| jstoll@mayerbrown.com | lhill@reedsmith.com |
| jsullivan@mosessinger.com | lhoffman@deilylawfirm.com |
| jtimko@shutts.com | linda.boyle@twtelecom.com |
| judy.morse@crowedunlevy.com | lisa.ewart@wilmerhale.com |
| jvail@ssrl.com | lisa.solomon@att.net |
| jwallack@goulstonstorrs.com | ljkotler@duanemorris.com |
| jwcohen@daypitney.com | lkatz@ltblaw.com |
| jweiss@gibsondunn.com | lkiss@klestadt.com |
| jwest@velaw.com | lmarinuzzi@mofo.com |
| jwh@njlawfirm.com | lmay@coleschotz.com |
| kanema@formanlaw.com | lmcgowen@orrick.com |
| karen.wagner@dpw.com | lml@ppgms.com |
| karl.geercken@alston.com | lnashelsky@mofo.com |
| kdwbankruptcydepartment@kelleydrye.com | loizides@loizides.com |
| keckhardt@hunton.com | lperkins@deilylawfirm.com |
| keith.simon@lw.com | lscarcella@farrellfritz.com |
| ken.coleman@allenovery.com | lschweitzer@cgsh.com |
| ken.higman@hp.com | lubell@hugheshubbard.com |
| kerry.moynihan@hro.com | lwhidden@salans.com |
| kgwynne@reedsmith.com | mabrams@willkie.com |
| kiplok@hugheshubbard.com | maofiling@cgsh.com |
| kit.weitnauer@alston.com | marc.chait@sc.com |
| kjarashow@stutman.com | margaret.welsh@cliffordchance.com |
| kkelly@ebglaw.com | margolin@hugheshubbard.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| mark.bane@ropesgray.com | mlichtenstein@crowell.com |
| mark.deveno@bingham.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmooney@deilylawfirm.com |
| mark.ellenberg@cwt.com | mmorreale@us.mufg.jp |
| mark.mckane@kirkland.com | mneier@ibolaw.com |
| mark.sherrill@sutherland.com | monica.lawless@brookfieldproperties.com |
| marvin.clements@ag.tn.gov | mpage@kelleydrye.com |
| matt@willaw.com | mparry@mosessinger.com |
| matthew.klepper@dlapiper.com | mpomerantz@julienandschlesinger.com |
| maustin@orrick.com | mprimoff@kayescholer.com |
| mbenner@tishmanspeyer.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mberman@nixonpeabody.com | mrothchild@mofo.com |
| mbienenstock@proskauer.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | msegarra@mayerbrown.com |
| mcademartori@sheppardmullin.com | mshiner@tuckerlaw.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcto@debevoise.com | mspeiser@stroock.com |
| mcyganowski@oshr.com | mstamer@akingump.com |
| mdorval@stradley.com | mvenditto@reedsmith.com |
| melorod@gtlaw.com | mwarner@coleschotz.com |
| meltzere@pepperlaw.com | mwarren@mtb.com |
| metkin@lowenstein.com | nathan.spatz@pillsburylaw.com |
| mfeldman@willkie.com | nbojar@fklaw.com |
| mginzburg@daypitney.com | ncoco@mwe.com |
| mgordon@briggs.com | neal.mann@oag.state.ny.us |
| mgreger@allenmatkins.com | ned.schodek@shearman.com |
| mh1@mccallaraymer.com | neilberger@teamtogut.com |
| mhopkins@cov.com | nherman@morganlewis.com |
| michael.frege@cms-hs.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com |
| michael.krauss@faegrebd.com | nyrobankruptcy@sec.gov |
| michael.mccrory@btlaw.com | otccorpactions@finra.org |
| michaels@jstriallaw.com | paronzon@milbank.com |
| michelle.park@freshfields.com | patrick.oh@freshfields.com |
| millee12@nationwide.com | pbattista@gjb-law.com |
| miller@taftlaw.com | pbosswick@ssbb.com |
| mimi.m.wong@irscounsel.treas.gov | pdublin@akingump.com |
| mitchell.ayer@tklaw.com | peisenberg@lockelord.com |
| mjedelman@vedderprice.com | peter.gilhuly@lw.com |
| mjr1@westchestergov.com | peter.macdonald@wilmerhale.com |
| mkjaer@winston.com | peter.simmons@friedfrank.com |
| mlahaie@akingump.com | peter@bankrupt.com |
| mlandman@lcbf.com | pfeldman@oshr.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com

rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com

wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**Additional Parties**

mccarthyj@sullcrom.com
gelfanda@sullcrom.com
greeneca@sullcrom.com
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

PETER D. ISAKOFF
KEVIN F. MEADE
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153


WILLIAM K. HARRINGTON
SUSAN GOLDEN
ANDREA B. SCHWARTZ
UNITED STATES TRUSTEE FOR REGION 2
201 VARICK STREET, SUITE 1006
NEW YORK, NEW YORK 10014


DENNIS F. DUNNE
WILBUR FOSTER, JR.
DENNIS O'DONNELL
EVAN R. FLECK
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005


THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 621
NEW YORK, NEW YORK 10004

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.**

DISTRICT DIRECTOR
INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRAN
290 BROADWAY
NEW YORK, NEW YORK 10007


STREUSAND, LANDON & OZBURN, LLP
ATTN:  S STREUSAND; G JAMES LANDON; R VILLA
811 BARTON SPRINGS ROAD, SUITE 811
AUSTIN, TX 78704