B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.     Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Commercial Corporation Asia Limited (in liquidation)
Name of Transferee

Lehman Brothers International (Europe) (in administration)
Name of Transferor

Name and Address where notices to transferee should be sent:

8th Floor, Prince's Building
10 Chater Road
Central, Hong Kong

Court Claim # (if known): 62786
Claim Amount Filed: $3,083,130,884
Amount transferred (as allowed): See attached
Date Claim Filed: November 2, 2009

Debtor against claim filed: Lehman Brothers Holdings Inc.

Phone: +852 2140 2888
Last Four Digits of Acct #: N/A

Phone: 212.903.9000 (Linklaters LLP)
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]     Date: 24 February 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

32187049.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Proof of Claim Number 62786, solely to the extent of the securities and in the quantities reflected in the Schedule below.

### SCHEDULE

| CUSIP | 12 Sep 2008 ISIN | 9 Apr 2013 ISIN | SECURITY DESCRIPTION | LEHMAN ISSUED | LBHI quantities claimed for LBCCA under claim number 62786 |
|---|---|---|---|---|---|
| 1NL380283 | XS0230176793 | XS0230176793 | LEHMAN BROS TREASURY CO BV FRN 20130717 SERIES# 3185 EMTN | Yes | 46,200,000 |
| 1NL810198 | XS0285864939 | XS0285864939 | LEHMAN BROS TREASURY CO BV FRN 20090512 SERIES# 6122 EMTN | Yes | 200,000 |
| 1NL811873 | XS0286242390 | XS0286242390 | LEHMAN BROS TREASURY CO BV FRN 20090217 SERIES# 6154 EMTN | Yes | 100,000 |
| 1NL816922 | XS0286994099 | XS0286994099 | LEHMAN BROS TREASURY CO BV FRN 20090223 SERIES# 6206 EMTN | Yes | 200,000 |
| 1NL822912 | XS0287869050 | XS0287869050 | LEHMAN BROS TREASURY CO BV FRN 20090223 SERIES# 6261 EMTN | Yes | 100,000 |
| 1NL826822 | XS0288802605 | XS0288802605 | LEHMAN BROS TREASURY CO BV FRN 20090302 SERIES# 6361 EMTN | Yes | 100,000 |
| 1NL885661 | XS0298886556 | XS0298886556 | LEHMAN BROS TREASURY CO BV FRN 20090508 SERIES# 7064 EMTN | Yes | 550,000 |
| 1NL903464 | XS0302115372 | XS0302115372 | LEHMAN BROS TREASURY CO BV FRN 20090529 SERIES# 7271 EMTN | Yes | 150,000 |
| 1NL928867 | XS0306693127 | XS0306693127 | LEHMAN BROS TREASURY CO BV FRN 20090622 SERIES# 7523 EMTN | Yes | 100,000 |
| 1NL931176 | XS0307153493 | XS0307153493 | LEHMAN BROS TREASURY CO BV FRN 20090706 SERIES# 7578 EMTN | Yes | 200,000 |
| 1NL938148 | XS0308099125 | XS0308099125 | LEHMAN BROS TREASURY CO BV FRN 20090706 SERIES# 7628 EMTN | Yes | 200,000 |
| 1NL977419 | XS0314157644 | XS0314157644 | LEHMAN BROS TREASURY CO BV FRN 20090810 SERIES# 8012 EMTN | Yes | 300,000 |
| 1NL073532 | XS0320521429 | XS0320521429 | LEHMAN BROS TREASURY CO BV FRN 20080918 SERIES# 8308 EMTN | Yes | 100,000 |
| 1NL134912 | XS0323081801 | XS0323081801 | LEHMAN BROS TREASURY CO BV FRN 20091005 SERIES# 8398 EMTN | Yes | 100,000 |
| 1NL325098 | XS0340648145 | XS0340648145 | LEHMAN BROS TREASURY CNVBND#9579 ZEROCPN23Jan09 MTN | Yes | 100,000 |
| 1NL330718 | XS0341743184 | XS0341743184 | LEHMAN BROS TREASURY CNVBND#9619 32.203%19Jan11 MTN | Yes | 10,075 |
| 1NL330700 | XS0341745635 | XS0341745635 | LEHMAN BROS TREASURY CNVBND#9618 FRN 19Jan11 MTN | Yes | 412 |
| 1NL330726 | XS0341769221 | XS0341769221 | LEHMAN BROS TREASURY CNVBND#9620 7.800%19Jan11 MTN | Yes | 293 |
| 1NL369088 | XS0349166164 | XS0349166164 | LEHMAN BROS TREASURY CO BV 0.000% 20100226 SERIES# 9950 EMTN | Yes | 170,000 |

32187049.2

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITIES

**TO:    LEHMAN BROTHERS HOLDINGS, INC. AND THE BANKRUPTCY COURT**

1.    **Lehman Brothers International (Europe) (in administration) ("Transferor") by and through Anthony Victor Lomas, Steven Anthony Pearson, Paul David Copley, Russell Downs and Julian Guy Parr (the "Joint Administrators" and each a "Joint Administrator")** without personal liability, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Supplemental Deed dated 24 February 2014 and entered into, among others, between the Transferor and the Transferee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Lehman Brothers Commercial Corporation Asia Limited (in liquidation) by and through its Liquidators ("Transferee")** all right, title and interest in and to Proof of Claim Number **62786** filed by or on behalf of Transferor's predecessor in interest against Lehman Brothers Holdings, Inc., formerly a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York, administered under Case No. 08-13555 (JMP), **solely to the extent of the securities and in the quantities reflected in the Schedule attached hereto** (the "Transferred Claim").

2.    Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all notices or payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

3.    One of the Joint Administrators has signed this Evidence of Transfer on behalf of all the Joint Administrators as agents for and on behalf of Transferor and neither they, their firm, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Administrators and shall operate as a waiver of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer, the Joint Administrators, their firm, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer as if they were a party to it.

4.    One of the Transferee's Liquidators has signed this Evidence of Transfer as agent for and on behalf of Transferee and neither the Transferee's Liquidators, their firm, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Transferee's Liquidators and shall operate as a disclaimer of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer, the Transferee's Liquidators, their firm, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of February 2014.

| | | |
|---|---|---|
| Lehman Brothers International (Europe) (In Administration) | | Lehman Brothers Commercial Corporation Asia Limited (in liquidation) |
| By: _[signature]_ | | By: _____ |
| Name: _[signature]_ | | Name: |
| Title: Joint Administrator | | Title: Joint and Several Liquidator |
| For and on behalf of | | For and on behalf of |
| Lehman Brothers International (Europe) (in administration) acting as its agent and without personal liability | | Lehman Brothers Commercial Corporation Asia Limited (in liquidation) acting as its agent and without personal liability |
| Level 23 | | c/o KPMG |
| 25 Canada Square | | 8th Floor, Prince's Building |
| London E14 5LQ | | 10 Chater Road |
| United Kingdom | | Central |
| | | Hong Kong |

**SCHEDULE**

| CUSIP | 12 Sep 2008 ISIN | 9 Apr 2013 ISIN | SECURITY DESCRIPTION | LEHMAN ISSUED | LBHI quantities claimed for LBCCA under claim number 62786 |
|---|---|---|---|---|---|
| 1NL380283 | XS0230176793 | XS0230176793 | LEHMAN BROS TREASURY CO BV FRN 20130717 SERIES# 3185 EMTN | Yes | 46,200,000 |
| 1NL810198 | XS0285864939 | XS0285864939 | LEHMAN BROS TREASURY CO BV FRN 20090512 SERIES# 6122 EMTN | Yes | 200,000 |
| 1NL811873 | XS0286242390 | XS0286242390 | LEHMAN BROS TREASURY CO BV FRN 20090217 SERIES# 6154 EMTN | Yes | 100,000 |
| 1NL816922 | XS0286994099 | XS0286994099 | LEHMAN BROS TREASURY CO BV FRN 20090223 SERIES# 6206 EMTN | Yes | 200,000 |
| 1NL822912 | XS0287869050 | XS0287869050 | LEHMAN BROS TREASURY CO BV FRN 20090223 SERIES# 6261 EMTN | Yes | 100,000 |
| 1NL826822 | XS0288802605 | XS0288802605 | LEHMAN BROS TREASURY CO BV FRN 20090302 SERIES# 6361 EMTN | Yes | 100,000 |
| 1NL885661 | XS0298886556 | XS0298886556 | LEHMAN BROS TREASURY CO BV FRN 20090508 SERIES# 7064 EMTN | Yes | 550,000 |
| 1NL903464 | XS0302115372 | XS0302115372 | LEHMAN BROS TREASURY CO BV FRN 20090529 SERIES# 7271 EMTN | Yes | 150,000 |
| 1NL928867 | XS0306693127 | XS0306693127 | LEHMAN BROS TREASURY CO BV FRN 20090622 SERIES# 7523 EMTN | Yes | 100,000 |
| 1NL931176 | XS0307153493 | XS0307153493 | LEHMAN BROS TREASURY CO BV FRN 20090706 SERIES# 7578 EMTN | Yes | 200,000 |
| 1NL938148 | XS0308099125 | XS0308099125 | LEHMAN BROS TREASURY CO BV FRN 20090706 SERIES# 7628 EMTN | Yes | 200,000 |
| 1NL977419 | XS0314157644 | XS0314157644 | LEHMAN BROS TREASURY CO BV FRN 20090810 SERIES# 8012 EMTN | Yes | 300,000 |
| 1NL073532 | XS0320521429 | XS0320521429 | LEHMAN BROS TREASURY CO BV FRN 20080918 SERIES# 8308 EMTN | Yes | 100,000 |
| 1NL134912 | XS0323081801 | XS0323081801 | LEHMAN BROS TREASURY CO BV FRN 20091005 SERIES# 8398 EMTN | Yes | 100,000 |
| 1NL325098 | XS0340648145 | XS0340648145 | LEHMAN BROS TREASURY CNVBND#9579 ZEROCPN23Jan09 MTN | Yes | 100,000 |
| 1NL330718 | XS0341743184 | XS0341743184 | LEHMAN BROS TREASURY CNVBND#9619 32.203%19Jan11 MTN | Yes | 10,075 |
| 1NL330700 | XS0341745635 | XS0341745635 | LEHMAN BROS TREASURY CNVBND#9618 FRN 19Jan11 MTN | Yes | 412 |
| 1NL330726 | XS0341769221 | XS0341769221 | LEHMAN BROS TREASURY CNVBND#9620 7.800%19Jan11 MTN | Yes | 293 |
| 1NL369088 | XS0349166164 | XS0349166164 | LEHMAN BROS TREASURY CO BV 0.000% 20100226 SERIES# 9950 EMTN | Yes | 170,000 |

| | | | | | |
|---|---|---|---|---|---|
| Lehman Brothers International (Europe) (In Administration) | | | Lehman Brothers Commercial Corporation Asia Limited (in liquidation) | | |
| By:_____ | | | By: _Patrick Cowley_ (signature) | | |
| Name: | | | Name: Patrick Cowley | | |
| Title: Joint Administrator | | | Title: Joint and Several Liquidator | | |
| For and on behalf of | | | For and on behalf of | | |
| Lehman Brothers International (Europe) (in administration) acting as its agent and without personal liability | | | Lehman Brothers Commercial Corporation Asia Limited (in liquidation) acting as its agent and without personal liability | | |
| Level 23 | | | c/o KPMG | | |
| 25 Canada Square | | | 8th Floor, Prince's Building | | |
| London E14 5LQ | | | 10 Chater Road | | |
| United Kingdom | | | Central | | |
| | | | Hong Kong | | |

## SCHEDULE

| CUSIP | 12 Sep 2008 ISIN | 9 Apr 2013 ISIN | SECURITY DESCRIPTION | LEHMAN ISSUED | LBHI quantities claimed for LBCCA under claim number 62786 |
|---|---|---|---|---|---|
| 1NL380283 | XS0230176793 | XS0230176793 | LEHMAN BROS TREASURY CO BV FRN 20130717 SERIES# 3185 EMTN | Yes | 46,200,000 |
| 1NL810198 | XS0285864939 | XS0285864939 | LEHMAN BROS TREASURY CO BV FRN 20090512 SERIES# 6122 EMTN | Yes | 200,000 |
| 1NL811873 | XS0286242390 | XS0286242390 | LEHMAN BROS TREASURY CO BV FRN 20090217 SERIES# 6154 EMTN | Yes | 100,000 |
| 1NL816922 | XS0286994099 | XS0286994099 | LEHMAN BROS TREASURY CO BV FRN 20090223 SERIES# 6206 EMTN | Yes | 200,000 |
| 1NL822912 | XS0287869050 | XS0287869050 | LEHMAN BROS TREASURY CO BV FRN 20090223 SERIES# 6261 EMTN | Yes | 100,000 |
| 1NL826822 | XS0288802605 | XS0288802605 | LEHMAN BROS TREASURY CO BV FRN 20090302 SERIES# 6361 EMTN | Yes | 100,000 |
| 1NL885661 | XS0298886556 | XS0298886556 | LEHMAN BROS TREASURY CO BV FRN 20090508 SERIES# 7064 EMTN | Yes | 550,000 |
| 1NL903464 | XS0302115372 | XS0302115372 | LEHMAN BROS TREASURY CO BV FRN 20090529 SERIES# 7271 EMTN | Yes | 150,000 |
| 1NL928867 | XS0306693127 | XS0306693127 | LEHMAN BROS TREASURY CO BV FRN 20090622 SERIES# 7523 EMTN | Yes | 100,000 |
| 1NL931176 | XS0307153493 | XS0307153493 | LEHMAN BROS TREASURY CO BV FRN 20090706 SERIES# 7578 EMTN | Yes | 200,000 |
| 1NL938148 | XS0308099125 | XS0308099125 | LEHMAN BROS TREASURY CO BV FRN 20090706 SERIES# 7628 EMTN | Yes | 200,000 |
| 1NL977419 | XS0314157644 | XS0314157644 | LEHMAN BROS TREASURY CO BV FRN 20090810 SERIES# 8012 EMTN | Yes | 300,000 |
| 1NL073532 | XS0320521429 | XS0320521429 | LEHMAN BROS TREASURY CO BV FRN 20080918 SERIES# 8308 EMTN | Yes | 100,000 |
| 1NL134912 | XS0323081801 | XS0323081801 | LEHMAN BROS TREASURY CO BV FRN 20091005 SERIES# 8398 EMTN | Yes | 100,000 |
| 1NL325098 | XS0340648145 | XS0340648145 | LEHMAN BROS TREASURY CNVBND#9579 ZEROCPN23Jan09 MTN | Yes | 100,000 |
| 1NL330718 | XS0341743184 | XS0341743184 | LEHMAN BROS TREASURY CNVBND#9619 32.203%19Jan11 MTN | Yes | 10,075 |
| 1NL330700 | XS0341745635 | XS0341745635 | LEHMAN BROS TREASURY CNVBND#9618 FRN 19Jan11 MTN | Yes | 412 |
| 1NL330726 | XS0341769221 | XS0341769221 | LEHMAN BROS TREASURY CNVBND#9620 7.800%19Jan11 MTN | Yes | 293 |
| 1NL369088 | XS0349166164 | XS0349166164 | LEHMAN BROS TREASURY CO BV 0.000% 20100226 SERIES# 9950 EMTN | Yes | 170,000 |

32191116.1