

# Agreement and evidence of transfer of claim
# Lehman Program Security

RECEIVED

MAR – 3 2014

U.S. BANKRUPTCY COURT
SO DISTRICT NEW YORK

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

MR. WINFRIED BACH
name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ 8,520.60, which is equal to 0,001979422 % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

MR. WINFRIED BACH
name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ 8,520.60, which is equal to 0,001979422 % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __06__ th day of __January__ 2014.

**TARGOBANK AG & Co. KGaA f/k/a**
**Citibank Privatkunden AG & Co. KGaA on behalf of**

| MR. WINFRIED BACH | MR. WINFRIED BACH |
|---|---|
| name of customer | name of customer |
| By | By X |
| Name   Mr. Oliver Stuempges      Mr. Theo Peters | Name   MR. WINFRIED BACH |
| Title      Area Director      Area Manager | Title |
| Kasernenstr. 10 | P.O. BOX 185 PATTAYA POST OFFICE |
| address | address |
| 40213 Duesseldorf, Germany | 20260 CHONBURI , THAILAND |
| city, state, zip | city, state, zip |

# TARGO ✕ BANK

## Antrag auf Depotübertrag meiner Lehman-Wertpapiere

| Anrede | ○ Frau ◉ Herr |
|---|---|
| Vorname des Depotinhabers | W I N F R I E D |
| Nachname des Depotinhabers | B A C H |
| Straße/Nr. | P. O.  B O X  1 8 5  P A T T A Y A  P O S T  O F F I C |
| PLZ | 2 0 2 6 0   Ort  C H O N B U R I  /  T H A I L A N D |
| Nationalität | d e u t s c h |
| Depotnummer bei der TARGOBANK | 0 1 0 8 5 0 3 2 1 2 2 0 0 |

| Nr. | WKN/ISIN | Emittentin | Anzahl | Spermnummer | Verfahrensnummer |
|---|---|---|---|---|---|
| 1 | A0JXZF | Lehman Brothers Treasury Co. B.V. | 6 | CA02582 | 08-13555 (JMP) |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

Ich wünsche den Übertrag der oben genannten Lehman-Wertpapiere von meinem Depot bei der TARGOBANK in das folgende, auf meinen Namen geführte Wertpapierdepot:

| Neue depotführende Stelle | K r e i s s p a r k a s s e  K ö l n  BLZ 3 7 0 5 0 2 9 9 |
|---|---|
| Depotnummer | 1 0 0 0 1 5 1 0 0 0 |

Den nachfolgenden Anhang „Wichtige Informationen", insbesondere auch den dort beschriebenen Ablauf der Ersetzung in der LBHI-Insolvenztabelle, habe ich zur Kenntnis genommen. Ich bin bereit, in der dort beschriebenen Weise mitzuwirken und die für den Depotübertrag erforderlichen Erklärungen abzugeben.

Ort, Datum   P.Haya City, 16.1.2014                     Unterschrift (TARGOBANK Depotinhaber)

**Anlagen:**
Anhang: „Wichtige Informationen"
Anlage 1: Dokument „Form 210A".
Anlage 2: Dokument „Evidence of Transfer of Claim – Version B".



B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

POSTEINGANG
2 7. Jan. 2014

MAR - 3 2014
U.S. BANKRUPTCY COURT
SC... ...T OF NEW YORK

In re Lehman Brothers Holdings Inc. et al. _____,    Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.,
of the transfer, other than for security, of the claim referenced in this evidence and notice.

MR. WINFRIED BACH _____
Name of Transferee

TARGOBANK AG & Co. KGaA _____
Name of Transferor

Name and Address where notices to Transferee should be sent:

MR. WINFRIED BACH _____
P.O. BOX 185 PATTAYA POST OFFICE
20260 CHONBURI , THAILAND

Court Claim # (if known): 55404 _____

Amount of Claim: 8,520.60 _____

Date Claim Filed: 29 October 2009 _____

Phone: _____

Last Four Digits of Acct #: _____

Phone: +49 (0) 203 347 5703 _____

Last Four Digits of Acct #: _____

Name and Address where notices to Transferee should be sent:
(if different from above):

_____

_____

Poststelle Stapeltor
2 7. JAN. 2014
Eingegangen 7

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By X _____    Date 16. 1. 2014 _____
        Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

## Transferred Claim

$ ___8,520.60___ of $ ___$430,459,027.23___ (the outstanding amount of the Proof of Claim as of

___06. Januray 2014___

date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR. 06/11'BRIC' | XS0255689589 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 8,520.60 | --------------- | 02.02.2011 | $ 8,520.60 |

- AR-Rückschein / Avis de réception / Advice of delivery -

**Deutsche Post** 

☒ Brief / Lettre / Letter - Einschreiben / Recommandé / Registered

☐ Paket / Colis / Parcel (nur Vertragskunden)

Recommandé
Avis de réception

**R**    RT 59 601 445 8DE

**RÜCKSCHEIN**
Avis de réception
**Advice of delivery**

Bitte diesen
Aufkleber auf
der Vorderseite
der Sendung
anbringen.

Empfänger der Sendung / Destinataire de l'envoi / Addressee

United States Bankruptcy Court

Am Bestimmungsort auszufüllen /
A remplir par le bureau de destination /
To completed by office of destination

O.g. Sendung wurde ordnungsgemäß ausgeliefert /
L'envoi mentionné ci-dessus a été dûment livré /
The article mentioned above was duly delivered

* Dieser Rückschein kann vom Empfänger oder wenn die Vorschriften des Bestimmungslandes dies
vorsehen, von einem Beauftragten oder Mitarbeiter des Postunternehmens im Bestimmungsland
unterschrieben werden.

* Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le
prévoient, par une autre personne autorisée au par l'agent du bureau de destination.

* This receipt must be signed by the adressee or a person authorized to sign under the regulations of
the country of destination or if those regulations so provide, by the employee of the office of
destination.

Datum und Unterschrift* / Date et signature* / date and signature*

Name in Großbuchstaben (oder andere eindeutige Identifikation)
Nom du destinataire en lettres majuscules (ou autre moyen clair d'identification)
Name of recipient in capital letters (or other clear identification)

- AR-Rückschein / Avis de réception / Advice of delivery -



**Deutsche Post**    21.02.14

*FILIALE*  F10134950C    **5.45 EUR**

Recommandé
Avis de réception

**R**    RT  59 601 445  8DE

**PRIORITY**
PRIORITAIRE / LUFTPOST

**Rückschein**
Avis de réception

RECEIVED

MAR − 3 2014

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

United States Bankruptcy Court
Southern District of New York
Attention: Clerk's Office
One Bowling Green
New York, NY 10004-1408
USA