# BRAMMEN · BECKMANN · ABSHOFF
### Rechtsanwälte & Notare



**Rechtsanwälte Notare**

BECKMANN & ABSHOFF · Postfach 60 01 64 · 44841 Bochum

Internationales Einschreiben/Rückschein
United States Bankruptcy Court
Southern District of New York
Attention: Clerk´s Office
New York, NY 10004-1408
USA

**BOCHUM**

Dr. Klaus Brammen
Rechtsanwalt · Notar a. D.
Fachanwalt für Steuerrecht
bis 31.12.2005

Friedrich Beckmann*)
Rechtsanwalt · Notar a. D.

Michael Abshoff
Rechtsanwalt · Notar

Dr. Carsten Buck
Rechtsanwalt

Ronald Voigt
Rechtsanwalt

in Kooperation mit
Prof. Dr. jur. E. Beckmann

Hochstraße 19
44866 Bochum
Tel.  0 23 27/98 45 - 0
Fax  0 23 27/98 45 - 50
Mail info@beckmann-abshoff.de
Web  www.beckmann-abshoff.de

Unser Zeichen:
Getzlaff/TARGO
**AZ: 158/14 BE06**

Bochum, 20.02.2014

SB:    RA Beckmann
Sekr.: Frau Scholz
Tel.:  0 23 27/98 45 - 22
ma\D9/372-14

Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)
TARGOBANK AG & Co. KGaA / Getzlaff

Ladies and Gentlemen:

we are sending you the documents for the transfer of the Lehmann-securities requesting you to work on.

Sincerely yours

*[signature]*

Friedrich Beckmann

**RECEIVED MAR - 3 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

**COTTBUS**

Dirk Brand
Fachanwalt für Arbeitsrecht

Barbara Merz
Fachanwältin für Familienrecht

Neustädter Straße 12
03046 Cottbus
Tel.  03 55/3 81 05 - 0
Fax  03 55/3 81 05 - 20



*) Mitglied der Arbeitsgemeinschaft Arbeitsrecht
Deutscher Anwaltverein

---

| BÜROZEITEN | KENN-NR. | BANKVERBINDUNGEN | |
|---|---|---|---|
| Mo - Fr  08.00 - 12.45 Uhr | UstID-Nr.:  DE 127067171 | Volksbank Ruhr Mitte eG Wattenscheid | Sparkasse Bochum |
| und       14.00 - 18.00 Uhr | Steuer-Nr.: 350-5805-0839 | BLZ 422 600 01 | BLZ 430 500 01 |
| Mi        08.00 - 12.45 Uhr | | Kontonummer 603 751 700 | Kontonummer 935 916 |
| und       14.00 - 17.00 Uhr | | IBAN: DE42422600010603751700 | IBAN: DE18430500010000935916 |
| Sprechstunden nach Vereinbarung | | BIC: GENO DE M1 GBU | BIC: WELADED1BOC |

# Agreement and evidence of transfer of claim
# Lehman Program Security

**RECEIVED MAR - 3 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

   _____MRS. Hildegard Getzlaff_____
   name of customer

   (the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __28,402.00__, which is equal to __0.006598073__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number 55404 filed by or on behalf of

   _____MRS. Hildegard Getzlaff_____
   name of customer

   (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __28,402.00__, which is equal to __0.006598073__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __13__ th day of __January__ 2013.

TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA on behalf of

| MRS. Hildegard Getzlaff | MRS. Hildegard Getzlaff |
|---|---|
| name of customer | name of customer |
| By _(signatures)_ | By X _Hildegard Getzlaff_ |
| Name  Mr. Oliver Stuempges     Mr. Theo Peters | Name  MRS. Hildegard Getzlaff |
| Title  Area Director     Area Manager | Title |
| Kasernenstr. 10 | Frankenweg 24 |
| address | address |
| 40213 Duesseldorf, Germany | 44867 Bochum, Germany |
| city, state, zip | city, state, zip |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court



In re Lehman Brothers Holdings Inc. et al._____,    Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

## Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), *Fed. R. Bankr. P.*,
of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MRS. HILDEGARD GETZLAFF | TARGOBANK AG & Co. KGaA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:    Court Claim # (if known): 55404

MRS. HILDEGARD GETZLAFF    Amount of Claim: $ 28,402.00

FRANKENWEG 24, 44867 BOCHUM, GERMANY    Date Claim Filed: 29 October 2009

Phone: +49 (0) 232 756 8700    Phone: +49 (0) 203 347 5703
Last Four Digits of Acct #: _____    Last Four Digits of Acct #: _____

Name and Address where notices to Transferee should be sent:
(if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By X *Hildegard Getzlaff*    Date _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

# Transferred Claim

$ __28,402.00__ of $ __$430.459.027,23__ (the outstanding amount of the Proof of Claim as of

__13. January 2014__
date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehmann BR.TR.O.AR.N12BSKT | DE000A0NXKZ9 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 28,402.00 | ---------------- | 7 August 2012 | $ 28,402.00 |

Rechtsanwälte · Notare
Beckmann, Abshoff
& Kollegen
Hochstraße 19
44866 Bochum





Deutsche Post
FRANKIT  5,45 EUR
20.02.14   3D05003272

Deutsche Post

Recommandé
Avis de réception

R   RT 55 920 830 0DE

*EIR - International*

United States Bankruptcy Court
Southern District of New York
Attention: Clerk's Office
One Bowling Green
New York, NY 10004-1408
USA

RECEIVED
MAR - 3 2014
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

– AR-Rückschein / Avis de réception / Advice of delivery –

**Deutsche Post AG**
Entreprise des Postes allemandes S.A.

915-005-000

**AR**

05.05

**R**

  Deutsche Post

Recommandé
Avis de réception

RT 55 920 830 0DE

Rückschein / Auszahlungsschein / Gutschriftsanzeige
Avis de réception / Avis de paiement / Avis d'inscription
Advice of delivery / Advice of payment / Credit advice

**Luftpost**
Prioritaire Par avion

**Postsache**
Service des Postes

Stempel des Postamts,
das den Schein zurücksendet.
Timbre du bureau
renvoyant l'avis
Postmark of the office
returning the receipt

CN07

**Zurücksenden an / Renvoyer à / Return to**

Rechtsanwälte Bakmann & Abshoff
Hochstraße 19
44866 Bochum
Deutschland

**Deutschland / l'Allemagne / Germany**