## ⊛ UBS

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

February 21, 2014


RECEIVED MAR - 3 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**subject**  Claim Transfer Agreement Lehman Program Securities

On behalf of     Attention: Clerk of the Court

you are receiving   Evidence of partial transfer of claim: Banco Di Desio e Della Brianza SPA

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment            ☒ please confirm receipt
☐ as agreed                 ☐ please sign               ☒ please process
☐ please complete           ☐

Remarks
TOCE077   31'000.00   XS0295438369
Transferor: Banco Di Desio e Della Brianza SPA, ITALY / Claim Number: 48783
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E     07.03.2012     N1                      21.02.2014     Page 1/1



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                    Debtors.                     :    (Jointly Administered)
                                                 :
---------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| UBS AG | BANCO DI DESIO E DELLA BRIANZA S.P.A. |
| Name of Transferee | Name of Transferor |
|---|---|
| Name and address where notices to Transferee should be sent:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36<br>hugo.koller@ubs.com | Court Claim # (if known):  48783<br>Amount of Claim as Filed:  US$ 37,594,608.70<br>Amount of Claim Transferred:  EUR 31,000.00<br>Amount of Claim Transferred:  US$ 44,218.40<br>Date Claim Filed:  Oct 27, 2009 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

UBS AG                                                      Date: February 12, 2014
Transferee/Transferee's Agent

By: /s/                           /s/
Name: Matthias Mohos          Stephan Gfeller
Title: Associate Director      Associate Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

TOCE077 UBSIT0230 BDELLABRIANZA 31K XS0295438369_CLAIM1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Banco di Desio e della Brianza S.p.A. ("Transferor"), unconditionally and irrevocably transfers and assigns to UBS AG ("Transferee") an undivided pro rata interest in EUR 31,000.00 (USD 44,218.40) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 48783 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 12 day of February 2014.

BANCO DI DESIO E DELLA BRIANZA S.p.A.
Transferor   GRAZIELLA BOLOGNA
              HEAD OF FINANCIAL DEPT.
By:_____
Name:
Title:

UBS AG
Transferee

By:_____
Name: Matthias Mohos
Title: Associate Director

By:_____
Name: Stephan Gfeller
Title: Associate Director



Schedule 1

Transferred Claims

Purchased Claim

43,05556% of XS0295438369 = USD 44,218.40 of USD 102,700.80 (i.e. the outstanding amount of XS0295438369 as described in the Proof of Claim dated 10/23/09 and filed on 10/27/09),

Which equals 0,11762% of the Proof of Claim = USD 44,218.40 of USD 37,594,608.70 (the outstanding amount of the Proof of Claim dated 10/23/09 and filed on 10/27/09).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| EURO LEHMAN BROS.TREAS 07-10.10.2008 | XS0295438369 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 31,000.00 (equivalent to USD 44,218.40) | 10/2049 | EUR 31,000.00 (equivalent to USD 44,218.40) |

**BANCO DI DESIO E DELLA BRIANZA S.p.A.**         **UBS AG**

GRAZIELLA BOLOGNA
HEAD OF FINANCIAL DEPT.

TOCE077 UBSIT0230 BDELLABRIANZA 31K XS0295438369