UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :
            Debtors.                               :     (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 |
| Creditor Name and Address: | ELSF 3 Apollo Blocker Ltd.<br>c/o Ropes & Gray LLP<br>Attn: Jonathan Reisman<br>800 Boylston Street<br>Boston, MA 02199-3600 |
| Claim Number: | 14990 |
| Date Claim Filed: | 09/17/2009 |
| Percentage and Total Amount of Claim Withdrawn: | 100%<br>$19,767,334.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title:<br>Attorney for Creditor |
| Printed Name:<br>Jonathan Reisman | Dated:<br>03/17/2014 |