UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                                                :
                    Debtors.                             :    (Jointly Administered)
-----------------------------------------------------------------x

WITHDRAWAL OF CLAIM

Debtor Name and Case Number:    Lehman Brothers Holdings Inc.
                                Case Number:  08-13555 (JMP)

Creditor Name and Address:
GLG Investments IV PLC: Sub Fund GLG Performance (Distributing) Fund
c/o GLG Partners LP
1 Curzon Street
London
W1J 5HB

Claim Number: 14656
Date Claim Filed:    09/17/2009
Percentage and Total Amount of Claim Withdrawn: 100%   $46,060,668.00

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: _____

By GLG Partners Limited as General Partner for and on behalf of GLG Partners LP as Investment Manager

Title: Authorized Signatory

Printed Name: Mary Nell Browning

Dated:  18/03/2014