UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              : Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                                                   :
                        Debtors.                           :   (Jointly Administered)
-------------------------------------------------------------------x

WITHDRAWAL OF CLAIM

Debtor Name and Case Number:    Lehman Brothers Holdings Inc.
                                 Case Number:  08-13555 (JMP)

Creditor Name and Address:
GLG Emerging Markets Special Situations Fund
c/o GLG Partners LP
1 Curzon Street
London
W1J 5HB


Claim Number: 14658
Date Claim Filed:      09/17/2009
Percentage and Total Amount of Claim Withdrawn: 100%   $21,045,073.00

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.


Signature:  _____

By GLG Partners Limited as General Partner for and on behalf of GLG Partners LP as Investment Manager

Title: Authorized Signatory


Printed Name: Mary Nell Browning


Dated:  18/03/2014