UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                          :

In re                                       :          Chapter 11 Case No.
                                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :          08-13555 (SCC)
                                          :

                       Debtors.             :          (Jointly Administered)
                                          :
------------------------------------------------------------------x

## ORDER PURSUANT TO SECTIONS
## 105(a) AND 1142(b) OF THE BANKRUPTCY CODE DEEMING
## LEHMAN BROTHERS HOLDINGS INC.'S SCHEDULE OF LIABILITIES AMENDED

Upon the motion, dated February 28, 2014 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code (the "Bankruptcy Code") to deem LBHI's Schedule F amended with respect to the Scheduled Claim, all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of LBHI, its creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

        ORDERED that the Motion is granted; and it is further

        ORDERED that LBHI's Schedule F shall be deemed amended with respect to the Scheduled Claim as set forth on Exhibit 1 hereto; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the claims and noticing agent, Epiq Bankruptcy Solutions LLC, is authorized and directed to modify the official claims register as necessary to implement the relief granted in this Order; and it is further

ORDERED that the Plan Administrator is authorized to take any and all actions reasonably necessary or appropriate to effectuate the modification of the Schedules and the reduction of the Scheduled Claim as authorized herein in order to ensure proper Distributions on account of the Scheduled Claim under the Plan; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated: March 18, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2

**Exhibit 1**

3

## Schedule F
### Creditors Holding Unsecured Nonpriority Claims
### Debt

| Agent / Trustee Name | CUSIP Number | Address 1 | Address 2 | City | State | Zip | Country | Description of Indenture | Contingent | Unliquidated | Disputed | Originally Scheduled Principal Amount Outstanding | Originally Scheduled Accrued Interest (USD) | Originally Scheduled Total Amount | Amended Principal Amount Outstanding | Amended Accrued Interest (USD) | Amended Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank of New York, The | XSO224346592 | One Canada Square | Canary Wharf | London | | E14 5AL | United Kingdom | Plain Vanilla Long Term Debt – 7 YR Floater Benchmark | | | | $2,832,649,885 | $22,929,044.12 | $2,855,578,929.12 | $2,825,583,514 | $22,871,844.98 | $2,848,455,358.98 |