United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings, Inc.
One Bowling Green
New York, NY 10004-1408

DZ PRIVATBANK (Schweiz) AG
Münsterhof 12, P.O. box
CH- 8022 Zurich

contact person:
Vreni Münzenmayer (Ms)

OPS-WA

phone   +41 44 214-9036
fax      +41 44 9489

vreni.muenzenmayer@dz-privatbank.com
corporateaction.ch@dz-privatbank.com
www.dz-privatbank.com

Zurich, 17 March 2014, MUV

**Withdrawal request for Transfer of Claim: 40265 / Nominal 100,000 / ISIN XS0336320022**

Dear Madam, Dear Sir

we would like to request a cancellation to court on attached claim / Doc 42065

As of approval from our client this position of USD 100,000 ISIN:XS0336320022 Doc 42065 will remain at Credit Suisse account.

Therefore NO transfer to us (DZ PRIVATBANK (Schweiz) AG) will take place.

Executive Board:
Dr. Marion Pester (Chairwoman)
Dr. Franz Georg Brune
Felix Kirschner

Chairman of the Board of Directors:
Lars Hille

Registered office:
Zurich/Switzerland

Commercial register
CH-020.3.906.593-1

Swiss VAT number
CHE-116.285.903 MWST

Yours sincerely,

Patrick Schnetzer
Vice President

Vreni Münzenmayer
Assistant Manager

- Copy to Epiq Systems

DÜSSELDORF
FRANKFURT
HAMBURG
HANOVER
LUXEMBOURG
MUNICH
NUREMBERG
SINGAPORE
STUTTGART
ZURICH

1/1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG ("Transferor") unconditionally and irrevocably transferred to DZ Privatbank (Schweiz) AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim Claim Nr. 55813 relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON December 11, 2013.

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title: AVP

By:_____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0336320022 | 55813 | October 29, 2009 | Lehman Brothers Treasury BV | USD 100,000 |