UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                :    Chapter 11 Case No.
                                                      :

LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                                      :

                       Debtors.         :    (Jointly Administered)

-------------------------------------------------------------------x

WITHDRAWAL OF CLAIM

Debtor Name and Case Number:      Lehman Brothers Holdings Inc.
                                           Case Number: 08-13555 (JMP)

Creditor Name and Address:
GLG Technology Fund
c/o GLG Partners LP
1 Curzon Street
London
W1J 5HB

Claim Number: 14662
Date Claim Filed:      09/17/2009
Percentage and Total Amount of Claim Withdrawn: 100%   $41,478,349.00

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the
above-referenced creditor. I hereby withdraw the above-referenced claim and authorize
the Debtors' claims and noticing agent to file and reflect this withdrawal on the official
claims register for the above-referenced Debtor.

Signature: _____

By GLG Partners Limited as General Partner for and on behalf of GLG Partners LP as
Investment Manager

Title: Authorized Signatory

Printed Name: Mary Nell Browning

Dated:   18/03/2014