UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                                :
                    Debtors.                    :   (Jointly Administered)
-----------------------------------------------------------------x

WITHDRAWAL OF CLAIM

Debtor Name and Case Number:    Lehman Brothers Holdings Inc.
                                Case Number: 08-13555 (JMP)

Creditor Name and Address:
GLG Credit Fund
c/o GLG Partners LP
1 Curzon Street
London
W1J 5HB

Claim Number: 14663
Date Claim Filed:    09/17/2009
Percentage and Total Amount of Claim Withdrawn: 100%   $37,074,140.00

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature:  _____

By GLG Partners Limited as General Partner for and on behalf of GLG Partners LP as Investment Manager

Title: Authorized Signatory

Printed Name: Mary Nell Browning

Dated:  18/03/2014