WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (SCC)**
:
Debtors.                                :    **(Jointly Administered)**
:
------------------------------------------------------------------x

**NOTICE OF HEARING AS TO CERTAIN CLAIM ON THE**
**ONE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS**

   **PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 15012] ***solely* as to the claim of Banco Interior de S.A. (Claim No. 21949)** will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 621, One Bowling Green, New York, New York 10004 on **May 14, 2014 at 10:00 a.m. (Eastern Time)**.

Dated: March 18, 2014
    New York, New York

                /s/ Jacqueline Marcus
                Jacqueline Marcus

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates