WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                            :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON**
**THE FOUR HUNDRED FIFTY-FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

         **PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fifty-Fifth

Omnibus Objection to Claims (No Liability Claims) [ECF No. 42105] that was scheduled for

March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned solely as to the**

**claims listed on Exhibit A attached hereto to April 24, 2014 at 10:00 a.m. (Prevailing**

**Eastern Time)**.

Dated: March 18, 2014
      New York, New York          /s/ Garrett A. Fail
                                   Garrett A. Fail
                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone:  (212) 310-8000
                                   Facsimile:   (212) 310-8007

                                   Attorneys for Lehman Brothers Holdings Inc.
                                   and Certain of Its Affiliates

## Exhibit A

**Adjourned Claims:**

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| INTERNATIONAL FUND MANAGEMENT S.A. | 19986 |
| INTERNATIONAL FUND MANAGEMENT S.A. | 19987 |
| DEKA INTERNATIONAL S.A. | 19988 |
| DEKABANK DEUTSCHE GIROZENTRALE | 27709 |