WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (SCC)**
 : 
Debtors. : **(Jointly Administered)**
 : 
 : 
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FOUR HUNDRED FIFTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fifty-Third

Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 42103], that was

scheduled for March 27, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to

April 24, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter

as counsel may be heard.  The Hearing will be held before the Honorable Shelley C. Chapman,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

York, New York, Room 621, and the Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

Dated:  March 18, 2014
       New York, New York

                                         /s/ Garrett A. Fail
                                         Garrett A. Fail

                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         Attorneys for Lehman Brothers Holdings Inc.
                                         and Certain of Its Affiliates