UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                                          :        Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :        08-13555 (JMP)
                                                               :
                                    Debtors.        :        (Jointly Administered)

------------------------------------------------------------------------x

WITHDRAWAL OF CLAIM

Debtor Name and Case Number:        Lehman Brothers Holdings Inc.
                                                    Case Number:  08-13555 (JMP)

Creditor Name and Address:
GLG Investments IV PLC: Sub-Fund GLG Capital Appreciation (Distributing) Fund
c/o GLG Partners LP
1 Curzon Street
London
W1J 5HB

Claim Number: 15003
Date Claim Filed:        09/17/2009
Percentage and Total Amount of Claim Withdrawn:  100%  $49,742,763.00

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the
above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize
the Debtors' claims and noticing agent to file and reflect this withdrawal on the official
claims register for the above-referenced Debtor.

Signature:  _____

By GLG Partners Limited as General Partner for and on behalf of GLG Partners LP as
Investment Manager

Title: Authorized Signatory

Printed Name: Mary Nell Browning

Dated:  18/03/2014