**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------- x
                                                     :    Chapter 11
In re:                                               :
                                                     :    Case No. 08-13555 (JPM)
LEHMAN BROTHERS HOLDINGS INC., et al.,               :
                                                     :    Jointly Administered
                    Debtors.                         :
                                                     :
                                                     :
                                                     :
----------------------------------------------------------------- x
```

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE OR IN THE CASE OF A JOINTLY-ADMINISTERED AFFILIATE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer of claim, other than for security, referenced in this evidence and notice.

Centerbridge Special Credit Partners II, L.P.        Banc of America Credit Products, Inc.
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee should be   Case No.: 08-13555
sent:

|                                                     |
| Claim Number | Transferred Amount |
| --- | --- |
| 58352 | $13,224,000.00 |

Centerbridge Special Credit Partners II, L.P.
375 Park Avenue, 12ʰ Floor
New York, NY 10152
E-mail: tradeclaims@centerbridge.com

*With Copies To*:

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
E-mail: dhoyt@andrewskurth.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 3/18/14 _____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.,** with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Centerbridge Special Credit Partners II, L.P.,** its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a **2.1315%**interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352)** in the amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents **$13,224,000** of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 12th day of March, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By:
Name:    Ronald Torok
Title:    Managing Director


CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.

By:
Name:
Title:
            Aleksandra Markov
            Authorized Signator

100219796v1