B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| Bimini Investments S.à r.l. | Macquarie Bank Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

65, Boulevard Grande-Duchesse Charlotte
L-1331 Luxembourg
Luxembourg
Attn: Jerome Devillet
Telephone: +352 26449 615
Email: Jerome.Devillet@intertrustgroup.com

With copies to:
c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn: Michael Stephan
Telephone: 212 478 2310
Facsimile: 212 478 2311
Email: MStephan@Elliottmgmt.com

Last Four Digits of Acct #: _____

Court Claim # (if known): See schedule below
Amount of Claim: See schedule below
Date Claim Filed: See schedule below
Phone: _____

| Schedule | | |
|---|---|---|
| Court Claim # | Amount of Claim* | Date Claim Filed |
| 17155 | $377,511.00 | 09/18/2009 |
| 66175 | $3,502,023.00 | 01/28/2010 |
| 66178 | $1,647,292.00 | 01/28/2010 |
| 66180 | $553,800.00 | 01/28/2010 |
| 66179 | $345,583.00 | 01/28/2010 |
| 66210 | $432,206.00 | 02/02/2010 |
| 20738 | $2,013,890.00 | 09/21/2009 |
| 66209 | $7,293,971.00 | 02/02/2010 |
| 66225 | $7,802,837.00 | 02/02/2010 |
| 26709 | unliquidated | 09/22/2009 |

Last Four Digits of Acct#: _____

*plus additional amounts as set forth in the proofs of claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*[signatures on following page]*

Bimini Investments S.à r.l.

By: _____                Date: _March 11, 2014_____
        Elliot Greenberg, Authorized Signatory
        **Transferee/Transferee's Agent**

By: _____                Date: _March 11, 2014_____
        Jerome Devillet, Authorized Signatory
        **Transferee/Transferee's Agent**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 17155) in the amount of $377,511.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of ____March____, 2014.

**MACQUARIE BANK LIMITED**

Andrew McGrath
By:_____Executive Director_____
Name:
Title:

Nathan Booker
Associate Director

**BIMINI INVESTMENTS S.À R.L.**

By:_____
Name:
Title:

By:_____
Name:
Title:

(Signed in Sydney, POA Ref: #936
dated 22nd November 2012)

#1243629

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55ᵗʰ Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 17155) in the amount of $377,511.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**              **BIMINI INVESTMENTS S.À R.L.**

By:_____           By:_____
Name:                                   Name: *Elliot Greenberg*
Title:                                  Title:  Authorized Signatory

                                        By:_____
                                        Name:     Jérôme Devillet
                                        Title:  Authorized Signatory

MKUAN 239203.5 - 02/10/14

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66175) in the amount of $3,502,023.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of __March__, 2014.

**MACQUARIE BANK LIMITED**

       Andrew McGrath
       Executive Director
By:_____
Name:
Title:

Nathan Booker
Associate Director

(Signed in Sydney. POA Ref: #938
dated 22nd November 2012)

**BIMINI INVESTMENTS S.À R.L.**

By:_____
Name:
Title:

By:_____
Name:
Title:

#1243529

### EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66175) in the amount of $3,502,023.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March, 2014.

**MACQUARIE BANK LIMITED**                **BIMINI INVESTMENTS S.À R.L.**

By:_____                By:_____
Name:                                      Name: Elliot Greenberg
Title:                                     Title: Authorized Signatory

                                           By:_____
                                           Name:  Jérôme Devillet
                                           Title: Authorized Signatory

MKUAN\239203.5 - 02/10/14

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66178) in the amount of $1,647,292.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of _March_____, 2014.

**MACQUARIE BANK LIMITED**                **BIMINI INVESTMENTS S.À R.L.**

Andrew McGrath
Executive Director

By:_____            By:_____
Name:_____            Name:
Title:_____            Title:

Nathan Booker
Associate Director

{Signed in Sydney, POA Ref: #938
dated 22nd November 2012}

By:_____
Name:
Title:

#1243629

### EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66178) in the amount of $1,647,292.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March         , 2014.

**MACQUARIE BANK LIMITED**          **BIMINI INVESTMENTS S.À R.L.**

By:_____          By:_____
Name:                                Name:  Elliot Greenberg
Title:                               Title: Authorized Signatory

                                     By:_____
                                     Name:  Jérôme Devillet
                                     Title: Authorized Signatory

MKLAN.239203.5 - 02/10/14

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66180) in the amount of $553,800.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**                **BIMINI INVESTMENTS S.À R.L.**

By:                                        By:
Name:                                      Name:
Title:    Andrew McGrath                   Title:
          Executive Director

                                           By:
          Nathan Booker                    Name:
          Associate Director               Title:


(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

#243629

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66180) in the amount of $553,800.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**                    **BIMINI INVESTMENTS S.À R.L.**

By:_____                    By:_____
Name:                                          Name: Elliot Greenberg
Title:                                         Title: Authorized Signatory

                                               By:_____
                                               Name:    Jérôme Devillet
                                               Title:   Authorized Signatory

MKUAN\239203.5 - 02.10.14

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66179) in the amount of $345,583.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**              **BIMINI INVESTMENTS S.À R.L.**

By:_____                    By:_____
Name:                                    Name:
Title:    Andrew McGrath                 Title:
          Executive Director

          Nathan Booker                  By:_____
          Associate Director            Name:
                                         Title:

(Signed in Sydney, POA Ref. #938
dated 22nd November 2012)

#1243629

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66179) in the amount of $345,583.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March          , 2014.

**MACQUARIE BANK LIMITED**

By:_____
Name:
Title:

**BIMINI INVESTMENTS S.À R.L.**

By:_____
Name: Elliot Greenberg
Title: Authorized Signatory

By:_____
Name:    Jérôme Devillet
Title: Authorized Signatory

MKUAN 239203.5 - 02-10-14

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66210) in the amount of $432,206.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**

By:

Name:    Andrew McGrath
Title:    Executive Director

Nathan Booker
Associate Director

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

**BIMINI INVESTMENTS S.À R.L.**

By:_____
Name:
Title:

By:_____
Name:
Title:

#1243629

### EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55ᵗʰ Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66210) in the amount of $432,206.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**                    **BIMINI INVESTMENTS S.À R.L.**

By:_____                    By:_____
Name:                                          Name:  Elliot Greenberg
Title:                                         Title:  Authorized Signatory

                                               By:_____
                                               Name:    Jérôme Devillet
                                               Title:  Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 20738) in the amount of $2,013,890.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**                    **BIMINI INVESTMENTS S.À R.L.**

By:_____                    By:_____
Name:                                          Name:
Title:    Andrew McGrath                        Title:
          Executive Director

          Nathan Booker                         By:_____
          Associate Director                    Name:
                                                Title:

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

#1243629

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 20738) in the amount of $2,013,890.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**

By:_____
Name:
Title:

**BIMINI INVESTMENTS S.À R.L.**

By:_____
Name: Elliot Greenberg
Title: Authorized Signatory

By:_____
Name:    Jérôme Devillet
Title: Authorized Signatory

MKUAN 239203.5 - 02/16/14

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

The **Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66209) in the amount of $7,293,971.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**                     **BIMINI INVESTMENTS S.À R.L.**

By:                                            By:
Name:                                          Name:
Title:    Andrew McGrath                       Title:
          Executive Director


          Nathan Booker                        By:
          Associate Director                   Name:
                                               Title:

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

#1243629

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**The Macquarie Bank Limited,** located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66209) in the amount of $7,293,971.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March, 2014.

**MACQUARIE BANK LIMITED**                    **BIMINI INVESTMENTS S.À R.L.**

By:_____                    By:_____
Name:                                          Name: Elliot Greenberg
Title:                                         Title: Authorized Signatory

                                               By:_____
                                               Name:    Jérôme Devillet
                                               Title: Authorized Signatory

MKUAN 239203.5 - 02.10.14

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66225) in the amount of $7,802,837.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**

By:
Name:    Andrew McGrath
Title:    Executive Director

Nathan Booker
Associate Director

(Signed in Sydney, POA Ref: #938
dated 22[rd] November 2012)

**BIMINI INVESTMENTS S.À R.L.**

By:
Name:
Title:

By:
Name:
Title:

#1243629

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Macquarie Bank Limited, located 125 West 55ᵗʰ Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Bimini Investments S.à r.l., its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: 66225) in the amount of $7,802,837.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**                    **BIMINI INVESTMENTS S.À R.L.**

By:_____            By:_____
Name:                                                      Name: Elliot Greenberg
Title:                                                        Title: Authorized Signatory

                                                              By:_____
                                                              Name: Jérôme Devillet
                                                              Title: Authorized Signatory

MXUAN 239203.5 - 02/10/14

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 26709) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the _11th_ day of _March_, 2014.

**MACQUARIE BANK LIMITED**

By:
Name:      Andrew McGrath
Title:       Executive Director

Nathan Booker
Associate Director

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

**BIMINI INVESTMENTS S.À R.L.**

By:
Name:
Title:

By:
Name:
Title:

#1243629

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Macquarie Bank Limited**, located 125 West 55th Street, New York, New York 10019 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Bimini Investments S.à r.l.**, its successors and assigns, with offices at 65, Boulevard Grande-Duchesse Charlotte, L-1331 Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 26709) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of March , 2014.

**MACQUARIE BANK LIMITED**                 **BIMINI INVESTMENTS S.À R.L.**

By:_____              By:_____
Name:                                     Name: Elliot Greenberg
Title:                                    Title:  Authorized Signatory

                                          By:_____
                                          Name:      Jérôme Devillet
                                          Title:  Authorized Signatory