B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT

In re: <u>Lehman Brothers Holding Inc., et al.,</u>   Case No. <u>08-13555 (JMP)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Wingspan Master Fund, LP</u>                              <u>Banc of America Credit Products, Inc.</u>
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): <u>58352</u>
should be sent:                                                         Amount of Claim: <u>$15,000,000.00</u>
Wingspan Master Fund, LP                                     Debtor: Lehman Brothers Asia Capital Company
C/O Wingspan Investment Management L.P.
650 Madison Avenue, 23rd Floor                              Date Claim Filed: 10/30/09
New York, NY 10022
Attn: Peter Bio

Phone: _____          Phone: _____
Last Four Digits of Acct #:                                        Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):
Copy to:

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: David J. Karp

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____          Date: _3/18/14_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §~ 152 & *3571.*

EXHIBIT A

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

      **Banc of America Credit Products, Inc.**, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Wingspan Master Fund, LP**, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a **2.4178%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents **$15,000,000** of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 10th day of March, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:   Ronald Torok
Title:   Managing Director


WINGSPAN MASTER FUND, LP
By: Wingspan GP, LLC, as its general partner

By: _____
Name: Brendan Driscoll
Title: CFO

A-12

100218193v2