B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al.,   Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Canyon Value Realization Fund L.P. | Name of Transferor<br>Banc of America Credit Products, Inc. |
| Name and Address where notices to transferee should be sent:<br><br>Canyon Value Realization Fund L.P.<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Attn: Jonathan M. Kaplan<br>Email: jkaplan@canyonpartners.com<br>Phone: (310) 272-1000 | Court Claim # (if known): 58352<br>Amount of Claim as Filed: $620,406,164.00<br>Amount of Claim Transferred: $22,792,000.00<br>Date Claim Filed: October 10, 2009<br>Debtor: Lehman Brothers Holdings Inc. |

With a copy to:
Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions
Bank:            JP Morgan
ABA No.:         021-000-021
Bank Acct Name:  JPMCC
Bank Acct No.:   066001633
FFC Acct Name:   Canyon Value Realization Fund L.P.
FFC Act No.:     102-08095

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 10-March-2014
Jonathan M. Kaplan, Authorized Signatory of Canyon Capital Advisors LLC, its Investment Advisor
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7976709v1

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Canyon Value Realization Fund L.P.**, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a **3.6737%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents **$22,792,000** of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the __10__ day of March, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:   Ronald Torok
         Managing Director

CANYON VALUE REALIZATION FUND L.P.
By: Canyon Capital Advisors LLC as its Investment Advisor

By: _____
Name:
Title:   Jonathan M. Kaplan
         Authorized Signatory

100218770v1