SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF
GIANTS STADIUM LLC FOR LEAVE TO CONDUCT DISCOVERY OF LBI
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 36874] (the "Motion"), which was scheduled for March 27, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 24, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as the matter may be heard. The Hearing on the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court, Southern District of New York, One

Bowling Green, New York, New York, 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York  
       March 19, 2014

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:   /s/ Bruce E. Clark  
      Bruce E. Clark  
      Matthew A. Schwartz  
      SULLIVAN & CROMWELL LLP  
      125 Broad Street  
      New York, New York 10004  
      Telephone: (212) 558-4000  
      Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*