CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7000
Facsimile: (516) 296-7111
Richard J. McCord, Esq.
rmccord@certilmanbalin.com

*Attorneys for Monti Family Holding Company, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No.: 08-13555(JMP) |
| : | |
| Debtors. | (Jointly Administered) |
| : | |

---------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF MONTI FAMILY HOLDING COMPANY, LTD FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS HOLDINGS INC AND OTHER ENTITIES**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the Motion of Monti Family Holding Company, Ltd ("Movant"), by and through its counsel, Certilman Balin Adler & Hyman, LLP, Seeking Leave to Conduct Rule-2004 Discovery of the Debtor, Lehman Brothers Holdings, Inc. and Other Entities (Docket No. 16803), that was previously scheduled for April 9, 2014, at 10:00 a.m. is hereby adjourned *sine die* without prejudice. This hearing may be rescheduled by Monti Family Holding Company, LLC. by the filing of a Notice of Hearing in

accordance with the procedures set forth in the Case Management Order (Docket No. 285).

Dated:  East Meadow, New York
        March 19, 2014

                                         **CERTILMAN BALIN ADLER & HYMAN, LLP**

                                      By:   /s/ Richard J. McCord
                                                **RICHARD J. MCCORD, ESQ.**
                                                90 Merrick Avenue
                                                East Meadow, New York 11554
                                                Phone: (516) 296-7000

                                                *Attorneys for Monti Family Holding Company, Ltd.*