WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                      :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (SCC)**
:
Debtors.                   :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THREE HUNDRED
SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS
(NO GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without

prejudice its Three Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims)

[ECF No. 31317] **solely as to the claim listed on Exhibit A attached hereto**.  The Plan

Administrator reserves its rights to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: March 19, 2014
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| TUDOR BVI GLOBAL PORTFOLIO L.P. | 27668 | 24194 |