WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x

| | |
|---|---|
| **In re** | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :    **08-13555 (SCC)** |
| | : |
| **Debtors.** | :    **(Jointly Administered)** |

--------------------------------------------------------------------------------x

**NOTICE RELATING TO MATTERS SCHEDULED FOR**
**OMNIBUS AND CLAIMS HEARING ON MARCH 27, 2014 AT 10:00 A.M.**

       **PLEASE TAKE NOTICE** that the hearing on the matters set forth on <u>Exhibit A</u>

hereto **has been changed to Thursday, April 24, 2014, at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "<u>Hearing</u>"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 621, and the Hearing may be

further adjourned from time to time without further notice other than an announcement at the

Hearing.

       **PLEASE TAKE FURTHER NOTICE** that, as there is no other matter

scheduled for hearing in the above-captioned case on March 27, 2014 at 10:00 a.m., the hearing

that was scheduled for that date and time will not be held.

Dated:  March 19, 2014
       New York, New York

                                 /s/ Jacqueline Marcus
                                 Jacqueline Marcus
                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone:  (212) 310-8000
                                 Facsimile:   (212) 310-8007

                                 Attorneys for Lehman Brothers Holdings Inc.
                                 and Certain of Its Affiliates

US_ACTIVE:\44446929\5\58399.0011

## Exhibit A

1.    Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 34044]

2.    Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 34728]

3.    Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 34226 and 34227 [ECF No. 35847]

4.    Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 37168]

5.    Claims Objection Hearing with Respect to Debtors' Objection to Proofs of Claim No. 28740 and 28828 [ECF No. 38054]

6.    Debtors' Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [ECF No. 39348]

7.    Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [ECF No. 40292]

8.    Four Hundred Fifty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 42104]

9.    Four Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 42106]

10.   Four Hundred Fifty-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 42620]

11.   Credican C.A.'s Motion to Designate Diaz, Reus & Targ L.L.P. as Agent for Receipt of Distributions and Honor Change of Address for Purposes of Fifth Distribution Date and all Future Distributions [ECF No. 43537]