WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :    08-13555 (SCC)
                                                       :
                    Debtors.                           :    (Jointly Administered)
                                                       :
---------------------------------------------------------------------x

**LBHI'S NOTICE OF PRE-TRIAL CONFERENCE AS TO PENDING CLAIMS
RELATED TO RESTRICTED STOCK UNITS AND CONTINGENT STOCK AWARDS**

**PLEASE TAKE NOTICE** that a pre-trial conference regarding claims related to Restricted Stock Units and Contingent Stock Awards appearing on the omnibus objections listed on Exhibit A attached hereto will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 621, One Bowling Green, New York, New York 10004 on **March 27, 2014, at 9:00 a.m. (Eastern Time)** in preparation for the evidentiary hearing scheduled to commence on April 1, 2014, at 10:00 a.m. (Eastern Time) (and continuing as the Court may direct on April 2 and 3, 2014).

**PLEASE TAKE FURTHER NOTICE** that parties outside of Manhattan who wish to listen to the pre-trial conference or evidentiary hearing telephonically may contact CourtCall shortly before the hearing time at 1-866-582-6878.

US_ACTIVE:\44447409\1\58399.0011

Dated: March 19, 2014
New York, New York

/s/ Ralph I. Miller
Ralph I. Miller

Robert J. Lemons
Ralph I. Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# **Exhibit A**

1. Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 11305]

2. Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 13295]

3. Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) [ECF No. 15666]

4. Debtors' One Hundred Thirtieth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) [ECF No. 16115]

5. Debtors' One Hundred Thirty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) [ECF No. 16116]

6. Debtors' One Hundred Thirty-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16530]

7. Debtors' One Hundred Thirty-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16532]

8. Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16808]

9. Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 19392]

10. Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [ECF No. 19393]

11. Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [ECF No. 19714]

12. Debtors' Two Hundred Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 20012]

13. Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) [ECF No. 25059]

14. Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 28433]

15. Three Hundred Fourteenth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 28435]

16. Three Hundred Nineteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 28777]

17. Three Hundred Twenty-Ninth Omnibus Objection to Claims (Misclassified Claims) [ECF No. 29324]

18. Three Hundred Forty-Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 30357]

US_ACTIVE:\44447409\1\58399.0011