David S. Cohen
Andrea M. McNamara
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1850 K Street, NW, Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
**In re**                                                        :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                     :    08-13555 (JMP)
                                                                 :
            Debtors.                                             :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING**
*SINE DIE* **ON DEBTORS' OBJECTION TO PROOF OF**
**CLAIM NOS. 21217, 21140, 20421 AND 21146**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Objection to Proof of Claim Nos. 21217, 21140, 20421 and 21146 [ECF No. 42391] that was scheduled for March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined**.

Dated:  March 19, 2014
        Washington, DC

                                            /s/ David S. Cohen
                                            _____
                                            David S. Cohen
                                            Andrea M. McNamara
                                            MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
                                            1850 K Street, NW
                                            Suite 1100
                                            Washington, D.C. 20006
                                            Telephone: (202) 835-7500
                                            Facsimile: (202) 835-7586

                                            *Attorneys for Lehman Brothers Holdings Inc.*
                                            *and Certain of Its Affiliates*