UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
                                                   :
                      Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------x

**AMENDED DECLARATION OF JOHN TUOSTO IN SUPPORT OF LBHI'S OPPOSITION TO CLAIMANTS' OPENING MEMORANDA REGARDING DEBTORS' SEVENTY-THIRD, ONE HUNDRED EIGHTEENTH, ONE HUNDRED THIRTIETH, ONE HUNDRED THIRTY-FIRST, ONE HUNDRED THIRTY-THIRD, ONE HUNDRED THIRTY-FOURTH, ONE HUNDRED THIRTY-FIFTH, ONE HUNDRED SEVENTY-SIXTH, AND TWO HUNDRED SEVENTH OMNIBUS OBJECTIONS TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

I, John Tuosto, under penalty of perjury, declare that the foregoing is true and correct:

1.     I am the Director of Accounting Services for Lehman Brothers Holdings Inc. ("LBHI"). In this capacity, I manage the Payroll and Accounts Payable functions of the Estate. In addition, I research and audit the validity of creditor claims against the Estate.

2.     I submit this amended declaration in support of the Memorandum of Law filed by LBHI in Opposition to Claimants' Opening Memoranda Regarding Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "LBHI Opposition Memorandum"). I previously executed a declaration in support of the LBHI Opposition Memorandum, dated March 4, 2014 (the "March 4 Declaration"). This amended declaration contains the same information, except that Amended Exhibit A has been updated as described in paragraph 3 below. I have personal knowledge as to the matters stated herein.

3.      Attached hereto as Amended Exhibit A is a spreadsheet identifying the amounts paid in cash to certain former Neuberger Berman employees ("NB Employees") for their services at Lehman from 2003 through 2008, as well as the amounts allocated from their total compensation for the issuance of restricted stock units ("RSUs") in each of those years. It has been updated to include the compensation information of a NB employee inadvertently omitted from the original Exhibit A attached to the March 4 Declaration. I have been informed that these NB employees are represented by Eugene Kaplan of Kaplan Landau LLP and Michael Schlesinger of Julien & Schlesinger, P.C. in a contested matter related to RSUs. The names of the NB employees have been replaced with "NB Employee" for their own confidentiality purposes. The columns labeled "Cash Commission" identify the amounts paid to each of the individuals in cash. The columns labeled "Equity Deferral" identify the amounts upon which the allocation of RSUs in each of those years was based. This "Equity Deferral" amount was used at the end of each plan year to determine the number of RSUs granted to each employee based on the market value of LBHI's common stock on the date of the award grant.

4.      I generated Amended Exhibit A from the payroll database that was utilized by Lehman pre-bankruptcy and then migrated to a database maintained by Alvarez & Marsal North America LLC ("A&M"). The PeopleSoft payroll system stored all historical payment data by individual employee. In the second half of 2009, these records were migrated to the DAF Repository database maintained and controlled by A&M. The DAF Repository is the source for the data in this spreadsheet.

5.      The payroll data used to generate Amended Exhibit A was compiled and stored in PeopleSoft each time a payroll cycle was generated. These records were created from information transmitted by someone with knowledge of the cash payments and equity deferrals.

US_ACTIVE:\44434186\4\58399.0011

The data was kept and stored in PeopleSoft in the regular course of Lehman's business and it was part of Lehman's regular business practice to maintain this data. The output files from PeopleSoft were used for reconciliation, payroll balancing, tax reporting and payments, general ledger postings and payroll funding. The payroll frequency was bi-weekly, every other Friday, monthly on the 10th of each month and monthly on the 29th of each month (28th in February) depending on the type of employee.

6. The information contained in Amended Exhibit A is true and correct to the best of my knowledge.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 20, 2014

_____
John Tuosto

US_ACTIVE:\44434186\4\58399.0011

# AMENDED EXHIBIT A

| | 2003 Cash Commission | 2003 Equity Deferral | 2004 Cash Commission | 2004 Equity Deferral | 2005 Cash Commission | 2005 Equity Deferral | 2006 Cash Commission | 2006 Equity Deferral | 2007 Cash Commission | 2007 Equity Deferral | 2008 Cash Commission | 2008 Equity Deferral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NB Employee | - | - | 2,720,302.00 | 842,325.00 | 4,407,300.00 | 2,938,201.00 | 8,348,771.00 | 5,565,845.00 | 8,379,068.50 | 8,379,068.50 | 5,859,900.00 | 5,859,900.00 |
| NB Employee | 544,416.00 | - | 662,927.50 | 52,263.00 | 761,699.20 | 256,973.93 | 910,409.75 | 292,878.83 | 1,014,062.11 | 541,005.24 | 662,096.89 | 331,233.82 |
| NB Employee | 323,897.00 | - | 421,692.00 | 28,047.00 | 454,856.50 | 66,838.89 | 518,987.34 | 82,871.60 | 727,843.93 | 201,601.99 | 534,863.55 | 180,105.97 |
| NB Employee | 471,824.00 | - | 978,742.00 | 140,825.00 | 1,039,973.00 | 388,526.00 | 1,322,983.00 | 734,472.00 | 1,677,746.50 | 1,677,746.50 | 1,359,055.00 | 1,359,055.00 |
| NB Employee | 351,757.00 | - | 371,151.15 | - | 1,409,526.00 | 864,291.00 | 3,654,323.00 | 2,102,717.00 | 4,292,881.00 | 4,292,881.00 | 3,606,563.00 | 3,606,563.00 |
| NB Employee | 141,594.00 | - | 273,000.00 | 90,748.00 | 469,167.00 | 70,415.00 | 388,584.00 | 106,521.00 | 402,941.58 | 107,614.42 | 209,652.91 | 70,077.09 |
| NB Employee | 5,123,321.00 | - | 11,404,505.70 | 3,111,158.00 | 12,424,234.00 | 8,282,824.00 | 17,507,104.00 | 11,671,402.00 | 15,568,081.50 | 15,568,081.50 | 10,253,979.00 | 10,253,979.00 |
| NB Employee | 875,389.91 | - | 1,781,043.07 | - | 2,619,241.90 | 207,461.56 | 1,964,324.08 | 616,000.01 | 616,063.34 | 749,983.41 | 597,694.53 | 931,027.91 |
| NB Employee | 1,429,048.00 | - | 3,165,213.10 | 852,119.00 | 4,404,300.00 | 2,936,201.00 | 6,279,865.00 | 4,186,575.00 | 5,961,231.50 | 5,961,231.50 | 5,918,466.00 | 5,918,466.00 |
| NB Employee | 1,296,222.00 | - | 1,675,850.00 | 419,653.00 | 1,382,313.00 | 825,205.00 | 1,434,578.00 | 901,866.00 | 1,298,447.12 | 1,196,006.88 | 1,315,321.03 | 1,239,396.97 |