# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI
CAYMAN ISLANDS
BVI

March 5, 2014

**BY HAND**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

RECEIVED MAR -5 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Re:  *In re Lehman Brothers Holding Inc.*
     Case No. 08-13555 (SCC)

To Whom It May Concern:

I write to request the removal of the following names and email addresses from the distribution list on the Court's CM/ECF system for electronically filed items in the above-referenced bankruptcy case:

Danielle L. Rose (danielle.rose@kobrekim.com)
Michael S. Kim (michael.kim@kobrekim.com)
Scott K. McCulloch (scott.mcculloch@kobrekim.com)
Phil Huynh (phil.huynh@kobrekim.com)

Thank you for your assistance.

Respectfully submitted,

Danielle L. Rose
+1 212 488 1209