WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Pérez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                      :

**In re**                   :        **Chapter 11 Case No.**
                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                      :

          **Debtors.**        :        **(Jointly Administered)**
                      :
-------------------------------------------------------------------x

**NOTICE OF EFFECTIVE DATE OF SETTLEMENT**
**AGREEMENT BY AND AMONG THE LBHI PARTIES[1] AND**
**LEHMAN BROTHERS FINANCE AG (IN LIQUIDATION) A/K/A LEHMAN**
**BROTHERS FINANCE SA (EN LIQUIDATION) DATED MARCH 27, 2013**

PLEASE TAKE NOTICE THAT the Effective Date of the Settlement Agreement

is March 21, 2014.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the *Order Pursuant To*

*Rule 9019 of The Federal Rules of Bankruptcy Procedure For Approval of Settlement Agreement*

*With Lehman Brothers Finance AG (In Liquidation)* dated April 25, 2013 [ECF No. 36866], the

Chapter 11 Estates (as defined therein) are authorized to execute, deliver, implement and fully

perform any and all obligations, instruments, documents and papers and to take any and all

---

[1]     Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to them in that certain Settlement Agreement, dated March 27, 2013, between Lehman Brothers Finance AG (in Liquidation), also known as Lehman Brothers Finance SA (*en liquidation*) and the LBHI Parties (as defined therein) (the "Settlement Agreement") [ECF No. 36300].

actions reasonably necessary or appropriate to consummate the Settlement Agreement and

perform any and all obligations and transactions contemplated therein implement and fully

perform any and all obligations, instruments, documents and papers and to take any and all

actions reasonably necessary or appropriate to consummate the Settlement Agreement and

perform any and all obligations and transactions contemplated therein.

PLEASE TAKE FURTHER NOTICE THAT upon the Effective Date, LBF was

granted an allowed claim, the "LBF Allowed Claim," which is a claim against LBHI based on

Lehman Program Securities, which claim "shall be allowed in the amount and value set forth on

Exhibit B" to the Settlement Agreement.  LBHI further agreed pursuant to paragraph 2.4 of the

Settlement Agreement that on the Effective Date, "The LBF Allowed Claim will be finally

allowed and entitled to receive distributions in accordance with the US Debtors' Plan; on the

Effective Date, any cash held by LBHI due to distributions with respect to, or redemption of, the

LBF Allowed Claim prior to the Effective Date shall be delivered to LBF."  Attached as Exhibit

A is the schedule of Lehman Program Securities that make up the LBF Allowed Claim.

PLEASE TAKE FURTHER NOTICE THAT the records of Epiq Bankruptcy

Solutions LLC (the "Claims Agent") currently indicate that the LBF Allowed Claim is held by

Lehman Brothers International (Europe).

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Settlement

Agreement and Rule 9019 Order, the Plan Administrator hereby directs the Claims Agent to

reflect that the LBF Allowed Claim based on the securities listed on Exhibit A is held by LBF as

of February 23, 2014.

Dated:  March 21, 2014
        New York, New York

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**Exhibit A**

| CLAIM NUMBER | ISIN | ALLOWED_AMOUNT |
|---|---|---|
| 58911 | CH0027120630 | $230,000.00 |
| 58911 | CH0027120671 | $446,021.42 |
| 58911 | CH0027120713 | $200,000.00 |
| 58911 | CH0027120820 | $212,865.93 |
| 58911 | CH0027120994 | $730,625.38 |
| 58911 | CH0027120606 | $646,730.94 |
| 58911 | CH0027120622 | $906,000.00 |
| 58911 | CH0027120648 | $12,413,874.50 |
| 58911 | CH0027120655 | $7,152,629.16 |
| 58911 | CH0027120663 | $6,617,172.57 |
| 58911 | CH0027120689 | $15,228,424.04 |
| 58911 | CH0027120697 | $6,272,447.51 |
| 58911 | CH0027120705 | $1,328,000.00 |
| 58911 | CH0027120721 | $3,952,209.57 |
| 58911 | CH0027120739 | $4,257,317.31 |
| 58911 | CH0027120747 | $5,604,048.69 |
| 58911 | CH0027120754 | $3,980,591.69 |
| 58911 | CH0027120770 | $5,848,709.38 |
| 58911 | CH0027120796 | $1,184,632.67 |
| 58911 | CH0027120812 | $5,356,716.26 |
| 58911 | CH0027120838 | $1,299,732.70 |
| 58911 | CH0027120846 | $6,446,195.82 |
| 58911 | CH0027120853 | $870,713.24 |
| 58911 | CH0027120861 | $711,850.05 |
| 58911 | CH0027120879 | $712,391.10 |
| 58911 | CH0027120903 | $4,863,275.48 |
| 58911 | CH0027120945 | $499,719.51 |
| 58911 | CH0027120978 | $709,552.89 |
| 58911 | CH0027120986 | $1,533,421.36 |
| 58911 | CH0027121000 | $36,896.75 |
| 58911 | CH0027121026 | $313,106.98 |
| 58911 | CH0034783636 | $874,201.82 |
| 58911 | CH0034783644 | $494,191.64 |
| 58911 | CH0034783651 | $500,944.34 |
| 58911 | CH0034783669 | $607,377.27 |
| 58911 | CH0034783677 | $703,000.00 |
| 58911 | CH0034783685 | $542,000.00 |
| 58911 | CH0034783693 | $768,355.59 |
| 58911 | CH0034783701 | $1,122,139.75 |
| 58911 | CH0036891080 | $316,068.67 |
| 58911 | CH0036891106 | $549,681.79 |
| 58911 | CH0036891114 | $555,934.12 |
| 58911 | CH0036891122 | $635,567.97 |
| 58911 | CH0036891148 | $354,140.94 |
| 58911 | CH0036891163 | $396,958.99 |
| 58911 | CH0036891221 | $699,732.29 |
| 58911 | CH0036891239 | $426,175.84 |

| | | |
|---|---|---|
| 58911 | CH0036891254 | $955,581.03 |
| 58911 | CH0036891262 | $132,914.36 |
| 58911 | CH039308652 | $288,933.31 |
| 58911 | CH039308660 | $363,410.79 |
| 58911 | CH039308686 | $2,300,361.82 |
| 58911 | CH039308694 | $168,151.85 |
| 58911 | CH039308710 | $170,630.46 |
| 58911 | CH0043088605 | $976,071.20 |
| 58911 | CH0043088613 | $1,365,012.77 |
| 58911 | CH0043088621 | $308,962.19 |
| 58911 | CH0043088639 | $691,658.23 |
| 58911 | CH0043088647 | $378,065.79 |
| 58911 | CH0043088654 | $345,910.82 |
| 62779 | DE000A0G0Y08 | $783,346.39 |
| 62779 | DE000A0G4LS9 | $181,645.54 |
| 62779 | DE000A0LHNW7 | $294,613.96 |
| 62779 | DE000A0LHVD0 | $1,461,792.70 |
| 62779 | DE000A0LJV62 | $176,870.09 |
| 62779 | DE000A0MGS69 | $973,190.62 |
| 62779 | DE000A0MHVV0 | $3,279,553.44 |
| 62779 | DE000A0MHXQ6 | $1,339,587.53 |
| 62779 | DE000A0MJHE1 | $7,200,749.97 |
| 62779 | DE000A0N1VM8 | $983,440.30 |
| 62779 | DE000A0N6GH8 | $1,490,074.05 |
| 62779 | DE000A0N7XQ2 | $4,222,009.98 |
| 62779 | DE000A0N8MX9 | $446,333.29 |
| 62779 | DE000A0NLYL5 | $3,261,010.00 |
| 62779 | DE000A0NLZG2 | $1,044,107.31 |
| 62779 | DE000A0NMGK2 | $173,079.87 |
| 62779 | DE000A0NMJ46 | $386,356.35 |
| 62779 | DE000A0NMXZ5 | $101,074.08 |
| 62779 | DE000A0NPV47 | $1,205,064.06 |
| 62779 | DE000A0NTKC6 | $75,212.61 |
| 62779 | DE000A0NTS89 | $36,896.75 |
| 62779 | DE000A0NTV01 | $1,350,836.83 |
| 62779 | DE000A0NXKZ9 | $187,416.43 |
| 62779 | DE000A0NZAV4 | $982,492.76 |
| 62779 | DE000A0S1160 | $67,912.88 |
| 62779 | DE000A0S2A33 | $463,400.08 |
| 62779 | DE000A0S5NN9 | $208,037.14 |
| 62779 | DE000A0S7D50 | $109,648.00 |
| 62779 | DE000A0SG1J6 | $1,279,781.31 |
| 62779 | DE000A0SG1R9 | $88,611.80 |
| 62779 | DE000A0SHLW6 | $808,678.03 |
| 62779 | DE000A0SHPH8 | $511,504.52 |
| 62779 | DE000A0SUA81 | $131,376.62 |
| 62779 | DE000A0SUEV6 | $472,002.83 |
| 62779 | DE000A0SUT07 | $433,204.35 |
| 62779 | DE000A0TLG93 | $235,571.56 |
| 62779 | DE000A0TLKY4 | $827,338.66 |

| | | |
|---|---|---|
| 62779 | DE000A0TLL96 | $85,146.35 |
| 62779 | DE000A0TQG23 | $471,654.42 |
| 62779 | DE000A0TR731 | $434,805.92 |
| 62779 | DE000A0TR749 | $152,851.14 |
| 62779 | DE000A0TT7X8 | $59,602.44 |
| 62779 | DE000A0TV576 | $141,375.10 |
| 62779 | DE000A0TVK20 | $783,346.39 |
| 62779 | DE000A0TVPR6 | $77,424.71 |
| 62779 | DE000A0TX6H7 | $5,676.42 |
| 62779 | DE000A0V4E15 | $575,397.10 |
| 62779 | XS0169124509 | $14,191.06 |
| 62779 | XS0216280932 | $12,813.83 |
| 62779 | XS0221394447 | $49,668.70 |
| 62779 | XS0231346593 | $998.43 |
| 62779 | XS0231442046 | $1,025,303.92 |
| 62779 | XS0237410831 | $126,300.41 |
| 62779 | XS0238228901 | $66,697.97 |
| 62779 | XS0251910997 | $120,623.99 |
| 62779 | XS0252899512 | $9,933.74 |
| 62779 | XS0253852254 | $510,304.84 |
| 62779 | XS0255689589 | $1,031,689.90 |
| 62779 | XS0258411239 | $312,203.27 |
| 62779 | XS0259295607 | $265,372.78 |
| 62779 | XS0269657135 | $9,933.74 |
| 62779 | XS0269657994 | $435,665.47 |
| 62779 | XS0270174872 | $208,608.55 |
| 62779 | XS0271201484 | $195,838.55 |
| 62779 | XS0272318709 | $244,086.19 |
| 62779 | XS0272783530 | $576,960.29 |
| 62779 | XS0280223107 | $85,146.35 |
| 62779 | XS0282452621 | $468,315.59 |
| 62779 | XS0296589194 | $42,573.17 |
| 62779 | XS0311297021 | $131,657.36 |
| 62780 | XS0305158031 | $0.00 |
| 62781 | FI0003025882 | $72,169.00 |
| 62783 | XS0261613474 | $2,245,713.38 |
| 62783 | XS0264130369 | $4,048,457.66 |
| 62783 | XS0294244032 | $2,904,164.80 |
| 62783 | XS0297127861 | $1,878,053.69 |
| 62783 | XS0297908849 | $1,966,290.04 |
| 62783 | XS0297915117 | $1,433,060.70 |
| 62783 | XS0298612697 | $1,960,189.59 |
| 62783 | XS0299369511 | $1,929,732.61 |
| 62783 | XS0299661099 | $1,956,819.91 |
| 62783 | XS0300349296 | $1,905,566.50 |
| 62783 | XS0300351193 | $1,877,944.48 |
| 62783 | XS0302821755 | $1,930,275.40 |
| 62783 | XS0303178825 | $1,885,553.92 |
| 62783 | XS0303864184 | $1,875,100.35 |
| 62783 | XS0304473019 | $1,852,600.32 |

| | | |
|---|---|---|
| 62783 | XS0307093491 | $2,540,563.35 |
| 62783 | XS0308102283 | $1,661,819.51 |
| 62783 | XS0310083950 | $2,879,421.35 |
| 62783 | XS0311740582 | $5,667,840.72 |
| 62783 | XS0312428609 | $2,198,855.07 |
| 62783 | XS0312723272 | $3,731,856.63 |
| 62783 | XS0314578310 | $2,685,578.78 |
| 62783 | XS0316826733 | $2,197,700.12 |
| 62783 | XS0319632575 | $2,024,963.30 |
| 62783 | XS0319632732 | $1,916,996.20 |
| 62783 | XS0320102295 | $3,903,554.37 |
| 62783 | XS0320745028 | $2,136,237.38 |
| 62783 | XS0321794280 | $3,525,109.73 |
| 62783 | XS0321795840 | $3,588,826.10 |
| 62783 | XS0322030940 | $2,278,863.28 |
| 62783 | XS0322467969 | $2,185,688.60 |
| 62783 | XS0322468777 | $3,207,353.49 |
| 62783 | XS0323634823 | $7,275,907.88 |
| 62783 | XS0323635473 | $1,766,232.91 |
| 62783 | XS0323635713 | $3,093,108.05 |
| 62783 | XS0324187839 | $4,242,288.93 |
| 62783 | XS0324461911 | $2,235,945.79 |
| 62783 | XS0324462133 | $2,335,872.00 |
| 62783 | XS0324983963 | $2,228,054.97 |
| 62783 | XS0324984185 | $2,264,359.40 |
| 62783 | XS0326486734 | $2,123,095.43 |
| 62783 | XS0327275227 | $2,444,644.53 |
| 62783 | XS0327275656 | $2,790,985.05 |
| 62783 | XS0327291349 | $2,277,784.84 |
| 62783 | XS0327847470 | $1,582,148.76 |
| 62783 | XS0328210652 | $2,322,997.74 |
| 62783 | XS0328587166 | $1,668,535.48 |
| 62783 | XS0328865661 | $2,120,777.72 |
| 62783 | XS0329337264 | $2,150,039.86 |
| 62783 | XS0329337421 | $1,535,562.18 |
| 62783 | XS0329429541 | $2,450,927.46 |
| 62783 | XS0330204149 | $2,433,891.01 |
| 62783 | XS0330867762 | $2,652,054.96 |
| 62783 | XS0331037605 | $2,689,970.44 |
| 62783 | XS0331044726 | $700,397.67 |
| 62783 | XS0331048040 | $2,511,571.00 |
| 62783 | XS0331048123 | $962,713.63 |
| 62783 | XS0332108413 | $2,297,015.87 |
| 62783 | XS0332764785 | $3,348,168.28 |
| 62783 | XS0334450599 | $3,444,494.85 |
| 62783 | XS0334704524 | $2,806,089.26 |
| 62783 | XS0335143284 | $2,884,771.14 |
| 62783 | XS0335624036 | $2,874,210.09 |
| 62783 | XS0336249569 | $2,625,415.08 |
| 62783 | XS0336617203 | $3,525,744.87 |

| | | |
|---|---|---|
| 62783 | XS0336928113 | $23,120.73 |
| 62783 | XS0336930440 | $23,490.07 |
| 62783 | XS0337413917 | $3,155,157.62 |
| 62783 | XS0337877582 | $3,037,931.83 |
| 62783 | XS0338845596 | $2,453,847.88 |
| 62783 | XS0339559360 | $3,780,678.72 |
| 62783 | XS0339559527 | $1,964,840.05 |
| 62783 | XS0339561002 | $11,885.31 |
| 62783 | XS0341159589 | $323,618.43 |
| 62783 | XS0341223427 | $350,365.53 |
| 62783 | XS0342989711 | $4,020,717.62 |
| 62783 | XS0343642905 | $2,230,883.08 |
| 62783 | XS0343798400 | $4,034,509.55 |
| 62783 | XS0344101273 | $3,282,273.53 |
| 62783 | XS0344101943 | $1,705,811.66 |
| 62783 | XS0345814791 | $4,392,687.71 |
| 62783 | XS0345815178 | $3,297,998.10 |
| 62783 | XS0346123408 | $3,746,111.99 |
| 62783 | XS0346124638 | $3,005,412.49 |
| 62783 | XS0346124984 | $4,033,954.04 |
| 62783 | XS0349153931 | $3,380,809.46 |
| 62783 | XS0350117064 | $4,685,747.53 |
| 62783 | XS0350893904 | $2,133,321.31 |
| 62783 | XS0351627806 | $4,627,712.33 |
| 62783 | XS0357874451 | $3,719,497.35 |
| 62783 | XS0358125630 | $2,336,528.71 |
| 62783 | XS0363707695 | $3,823,512.96 |
| 62783 | XS0364018340 | $3,995,884.03 |
| 62783 | XS0364263227 | $184,267.62 |
| 62783 | XS0364895614 | $4,071,419.63 |
| 62783 | XS0364895887 | $3,853,369.67 |
| 62783 | XS0365872968 | $4,148,109.79 |
| 62783 | XS0365915874 | $4,713,623.71 |
| 62783 | XS0366126224 | $3,025,829.53 |
| 62785 | NO0010387749 | $126,321.69 |
| 62786 | ANN521331184 | $5,250,496.65 |
| 62786 | ANN5214A8063 | $2,326,168.85 |
| 62786 | CH0016059278 | $202,690.24 |
| 62786 | CH0016059864 | $3,583,077.00 |
| 62786 | CH0017601359 | $176,448.87 |
| 62786 | DE000A0G4LS9 | $142,620.00 |
| 62786 | DE000A0MHXQ6 | $2,520.39 |
| 62786 | DE000A0N6GH8 | $15,179.02 |
| 62786 | DE000A0N8MX9 | $16,992.38 |
| 62786 | DE000A0NLYL5 | $4,262.20 |
| 62786 | DE000A0NTKC6 | $28,382.12 |
| 62786 | DE000A0S1160 | $59,585.00 |
| 62786 | DE000A0TLKY4 | $29,801.22 |
| 62786 | DE000A0TN6J5 | $441,058.07 |
| 62786 | DE000A0TPVQ8 | $160,500.00 |

| | | |
|---|---|---|
| 62786 | DE000A0TQG23 | $50,950.32 |
| 62786 | DE000A0WDDE2 | $29,169.28 |
| 62786 | XS0137335468 | $40,000.00 |
| 62786 | XS0143892023 | $390,000.00 |
| 62786 | XS0144646386 | $120,000.00 |
| 62786 | XS0146656417 | $180,000.00 |
| 62786 | XS0159948784 | $20,000.00 |
| 62786 | XS0168796570 | $25,704,395.18 |
| 62786 | XS0168796653 | $59,787,878.22 |
| 62786 | XS0169022091 | $0.00 |
| 62786 | XS0169028700 | $0.00 |
| 62786 | XS0169028700 | $0.00 |
| 62786 | XS0169124509 | $191,579.28 |
| 62786 | XS0172402421 | $900,000.00 |
| 62786 | XS0177644621 | $624,406.54 |
| 62786 | XS0180153826 | $481,510.57 |
| 62786 | XS0185247912 | $1,128,124.00 |
| 62786 | XS0185349916 | $161,493.39 |
| 62786 | XS0186243118 | $107,317.53 |
| 62786 | XS0186883798 | $522,000.00 |
| 62786 | XS0187189104 | $496,687.02 |
| 62786 | XS0187966949 | $116,394.18 |
| 62786 | XS0187967160 | $761,804.44 |
| 62786 | XS0188371024 | $8,827,012.69 |
| 62786 | XS0191748242 | $425,731.73 |
| 62786 | XS0192355302 | $222,000.00 |
| 62786 | XS0192518024 | $206,000.00 |
| 62786 | XS0192518370 | $210,000.00 |
| 62786 | XS0193532735 | $292,000.00 |
| 62786 | XS0195333520 | $201,000.00 |
| 62786 | XS0195333793 | $472,562.22 |
| 62786 | XS0195333876 | $758,000.00 |
| 62786 | XS0198737735 | $600,000.00 |
| 62786 | XS0199536029 | $70,955.29 |
| 62786 | XS0200265709 | $71,132.22 |
| 62786 | XS0200454188 | $250,000.00 |
| 62786 | XS0203783526 | $2,120,000.00 |
| 62786 | XS0204199466 | $570,000.00 |
| 62786 | XS0204199540 | $1,475,870.00 |
| 62786 | XS0204933997 | $17,311.43 |
| 62786 | XS0207361865 | $0.00 |
| 62786 | XS0207884379 | $748,206.83 |
| 62786 | XS0207897199 | $125,586.89 |
| 62786 | XS0208333194 | $77,152.56 |
| 62786 | XS0209026805 | $493,383.26 |
| 62786 | XS0209198927 | $1,175,000.00 |
| 62786 | XS0210326202 | $212,865.87 |
| 62786 | XS0213519464 | $134,107.43 |
| 62786 | XS0213629487 | $283,821.15 |
| 62786 | XS0214408840 | $737,935.00 |

| | | |
|---|---|---|
| 62786 | XS0214633967 | $6,407,262.56 |
| 62786 | XS0216280932 | $44,136.54 |
| 62786 | XS0216591692 | $595,000.00 |
| 62786 | XS0217939650 | $1,117,729.47 |
| 62786 | XS0218961109 | $11,352.85 |
| 62786 | XS0220326408 | $1,028,525.20 |
| 62786 | XS0221394447 | $105,723.38 |
| 62786 | XS0221419459 | $180,000.00 |
| 62786 | XS0222198631 | $600,000.00 |
| 62786 | XS0222698283 | $596,024.42 |
| 62786 | XS0222780701 | $950,800.87 |
| 62786 | XS0223590612 | $630,674.17 |
| 62786 | XS0223700658 | $1,044,461.85 |
| 62786 | XS0225841898 | $441,341.89 |
| 62786 | XS0226787447 | $1,115,945.39 |
| 62786 | XS0227570750 | $227,056.92 |
| 62786 | XS0228149075 | $251,181.72 |
| 62786 | XS0230607524 | $1,807,940.75 |
| 62786 | XS0231102459 | $430,000.00 |
| 62786 | XS0231181222 | $42,573.17 |
| 62786 | XS0231644260 | $235,917.59 |
| 62786 | XS0232035534 | $46,658.50 |
| 62786 | XS0232035880 | $11,945.37 |
| 62786 | XS0232037159 | $988,150.16 |
| 62786 | XS0232659150 | $652,788.65 |
| 62786 | XS0233810521 | $285,618.33 |
| 62786 | XS0234123650 | $490,714.53 |
| 62786 | XS0234421914 | $340,585.39 |
| 62786 | XS0234626058 | $331,000.00 |
| 62786 | XS0234626306 | $370,796.14 |
| 62786 | XS0234632700 | $4,605,155.55 |
| 62786 | XS0234972981 | $3,197,769.99 |
| 62786 | XS0235227302 | $761,459.97 |
| 62786 | XS0235429437 | $269,630.10 |
| 62786 | XS0236535679 | $227,056.92 |
| 62786 | XS0237053623 | $1,470,000.00 |
| 62786 | XS0237410831 | $48,249.60 |
| 62786 | XS0237709208 | $300,850.42 |
| 62786 | XS0238228901 | $66,697.97 |
| 62786 | XS0238337439 | $70,955.29 |
| 62786 | XS0238679079 | $6,206,769.73 |
| 62786 | XS0238681307 | $3,734,022.67 |
| 62786 | XS0240142827 | $24,124.80 |
| 62786 | XS0240397496 | $329,739.13 |
| 62786 | XS0240399435 | $866,000.00 |
| 62786 | XS0241359180 | $60,000.00 |
| 62786 | XS0241762748 | $1,000,000.00 |
| 62786 | XS0241963726 | $70,955.29 |
| 62786 | XS0242136413 | $4,460.21 |
| 62786 | XS0242801958 | $993,374.04 |

| | | |
|---|---|---|
| 62786 | XS0243065421 | $134,815.05 |
| 62786 | XS0244566336 | $141,663.47 |
| 62786 | XS0245046114 | $730,000.00 |
| 62786 | XS0245479810 | $1,100,000.00 |
| 62786 | XS0246082043 | $472,595.66 |
| 62786 | XS0246449440 | $200,000.00 |
| 62786 | XS0246504210 | $1,379,980.07 |
| 62786 | XS0247452799 | $1,450,000.00 |
| 62786 | XS0247457087 | $3,242,656.69 |
| 62786 | XS0247687162 | $279,993.43 |
| 62786 | XS0248142894 | $41,789.93 |
| 62786 | XS0248620899 | $682,412.65 |
| 62786 | XS0249400044 | $100,000.00 |
| 62786 | XS0249774711 | $58,778.33 |
| 62786 | XS0250416582 | $500,000.00 |
| 62786 | XS0250879763 | $2,632,000.00 |
| 62786 | XS0251375233 | $7,672.82 |
| 62786 | XS0251416367 | $1,370,000.00 |
| 62786 | XS0251644232 | $1,419,105.77 |
| 62786 | XS0251909478 | $3,223,002.35 |
| 62786 | XS0251909635 | $2,775,555.11 |
| 62786 | XS0251910997 | $170,292.69 |
| 62786 | XS0252173066 | $408,702.46 |
| 62786 | XS0252767792 | $1,885,000.00 |
| 62786 | XS0252899512 | $273,887.41 |
| 62786 | XS0253634850 | $4,697,240.10 |
| 62786 | XS0253635154 | $4,020,000.00 |
| 62786 | XS0253837370 | $283,821.15 |
| 62786 | XS0254780611 | $720,000.00 |
| 62786 | XS0254853947 | $627,244.75 |
| 62786 | XS0255599598 | $1,017,834.61 |
| 62786 | XS0255689589 | $83,727.00 |
| 62786 | XS0256233122 | $12,000.00 |
| 62786 | XS0256259606 | $2,120,552.67 |
| 62786 | XS0256368308 | $600,000.00 |
| 62786 | XS0256934000 | $864,235.41 |
| 62786 | XS0257101856 | $5,598,372.27 |
| 62786 | XS0257807288 | $2,057,703.37 |
| 62786 | XS0257807874 | $1,960,000.00 |
| 62786 | XS0258411239 | $99,337.40 |
| 62786 | XS0258782720 | $156,947.06 |
| 62786 | XS0259010022 | $170,000.00 |
| 62786 | XS0259672599 | $922,418.75 |
| 62786 | XS0260341911 | $392,732.17 |
| 62786 | XS0260445530 | $892,947.65 |
| 62786 | XS0260769434 | $2,580,000.00 |
| 62786 | XS0260770010 | $3,235,561.16 |
| 62786 | XS0261032238 | $3,476,825.48 |
| 62786 | XS0261749450 | $1,198,331.00 |
| 62786 | XS0262163206 | $1,336,000.00 |

| | | |
|---|---|---|
| 62786 | XS0262353831 | $786,945.30 |
| 62786 | XS0263244914 | $350,000.00 |
| 62786 | XS0263715467 | $3,281,810.35 |
| 62786 | XS0263871674 | $141,720.00 |
| 62786 | XS0264209387 | $161,459.72 |
| 62786 | XS0264674549 | $586,051.64 |
| 62786 | XS0264966671 | $532,000.00 |
| 62786 | XS0264994459 | $2,634,348.92 |
| 62786 | XS0265627751 | $123,694.15 |
| 62786 | XS0266165736 | $160,106.83 |
| 62786 | XS0266486025 | $1,536,000.00 |
| 62786 | XS0266544831 | $1,071,424.86 |
| 62786 | XS0266559433 | $145,019.37 |
| 62786 | XS0266912228 | $3,780,000.00 |
| 62786 | XS0267059755 | $1,382,209.02 |
| 62786 | XS0267329307 | $785,030.27 |
| 62786 | XS0267365442 | $483,915.07 |
| 62786 | XS0267879475 | $319,298.80 |
| 62786 | XS0268033908 | $570,480.52 |
| 62786 | XS0268363289 | $286,274.61 |
| 62786 | XS0268364410 | $1,119,651.81 |
| 62786 | XS0268858502 | $5,114,457.20 |
| 62786 | XS0268992145 | $40,000.00 |
| 62786 | XS0269529136 | $1,329,143.59 |
| 62786 | XS0269657135 | $814,566.71 |
| 62786 | XS0269657994 | $1,070,005.75 |
| 62786 | XS0269670401 | $25,245.78 |
| 62786 | XS0269969027 | $1,432,553.78 |
| 62786 | XS0270174013 | $3,387,519.38 |
| 62786 | XS0270174872 | $513,716.29 |
| 62786 | XS0270328858 | $3,498,519.60 |
| 62786 | XS0270482424 | $621,568.33 |
| 62786 | XS0270828584 | $287,352.00 |
| 62786 | XS0270987547 | $1,215,217.01 |
| 62786 | XS0271141565 | $160,762.18 |
| 62786 | XS0271187634 | $200,000.00 |
| 62786 | XS0271201484 | $561,595.84 |
| 62786 | XS0271720673 | $53,926.02 |
| 62786 | XS0271794363 | $51,929.61 |
| 62786 | XS0271795840 | $37,092.58 |
| 62786 | XS0271820978 | $283,821.15 |
| 62786 | XS0271893694 | $159,784.27 |
| 62786 | XS0272095216 | $16,923,098.78 |
| 62786 | XS0272318709 | $31,220.33 |
| 62786 | XS0272349332 | $312,693.08 |
| 62786 | XS0272486753 | $616,972.10 |
| 62786 | XS0272617100 | $143,463.80 |
| 62786 | XS0272617951 | $377,000.00 |
| 62786 | XS0272783530 | $1,186,152.00 |
| 62786 | XS0272915116 | $471,846.91 |

| | | |
|---|---|---|
| 62786 | XS0273083096 | $367,332.99 |
| 62786 | XS0273084656 | $388,188.52 |
| 62786 | XS0273666437 | $638,597.60 |
| 62786 | XS0274443422 | $136,234.15 |
| 62786 | XS0274445120 | $439,777.04 |
| 62786 | XS0274497279 | $89,326.37 |
| 62786 | XS0275071230 | $11,061,329.17 |
| 62786 | XS0275721628 | $484,718.52 |
| 62786 | XS0275726007 | $171,475.79 |
| 62786 | XS0276072682 | $2,253,973.08 |
| 62786 | XS0276147104 | $246,330.35 |
| 62786 | XS0276437521 | $796,530.53 |
| 62786 | XS0276441044 | $645,961.77 |
| 62786 | XS0276444147 | $344,162.29 |
| 62786 | XS0276600292 | $87,943.96 |
| 62786 | XS0276619805 | $932,676.26 |
| 62786 | XS0276859609 | $217,123.18 |
| 62786 | XS0277121264 | $246,117.57 |
| 62786 | XS0277185152 | $510,878.08 |
| 62786 | XS0277722772 | $175,084.37 |
| 62786 | XS0278266951 | $197,731.23 |
| 62786 | XS0278449441 | $662,014.00 |
| 62786 | XS0278450027 | $131,976.84 |
| 62786 | XS0278755052 | $16,010.14 |
| 62786 | XS0279202682 | $136,022.24 |
| 62786 | XS0279493398 | $478,389.48 |
| 62786 | XS0279675150 | $43,788.61 |
| 62786 | XS0280223107 | $593,186.21 |
| 62786 | XS0280904714 | $104,129.85 |
| 62786 | XS0281520352 | $179,463.36 |
| 62786 | XS0281980432 | $334,511.49 |
| 62786 | XS0282034460 | $163,488.65 |
| 62786 | XS0282208049 | $583,252.47 |
| 62786 | XS0282208718 | $228,399.57 |
| 62786 | XS0282452621 | $1,411,038.00 |
| 62786 | XS0282763035 | $513,019.91 |
| 62786 | XS0282764199 | $47,074.09 |
| 62786 | XS0282866192 | $51,417.87 |
| 62786 | XS0283189016 | $222,722.38 |
| 62786 | XS0283319837 | $705,295.57 |
| 62786 | XS0283820065 | $23,739.33 |
| 62786 | XS0283914637 | $2,534,446.95 |
| 62786 | XS0284114567 | $425,731.73 |
| 62786 | XS0284313847 | $227,187.79 |
| 62786 | XS0284490629 | $64,328.32 |
| 62786 | XS0284511994 | $1,141,431.41 |
| 62786 | XS0284611869 | $141,910.58 |
| 62786 | XS0285422597 | $607,082.25 |
| 62786 | XS0285759121 | $77,650.63 |
| 62786 | XS0285769278 | $681,856.76 |

| | | |
|---|---|---|
| 62786 | XS0285922133 | $171,711.80 |
| 62786 | XS0285986534 | $14,191.06 |
| 62786 | XS0286018758 | $495,761.88 |
| 62786 | XS0286129159 | $141,910.58 |
| 62786 | XS0286179923 | $400,599.83 |
| 62786 | XS0286181077 | $185,462.88 |
| 62786 | XS0286302988 | $202,932.13 |
| 62786 | XS0286778476 | $452,881.18 |
| 62786 | XS0286897219 | $1,358,084.22 |
| 62786 | XS0286900708 | $1,263,132.43 |
| 62786 | XS0287119480 | $300,000.00 |
| 62786 | XS0287234313 | $160,098.35 |
| 62786 | XS0287235047 | $397,349.62 |
| 62786 | XS0287442692 | $519,169.76 |
| 62786 | XS0287567043 | $6,229,157.59 |
| 62786 | XS0287672694 | $115,348.99 |
| 62786 | XS0288035164 | $851,463.46 |
| 62786 | XS0288291593 | $80,698.39 |
| 62786 | XS0288341448 | $101,226.04 |
| 62786 | XS0288391971 | $354,776.44 |
| 62786 | XS0288569972 | $123,458.07 |
| 62786 | XS0288610016 | $61,855.78 |
| 62786 | XS0288702052 | $1,952,742.78 |
| 62786 | XS0288760761 | $344,893.33 |
| 62786 | XS0289701962 | $277,335.54 |
| 62786 | XS0289717968 | $28,382.12 |
| 62786 | XS0290694925 | $46,977.32 |
| 62786 | XS0292153672 | $526,000.00 |
| 62786 | XS0292248977 | $526,500.00 |
| 62786 | XS0292336673 | $42,403.84 |
| 62786 | XS0292528311 | $3,069,662.27 |
| 62786 | XS0292542494 | $8,583,280.72 |
| 62786 | XS0293572425 | $22,535.22 |
| 62786 | XS0293628748 | $308,381.75 |
| 62786 | XS0293677281 | $766,317.12 |
| 62786 | XS0293731914 | $11,666.04 |
| 62786 | XS0293784525 | $0.00 |
| 62786 | XS0293784871 | $2,541,618.20 |
| 62786 | XS0294024004 | $1,338,064.01 |
| 62786 | XS0294484422 | $546,000.00 |
| 62786 | XS0294545156 | $525,921.64 |
| 62786 | XS0294545669 | $700,000.00 |
| 62786 | XS0295277684 | $167,111.48 |
| 62786 | XS0295698947 | $638,597.60 |
| 62786 | XS0295760093 | $112,622.43 |
| 62786 | XS0296156085 | $212,865.87 |
| 62786 | XS0296280927 | $1,419,105.77 |
| 62786 | XS0296281735 | $18,788.14 |
| 62786 | XS0296589194 | $343,423.60 |
| 62786 | XS0296894669 | $400,187.83 |

| 62786 | XS0297155565 | $78,450.77 |
| 62786 | XS0297221458 | $140,951.79 |
| 62786 | XS0297365024 | $548,970.13 |
| 62786 | XS0297906801 | $411,751.71 |
| 62786 | XS0297907791 | $269,486.47 |
| 62786 | XS0298200238 | $53,045.95 |
| 62786 | XS0298931956 | $75,343.06 |
| 62786 | XS0299083468 | $140,000.00 |
| 62786 | XS0299085323 | $184,483.75 |
| 62786 | XS0299103084 | $281,142.52 |
| 62786 | XS0299172725 | $394,986.49 |
| 62786 | XS0299371509 | $1,396,199.99 |
| 62786 | XS0299386101 | $678,844.48 |
| 62786 | XS0299555739 | $1,127,000.00 |
| 62786 | XS0299624568 | $74,217.87 |
| 62786 | XS0299701499 | $517,973.61 |
| 62786 | XS0299702380 | $380,000.00 |
| 62786 | XS0299929595 | $170,000.00 |
| 62786 | XS0300152666 | $479,924.91 |
| 62786 | XS0300339578 | $382,259.69 |
| 62786 | XS0300349882 | $279,127.80 |
| 62786 | XS0300350625 | $121,245.43 |
| 62786 | XS0300460721 | $487,425.54 |
| 62786 | XS0300476214 | $60,317.90 |
| 62786 | XS0300477709 | $943,705.34 |
| 62786 | XS0300516969 | $80,945.90 |
| 62786 | XS0300662607 | $117,825.80 |
| 62786 | XS0300663167 | $900,000.00 |
| 62786 | XS0301086475 | $63,771.61 |
| 62786 | XS0301128061 | $268,683.93 |
| 62786 | XS0301129036 | $763,280.79 |
| 62786 | XS0301129549 | $152,159.84 |
| 62786 | XS0301130554 | $312,427.68 |
| 62786 | XS0301340872 | $124,154.75 |
| 62786 | XS0301348420 | $150,000.00 |
| 62786 | XS0301365945 | $837,272.41 |
| 62786 | XS0301522396 | $248,343.51 |
| 62786 | XS0301958178 | $52,569.52 |
| 62786 | XS0302282602 | $247,101.95 |
| 62786 | XS0302350888 | $1,615,952.36 |
| 62786 | XS0302504948 | $301,065.80 |
| 62786 | XS0302668545 | $516,944.43 |
| 62786 | XS0302861033 | $70,955.29 |
| 62786 | XS0303172117 | $418,002.38 |
| 62786 | XS0303465214 | $78,436.37 |
| 62786 | XS0303746571 | $8,056,263.46 |
| 62786 | XS0303764129 | $499,163.77 |
| 62786 | XS0303865074 | $888,637.40 |
| 62786 | XS0303866049 | $1,350,000.00 |
| 62786 | XS0304080558 | $405,864.25 |

| | | |
|---|---|---|
| 62786 | XS0304080715 | $278,000.00 |
| 62786 | XS0304471070 | $67,223.62 |
| 62786 | XS0304593857 | $112,517.17 |
| 62786 | XS0305099789 | $101,799.49 |
| 62786 | XS0305158031 | $178,132.00 |
| 62786 | XS0305574500 | $271,049.20 |
| 62786 | XS0305574849 | $262,000.00 |
| 62786 | XS0305948860 | $75,645.24 |
| 62786 | XS0306148288 | $90,000.00 |
| 62786 | XS0306179168 | $218,525.59 |
| 62786 | XS0306901330 | $30,000.00 |
| 62786 | XS0306921957 | $28,296.46 |
| 62786 | XS0307323161 | $237,392.49 |
| 62786 | XS0307325455 | $173,791.15 |
| 62786 | XS0307992676 | $593,186.21 |
| 62786 | XS0308319341 | $200,880.41 |
| 62786 | XS0308461176 | $90,460.85 |
| 62786 | XS0308734242 | $159,340.64 |
| 62786 | XS0308982650 | $57,546.20 |
| 62786 | XS0309103546 | $177,388.22 |
| 62786 | XS0309186145 | $100,000.00 |
| 62786 | XS0309335080 | $1,000,000.00 |
| 62786 | XS0309790797 | $40,000.00 |
| 62786 | XS0309813839 | $53,433.26 |
| 62786 | XS0309835139 | $1,194,022.69 |
| 62786 | XS0309843232 | $1,457,444.76 |
| 62786 | XS0309871019 | $1,274,356.98 |
| 62786 | XS0310069538 | $69,925.67 |
| 62786 | XS0310085062 | $50,000.00 |
| 62786 | XS0310085815 | $245,699.42 |
| 62786 | XS0310476766 | $324,423.02 |
| 62786 | XS0310487292 | $673,178.97 |
| 62786 | XS0311101652 | $170,000.00 |
| 62786 | XS0311297021 | $295,859.24 |
| 62786 | XS0311301070 | $1,350,000.00 |
| 62786 | XS0311764509 | $252,458.99 |
| 62786 | XS0311765068 | $136,943.37 |
| 62786 | XS0311853195 | $85,544.55 |
| 62786 | XS0312086456 | $30,064.99 |
| 62786 | XS0312194854 | $66,695.86 |
| 62786 | XS0312432114 | $809,691.53 |
| 62786 | XS0312463184 | $330,195.78 |
| 62786 | XS0313102377 | $276,877.53 |
| 62786 | XS0313198201 | $404,445.14 |
| 62786 | XS0313345604 | $2,988,220.00 |
| 62786 | XS0313950031 | $100,000.00 |
| 62786 | XS0314034728 | $134,815.05 |
| 62786 | XS0314067140 | $415,449.98 |
| 62786 | XS0315548700 | $39,491.45 |
| 62786 | XS0315549690 | $372,634.41 |

| | | |
|---|---|---|
| 62786 | XS0315559061 | $479,208.95 |
| 62786 | XS0316388445 | $531,558.30 |
| 62786 | XS0316405637 | $865,377.72 |
| 62786 | XS0316485563 | $818,895.18 |
| 62786 | XS0316992824 | $172,008.89 |
| 62786 | XS0317240157 | $161,222.04 |
| 62786 | XS0317359718 | $12,136.43 |
| 62786 | XS0317366689 | $1,699,521.36 |
| 62786 | XS0317744380 | $968,299.67 |
| 62786 | XS0318056354 | $2,144,470.59 |
| 62786 | XS0318224598 | $140,000.00 |
| 62786 | XS0318362711 | $70,000.00 |
| 62786 | XS0318538260 | $558,687.16 |
| 62786 | XS0318778734 | $254,259.93 |
| 62786 | XS0319159454 | $60,000.00 |
| 62786 | XS0319159538 | $85,943.23 |
| 62786 | XS0319159702 | $310,000.00 |
| 62786 | XS0319161518 | $192,011.31 |
| 62786 | XS0319193396 | $346,261.81 |
| 62786 | XS0319211982 | $550,000.00 |
| 62786 | XS0319612387 | $60,000.00 |
| 62786 | XS0319831854 | $2,101,744.74 |
| 62786 | XS0320521007 | $82,812.26 |
| 62786 | XS0321019258 | $174,431.75 |
| 62786 | XS0321317603 | $352,300.62 |
| 62786 | XS0321471517 | $318,194.20 |
| 62786 | XS0322153270 | $140,050.70 |
| 62786 | XS0323353499 | $63,024.53 |
| 62786 | XS0323412337 | $25,717.00 |
| 62786 | XS0323526854 | $645,587.12 |
| 62786 | XS0323643063 | $447,736.61 |
| 62786 | XS0323747781 | $1,325,150.91 |
| 62786 | XS0323826221 | $47,216.78 |
| 62786 | XS0323849199 | $280,000.00 |
| 62786 | XS0323869205 | $1,576.86 |
| 62786 | XS0323881754 | $120,726.88 |
| 62786 | XS0324269488 | $22,753.98 |
| 62786 | XS0324445807 | $454,113.85 |
| 62786 | XS0324446011 | $380,000.00 |
| 62786 | XS0324461671 | $269,168.73 |
| 62786 | XS0324461838 | $39,523.39 |
| 62786 | XS0324491660 | $26,963.01 |
| 62786 | XS0324632669 | $709,552.89 |
| 62786 | XS0324731990 | $183,636.83 |
| 62786 | XS0324872893 | $195,836.60 |
| 62786 | XS0324872976 | $292,000.00 |
| 62786 | XS0325077864 | $174,338.89 |
| 62786 | XS0325152154 | $172,671.34 |
| 62786 | XS0325550472 | $62,442.99 |
| 62786 | XS0325550555 | $99,910.19 |

| | | |
|---|---|---|
| 62786 | XS0325784626 | $367,538.16 |
| 62786 | XS0325790276 | $344,494.78 |
| 62786 | XS0325813409 | $50,000.00 |
| 62786 | XS0326085742 | $469,724.01 |
| 62786 | XS0326086716 | $49,176.44 |
| 62786 | XS0326086716 | $423,463.81 |
| 62786 | XS0326108973 | $133,533.28 |
| 62786 | XS0326364386 | $1,412,010.24 |
| 62786 | XS0326403895 | $883,721.20 |
| 62786 | XS0326476693 | $85,496.81 |
| 62786 | XS0326608352 | $60,113.66 |
| 62786 | XS0326826343 | $202,617.49 |
| 62786 | XS0326999959 | $1,043,605.32 |
| 62786 | XS0327055371 | $232,534.96 |
| 62786 | XS0327234380 | $513,977.88 |
| 62786 | XS0327236757 | $1,342,474.06 |
| 62786 | XS0327236914 | $245,971.98 |
| 62786 | XS0327576772 | $340,726.54 |
| 62786 | XS0327731096 | $38,937.15 |
| 62786 | XS0327848015 | $158,584.54 |
| 62786 | XS0328465306 | $2,181,789.00 |
| 62786 | XS0328596316 | $200,000.00 |
| 62786 | XS0328873681 | $708,281.88 |
| 62786 | XS0328922645 | $470,000.00 |
| 62786 | XS0328923379 | $1,241,717.55 |
| 62786 | XS0329133341 | $1,135,284.62 |
| 62786 | XS0329192511 | $84,655.47 |
| 62786 | XS0329337348 | $11,138.53 |
| 62786 | XS0329801715 | $80,000.00 |
| 62786 | XS0329801806 | $113,528.46 |
| 62786 | XS0330201988 | $71,107.75 |
| 62786 | XS0330222984 | $1,133,627.04 |
| 62786 | XS0330420943 | $214,810.57 |
| 62786 | XS0330730382 | $64,657.54 |
| 62786 | XS0330834598 | $145,229.06 |
| 62786 | XS0331034768 | $67,714.94 |
| 62786 | XS0331039569 | $3,852,540.08 |
| 62786 | XS0331334481 | $21,437.00 |
| 62786 | XS0331427061 | $92,445.79 |
| 62786 | XS0331504745 | $90,943.87 |
| 62786 | XS0331769454 | $164,319.53 |
| 62786 | XS0331878404 | $260,594.88 |
| 62786 | XS0332049229 | $70,955.29 |
| 62786 | XS0332049815 | $280,982.94 |
| 62786 | XS0332050078 | $39,453.49 |
| 62786 | XS0332136380 | $968,107.77 |
| 62786 | XS0332181840 | $425,731.73 |
| 62786 | XS0332185676 | $914,711.89 |
| 62786 | XS0332547099 | $32,599.31 |
| 62786 | XS0334419321 | $982,727.06 |

| | | |
|---|---|---|
| 62786 | XS0334595138 | $307,754.66 |
| 62786 | XS0334854410 | $200,000.00 |
| 62786 | XS0334921896 | $753,763.22 |
| 62786 | XS0335226659 | $163,267.30 |
| 62786 | XS0335528666 | $258,976.83 |
| 62786 | XS0335576475 | $398,768.72 |
| 62786 | XS0335964648 | $70,955.29 |
| 62786 | XS0336151088 | $1,194,887.06 |
| 62786 | XS0336218762 | $265,283.92 |
| 62786 | XS0336250229 | $39,957.69 |
| 62786 | XS0336415913 | $117,289.14 |
| 62786 | XS0336633150 | $1,163,216.83 |
| 62786 | XS0336927149 | $167,183.05 |
| 62786 | XS0336927909 | $157,120.40 |
| 62786 | XS0336931331 | $40,000.00 |
| 62786 | XS0336943427 | $8,514.63 |
| 62786 | XS0336951107 | $713,667.51 |
| 62786 | XS0337388382 | $64,037.95 |
| 62786 | XS0337488505 | $364,287.08 |
| 62786 | XS0337617327 | $28,712.84 |
| 62786 | XS0337685670 | $98,563.78 |
| 62786 | XS0338526576 | $201,140.24 |
| 62786 | XS0338676389 | $94,543.42 |
| 62786 | XS0338941551 | $62,440.65 |
| 62786 | XS0339222308 | $77,395.54 |
| 62786 | XS0339408238 | $152,000.00 |
| 62786 | XS0339408584 | $1,684,180.21 |
| 62786 | XS0339413311 | $331,041.24 |
| 62786 | XS0339760117 | $36,154.26 |
| 62786 | XS0339810078 | $343,179.54 |
| 62786 | XS0339944943 | $500,000.00 |
| 62786 | XS0340417251 | $41,814.45 |
| 62786 | XS0340460855 | $321,232.14 |
| 62786 | XS0340696466 | $245,505.30 |
| 62786 | XS0340891240 | $649,950.44 |
| 62786 | XS0341528965 | $12,937.76 |
| 62786 | XS0342144416 | $137,297.24 |
| 62786 | XS0342406716 | $322,137.01 |
| 62786 | XS0342414819 | $14,191.06 |
| 62786 | XS0342523197 | $46,830.49 |
| 62786 | XS0342637872 | $897,928.79 |
| 62786 | XS0343900022 | $30,092.41 |
| 62786 | XS0344087183 | $239,595.02 |
| 62786 | XS0344087340 | $174,045.86 |
| 62786 | XS0344460323 | $70,955.29 |
| 62786 | XS0344460752 | $76,000.00 |
| 62786 | XS0345439334 | $596,072.69 |
| 62786 | XS0346080590 | $970,714.80 |
| 62786 | XS0346821357 | $100,000.00 |
| 62786 | XS0347064924 | $501,403.17 |

| | | |
|---|---|---|
| 62786 | XS0348974410 | $17,029.27 |
| 62786 | XS0349054360 | $300,000.00 |
| 62786 | XS0349159623 | $261,137.00 |
| 62786 | XS0349530823 | $662,722.40 |
| 62786 | XS0349809342 | $554,870.36 |
| 62786 | XS0349857317 | $487,000.00 |
| 62786 | XS0349924109 | $103,689.10 |
| 62786 | XS0349924281 | $133,774.00 |
| 62786 | XS0350899182 | $6,022,174.06 |
| 62786 | XS0350902580 | $2,119,302.77 |
| 62786 | XS0350982830 | $94,118.39 |
| 62786 | XS0351390017 | $247,941.62 |
| 62786 | XS0351766836 | $979,182.98 |
| 62786 | XS0353289712 | $805,976.25 |
| 62786 | XS0354826017 | $30,064.99 |
| 62786 | XS0355133454 | $85,227.78 |
| 62786 | XS0355694646 | $26,603.40 |
| 62786 | XS0355694992 | $27,268.55 |
| 62786 | XS0355896944 | $14,304.34 |
| 62786 | XS0356447093 | $283,821.15 |
| 62786 | XS0357486447 | $1,419,105.77 |
| 62786 | XS0358299542 | $36,501.20 |
| 62786 | XS0358366325 | $21,457.45 |
| 62786 | XS0358689841 | $318,591.83 |
| 62786 | XS0359895876 | $82,308.13 |
| 62786 | XS0359896098 | $90,000.00 |
| 62786 | XS0360926298 | $19,624.97 |
| 62786 | XS0361039067 | $68,251.82 |
| 62786 | XS0361641318 | $1,163,188.64 |
| 62786 | XS0361641821 | $500,554.63 |
| 62786 | XS0361886772 | $374,643.92 |
| 62786 | XS0361915621 | $41,957.17 |
| 62786 | XS0363956722 | $36,996.44 |
| 62786 | XS0364512979 | $262,886.03 |
| 62786 | XS0365839835 | $179,313.72 |
| 62786 | XS0366065687 | $180,693.43 |
| 62786 | XS0366475076 | $6,369,525.43 |
| 62786 | XS0367651782 | $90,988.35 |
| 62786 | XS0368588421 | $3,181,120.73 |
| 62786 | XS0368669007 | $1,610,965.64 |
| 62786 | XS0369674550 | $101,864.83 |
| 62786 | XS0370988338 | $39,808.00 |
| 62786 | XS0371134924 | $93,120.03 |
| 62786 | XS0371797100 | $198,674.81 |
| 62786 | XS0372300144 | $14,140.45 |
| 62786 | XS0373219582 | $1,626,295.21 |
| 62786 | XS0375356648 | $2,476,339.57 |
| 62786 | XS0377288450 | $1,950,244.67 |
| 62786 | XS0379217184 | $3,023,557.50 |
| 62786 | XS0383364873 | $191,821.24 |

| | | |
|---|---|---|
| 62786 | XS0384581756 | $1,419,105.77 |
| 62786 | XS0384581913 | $1,419,105.77 |