Hearing Date and Time: March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: March 21, 2014 at 4:00 p.m. (Prevailing Eastern Time)

ALCANTAR LAW PLLC
22 Cortlandt Street, 16th Floor
New York, New York 10007
Tel. (212) 658-0222
Fax. (646) 568-5843

*Attorneys for Junta Administradora de Credican, C.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In RE: | : | **Case No. 08-13555 (SCC)** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC. et al.,** | : | **Chapter 11** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

**JUNTA ADMINISTRADORA DE CREDICAN, C.A.'S**
**OBJECTION TO DIAZ REUS & TARG LLP'S MOTION TO**
**DESIGNATE ITSELF AS AGENT FOR RECEIPT OF**
**DISTRIBUTIONS AND HONOR CHANGE OF ADDRESS FOR PURPOSES**
**OF THE FIFTH DISTRIBUTION DATE AND ALL FUTURE DISTRIBUTIONS**

Junta Administradora de Credican, C.A. (the "Credican Board" or the "Credican Administrators") hereby objects to Diaz Reus & Targ LLP's ("DRT") motion to designate itself as agent for receipt of distributions on account of Credican, C.A.'s claims against certain of the above-captioned debtors and to honor change of address for purposes of the fifth distribution date and all future distributions [Dkt. No. 43537] (the "Motion"). In support of its objection, the Credican Board submits the declaration of its current members, Mr. Rafael José Moreno Franco and Ms. Rosa Maria Jiménez Urrutia (the "Declaration of the Board"). A translated copy of the Declaration of the Board, annexed hereto as Exhibit 1, is fully incorporated herein by reference. In support of its objection, the Credican Board respectfully states as follows:

1.      The Credican Board asks this Court to deny DRT's motion with prejudice because the relief requested rests on misrepresentations of fact.  DRT Motion must fail because its purported power to act on behalf of Credican exclusively rests on the false assertion that a resolution of *Superintendencia de las instituciones del sector bancario* ("Sudeban"), the regulatory institution that supervises banks and other financial institutions in Venezuela, " . . . appointed FOGADE liquidator of the related financial entity Credican."  Motion at ¶11.

2.      Tellingly, however, FOGADE does not include a copy of the resolution or even quote the relevant text.  On August 27, 2010, the Sudeban in fact intervened all enterprises "related to" Banco Canarias, including Credican, to recover assets for the benefit of Banco Canarias's customers and creditors and preserve Venezuela's financial system stability.[1]  This intervention was published on August 30, 2010, in Venezuela's Official Gazette Issue No. 39,498.  See Exhibit 2.  The very resolution that DRT relies on to assert FOGADE's purported authority to act on behalf of Credican, however, clearly designated the Credican Board, not FOGADE, as manager of Credican's affairs.   See id., resolutions 1-3.   Critically, there is absolutely no mention of FOGADE in such resolution.  See id.

3.      Mr. Rafael José Moreno Franco and Ms. Rosa Maria Jiménez Urrutia currently constitute the Credican Board.  Mr. Moreno Franco and Ms. Jiménez Urrutia were appointed directors of Credican pursuant to Resolution No. 058.111, published on July 15, 2011, replacing Credican's previous directors.  See Sudeban's Resolution No. 058.111, a translated copy of such resolution is annexed hereto as Exhibit 3.  Pursuant to applicable Venezuelan financial and banking laws and regulations, the administrators have ample administrative rights over Credican's affairs:

---

[1] A translated copy of Sudeban's August 27, 2010, resolution (issued August 30, 2010) is annexed hereto as Exhibit 2.

> The appointed administrators will have the full powers of administration, control and surveillance, including all the powers that both the Act and the bylaws give the Shareholders, Directors and other parts of the above companies

id. ¶8.

4.      In their declaration, the Credican Board also makes clear that they have retained

Alcantar Law PLLC, not DRT, to act on behalf of Credican in these cases:

> The Firm of Attorneys Diaz, Reus & Targ LLP, have no power to act in Credican, C.A.'s name, and may only act in the name of the Banco Canarias de Venezuela, C.A. . . .

> Through the above statement, this Board of Directors confirms the Firm of Attorneys Alcantar Law PLLC as defending and maintaining the interests of Credican, C.A.

See Declaration of Credican Board at p. 2.

FOGADE may eventually gain control over Credican's affairs (including the subject claims), but

only if and when Sudeban orders Credican's liquidation, which has not yet occurred.    See id. at

p. 1.  Until Sudeban orders Credican's liquidation, it is Credican's directors, not FOGADE,

which have power over Credican's affairs:

> SUDEBAN orders liquidation and FOGADE executes this order independently. In this particular case, SUDEBAN has not ordered the liquidation of the company Credican C.A., therefore its current Directors have the widest powers of administration, control and supervision, including all attributes that both the Law and the Company Statutes confer on Shareholder Meetings, on Directors and on other company bodies.

See id.

5.      The Motion is a clear instance of FOGADE improperly "jumping the gun,"

perhaps at the insistence of overzealous counsel, by seeking to prematurely assert its control over

Credican's affairs.  Whatever the underlying motivation, this Court should not indulge DRT by

engaging in an apparent dispute among Venezuelan regulatory agencies, especially when it is

clearly premised on misrepresentations of fact.

3

6.      For the foregoing reasons, the Credican Board respectfully requests that the Court

deny Motion.


Dated:  March 21, 2014                    **ALCANTAR LAW PLLC**
            New York, New York

                                          /s/ Jose Raul Alcantar Villagran
                                          Jose Raul Alcantar Villagran (JA2849)

                                          22 Cortlandt Street, 16th Floor
                                          New York, New York 10007
                                          Tel. (212) 658-0222
                                          Fax. (646) 568-5843
                                          raul.alcantar@alcantarlaw.com

                                          *Attorneys for Junta Administradora de Credican, C.A.*

**<u>Exhibit 1</u>**
**Declaration of the Board in Support of Objection**

# CREDICAN, C.A.
*(Empresa Intervenida Relacionada al Grupo Financiero Canarias)*

R.I.F.: J-30881438-5

Caracas, 19 de marzo de 2.014

Señores:
**LEHMAN BROTHERS HOLDING INC.**
**WEIL, GOTSHAL & MANGES LLP**
**ALCANTAR LAW PLLC.**

### "Declaración de la Junta Administradora de Credican, C.A."

Tenemos el agrado de dirigirnos a ustedes, en la oportunidad de saludarles y a su vez, hacer de su conocimiento que la sociedad mercantil **CREDICAN, C.A**, empresa domiciliada en Caracas - Venezuela, relacionada al *GRUPO FINANCIERO BANCO CANARIAS DE VENEZUELA*, se encuentra intervenida por la otrora *SUPERINTENDENCIA DE BANCOS Y OTRAS INSTITUCIONES FINANCIERAS (SUDEBAN)*, actualmente *SUPERINTENDENCIA DE LAS INSTITUCIONES DEL SECTOR BANCARIO (SUDEBAN)*, según consta en Resolución N°. 486.10, de fecha 27 de agosto de 2010, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.498, de fecha 30 de agosto de 2010; siendo designados como **ADMINISTRADORES**, los ciudadanos Rafael José Moreno Franco y Rosa María Jiménez Urrutia, titulares de las Cédulas de Identidad Nro. 1.877.052 y 6.308.022 respectivamente, según consta en Resolución N°. **058.11**, de fecha **15 de febrero de 2011**, dictada por la prenombrada *SUPERINTENDENCIA DE LAS INSTITUCIONES DEL SECTOR BANCARIO (SUDEBAN)*, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° **39.714**, de fecha **15 de julio de 2.011**.

En virtud del régimen especial de intervención en que se encuentra la empresa, les informamos que los únicos autorizados para defender los derechos e intereses de Credican, C.A., son sus administradores actuales, según consta en designación anteriormente señalada.

Tal como consta en la ley que rige el sector financiero, tanto FOGADE como SUDEBAN son entes con personalidades jurídicas separadas. La SUDEBAN ordena la liquidación, y FOGADE la ejecuta de manera independiente. En este caso en particular, SUDEBAN no ha ordenado la liquidación de la empresa Credican, C.A., por lo tanto, sus actuales Administradores, tienen las más amplias facultades de administración, control y vigilancia, incluyendo todas las atribuciones que tanto la Ley como los Estatutos Sociales confieren a las Asambleas de Accionistas, a los Administradores y a los demás órganos de las empresas.

En tal sentido, y **salvo prueba en contrario**, Credican, C.A., sigue bajo la supervisión de SUDEBAN y de sus administradores, quienes son los únicos

1

## CREDICAN, C.A.

*R.I.F.: J-30881438-5*

*(Empresa Intervenida Relacionada al Grupo Financiero Canarias)*

---

autorizados para recuperar y recibir los activos propiedad de Credican, C.A., ante el Liquidador/Administrador de la Quiebra "Lehman Brothers Holdings Inc." a través de su representante legal Alcantar Law PLLC; quienes prestan sus servicios desde principios del año 2012, en defensa de nuestros intereses ante el Liquidador de la Quiebra (LBHI) y ante la Corte de Bancarrota del Distrito Sur de New York, en juicio incoado por Smith Rocket Ltd; a principios del año 2013., en contra de Credican, C.A., y sus administradores.

El Bufete de abogados Díaz, Reus & Targ LLP, no tiene potestad para actuar en nombre de Credican, C.A., ellos solo lo pueden hacer en nombre del Banco Canarias de Venezuela, C.A.

Por lo anteriormente expuesto, esta Junta Administradora ratifica al Bufete de Abogados Alcantar Law PLLC, para que defienda y sostenga los intereses de Credican, C.A.

**"Yo declaro bajo pena de perjuria bajo las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto."**

Firmado este 19 de marzo del 2014

Atentamente,
Junta Administradora

RAFAEL MORENO FRANCO

ROSA MARÍA JIMÉNEZ

Anexo:    Copia de la Gaceta de Intervención de Credican, C.A.
              Copia de la Gaceta de Designación de los Administradores
              Copia de las Cédulas de Identidad de los Administradores

2



City of New York, State of New York, County of New York

I, Artem Furman, hereby affirm that the following is to the best of my knowledge and belief, a true and accurate Translation from Spanish to English of the document "Declaration of the Junta Administradora de Credican, C.A." ".

Artem Furman
TransPerfect Translations International, Inc.

Sworn to before me this
21st day of March 2014

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

Stamp, Notary Public

### CREDICAN, C.A.

*R.I.F [UTC]: J-30881438-5*

*(Company under Supervisory Intervention Linked to Grupo Financiero Canarias)*

--------------------------------------------------------------------------------------------------------

Caracas, March 19, 2014

Messrs.:

**LEHMAN BROTHERS HOLDING INC.**
**WEIL, GOTSHAL & MANGES LLP**
**ALCANTAR LAW PLLC.**

#### "Statement by the Credican, C.A., Board of Directors"

We have pleasure in writing to you, sending you cordial greetings, and informing you that the commercial company **CREDICAN, C.A.**, a company domiciled in Caracas – Venezuela, and linked to the *GRUPO FINANCIERO BANCO CANARIAS DE VENEZUELA*, **is subject to supervisory intervention by the former** *SUPERINTENDENT OF BANKS AND OTHER FINANCIAL INSTITUTIONS* ***(SUDEBAN)*, currently the** *SUPERINTENDENT OF BANKING SECTOR INSTITUTIONS (SUDEBAN)* **as recorded in Resolution Nº 486.10 dated August 27, 2010 and published in the Official Journal of the Bolivarian Republic of Venezuela Nº 39,498, dated August 30, 2010.** The citizens Rafael José Moreno Franco and Rosa María Jiménez Urrutia, holders of Identity Cards No. 1,877,052 and 6,308,022 respectively, are designated as **DIRECTORS** as recorded in Resolution Nº **058.11,** dated **February 15, 2011**, ordered by the aforementioned *SUPERINTENDENT OF BANKING SECTOR INSTITUTIONS (SUDEBAN)* and published in the Official Journal of the Bolivarian Republic of Venezuela Nº **39,714,** dated **July 15, 2011**.

By virtue of the special intervention regime applied to the company, we inform you that the only parties authorized to defend the rights and interests of Credican, C.A., are its current directors, as recorded above.

As recorded in the law governing the financial sector, both FOGADE and SUDEBAN are legally separate entities. SUDEBAN orders liquidation and FOGADE executes this order independently. **In this particular case, SUDEBAN has not ordered the liquidation of the company Credican C.A.,** therefore its current Directors have the widest powers of administration, control and supervision, including all attributes that both the Law and the Company Statutes confer on Shareholder Meetings, on Directors and on other company bodies.

Therefore, and **except in the event of proof to the contrary**, Credican, C.A. continues under the supervision of SUDEBAN and its directors who are the sole

1

## *CREDICAN, C.A.*
*(Supervised Company Linked to Grupo Financiero Canarias)*

*R.I.F. [UTC]: J-30881438-5*

---------------------------------------------------------------------------------------------------------------------------

parties authorized to recover and receive the assets that are the property of Credican, C.A., from the Liquidator / Bankruptcy Administrator "Lehman Brothers Holdings Inc." through their legal representative Alcantar Law PLLC, who have provided their services since the beginning of 2012 in defense of our interests before the Bankruptcy Administrator (LBHI) and before the Bankruptcy Court of the Southern District of New York, in the court action brought by Smith Rocket Ltd at the beginning of 2013 against Credican, C.A., and its directors.

The Firm of Attorneys Diaz, Reus & Targ LLP, have no power to act in Credican, C.A.'s name, and may only act in the name of the Banco Canarias de Venezuela, C.A.,

Through the above statement, this Board of Directors confirms the Firm of Attorneys Alcantar Law PLLC as defending and maintaining the interests of Credican, C.A.

**"I declare under oath and under the laws of the United States of America that the above is true and correct."**

Signed on March 19, 2014

Sincerely,
The Board of Directors

[signature]                                        [signature]

RAFAEL MORENO FRANCO                    ROSA MARÍA JIMÉNEZ

Attached: Copy of the Journal recording the Intervention in Credican, C.A.
       Copy of the Journal recording the Appointment of the Directors
       Copy of the Directors' Identity Cards

2

**<u>Exhibit 2</u>**
**Sudeban Resolution Decreeing Intervention of Credican**

**OFFICIAL GAZETTE**
OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

YEAR CXXXVII – MONTH XI          Caracas, Monday, August 30, 2010          Edition 39,498

Bolivarian Republic of Venezuela
Superintendency of Banks and
Other Financial Institutions
Ref: G-[illegible]-3

**RESOLUTION**

DATE: AUGUST 27, 2010                                             NUMBER: 468-14

Whereas Credican, C.A. [is] a business enterprise registered with Mercantile Registry V of the Capital District and Miranda State Judicial Circuit on January 3, 2002 under No. 23, Volume 622-A Fifth, whose corporate purpose is

to carry out all categories of investments; to acquire, lease, and commercially operate in any manner all categories of real and personal properties; to give and receive money on loan; to promote and create business enterprises of all kinds to make commercial use of stock in trade or goodwill of any kind; to form associations, accept equity accounts, [and] acquire or divest partnership interests, shares of stock, and other securities or any interest, right, or equity holdings in other companies or enterprises.

Whereas it has been found that the share structure of the Credican, C.A. business enterprise consists of ONE HUNDRED FIFTEEN MILLION THIRTY-SIX THOUSAND (115,036,000) shares, all of which wholly belong to partners of Banco Canarias de Venezuela, Banco Universal, C.A. as stated at said financial institution's Special Shareholders' Meeting, [the minutes of which were] registered in the Fifth Mercantile Registry of the Judicial Circuit on September 15, 2009 under No. 54, Volume 174-A.

Whereas there is a corporate association through the Credican, C.A. business enterprise's shareholding in Banco Canarias de Venezuela, Banco Universal, C.A.

Whereas there exists a decision-making and managerial unity in accordance with the provisions of Articles 161, 162, and 168 of the General Banks and Other Financial Institutions Act between Credican, C.A. and Banco Canarias de Venezuela, C.A., since a majority of said company's shareholders were shareholders of said Bank.

Whereas the Central Bank of Venezuela issued a favorable opinion at its Board Meeting No. 4,318 of August 19, 2010 and its Superior Council Meeting, which is reflected in Minutes No. 025-2010 of the 26th day of the same month and year.

This Superintendency of Banks and Other Financial Institutions, with a view to safeguarding the interests of the Republic, the stability of the national financial system, and the rights and interests of the savers, depositors, customers, and creditors of the aforementioned Bank, in conformity with Article 235, Sections 5 and 15, in concordance with Articles 333 and 338 of the General Banks and Other Financial Institutions Act;

## RESOLVES

1. To intervene the CREDICAN, C.A. business enterprise.

2. To designate Messrs. Kimien María Chang de Negrón and Edgar Martínez Olmedillo, the bearers of Identity Cards V-6,039,859 and V-5,028,129, respectively, as members of the Board of Administration.

3. The Board of Administration shall submit periodic reports to the Superintendency of Banks and Other Financial Institutions reporting on the progress achieved in the intervention process and the actions to be taken in each case. Said reports shall be submitted at intervals of sixty (60) calendar days.

A Motion for Reconsideration may be filed against this decision, pursuant to Articles 398 and 403 of the General Banks and Other Financial Institutions Act, within the ten (10) banking days subsequent to this Resolution's publication in the Official Gazette of the Bolivarian Republic of Venezuela, or an Appeal for Annulment may be filed before any of the Administrative Law Courts within the forty-five (45) days subsequent to this Resolution's publication in the Official Gazette of the Bolivarian Republic of Venezuela or the publication of the Resolution on the Motion for Reconsideration if it is filed in accordance with Article 399 of the aforementioned Law.

Notice to be served and published.

[signature]                           [seal] Bolivarian Republic of Venezuela
Edgar Hernández Behrens               Superintendency of Banks and Other Financial Institutions
Superintendent                        SUDEBAN

# GACETA OFICIAL

## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXXXVII — MES XI         Caracas, lunes 30 de agosto de 2010         Número 39.498

## SUMARIO

**Ministerio del Poder Popular
de Planificación y Finanzas
ONAPRE**
Providencia mediante la cual se procede a la publicación del Traspaso Presupuestario de Gastos Corrientes para Gastos de Capital del Ministerio del Poder Popular para la Educación Universitaria.

Providencia mediante la cual se procede a la publicación de un Traspaso de Créditos Presupuestarios de Gastos Corrientes para Gastos de Capital del Ministerio del Poder Popular para Relaciones Interiores y Justicia.

**SUDEBAN**
Resolución mediante la cual se sanciona a Banco Sofitasa, Banco Universal, C.A., con multa por la cantidad que en ella se especifica.

«Normas Relativas el Registro de los Contadores Públicos en el Ejercicio Independiente de la Profesión».

Resolución por la cual se acuerda la liquidación de la empresa Agropetrolera, Compañía Anónima (AGROPCA).

Resoluciones mediante las cuales se intervienen a las sociedades mercantiles que en ellas se mencionan.

Resolución por la cual se corrige por error material la Resolución Nº 447.10, de fecha 19 de agosto de 2010.

**SENIAT**
Providencia por la cual se designa al ciudadano Pedro Guillermo Jiménez Capiello, como Gerente de la Gerencia Regional de Tributos Internos de la Región Insular, en calidad de Encargado.

**Ministerios del Poder Popular de Planificación
y Finanzas, para el Comercio,
para las Industrias Básicas y Minería,
para la Agricultura y Tierras,
para la Energía y Petróleo,
para Ciencia, Tecnología e Industrias Intermedias
y para la Alimentación**
Resolución mediante la cual se dispone que los bienes objeto de las operaciones de importación y exportación que efectúen las empresas domiciliadas en la República Bolivariana de Venezuela, con el Estado Plurinacional de Bolivia, la República de Cuba, la República de Ecuador y la República de Nicaragua, en el marco del Sistema Unitario de Compensación Regional de Pagos (SUCRE), son todas aquellas mercancías o productos de dichos países, que cumplen origen conforme a los Acuerdos aplicables en materia industrial y comercial, suscritos por la República Bolivariana de Venezuela.

**Ministerio del Poder Popular
para las Industrias Básicas y Minería**
Resolución por la cual se designa al ciudadano Gonzalo Bello González, Director General Encargado de Industrias Madereras, de este Ministerio.

Resolución por la cual se declara Sin Lugar el Recurso de Reconsideración interpuesto por el ciudadano Roberto Thornhill Peña, Presidente de la sociedad mercantil Desarrollo Minero del Amazonas C.A. (DEMINA).

**Ministerio del Poder Popular para el Turismo**
Acta.

**Comisión Nacional de Casinos,
Salas de Bingo y Máquinas Traganíqueles**
Providencia por la cual se corrige por error material involuntario la Providencia Administrativa Nº 024, de fecha 14 de mayo de 2010.

**Ministerio del Poder Popular
para la Agricultura y Tierras**
Acta.

**Ministerio del Poder Popular
para la Educación Universitaria**
Resolución por la cual se designa a la ciudadana Adriana Rodríguez Jiménez, como Coordinadora (Encargada) de la Oficina Estratégica de Seguimiento y Evaluación de Políticas Públicas, de este Ministerio.

**Ministerio del Poder Popular
para Vivienda y Hábitat**
Resolución por la cual se designa la Junta de Reestructuración del Instituto Nacional de Vivienda (INAVI), integrada por los ciudadanos que en ella se mencionan.

**Ministerio del Poder Popular para la Energía y Petróleo**
Aviso Oficial mediante el cual se corrige por error material la Resolución Nº 060, de fecha 14 de abril de 2010.

**Ministerio del Poder Popular para el Deporte**
Resolución por la cual se designa al ciudadano Willder Kerenyi Brito Cabrera, como Director de Tecnología de la Información, de este Ministerio.

**Tribunal Supremo de Justicia
Dirección Ejecutiva de la Magistratura**
Resolución por la cual se designa a la ciudadana Luddy del Valle Arocha Rivero, como Jefe de la División de los Servicios Administrativos y Financieros y Cuentadante de la Dirección Administrativa Regional del estado Delta Amacuro, de esta Magistratura, en calidad de Encargada.

Resolución por la cual se designa al ciudadano Fredynir Jean Alcazar Montoya, como Director Administrativo Regional del estado Anzoátegui, de esta Magistratura, en calidad de Encargado.

Resolución por la cual se designa a la ciudadana Nathalie Coromoto Peraza Labrador, como Jefe de la División de Servicios al Personal de la Dirección Administrativa Regional del estado Táchira, de esta Magistratura, en calidad de Encargada.

**Contraloría General de la República
y Ministerio del Poder Popular
de Planificación y Finanzas**
Resolución mediante la cual se establecen los principios contables, las normas y procedimientos técnicos que conforman el Sistema de Contabilidad del Distrito Capital.

**Defensoría del Pueblo**
Resolución por la cual se designa al ciudadano Alain Enrique Rodil Ceballos, como Jefe de la División de Presupuesto, en calidad de encargado.

379.198          GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA          Lunes 30 de agosto de 2010

resuelve el Recurso de Reconsideración, si éste fuera interpuesto de acuerdo con el artículo 399 ejusdem.

Comuníquese y Publíquese

Edgar Hernández Behrens
Superintendente

República Bolivariana de Venezuela
Superintendencia de Bancos y
Otras Instituciones Financieras
Nº G-20001161-3

## RESOLUCIÓN

FECHA: 2 7 AGO 2010                          NÚMERO: 4 6 7 . 1 0

Visto que Honey Café Internet-249, C.A., es una sociedad mercantil domiciliada en la ciudad de Caracas, Distrito Capital, inscrita ante el Registro Mercantil VII de la Circunscripción Judicial del Distrito Capital y Estado Miranda el 3 de mayo de 2007, bajo el N° 43, Tomo 733-A-VII, siendo su objeto social la compra, venta, distribución, exportación y reparación de equipos de computación, instalación de equipos, programas y redes, servicios ofimáticos y de navegación de Internet, envío y recepción de fax, preparación y asesorías en presentaciones y conferencias, compra venta de materiales de oficina y papelería, servicio de cafetería y toda otra actividad comercial análoga y conexa con el objeto principal.

Visto que de conformidad con el Documento Constitutivo Estatutario de la sociedad mercantil Honey Café Internet-249, C.A., se constató que actualmente sus accionistas están representados por la ciudadana Donna Tulia Vallejo Narváez y la sociedad mercantil Desarrollo Naguanagua, C.A.

Visto que Desarrollo Naguanagua, C.A., es accionista del cincuenta por ciento (50%) de Honey Café Internet-249, C.A., y que a su vez dentro de los accionistas de Desarrollo Naguanagua, C.A. se encuentra la sociedad mercantil Organización TPF, S.A., cuyo presidente es el ciudadano Pedro Torres Ciliberto, titular de la cédula de identidad N° V-3 230.857.

Visto la existencia de unidad de decisión y gestión de conformidad con lo dispuesto en los artículos 161, 162 y 168 de la Ley General de Bancos y Otras Instituciones Financieras entre la empresa Honey Café Internet-249, C.A. y C.A. Central, Banco Universal, en virtud de que su principal accionista Desarrollo Naguanagua, C.A., le fue impuesta medida de aseguramiento de bienes por el Juzgado Undécimo en Funciones de Control del Tribunal de Control de la Circunscripción Judicial del Área Metropolitana de Caracas mediante Oficio N° 2363-09 del 14 de diciembre de 2010. Así mismo, se encuentran como accionistas la sociedad mercantil Organización TPF, S.A., empresa que también presenta medida de aseguramiento de bienes antes señaladas, en virtud que sus accionistas principales estaban representados por el ciudadano Pedro Torres Ciliberto, titular de la cédula de identidad N° V-3.230.857, quien funge como Presidente de la misma y a la vez figura como directivo y accionista de otras empresas relacionadas a la institución Financiera.

Vista la opinión favorable del Banco Central de Venezuela, según sesión de Directorio N° 4.318 de fecha 19 de agosto de 2010 y del Consejo Superior la cual consta en Acta N° 025-2010 del 26 del mismo mes y año.

Esta Superintendencia de Bancos y Otras Instituciones Financieras, en aras de preservar los intereses de la República, la estabilidad del sistema financiero nacional y los derechos e intereses de los ahorristas, depositantes, clientes y acreedores del citado Banco; de conformidad con los numerales 5 y 15 del artículo 235 en concordancia con los artículos 333 y 338 de la Ley General de Bancos y Otras Instituciones Financieras,

## RESUELVE

1ª Intervenir a la sociedad mercantil Honey Café Internet-249, C.A.

2ª Designar como integrantes de la Junta Interventora a los ciudadanos Alberto Ángel Villalobos y Ana María Rodríguez Iturbel de las cédulas de identidad Nros. 10.415.642 y 9.989.650 respectivamente.

3ª La Junta Interventora presentará a la Superintendencia de Bancos y Otras Instituciones Financieras, informes periódicos que contengan los avances del proceso de intervención y las acciones a seguir en cada caso. La periodicidad de dichos informes será de sesenta (60) días continuos cada uno.

Contra esta decisión de conformidad con los artículos 398 y 403 de la Ley General de Bancos y Otras Instituciones Financieras, podrá ejercerse el Recurso de Reconsideración ante esta Superintendencia de Bancos y Otras Instituciones Financieras, dentro de los diez (10) días hábiles bancarios siguientes a la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela; o el Recurso de Anulación ante cualesquiera de las Cortes de lo Contencioso Administrativo, dentro de los cuarenta y cinco (45) días siguientes a la publicación de la presente Resolución en la Gaceta oficial de la República Bolivariana de Venezuela, o de aquella mediante la cual se resuelve el Recurso de Reconsideración, si éste fuera interpuesto de acuerdo con el artículo 399 ejusdem.

Comuníquese y Publíquese



Edgar Hernández Behrens
Superintendente



República Bolivariana de Venezuela
Superintendencia de Bancos y
Otras Instituciones Financieras
Nº G-20001161-3

## RESOLUCIÓN

FECHA: 2 7 AGO 2010                          NÚMERO: 4 6 8 . 1 0

Visto que Credican, C.A., sociedad mercantil inscrita por ante el Registro Mercantil V de la Circunscripción Judicial del Distrito Capital y Estado Miranda el 3 de enero de 2002, bajo el Nº 23, Tomo 622-A Qto., siendo su objeto social la

Lunes 30 de agosto de 2010    GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA    379.199

realización de toda clase de inversiones, adquirir, arrendar y explotar, en cualquier forma, toda clase de bienes muebles e inmuebles, dar y recibir dinero en préstamo; promover y constituir sociedades mercantiles de todo tipo; explotar fondos de comercio de cualquier naturaleza, formar asociaciones, aceptar cuentas de participación, adquirir o ceder cuotas, acciones y demás títulos, o cualquier interés, derecho y participación en otras compañías o sociedades.

Visto que se constató que la composición accionaria de la empresa mercantil Credican, C.A. está conformada por CIENTO QUINCE MILLONES TREINTA Y SEIS MIL (115.036.000) acciones, las cuales pertenecen íntegramente a socios del Banco Canarias de Venezuela, Banco Universal, C.A. de acuerdo a lo expresado en la Asamblea Extraordinaria de Accionistas de la referida Institución Financiera, la cual quedó registrada en el Registro Mercantil Quinto de la Circunscripción Judicial, en fecha 15 de septiembre de 2009, bajo el N° 54, Tomo 174-A.

Visto existencia de la vinculación a través de la participación accionaria de la empresa mercantil Credican, C.A. en el Banco Canarias de Venezuela, Banco Universal, C.A.

Vista la existencia de unidad de decisión y gestión de conformidad con lo dispuesto en los artículos 161, 162 y 168 de la Ley General de Bancos y Otras Instituciones Financieras entre Credican C.A. y Banco Canarias de Venezuela, C/A., toda vez que la mayoría de los accionistas de dicha empresa eran accionistas del señalado Banco.

Vista la opinión favorable del Banco Central de Venezuela, según sesión de Directorio N° 4.318 de fecha 19 de agosto de 2010 y del Consejo Superior la cual consta en Acta N° 025-2010 del 26 del mismo mes y año.

Esta Superintendencia de Bancos y Otras Instituciones Financieras, en aras de preservar los intereses de la República, la estabilidad del sistema financiero nacional y los derechos e intereses de los ahorristas, depositantes, clientes y acreedores del citado Banco; de conformidad con los numerales 5 y 15 del artículo 235 en concordancia con los artículos 333 y 338 de la Ley General de Bancos y Otras Instituciones Financieras;

### RESUELVE

1° Intervenir a la sociedad mercantil CREDICAN, C.A.

2° Designar como integrantes de la Junta Interventora a los ciudadanos Kimlen María Chang de Negrón, y Edgar Martínez Olmedillo, titulares de las cédulas de identidad Nros.V- 6.039.859 y V. 5.028.129, respectivamente.

3° La Junta Interventora presentará a la Superintendencia de Bancos y Otras Instituciones Financieras, informes periódicos que contengan los avances del proceso de intervención y las acciones a seguir en cada caso. La periodicidad de dichos informes será de sesenta (60) días continuos cada uno.

Contra esta decisión de conformidad con los artículos 398 y 403 de la Ley General de Bancos y Otras Instituciones Financieras, podrá ejercerse el Recurso de Reconsideración ante esta Superintendencia de Bancos y Otras Instituciones Financieras, dentro de los diez (10) días hábiles bancarios siguientes a la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela, o el Recurso de Anulación ante cualesquiera de las Cortes de lo Contencioso Administrativo, dentro de los cuarenta y cinco (45) días siguientes a la publicación de la presente Resolución en la Gaceta oficial de la República Bolivariana de Venezuela, o de aquella mediante la cual se resuelve el Recurso de Reconsideración, si éste fuera interpuesto de acuerdo con el artículo 399 eiusdem.

Comuníquese y Publíquese

Edgar Hernández Behrens
Superintendente

---

República Bolivariana de Venezuela
Superintendencia de Bancos y Otras Instituciones Financieras
RIF-G-20007161-3

### RESOLUCIÓN

FECHA: 27 AGO 2010    NÚMERO: 469.10

Visto que mediante Resolución N° 447.10 de fecha 19 de agosto de 2010, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.491 de esa misma fecha emanada de esta Superintendencia, a través de la cual se intervino a la sociedad mercantil Industrial La Raisa Uno, C.A., se incurrió en error material, puesto que donde expresa:

"Inversiones La Raisa Uno, C.A."

Debe decir:

"Industrial La Raisa Uno, C.A."

En consecuencia, de conformidad con lo dispuesto en el artículo 84 de la Ley Orgánica de Procedimientos Administrativos en concordancia con el artículo 5 de la Ley de Publicaciones Oficiales, procédase a reimprimir la mencionada Resolución incluyendo la respectiva corrección.

Comuníquese y Publíquese.



Edgar Hernández Behrens
Superintendente

---

República Bolivariana de Venezuela
Superintendencia de Bancos y Otras Instituciones Financieras
RIF-G-20007161-3

### RESOLUCIÓN

FECHA: 19 de agosto de 2010    NÚMERO: 447.10

Visto que Industrial La Raisa Uno, C.A., es una sociedad mercantil domiciliada en la ciudad de Caracas, Distrito Capital, inscrita ante el Registro Mercantil II de la Circunscripción Judicial del Distrito Federal (ahora Capital) y Estado Miranda el 28 de julio de 1987, bajo el N° 34, Tomo 27-A Sgdo., siendo su objeto social la construcción compra y venta de bienes raíces, pudiendo dedicarse a realizar cualesquiera otra actividades de lícito comercio.



The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**



STATE OF NEW YORK      )
                       )  ss:
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, are true and accurate translations from Spanish into English of the following documents, completed on March 25, 2013:

- 2011.07.15 - Instalacion de Moreno y Jimenez como Administradores de Credican G.O. 39.714.doc
- 2009.11.19 - Intervencion de Banco Canarias G.O 39.310.doc
- 2009.11.19 - Intervencion de BanPro G.O. 39.310.doc
- 2009.11.27 - Liquidacion de Banco Canarias G.O. 39.316.doc
- 2009.11.27 - Liquidacion de BanPro G.O. 39.316.doc
- 2010.08.30 - G.O. No. 39.498 Intervencion Credican (mejor copia).pdf

Christine Muller
Vice President
The LanguageWorks, Inc.

Sworn to and subscribed before me
this 25th day of March, 2013

Notary Public

STEVEN J. ALBERT
Notary Public - State of New York
No. 01AL6234881
Qualified in New York County
My Commission Expires January 31, 2015

**Exhibit 3**
**Resolution Appointing Current Credican Board**



I, Luilla Molina Lazo de Díaz-Urbano, Venezuelan, holder of Identity Card No. 3.753.693, a University Graduate in Translations, having graduated from the Johannes Gutenberg University in Mainz, Federal Republic of Germany, Faculty of Applied Language Sciences, School of Interpreters and Translators in Germersheim, Germany. The Diploma of which was granted in Germersheim on March 1, 1983, legalized by the Ministry of Education of the Palatinate of Renania on February 12, 1987, legalized by the Minister of Interior Affairs and Sport of the Palatinate of Renania on February 13, 1987, legalized by the Venezuelan Embassy in Bonn, Federal Republic of Germany, and registered under No. 1/87; sworn-in as a Public Interpreter/Translator before the Office of Justice and Culture of the Ministry of Justice in the languages of ENGLISH, GERMAN AND FRENCH and granted the corresponding degree as published in the Official Gazette No. 36.294 dated September 18, 1997, and as per Official ID Nr. 0123 issued by the M.P.P. for Interior Affairs and Justice, do hereby CERTIFY THAT: the translation of the attached document prepared in the SPANISH language and given to me to be translated into ENGLISH, is a true and exact version of its content and reads textually as follows in the next pages.

This is a true and exact translation of the attached original, which I hereby sign and place my Seal, at the request of the interested party in Caracas on the 10TH. day of August of the year 2012.

Luilla Molina Lazo de Díaz Urbano
Lic. Dipl. in Translations and in Consecutive Interpretations
Certified Public Interpreter
Court Interpreter
English-French-German-Spanish



Luilla Molina Lazo de Díaz-Urbano
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Telefax.: (58) (212) 286.59.91
Móvil:(58) (416) 8385937
E-mail:mevoytraducciones@yahoo.com



Traductores e Intérpretes Públicos C.A.
RIF J - 30997919 - 1        35  IDIOMAS
Nuevos teléf   (58) (212) 2839698 / 2865991
               (58) (212) 2855600 / 2855688
Mail           mevoytraducciones@yahoo.com

Superintendency of Banking Sector Institutions
Resolution which designates the citizen
herein identified, managers of trading
companies related to the Financial Group
Banco Canarias de Venezuela Financial Group.

Luilla Molina Lazo de Díaz-Urbano
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Telefax.: (58) (212) 286.59.91
Móvil:(58) (415) 6385937
E-mail:mavoytraducciones@yahoo.com

## RESOLUTION

NUMBER:  058.11                                    DATE: 15 FEB. 2011

Given that by Resolution No. 627.09 dated November 27, 2009, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 37,316 dated November 27, 2009, the Superintendency of Banks and Other Financial Institutions decided to agree the administrative liquidation of Banco Canarias de Venezuela, Banco Universal, C. A

The Superintendent of Financial Institutions in exercising the powers conferred on him by Article 242 of the Law of Banking Sector Institutions,

## RESOLVE

7.  To appoint citizens Rafael Jose Moreno Franco Rosa Maria Jiménez Urrutia, holders of Identity cards Nos. 1.877.052 and 6.308.022, respectively, managers of the trading companies related to Grupo Financiero Banco Canarias de Venezuela, taken over through the resolutions the  numbers and dates of which are indicated below:

|   | Company | Resolution Intervention | Date | Official Gazette | Date |
|---|---------|-------------------------|------|------------------|------|
| 1. | Promotora Turistica Punta Amacuro, C.A. | 444.10 | 19/08/10 | 39.491 | 19/08/10 |
| 2. | Promotora Turistica Punta Arenas, C.A. | 445.10 | 19/08/10 | 39.491 | 19/08/10 |
| 3 | Credican, C.A. | 468.10 | 27/08/10 | 39.498 | 30/08/10 |
| 4 | Inversiones Algora 54, C.A. | 659.10 | 28/12/10 | 39.614 | 11/02/11 |
| 5 | Inversiones MM 5000, C.A. | 660.10 | 28/12/10 | 39.614 | 11/02/11 |
| 6 | Consorcio Inversionista Bancanarias, C.A. | 658.10 | 28/12/10 | 39.615 | 14/02/11 |

8.  The appointed administrators will have the full powers of administration, control and surveillance, including all the powers that both the Act and the bylaws give the Shareholders, Directors and other parts of the above companies.

9.  Under the designations herein all appointments made to the Companies related to the audited Grupo Financiero Banco Canarias de Venezuela mentioned here are expressly revoked, not rehabilitated or subjected to administrative liquidation prior to the publication of this Resolution in the Official Gazette of the Bolivarian Republic of Venezuela.

Communicated and published

Edgar Hernández Behrens
Superintendente

Luilla Molina Lazo de Diaz-Urbano
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Telefax.: (58) (212) 286.59.91
Móvil:(58) (416) 6385937
luillamolinatraducciones@yahoo.com

twelve (2012). 201st and 152nd. I, the undersigned, RAUL ENRIQUE PEÑALOZA BRAVO, acting in my capacity as Managing Director of the autonomous national printing service and Official Gazette Contract Officer appointed by Resolution No. 009, dated January 21, 2011, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 39.600 dated January 24, 2011 and delegated firm established in the same resolution, **I hereby certify** that the foregoing photocopies are true and correct transfer of the original of the Official Gazette No. 39.714 dated July 15, 2011, which were compared with the original in order to verify the accuracy of the copy. Miguel Pérez holder of Identity Card No. 11.166.810, an official of this Autonomous Service was appointed for the preparation, collation and issue of this certification, in analogous application with Articles 39 and 77 of the Registry and Notary Public Act, in accordance with Article 1384 of the Venezuelan Civil Code in force.

For legal purposes the publication is certified:

Mr (s) _____

I.D (File No.) _____

**RAUL ENRIQUE PEÑALOZA BRAVO**
MANAGING DIRECTOR OF THE AUTONOMOUS NATIONAL PRINTING SERVICE
AND OFFICIAL GAZETTE.

Luilla Molina Lazo de Diaz-Urbano
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Telefax.: (58) (212) 286.59.91
Móvil:(58) (416) 6385937
E-mail:mavnytraducciones@yahoo.com

**Bolivarian Government of Venezuela**

MINISTRY OF THE POPULAR POWER
FOR FOREIGN AFFAIRS

Printed on: July 04. 2012
Time: 10:14:56



000000023525

[There are three inked-seals that read:]
BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE POPULAR POWER
FOR FOREIGN AFFAIRS
LEGALIZATIONS DEPARTMENT

No. 00023117

N° 00023117                                    Seal N° 00054643



BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS
OFFICE OF CONSULAR AFFAIRS

*APOSTILLE*
*The Hague Convention of 5 October 1961*

9. Country: VENEZUELA
The present public document:
10. has been signed by:
RAUL ENRIQUE PEÑALOZA BRAVO
11. Acting in the capacity of:
MANAGING DIRECTOR
12. Holding the seal/stamp of:
NATIONAL PRINTING

Certified

5. In Caracas: July 04, 2012
6. By the Minister
7. N° 00054643
8. Seal/Stamp:          9. Signature
[illegible signature]

**Yaryd V. Mollegas G.**
*Director of Service for National Consulates*
[Official Gazette] G.O. N° 39.761 Date September 20th, 2011 DM/SGE N° 111 September 8th, 2011

000000064117

Type of document: NATIONALIZATION PUBLISHED IN THE OFFICAL GAZETTE

*MPPRE-42D3CD5CAEE9B40B3669E3A59EC1E8F7*

You may verify the authentication of this document visiting the following link: http://www.mppre.gob.ve

MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS

[There are four official inked-seals of the same Ministry]

END OF THE TRANSLATION

Luilla Molina Lazo de Díaz-Urbano
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Telefax.: (58) (212) 286.59.91
Móvil:(58) (416) 6385937
E-mail:mevoytraducciones@yahoo.com

**SP**
Traductores e Intérpretes Públicos C.A.
RIF J - 30997919 - 1        35 IDIOMAS
Nuevos teléf   (58) (212) 2839698 / 2865991
                (58) (212) 2855800 / 2855988
Mail:           mevoytraducciones@yahoo.com

# GACETA OFICIAL

## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXXXVIII — MES X　　　Caracas, viernes 15 de julio de 2011　　　Número 39.714

## SUMARIO

**Ministerio del Poder Popular
de Planificación y Finanzas**

Resoluciones mediante las cuales se designa a las ciudadanas y al ciudadano que en ellas se indican, para ocupar los cargos que en ellas se mencionan, de la Oficina Nacional de Contabilidad Pública.

**Superintendencia de las Instituciones del Sector Bancario**

Resolución mediante la cual se designa al ciudadano y a la ciudadana que en ella se señalan, administradores de las sociedades mercantiles relacionadas al Grupo Financiero Banco Canarias de Venezuela.

Resolución mediante la cual se dictan las «Normas que permiten determinar el cumplimiento de los Requisitos de Calidad Moral y Ética exigidos para el ejercicio de la **Actividad Bancaria**».

Resolución mediante la cual se autoriza la fusión por absorción de Sofioccidente, Banco de Inversión, C.A., por parte del Banco del Tesoro, C.A. Banco Universal.

**Superintendencia de la Actividad Aseguradora**

Providencia mediante la cual se autoriza a la firma mercantil AXXESS C.A. Sociedad de Corretaje de Seguros, para que se constituya y opere como Sociedad de Corretaje de Seguros.

**Ministerio del Poder Popular para el Turismo**

Actas.

Resolución mediante la cual se designa al ciudadano Wilmer Ramón Guaruya Sabana, como Presidente del Fondo Mixto de Promoción y Capacitación Turística del estado Amazonas.

**INATUR**

Providencia mediante la cual se otorga el beneficio de Jubilación Reglamentaria al ciudadano Rubén José Machado Caruso.

**Ministerio del Poder Popular
para la Agricultura y Tierras**

Resolución mediante la cual se designa al ciudadano Oscar José Utrera Portillo, como Director Encargado de la Unidad Estadal de este Ministerio en el estado Bolívar.

Resolución mediante la cual se designa al ciudadano Oscar José Utrera Portillo, en su carácter de Director Encargado de la Unidad Estadal de este Ministerio en el estado Bolívar, como responsable de los fondos en avance y anticipos que le sean girados a una Unidad Administradora.

**Ministerio del Poder Popular
para la Educación Universitaria**

Resolución mediante la cual se autoriza a la Universidad Politécnica Territorial del estado Aragua «Federico Brito Figueroa», para gestionar el «Programa Nacional de Formación en Agroalimentación».

Resolución mediante la cual se constituye, con carácter permanente, la Comisión de Contrataciones Públicas del Instituto Universitario de Tecnología de Cabimas, integrada por los ciudadanos y ciudadanas que en ella se mencionan.

Resolución mediante la cual se reconoce los estudios conducentes al Título de Licenciado en Ciencias Náuticas, conferido por el Centro de Instrucción «Almirante Graça Aranha», con sede en la ciudad de Río de Janeiro, República Federativa del Brasil, al ciudadano Alejandro José Corro Monteverde.

**Ministerio del Poder Popular para la Educación**

**FUNDABIT**

Providencia mediante la cual se constituye, con carácter permanente, la Comisión de Contrataciones Públicas de esta Fundación, la cual conocerá de los procedimientos de selección de contratistas para la adquisición de bienes, prestación de servicios y ejecución de obras, integrada por los ciudadanos y ciudadanas que en ella se señalan.

**Ministerio del Poder Popular
para el Trabajo y Seguridad Social**

Resolución mediante la cual se designa a la ciudadana Gabriela Aguirre Koch, como Director (E), en la Dirección de Relaciones Internacionales y Enlace con la OIT, adscrita a la Dirección General del Despacho.

**Ministerio del Poder Popular para la Cultura**

Resoluciones mediante las cuales se designa a los ciudadanos que en ellas se indican, para ocupar los cargos que en ellas se especifican, adscritos a este Ministerio.

**Ministerio del Poder Popular
para Ciencias, Tecnología e Industrias Intermedias**

**SUSCERTE**

Providencia Administrativa mediante la cual esta Superintendencia, con el objeto de garantizar la confidencialidad, integridad, autenticidad y control en el uso de certificados y firmas electrónicas en la Administración Pública, autoriza de manera excepcional, como caso especial por ser un proyecto de interés nacional, la creación de la Autoridad Excepcional de Seguridad para Altos Funcionarios, Personas de Alto Nivel y Dirección del Poder Público de la República Bolivariana de Venezuela, la cual será administrada por este Ministerio.

**Ministerio Público**

Resolución mediante la cual se amplía la competencia especial en materia Contencioso-Administrativa de la Fiscalía Décima del Ministerio Público de la Circunscripción Judicial del estado Aragua, para que también actúe en materia de Derechos y Garantías Constitucionales en la citada entidad, conservando la competencia que tiene asignada.

Resoluciones mediante las cuales se designa a los ciudadanos y ciudadanas que en ellas se señalan, para ocupar los cargos que en ellas se indican.

Resoluciones mediante las cuales se designa Abogados Adjuntos a las ciudadanas que en ellas se señalan.

**Consejo Nacional Electoral**

Resolución Nº 110623-0123, mediante la cual se dictan las Normas para la Transferencia del Servicio Público de Registro Civil al Poder Electoral.

**Defensoría del Pueblo**

Resoluciones mediante las cuales se designa al ciudadano y a la ciudadana que en ellas se señalan, para ocupar los cargos que en ellos se mencionan.

Luilla Molina Lazo de Díaz-Urbano
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Telefax.: (58) (212) 286.59.91
Móvil:(58) (416) 6365937
E-mail:mevoytraducciones@yahoo.com



**SP**

Traductores e Intérpretes Públicos C.A.
RIF J - 30997919 - 1　　35 IDIOMAS
Nuevos teléf.　(58) (212) 2839698 / 2865991
(58) (212) 2855600 / 2855688
Mail　mevoytraducciones@yahoo.com

## MINISTERIO DEL PODER POPULAR DE PLANIFICACIÓN Y FINANZAS

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE PLANIFICACIÓN Y FINANZAS

N° 3.047

Caracas,    15 JUL 2011

201° y 152°

### RESOLUCIÓN

De conformidad con lo previsto en el numeral 2 del artículo 5 de la Ley del Estatuto de la Función Pública, se designa a la ciudadana MARIEM SANDOVAL, titular de la cédula de identidad N° 9.881.485, en el cargo de Directora Encargada de Servicios Administrativos de la Oficina Nacional de Contabilidad Pública, a partir de la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese.

JORGE A. GIORDANI Castro
Ministro del Poder Popular de Planificación y Finanzas

---

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE PLANIFICACIÓN Y FINANZAS

N° 3.048

Caracas,    15 JUL 2011

201° y 152°

### RESOLUCIÓN

De conformidad con lo previsto en el artículo 16 de la Ley Orgánica de Procedimientos Administrativos, en concordancia con lo establecido en el numeral 2 del artículo 5 de la Ley del Estatuto de la Función Pública, se designa a la ciudadana NORELYS MARIA PONCE DIAZ, titular de la cédula de identidad N° 12.275.458, como Directora de Análisis y Estados Financieros en calidad de Encargada, en la Oficina Nacional de Contabilidad Pública, a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese.

JORGE A. GIORDANI
Ministro del Poder Popular de Planificación y Finanzas

---

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE PLANIFICACIÓN Y FINANZAS

N° 3.049

Caracas,    15 JUL 2011

201° y 152°

### RESOLUCIÓN

De conformidad con lo previsto en el artículo 16 de la Ley Orgánica de Procedimientos Administrativos, en concordancia con lo establecido en el numeral 2 del artículo 5 de la Ley del Estatuto de la Función Pública, se designa al ciudadano JUAN MANUEL GARCÍA PLASENCIA, titular de la

---

cédula de identidad N° 3.562.278, como Director de Planificación y Presupuesto de la Oficina Nacional de Contabilidad Pública, a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese.

JORGE A. GIORDANI
Ministro del Poder Popular de Planificación y Finanzas

---

República Bolivariana de Venezuela
Superintendencia de las Instituciones
del Sector Bancario

### RESOLUCIÓN

NÚMERO: 058.11        FECHA: 15 FEB. 2011

Visto que mediante Resolución N° 627.09 de fecha 27 de noviembre de 2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 37.316 de fecha 27 de noviembre de 2009, la Superintendencia de Bancos y Otras Instituciones Financieras resolvió acordar la liquidación administrativa del Banco Canarias de Venezuela, Banco Universal, C.A.

La Superintendencia de las Instituciones del Sector Bancario en ejercicio de las atribuciones que le confiere el artículo 242 de la Ley de Instituciones del Sector Bancario,

### RESUELVE

1.- Designar a los ciudadanos Rafael José Moreno Franco y Rosa María Jiménez Urrutia, titulares de las Cédulas de Identidad Nros. 1.877.052 y 6.308.022 respectivamente, administradores de las sociedades mercantiles relacionadas al Grupo Financiero Banco Canarias de Venezuela, intervenidas a través de las Resoluciones cuyos números y fechas se indican a continuación:

| | Empresa | Resolución Intervención | Fecha | Gaceta Oficial | Fecha |
|---|---|---|---|---|---|
| 1. | Promotora Turística Punta Amacuro, C.A. | 444.10 | 19/08/10 | 39.491 | 19/08/10 |
| 2. | Promotora Turística Punta Arenas, C.A. | 445.10 | 19/08/10 | 39.491 | 19/08/10 |
| 3. | Credican, C.A. | 468.10 | 27/08/10 | 39.498 | 30/08/10 |
| 4. | Inversiones Algora 54, C.A. | 659.10 | 28/12/10 | 39.614 | 11/02/11 |
| 5. | Inversiones HH 5.000, C.A. | 660.10 | 28/12/10 | 39.614 | 11/02/11 |
| 6. | Consorcio Inversionista Bancanarias, C.A. | 658.10 | 28/12/10 | 39.615 | 14/02/11 |

2.- Los administradores designados tendrán las más amplias facultades de administración, control y vigilancia, incluyendo todas las atribuciones que tanto la Ley como los Estatutos Sociales confieren a las Asambleas de Accionistas, a los Administradores y a los demás órganos de las empresas anteriormente mencionadas.

3.- En virtud de las designaciones aquí contenidas quedan expresamente revocadas todas las designaciones de interventores efectuadas para las empresas relacionadas intervenidas del Grupo Financiero Banco Canarias de Venezuela aquí mencionadas, no rehabilitadas ni sometidas a liquidación administrativa, con anterioridad a la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese.

Edgar Hernández Behrens
Superintendente

---

República Bolivariana de Venezuela
Superintendencia de las Instituciones
del Sector Bancario

### RESOLUCIÓN

NÚMERO: 199.11        FECHA: 14 JUL 2011

Visto que el artículo 153 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, en lo sucesivo Decreto Ley, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.627 de 2 de marzo de 2011, faculta a la Superintendencia de las Instituciones del Sector Bancario a efectuar la inspección, supervisión, vigilancia, regulación, control y sanción de las instituciones del sector bancario con el objeto de proteger los intereses del público.

Visto que la normativa prudencial emanada de esta Superintendencia es de estricta observancia para todos los sujetos obligados y la misma tiene como finalidad lograr la solidez del sistema bancario nacional.

Visto que el artículo 34 del Decreto Ley establece que las instituciones bancarias comunicarán a la Superintendencia de las Instituciones del Sector Bancario la designación de directores, presidentes, vicepresidentes, representantes legales o de cargos de administración o de dirección, consejeros, asesores, consultores, auditores externos y externos, gerentes de áreas, secretarios de la junta directiva o cargos similares y este Ente Supervisor analizará la calidad moral y ética de las personas que

---

**Luilla Molina Lazo de Díaz-Urbano**
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Teléfax.: (58) (212) 286.59.91
Móvil:(58) (416) 6365937
E-mail:mevoytraducciones@yahoo.com

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA
## DE VENEZUELA

DEPÓSITO LEGAL: ppo 187207DF1

| | |
|---|---|
| AÑO CXXXVIII — MES X | Número 39.714 |

### Caracas, viernes 15 de julio de 2011

*Esquina Urapal, edificio Dimase, La Candelaria*
*Caracas - Venezuela*
Tarifa sujeta a publicación de fecha 14 de noviembre de 2003
en la Gaceta Oficial Nº 37.818
http://www.minci.gob.ve

Esta Gaceta contiene 16 Págs. costo equivalente
a 6,85 % valor Unidad Tributaria

LEY DE PUBLICACIONES OFICIALES
(18 DE JULIO DE 1941)

*Artículo 11.* La GACETA OFICIAL, creada por Decreto Ejecutivo del 11 de octubre de 1872, continuará editándose en la Imprenta Nacional con la denominación GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA.

*Artículo 12.* La GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA se publicará todos los días hábiles, sin perjuicio de que se editen números extraordinarios siempre que fuere necesario; y deberán insertarse en ella sin retardo los actos oficiales que hayan de publicarse.

*Parágrafo único.* Las ediciones extraordinarias de la GACETA OFICIAL tendrán una numeración especial.

*Artículo 13.* En la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA se publicarán los actos de los Poderes Públicos que deberán insertarse y aquellos cuya inclusión sea conveniente por el Ejecutivo Nacional.

*Artículo 14.* Las leyes, decretos y demás actos oficiales tendrán carácter de públicos por el hecho de aparecer en la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA, cuyos ejemplares tendrán fuerza de documentos públicos.

El SERVICIO AUTÓNOMO IMPRENTA NACIONAL Y GACETA OFICIAL de la República Bolivariana de Venezuela advierte que esta publicación se procesa por reproducción fotomecánica directa de los originales que recibe del Consejo de Ministros, en consecuencia esta Institución no es responsable de los contenidos publicados.

inclusive; debido a que el titular del cargo ciudadano Antonio Rafael Rojas, disfrutará de su período de vacaciones.

Comuníquese y Publíquese,



**GABRIELA DEL MAR RAMÍREZ PÉREZ**
**DEFENSORA DEL PUEBLO**

REPÚBLICA BOLIVARIANA DE VENEZUELA
DEFENSORÍA DEL PUEBLO
DESPACHO DE LA DEFENSORA DEL PUEBLO

CARACAS, 13 DE JULIO DE 2011
201º Y 152º
RESOLUCIÓN Nº DdP-2011-136

**GABRIELA DEL MAR RAMÍREZ PÉREZ**, Defensora del Pueblo de la República Bolivariana de Venezuela, designada por la Asamblea Nacional de la República Bolivariana de Venezuela, en fecha 13 de diciembre de 2007,

según consta en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 38.836, de fecha 20 de diciembre de 2007, actuando de conformidad con el artículo 280 de la Constitución de la República Bolivariana de Venezuela, así como en ejercicio de las atribuciones conferidas por los artículos 29 numeral 19 de la Ley Orgánica de la Defensoría del Pueblo, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 37.995, de fecha 05 de agosto de 2004, en concordancia con el artículo 11 del Estatuto de Personal de la Defensoría del Pueblo, contenido en la Resolución Nº DP-2007-210, de fecha 17 de diciembre de 2007.

**RESUELVE:**

Designar a la ciudadana **JUDITH DEL CARMEN FRANCO PÉREZ**, titular de la cédula de identidad Nº V- 6.000.964, como Coordinadora de Fiscalización, Disciplina y Seguimiento, adscrita a la Dirección de Fiscalización, Disciplina y Seguimiento, a partir del día 13 de julio de 2011.

Comuníquese y Publíquese,

**GABRIELA DEL MAR RAMÍREZ PÉREZ**
**DEFENSORA DEL PUEBLO**

REPÚBLICA BOLIVARIANA DE VENEZUELA, MINISTERIO DEL PODER POPULAR PARA LA COMUNICACIÓN Y LA INFORMACIÓN, SERVICIO AUTÓNOMO IMPRENTA NACIONAL Y GACETA OFICIAL DESPACHO DEL DIRECTOR GENERAL. CARACAS _Dieciocho_ ( _18_ ) de _Julio_ de dos mil doce (2012). 201° y 152°. Quien suscribe, **RAÚL ENRIQUE PEÑALOZA BRAVO**, actuando en mi carácter de Director General del Servicio Autónomo Imprenta Nacional y Gaceta Oficial designado mediante Resolución N° 009, de fecha de fecha 21 de enero de 2011, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro: 39.600, de fecha 24 de enero de 2011 y delegación de firma establecida en la misma Resolución, **CERTIFICO:** Que las copias fotostáticas que anteceden, son traslado fiel y exacto del original de la Gaceta Oficial Nro. _39714_ de fecha _15-07-11_, las cuales fueron confrontadas con su original a los fines de verificar la exactitud de la copia. Se designó a _Miguel Perec_ titular de la cédula de identidad Nro. _11111111_, funcionario (a) de este Servicio Autónomo, para la elaboración, confrontación y expedición de la presente certificación, en aplicación analógica de los artículos 39 y 77 de la Ley de Registro Público y del Notariado, en concordancia con el artículo 1384 del Código Civil venezolano vigente.

Para fines legales se certifica la publicación:

Sr. (a) _____

C.I (N° Exp)_____

**RAÚL ENRIQUE PEÑALOZA BRAVO**
DIRECTOR GENERAL DEL SERVICIO AUTÓNOMO IMPRENTA NACIONAL Y GACETA OFICIAL

Luilla Molina Lazo de Díaz-Urbano
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Telefax.: (58) (212) 286.59.91
Móvil:(58) (416) 6385937
E-mail:mevoytraducciones@yahoo.com



Gobierno **Bolivariano** de Venezuela    Ministerio del Poder Popular para **Relaciones Exteriores**

Fecha Impresión: 04/07/2012
Hora Impresión : 10:14:56

000000023525

No. 00023117



No. 00023117        **Sello No.** 00054643

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
OFICINA DE RELACIONES CONSULARES

APOSTILLE

Convention de La Haye du 5 Octubre 1961

1.- País  *VENEZUELA*

El presente documento público:

2.- Ha sido suscrito por:
*RAUL ENRIQUE PEÑALOZA BRAVO*

3.- Actuando en su calidad de:
*DIRECTOR GENERAL*

4.- Llevando el sello/timbre de:
*IMPRENTA NACIONAL*

Certificado

5.- En Caracas: *04-07-2012.*

6.- Por el Ministro:

7.- No. *00054643*

8.- Sello/timbre:

9.- Firma.

*Yaryd V. Mollegas C.*
*Directora del Servicio Consular Nacional*
G.O. 39.761 del 20/09/11 Res. DM N° 111 del 05/09/11

000000064117

Luilla Molina Lazo de Díaz-Urbano
Traductora - Intérprete Público
Alemán.- Español - Francés - Inglés
Telefax.: (58) (212) 286.59.91
Móvil:(58) (416) 6385937
E-mail:mevoytraducciones@yahoo.com

TIPO DE ACTUACIÓN: *GACETA OFICIAL DE NACIONALIZACION*

**MPPRE-42D3CD5CAEE9B40B3669E3A59EC1E8F7**

La autenticidad de este documento puede ser verificada en la siguiente página: http://www.mppre.gob.ve



Luilla Molina Lazo de Díaz-Urbano
Traductora - Intérprete Público
Alemán - Español - Francés - Inglés
Telefax: (58) (212) 286.59.91
Móvil (58) (415) 6385937
E-mail:mevoytraducciones@yahoo.com

SP
Traductores e Intérpretes Públicos C.A.
RIF J - 30997919 - 1    35 IDIOMAS
Nuevos tlef  (58) (212) 2839698 / 2865991
(58) (212) 2855600 / 2855688
Mail    mevoytraducciones@yahoo.com