**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                            :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :          **08-13555 (SCC)**
:
Debtors.                              :          **(Jointly Administered)**
:
------------------------------------------------------------------------x          **Ref. Docket Nos. 43588, 43597,**
**43598 & 43601**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                        ) ss.:
COUNTY OF NEW YORK    )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 18, 2014, I caused to be served the:

    a.  "Notice of Hearing as to Certain Claim on the One Hundred Eleventh Omnibus Objection to Claims," dated March 18, 2014 [Docket No. 43588], (the "111th Omnibus Objection"),

    b.  "Notice of Adjournment of Hearing on the Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claim," dated March 18, 2014 [Docket No. 43597], (the "NOA re Omni 455"),

    c.  "Notice of Adjournment of Hearing on the Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated March 18, 2014 [Docket No. 43598], (the "NOA re Omni 455-April 24, 2014"), and

    d.  "Notice of Adjournment of Four Hundred Fifty-Third Omnibus Objection to Claims (Insufficient Documentation Claims)," dated March 18, 2014 [Docket No. 43601], (the "NOA re Omni 453"),

by causing true and correct copies of the:

    i.    111th Omnibus Objection, NOA re Omni 455, NOA Re Omni 455-April 24, 2014, and NOA re Omni 453, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A,</u>

    ii.    111th Omnibus Objection, NOA re Omni 455, NOA Re Omni 455-April 24, 2014, and NOA re Omni 453, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B,</u>

    iii.    111th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C,</u>

    iv.    NOA re Omni 455, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D,</u>

    v.    NOA re Omni 455-April 24, 2014, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E,</u> and

    vi.    NOA re Omni 453, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F.</u>

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Christina Siguenza*
Christina Siguenza

Sworn to before me this
19th day of March, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

**EXHIBIT A**

| Email Addresses | |
| --- | --- |
| aaaronson@dilworthlaw.com | jwh@njlawfirm.com |
| aalfonso@willkie.com | kanema@formanlaw.com |
| abeaumont@fklaw.com | karen.wagner@dpw.com |
| abraunstein@riemerlaw.com | karl.geercken@alston.com |
| acaton@kramerlevin.com | kdwbankrupcydepartment@kelleydrye.com |
| adam.brezine@hro.com | keckhardt@hunton.com |
| adarwin@nixonpeabody.com | keith.simon@lw.com |
| adiamond@diamondmccarthy.com | ken.coleman@allenovery.com |
| aeckstein@blankrome.com | ken.higman@hp.com |
| aentwistle@entwistle-law.com | kerry.moynihan@hro.com |
| afriedman@irell.com | kgwynne@reedsmith.com |
| agbanknewyork@ag.tn.gov | kiplok@hugheshubbard.com |
| aglenn@kasowitz.com | kit.weitnauer@alston.com |
| agold@herrick.com | kjarashow@stutman.com |
| agoldstein@tnsj-law.com | kkelly@ebglaw.com |
| agottfried@morganlewis.com | kkolbig@mosessinger.com |
| aisenberg@saul.com | klyman@irell.com |
| akadish@dtlawgroup.com | klynch@formanlaw.com |
| akantesaria@oppenheimerfunds.com | kmayer@mccarter.com |
| akolod@mosessinger.com | kobak@hugheshubbard.com |
| alum@ftportfolios.com | korr@orrick.com |
| amarder@msek.com | kovskyd@pepperlaw.com |
| amartin@sheppardmullin.com | kressk@pepperlaw.com |
| amcmullen@boultcummings.com | kreynolds@mklawnyc.com |
| amenard@tishmanspeyer.com | krodriguez@allenmatkins.com |
| amh@amhandlerlaw.com | krosen@lowenstein.com |
| andrew.brozman@cliffordchance.com | kurt.mayr@bgllp.com |
| andrew.lourie@kobrekim.com | lacyr@sullcrom.com |
| angelich.george@arentfox.com | landon@slollp.com |
| ann.reynaud@shell.com | lapeterson@foley.com |
| anthony_boccanfuso@aporter.com | lathompson@co.sanmateo.ca.us |
| aoberry@bermanesq.com | lawallf@pepperlaw.com |
| aostrow@beckerglynn.com | lawrence.gelber@srz.com |
| apalazzolo@fzwz.com | lberkoff@moritthock.com |
| aquale@sidley.com | lee.stremba@troutmansanders.com |
| arainone@bracheichler.com | lgranfield@cgsh.com |
| arheaume@riemerlaw.com | lhandelsman@stroock.com |
| arlbank@pbfcm.com | lhill@reedsmith.com |
| arosenblatt@chadbourne.com | lhoffman@deilylawfirm.com |
| arthur.rosenberg@hklaw.com | linda.boyle@twtelecom.com |
| arwolf@wlrk.com | lisa.ewart@wilmerhale.com |
| aseuffert@lawpost-nyc.com | lisa.solomon@att.net |
| ashmead@sewkis.com | ljkotler@duanemorris.com |
| asnow@ssbb.com | lkatz@ltblaw.com |

| | |
|---|---|
| asomers@rctlegal.com | lkiss@klestadt.com |
| aunger@sidley.com | lmarinuzzi@mofo.com |
| austin.bankruptcy@publicans.com | lmay@coleschotz.com |
| avenes@whitecase.com | lmcgowen@orrick.com |
| azylberberg@whitecase.com | lml@ppgms.com |
| bankr@zuckerman.com | lnashelsky@mofo.com |
| bankruptcy@goodwin.com | loizides@loizides.com |
| bankruptcy@morrisoncohen.com | lperkins@deilylawfirm.com |
| bankruptcy@ntexas-attorneys.com | lscarcella@farrellfritz.com |
| bankruptcymatters@us.nomura.com | lschweitzer@cgsh.com |
| barbra.parlin@hklaw.com | lubell@hugheshubbard.com |
| bbisignani@postschell.com | lwhidden@salans.com |
| bcarlson@co.sanmateo.ca.us | mabrams@willkie.com |
| bdk@schlamstone.com | maofiling@cgsh.com |
| bguiney@pbwt.com | marc.chait@sc.com |
| bmanne@tuckerlaw.com | margaret.welsh@cliffordchance.com |
| bmiller@mofo.com | margolin@hugheshubbard.com |
| boneill@kramerlevin.com | mark.bane@ropesgray.com |
| brian.corey@greentreecreditsolutions.com | mark.deveno@bingham.com |
| brosenblum@jonesday.com | mark.ellenberg@cwt.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.mckane@kirkland.com |
| bstrickland@wtplaw.com | mark.sherrill@sutherland.com |
| btrust@mayerbrown.com | marvin.clements@ag.tn.gov |
| bturk@tishmanspeyer.com | matt@willaw.com |
| bwolfe@sheppardmullin.com | matthew.klepper@dlapiper.com |
| cahn@clm.com | maustin@orrick.com |
| caitrin.mckiernan@freshfields.com | mbenner@tishmanspeyer.com |
| canelas@pursuitpartners.com | mberman@nixonpeabody.com |
| carol.weinerlevy@bingham.com | mberman@nixonpeabody.com |
| cbelisle@wfw.com | mbienenstock@proskauer.com |
| cbelmonte@ssbb.com | mbloemsma@mhjur.com |
| cdesiderio@nixonpeabody.com | mbossi@thompsoncoburn.com |
| cgonzalez@diazreus.com | mcademartori@sheppardmullin.com |
| chad.husnick@kirkland.com | mcordone@stradley.com |
| chammerman@paulweiss.com | mcto@debevoise.com |
| charles@filardi-law.com | mcyganowski@oshr.com |
| charles_malloy@aporter.com | mdorval@stradley.com |
| chemrick@connellfoley.com | melorod@gtlaw.com |
| chipford@parkerpoe.com | meltzere@pepperlaw.com |
| chris.donoho@lovells.com | metkin@lowenstein.com |
| christopher.greco@kirkland.com | mfeldman@willkie.com |
| clarkb@sullcrom.com | mginzburg@daypitney.com |
| clynch@reedsmith.com | mgordon@briggs.com |
| cmontgomery@salans.com | mgreger@allenmatkins.com |

| | |
|---|---|
| cohen@sewkis.com | mh1@mccallaraymer.com |
| cp@stevenslee.com | mhopkins@cov.com |
| cpappas@dilworthlaw.com | michael.frege@cms-hs.com |
| craig.goldblatt@wilmerhale.com | michael.kelly@monarchlp.com |
| craigjustinalbert@gmail.com | michael.kim@kobrekim.com |
| crmomjian@attorneygeneral.gov | michael.krauss@faegrebd.com |
| csalomon@beckerglynn.com | michael.mccrory@btlaw.com |
| cschreiber@winston.com | michaels@jstriallaw.com |
| cshore@whitecase.com | michelle.park@freshfields.com |
| cshulman@sheppardmullin.com | millee12@nationwide.com |
| cszyfer@stroock.com | miller@taftlaw.com |
| cwalsh@mayerbrown.com | mimi.m.wong@irscounsel.treas.gov |
| cward@polsinelli.com | mitchell.ayer@tklaw.com |
| cweber@ebg-law.com | mjedelman@vedderprice.com |
| cweiss@ingramllp.com | mjr1@westchestergov.com |
| dallas.bankruptcy@publicans.com | mkjaer@winston.com |
| danielle.rose@kobrekim.com | mlahaie@akingump.com |
| dave.davis@isgria.com | mlandman@lcbf.com |
| david.bennett@tklaw.com | mlichtenstein@crowell.com |
| david.heller@lw.com | mlynch2@travelers.com |
| david.livshiz@freshfields.com | mmooney@deilylawfirm.com |
| david.powlen@btlaw.com | mmorreale@us.mufg.jp |
| davids@blbglaw.com | mneier@ibolaw.com |
| davidwheeler@mvalaw.com | monica.lawless@brookfieldproperties.com |
| dbarber@bsblawyers.com | mpage@kelleydrye.com |
| dbaumstein@whitecase.com | mparry@mosessinger.com |
| dbesikof@loeb.com | mpomerantz@julienandschlesinger.com |
| dcimo@gjb-law.com | mprimoff@kayescholer.com |
| dcoffino@cov.com | mpucillo@bermanesq.com |
| dcrapo@gibbonslaw.com | mrosenthal@gibsondunn.com |
| ddavis@paulweiss.com | mrothchild@mofo.com |
| ddrebsky@nixonpeabody.com | mruetzel@whitecase.com |
| ddunne@milbank.com | mschimel@sju.edu |
| deggermann@kramerlevin.com | msegarra@mayerbrown.com |
| deggert@freebornpeters.com | mshiner@tuckerlaw.com |
| demetra.liggins@tklaw.com | msolow@kayescholer.com |
| dfelder@orrick.com | mspeiser@stroock.com |
| dflanigan@polsinelli.com | mstamer@akingump.com |
| dgrimes@reedsmith.com | mvenditto@reedsmith.com |
| dhayes@mcguirewoods.com | mwarner@coleschotz.com |
| dheffer@foley.com | mwarren@mtb.com |
| dhurst@coleschotz.com | nathan.spatz@pillsburylaw.com |
| dhw@dhclegal.com | nbojar@fklaw.com |
| diconzam@gtlaw.com | ncoco@mwe.com |
| djcarragher@daypitney.com | neal.mann@oag.state.ny.us |

| | |
|---|---|
| djoseph@stradley.com | ned.schodek@shearman.com |
| dkessler@ktmc.com | neilberger@teamtogut.com |
| dkozusko@willkie.com | nherman@morganlewis.com |
| dlemay@chadbourne.com | nissay_10259-0154@mhmjapan.com |
| dlipke@vedderprice.com | nlepore@schnader.com |
| dmcguire@winston.com | notice@bkcylaw.com |
| dmurray@jenner.com | nyrobankruptcy@sec.gov |
| dneier@winston.com | otccorpactions@finra.org |
| dodonnell@milbank.com | paronzon@milbank.com |
| dove.michelle@dorsey.com | patrick.oh@freshfields.com |
| dpegno@dpklaw.com | pbattista@gjb-law.com |
| draelson@fisherbrothers.com | pbosswick@ssbb.com |
| dravin@wolffsamson.com | pdublin@akingump.com |
| drosenzweig@fulbright.com | peisenberg@lockelord.com |
| drosner@goulstonstorrs.com | peter.gilhuly@lw.com |
| drosner@kasowitz.com | peter.macdonald@wilmerhale.com |
| dshaffer@wtplaw.com | peter.simmons@friedfrank.com |
| dshemano@peitzmanweg.com | peter@bankrupt.com |
| dspelfogel@foley.com | pfeldman@oshr.com |
| dtatge@ebglaw.com | pfinkel@wilmingtontrust.com |
| dtheising@harrisonmoberly.com | phayden@mcguirewoods.com |
| dwdykhouse@pbwt.com | phil.huynh@kobrekim.com |
| dwildes@stroock.com | philip.wells@ropesgray.com |
| dworkman@bakerlaw.com | pmaxcy@sonnenschein.com |
| easmith@venable.com | ppascuzzi@ffwplaw.com |
| echohen@russell.com | ppatterson@stradley.com |
| edward.flanders@pillsburylaw.com | psp@njlawfirm.com |
| efleck@milbank.com | ptrain-gutierrez@kaplanlandau.com |
| efriedman@fklaw.com | ptrostle@jenner.com |
| efriedman@friedmanspring.com | raj.madan@bingham.com |
| eglas@mccarter.com | ramona.neal@hp.com |
| ekbergc@lanepowell.com | rbeacher@pryorcashman.com |
| eleicht@whitecase.com | rbernard@foley.com |
| ellen.halstead@cwt.com | rbyman@jenner.com |
| emagnelli@bracheichler.com | rdaversa@orrick.com |
| emerberg@mayerbrown.com | relgidely@gjb-law.com |
| enkaplan@kaplanlandau.com | rflanagan@flanassoc.com |
| eobrien@sbchlaw.com | rfriedman@silvermanacampora.com |
| epearlman@scottwoodcapital.com | rgmason@wlrk.com |
| erin.mautner@bingham.com | rgoodman@moundcotton.com |
| eschwartz@contrariancapital.com | rgraham@whitecase.com |
| etillinghast@sheppardmullin.com | rhett.campbell@tklaw.com |
| ezujkowski@emmetmarvin.com | richard.fingard@newedge.com |
| fbp@ppgms.com | richard.lear@hklaw.com |
| ffm@bostonbusinesslaw.com | richard.tisdale@friedfrank.com |

| | |
|---|---|
| fhyman@mayerbrown.com | richard@rwmaplc.com |
| foont@foontlaw.com | rick.murphy@sutherland.com |
| fritschj@sullcrom.com | rjones@boultcummings.com |
| fsosnick@shearman.com | rleek@hodgsonruss.com |
| fyates@sonnenschein.com | rlevin@cravath.com |
| gabriel.delvirginia@verizon.net | rmatzat@hahnhessen.com |
| gary.ravertpllc@gmail.com | rnetzer@willkie.com |
| gbray@milbank.com | robert.dombroff@bingham.com |
| george.south@dlapiper.com | robert.honeywell@klgates.com |
| ggitomer@mkbattorneys.com | robert.malone@dbr.com |
| ggoodman@foley.com | robert.yalen@usdoj.gov |
| giddens@hugheshubbard.com | robin.keller@lovells.com |
| gkaden@goulstonstorrs.com | roger@rnagioff.com |
| glenn.siegel@dechert.com | ronald.silverman@bingham.com |
| gmoss@riemerlaw.com | ross.martin@ropesgray.com |
| goldenberg@wmd-law.com | rrainer@wmd-law.com |
| gspilsbury@jsslaw.com | rreid@sheppardmullin.com |
| harrisjm@michigan.gov | rroupinian@outtengolden.com |
| harveystrickon@paulhastings.com | rrussell@andrewskurth.com |
| hbeltzer@mayerbrown.com | russj4478@aol.com |
| heim.steve@dorsey.com | rwasserman@cftc.gov |
| heiser@chapman.com | sabin.willett@bingham.com |
| hmagaliff@r3mlaw.com | sabramowitz@velaw.com |
| hollace.cohen@troutmansanders.com | sabvanrooy@hotmail.com |
| holsen@stroock.com | sally.henry@skadden.com |
| howard.hawkins@cwt.com | samuel.cavior@pillsburylaw.com |
| hseife@chadbourne.com | sandyscafaria@eaton.com |
| hsnovikoff@wlrk.com | scargill@lowenstein.com |
| hsteel@brownrudnick.com | schager@ssnyc.com |
| ian.roberts@bakerbotts.com | schannej@pepperlaw.com |
| icatto@mwe.com | schepis@pursuitpartners.com |
| igoldstein@proskauer.com | schnabel.eric@dorsey.com |
| ilevee@lowenstein.com | schristianson@buchalter.com |
| israel.dahan@cwt.com | schwartzmatthew@sullcrom.com |
| iva.uroic@dechert.com | scott.golden@hoganlovells.com |
| jacobsonn@sec.gov | scott.mcculloch@kobrekim.com |
| james.heaney@lawdeb.com | scottj@sullcrom.com |
| james.mcclammy@dpw.com | scottshelley@quinnemanuel.com |
| james.sprayregen@kirkland.com | scousins@armstrongteasdale.com |
| jamesboyajian@gmail.com | sdnyecf@dor.mo.gov |
| jamestecce@quinnemanuel.com | seba.kurian@invesco.com |
| jar@outtengolden.com | sehlers@armstrongteasdale.com |
| jason.jurgens@cwt.com | sfalanga@connellfoley.com |
| jay.hurst@oag.state.tx.us | sfelderstein@ffwplaw.com |
| jay@kleinsolomon.com | sfineman@lchb.com |

| | |
|---|---|
| jbeemer@entwistle-law.com | sfox@mcguirewoods.com |
| jbeiers@co.sanmateo.ca.us | sgordon@cahill.com |
| jbird@polsinelli.com | sgubner@ebg-law.com |
| jbromley@cgsh.com | shannon.nagle@friedfrank.com |
| jcarberry@cl-law.com | sharbeck@sipc.org |
| jchristian@tobinlaw.com | shari.leventhal@ny.frb.org |
| jchubak@proskauer.com | shgross5@yahoo.com |
| jdoran@haslaw.com | sidorsky@butzel.com |
| jdrucker@coleschotz.com | sldreyfuss@hlgslaw.com |
| jdwarner@warnerandscheuerman.com | sleo@bm.net |
| jdweck@sutherland.com | slerman@ebglaw.com |
| jdyas@halperinlaw.net | slerner@ssd.com |
| jean-david.barnea@usdoj.gov | slevine@brownrudnick.com |
| jeanites@whiteandwilliams.com | sloden@diamondmccarthy.com |
| jeannette.boot@wilmerhale.com | smayerson@ssd.com |
| jeff.wittig@coair.com | smillman@stroock.com |
| jeffery.black@bingham.com | smulligan@bsblawyers.com |
| jeffrey.sabin@bingham.com | snewman@katskykorins.com |
| jeldredge@velaw.com | sory@fdlaw.com |
| jemma.mcpherson@cliffordchance.com | squsba@stblaw.com |
| jennifer.demarco@cliffordchance.com | sree@lcbf.com |
| jennifer.gore@shell.com | sschultz@akingump.com |
| jfalgowski@reedsmith.com | sselbst@herrick.com |
| jflaxer@golenbock.com | sshimshak@paulweiss.com |
| jfreeberg@wfw.com | sskelly@teamtogut.com |
| jg5786@att.com | sstarr@starrandstarr.com |
| jgenovese@gjb-law.com | steele@lowenstein.com |
| jgoodchild@morganlewis.com | stephen.cowan@dlapiper.com |
| jguy@orrick.com | stephen.hessler@kirkland.com |
| jhiggins@fdlaw.com | steve.ginther@dor.mo.gov |
| jhorgan@phxa.com | steven.usdin@flastergreenberg.com |
| jhuggett@margolisedelstein.com | steven.wilamowsky@bingham.com |
| jim@atkinslawfirm.com | streusand@slollp.com |
| jjoyce@dresslerpeters.com | susheelkirpalani@quinnemanuel.com |
| jjtancredi@daypitney.com | sweyl@haslaw.com |
| jjureller@klestadt.com | swolowitz@mayerbrown.com |
| jlamar@maynardcooper.com | szuch@wiggin.com |
| jlawlor@wmd-law.com | tannweiler@greerherz.com |
| jlee@foley.com | tbrock@ssbb.com |
| jlevitin@cahill.com | tdewey@dpklaw.com |
| jlscott@reedsmith.com | tduffy@andersonkill.com |
| jmaddock@mcguirewoods.com | tgoren@mofo.com |
| jmakower@tnsj-law.com | thaler@thalergertler.com |
| jmazermarino@msek.com | thomas.califano@dlapiper.com |
| jmelko@gardere.com | tim.desieno@bingham.com |

| | |
|---|---|
| jmerva@fult.com | timothy.brink@dlapiper.com |
| jmmurphy@stradley.com | timothy.harkness@freshfields.com |
| jmr@msf-law.com | tjfreedman@pbnlaw.com |
| jnadritch@olshanlaw.com | tkiriakos@mayerbrown.com |
| jnm@mccallaraymer.com | tlauria@whitecase.com |
| john.monaghan@hklaw.com | tmacwright@whitecase.com |
| john.mule@ag.state.mn.us | tmarrion@haslaw.com |
| john.rapisardi@cwt.com | tnixon@gklaw.com |
| jonathan.goldblatt@bnymellon.com | toby.r.rosenberg@irscounsel.treas.gov |
| jonathan.henes@kirkland.com | tomwelsh@orrick.com |
| jorbach@hahnhessen.com | tslome@msek.com |
| joseph.cordaro@usdoj.gov | tunrad@burnslev.com |
| joseph.serino@kirkland.com | twheeler@lowenstein.com |
| joshua.dorchak@bingham.com | villa@slollp.com |
| jowen769@yahoo.com | vmilione@nixonpeabody.com |
| jowolf@law.nyc.gov | vrubinstein@loeb.com |
| joy.mathias@dubaiic.com | walter.stuart@freshfields.com |
| jpintarelli@mofo.com | wanda.goodloe@cbre.com |
| jporter@entwistle-law.com | wballaine@lcbf.com |
| jprol@lowenstein.com | wbenzija@halperinlaw.net |
| jrabinowitz@rltlawfirm.com | wchen@tnsj-law.com |
| jrsmith@hunton.com | wcurchack@loeb.com |
| jschiller@bsfllp.com | wdase@fzwz.com |
| jschwartz@hahnhessen.com | wfoster@milbank.com |
| jsheerin@mcguirewoods.com | will.sugden@alston.com |
| jshenwick@gmail.com | wiltenburg@hugheshubbard.com |
| jsherman@bsfllp.com | wisotska@pepperlaw.com |
| jshickich@riddellwilliams.com | wk@pwlawyers.com |
| jsmairo@pbnlaw.com | wmaher@wmd-law.com |
| jstoll@mayerbrown.com | wmarcari@ebglaw.com |
| jsullivan@mosessinger.com | wmckenna@foley.com |
| jtimko@shutts.com | wrightth@sullcrom.com |
| judy.morse@crowedunlevy.com | wsilverm@oshr.com |
| jvail@ssrl.com | wswearingen@llf-law.com |
| jwallack@goulstonstorrs.com | wtaylor@mccarter.com |
| jwcohen@daypitney.com | wweintraub@stutman.com |
| jweiss@gibsondunn.com | wzoberman@bermanesq.com |
| jwest@velaw.com | yuwatoko@mofo.com |

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

BANCO INTERIOR DE. SA.
THROUGH ALCICDES ROBERTO DE OLIVEIRA CHAVES
AS LIQUIDATOR OF BANCO INTERIOR DE SAO PAOLO, S.A.
RUA MAJOR EMIDIO DE CASTRO STREET
NUMBER 74
SAO JOSE DO RIO PRETO, SP 15014-420
BRAZIL

ARNOLDO LACAYO,
ASTIGARRAGA DAVIS
701 BRICKWELL AVENUE
16TH FLOOR
MIAMI, FL 33131

RAFAEL VALDES
ASTIGARRAGA DAVIS
701 BRICKWELL AVENUE
16TH FLOOR
MIAMI, FL 33131

EDWARD DAVIS
ASTIGARRAGA DAVIS
701 BRICKWELL AVENUE
16TH FLOOR
MIAMI, FL 33131

**EXHIBIT D**

FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, THE
FAO: JAMES DARBYSHIRE
7TH FLOOR, LLOYDS CHAMBERS
1 PORTSOKEN STREET
LONDON E1 8BN
UNITED KINGDOM

**EXHIBIT E**

INTERNATIONAL FUND MANAGEMENT S.A.
AS MANAGEMENT COMPANY ON ACCOUNT OF THE FOLLOWING MUTUAL FUND:
IFM-INVEST: AKTIEN GLOBAL
3 RUE DES LABOURS
L-1912
LUXEMBOURG

DEKABANK DEUTSCHE GIROZENTRALE
ATTN: ANDREAS BINDER
MAINZER LANDSTRASSE 16
FRANKFURT AM MAIN
60325
GERMANY

**EXHIBIT F**

US BANK NATIONAL ASSOCIATION
TIMOTHY PILLAR, VP
EP-MN-WS1D
60 LIVINGSTON AVENUE
ST. PAUL, MN 55107-2292

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III
111 WEST MONROE STREET, 18TH FLOOR
CHICAGO, IL 60603