ALCANTAR LAW PLLC
22 Cortlandt Street, 16th Floor
New York, New York 10007
Tel. (212) 658-0222
Fax. (646) 568-5843

*Attorneys for Junta Administradora de Credican, C.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In RE: | : | Case No. 08-13555 (SCC) |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC. et al.,** | : | **Chapter 11** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the above-captioned cases on behalf of Junta Administradora de Credican, C.A., and request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address:

ALCANTAR LAW PLLC
Attn: Jose Raul Alcantar Villagran, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007
raul.alcantar@alcantarlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the abovementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications,

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive the Junta Administradora de Credican, C.A.'s: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Junta Administradora de Credican, C.A. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  March 21, 2014
        New York, New York

**ALCANTAR LAW PLLC**

<u>/s/ Jose Raul Alcantar Villagran</u>
Jose Raul Alcantar Villagran (JA2849)

22 Cortlandt Street, 16th Floor
New York, New York 10007
Tel. (212) 658-0222
Fax. (646) 568-5843
raul.alcantar@alcantarlaw.com

*Attorneys for Junta Administradora de Credican, C.A.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically via notice of electronic filing through the Court's CM/ECF service to all users who are entitled to entitled to receive notice electronically on the 21st day of March, 2014.

                                        /s/ Jose Raul Alcantar Villagran
                                        Jose Raul Alcantar Villagran, Esq.

                                        *Counsel to Junta Administradora de Credican, C.A.*