210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re:   **Lehman Brothers Holdings, Inc., et al.,**   Debtors.    Case No.   **08-13555 (JMP)**
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **OC 19 Master Fund, L.P. - LCG** | **Banc of America Credit Products, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Luxor Capital Group, LP
1114 Avenue of the Americas, 29th Floor
New York, NY 10036
Attn: Omar Khawaja

Court Claim # (if known): _58352_
Amount of Claim as Filed: _$620,406,164.00_
Amount of Claim Transferred: _$2,483,000.00_
Date Claim Filed: _October 10, 2009_
Debtor: _Lehman Brothers Holdings Inc._

Phone: 212-763-8075
Last Four Digits of Acct#: _____

Phone: _____
Last Four Digits of Acct#: _____

Name and Address where transferee payments should be send (if different from above):

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/___    Date: March 24, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

2713520

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **OC 19 Master Fund, L.P. - LCG**, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a **0.4002%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents **$2,483,000** of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the __10__ day of March, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title: **Ronald Torok**
       **Managing Director**

OC 19 MASTER FUND, L.P. - LCG

By: _____
Name: Norris Nissim
Title: General Counsel - Luxor Capital Group, LP - as Investment Manager

100218725v1