


Logistik
LOAV2



| | |
|---|---|
| Kontakt | Patrick Heuberger |
| Telefon | 044 292 76 57 |
| Fax | 044 292 86 64 |
| E-Mail | patrick.heuberger@zkb.ch |
| Adresse | Neue Hard 3 |
| | 8010 Zürich |
| Briefadresse | |

Einschreiben

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zürich, 7. März 2014

**Partial Transfer of Claim „Lehmann Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed both the „Form 210A" and the orgianlly signed „Evidence of Transfer of Claim" including „Schedule 1" released by Creidt Suisse AG on January 16; 2013.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | ANN5214A6406 |
| Titel: | Cert. Lehman Brothers Sec NV Viet Real Est Fd |
| Nominal: | Unit -10- |
| Transferor: | Credit Suisse AG |
| Transferee: | Giuliano Longa |
| Initial Proof of Claim Number: | 55813 |

Best regards
Zürcher Kantonalbank

Markus Graf                Thomas Seebacher

*RECEIVED MAR 17 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK*

Zürcher Kantonalbank
1/1



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Giuliano Longa
_____
Name of Transferee

Credit Suisse AG
_____
Name of Transferor

Name and Address where notices
to transferee should be sent:

Giuliano Longa
Ahornweg 10, CH-8442 Hettlingen
Switzerland

Court Claim # (if known): <u>55813</u>
Date Claim Filed: <u>October 29, 2009</u>
Amount of Claim: <u>-10- Units</u>
Portion of Claim Transferred (see Schedule I): _____

Phone: <u>+ 41 79 405 80 00</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Zürcher Kantonalbank, Attn. LOAV2/P. Heuberger
P.O. Box, CH-8010 Zürich

Phone: +41 44 292 76 57 / patrick.heuberger@zkb
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Zürcher Kantonalbank__    Date: <u>07.03.2014</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Markus Graf                                    Thomas Seebacher

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG ("Transferor") unconditionally and irrevocably transferred to Zürcher Kantonalbank (ZKB) ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim Claim No.55813 relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON January 16, 2013.

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214A6406 | 55813 | October 30, 2009 | Lehman Brothers Securities NV | USD 10 |