

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

**In re Lehman Brothers Holdings, Inc.,**                     **Case No. 08-13555 (JMP)**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: **RBS Coutts Bank AG**,
                          Zurich, Switzerland

Name of Transferor:  **Berner Kantonalbank**

Court Claim #:          **45221**

Court Claim #:          **55829**

Date Claim Filed:       10/23/2009

Date Claim Filed:       n/a

Name and Address where notices to transferee should be sent:

Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details

RBS Coutts Bank AG
Stauffacherstrasse 1
Postfach
8022 Zurich / Switzerland

Phone:  +41 43 245'57'67
Email:  hans-peter.schmid@coutts.com
Last Four Digits of Acct #:

Phone:
Email:
Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Email:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____               Date: Zürich, 7 March 2014
       Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
     Court")
     One Bowling Green
     New York, New York  10004
     Attention:  Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  55829 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):  USD 140'000

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| (2 ½ min) BCN Lehman Bros Treasury BV 2004-08.03.2010 | XS0186883798 | LBT BV | LBH Inc. | USD 140'000 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

BERNER KANTONALBANK AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

   RBS Coutts Bank AG
   Stauffacherstrasse 1
   Postfach
   8022 Zurich
   Switzerland

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 7th, 2014.

BERNER KANONALBANK AG
Transferor

By: _____
Name:  Samuel Stucki
Title:  Authorized representative

By: _____
Name:  René Oppliger
Title:  Head of legal

07.03.14        009.80

CH-8022
Zürich          PRIORITY
                Stand 2

735112          DIE POST

**R**
Recommandé
étranger
SWISS POST

CH-8020 Zürich 1

.RM 535 822 221 CH
Please scan - Signature required
Veuillez scanner - Remise contre Signature

Epiq Bankruptcy Solutions LLC
Attn: Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
U.S.A.

MAR 11 2014

10017$2013