



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Coutts & Co Ltd
Hong Kong Branch
26th Floor, AIA Central
1 Connaught Road Central
Hong Kong

T +852 2525 6898
F +852 2877 0108
coutts.com

10 March 2014

Dear Sirs,

Ref: Case No. 08-13555(JMP), Court Claim No. 45221

We would like to transfer the subject claim from our bank to "Menon Mahaya Binti Mohd Hassan a/o Menon Balachandra @ menon T P B". Please find attached "Partial Transfer of Claim" and "Evidence of Transfer of Claim" forms for your processing.

If you have any questions, please do not hesitate to contact the following persons:

| Name | Contact No. | E-mail Address |
|---|---|---|
| Mr. Ben Fong | 852 2847-8758 | ben.fong@coutts.com |
| Sukhie Sandhu | 852 2847-4183 | sukhie.sandhu@coutts.com |

Yours sincerely

For and on behalf of
Coutts & Co Ltd., Hong Kong Branch

_____
Authorized Signatory

_____
Authorized Signatory



Encl.

Wealth division of Royal Bank of Scotland Group.
Incorporated in Switzerland with limited liability.



# UNITED STATES BANKRUPTCY COURT
Southern District of New York

**In re Lehman Brothers Holdings, Inc.,**  Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: Menon Mahaya Binti Mohd Hassan a/o Menon Balachandra @ Menon T P B

Name of Transferor: RBS Coutts Bank AG
Zurich, Switzerland

Court Claim #:
Date Claim Filed:

Court Claim #: 45221
Date Claim Filed: 10/23/2009

Name and Address where notices to transferee should be sent:

Name: Menon Mahaya Binti Mohd Hassan a/o Menon Balachandra @ menon T P B
Address: Attn: Mrs. Menon Mahaya Binti Mohd Hassan
69 Cairnhill Road 14-73
Singapore 229675

Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details

Phone: +65 9620-1462
Email: mahayamenon@yahoo.com.sg
Last Four Digits of Acct #: n/a

Phone:
Email:
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Email:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Mahaya Menon_   Date: MAR. 6, 2014
Transferee

## EVIDENCE OF TRANSFER OF CLAIM

RECEIVED MAR 17 2014 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Menon Mahaya Binti Mohd Hassan a/o Menon Balachandra, 69 Cairnhill Road 14-73, Singapore 229675a** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 06 March 2014

RBS Coutts Bank AG

By: _____
Name: Erich Vogel
Title: Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0342303400 | 45221 | October 23, 2009 | Lehman Brothers Treasury Co. BV | USD   300'000.00 |