UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                                    :    Chapter 11 Case No.
                                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :    08-13555 (SCC)
                                                                                              :
                                        Debtors.                           :    (Jointly Administered)
                                                                                              :
------------------------------------------------------------------------x    Ref. Docket No. 43684

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 20, 2014, I caused to be served the "Amended Declaration of John Tuosto in Support of LBHI's Opposition to Claimants' Opening Memoranda Regarding Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated March 20, 2014 [Docket No. 43684], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            /s/ Pete Caris
                                                                            Pete Caris

Sworn to before me this
21st day of March, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Amd Declaration Tuosto _DI_43684_AFF_3-20-14_KH.doc

# EXHIBIT A

Lehman Brothers Holdings Inc., Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abeaumont@fklaw.com | asnow@ssbb.com |
| abraunstein@riemerlaw.com | asomers@rctlegal.com |
| acaton@kramerlevin.com | aunger@sidley.com |
| adam.brezine@hro.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcy@ntexas-attorneys.com |
| aglenn@kasowitz.com | bankruptcymatters@us.nomura.com |
| agold@herrick.com | barbra.parlin@hklaw.com |
| agoldstein@tnsj-law.com | bbisignani@postschell.com |
| agottfried@morganlewis.com | bcarlson@co.sanmateo.ca.us |
| aisenberg@saul.com | bdk@schlamstone.com |
| akadish@dtlawgroup.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bruce.wright@sutherland.com |
| amh@amhandlerlaw.com | bstrickland@wtplaw.com |
| andrew.brozman@cliffordchance.com | btrust@mayerbrown.com |
| andrew.lourie@kobrekim.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolfe@sheppardmullin.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | caitrin.mckiernan@freshfields.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| apalazzolo@fzwz.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arainone@bracheichler.com | cdesiderio@nixonpeabody.com |
| arheaume@riemerlaw.com | cgonzalez@diazreus.com |
| arlbank@pbfcm.com | chad.husnick@kirkland.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |

1

chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com

2

| | |
|---|---|
| eglas@mccarter.com | howard.hawkins@cwt.com |
| ekbergc@lanepowell.com | hseife@chadbourne.com |
| eleicht@whitecase.com | hsnovikoff@wlrk.com |
| ellen.halstead@cwt.com | hsteel@brownrudnick.com |
| emagnelli@bracheichler.com | ian.roberts@bakerbotts.com |
| emerberg@mayerbrown.com | icatto@mwe.com |
| enkaplan@kaplanlandau.com | igoldstein@proskauer.com |
| eobrien@sbchlaw.com | ilevee@lowenstein.com |
| epearlman@scottwoodcapital.com | israel.dahan@cwt.com |
| erin.mautner@bingham.com | iva.uroic@dechert.com |
| eschwartz@contrariancapital.com | jacobsonn@sec.gov |
| etillinghast@sheppardmullin.com | james.heaney@lawdeb.com |
| ezujkowski@emmetmarvin.com | james.mcclammy@dpw.com |
| fbp@ppgms.com | james.sprayregen@kirkland.com |
| ffm@bostonbusinesslaw.com | jamesboyajian@gmail.com |
| fhenn@law.nyc.gov | jamestecce@quinnemanuel.com |
| fhyman@mayerbrown.com | jar@outtengolden.com |
| foont@foontlaw.com | jason.jurgens@cwt.com |
| fritschj@sullcrom.com | jay.hurst@oag.state.tx.us |
| fsosnick@shearman.com | jay@kleinsolomon.com |
| fyates@sonnenschein.com | jbeemer@entwistle-law.com |
| gabriel.delvirginia@verizon.net | jbeiers@co.sanmateo.ca.us |
| gary.ravertpllc@gmail.com | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| george.south@dlapiper.com | jcarberry@cl-law.com |
| ggitomer@mkbattorneys.com | jchristian@tobinlaw.com |
| ggoodman@foley.com | jchubak@proskauer.com |
| giddens@hugheshubbard.com | jdoran@haslaw.com |
| gkaden@goulstonstorrs.com | jdrucker@coleschotz.com |
| glenn.siegel@dechert.com | jdwarner@warnerandscheuerman.com |
| gmoss@riemerlaw.com | jdweck@sutherland.com |
| goldenberg@ssnyc.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| harrisjm@michigan.gov | jeanites@whiteandwilliams.com |
| harveystrickon@paulhastings.com | jeannette.boot@wilmerhale.com |
| hbeltzer@mayerbrown.com | jeff.wittig@coair.com |
| heim.steve@dorsey.com | jeffery.black@bingham.com |
| heiser@chapman.com | jeffrey.sabin@bingham.com |
| hmagaliff@r3mlaw.com | jeldredge@velaw.com |
| hollace.cohen@troutmansanders.com | jemma.mcpherson@cliffordchance.com |
| holsen@stroock.com | jennifer.demarco@cliffordchance.com |

Lehman Brothers Holdings Inc., Email Service List

jennifer.gore@shell.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com

jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com

Lehman Brothers Holdings Inc., Email Service List

kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com

mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
michelle.park@freshfields.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com

mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com

Lehman Brothers Holdings Inc., Email Service List

rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com

Lehman Brothers Holdings Inc., Email Service List

thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| ABRAMS, STANLEY | | stan.abrams@ubs.com |
| ADLER, JENNIFER S. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| ALI, ASGAR | | asgaraali@gmail.com |
| ALLARD, ANDREW | | angallard@aol.com |
| ANDERSON, IAN W. | | ian.anderson@btinternet.com |
| ANDRIOLA, ROCCO F. | | knash@gwfglaw.com |
| ANTONCIC, MADELYN | Lisa Solomon | lisa.solomon@att.net |
| BANCHETTI, RICCARDO | Lisa Solomon | lisa.solomon@att.net |
| BARDEHLE, CHRISTIAN | | c.bardehle@me.com; |
| BAREGGI, MICHELE | Lisa Solomon | lisa.solomon@att.net |
| BAZYLEVSKY, BO | | bobaz@mac.com |
| BECKER, JENNIFER | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BENSON, CRAIG O. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BIRASCHI,PAOLA | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BIRD, RICHARD | | 4thbird@googlemail.com |
| BOGERT, LISA R | | lrbogey@earthlink.net; lbogert@nb.com |
| BOUGHRUM, DONALD J. | Bob Michaelson | rmichaelson@r3mlaw.com |
| BOWYER, MICHAEL L. | | ml.bowyer@gmail.com ambowyer@hotmail.com |
| BRANCATO, JENNIFER | | jennifer.brancato@gmail.com |
| BREWER, KAREN H | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BROADBENT, WILLIAM S. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BROOKS, DAVID J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BURKE, TIMOTHY A. | Lisa Solomon | lisa.solomon@att.net |
| BUTLER-MCLAUGHLIN, CECELIA E. | | cebmac1@msn.com |
| CALLIES,GUILLEMETTE | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| CARANGO, ANTHONY T. | | acarango@mba2003.hbs.edu; acarango@gmail.com acarango@mba2003.hbs.edu |
| CASSANOVA, CATRINA | | catrina.cassanova@nb.com |
| CASUPLE, VIRGILIO | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| CATALAO MAIA, ALEXANDRE | | alex_maia@yahoo.com |
| CHAN, SHIRLEY | | shirley.chan@nomura.co |
| CHEN, KENG-CHONG | | kchen328@gmail.com |
| CINTRON, JACQUELINE | | Jacqueline.cintron@icloud.com |
| COHEN, DARIAN J. | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| COHEN, GUSTAVO SEBASTIAN | | gustavo.cohen@ba053.com gusicohen@hotmail.com |
| COLLIER, MICHAEL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| COLTON, DAVID | | dscolton@yahoo.com |
| CRASTON, EDMUND ANTHONY | | ecraston@yahoo.co.uk |
| CREMIN, PATRICK G. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| D'AMADEO, JOSEPH G | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DAY, GEMMA | | bekhols@aol.com |
| DE JESUS, NESTOR E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DESFORGES, MATHIEU | | mathieu.desforges@yahoo.com |
| DICCIANNI, CHARLES | | cdiccianni@hvc.rr.com |
| DICENSO, JOSEPH | | jdicenso@gmail.com |
| DMUCHOWSKI, JOHN J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DUFFY, KATHLEEN C. | | kcduffy539@nyc.rr.com |
| DUFOURNIER, PHILIPPE | Lisa Solomon | lisa.solomon@att.net |
| DYER, ROBERT C. | | robert_dyer@ml.com |
| ENGEL, STEVEN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| ERTMANN, JAMES | | james.ertmann@barclays.com; james.ertmann@barclayswealth.com |
| ESCOBAR, CALIXTO M. JR. | | cescobar@barcap.com |
| FALLTRICK, BARRY J | | barryfalltrick@aol.com |
| FELDERHOF, STEPHEN | | steve.felderhof@hushmail.com |
| FINKEL, SETH J. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| FLEISCHMAN RICHMAN, SANDY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| FLYNN, PATRICK | | patrick.flynn@nb.com |
| FRASER-JENKINS,INIGO L | | inigo.fraser-jenkins@nomura.com |
| GATTUSO, MARGARET E. | | mgattuso@nb.com |
| GLASEBROOK, RICHARD J., II | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| GOLDBERG, JASON | | jason.goldberg@barclayscapital.com |
| GOLDBERG, LOUISE | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GOLDMAN, SHERYL | | goldsultan2@wideopenwest.com |
| GOYAL, ANSHU | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GRAN, MICHAEL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GRAVES, ADRIAN T | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GROSS, BRIAN M. | | grossbme@yahoo.com |
| HAHN-COLBERT, SANDRA M | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| HALL, ROOPALI A. | | roopali.hall@gmail.com |
| HARGRAVE, BRIAN | | bkhargrave@gmail.com |
| HASHIDA, AKIKO | | min616@mac.com |
| HAWES, GREGG W. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| HOAR, NICK JOHN | | nick.hoar@nb.com |
| HOM, MICHAEL C. | | mikehom@yahoo.com |
| HORNICK, PETER | Lisa Solomon | lisa.solomon@att.net |
| HOWARD, NICHOLAS P. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| HUTTON, RANDALL J. | | rhutton@libertyview.com |
| IRAGORRI, JULIAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| IYER, SUBRAMANIUM | | subramanium.iyer@nomura.com |
| JACOBSON, LARS P. | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| JAO, ANDREA T. | | Andrea.Jao@gmail.com |
| JENCKES, GEORGE A., IV | | george.jenckes@ustrust.com |
| JUDD, IAN | | i.judd@ntlworld.com |
| KENNEY, ARTHUR J. | | olimpiamilano18@gmail.com |
| KENNEY, JUDITH ANN | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| KETTLER, R. KYLE | | kylekettler@comcast.net |
| KILGALLON, JOHNINE | | kilgallon@nyc.rr.com |
| KING, HARRIET CHAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| KOTIAN, SURAJ | | kotiansuraj@yahoo.com; suraj.kotian@nomura.com |
| KRIEGER, KAREN M. SIMON | | kmskrieger@gmail.com; karenmsk@aol.com |
| LANGEVIN, MARY | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| LANKEN, JONATHAN P | | jonathan.lanken@gmail.com |
| LATIFA, DEBBARH | | latifa.debbarh@btinternet.com |
| LAWRENCE III, HENRY MORGAN | Bob Michaelson | rmichaelson@r3mlaw.com |
| LAWRENCE, NICOLE S. | Bob Michaelson | rmichaelson@r3mlaw.com |
| LAWSKY, MICHAEL | Lisa Solomon | lisa.solomon@att.net |
| LEGOTTE, LEONARD J. | | dblxpresso@msn.com |
| LENG, MANHUA | | manhua_leng@yahoo.com |
| LEUNG, PAMELA | | pam.leung@gmail.com |
| LEV ARI, TAL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LEVILEV, YERUCHIM | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LEVINE, RICHARD S. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| LEVY, STEWART F. | | stewart.levy@barcap.com |
| LEWIS, SARAH J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LIOTTI, FABIO | Daniel Carragher, M Ginzburg, Day Pitn | djcarragher@daypitney.com; mginzburg@daypitney.com |
| LISTER, JAMES G. | | mgrenert@liddlerobinson.com |
| LOWE, TIA GELAINE | | tia.lowe@nb.com |
| LUKEN, PATRICIA M. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LYNCH, MARY A. | | mlynch501@gmail.com |
| MALCOLM, ANDREW | | andrew.malcolmuk@gmail.com |
| MARNEY, LESLEY N | | lesley.marney@btinternet.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| MARSHALL, NIKKI A. | Lisa Solomon | lisa.solomon@att.net |
| MCCARTHY, LAWRENCE E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MCCOOEY, KEVIN C. | | kevin.mccooey@barclayswealth.com |
| MCCULLY, MICHAEL K. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MCGEE, HUGH | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MENZIES, FIONA M. | | fmenzies@talktalk.net |
| MISCHLER, VINCENT | | vincent.mischler@yahoo.com |
| MONAHAN, BRIAN W. | Bob Michaelson | rmichaelson@r3mlaw.com |
| MUINOS, BARBARA | | 3bbbs@optonline.net |
| MULLEN, TRACY A. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MURPHY, PATRICIA | | pakm@optonline.net |
| NACHIKETA, DAS | Lisa Solomon | lisa.solomon@att.net |
| NACKENSON, RICHARD | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| NEDEV, BORIS | | boris.nedev@gmail.com |
| NETZEL, GAVIN R | | gnetzel@hotmail.com |
| NEVILLE, IAN A | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| NOBLE, RICHARD GRANT | Lisa Solomon | lisa.solomon@att.net |
| NORTH-CLAUSS, BRYAN | | bryan_northclauss@hotmail.com |
| OLIVIER, HELMUT | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| O'MARA, MICHAEL J. | | om507@aol.com |
| O'SULLIVAN, THOMAS J. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PARR, ANKE | Lisa Solomon | lisa.solomon@att.net |
| PATANKAR, SAMEER | | patankarsameer@rediff.com sameer.patankar@nomura.com |
| PATTERSON, MARTIN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PENTON, ANDREA M | | andreapenton@btinternet.com |
| PETRUCELLI, MICHAEL J. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| POCHINAPEDDI, VENKATA | | pvrk_6@yahoo.com |
| POPE, SAMANTHA J. | | sammalthouse@yahoo.co.uk |
| PORTER, BARRY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PRIMIANO, VINCENT A. | Lisa Solomon | lisa.solomon@att.net |
| PULJIC, GORAN | | goranp@optonline.net |
| RADICK, JONATHAN | | aer63@verizon.net |
| RAMALLO, HENRY | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| REINER, BRETT S. | | breiner@nb.com |
| REYCROFT, EMILY M. | | emilyreycroft@yahoo.com |
| REYNOLDS, CHRISTIAN F. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| RIVKIN, JACK L. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| RONCAGLIOLO, JACQUELINE S. | | jroncagl@optonline.net |
| SAKS, ROGER | Edward Magaliff | HMagaliff@R3MLaw.Com |
| SANTODOMINGO MARTELL, ALVARO | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SARKAR, AMIT K | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| SARODE, SUNIL | | sunil.sarode1981@gmail.com sunil.sarode@nomura.com |
| SARONNE, GIANCARLO | Lisa Solomon | lisa.solomon@att.net |
| SAVILLO, JOSEPHINE M. | | jsavillo@verizon.net |
| SCHUSTER, CHRISTIANE | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SCHWAB, STEVEN B | | Steven.Schwab@opco.com |
| SCHWARTZ, MARVIN C | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| SEBIRI, JONATHAN | Lisa Solomon | lisa.solomon@att.net |
| SEWARD, BRIAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SHAH, HARSH | Lisa Solomon | lisa.solomon@att.net |
| SHAPIRO, ROSS B. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SHINDE, SUDARSHAN SUBHASH | | shindesudarshan@gmail.com sudarshan.shinde@nomura.com |
| SHOTTON, PAUL NIGEL | | paulshotton@optonline.net |
| SIEGEL, NORMAN | | norman.siegel@barclays.com norman.siegel@barclayswealth.com |
| SINGH, ANIL KUMAR | | anil.singh@btconnect.com |
| SMITH, MARGARET E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SNELLING, STEPHEN J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SOMMA, GREGG | | greggsomma23@comcast.net |
| SPERO, CHARLES | Lisa Solomon | lisa.solomon@att.net |
| STEVENS, CHRISTIAN E. | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| STIEFEL, STEPHANIE J | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| SULLIVAN, ANDREA | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SURI, TARVINDER SINGH | | tarvinder.suri@nomura.com |
| SWEELY, GORDON | Lisa Solomon | lisa.solomon@att.net |
| TESCHNER, STEFAN | | stefan.teschner@web.de |
| TUIL, LAURENT | | laurent_tuil@hotmail.com |
| TURNBULL, NIGINA | | niginaturnbull@barcap.com |
| VALECCE, JOHN | | avalecce@aol.com |
| VELEBA, MILAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| VOLINI, PIERLUIGI | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WAIRKAR, DINESH VISHWANATH | | dwairkar@gmail.com dinesh.wairkar@nomura.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| WALKER, MATTHEW | | matthew.walker@nomura.com |
| WARD, PETER | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WECKER, JEFFREY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WEINER, DAVID I. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| WEINREICH, RUTH | | ruthiewein@yahoo.com |
| WELCH, COLIN S.A. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WHAMOND, CHRISTIAN | | chriswhamond@optonline.net |
| WIDEMAN, ANDREW | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| WILKINSON, TIMOTHY B | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WILSON, KELLY WEINBERGER | | kelly.wilson@bnymellon.com |
| WILSON, ROBERT W. | | mr.mrswilson@hotmail.com |
| WINCHESTER, JUDITH A. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WREN, ALEX H | | alexwren@hotmail.com |

**EXHIBIT B**

Lehman Brothers Holdings Inc., Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KILGALLON, JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 70 W 93RD ST APT 28G NEW YORK NY 10025-0012 |
| WANG, YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |

**Total Creditor count  27**