UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                             :

In re:                    :       **Chapter 11**
                      :

**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :  **Case No. 08-13555 (SCC)**
                      :

**Debtors.**                  :
                      :   **Ref. Docket No. 43704**

---------------------------------------------------------------------------x
                      :

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**  :
                      :

          **Plaintiff,**      :
                      :

- against -           :   **Adversary Proceeding**
                      :   **No. 10-03547 (SCC)**

**BANK OF AMERICA NATIONAL ASSOCIATION,**  :
**et al.,**                 :
                      :

          **Defendants.**     :
                      :   **Ref. Docket Nos. 717 & 718**

---------------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 24, 2014, I caused to be served the:

    a) "Notice of Revised Proposed Scheduling Order and Hearing," dated March 24, 2014 [Docket No. 43704 in Case No. 08-13555 and Docket No. 717 in Adv. Proc. Case No. 10-03547], (the "Proposed Scheduling Order Notice"), and

    b) "Notice of Voluntary Dismissal," *relating to Blue Point CDO Series*, dated March 24, 2014 [Docket No. 718 in Adv. Proc. Case No. 10-03547], (the "Voluntary Dismissal Notice"),

by causing true and correct copies of the:

i.    Proposed Scheduling Order Notice and Voluntary Dismissal Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.    Proposed Scheduling Order Notice and Voluntary Dismissal Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

iii.    Proposed Scheduling Order Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

iv.    Proposed Scheduling Order Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
25th day of March, 2014

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 801 GRAND CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SERIES 2006-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-2 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO: SHINHAN BANK, THE DAEGU BANK, LTD.) ATTN: STEVEN M. PESNER, DEBORAH NEWMAN, ROXANNE TIZRAVESH, JUSTIN BELL ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSS HAUER FELD LLP | ATTN: STEVEN PESNER, DEBORAH NEWMAN, ROXANNE TIZRAVESH (COUNSEL FOR NONGHYUP BANK; FKA KOREAS NATL AGRICULTURAL COOP) ONE BRYANT PARK NEW YORK NY 10036 |
| ALSTON & BIRD LLP | (BANK OF AMERICA NA & MERRILL LYNCH) ATTN: ALEXANDER S. LORENZO 90 PARK AVENUE NEW YORK NY 10016 |
| ALSTON HUNT FLOYD & ING | 1001 BISHOP STREET 18TH FLOOR HONOLULU HI 96813 |
| ALTA CDO LLC, FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ALTA CDO LLC, FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ALTA CDO SPC, F/A/O THE SERIES 2007-1 SEG. PORTF | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO SPC, F/A/O THE SERIES 2007-2 SEG. PORTF | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | ANTHONY W. CLARK, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899-0636 |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | AFLAC US AFLAC INCORPORATED 1932 WYNNTON RD. COLUMBUS GA 31999-0001 |
| AMERITAS LIFE INS. CORP. | DANIEL S. SHICK, ESQ. VICE PRESIDENT, ASSOCIATE GENERAL COUNSEL AMERITAS 1876 WAYCROSS RD. CINCINNATI OH 45240 |
| AMERITAS LIFE INS. CORP. | 5900 O. STREET LINCOLN NE 68506 |
| ANZ INVESTMENT BANK | 833 COLLINS STREET ANZ CENTRE, LEVEL 9 DOCKLANDS, MELBOURNE VIC 3008 AUSTRALIA |
| ANZ NOMINEES LIMITED | LEVEL 6 100 QUEEN STREET, MELBOURNE, VIC 3000 AUSTRALIA |
| ANZ NOMINEES LIMITED | ADRIAN KENNEDY, ESQ. CORPORATE LAWYER DISPUTE RESOLUTION GROUP AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED LEVEL 9A, 833 COLLINS STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| ARCHER & GRIENER, P.C. | COUNSEL TO: BANKAMERICA NATIONAL ASSOCIATION ATTN: JOHN V. FIORELLA, ESQ., STEPHEN M. PACKMAN ESQ. ONE CENTENNIAL SQUARE HADDONFIELD NJ 08033-3043 |
| ATLANTIC CENTRAL BANKERS BANK | 1400 MARKET STREET CAMP HILL PA 17011-4831 |
| BANCO CREDITO DEL PERU | C/O SHEARMAN AND STERLING LLP ATTN: ANDREW V. TENZER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANCO CREDITO DEL PERU | C/O SHERMAN AND STERLING LLP 599 LEXIGTON AVE. ATTN:  ANDREW V. TENZER, ESQ. ATTN:  ANDREW V. TENZER, ESQ. NEW YORK NY 10522 |
| BANK OF AMERICA N.A. | C/O ALSTON & BIRD LLP ATTN: ALEXANDER S. LORENZO 90 PARK AVENUE NEW YORK NY 10016 |
| BANK OF AMERICA N.A. | C/O ALSTON & BIRD LLP ATTN: JOHN C. WEITNAUER ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| BANK OF NEW YORK MELLON | C/O REED SMITH LLP ATTN: ERIC A. SCHAFFER ESQ. 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| BANK OF NY CORPORATE TRUSTEE SERVICES LIMITED | ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE C/O REED SMITH LLP NEW YORK NY 10022 |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | LOWENSTEIN SANDLER LLP ATTN: JEFFREY D. PROL, ESQ., JEFFREY A. KRAMER 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | BERNARD J. COONEY, ESQ. LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BARCLAYS BANK PLC | C/O SULLIVAN & CROMWELL LLP ATTN: ROBINSON B. LACY 125 BROAD ST NEW YORK NY 10004 |

| Claim Name | Address Information |
| --- | --- |
| BARCLAYS BANK PLC | C/O ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | 745 SEVENTH AVE NEW YORK NY 10019 |
| BARTON SPRINGS CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SPC, FAO THE SERIES 2005-1 | SEG. PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BARTON SPRINGS CDO SPC, FAO THE SERIES 2005-2 | SEG. PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BASIS CAPITAL PTY LIMITED | LEVEL 13 REGUS MACQUARIE HOUSE 167 MACQUARIE STREET SYDNEY NSW-2000 AUSTRALIA |
| BENEFICIAL FINANCIAL GROUP | 150 SOCIAL HALL AVENUE SALT LAKE CITY UT 84136 |
| BERYL FINANCE LIMITED SERIES 2007-17 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-18 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BIG HORN CDO 2007-1-COLLATERAL | BIG HORN STRUCTURED FUNDING CDO 2007-1 MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1002 CAYMAN ISLANDS |
| BINGHAM MCCUTCHEN LLP | COUNSEL: BANK OF FUKUOKA, CONTINENTAL LIFE, PUTNAM FIDUCIARY MODERN WOODMEN OF AMERICA, PHOENIX LIFE INSURANCE, SUN LIFE ASSURANCE ATTN: JOSHUA DORCHAK, PATRICK FANG 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | HAROLD S. HORWICH COUNSEL: CONTINENTAL LIFE, PUTNAM FIDUCIARY, MODERN WOODMEN OF AMERICA PHOENIX LIFE INS, UBS LONDON/SECURITIES/FIXED INCOME, SUN LIFE ASSUR. ONE STATE STREET HARTFORD CT 06103-3178 |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN | C/O KEVIN M. STANKO 600 LAFAYETTE EAST SUITE 1925 DETROIT MI 48226 |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN | 600 LAFAYETTE EAST SUITE 1929 DETROIT MI 48226 |
| BLUE CROSS BLUE SHIELD OF MICHIGAN | C/O BODMAN PLC ATTN: BRIAN R. TRUMBAUER, ESQ. 1901 ST. ANTOINE STREET 6TH FLOOR AT FORD FIELD DETROIT MI 48226 |
| BLUE CROSS SHIELD OF MICHIGAN | C/O REED SMITH ATTN: ERIC A. SCHAFFER, ESQ,  JOSEPH D. FILLOY, ESQ. 599 LEXINGTON  AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| BLUE HERON FUNDING II, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING II, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING IX, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING IX, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING V, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING V, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VI, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VI, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VII, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VII, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE POINT CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SPC, F/A/O THE SERIES 2005-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
| --- | --- |
| BLUE POINT CDO SPC, F/A/O THE SERIES 2005-2 | SEG PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BONNIE BURMAN | 40 BRUNELL AVE LENOX MA 01240-2025 |
| BONNIE BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| BPCE | (SUCCESSOR TO GROUPE CAISSE D'EPARGNE) ATTN:  MR. NICOLAS DUHAMEL 50 AVENUE PIERRE MENDES FRANCE PARIS CEDEX 13 75201 FRANCE |
| BRODERICK CDO 3, LTD. | WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN GEORGE TOWN, GRAND CAYMAN CAYMAN ISLAN DS KY1-9002 CAYMAN ISLANDS |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, ESQ (COUNSEL: CUTWATER ASSET MANAGEMENT) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CANNINGTON FUNDING, LTD. | 281 TRESSER BLVD. TWO STAMFORD PLAZA, SUITE 1102 STAMFORD CT 06901 |
| CANNINGTON FUNDING, LTD. | ATTN: ANDREW B. KRATENSTEIN MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| CHAPMAN & CUTLER LLP | 1270 AVENUE OF THE AMERICAS FL 30 NEW YORK NY 10020-1708 |
| CHAPMAN & CUTLER LLP | ATTN: CRAIG PRICE & LAURA APPLEBY COUNSEL TO US BANK NATIONAL, ASSOC., AS TRUSTEE FOR KLIO II FUNDING & WHITEHAWK CDO FUNDING LTD./WHITEHAWK CDO FUND LLC 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| CHAPMAN & CUTLER LLP | ATTN: JEFFREY G. CLOSE & JEREMY D. SCHREIBER (COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND II) 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHAPMAN AND CUTLER LLP | ATTN: JAMES SPIOTTO, ANN ACKER, FRANKLIN TOP, III, JEREMY SCHREIBER COUNSEL TO U.S. BANK NATIONAL ASSOC. & WHITEHAWK CDO FUNDING LTD/LLC 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHERRY HILL CDO LLC FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO LLC FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-1 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-2 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHEYNE CLO INVESTMENTS I LTD. | JEFFREY BRONHEIM, ESQ. STOMOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH GREAT BRITAIN |
| CHEYNE CLO INVESTMENTS I LTD. | ATTN: CAROLINE MCGONAGLE C/O CHARTERED CORPORATE SERVICES TANEY HALL EGLINTON TERRACE DUNDRUM DUBLIN 14 IRELAND |
| CITIBANK, N.A | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: STEPHEN J. SHIMSHAK ESQ. DOUGLAS DAVIS ESQ. & CLAUDIA HAMMERMAN ESQ. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITICORP NOMINEES PTY LTD. | CITICORP NOMINEES PTY LIMITED GPO BOX 764G MELBOURNE, VIC 300 AUSTRALIA |
| CITICORP NOMINEES PTY LTD. | JEFFREY W. GETTLEMAN, ESQ. KIRKLAND & ELLIS LLP 300 NORTH LA SALLE STREET CHICAGO IL 60654 |
| CITIGROUP GLOBAL MARKETS | C/O  PAUL WEISS RIFKIND WHARTON AND GARRISON LLP ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS, INC. | CITIGROUP GLOBAL MARKETS INC. 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | ELIZABETH HAMMERMAN, ESQ. WILLIAM CLAREMAN, ESQ. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITY OF PHILADELPHIA BOARD OF | PENSIONS AND RETIREMENT 2 PENN CENTER PLAZA, 16TH FLOOR ATTN: CHRIS MCDONOUGH, CHIEF INVESTMENT OFFICER PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | C/O CHRIS MCDONOUGH 2 PENN CENTER PLAZA, 16TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | CHRISTOPHER DIFUSCO - DIVISIONAL DEPUTY SOLICITOR DEPUTY CITY SOLICITOR PENSION & INVESTMENT UNIT CITY OF PHILADELPHIA LAW DEPARTMENT 1515 ARCH STREET, 17TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF SOMERVILLE | DAVID P SHAPIRO, ASSISTANT CITY SOLICITOR 93 HIGHLAND AVENUE SOMERVILLE MA 02143 |
| CITY OF SOMERVILLE RETIREMENT SYSTEM | C/O MARY PHINNEY CITY HALL ANNEX 50 EVERGREEN AVE. 50 EVERGREEN AVE. |

| Claim Name | Address Information |
| --- | --- |
| CITY OF SOMERVILLE RETIREMENT SYSTEM | SOMERVILLE MA 02145 |
| CLASS V FUNDING | CHAPMAN CUTLER LLP ATTB: CRAIG PRICE, LAURA APPLEBY 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| CLASS V FUNDING | CHAPMAN & CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III, JEREMY SCHREIBER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CLASS V FUNDING III, CORP. | BANK OF AMERICA, N.A. AS FORMER TRUSTEE C/O MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016 |
| CLASS V FUNDING III, CORP. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| CLASS V FUNDING III, LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| CLEARSTREAM BANKING SA | ATTN: JEFFREY TESSLER, CEO 42 AVENUE JF KENNEDY LUXEMBOURG L-1855 LUXEMBOURG |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JEFFREY A. ROSENTHAL ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: CARMINE D. BOCCUZZI, JR. (COUNSEL TO GOLDMAN SACHS INTERNATIONAL & GOLDMAN SACHS & CO.) ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COPPER CREEK CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| COPPER CREEK CDO SPC, F/A/O SERIES 2007-1 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| COUNTRY LIFE INSURANCE | MORGAN, LEWIS & BOCKIUS LLP ATTN: ANDREW D. GOTTFRIED, PATRICK D. FLEMING 101 PARK AVENUE NEW YORK NY 10178-0600 |
| COUNTRY LIFE INSURANCE | MORGAN, LEWIS & BOCKIUS LLP ATTN: JOHN C. GOODCHILD, III 1701 MARKET STREET PHILADELPHIA PA 19103-2921 |
| COUNTRY LIFE INSURANCE COMPANY | 1701 N. TOWANDA AVENUE ATTN:  KURT F. BOCK BLOOMINGTON IL 61701-2057 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A CALYON NEW YORK) C/O ANDREW BROZMAN, ESQ. CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: JEAN FRANCOIS DEROCHE, SENIOR REGIONAL OFFICER 1301 AVENUE OF THE AMERICAS -15TH FLOOR NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A/ CALYON), C/O CLIFFORD CHANCE ATTN: ANDREW BRONZMAN; ANTHONY CANDIDO; 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| CROWN CITY CDO 2005-1 LIMITED | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 8 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| CROWN CITY CDO 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CROWN CITY CDO 2005-2 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-2 LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| DAEGU BANK | AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: STEVEN M. PESNER, DEBORAH NEWMAN, JUSTIN H. BELL, ROXANNE TIZRAVESH ONE BRYANT PARK NEW YORK NY 10036 |
| DECHERT LLP | GARY J. MENNITT (COUNSEL: FORWARD FUNDS & FORWARD INVESTMENT GRADE FIXED INCOME) 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEUTSCHE APOTHEKER-UND ARZTEBANK | RICHARD-OSKAR-MATTERN-STRABE 6 ATTN: GERHARD K. GIRNER, MANAGING MEMBER DUSSELDORF 40547 GERMANY |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O NIXON PEABODY, LLC ATTN: DAVID H. LEE & CHRISTOPHER DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O NIXON PEABODY, LLC ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN 100 SUMMER STREET BOSTON MA 02110 |
| DIAMOND MCCARTHY LLP | ATTN: HOWARD D. RESSLER, STEPHEN T. LODEN & BENJAMIN GARRY (COUNSEL TO JA HOKKAIDO SHINREN) 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| DIVERSEY HARBOR ABS CDO, INC. | CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| DIVERSEY HARBOR ABS CDO, INC. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| DIVERSEY HARBOR ABS CDO, LTD. | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET GRAND CAYMAN KY1-9001 CAYMAN ISLANDS |
| DIVERSEY HARBOR ABS CDO, LTD. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III |

| Claim Name | Address Information |
|---|---|
| DIVERSEY HARBOR ABS CDO, LTD. | CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| EASTERN METROPOLITAN REGIONAL COUNCIL | ATTN: PETER B. SCHNEIDER 1ST FLOOR, ASCOT PLACE 226 GREAT EASTERN HWY BELMONT, WA 6104 AUSTRALIA |
| EDISON INTERNATIONAL | C/O VIVKI KAISER; LEON BASS JR. P.O. BOX 800 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| EDISON INTERNATIONAL | C/O VIVKI KAISER P.O. BOX 800 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| EDISON INTERNATIONAL | P.O. BOX 976 ROSMEAD CA 91770 |
| ELLIOT ASSOCIATES, INC. L.P. | C/O KLEINBERG KAPLAN WOLFF & COHEN P.C.; ATTN: DAVID PARKER 551 5TH AVENUE NEW YORK NY 10176 |
| ELLIOTT INTERNATIONAL, L.P. | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| EMBASSY & CO. | C/O U.S. BANK CORPORATE TRUSTEE SERVICES 60 LIVINGSTONE AVENUE ST. PAUL MN 55107 |
| ENSIGN PEAK ADVISORS | JOSHUA DORCHAK PATRICK S. FANG BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| ENSIGN PEAK ADVISORS INC. | ATTN; ROGER G. CLARK, PRESIDENT 50 E. NORTH TEMPLE 2WW SALT LAKE CITY UT 84150 |
| ERMAN, TEICHER, MILLER, | ZUCKER & FREEDMAN, P.C. EARLE I. ERMAN COUNSEL FOR MICHIGAN CARPENTERS' PENSION FUND 400 GALLERIA OFFICENTRE, SUITE 444 SOUTHFIELD MI 48034 |
| EUROAMERICA SEGUROS DE VIDA SA | C/P VENABLE LLP ATTN: EDWARD A. SMITH DAVID N. CINOTTI 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| EUROCLEAR BANK SA/NV | BOULEVARD DU ROI ALBERT II 1 ATTN: TIM HOWELL, CEO BRUXELLES 1210 BELGIUM |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD 18F SEC 1 TAIPEI 11042 TAIWAN |
| FAXTOR SECURITIES BV | STRAWINSKYLAAN 361 1077 XX AMSTERDAM NETHERLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LIMITED | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 866 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | ATTN: TIMOTHY P. HARKNESS, ESQ., DAVID LIVSHIZ, ESQ, CAITRIN UNA MCKIERNAN, ESQ. & MICHELLE YOUNG SUH PARK, ESQ. (COUNSEL TO SHIELD SECURITIES LIMITED) 601 LEXINGTON AVENUE, 31ST FLOOR NEW YORK NY 10022 |
| FROST BROWN TODD LLC | ATTN: NELSON D. ALEXANDER 201 NORTH ILLINOIS STREET, SUITE 1900 P.O. BOX 44961 INDIANAPOLIS IN 46244-0961 |
| FROST BROWN TODD, LLC | ATTN: RONALD E. GOLD, NELSON ALEXANDER, LINDSEY BAKER 3300 GREAT AMERICAN TOWER 301 EAST FOURTH STREET CINCINNATI OH 45202 |
| FULLERTON DRIVE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| FULLERTON DRIVE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE, SUITE 101 DOVER DE 19904 |
| FULTON STREET CDO CORP. | FULTON STREET CDO FUNDING CORP. C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| GARADEX INC. | C/O EDWARD A. SMITH, ESQ. VENABLE LLP ROCKEFELLER CENTER ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| GARADEX, INC | C/O VENABLE LLC ATTN: EDWARD A. SMITH, ESQ ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | C/O VENABLE LLP 1270 AVENUE OF THE AMERICAS ATTN: MARGALIT A. MOCHE, ESQ. ATTN: MARGALIT A. MOCHE, ESQ. NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | EDWARD A. SMITH, ESQ. VENABLE LLP 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| GATEX, INC | C/O VENABLE LLC ATTN: EDWARD A. SMITH, ESQ ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. | DAVID B. ZOFFER, ESQ. GENWORTH FINANCIAL DEPUTY GENERAL COUNSEL – LITIGATION 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | 6620 WEST BROAD STREET ATTN: PAMELA S. SCHUTZ, CEO RICHMOND VA 23230 |

| Claim Name | Address Information |
|---|---|
| GEOMETRIC ASSET FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| GOLDMAN SACHS INTERNATIONAL | 133 FLEET STREET ATTN: MICHAEL S. SHERWOOD, CO-CEO LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | CARMINE D. BOCCUZZI, JR., ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006-1470 |
| GOLDMAN, SACHS & CO. | 200 WEST STREET ATTN: LLOYD C. BLANKFEIN, CEO NEW YORK NY 10282 |
| GOLMAN SACHS INTERATNIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: CARMINE D. BOCCUZZI, JR. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GORDON RAUSSER | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (IRA) | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER (IRA) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GRAND AVENUE CDO III | GRAND AVENUE CDO III, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLAN KY1-1102 CAYMAN ISLANDS |
| GREYSTONE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| GREYSTONE CDO SERIES 2006-2 LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-1 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-2 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| GUO HUA LIFE INSURANCE, LTD. | 3F 42 CHUNG SHAN NORTH ROAD SECTION 2 TAIPEI TAIWAN |
| GUOHUA LIFE INSURANCE CO. LTD. | SHANGHAI WORLD FINANCIAL CENTER NO.100, CENTURY AVE. PUDONG NEW AREA PUDONG NEW AREA SHANGHAI CHINA |
| HAVENROCK II LIMITED | 26 NEW STREET ST. HELIER, JERSEY JE2 3RA CHANNEL ISLANDS |
| HELIOS ADVANTAGE INCOME FUND INC. | (F/K/A RMK ADVANTAGE INCOME FUND, INC.) SATTERLEE STEPHENS BURKE & BURKE LLP RICHARD C. SCHOENSTEIN DAI WAI CHIN FEMAN 230 PARK AVENUE NEW YORK NY 10169-0079 |
| HELIOS HIGH INCOME FUND INC. | (F/K/A RMK HIGH INCOME FUND INC.) SATTERLEE STEPHENS BURKE & BURKE LLP RICHARD C. SCHOENSTEIN DAI WAI CHIN FEMAN 230 PARK AVENUE NEW YORK NY 10169-0079 |
| HELIOS MULTI-SECTOR HIGH INCOME FUND INC. | (F/K/A RMK MULTI-SECTOR HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS STRATEGIC INCOME FUND INC. | (F/K/A RMK STRATEGIC INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HHE PARTNERSHIP LP | 2700 DELK ROAD, SUITE 100 MARIETTA GA 30067 |
| HOGAN LOVELLS US LLP | COUNSEL TO: SCOR REINSURANCE COMPANY ATTN: PETER A. IVANICK, ANDREW BEHRMAN, HUGH F. HILL 875 THIRD AVENUE NEW YORK NY 10022 |
| HSBC ISSUER SERVICES COMMON DEPOSITORY | NOMINEE (UK) LIMITED 8 CANADA SQUARE ATTN: MICHAEL ANTHONY MCPOLIN, DIRECTOR LONDON E14 5HQ UNITED KINGDOM |
| HUNTON & WILLIAMS | ATTN: JOHN R. HEIN, ESQ. 200 PARK AVENUE, 52ND FLOOR NEW YORK NY 10166-0005 |
| HUNTON & WILLIAMS LLP | ATTN: BENJAMIN C. ACKERLY, ESQ 951 E. BYRD STREET, 2ND FLOOR RICHMOND VA 23219 |
| ICE MILLER LLP | COUNSEL TO ILLINOIS MUNICIPAL RETIREMENT FUND ATTN: DANIEL R. SWETMAN 250 WEST STREET, SUITE 700 COLUMBUS OH 43215 |
| IHOR G. RAKOWSKY, ESQ. | DIRECTOR AND ASSOCIATE GENERAL COUNSEL CITI ALTERNATIVE INVESTMENTS 731 LEXINGTON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| IKB DEUTSCHE INDUSTRIEBANK | WLLHELM-BOTZKES STRABE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | ATTN: GUNTHER BRAUNIG, CEO WILHELM-BOZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |

| Claim Name | Address Information |
|---|---|
| IKB DEUTSCHE INDUSTRIEBANK AG | RICHARD F. SCHWED, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | C/O ICE MILLER LLP ATTN: DANIEL R. SWETNAM ESQ 250 WEST ST STE 700 COLUMBUS OH 43215 |
| J.P. MORGAN SECURITIES, LTD. | 120 LONDON WALL ATTN: CONNOR SHERRARD, EXECUTIVE DIRECTOR LONDON EC2Y 5ET UNITED KINGDOM |
| JA HOKKAIDO SHINREN | JA – HOKKAIDO SHINREN 1-1, KITA 4 JO-NISHI CHUO-KU, SAPPORO CITY HOKKAIDO 060-0004 JAPAN |
| JA HOKKAIDO SHINREN | 245 PARK AVE. NEW YORK NY 10167-0104 |
| JEFFERSON VALLEY CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| JEFFERSON VALLEY CDO SPC-FAO THE SERIES 2006-1 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| JOHN T. UNGER, ESQ. | THE EDELMAN FINANCIAL GROUP (SMH CAPITAL ADVISORS) 600 TRAVIS STREET, SUITE 5800 HOUSTON TX 77002 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JP MORGAN SECURITIES, L.L.C. | J.P. MORGAN SECURITIES L.L.C. C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| JP MORGAN SECURITIES, L.L.C. | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 1111 POLARIS PARKWAY ATTN:  JAMES DIMON, CEO COLUMBUS OH 43240 |
| JUDITH M ROSENBERG | CHIEF COMPLIANCE OFFICER 101 CALIFORNIA STREET 16TH FLOOR SAN FRANCISCO CA 94111 |
| KINGS RIVER LIMITED | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 866 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| KINGS RIVER LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | ATTN: MARC R. ROSEN, MATTHEW J. GOLD (COUNSEL TO ELLIOTT INTERNATIONAL, L.P. & THE LIVERPOOL LIMITED PARTNERSHIPP 551 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10176 |
| KLIO II FUNDING | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANNE ACKER, FRANKLIN H. TOP, III, JEREMY SCHREIBER 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO II FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO II FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO III FUNDING | CHAPMAN AND CUTLER LLP ATTN: CRAIG PRICE, LAURA APPLEBY 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| KLIO III FUNDING | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANNE ACKER, FRANKLIN H. TOP, III, JEREMY SCHREIBER 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO III FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO III FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO III FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| LAKEVIEW CDO LLC SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF | THE SERIES 2007-2 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF | THE SERIES 2007-3 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-1 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-2 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-3 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| LANCER FUNDING II LTD. | LANCER FUNDING II, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| LANCER FUNDING II, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| LANCER FUNDING II, LLC | LASALLE BANK NATIONAL ASSOCIATION TRUSTEE FOR LANCER FUNDING II, LLC 540 WEST MADISON STREET, SUITE 500 CHICAGO IL 60661 |
| LIFEPLAN AUSTRALIA FRIENDLY SOCIETY LTD. | LEVEL 14 114 ALBERT ROAD ATTN: ROHAN MEAD, MANAGING DIRECTOR SOUTH MELBOURNE, VIC 3205 AUSTRALIA |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | MORGAN LEWIS & BOCKIUS LLP ATTN: ANDREW D. GOTTFRIED, PATRICK D. FLEMING 101 PARK AVENUE NEW YORK NY 10178-0600 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | MORGAN, LEWIS & BOCKIUS LLP ATTN: JOHN C. GOODRICH, III 1701 MARKET STREET PHILADELPHIA PA 19103-2921 |
| LINKLATERS LLP | ATTN: JAMES R. WARNOT, JR. & PAUL S. HESSLER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LINKLATERS LLP | ATTN: JAMES R. WARNOT, JR. & PAUL S. HESSLER (COUNSEL TO TAIWAN LIFE) 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LONG ISLAND INTERNATIONAL LIMITED | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| LONG ISLAND INTERNATIONAL LIMITED | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004-2498 |
| LORELEY FINANCING (JERSEY) NO. 15 LIMITED | LORELEY FINANCING (JERSEY) 15 LIMITED 26 NEW ST. ST. HELIER JERSEY JE2 3RA CHANNEL ISLANDS |
| LOWENSTEIN SANDLER | ATTN: JEFFREY D. PROLL, ESQ., JEFFREY A. KRAMER, ESQ. COUNSEL TO: BANK SIOPAC F/K/A INTERNATIONAL BANK OF TAIPEI 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MACQUARIE BANK LTD. O/A MACQUARIE PRISIM | P/L ALTERNATIVE INVESTMENT A/C NO. 1 MARTIN PLACE ATTN: NICHOLAS MOORE, EXECUTIVE DIRECTOR SYDNEY, NSW 2000 AUSTRALIA |
| MAGNETAR CAPITAL MASTER FUND, LTD | C/O SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA ESQ 787 SEVENTH AVE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION FUND II LTD. | MAGNETAR CONSTELLATION FUND II, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION FUND II LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | MAGNETAR CONSTELLATION MASTER FUND III, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | MAGNETAR CONSTELLATION MASTER FUND, LTD. C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED 89 NEXUS WAY, 2ND FLOOR CAMANA BAY P.O. BOX 31106 GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MARSH & MCLENNAN MASTER RETIREMENT TRUST | C/O BINGHAM MCCUTCHEN ATTN: JOSH DORCHAK 150 FEDERAL STREET BOSTON MA 02110 |
| MASTER TRUST BANK OF JAPAN LTD. | MTBJ BLDG., 2-11-3 ATTN: TOSHIO KOYAMA, CHAIRMAN HAMAMATSUCHO, MINATO-KU TOKYO 105-8579 JAPAN |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER 245 PARK AVENUE, 27TH FLOOR NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER 405 NORTH KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCDERMOTT WILL & EMERY LLP | ATTN: ANDREW B. KRATENSTEIN (COUNSEL TO CANNINGTON FUNDING LTD.) 340 MADISON AVENUE NEW YORK NY 10173 |
| MCKENNA LONG & ALDRIDGE LLP | ATTN: CHRISTOPHER F. GRAHAM (COUNSEL TO ATLAS SPECIALTY INSURANCE LTD. & AXIS SPECIALTY LT. PIMCO HEDGE) 230 PARK AVENUE NEW YORK NY 10169 |
| MCKENNA LONG & ALDRIDGE LLP | ATTN: GARY W. MARSH (COUNSEL TO ATLAS SPECIALTY INSURANCE LTD. & AXIS SPECIALTY LTD. PIMCO HEDGE) 303 PEACHTREE STREET, SUITE 5300 ATLANTA GA 30308 |

| Claim Name | Address Information |
|---|---|
| MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR | SBC MASTER PENSION TRUST 201 WASHINGTON STREET ATTN: JAMES P. PALERMO, PRESIDENT* BOSTON MA 02108 |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | JEFFREY A ROSENTHAL CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MKP VELA CBO LTD. | C/O SCHULTE ROTH & ZABEL LLP ATTN: LAWRENCE V. GELBER, MARCY R. HARRIS, LUCY F. KWESKIN 919 THIRD AVENUE NEW YORK NY 10022 |
| MONEYGRAM SECURITIES LLC | PHILLIP BOHL, ESQ. GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. 500 IDS CENTER 80 SOUTH 8TH STREET MINNEAPOLIS MN 55402 |
| MONTROSE HARBOR CDO I, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONTROSE HARBOR CDO I, INC. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, INC. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MONTROSE HARBOR CDO I, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MONTROSE HARBOR CDO I, LTD. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, LTD. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO LINCOLN NATIONAL LIFE INSURANCE) ATTN: ANDREW D. GOTTFRIED & PATRICK D. FLEMING 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO LINCOLN NATIONAL LIFE INSURANCE & COUNRTY LIFE INS. CO.) ATTN: JOHN C. GOODCHILD, III 1701 MARKET STREET PHILADELPHIA PA 19103-2921 |
| MORGAN STANLEY & CO. INC N/K/A MORGAN STANLEY & CO | VENABLE LLP EDWARD A SMITH & RISHI KAPOOR ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | BRENDAN SNODGRASS, ESQ. VICE PRESIDENT, LEGAL AND COMPLIANCE DIVISION 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | 1585 BROADWAY ATTN: STEVEN GRAHAM, CFO NEW YORK NY 10036 |
| MORGAN, LEWIS & BOCKIUS LLP | ANDREW D. GOTTFRIED, PATRICK D FLEMING, (COUNSEL TO SUSQUEHANNA, SBSI, LINCOLN NATION LIFE INS. CO.) 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MORRISON & FOERSTER LLP | ATTN: BRETT H. MILLER , STACY L. MOLISON COUNSEL TO: FARGLORY LIFE INSURANCE CO, LTD. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MULBERRY STREET CDO, LTD. | PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| NATIONAL NOMINEES LIMITED | 500 BOURKE STREET LEVEL 12 MELBOURNE VIC 3000 AUSTRALIA |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | A.N. ERIC HENRICKS, ESQ. OFFICE OF THE CHIEF LEGAL GOVERNANCE OFFICER ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | NATIONWIDE MUTUAL LIFE INSURANCE COMPANY C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NIXON PEABODY, LLP | COUNSEL TO: ZAIS INVESTMENT GRADE II & LONGSHORE CDO FUNDING 2007-3 ATTN: CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO: ZAIS INVESTMENT GRADE II & LONGSHORE CDO FUNDING 2007-3 ATTN: AMANDA DARWIN & RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | NELSON ALEXANDER, RONALD E GOLD, LINDSEY BAKER, ESQS. FROST BROWN TODD LLC |

| Claim Name | Address Information |
|---|---|
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | 3300 GREAT AMERICAN TOWER 301 EAST FOURTH STREET CINCINNATI OH 45202 |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/5.OG 1010 VIENNA AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/F.OG VIENNA 1010 AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) VINCENT J. ROLDAN, ESQ. DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| OSDF, LTD. | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PANTERA VIVE CDO F/A/O THE SERIES 2007-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PANTERA VIVE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PB CAPITAL CORPORATION | C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PB CAPITAL CORPORATION | C/O JOHN R. ASHMEAD, ESQ. SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PEBBLE CREEK LCDO 2007-2, LLC | DEUTSCHE INTL CORPORATE SERVICES (DELAWARE) 1011 CENTRE RD. SUITE 200 WILMINGTON DE 19805 |
| PEBBLE CREEK LCDO 2007-2, LTD., | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE 171 ELGIN AVENUE GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| PENN'S LANDING CDO LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PENN'S LANDING CDO SPC, F/A/O THE SERIES 2007-1 | SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX 2001-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX 2002-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-2 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PINNACLE POINT FUNDING CORP. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| PINNACLE POINT FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| PPL SERVICES CORPORATION MASTER TRUST | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PPL SERVICES CORPORATION MASTER TRUST | ATTN: ERIC A. SCHAFFER, ESQ. REED SMITH LLP 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| PRINCIPAL LIFE INSURANCE COMPANY | C/O CORPORATION SERVICE COMPANY 505 5TH AVENUE, SUITE 729 DES MOINES IA 50309 |
| PRINCIPAL LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSEE CHAPMAN AND CUTLER LLP ATTN: CRAIG PRICE, LAUREA APPLEBY 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O JAMES SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III, JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSEE CHAPMAN AND CUTLER LLP ATTN: CRAIG PRICE, LAURA APPLEBY 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |

| Claim Name | Address Information |
|---|---|
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE CHAPMAN & CUTLER LLP C/O JAMES SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III,JEREMY SCHREIBER 111 WEST MONROE STREET CHICAGO IL 60603 |
| QUARTZ FINANCE PLC | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| RAACLC TRUST, SERIES 2003-A | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & SECURITIES SERVICES ATTENTION: JIM DELLA SALA 60 WALL STREET NEW YORK NY 10005 |
| RBS GLOBAL BANK & MARKETS | 1271  AVENUE OF THE AMERICAS  STE 43B NEW YORK NY 10020-1401 |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: JOHN HOURICAN, CEO BRISBANE, QLD 4000 AUSTRALIA |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: BRIAN SHEAHAN, MANAGING DIRECTOR BRISBANE, QLD 4000 AUSTRALIA |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO, ESQ. (COUNSEL TO PPL SERVICES CORPORATION MASTER TRUST) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO PPL SERVICES CORPORATION MASTER TRUST) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | 2001 MARKET STREET, SUITE 1500 ATTN: LAWRENCE E. DAURELLE, PRESIDENT & DIRECTOR PHILADELPHIA PA 19103 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-19-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-21-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-1-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2007-4-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RGA REINSURANCE CO. | DANIEL T. GLOWSKI, VICE PRESIDENT AND ASSISTANT GENERAL COUNSEL RGA REINSURANCE COMPANY 1370 TIMBERLAKE MANOR PARKWAY CHESTERFIELD MO 63017 |
| RGA REINSURANCE CO. | C/O CT CORPORATION SYSTEM 120 SOUTH CENTRAL AVENUE, SUITE 400 ATTN: DANIEL T. GLOWSKI, VP & ASST. GEN. COUNSEL CLAYTON MO 63105 |
| RGA REINSURANCE COMPANY, INC. | C/O PATTY TOMASCO JACKSON WALKER LLP 100 CONGRESS AVENUE, SUITE 1100 AUSTIN TX 78701 |
| RUBY FINANCE PLC, F/A/O THE SERIES 2006-4 | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES 2007-1 | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, FOR THE ACCOUNT OF THE | SERIES 2005-1, WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| SAFETY NATIONAL CASUALTY CORPORATION | SIMONE R. BONNET, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SAFETY NATIONAL CASUALTY CORPORATION | 1832 SCHUETZ ROAD ATTN: MARK WILHELM, CEO ST. LOUIS MO 63146 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: RICHARD C. SCHOENSTEIN & DAI WAI CHIN FEMAN (COUNSEL TO NOTEHOLDER DEFENDANTS HELIOS ENTITIES) 230 PARK AVENUE NEW YORK NY 10169-0079 |
| SBC MASTER PENSION TRUST | MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR SBC MASTER PENSION TRUST 201 WASHINGTON STREET BOSTON MA 02108 |
| SCHULTE ROTH & ZABEL LLP | (COUNSEL TO TRICADIA CREDIT STRATEGIES MASTER FUND, LTD MARINER LDC, STRUCTURED CREDIT OPPORTUNITIES FUND II LP) ATTN: LAWRENCE V. GELBER, LUCY F. KWESKIN 919 THIRD AVENUE NEW YORK NY 10022 |
| SCOR GLOBAL LIFE SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 433 935 558 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR GLOBAL P&C SE | 1 AVENUE DU GENERAL DE GAULLE, ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 NEW YORK NY 10038 |

| Claim Name | Address Information |
|---|---|
| SCOR REINSURANCE COMPANY | ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 ATTN: HENRY KLECAN, JR., CEO NEW YORK NY 10038 |
| SCOR SE | 5 AVENUE KLEBER ATTN: DENIS KESSLER, CEO PARIS CEDEX 16 75795 FRANCE |
| SECURITIZED PRODUCT OF REST COLL LTD SPC FAO | SERIES 2007-1 TABXSPOKE 07-1 40-100 SEGR PORTF-ISSUER, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT  , QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR COLL LTD F/A/O | THE SERIES 2007-1 FEDERATION A-2 SEGR PORT C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR. COLLAT LTD F/A/O THE | SERIES 2007-1 FEDERATION A-1 SEG PORTF-ISSUER, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITY BENEFIT LIFE INSURANCE CO. | DAVID J ADLER MCCARTER & ENGLISH LLP 245 PARK AVENUE NEW YORK NY 10167 |
| SECURITY BENEFIT LIFE INSURANCE CO. | KATHARINE L. MAYER, ESQ. MCCARTER & ENGLISH LLP RENAISSANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801-3717 |
| SENTINEL MANAGEMENT GROUP INC. | C/O ERIC A BLOOM 650 DUNDEE ROAD SUITE 460 NORTHBROOK IL 60062 |
| SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SHENANDOAH LIFE INSURANCE COMPANY | HUNTON & WILLIAMS  LLP ATTN: JOHN R. HEIN , ESQ. 200 PARK AVENUE, 52ND FLOOR NEW YORK NY 10166 |
| SHENANDOAH LIFE INSURANCE COMPANY | HUNTON & WILLIAMS LLP ATTN: BENJAMIN ACKERLY RIVERFRONT PLAZA , EAST TOWER 951 EAST BYRD STREET, 2ND FLOOR RICHMOND VA 23219 |
| SHIELD SECURITIES, LTD. | C/O FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: TIMOTHY P. HARKNESS, ESQ., DAVID Y. LIVSHIZ, ESQ. CAITRIN UNA MCKIERNAN, ESQ., MICHELLE YOUNG SUH PARK, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| SHIELD SECURITY LTD. | CROWN HOUSE MARDON PARK CENTRAL AVENUE BAGLAN ENERGY PARK PORT TALBOT  WALES SA12 7AX UNITED KINGDOM |
| SILVER ELMS CDO PLC | ATTN: MARIA PRICE C/O WILMINGTON TRUST SP SERVICES (DUBLIN) LTD FIRST FLOOR 7 EXCHANGE PLACE I.F.S.C. DUBLIN 1 IRELAND |
| SILVER ELMS CDO PLC | CHRISTOPHER M. DESIDERIO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022-7039 |
| SIMONE R. BONNET, ESQ. | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SMH CAPITAL ADVISORS | C/O RICK BERRY 3100 CHASE TOWER HOUSTON TX 77002 |
| SOCIETE GENERALE | C/O MAYER BROWN LLP ATTN:  STEVEN WOLOWITZ CHRISTOPHER HOUPT BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE INVESTMENT | 245 PARK AVE AND CRAIG OVERLANDER, CEO NEW YORK NY 10167-0002 |
| SOCIETE GENERALE INVESTMENT CORPORATION | C/O STEVEN WOLOWITZ, ESQ. MAYER BROWN LLP 1675 BROADWAY 1675 BROADWAY NEW YORK NY 10019 |
| SOLAR V CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SOLAR V CDO SPC, F/A/O THE SERIES 2007-1 | SEGR PORTF,C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | C/O STEPHEN W. ROBERTSON, INDIANA INSURANCE COMMISSIONER 311 WEST WASHINGTON STREET, SUITE 300 311 WEST WASHINGTON STREET, SUITE 300 INDIANAPOLIS IN 46204-2787 |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | JOHN T. MURPHY, ESQ. ICE MILLER LLP,  ATTORNEY FOR STEPHEN W. ROBERTSON IN HIS ROLE  AS REHABILITATOR OF STANDARD LIFE INSURANCE CO., ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS IN 46282-0200 |
| STANTON ABS I P.L.C. | C/O BDO BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| STANTON ABS I P.L.C. | TRINITY HOUSE CHARLESTON ROAD RANELAGH, DUBLIN 6 IRELAND |
| STANTON CDO I LTD. | STANTON CDO I SA 9B, BOULEVARD PRINCE HENRI CP LUXEMBOURG 1724 LUXEMBOURG |
| STARLING STRATEGIES LTD. | P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GEORGE TOWN, GRAND CAYMAN KY1-1002 CAYMAN ISLANDS |
| STATE STREET CUSTODIAL SERVICES (IRELAND) LIMITED | 78 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |

| Claim Name | Address Information |
|---|---|
| STATE STREET CUSTODIAL SERVICES (IRELAND) LTD. | ATTN: CHRISTOPHER M. DESIDERIO NIXON PEABODY 437 MADISON AVENUE NEW YORK NY 10022 |
| STICHTING SHELL PENSIOENFOND | BOGAARDPLEIN 41 ATTN: BART VAN DER STEENSTRATEN, DIRECTOR RIJSWIJK ZH 2285SJ THE NETHERLANDS |
| STOWE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SPC, F/A/O THE SERIES 2006-1 SEGR PORTF, | STOWE CDO SPC ACCOUNT OF THE PORTF, C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-2A, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STROOCK & STROOCK & LAVAN LLP | ATTN: CLAUDE G. SZYFER & SHERRY J. MILLMAN (COUNSEL TO STRUCTURED CREDIT AMERICA LTD.) 180 MAIDEN LANE NEW YORK NY 10038 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: CLAUDE G. SZYFER & SHERRY J. MILLMAN 180 MAIDEN LANE(COUNSEL TO MIZHUO INTERNATIONAL PLC) NEW YORK NY 10038 |
| STROOCK STROOCK & LAVAN LLP | (COUNSEL TO MIZUHO INTERNATIONAL) CLAUDE SZYFER, ESQ & SHERRY MILLMAN, ESQ 180 MAIDEN LANE NEW YORK NY 10038 |
| STRUCTURED CREDIT OPPORTUNITIES FUND, II LP | ATTN: LAWRENCE V. GELBER C/O SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | BINGHAM MCCUTCHEN, LLP ATTN: JOSHUA DORCHAK, ESQ., PETER S. FANG, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | BINGHAM MCCUTCHEN LLP ATTN: HAROLD HORWICH, ESQ. ONE STATE STREET HARTFORD CT 06103 |
| SUN LIFE FINANCIAL CANADA | 227 KING STREET SOUTH ATTN: KEVIN DOUGHERTY, PRESIDENT WATERLOO ON N2J 4C5 CANADA |
| SUN LIFE FINANCIAL CANADA | JEFFREY CEDRONE, SENIOR COUNSEL 1 SUN LIFE PARK WELLESLEY HILLS MA 02481 |
| SUNSET PARK CDO LIMITED SPC, F/A/O THE | SERIES 2005-5 , SEGR PORTF SUNSET PARK CDO LTD. C/O MAPLES FINANCE LIMITED , P.O. BOX 1093 GT, QUEENSGATE HOUSE , 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES 2005-5 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LTD | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 866 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| TAIWAN LIFE | ATTN: JAMES R. WARNOT, JR.,PAUL S. HESSLER LINKLATERS LLP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| TAVARES SQUARE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| TAVARES SQUARE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE SUITE 101 DOVER DE 19904 |
| TAYLOR CREEK LIMITED | H&J CORPORATE SERVICES (CAYMAN) LTD. PO BOX 866 5TH FLOOR ANDERSON SQUARE BUILDING, GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| TAYLOR CREEK LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| TERRY BURMAN | 40  BRUNNELL  AVE LENOX MA 01240-2025 |
| TERRY BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| TERWIN HOLDINGS LLC D/B/A THE | WINTER GROUP 45 ROCKEFELLER PLAZA, SUITE 420 NEW YORK NY 10111 |
| THE DISPATCH PRINTING COMPANY | 34 S. 3RD STREET ATTN: MICHAEL J. FIORILE, PRESIDENT COLUMBUS OH 43215 |
| THE DISPATCH PRINTING COMPANY | STEVEN W. TIGGES, ESQ. 3500 HUNTINGTON CENTER 41 SOUTH HIGH STREET COLUMBUS OH 43215 |
| THE LIVERPOOL LIMITED PARTNERSHIP | C/O LIVERPOOL ASSOCIATES LIMITED CANON'S COURT, 22 VICTORIA SECRET HAMILTON HM12 BERMUDA |
| THE LIVERPOOL LIMITED PARTNERSHIP | C/O KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. MARC R. ROSEN MATTHEW J. GOLD 551 FIFTH AVENUE NEW YORK NY 10176 |
| THE WINTER GROUP | C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE |

| Claim Name | Address Information |
|---|---|
| THE WINTER GROUP | RECORDS AND UNIFORM COMMERCIAL CODE STATE RECORDS AND UNIFORM COMMERCIAL CODE 99 WASHINGTON AVENUE, 6TH FLOOR ALBANY NY 12231 |
| THE WINTER GROUP (F/K/A | TERWIN CAPITAL, LLC) C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE |
| TIERRA ALTA FUNDING I, CORP. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| TOM DEPPING | C/O TROUTMAN SANDERS LLP; ATTN: HOLLACE T. COHEN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| U.S. BANK NATIONAL ASSOCIATION | 1270 AVENUE OF THE AMERICAS FL 30 34TH FLOOR NEW YORK NY 10020-1708 |
| U.S. BANK NATIONAL ASSOCIATION | C/O CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO; 111 WEST MONROE STREET CHICAGO IL 60603 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |
| UNICREDIT BANK AG, LONDON BRANCH | MOOR HOUSE/120 LONDON WALL LONDON EC2Y 5ET UNITED KINGDOM |
| UNICREDIT BANK AG, LONDON BRANCH | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: NIKOLAUS SILLEM, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WILMER CUTLER PICKERING HALE AND DORR LLP ATTN: JAMES H. MILLAR, ESQ. 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007 |
| UNION INVESTMENT INSTITUTIONAL GMBH | WILMER CUTLER PICKERING HALE AND DORR LLP ATTN: ISLEY MARKMAN, ESQ. 1875 PENNSYLVANIA AVENUE WASHINGTON DC 20006 |
| VOX PLACE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| VOX PLACE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE, SUITE 101 DOVER DE 19904 |
| WELLS FARGO BANK, NATIONAL | ASSOCIATION 101 NORTH PHILIPS AVENUE ATTN: JOHN STUMPF, CEO SIOUX FALLS SD 57104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CASEY B. HOWARD, ESQ. LOCKE LORD BISSELL & LIDDELL LLP THREE WORLD FINANCIAL CENTER NEW YORK NY 10251 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET SUITE 1660 BALTIMORE MD 21202 |
| WELLS FARGO SECURITIES, LLC | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO SECURITIES, LLC | 2711 CENTERVILLE ROAD, SUITE 400 ATTN: JOHN HULLAR, CEO WILMINGTON DE 19808 |
| WELLS FARGO, NATIONAL ASSOCIATION | C/O LOCKE LORD BISSELL & LIDDELL; ATTN: CASEY B. HOWARD, THREE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| WHITE & WILLIAMS LLP | ATTN: SEDGWICK M. JEANITE & NEIL P. CASEY (COUNSEL TO MARSH & MCLENNAN MASTER RETIREMENT TRUST) ONE PENN PLAZA 250 W. 34TH STREET, SUITE 4110 NEW YORK NY 10119 |
| WHITE & WILLIAMS LLP | ATTN: JAMES S. YODER (COUNSEL TO MARSH & MCLENNAN MASTER RETIREMENT TRUST) 824 MARKET STREET, SUITE 902 P.O. BOX 709 WILMINGTON DE 19899-0709 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: JAMES H. MILLAR, ESQ. (COUNSEL TO UNION INVESTMENT INSTITUTIONAL GMBH) 7 WORLD TRADE CENTER - 250 GREENWICH STREET NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: ISLEY MARKMAN, ESQ. (COUNSEL TO UNION INVESTMENT INSTITUTIONAL GMBH) 1875 PENNSYLVANIA AVENUE WASHINGTON DC 20006 |
| WONG FLEMING P.C. | (COUNSEL TO: NATIONWIDE MUTUAL LIFE INSURANCE COMPANY) ATTN: LINDA WONG & JAMES HANEY 821 ALEXANDER ROAD P.O. BOX 3663 PRINCETON NJ 08543-3663 |
| ZAIS GROUP, LLC | C/O SEWARD & KISSEL LLP; ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ZAIS INVESTMENT GRADE LIMITED II | MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED II | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 |

| Claim Name | Address Information |
|---|---|
| ZAIS INVESTMENT GRADE LIMITED II | CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | MAPLESFS LIMITED PO BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED VI | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS CAYMAN ISLANDS |
| ZEICHNER ELLMAN & KRAUSE LLP | ROBERT GUTTMANN ESQ 1211 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10036 |

Total Creditor count  411

**EXHIBIT B**

agottfried@morganlewis.com
akratenstein@mwe.com
alexander.lorenzo@alston.com
andrew.behrman@hoganlovells.com
andrew.brozman@cliffordchance.com
anthony.candido@cliffordchance.com
appleby@chapman.com
arovira@sidley.com
aschulkin@lathropgage.com
ashmead@sewkis.com
backerly@hunton.com
bellj@akingump.com
bgarry@diamondmccarthy.com
brettmiller@mofo.com
brian.dillon@gpmlaw.com
btrumbauer@bodmanlaw.com
btrust@mayerbrown.com
caitrin.mckiernan@freshfields.com
caseyn@whiteandwilliams.com
cdesiderio@nixonpeabody.com
cgraham@mckennalong.com
chammerman@paulweiss.com
choupt@mayerbrown.com
cprice@chapman.com
cszyfer@stroock.com
dadler@mccarter.com
david.livshiz@freshfields.com
ddavis@paulweiss.com
ddunne@milbank.com
djnewman@akingump.com
dncinotti@venable.com
dshapiro@somervillema.gov
easmith@venable.com
eerman@ermanteicher.com
ericwinston@quinnemanuel.com
eschaffer@reedsmith.com
gary.mennitt@dechert.com
gmarsh@mckennalong.com
harold.horwich@bingham.com
heiser@chapman.com
hugh.hill@hoganlovells.com
ingrid.bagby@cwt.com
isley.markman@wilmerhale.com
james.millar@wilmerhale.com
james.warnot@linklaters.com
jclose@chapman.com

jeanites@whiteandwilliams.com
jfeldman@sidley.com
jfilloy@reedsmith.com
jfiorella@archerlaw.com
jgoodchild@morganlewis.com
jhaney@wongfleming.com
jhein@hunton.com
jkramer@lowenstein.com
joshua.dorchak@bingham.com
jprol@lowenstein.com
jrosenberg@forwardinvesting.com
jschreib@chapman.com
jvanroy@zeklaw.com
kathryn.bergstrom@gpmlaw.com
kmayer@mccarter.com
krudd@zeklaw.com
lacyr@sullcrom.com
lawrence.gelber@srz.com
lbaker@fbtlaw.com
lucy.kweskin@srz.com
lwong@wongfleming.com
maofiling@cgsh.com
marcy.harris@srz.com
mblocker@sidley.com
mcordone@stradley.com
mdorval@stradley.com
mgburke@sidley.com
mgold@kkwc.com
michael.johnson@alston.com
michelle.park@freshfields.com
mrosen@kkwc.com
mspeiser@stroock.com
mvenditto@reedsmith.com
nalexander@fbtlaw.com
ncrowell@sidley.com
patrick.fang@bingham.com
paul.hessler@linklaters.com
peter.ivanick@hoganlovells.com
pfleming@morganlewis.com
phillip.bohl@gpmlaw.com
ppatterson@stradley.com
rgold@fbtlaw.com
rkapoor@venable.com
rpedone@nixonpeabody.com
rschoenstein@ssbb.com
rtizravesh@akingump.com

sbonnet@sidley.com
scruickshank@sidley.com
sloden@diamondmccarthy.com
smillman@stroock.com
smolison@mofo.com
smorales@lathropgage.com
spesner@akingump.com
sshimshak@paulweiss.com
swolowitz@mayerbrown.com
tcurtin@lathropgage.com
timothy.harkness@freshfields.com
yoderj@whiteandwilliams.com

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

Lehman Brothers Holdings Inc. Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
caitrin.mckiernan@freshfields.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

Lehman Brothers Holdings Inc. Email Service List

chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
danielle.rose@kobrekim.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com

Lehman Brothers Holdings Inc. Email Service List

eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com

howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshenwick@gmail.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kjarashow@stutman.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com

mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
michelle.park@freshfields.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com

Lehman Brothers Holdings Inc. Email Service List

mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com

Lehman Brothers Holdings Inc. Email Service List

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

rwasserman@cftc.gov

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnyc.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hoganlovells.com

scott.mcculloch@kobrekim.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@connellfoley.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

tgoren@mofo.com

Lehman Brothers Holdings Inc. Email Service List

thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**Additional Emails**

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com