UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (SCC)
                                                   :
        Debtors.                          :    (Jointly Administered)
                                                   :
------------------------------------------------------------------x    Ref. Docket No. 43687

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 21, 2014, I caused to be served the "Notice of Effective Date of Settlement Agreement By and Among the LBHI Parties and Lehman Brothers Finance AG (In Liquidation) A/K/A Lehman Brothers Finance SA (En Liquidation) Dated March 27, 2013," dated March 21, 2014 [Docket No. 43687], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                */s/ Eleni Manners*
Sworn to before me this                                            Eleni Manners
21st day of March, 2014
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\LBH\Affidavits\NOED & Sett B&A LBHI and LBFAG_DI_43687_AFF_3-21-14.doc

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC. – EMAIL SERVICE LIST**

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abeaumont@fklaw.com | bcarlson@co.sanmateo.ca.us |
| abraunstein@riemerlaw.com | bdk@schlamstone.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bmanne@tuckerlaw.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| aeckstein@blankrome.com | brian.corey@greentreecreditsolutions.com |
| aentwistle@entwistle-law.com | brosenblum@jonesday.com |
| afriedman@irell.com | broy@rltlawfirm.com |
| agbanknewyork@ag.tn.gov | bruce.wright@sutherland.com |
| aglenn@kasowitz.com | bstrickland@wtplaw.com |
| agold@herrick.com | btrust@mayerbrown.com |
| agoldstein@tnsj-law.com | bturk@tishmanspeyer.com |
| agottfried@morganlewis.com | bwolfe@sheppardmullin.com |
| aisenberg@saul.com | cahn@clm.com |
| akadish@dtlawgroup.com | caitrin.mckiernan@freshfields.com |
| akantesaria@oppenheimerfunds.com | canelas@pursuitpartners.com |
| akolod@mosessinger.com | carol.weinerlevy@bingham.com |
| alum@ftportfolios.com | cbelisle@wfw.com |
| amarder@msek.com | cbelmonte@ssbb.com |
| amartin@sheppardmullin.com | cdesiderio@nixonpeabody.com |
| amcmullen@boultcummings.com | cgonzalez@diazreus.com |
| amenard@tishmanspeyer.com | chad.husnick@kirkland.com |
| amh@amhandlerlaw.com | chammerman@paulweiss.com |
| andrew.brozman@cliffordchance.com | charles@filardi-law.com |
| andrew.lourie@kobrekim.com | charles_malloy@aporter.com |
| angelich.george@arentfox.com | chemrick@connellfoley.com |
| ann.reynaud@shell.com | chipford@parkerpoe.com |
| anthony_boccanfuso@aporter.com | chris.donoho@lovells.com |
| aoberry@bermanesq.com | christopher.greco@kirkland.com |
| aostrow@beckerglynn.com | clarkb@sullcrom.com |
| apalazzolo@fzwz.com | clynch@reedsmith.com |
| aquale@sidley.com | cmontgomery@salans.com |
| arainone@bracheichler.com | cohen@sewkis.com |
| arheaume@riemerlaw.com | cp@stevenslee.com |
| arlbank@pbfcm.com | cpappas@dilworthlaw.com |
| arosenblatt@chadbourne.com | craig.goldblatt@wilmerhale.com |
| arthur.rosenberg@hklaw.com | craigjustinalbert@gmail.com |
| arwolf@wlrk.com | crmomjian@attorneygeneral.gov |
| aseuffert@lawpost-nyc.com | csalomon@beckerglynn.com |
| ashmead@sewkis.com | cschreiber@winston.com |
| asnow@ssbb.com | cshore@whitecase.com |
| asomers@rctlegal.com | cshulman@sheppardmullin.com |
| aunger@sidley.com | cszyfer@stroock.com |
| austin.bankruptcy@publicans.com | cwalsh@mayerbrown.com |
| avenes@whitecase.com | cward@polsinelli.com |
| azylberberg@whitecase.com | cweber@ebg-law.com |
| bankr@zuckerman.com | cweiss@ingramllp.com |
| bankruptcy@goodwin.com | dallas.bankruptcy@publicans.com |
| bankruptcy@morrisoncohen.com | danielle.rose@kobrekim.com |
| bankruptcy@ntexas-attorneys.com | dave.davis@isgria.com |
| bankruptcymatters@us.nomura.com | david.bennett@tklaw.com |

**LEHMAN BROTHERS HOLDINGS INC. – EMAIL SERVICE LIST**

david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
epearlman@scottwoodcapital.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov

**LEHMAN BROTHERS HOLDINGS INC. – EMAIL SERVICE LIST**

| | |
|---|---|
| james.heaney@lawdeb.com | jmerva@fult.com |
| james.mcclammy@dpw.com | jmmurphy@stradley.com |
| james.sprayregen@kirkland.com | jmr@msf-law.com |
| jamesboyajian@gmail.com | jnadritch@olshanlaw.com |
| jamestecce@quinnemanuel.com | jnm@mccallaraymer.com |
| jar@outtengolden.com | john.monaghan@hklaw.com |
| jason.jurgens@cwt.com | john.mule@ag.state.mn.us |
| jay.hurst@oag.state.tx.us | john.rapisardi@cwt.com |
| jay@kleinsolomon.com | jonathan.goldblatt@bnymellon.com |
| jbeemer@entwistle-law.com | jonathan.henes@kirkland.com |
| jbeiers@co.sanmateo.ca.us | jorbach@hahnhessen.com |
| jbird@polsinelli.com | joseph.cordaro@usdoj.gov |
| jbromley@cgsh.com | joseph.serino@kirkland.com |
| jcarberry@cl-law.com | joshua.dorchak@bingham.com |
| jchristian@tobinlaw.com | jowen769@yahoo.com |
| jchubak@proskauer.com | joy.mathias@dubaiic.com |
| jdoran@haslaw.com | jpintarelli@mofo.com |
| jdrucker@coleschotz.com | jporter@entwistle-law.com |
| jdwarner@warnerandscheuerman.com | jprol@lowenstein.com |
| jdweck@sutherland.com | jrabinowitz@rltlawfirm.com |
| jdyas@halperinlaw.net | jrsmith@hunton.com |
| jean-david.barnea@usdoj.gov | jschiller@bsfllp.com |
| jeanites@whiteandwilliams.com | jschwartz@hahnhessen.com |
| jeannette.boot@wilmerhale.com | jsheerin@mcguirewoods.com |
| jeff.wittig@coair.com | jshenwick@gmail.com |
| jeffery.black@bingham.com | jsherman@bsfllp.com |
| jeffrey.sabin@bingham.com | jshickich@riddellwilliams.com |
| jeldredge@velaw.com | jsmairo@pbnlaw.com |
| jemma.mcpherson@cliffordchance.com | jstoll@mayerbrown.com |
| jennifer.demarco@cliffordchance.com | jsullivan@mosessinger.com |
| jennifer.gore@shell.com | jtimko@shutts.com |
| jfalgowski@reedsmith.com | judy.morse@crowedunlevy.com |
| jflaxer@golenbock.com | jvail@ssrl.com |
| jfreeberg@wfw.com | jwallack@goulstonstorrs.com |
| jg5786@att.com | jwcohen@daypitney.com |
| jgenovese@gjb-law.com | jweiss@gibsondunn.com |
| jgoodchild@morganlewis.com | jwest@velaw.com |
| jguy@orrick.com | jwh@njlawfirm.com |
| jhiggins@fdlaw.com | kanema@formanlaw.com |
| jhorgan@phxa.com | karen.wagner@dpw.com |
| jhuggett@margolisedelstein.com | karl.geercken@alston.com |
| jim@atkinslawfirm.com | kdwbankruptcydepartment@kelleydrye.com |
| jjoyce@dresslerpeters.com | keckhardt@hunton.com |
| jjtancredi@daypitney.com | keith.simon@lw.com |
| jjureller@klestadt.com | ken.coleman@allenovery.com |
| jlamar@maynardcooper.com | ken.higman@hp.com |
| jlawlor@wmd-law.com | kerry.moynihan@hro.com |
| jlee@foley.com | kgwynne@reedsmith.com |
| jlevitin@cahill.com | kiplok@hugheshubbard.com |
| jlscott@reedsmith.com | kit.weitnauer@alston.com |
| jmaddock@mcguirewoods.com | kjarashow@stutman.com |
| jmakower@tnsj-law.com | kkelly@ebglaw.com |
| jmazermarino@msek.com | kkolbig@mosessinger.com |
| jmelko@gardere.com | klyman@irell.com |

**LEHMAN BROTHERS HOLDINGS INC. – EMAIL SERVICE LIST**

| | |
|---|---|
| klynch@formanlaw.com | mbenner@tishmanspeyer.com |
| kmayer@mccarter.com | mberman@nixonpeabody.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mbienenstock@proskauer.com |
| kovskyd@pepperlaw.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krodriguez@allenmatkins.com | mcordone@stradley.com |
| krosen@lowenstein.com | mcto@debevoise.com |
| kurt.mayr@bgllp.com | mcyganowski@oshr.com |
| lacyr@sullcrom.com | mdorval@stradley.com |
| landon@slollp.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lathompson@co.sanmateo.ca.us | metkin@lowenstein.com |
| lawallf@pepperlaw.com | mfeldman@willkie.com |
| lawrence.gelber@srz.com | mginzburg@daypitney.com |
| lberkoff@moritthock.com | mgordon@briggs.com |
| lee.stremba@troutmansanders.com | mgreger@allenmatkins.com |
| lgranfield@cgsh.com | mh1@mccallaraymer.com |
| lhandelsman@stroock.com | mhopkins@cov.com |
| lhill@reedsmith.com | michael.frege@cms-hs.com |
| lhoffman@deilylawfirm.com | michael.kelly@monarchlp.com |
| linda.boyle@twtelecom.com | michael.kim@kobrekim.com |
| lisa.ewart@wilmerhale.com | michael.krauss@faegrebd.com |
| lisa.solomon@att.net | michael.mccrory@btlaw.com |
| ljkotler@duanemorris.com | michaels@jstriallaw.com |
| lkatz@ltblaw.com | michelle.park@freshfields.com |
| lkiss@klestadt.com | millee12@nationwide.com |
| lmarinuzzi@mofo.com | miller@taftlaw.com |
| lmay@coleschotz.com | mimi.m.wong@irscounsel.treas.gov |
| lmcgowen@orrick.com | mitchell.ayer@tklaw.com |
| lml@ppgms.com | mjedelman@vedderprice.com |
| lnashelsky@mofo.com | mjr1@westchestergov.com |
| loizides@loizides.com | mkjaer@winston.com |
| lperkins@deilylawfirm.com | mlahaie@akingump.com |
| lscarcella@farrellfritz.com | mlandman@lcbf.com |
| lschweitzer@cgsh.com | mlichtenstein@crowell.com |
| lubell@hugheshubbard.com | mlynch2@travelers.com |
| lwhidden@salans.com | mmooney@deilylawfirm.com |
| mabrams@willkie.com | mmorreale@us.mufg.jp |
| maofiling@cgsh.com | mneier@ibolaw.com |
| marc.chait@sc.com | monica.lawless@brookfieldproperties.com |
| margaret.welsh@cliffordchance.com | mpage@kelleydrye.com |
| margolin@hugheshubbard.com | mparry@mosessinger.com |
| mark.bane@ropesgray.com | mpomerantz@julienandschlesinger.com |
| mark.deveno@bingham.com | mprimoff@kayescholer.com |
| mark.ellenberg@cwt.com | mpucillo@bermanesq.com |
| mark.ellenberg@cwt.com | mrosenthal@gibsondunn.com |
| mark.mckane@kirkland.com | mrothchild@mofo.com |
| mark.sherrill@sutherland.com | mruetzel@whitecase.com |
| marvin.clements@ag.tn.gov | mschimel@sju.edu |
| matt@willaw.com | msegarra@mayerbrown.com |
| matthew.klepper@dlapiper.com | mshiner@tuckerlaw.com |
| maustin@orrick.com | msolow@kayescholer.com |

**LEHMAN BROTHERS HOLDINGS INC. – EMAIL SERVICE LIST**

mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
phil.huynh@kobrekim.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com

richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scott.mcculloch@kobrekim.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com

**LEHMAN BROTHERS HOLDINGS INC. – EMAIL SERVICE LIST**

sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com

wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

Additional Parties

mrosenthal@gibsondunn.com
rkrakow@gibsondunn.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


GIBSON, DUNN & CRUTCHER LLP
MICHAEL A. ROSENTHAL
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0193


ROBERT B. KRAKOW
2100 MCKINNEY AVENUE, SUITE 1100
DALLAS, TEXAS 75201