Form 210A (10/06)



## United States Bankruptcy Court
### Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Union Bancaire Privee, UBP SA
_____
Name of Transferee

Bank J. Safra Sarasin (Gibraltar) Ltd
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 46001
Date Claim Filed: 26 October 2009
Amount of Claim: USD 100,000
Portion of Claim Transferred (see Schedule I): USD 100,000

Phone: +41.58.819.3428
Last Four Digits of Acct #: _____

Phone: +350 2000 2500
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Nominal amount: USD 100'000
Allowed unsecured : USD 52'219.42

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Legal Department
Director

Securities Department
Director

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin (Gibraltar) Ltd** ("Transferor") unconditionally and irrevocably transferred to Union Bancaire Privee, UBP SA ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No 46001) in nominal amount of USD 100,000** relating to the securities with International Securities Identification Numbers listed on **Schedule I** hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the forgoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 31 JANUARY, 2014.

**Bank J. Safra Sarasin (Gibraltar) Ltd**

By: _____
Name:     Roy Clinton
Title:     CEO

By: _____
Name:     Kirsty Neale
Title:     CFO

## SCHEDULE I

### Lehman Program Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0277470943 | 46001 | 26 October 2009 | Lehman Brothers Treasury Co. BV. | USD 100,000 |