**EXPRESS WORLDWIDE**
DHL EasyShip 5.3.12

**DOX**

**DHL**

FROM: MR. JEAN-BAPTISTE ERATH

96 RUE DU RHONE

1204 GENEVE
SWITZERLAND

Origin:
**GVA**

TO: EPIQ BANKRUPTCY SOLUTIONS, LLC
LEHMAN BROTHERS HOLDINGS CLAIM PROCESSING
757 THIRD AVENUE, 3RD FLOOR

10017 NEW YORK, NEW YORK
UNITED STATES OF AMERICA

FILED / RECEIVED
MAR 0 5 2014
EPIQ SYSTEMS

**US – ZYP**

Day    Time

Account : 150567912
Shipment Ref :
605

Shipment Weight : **0.50kg**
Date : 2014-03-04

Piece :
**1/1**

Content : DOCUMENTS



WAYBILL   4082116673



(2L)US10017+42000000



(J) JD01 3056 2658 7001 1321