

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Coutts & Co Ltd
Hong Kong Branch
26th Floor, AIA Central
1 Connaught Road Central
Hong Kong

T +852 2525 6898
F +852 2877 0108
coutts.com

05 March 2014

Dear Sirs,

**Ref: Case No. 08-13555(JMP), Court Claim No. 45221**

We would like to transfer the subject claim from our bank to "Melwani Kishore Chandumal a/o Melwani Kishore Chandra". Please find attached "Partial Transfer of Claim" and "Evidence of Transfer of Claim" forms for your processing.

If you have any questions, please do not hesitate to contact the following persons:

| Name | Contact No. | E-mail Address |
|---|---|---|
| Mr. Ben Fong | 852 2847-8758 | ben.fong@coutts.com |
| Sukhie Sandhu | 852 2847-4183 | sukhie.sandhu@coutts.com |

Yours sincerely

For and on behalf of
Coutts & Co Ltd., Hong Kong Branch

_____          _____
Authorized Signatory                        Authorized Signatory

Encl.

Wealth division of Royal Bank of Scotland Group.
Incorporated in Switzerland with limited liability.

DHL Shipment Waybill

www.dhl.com

From (Shipper):
Company name: COUTTS & CO LTD (HK BRANCH)
Address: 26/F AIA CENTRAL, 1 CONNAUGHT RD C, CENTRAL HK
Contact name: JACKIE SANDHU

To (Receiver):
EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN: LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
757 THIRD AVENUE, 3rd FLOOR
NEW YORK, NY 10017
U.S.A

Waybill: 34 7647 3501
Origin: HKG
Expiry 07/13

FILED / RECEIVED
MAR 06 2014
EPIQ SYSTEMS



# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.,                Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: Melwani Kishore Chandumal            Name of Transferor: RBS Coutts Bank AG
a/o Melwani Kishore Chandra

                                                                         Zurich, Switzerland

Court Claim #:                                         Court Claim #:         45221
Date Claim Filed:                                      Date Claim Filed:      10/23/2009

Name and Address where notices to                      Amount of Claim: Note: This is a partial
transferee should be sent:                             transfer of claim. See
                                                                         attached Evidence of
Name: Barclays Wealth Management                       Transfer of Claim for
Address: Attn: Nilesh Thakkar
Level 28, Marina Bay, Financial Centre                 Details
Tower 2, 10 Marina Blvd
Singapore 018983

Phone: + 852 2797-9955 or +852 6072 5800               Phone:
Email: kishoo@accendo.com.hk                           Email:
Last Four Digits of Acct #: n/a                        Last Four Digits of Acct. #: n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Email:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                              Date: 20/02/2014
    Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

2537 5911

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Melwani Kishore Chandumal a/o Melwani Kishore Chandra** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 25 February 2014

RBS Coutts Bank AG

By: _____          By: _____
Name: Kurt Hauser                   Name: Hans-Peter Schmid
Title: Associate                    Title: Director

# SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0342303400 | 45221 | October 23, 2009 | Lehman Brothers Treasury Co. BV | USD   100'000.00 |