WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE RELATING TO FOUR HUNDRED**
**FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (VALUED**
**DERIVATIVE CLAIMS) SCHEDULED FOR MARCH 27, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing for the Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) that was scheduled for March 27, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been changed to April 24, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621.

Dated: March 25, 2014
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44451745\1\58399.0011