**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No.: 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Daniel J. Carragher, request admission, ***pro hac vice***, before the Honorable Shelley C. Chapman, to represent Fabio Liotti, a creditor in the above referenced case.

***I certify that I am a member in good standing*** of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts.

I have submitted the filing fee of $200.00 contemporaneously with the filing of this motion for *pro hac vice* admission.

Dated: March 26, 2014
       Boston, MA

> /s/ Daniel J. Carragher
> DANIEL J. CARRAGHER (DC-0328)
> DAY PITNEY LLP
> One International Place
> Boston, MA 02110
> (617) 345-4600
> djcarragher@daypitney.com

72243092.1 708300-000000