WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

**NOTICE REGARDING FIFTH DISTRIBUTION PURSUANT TO**
**THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

As previously disclosed, additional Distributions under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 26039] (the "Plan"),[1] will commence on April 3, 2014 (the "Fifth Distribution Date").

Attached hereto as Exhibit A is a list that indicates the percentage recovery that will be distributed to holders of Allowed Claims (other than secured, administrative, priority or convenience claims) against each Debtor in each Class under the Plan as well as the cumulative percentage recovery.

Attached hereto as Exhibit B is a summary of the aggregate amount that will be distributed to holders of Allowed non-priority unsecured Claims as of the Fifth Distribution Date.

Attached hereto as Exhibit C is a list that indicates the amount and percentage of the Minimum Cash Reserve and the Asset-to-Reserve Ratio that will be maintained by each Debtor that uses Non-Cash Assets in lieu of Available Cash as reserves for Disputed Claims.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Plan or the *Order Authorizing Use of Non-Cash Assets In Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Plan* [ECF No. 25641], as applicable.

The aggregate amount that will be distributed on the Fifth Distribution Date will total approximately $17.9 billion and will include approximately (i) $16.4 billion of Distributions identified in Exhibit B, (ii) and $1.5 billion of Distributions to holders of recently Allowed Claims for amounts that would have been received had such Claims been Allowed at the time of previous Distributions.

Dated:    March 27, 2014
          New York, New York

                                   /s/ Garrett A. Fail
                                   Garrett A. Fail

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Lehman Brothers Holdings Inc.
                                   and Certain of its Affiliates

**Exhibit A**

Exhibit A

## Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | | | |
|---|---|---|---|---|---|---|---|
| | | Initial Distribution on 4/17/2012 [1] | Second Distribution on 10/1/2012 [1] | Third Distribution on 4/4/2013 [1] | Fourth Distribution on 10/3/2013 [1] | Fifth Distribution on 4/3/2014 [1] | Cumulative Distribution |
| **Lehman Brothers Holdings Inc.** | | | | | | | |
| Class | 3 | Senior Unsecured | 6.023822% | 3.814592% | 4.973258% | 5.741091% | 6.371619% | 26.924382% |
| Class | 4A | Senior Affiliate Claims | 4.621059% | 3.115203% | 3.931802% | 4.663943% | 5.063561% | 21.395568% |
| Class | 4B | Senior Affiliate Guarantee | 4.511537% | 3.044562% | 3.843169% | 4.558564% | 4.951264% | 20.909096% |
| Class | 5 | Senior Third-Party Guarantee | 3.609229% | 2.435579% | 3.076315% | 3.647317% | 3.961836% | 16.730276% |
| Class | 7 | General Unsecured | 5.655426% | 3.574822% | 4.658111% | 5.370294% | 5.968194% | 25.226847% |
| Class | 8 | Derivative Affiliate / Affiliate Guarantee Claims | 4.252663% | 2.875433% | 3.616655% | 4.293147% | 4.660136% | 19.698034% |
| Class | 9A | Third-Party Guarantee Claims other than those of the RACERS Trusts | 3.402130% | 2.300346% | 2.893324% | 3.434517% | 3.728109% | 15.758426% |
| Class | 9B | Third Party Guarantee Derivatives RACER's | 2.069274% | 1.399137% | 1.759803% | 2.088973% | 2.267544% | 9.584731% |
| Class | 10A | Subordinated Class 10A Claims | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] |
| Class | 10B | Subordinated Class 10B Claims | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] |
| Class | 10C | Subordinated Class 10C Claims | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] | N/A [2] |
| **Lehman Commercial Paper Inc.** | | | | | | | |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 16.426654% | 9.153147% | 14.420168% | 9.958416% | 11.674283% | 61.632668% |
| Class | 4B | General Unsecured Claims of Designated Entities | 10.958881% | 8.433891% | 12.341580% | 9.241145% | 10.647516% | 51.623013% |
| Class | 5A | Affiliate Claims of LBHI [3] | 12.970405% | 10.542363% | 15.426975% | 11.551431% | 13.309395% | 63.800569% |
| Class | 5B | Affiliate Claims of Participating Subs | 10.958881% | 8.433891% | 12.341580% | 9.241145% | 10.647516% | 51.623013% |
| Class | 5C | Affiliate claims | 11.780797% | 9.066432% | 13.267198% | 9.934230% | 11.446080% | 55.494737% |
| **Lehman Brothers Special Financing Inc.** | | | | | | | |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 20.354027% | 1.700449% | 2.534159% | 3.185504% | 3.124550% | 30.898689% |
| Class | 4B | General Unsecured Claims of Designated Entities | 10.362176% | 0.873395% | 1.308584% | 1.635489% | 1.611846% | 15.791490% |
| Class | 5A | Affiliate Claims of LBHI [3] | 20.643932% | 1.794955% | 2.689333% | 3.361170% | 3.312581% | 31.801971% |
| Class | 5B | Affiliate Claims of Participating Subs | 17.036634% | 1.435964% | 2.151466% | 2.688936% | 2.650065% | 25.963065% |
| Class | 5C | Affiliate claims | 20.018045% | 1.687258% | 2.527973% | 3.159499% | 3.113826% | 30.506601% |
| **Lehman Brothers Commodity Services Inc.** | | | | | | | |
| Class | 4 | General Unsecured Claims | 45.692744% | 4.024636% | 7.054080% | 8.622886% | 1.982788% | 67.377134% |
| Class | 5A | Affiliate Claims of LBHI [3] | 53.131098% | 4.679809% | 8.202418% | 10.026611% | 2.305567% | 78.345503% |
| Class | 5B | Affiliate Claims of Participating Subs | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 5C | Affiliate claims | 45.692744% | 4.024636% | 7.054080% | 8.622886% | 1.982788% | 67.377134% |
| **Lehman Brothers OTC Derivatives Inc.** | | | | | | | |
| Class | 4 | General Unsecured Claims | 15.494402% | 1.010837% | 1.799785% | 81.694973% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | 16.841742% | 1.098736% | 1.956288% | 80.103232% | N/A | 100.000000% |
| Class | 5B | Affiliate Claims of Participating Subs | 13.473393% | 0.878989% | 1.565031% | 84.082585% | N/A | 100.000000% |
| Class | 5C | Affiliate claims | 15.494402% | 1.010837% | 1.799785% | 81.694973% | N/A | 100.000000% |
| **Lehman Brothers Commercial Corporation** | | | | | | | |
| Class | 4 | General Unsecured Claims | 25.655209% | 17.040197% | 10.341640% | 23.261607% | 11.110755% | 87.409408% |
| Class | 5A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 5B | Affiliate Claims of Participating Subs | 22.804630% | 15.146842% | 9.192569% | 20.676984% | 9.876227% | 77.697252% |
| Class | 5C | Affiliate claims | 25.655209% | 17.040197% | 10.341640% | 23.261607% | 11.110755% | 87.409408% |
| **Lehman Brothers Derivative Products Inc.** | | | | | | | |
| Class | 3 | General Unsecured Claims | 55.565278% | 6.417969% | 38.016753% | N/A | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 55.565278% | 6.417969% | 38.016753% | N/A | N/A | 100.000000% |
| **Lehman Brothers Financial Products Inc.** | | | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | N/A | N/A | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | N/A | N/A | N/A | 100.000000% |
| Class | 4B | Affiliate claims | 100.000000% | N/A | N/A | N/A | N/A | 100.000000% |
| **LB 745 LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | 1.364536% | 4.259858% | 27.188597% | 25.458904% | 41.728105% | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 1.364536% | 4.259858% | 27.188597% | 25.458904% | 41.728105% | 100.000000% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A | N/A |
| **PAMI Statler Arms LLC** | | | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | 47.254213% | 47.254213% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A | N/A | 47.254213% | 47.254213% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A | N/A |

**CES Aviation LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [1] | 7.250282% | 2.308120% | 21.521977% | 2.622210% | 47.218174% | 80.920763% |
| Class | 4B | Affiliate claims | 7.250282% | 2.308120% | 21.521977% | 2.622210% | 47.218174% | 80.920763% |

**CES Aviation V LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | 0.994823% | 0.461795% | 3.889401% | 0.540934% | 17.115769% | 23.002722% |
| Class | 4A | Affiliate Claims of LBHI [1] | 0.994823% | 0.461795% | 3.889401% | 0.540934% | 17.115769% | 23.002722% |
| Class | 4B | Affiliate claims | 0.994823% | 0.461795% | 3.889401% | 0.540934% | 17.115769% | 23.002722% |

**CES Aviation IX LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | 1.745863% | 0.715306% | 6.508158% | 0.875038% | 26.535761% | 36.380126% |
| Class | 4A | Affiliate Claims of LBHI [1] | 1.745863% | 0.715306% | 6.508158% | 0.875038% | 26.535761% | 36.380126% |
| Class | 4B | Affiliate claims | 1.745863% | 0.715306% | 6.508158% | 0.875038% | 26.535761% | 36.380126% |

**East Dover Limited [4]**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 7.661660% | N/A | N/A | N/A | N/A | 7.661660% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A | N/A |

**Lehman Scottish Finance LP**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [1] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A | N/A |

**Luxembourg Residential Properties Loan Finance S.a.r.l.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [1] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | 8.073448% | 62.291663% | 70.365111% |

**BNC Mortgage LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | 9.091815% | 3.778413% | 2.377620% | 0.879765% | 7.814242% | 23.941855% |
| Class | 4A | Affiliate Claims of LBHI [1] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 9.091815% | 3.778413% | 2.377620% | 0.879765% | 7.814242% | 23.941855% |

**LB Rose Ranch LLC [4]**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [1] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A | N/A |

**Structured Asset Securities Corporation**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | 6.498871% | 5.229359% | 10.190222% | 12.672089% | 10.969147% | 45.559688% |
| Class | 4A | Affiliate Claims of LBHI [1] | 6.498871% | 5.229359% | 10.190222% | 12.672089% | 10.969147% | 45.559688% |
| Class | 4B | Affiliate claims | 6.498871% | 5.229359% | 10.190222% | 12.672089% | 10.969147% | 45.559688% |

**LB 2080 Kalakaua Owners LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [1] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A | N/A |

**Merit LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [1] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 1.091344% | 0.578678% | 0.395373% | 9.466574% | 3.723595% | 15.255564% |

**LB Somerset LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [1] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A | N/A |

**LB Preferred Somerset LLC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [1] | N/A | N/A | N/A | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A | N/A | N/A | N/A |

*Notes:*

[1] "N/A" indicates either $0 Available Cash for Distributions, $0 in Allowed Claims within the specific class or, with respect to the second, third, fourth and fifth Distributions, classes that were satisfied in the previous Distributions

[2] Distributions reallocated in accordance with Section 6.4 of the Plan

[3] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended

[4] In accordance with section 8.3 of the plan, Debtors are not required to make Distributions of less than $10 million in the aggregate

**Exhibit B**

**Exhibit B**

## Summary of Fifth Distribution to Non-Priority Unsecured Claims (April 3, 2014)

*$ in millions*

| Debtors [1] | Cash Available for Distribution | | | | | | | | Claims [7] | | | Distribution | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unrestricted Cash [2] | Reserves and Adjustments to Cash [3] | Initial Cash Available for Distribution | Cash Available from Distributions from Other Debtors and Certain Non-Debtors [4] | Redistribution from Claims Reserves [5] | Plan Adjustments [6] | Catch-Up and Interest on Newly Allowed | Total Cash Available for Fifth Distribution | Allowed [8] | Disputed [9] | Total | Payment to Allowed Creditors | Net Increase to Disputed Claims Reserves | Total |
| Lehman Brothers Holdings Inc. | $ 6,536.0 | $ 1,249.9 | $ 7,785.8 | $ 3,887.8 | $ 172.0 | $ 411.0 | $ (851.8) | $ 11,404.8 | $ 234,164.5 | $ 29,059.7 | $ 263,224.3 | $ 11,401.6 | $ 3.2 | $ 11,404.8 |
| Lehman Commercial Paper Inc. | $ 2,893.8 | $ 13.6 | $ 2,907.5 | $ 523.6 | $ 3.5 | $ (266.9) | $ (0.4) | $ 3,167.2 | $ 25,812.2 | $ 101.4 | $ 25,913.6 | $ 3,172.0 | $ (4.8) | $ 3,167.2 |
| Lehman Brothers Special Financing Inc. | $ 1,066.4 | $ 46.9 | $ 1,113.3 | $ 143.7 | $ 1.9 | $ (74.1) | $ (94.8) | $ 1,089.8 | $ 36,704.1 | $ 8,261.2 | $ 44,965.3 | $ 1,143.6 | $ (53.8) | $ 1,089.8 |
| Lehman Brothers Commodity Services Inc. | $ 26.8 | $ (8.1) | $ 18.6 | $ 11.7 | $ 42.2 | $ (6.7) | $ (0.1) | $ 65.7 | $ 3,013.7 | $ 128.0 | $ 3,141.7 | $ 62.8 | $ 3.0 | $ 65.7 |
| Lehman Brothers Commercial Corporation | $ 104.3 | $ (11.3) | $ 93.0 | $ 1.1 | $ 89.5 | $ (22.1) | $ (0.3) | $ 161.2 | $ 1,215.9 | $ 268.7 | $ 1,484.6 | $ 128.0 | $ 33.2 | $ 161.2 |
| LB 745 LLC | $ 0.0 | $ (9.0) | $ (8.9) | $ 12.3 | $ 27.3 | $ - | $ (0.0) | $ 30.7 | $ 36.5 | $ 6.2 | $ 42.7 | $ 15.2 | $ 15.4 | $ 30.7 |
| CES Aviation LLC | $ - | $ (5.1) | $ (5.1) | $ - | $ 15.8 | $ - | $ (0.0) | $ 10.6 | $ 18.2 | $ 4.4 | $ 22.5 | $ 8.6 | $ 2.1 | $ 10.6 |
| CES Aviation V LLC | $ 0.0 | $ (0.9) | $ (0.9) | $ 0.0 | $ 2.8 | $ - | $ (0.0) | $ 1.9 | $ 6.5 | $ 4.4 | $ 10.9 | $ 1.1 | $ 0.8 | $ 1.9 |
| CES Aviation IX LLC | $ 0.0 | $ (1.5) | $ (1.5) | $ 0.0 | $ 4.6 | $ - | $ (0.0) | $ 3.1 | $ 7.3 | $ 4.4 | $ 11.7 | $ 1.9 | $ 1.2 | $ 3.1 |
| LUXCO | $ 370.5 | $ (1.9) | $ 368.6 | $ 0.0 | $ 3.8 | $ - | $ (0.0) | $ 372.4 | $ 593.4 | $ 4.4 | $ 597.8 | $ 369.6 | $ 2.7 | $ 372.4 |
| PAMI Statler Arms LLC | $ 0.2 | $ (0.0) | $ 0.2 | $ - | $ - | $ - | $ (0.0) | $ 0.2 | $ 0.0 | $ 0.4 | $ 0.4 | $ 0.0 | $ 0.2 | $ 0.2 |
| BNC Mortgage LLC | $ 0.0 | $ (3.5) | $ (3.4) | $ 0.1 | $ 7.6 | $ - | $ (0.0) | $ 4.3 | $ 1.6 | $ 53.2 | $ 54.8 | $ 0.1 | $ 4.2 | $ 4.3 |
| Structured Asset Securities Corporation | $ - | $ (5.8) | $ (5.8) | $ 70.2 | $ 16.2 | $ - | $ (0.0) | $ 80.6 | $ 470.9 | $ 264.0 | $ 734.9 | $ 51.7 | $ 29.0 | $ 80.6 |
| Merit LLC | $ 9.6 | $ (0.4) | $ 9.1 | $ 1.7 | $ 1.3 | $ - | $ (0.0) | $ 12.1 | $ 324.7 | $ 0.0 | $ 324.7 | $ 12.1 | $ 0.0 | $ 12.1 |
| | | | | | | | | | | | | $ 16,368.4 | $ 36.2 | $ 16,404.6 |

Notes:

[1] Includes all Debtors making a Distribution on the Fifth Distribution Date. Other Debtors not listed will not be making Distributions to non-priority unsecured creditors on this date (other than Catch-Up Distributions pursuant to section 8.4 of the Plan)

[2] As of 3/14/14 (plus approximately $1.1 billion related to a foreign affiliate receipt and other miscellaneous cash received after 3/14)

[3] Includes all, or some, of the following: change in reserves for Secured, Administrative, Priority and Convenience Claims not included in restricted cash, pro forma cash adjustments and reserves for interest on Disputed Claims

[4] Includes payments from/to Debtors and other Debtors and certain Affiliates calculated to maximize Distributions to all creditors

[5] Represents amounts that were reserved at the previous Distributions that are now available for Distribution as Disputed Claims have been reduced, withdrawn or allowed at amounts less than previously reserved

[6] Plan Adjustment is calculated based on payment of Allowed Claims including Distributions on newly Allowed Claims. It is not calculated on the Disputed Claims Reserve

[7] Does not include Convenience Claims

[8] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended

[9] Amount listed for reserve purposes only. Certain Claims have been reserved for at less than filed amounts as agreed to through a stipulation or pursuant to Court order. Does not include estimates for unliquidated Claims

**Exhibit C**

**Exhibit C**
**Minimum Cash Reserve and Asset-to-Reserve Ratios for Fifth Distribution (April 3, 2013)**

*$ in millions*

| Description | Lehman Brothers Holdings Inc. | Lehman Commercial Paper Inc. | Lehman Brothers Special Financing Inc. |
|---|---|---|---|
| **Assets** | | | |
| Financial Inventory as of 12/31/13 [1] | $        229 | $      1,235 | $        937 |
| Encumbered Inventory Adjustment [2] | - | - | (3) |
| Asset Transfer Adjustment [3] | - | 400 | - |
| Subsequent Collections [4] | (19) | (285) | (97) |
| Receivables & Other Assets [5] | 266 | 40 | 61 |
| Investment in Affiliates [6] | 824 | 721 | - |
| Interco. Receivables [7] | 3,266 | 547 | 169 |
| Non-Controlled Affiliate Receivables [8] | 7,282 | 24 | 63 |
| **Total Assets** | $     11,849 | $      2,682 | $      1,130 |
| **Required Claims Reserve** | | | |
| % of Reserves for Disputed Claims Held in Cash | 25% | 25% | 86% |
| Reserve for Disputed Claims | $      6,155 | $          72 | $      2,713 |
| Less: Plan Adjustments & Plan Settlement Reserves [9] | (430) | (6) | (32) |
| Reserve Available to All Classes | 5,724 | 65 | 2,681 |
| Less: Minimum Cash Reserve | (1,431) | (16) | (2,308) |
| **Net Asset Requirement** | $      4,293 | $          49 | $        373 |
| **Total Asset-to-Reserve Ratio** | 2.8x | 54.6x | 3.0x |

Notes:

[1]   As reflected in the December 31, 2013 Balance Sheets to be filed prior to the Fifth Distribution.

[2]   Certain assets included in Financial Inventory are encumbered to Third Parties and therefore are not used in the calculation of Asset-to-Reserve Ratios; Please refer to the Notes and Supplemental Schedules to the December 31, 2013 Balance Sheets.

[3]   Assets encumbered to LCPI as described in the Notes and Supplemental Schedules to the December 31, 2013 Balance Sheets.

[4]   Reflects net proceeds received from the sale of financial inventory subsequent to December 31, 2013.  (Please refer to the Post-Effective Date Operating Reports for more information)

[5]   Reflects amounts included in the Balance Sheets as third party receivables in the caption "Receivables from Controlled Affiliates and Other Assets" as of December 31, 2013, net of significant cash collections through March 25, 2014.

[6]   Includes investments in controlled affiliates with positive equity as of December 31, 2013 net of (a) significant cash collections through March 25, 2014 and (b) adjustments to certain controlled affiliates' based on the 2013+ Cash Flow Estimates.

[7]   Includes (a) intercompany receivables from Debtors and Debtor-Controlled affiliates, including the Racers Trust Claims, adjusted for cash collections, offsets and other activities through March 25, 2014, and (b) recovery estimates based upon assumptions from the 2013+ Cash Flow Estimates.

[8]   Includes recoveries from Non-Controlled Affiliates per the 2013+ Cash Flow Estimates net of (a) significant cash collections through March 25, 2014, (b) collections on certain assigned receivables related to the LBF settlement, and (c) net adjustments related to agreements with Non-Controlled Affiliates not to distribute in the Fifth Distribution certain amounts where either LBHI is the indirect significant creditor (e.g., LB UK Financing Ltd.) or LBHI is a direct creditor (e.g., Lehman Brothers Treasury Co B.V.).

[9]   Includes only portion of Plan Adjustments and Plan Settlement amounts reserved for Disputed Claims.

**This schedule is not meant to be relied upon as a complete description of the Company, its business, condition (financial or otherwise), results of operations, prospects, assets or liabilities.  This report should be read in conjunction with previously filed reports by the Company, including the December 31, 2013 Balance Sheets, Notes and Supplemental Schedules (to be filed prior to the Fifth Distribution), 2013+ Cash Flow Estimates, Post-Effective Date Operating Reports, Form 8-K reports, the Plan and related Disclosure Statement.**