DAY PITNEY LLP

ONE INTERNATIONAL PLACE
BOSTON, MA 02110
 (617) 345 4600
DANIEL J. CARRAGHER, ESQ.
- and -
7 TIMES SQUARE
NEW YORK, NY 10036-7311
(212) 297-5800

ATTORNEYS FOR FABIO LIOTTI

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No.  08-13555 (SCC) |
| Debtors. | |
| | (Jointly Administered) |

## <u>CERTIFICATION OF SERVICE</u>

1.      I am a paralegal employed by the firm of Day Pitney LLP.  Day Pitney LLP has

an office at 7 Times Square, Times Square Tower, New York, New York, however, I primarily

work at the office located at 242 Trumbull Street in Hartford, Connecticut.

2.      On March 26, 2014, on behalf of Daniel J. Carragher, I electronically filed a

Motion for Permission to Practice, *Pro Hac Vice*.

3.       In accordance with Rules 2002 and 9034 of the Federal Rules of Bankruptcy

Procedure and Rules 2002-1, 2002-2 and 9078-1 of the New York Local Rules of Bankruptcy

Procedure for the Southern District, this is to certify that on this 26th day of March, 2014,  copies

of the foregoing were transmitted via e-mail to all parties capable of receiving electronic notice

as set forth in this Court's CM/ECF Notice of Electronic Filing and via first-class mail, postage

prepaid to the Debtor and the Office of the U.S. Trustee.

## SERVICE LIST

### DEBTOR

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

### U.S. TRUSTEE

Office of The United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

### ECF PARTIES:

- Anne Marie Aaronson aaaronson@dilworthlaw.com
- Marc Abrams maosbny@willkie.com, mabrams@willkie.com
- Marc Abrams maosbny@willkie.com, mabrams@willkie.com
- Ann E. Acker acker@chapman.com
- David J. Adler dadler@mccarter.com
- David J. Adler dadler@mccarter.com
- Suyash Agrawal sagrawal@susmangodfrey.com
- Suyash Agrawal sagrawal@susmangodfrey.com
- Kathleen M. Aiello kaiello@foxrothschild.com
- Robert D. Albergotti robert.albergotti@haynesboone.com
- Craig J. Albert craigjustinalbert@gmail.com
- Jose Raul Alcantar Villagran raul.alcantar@alcantarlaw.com
- Nelson D Alexander nalexander@fbtlaw.com, sbailey@fbtlaw.com
- Ana M. Alfonso maosbny@willkie.com, aalfonso@willkie.com
- Darryl J. Alvarado dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Carla O. Andres candres@gklaw.com
- George Angelich angelich.george@arentfox.com
- Philip D. Anker philip.anker@wilmerhale.com
- Tara B. Annweiler tannweiler@greerherz.com
- Laura E. Appleby appleby@chapman.com
- Bruce G. Arnold barnold@whdlaw.com
- John R. Ashmead ashmead@sewkis.com
- John R. Ashmead ashmead@sewkis.com

- Elizabeth Austin ea@pullcom.com, jgrossarth@pullcom.com
- Allison R Axenrod allison@claimsrecoveryllc.com
- Andrew C Baak andrew.baak@bartlit-beck.com
- Douglas Bacon chefiling@lw.com, beth.arnold@lw.com
- Ingrid Bagby ingrid.bagby@cwt.com,
  michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffre
  y.taub@cwt.com;wendy.kane@cwt.com;casey.servais@cwt.com
- Ingrid Bagby ingrid.bagby@cwt.com,
  michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffre
  y.taub@cwt.com;wendy.kane@cwt.com;casey.servais@cwt.com
- Katrina Lynne Baker kbaker@kramerlevin.com, docketing@kramerlevin.com
- Lindsey F. Baker lbaker@fbtlaw.com
- Helen Ball mtaylor@ba-boult.com
- William G. Ballaine wballaine@lcbf.com
- Andrew E. Balog aeb@gtlaw.com
- Anthony Balsamo balesq1948@yahoo.com
- Elizabeth Banda Calvo rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Duncan E. Barber dbarber@bsblawyers.com
- Luke A Barefoot lbarefoot@cgsh.com, maofiling@cgsh.com
- Luke A Barefoot lbarefoot@cgsh.com, maofiling@cgsh.com
- Jean-David Barnea jean-david.barnea@usdoj.gov
- David L. Barrack dbarrack@fulbright.com
- Peter John Barrett peter.barrett@kutakrock.com
- Athanasios Basdekis tbasdekis@baileyglasser.com,
  bglasser@baileyglasser.com;gspruce@baileyglasser.com;pmuench@baileyglasser.com;
  mhatcher@baileyglasser.com
- Lawrence Bass lawrence.bass@hro.com
- Beatrice Hamza Bassey bassey@hugheshubbard.com
- Paul M. Basta pbasta@kirkland.com,
  jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com;ross.kwasteniet@kirkland.
  com;bradley.giordano@kirkland.com;joe.graham@kirkland.com;steven.serajeddini@kir
  kland.com;csroka@kirkland.com
- Paul A. Batista batista007@aol.com
- Christopher J. Battaglia cbattaglia@halperinlaw.net, lgu@halperinlaw.net
- Kenneth L. Baum kbaum@coleschotz.com
- Kevin M. Baum kevin.baum@kattenlaw.com
- Kevin M. Baum kevin.baum@kattenlaw.com
- Arthur G. Baumeister abaumeister@amigonesanchez.com
- Peter Nils Baylor pnb@nutter.com
- Ronald Scott Beacher rbeacher@pryorcashman.com, docketing@pryorcashman.com
- Ronald Scott Beacher rbeacher@pryorcashman.com, docketing@pryorcashman.com
- Anne E. Beaumont abeaumont@fklaw.com, vgarvey@fklaw.com;jshaw@fklaw.com
- Anne E. Beaumont abeaumont@fklaw.com, vgarvey@fklaw.com;jshaw@fklaw.com
- Martin Beeler mbeeler@cov.com

- Martin Beeler mbeeler@cov.com
- Neil Sheehan Begley neil.begley@srz.com, tal.reback@srz.com
- Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com
- Howard S. Beltzer hbeltzer@mayerbrown.com
- Evan J. Benanti evan.benanti@bingham.com
- Menachem M. Bensinger mbensinger@mcgrailbensinger.com
- Gregory M. Bentz gbentz@polsinelli.com
- Walter Benzija wbenzija@halperinlaw.net, lgu@halperinlaw.net
- David Adam Berger dberger@abv.com
- Shaya M. Berger bergers@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
- Jed I. Bergman jbergman@kasowitz.com, courtnotices@kasowitz.com
- Jed I. Bergman jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com
- Leslie Ann Berkoff lberkoff@moritthock.com
- Ronit J. Berkovich ronit.berkovich@weil.com
- Jessica G. Berman jberman@msek.com
- Mark N. Berman mberman@nixonpeabody.com
- Richard J. Bernard rbernard@foley.com, khall@foley.com;rbressler@foley.com
- Thomas F Berndt tfberndt@rkmc.com, mrschroeder@rkmc.com
- Darren Elliot Bernstein bernsted@lbitrustee.com
- Matthew R. Berry mberry@susmangodfrey.com
- Gene R. Besen gene.besen@snrdenton.com
- Daniel B. Besikof dbesikof@loeb.com
- Kiah D. Beverly-Graham kbeverly-graham@eisemanlevine.com
- Kiah D. Beverly-Graham kbeverly-graham@eisemanlevine.com
- Riyaz G. Bhimani rbhimani@eckertseamans.com
- Adam M. Bialek abialek@wmd-law.com
- Adam M. Bialek abialek@wmd-law.com
- Martin J. Bienenstock mbienenstock@proskauer.com, tkarcher@proskauer.com
- Martin J. Bienenstock mbienenstock@proskauer.com, tkarcher@proskauer.com
- Laurie R. Binder binder@sewkis.com
- Neil S. Binder nbinder@rkollp.com, dclark@binderschwartz.com
- Robert Jeffery Black jeffery.black@bingham.com, pat.wright@bingham.com;michael.ableson@bingham.com
- Joshua R. Blackman jBlackman@morganlewis.com
- Benjamin Blaustein bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Daniel S. Bleck dbleck@mintz.com
- Tricia J. Bloomer tbloomer@bsfllp.com
- Anthony D. Boccanfuso Anthony_Boccanfuso@aporter.com
- Anthony D. Boccanfuso Anthony_Boccanfuso@aporter.com
- Carmine Boccuzzi maofiling@cgsh.com, cboccuzzi@cgsh.com

- Carmine Boccuzzi maofiling@cgsh.com, cboccuzzi@cgsh.com
- James Nicholas Boeving james.n.boeving@usdoj.gov
- Phillip W. Bohl phillip.bohl@gpmlaw.com
- Nora Bojar nbojar@fklaw.com, vgarvey@fklaw.com
- Hilary B. Bonial notice@bkcylaw.com
- Mark V. Bossi mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
- Mark S. Bostick mbostick@wendel.com
- Charles E. Boulbol rtrack@msn.com
- Maria A. Bove mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Armen James Boyajian jamesboyajian@gmail.com
- Armen James Boyajian jamesboyajian@gmail.com
- Ethan A. Brecher ethan@ethanbrecherlaw.com
- Jerrold Lyle Bregman ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com;cgiglio@curtis.com
- Jerrold Lyle Bregman ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com;cgiglio@curtis.com
- Allan S. Brilliant allan.brilliant@dechert.com, jason.smith@dechert.com
- Timothy W. Brink timothy.brink@dlapiper.com
- James L. Bromley maofiling@cgsh.com, jbromley@cgsh.com;reckenrod@cgsh.com
- Luke O. Brooks lukeb@rgrdlaw.com
- Melvin A. Brosterman mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com
- Mark A. Broude mark.broude@lw.com, peter.gilhuly@lw.com
- Mark Edwin Browning BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US
- Andrew P. Brozman andrew.brozman@cliffordchance.com, adam.lesman@cliffordchance.com
- Andrew P. Brozman andrew.brozman@cliffordchance.com, adam.lesman@cliffordchance.com
- Robert W. Brundige brundige@hugheshubbard.com
- John J. Buckley jbuckley@wc.com
- Martin G. Bunin marty.bunin@alston.com
- Michael P. Burke mburke@wmd-law.com
- Spencer A. Burkholz spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Malani Cademartori mcademartori@sheppardmullin.com
- Aaron R. Cahn cahn@clm.com
- Aaron R. Cahn cahn@clm.com
- Daniel K. Cahn dcahn@cahnlaw.com
- John M. Callagy jcallagy@kelleydrye.com
- Carollynn H.G. Callari ccallari@venable.com
- Donald F. Campbell dcampbell@ghclaw.com
- Sarah Campbell jdisanti@whitecase.com;mcosbny@whitecase.com

- David M. Capriotti bkemail@harrisbeach.com
- John F. Carberry jcarberry@cl-law.com
- Jeffrey Morgan Carbino jcarbino@cohenseglias.com
- Scott Cargill scargill@lowenstein.com, msavetsky@lowenstein.com
- Lawrence F. Carnevale bankruptcy@clm.com
- Michael Robert Carney mcarney@mckoolsmith.com
- James S. Carr KDWBankruptcyDepartment@kelleydrye.com
- Daniel J. Carragher djcarragher@daypitney.com
- Timothy J. Carter tcarter@goulstonstorrs.com
- Gerard Sylvester Catalanello gcatalanello@duanemorris.com,
  gcatalanello@duanemorris.com
- Rocco A. Cavaliere rcavaliere@tarterkrinsky.com
- Gabriel I. Chacon gabriel.chacon@dol.lps.state.nj.us
- Shelley C. Chapman maosbny@willkie.com
- Thomas E. Chase tchase@rlrpclaw.com
- Omar-John C. Chavez ochavez@smithstratton.com
- Pamela Rogers Chepiga pamela.chepiga@newyork.allenovery.com,
  kurt.vellek@allenovery.com
- Ly S Chhay ly.chhay@activfinancial.com
- Jonathan Chi-Shoong Cho jonathan.cho@allenovery.com
- Jonathan Chi-Shoong Cho jonathan.cho@allenovery.com
- Conrad Chiu cchiu@pryorcashman.com, docketing@pryorcashman.com
- Bertrand J. Choe bertrand.choe@kattenlaw.com, NYC.bknotices@kattenlaw.com
- Dale C. Christensen christensen@sewkis.com
- Jennifer A. Christian jennifer.christian@tklaw.com, justin.roberts@tklaw.com
- Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas rchristmas@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Jeffrey Chubak jchubak@proskauer.com
- Bruce E. Clark clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Bruce E. Clark clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Jared Riley Clark jared.clark@bingham.com,
  david.marcus@bingham.com,pat.wright@bingham.com
- Richard W. Clary rclary@cravath.com, mao@cravath.com
- Marvin E. Clements agbanknewyork@ag.tn.gov
- Dianne F. Coffino dcoffino@cov.com
- David S. Cohen dcohen2@milbank.com, nbassett@milbank.com
- Hollace T. Cohen hollace.cohen@troutmansanders.com, nymc@troutmansanders.com
- Joshua W. Cohen jwcohen@daypitney.com, arametta@daypitney.com
- Michael A. Cohen macohen@curtis.com, jweber@curtis.com
- Neal W. Cohen ncohen@halperinlaw.net
- Ronald L. Cohen cohenr@sewkis.com
- Ronald L. Cohen cohenr@sewkis.com
- Joshua D. Cohn choupt@mayerbrown.com;jmarsala@mayerbrown.com

- Michael H. Cohn mcohn@cohnroth.com, scaba@cohnroth.com
- Adam D. Cole colea@gtlaw.com
- Cassandra L. Coleman ccoleman@garfield-county.com
- Jeffrey R. Coleman coleman@hugheshubbard.com
- Kenneth P. Coleman kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
- Magdeline D. Coleman donna.curcio@bipc.com
- Scarlett E Collings scarlett.collings@weil.com
- Patrick Collins pcollins@farrellfritz.com
- Christopher Combest christopher.combest@quarles.com
- Roger A Cooper racooper@cgsh.com, maofiling@cgsh.com
- Dena Copulsky dlcopulsky@hhlaw.com
- Joseph N. Cordaro joseph.cordaro@usdoj.gov
- Kenneth Corey-Edstrom kcoreyedstrom@larkinhoffman.com
- Steven Cousins scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo dcrapo@gibbonslaw.com
- David A. Crichlow david.crichlow@kattenlaw.com
- Maureen A. Cronin mao-ecf@debevoise.com
- Nicholas P. Crowell ncrowell@sidley.com
- Leo T. Crowley leo.crowley@pillsburylaw.com
- Walter H. Curchack wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio louis.curcio@snrdenton.com
- Kelly D. Curtin kdcurtin@pbnlaw.com, mdlaskowski@pbnlaw.com;mpdermatis@pbnlaw.com;rasegall@pbnlaw.com;sakelly@pbnlaw.com
- Raniero D'Aversa rdaversa@orrick.com, lmetzger@orrick.com
- Raniero D'Aversa rdaversa@orrick.com, lmetzger@orrick.com
- William F. Dahill wdahill@wmd-law.com
- Marilee P. Dahlman lschwall@kayescholer.com
- Robert K. Dakis , bankruptcy@morrisoncohen.com
- Michael R. Dal Lago mdallago@hahnlaw.com, cmbeitel@hahnlaw.com;hlpcr@hahnlaw.com
- J. Patrick Darby pdarby@babc.com
- J. Patrick Darby pdarby@babc.com
- Wolfgang A Dase wdase@fzwz.com
- Brijesh P. Dave brijesh.dave@lehmanholdings.com
- Jason C. Davis jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com
- Michael S. Davis mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
- Paul R. DeFilippo pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com
- Louis T. DeLucia ldelucia@schiffhardin.com, sodavis@schiffhardin.com
- Jennifer C. DeMarco jennifer.demarco@cliffordchance.com
- Jennifer C. DeMarco jennifer.demarco@cliffordchance.com
- Gabriel Del Virginia, Esq. gabriel.delvirginia@verizon.net

- Bradford E. Dempsey bdempsey@faegre.com
- Christopher M. Desiderio cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Christopher M. Desiderio cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Mark W. Deveno mark.deveno@bingham.com, pat.wright@bingham.com
- Francesco Di Pietro francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
- Maria J. DiConza diconzam@gtlaw.com, petermann@gtlaw.com;cusumanod@gtlaw.com;lowena@gtlaw.com
- Daryl L. Diesing ddiesing@whdlaw.com, pbartoli@whdlaw.com
- John P. Dillman houston_bankruptcy@publicans.com
- Pat Dixon pat.dixon@fultoncountyga.gov, Terry1.Allen@fultoncountyga.gov;Shannon.Sams@fultoncountyga.gov
- Caroline R. Djang cdjang@rutan.com
- Stephen A. Donato sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com
- Christopher R. Donoho chris.donoho@hoganlovells.com, ronald.cappiello@hoganlovells.com
- J. Ted Donovan TDonovan@GWFGlaw.com, jstrauss@gwfglaw.com
- Jennifer V. Doran jdoran@haslaw.com, calirm@haslaw.com
- Joshua Dorchak joshua.dorchak@bingham.com
- Joshua Dorchak joshua.dorchak@bingham.com
- Mark J. Dorval mdorval@stradley.com
- Amish R. Doshi adoshi@magnozzikye.com
- Mary Joanne Dowd mary.dowd@arentfox.com, jeffrey.rothleder@arentfox.com
- Thomas Alan Draghi tdraghi@westermanllp.com
- Dennis J. Drebsky ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk rwd1517@gmail.com, rwd1517@ecf.inforuptcy.com
- Stephen L Dreyfuss sldreyfuss@hlgslaw.com, efiling@hlgslaw.com
- Todd E. Duffy tduffy@duffyamedeo.com
- James C. Dugan maosbny@willkie.com, jdugan@willkie.com
- Buce J. Duke bruceduke@comcast.net
- David Dunn david.dunn@hoganlovells.com
- Matthew Dyer BkMail@prommis.com
- David W. Dykhouse dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Lawrence P. Eagel eagel@bragarwexler.com
- Kevin M. Eckhardt keckhardt@hunton.com
- Andrew B. Eckstein aeckstein@blankrome.com
- Michael James Edelman mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Henry A. Efroymson henry.efroymson@icemiller.com
- Daniel Egan daniel.egan@dlapiper.com, evelyn.rodriguez@dlapiper.com;jacob.frumkin@dlapiper.com;MLinn@FarallonCapital.com;DocketingBaltimore@dlapiper.com
- Daniel Eggermann deggermann@kramerlevin.com

- Devon Eggert deggert@freeborn.com, bkdocketing@freeborn.com
- Susan K. Ehlers sehlers@armstrongteasdale.com
- Jeremy D. Eiden jeremy.eiden@ag.state.mn.us, jeremy.eiden@gmail.com
- Charles R. Ekberg ekbergc@lanepowell.com
- Zeh S. Ekono ekonoz@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Robert F. Elgidely relgidely@gjb-law.com, gjbecf@gjb-law.com
- Erin L. Eliasen eleliasen@stoel.com, basargent@stoel.com;dblevant@stoel.com;vdelay@stoel.com;sea_docket@stoel.com;jawoolms@stoel.com;ajbrumble@stoel.com
- Mark C. Ellenberg mark.ellenberg@cwt.com, wendy.kane@cwt.com
- Mark C. Ellenberg mark.ellenberg@cwt.com, wendy.kane@cwt.com
- Kristin Elliott kelliott@kelleydrye.com, KDWBankruptcyDepartment@Kelleydrye.com
- Bertin C. Emmons bemmons@sovereignbank.com
- Michael R. Enright menright@rc.com
- Andrew J. Entwistle aentwistle@entwistle-law.com, mgayle@entwistle-law.com;ncasey@entwistle-law.com;aarce@entwistle-law.com
- Earle I. Erman eerman@ermanteicher.com
- Scott L. Esbin bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Scott L. Esbin bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Edward J. Estrada eestrada@reedsmith.com
- Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com
- Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com
- William J. Factor wfactor@wfactorlaw.com
- Michael A. Fagone mfagone@bernsteinshur.com, astewart@bernsteinshur.com;sspizuoco@bernsteinshur.com;kquirk@bernsteinshur.com;kfox@bernsteinshur.com
- Garrett A. Fail garrett.fail@weil.com
- Jessica Fainman jessica.fainman@barclayscapital.com
- Stephen Vincent Falanga sfalanga@connellfoley.com
- Robert Michael Farquhar mfarquhar@winstead.com
- William L. Farris farrisw@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Adam M. Feinmesser afeinmesser@esbinalter.com
- Adam M. Feinmesser afeinmesser@esbinalter.com
- Matthew Allen Feldman maosbny@willkie.com, mfeldman@willkie.com
- Peter L. Feldman awilliams@oshr.com;jbougiamas@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com
- Hydee R. Feldstein wiesell@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Gregg M. Ficks gmf@cpdb.com
- Charles J. Filardi charles@filardi-law.com, abothwell@filardi-law.com
- Joseph Daniel Filloy jfilloy@reedsmith.com
- Steven E. Fineman sfineman@lchb.com

- Steven E. Fineman sfineman@lchb.com
- Steven J. Fink sfink@orrick.com,
  nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com;sbridge@orrick.com
- Harden Alexander Fisch afisch@stutman.com
- Gabriel Fischbarg fis123@yahoo.com
- Eric Fisher fishere@dicksteinshapiro.com,
  nybankruptcydocketing@dicksteinshapiro.com
- James C. Fitzpatrick fitzpat@hugheshubbard.com
- Richard J. Flanagan rjflanagan@flanassoc.com
- Steven B. Flancher flanchers@michigan.gov
- Daniel J. Flanigan dflanigan@polsinelli.com,
  tbackus@polsinelli.com;docket@polsinelli.com
- Jonathan L. Flaxer jflaxer@golenbock.com,
  eneuman@golenbock.com;mweinstein@golenbock.com
- Robert M. Fleischer rfleischer@pryorcashman.com,
  docketing@pryorcashman.com;dstevens@pryorcashman.com
- Martin N. Flics martin.flics@linklaters.com,
  shauin.wang@linklaters.com;casey.bell@linklaters.com
- Eric M. Fogel efogel@lathropgage.com
- Anthony Ford aford@winston.com, dcunsolo@winston.com
- Shawn Randall Fox sfox@mcguirewoods.com, tcollins@mcguirewoods.com
- Mark A. Frankel mfrankel@bfklaw.com,
  mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com
- Jane M. Freeberg jfreeberg@wfw.com
- Jane M. Freeberg jfreeberg@wfw.com
- Mark Freedlander mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com
- Rachel Freeman rfreeman@dealysilberstein.com
- Elise Scherr Frejka efrejka@kramerlevin.com
- Anson B. Frelinghuysen frelingh@hugheshubbard.com
- Ellen A. Friedman jquiambao@friedmanspring.com
- Jeff J. Friedman jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Jeff J. Friedman jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Kenneth Friedman kfriedman@manatt.com
- Michael Friedman mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com;ksambur@rkollp.com
- Michael Friedman mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com;ksambur@rkollp.com
- Andrew J Frisch afrisch@andrewfrisch.com
- Joshua Fritsch fritschj@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Joseph Froehlich jfroehlich@lockelord.com
- Thomas M. Gaa tgaa@bbslaw.com, yessenia@bbslaw.com
- H. Rowan Gaither rgaither@rkollp.com, mschneider@rkollp.com

- Michael Garcia mgarcia@nixonpeabody.com
- Karl Geercken kgeercken@alston.com, kgeercken@alston.com
- Lawrence V. Gelber lawrence.gelber@srz.com
- Lawrence V. Gelber lawrence.gelber@srz.com
- Andrew E. Gelfand gelfanda@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Jan B. Geller jbgesq@bway.net
- Daniel F.X. Geoghan DGeoghan@coleschotz.com
- Katherine Geraci geraci@thalergertler.com
- Jeffrey W. Gettleman jgettleman@kirkland.com
- Anthony I. Giacobbe agiacobbe@zeklaw.com
- John D Giampolo jgiampolo@wmd-law.com
- Steven A. Ginther sdnyecf@dor.mo.gov
- Margarita Y. Ginzburg mginzburg@daypitney.com
- Glenn S. Gitomer ggitomer@mkbattorneys.com
- Joseph M. Gitto jgitto@nixonpeabody.com
- Lara O. Glaesman lara.glaesman@leonard.com
- Eduardo J. Glas eglas@mccarter.com
- Gabriel I. Glazer gglazer@stutman.com
- John P. Gleason jgleason@gleasonkoatz.com
- Jeffrey E. Glen jglen@andersonkill.com
- Andrew K. Glenn aglenn@kasowitz.com, courtnotices@kasowitz.com
- Larry Ivan Glick lglick@shutts.com
- Jay M. Goffman JGoffman@skadden.com, John.Murphy@skadden.com
- Kristin Going kristin.going@dbr.com, Daniel.Northrop@dbr.com
- Andrew C. Gold agold@herrick.com
- Matthew J. Gold mgold@kkwc.com
- Matthew J. Gold mgold@kkwc.com
- Ronald Eric Gold rgold@fbtlaw.com, kgrubbs@fbtlaw.com
- Adam J. Goldberg adam.goldberg@lw.com
- Thomas D. Goldberg tdgoldberg@dbh.com
- Thomas D. Goldberg tdgoldberg@dbh.com
- Andrew R Goldenberg goldenberg@ssnyc.com
- Andrew R Goldenberg goldenberg@ssnyc.com
- Michelle Goldis michelle.goldis@wilmerhale.com
- Richard M. Goldman rgoldman@teamtogut.com,
  lmuchnik@teamtogut.com;rgoldman@ecf.inforuptcy.com
- Seth Goldman seth.goldman@mto.com
- Irena M. Goldstein igoldstein@proskauer.com
- Steven Martin Golub sgolub@golublaw.com
- Carlos F Gonzalez cgonzalez@diazreus.com,
  nquiros@diazreus.com;axiques@diazreus.com;filings@diazreus.com
- Brett D. Goodman brett.goodman@troutmansanders.com,
  harriet.cohen@troutmansanders.com;nymc@troutmansanders.com
- Robert S. Goodman rgoodman@moundcotton.com

- Todd M. Goren tgoren@mofo.com, lmarinuzzi@mofo.com
- Andrew R. Gottesman agottesman@secondmarket.com
- Christopher F. Graham cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com
- Christopher F. Graham cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com
- Richard A. Graham rgraham@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- Richard A. Graham rgraham@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- Lindsee Paige Granfield lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com;juziel@cgsh.com
- Timothy E. Graulich bankruptcy.routing@dpw.com
- Ira S. Greene igreene@edwardswildman.com
- Carl M. Greenfeld cgreenfeld@lowenstein.com
- Michael E. Grenert mgrenert@liddlerobinson.com
- Michael E. Grenert mgrenert@liddlerobinson.com
- Emanuel C. Grillo egrillo@goodwinprocter.com
- Robert K. Gross rgross@evw.com, slapriore@evw.com,bmarx@evw.com
- Stephen H. Gross shgross5@yahoo.com
- Howard J. Grossman howard.j.grossman@chase.com
- Howard J. Grossman howard.j.grossman@chase.com
- Edward P. Grosz egrosz@reitlerlaw.com
- Steven T. Gubner ecf@ebg-law.com
- Michael P. Guta karlaortega@hill-law-offices.com
- Daniel J. Guyder daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
- Daniel J. Guyder daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
- Richard F. Hahn rfhahn@debevoise.com;mao-bk-ecf@debevoise.com
- Robert R. Hall robert.hall@azag.gov
- Terry E. Hall terry.hall@faegrebd.com
- Alan D. Halperin lgu@halperinlaw.net
- Heidi L Hamilton heidi@crumbielaw.com
- Aaron L. Hammer ahammer@SugarFGH.com, mmelickian@SugarFGH.com;mbrandess@SugarFGH.com;bkdocket@SugarFGH.com
- Andrew Hammond ahammond@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- James K. Haney jhaney@wongfleming.com
- James K. Haney jhaney@wongfleming.com
- William Hao william.hao@alston.com
- Carrie V. Hardman chardman@klestadt.com
- Carrie V. Hardman chardman@winston.com

- Timothy P. Harkness timothy.harkness@freshfields.com
- Lee Harrington lharrington@nixonpeabody.com
- Adam Craig Harris adam.harris@srz.com
- Christopher Harris Christopher.harris@lw.com
- Lynn P. Harrison lharrison@curtis.com,
  jdrew@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndelaney@curtis.com;dchi
  ng@curtis.com;nmorin@curtis.com;kkim@curtis.com
- Brian W. Harvey bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Howard R. Hawkins howard.hawkins@cwt.com, anthony.moore@cwt.com
- Howard R. Hawkins howard.hawkins@cwt.com, anthony.moore@cwt.com
- Patrick L. Hayden phayden@mcguirewoods.com
- Dion W. Hayes dhayes@mcguirewoods.com,
  phayden@mcguirewoods.com;kcain@mcguirewoods.com
- Nava Hazan nava.hazan@squiresanders.com, karen.graves@squiresanders.com
- Patricia H. Heer phheer@duanemorris.com, odmclean@duanemorris.com
- Douglas S. Heffer dheffer@foley.com
- Eric Paul Heichel eheichel@eisemanlevine.com
- Matthew B. Heimann mbheimann@pbnlaw.com,
  mdlaskowski@pbnlaw.com;mpdermatis@pbnlaw.com
- John Richard Hein jhein@hunton.com,
  backerly@hunton.com;cloving@hunton.com;mlambert@hunton.com;bmulder@hunton.c
  om;rgalbraith@hunton.com
- Christopher R. Heinrich cheinrich@hslegalfirm.com
- Jay Heinrich jheinrich@mkbllp.com
- Jay Heinrich jheinrich@mkbllp.com
- James M. Heiser heiser@chapman.com
- Jay S. Hellman JHellman@SilvermanAcampora.com,
  SGreenberg@SilvermanAcampora.com
- Jay S. Hellman JHellman@SilvermanAcampora.com,
  SGreenberg@SilvermanAcampora.com
- Jonathan S. Henes jhenes@kirkland.com,
  jgoldfinger@kirkland.com;patrick.nash@kirkland.com
- Larry D. Henin lhenin@eapdlaw.com
- Marian S. Henry mshenry@lshv.org
- Robin A. Henry rhenry@bsfllp.com
- Sally M. Henry Sally.Henry@skadden.com
- Ira L. Herman ira.herman@tklaw.com,
  deanna.immitt@tklaw.com;justin.roberts@tklaw.com
- Neil E. Herman Nherman@morganlewis.com
- David F. Heroy david.heroy@bakermckenzie.com
- Jennifer B. Herzog jherzog@gklaw.com
- Paul S. Hessler paul.hessler@linklaters.com, shauin.wang@linklaters.com
- Paul S. Hessler paul.hessler@linklaters.com, shauin.wang@linklaters.com
- William Heuer wheuer@duanemorris.com

- William Heuer wheuer@duanemorris.com
- Autumn D. Highsmith autumn.highsmith@haynesboone.com
- Hugh F. Hill hugh.hill@hoganlovells.com, ronald.cappiello@hoganlovells.com
- Robert M. Hirsh hirsh.robert@arentfox.com, nova.alindogan@arentfox.com
- David J. Hoffman djhoffman@djhoffmanlaw.com
- Evan C. Hollander mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman pholleman@sandw.com
- Robert Neil Holtzman rholtzman@kramerlevin.com
- Jonathan Hook jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com
- Nils Edward Horning nhorning@cantor.com
- Jed Horwitt JHorwitt@Zeislaw.com
- Christopher J. Houpt choupt@mayerbrown.com, jmarsala@mayerbrown.com
- Casey B. Howard choward@lockelord.com
- Eunice Rim Hudson eunice.hudson@klgates.com, klgatesbankruptcy@klgates.com
- Hamish Hume hhume@bsfllp.com, tbloomer@bsfllp.com
- David R. Hurst dhurst@coleschotz.com,
  pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- Jay W. Hurst jay.hurst@texasattorneygeneral.gov,
  sherri.simpson@texasattorneygeneral.gov
- Frederick D. Hyman fhyman@mayerbrownrowe.com
- Michael D Hynes michael.hynes@dlapiper.com
- Jeremiah Iadevaia jiadevaia@vladeck.com
- Peter D. Isakoff peter.isakoff@weil.com
- Adam H. Isenberg aisenberg@saul.com
- Peter A. Ivanick peter.ivanick@hoganlovells.com, ronald.cappiello@hoganlovells.com
- Dillon Edward Jackson jackd@foster.com
- Jennifer M. Jackson jacksonj5@michigan.gov
- Julie Adams Jacobs jjacobs@law.ga.gov
- Lawrence Evan Jacobs lawrence.jacobs@davispolk.com
- Ron Jacobs rjacobs@ecf.epiqsystems.com
- Steve Jakubowski sjakubowski@rsplaw.com, docketing@rsplaw.com
- Sedgwick M. Jeanite jeanites@whiteandwilliams.com,
  yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com
- Daniel S. Jo djo@liddlerobinson.com
- Brandon Johnson brandon.johnson@pillsburylaw.com
- Joshua D. Johnson jjohnson@babc.com, swillis@babc.com
- Michael E. Johnson michael.johnson@alston.com
- Robert Alan Johnson rajohnson@akingump.com, nymco@akingump.com
- John J. Jolley jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Nathan E. Jones info@usdrllc.com
- Roger G. Jones rjones@bccb.com
- Dennis Jose ecfnotices@gpolaw.com, djose@gpolaw.com

- Benay L. Josselson josselson@sewkis.com
- John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com
- John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com
- Steven Z. Jurista sjurista@wjslaw.com, lrankins@wjslaw.com
- Gregory O. Kaden gkaden@goulstonstorrs.com
- Allen G. Kadish akadish@dtlawgroup.com, las@dtlawgroup.com
- William Wade Kannel wkannel@mintz.com
- Richard S. Kanowitz rkanowitz@cooley.com
- Alex J. Kaplan ajkaplan@sidley.com, emcdonnell@sidley.com
- Eugene Neal Kaplan enkaplan@kaplanlandau.com
- Eugene Neal Kaplan enkaplan@kaplanlandau.com
- Gary Kaplan gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
- Anjna R. Kapoor akapoor@kelleydrye.com, docketing@kelleydrye.com
- Nickolas Karavolas nkaravolas@phillipslytle.com
- Dimitri G. Karcazes dimitri.karcazes@goldbergkohn.com
- David J. Karp david.karp@srz.com
- David J. Karp david.karp@srz.com
- Marc E Kasowitz MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com
- Diane J. Kasselman dkasselman@kasselman-law.com
- Elyssa Suzanne Kates ekates@bakerlaw.com, bhlitdocket@bakerlaw.com
- Lawrence A. Katz lkatz@ltblaw.com
- Philip Kaufler philip@kauflerlaw.com
- Alan F. Kaufman akaufman@mckennalong.com
- Jordan Kaye jkaye@kramerlevin.com
- Robert J. Keach rkeach@bernsteinshur.com, acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com
- Robin Elizabeth Keller robin.keller@lovells.com, ronald.cappiello@hoganlovells.com
- Robin Elizabeth Keller robin.keller@lovells.com, ronald.cappiello@hoganlovells.com
- Craig I. Kelley ecf@kelleylawoffice.com
- Kenneth J. Kelly kkelly@ebglaw.com, nyma@ebglaw.com
- Elena Paras Ketchum eketchum.ecf@srbp.com
- John Kibler john.kibler@allenovery.com
- John Kibler john.kibler@allenovery.com
- Michael S. Kim michael.kim@kobrekim.com
- Christopher K. Kiplok kiplok@hugheshubbard.com
- Edward J. Kirk edward.kirk@clydeco.us
- Lauren Catherine Kiss lkiss@klestadt.com
- Paul Kizel pkizel@lowenstein.com
- Barry R. Kleiner dkleiner@kkwc.com
- Emil A. Kleinhaus eakleinhaus@wlrk.com, calert@wlrk.com
- Tracy L. Klestadt tklestadt@klestadt.com, tklestadt@gmail.com
- Joseph B. Koczko joseph.koczko@thompsonhine.com
- Scott Edward Koerner scott.koerner@dentons.com

- Douglas Koff douglaskoff@paulhastings.com
- Howard Koh hkoh@meisterseelig.com
- Claude F. Kolm claude.kolm@acgov.org, jamartinez@acgov.org
- Alan Kolod dkick@mosessinger.com
- Anna Kornikova akornikova@lcbf.com
- Sheron Korpus courtnotices@kasowitz.com
- Lawrence J. Kotler ljkotler@duanemorris.com
- Deborah Kovsky-Apap kovskyd@pepperlaw.com,
  alexsym@pepperlaw.com,kressk@pepperlaw.com
- Lisa J.P. Kraidin lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com
- Bennette D. Kramer bdk@schlamstone.com
- Andrew B. Kratenstein akratenstein@mwe.com, mco@mwe.com
- Michael M. Krauss michael.krauss@faegrebd.com, mdoty@faegre.com
- Julia S. Kreher rleek@hodgsonruss.com
- J. Alex Kress akress@riker.com
- Martin Krolewski mkrolewski@kelleydrye.com,
  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- Justin A. Kuehn kuehn@bragarwexler.com
- David Simon Kurtzer-Ellenbogen dkurtzer@wc.com
- Ross M. Kwasteniet ross.kwasteniet@kirkland.com,
  brendan.reardon@kirkland.com;maureen.mccarthy@kirkland.com
- Ross M. Kwasteniet ross.kwasteniet@kirkland.com,
  brendan.reardon@kirkland.com;maureen.mccarthy@kirkland.com
- Paul J. Labov plabov@eapdlaw.com
- Robinson B. Lacy Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Robinson B. Lacy Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Darryl S. Laddin bkrfilings@agg.com
- Michael C. Lambert mclambert@lawpost-nyc.com
- Mark Landman mlandman@lcbf.com
- David P. Langlois david.langlois@sablaw.com
- Robert Laplaca rlaplaca@levettrockwood.com
- Kevin J. Larner klarner@riker.com
- Francis J. Lawall lawallf@pepperlaw.com,
  henrys@pepperlaw.com;matourj@pepperlaw.com
- James N. Lawlor jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- David M. LeMay dlemay@chadbourne.com
- Michael C. Ledley mledley@wmd-law.com
- Mark G. Ledwin mark.ledwin@wilsonelser.com
- David H. Lee dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Kenneth E. Lee klee@levinelee.com, malinikoff@levinelee.com
- Alexander B. Lees ablees@wlrk.com, calert@wlrk.com
- David S. Leinwand dleinwand@avenuecapital.com
- Robert J. Lemons robert.lemons@weil.com, lee.goldberg@weil.com
- Stephen D. Lerner stephen.lerner@squiresanders.com, karen.graves@squiresanders.com

- Ira M. Levee ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal shari.leventhal@ny.frb.org
- Erin S. Levin elevin@lowenstein.com
- Richard B. Levin rlevin@cravath.com, mao@cravath.com;jmanning@cravath.com
- Richard B. Levin rlevin@cravath.com, mao@cravath.com;jmanning@cravath.com
- Eric B. Levine levine@whafh.com
- Eric R. Levine elevine@eisemanlevine.com,
  lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com
- Eric R. Levine elevine@eisemanlevine.com,
  lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com
- Jonathan Levine bankruptcy@andrewskurth.com
- Michael Levine ml@levlaw.org
- Jeffrey W. Levitan jlevitan@proskauer.com, srutsky@proskauer.com
- Joel H. Levitin JLevitin@cahill.com,
  MMcLoughlin@cahill.com;SGordon@cahill.com;MPeleg@cahill.com
- Leo V. Leyva lleyva@coleschotz.com
- Isabelle Liberman iliberman@akingump.com
- Michael Liberman nyma@ebglaw.com
- Mark S. Lichtenstein mlichtenstein@crowell.com, mlichtenstein@crowell.com
- Valdi Licul vlicul@vladeck.com
- David Liebenstein david.liebenstein@haynesboone.com
- Seth H. Lieberman slieberman@pryorcashman.com
- Seth H. Lieberman slieberman@pryorcashman.com
- David Liebov liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com
- Demetra Liggins demetra.liggins@tklaw.com,
  justin.roberts@tklaw.com;patricia.flores@tklaw.com;Nashira.Parker@tklaw.com;Caroline.LeMire@tklaw.com
- Angelina E. Lim angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com
- Douglas J. Lipke dlipke@vedderprice.com
- Alan Jay Lipkin alipkin@willkie.com, maosbny@willkie.com
- Joanne K. Lipson jlipson@crockerlaw.com,
  ttracy@crockerlaw.com;nancy@crockerlaw.com
- Marion H. Little little@litohio.com, Thompson@litohio.com
- David Y. Livshiz david.livshiz@freshfields.com
- Barbara E. Locklin blocklin@umwafunds.org
- Stephen T. Loden sloden@diamondmccarthy.com,
  adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com;bgarry@diamondmccarthy.com
- Stephen T. Loden sloden@diamondmccarthy.com,
  adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com;bgarry@diamondmccarthy.com
- Christopher Loizides loizides@loizides.com
- Sarah K. Loomis Cave cave@hugheshubbard.com
- Eric Lopez Schnabel mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

- Eric Lopez Schnabel mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Sara E. Lorber slorber@wfactorlaw.com
- Sara E. Lorber slorber@wfactorlaw.com
- Alexander S. Lorenzo alexander.lorenzo@alston.com
- Daniel A. Lowenthal dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com
- Mark L. Lubelsky mark@mllassociates.com
- Alan Lungen alungen@kasowitz.com, alungen@kasowitz.com
- Kerri Anne Lyman klyman@irell.com
- Kim R. Lynch klynch@formanlaw.com, kanema@formanlaw.com
- Michael C. Lynch mlynch@kelleydrye.com, docketing@kelleydrye.com
- Bruce G. MacIntyre bmacintyre@perkinscoie.com
- Bruce G. MacIntyre bmacintyre@perkinscoie.com
- Kevin L. MacMillan kmacmillan@abv.com
- John H. Maddock jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com
- Howard P. Magaliff hmagaliff@r3mlaw.com
- Wendy Mager wmager@smithstratton.com
- Eric Magnelli emagnelli@bracheichler.com
- George E.B. Maguire gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com
- William R. Maguire maguire@hugheshubbard.com
- William A Maher wmaher@wmd-law.com
- John S. Mairo jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- John S. Mairo jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- Christopher J. Major cjm@msf-law.com, bm@msf-law.com
- Jill L. Makower jmakower@scsnylaw.com, jcicatello@scsnylaw.com
- Robert K. Malone robert.malone@dbr.com
- Michael J. Maloney mmaloney@kelleydrye.com, docketing@kelleydrye.com
- Ray A. Mandlekar e_file_sd@csgrr.com
- Boris I. Mankovetskiy bmankovetskiy@sillscummis.com
- Beverly Weiss Manne bmanne@tuckerlaw.com
- Julie A. Manning bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com
- Wendy G. Marcari wmarcari@ebglaw.com, nyma@ebglaw.com
- Wendy G. Marcari wmarcari@ebglaw.com, nyma@ebglaw.com
- David M. Marcus david.marcus@bingham.com, paul.mapp@bingham.com
- Jacqueline Marcus jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- Jacqueline Marcus jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com

- Alan E. Marder lgomez@msek.com
- Jeffrey S. Margolin margolin@hugheshubbard.com
- Jeffrey S. Margolin margolin@hugheshubbard.com
- Lorenzo Marinuzzi lmarinuzzi@mofo.com
- Lorenzo Marinuzzi lmarinuzzi@mofo.com
- David J. Mark dmark@kasowitz.com, courtnotices@kasowitz.com
- Scott S. Markowitz smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com
- Thomas S. Marrion tmarrion@haslaw.com
- D. Ross Martin ross.martin@ropesgray.com
- Richard W. Martinez claire@rwmaplc.com
- Patrick Maschio pmaschio@nixonpeabody.com
- Rosanne Thomas Matzat
  hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.co
  m;sthompson@hahnhessen.com;lschlussel@hahnhessen.com;sgryll@hahnhessen.com
- Rachel J. Mauceri rmauceri@morganlewis.com
- Laurence May lmay@coleschotz.com
- Douglas Kirk Mayer dkmayer@wlrk.com, calert@wlrk.com
- Sandra E. Mayerson mayersonlaw@gmail.com
- Kurt A. Mayr kurt.mayr@bgllp.com
- Jil Mazer-Marino jmazermarino@msek.com, kgiddens@msek.com
- James I. McClammy james.mcclammy@davispolk.com
- James I. McClammy james.mcclammy@davispolk.com
- Aaron G. McCollough amccollough@mcguirewoods.com
- Theodore McCombs mccombst@sullcrom.com
- Richard J. McCord RMcCord@CBAH.com,
  afollett@certilmanbalin.com;cfollett@certilmanbalin.com
- Michael K. McCrory mmccrory@btlaw.com
- Mark McDermott Mark.McDermott@skadden.com
- Hugh M. McDonald hugh.mcdonald@snrdenton.com,
  elsmith@sonnenschein.com;lcurcio@sonnenschein.com
- Frank McGinn ffm@bostonbusinesslaw.com
- Lorraine S. McGowen lmcgowen@orrick.com, dfelder@orrick.com
- Mark E. McKane mmckane@kirkland.com,
  adrienne.levin@kirkland.com;beth.friedman@kirkland.com;sarah.farley@kirkland.com
- William J. McKenna wmckenna@foley.com
- Caitrin Una McKiernan caitrin.mckiernan@freshfields.com
- Maeghan J. McLoughlin mmcloughlin@klestadt.com
- Michelle McMahon michelle.mcmahon@bryancave.com, jamila.willis@bryancave.com
- Matthew S. Melamed MMelamed@rgrdlaw.com
- John P. Melko jmelko@gardere.com
- Richard G. Menaker rmenaker@mhjur.com
- Michelle A. Mendez mmendez@crb-law.com, kim@crb-law.com
- Gary J. Mennitt gary.mennitt@dechert.com, nycmanagingclerks@dechert.com

- Michael T. Mervis Mmervis@proskauer.com,
  Mmervis@proskauer.com;LSONYSB@proskauer.com
- Richard M. Meth msteen@foxrothschild.com, mlsecf@gmail.com
- G. Christopher Meyer cmeyer@ssd.com
- Robert N. Michaelson rmichaelson@r3mlaw.com
- Jessica Mikhailevich mikhailevich.jessica@dorsey.com
- Lisa Milas lmilas@rosicki.com, jspiegelman@flwlaw.com;plamberti@flwlaw.com
- Brett H. Miller bmiller@mofo.com, ecf@mofo.com
- Brett H. Miller bmiller@mofo.com, ecf@mofo.com
- David Emanuel Miller dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
- Harvey R. Miller harvey.miller@weil.com, garrett.fail@weil.com
- Nicholas M. Miller nmiller@ngelaw.com, ecfdocket@ngelaw.com
- Ralph I. Miller ralph.miller@weil.com
- Richard Steven Miller robert.honeywell@klgates.com
- W. Timothy Miller miller@taftlaw.com
- Anne Miller-Hulbert rocbkcourt@logs.com
- Joseph G. Minias maosbny@willkie.com, jminias@willkie.com
- Joseph G. Minias maosbny@willkie.com, jminias@willkie.com
- Robert K. Minkoff rminkoff@jefferies.com, mrichards@jefferies.com
- Robert K. Minkoff rminkoff@jefferies.com, mrichards@jefferies.com
- Joseph Thomas Moldovan bankruptcy@morrisoncohen.com
- Thomas J. Moloney maofiling@cgsh.com, tmoloney@cgsh.com
- Christopher R. Momjian crmomjian@attorneygeneral.gov
- John J. Monaghan bos-bankruptcy@hklaw.com
- Martin A. Mooney arappold@schillerknapp.com,
  bkecfactivitynotices@deilylawfirm.com
- James C. Moore jcmoore1939@gmail.com, cjohnson@hselaw.com
- Boaz S. Morag bmorag@cgsh.com, maofiling@cgsh.com
- Suzanna M.M. Morales smorales@lathropgage.com
- William M. Moran wmoran@mccarter.com
- Matthew P. Morris matthew.morris@lovells.com
- Joshua D. Morse jmorse@jonesday.com
- Judy Hamilton Morse judy.morse@crowedunlevy.com, ecf@crowedunlevy.com
- Jeanne Morton bkmail@prommis.com
- Max Anderson Moseley mmoseley@bakerdonelson.com, syoung@bakerdonelson.com
- Eric T. Moser emoser@r3mlaw.com
- Eric T. Moser emoser@r3mlaw.com
- Manuel Brad Moses jibaru@nyc.rr.com
- Seth A. Moskowitz smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Kerry Moynihan kerry.moynihan@bryancave.com, raul.morales@bryancave.com
- Monique J. Mulcare mmulcare@mayerbrown.com
- Monique J. Mulcare mmulcare@mayerbrown.com
- Lance Mulhern lmulhern@velaw.com
- Andrew S. Muller amuller@platzerlaw.com, lgibbs@platzerlaw.com

- Steven T. Mulligan smulligan@bsblawyers.com
- H. Kent Munson hkm@stolarlaw.com
- Michael F. Murphy murphym2@michigan.gov, ballingerb1@michigan.gov
- Jordanna L. Nadritch jnadritch@olshanlaw.com, ssallie@olshanlaw.com
- Jason A. Nagi jnagi@polsinelli.com, tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com
- Alissa M. Nann anann@foley.com
- Kevin J. Nash KNash@gwfglaw.com, jstrauss@gwfglaw.com
- David Neier dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier mneier@ibolaw.com
- Edward E. Neiger eneiger@askllp.com, lmiskowiec@askllp.com
- Laura E. Neish lneish@zuckerman.com
- Roger David Netzer maosbny@willkie.com, rnetzer@willkie.com
- James D. Newbold James.Newbold@illinois.gov
- Deborah Newman djnewman@akingump.com, nymco@akingump.com,jcuatt@akingump.com
- Steven H. Newman snewman@katskykorins.com
- Philip John Nichols pnichols@philipjohnnichols.com
- Robert E. Nies rnies@wolffsamson.com, ecf@wolffsamson.com
- Timothy F. Nixon tnixon@gklaw.com, eshipman@gklaw.com
- Solomon J Noh solomon.noh@shearman.com
- Solomon J Noh solomon.noh@shearman.com
- Rebecca Northey rnorthey-lbi@mhjur.com
- Richard P. Norton rnorton@hunton.com
- Robert M. Novick rnovick@kasowitz.com, courtnotices@kasowitz.com
- Harold S. Novikoff hsnovikoff@wlrk.com, calert@wlrk.com
- Anne F O'Berry jputnam@bermandevalerio.com
- Edmond P. O'Brien eobrien@sbchlaw.com
- Brian Edward O'Connor maosbny@willkie.com, boconnor@willkie.com
- Brian Edward O'Connor maosbny@willkie.com, boconnor@willkie.com
- Sean A. O'Neal soneal@cgsh.com, maofiling@cgsh.com
- Sean A. O'Neal soneal@cgsh.com, maofiling@cgsh.com
- Kalman Ochs ochska@ffhsj.com
- Patrick D. Oh patrick.oh@freshfields.com
- Sean A. Okeefe sokeefe@winthropcouchot.com
- Jeffrey M. Olinsky jeffrey.olinsky@db.com, james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com
- Jeffrey M. Olinsky jeffrey.olinsky@db.com, james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com
- Harold Olsen holsen@stroock.com
- Matthew Olsen molsen@morganlewis.com
- David H. Orozco dorozco@susmangodfrey.com

- Jody Michelle Oster ECF.Oster@huntington.com
- Alec P. Ostrow aostrow@beckerglynn.com, rmarsico@beckerglynn.com;jbaritz@beckerglynn.com
- Neil J. Oxford oxford@hugheshubbard.com
- Neil J. Oxford oxford@hugheshubbard.com
- Isaac M. Pachulski ipachulski@stutman.com
- Anthony Paduano ap@pwlawyers.com, lw@pwlawyers.com
- R. Stephen Painter spainter@cftc.gov
- Anne M. Palazzolo apalazzolo@fzwz.com
- Deryck A. Palmer deryck.palmer@pillsburylaw.com
- Peter V. Pantaleo ppantaleo@stblaw.com
- Merritt A. Pardini dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;monica.mosby@kattenlaw.com
- David W. Parham david.w.parham@bakernet.com, julia.rogic@bakermckenzie.com
- Michelle Young Suh Park michelle.park@freshfields.com
- Barbra R. Parlin barbra.parlin@hklaw.com
- Hillel Ira Parness hiparness@rkmc.com
- Peter S. Partee ppartee@hunton.com
- Michael A. Paskin mpaskin@cravath.com, mao@cravath.com
- David S. Pegno dpegno@dpklaw.com
- Alfredo R. Perez alfredo.perez@weil.com, Michele.meises@weil.com;Chris.lopez@weil.com;michele.meises@weil.com;nicole.aliseo@weil.com
- Robert E. Pershes rpershes@bdblaw.com, sweires@bdblaw.com
- Anne M. Peterson anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com
- David M. Peterson dpeterson@susmangodfrey.com
- Albena Petrakov apetrakov@mhjur.com
- Gregory M. Petrick gregory.petrick@cwt.com
- Deborah J. Piazza dpiazza@tarterkrinsky.com, dallen@tarterkrinsky.com
- Andrea Pincus apincus@reedsmith.com
- Andrea Pincus apincus@reedsmith.com
- Lauren J. Pincus lpincus@abv.com
- Leslie A. Plaskon leslieplaskon@paulhastings.com
- Frederick B. Polak fbp@ppgms.com, vvl@ppgms.com;lml@ppgms.com
- John Polich john.polich@ventura.org
- Jeffrey S. Posta jposta@stark-stark.com
- John N. Poulos poulos@hugheshubbard.com
- Kiyam J. Poulson kpoulson@dlgnylaw.com
- Constantine Pourakis cp@stevenslee.com
- Constantine Pourakis cp@stevenslee.com
- Mark T. Power MPower@HahnHessen.com, jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;sthompson@hahnhessen.com;aladd@hahnhessen.com;chunker@hahnhessen.com

- George W Pratt gpratt@joneswaldo.com
- Jennifer Premisler Jen.Premisler@cliffordchance.com
- Patricia Williams Prewitt pwp@pattiprewittlaw.com
- Craig Price cprice@chapman.com
- William C. Price wprice@clarkhillthorpreed.com, rhotaling@clarkhillthorpreed.com
- Madlyn Gleich Primoff mprimoff@kayescholer.com,
  maosbny@kayescholer.com,joseph.otchin@kayescholer.com
- Jeffrey D. Prol jprol@lowenstein.com
- Jeffrey D. Prol jprol@lowenstein.com
- Andrew P. Propps apropps@sidley.com, emcdonnell@sidley.com
- Andrew P. Propps apropps@sidley.com, emcdonnell@sidley.com
- Chrystal Puleo cpuleo@reedsmith.com, nlapsatis@reedsmith.com
- Jacob S. Pultman jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
- Deborah Quinn dquinn@garfield-county.com, garcoatt@garfield-county.com
- Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy araboy@cov.com
- Paul A. Rachmuth paul@paresq.com
- Randall Rainer rrainer@wmd-law.com
- Anthony M. Rainone arainone@bracheichler.com
- Jahan P. Raissi calendar@sflaw.com, bwolff@sflaw.com
- Michael C. Rakower mrakower@rakowerlaw.com
- Kiara L. Rankin kiara.rankin@bingham.com, angela.owens@bingham.com
- John J. Rapisardi jrapisardi@omm.com
- Craig V. Rasile craig.rasile@dlapiper.com, monica.tucker@dlapiper.com
- Paul L. Ratelle pratelle@fwhtlaw.com
- Gary O. Ravert gravert@mwe.com, gary.ravertpllc@gmail.com
- Gary O. Ravert gravert@ravertpllc.com, gary.ravertpllc@gmail.com
- Gary O. Ravert gravert@ravertpllc.com, gary.ravertpllc@gmail.com
- Jeremy B Reckmeyer jeremyreckmeyer@andrewskurth.com
- Sophia Ree sree@lcbf.com
- Ira A. Reid ira.reid@bakermckenzie.com
- Ira A. Reid ira.reid@bakermckenzie.com
- Russell Lowell Reid rreid@sheppardmullin.com, bwolfe@sheppardmullin.com
- Michael J. Reilly michael.reilly@bingham.com
- Richard W. Reinthaler rreinthaler@winston.com,
  docketny@winston.com;jfreedman@winston.com
- Steven J. Reisman sreisman@curtis.com,
  cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;mac
  ohen@curtis.com;tsmith@curtis.com;bkotliar@curtis.com;dbloom@curtis.com;jweber@
  curtis.com;bbutterfield@curtis.com
- Howard D. Ressler hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
- Kenneth A. Reynolds kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Alexander G. Rheaume arheaume@riemerlaw.com

- Matthew M. Riccardi mriccardi@rkollp.com, mschneider@rkollp.com
- Jeffrey N. Rich jrich@r3mlaw.com, emoser@r3mlaw.com
- Robert A. Rich rrich2@hunton.com
- Michael P. Richman mrichman@hunton.com, candonian@hunton.com
- Paul J. Ricotta pricotta@mintz.com, docketing@mintz.com
- Michael J. Riela michael.riela@lw.com, rachel.feld@lw.com;jessica.bengels@lw.com
- Fred B. Ringel fbr@robinsonbrog.com, fbr@ecf.inforuptcy.com
- Christy Rivera crivera@chadbourne.com
- Christy Rivera crivera@chadbourne.com
- Kimberly Joan Robinson kim.robinson@bfkn.com
- Jennifer L. Rodburg jennifer.rodburg@friedfrank.com, aaron.rothman@friedfrank.com;richard.tisdale@friedfrank.com;michael.handler@friedfrank.com
- Theodore O. Rogers rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Michael A. Rollin mrollin@joneskeller.com, scoggins@rplaw.com;aromanelli@rplaw.com
- William A. Rome warome@hpplegal.com
- Aaron A. Romney aromney@zeislaw.com
- Jack J. Rose filing@ashurst.com
- Jorian L. Rose jrose@bakerlaw.com
- Zachary David Rosenbaum zrosenbaum@lowenstein.com, lbonilla@lowenstein.com;dramos@lowenstein.com
- Arthur E. Rosenberg arthur.rosenberg@hklaw.com
- Kermit A. Rosenberg krosenberg@bltplaw.com
- Robert J. Rosenberg rachel.feld@lw.com
- Heath D. Rosenblat Heath.Rosenblat@dbr.com
- Benjamin Rosenblum brosenblum@jonesday.com
- Benjamin Rosenblum brosenblum@jonesday.com
- Jeffrey A. Rosenthal maofiling@cgsh.com
- Jeffrey A. Rosenthal maofiling@cgsh.com
- Michael A. Rosenthal mrosenthal@gibsondunn.com
- David A. Rosenzweig DRosenzweig@Fulbright.com
- David S. Rosner dfliman@kasowitz.com;courtnotices@kasowitz.com
- Douglas B. Rosner drosner@goulstonstorrs.com
- Melissa-Jean Rotini mjr1@westchestergov.com
- Rene S. Roupinian rsr@outtengolden.com, jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
- Alex R. Rovira arovira@sidley.com, emcdonnell@sidley.com
- Alex R. Rovira arovira@sidley.com, emcdonnell@sidley.com
- Barry J Roy broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Kenneth Rudd krudd@zeklaw.com
- Samuel H. Rudman srudman@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Eric L. Ruiz eric.ruiz@davispolk.com
- Scott K. Rutsky srutsky@proskauer.com

- Herbert K. Ryder hk3ryder@gmail.com, hk3ryder@ecf.inforuptcy.com
- Bruce Sabados bruce.sabados@kattenlaw.com, gregory.johnson@kattenlaw.com;mark.ciani@kattenlaw.com
- Rohit Sabharwal sabilaw@aol.com
- Jeffrey S. Sabin jeffrey.sabin@bingham.com
- Jay G. Safer jsafer@lockelord.com
- Chester B. Salomon csalomon@beckerglynn.com
- Michael E. Salzman salzman@hugheshubbard.com
- Michael E. Salzman salzman@hugheshubbard.com
- Keith N. Sambur ksambur@rkollp.com, mschneider@rkollp.com
- Diane W. Sanders austin.bankruptcy@lgbs.com
- Lori K. Sapir lsapir@sillscummis.com
- Jeffrey L. Sapir-13 info@sapirch13tr.com
- Joseph Cono Savino savino@larypc.com, silvestro@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella@larypc.com
- Robert Scannell rscannell@morganlewis.com
- Louis A. Scarcella lscarcella@farrellfritz.com
- Richard J.J. Scarola rjjs@smzllp.com, az@smzllp.com,mv@smzllp.com,jtb@smzllp.com
- Eric A Schaffer eschaffer@reedsmith.com, slucas@reedsmith.com
- Eric A Schaffer eschaffer@reedsmith.com, slucas@reedsmith.com
- Richard J. Schager schager@ssnyc.com
- Richard J. Schager schager@ssnyc.com
- Ilan D. Scharf ischarf@pszjlaw.com
- Michael L. Schein mschein@vedderprice.com, ecfnydocket@vedderprice.com
- Thomas J. Schell tjschell@bryancave.com, dortiz@bryancave.com
- Robert A. Scher rscher@foley.com
- Jonathan D. Schiller jschiller@bsfllp.com
- William B. Schiller wschiller@schillerknapp.com, lgadomski@schillerknapp.com
- Michael L. Schleich mschleich@fslf.com
- Erik Schneider erik.schneider@srz.com
- Erik Schneider erik.schneider@srz.com
- Edward L. Schnitzer eschnitzer@hahnhessen.com, jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;lschlussel@hahnhessen.com;jorbach@hahnhessen.com;aladd@hahnhessen.com;bhall@hahnhessen.com;chunker@hahnhessen.com
- Carey D. Schreiber cschreiber@winston.com
- Christopher P. Schueller christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com
- Dan J. Schulman dschulman@schulmanblackwell.com
- Andrea B. Schwartz andrea.b.schwartz@usdoj.gov
- Jeffrey L. Schwartz hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com

- Jeffrey L. Schwartz
  hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com
- Matthew A. Schwartz schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Matthew A. Schwartz schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Lisa M. Schweitzer lschweitzer@cgsh.com, maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com
- Brendan M. Scott bscott@klestadt.com
- Jeffrey T. Scott scottj@sullcrom.com, s&cmanagingclerk@sullcrom.com
- John Scott jlscott@reedsmith.com
- Howard Seife arosenblatt@chadbourne.com
- Stephen B. Selbst sselbst@herrick.com, courtnotices@herrick.com
- Erin P. Severini es@dgandl.com
- Andrew D. Shaffer shaffer@butzel.com
- Joel Shafferman joel@shafeldlaw.com
- Dan Shaked dan@shakedandposner.com
- Paul V. Shalhoub maosbny@willkie.com, pshalhoub@willkie.com
- Paul V. Shalhoub maosbny@willkie.com, pshalhoub@willkie.com
- Nolan E. Shanahan nshanahan@coleschotz.com
- David B. Shemano dshemano@peitzmanweg.com
- James H. Shenwick jshenwick@gmail.com
- James H. Shenwick jshenwick@gmail.com
- Justin M. Sher jsher@shertremonte.com, mcuccaro@shertremonte.com
- Thomas I. Sheridan tsheridan@hanlyconroy.com
- Andrew Howard Sherman asherman@sillscummis.com
- Jonathan Sherman jsherman@bsfllp.com
- Mark Sherrill mark.sherrill@sablaw.com
- Stephen J. Shimshak sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Stephen J. Shimshak sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Michael A. Shiner mshiner@tuckerlaw.com
- J. Christopher Shore cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com
- Joshua Samuel Shteierman j.shteierman@devittspellmanlaw.com
- Carren B. Shulman cshulman@sheppardmullin.com
- Motty Shulman MSHULMAN@BSFLLP.COM
- George W. Shuster george.shuster@wilmerhale.com
- Glenn E. Siegel Glenn.Siegel@morganlewis.com
- Neil Yahr Siegel nsiegel@morrisoncohen.com, bankruptcy@morrisoncohen.com
- Paul H. Silverman PSilverman@mclaughlinstern.com
- Laurie Selber Silverstein bankruptcy@potteranderson.com
- Paul N. Silverstein paulsilverstein@andrewskurth.com, jlevine@akllp.com

- Peter L. Simmons peter.simmons@friedfrank.com
- Keith A. Simon keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Leif T. Simonson lsimonson@faegre.com
- Charles E. Simpson csimpson@windelsmarx.com, mmartir@windelsmarx.com;cdinapoli@windelsmarx.com
- Daniel Slifkin dslifkin@cravath.com, mao@cravath.com
- Howard G. Sloane pfarren@cahill.com
- Thomas R. Slome lgomez@msek.com
- Edward Smith easmith@venable.com
- Edward Smith easmith@venable.com
- Elizabeth Page Smith esmith@llgm.com
- John R. Smith jrsmith@hunton.com
- John R. Smith jrsmith@hunton.com
- Turner P. Smith tsmith@cm-p.com, jclyne@cm-p.com
- Abigail Snow asnow@ssbb.com
- John H. Snyder john@jhsnyderlaw.com
- Steven B. Soll ssoll@oshr.com, awilliams@oshr.com
- Andrew T. Solomon asolomon@sandw.com, rlombardo@sandw.com
- Jay B. Solomon jay@kleinsolomon.com
- Angela Jennifer Somers asomers@rctlegal.com, lbroussard@rctlegal.com
- John Wesley Spears john.spears@alston.com
- Arthur J. Spector aspector@bergersingerman.com, efile@bergersingerman.com
- Mark A. Speiser mspeiser@stroock.com, insolvency2@stroock.com
- Mark A. Speiser mspeiser@stroock.com, insolvency2@stroock.com
- Douglas E. Spelfogel dspelfogel@foley.com
- James H.M. Sprayregen jsprayregen@kirkland.com, wguerrieri@kirkland.com
- Marvin E. Sprouse msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- J. Gregory St.Clair Chris.Dickerson@skadden.com;Elise.OConnell@skadden.com
- Katherine Stadler kstadler@gklaw.com
- Michael Scott Stamer mstamer@akingump.com, cpadien@akingump.com;dkrasa-berstell@akingump.com;sschultz@akingump.com;abeane@akingump.com;jwatters@akingump.com
- Amelia Temple Redwood Starr astarr@davispolk.com
- Stephen Z. Starr sstarr@starrandstarr.com
- Howard Steel hsteel@brownrudnick.com, JDMarshall@brownrudnick.com
- Nicole Stefanelli nstefanelli@lowenstein.com
- Heidi Steiger dwatnick@watnicklaw.com
- Heidi L. Steiger dwatnick@watnicklaw.com
- Steiger Associates L.P. dwatnick@watnicklaw.com
- Arthur Jay Steinberg asteinberg@kslaw.com, sdavidson@kslaw.com
- Bonnie Steingart steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Spencer D Stiefel spencer.stiefel@dlapiper.com
- J. Robert Stoll jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
- Ralph M. Stone rstone@lawssb.com

- Brent C. Strickland bstrickland@wtplaw.com
- Harvey A. Strickon harveystrickon@paulhastings.com
- Harvey A. Strickon harveystrickon@paulhastings.com
- Fletcher W. Strong fstrong@wmd-law.com
- Walter B. Stuart walter.stuart@freshfields.com
- William S. Sugden will.sugden@alston.com
- William S. Sugden will.sugden@alston.com
- David A. Sullivan david.sullivan@cliffordchance.com
- James M. Sullivan jsullivan@mosessinger.com, dkick@mosessinger.com
- Walter E. Swearingen wswearingen@llf-law.com
- Claude Szyfer cszyfer@stroock.com, docketing@stroock.com;insolvency@stroock.com
- Claude Szyfer cszyfer@stroock.com, docketing@stroock.com;insolvency@stroock.com
- Matthew S. Tamasco mtamasco@schnader.com
- Matthew S. Tamasco mtamasco@schnader.com
- Sara M. Tapinekis sara.tapinekis@cliffordchance.com
- Robert E. Tarcza bobt@tglaw.net
- Charles Martin Tatelbaum ctatelbaum@hinshawlaw.com, lparker@hinshawlaw.com
- James Tecce jamestecce@quinnemanuel.com
- James Tecce jamestecce@quinnemanuel.com
- Samuel Jason Teele jteele@lowenstein.com
- Samuel Jason Teele jteele@lowenstein.com
- Jay Teitelbaum jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- H. Marc Tepper marc.tepper@bipc.com, donna.curcio@bipc.com
- Ronald M. Terenzi rterenzi@stcwlaw.com
- Andrew M. Thaler thaler@thalergertler.com, dawn@athalerlaw.com;dsaponara@athalerlaw.com
- The Huntington National Bank ECF.Oster@huntington.com
- April J. Theis april.theis@azag.gov, hua.qin@azag.gov;BankruptcyUnit@azag.gov
- David J. Theising dtheising@harrisonmoberly.com
- Eleni D. Theodosiou-Pisanelli theodosi@hugheshubbard.com
- James C. Thoman jthoman@hodgsonruss.com, rleek@hodgsonruss.com
- Richard C. Tisdale richard.tisdale@friedfrank.com
- My Chi To mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Christine M. Tobin-Presser ctobin@bskd.com, psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com
- Lawrence E. Tofel letofel@tofellaw.com, mallison@tofellaw.com;jworden@tofellaw.com
- Patricia Tomasco ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com
- Michael Torkin s&cmanagingclerk@sullcrom.com
- Jeffrey G. Tougas JCDebaca@mayerbrown.com;mlotito@mayerbrown.com
- Dylan G. Trache dtrache@wileyrein.com, rours@wileyrein.com
- Curtis V. Trinko ctrinko@trinko.com
- Curtis V. Trinko ctrinko@trinko.com

- Patrick J. Trostle ptrostle@jenner.com
- James N. Truitt james.truitt@hoganlovells.com
- Brian Trust btrust@mayerbrown.com
- Tal Unrad tunrad@burnslev.com
- Steven D. Usdin steven.usdin@flastergreenberg.com,
  nella.bloom@flastergreenberg.com;briege.hartman@flastergreenberg.com
- Rafael J. Valdes rvaldes@astidavis.com
- Jantra Van Roy jvanroy@zeklaw.com
- Shmuel Vasser shmuel.vasser@dechert.com
- Shmuel Vasser shmuel.vasser@dechert.com
- Michael J. Venditto mvenditto@reedsmith.com
- Michael J. Venditto mvenditto@reedsmith.com
- August C. Venturini acv@venturini-law.com
- Raymond W. Verdi rwvlaw@yahoo.com
- Paul Vizcarrondo pvizcarrondo@wlrk.com, calert@wlrk.com
- Michael Scott Vogel mvogel@abv.com
- Shai Waisman victoria.vron@weil.com;michele.meises@weil.com
- Shai Waisman1 shai.waisman@weil.com
- Shai Waisman2 shai.waisman@weil.com
- Adrienne Walker awalker@mintz.com
- Lisa L. Wallace lwallace@mwc-law.com
- Abbey Walsh abbey.walsh@freshfields.com
- Christine Walsh cwalsh@mayerbrown.com, mlotito@mayerbrown.com
- Rodd C. Walton rwalton@legacy-groups.com
- David H. Wander dhw@dmlegal.com
- Josephine Wang jwang@sipc.org
- Jonathan David Warner jdwarner@warnerandscheuerman.com
- Michael D. Warner mwarner@coleschotz.com, klabrada@coleschotz.com
- Michael D. Warner mwarner@coleschotz.com, klabrada@coleschotz.com
- Mark W. Warren mwarren@mtb.com
- E. Donald Watnick dwatnick@watnicklaw.com
- E. Donald Watnick dwatnick@watnicklaw.com
- Corey R. Weber ecf@ebg-law.com
- Jeffrey T. Wegner jeffrey.wegner@kutakrock.com
- Chaya F. Weinberg-Brodt chaya.weinberg@withers.us.com
- Stephen L. Weinstein sweinstein@eisemanlevine.com
- William P. Weintraub wweintraub@stutman.com, gfox@stutman.com
- William P. Weintraub wweintraub@stutman.com, gfox@stutman.com
- Rochelle R. Weisburg rochellew@shiboleth.com
- John W. Weiss john.weiss@alston.com
- John C. Weitnauer kit.weitnauer@alston.com
- Elizabeth Weller dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
- Annie Wells awells@morganlewis.com
- Philip Anthony Wells philip.wells@ropesgray.com

- Philip Anthony Wells philip.wells@ropesgray.com
- Mark F. Werle eag@rsclaw.com;dmc@rsclaw.com
- Stephen E. Weyl sweyl@haslaw.com
- David B. Wheeler davidwheeler@mvalaw.com
- Timothy Raymond Wheeler twheeler@lowenstein.com, klafiura@lowenstein.com
- Dennis J. Wickham wickham@scmv.com
- Tally M. Wiener tallymindy@gmail.com
- Michael E. Wiles mewiles@debevoise.com, mao-bk-ecf@debevoise.com
- Brady C. Williamson bwilliamson@gklaw.com
- Deborah D. Williamson dwilliamson@coxsmith.com, aseifert@coxsmith.com
- Eric J. Wilson zraiche@gklaw.com
- Eric R. Wilson KDWBankruptcyDepartment@Kelleydrye.com
- L. Matt Wilson efile@willaw.com
- Michael G. Wilson mwilson@hunton.com, shislop@hunton.com
- Eric D. Winston ericwinston@quinnemanuel.com
- Jane Rue Wittstein jruewittstein@jonesday.com
- Amy R. Wolf arwolf@wlrk.com, calert@wlrk.com
- Joshua Matthew Wolf jowolf@law.nyc.gov
- Blanka K. Wolfe bwolfe@sheppardmullin.com
- Steven Wolowitz swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
- James Addison Wright james.wright@ropesgray.com
- Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Thomas John Wright wrightth@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Thomas John Wright wrightth@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Robert William Yalen robert.yalen@usdoj.gov
- Robert C. Yan ryan@farrellfritz.com
- David Farrington Yates farrington.yates@dentons.com
- David Farrington Yates farrington.yates@dentons.com
- Jack Yoskowitz yoskowitz@sewkis.com
- Jared D. Zajac jzajac@proskauer.com
- Erin Zavalkoff ecfnydocket@vedderprice.com
- Menachem O. Zelmanovitz mendy@zelmlaw.com
- George A. Zimmerman brian.mcdermott@skadden.com
- N. Theodore Zink tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com
- Jonathan Zinman jzinman@soluslp.com
- Peter Alan Zisser lawzisser@att.net
- Scott A. Zuber szuber@wolffsamson.com
- Amy A. Zuccarello azuccarello@sandw.com, jdarcey@sandw.com
- Edward P. Zujkowski ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com
- Edward P. Zujkowski ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com
- Ellen Zweig ezweig@optonline.net

- Abraham L. Zylberberg azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Abraham L. Zylberberg azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Dated:    March 27, 2014                          /s/ Karen Clancy-Boy

-31-