B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

RECEIVED

MAR 2 4 2014

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Union Bancaire Privée, UBP SA | Lloyds TSB Bank plc (Geneva branch) on behalf of: Ricaza Investment Ltd<br>RG Hodge Platza, 2nd Floor,<br>Upper Main Street, Wickhams Cay I,<br>Road Town, Tortola,<br>British Virgin Islands |

Name and Address where notices to transferee

should be sent:

Court Claim # (if known):
Lehman Sec. Pr. Proof of Claim: 0000055508
Amount of Claim: $203'948.33
Date Claim Filed: 10.29.2009

Phone: +41.58.819.3428
Last Four Digits of Acct #:

Phone: +41.22.307. 3445
Last Four Digits of Acct. #: 2468

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____

Transferee/Transferee's Agent
B 210A (Form 210A) (12/09)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**EXPRESS WORLDWIDE** | **DOX** | _DHL_
DHL EasyShip 5.3.12

FROM: MR. JEAN-BAPTISTE ERATH

96 RUE DU RHONE

1204 GENEVE
SWITZERLAND

FILED / RECEIVED
Origin: GVA
MAR 2 0 2014
EPIQ SYSTEMS

TO: EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN: LEHMAN BROTHERS HOLDINGS CLAIM PROCESSING
757 THIRD AVENUE, 3RD FLOOR

10017 NEW YORK, NEW YORK
UNITED STATES OF AMERICA

## US-ZYP

Day    Time

Account : 150567912 | Shipment Weight : **0.50kg** | Piece :
Shipment Ref : 605 | Date : 2014-03-19 | 1/1

Content : DOCUME

www.dhl.com