B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Union Bancaire Privée, UBP SA | Lloyds TSB Bank plc (Geneva branch) on behalf of: Dr Krishna Gill &/or Dr Bhagwant Singh Gill<br>P.O Box 6296<br>AE-Sharjah<br>United Arab Emirates |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):
Lehman Sec. Pr. Proof of Claim: 0000055504
Amount of Claim: $146'974.87
Date Claim Filed: 10.29.2009

Phone: +41.58.819.3428
Last Four Digits of Acct #:

Phone: +41.22.307. 3445
Last Four Digits of Acct. #: 2468

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

