# EXHIBIT 1

*In re Lehman Brothers Holdings Inc.*, et al.

Supplemental Deposition Designations of Claimants Represented by Stamell & Schager, LLP Pursuant to ¶ 12 of the Evidentiary Hearing Procedures [ECF No. 42176]

| Deposition | Designations |
|---|---|
| Transcript of James Emmert dated October 24, 2013 | 182:20-24<br>183:12-20<br>185:3-18<br>191:13-193:17<br>194:23-195:5<br>193:10-17<br>195:9-15 |