# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (SCC)
                                                         :
                    Debtors.                             :    (Jointly Administered)
                                                         :
----------------------------------------------------------------x

### COUNTER DEPOSITION DESIGNATIONS OF LEHMAN BROTHERS HOLDINGS INC. TO THE SUPPLEMENTAL DEPOSITION DESIGNATIONS OF CLAIMANTS REPRESENTED BY STAMELL & SCHAGER LLP

Lehman Brothers Holdings Inc. ("LBHI") hereby makes the following counter deposition designations to the Supplemental Deposition Designations of Claimants Represented by Stamell & Schager, LLP (the "Counter Deposition Designations") pursuant to Rule 32(a)(6) of the Federal Rules of Civil Procedure, made applicable hereto by Rule 9014(c) of the Federal Rules of Bankruptcy Procedure.  The Counter Deposition Designations are of the transcript of the deposition of LBHI, taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on October 24, 2013.

181:23-182:19
184:2-12
187:25-188:20
201:7-24.

Dated:  New York, New York
        March 19, 2014

/s/ Ralph I. Miller
Ralph I. Miller
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*