# EXHIBIT 3

*In re Lehman Brothers Holdings Inc., et al.*

**Exhibit List Pursuant to ¶13 of the Evidentiary Hearing Procedures [ECF No. 42176]**

**EXHIBIT LIST FOR REPRESENTED COMPENSATION CLAIMANTS
(EXCLUDING NEUBERGER BERMAN CLAIMANTS)**

| EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
|---|---|---|---|---|
| CLX 001 | 1/28/2014 | Declaration Of Ralph I. Miller In Support Of Memorandum Of Law In Support Of Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth And Two Hundred Seventh Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) (Incl. | | |
| CLX 002 | 10/2/2013 | Exhibit A to Declaration Of Ralph I. Miller, Order Approving Stipulation of Facts Regarding RSUs and CSAs, Including the Tax and Accounting Treatment of RSUs and CSAs, dated October 2, 2013 (with attached Stipulation and exhibits), [ECF No. 40263] | | |
| CLX 003 | 12/21/2011 | Exhibit B to Declaration Of Ralph I. Miller, Hearing Transcript, *In re Lehman Bros. Holdings, Inc.*, No. 08-13555-jmp (Bankr. S.D.N.Y. Dec. 21, 2011) [ECF No. 23741] | | |
| CLX 004 | | Exhibit C to Declaration Of Ralph I. Miller, Lehman Brothers 2005 Equity Award Program For Bonus-Eligible and Production-Based Employees | LEH-RSU 0022573 | LEH-RSU 0022584 |
| CLX 005 | 2/13/2006 | Exhibit D to Declaration Of Ralph I. Miller, Excerpts from LBHI's 2005 Form 10-K for Fiscal Year ended November 30, 2005, dated February 13, 2006 | LEH-RSU 0005994 | LEH-RSU 0005994 |
| CLX 006 | 11/8/2007 | Exhibit E to Declaration Of Ralph I. Miller, Lehman Brothers Holdings Inc. Employee Incentive Plan as amended through November 8, | LEH-RSU 0000254 | LEH-RSU 0000262 |
| CLX 007 | 3/29/2013 | Exhibit F to Declaration Of Ralph I. Miller, Letter from Karen M. Simon Kreiger to Honorable James M. Peck, Robert J. Lemons, Esq., and Mark Bernstein, Esq., dated March 29, 2013 re: Participation in RSU Claims Discovery in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interest: Karen M. Simon Krieger – Claim Number: 18087 in the amount of $164.319.52, sent in response to LBHI's Discovery Requests (without production | | |
| CLX 008 | 3/4/2014 | Supplemental Declaration Of Ralph I. Miller in Support Of LBHI's Opposition To Claimants' Opening Memoranda Regarding Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty- Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth And Two Hundred Seventh Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) (Incl. Exhibits A-E) | | |
| CLX 009 | 6/30/1995 | Exhibit A to Supplemental Declaration Of Ralph I. Miller, Excerpts from Enron Corporation's 1995 Form S-8, dated June 30, 1995 | | |
| CLX 010 | | Exhibit B to Supplemental Declaration Of Ralph I. Miller, 2004 Stock Option Award Agreement Evidencing A Grant of Nonqualified Stock Option - Managing Directors" | LEH-RSU 0002313 | LEH-RSU 0002316 |
| CLX 011 | | Exhibit C to Supplemental Declaration Of Ralph I. Miller, 2005 Stock Option Award Agreement Evidencing A Grant of Nonqualified Stock Option - Senior Vice-Presidents | LEH-RSU 0002403 | LEH-RSU 0002406 |
| CLX 012 | 1/5/2014 | Exhibit D to Supplemental Declaration Of Ralph I. Miller, Motion for Leave to File A Response Out of Time with an attached Objection to Disallowing and Expunging Claim Number 1773500 filed by Thomas C. McBarron in *In re Enron Corp., et al.*, No. 0116034 (AJG) (Bankr. S.D.N.Y. Jan. 5, 2004), [ECF Doc 15647] | | |
| CLX 013 | 8/21/2007 | Exhibit E to Supplemental Declaration Of Ralph I. Miller, Summons and Verified Complaint for Breach of Contract and Other Claims Against Defendants in *Berkowitz v. Club Ventures Investments LLC, et al.*, No. 07-602824 (N.Y.S. Aug. 21, 2007), [NYSCEF DOC. | | |
| CLX 014 | 10/2/2013 | Order Approving Stipulation of Facts Regarding RSUs and CSAs, Including the Tax and Accounting Treatment of RSUs and CSAs, dated October 2, 2013 (with attached Stipulation and exhibits), [ECF No. 40263] | | |

| | | | | |
|---|---|---|---|---|
| CLX 015 | 6/3/1999 | Exhibit 1 to Stipulation, Employment contract with Managing Director Claimant with identifying information redacted | LS CLMT-RSU 000005 | LS CLMT-RSU 000006 |
| CLX 016 | 5/4/2007 | Exhibit 2 to Stipulation, Emploment contract with Claimant with identifying information redacted | CLX CLMT-RSU 000296 | CLX CLMT-RSU 000297 |
| CLX 017 | | Exhibit 3 to Stipulation, Lehman Brothers 2003 Equity Award Program for Senior Vice President | LEH-RSU 0015888 | LEH-RSU 0015902 |
| CLX 018 | | Exhibit 4 to Stipulation, Lehman Brothers 2003 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0015051 | LEH-RSU 0015054 |
| CLX 019 | | Exhibit 5 to Stipulation, Lehman Brothers 2004 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units (Investment Representatives) | LEH-RSU 0014329 | LEH-RSU 0014332 |
| CLX 020 | | Exhibit 6 to Stipulation, 2005 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0000108 | LEH-RSU 0000111 |
| CLX 021 | | Exhibit 7 to Stipulation, 2006 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0017757 | LEH-RSU 0017761 |
| CLX 022 | | Exhibit 8 to Stipulation, 2007 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0000278 | LEH-RSU 0000282 |
| CLX 023 | | Exhibit 9 to Stipulation, 2003 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0007228 | LEH-RSU 0007231 |
| CLX 024 | | Exhibit 10 to Stipulation, 2004 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0001054 | LEH-RSU 0001057 |
| CLX 025 | | Exhibit 11 to Stipulation, 2005 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0001082 | LEH-RSU 0001085 |
| CLX 026 | | Exhibit 12 to Stipulation, 2006 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0019153 | LEH-RSU 0019158 |
| CLX 027 | | Exhibit 13 to Stipulation, 2007 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0000263 | LEH-RSU 0000268 |
| CLX 030 | | Exhibit 14 to Stipulation, 2008 Equity Award Program - Questions and Answers for Bonus-Eligible Employees and Production-Based Employees | LEH-RSU 0000927 | LEH-RSU 0000942 |
| CLX 031 | | Exhibit 15 to Stipulation, 2008 Equity Award Program - Questions and Answers for Bonus-Eligible and Production-Based Employees | LEH-RSU 0000911 | LEH-RSU 0000926 |
| CLX 032 | | Exhibit 16 to Stipulation, Lehman Brothers 2005 Total Compensation Statement, with identifying information redacted | CLX CLMT-RSU 000124 | CLX CLMT-RSU 000124 |
| CLX 033 | | Exhibit 17 to Stipulation, Lehman Brothers 2006 Total Compensation Statement (with identifying information redacted) used for overseas employees | CLX CLMT-RSU 000046 | CLX CLMT-RSU 000046 |
| CLX 034 | | Exhibit 18 to Stipulation, FY 2008 compensation statement with identifying information redacted | | |
| CLX 035 | | Exhibit 19 to Stipulation, FY 2008 compensation statement with identifying information redacted | | |
| CLX 036 | 4/14/2004 | Exhibit 20 to Stipulation, Email from Mark Gross to James Emmert with subject "FW: Based on your most excellent feedback, Ian has made some changes to the document" and attaching a presentation entitled "Stock Awards Overview 0413a.ppt" | LEH-RSU 0014995 | LEH-RSU 0014995 |
| CLX 037 | | Exhibit 21 to Stipulation, Page 6 of the presentation "Stock Awards Overview 0413a.ppt" attached to Mark Gross' email, Exhibit 20 to Stipulation | LEH-RSU 0015001 | LEH-RSU 0015001 |
| CLX 038 | | Guide to Working at Lehman Brothers | LEH-RSU 000292 | LEH-RSU 0000330 |
| CLX 039 | 10/3/2006 | LBHI Minutes of the Compensation and Benefits Committee October 3, 2006, redacted in part | LEH-RSU 000588 | LEH-RSU 0000609 |
| CLX 040 | 11/14/2006 | LBHI Minutes of the Compensation and Benefits Committee November 14, 2006, redacted in part | LEH-RSU 000714 | LEH-RSU 0000735 |
| CLX 041 | 7/1/2008 | 2008 Equity Award Program -- Questions and Answers for Bonus-Eligible and Production-Based Employees | LEH-RSU 000911 | LEH-RSU 0000926 |
| CLX 042 | 9/1/2004 | Max J. Schwarz, *A Primer on Stock-Based Compensation and Selected Recent Developments, contained in Hot Issues in Executive Compensation 2004*, PLI Tax Law & Estate Planning Course Handbook Series, 642 PLI/Tax 57 | | |
| CLX 043 | | J. Slain & H. Kripke, *The Interface between Securities Regulation and Bankruptcy - Allocating the Risk of Illegal Securities Issuance between Security holders and the Issuer's Creditors* | | |
| CLX 044 | | C. Edgar Adkins, Jr. & Jeffrey A. Martin, *Restricted Stock: The Tax Impact on Employers and Employees*, 107 J. Tax. 224 (2007) | | |

2

| | | | | |
|---|---|---|---|---|
| CLX 045 | | Weil, Gotshal & Manges LLP, Bankruptcy Blog, *Tightening the Golden Handcuffs: Forfeiture Provisions in Stock; Voluntary Plans*, April 5, 2004, New York Law Journal | | |
| CLX 049 | 3/4/2014 | Declaration of Claimant Darian J. Cohen In Oppostion To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Or Subordinate Compensation Claims As Equity (Incl. Exhibits A-B) | | |
| CLX 050 | | Exhibit A to Cohen Declaration, Proof of Claim Form for Claim 16153 | | |
| CLX 051 | | Exhibit B to Cohen Declaration, Epiq System Claims Search Results | | |
| CLX 052 | 3/3/2014 | Declaration of Claimant Nestor De Jesus In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| CLX 053 | | Exhibit 1 to Declaration of Claimant Nestor De Jesus, Proof of Claim Form | | |
| CLX 054 | 3/3/2014 | Declaration of Claimant Michael Gran In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code | | |
| CLX 055 | 3/4/2014 | Declaration of Claimant Karen M. Simon Krieger In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| CLX 056 | | Exhibit 1 to Declaration of Claimant Karen M. Simon Krieger, Proof of Claim Form for Claim 9876 | | |
| CLX 057 | 3/4/2014 | Declaration of Claimant Michael J. Petrucelli In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| CLX 058 | | Exhibit 1 to Declaration of Claimant Michael J. Petrucelli, Proof of Claim Form for Claim 5770 | | |
| CLX 059 | 3/4/2014 | Declaration of Claimant Sandy Fleischman Richman In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassify Compensation Claims As Equity, Or Alternatively to Subordinate Claims Pursuant To § 510(b) Of The Bankruptcy Code (Incl. Exhibit 1) | | |
| CLX 060 | | Exhibit 1 to Declaration of Claimant Sandy Fleischman Richman, Proof of Claim Form for Claim 8530 | | |
| CLX 061 | 03/01/2014 | Declaration of Claimant Christian Stevens In Opposition To Debtors' Fourteen Omnibus Objections Seeking To Reclassfiy Or | | |
| CLX 062 | 7/1/2004 | Exhibit A to Stevens Declaration, Lehman Brothers Equity Award Program Questions And Answers For Aurora Sales Managers, July | | |
| CLX 063 | 1/16/2008 | Exhibit B to Stevens Declaration, E-mail from Compensation to Stevens re: RSU's | | |
| CLX 064 | | Exhibit C to Stevens Declaration, Proof of Claim Form for Claim 25431 | | |
| CLX 065 | | LBHI's 30(b)(6) Deposition dated October 24, 2013 (Incl. Exhibits A, T, U, V) | | |
| CLX 066 | | Exhibit A to LBHI's 30(b)(6) Deposition dated October 24, 2013 | | |
| CLX 067 | | Exhibit T to LBHI's 30(b)(6) Deposition dated October 24, 2013 | | |
| CLX 068 | | Exhibit U to LBHI's 30(b)(6) Deposition dated October 24, 2013 | | |
| CLX 069 | | Exhibit V to LBHI's 30(b)(6) Deposition dated October 24, 2013 | | |
| CLX 070 | | 2007 Equity Award Program For Bonus-Eligible Employees and Production-Based Employees | LEH-RSU 0000269 | LEH-RSU 0000277 |
| CLX 071 | 2/13/2007 | Email from R. Polisi to C. Tuininga with copy to T. Binkley, E. Arreglado, K. Macleod and J. Gault re: "Shareholder Q&A Slides – for updating" and attaching powerpoint slides entitled "Compensation: Info from: HR / Chris Tuininga" | LEH-RSU 0007514 | LEH-RSU 0007562 |
| CLX 072 | 9/7/1997 | 1997 Trust Under Lehman Brothers Holdings Inc. Incentive Plans | LEH-RSU 0002279 | LEH-RSU 0002296 |
| CLX 073 | 2/19/2003 | Lehman Brothers Holdings Inc. Employee Incentive Plan, as amended through Feb. 19, 2003 | LEH-RSU 0000001 | LEH-RSU 0000006 |
| CLX 074 | 3/26/1997 | RSU Trust Authorization | LEH-RSU 0002472 | LEH-RSU 0002476 |
| CLX 075 | 12/21/2011 | Hearing Transcript, *In re Lehman Brothers Holdings, Inc.*, No. 08-13555-jmp, [12/27/2011] [ECF. No. 23741] | | |
| CLX 076 | 5/31/2012 | Hearing Transcript, *In re Lehman Brothers Holdings, Inc.*, No. 08-13555-jmp, [6/14/2012] [ECF. No. 28434] | | |

3

| CLX 077 | 10/2005 | Confidential Presentation to Lehman Brothers Executive Committee, Equity Award Program Design, October 2005 Draft | LEH-RSU 0022747 | LEH-RSU 0022771 |
|---|---|---|---|---|
| CLX 078 | 11/15/2007 | 2007 Amendments to Outstanding Equity Awards to Comply with Tax Rules | LEH-RSU 0008108 | LEH-RSU 0008115 |
| CLX 079 | 07/07/2008 | Email from Michael J. McNamara to Coburn Packard, Quentin Reynolds and Michael Barr, Subject – FW: Equity Award Program | LEH-RSU 0020678 | LEH-RSU 0020681 |
| CLX 080 | 09/20/2008 | Employee Q&A – Americas | LEH-RSU 0008160 | LEH-RSU 0008165 |
| CLX 081 | 1994 | 1994 Lehman Brothers Stock Award Program (note: CSAs-related) | LEH-RSU 0001853 | LEH-RSU |
| CLX 082 | 2003 | 2003 Equity Award Program (note: CSAs-related) | LEH-RSU 0007277 | LEH-RSU 0007292 |
| CLX 083 | 11/17/2005 | 2005 Lehman Brothers Equity Award Program, Stock Option Election for Non-US Based Senior Vice Presidents and Managing Directors (Except Japan) | LEG-RSU 0016055 | LEH-RSU 0016061 |
| CLX 084 | 2005 | 2005 Equity Award Program for Bonus-Eligible and Production-Based Employees (note: CSAs-related) | LEH-RSU 0001094 | LEH-RSU 0001106 |
| CLX 085 | 2006 | 2006 Equity Award Program for Bonus-Eligible and Production-Based Employees (note: CSAs-related) | LEH-RSU 0000182 | LEH-RSU 0000197 |
| CLX 086 | 2007 | 2007 Equity Award Program for Bonus-Eligible and Production-Based Employees (note: CSAs-related) | LEH-RSU 0000269 | LEH-RSU 0000277 |