# EXHIBIT 4

**LBHI's Proposed Exhibit List Pursuant to ¶13 of the Evidentiary Hearing Procedures [ECF No. 42176]**
**(3/11/2014)**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | LBHI EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 2 | LBHI0001 | 1/28/2014 | Declaration Of Ralph I. Miller In Support Of Memorandum Of Law In Support Of Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth And Two Hundred Seventh Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) (Incl. Exhibits A-F) | | |
| 3 | | 10/2/2013 | Exhibit A to Declaration Of Ralph I. Miller, Order Approving Stipulation of Facts Regarding RSUs and CSAs, Including the Tax and Accounting Treatment of RSUs and CSAs, dated October 2, 2013 (with attached Stipulation and exhibits), [ECF No. 40263] | | |
| 4 | | 12/21/2011 | Exhibit B to Declaration Of Ralph I. Miller, Hearing Transcript, *In re Lehman Bros. Holdings, Inc.*, No. 08-13555-jmp (Bankr. S.D.N.Y. Dec. 21, 2011), [ECF No. 23741] | | |
| 5 | | | Exhibit C to Declaration Of Ralph I. Miller, Lehman Brothers 2005 Equity Award Program For Bonus-Eligible and Production-Based Employees | LEH-RSU 0022573 | LEH-RSU 0022584 |
| 6 | | 2/13/2006 | Exhibit D to Declaration Of Ralph I. Miller, Excerpts from LBHI's 2005 Form 10-K for Fiscal Year ended November 30, 2005, dated February 13, 2006 | LEH-RSU 0005994 | LEH-RSU 0006099 |
| 7 | | 11/8/2007 | Exhibit E to Declaration Of Ralph I. Miller, Lehman Brothers Holdings Inc. Employee Incentive Plan as amended through November 8, 2007 | LEH-RSU 0000254 | LEH-RSU 0000262 |
| 8 | | 3/29/2013 | Exhibit F to Declaration Of Ralph I. Miller, Letter from Karen M. Simon Kreiger to Honorable James M. Peck, Robert J. Lemons, Esq., and Mark Bernstein, Esq., dated March 29, 2013 re: Participation in RSU Claims Discovery in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interest: Karen M. Simon Krieger – Claim Number: 18087 in the amount of $164.319.52, sent in response to LBHI's Discovery Requests (without production enclosures) | | |
| 9 | LBHI0002 | 3/4/2014 | Supplemental Declaration Of Ralph I. Miller in Support Of LBHI's Opposition To Claimants' Opening Memoranda Regarding Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth And Two Hundred Seventh Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) (Incl. Exhibits A-E) | | |
| 10 | | 6/30/1995 | Exhibit A to Supplemental Declaration Of Ralph I. Miller, Excerpts from Enron Corporation's 1995 Form S-8, dated June 30, 1995 | | |
| 11 | | | Exhibit B to Supplemental Declaration Of Ralph I. Miller, 2004 Stock Option Award Agreement Evidencing A Grant of Nonqualified Stock Option - Managing Directors | LEH-RSU 0002313 | LEH-RSU 0002316 |
| 12 | | | Exhibit C to Supplemental Declaration Of Ralph I. Miller, 2005 Stock Option Award Agreement Evidencing A Grant of Nonqualified Stock Option - Senior Vice-Presidents | LEH-RSU 0002403 | LEH-RSU 0002406 |
| 13 | | 1/5/2014 | Exhibit D to Supplemental Declaration Of Ralph I. Miller, Motion for Leave to File A Response Out of Time with an attached Objection to Disallowing and Expunging Claim Number 1773500 filed by Thomas C. McBarron in *In re Enron Corp., et al.*, No. 0116034 (AJG) (Bankr. S.D.N.Y. Jan. 5, 2004), [ECF Doc 15647] | | |
| 14 | | 8/21/2007 | Exhibit E to Supplemental Declaration Of Ralph I. Miller, Summons and Verified Complaint for Breach of Contract and Other Claims Against Defendants in *Berkowitz v. Club Ventures Investments LLC, et al.*, No. 07-602824 (N.Y.S. Aug. 21, 2007), [NYSCEF DOC. NO. 2] | | |
| 15 | LBHI0003 | 3/4/2014 | Declaration of John Tuosto in Support Of LBHI's Opposition To Claimants' Opening Memoranda Regarding Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth And Two Hundred Seventh Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) (Incl. Exhibit A) | | |
| 16 | | | Exhibit A to Declaration Of John Tuosto, Spreadsheet Identifying Cash Paid to Certain Former NB Employees | | |
| 17 | LBHI0004 | | 2003 Equity Award Program - Contingent Stock Award Letter - Investment Representatives | LEH-RSU 0007224 | LEH-RSU 0007227 |
| 18 | LBHI0005 | | 2003 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0007228 | LEH-RSU 0007231 |

*In re Lehman Brothers Holdings, Inc., et al.*
**LBHI's Proposed Exhibit List Pursuant to ¶13 of the Evidentiary Hearing Procedures [ECF No. 42176]**
**(3/11/2014)**

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1 | LBHI EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 19 | LBHI0006 | | 2003 Managing Director Equity Award Program - Contingent Stock Award Letter - Investment Representatives | LEH-RSU 0007257 | LEH-RSU 0007260 |
| 20 | LBHI0007 | | 2003 Equity Award Program - Contingent Stock Award Letter - Managing Directors | LEH-RSU 0007232 | LEH-RSU 0007235 |
| 21 | LBHI0008 | | 2003 Equity Award Program - Managing Director | LEH-RSU 0007261 | LEH-RSU 0007276 |
| 22 | LBHI0009 | | 2003 Equity Award Program - Senior Vice President | LEH-RSU 0007236 | LEH-RSU 0007251 |
| 23 | LBHI0010 | | 2003 Equity Award Program | LEH-RSU 0007277 | LEH-RSU 0007292 |
| 24 | LBHI0011 | | 2004 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0001054 | LEH-RSU 0001057 |
| 25 | LBHI0012 | | 2004 Equity Award Program - Contingent Stock Award Letter - Investment Representatives | LEH-RSU 0001058 | LEH-RSU 0001061 |
| 26 | LBHI0013 | | 2004 Equity Award Program - Conditional Equity Award Letter - Managing Directors | LEH-RSU 0016578 | LEH-RSU 0016581 |
| 27 | LBHI0014 | | 2004 Equity Award Program - Contingent Stock Award Letter - Managing Directors | LEH-RSU 0001062 | LEH-RSU 0001605 |
| 28 | LBHI0015 | | 2004 Equity Award Program - Summary of Select Material Terms (Non-US) | LEH-RSU 0001066 | LEH-RSU 0001069 |
| 29 | LBHI0016 | | 2004 Managing Director Equity Award Program - Contingent Stock Award Letter - Investment Representatives | LEH-RSU 0001070 | LEH-RSU 0001073 |
| 30 | LBHI0017 | | 2005 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0001082 | LEH-RSU 0001085 |
| 31 | LBHI0018 | | 2005 Equity Award Program - Contingent Stock Award Letter - Investment Representatives | LEH-RSU 0001086 | LEH-RSU 0001089 |
| 32 | LBHI0019 | | 2005 Equity Award Program - Conditional Equity Award Letter - Managing Directors | LEH-RSU 0001090 | LEH-RSU 0001093 |
| 33 | LBHI0020 | | 2005 Equity Award Program For Bonus-Eligible and Production-Based Employees | LEH-RSU 0001094 | LEH-RSU 0001106 |
| 34 | LBHI0021 | | 2005 Managing Director Equity Award Program - Contingent Stock Award Letter - Investment Representatives | LEH-RSU 0001107 | LEH-RSU 0001110 |
| 35 | LBHI0022 | | 2006 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0019153 | LEH-RSU 0019158 |
| 36 | LBHI0023 | | Summary of Select Material Terms of the 2006 Equity Award Program For Bonus Eligible Employees | LEH-RSU 0007863 | LEH-RSU 0007864 |
| 37 | LBHI0024 | | Summary of Select Material Terms of the 2006 Equity Award Program For Production-Based Employees | LEH-RSU 0007865 | LEH-RSU 0007867 |
| 38 | LBHI0025 | | 2006 Equity Award Program - Summary of Select Material Terms | LEH-RSU 0017691 | LEH-RSU 0017694 |
| 39 | LBHI0026 | | 2007 Equity Award Program - Contingent Stock Award Letter | LEH-RSU 0000263 | LEH-RSU 0000268 |
| 40 | LBHI0027 | | 2007 Equity Award Program For Bonus-Eligible and Production-Based Employees | LEH-RSU 0000269 | LEH-RSU 0000277 |
| 41 | LBHI0028 | | 2007 Equity Award Program For Bonus-Eligible and Production-Based Employees (Final) | LEH-RSU 0023023 | LEH-RSU 0023033 |
| 42 | LBHI0029 | | Summary of Select Material Terms of the 2007 Equity Award Program For Bonus Eligible Employees and Production-Based Employees | LEH-RSU 0023060 | LEH-RSU 0023061 |
| 43 | LBHI0030 | | 2008 Equity Award Schedule For Bonus Eligible Employees With A Written Compensation Guarantee Dated Prior to July 2008 | LEH-RSU 0021799 | LEH-RSU 0021799 |
| 44 | LBHI0031 | | 2008 Equity Award Program - Questions and Answers for Bonus-Eligible Employees and Production Based Employees | LEH-RSU 0000911 | LEH-RSU 0000926 |
| 45 | LBHI0032 | | 2003 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units - Investment Representatives | LEH-RSU 0015047 | LEH-RSU 0015050 |
| 46 | LBHI0033 | | 2003 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0015051 | LEH-RSU 0015054 |
| 47 | LBHI0034 | | 2003 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units - Investment Representatives | LEH-RSU 0015055 | LEH-RSU 0015058 |
| 48 | LBHI0035 | | 2003 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0014309 | LEH-RSU 0014312 |
| 49 | LBHI0036 | | 2003 Equity Award Program - Managing Director | LEH-RSU 0014184 | LEH-RSU 0014198 |
| 50 | LBHI0037 | | 2003 Equity Award Program - Senior Vice President | LEH-RSU 0014199 | LEH-RSU 0014213 |
| 51 | LBHI0038 | | 2003 Equity Award Program | LEH-RSU 0014168 | LEH-RSU 0014183 |
| 52 | LBHI0039 | | 2004 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units - Investment Representatives | LEH-RSU 0014321 | LEH-RSU 0014324 |
| 53 | LBHI0040 | | 2004 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0014325 | LEH-RSU 0014328 |
| 54 | LBHI0041 | | 2004 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units - Investment Representatives | LEH-RSU 0014329 | LEH-RSU 0014332 |
| 55 | LBHI0042 | | 2004 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0014333 | LEH-RSU 0014336 |
| 56 | LBHI0043 | | 2004 Equity Award Program - Summary of Select Material Terms | LEH-RSU 0000092 | LEH-RSU 0000095 |
| 57 | LBHI0044 | | 2005 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units - Investment Representatives | LEH-RSU 0000104 | LEH-RSU 0000107 |

**In re Lehman Brothers Holdings Inc., et al.**
**LBHI's Proposed Exhibit List Pursuant to ¶13 of the Evidentiary Hearing Procedures [ECF No. 42176]**
**(3/11/2014)**

| LBHI EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
|---|---|---|---|---|
| LBHI0045 | | 2005 Managing Director Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0000108 | LEH-RSU 0000111 |
| LBHI0046 | | 2005 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units - Investment Representatives | LEH-RSU 0000112 | LEH-RSU 0000115 |
| LBHI0047 | | 2005 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0000120 | LEH-RSU 0000123 |
| LBHI0048 | | 2005 Equity Award Program For Bonus-Eligible And Production-Based Employees | LEH-RSU 0000124 | LEH-RSU 0000135 |
| LBHI0049 | | 2006 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0000224 | LEH-RSU 0000228 |
| LBHI0050 | | 2006 Equity Award Program For Bonus-Eligible And Production-Based Employees | LEH-RSU 0014254 | LEH-RSU 0014266 |
| LBHI0051 | | Summary of Select Material Terms of the 2006 Equity Award Program For Bonus-Eligible Employees | LEH-RSU 0021757 | LEH-RSU 0021758 |
| LBHI0052 | | Summary of Select Material Terms of the 2006 Equity Award Program For Production-Based Employees | LEH-RSU 0021759 | LEH-RSU 0021761 |
| LBHI0053 | | 2006 Equity Award Program Summary of Select Material Terms | LEH-RSU 0017687 | LEH-RSU 0017690 |
| LBHI0054 | | 2007 Equity Award Program For Bonus-Eligible And Production-Based Employees | LEH-RSU 0023013 | LEH-RSU 0023022 |
| LBHI0055 | | 2007 Equity Award Program - Agreement Evidencing A Grant Of Restricted Stock Units | LEH-RSU 0000278 | LEH-RSU 0000282 |
| LBHI0056 | | 2007 Equity Award Program For Bonus-Eligible And Production-Based Employees | LEH-RSU 0000283 | LEH-RSU 0000291 |
| LBHI0057 | | Summary of Select Material Terms of the 2007 Equity Award Program For Bonus-Eligible Employees and Production-Based Employees | LEH-RSU 0023058 | LEH-RSU 0023059 |
| LBHI0058 | | 2008 Equity Award Schedule For Bonus-Eligible Employees With a Written Compensation Guarantee Dated Prior to July 2008 | LEH-RSU 0021804 | LEH-RSU 0021804 |
| LBHI0059 | | 2008 Equity Award Program - Questions and Answers for Bonus-Eligible Employees and Production Based Employees | LEH-RSU 0000927 | LEH-RSU 0000942 |
| LBHI0060 | | Summary of Select Material Terms for Bonus-Eligible Employees (as of July 2008) | LEH-RSU 0021849 | LEH-RSU 0021852 |
| LBHI0061 | | 2008 Special Retention RSU Awards For Select Senior Executives | LEH-RSU 0017454 | LEH-RSU 0017459 |
| LBHI0062 | | 2003 Managing Director Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0015079 | LEH-RSU 0015082 |
| LBHI0063 | | 2003 Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Managing Directors | LEH-RSU 0015083 | LEH-RSU 0015086 |
| LBHI0064 | | 2003 Stock Option Award - Questions And Answers For Exercising Stock Options - Managing Directors | LEH-RSU 0015087 | LEH-RSU 0015089 |
| LBHI0065 | | Notice of Exercise of Stock Option Form | LEH-RSU 0015101 | LEH-RSU 0015101 |
| LBHI0066 | | 2003 Managing Director Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives (Alternate Version) | LEH-RSU 0002297 | LEH-RSU 0002300 |
| LBHI0067 | | 2003 Senior Vice President Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0002301 | LEH-RSU 0002304 |
| LBHI0068 | | 2003 Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Managing Directors | LEH-RSU 0001237 | LEH-RSU 0001240 |
| LBHI0069 | | 2003 Managing Director Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0001241 | LEH-RSU 0001244 |
| LBHI0070 | | 2003 Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Senior Vice Presidents | LEH-RSU 0002305 | LEH-RSU 0002308 |
| LBHI0071 | | 2003 Senior Vice President Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0001249 | LEH-RSU 0001252 |
| LBHI0072 | | 2003 Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Senior Vice Presidents | LEH-RSU 0002309 | LEH-RSU 0002312 |
| LBHI0073 | | 2003 Senior Vice President Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0015090 | LEH-RSU 0015093 |
| LBHI0074 | | 2003 Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Senior Vice Presidents | LEH-RSU 0015094 | LEH-RSU 0015097 |
| LBHI0075 | | 2003 Stock Option Award - Questions And Answers For Exercising Stock Options - Senior Vice Presidents | LEH-RSU 0015098 | LEH-RSU 0015100 |

*In re Lehman Brothers Holdings, Inc., et al.*
LBHI's Proposed Exhibit List Pursuant to ¶13 of the Evidentiary Hearing Procedures [ECF No. 42176]
(3/11/2014)

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | LBHI EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 89 | LBHI0076 | | 2003 Stock Option Award - UK Approved Stock Options - Questions And Answers For Exercising Stock Options - Managing Directors | LEH-RSU 0015122 | LEH-RSU 0015124 |
| 90 | LBHI0077 | | Notice of Exercise of Stock Option Form - U.K. Approved Options Form | LEH-RSU 0015102 | LEH-RSU 0015102 |
| 91 | LBHI0078 | | 2003 Stock Option Award - UK Approved Stock Options - Questions And Answers For Exercising Stock Options - Senior Vice Presidents | LEH-RSU 0015111 | LEH-RSU 0015113 |
| 92 | LBHI0079 | 10/31/2003 | Questions And Answers For Exercising Lehman Brothers Stock Options | LEH-RSU 0001186 | LEH-RSU 0001195 |
| 93 | LBHI0080 | | 2004 Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Managing Directors | LEH-RSU 0002313 | LEH-RSU 0002316 |
| 94 | LBHI0081 | | 2004 Stock Option Award - Questions And Answers For Exercising Stock Options - Managing Directors | LEH-RSU 0002317 | LEH-RSU 0002319 |
| 95 | LBHI0082 | | 2004 Managing Director Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0002320 | LEH-RSU 0002323 |
| 96 | LBHI0083 | | 2004 Senior Vice President Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0002328 | LEH-RSU 0002331 |
| 97 | LBHI0084 | | 2004 Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Managing Directors | LEH-RSU 0001253 | LEH-RSU 0001256 |
| 98 | LBHI0085 | | 2004 Managing Director Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0001257 | LEH-RSU 0001260 |
| 99 | LBHI0086 | | 2004 Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Senior Vice Presidents | LEH-RSU 0002332 | LEH-RSU 0002335 |
| 100 | LBHI0087 | | 2004 Senior Vice President Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0001261 | LEH-RSU 0001264 |
| 101 | LBHI0088 | | 2004 Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Senior Vice Presidents | LEH-RSU 0002336 | LEH-RSU 0002339 |
| 102 | LBHI0089 | | 2004 Stock Option Award - Questions And Answers For Exercising Stock Options - Senior Vice Presidents | LEH-RSU 0002344 | LEH-RSU 0002346 |
| 103 | LBHI0090 | | 2004 Stock Option Award - UK Approved Stock Options - Questions And Answers For Exercising Stock Options - Managing Directors | LEH-RSU 0002355 | LEH-RSU 0002357 |
| 104 | LBHI0091 | | 2004 Stock Option Award - UK Approved Stock Options - Questions And Answers For Exercising Stock Options - Senior Vice Presidents | LEH-RSU 0002366 | LEH-RSU 0002368 |
| 105 | LBHI0092 | 11/22/2004 | 2004 Lehman Brothers Equity Award Program - Stock Option Election for Senior Vice Presidents And Managing Directors (Neuberger Berman) | LEH-RSU 0000987 | LEH-RSU 0000993 |
| 106 | LBHI0093 | 11/22/2004 | 2004 Lehman Brothers Equity Award Program - Stock Option Election for Non-US Based Senior Vice Presidents And Managing Directors (Except Japan) | LEH-RSU 0000994 | LEH-RSU 0001000 |
| 107 | LBHI0094 | 11/22/2004 | 2004 Lehman Brothers Equity Award Program - Stock Option Election for US Based Senior Vice Presidents And Managing Directors | LEH-RSU 0001001 | LEH-RSU 0001007 |
| 108 | LBHI0095 | | 2005 Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Managing Directors | LEH-RSU 0002373 | LEH-RSU 0002376 |
| 109 | LBHI0096 | | 2005 Stock Option Award - Questions And Answers For Exercising Stock Options - Managing Directors | LEH-RSU 0002381 | LEH-RSU 0002383 |
| 110 | LBHI0097 | | 2005 Managing Director Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0002387 | LEH-RSU 0002390 |
| 111 | LBHI0098 | | 2005 Senior Vice President Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0002399 | LEH-RSU 0002402 |
| 112 | LBHI0099 | | 2005 Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Managing Directors | LEH-RSU 0001008 | LEH-RSU 0001011 |
| 113 | LBHI0100 | | 2005 Managing Director Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0001012 | LEH-RSU 0001015 |
| 114 | LBHI0101 | | 2005 Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Senior Vice Presidents | LEH-RSU 0001024 | LEH-RSU 0001027 |

**LBHI's Proposed Exhibit List Pursuant to ¶13 of the Evidentiary Hearing Procedures [ECF No. 42176]**
**(3/11/2014)**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | LBHI EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 115 | LBHI0102 | | 2005 Senior Vice President Stock Option Award - UK Approved Stock Options - Agreement Evidencing A Grant of A Nonqualified Stock Option - Investment Representatives | LEH-RSU 0001028 | LEH-RSU 0001031 |
| 116 | LBHI0103 | | 2005 Stock Option Award - Agreement Evidencing A Grant of A Nonqualified Stock Option - Senior Vice Presidents | LEH-RSU 0001036 | LEH-RSU 0001039 |
| 117 | LBHI0104 | 11/17/2005 | 2004 Lehman Brothers Equity Award Program - Stock Option Election for Non-US Based Senior Vice Presidents And Managing Directors (Except Japan) | LEH-RSU 0020651 | LEH-RSU 0020657 |
| 118 | LBHI0105 | 11/17/2005 | 2005 Lehman Brothers Equity Award Program - Stock Option Election for US Based Senior Vice Presidents And Managing Directors | LEH-RSU 0021670 | LEH-RSU 0021676 |
| 119 | LBHI0106 | | 2005 Stock Option Award - Questions And Answers For Exercising Stock Options - Senior Vice Presidents | LEH-RSU 0002407 | LEH-RSU 0002409 |
| 120 | LBHI0107 | | 2005 Stock Option Award - UK Approved Stock Options - Questions And Answers For Exercising Stock Options - Managing Directors | LEH-RSU 0002418 | LEH-RSU 0002420 |
| 121 | LBHI0108 | | 2005 Stock Option Award - UK Approved Stock Options - Questions And Answers For Exercising Stock Options - Senior Vice Presidents | LEH-RSU 0002433 | LEH-RSU 0002435 |
| 122 | LBHI0109 | 11/1/2005 | Quarterly Reminder - Restrictions on Trading in Lehman Brothers Securities | LEH-RSU-CL 0004382 | LEH-RSU-CL 0004383 |
| 123 | LBHI0110 | | Summary of Personal Investment Policy For Lehman Brothers Securities | LEH-RSU-CL 0004384 | LEH-RSU-CL 0004385 |
| 124 | LBHI0111 | 11/1/2005 | Questions And Answers For Exercising Lehman Brothers Stock Options | LEH-RSU-CL 0004386 | LEH-RSU-CL 0004393 |
| 125 | LBHI0112 | | Lehman Brothers Notice of Exercise of Stock Option Form | LEH-RSU-CL 0004381 | LEH-RSU-CL 0004381 |
| 126 | LBHI0113 | 2/19/2003 | Lehman Brothers Holdings Inc. Employee Incentive Plan | LEH-RSU 0000001 | LEH-RSU 0000004 |
| 127 | LBHI0114 | 4/23/2004 | Lehman Brothers Holdings Inc. Employee Incentive Plan Prospectus | LEH-RSU 0000067 | LEH-RSU 0000075 |
| 128 | LBHI0115 | 11/8/2007 | Lehman Brothers Holdings Inc. 2005 Stock Incentive Plan | LEH-RSU 0000160 | LEH-RSU 0000171 |
| 129 | LBHI0116 | 11/15/2007 | Lehman Brothers Holdings Inc. 2005 Stock Incentive Plan Prospectus | LEH-RSU 0000172 | LEH-RSU 0000181 |
| 130 | LBHI0117 | 11/8/2007 | Lehman Brothers Holdings Inc. 1996 Management Ownership Plan | LEH-RSU 0000237 | LEH-RSU 0000245 |
| 131 | LBHI0118 | 11/8/2007 | Lehman Brothers Holdings Inc. Employee Incentive Plan | LEH-RSU 0000254 | LEH-RSU 0000262 |
| 132 | LBHI0119 | | Lehman Brothers Holdings Inc. Plan Trust 2002 10-K | LEH-RSU 0006488 | LEH-RSU 0006526 |
| 133 | LBHI0120 | | Lehman Brothers Holdings Inc. Plan Trust 2002 10-K Exhibits | LEH-RSU 0005361 | LEH-RSU 0005509 |
| 134 | LBHI0121 | | Lehman Brothers Holdings Inc. Plan Trust 2003 10-K | LEH-RSU 0006433 | LEH-RSU 0006487 |
| 135 | LBHI0122 | | Lehman Brothers Holdings Inc. Plan Trust 2003 10-K Exhibits | LEH-RSU 0005510 | LEH-RSU 0005634 |
| 136 | LBHI0123 | | Lehman Brothers Holdings Inc. Plan Trust 2004 10-K | LEH-RSU 0006278 | LEH-RSU 0006432 |
| 137 | LBHI0124 | | Lehman Brothers Holdings Inc. Plan Trust 2004 10-K Exhibits | LEH-RSU 0005635 | LEH-RSU 0005671 |
| 138 | LBHI0125 | | Lehman Brothers Holdings Inc. Plan Trust 2005 10-K | LEH-RSU 0005993 | LEH-RSU 0006133 |
| 139 | LBHI0126 | | Lehman Brothers Holdings Inc. Plan Trust 2005 10-K Exhibits | LEH-RSU 0005672 | LEH-RSU 0005696 |
| 140 | LBHI0127 | | Lehman Brothers Holdings Inc. Plan Trust 2006 10-K | LEH-RSU 0006134 | LEH-RSU 0006277 |
| 141 | LBHI0128 | | Lehman Brothers Holdings Inc. Plan Trust 2006 10-K Exhibits | LEH-RSU 0005698 | LEH-RSU 0005719 |
| 142 | LBHI0129 | | Lehman Brothers Holdings Inc. Plan Trust 2007 10-K | LEH-RSU 0005831 | LEH-RSU 0005992 |
| 143 | LBHI0130 | | Lehman Brothers Holdings Inc. Plan Trust 2007 10-K Exhibits | LEH-RSU 0005720 | LEH-RSU 0005830 |
| 144 | LBHI0131 | 2/28/2003 | Proxy Statement - Lehman Brothers Notice of 2003 Annual Meeting of Stockholders | LEH-RSU 0020598 | LEH-RSU 00205636 |
| 145 | LBHI0132 | | 1999 Neuberger Berman Inc. Long-Term Incentive Plan Restated As of November 8, 2007 | LEH-RSU 0001040 | LEH-RSU 0001052 |
| 146 | LBHI0133 | 4/18/2001 | Employment Agreement for Philippe Dufounier | 000001 | 000012 |
| 147 | LBHI0134 | 6/20/2001 | Employment Agreement for Giancarlo Saronne | 000001 | 000007 |
| 148 | LBHI0135 | 4/27/2000 | Employment Agreement for Anke Parr | 000003 | 000011 |
| 149 | LBHI0136 | 2/9/2004 | Employment Agreement for Vincent Primiano | 000001 | 000003 |
| 150 | LBHI0137 | 4/8/2003 | Employment Agreement for Harsh Shah | 000001 | 000006 |
| 151 | LBHI0138 | 7/1/2008 | Special Contingent Stock Award for Riccardo Banchetti | 000001 | 000013 |
| 152 | LBHI0139 | 6/3/1999 | Employment Agreement for Madelyn Antoncic | 000005 | 000006 |
| 153 | LBHI0140 | 10/18/2000 | Employment Agreement for Mary Langevin | ML-03 | |
| 154 | LBHI0141 | 5/4/2007 | Employment Agreement for Tom O'Sullivan | S&S CLMT-RSU 000296 | S&S CLMT-RSU 000297 |
| 155 | LBHI0142 | 12/22/2005 | Employment Agreement for Virgilio Casuple | | |
| 156 | LBHI0143 | 2/20/1997 | Employment Agreement for Alvaro Santodomingo Martell | S&S CLMT-RSU 000302 | S&S CLMT-RSU 000321 |
| 157 | LBHI0144 | 2/16/2001 | Employment Agreement for Paola Biraschi | S&S CLMT-RSU 000228 | S&S CLMT-RSU 000237 |
| 158 | LBHI0145 | 6/8/1999 | Employment Agreement for Joseph G. D'Amadeo | S&S CLMT-RSU 000239 | S&S CLMT-RSU 000241 |
| 159 | LBHI0146 | 3/8/2002 | Employment Agreement for Tal Lev-Ari | S&S CLMT-RSU 000243 | S&S CLMT-RSU 000244 |
| 160 | LBHI0147 | 4/7/1997 | Employment Agreement for Peter D. Ward | S&S CLMT-RSU 000258 | S&S CLMT-RSU 000259 |
| 161 | LBHI0148 | 9/27/2000 | Employment Agreement for Julian Iragorri | S&S CLMT-RSU 000261 | S&S CLMT-RSU 000263 |
| 162 | LBHI0149 | 5/5/2005 | Employment Agreement for Andrea J. Sullivan | S&S CLMT-RSU 000266 | S&S CLMT-RSU 000270 |
| 163 | LBHI0150 | 11/22/1995 | Employment Agreement for Louise Goldberg | S&S CLMT-RSU 000272 | S&S CLMT-RSU 000276 |
| 164 | LBHI0151 | 1/30/2003 | Employment Agreement for Lawrence Edward McCarthy | S&S CLMT-RSU 000288 | S&S CLMT-RSU 000289 |
| 165 | LBHI0152 | 11/28/1991 | Employment Agreement for Margaret Smith | S&S CLMT-RSU 000292 | S&S CLMT-RSU 000294 |

08-13555-mg    Doc 43763-4    Filed 03/27/14    Entered 03/27/14 14:38:47    Exhibit
Exhibit List of Lehman Brothers Holding Inc    Pg 7 of 7
*In re Lehman Brothers Holdings Inc., et al.*

LBHI's Proposed Exhibit List Pursuant to ¶13 of the Evidentiary Hearing Procedures [ECF No. 42176]
(3/11/2014)

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | LBHI EX NO | DOC DATE | DESCRIPTION | BEG BATES | END BATES |
| 166 | LBHI0153 | 10/20/2003 | Neuberger Berman, Inc. Retention Bonus Pool Award Agreement - Stiefel | NB 00102 | NB 00110 |
| 167 | LBHI0154 | 8/19/2003 | Neuberger Berman, Inc. Retention Bonus Pool Award Agreement - Ramallo | NB 00111 | NB 00119 |
| 168 | LBHI0155 | 7/30/2003 | Neuberger Berman, Inc. Retention Bonus Pool Award Agreement - Glasebrook | NB 00120 | NB 00125 |
| 169 | LBHI0156 | 9/5/2003 | Neuberger Berman, Inc. Retention Bonus Pool Award Agreement - Finkel | NB 00129 | NB 00137 |
| 170 | LBHI0157 | 9/5/2003 | Neuberger Berman, Inc. Retention Bonus Pool Award Agreement - Kenney | NB 00138 | NB 00146 |
| 171 | LBHI0158 | 9/25/2006 | Email from C. Tuniga to T. Binkey with copy to S. Firisen re: "CC Documents for Book" and attaching documents entitled "Proposed Compensation Committee Calendar - 2006 Year End Compensation Process" and "Lehman Brothers Compensation Philosophy & Operating Principles" | LEH-RSU 0007569 | LEH-RSU 0007587 |
| 172 | LBHI0159 | 11/5/2004 | Email from S. Firisen to A. Collerton re: "Compensation philosophy 2004 revised final" and attaching document entitled "Lehman Brothers Compensation Philosophy & Operating Principles" | LEH-RSU 0017318 | LEH-RSU 0017332 |
| 173 | LBHI0160 | 3/26/1997 | Lehman Brothers Holdings Inc. Minutes of the Compensation and Benefits Committee, redacted in part | LEH-RSU 0006856 | LEH-RSU 0006869 |
| 174 | LBHI0161 | 9/7/1997 | 1997 Trust Under Lehman Brothers Holdings Inc. Incentive Plans | LEH-RSU 0002279 | LEH-RSU 0002296 |
| 175 | LBHI0162 | 10/27/1994 | Letter from R. Fuld, Jr. and T. Christopher Pettit to "Dear Colleague" | LEH-RSU 0001558 | LEH-RSU 0001558 |
| 176 | LBHI0163 | 5/1/1995 | Letter from D. Mooradian to "Dear Colleague" | LEH-RSU 0001559 | LEH-RSU 0001559 |
| 177 | LBHI0164 | 5/1/1995 | Letter from D. Mooradian to "Dear Colleague" | LEH-RSU 0001560 | LEH-RSU 0001560 |
| 178 | LBHI0165 | 7/2/1998 | Letter from R. Fuld, Jr. and B. McDade to "Dear Colleague" | LEH-RSU 0001158 | LEH-RSU 0001158 |
| 179 | LBHI0166 | 11/15/2006 | Email from M. Gross to A. Krishna, R. Vijayanand, and A. Choudury, with copy to A. Collerton re: "FW: 2006 Equity Award Program Communication" and attaching: "2006 Equity Award Program For Bonus-Eligible And Production Based Employees (Non-US)"; "Summary of Select Material Terms Of The 2006 Equity Award Program For Bonus-Eligible Employees"; "2006 Equity Award Program - Summary of Program Changes for Managers"; "Talking Points - 2006 Equity Award Program-Share Payment Date"; "Summary of Select Material Terms Of The 2006 Equity Award Program For Bonus-Eligible Employees"; "Summary of Select Material Terms Of The 2006 Equity Award Program For Production-Based Employees"; "November 20, 2006 Letter from J. Gregory to 'Dear Colleague' attaching '2006 Equity Award Program For Bonus-Eligible and Production-Based Employees'" | LEH-RSU 0007868 | LEH-RSU 0007907 |