RECEIVED
MAR 24 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Union Bancaire Privée, UBP SA | Lloyds TSB Bank plc (Geneva branch) on behalf of: Nitin Jamnadas Chad &/or Mrs Shobha Nitin Chad<br>P.O Box 251<br>OM-Muscat<br>Oman |

Name and Address where notices to transferee

should be sent:

Court Claim # (if known):
Lehman Sec. Pr. Proof of Claim: 0000055503
Amount of Claim: $146'974.87
Date Claim Filed: 10.29.2009

Phone: +41.58.819.3428
Last Four Digits of Acct #:

Phone: +41.22.307. 3445
Last Four Digits of Acct. #: 2468

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

www.dhl.com



EXPRESS WORLDWIDE
DHL EasyShip 5.3.12

DOX

**DHL**

FROM: MR. JEAN-BAPTISTE ERATH

95 RUE DU RHONE

1204 GENEVE
SWITZERLAND

FILED / RECEIVED

Origin:
**GVA**

JAN 5 % 201

EPIQ SYSTEMS

TO: EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN: LEHMAN BROTHERS HOLDINGS CLAIM PROCESSING
757 THIRD AVENUE, 3RD FLOOR

10017 NEW YORK, NEW YORK
UNITED STATES OF AMERICA

**US — ZYP**

Day    Time

Account : 150567912
Shipment Ref :
605

Shipment Weight : **0.50kg**
Date : 2014 — 03 — 19

Piece :
**1/1**

Content : DOCUME

(J)JD01 3056 2658 7001 1530

WA

(2L)US10017 +420000000

WAYBILL40 8211 9731

Content
description

Account No. 150567912
Ref code
Date:    Pce / Shpt Weight    Piece
/ 0.50    1/1
Day    Time

US — ZYP -TS2

Origin:
GVA

JFKL

10017 NEW YORK, United States

**DHL**

DOX

EXPRESS WORLDWIDE