UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re

                Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.    08-13555 (SCC)

         Debtors.          (Jointly Administered)
------------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF HENRY RAMALLO

STATE OF NEW YORK   )
                           : ss.:
COUNTY OF NEW YORK )

HENRY RAMALLO, being duly sworn, deposes and says:

      1.      I am a claimant in the above-captioned matter.

      2.      I am a Managing Director of Neuberger Berman Group LLC ("Neuberger") and was a Managing Director of Neuberger at the time of its merger with Lehman Brothers Holdings Inc. ("LBHI") in October 2003.

      3.      I make this supplemental declaration on personal knowledge to supplement my declaration herein of January 27, 2014.

      4.      In paragraphs 5 through 8 of my earlier declaration, I described (and do not repeat here) the activities of Heidi Steiger to insist and pressure me into continuing my employment with Neuberger as part of LBHI. I am aware that Ms. Steiger employed similar tactics and pressure on other managing directors at Neuberger to induce them to become employees of LBHI under restrictive covenants contained in their retention agreements. Among such individuals were Richard Nackenson and Christian Reynolds, both claimants herein.

WHEREFORE, for the reasons set forth herein and in my earlier declaration, the motions of LBHI to reclassify the NB Claimants' claims as equity interests must be denied.

_____
HENRY RAMALLO

Sworn to before me this
26th day of March, 2014.

_____
Notary Public

MARY F. GATTUSO
NOTARY PUBLIC, State of New York
No. 01GA5071980
Qualified in New York County
Commission Expires January 21, 2015

2