B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Credit Products Japan Co., Ltd.</u>     <u>Resona Bank, Limited</u>
Name of Transferee                                                                 Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>15197</u>
should be sent:                                                                      Amount of Claim: <u>$174,100,384.00 (as allowed)</u>
                                                                                                  Date Claim Filed: <u>09/17/2009</u>
Otemachi Financial City South Tower                      Debtor: <u>Lehman Brothers Holdings Inc.</u>
1-9-7 Otemachi, Chiyoda-ku, Tokyo,
100-8104 Japan
Attention:  Kikuko Itoh / Noriko Ogawa
Telephone: +81-3-6836-4859 / 4860
Facsimile: +81-3-6422-5064
ssgopstk@morganstanleymufg.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk (Bankruptcy)
One World Financial Center
New York, NY 10281

Phone:_____     Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY CREDIT PRODUCTS JAPAN CO., LTD.

By: _____  Ken Merner
Transferee/Transferee's Agent  Representative Director

Date: _March 26, 2014_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Court Clerk

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (the "Case")

Proof of Claim Number: 15197

**Resona Bank, Limited** and its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **Morgan Stanley Credit Products Japan Co., Ltd.** and its successors and assigns ("Assignee"), all right, title and interest in and to Proof of Claim Number **15197** (the "Claim") currently allowed in the amount of **$174,100,384.00** against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _March 26_, 2014.

**MORGAN STANLEY CREDIT PRODUCTS JAPAN CO., LTD.**

By: _____
Name: Ken Merner
Title: Representative Director

**RESONA BANK, LIMITED**

By: _____
Name: Kazumasa Morita
Title: Tokyo Second Credit Administration Department Adviser