B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Union Bancaire Privée, UBP SA | Lloyds TSB Bank plc (Geneva branch) on behalf of: Familu Services, S.L<br>Calle Ferrer Del Rio<br>19-1C<br>ES-28028 Madrid<br>Spain |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):<br>Lehman Sec. Pr. Proof of Claim: 0000055523<br>Amount of Claim: $151'005.50<br>Date Claim Filed: 10.29.2009 |
| Phone: +41.58.819.3428<br>Last Four Digits of Acct #: | Phone: +41.22.307. 3445<br>Last Four Digits of Acct. #: 2468 |
| Name and Address where transferee payments should be sent (if different from above):<br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

