LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Mark S. Landman
Sophia Ree

*Attorneys for the Federal Home Loan Mortgage Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holding Inc., et al., | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

-------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF MOTION OF THE FEDERAL HOME LOAN MORTGAGE CORPORATION FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY

**PLEASE TAKE NOTICE** that the Motion of the Federal Home Loan Mortgage Corporation in Conservatorship for Leave to Conduct Rule 2004 Discovery [ECF Nos. 1180-1182] is hereby withdrawn.

Dated: New York, New York
       March 27, 2014

        Respectfully submitted,

        LANDMAN CORSI BALLAINE & FORD P.C.

        By: /s/ Mark S. Landman
           Mark S. Landman
           Sophia Ree
           120 Broadway, 27th Floor
           New York, NY 10271
           Telephone: (212) 238-4800
           Facsimile: (212) 238-4848
           Email: mlandman@lcbf.com
              sree@lcbf.com

- and -

George A. Kielman
Managing Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive -- MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage
   Corporation in Conservatorship*