# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 28, 2014

Via ECF

The Honorable Shelley C. Chapman,
    United States Bankruptcy Judge,
        United States Bankruptcy Court for the Southern District of New York,
            One Bowling Green, Courtroom 621,
                New York, New York 10004.

        Re:    *In re Lehman Brothers Holdings Inc., et al.*, Index No. 13555/08
                  (Bankr. S.D.N.Y.) (SCC) (Claim Nos. 14824 and 14826)

Dear Judge Chapman:

        I write on behalf of Claimants Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited ("Canary Wharf") with respect to Canary Wharf's motion for summary judgment, filed on March 14, 2014. (ECF Nos. 43538-40.) We submit herewith, in support of that motion, an Affidavit of Frank Bartolotta, a former executive of Lehman Brothers Holdings Inc. ("Lehman"), and ask that the Court consider this additional evidence. The Affidavit was just obtained yesterday, and there can be no prejudice to Lehman because its opposition to Canary Wharf's motion is not due until May 2, five weeks from today.

        We are of course available to answer any questions.

                              Respectfully,

                              David B. Tulchin

(Enclosure)

cc:    Peter D. Isakoff
       (Weil, Gotshal & Manges LLP)