



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc        ,  Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr SHILLO Yechiel | Union Bancaire Privée UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Mr SHILLO Yechiel
12 Alexandroni street / Ramat Gan / Israel

Court Claim # (if known):  47103
Amount of Claim:  $88,115.99
Date Claim Filed:  10/26/2009

Phone:  +972 505223997/+972 523295166
Last Four Digits of Acct #: _____

Phone:  +41.58.819.3428
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Bank IGUD, acc.of Edna & Yechiel SHILLO
IBAN acc no IL6401306300000 10363723

Phone:  +972 3 5191407/+972 3 5191193
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date:  5. 3. 14
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc          ,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr SHILLO Yechiel | Union Bancaire Privée UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 47103
Amount of Claim: $88,115.99
Date Claim Filed: 10/26/2009

Phone: +972 505223997
Last Four Digits of Acct #: _____

Phone: +41.58.819.3428
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Bank IGUD, acc. of Edna & Yechiel SHILLO
IBAN acc no IL640130630000 10363723
Phone: +972-3-5191407 / +972-3-5191193
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 5.3.14
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



UNION BANCAIRE PRIVÉE



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to to **Mr SHILLO Yechiel born in 1953 with Israeli identification number 0-1217777-0, Israeli nationality, passport number 11486853 issued on April 25, 2006 in Ramat Gan/Israel and valid till April 24, 2016** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **47103**) in nominal amount of USD 100'000 **equal to an allowed claim of USD 88'115.99** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6TH February 2014.

**UNION BANCAIRE PRIVEE, UBP SA**

Legal department
Director

Securities département
Director

UNION BANCAIRE PRIVÉE, UBP SA

Genève

Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com



UNION BANCAIRE PRIVÉE

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0337787161<br><br>Lehman Brothers due 27.12.2008 | 47103 | 26th October 2009 | Lehman Brothers Securities NV | USD 100'000 | USD 88'115.99 |

UNION BANCAIRE PRIVÉE, UBP SA
Genève
Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com