**St.Galler Kantonalbank**

| | |
|---|---|
| Telefon | + 41 71 231 31 31 |
| Telefax | + 41 71 231 32 32 |
| Call-Center | 0844 811 811 |
| Internet | www.sgkb.ch |

**Zentralsitz**

St.Leonhardstrasse 25
Postfach
9001 St.Gallen

By Courier
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017, USA

| | |
|---|---|
| Datum | 03/11/2014 |
| u/Ref | Sfca |
| Direktwahl | +41 71 231 34 13 |
| E-mail | anina.zuercher@sgkb.ch |
| Direktfax | +41 71 231 31 27 |

**Claim Transfer**

Dear Sir or Madam

Enclosed you receive the forms 'Evidence of Transfer of Claim' and Form 210A.

If we do not hear from you, we assume that everything is ok.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you in advance.

Yours faithfully

St.Galler Kantonalbank

Oriana Scheuss          Markus Brack
Member of Management    Member of Management

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

St. Galler Kantonalbank AG
**Name of Transferee**

Hyposwiss Private Bank Ltd
**Name of Transferor**

Name and Address where notices to transferee should be sent:

St. Galler Kantonalbank AG
St. Leonhardstrasse 25
9000 St. Gallen
SWITZERLAND

Court Claim # (if known): _____
Date Claim Filed: July 2012
Amount of Claim: USD 41'408.53
Portion of Claim Transferred (see Schedule I): USD 41'408.53

Phone: 0041 71 231 34 13
Last Four Digits of Acct #: 8764

Phone: 0041 231 34 13
Last Four Digits of Acct. #: 5837

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Markus Brack    Oriana Scheuss    Date: 03/04/2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


RECEIVED MAR 19 2014 U.S. BANKRUPTCY COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hyposwiss Private Bank Ltd,** ("Transferor") unconditionally and irrevocably transferred to **St.Galler Kantonalbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) of **USD 41'408.53** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **March 4, 2014.**

**Hyposwiss Private Bank Ltd**

By: _____
Name: Anina Zürcher
Title:   Member of Management

By: _____
Name: Pascal Schmid
Title:   Member of Management

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0261032238 | 59233 | 04/12/12 | Lehman Brothers Treasury Co. BV | USD 41'408.53 |