UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

## FEBRUARY 2014 POST-EFFECTIVE OPERATING REPORT

FEBRUARY 2014
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

| | |
|---|---|
| DEBTORS' ADDRESS: | LEHMAN BROTHERS HOLDINGS INC.<br>c/o MICHAEL S. LETO<br>1271 AVENUE OF THE AMERICAS<br>40th FLOOR<br>NEW YORK, NY 10020 |
| DEBTORS' ATTORNEYS: | WEIL, GOTSHAL & MANGES LLP<br>c/o JACQUELINE MARCUS, GARRETT A. FAIL<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| REPORT PREPARER: | LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR |

Date: March 28, 2014

**TABLE OF CONTENTS**

Schedule of Debtors …………………………………………………………………………………… 3

Lehman Brothers Holdings Inc. and Other Debtors and Other Controlled Entities
    Basis of Presentation — Schedule of Cash Receipts and Disbursements ……………………………………. 4
    Schedule of Cash Receipts and Disbursements ……………………………………………………….... 7

LBHI
    Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………. 11
    Schedule of Professional Fee and Expense Disbursements ……………………………………………….... 12

**SCHEDULE OF DEBTORS**

The following entities (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on the dates indicated below. On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. The Debtors' Chapter 11 cases remain open as of the date hereof.

|  | Case No. | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

**The Company has established an email address to receive questions from readers regarding this presentation. The Company plans to review questions received and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome, the Company shall endeavor to post a response (maintaining the anonymity of the question origination) on the Epiq website maintained for the Company: www.lehman-docket.com. The Company assumes no obligation to respond to e-mail inquiries. Please email questions in clear language with document references to QUESTIONS@lehmanholdings.com.**

# LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES

## BASIS OF PRESENTATION
## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
## FEBRUARY 1, 2014 – FEBRUARY 28, 2014

The information and data included in this February 2014 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future. Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include demand deposits, interest-bearing deposits with banks, U.S. and foreign money-market funds, U.S. government obligations, U.S. government guaranteed securities, investment grade corporate bonds and commercial paper, and AAA-rated asset-backed securities secured by auto loans and credit card receivables.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

4. Beginning and ending cash and investment balances exclude the following:
   - Cash posted as collateral for hedging activity; and
   - Cash held at real estate owned properties or at third party real estate managers.

5. Restricted cash balances are based on preliminary estimates and are comprised of the following items as of February 28, 2014:

| ($ in millions) | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | LBHI | LBSF | LCPI | Other | Total | | |
| Reserves for Claims: | | | | | | | |
| Disputed unsecured claims [1] | $ 2,464 | $ 2,397 | $ 31 | $ 1,749 | $ 6,641 | $ - | $ 6,641 |
| Priority tax claims [2] | 406 | 117 | 0 | 5 | 527 | - | 527 |
| Distributions on Allowed Claims (not remitted) [3] | 250 | 57 | 260 | 3 | 570 | - | 570 |
| Secured, Admin, Priority Claims and Other [4] | 1,291 | 16 | 31 | 14 | 1,352 | - | 1,352 |
| Subtotal, Claims Reserves | 4,412 | 2,587 | 321 | 1,771 | 9,090 | - | 9,090 |
| Cash pledged to JPMorgan (CDA) [5] | 313 | - | - | - | 313 | - | 313 |
| Citigroup and HSBC [6] | 2,040 | - | - | - | 2,040 | - | 2,040 |
| Tax reserves to be released [7] | 927 | - | - | - | 927 | - | 927 |
| Other [8] | 394 | 1 | 55 | 29 | 479 | 40 | 519 |
| Total | $ 8,085 | $ 2,587 | $ 377 | $ 1,800 | $ 12,849 | $ 40 | $ 12,890 |

Totals may not foot due to rounding.

(1) Represents the cash reserve for disputed unsecured claims subsequent to the fourth Plan distribution on October 3, 2013.

(2) In December 2010, the Internal Revenue Service ("IRS") filed proofs of claims against certain Debtor entities which asserted an aggregate liability against the Company of approximately $2.3 billion ("Original Claims"), which the Company disputed. The Debtors had restricted approximately $2.3 billion of cash as reserves against these disputed claims. By order dated December 19, 2013, the Court permitted the IRS to file proofs of claim amending and superseding its Original Claims and reducing the asserted aggregate liability by approximately $1.8 billion to approximately $510 million. As a result, the Debtors reduced the cash reserved against these disputed claims by approximately $1.8 billion in December 2013.

(3) Represents unpaid Plan distributions to holders of Allowed Claims of approximately $437 million for distributions held pending resolution of various items described in settlement agreements with certain Non-Controlled Affiliates and approximately $133 million related to (i) claimants who failed to submit the proper taxpayer identification number forms and/or Office of Foreign Asset Control ("OFAC") forms and (ii) resolution of other open items.

(4) Includes approximately $1.2 billion reserved at LBHI for a disputed claim of the Federal Home Loan Mortgage Corporation ("Freddie Mac") that was asserted with priority status, $71 million related to post-petition intercompany payables, $18 million related to disputed secured claims, $2 million related to administrative claims and $55 million related to other administrative activities and other. The Company entered into a settlement agreement with Freddie Mac in February 2014 [Docket No. 42754]; as a result, restricted cash balances will be adjusted in future Operating Reports.

(5) Represents $313 million of cash deposited into accounts by LBHI and pledged to JPMorgan (and its affiliates, "JPM") pursuant to paragraph 6(b) of the Collateral Disposition Agreement ("CDA") with JPM effective March 31, 2010; related to, but not limited to, clearance exposures and derivative exposures pending resolution of these items.

(6) Represents cash deposited on or prior to September 15, 2008 by the Company in connection with certain requests and/or documents executed by the Company and Citibank N.A. of approximately $2 billion and HSBC Bank PLC of $33 million, including interest earned thereon. The Company is in discussion with HSBC Bank and commenced litigation against Citigroup regarding these deposits, among other things.

(7) Represents a portion of $1.8 billion reserve for asserted tax liabilities previously contributed to LBHI by certain Debtors and Debtor-Controlled Entities. (Refer to footnote (2) above). Such funds are anticipated to be released to certain Debtors and Debtor-Controlled Entities in advance of the fifth scheduled Plan distribution to creditors.

(8) Other includes (i) various pre-petition balances on administrative hold by certain financial institutions of $92 million; (ii) asserted misdirected wires and other cash received by LBHI for the benefit of third parties and Non-Controlled Affiliates of approximately $69 million; (iii) cash collected by LCPI on behalf of a third party of $54 million related to a loan participation agreement; (iv) cash collected by LBHI on behalf of Debtor-Controlled Entities of $228 million; and (v) other miscellaneous items of $76 million.

Restricted cash balances herein do not include other cash reserves required for operating expenses, asset preservation and other commitments (e.g. unfunded loans or anticipated investments).

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**February 1, 2014 - February 28, 2014**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  | Debtors | | | | | Debtor-Controlled Entities | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|
|  | LBHI | LBSF | LCPI | Other | Total | LB I Group | Other | Total |  |
| **Beginning Free Cash and Investments (2/1/14)** | $ 1,624 | $ 720 | $ 1,347 | $ 376 | $ 4,067 | $ 270 | $ 2,146 | $ 2,416 | $ 6,483 |
| Restricted Cash | 8,018 | 2,587 | 381 | 1,726 | 12,713 | 4 | 33 | 37 | 12,750 |
| **Beginning Total Cash and Investments** | 9,642 | 3,307 | 1,728 | 2,102 | 16,779 | 274 | 2,179 | 2,453 | 19,232 |
| **Sources of Cash** | | | | | | | | | |
| Commercial Real Estate | 150 | - | 356 | - | 506 | - | 341 | 341 | 847 |
| Loans (Corporate and Residential) | 9 | - | 15 | - | 23 | - | 8 | 8 | 32 |
| Private Equity / Principal Investing | 48 | - | 6 | - | 54 | 11 | 87 | 98 | 152 |
| Derivatives | (0) | 14 | - | 78 | 92 | - | - | - | 92 |
| Receipts from Affiliates | 343 | 1 | - | 8 | 352 | - | 0 | 0 | 353 |
| Other | 9 | 2 | (0) | 0 | 11 | 0 | 1 | 2 | 12 |
| **Total Sources of Cash** | 560 | 17 | 376 | 86 | 1,039 | 11 | 438 | 449 | 1,487 |
| **Uses of Cash** | | | | | | | | | |
| Non-Operating | | | | | | | | | |
| Commercial Real Estate | (0) | - | (0) | - | **(0)** | - | (21) | **(21)** | **(21)** |
| Loans (Corporate and Residential) | (0) | - | (2) | - | **(2)** | - | - | **-** | **(2)** |
| Private Equity / Principal Investing | (1) | - | (0) | - | **(1)** | (0) | (0) | **(0)** | **(1)** |
| Derivatives | - | (1) | - | - | **(1)** | - | - | **-** | **(1)** |
| Payments to Creditors | - | - | - | - | **-** | - | (21) | **(21)** | **(21)** |
| Other | - | - | - | - | **-** | (0) | (0) | **(0)** | **(0)** |
| Operating Expenses | (25) | (0) | (1) | (0) | **(25)** | (0) | (9) | **(9)** | **(34)** |
| **Total Uses of Cash** | (25) | (1) | (3) | (0) | (29) | (0) | (51) | (52) | (81) |
| **Net Cash Flow** | 534 | 16 | 374 | 86 | 1,010 | 11 | 386 | 397 | 1,407 |
| Inter-Company Transfers, Net | (247) | (1) | 262 | 4 | 18 | 1 | (18) | (18) | (0) |
| Loan Agencies, Net | - | - | 1 | - | 1 | - | - | - | 1 |
| FX Fluctuation | 2 | 0 | 0 | 0 | 3 | 0 | 1 | 1 | 4 |
| **Ending Total Cash and Investments** | 9,931 | 3,322 | 2,365 | 2,192 | 17,810 | 285 | 2,548 | 2,833 | 20,644 |
| Restricted Cash | (8,085) | (2,587) | (377) | (1,800) | (12,849) | (4) | (37) | (40) | (12,890) |
| **Ending Free Cash and Investments (2/28/14)** | $ 1,846 | $ 735 | $ 1,988 | $ 392 | $ 4,961 | $ 281 | $ 2,512 | $ 2,793 | $ 7,754 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**February 1, 2014 - February 28, 2014**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | Debtors | | | | | Debtor-Controlled Entities | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | LBHI | LBSF | LCPI | Other | Total | LB I Group | Other | Total | |
| **Beginning Free Cash and Investments (2/1/14)** |  | $ 1,624 | $ 720 | $ 1,347 | $ 376 | $ 4,067 | $ 270 | $ 2,146 | $ 2,416 | $ 6,483 |
| Restricted Cash |  | 8,018 | 2,587 | 381 | 1,726 | 12,713 | 4 | 33 | 37 | 12,750 |
| **Beginning Total Cash and Investments** |  | 9,642 | 3,307 | 1,728 | 2,102 | 16,779 | 274 | 2,179 | 2,453 | 19,232 |
| **Sources of Cash** |  |  |  |  |  |  |  |  |  |  |
| Commercial Real Estate |  |  |  |  |  |  |  |  |  |  |
| Principal | (a) | 150 | - | 355 | - | 504 | - | 341 | 341 | 845 |
| Interest |  | 0 | - | 1 | - | 1 | - | 0 | 0 | 2 |
| Loans (Corporate and Residential) |  |  |  |  |  |  |  |  |  |  |
| Principal |  | 8 | - | 14 | - | 22 | - | 8 | 8 | 30 |
| Interest |  | 1 | - | 0 | - | 1 | - | 0 | 0 | 1 |
| Private Equity / Principal Investing |  |  |  |  |  |  |  |  |  |  |
| Principal |  | 33 | - | 6 | - | 39 | 10 | 87 | 97 | 136 |
| Interest and Dividends |  | 15 | - | 0 | - | 15 | 0 | - | 0 | 16 |
| Derivatives |  |  |  |  |  |  |  |  |  |  |
| Return / (Posting) of Hedging Collateral, net |  | - | (3) | - | 0 | (3) | - | - | - | (3) |
| Collections from Live / Terminated Trades | (b) | (0) | 17 | - | 78 | 95 | - | - | - | 95 |
| Other |  | - | 0 | - | - | 0 | - | - | - | 0 |
| Receipts from Affiliates |  |  |  |  |  |  |  |  |  |  |
| Distributions from Non-Controlled Affiliates | (c) | 343 | 1 | - | 8 | 352 | - | 0 | 0 | 353 |
| Other |  |  |  |  |  |  |  |  |  |  |
| Other |  | 9 | 2 | (0) | 0 | 11 | 0 | 1 | 2 | 12 |
| **Total Sources of Cash** |  | 560 | 17 | 376 | 86 | 1,039 | 11 | 438 | 449 | 1,487 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

8

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
Schedule of Cash Receipts and Disbursements
**February 1, 2014 - February 28, 2014**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Debtor-Controlled Entities | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LB I Group | Other | Total | |
| **Uses of Cash** | | | | | | | | | | |
| Non-Operating | | | | | | | | | | |
| Commercial Real Estate | | | | | | | | | | |
|   Preservation of Assets | | (0) | - | (0) | - | **(0)** | - | (21) | **(21)** | **(21)** |
| Loans (Corporate and Residential) | | | | | | | | | | |
|   Preservation of Assets | | (0) | - | (2) | - | **(2)** | - | - | **-** | **(2)** |
| Private Equity / Principal Investing | | | | | | | | | | |
|   Capital Calls | | (1) | - | (0) | - | **(1)** | (0) | (0) | **(0)** | **(1)** |
| Derivatives | | | | | | | | | | |
|   Payments on Live Trades | | - | (1) | - | - | **(1)** | - | - | **-** | **(1)** |
| Payments to Creditors | | | | | | | | | | |
|   Payments to Creditors - Non Controlled Affiliates | (d) | - | - | - | - | **-** | - | (21) | **(21)** | **(21)** |
| Other | | | | | | | | | | |
|   Other | | - | - | - | - | **-** | (0) | (0) | **(0)** | **(0)** |
| Operating Expenses | (e) | | | | | | | | | |
|   Compensation and Benefits | (f) | (6) | - | - | - | **(6)** | - | (6) | **(6)** | **(12)** |
|   Professional Fees | | (15) | - | (0) | - | **(15)** | - | (1) | **(1)** | **(16)** |
|   Other | (g) | (4) | (0) | (0) | (0) | **(4)** | (0) | (2) | **(2)** | **(6)** |
| **Total Uses of Cash** | | **(25)** | **(1)** | **(3)** | **(0)** | **(29)** | **(0)** | **(51)** | **(52)** | **(81)** |
| **Net Cash Flow** | | **534** | **16** | **374** | **86** | **1,010** | **11** | **386** | **397** | **1,407** |
| Inter-Company Receipts | (h) | 20 | 0 | 262 | 6 | **287** | 1 | 41 | **41** | **329** |
| Inter-Company Disbursements | (h) | (267) | (1) | - | (2) | **(270)** | - | (59) | **(59)** | **(329)** |
| Loan Agencies, Net | | - | - | 1 | - | **1** | - | - | **-** | **1** |
| FX Fluctuation | | 2 | 0 | 0 | 0 | **3** | 0 | 1 | **1** | **4** |
| **Ending Total Cash and Investments** | (i) | **9,931** | **3,322** | **2,365** | **2,192** | **17,810** | **285** | **2,548** | **2,833** | **20,644** |
| Restricted Cash | | (8,085) | (2,587) | (377) | (1,800) | **(12,849)** | (4) | (37) | **(40)** | **(12,890)** |
| **Ending Free Cash and Investments (2/28/14)** | | **$ 1,846** | **$ 735** | **$ 1,988** | **$ 392** | **$ 4,961** | **$ 281** | **$ 2,512** | **$ 2,793** | **$ 7,754** |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".

9

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**February 1, 2014 - February 28, 2014**
Unaudited ($)

**Notes:**

(a)  Cash collections primarily include (i) $72 million at LBHI, through its wholly-owned subsidiary ACQ SPV I Holdings LLC, (ii) $309 million at LCPI, including $208 million through its wholly-owned subsidiaries ACQ SPV I Paper LLC and ACQ SPV II Paper LLC, (iii) $96 million at Luxembourg Residential Properties Loan Finance Sarl, which is shown in Other Debtor-Controlled Entities, and (iv) $91 million at Other Debtor-Controlled Entities, from the sale of all the Company's remaining holdings in AvalonBay Communities Inc. (NYSE: AVB) and Equity Residential (NYSE: EQR). Cash collections also include (i) $76 million at LBHI from the remaining portion of the sale of the Devonshire House equity position, which closed in December 2013, (ii) $122 million at SASCO 2008-C2 LLC, a Debtor-Controlled Entity, from the sale of the Ritz Kapalua position, and (iii) $22 million at Property Asset Management Inc., a Debtor-Controlled Entity, primarily from the sale of various assets.

(b)  Cash collections of approximately $70 million at "Other Debtors" relate to other derivative and related assets at LOTC.

(c)  Distributions from Non-Controlled Affiliates primarily include distributions of $343 million from Lehman Brothers Commercial Corp. Asia Limited to LBHI, of which approximately $254 million was subsequently transferred to LCPI in February 2014 (refer to footnote (h) below for additional information).

(d)  Payments to Creditors - Non Controlled Affiliates include a disbursement of $21 million from LB Mauritius I Ltd to Lehman Brothers Asia Holding Ltd., a Non-Controlled Affiliate.

(e)  A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Controlled Entities.

(f)  Compensation and Benefits includes the Company's employee expenses as well as fees paid to Alvarez & Marsal (A&M). Compensation and Benefits includes bonus payments to UK Lehman employees for services performed in 2013.

(g)  Operating Expenses - Other includes expenses related to outsourced services, IT, occupancy, taxes, insurance and other general administrative items.

(h)  Inter-Company Receipts and Disbursements include the partial repayment in the amount of $254 million of a secured intercompany note issued by LBHI to LCPI in connection with the termination of the Kingfisher securitization. Intercompany transfers also include additional partial repayments on intercompany balances and other administrative activities.

(i)  Ending Total Cash and Investments for Debtor-Controlled Entities - Other includes $313 million of cash balances at Debtor-Controlled Entities in Asia.

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**FEBRUARY 1, 2014 – FEBRUARY 28, 2014**

The information and data included in this February 2014 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company").  The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad.  LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors".  The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects.  This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers.  The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

08-13555-mg    Doc 43869    Filed 03/28/14    Entered 03/28/14 16:08:25    Main Document
Pg 12 of 12

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Debtor-Controlled Entities**
Schedule of Professional Fee and Expense Disbursements
February 2014 (a)

Unaudited ($ in thousands)

| | | Feb-2014 | | Year-to-date | |
|---|---|---:|---|---:|---|
| Alvarez & Marsal LLC | Interim Management | $ 2,590 | | $ 8,823 | (d) |
| **Professional Fees** | | | | | |
| Akerman Senterfitt & Eidson PA | Special Counsel | 51 | (b) | 130 | |
| Arnold & Porter, LLP | Special Counsel | 222 | | 796 | |
| Bickel & Brewer | Special Counsel - Real Estate | 296 | | 794 | |
| Bingham McCutchen LLP | Special Counsel - Tax | 694 | (b) | 694 | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Conflicts and Litigation Counsel | 668 | | 668 | |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | 397 | | 659 | |
| FTI Consulting Inc. | Financial Advisor - Creditors & Tax | 265 | | 265 | |
| Jones Day | Special Counsel - Asia and Domestic Litigation | 783 | | 808 | |
| Milbank Tweed Hadley & McCloy LLP | UCC Litigation Committee and Litigation Counsel | - | | 713 | |
| Pachulski Stang Ziehl & Jones | Special Counsel - Real Estate | 167 | | 220 | |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | UCC Litigation Committee and Litigation Counsel | 1,339 | | 1,341 | |
| Reilly Pozner LLP | Special Counsel - Mortgage Litigation and Claims | 104 | | 104 | |
| Weil Gotshal & Manges LLP | Lead Counsel - Debtors | 6,623 | | 6,623 | |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | 208 | (b) | 208 | |
| US Trustee Quarterly Fees | | - | | 353 | |
| Other Professionals - Legal | Various | 3,435 | (c) | 6,705 | |
| Other Professionals - Non-Legal | Various | 733 | (c) | 1,985 | |
| Other Professionals - Asia | Various | 164 | (c) | 415 | |
| Sub-total Professional Fees | | 16,149 | | 23,483 | |
| **Total Professional Fees (including A&M)** | | **18,739** | | **32,306** | |

(a) The Company has incurred additional professional fee expenses that will be reflected in future Operating Reports.
(b) Reflects professional fees incurred for multiple months.
(c) Other Professionals reflect disbursements, including expert witnesses fees, to over 100 vendors.
(d) Includes payments to Alvarez & Marsal for three months of invoices.