## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hyposwiss Privatbank AG,** ("Transferor") unconditionally and irrevocably transferred to **Banque Privée Espirito Santo SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 40665**) of **USD 15'615.58** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **March 19, 2014.**

**Hyposwiss Privatbank AG**

By: _____
Name: Anina Zürcher
Title:  Member of Management

By: _____
Name: Pascal Schmid
Title:  Member of Management

RECEIVED
MAR 27 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| DE000A0LHNW7 | 40665 | 10/16/2009 | Lehman Brothers Treasury Co. BV | USD 15'615.58 |



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banque Privée Espirito Santo SA
Name of Transferee

Hyposwiss Private Bank Ltd
Name of Transferor

Name and Address where notices to transferee should be sent:

Banque Privée Espirito Santo SA
Av. Général Guisan 70a
Case Postale 107
1009 Pully
SWITZERLAND

Court Claim # (if known): 40665
Date Claim Filed: 10/16/2009
Amount of Claim: USD 15'615.58
Portion of Claim Transferred (see Schedule I): USD 15'615.58

Phone: 0041 216 619 53 18
Last Four Digits of Acct #: 5990

Phone: 0041 231 34 13
Last Four Digits of Acct. #: 5837

email: mapalmisano(at)espiritosanto.com

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 03/21/2014
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BANQUE PRIVEE
ESPIRITO SANTO SA
Av. Général Guisan 70a / CP 107
1009 Pully

Marc Scholders
Assistant Vice President

pp. [signature]
Marie-Antoinette Palmisano
Senior Banking Officer

GC-84310257-WW

