

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc            ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VP Bank (Luxembourg) SA | HSBC Trinkaus & Burkhardt (Int.) S.A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  AVENUE DE LA LIBERTÈ 26
  L - 1930 LUXEMBOURG

Court Claim # (if known):  50469
Amount of Claim:  _____
Date Claim Filed:  10/28/2009

Phone:  + 352 404 770 457
Last Four Digits of Acct #: _____

Phone:  +352 47 18 47 1
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brendel L.                                Date: 10/03/2014
    Transferee/Transferee's Agent

VP BANK (LUXEMBOURG) S.A.
AVENUE DE LA LIBERTÈ 26
BOITE POSTALE 923
L-2019 LUXEMBOURG
TEL. (00352) 404 770 -1

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficency of which are hereby acknowledged, HSBC Trinkaus & Burkhardt (Int.) SA ("Transferor") unconditionally and irrevocably transferred to VP Bank (Luxembourg) SA all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 50469) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (HSBC) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEROF, this EVIDENCE OF TRANSFER OF CLAIM IS EXCECUTED THIS 10th March 2014.

HSBC Trinkaus & Burkhardt (Int.) SA

By: _____

Name: Georg Schneck

Title: Director


By: _____

Name: Sören Fleischer

Title: Associate

SCHEDULE 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Security Description | Currency | Nominal Amount |
|---|---|---|---|---|---|
| XS0275924578 | 50469 | 10/28/2009 | 12 %    LEHMAN BROTHERS CALL NOTE | USD | 600000 |
| XS0276147104 | 50469 | 10/28/2009 | 11 %    LEHMAN BROTHERS CALL NOTE | USD | 150000 |
| XS0276437521 | 50469 | 10/28/2009 | 10 %    LEHMAN BROTHERS CALL NOTE | USD | 300000 |
| XS0286994099 | 50469 | 10/28/2009 | 13,15 %  LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0287237761 | 50469 | 10/28/2009 | 13,15 %  LEHMAN BROTHERS CALL NOTE | USD | 200000 |
| XS0301128061 | 50469 | 10/28/2009 | 16 1/4%  LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0301337225 | 50469 | 10/28/2009 | 9 %    LEHMAN BROTHERS CALL NOTE | USD | 200000 |
| XS0301339510 | 50469 | 10/28/2009 | 11 1/2%  LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0302280499 | 50469 | 10/28/2009 | 12 1/4%  LEHMAN BROTHERS CALL NOTE | USD | 250000 |
| XS0302282602 | 50469 | 10/28/2009 | 0 %    LEHMAN BROTHERS CALL NOTE | USD | 200000 |
| XS0305085218 | 50469 | 10/28/2009 | 9 %    LEHMAN BROTHERS CALL NOTE | USD | 200000 |
| XS0305099359 | 50469 | 10/28/2009 | 12 3/4%  LEHMAN BROTHERS CALL NOTE | GBP | 100000 |
| XS0309436862 | 50469 | 10/28/2009 | 14 1/2%  LEHMAN BROTHERS CALL NOTE | EUR | 100000 |
| XS0310085575 | 50469 | 10/28/2009 | 16 3/4%  LEHMAN BROTHERS CALL NOTE | EUR | 250000 |
| XS0311179252 | 50469 | 10/28/2009 | 14,2 %  LEHMAN BROTHERS CALL NOTE | USD | 400000 |
| XS0319612114 | 50469 | 10/28/2009 | 47 %    LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0320520884 | 50469 | 10/28/2009 | 15 1/4%  LEHMAN BROTHERS CALL NOTE | USD | 400000 |
| XS0324461671 | 50469 | 10/28/2009 | 28 1/2%  LEHMAN BROTHERS CALL NOTE | USD | 300000 |
| XS0324464345 | 50469 | 10/28/2009 | 15 1/2%  LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0326539102 | 50469 | 10/28/2009 | 19 1/4%  LEHMAN BROTHERS CALL NOTE | USD | 300000 |
| XS0327465190 | 50469 | 10/28/2009 | 25,8 %  LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0328865406 | 50469 | 10/28/2009 | 16 1/2%  LEHMAN BROTHERS LINKED NOTE | USD | 1400000 |
| XS0330421834 | 50469 | 10/28/2009 | 55,2 %  LEHMAN BROTHERS CALL NOTE | HKD | 1000000 |
| XS0331034172 | 50469 | 10/28/2009 | 25 %    LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0334088548 | 50469 | 10/28/2009 | 50,8 %  LEHMAN BROTHERS CALL NOTE | HKD | 1000000 |
| XS0335080346 | 50469 | 10/28/2009 | 31 1/2%  LEHMAN BROTHERS CALL NOTE | USD | 200000 |
| XS0335156773 | 50469 | 10/28/2009 | 31 %    LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0338846131 | 50469 | 10/28/2009 | 28 %    LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0338846214 | 50469 | 10/28/2009 | 27,2 %  LEHMAN BROTHERS CALL NOTE | HKD | 2000000 |
| XS0340649036 | 50469 | 10/28/2009 | 21 %    LEHMAN BROTHERS CALL NOTE | USD | 100000 |
| XS0359607750 | 50469 | 10/28/2009 | 11,3 %  LEHMAN BROTHERS LINKED NOTE | USD | 200000 |
| XS0359858593 | 50469 | 10/28/2009 | 10,8 %  LEHMAN BROTHERS CALL NOTE | USD | 300000 |
| XS0366300191 | 50469 | 10/28/2009 | 21,3 %  LEHMAN BROTHERS CALL NOTE | USD | 150000 |
| XS0368098256 | 50469 | 10/28/2009 | 11 %    LEHMAN BROTHERS CALL NOTE | HKD | 1000000 |