**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No.: 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Daniel J. Carragher, to be admitted, ***pro hac vice***, to represent Fabio Liotti, (the "Client") a creditor in the above-referenced case, and upon the movants certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Daniel J. Carragher, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York.

Dated: March 31, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

72243092.1 708300-000000