UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------------------------------------X

Chapter 11
Case No. 08-13555 (SCC)

(Jointly Administered)

## <u>ORDER DENYING LETTER REQUEST</u>

Upon the March 5, 2014 and March 18, 2014 letters to the Court (collectively, the

"Request") from Robert Dziedziech requesting to join the objections of former colleagues

with respect to claims against Lehman Brothers Holdings Inc. (the "Debtor") based on

awards of restricted stock units; and upon the March 13, 2014 letter to the Court from

Weil, Gotshal & Manges LLP in opposition to the Request; and Dziedziech having filed

claim number 13291 (the "Claim") in the amount of $2,072,577.91 against the Debtor;

and the Debtor having objected to the Claim pursuant to its One Hundred Eighteenth

Omnibus Objection to Claims (the "Objection"), dated April 6, 2011; and Dziedziech

having failed to respond to the Objection; and the Court having recharacterized the Claim

as equity pursuant to that certain Order Granting Debtors' One Hundred Eighteenth

Omnibus Objection to Claims, dated June 3, 2011; and Dziedziech having stated in the

Request that he did not receive notice of the Objection due to his having moved; and

upon the Affidavit of Service of the Objection filed by Pete Caris of Epiq Bankruptcy

Solutions, LLC showing that the Court-approved claims and noticing agent served notice

of the Objection on Dziedziech via first class mail at his last known address, as required

by Federal Rule of Bankruptcy Procedure 2002(g); and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Request is DENIED.


Dated: March 31, 2014
New York, New York

/s/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE