10 March, 2014

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (SCC)
Filing of Transfer of Claim
Internal Control Number 42843

Dear Sir,

With reference to the above transfer of claim. I have signed and agreed only to transfer #57235 in the allowed amount at $46,826.94. Please check and make adjustments accordingly. Thank you for any inconvenience so caused. A copy of this letter was sent to the transferee.



Yours faithfully

賴荔貞
( LAI LAI CHING )

BY AIR MAIL
PAR AVION

BY AIR MAIL 航 PAR AVION 空

RECEIVED
MAR 25 2014
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408
U.S.A.

