✻ **UBS**

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

## Message

February 27, 2014



**subject** Withdrawal of Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the Court

you are receiving    Notice of Withdrawal of partial transfer of claim

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment           ☒ please confirm receipt
☐ as agreed                 ☐ please sign              ☒ please process
☐ please complete           ☐

Remarks
TOCE070    CHF 50'000.00    XS0337337710
Transferor: Credit Suisse Switzerland / Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG



Matthias Mohos
Associate Director

61555 E        07.03.2012        N1                         27.02.2014    Page 1/1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: Chapter 11
:
In re : Case No. 08-13555
:
LEHMAN BROTHERS HOLDINGS INC. : (Jointly Administered)
:
Debtor. :
------------------------------------- x

**NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 42078], dated January 23, 2014, filed in reference to Claim No. 55829, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: February 25, 2014

UBS AG

Hugo Koller                Matthias Mohos
Director                   Associate Director

TOCE070