Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ScotiaMcLeod
**Name of Transferee**

Credit Suisse AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

1002 Sherbrooke W.
6th Floor, Montreal QC H3A 3L6

Court Claim # (if known): 55813
Date Claim Filed: October 29, 2009
Amount of Claim: $50,000 USD
Portion of Claim Transferred (see Schedule 1): $50,000 USD

Phone: 514-287-3625
Last Four Digits of Acct #: 491-58576-11

Phone: +41 44 332 86 11
Last Four Digits of Acct. #: ISIN: XS0323493584

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: March 3, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
MAR 25 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **ScotiaMcleod Montreal** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55813** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **January 14, 2014.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:   AVP

By: _____
Name: Rita von Wyl
Title:   AVP

RECEIVED
MAR 25 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## SCHEDULE 1

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0323493584 | 55813 | October 29, 2009 | Lehman Brothers Treasury BV | USD 50,000.00 |



Scotia Mcleod
Montreal



Epiq Bakruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc Claims P...
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

10017=2015 C069



FILED / RECEIVED
MAR 21 2014
EPIQ SYSTEMS

PB031  1983637
000459  V9xYq
0318    085845

CANADA POST / POSTES CANADA
H3A 3L6  2014.03.18
01.10