17.03.14  005.80
CH-8022
Zürich
748368  DIE POST

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
757 Third Avenue, 3rd Floor

New York, NY 10017

FILED / RECEIVED
MAR 21 2014
EPIQ SYSTEMS



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
757 Third Avenue, 3rd Floor

New York, NY 10017

Zurich, March 17, 2014 / SVR

Re : Form Evidence of Transfer of Claim
    Pursuant to Bankruptcy Rule 3001

Case No: 08-13555 (JMP)
Claim No. 58786
Issue: EUR 30'000 Lehman Bros. Treas. Bv Var.% EMTN 2005-02.11.35
    Isin XS0232364868

Dear Sirs

Enclosed please find the above mentioned Transfer Form between Credit Suisse, Zurich and ourselves.

Below you can find our USD correspondent for any possible distributions:

Banque Internationale à Luxembourg SA, Luxembourg
Swift code: BILLLULLXXX
IBAN: LU19 0026 4059 0005 5000
i.f.o. Banque Intl. à Luxembourg (Suisse) SA, Zurich

Please advise reason in case you can't accept the enclosed forms.

Please confirm receipt of the Form and send all future communication / distributions to the above address mentioned.

Thanks for your cooperation in advance.

Kind regards

Banque Internationale à Luxembourg (Suisse) SA

Stephan Häner                    Sven Riva
Assistant Vice President          Assistant Vice President

Enclosures: Mentioned

Banque Internationale à Luxembourg (Suisse) SA
Beethovenstrasse 48 • Postfach • CH-8022 Zürich
T +41 (0)58 810 82 92 • F +41 (0)58 810 82 71
www.bil.com/ch

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banque Intl. à Luxembourg (Suisse) SA, Zurich
**Name of Transferee**

Credit Suisse AG, Zurich
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Banque Internationle à Luxembourg (Suisse) SA
Beethovenstrasse 48
PO Box 2192
CH-8022 Zurich

Court Claim # (if known): 55829
Date Claim Filed: Oct. 30.2009
Amount of Claim: EUR 30'000
Portion of Claim Transferred (see Schedule I): _____

Phone: ++41 58 810 82 76
Last Four Digits of Acct #: _____

Phone: ++ 41 44 332 86 17
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Banque Internationale à Luxembourg (Suisse) SA
    Transferee/Transferee's Agent

Date: March 17, 2014

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Stephan Häner    Sven Riva

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE AG** ("Transferor") unconditionally and irrevocably transferred to **Banque Internationale à Luxembourg (Suisse) SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **July 24, 2013.**

**CREDIT SUISSE AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

ACKNOWLEDGED BY:

Banque Internationale à Luxembourg (Suisse) SA

Sven Riva                              Stephan Häner
Assistant Vice President               Assistant Vice President

RECEIVED MAR 25 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0232364868 | 55829 | October 30, 2009 | Lehman Brothers Treasury BV | EUR 30,000 |