



registered mail

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States

Contact: Fabian Müller
T +41 31 950 73 12, F +41 31 950 76 51
fabian.mueller1@swisscom.com
Gümligen, March 20th, 2014

**In re: Lehman Brothers Holdings Inc.**

Dear Sir or Madam

Please find attached one notice of transfer of claims

ISIN XS0353821860    Transferee: DC Bank    Transferor: Valiant Bank AG

If you have any questions, please do not hesitate to contact us. We thank you in advance for your cooperation.

Yours faithfully
Swisscom IT Services, Banking Services

Fabian Müller
Head of Corporate Actions Gümligen

Reto Braun
BPO Operations Specialist

Swisscom IT Services, Banking Services, Mattenstrasse 8, 3073 Gümligen, Telefon +41 58 892 92 92



## Notice Pursuant to Bankruptcy Rule 3001

### UNITED ST ATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.   Case No.: 08-13555 (JMP
                                        Court ID (Court Use Only) _____ _

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001 (E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001 (e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> DC BANK, Bern | Name of Transferor: <br> Valiant Bank AG |
|---|---|
| Notices to Transferee should be sent to: <br> DC BANK <br> Kochergasse 6 <br> 3000 Bern 7 <br> Attn: Elvira Leuenberger <br> Tel 41 31 328 85 51 <br> elvira.leuenberger@dcbank.ch | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments Name and Current Address of Transferor should be sent (if different from above): | Name and Address of Transferor <br> Valiant Bank AG <br> Bundesplatz 4 <br> CH-3001 Bern <br> Attn: Bergmann Beat <br> +41313209494 beat.bergmann@valiant.ch |
| Amount of Claim Being Transferred: <br><br> USD 26'764.21 | NOTE: THIS ISA PARTIAL TRANSFER OF CLAIM ONL Y ---SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. 39101 | |
| Date Claim Filed: December 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:                                      Date: 18.03.2014
Valiant Bank
Bundesplatz 4
CH 3001 Bern

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18

*U. S. C. §§ 152 &3571.*As set forth in the attached Evidence *of* Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence for Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court of the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York NY10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Holding Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holding Inc. No. 08.13555 (JPM)

Proof of Claim Number: 39101

Portion of the Claim Subject to Transfer (the "Transferred Claim")

**This Evidence of Transfer of Claim relates solely to the portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURTY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LEH-CG-COMM BSKT 12 | XS0353821860 | Lehman Brothers Treasury BV | Lehman Brothers Treasury BV | USD 26'764.21 |

**The aggregate amount of the Transferred Claim is to be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the addendum of the Poof of Claim.**

**Valiant Bank AG** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred an assigned to:

**DC BANK
Kochergasse 6
3000 Bern 7
Attn: Elvira Leuenberger
Tel 41 31 328 85 51**
elvira.leuenberger@dcbank.ch

("Transferee") all rights, title and interest in and tot he Transferred Claim against the Debtor in Case No. 08-13555 (JPM) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the book and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules of allocable law. Transferor acknowledges and understands, and hereby stipulates that an order

[RECEIVED MAR 31 2014 U.S. BANKRUPTCY COURT SD[IST] OF NEW YORK]

of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payment and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed the Evidence of Transfer of Claim by its duly authorized representative dated March 18, 2014.

VALIANT BANK AG
Transferor

By: _____
Beat Bergmann
Director

BY: _____
Roger Gerber
Director

ACKNOWLEDGED BY

DC BANK, Bern
Transferee

**DC BANK**
DEPOSITO-CASSA DER STADT BERN

BY: _____

Name: Josef Meyer
Title: member of the executive board

Name: Elvira Leuenberger
Title: holder of procuration