

**PRIORITY / PRIORITAIRE**

FILED / RECEIVED
MAR 26 2014
EPIQ SYSTEMS



30000348
CH - 1300
Affr. Poste
751465
17.03.14

**BCV**

## Opérations

Anne Paris
Employée back office
anne.paris@bcv.ch

**Banque Cantonale Vaudoise**
Ch. de la Vallombreuse 100
1008 Prilly
Tél. 021 212 10 68
Fax 021 212 15 62
www.bcv.ch

Réf. : ASP

Epiq Bankruptcy Solutions LLC
Attn : Lehman Brothers Holdings Inc Claims Processing
757 Third Avenue, 3rd Floor
10017 New York
Etats-Unis

Prilly, le 17 mars 2014

**Evidence of Transfer of Claim**

Please find attached Evidence of Transfer of Claim regarding claim nr 55814 and securities ANN521338114 and ANN5214A118.

Best Regards

Banque Cantonale Vaudoise

Victor Pereira
Assistant Vice-President

Anne Paris
Authorised officer

Annexes :   Form 210A
            Evidence of transfer of claim

Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Banque Cantonale Vaudoise</u>                    <u>Neue Aargauer Bank AG</u>
Name of Transferee                                      Name of Transferor

Name and Address where notices              Court Claim # (if known): <u>55814</u>
to transferee should be sent:                      Date Claim Filed: <u>October 29th 2009</u>
                                                              Amount of Claim: _____
attn. Anne Paris                                           Portion of Claim Transferred (see
Corporate Actions                                       Schedule I): <u>75 units</u>
Case Postale 300
1001 Lausanne

Phone: <u>+41 21 212 10 68</u>                        Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

e.r
By: _____[signature]_____      Date: <u>17 March 2014</u>
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM



TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Banque Cantonale Vaudoise** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55814** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **February 25, 2014.**

Neue Aargauer Bank AG

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214A1118 | 55814 | October 29, 2009 | Lehman Brothers Securities NV | Units 75 |