

**St.Galler Kantonalbank** | *Private Banking*

Sucursal em Portugal
Av. da Liberdade, 190-5º A
1250-147 Lisboa, Portugal
Telefone Geral 21 043 8300
Fax 21 043 8333



United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004 – 1408
United States of America

Lisbon, 26th March 2014

Re: Partial transfer of claim 44509 – XS0336556146 - $ 1.500.000

Dear Sirs,

St. Galler Kantonalbank AG – Sucursal em Portugal is now holding the securities mentioned above. We hereby request the register of the Claim Number 44509 on the following name:

**St. Galler Kantonalbank AG – Sucursal em Portugal**
Address: Av. da Liberdade 190 – 5.º
         1250 – 147 Lisboa
         Portugal

The payments related with the claim above mentioned should be sent to:

Credit Agricole (Suisse) SA (Bic code:AGRICHGG)
P.O. Box 5260
1211 Geneva 11  Suisse
in favour of St. Galler Kantonalbank AG – Sucursal em Portugal
account CH1208741020078430007

We are sending enclosed the following documents:

- Form 210A – Transfer of Claim other than for security, fulfilled and dully signed
- Evidence of Partial Transfer of Claim dully signed by the Transferor
- Schedule I – Lehman Program Securities Related to Transferred Portion of Claim

Please provide us at your earliest convenience your confirmation regarding the transfer.

We remain at your disposal for any further clarification you may need.

Sincerely,

St. Galler Kantonalbank AG – Sucursal em Portugal


Silvia Brito Leal
Finance and Risk Officer

Cláudia Matos
Compliance Officer

St.Galler Kantonalbank AG, com sede na St .Leonhardstrasse 25, 9001 St. Gallen, Suiça, registada na Conservatória do Registo Comercial de St.Gallen sob o nº CH-320.8.000.310-5 com o capital social de 390.139.820 CHF, com Sucursal em Portugal na Av. da Liberdade, 190 - 5. º A, em Lisboa, registada na Conservatória do Registo Comercial de Lisboa sob o número único de matrícula e pessoa colectiva 980 499 372

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| St.Galler Kantonalbank AG - sucursal em Portugal, | Hyposwiss Private Bank Geneve SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

St.Galler Kantonalbank AG - sucursal em Portugal
attn: Mrs Silvia Leal
Av da Liberdade 190 - 5°
1250 - 147 Lisboa
Portugal

Phone: +351 21 043 83 13
Last Four Digits of Acct #: 11886

Court Claim # (if known): 44509
Date Claim Filed: October 21, 2009
Amount of Claim: $ 2,580,000
Portion of Claim Transferred (see Schedule I): $ 1,500,000

Phone: +41 22 716 36 86
Last Four Digits of Acct. #: 98440

Name and Address where transferee payments should be sent (if different from above):

Credit Agricole (Bic code: AGRICHGG)
in favor St.Galler Kantonalbank AG - sucursal em Portugal, account CH1208741020078430007

Phone: +41 58 321 90 00
Last Four Digits of Acct #: 0007

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 26th March 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hyposwiss Private Bank Geneve SA** ("Transferor") unconditionally and irrevocably transferred to **St.Galler Kantonalbank AG – sucursal em Portugal, 1250 – 147 Lisboa** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 44509**) in the nominal amounts specified in Schedule I related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **March 18th, 2014.**

Hyposwiss Private Bank Geneve SA

By:_____
Name: Jean-Denis Braillard
Title:  Authorised Signatory

By:_____
Name: Wolfgang Derungs
Title:   Authorised Signatory

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0336556146 | 44509 | October 21, 2009 | Lehman Brothers Treasury BV | $ 1'500'000 out of $ 2'580'000 |