UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                              :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (SCC)
                                                                     :
            Debtors.                                            :   (Jointly Administered)
                                                                     :
-----------------------------------------------------------------x

# OBJECTION OF LEHMAN BROTHERS HOLDINGS INC.
# TO THE SUPPLEMENTAL DECLARATION OF HENRY RAMALLO

Lehman Brothers Holdings Inc. ("LBHI") hereby objects to the Supplemental Declaration of Henry Ramallo, dated March 26, 2014 [ECF. No. 43769] (the "Supplemental Ramallo Declaration"), on the following grounds:

| Paragraph No. | Objectionable Statements | Basis of LBHI's Objection |
|---|---|---|
| 4 | "I am aware that Ms. Steiger employed similar tactics and pressure on other managing directors at Neuberger to induce them to become employees of LBHI under restrictive covenants contained in their retention agreements. Among such individuals were Richard Nackenson and Christian Reynolds, both claimants herein." | Hearsay |
| WHEREFORE paragraph p. 2 | Entire paragraph | Legal conclusion |

The above objections shall not be deemed a waiver of any other objections that LBHI may have to the Supplemental Ramallo Declaration, or constitute an admission that any non-identified statements in the Supplemental Ramallo Declaration are admissible at the hearing.

Dated: New York, New York
March 31, 2014

/s/ Ralph I. Miller
Ralph I. Miller
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*