**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (SCC)
                                                     :
                    Debtors.                         : (Jointly Administered)
---------------------------------------------------------------x

**ORDER GRANTING THE FOUR HUNDRED FIFTY-SIXTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the four hundred fifty-sixth omnibus objection to claims, dated January 17, 2014 (the "Four Hundred Fifty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (Docket No. 6664) (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims, all as more fully described in the Four Hundred Fifty-Sixth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Fifty-Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Fifty-Sixth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Fifty-Sixth Omnibus Objection to Claims establish just cause

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Fifty-Sixth Omnibus Objection to Claims.

for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Four Hundred Fifty-Sixth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred Fifty-Sixth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: April 1, 2014
New York, New York

> */s/ Shelley C. Chapman*
> HONORABLE SHELLEY C. CHAPMAN
> UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 456: EXHIBIT 1 - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 ICADE | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 28260 | $26,007,804.19 * | $26,007,804.19* | No contractual obligations exist between Creditor and LCPI. |
| 2 ICADE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28321 | $26,007,804.19 * | $26,007,804.19* | Guarantee claim relating to claim 28260, however, there are no contractual obligations between Creditor and LCPI for claim 28260. |
| 3 MORGAN STANLEY MORTGAGE SERVICING LIMITED | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 28322 | $3,842,497.34 * | $3,842,497.34* | No contractual obligations exist between Creditor and LCPI. |
| 4 MORGAN STANLEY MORTGAGE SERVICING LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28323 | $3,842,497.34 * | $3,842,497.34* | Guarantee claim relating to claim 28322, however, there are no contractual obligations between Creditor and LCPI for claim 28322. |
| | | | | TOTAL | $59,700,603.06 | $59,700,603.06 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts