EXHIBIT C

UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc., Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: CVI AA Lux Master SARL

Name of Transferor: Brookside Capital Partners Fund, L.P.

Name and Address where notices to transferee should be sent:

CVI AA Lux Master SARL
c/o CarVal Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
United Kingdom

Court Claim # (if known): 27598

Allowed Amount of Claim: $0

Date Claim Filed: September 22, 2009

Phone: 00-44-207-292-7724

Phone: 617-516-2000

Last Four Digits of Acct #:

Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 27 March 2014
Transferee/Transferee's Agent
BY CARVAL INVESTORS UK LIMITED

DOC ID-11081916.2