**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :    Chapter 11
In re:                                                           :
                                                                 :    Case No. 08-13555 (JPM)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :
                                                                 :    Jointly Administered
                                      Debtors.                   :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE OR IN THE CASE OF A JOINTLY-ADMINISTERED AFFILIATE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer of claim, other than for security, referenced in this evidence and notice.

| TSVE Capital LLC | Citigroup Financial Products Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Case No.: 08-13555

| Claim Number | Transferred Amount |
|---|---|
| 66361 | $50,000,000.00 |

TSVE CAPITAL LLC
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David J. Hoyt

With a copy to:

TSVE Capital LLC
E-Mail Address: tcamr@debtprocure.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4/1/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:272577.1

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et. al.</u>, Debtors.     Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

TSVE Capital LLC                                Citigroup Financial Products Inc.
Name of Transferee                              Name of Transferor

Name and Address where notices to               Court Claim # (if known): 66361
transferee should be sent:                      Amount of Claim Transferred: $50,000,000.00
                                                Date Claim Filed: January 25, 2011
TSVE Capital LLC                                Debtor: <u>Lehman Brothers Special Financing</u>
c/o Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attn: David Hoyt

with a copy to:
E-mail address: tcamr@debtprocure.com
Closing Contact E-mail address: tcamr@debtprocure.com
Compliance/KYC Contact E-mail address: tcamr@debtprocure.com
Credit Contact E-mail address: tcamr@debtprocure.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                      Date: 4/1/2014
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____                      Date: _____
   Transferor/Transferor's Agent

Doc#: US1:9224024v5

## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.     Case No. 08-13555 (SCC)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| TSVE Capital LLC | Citigroup Financial Products Inc. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 66361<br>Amount of Claim Transferred: $50,000,000.00<br>Date Claim Filed: January 25, 2011 |
| TSVE Capital LLC<br>c/o Andrews Kurth, LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>Attn: David Hoyt | Debtor: Lehman Brothers Special Financing |

with a copy to:
E-mail address: tcamr@debtprocure.com
Closing Contact E-mail address: tcamr@debtprocure.com
Compliance/KYC Contact E-mail address: tcamr@debtprocure.com
Credit Contact E-mail address: tcamr@debtprocure.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____     Date: _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By:_____     Date: 4/1/14
   Transferor/Transferor's Agent
   Brian S. Broyles
   Authorized Signatory

Doc#: US1:9224024v5