**LBHI TRANSFER NOTICE**

B 210A (Form 210A) (12/09)

United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

_____           _____
Jefferies International Limited, as Transferee    Banca Profilo S.p.A., as Transferor

Name and Address where notices to transferee     Court Claim # (if known): 66886
should be sent:                                  Amount of Claim Transferred: US$ 4,741,167.47
                                                 Date Claim Filed: 24 June 2010
Jefferies International Limited                  Debtor: Lehman Brothers Holdings Inc.
Vintners Place
68 Upper Thames Street
London EC4V 3BJ

E-mail:
European_Loan_Closing@jefferies.com
Tel:         +44 207 029 8031
Attention:   Lisa Brady

1

B 210A (Form 210A) (12/09)

## LBHI TRANSFER NOTICE

### United States Bankruptcy Court
### Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

_____     _____
Jefferies International Limited, as Transferee     Banca Profilo S.p.A., as Transferor

Name and Address where notices to transferee     Court Claim # (if known): 66886
should be sent:     Amount of Claim Transferred: US$ 4,741,167.47
     Date Claim Filed: 24 June 2010
Jefferies International Limited     Debtor: Lehman Brothers Holdings Inc.
Vintners Place
68 Upper Thames Street
London EC4V 3BJ

E-mail:
European_Loan_Closing@jefferies.com
Tel:         +44 207 029 8031
Attention:   Lisa Brady

1



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 28 March 2014
Jefferies International Limited, as Transferee

By: _____ Date: _____
Banca Profilo S.p.A., as Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
  Jefferies International Limited, as Transferee

By: *[signature]*_____    Date: 28 March 2014
  Banca Profilo S.p.A., as Transferor
  Banca Profilo S.p.A.
  Fabio Candeli
  C.E.O. - Amministratore Delegato

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

2

