# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Sterne Agee UK LLP**

Name of Transferee

Name and Address where notices to transferee should be sent:
11 Ironmonger Lane
London EC2V 8EY
United Kingdom

e-mail: r.carmody@yorvikpartners.com

Tel : +44 20 7796 5917

**Newport Overseas Holdings, Inc**

Name of Transferor

Court Claim # (if known): 41862

Amount of Claim: $862,058.98 or 100% of ISIN XS0297246950 of the total filed under Claim number 41862

Date Claim Filed: 19 October 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________ Date: 1st April 2014
Transferee/Transferee's Agent

By: ______________________ Date: April 3, 2014
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
# LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, Newport Overseas Holdings Inc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Sterne Agee UK LLP (the ... 2014 (the "Effective Date"), (a) an undivided

NEWPORT OVERSEAS HOLDINGS INC

By:
Name:
Title:

STERNE AGEE UK LLP

By:
Name:
Title:

11 Ironmonger Lane
London EC2V 8EY

Schedule 1

Transferred Claims

Purchased Claim

100% of ISIN XS0297246950 filed under Claim number 41862

Lehman Programs Securities to which Transfer Relates

| Claim No | % of Claim Transferred | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Claimed Amount | Allowed Amount of Claim Transferred to Purchaser |
|---|---|---|---|---|---|---|---|---|
| 41862 | 100% | USD denominated Lehman Brothers Treasury Co. B.V. issuance | XS0297246950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | USD1,000,000.00 | USD1,000,000.00 | USD862,058.98 |