UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x    Chapter 11 Case No.
In re                                                            :
                                                                 :    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :
                                                                 :    (Jointly Administered)
            Debtors.                                             :
---------------------------------------------------------------- :

### NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc., *et al.* <br> 08-13555 (JMP) |
| **Creditor Name and Address:** | Beryl Finance Limited Series 2007-10 <br> c/o BNY Corporate Trustee Services Limited <br> Global Corporate Trust Services – Default Group <br> One Canada Square, London E14 5AL <br> England <br> Attn: Sanjay Jobanputra – Vice President |
| **Court Claim Number:** | 17972 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Limited *f/k/a* BNY Corporate Trustee Services Limited having filed the above-referenced proof of claim ("Claim") hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2 day of April, 2014        Beryl Finance Limited Series 2007-10
                                    By: BNYM Corporate Trustee Services Limited

                                    By: _____

                                    Authorised Signatory
                                    Mark Brescacin