**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                     :    Chapter 11 Case No.
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                          :
                    Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE FOUR HUNDRED FIFTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated: April 10, 2014
       New York, New York

                                                        **CURTIS, MALLET-PREVOST,
                                                          COLT & MOSLE LLP**

                                                        By:  */s/ L. P. Harrison 3rd*
                                                              L. P. Harrison 3rd
                                                              Cindi Eilbott Giglio
                                                        101 Park Avenue
                                                        New York, New York 10178-0061
                                                        (212) 696-6000

                                                        *Counsel for Lehman Brothers Holdings Inc.
                                                        and Certain of Its Affiliates*