



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank of Singapore Limited, 63 Market Street #22-00 Bank of Singapore Centre, Singapore 048942** ("Transferor") unconditionally and irrevocably transferred to RANJANA SINGHAL AND/OR PRATHEEP SINGHAL ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with that portion of the Transferor's claim (as such term is defined in Section 101(5) of the Bankruptcy Code) (Claim No. 41773) identified on Schedule I hereto (the "Transferred Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the Transferred Claim and recognizing the Transferee as the sole owner and holder of such Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15 JANUARY 2014.

**Bank of Singapore Limited**

By: _____
NAME: KAM CHEW SENG
TITLE : DIRECTOR

By: _____
NAME: YEO GUEK HOON
TITLE : ASSOCIATE DIRECTOR

BANK OF SINGAPORE LIMITED
63 Market Street #22-00 Bank of Singapore Centre Singapore 048942  T: +65 6559 8000  F: +65 6559 8180
www.bankofsingapore.com
Company Registration Number 197700866R, GST Registration Number M200265939



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc             Case No. 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

RANJANA SINGHAL &/OR PRATHEEP SINGHAL          Bank of Singapore Limited
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 41773
should be sent:                                  Amount of Claim: _____
25/51 ORIENTAL TOWERS, APT. 24C                  Date Claim Filed: 10/19/2009
SOI CHARDENCHAI (EKAMAI 12),
SUKHUMVIT ROAD, KLONGTONNUA WATTANA BANGKOK
                                     10110
Phone: +66 817501462                 THAILAND   Phone: (65)68608628
Last Four Digits of Acct #: 5800                Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: +66 817501462
Last Four Digits of Acct #: 5800

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____       Date: 24/03/2014
    Transferee/Transferee's Agent
    Mr Pratheep Singhal

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Signature Verified: Samsidah Saari
                   Date & Initial (PC Ops Support)
Fax Indemnity   :  2 4 MAR 2014
                   Date & Initial (PC Ops Support)

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0340460855 | 41773 | 19 Oct 2009 | Lehman Brothers Securities NV | 100,000 |