Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone:  303-573-1600
Email:  mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

### NOTICE OF HEARING ON OBJECTION TO
### PROOF OF CLAIM NO. 33514 FILED BY FRANK TOLIN JR.

**PLEASE TAKE NOTICE** that a hearing to consider Plan Administrator's Objection to Proof of Claim No. 33514 Filed By Frank Tolin, Jr. [Docket No. 37839] will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, on **April 24, 2014 at 10:00 a.m. (Eastern Time)**.

Dated:  April 11, 2014

                                              */s/* Michael A. Rollin
                                              Michael A. Rollin
                                              JONES & KELLER, P.C.
                                              1999 Broadway, Suite 3150
                                              Denver, CO 80202
                                              Telephone:  303-573-1600

                                              Attorneys for Lehman Brothers Holdings Inc.
                                              and Certain of Its Affiliates