Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone: 303-573-1600
Email: mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION
## TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [Docket No. 39348] that was scheduled for April 24, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: April 11, 2014

                                                    /s/ Michael A. Rollin
                                                    Michael A. Rollin
                                                    JONES & KELLER, P.C.
                                                    1999 Broadway, Suite 3150
                                                    Denver, CO 80202
                                                    Telephone: 303-573-1600
                                                    Attorneys for Lehman Brothers Holdings Inc. and
                                                    Certain of Its Affiliates

{JK00571715.1 }