UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

## RULE 7007.1 STATEMENT OF GOLDMAN, SACHS & CO. AND GOLDMAN SACHS INTERNATIONAL

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Goldman, Sachs & Co. and Goldman Sachs International, by their undersigned counsel, state that they are indirect subsidiaries of The Goldman Sachs Group, Inc. ("GS Group"), a corporation organized under the laws of Delaware whose shares are publicly traded on the New York Stock Exchange, that GS Group has no parent corporation and that, to the best of their knowledge, no publicly held company owns 10% or more of the common stock of GS Group.

Dated: April 14, 2014
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Carmine D. Boccuzzi, Jr.
Carmine D. Boccuzzi, Jr.
cboccuzzi@cgsh.com
Shiwon Choe
schoe@cgsh.com
One Liberty Plaza
New York, NY 10006
212-225-2000 (phone)
212-225-3999 (fax)

*Attorneys for Goldman, Sachs & Co. and Goldman Sachs International*