

RECEIVED
APR - 3 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.,    Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: **Dr. Detlev Belke**

Court Claim #:    n/a
Date Claim Filed:    n/a

Name and Address where notices to transferee should be sent:

Herr
Dr. Detlev Belke
Erbacher Strasse 3
64283 Darmstadt
Germany

Phone:
Email:
Last Four Digits of Acct #:   n/a

Name of Transferor:  **RBS Coutts Bank AG**
Zurich, Switzerland
Court Claim #:    **45221**
Date Claim Filed:    10/23/2009

Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details

Phone: n/a
Email: n/a
Last Four Digits of Acct. #:   n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Email:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ signature_____    Date: 19.03.2014
Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Dr. Detlev Belke, Erbacher Strasse 3, Darmstadt, Germany** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 25 February 2014

RBS Coutts Bank AG

By: _____  
Name: Erich Vogel  
Title: Vice President

By: _____  
Name: Hans-Peter Schmid  
Title: Director

D. Bolker, Erbacher Str. 3, D-64283, Darmstadt



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Proc.
757 Third Avenue, 3rd Floor
New York, NY 10017

FILED / RECEIVED
MAR 31 2014
EPIQ SYSTEMS

Deutsche Post
FILIALE  F10129B50B   20.03.14
Recommandé              5,60 EUR
RT 58 566 484  6DE

MAR 31 2014