

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Union Bancaire Privée, UBP SA | Lloyds TSB Bank plc (Geneva branch) on behalf of: Gustavo Adolfo Gastaldi<br>Santa Monica 1948, Apto. 004<br>11500 Montevideo<br>Uruguay |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known):<br>Lehman Sec. Pr. Proof of Claim: 0000055512<br>Amount of Claim: $59'145.02<br>Date Claim Filed: 10.29.2009 |
|---|---|
| Phone: +41.58.819.3428<br>Last Four Digits of Acct #: | Phone: +41.22.307. 3445<br>Last Four Digits of Acct. #: 2468 |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Extremely Urgent**

- The UPS EXPRESS ENVELOPE is to be used for document shipments only.

SHIP TO:
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
(001) 212-5921 400
LEHMAN BROTHERS HOLDINGS CLAIMS P.
757 THIRD AVENUE, 3RD FLOOR
NEW YORK NY 10017
UNITED STATES

ENV 1 OF 1
SHP#: 8A60 40G9 BZT
DATE: 31 MAR 2014

UPS SAVER
TRACKING #: 1Z 8A6 040 04 4187 1387

NY 100 9-44
1P

BILLING: P/P
DESC: DOCUMENTS
N° de facture: 605

EDI-DOC

Document de secours – Veuillez le placer sur le colis
TR#: 1Z 8A6 040 04 4187 1387    SHP#: 8A60 40G9 BZT

FILED / RECEIVED
APR 01 2014
EPIQ SYSTEMS

Shipper's Signature:    Date:

Place UPS shipping documentation here.

www.ups.com