

RECEIVED
APR - 3 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Union Bancaire Privée, UBP SA | Lloyds TSB Bank plc (Geneva branch) on behalf of: Emin Bitlis Diliskelesi Mevkii Dilovasi, Gebze, Kocaeli Turkey |

Name and Address where notices to transferee

should be sent:

Court Claim # (if known):
Lehman Sec. Pr. Proof of Claim: 0000055520
Amount of Claim: $210'719.44
Date Claim Filed: 10.29.2009

Phone: +41.58.819.3428
Last Four Digits of Acct #:

Phone:  +41.22.307. 3445
Last Four Digits of Acct. #: 2468

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Extremely Urgent**

www.**ups**.com

- The UPS EXPRESS ENVELOPE is to be used for document shipments only.

Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.

La Ut ...

El us ...

de do ...

L'util ...

de do ...

Kope ...wych.

· Cash ...

Der ...

Vieta ...

El din ...

Les e ...

Nied ...

prze ...

+41228192290
UBP
RUE DU RHONE 96 98
1204 GENÈVE
SWITZERLAND

ENV         1 OF 1
SHP#: 8A60 40G9 BZT
DATE: 31 MAR 2014

SHIP TO:
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
(001) 212-5921 400
LEHMAN BROTHERS HOLDINGS CLAIMS P.
757 THIRD AVENUE, 3RD FLOOR
NEW YORK   NY 10017
UNITED STATES




NY 100 9-44

UPS SAVER                          1P
TRACKING #: 1Z 8A6 040 04 4187 1387



BILLING: P/P
DESC: DOCUMENTS                EDI-DOC

N° de facture: 605

WS 15.0.16        LP2442 48.0A 01/2014

Place UPS shipping documentation here.

Document de secours – Veuillez le placer sur le colis

TRK#:1Z 8A6 040 04 4187 1387    SHP#:8A60 40G9 BZT



FILED / RECEIVED
APR 01 2016
EPIQ SYSTEMS

...rsanddokumentati...
...tione UPS va incoll...
...e envío aquí.
...ts d'expédition UPS ...
...PS umieść tutaj.

Shipper agrees to the UPS Terms found at www.ups.com and UPS
service centers. For international air carriage, the Warsaw
Convention as amended or Montreal Convention may apply and
limits UPS's liability for loss or damage to cargo.
International carriage by road may be subject to the
Convention on the Contract for the International Carriage of
Goods By Road. Except as otherwise governed by international
conventions or other mandatory law, the UPS Terms limit
UPS's liability for damage, loss or delay of this shipment.
There are no stopping places agreed upon at the time of
tender of the shipment and UPS reserves the right to route
the shipment in any way it deems appropriate. Where allowed
by law, shipper authorizes UPS to act as forwarding agent
for export control and customs purposes. If exported from
the US, shipper certifies that the commodities, technology
or software were exported from the US in accordance with the
Export Administration Regulations. Diversion contrary to law
is prohibited.

Shipper's Signature:           Date:

WS 15.0.16        LP2442 48.0A 01/2014