UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :       Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :       08-13555 (JMP)
                                                   :
                    Debtors.                       :       (Jointly Administered)
                                                   :
-------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| BSI BANK SA, LUGANO | BANK OF SINGAPORE LTD, SINGAPORE |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br>BSI SA<br>Attn: Andrea Ferrari<br>Custody Administration<br>Via Magatti 2, 6900 Lugano<br>Email:<br>Group.BsiCustodyAdministration@bsibank.com | Court Claim # (if known): 41773<br>Amount of Claim as Filed: EUR 100'000<br>Amount of Claim Transferred: USD 200'000<br>Amount of Claim Transferred:<br><br>XS0286778476 / XS0340460855 |
| Name and address where transferee payments should be sent:<br>For USD :CITIBANK NY / SWIFT CITIUS33<br>    ACCOUNT 10938561<br>    In the name of BSI SA<br>For EUR :DEUTSCHE BK FF / SWIFT<br>    DEUTDEFF ACCT: 1009415860 1000<br>    In the name of BSI SA | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BSI SA** Lugano
By:_____    Date: 07.04.2014
         Transferee/Transferee's Agent
Name:
         pp S. Mattea         pp A. Ferrari

1028357

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank of Singapore Limited, 9 Raffles Place #08-01 Republic Plaza, Singapore 048619** ("Transferor") unconditionally and irrevocably transferred to **BSI SA Lugano** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with that portion of the Transferor's claim (as such term is defined in Section 101(5) of the Bankruptcy Code) (Claim No. 41773) identified on Schedule I hereto (the "Transferred Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the Transferred Claim and recognizing the Transferee as the sole owner and holder of such Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 29 NOVEMBER 2013.

**Bank of Singapore Limited**

By: _____  
NAME: KAM CHEW SENG  
TITLE : DIRECTOR

By: _____  
NAME: SHARON TEE  
TITLE : EXECUTIVE DIRECTOR

RECEIVED APR - 9 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0286778476 | 41773 | 19 Oct 2009 | Lehman Brothers Securities NV | 100,000 |
| XS0340460855 | 41773 | 19 Oct 2009 | Lehman Brothers Securities NV | 200,000 |

To:
**United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)**

<u>BY DHL</u>

Lugano        7 april 2014

Notice of transfer, from BANK OF SINGAPORE LTD (the "Transferor") to BSI SA on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Securities N.V. (the "Securities") and claim n. 41773 attached thereto (the "Claim")

**Dear Sirs,**

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "Transfer").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) *"Evidence of Transfer of Claim"*, signed by BANK OF SINGAPORE LTD as Transferor, as proof that BANK OF SINGAPORE LTD has partially transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

pp S. Mattea         pp A. Ferrari

RECEIVED
APR - 9 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

*Attachments: as above*

