Franklin H. Top III (admitted *pro hac vice*)
Scott A. Lewis
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000

-and-

Craig M. Price (CP 9039)
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
New York, New York 10020-1708
Telephone: (212) 655-2522

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, TO LEHMAN BROTHERS SPECIAL FINANCING, INC.'S PROPOSED SCHEDULING ORDER

**PLEASE TAKE NOTICE** that on April 14, 2014, U.S. Bank National Association, as Trustee (*"U.S. Bank"* or the *"Trustee"*), filed the Response of U.S. Bank National Association, as Trustee, to Lehman Brothers Special Financing, Inc.'s Proposed Scheduling Order [Adv. Pro. Case No. 10-03547 ECF 717] in Adversary Proceeding Case Number 10-03542 (the *"Response"*). A copy of the Response is filed herewith as Exhibit A.

3576989.01.03.doc
1902261

- 2 -

Dated: April 14, 2014
      New York, New York

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE

By:  s/ Craig M. Price
     One of Its Attorneys