## CERTIFICATE OF SERVICE

      I, Scott A. Lewis, an attorney, hereby certify that on the 14th day of April 2014, I caused a true and correct copy of the **Notice of Response of U.S. Bank National Association, as Trustee, to Lehman Brothers Special Financing, Inc.'s Proposed Scheduling Order**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Chambers of the Honorable Shelley C. Chapman<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 621<br>One Bowling Green<br>New York, NY  10004 | Tracy Hope Davis, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>Office of the United States Trustee<br>   for Region 2<br>201 Varick Street<br>Suite 1006<br>New York, NY  10014 |
| David S. Cohen, Esq.<br>MILBANK, TWEED, HADLEY AND MCCLOY LLP<br>1850 K Street NW<br>Suite 1100<br>Washington, DC  20006 | Jacqueline Marcus, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Adam M. Bialek<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY  10110 | |

                                                             By   _____/s/ Scott A. Lewis_____<br>                                                                                 Scott A. Lewis