**Hearing Date and Time:  May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Date and Time: May 5, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

### NOTICE OF MOTION OF GROUP OF DEFENDANTS TO MODIFY
### CERTAIN ORDERS AFFECTING LITIGATION OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that a hearing on the annexed motion (the "Motion") of the Group of Defendants (the "Defendants") in the adversary proceeding titled *Lehman Bros. Special Financing Inc. v. Bank of America National Association et al.*, Adv. Pro. No. 10-03547 (the "Adversary Proceeding"), requesting modification of existing orders of the Bankruptcy Court staying litigation and establishing alternative dispute resolution procedures, to the extent such orders apply to the Adversary Proceeding, as more fully described in the Motion, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 621, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing

system and by all other parities in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 621; (ii) counsel to each of the Defendants, as listed in the signature blocks below; (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard W. Slack, Esq., Jacqueline Marcus, Esq., and Robert J. Lemons, Esq., attorneys for Lehman Brothers Holdings, Inc.; (iv) Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110, Attn: Paul R. DeFilippo, Esq., William F. Dahill, Esq., James N. Lawlor, Esq. and Adam M. Bialek, Esq., special counsel for Lehman Brothers Special Financing, Inc.; (v) Quinn Emanuel Urquhart & Sullivan, LLC, 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017, Attn: Eric Winston, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (vi) the Office of the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: William K. Harrington, Esq., Susan Golden, Esq. and Andrea Schwartz, Esq., so as to be filed and received by no later than **May 5, 2014 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

   PLEASE TAKE FURTHER NOTICE that if objections to the Motion are not received by the Objection Deadline, the relief requested in the Motion shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

   PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: April 14, 2014
New York, New York

NOTEHOLDER DEFENDANTS

| AKIN GUMP STRAUSS HAUER & FELD<br><br>/s/ Deborah Newman<br>Deborah Newman<br>djnewman@akingump.com<br>Justin Bell<br>bellj@akingump.com<br>Roxanne Tizravesh<br>rtizravesh@akingump.com<br>Craig Karger<br>ckarger@akingump.com<br>One Bryant Park<br>New York, NY 10036<br>212-872-7481 (phone)<br>212-872-1002 (fax)<br><br>*Attorneys for Daegu Bank Ltd.; Nonghyup Bank, Korea's National Agricultural Cooperative Federation and Shinhan Bank* | BINGHAM MCCUTCHEN LLP<br><br>/s/ Joshua Dorchak<br>Joshua Dorchak<br>joshua.dorchak@bingham.com<br>399 Park Avenue<br>New York, NY 10022<br>212-705-7784 (phone)<br>212-702-3667 (fax)<br><br>*Attorneys for Continental Insurance Co. of Brentwood Tennessee; Modern Woodmen of America, Inc.; Phoenix Home Life Variable Insurance Co.; Phoenix Life Insurance Co.; Sun Life Assurance Co. of Canada; Sun Life Assurance Co. of Canada (U.S.); Marsh & McLennan Master Retirement Trust; and Ensign Peak Advisors* |
|---|---|
| BRICKER & ECKLER LLP<br><br>/s/ Quintin F. Lindsmith<br>Quintin F. Lindsmith<br>qlindsmith@bricker.com<br>100 South Third Street<br>Columbus, OH 43215<br>614-227-8802 (phone)<br>614-227-2390 (fax)<br><br><br>WONG FLEMING, P.C.<br>James Haney<br>jhaney@wongfleming.com<br>821 Alexander Road<br>Suite 150<br>Princeton, NJ 08540<br>609-951-9520 (phone)<br>609-951-0270 (fax)<br><br>*Attorneys for Nationwide Life Insurance Co. and Nationwide Mutual Insurance Co.* | CHAPMAN AND CUTLER LLP<br><br>/s/ Franklin H. Top, III<br>Franklin H. Top, III *(pro hac vice)*<br>top@chapman.com<br>Scott A. Lewis<br>slewis@chapman.com<br>111 West Monroe Street<br>Chicago, IL 60603<br>312-845-3000 (phone)<br>312-701-2361 (fax)<br><br>and<br><br>Craig M. Price (CP 9039)<br>cprice@chapman.com<br>1270 Avenue of the Americas<br>New York, NY 10020-1708<br>212-655-2522 (phone)<br>212-655-2523 (fax) |

3

| | |
|---|---|
| | *Attorneys for U.S. Bank National Association, as Trustee, and U.S. Bank Trust National Association, as Trustee, as applicable, for the transactions commonly known as: Diversey Harbor ABS CDO; KLIO II Funding; KLIO III Funding; Lancer Funding II; Montrose Harbor CDO I; Pinnacle Point Funding; Putnam Structured Product CDO 2002-1; Putnam Structured Product CDO 2003-1; Mariner LDC; Class V Funding III; and Whitehawk Funding, which transactions hold Notes issued by certain Issuer Defendants* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ Carmine D. Boccuzzi, Jr.<br>Carmine D. Boccuzzi, Jr.<br>cboccuzzi@cgsh.com<br>Shiwon Choe<br>schoe@cgsh.com<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000 (phone)<br>212-225-3999 (fax)<br><br>*Attorneys for Goldman, Sachs & Co. and Goldman Sachs International* | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ Jeffrey A. Rosenthal<br>Jeffrey A. Rosenthal<br>jrosenthal@cgsh.com<br>James W. Doggett<br>jdoggett@cgsh.com<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000 (phone)<br>212-225-3999 (fax)<br><br>*Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>/s/ Lewis J. Liman<br>Lewis J. Liman<br>lliman@cgsh.com<br>Matthew Gurgel<br>mgurgel@cgsh.com<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000 (phone)<br>212-225-3999 (fax)<br><br>*Attorneys for ANZ Nominees Limited and Morgan Financial Limited (f/k/a RBS Morgans Limited)* | DRINKER BIDDLE & REATH LLP<br><br>/s/ James Millar<br>James Millar<br>james.millar@dbr.com<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>212-248-3264 (phone)<br><br>*Attorneys for Union Investment Institutional GmbH* |

4

| FRESHFIELDS BRUCKHAUS DERINGER US LLP | FROST BROWN TODD LLC |
|---|---|
| /s/ Timothy P. Harkness<br>Timothy P. Harkness<br>timothy.harkness@freshfields.com<br>David Y. Livshiz<br>david.livshiz@freshfields.com<br>Caitrin Una McKiernan<br>caitrin.mckiernan@freshfields.com<br>Michelle Young Suh Park<br>michelle.park@freshfields.com<br>601 Lexington Ave., 31st Floor<br>New York, NY 10022<br>212-277-4000 (phone)<br>212-277-4001 (fax)<br><br>*Attorneys for Shield Securities Limited* | /s/ Nelson Alexander<br>Nelson Alexander<br>nalexander@fbtlaw.com<br>201 North Illinois Street<br>Suite 1900<br>Indianapolis, IN 46204<br>317-237-3800 (phone)<br>317-237-3900 (fax)<br><br>Lindsey Baker<br>lbaker@fbtlaw.com<br>Ronald Eric Gold<br>rgold@fbtlaw.com<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH  45202<br>513-651-6800 (phone)<br>513-651-6981 (fax)<br><br>*Attorneys for Ohio Public Employee Retirement System* |
| HOGAN LOVELLS US LLP | HUNTON & WILLIAMS LLP |
| /s/ Andrew Behrman<br>Andrew Behrman<br>andrew.behrman@hoganlovells.com<br>Dan Lanigan<br>daniel.lanigan@hoganlovells.com<br>Peter Ivanick<br>peter.ivanick@hoganlovells.com<br>875 Third Avenue<br>New York, NY 10022<br>212-918-3000 (phone)<br><br>*Attorneys for SCOR Reinsurance Co.* | /s/ Joseph J. Saltarelli<br>Joseph J. Saltarelli<br>jsaltarelli@hunton.com<br>John Richard Hein<br>jhein@hunton.com<br>200 Park Avenue<br>New York, NY 10166<br>212-309-1091 (phone)<br>212-309-1100 (fax)<br><br>Shannon E. Daily<br>sdaily@hunton.com<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>804-788-8200 (phone)<br>807-788-8218 (fax)<br><br>*Attorneys for Shenandoah Life Insurance Co.* |

5

| JACKSON WALKER L.L.P.<br><br>/s/ Patty Tomasco<br>Patty Tomasco<br>ptomasco@jw.com<br>Emilio Nicolas<br>enicolas@jw.com<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701<br>512-236-2076 (phone)<br>512-691-4438 (fax)<br><br>*Attorneys for RGA Reinsurance Company* | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br><br>/s/ Matthew Gold<br>Matthew Gold<br>mgold@kkwc.com<br>Marc Rosen<br>mrosen@kkwc.com<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176<br>212-880-9827 (phone)<br>212-986-8866 (fax)<br><br>*Attorneys for Elliott International, L.P. and The Liverpool Limited Partnership* |
|---|---|
| LOWENSTEIN SANDLER LLP<br><br>/s/ Jeffrey Prol<br>Jeffrey Prol<br>jprol@lowenstein.com<br>65 Livingston Ave.<br>Roseland, NJ 07068<br>973-597-2490 (phone)<br>973-597-2491 (fax)<br><br>*Attorneys for Bank Sinopac, f/k/a International Bank of Taipei* | MAYER BROWN LLP<br><br>/s/ Steven Wolowitz<br>Steven Wolowitz<br>swolowitz@mayerbrown.com<br>Christopher Houpt<br>choupt@mayerbrown.com<br>Brian Trust<br>btrust@mayerbrown.com<br>1675 Broadway<br>New York, NY 10019<br>212-506-2500 (phone)<br>212-849-5830 (fax)<br><br>*Attorneys for Société Générale Investment Corporation* |

| MCCARTER & ENGLISH, LLP<br><br>/s/ David Adler<br>David Adler<br>dadler@mccarter.com<br>245 Park Avenue<br>New York, NY 10167<br>212-609-6847 (phone)<br>212-609-6921 (fax)<br><br>Katharine Mayer<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>302-984-6312 (phone)<br>302-984-2494 (fax)<br><br>*Attorneys for Security Benefit Life Insurance Co.* | MCDERMOTT WILL & EMERY LLP<br><br>/s/ Andrew B. Kratenstein<br>Andrew B. Kratenstein<br>akratenstein@mwe.com<br>Sandra B. Saunders<br>ssaunders@mwe.com<br>340 Madison Avenue<br>New York, NY 10173<br>212-547-5400 (phone)<br>212-547-5444 (fax)<br><br>*Attorneys for Cannington Funding Ltd.* |
|---|---|
| MCKENNA LONG & ALDRIDGE LLP<br><br>/s/ Gary W. Marsh<br>Gary W. Marsh<br>gmarsh@mckennalong.com<br>David E. Gordon<br>dgordon@mckennalong.com<br>303 Peachtree Street, Suite 5300<br>Atlanta, GA 30306<br>404-527-4000 (phone)<br>404-527-4198 (fax)<br><br>Christopher F. Graham<br>cgraham@mckennalong.com<br>230 Park Avenue, Suite 1700<br>New York, NY 10169<br>212-905-8300 (phone)<br>212-922-1819 (fax)<br><br>*Attorneys for AXIS Specialty Limited (f/k/a Atlas Specialty Insurance Limited)* | MORGAN LEWIS & BOCKIUS LLP<br><br>/s/ Andrew Gottfried<br>Andrew Gottfried<br>agottfried@morganlewis.com<br>Patrick Fleming<br>pfleming@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178<br>212-309-6614 (phone)<br>212-309-6001 (fax)<br><br>*Attorneys for Deutsche Apotheker und Arztebank, Susquehanna Bank and SBSI, Inc.* |

| MORGAN LEWIS & BOCKIUS LLP<br><br>/s/ Marc Shanker<br>Marc Shanker<br>mshanker@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178<br>212-309-7145 (phone)<br>212-309-6001 (fax)<br><br>*Attorneys for Clearstream Banking S.A.* | MORGAN LEWIS & BOCKIUS LLP<br><br>/s/ John C. Goodchild, III<br>John C. Goodchild, III<br>jgoodchild@morganlewis.com<br>Rachel Mauceri<br>rmauceri@morganlewis.com<br>1701 Market Street<br>Philadelphia, PA 19103<br>215-963-5000 (phone)<br>215-963-5001 (fax)<br><br>*Attorneys for Country Life Insurance Co. and Lincoln National Life Insurance Co.* |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>/s/ Claudia L. Hammerman<br>Claudia L. Hammerman<br>chammerman@paulweiss.com<br>Stephen J. Shimshak<br>sshimshak@paulweiss.com<br>Liza M. Velazquez<br>lvelazquez@paulweiss.com<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3133 (phone)<br>212-757-3990 (fax)<br><br>*Attorneys for Citigroup Global Markets Inc.* | REED SMITH LLP<br><br>/s/ Eric Schaffer<br>Eric Schaffer<br>eschaffer@reedsmith.com<br>K. Issac deVyver<br>kdevyver@reedsmith.com<br>225 Fifth Ave.<br>Pittsburgh, PA 15222<br>412-288-3131 (phone)<br>412-288-3063 (fax)<br><br>*Attorneys for PPL Services Corporation Master Trust* |

8

| SATTERLEE STEPHENS BURKE & BURKE LLP<br><br>/s/ Richard C. Schoenstein<br>Richard C. Schoenstein<br>rschoenstein@ssbb.com<br>Dai Wai Chin Feman<br>dchinfeman@ssbb.com<br>230 Park Avenue<br>New York, NY 10169<br>212-404-8707 (phone)<br><br>*Attorneys for Helios High Income Fund Inc. (f/k/a RMK High Income Fund Inc.); Helios Multi-Sector High Income Fund Inc. (f/k/a RMK Multi-Sector High Income Fund Inc.); Helios Strategic Income Fund Inc. (f/k/a RMK Strategic Income Fund Inc.) and Helios Advantage Income Fund Inc. (f/k/a RMK Advantage Income Fund Inc.)* | SEWARD & KISSEL LLP<br><br>/s/ John Ashmead<br>John Ashmead<br>ashmead@sewkis.com<br>Ronald Cohen<br>cohen@sewkis.com<br>Justin Shearer<br>shearer@sewkis.com<br>One Battery Park Plaza<br>New York, NY 10004<br>212-574-1200 (phone)<br>212-480-8421 (fax)<br><br>*Attorneys for PB Capital Corporation* |
| --- | --- |
| SIDLEY AUSTIN LLP<br><br>/s/ Alex Rovira<br>Alex Rovira<br>arovira@sidley.com<br>787 Seventh Ave.<br>New York, NY 10019<br>212-839-5300 (phone)<br>212-839-5699 (fax)<br><br>*Attorneys for Genworth Life & Annuity Insurance Co. LV SPIA; Genworth Life & Annuity Insurance Co. LV STISL; Magnetar Capital; Magnetar Constellation Master Fund II, Ltd.; Magnetar Constellation Master Fund III, Ltd.; Magnetar Constellation Master Fund, Ltd. and UniCredit Bank AG, London Branch* | SIDLEY AUSTIN LLP<br><br>/s/ Michael G. Burke<br>Michael G. Burke<br>mgburke@sidley.com<br>787 Seventh Ave.<br>New York, NY 10019<br>212-839-5300 (phone)<br>212-839-5699 (fax)<br><br>*Attorneys for Delphi Financial Group, Inc.* |

9

| SIDLEY AUSTIN LLP<br><br>/s/ Bryan Krakauer<br>Bryan Krakauer<br>bkrakauer@sidley.com<br>Mark Blocker<br>mblocker@sidley.com<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000 (phone)<br>312-853-7036 (fax)<br><br>*Attorneys for Principal Life Insurance Co.* | SIDLEY AUSTIN LLP<br><br>/s/ Mark Blocker<br>Mark Blocker<br>mblocker@sidley.com<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000 (phone)<br>312-842-7036 (fax)<br><br>*Attorneys for Reliance Standard Life Insurance Co. and Safety National Casualty Corp.* |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br><br>/s/ Claude Szyfer<br>Claude Szyfer<br>cszyfer@stroock.com<br>Mark Speiser<br>mspeiser@stroock.com<br>Sherry Millman<br>smillman@stroock.com<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5400 (phone)<br>212-806-6006 (fax)<br><br>*Attorneys for Mizuho International plc and Structured Credit America Ltd.* | SULLIVAN & CROMWELL LLP<br><br>/s/ Robinson Lacy<br>Robinson Lacy<br>lacyr@sullcrom.com<br>125 Broad Street<br>New York, NY 10004<br>212-558-3879 (phone)<br>212-558-9088 (fax)<br><br>*Attorneys for Barclays Bank PLC; Barclays Capital, Inc. and Long Island International Limited* |

| VENABLE LLP | WACHTELL, LIPTON, ROSEN & KATZ |
|---|---|
| /s/ Edward Smith<br>Edward Smith<br>easmith@venable.com<br>David N. Cinotti<br>dncinotti@venable.com<br>Rishi Kapoor<br>rkapoor@venable.com<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 25th Floor<br>New York, NY 10020<br>212-307-5500 (phone)<br>212-307-5598 (fax)<br><br>*Attorneys for Euroamerica Seguros De Vida SA; Garadex Inc.; Gatex Properties Inc. and Morgan Stanley & Co. Incorp. n/k/a Morgan Stanley & Co. LLC* | /s/ Ian Boczko<br>Ian Boczko<br>IBoczko@wlrk.com<br>51 West 52nd Street<br>New York, NY 10019-6150<br>212-403-1000 (phone)<br>212-403-2000 (fax)<br><br>*Attorneys for JP Morgan Chase Bank, NA and JP Morgan Securities, LLC* |

TRUSTEE DEFENDANTS

| ALSTON & BIRD LLP | CHAPMAN AND CUTLER LLP |
|---|---|
| /s/   John C. Weitnauer<br>John C. Weitnauer *(pro hac vice)*<br>Michael E. Johnson<br>90 Park Avenue<br>New York, NY 10016<br>Tel: (212) 210-9400<br>Fax: (212) 210-9444<br>Email: kit.weitnauer@alston.com<br>Email: michael.johnson@alston.com<br><br>*Attorneys for Bank of America, National Association, as Trustee* | /s/ Franklin H. Top, III<br>Franklin H. Top, III *(pro hac vice)*<br>Scott A. Lewis<br>111 West Monroe Street<br>Chicago, IL 60603-4080<br>Tel: 312-845-3000<br>Fax: 312-701-2361<br>Email: top@chapman.com<br>Email: slewis@chapman.com<br><br>Craig M. Price (CP 9039)<br>1270 Avenue of the Americas<br>New York, New York 10020-1708<br>Tel:  212-655-2522<br>Fax:  212-655-2523<br>Email: cprice@chapman.com<br><br>*Attorneys for U.S. Bank National Association, as Trustee and U.S. Bank Trust National Association, as Trustee* |

| NIXON PEABODY LLP<br><br>/s/ Amanda D. Darwin<br>Amanda D. Darwin<br>Richard C. Pedone<br>Christopher M. Desiderio<br>437 Madison Avenue<br>New York, NY 10022-7039<br>Tel: 212-940-3000<br>Fax: 212-940-3111<br>Email: adarwin@nixonpeabody.com<br>Email: rpedone@nixonpeabody.com<br>Email: cdesiderio@nixonpeabody.com<br><br>*Attorneys for Deutsche Bank Trust Company Americas, as Trustee* | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>/s/ Claudia L. Hammerman<br>Claudia L. Hammerman<br>chammerman@paulweiss.com<br>Stephen J. Shimshak<br>sshimshak@paulweiss.com<br>Liza M. Velazquez<br>lvelazquez@paulweiss.com<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3133 (phone)<br>212-757-3990 (fax)<br><br>*Attorneys for Citibank, N.A., as Trustee* |
|---|---|
| REED SMITH LLP<br><br>/s/ Eric A. Schaffer<br>Eric A. Schaffer<br>Michael J. Venditto<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: 212-521-5400<br>Fax: 212-521-5450<br>Email: eschaffer@reedsmith.com<br>Email: mvenditto@reedsmith.com<br><br>*Attorneys for The Bank of New York Mellon, as Trustee, and BNY Corporate Trustee Services Ltd., as Trustee* | |