**Objection Deadline: May 6, 2014 at 5:00 p.m. (Eastern Time)**
**Hearing Date: June 19, 2014 at 10:00 a.m. (Eastern Time)**

Allan S. Brilliant
Shmuel Vasser
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Stonehill Institutional Partners, L.P.*
*and Stonehill Offshore Partners Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (SCC)
                                                          :
                              Debtors.             :    Jointly Administered
-------------------------------------------------------------x

### NOTICE OF STONEHILL'S MOTION TO RE-FILE PROOFS OF CLAIM TO FIX PREVIOUSLY UNLIQUIDATED CLAIM AMOUNTS OR ALTERNATIVELY FOR LEAVE TO FILE AMENDED CLAIMS

PLEASE TAKE NOTICE that, upon the annexed *Stonehill's Motion to Re-File Proofs of Claim to Fix Previously Unliquidated Claim Amounts or Alternatively for Leave to File Amended Claims* (the "Motion"), and the exhibits thereto, Stonehill Institutional Partners, L.P. ("Stonehill Institutional") and Stonehill Offshore Partners Limited ("Stonehill Offshore" and, together with Stonehill Institutional, "Stonehill"), by their undersigned counsel, hereby move before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 1004, for an order, in the form annexed to the Motion, authorizing Stonehill to re-file certain timely filed proofs of claim to fix previously unliquidated claim amounts.

PLEASE TAKE FURTHER NOTICE that, any objection or response to the Motion shall be filed with the Court and served upon the undersigned counsel for Stonehill and the above-

captioned debtors and debtors in possession no later than **5:00 p.m. (prevailing Eastern Time) on May 6, 2014** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, any objection or response to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court of the Southern District of New York, and (i) shall be filed with the Bankruptcy Court electronically pursuant to the Court's General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a CD or flash drive, preferably in Portable Document Format ("PDF"), WordPerfect, or any other Windows-based word processing format; and (ii) a hardcopy of such objection or response shall be served in accordance with General Order M-399, (A) upon the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York, 10004, Courtroom No. 621; and (B) the undersigned counsel to Stonehill, so as to be actually received no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that, a hearing on the Motion will be held on **June 19, 2014 at 10:00 a.m.** (prevailing Eastern Time) before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004.

Dated: New York, New York
April 15, 2014

DECHERT LLP

By:      _/s/ Allan S. Brilliant_

Allan S. Brilliant
Shmuel Vasser
1095 Avenue of the Americas
New York, New York  10036
Tel. (212) 698-3500
Fax. (212) 698-3599

*Attorneys for Stonehill Institutional
Partners, LP and Stonehill Offshore
Partners Limited*

**Objection Deadline: May 6, 2014 at 5:00 p.m. (Eastern Time)**
**Hearing Date: June 19, 2014 at 10:00 a.m. (Eastern Time)**

Allan S. Brilliant
Shmuel Vasser
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Stonehill Institutional Partners, L.P.*
*and Stonehill Offshore Partners Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: 　　　　　　　　　　　　　　　　　　　　　: 　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　: 　Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS INC., *et al.*,　:

　　　　　　　　　　　　　　　　　　　　　　　: 　Jointly Administered

　　　　　　　　　　　　　　　　Debtors.　　　　:

-------------------------------------------------------------x

## STONEHILL'S MOTION TO RE-FILE PROOFS OF CLAIM TO FIX PREVIOUSLY UNLIQUIDATED CLAIM AMOUNTS OR ALTERNATIVELY FOR LEAVE TO FILE AMENDED CLAIMS

19157244

# TABLE OF CONTENTS

Table of Authorities .......................................................................................................... ii

Relief Requested ............................................................................................................. 1

Jurisdiction ...................................................................................................................... 3

Background ...................................................................................................................... 3

      A.    The Proofs of Claim ......................................................................... 3

      B.    Course of Dealing ............................................................................. 5

      C.    The Reserve Motion .......................................................................... 6

      D.    The Re-Filed Proofs of Claim ......................................................... 8

Argument .......................................................................................................................... 8

      A.    The Diminution Claims Were Asserted In The Proofs
            Of Claim and No Amendment is Necessary ................................... 8

      B.    Even If the Court Views the Motion As A Request
            for Amendment, It Should Grant That Relief .............................. 11

      C.    Stonehill May Hold Each Debtor Liable for up
            to $40 Million Subject to Aggregate Cap of $202 Million ................................. 15

## <u>TABLE OF AUTHORITIES</u>

CASES

In re Best Payphones, Inc.,
   No. 01-15742, 2007 WL 1388103 (Bankr. S.D.N.Y. May 8, 2007) ...................................9, 10

In re Bloomingdale Partners,
   160 B.R. 101 (Bankr. N.D. Ill. 1993) .......................................................................................9

In re Ciena Capital LLC,
   No. 08-13783, 2010 WL 3156538 (Bankr. S.D.N.Y. Aug. 10, 2010)....................................13

In re Hemingway Transport, Inc.,
   954 F.2d 1, 10 (1st Cir. 1992).................................................................................................9

In re Integrated Res., Inc.,
   157 B.R. 66 (S.D.N.Y. 1997)...................................................................................11, 12, 13

In re McLean Industries, Inc.,
   121 B.R. 704 (Bankr. S.D.N.Y. 1990) ....................................................................................9

In re Sneijder,
   407 B.R. 46 (Bankr. S.D.N.Y. 2009)....................................................................................10

Midland Cogeneration Venture L.P. v. Enron Corp. (In re Enron Corp.),
   419 F.3d 115 (2d. Cir. 2005)..........................................................................................11, 14

STATUTES

28 U.S.C. §1334.............................................................................................................................3

28 U.S.C. § 157..............................................................................................................................3

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Stonehill Institutional Partners, L.P. ("Stonehill Institutional") and Stonehill Offshore

Partners Limited ("Stonehill Offshore" and, together with Stonehill Institutional, "Stonehill"),

through its undersigned counsel, hereby file this motion (the "Motion") for an order authorizing

Stonehill to re-file (the "Re-Filed Proofs of Claim") certain timely filed proofs of claim (the

"Original Proofs of Claim") to fix the amounts of claims previously asserted in unliquidated

amounts in the Original Proofs of Claim.  In support of the Motion, Stonehill respectfully states

as follows:

### Relief Requested

1.      Stonehill requests an order authorizing it to file the Re-Filed Proofs of Claim to

further detail and fix the amounts of unliquidated claims already asserted therein.  The re-filing

should not be considered an amendment to the Original Proofs of Claim because:

- The Original Proofs of Claim provide a detailed factual description of Stonehill's prime brokerage relationship with Lehman Brothers Inc. ("LBI") and the other Lehman Debtors (collectively "Lehman"), as well as certain intentional misrepresentations made by Lehman's representatives.  See Attachment (the "Attachment") to Original Proof of Claim filed by Stonehill Offshore against LB Rose Ranch LLC (Claim no. 19887). ¶¶ 3-14, attached as Exhibit 1 hereto.

- The Original Proofs of Claim expressly assert any and all claims for damages arising out of that relationship and those misrepresentations, including claims that were not specifically liquidated in the Original Proofs of Claim at the time of filing.  See Attachment, ¶¶ 8-14, 18.

- Claims for diminution of the value of securities caused by LBI's delay in returning securities to Stonehill—the amounts of which claims Stonehill now attempts to fix—are claims for damages arising out of the prime brokerage relationship and intentional misrepresentations, which are specifically and expressly discussed in the Original Proofs of Claim.  See Attachment, ¶¶ 8-14.

2.      The relief requested herein is necessary only because, to date, the Plan

Administrator has refused to object to the Original Proofs of Claim over two years following the

confirmation of the Plan and over a year from the Plan Administrator's demand for and receipt of discovery regarding the prime brokerage-related claims from Stonehill.  Had the Plan Administrator objected, Stonehill would have had the opportunity to prove the entirety of its claims at a trial before this Court, including claims asserted in unliquidated amounts in the Original Proofs of Claim.  Instead, the Plan Administrator filed a motion to reduce the reserves established pursuant to the Plan, seeking effectively to cap Stonehill's claims at a level far below their actual value without an objection.  That step has forced Stonehill to seek the otherwise unnecessary relief requested herein to preserve the amount of the reserves held by the Debtors for Stonehill's claims and thereby ensure it receives proper distribution.

3.      In the alternative, if the Court were to view the Motion as a request to amend the Original Proofs of Claim, the Court should grant Stonehill such relief.  Stonehill's claims for the diminution of the value of its securities unquestionably arise from the same facts and allegations detailed in the Original Proofs of Claim, and an amendment will not cause harm to the estates.

4.      Moreover, the amendment will actually *benefit* the Debtors and their creditors. Stonehill has asserted claims in liquidated amounts of approximately $40 million (as well as certain unliquidated claims) against 20 Debtors, and has asserted that each of those Debtors is severally liable for those claims.  Thus, as matters currently stand, Stonehill's aggregate liquidated claims total approximately $800 million (without accounting for the unliquidated portions of the claims).  Through this Motion, Stonehill admits that its aggregate claim against all Debtors is no more than $202 million, thus reducing the Debtors' aggregate exposure by more than $600 million.

5.      Finally, Stonehill has proceeded in good faith with respect to its claims, participating in settlement discussions with the Plan Administrator and providing requested

2

discovery at various times throughout the process.  This resulted in a reasonable belief on

Stonehill's part that its claims would either be resolved consensually, or that the Plan

Administrator would object to its claims, allowing Stonehill the opportunity to prove those

claims before the Court.  Accordingly, Stonehill was justified in not seeking to amend its claims

prior to the filing of the Motion.

### Jurisdiction

6.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O).

### Background

7.      The two Stonehill entities are private investment funds managed by Stonehill

Capital Management LLC.  Prior to the Debtors' Chapter 11 filings, LBI was Stonehill's prime

broker.  Pursuant to the prime brokerage agreement (the "PB Agreement"), LBI and its affiliates,

including the Debtors in these cases, are jointly and severally liable for all damages suffered by

Stonehill under the agreement.  See Attachment, ¶ 3.

**A.      The Proofs of Claim**

8.      In September 2009, Stonehill timely filed the Original Proofs of Claim asserting,

in broad strokes, (a) contractual, tort and equitable claims against all of the Debtors arising from

Stonehill's prime brokerage relationship with LBI (the "Prime Brokerage Claims"); and (b)

claims against Lehman Brothers Holdings, Inc. ("LBHI"), stemming from LBHI's guarantee of

Stonehill's derivatives transactions with Lehman Brothers International (Europe) (the

"Guarantee Claims," and together with the Prime Brokerage Claims, the "Stonehill Claims").[1]

---

[1]     A portion of the claims asserted in Stonehill's Proofs of Claim, arising from derivatives transactions with
Lehman Brothers Special Financing Inc. and a guarantee of those transactions by LBHI, was consensually
settled, reduced and allowed in 2011 (via a settlement agreement which was approved as part of the order
granting the Debtors' 137th omnibus objection to claims) and those allowed claims are not at issue here and are
not included in the defined term "Stonehill Claims" in this reply.

3

The Original Proof of Claim filed by Stonehill Offshore against LB Rose Ranch LLC and attached hereto as Exhibit 1, is representative of the Prime Brokerage Claims asserted by Stonehill against all of the Debtors.  Annexed to each of the Proofs of Claim is the Attachment which describes at length the basis for LBHI's and its affiliates' liability to Stonehill.

9.      The Attachment provides significant factual detail regarding (a) the circumstances of Stonehill's prime brokerage relationship with LBI and damages arising from that relationship and (b) certain material misrepresentations made by Lehman's representatives that caused Stonehill to delay taking action to reduce its commercial exposure to LBI and Lehman, including demanding the return of its securities.  See Attachment, ¶¶ 1-14.  Specifically, the Attachment provides:

- Each of the Debtors was a party to the PB Agreement, and thus each Debtor is fully liable for all amounts owed to Stonehill in connection with the PB Agreement.  Attachment, ¶ 3.

- As Stonehill's sole prime broker, LBI had custody of a substantial portion of Stonehill's assets, including cash and securities.  Attachment, ¶ 4.

- As a regulated broker dealer and by virtue of course of conduct, and implied duty of good faith and fair dealing, LBI and the other Debtors had responsibilities not specifically enumerated in the PB Agreement, including the obligation to return cash and securities upon customer demand.  Attachment, ¶ 4.

- Two days prior to the commencement of LBI's SIPA proceeding, Stonehill directed LBI to transfer Stonehill's cash and securities to another prime broker. Attachment, ¶ 5.

- In early September 2008, representatives of LBI and/or the other Debtors made material misrepresentations to Stonehill representatives regarding the Lehman entities' financial condition and the stability of LBI's prime brokerage operation at a time when those representatives knew or should have known that the Debtors' liquidity and capital could not continue to support their operations, inducing Stonehill to refrain from terminating its prime brokerage and other relationships with the Debtors and demanding the return of all of its cash and securities. Attachment, ¶¶ 8-14.

4

10.     In each Original Proof of Claim, Stonehill asserted that, as a result of the misrepresentations made by Lehman's representatives, all of the Debtors "are fully liable for any an [sic] all amounts owed to Claimant in connection with the PB Agreement or otherwise arising in connection with Claimant's prime brokerage relationship with Lehman Brothers." See Attachment, ¶ 13.

11.     Moreover, each Original Proof of Claim listed claim amounts as "not less than" a liquidated amount that Stonehill was able to calculate at the time of filing, and the Original Proofs of Claim specifically assert, as a component of the Stonehill Claims, claims for:

> all direct, indirect, nominal or consequential damages, interest, costs, attorneys' fees, and other amounts owed or owing to it, to the extent recoverable under the applicable agreement and/or applicable law, whether or not liquidated, fixed contingent, matured, unmatured, disputed, undisputed, in law or equity, secured or unsecured, directly or indirectly related to the matters discussed in this Claim.

See Attachment, ¶ 18.

12.     Finally, each of the Original Proofs of Claim specifically reserved Stonehill's "rights to supplement or amend this Claim in any and all respects, including liquidating amounts which are presently unliquidated or estimated." See Attachment, ¶ 16; see also ¶ 6 ("Claimant fully reserves the right to amend this Claim to include any and all such amounts as part of its Claim.").

**B.      Course of Dealing**

13.     Certain of the claims filed by Stonehill against the Debtors and LBI were negotiated and settled over different time periods making it impractical to amend the Stonehill Claims at each stage of the proceeding.  Certain of Stonehill's [SIPA] claims against LBI were preliminarily resolved on or about June, 2010 and allowed as customer claims on or about September 2013.  Stonehill's claim against Lehman Brothers Commercial Paper, Inc. was

5

partially resolved by a settlement agreement on or about July 15, 2011. Certain portions of Stonehill's claims against LBHI and Lehman Brothers Special Financing Inc. were resolved via termination agreements on or about September 30, 2011.

14.    On November 16, 2012, the LBHI, as Plan Administrator (the "<u>Plan Administrator</u>") requested certain discovery from Stonehill pursuant to Federal Rule of Bankruptcy Procedure 2004. On January 17, 2013, Stonehill served objections and responses on the Plan Administrator and provided documents responsive to the discovery requests. Stonehill provided the Plan Administrator additional responsive documents on February 11, 2013.

15.    In addition, during the latter part of 2013 and early 2014, Stonehill provided LBHI with calculations of the fixed amounts for the portions of the Stonehill Claims that were unliquidated at the time Stonehill filed the Original Proofs of Claim. Thus, Stonehill communicated to LBHI that the previously unliquidated portion of Stonehill Institutional's claims was now asserted in a fixed amount of $72,461,764 and the previously unliquidated portion of Stonehill Offshore's claims was now asserted in a fixed amount of $80,523,963. Those newly-fixed claims were on account of the diminution in value of securities returned by LBI (*i.e.*, the difference between the value of the securities on the petition date and the value of the securities on the date they were returned (the "<u>Diminution Claims</u>")). On January 31, 2014 Stonehill's counsel provided LBHI's counsel with a schedule substantiating the Diminution Claims. The Schedule is attached to the Re-Filed Proofs of Claims.

C.    **The Reserve Motion**

16.    Although the sum of the various components of the Stonehill Claims communicated to the Plan Administrator results in an aggregate claim of over $200 million,[2] on

---

[2]    In addition to the amounts discussed in paragraph 11, Stonehill advised LBHI that it is has a claim for over $11 million on account of a foreign exchange derivative claim not paid by LBI as a customer claim in its SIPC

February 20, 2014, the Plan Administrator filed its Motion To Establish Single Reserve For

Duplicative Claims [Docket No. 42959] (the "Reserve Motion"), seeking to establish a single

reserve in the amount of approximately $44 million for all of the Stonehill Claims.  On February

27, 2014, Stonehill filed its objection to the Reserve Motion [Docket No. 43335], arguing,

among other things, that the Plan Administrator was effectively attempting to disallow a portion

of the Stonehill Claims by capping the reserves at a level significantly below the actual claim

amounts, and that the relief requested was not authorized by the Plan, the Bankruptcy Code, or

the Bankruptcy Rules.  In its reply to Stonehill's objection [Docket No. 43386], the Plan

Administrator asserted that Stonehill's claims relating to the diminution of the value of the

returned securities are new claims that were not a component of the original Proofs of Claim.  As

demonstrated herein, this assertion is absurd.

        17.      After a hearing before the Court on the Reserve Motion, the Plan Administrator

and Stonehill agreed on a consent order providing for a reserve of $55,060,304 on account of

Stonehill Offshore's claims and a reserve of $48,835,956 on account of Stonehill Institutional's

claims, both of which reserves were reduced from prior reserves to permit a larger April

distribution and were subject to substantial reduction if Stonehill did not file this Motion by

April 15, 2014.  The Court entered the consent order [Docket No. 43571] on March 18, 2014.

Pursuant to the consent order, should the Court grant this Motion, the reserve on account of the

Stonehill Claims should be increased to account for the $202 million aggregate exposure of the

Debtors to Stonehill.

---

proceeding and specifically included in the Stonehill Claims, and additional amounts on account of the
guarantee of Stonehill claims against Lehman Brothers International (Europe) ("LBIE") for approximately $37
million, which claim is not disputed but has not yet been paid in full by LBIE.

D.    **The Re-Filed Proofs of Claim**

18.    Through the Motion, Stonehill requests authorization to file the Re-Filed Proofs of Claim,[3] or alternatively, for leave the file amended claims.  The Re-Filed Proofs of Claim do not change the substance of the Original Proofs of Claim, but merely (a) fix the amounts of the Diminution Claims; (b) detail and clarify the liability of all Debtors under the PB Agreement, (c) detail and clarify which components of Stonehill's SIPA claims against LBI have been resolved, and (d) detail and clarify the basis for Stonehill's prior assertion of responsibilities resulting from LBI's status as a regulated broker-dealer, including that (i) the PB Agreement obligated the Debtor and Lehman to provide services consistent with the SEC's guidelines on prime brokerage relationships, including the requirement that a broker-dealer return securities upon customer demand, and (ii) under New York state law, LBI was required to act in accordance with its obligations as a bailee of the securities, and therefore to return the securities to Stonehill on demand.

## **Argument**

A.    **The Diminution Claims Were Asserted In The Proofs
Of Claim and No Amendment is Necessary**

19.    The Diminution Claims are on account of "any and all amounts owed to [Stonehill] in connection with the PB Agreement or otherwise arising in connection with [Stonehill's] prime brokerage relationship with Lehman Brothers," and "damages … recoverable under the applicable agreement and/or applicable law."  See Attachment, ¶¶ 13, 18.  Thus, on the face of the Original Proofs of Claim, Stonehill has already asserted the Diminution Claims, albeit in unliquidated amounts.

---

[3]    A copy of the proposed Re-Filed Claim by Stonehill Offshore against LB Rose Ranch LLC is representative of the Re-Filed Claims against all of the Debtors (except LBHI, which includes the claims described in footnote 2), and is attached hereto as Exhibit 2.

20.     The Attachment provides more than adequate factual detail and allegations to put the Debtors on notice that Stonehill was asserting the Diminution Claims against all of the Debtors, including, but not limited to (a) that each of the Debtors was liable for damages in connection with the prime brokerage relationship, (b) LBI had custody of a substantial portion of Stonehill's cash and securities, (c) LBI had responsibilities as a regulated broker-dealer to return securities upon demand, and (d) Lehman representative's intentional misrepresentations caused Stonehill to delay demanding the return of its property.

21.     Thus, the Original Proofs of Claim provide more than enough information for the Debtors to ascertain that Stonehill's assertion of claims for any and all amounts owed in connection with Stonehill's prime brokerage relationship, and any and all amounts recoverable under the PB Agreement or applicable law, included Diminution Claims for lost value due to LBI's delay in returning Stonehill's securities.  See In re Hemingway Transport, Inc., 954 F.2d 1, 10 (1st Cir. 1992) (finding creditor was entitled to amend claim to include indemnification rights under a mortgage that served as the basis for the original claim even though original proof of claim did not specifically assert indemnification rights); In re Bloomingdale Partners, 160 B.R. 101, 107-08 (Bankr. N.D. Ill. 1993) (finding proof of claim met the "lenient requirements established by the Code and Rules" where it made a demand on the estate for unliquidated damages and made reference to facts supporting the claim, even though it did not allege specific cause of action); In re McLean Industries, Inc., 121 B.R. 704, 709 (Bankr. S.D.N.Y. 1990) (permitting claimant to amend his claim for personal injury where the original claim provided "reasonable notice of the underlying facts" of the claim).

22.     As this Court recognized in In re Best Payphones, Inc., No. 01-15742, 2007 WL 1388103 (Bankr. S.D.N.Y. May 8, 2007), liquidating an unliquidated claim is not an amendment

9

of that claim.  In <u>Best Payphones</u>, a claimant filed a multifaceted proof of claim that included

both liquidated and unliquidated claims, and the debtor objected to the proof of claim.  <u>See</u> <u>id</u>. at

*5.  During the course of litigation, the debtor argued that the claimant's attempt to liquidate its

previously unliquidated claims was an untimely claim amendment.  <u>See</u> <u>id</u>. at *21.  The court

rejected the debtor's argument, stating that "a plan proponent always runs the risk that an

unliquidated claim will turn out higher than he thought," and that, under the debtor's theory, "a

debtor could simply wait until after confirmation to object to an unliquidated claim, and then

argue that any effort to liquidate it would yield an untimely, post-confirmation amendment."  <u>Id</u>.;

<u>see also</u> <u>In re Sneijder</u>, 407 B.R. 46, 53 n.10 (Bankr. S.D.N.Y. 2009) (stating that secured

creditor should file unliquidated unsecured deficiency claims, and that "the problem remains in

fixing the amount of the deficiency, but at least the secured creditor avoids the risk of having a

motion to file an amended claim denied.").

        23.     The facts here are substantially similar to <u>Best Payphones</u>.  As in that case,

Stonehill filed multifaceted Original Proofs of Claim that include unliquidated claims stemming

from its prime brokerage relationship with LBI.  The Plan Administrator, concerned that the

Stonehill Claims are in amounts that are higher than it anticipated,[4] has argued that any attempt

to fix the previously unliquidated claims would constitute an untimely amendment or an entirely

new claim.[5]  The only difference is that here, instead of objecting to the Original Proofs of

---

[4]     This argument if of course not a reason to limit Stonehill's claims and in any event is wrong.  The Re-Filed
Proofs of Claim will reduce the Debtors' aggregate exposure from over $800 million to approximately $200
million.

[5]     In fact, the substance of this Motion would not be at issue if the Plan Administrator, rather than seeking to
indirectly cap the Stonehill Claims through the Reserve Motion, had simply objected to the Original Proofs
of Claim.  At that time, Stonehill would have had the opportunity to prove all of its claims at a trial before this
Court, including fixing the amount of the asserted but unliquidated Diminution Claims.  Under the reasoning of
<u>In re Best Payphones,</u> if the Plan Administrator was to argue that Stonehill's evidence concerning the amount of
its unliquidated Diminution Claims in response to an objection, constitutes an improper amendment of the
Proofs of Claim, that argument should be rejected.

10

Claim, the Plan Administrator decided to seek to reduce the reserves that, pursuant to the Plan, are designed to ensure that Stonehill receives a proper distribution. Neither the analysis nor the outcome, however, should change based on the filing of the Reserve Motion: Stonehill is entitled to prove its asserted, unliquidated Diminution Claims in response to a claims objection.

24.     Given that the filing of the Reserve Motion created a wrinkle in the procedures by which the Stonehill Claims normally would be resolved, Stonehill requests that the Court allow it to the Re-Filed Proofs of Claim to fix the amount of the unliquidated Diminution Claims. Stonehill submits that such re-filing is not an amendment to the Original Proofs of Claim, but rather is a mere liquidation of the previously filed unliquidated claim—a step made necessary only because the Debtors have not objected to the Original Proofs of Claim and instead have attempted an end run around the proper procedures.

**B.      Even If the Court Views the Motion As A Request for Amendment, It Should Grant That Relief**

25.     If the Court were to view Stonehill's request to the Re-Filed Proofs of Claim as a request to amend the Original Proofs of Claim, the Court should nevertheless allow such amendment. Courts considering amendments to claims typically engage in a two-part inquiry. First, they examine "whether there was a timely assertion of a similar claim or demand evidencing an intention to hold the estate liable," and second, they examine whether an amendment would be equitable. Midland Cogeneration Venture L.P. v. Enron Corp. (In re Enron Corp.), 419 F.3d 115, 133 (2d. Cir. 2005).

26.     An amendment meets the first threshold, and is "freely allowed," if it "1) corrects a defect of form in the original claim; 2) describes the original claim with greater particularity; or 3) pleads a new theory of recovery on the facts set forth in the original claim." Id.; In re

11

Integrated Res., Inc., 157 B.R. 66, 70 (S.D.N.Y. 1997) (finding that amendments to claims are freely allowed for these purposes).

27.    Here, as discussed above, the Original Proofs of Claim set forth more than adequate facts regarding the Debtors' breach of the PB Agreement, the breakdown of the prime brokerage relationship, and Lehman's intentional misrepresentations in the days leading to the Debtors' bankruptcy cases.  Moreover, the original Proofs of Claim contain unequivocal statements evidencing Stonehill's intention to hold the Debtors' liable for all claims resulting from those facts.  The Diminution Claims are clearly claims that arise from those exact same facts, and are not, as the Plan Administrator has argued, new claims.  See In re Integrated Res., Inc., 157 B.R. at 72 (finding that the "conduct, transaction or occurrence" at issue in the amended claim was the same as in the original claim).

28.    Thus, if considered amendments, the Court should find that the Re-Filed Proofs of Claim would serve the purposes for which amendments are freely allowed.   By fixing the amount of the previously unliquidated Diminution Claims and clarifying the basis for which the Debtors are liable for a delay in returning Stonehill's securities, the Re-Filed Proofs of Claim merely "describe the claim with greater particularity."  Further, at most, the Re-Filed Proofs of Claim "plead a new theory of recovery on the facts set forth in the original claim," plainly justifying leave to amend.  See Id. ("The appellant's contention that amendment is permissible only if the "underlying causes of action were asserted' in the original proof of claim is contrary to prevailing legal theory.").  Accordingly, Stonehill meets the first threshold question with regard to claim amendments.

29.    With respect to the second prong of the inquiry—whether allowing the amendment would be equitable—the critical consideration is whether the Debtors or other

creditors will be unduly prejudiced by the amendment.  Id. (quoting In re Integrated Res., Inc.,

157 B.R. at 70).  Courts also consider whether the claimant acted in good faith and the delay was

justified.  Id.

30.    In determining whether prejudice exists, courts have examined "(1) the size of the

late claim in relation to the estate, (2) whether a disclosure statement or plan has been filed or

confirmed with knowledge of the existence of the claim, and (3) the disruptive effect that the late

filing would have on a plan close to completion of upon the economic model upon which the

plan was formulated and negotiated."  See In re Ciena Capital LLC, No. 08-13783, 2010 WL

3156538 at *3 (Bankr. S.D.N.Y. Aug. 10, 2010).

31.    Here, as Lehman's counsel stated at the hearing on the Reserve Motion, the Plan

Administrator had distributed over $60 billion to holders of over 26,150 allowed claims.  Since

that hearing, the Plan Administrator made its fifth distribution, bringing total distributions to

over $80 billion.  Thus, the difference between Stonehill's liquidated claims against each Debtor

of approximately $40 million and the new fixed amount of approximately $202 million is

miniscule compared to the assets of the estate.[6]  With a cap of $202 million, the Re-Filed Proofs

of Claim actually *reduce* the Debtors' aggregate exposure to Stonehill under the Original Proofs

of Claim.  Even if that was not the case, however, the amount of the Diminution Claims is not

significant enough to have any material effect on the economic model on which the plan is based

or the ultimate distributions made in these cases.  See Id. (claimants claim was "remarkably

small compared to the bankruptcy estate").  In addition, it now appears likely that total allowed

claims will be materially less than estimated in the economic model upon which the Plan is based

and in the disclosure statement.

---

[6]    $162 million is .2% of the total amount distributed in these cases, and a lesser percentage of the overall estate.

32.    Moreover, courts' concern with regard to disruption to completion of the claims process in potentially "opening the floodgates" for parties to file late claims, does not appear relevant herein. In re Enron, 419 F.3d at 132. The bar date passed approximately four and half years ago and the case was confirmed over two years ago. It would seem extremely unlikely that amendment of Stonehill's claims will open any floodgates.

33.    It bear emphasis that not only would a decision by the Court to allow Stonehill to re-file its Proofs of Claim not result in undue prejudice, it will actually *benefit* the estate. Although Stonehill now concedes that its aggregate claims against all of the Debtors is not more than $202 million, its Original Proofs of Claim assert liquidated claims of approximately $40 million, as well as the unliquidated claims asserted therein, against each Debtor both jointly and severally. Due to the asserted several liability, the Stonehill Claims resulted in an aggregate liquidated claim against all of the Debtors of approximately $800 million (without accounting for the unliquidated portions). Accordingly, the Re-Filed Proofs of Claim will cap the Debtors' aggregate exposure to Stonehill at approximately $202 million and reduce the overall remaining claims against the estates by approximately $600 million.

34.    Finally, Stonehill has acted in good faith and was justified in not attempting to amend its Proofs of Claim prior to this Motion. First, Stonehill was justified in believing that no amendment was required. The Original Proofs of Claim clearly assert all claims related to the prime brokerage relationship and Lehman's intentional misrepresentations. Stonehill reasonably relied on the explicit language contained in the Original Proofs of Claim resulting in a reasonable expectation that it would have an opportunity to prove those claims after a proper claims' objection.

14

35.    Second, the parties have held discussions at various times since the filing of the
Original Proofs of Claim regarding the resolution of the Stonehill Claims.  In addition to the
negotiation and settlement of certain of Stonehill's claims at various times beginning in June
2010, the Debtors requested, and Stonehill provided, discovery with respect to the Original
Proofs of Claim over a year and a half ago.  Accordingly, Stonehill proceeded under the
justifiable assumption that either the Stonehill Claims would be resolved consensually, or that a
claims objection was forthcoming.  Thus, course of dealing between the parties separately and
additionally justifies any delay in seeking an amendment.

36.    For all of the above reasons, to the extent that Stonehill requires an order allowing
it to file the Re-Filed Proofs of Claim as amendments to the Original Proofs of Claim, the Court
should grant Stonehill such relief.

**C.    Stonehill May Hold Each Debtor Liable for up
        to $40 Million Subject to Aggregate Cap of $202 Million**

37.    Should the Court conclude that the Re-Filed Proofs of Claim constitute
amendments to the Original proofs of Claim and deny Stonehill leave to file such amended
claims, Stonehill requests the Court to declare that pursuant to and under the Original Proofs of
Claim, as filed, Stonehill may hold each Debtor liable for up to $40 million, *provided, however*,
that Stonehill may not recover more than $202 million in the aggregate from all Debtors.

38.    The Original Proofs of Claim seek to hold each Debtor, jointly and *severally* for
an amount of not less than approximately $40 million.  Thus, under the plain terms of the
Original Proofs of Claim, as filed, Stonehill may seek to hold each Debtor individually liable for
the amount asserted in Original Proof of Claim filed against each such Debtor, *provided
however*, that the aggregate distributions to Stonehill on account of all of the Original Proofs of
Claim, may not exceed $202 million.

15

WHEREFORE, Stonehill respectfully requests that the Court enter the order attached hereto as Exhibit 3, allowing Stonehill to file the Re-Filed Proofs of Claim to fix the amount of its asserted unliquidated Diminution Claims, or in the alternative, allow Stonehill to amend the Original Proofs of Claim, and grant Stonehill such other and further relief as is just.

Dated: New York, New York
April 15, 2014

DECHERT LLP

By:     _/s/ Allan S. Brilliant_

Allan S. Brilliant
Shmuel Vasser
1095 Avenue of the Americas
New York, New York  10036
Tel. (212) 698-3500
Fax. (212) 698-3599

*Attorneys for Stonehill Institutional Partners, LP and Stonehill Offshore Partners Limited*

# EXHIBIT 1

Stonehill's Motion to Re-File Proofs of Claim to Fix Previously Unliquidated
Claim Amounts or Alternatively for Leave to File Amended Claims

| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000019887 |
|---|---|---|
| Name of Debtor Against Which Claim is Held<br>**LB Rose Ranch LLC** | Case No. of Debtor<br>**09-10560** | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising _after_ the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Stonehill Offshore Partners Limited<br>c/o Stonehill Capital Management LLC<br>885 Third Ave., 30th Floor<br>New York, NY  10022<br>Attn: Paul D. Malek, Esq.<br><br>_Pmalek@stonehillcap.com_<br><br>Telephone number:   212-739-7474          Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>_(If known)_<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1.  Amount of Claim as of Date Case Filed:** $ <u>not less than $23,460,716</u><br><br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.<br>☐ Check this box if all or part of your claim is based on a Derivative Contract.*<br>☐ Check this box if all or part of your claim is based on a Guarantee.*<br>**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.<br><br>**2.  Basis for Claim:** Prime brokerage agreement (see attachment)<br>    (See instruction #2 on reverse side.)<br><br>**3.  Last four digits of any number by which creditor identifies debtor:** _____<br>    **3a. Debtor may have scheduled account as:** _____<br>      (See instruction #3a on reverse side.)<br><br>**4.  Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe: _____<br>Value of Property: $_____ Annual Interest Rate _____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$_____ Basis for perfection: _____<br><br>Amount of Secured Claim: $_____ Amount Unsecured: $_____<br><br>**6.  Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____<br>    (See instruction #6 on reverse side.) | **5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).<br><br>**Amount entitled to priority:**<br><br>$_____ |

| | |
|---|---|
| **7.  Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>**8.  Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. _(See definition of "redacted" on reverse side.)_ If the documents are voluminous, attach a summary.<br>**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**<br>If the documents are not available, please explain: | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>**SEP 2 1 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| **Date:**<br><br>9/21/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_Paul Malek  General Counsel, Stonehill Capital Management LLC_ |

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571._

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

---

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LB Rose Ranch LLC | : | 09-10560 (JMP) |
| | : | |
| Debtor | : | (Jointly Administered) |

-------------------------------------------x

ATTACHMENT TO PROOF OF CLAIM OF
STONEHILL OFFSHORE PARTNERS LIMITED

Stonehill Offshore Partners Limited ("Claimant") hereby files this claim (the Proof of Claim Form together with this Attachment are referred to herein as the "Claim") in the chapter 11 case of LB Rose Ranch LLC (the "Debtor") and, in support of the Claim, represents as follows:

Background

1.    Claimant is a private investment fund organized as an exempted company under the laws of the Cayman Islands. Stonehill Capital Management LLC ("SCM") is Claimant's investment adviser and an authorized signatory for Claimant.

2.    Prior to the commencement of these chapter 11 cases, Claimant had various business relationships with and was party to a number of agreements with the Debtor and its affiliates. A description of certain of these business relationships and agreements and the claims of Claimant against the Debtor arising thereunder is set forth below.[1]

Prime Brokerage

3.    *The PB Agreement.* Lehman Brothers Inc. ("LBI"), an affiliate of the Debtor currently in a liquidation proceeding (the "SIPA Proceeding") under the Securities Investment Protection Act of 1970, as amended ("SIPA"), was Claimant's sole prime broker until September 17, 2008, two days before commencement of the SIPA

---

[1]    Stonehill Institutional Partners, L.P., an affiliate of Claimant, was also a party to a number of agreements with the Debtor and its affiliates and is filing separate proofs of claim in these cases. SCM was a signatory for Claimant for various agreements in its capacity as investment adviser and authorized signatory of Claimant.

Proceeding. Claimant was party to a Customer Account Prime Brokerage Agreement
(Account No.: 732-40125) (the "PB Agreement") between Claimant and LBI "as
signatory for itself and as agent for the affiliates named herein." The PB Agreement
(Paragraph 1) provides that the parties to the PB Agreement consist of Claimant and
"Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers
Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc.
["LBHI"] and any of their subsidiaries, parents, affiliates, divisions, officers, directors,
agents and employees now existing or hereafter created." Such entities are defined as
and referred to throughout the PB Agreement collectively and interchangeably as
"Lehman Entities" and "Lehman Brothers" and are referred to interchangeably in this
Claim as "Lehman Entities" or "Lehman Brothers" (which terms include the Debtor).[2]
Thus, the Debtor and its affiliated debtors and debtors-in-possession were parties to the
PB Agreement. As a party to the PB Agreement, the Debtor is fully liable for all
amounts owed to Claimant in connection with the PB Agreement. A copy of the PB
Agreement is attached to this Claim as Exhibit A.

        4.        As Claimant's sole prime broker and pursuant to the PB Agreement, LBI
had custody of a substantial portion of Claimant's assets, including both cash and
securities, and was "responsible for settling trades executed on [Claimant's] behalf by
[Claimant's] executing broker(s)." (PB Agreement, Paragraph 21(b)). In addition, the PB
Agreement authorized "Lehman Brothers to lend either to itself or to others any securities
held by Lehman Brothers in any of [Claimant's] accounts" but provided that Claimant
"will be entitled to receive all distributions, including, but not limited to, cash . . . made
on or in respect of any loaned, pledged, repledged, hypothecated or rehypothecated
securities." (PB Agreement Paragraph 19). As a regulated broker dealer and by virtue of
course of conduct among the parties, industry practice and custom, and an implied duty
of good faith and fair dealing, LBI (as well as the other Lehman Entities) also had
responsibilities to Claimant not specifically enumerated in the PB Agreement which

---

[2]    Although paragraph 21 of the PB Agreement refers specifically to "LBI" in connection with prime
brokerage services, as noted above LBI acted as agent for and signed on behalf of the other
Lehman Entities in that capacity. In addition, paragraph 4 of the PB Agreement states that the
Claimant "and Lehman Brothers intend this Agreement to be a master netting agreement", which
is an additional indication that the parties intended all Lehman Entities to share in the benefits and
burdens of the PB Agreement.

2

provide an additional basis for the claims asserted by Claimant under the PB Agreement. The failure of LBI to return Claimant's cash and securities therefore constituted a breach of the PB Agreement by the Debtor and the other Lehman Entities.

5.    *Claims Arising Under PB Agreement.*  On September 17, 2008, two days before the commencement of the SIPA proceeding, Claimant directed LBI to transfer Claimant's securities and cash to another prime broker.  LBI agreed to effectuate the transfers conditioned on Claimant posting $5.5 million in cash collateral.  On September 17, 2008, the required $5.5 million was deposited (the "Cash Collateral Deposit") by Claimant with LBI.  In October 2008, at the time of the initial delivery by LBI of certain of Claimant's securities to Claimant, LBI conducted an analysis of Claimant's cash balance as of September 19, 2008 (the "True-Up") which resulted in a net amount of $2,248,173.04 purportedly being owed by Claimant to LBI.  That amount was paid by Claimant to the SIPC trustee on October 21, 2008.[3]

6.    On January 26, 2009, Claimant filed a proof of claim in the SIPA Proceeding asserting various claims against LBI under SIPA (the "SIPA Claim").  A copy of the SIPA Claim is attached to this Claim as Exhibit B.  Between the commencement of the SIPA Proceeding and the date of this Claim, the majority of Claimant's securities and a portion of Claimant's cash have been returned.  However, as of the date of this Claim, approximately $395,473.59 in securities (fair market value as of September 9, 2009) and approximately $23,065,243.02 in cash continues to be held by LBI.  As more fully described in the SIPA Claim, the current balance of the cash component of the SIPA Claim includes the following[4]

- approximately $257,571.75, the amount of an overpayment by Claimant to the SIPC trustee on October 21, 2008 when Claimant "zeroed out" its LBI cash balance as part of the True-Up (Component 1 of the SIPA Claim);

---

[3]    Claimant reserved its rights with respect to such payment because Claimant did not agree that it owed the net amount calculated by LBI but did not want to risk delay and potential subsequent failure of LBI to return the securities, which likely would have further damaged Claimant.

[4]    Amounts included as component 6 of the SIPA Claim are not included in this Claim because such amounts were solely obligations of LBI.  Amounts included as component 7 of the SIPA Claim are not included in this Claim because such amounts were settled with the SIPA Trustee.

3

- principal, interest and other payments (in various currencies) on securities custodied at LBI that should have been but were not remitted to Claimant as required by the PB Agreement in the following amounts:

  USD 6,173,078.91
  GBP 5,262,140.69
  EUR   122,442.03
  CAD   164,576.11

  (Component 2 of the SIPA Claim)

- approximately $418,205.28[5] the amount of misdirected wires sent to LBI after September 19, 2008 through the date of this Claim that should have been but were not remitted to Claimant as required by the PB Agreement (Component 3 of the SIPA Claim);

- $5,500,000, the Cash Collateral Deposit (Component 4 of the SIPA Claim);

- $655,000, an amount debited by LBI on August 12, 2008 from Claimant's account for a trade that never settled (Component 5 of the SIPA Claim);

-  $6,135,929.26, the aggregate amount of losses as of September 19, 2008 on foreign currency hedges entered into under the PB Agreement (Component 8 of the SIPA Claim)[6];

- $1,788,283.65, the purchase price for bank debt sold by Claimant to a third party, which amount was paid by the third party to LBI, and for which LBI acknowledged receipt, but which was only posted to Claimant's account on October 10, 2008 and was excluded from the True-Up calculation and is owed to Claimant (Component 9 of the SIPA Claim); and

- In addition to the foregoing, interest may be payable or claimable on the cash balances described above, and additional misdirected wires and/or other amounts may have been received by LBI or other Lehman Entities prior to the date hereof or may be received by LBI or other Lehman Entities after the date

---

[5]    Dollar amount is based on exchange rates as of September 10, 2009.
[6]    Although Claimant believes that LBI may have been the only Lehman entity directly involved with the foreign currency hedges, such hedges were entered into under the PB Agreement and are therefore obligations of all of the "Lehman Entities", as noted above.

4

of this Claim. Claimant fully reserves the right to amend this Claim to include any and all such amounts as part of its Claim. (Component 10 of the SIPA Claim)

7.    The amounts described above, in the aggregate equal to approximately $23,460,716[7] plus the additional unliquidated amounts referenced above, are obligations of the Lehman Entities, including the Debtor, under the PB Agreement.

8.    The amounts owed under the PB Agreement discussed above are also recoverable by Claimant as a result of willful and material misrepresentations made by and/or on behalf of the Lehman Entities regarding their financial position and related matters, both publicly[8] and by a senior representative of the Lehman Entities directly to SCM, Claimant's investment adviser. Such misrepresentations induced Claimant (and likely induced similarly situated customers and counterparties of the Lehman Entities) to refrain from terminating Claimant's prime brokerage (and other counterparty) relationships with the Lehman Entities.

9.    During a phone call held in early September 2008, shortly before the Lehman chapter 11 filing and the commencement of the SIPA Proceeding, Mr. John Wickham, believed to be head of Lehman Brothers Global Client Services and acting as a representative of the Lehman Entities, called John Motulsky of SCM in response to Mr. Motulsky's voicemail message to Alex Kirk, believed to then be a senior officer of LBHI, asking about the Lehman Entities' financial stability, specifically in connection with the Lehman Entities' prime brokerage and other commercial relationships with Claimant and its affiliates.

10.    In response to questions and concerns expressed by Mr. Motulsky regarding the Lehman Entities' financial strength and viability, Mr. Wickham sought to reassure Claimant (through SCM and Mr. Motulsky) regarding the Lehman Entities' financial condition and the stability of its prime brokerage operation. Mr. Motulsky recalls that Mr. Wickham stated that that Lehman had adequate liquidity because unlike

---

[7]    Foreign currency amounts that comprise component 2 of the SIPA Claim have been converted into US Dollars based on the exchange rate as of the close of business on September 10, 2009.

[8]    For example, on an earnings call held on September 10, 2008, five days prior to LBHI's chapter 11 filing, Lehman Brothers' CFO at the time, Ian Lowitt, stated regarding Lehman Brothers' liquidity position that "our liquidity position ... remains very strong."

Bear Stearns it prudently financed its customers with matched funding and had sufficient liquidity from sources it believed to be reliable to meet all of its obligations for a year even if no new financing was available, that it had $12 billion of surplus cash, and also cited the availability of secured financing from the federal reserve, none of which was used.

11.    Mr. Motulsky also recalls that Mr. Wickham also stated that Lehman's unrealized appreciation in various assets (one of which was Neuberger Berman, half of which Mr. Wickham stated might soon be sold at a profit to realize value and add to tangible equity) were more than sufficient to cover possible unrealized losses in its portfolio and provide incremental equity that would be required for a planned spinout of most of Lehman's commercial real estate portfolio, and conveyed a message that Lehman Brothers' prime brokerage operation would continue operating in the normal course, and that Claimant should be comfortable continuing its customer and counterparty relationship with Lehman Brothers.[9] A few days after this conversation the Debtor commenced this chapter 11 case and LBI commenced its SIPA Proceeding.

12.    As a result of the material misrepresentations by Lehman Brothers and its representatives to the public, including by Mr. Wickham, who acted with apparent authority on behalf of Lehman Brothers Holdings Inc. and its affiliates, to SCM, Lehman Brothers and their representatives succeeded in persuading the Claimant to refrain from demanding the return of its assets held by LBI and other Lehman Entities and otherwise taking actions to promptly reduce its commercial exposure to Lehman Brothers prior to the effective curtailment of LBI's normal operations and the subsequent commencement of the SIPA Proceeding.

13.    Thus, by virtue of the public misrepresentations of Lehman Brothers and private misrepresentations by Mr. Wickham, Lehman Brothers' agent, directly to SCM, which misrepresentations were intended to convince Lehman Brothers' customers and counterparties in general and SCM in particular of the financial stability and health of Lehman Brothers despite the fact that Lehman Brothers' officers knew or should have

---

[9]    Many of Mr. Wickham's comments appeared to be taken from talking points Mr. Wickham received from the Lehman Entities for communications with customers, rather than being "off the cuff" remarks or Mr. Wickham's personal views regarding Lehman's financial condition.

known that there were substantial risks that Lehman Brothers' liquidity and capital may not continue to support its operations, the Lehman Entities, including the Debtor, are fully liable for any an all amounts owed to Claimant in connection with the PB Agreement or otherwise arising in connection with Claimant's prime brokerage relationship with Lehman Brothers.

14.    Claimant is entitled to assert and is asserting against the Lehman Entities, including the Debtor, the full amount of claims arising under the PB Agreement notwithstanding the pending SIPA Claim, provided that Claimant may not recover more than 100% of the amount of such claims.

Reservation of Rights

15.    No payments have been made to Claimant on account of the claims asserted herein.[10]

16.    Claimant reserves all of its rights to supplement or amend this Claim in any and all respects, including to liquidate amounts which are presently unliquidated or estimated.

17.    In the event that the Debtor or any of the other debtors assert or Claimant shall determine that another debtor or other party is obligated or liable for any of the categories of claims and amounts set forth herein, this Claim shall be deemed to have been asserted against such other debtor or other party for such category and amount.

18.    To the extent not set forth in this Claim, Claimant also makes claim for all direct, indirect, nominal or consequential damages, interest, costs, attorneys' fees, and other amounts owed or owing to it, to the extent recoverable under the applicable agreement and/or applicable law, whether or not liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, in law or equity, secured or unsecured, directly or indirectly related to the matters discussed in this Claim. Claims for amounts asserted herein which are or could be deemed to be postpetition interest under the Bankruptcy code are asserted to the extent allowed under the Bankruptcy Code and applicable non-bankruptcy law.

---

[10]    Claimant has received distributions in the SIPA Proceeding on account of its SIPA Claim, but such claim has not been paid in full.

19.     The filing of the Claim is not and shall not be deemed or construed as consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant.

20.     Neither the substance nor the act of filing this claim, nor any later appearance, pleading, claim, or action in these cases, is intended or shall be deemed to be a waiver, release, or modification by Claimant of its (a) right to have final orders in non-core matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to these cases; (c) rights under the applicable safe harbor provisions of the Bankruptcy Code; (d) right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which Claimant is or may be entitled, all of which are hereby expressly reserved.

## CERTIFICATE OF INCUMBENCY
### OF
### STONEHILL OFFSHORE PARTNERS LIMITED
(the "Company")

I, Steven D. Nelson, the Chief Financial Officer of Stonehill Capital Management LLC ("SCM"), the Company's investment adviser, hereby certify that: (i) SCM and Mr. Geoff Ruddick are the only directors of the Company as of July 13, 2009; (ii) SCM is an authorized signatory of the Company pursuant to the Company's constituent documents and an Investment Management Agreement, dated as of May 1, 2009, between the Company and SCM; (iii) the following individuals are authorized signatories of SCM and the Company; and (iv) true specimens of the signatures of such individual authorized signatories are set forth below:

| Name: | Title: | Signature: |
|---|---|---|
| John A. Motulsky | Managing Member, SCM | |
| Christopher E. Wilson | Managing Member, SCM | |
| Wayne J.D. Teetsel | Managing Member, SCM | |
| Thomas Varkey | Managing Member, SCM | |
| Jonathan S. Sacks | Managing Member, SCM | |
| Peter M. Sisitsky | Managing Member, SCM | |
| Steven D. Nelson | Chief Financial Officer, SCM | |
| Paul D. Malek | General Counsel, SCM | |

Dated: July 13, 2009

Steven D. Nelson
Chief Financial Officer,
Stonehill Capital Management LLC,
the Company's Investment Adviser

*NOTARY ACKNOWLEDGEMENT ON FOLLOWING PAGE*

ACKNOWLEDGEMENT

State of New York      )
                       )ss
County of New York     )

On July 13, 2009, before me Ann Kalter, Notary Public in and for said county, personally appeared Steven D. Nelson, who has satisfactorily identified himself as the signatory of the Incumbency Certificate of Stonehill Offshore Partners Limited.

*ann F. Kalter*
_____
Notary Public

ANN F. KALTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01KA5083975
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES AUGUST 25, 2009

# EXHIBIT A

# Customer Account Agreement Prime Brokerage

**LEHMAN BROTHERS INC.**

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019
(212) 526-7000

| Stonehill Offshore Partners LTD | Account No.: 732-40125 |
|---|---|
| | |

## Please Read Carefully, Sign and Return

This agreement ("Agreement") sets forth the terms and conditions under which Lehman Brothers (as defined below) will open and maintain prime brokerage account(s) in your name and otherwise transact business with you as our customer. Throughout this Agreement references to "you" and "your" refer to you as our customer.

In consideration of Lehman Brothers opening a prime brokerage account for you, you agree to the following:

**1. PARTIES.** A prime brokerage account opened pursuant to this Agreement will be opened at Lehman Brothers Inc. ("LBI"). All transactions, agreements and contracts between you and Lehman Brothers have been entered into in consideration of each other. You hereby agree that the parties to this Agreement shall consist of you and Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc. and any of their subsidiaries, parents, affiliates, divisions, officers, directors, agents and employees now existing or hereafter created, including successors and assigns (each such entity or person being referred to hereinafter as Lehman Brothers or a "Lehman Brothers Entity," unless otherwise specified, and all such entities or persons being collectively referred to hereinafter as "Lehman Brothers"). Unless you advise Lehman Brothers in writing to the contrary, you represent that you are not an affiliate (as defined in Rule 144(a)(1) under the U.S. Securities Act of 1933 as may be amended, modified or supplemented) of the issuer of any security held in any account opened hereby. You represent and warrant to Lehman Brothers that you are either (i) not (A) an employee benefit plan (an "ERISA Plan") as defined in Section 3(3) of the U.S. Employee Retirement Income Security Act of 1974, as amended ("ERISA"), or (B) subject to ERISA or Section 4975 of the U.S. Internal Revenue Code of 1986, as amended (the "Code") or (ii) (A) an ERISA Plan or subject to ERISA or Section 4975 of the Code and (B) whose Investment Manager or General Partner is (and you covenant and agree that any successor Investment Manager or General Partner appointed by you will be) a Qualified Professional Asset Manager ("QPAM") as defined by the relevant prohibited transaction class exemption(s) issued pursuant to ERISA and you will provide Lehman Brothers with a QPAM Representation Letter .

**2. APPLICABLE LAWS, RULES AND REGULATIONS; SEVERABILITY.** All transactions under this Agreement shall be subject to the applicable laws, rules and regulations of all U.S. and, if applicable, non-U.S. federal, state and self-regulatory authorities, including, but not limited to, the rules and regulations of the Board of Governors of the Federal Reserve System of the United States and the constitution, rules and customs of the exchange or market (and clearing house) where such transactions are executed or settled. In the event of any conflict between any such present or future laws, regulations and rules and the terms of this Agreement, the provision(s) of this Agreement so affected shall be deemed modified or superseded to conform to such laws, regulations and rules, but the remaining provisions of this Agreement shall remain in full force and effect.

**3. SECURITY INTEREST AND LIEN; REGISTRATION OF SECURITIES.** As security for the payment and performance of all of your obligations and liabilities from time to time outstanding to any Lehman Brothers Entity, whether under this Agreement or otherwise, each Lehman Brothers Entity shall have a continuing lien and first priority security interest in all your Assets, defined as (i) all property in which you now have or hereafter acquire an interest which is now or hereafter held by or through any Lehman Brothers Entity, including, but not limited to, any and all securities, accounts, instruments, documents, contract rights, contracts (including, but not limited to, open transactions, securities purchase or sale contracts, agreements to lend cash or securities, commodity contracts, futures contracts, forward contracts, repurchase agreements, swap agreements, contracts for differences or any other agreement, without regard to the form of such agreement which may include oral

agreements or agreements confirmed or signed by only one party to the agreement and agreements entered into or signed by a Lehman Brothers Entity on your behalf) (hereinafter "Contracts"), commercial paper and other securities, monies, deposit accounts and general intangibles (including all security entitlements in respect thereof, all income and profits thereon, all dividends, interest and other payments and distributions with respect thereto and all proceeds from any of the foregoing), and (ii) any and all rights, claims or causes of action you may now or hereafter have against any Lehman Brothers Entity. The continuing lien and first priority security interest shall apply to all such Assets, which from time to time may be deposited or credited to any account you may have with a Lehman Brothers Entity, be held or carried by a Lehman Brothers Entity for you, be due from a Lehman Brothers Entity to you, or be delivered to or in a Lehman Brothers Entity's possession or control for any purpose, including safekeeping. Such continuing lien and first priority security interest shall apply irrespective of whether or not Lehman Brothers has made advances in connection with such Assets, the number of accounts you have with Lehman Brothers or which particular Lehman Brothers Entity holds such Assets. You hereby acknowledge and agree that all such Assets held by or through any Lehman Brothers Entity are held as collateral by such Lehman Brothers Entity as agent and bailee for itself and all other Lehman Brothers Entities and, as such, each Lehman Brothers Entity shall comply with any orders or instructions originated by any other Lehman Brothers Entity with respect to or in connection with such collateral without your further consent. You and Lehman Brothers agree that all such Assets held in or credited to any account will be treated as financial assets under Article 8 of the Uniform Commercial Code as in effect in the State of New York (the "UCC") and that any account maintained by you with any Lehman Brothers Entity shall be a securities account under Article 8 of the UCC. In the event of a breach or default by you, a Lehman Brothers Entity shall have, in addition to the rights and remedies provided in this Agreement, all rights and remedies available to a secured creditor under the UCC and any other applicable law. You represent that all of the above-described Assets shall at all times be free and clear of all liens, claims and encumbrances of any nature other than the security interest created hereby. Assets consisting of securities shall be delivered in good deliverable form (or Lehman Brothers shall have the unrestricted power to place such securities in good deliverable form) in accordance with the requirements of the primary market for these securities. In addition, in order to satisfy any of your outstanding liabilities or obligations to any Lehman Brothers Entity, each Lehman Brothers Entity may, to the fullest extent permitted by law, at any time in its discretion and without prior notice to you, use, apply or transfer any and all securities or other property or Assets (including, without limitation, fully-paid securities and cash). You hereby agree that, except as otherwise specifically agreed in writing, each Lehman Brothers Entity may register and hold the securities and other property or Assets in your accounts in its name or the name of its designee. You shall execute such documents and take such other action as such Lehman Brothers Entity shall reasonably request in order to perfect its rights with respect to any of the Assets. In addition, you appoint Lehman Brothers as your attorney-in-fact to act on your behalf to sign, seal, execute and deliver all documents and do all such acts as may be required to realize upon any of Lehman Brothers' rights in the Assets.

4. **BREACH, BANKRUPTCY OR DEFAULT.** If you shall:

(i) breach, repudiate or default under this Agreement or any Contract with any Lehman Brothers Entity, whether heretofore or hereafter entered into;

(ii) make or repeat any misrepresentations in connection with this Agreement or any Contract with any Lehman Brothers Entity;

(iii) state that you will not perform any obligation to any Lehman Brothers Entity;

(iv) apply for, consent to or be the subject of an application or petition for the appointment of or the taking of possession by a receiver, custodian, trustee, liquidator or similar persons of yourself or of all of or a substantial part of your property;

(v) admit in writing your inability, or become generally unable, to pay your debts as such debts become due or give Lehman Brothers other grounds for insecurity, as determined by Lehman Brothers in its sole and absolute discretion (including, without limitation, death; mental incompetence; dissolution; the appointment of a receiver by or against you, any guarantor, co-signer or other party liable on or providing security for your obligations to any Lehman Brothers Entity or the attachment against your or such other party's account(s) with any Lehman Brothers Entity; or any indication of your refusal or inability to satisfy promptly any Margin Call (as defined below) or other obligation);

2

(vi) make a general assignment for the benefit of your creditors; or

(vii) file or be subject of the filing or entry of a petition or order for relief or be subject of the commencement of a proceeding regarding reorganization, bankruptcy, liquidation, dissolution or insolvency;

then, any such event shall constitute, at Lehman Brothers' election, a default by you under this Agreement and any or all Contracts you may then have with any Lehman Brothers Entity, whether heretofore or hereafter entered into. In the event of any such default, each Lehman Brothers Entity shall have all of the rights of a secured party upon default under the UCC and other applicable laws, rules and regulations, including, without limitation, the right, without prior notice to you, to sell any and all Assets in which you have an interest (including without limitation this Agreement and any Contract) held by or through any Lehman Brothers Entity (either individually or jointly with others), to buy any or all property which may have been sold short, to exercise any and all options and other rights, to accelerate, cancel, terminate, liquidate, close out and net the settlement payments and/or delivery obligations under any or all outstanding transactions and/or to purchase or sell any other securities or property to offset market risk, and to set off or offset any obligation owing by any Lehman Brothers Entity to you against any obligations owing by you to any Lehman Brothers Entity, after which you shall be liable to Lehman Brothers for any remaining deficiency, loss, costs or expenses incurred or sustained by Lehman Brothers in connection therewith. Such purchases and/or sales may be effected publicly or privately without notice or advertisement in such manner as Lehman Brothers may in its sole discretion determine. At any such sale or purchase, any Lehman Brothers Entity may purchase or sell the property to or from itself or third parties free of any right of redemption and you shall remain liable to Lehman Brothers for any deficiency; it being understood that a prior tender, demand or call of any kind from Lehman Brothers, or prior notice from Lehman Brothers, of the time and place of such sale or purchase shall not be considered a waiver of Lehman Brothers' right to buy or sell any securities, commodities or other property or Asset held by Lehman Brothers, or which you may owe to Lehman Brothers. In addition, each Lehman Brothers Entity shall have the right, at any time and from time to time, to set off and otherwise apply any and all amounts owing by such Lehman Brothers Entity to you or for your account against any and all amounts now or hereafter owing by you to any Lehman Brothers Entity (including, without limitation, any indebtedness in your accounts), whether matured or unmatured, fixed, contingent or otherwise and irrespective of whether any Lehman Brothers Entity shall have made any demand therefor. Lehman Brothers agrees to notify you of any such set-off and application, provided, however, that the failure to give such notice shall not affect the validity of any such set-off and application. You agree that any obligation of a Lehman Brothers Entity to you shall be subject to there being no breach, repudiation, misrepresentation or default (however characterized) by you which is continuing under any Contract with a Lehman Brothers Entity. You and Lehman Brothers intend this Agreement to be a master netting agreement.

5. ADEQUATE ASSURANCES. Subject to, and not as a limitation of, the rights of Lehman Brothers under this Agreement, if at any time Lehman Brothers has reasonable grounds for insecurity in your performance of any of your obligations, Lehman Brothers may demand, and you shall give, adequate assurance of due performance within 24 hours, or within any shorter period of time Lehman Brothers demands that is reasonable under the circumstances. The adequate assurance of performance that may be demanded by Lehman Brothers may include, but shall not be limited to, the delivery by you of additional property as collateral.

6. EXECUTION FEES AND SERVICE CHARGES. You understand that your account(s) will be charged brokerage commissions or mark-ups/mark-downs in connection with the execution of transactions ("Execution Fees") and may be charged certain other fees for custody and other services furnished to you ("Service Fees"). You further understand that Execution Fees may be changed from time to time upon prior written notice to you and that Service Fees may be changed from time to time upon prior written notice to you and, in each case, you agree to be bound thereby.

7. AMOUNTS OWED; TRUTH-IN-LENDING. You hereby acknowledge receipt of Lehman Brothers' Truth-in-Lending disclosure statement. You understand that interest will be charged on any amount you owe in your account(s) in accordance with the methods described in such statement or in any amendment or revision thereto which may be provided to you. Any amount due which is not paid at the close of an interest period will be added to the opening balance for the next interest period.

8. COLLECTION AND OTHER ACCOUNT-RELATED COSTS. You hereby agree to pay, on demand, all reasonable costs, liabilities and damages incurred by Lehman Brothers (including, without limitation, costs of

3

collection, attorneys' fees, court costs and other expenses) in connection with (i) enforcing its rights hereunder, (ii) any investigation, litigation or proceeding involving your account or any property therein (including, without limitation, claims to such property by third parties), (iii) your use of or access to any Lehman Brothers or third-party system or (iv) Lehman Brothers' acting in reliance upon instructions, including, but not limited to, instructions transmitted via electronic means, including facsimile or electronic mail, from you or your authorized agents (including investment managers or advisers). In each case and whether or not demand has been made therefor, you hereby authorize Lehman Brothers to charge your account(s) for any and all such costs, liabilities and damages, including, without limitation, those incurred in connection with the liquidation of any of your Assets.

9. **IMPARTIAL LOTTERY ALLOCATION.** You agree that, in the event Lehman Brothers holds on your behalf securities in its name, in the name of its designee or in bearer form which are called in part, you will participate in the impartial lottery allocation system for such called securities in accordance with the rules of The New York Stock Exchange, Inc. or any other appropriate self-regulatory organization. When any such call is favorable, no allocation will be made to any account in which, to the knowledge of Lehman Brothers, any officer, director or employee of Lehman Brothers has any financial interest until all other customers have been satisfied on an impartial lottery basis.

10. **SECURITIES EVENTS.** Lehman Brothers shall inform you if Lehman Brothers becomes aware of the occurrence or prospective occurrence of any of the following with respect to any securities in your account(s): conversions, subdivision or consolidation; redemption; a takeover offer; calls, including calls on partly-paid securities and published calls; a capitalization issue; rights issue; distribution of income in the form of securities; or a certificate which may at a future date be exchanged for securities or an entitlement to acquire securities. Subject to Section 19 herein, if Lehman Brothers receives notice from you that you wish to act on any of the events referenced in this section and such notice is received by Lehman Brothers within a reasonable time for Lehman Brothers to act on such event, Lehman Brothers will act in accordance with your wishes. You represent that you review all prospectuses and offering statements that you may receive and understand the risks inherent with your securities transactions, including any risks associated with the above-described securities events.

11. **VOTING RIGHTS.** If any right to vote arises with respect to securities in your account, you may inform Lehman Brothers that you wish to exercise such right as you specify. Subject to Section 19 hereof, if Lehman Brothers receives this notice within a reasonable time to act, it will act in accordance with your wishes. If Lehman Brothers does not receive such timely notice from you, it will use its discretion to decide whether and how to vote such securities.

12. **WAIVER, ASSIGNMENT AND NOTICES.** Neither Lehman Brothers' failure to insist at any time upon strict compliance with this Agreement or with any of the terms hereof nor any continued course of such conduct on its part shall constitute or be considered a waiver by Lehman Brothers of any of its rights or privileges hereunder. Any purported assignment of your rights and/or obligations hereunder without obtaining the prior written consent of an authorized representative of Lehman Brothers shall be null and void. Each Lehman Brothers Entity reserves the right to assign any of its rights or obligations hereunder or under any Contract to any other Lehman Brothers Entity without prior notice to you. Notices and other communications to you (including, without limitation, Margin Calls) that are sent by electronic means, including facsimile or electronic mail, sent by express delivery service or mailed, in each case to the address or number provided by you, shall, until the respective Lehman Brothers Entity has received notice in writing of a different address or number, be deemed to have been personally delivered to you. Margin Calls may also be communicated orally, without subsequent written confirmation.

13. **FREE CREDIT BALANCES.** You hereby authorize Lehman Brothers to use any free credit balance awaiting investment or reinvestment in your account(s) in accordance with all applicable rules and regulations and to pay interest thereon at such rate or rates and under such conditions as are established from time to time by Lehman Brothers for such account(s) and for the amounts of cash so used.

14. **RESTRICTIONS ON ACCOUNT.** You understand that Lehman Brothers, in its sole and absolute discretion, may restrict or prohibit trading of securities or other property in your account(s) and may terminate your account(s), and you shall nevertheless remain liable for all of your obligations to the Lehman Brothers Entities under this Agreement or any Contract. In the event that Lehman Brothers, in its sole and absolute discretion, determines to

impose such restrictions on your account(s) due to credit, margin, legal, regulatory, money laundering or other concerns, Lehman Brothers shall be under no obligation to provide you with prior notice of such restriction.

**15.  CREDIT INFORMATION AND INVESTIGATION.** You authorize Lehman Brothers, in its discretion, at any time and from time to time, to make or obtain reports concerning your credit standing and business conduct (including, but not limited to, obtaining audited account statements, if such are available). You may make a written request for a description of the nature and scope of the reports made or obtained by Lehman Brothers and the same will be provided to you within a reasonable period of time.

**16.  SHORT AND LONG SALES.** In placing any sell order for a short account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "short". You are required to and will comply with all applicable rules and regulations relating to short sale transactions. In placing any sell order for a long account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "long". The designation of a sell order as being for a long account shall constitute a representation by you that you own the security with respect to which the order has been placed, that such security is not restricted under Rules 144 and/or 145 under the U.S. Securities Act of 1933 (as may be amended, modified or supplemented) or any other applicable law, rule or regulation and, as such, may be sold without restriction in the open market and that, if Lehman Brothers does not have the security in its possession at the time you place the order, you shall deliver the security by settlement date in good deliverable form and pay to Lehman Brothers any losses and expenses it may incur or sustain as a result of your failure to make delivery on a timely basis.

**17.  MARGIN ACCOUNTS.** All Loans made hereunder are demand loans. You hereby agree to deposit and maintain such cash or collateral as margin in your margin accounts, if any, as Lehman Brothers may in its sole discretion require, and you agree to pay forthwith on demand any amount owing with respect to any of your margin accounts to satisfy Lehman Brothers' demand for such payment (a "Margin Call"). In addition, you further agree to deposit promptly and maintain such other collateral with Lehman Brothers as is required by any Contract you may have with any Lehman Brothers Entity. Upon your failure to make any such payment or deposit, or if at any time Lehman Brothers, in its sole discretion, deems it necessary for its protection, whether with or without prior demand, call or notice, Lehman Brothers shall be entitled to exercise all rights and remedies provided herein. No demands, calls, tenders or notices that Lehman Brothers may have made or given in the past in any one or more instances shall invalidate your waiver of the requirement to make or give the same in the future.

**18.  SECURITIES CONTRACTS.** You acknowledge and agree that any positions in your account(s) shall be deemed "securities contracts" within the meaning of Sections 555 and 741(7) (as may be amended, modified or supplemented) of the U.S. Bankruptcy Code.

**19.  CONSENT TO LOAN OR PLEDGE OF SECURITIES IN MARGIN ACCOUNTS.**

(a) Except as noted in subparagraph (b) below, within the limits of applicable law and regulations, you hereby authorize Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers in any of your accounts, to convey therewith all attendant rights of ownership (including voting rights and the right to transfer the securities to others), and to use all such property as collateral for its general loans. Any such property, together with all attendant rights of ownership, may be pledged, repledged, hypothecated or rehypothecated either separately or in common with other property for any amounts due to Lehman Brothers thereon or for a greater sum, and Lehman Brothers shall have no obligation to retain a like amount of similar property in its possession and control. You hereby acknowledge that, as a result of such activities, Lehman Brothers may receive and retain certain benefits to which you will not be entitled. In certain circumstances, such loans, pledges, repledges, hypothecations or rehypothecations may limit, in whole or in part, your ability to exercise voting and other attendant rights of ownership with respect to the loaned or pledged securities. You agree to waive the right to vote, or to provide any consent or to take any similar action with respect to these securities in the event that the record date or deadline for such vote, consent or other action falls during the period of any such loan, pledge, repledge, hypothecation or rehypothecation.

(b) Unless otherwise agreed by Lehman Brothers and you, you will be entitled to receive all distributions, including, but not limited to, cash, stock dividends and interest payments, made on or in respect of any loaned, pledged, repledged, hypothecated or rehypothecated securities which are not otherwise received by you, to the full

extent you would be entitled if the securities had not been loaned, pledged, repledged, hypothecated or rehypothecated.

**20. OPTIONS POSITIONS.** You represent and warrant not to enter into any purchase or sale of equity, debt, foreign currency or index put or call options without having read and fully understood the terms, conditions and risks as set out in the Characteristics and Risks of Standardized Options booklet and applicable supplements. You understand that short options positions are assigned on an automated random basis and may be assigned on the day written. You will notify Lehman Brothers of your intention to exercise listed options no later than two hours before the expiration time of the option (one hour in the case of an over-the-counter option). Failure to give such notice will constitute an abandonment of the option, in which case Lehman Brothers may, but shall be under no obligation to, exercise the option.

**21. PRIME BROKERAGE SERVICES.** Under the terms and conditions of this Agreement, LBI will act as a prime broker for you in accordance with the no-action letter of the Securities and Exchange Commission dated January 25, 1994, as such letter may be amended, modified or supplemented from time to time (the "SEC Letter") and the provisions set forth below:

(a)    LBI will, subject to the terms and conditions of this Agreement, accept for clearance and settlement trades executed on your behalf by such executing brokers as you may designate from time to time and who have received LBI's prior approval and who have previously executed an agreement with LBI setting forth the terms and conditions under which such executing brokers will be authorized to accept orders from you for settlement by LBI (the "Executing Brokerage Agreement").

(b)    LBI shall be responsible for settling trades executed on your behalf by your executing broker(s) and reported to LBI by you and your executing broker(s) provided that you have reported to LBI on trade date, by the time designated to you by LBI, all the details of such trades including, but not limited to, the contract amount, the security involved, the number of shares or the number of units and whether the transaction was a long or short sale or a purchase, and further provided that LBI has either affirmed or not "DK'd" ("indicated it does not know") and has not subsequently disaffirmed such trades. In the event that LBI determines not to settle a trade, LBI shall not have settlement responsibility for such trade and shall, instead, send you a cancellation notification to offset the notification sent to you under sub-paragraph (c) of this paragraph. You shall be solely responsible and liable to your executing broker(s) for settling such trade. In addition, LBI may be required to cease providing prime brokerage services to you in accordance with the Executing Brokerage Agreement.

(c)    On the day following each transaction, LBI shall send you a confirmation of each trade placed with an executing broker in accordance within the SEC Letter based upon the information you provided to LBI. Any confirmations issued by LBI as prime broker shall identify the executing broker and provide you with the information required by the SEC Letter. Confirmations of the execution of orders and other activity in your account(s) which have been provided or made available to you by 10:00 a.m. (New York time) on the business day immediately following the trade date shall be conclusive if not objected to by 2:00 p.m. (New York time) on such business day or, if such reports are provided or made available to you after 10:00 a.m. (New York time) on such business day, then such confirmations shall be conclusive if not objected to within four (4) hours after such confirmations have been provided or made available to you. Monthly statements shall be sent to you in accordance with the SEC Letter. Information contained in monthly statements of account, to the extent not included in an activity report, shall be conclusive if not objected to within ten (10) days after such statements have been provided or made available to you. LBI may send communications to your address of record or another address provided to LBI in writing. All communications sent to such address, whether by mail, facsimile, telegraph, messenger, electronic means or otherwise, shall be deemed to have been given to you personally as of the date and time sent, whether actually received or not.

(d)    In the event of: (i) the filing of a petition or other proceeding in bankruptcy, insolvency or for the appointment of a receiver by or against your executing broker, (ii) the termination of your executing broker's registration and the cessation of business by it as a broker-dealer, or (iii) your executing broker's failure, inability or refusal, for any reason whatsoever or for no reason at all, to settle a trade, and if LBI agrees to settle any trades executed on your behalf by such executing broker, regardless of whether LBI either affirmed or did not DK and did

not disaffirm such trades, you shall be solely responsible, and liable to LBI, for any losses arising out of or incurred in connection with LBI's agreement to settle such trades.

(e)  You shall maintain in your account with LBI such minimum net equity in cash or securities as LBI, in its sole discretion, may require from time to time (the "Lehman Brothers Net Equity Requirements"), which shall in no event be less than the minimum net equity required by the SEC Letter (the "SEC Net Equity Requirements"). In the event your account falls below the SEC Net Equity Requirements, you hereby authorize LBI to notify promptly all executing brokers with whom it has an Executing Brokerage Agreement on your behalf of such event. Moreover, if you fail to restore your account to compliance with the SEC Net Equity Requirements within the time specified in the SEC Letter, LBI shall, without notice to you: (i) notify all such executing brokers that LBI is no longer acting as your prime broker and (ii) either not affirm or "DK" ("indicate that it does not know") all prime brokerage transactions on your behalf with a trade date after the business day on which such notification was sent. In the event : (i) your account falls below the Lehman Brothers Net Equity Requirements, (ii) LBI determines in its sole discretion that there would not be enough cash in your account to settle such transactions or that a maintenance Margin Call may be required as a result of settling such transactions, or (iii) LBI determines in its sole discretion that the continuation of prime brokerage services to you presents an unacceptable risk to Lehman Brothers taking into consideration all the facts and circumstances, then LBI may disaffirm all your prime brokerage transactions and/or cease to act as your prime broker. In any such case, LBI shall send a cancellation notification to you, and you understand that you must settle outstanding trades directly with the relevant executing broker and that you authorize LBI to provide the executing broker with any information useful to settle such trades. You further agree that LBI will not be bound to make any investigation into the facts surrounding any transaction to which you are a party and that immediately upon notice to you and, if required, to the executing brokers, LBI may cease acting as your prime broker.

(f)  If you have instructed your executing broker(s) to send confirmations to you in care of LBI, as your prime broker, the confirmation sent by such executing broker is available to you promptly from LBI (once received), at no additional charge.

(g)  If your account is managed on a discretionary basis, you hereby acknowledge that your prime brokerage transactions may be aggregated with those of other accounts of your adviser, according to your adviser's instructions, for execution by your executing broker(s) in a single bulk trade and for settlement in bulk by LBI. You understand that no part of any transaction may be allocated to any other account where such other account's net equity is below the minimum levels established in the SEC Letter and that, should such a net equity deficiency occur in any such other account, LBI must disaffirm the entire transaction. In the event any trade is disaffirmed, as soon as practicable thereafter, LBI shall supply your executing broker(s) with the allocation of the bulk trade, based upon information provided by your adviser.

(h)  You hereby authorize LBI to disclose your name, address and tax I.D. number to your executing broker(s) to enable such executing broker to establish on its books an account for you to be used in the event transactions are disaffirmed by LBI.

(i)  Lehman Brothers will not be responsible or liable for any acts or omissions of any executing broker or its employees. You understand that Lehman Brothers does not act as investment adviser or solicit orders, that Lehman Brothers does not advise prime brokerage customers, perform any analysis, or make any judgment on any matters pertaining to the suitability of any order, or offer any opinion, judgment or other type of information pertaining to the nature, value, potential or suitability of any particular investment.

(j)  You agree to indemnify and hold Lehman Brothers harmless from any loss, claim or expense, including attorneys' fees, incurred by Lehman Brothers in connection with Lehman Brothers acting or declining to act as prime broker for you and to fully reimburse Lehman Brothers for any legal or other expenses (including the cost of any investigation and preparation) which Lehman Brothers may incur in connection with any claim, action, proceeding or investigation arising out of or in connection with this Agreement or any transactions hereunder.

(k)  You represent and warrant that you are currently in compliance, and during the term of this Agreement will remain in compliance, with all applicable requirements of the SEC Letter, including, but not limited to, the requirement that you execute an agreement with each executing broker.

7

(l)    The prime brokerage services hereunder shall be provided in a manner consistent with the SEC Letter.

**22.    LEGALLY BINDING.** You hereby agree that this Agreement and all of the terms hereof shall be binding upon you and your estate, heirs, executors, administrators, personal representatives, successors and assigns. You further agree that all purchases and sales shall be for your account(s) in accordance with your oral or written instructions. You hereby waive any and all defenses that any oral instruction was not in writing as may be required by any applicable law, rule or regulation. With respect to any of your accounts maintained in connection with this Agreement, you hereby authorize Lehman Brothers to act and rely on any instructions (including, without limitation, instructions to transfer cash or securities, purchase or sell securities, enter into derivative or other transactions or borrow money or securities) received by Lehman Brothers from any of the persons listed on Exhibit A, as such list may be amended by you from time to time. In addition, you hereby authorize Lehman Brothers to act and rely on any instructions received by Lehman Brothers from any of your employees or agents (including any investment manager or adviser) that Lehman Brothers reasonably believes is authorized to so act on your behalf.

**23.    AMENDMENT.** You agree that Lehman Brothers may modify the terms of this Agreement at any time upon prior written notice to you. By continuing to accept services from Lehman Brothers thereafter, you will have indicated your acceptance of any such modification. If you do not accept such modification, you must notify Lehman Brothers in writing; your account may then be terminated by Lehman Brothers, after which you will remain liable to Lehman Brothers for all outstanding liabilities and obligations. Otherwise, this Agreement may not be modified absent a written instrument signed by an authorized representative of Lehman Brothers.

**24.    GOVERNING LAW.** THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF NEW YORK AND SHALL BE CONSTRUED, AND THE CONTRACTUAL AND ALL OTHER RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK WITHOUT GIVING EFFECT TO ANY CONFLICTS OF LAW PRINCIPLES THEREOF.

**25.    JURISDICTION; WAIVER OF JURY TRIAL.** The parties shall attempt in good faith to promptly resolve any dispute arising out of, relating to or in connection with this Agreement or any transactions hereunder by negotiations by executives of the parties who have the authority to settle the controversy. With respect to any suit, action or proceedings relating to this Agreement ("Proceedings"), each party irrevocably submits to the exclusive jurisdiction of the courts of the State of New York and the United States District Court located in the Borough of Manhattan in New York City and waives any objection which it may have at any time to the laying of venue of any Proceedings brought in any such court, waives any claim that such Proceedings have been brought in an inconvenient forum and further waives the right to object, with respect to such Proceedings, that such court does not have any jurisdiction over such party. ANY RIGHT TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR ACTION IS HEREBY WAIVED BY ALL THE PARTIES TO THIS AGREEMENT.

**26.    WAIVER OF IMMUNITIES.** Each party irrevocably waives, to the fullest extent permitted by applicable law, with respect to itself and its revenues and assets, all immunity on the grounds of sovereignty or other similar grounds from (i) suit, (ii) jurisdiction of any court, (iii) arbitration, (iv) relief by way of arbitration award, injunction, order for specific performance or recovery of property, (v) attachment of its assets (whether before or after judgment) and (vi) execution or enforcement of any judgment or arbitration award and irrevocably agrees, to the fullest extent permitted by applicable law, that it will not claim any such immunity.

**27.    TRANSFERS.** Lehman Brothers shall have the right to transfer Assets between any account in order to satisfy any of your obligations to Lehman Brothers. When giving instructions to transfer Assets from your accounts to any bank or other entity, you agree that all such requests will have been approved by an authorized signatory and you agree to provide Lehman Brothers with an accurate account number designating the account to receive such Assets. You agree to indemnify and hold Lehman Brothers harmless from and against all liabilities arising from the provision of an inaccurate account number or any other liabilities arising as a result of the transfer at your request.

**28.    PROVISION OF DATA.** With respect to any market data or other information that Lehman Brothers or any third party service provider provide to you, (i) Lehman Brothers and any such provider are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) Lehman Brothers and any such provider are not responsible or liable for any actions that you take or do not take based on such data or information;

(iii) you will use such data or information solely for the purposes set forth in this Agreement and any other agreement between us; (iv) such data or information is proprietary to Lehman Brothers and any such provider and you will not retransmit or disclose such data or information to third parties except as required by applicable law or regulation; and (v) you will use such data or information solely in compliance with applicable laws, rules and regulations.

**29. EXTRAORDINARY EVENTS.** You agree that Lehman Brothers will not be liable for any loss caused, directly or indirectly, by government restrictions, exchange or market rulings, suspension of trading, war (whether declared or undeclared), terrorist acts, insurrection, riots, fires, flooding, strikes, failure of utility services, accidents, adverse weather or other events of nature, including but not limited to earthquakes, hurricanes and tornadoes, or other conditions beyond Lehman Brothers' control. In the event that any communications network, data processing system, or computer system Lehman Brothers uses is rendered inoperable, Lehman Brothers will not be liable to you for any loss, liability, claim, damage or expense resulting, either directly or indirectly, therefrom.

**30. LIMITATION OF LIABILITY.** Lehman Brothers shall not be liable in connection with the execution, clearing, handling, purchasing or selling of securities, commodities or other property, or other action, except for gross negligence or willful misconduct on Lehman Brothers' part. You understand that certain securities may be held outside the United States by unaffiliated, foreign agent banks and depositories. Lehman Brothers will not be liable to you for any loss, liability or expense incurred by you in connection with these arrangements except to the extent that any such loss, liability or expense results from Lehman Brothers' gross negligence or willful misconduct. In no event will Lehman Brothers be liable for any special, indirect, incidental or consequential damages arising out of this Agreement.

**31. HEADINGS; COUNTERPARTS.** The headings of the provisions hereof are for ease of reference only and shall not affect the interpretation or application of this Agreement or in any way modify or qualify any of the rights provided for hereunder. This Agreement may be executed in counterparts, each of which shall be deemed an original.

**32. TELEPHONE CONVERSATIONS.** For the protection of both you and Lehman Brothers, and as a tool to correct misunderstandings, you hereby authorize Lehman Brothers, at Lehman Brothers' discretion and without prior notice to you, to monitor and/or record any or all telephone conversations or electronic communications between you and Lehman Brothers or any of Lehman Brothers' employees or agents. You acknowledge that Lehman Brothers may determine not to make or keep any of such recordings and that such determination shall not in any way affect any party's rights.

**33. CUMULATIVE RIGHTS; ENTIRE AGREEMENT.** The rights, remedies, benefits and protections afforded to each Lehman Brothers Entity under this Agreement and under any Contract you may have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are cumulative and in addition to any other rights, remedies, benefits and protections that any Lehman Brothers Entity may have. To the extent that the provisions of any Contracts you have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are inconsistent (whether the inconsistency be between the Contracts or within a single Contract), the conflict shall be resolved in favor of the provision which affords Lehman Brothers with the maximum rights, remedies, benefits or protections. You hereby appoint Lehman Brothers as your agent and attorney-in-fact to take any action (including, but not limited to, the filing of financing statements) necessary or desirable to perfect and protect the security interest granted herein or to otherwise accomplish the purposes of this Agreement. Except as set forth above, this Agreement represents the entire agreement and understanding between you and Lehman Brothers concerning the subject matter hereof.

**34. CAPACITY TO CONTRACT; ANTI-MONEY LAUNDERING; AFFILIATIONS.** You represent that you have the capacity and authority to enter into this Agreement. You represent to the best of your knowledge that you do not maintain or transact business for or with nor will you introduce individuals or entities to Lehman Brothers that the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") has listed as "Specially Designated Nationals and Blocked Persons" nor with any client in an embargoed country as determined by OFAC. Furthermore, you represent that you have conducted thorough due diligence with respect to all of your clients, and you do not know or have any reason to suspect that the monies used to fund the account have been or will be derived from or related to any illegal activities, including but not limited to, money laundering activities. You agree to

9

provide Lehman Brothers with any information that it may require in relation to compliance with any applicable money laundering regulations. Each representation or warranty made by you in this Agreement will be deemed to be repeated by you on each date on which a transaction occurs hereunder.

You represent that you are of legal age and that, unless you have notified Lehman Brothers to the contrary, neither you nor any member of your immediate family is: (i) an employee or member of any exchange, (ii) an employee or member of the National Association of Securities Dealers, Inc. or any of its affiliates, (iii) an individual or an employee of any corporation or firm engaged in the business of dealing, as broker or principal, in securities, options or futures or (iv) an employee of any bank, trust company or insurance company. If you are signing on behalf of others, you hereby represent that the persons(s) or entity(ies) on whose behalf you are signing is/are authorized to enter into this Agreement and that you are duly authorized to sign this Agreement and make the representations contained herein in the name and on behalf of such other person(s) or entity(ies) and you agree to indemnify and hold Lehman Brothers harmless from any claim or claims arising from your unauthorized execution of this Agreement on the behalf of such other person(s) or entity(ies). You hereby authorize Lehman Brothers to accept faxed copies of this or any other document or instruction as if it were the original and further to accept signatures on said faxes as if they were original.

*PLEASE COMPLETE THIS INFORMATION AND SIGN THE APPROPRIATE SPACE BELOW:*

**THIS AGREEMENT IS DATED AS OF** _____, 2007

|  | Stonehill Offshore Partners LTD |  |
|---|---|---|
|  | *Name of Customer* |  |
|  | c/o Citco Fund Services LTD<br>P.O. Box 31106 SMB/ T Woodlaver<br>Corp. Center West Bay Road | BWI |
|  | *Address* | *Country* |
|  | Grand Cayman |  |
|  | *City, State* | *Zip Code + 4* |

**BY SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT:**

**YOU HAVE RECEIVED A COPY OF THIS AGREEMENT AND AGREE TO ITS TERMS AND CONDITIONS.**

CUSTOMER NAME:     Stonehill Offshore Partners LTD

*Individual or Printed Name of Company*

SIGNATURE:

*Signature of Authorized Person*

PRINT NAME:     John Motulsky, General Partner

*Printed Name and Title of Signatory or Name of General Partner if Signer is a Partnership*

BY:

*Authorized Signatory and Title of General Partner if Above Signer is a Partnership Otherwise Blank*

**ACCEPTED AND AGREED TO:**

Lehman Brothers Inc., as signatory for itself and as agent for the affiliates named herein

9 - 10-07

11

# EXHIBIT B

*900 002 114*



**CUSTOMER CLAIM FORM**
**LEHMAN BROTHERS INC.**

Stonehill Offshore Part Ltd.
Account# 732- 40125
885 Third Avenue
30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

Daytime Phone: (212) 739 7474

Email: cwilson@stonehillcap.com

Contact Person: Chris Wilson

Taxpayer I.D. Number
(Social Security No.): not applicable

# PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

- ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.   LBI owes me a credit or cash in the amount of:          $ *See attached*

   b.   I owe LBI a debit or cash in the amount of:             $ _____

   c.   If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed** with this claim form.

                                                                $ _____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   ### Please Do Not Claim Any Securities You Have In Your Possession

   |   |   | YES | NO |
   |---|---|-----|-----|
   |   |   | (Circle Y or N) |   |
   | a. | LBI owes me securities: | (Y) | N |
   | b. | I owe LBI securities: | Y | N |

   c.   If yes to either, please list below (or in additional pages as necessary):

   | Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
   |---|---|---|---|---|
   | | | | LBI Owes Me (Long) | I Owe LBI (Short) |
   | _____ | *See attached* | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |

   If additional space is needed, attach additional pages providing the information in the exact format above.

2

## 3. COMMODITY FUTURES CLAIMS

|  | YES | NO |
|---|---|---|
|  |  | (Circle Y or N) |
| Do you have a claim based on a commodity futures account? | Y | (N) |

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____

_____

_____

_____

_____

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

NOTE: IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | YES | NO |
|---|---|---|
|  |  | (Circle Y or N) |
| 4. Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | Y | (N) |
| 5. Has there been any change in your account since September 19, 2008? | (Y) | N |

3

6. Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?  Y  (N)

7. Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).  Y  (N)

8. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?  Y  (N)

9. Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.  Y  (N)

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.  Y  (N)

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.  Y  (N)

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____

Address: _____

_____

Phone number: _____

Email address: _____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _Janvary 26, 2009_____    Signature _Christopher Uhl_____

Date _____    Signature _Managing member_____
                                         _Stonehill Capital Management, LLC_
                                         _its advisor_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT     Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Lehman Brothers, Inc. | Case Number:<br>08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: 1000523153 LBI 12/1/2008 417060<br>Stonehill Offshore Part Lt<br>885 Third Avenue, 30th Floor<br>885 3rd Ave., Fl. 30<br>New York, NY 10022-4834<br><br>Telephone number: (212) 739-7474 | Court Claim Number:_____<br>(*If known*)<br><br>Filed on:_____ |

| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**     $  see attached<br><br>If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:**  Customer Property<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3.** Last four digits of any number by which creditor identifies debtor: _____<br><br>**3a.** Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property:$_____  Annual Interest Rate____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____  Basis for perfection: _____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br>JAN 26 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Christoph Wils*, Managing Member, Stonehill Capital Management LLC<br>its Advisor | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

If you would like to file your claim online please go to www.lehmantrustee.com and select the
link for the online claim form.  You will need the tracking number and mail id listed below to
complete your claim online.

P0000L 0000™ - PO2016 323 746:S811 1613 A

Tracking Number: 423040 Mail ID: 417060

Stonehill Offshore Part Lt
885 Third Avenue, 30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

**Stonehill Capital Management LLC**
885 Third Avenue, 30th Floor
New York, NY 10022
(212) 739-7474

Contacts:      Chris Wilson, Managing Member, cwilson@stonehillcap.com
               Steve Nelson, Chief Financial Officer, snelson@stonehillcap.com
               Ann Kalter, Accounting Manager, akalter@stonehillcap.com


Date:   January 26, 2009


RE:    **STONEHILL OFFSHORE PARTNERS LIMITED**
       **Primary LBI account number: 732-40125**


## Customer Claims in Lehman Brothers Inc. (LBI)

---

Stonehill Offshore Partners Limited (SO) was one of the largest prime brokerage clients of LBI and LBI was SO's sole prime broker. The professionals representing the LBI estate have invested long hours and have been extremely accommodating in returning the vast majority of SO's securities, and Stonehill is very appreciative of those efforts to date. However a substantial list of securities has not yet been delivered, and substantial cash has accumulated at LBI as well, which elements comprise SO's customer claim. This customer claim is supported by voluminous information; the attachments evidencing this claim are intended to provide ample support, but SO has substantial additional information that can be provided upon request.

### Securities

SO received extensive deliveries of its securities in late October and in late December/early January; however, additional securities remain at LBI. A list of securities still carried at LBI is attached as SO Exhibit A.

### Cash

SO's cash claim is presented in several components for ease of understanding:

**Component 1 – Error in Calculation at "True-Up" Date:**

In late October, 2008, at the time of the initial delivery of securities from LBI to SO, LBI's representatives performed a comprehensive analysis of SO's account and

calculated SO's cash balance to be, as of September 19, 2008, a debit amount (owed to LBI) of $2,248,173.04. SO Exhibit B includes the Summary, and Brokerage Account Statement generated by LBI and delivered to SO at that time. On October 21, 2008, SO paid that amount to the SIPC trustee, effectively zeroing out its cash balance as of September 19, 2008. However, LBI's calculation excluded "type 5" cash, and also excluded the market value of SO's short positions, but the two items do not offset equally. Closing out SO's short positions as of September 19, per the estate's October 14 protocol, results in the cost to close out shorts being less than the type 5 cash by $257,571.75 (see SO Exhibit C.) LBI thus owes SO this value difference.

Component 1 totals $257,571.75

### Component 2 – "P&I" post September 19:

From September 19, 2008, through the date of this claim, Stonehill is aware of principal, interest and other payments on securities custodied at LBI that have flowed to LBI, as presented on Exhibit D.

Component 2 is comprised of the following currencies:

USD   6,173,078.91
GBP   5,262,140.69
EUR   122,442.03
CAD   164,576.11

### Component 3 – Misdirected Wires on Private Investments:

After September 19, 2008, misdirected wires flowed to LBI with respect to non-custodied instruments (private investments.) In addition, certain foreign wires were sent to LBI just before LBI's proceeding, which were never posted to Stonehill's account (it was common for foreign wires to take several days to be posted, and the LBI proceeding interrupted the finalization.) Stonehill is aware of certain of these items which are listed on SI Exhibit E.

Component 3 is comprised of the following currencies:

USD   427,247.78
EUR   262.34
GBP   25,011.80

### Component 4 – Cash Transfer in mid-September:

On September 17, 2008, two days before the SIPA proceeding, SO issued direction to LBI to transfer its securities and cash balance from LBI to an alternate prime broker. LBI

demanded that SO post cash collateral in order to effect the transfer, and SO delivered $5,500,000, which was transferred by LBI to SO account number 732-41222-1. (SO's account statement as of September 19, 2008 depicts this cash as an investment in a money market fund, however, that Lehman fund on or about that date closed itself to new investment, and the funds remained in cash, as depicted in the September 30, 2008 statement.) This cash was excluded from the "true-up" described under Component 1 above, and still resides at LBI. SO Exhibit F provides supporting documentation.

Component 4 totals $5,500,000.00

## Component 5 – Incomplete Transaction re MAC Funding Purchase:

On trade date August 7, 2008 SI agreed to purchase from JP Morgan 2,000,000 MAC Funding I Ltd (cusip 55261B202) for consideration of $655,000, by physical settlement. LBI debited cash in that amount from SI's account on August 12, 2008. Subsequent to the September 19 date of proceeding, we learned from JP Morgan that the trade had never settled: JP Morgan had not delivered the security to LBI and LBI had not paid the cash to JP Morgan. LBI must return that improperly debited cash to SO. Reference SO Exhibit G.

Component 5 totals $655,000

## Component 6 – Incomplete Transaction re US Power Generating Company:

On trade date March 27, 2008, Stonehill's two funds executed with LBI as the counterparty a negotiated sale of a private instrument: 15,130 shares of US Power Generating Company at a price of $28 per share, for total consideration of $423,640.00. Both SO and related account Stonehill Institutional Partners L.P. were the sellers; LBI was the buyer. The trade confirmations executed at the time are attached as Exhibit H (a). It was a private transaction subject to documentation, and had not closed by the September 19, 2008 date of the LBI proceeding.

At the time of the true-up described in Component 1, LBI personnel demanded that Stonehill Institutional Partners (SI) pay $118,619.20 to the SIPC trustee in relation to this outstanding trade, which amount was paid on September 21, 2008. LBI misunderstood the nature of this transaction - LBI incorrectly treated this private, negotiated, unclosed trade as if it were a short sale by SI in which SI had failed to deliver the security, demanding collateral in the amount paid. This payment was improper and must be returned to SI. Please note that even though this trade was by both Stonehill funds (Institutional and Offshore, as evidenced by the trade confirmations), the payment demanded at time of true up was only demanded from SI, therefore this portion of this Component 6 claim is only claimed on behalf of SI, not SO, and is recounted here only for fullness of disclosure.

A second element of the claim arises from LBI's failure to close this negotiated trade. The current market value of US Power Gen stock is $6 per share (see Exhibit H (b)); LBI's failure to close has cost Stonehill $22 per share, times 8,730 shares (SO's portion of the trade), equals $192,060.00.

Component 6 totals $192,060.00

**Component 7 – Incomplete Transaction re Zarlink Semiconductor common:**

On August 15 and August 20, 2008, SO purchased shares in Zarlink Semiconductor with purchase prices of CAD 5,148.78 and CAD 16,936.56, for a total of CAD 22,085.34. JP Morgan, the clearing broker on the other side of the trade, was unable to settle prior to September 19, 2008. However, LBI debited SO's cash in these amounts at the time of trade and never returned the funds to SO. Exhibit I provides further detail.

Component 7 totals CAD 22,085.34

**Component 8 – Forward Sales of Foreign Currencies:**

Stonehill's portfolio included investments denominated in foreign currencies. To hedge such exposure, Stonehill routinely executed under its prime brokerage agreement with LBI forward sales of foreign currencies. Stonehill believes that no other Lehman entity other than LBI was involved in these transactions. SO had numerous foreign currency transactions open as of September 19, 2008, which were in a gain position because the dollar had strengthened against the foreign currencies during the term of the contracts. A brokerage statement listing the transactions, and their market values, and Stonehill's summary of that brokerage statement for ease of understanding, is SO Exhibit J.

Component 8 totals $6,135,929.26

**Component 9 – Cash Applied Late re Sale of Boston Gen:**

On trade date August 1, 2008, SO executed with a third party (Kelts LLC) a negotiated sale of a private instrument: 2,000,000 EBG Holdings bank debt (aka Boston Gen) for a total consideration of $1,788,283.65. The trade confirmation executed at the time is attached as SO Exhibit K(a). The transaction closed on August 26, 2008 and Kelts funded the purchase price to LBI (see closing documents SO Exhibit K(b).) LBI acknowledged receipt, but failed to post the cash to SO's account until October 10, 2008, (see email correspondence attached as SO Exhibit K(c)). Therefore this cash was excluded from the calculation done at the time of the "true-up" discussed under Component 1 above, and LBI owes this cash to SO.

Component 9 totals $1,788,283.65

**Component 10 – Interest on Accumulated Cash Balances:**

If the court determines it appropriate, interest may be payable to SO on the accumulated cash balances which have resided at LBI.  Stonehill cannot estimate the amount absent direction regarding the appropriate interest rates and a determination of the dates and amounts of funds received by LBI on SO's behalf.

The amount of this Component 10 claim cannot be quantified without direction from LBI and is therefore estimated.

**Component 11 – Other Post Date of Claim and Unknown Activity:**

Other amounts may have flowed into LBI with respect to SO's custodied securities of which we are not currently aware, and it is certain that amounts will continue to flow to LBI on securities which continue to be carried at LBI after the date of this claim.  SO includes these presently unquantifiable amounts in its claim.  As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items received or due with respect to custodied securities or other customer property of SO.

With regard to private investments, SO has no comprehensive way of determining what payments have flowed into LBI referencing Stonehill's account number or name. Considering Stonehill's distressed investing strategy, Stonehill's portfolio includes many private instruments which have irregular and unpredictable distribution dates, often without notice to us other than information conveyed by the wire transfer itself.  As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items referencing any of the Stonehill accounts, and any Stonehill entity name, and includes all such presently unquantifiable amounts in its claim.

The amount of this Component 11 claim cannot be quantified and is therefore estimated.

**End of Document**

**Stonehill Offshore Partners Ltd – Exhibit A**

| Fund | LEHM A/C /Internal ID | LEHM ID | CUSIP/CINS | ISIN | SEDOL | Description | Expected Quantity | Notes |
|---|---|---|---|---|---|---|---|---|
| Offshore | 732-40125 | BTDPF | 00R1180 | 00R1180 | 0000001J101 | GROUP DEVELOPMENTS PVC | | |
| Offshore | 732-40125 | 566421 | US12556BAB14 | US12556BAB14 | B0WNAZ6 | CJT GROUP FINANCING DE COMA SR NT R/MD 4.65 07/01/2010 | 2,179,036.00 | |
| Offshore | 732-40123 | CORE | 21864110H | 218641104 | B063783 | CORE MARK HOLDING CO INC SR NT R/MD | 350,000.00 | |
| Offshore | 732-40125 | DALE | 247051017 | 247051017 | B1W9Z44 | DELTA AIR LINES INC DEL CONV NEW | 13,377.00 | |
| Offshore | 732-40125 | 344635 | U29300ACR | U29300ACR | 2769137 | ENRON CORP R/MD 6.78 06/15/2049 | 591,804.00 | |
| Offshore | 732-40125 | 544794 | 29357YAD5 | 29357YAD5 | | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE R/MD 7.25 0X/ | 300,000,000.00 | |
| Offshore | 732-40125 | FRCPF | B04QZ20 | 359043106 | B04QZ20 | ENRON CORP R/MD | 880,385.00 | |
| Offshore | 732-40125 | 5BBOFL9 | CAJ704728M01 | 37047ZBM01 | B3CZVW1 | GENERAL MOTOR ACCEPTANCE CORPORATION | 13,555,000.00 | |
| Offshore | 732-40125 | HOV | 442497103 | 442497103 | 2431167 | HOVNANIAN ENTERPRISES INC | 402,500.00 | |
| Offshore | 732-40125 | 1132068 | 46269IAA4 | 46269IAA4 | 2251204 | IRIDIUM LLC CORP SR NOTE SER C R/MD 11.25 07/15/2005 | 1,000,000.00 | |
| Offshore | 732-40125 | LEHIQ | 5252QW317 | 5252QW317 | B2P7YC3 | LEHMAN BROS HLDGS INC DEP SH REPSTG 1/100TH 7.95% PFD PFD SER I | 44,482.00 | |
| Offshore | 732-40125 | 3BBNHD6 | 55365AAN1 | 55365AAN1 | | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/CT R/MD 7 07/26/2023 | 6,600,000.00 | |
| Offshore | 732-40125 | 5BBRZCI | 57337YAE2 | 57337YAE2 | B246YNB | MAGNETIC HLDGS INC SR NOTE | 6,670,000.00 | |
| Offshore | 732-40125 | 507017 | X80107402017 | X80107402017 | | PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE R/MD 0.00000001 02/10/2003 | 1,250,000.00 | |
| Offshore | 732-40125 | 1277207 | X80108329771 | 79731AB3 | US79731AB30 | PRATAMA DATAKOM ASIA ACCREDITED INVS R/MD 125 07/15/2005 | 500,000.00 | |
| Offshore | 732-40125 | 3535609 | 69363VAD9 | 69363VAD9 | 5965045 | PSNET INC EURO SERIES R/MD 10.91 02/01/2006 | 44,643,000.00 | X |
| Offshore | 732-40125 | PUCEF | B0391F1 | Y714KY134 | B0391F1 | PSNET INC SR EUR SR NOTES EURO SER R/MD 11.00 08/01/2006 | 4,100,000.00 | X |
| Offshore | 732-40125 | 5200032 | 76113BAF6 | 76113BAF6 | ID1000009401 | PT SURYA PRODUCE TRK SRS SERIES A | 70,764,707.00 | |
| Offshore | 732-40125 | 5ASHOF | N5639BAC1 | US76113BAF6 | B0NN3H4 | RESIDENTIAL ASSET CAP R/MD 04/11/2049 | 2,663,000.00 | X |
| Offshore | 732-40125 | 531212 | X501183915936 | N74101064 | ANN74010064 | RETAIL HOLDINGS N V R/MD 07/15/2006 | 1,341,254.00 | |
| Offshore | 732-40125 | 5BDNIH2 | 32798A1 | X501183915936 | US76113BAF6 | SAIRGROUP FINANCE R/MD 6.625 10/06/2010 | 31,627,000.00 | |
| Offshore | 732-40125 | 548566 | 82899AAL3 | 82899AAL3 | US82899AAL33 | SASEA HOLDINGS R/MD 4.00 07/31/2049 | 3,700.00 | X |
| Offshore | 732-40125 | 501075 | USQ0117Q1245 | Q81I7Q124 | USQ0117Q1245 | SECURITY MULTI ASSET R/MD 8.57 01/01/2049 | 5,000.00 | |
| Offshore | 732-40125 | 4500D2 | 90341V1R | 90341V1R | 3320751 | SHINSEGAE INTERNATIONAL CO | 18,000.00 | |
| Offshore | 732-40125 | 5590000 | 84133AAO1 | 84133AAO1 | 2824463 | SOUTHEAST BANKING TR CTF SER B | 952,000.00 | |
| Offshore | 732-40125 | 5093597 | XX5093597000 | 84133AA44 | | SOUTHEAST BANKING CORP CY SUB CAPITAL NOTE R/MD 6.50 03/15/1999 | 1,839,000.00 | |
| Offshore | 732-40125 | 5096001 | 84133AAF3 | US84133BAF27 | | SOUTHEAST BANKING CORP-FRN CPN LIBOR +13.2 R/MD 4.51 10/01/1997 | 8,736,000.00 | |
| Offshore | 732-40125 | 5511644 | 84133AD8 | US84133BAD88 | | SOUTHEAST BANKING CORP STAMPED CERTIFICATES R/MD 5.32 11/23/1997 | 6,600,000.00 | |
| Offshore | 732-40125 | 1104835 | 8543IAM0 | 8543IAM0 | US8543IAM09 | STANFIELD VICTORIA FUN SUB NTS R/MD 07/04/1/2001 | 4,600,000.00 | |
| Offshore | 732-40125 | ZARLF | CA879417920 | CA879417920 | L09014YI080 | TELEGLOBE CANADA INC R/MD 9% 10/25/2008 | 13,000,000.00 | |
| Offshore | 732-40125 | LCC | 12312715H | 12312715H | BOLOK46 | US AIRWAYS GROUP INC | 700,890.00 | |
| Offshore | 732-40125 | C01D314 | 12312715H | 12312715H | US31521919999 | WTS GD RADIO INC EXP | 1,240,000.00 | |
| Offshore | 732-40125 | 5337735 | 92923CAP9 | 92923CAP9 | BKQN0L7 | ZARLINK SEMICONDUCTOR INC | 3,105,000.00 | |
| Offshore | 732-40125 | 5489124 | 92923CAG9 | 92923CAG9 | 2599951 | GMAC LLC 7.5% 12/31/2013 PVT | 14,645,000.00 | |
| Offshore | 732-40125 | W4896N | 359281814 | 359281814 | B262SYA | ORACLE LFV SERAD MEDIA | 5,530.00 | |
| Offshore | 732-40125 | YAMPQ | 98931O102 | 98931O102 | 2597102 | ZIFF DAVIS MEDIA INC SR SUB NT R/MD 0.625 03/15/2015 | 5,462,784.00 | |
| Offshore | 732-40123 | U36240AF3 | U36240AC0 | U36240AC0 | CA989131000 | MAC FUNDING LTD PGN PROTECTED FLTG RATE NEW | 1,417,000.00 | Received from escrow on CUSIP 76113BAF6 |
| Offshore | 732-40125 | MDINVYI | 98931IUA51 | 98931IUA51 | US989131UA51 | ENRON CORP R/MD 77 06/16/2008 | 93,718.00 | PT&G Premium paid Lehman takes equity |
| Offshore | 732-40125 | 501418 | US5526IBD03 | 5526IBD03 | US5526IBD025 | PSNET INC SENIOR NOTES SER B- IN DEFAULT 10.50000% 02/15/2001 744J7CAB7 | 0.00 | Lehman known quantity of 1,000,000, which is unsettled trade. Return cash of USD 655,000.00 |
| Offshore | 732-40125 | 5142821 | 744J7CAB7 | 744J7CAB7 | X80107630926 | PSNET INC SENIOR NOTES SER B- IN DEFAULT 10.50000% 02/15/2001 744J7CAB7 | 920,000,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 5373779 | 744J7CAG6 | 744J7CAG6 | | PSNET INC SR NOTE - IN DEFAULT 12.50000% 12/01/2006 744J7CAG6 | 13,930,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 5526000 | 744J7CAJ0 | 744J7CAJ0 | | PSNET INC SR NOTES- IN DEFAULT 11.00000% 01/01/2008 744J7CAJ0 | 133,370,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 5535156 | 69363VAB3 | 69363VAB3 | | PSNET INCORPORATED SR NTE- IN DEFAULT 11.00000% 08/01/2009 6963VAB3 | 78,691,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | | | | | | | 173,811,000.00 | Removed by Lehman, but there will be future distributions |

SO Exhibit B

**MARGIN SUMMARY**
**COB**
**9-18-08**

*TOTAL COLLATERAL*

| | |
|---|---|
| **TOTAL LMV TYPE 1 LONG POSITIONS (US$)** | 266,659,029.00 |
| **TOTAL LMV TYPE 1 LONG POSITIONS (C$ value converted to US$)** | 12,599,576.53 |
| **TOTAL LMV TYPE 1 LONG POSITIONS (BP value converted to US$)** | 1,698,499.33 |
| **TOTAL LMV TYPE 1 LONG POSITIONS (EM value converted to US$)** | 2,724,187.15 |
| **TOTAL LMV TYPE 1 LONG POSITIONS (JY value converted to US$)** | 0.00 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (US$)** | 33,123,055.72 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (C$ value converted to US$)** | 349,136.76 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (BP value converted to US$)** | 0.00 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (EM value converted to US$)** | 0.00 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (JY value converted to US$)** | 0.00 |
| *TOTAL USD DELIVERABLE COLLATERAL* | 299,782,084.72 |
| **TYPE 1 CASH (US$)** | 230,007.94 |
| **TYPE 1 CASH C$ (value converted to US$)** | 0.00 |
| **TYPE 1 CASH BP (value converted to US$)** | 0.00 |
| **TYPE 1 CASH JY (value converted to US$)** | 0.00 |
| **TYPE 1 CASH EM (value converted to US$)** | 0.00 |
| **TYPE 2 CASH (US$)** | 0.00 |
| **TYPE 2 CASH C$ (value converted to US$)** | 0.00 |
| **TYPE 2 CASH BP (value converted to US$)** | 134,366.80 |
| **TYPE 2 CASH JY (value converted to US$)** | 0.00 |
| **TYPE 2 CASH EM (value converted to US$)** | 0.00 |
| *TOTAL USD CASH COLLATERAL* | 230,007.94 |

*TOTAL EXPOSURES*

| | |
|---|---|
| **TYPE 2 DEBIT BALANCE** | 531,364.02 |
| **TYPE 2 (C$) DEBIT BALANCE** | 1,936,073.34 |
| **TYPE 2 (EM) DEBIT BALANCE** | 145,110.42 |
| *TOTAL EXPOSURE* | 2,612,547.78 |

| | |
|---|---|
| *TOTAL COLLATERAL NEEDED TO COVER EXPOSURE* | 2,248,173.04 |
| **TOTAL VALUE OF COLLATERAL AVAILABLE FOR DELIVERY** | 314,905,311.44 |
| **TOTAL CASH AVAILABLE FOR PAYMENT** | 0.00 |

**Note: Proceeds generated from the close out of shorts will result in a cash in lieu claim

```
BKR256                                    MARGIN ACTIVITY STATEMENTS          09/19/08              PAGE 93762
732-40125                                 CUR-CODE: 000
CLIENT 012  STONEHILL OFFSHORE
RR: 461
- - - BALANCES - - -
```

| OPEN T/D BAL | CLOSE T/D BAL | OPEN S/D BAL | CLOSE S/D BAL | MARKET VALUE | DLA |
|---|---|---|---|---|---|
| 213,657.18- | 230,007.94- | 213,657.18- | 230,007.94- | 266,665,269 | 09/19/08 |
| 1,380,961.05- | 531,364.02 | 1,071,771.29 | 2,984,096.36- | 55,123,055 | 09/19/08 |
| 54,286,948.36- | 56,231,081.00- | 54,286,948.36- | 56,231,081.00- | 55,796,251- | 09/19/08 |
| 55,881,566.59- | 55,929,724.92- | 53,428,834.25- | 53,476,992.58- | 243,985,632 | 09/19/08 |

```
- - - ACTIVITY - - -
```

| TR/DTE | LONG/SHORT(-) | DESCRIPTION | CUSIP/SEC | PRICE/ENT T/D TRD @ | DEBIT/CREDIT(-) |
|---|---|---|---|---|---|
| 09/19 | | ★★★SALR GROUP FINANCE B V | INT | 09/19 | 1,997,853.90- |
| | | DUE 06/09/2006  4.375 | 5196207 | | |
| 09/19 | | REV ENTRY OF 06 | | | |
| | | INCORRECT FX | | | |
| 09/19 | | ★★★SALR GROUP FINANCE B V | 5196207 | 09/19 | 1,944,132.64 |
| 17 | | DUE 06/08/2006  4.375 | INT | | 31,007.57- |
| | | REC 5/16/08 PAY 5/28/08 | | | |
| | | ON 23417000 BNDS | | | |
| 09/19 | | MARK TO MARKET | MKT MS | 09/19 | |
| 09/19 | | IWIRE RF051956B7HU2R008975 | CBW 3R | 09/19 | |
| | | 02660095A | | | |
| | | PART HERE. LTD FFC A C 732 401 | | | |
| | | MCI COMMINITIES, INC | | | |
| | | MARK TO MARKET SHORT POS | | | |

```
- - - POSITIONS - - -
```

| LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|
| 1.0000 | | XXA0009280 | 0.00000 | 0 | 0 |
| | ACAT DELIVERY IN PROGRESS | A000928 | | | |
| | DO NOT TRANSFER SECURITIES | 003081007O SB | 4.38000 | | |
| 484,481.0000 | ACACIA RESEARCH - ACACIA | A013707 SB | 4.38000H | 2,122,026 | 1,455,443 |
| | TECHNOLOGIES | 00374N1070 SB | 54.03600H | | |
| 392,902.0000 | ADQUVENT INC | A014468 SB | 54.03600,01,228,495 | 21,228,495 | 21,228,495 |
| | | 00374N1230 SB | 31.00000H | | |
| 40,000.0000 | WTS ADQUVENT INC | A017485 SB | 31.00000H | 1,240,000 | 372,000 |
| | | A017485 SB | 40.00000H | | |
| 2,179,878.0000 | ★★★BARRATT DEVELOPMENTS PLC | G082081060 | 2.71700H | 5,922,728 | 5,922,728 |
| | | B137756A SB | 2.71700H | | |
| | | 2003BK1090 SB | 1.99000 | | |
| 285,300.0000 | COMFORCE CORP | C000344 SB | 1.99000 | 567,747 | 567,747 |
| | | C000344A SB | 1.99000H | | |
| 10,000,000.0000 | WTS CD RADIO INC | 1252123590 SB | 0.00000H | 0 | 0 |
| | EXP 5/15/2009 ACCREDITED INVS | C010314 SB | 0.00000H | | |
| 6,664.0000 | COMDISCO HOLDING COMPANY INC | 2003541000 | 9.80000H | 65,307 | 65,307 |
| | | C012100 SB | 9.80000H | | |
| 25,942.0000 | CATTLESALE COMPANY | 1494791070 | 0.00000H | 0 | 0 |
| | | C012394 SB | 0.00000H | | |
| 13,377.0000 | CORE MARK HOLDING CO INC | 21866110040 | 27.92000 | 373,485 | 112,045 |
| | | C014610 SB | 27.92000 | | |

BRE56
732-40125

| TC TD LR | CLIENT 012  RR: 101 STONEHILL | | | | | |
|---|---|---|---|---|---|---|
| | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000                                                09/19/08    PAGE 93763

| DATE | LONG/SHORT | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 043008 | 111,001.0000 | OFFSHORE NMRCAPEX SA-ORD AP 1 PAR | P2006M020 SB | 1.47292H | 164,674 | 164,674 |
| 031808 | 36.0000 | DECISIONONE CORP NEW | 2434571000 D0047E52 SB | 0.00000H | 0 | 0 |
| 092707 | 860,395.0000 | NMFRONTERA COPPER CORPORATION | 3590431040 SB | 1.55675 | 1,352,947 | 1,352,947 |
| 092707 | 50,913.0000 | NMGUANGDONG ALLIANCE | G41B151040 SB | 0.00000H | 0 | 0 |
| 111607 | 19,346.0000 | SNS NMHGH WATER SUPPLY HL | C005D001 SK | 0.00000H | 0 | 0 |
| 091608 | 11,911.0000 | SNS WTS ICC COMMUNICATIONS INC | C005D020 SK | 0.00000H | 0 | 0 |
| 031808 | 402,500.0000 | HOVNANIAN ENTERPRISES INC-CL A | 4492A611E0 SB | 9.05000 | 3,642,625 | 1,821,312 |
| 091608 | 51,750.0000 | RTS KAISER GOVT PROGRAMS INC PUT RT PUR PFD KAISER GROUP | 48305B1110 SB | 0.00000H | 0 | 0 |
| 091608 | 2,718,868.0000 | KGEN PWR CORP | 49373X1030 SB | 0.00000H | 0 | 0 |
| 031808 | 44,482.0000 | CON 144A LEHMAN BROS HLDGS INC DEP SH RESTD 1/100TH 7.95% | 5252D0S170 SB | 0.11000H | 4,893 | 4,893 |
| 031808 | 2,000,000.0000 | NMKMAC FUNDING 1/1 LTD | 5252K2B020 SB | 0.00000H | 0 | 0 |
| 092607 | 346,623.0000 | PRIN PROTECTED SECS ACCREDITED | 6407P1030 SB | 1.55000H | 537,265 | 537,265 |
| 031808 | 75,745.0000 | NEENAH ENTERPRISES INC | 6407P1110 SB | 0.00000H | 0 | 0 |
| 092607 | 53,071.0000 | WTS NEENAH ENTERPRISES INC | 703044107O SB | 0.00000H | 0 | 0 |
| 091908 | 70,966,707.0000 | PATENT LITIGATION TR BENEFICIAL TRUST INTERSTS | Y714VY1340 SB | 0.00532H | 26 | 26 |
| 091508 | 134,259.0000 | NMRPT SIERRA PRODUCE TBK SNS SERIES A PCT INC | 0935401010 SB | 0.00000H | 377,532 | 377,532 |
| 092607 | 1,341,254.0000 | NMRETAIL HOLDINGS N V | N741081060 SB | 3.9900 | 535,693 | 402,777 |
| | 11,483,635.0000 | NMRSUNSHINE MNG & REFNO COMPANY PAR 20.01 | 867B3536000 SB S011728 SB | 8.00000H 0.00000H | 10,730,032 | 10,730,032 |

BHR56
732-40125
TC LDA
12 092607

CLIENT 012
RR: H01 STONEHILL
HOL/SHORT(-)
LONG/OSHORT(+)

MARGIN ACTIVITY STATEMENTS    CURR-CODE: 000          09/19/08          PAGE 93764

| Date | Quantity | Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| 092607 | 5,000.0000 | OFFSHORE SECURITY CREDITOR TRUST RESIDENT CREDITOR TRUST TR CTF SER B | G81FQ1240 | 0.00000H | 0 | 0 |
| 031808 | 233,100.0000 | 3DFX INTERACTIVE INC | S01SU75 SB | 0.01700H | 3,962 | 3,962 |
| 091708 | 9,200.0000 | NEW TRANSOCEAN INC NEW | T001110 SB | 125.4000H | 1,153,680 | 346,104 |
| 031808 | 244,444.0000 | NEW THUNDERBIRD RESORTS INC CON 144A | C900731000 SB | 0.00000H | 0 | 0 |
| 031808 | 13,000,000,000.0000 | NEW TELEGLOBE CANADA INC TEMP 82 10/23/2026 | 8660SP1060 SB | 0.00000H | 0 | 0 |
| 090908 | 45,471.0000 | NEW THUNDERBIRD RESORTS INC | T010488 SB | 5.5000H | 250,090 | 250,090 |
| 091608 | 92,000.0000 | US AIRWAYS GROUP INC NEW | 8794179720 SB | 7.9100H | 727,720 | 218,316 |
| 091608 | 187.0000 | VIATEL HOLDING BERMUDA LIMITED NEW | T104832 SB | 1.00000H | 187 | 187 |
| 051508 | 201,455.0000 | WTS WEBLINK WIRELESS | C08857612060 SB | 0.00000H | 187 | 187 |
| 031808 | | | T106117 SB | 0.00000H | 0 | |
| 091608 | 5,520.0000 | WASHINGTON MUTUAL INC 7.75% SERIES R NON CUMULATIVE | 93541M100 SB | 335.0000H | 1,849,200 | 554,760 |
| 091708 | 2,091,544.0000 | ZARLINK SEMICONDUCTOR INC | U003620 SB | 0.4900H | 1,024,856 | 1,024,856 |
| 092607 | 120,000.0000 | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA AIRLINES INC DUE 05/01/2013 5.300% | C93447J110 SB | 0.00000H | 0 | 0 |
| 092607 | 500,000.0000 | NEW YORK N Y CITY IND DEV AGY SPL FAC REV NORTHWEST AIRLINES DUE 06/01/2022 6.000% | V004215 SB | 0.00000H | 0 | 0 |
| 092607 | 7,600,000.0000 | CALIFORNIA STATEWIDE CMNTYS DEV AUTH SPL FACS DEV UTD AIR DUE 10/01/2034 5.625% | 130777Y9A60 SB | 4.0000H | 304,000 | 304,000 |
| 150,000,000.0000 | | | 3006B57 SB | 0.00000H | 0 | 0 |
| 031808 | 195,294.0000 | MOBILE ALA INDL DEV BRD SOLID WSTE DISP RV REF MOBILE ENERGY DUE 01/01/2020 6.950% | 60716AAY70 SB | 0.00000H | 195,294 | 0 |
| 040508 | 5,500,000.0000 | CITI GROUP INC MEDIUM TERM NTS DUE 10/27/2008 2.905% | 12560FEA50 SB | 99.3140H | 5,462,270 | 1,638,681 |

```
CLIENT 012                                                          MARGIN ACTIVITY STATEMENTS              09/19/08                    PAGE 93765
RR: H01 STONEHILL                                                   CURR-CODE: 000
TC: LDA  732-40125
    LONG/SHORT(+)  550,001.0000
ID: 031000            OFFSHORE
```

| Acct | Quantity | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement / Amortized Amount |
|---|---|---|---|---|---|---|
| 092507 | 29,260,000.0000 | CROWN PAPER CO SR SUB NOTES -ESCROW CUSIP- DUE 09/01/2005 11.000% | 2286049A60 SB / 5BBKJ07 SB | 0.00000 / 29,260,000.0000 | 0 | 0 |
| 090208 | 6,500,000.0000 | MMNMAC CAPITAL LTD DUE 07/24/2017 | Q5755NAB60 SB / 5BBKLB04 SB | 0.0000H / 6,500,000,000.0000 | 0 | 0 |
| 060308 | 460,000.0000 | NEENAH CORP SR SEC NT DUE 01/01/2017 9.500% | 64007LAR70 SB / 5BBKVUC2 SB | 76.62500 / 460,000.0000 | 352,475 | 158,613 |
| 071000 | 3,450,000.0000 | GMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2007-HE1 A-4-VAR DUE 08/25/2037 6.952% | 36186KAD70 SB / 5BBKVN8 SB | 37.9725H / 3,450,000,000.0000 | 1,310,052 | 1,310,052 |
| 122007 | 6,050,000.0000 | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/3C7 DUE 07/26/2023 7.045% | 55265AAN10 SB / 5BBHND6 SB | 0.00000 / 6,050,000,000.0000 | 0 | 0 |
| 080408 | 3,450,000.0000 | GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 DUE 12/25/2037 6.264% | 36186LAG80 SB / 5BBHTY6 SB | 46.66422H / 3,450,000,000.0000 | 1,609,915 | 1,609,915 |
| 091608 | 3,523,920.0000 | GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A2 DUE 12/25/2037 6.054% | 36186LAB90 SB / 5BBNTZ6 SB | 48.83500H / 3,523,920.0000 | 1,720,906 | 1,720,906 |
| 072508 | 18,170,000,000.0000 | GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS AA DUE 12/25/2037 6.424% | 36186LAD50 SB / 5BBQTZ9 SB | 32.07718H / 18,170,000,000.0000 | 5,828,423 | 5,828,423 |
| 080508 | 15,410,000,000.0000 | GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 DUE 12/25/2037 6.193% | 36186LA670 SB / 5BBQVB1 SB | 48.54300H / 15,410,000,000.0000 | 7,480,476 | 7,480,476 |
| 091700 | 6,670,000,000.0000 | MASONITE CORP SR SUB NT DUE 04/06/2015 11.000% | 57637AE20 SB / 5BBRZC1 SB | 23.00000H / 6,670,000,000.0000 | 1,534,100 | 1,534,100 |
| 080408 | 1,012,000,000.0000 | STANDARD PACIFIC CORP CVT SENIOR SUB NOTES DUE 10/01/2012 6.000% | 85376SAA80 SB / 5BDCLN9 SB | 93.37500 / 1,012,000,000.0000 | 944,955 | 283,486 |
| 091608 | 17,236,000,000.0000 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A DUE 12/25/2027 6.600% | 69537YAE40 SB / 5BCLLC0 SB | 80.37500H / 17,236,000,000.0000 | 11,310,958 | 11,310,958 / 14,072,732.41 |
| 031800 | 1,150,000,000.0000 | MANSTANFIELD VICTORIA EURO MEDIUM TERM NOTE DUE 03/28/2008 | C64590CAN00 SB / 5BCSLJ0 SB | 0.00000H / 1,150,000,000.0000 | 0 | 0 |

```
BM56                                                          MARGIN ACTIVITY STATEMENTS          09/19/08          PAGE  93766
732-40125                                                     CURR-CODE: 000
TC UDA
080408

CLIENT 012
RR: HB1, STONEHILL
LONG/SHORT(+-)                                                                                                      MARGIN REQUIREMENT
26,875,000.0000                                                                                                     16,662,500
```

| Acct | LONG/SHORT(+-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE 16,662,500 | AMORTIZED AMOUNT | MARGIN REQUIREMENT 16,662,500 |
|---|---|---|---|---|---|---|---|
| 061308 | 4,600,000.0000 | RESIDENTIAL CAP LLC SR SECD NT FLT DUE 05/15/2010  8.550% | 76114EAE20 SB | 62.00000H | 4,600,000.0000 | 0 | 0 |
| 090208 | 7,625,000.0000 | STANFIELD VICTORIA FIN LTD MEDIUM TERM NTS144A 3C7 DUE 01/25/2008  3.452% | 85431AJM00 SB | 0.10000 | 7,625,000.0000 | 0 | |
| 00110B | 2,294,000.0000 | CAPMARK FINL GROUP INC SR NT FLT 10 DUE 05/10/2010 | 14066IAQ10 5DKWR1 | 76.93500 | 5,866,141 | | 1,759,842 |
| 071808 | 9,085,000.0000 | ZIFF DAVIS MEDIA INC SR SECD NT FLTG RATE NEW DUE 05/01/2012 | 96951UAJ50 5DBNVY1 | 0.00000H | 2,294,000.0000 | 0 | |
| 00120B | 201,000.0000 | ZIFF DAVIS MEDIA INC SR SECD NT - ESCROW CUSIP - DUE 05/01/2012 | 909ESC9910 5DBNVZ6 | 0.00000H | 9,085,000.0000 | 0 | |
| 00080B | 340,000.0000 | MONTANA POWER CO -TENDER OFFER - DUE 12/22/2026  7.960% | 612DHTDA90 5DBQNJ0 | 0.00000 | 201,000.0000 | 0 | |
| 00110B | 197,000.0000 | MONTANA POWER CO - CONTRA CUSIP - DUE 12/23/2026 | 612DHTDC40 5DBQNT2 | 0.00000 | 340,000.0000 | 0 | |
| 082008 | 11,676,000.0000 | MONTANA POWER CO - TENDER OFFER - DUE 12/20/2006  7.070% | 612DHTS960 5DBQPD0 | 0.00000 | 197,000.0000 | 0 | |
| 00110B | 16,865,000.0000 | CB NORTHWESTERN CORP CONTRA CUSIP- DUE 03/15/2007 | 66899ABG60 5DBQSC5 SB | 0.00000 | 11,676,000.0000 | 0 | |
| 082008 | 7,528,000.0000 | NORTHWESTERN CORPORATION SENIOR DEBENTURE DUE 11/15/2028  7.875% | 66899ABF80 5DBRLG4 SB | 0.00000 | 16,865,000.0000 | 0 | |
| 00110B | 4,950,000.0000 | NORTHWESTERN CORP -CONTRA CUSIP- DUE 03/15/2012  6.950% | 66899ABH40 5DBXBS2 SB | 0.00000 | 7,528,000.0000 | 0 | |
| 091208 | 1,100,000.0000 | VICTORIA FIN LTD 144A VR 090900-102.1209 DUE 12/12/2008  8.750% | 92620QAL30 5BFDPV0 SB | 0.00000 | 4,950,000.0000 | 0 | |
| 091208 | 4,644,999.0000 | VICTORIA FIN LTD 144A VR 090900-021709 DUE 02/17/2009 | 92620QAF60 5BFBRQ5 SB | 0.00000 | 1,100,000.0000 | 0 | |
| 031808 |  | GREEN TREE FINL CORP SER 1997-4 MFD HSG SB/SUB DUE 02/15/2029  7.750% | 39350SUY60 5C4B250 SB | 0.00000H | 4,644,999.0000 | 0 | 2614,347.94 |

BHR56
732-40125
LDA
TC
TC
12
12
13

| CLIENT 012  RR: H&I STONEHILL  LONG/SHORT(+)  795,000.0000 | | MARGIN ACTIVITY STATEMENTS  CURR-CODE: 000 | | 09/19/08 | | PAGE 93767 | |
|---|---|---|---|---|---|---|---|
| Acct | LONG/SHORT(+) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
| 031808 | 14,000,000,000.0000 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES DUE 10/15/2029 7.750% | 3G5305FC00 SB | 0.00000H | 14,000,000,000.0000 | 0 | 446,349.60 |
| 031808 | 31,643,000,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR ASSET BKD NT DUE 06/15/2005 7.052% | B1375BAW20 5C60831 SB | 0.00000H | 31,643,000,000.0000 | 0 | |
| 031808 | 12,362,000,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR CL A2 DUE 06/15/2006 7.330% | 37937WAA70 5C64242 SB | 0.00000H | 12,362,000,000.0000 | 0 | |
| 031808 | 1,000,000,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR SERIES 1998-A C1-A2 DUE 09/15/2007 7.060% | 37937WAB50 5C64936 SB | 0.00000H | 1,000,000,000.0000 | 0 | |
| 031808 | 30,068,000,000.0000 | PEGASUS AVIATION LEASE SECURITIZATION IIASTRK/SERIES DUE 05/10/2031 2.94% | 70557RAA60 5E11267 SB | 0.00000H | 30,068,000,000.0000 | 0 | |
| 091608 | 4,025,000,000.0000 | SECURITIZED MULTIPLE ASSET SERIES 1997-6 CL A-1 DUE 11/15/2006 7.10% | B1375BAX00 5E12094 SB | 52.93800H | 4,025,000,000.0000 | 1,900,914 | 1,900,914 |
| 090208 | 8,947,000,000.0000 | CMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2004-HE1 A-3-VAR DUE 06/25/2034 2.601% | 36386GCV70 5E3941 SB | 99.65760H | 8,947,000,000.0000 | 1,423,689 | 3590,832.14 / 1,423,689 |
| 052708 | 2,990,000,000.0000 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 DUE 09/25/2020 2.571% | 7610USA20 5F99267 SB | 70.04400H | 2,990,000,000.0000 | 2,094,315 | 1428,580.64 |
| 063008 | 2,150,000,000.0000 | RESIDENTIAL FDG MTG SECS II IN SERIES 2005-HSA1 CLASS A-2 DUE 11/25/2020 5.195% | 76110VTD00 5I06641 SB | 70.04400H | 2,990,000,000.0000 | 2,094,315 | 2,094,315 |
| 031808 | 9,200,000,000.0000 | CMHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR DUE 07/25/2027 5.627% | 126685DW30 5I19024 SB | 78.56092H | 2,150,000,000.0000 | 1,689,059 | 1,689,059 |
| 060408 | | CMHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-3-VAR DUE 07/25/2027 5.601% | 126685DX10 5I19025 SB | 41.12617H | 9,200,000,000.0000 | 3,783,607 | 3,783,607 |
| 091608 | 6,836,750.0000 | CMACH HOME EQUITY LN TR SERIES 2006-HE1 CLASS A-2 DUE 10/25/2036 5.750% | 3G012TAB80 5I39489 SB | 57.55283H | 6,836,750.0000 | 3,934,743 | 3,934,743 |
| 072808 | 1,725,000.0000 | CMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-HE3 A-4-VAR DUE 10/25/2036 6.000% | 3G012TAD40 5I41567 SB | 83.11753H | 1,725,000.0000 | 1,433,777 | 1,433,777 |
| 070708 | 4,070,000,000.0000 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 DUE 03/25/2034 5.650% | 126684AC30 5I43662 SB | 87.26355H | 4,070,000,000.0000 | 3,551,626 | 3,551,626 |

```
BMR6
732-40125
TCT
LDA
12
```

CLIENT 012
RR: WA STONEHILL
SECURITY(SHORT+-)
LONG/SHORT(+-)  18,301,000.0000

OFFSHORE
CURR-CODE: 000

**MARGIN ACTIVITY STATEMENTS**

09/19/08   PAGE 93768

| CODE | LONG/SHORT | DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE 0 | MARGIN REQUIREMENT 0 |
|---|---|---|---|---|---|---|
| 092607 | 10,815,000.0000 | MMPOLLY PECK INTERNATIONAL SUB DEB CV DUE 12/15/2002 6.500% | C71554M20 / 5002347 SB | 0.00000H | 0 | 0 |
| 082208 | 1,450,000.0000 | ESC COMDSCD INC NOTE - ESCROW - DUE 01/03/1997 8.750% | 5013541 SB | 0.00000H | 0 | 0 |
| 121807 | 3,000,000.0000 | IONICA PLC SR NOTE PLC DUE 05/15/2003 6.125% | 2003368B90 / 5039910 SB | 0.00000H | 0 | 0 |
| 031808 | 11,530,000.0000 | ESC KITTY HAWK INC DUE 08/15/2006 13.500% | 462213AJ80 / 5032625 SB | 0.00000H | 0 | 0 |
| 031808 | | SR SEED NTS DUE 11/15/2004 9.950% | 498326PC30 / 5037926 SB | 0.00000H | 0 | 0 |
| 031808 | 966,000.0000 | WOLVERINE TUBE INC SENIOR NOTE SER B DUE 04/01/2009 10.500% | 976093AE20 / 5042652 SB | 92.0000H | 888,720 | 888,720 |
| 031808 | 2,540,000.0000 | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE DUE 06/01/2007 10.625% | 155560AA30 / 5046016 SB | 0.00000H | 0 | 0 |
| 031808 | 3,000,000,000.0000 | IONICA PLC SENIOR DISC NOTES DUE 05/01/2007 15.000% | 462213AK50 / 5051503 SB | 0.00000H | 0 | 0 |
| 031808 | 1,650,000.0000 | KEY PLASTICS INC SR SUB NOTE SER B DUE 03/15/2007 10.250% | 493137AD50 / 5065089 SB | 0.00000H | 0 | 0 |
| 031808 | 500,000.0000 | PRATAMA DATAKOM ASIA ACCREDITED INVS DUE 07/15/2005 12.750% | 739731AB30 / 5070317 SB | 0.00000H | 0 | 0 |
| 031808 | 18,880,000.0000 | ENERGY GROUP OVERSEAS BV GTD NOTES 7.375% 10/9/98 DUE 10/15/2017 7.425% | 292689AC00 / 5070867 SB | 32.50000H | 6,136,000 | 1,888,000 |
| 121607 | 30,633,000.0000 | ENERGY GROUP OVERSEAS BV INT DUE 10/15/2027 7.560% | 292689AD80 / 5071495 SB | 32.50000H | 9,955,725 | 3,063,300 |
| 031808 | 34,450,000.0000 | NRG ENERGY INC SR NOTE DUE 06/15/2007 7.500% | 629377AQ40 / 5075991 SB | 0.00000H | 0 | 0 |
| 033108 | 10,350,000,000.0000 | READ RITE CORP CONV SUB NOTES DUE 09/01/2004 6.500% | 755246AA30 / 5077083 SB | 6.500% | 0 | 0 |

```
BR#56                 CLIENT 012
732-40125             RR: N01   STONEHILL OFFSHORE                 MARGIN ACTIVITY STATEMENTS        09/19/08        PAGE  93769
LDA                                                               CURR-CODE: 000
012*08
```

| CODE | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT | AMORTIZED AMOUNT |
|---|---|---|---|---|---|---|---|
| 012*08 | 5,550,000.0000 | WNSOUTHEAST BANKING CORP STAMPED CERTIFICATES DUE 11/12/1997  5.250% | XK50935970 5935597 SB | .00000 | 5,550,000.0000 | 0 | |
| 031808 | 7,125,000.0000 | VENTURE HOLDINGS TRUST SR NOTE SER B DUE 07/01/2005  9.500% | 92326YAD10 5102005 SB | 0.0000H | 7,125,000.0000 | 0 | |
| 111607 | 20,005,000.0000 | L!VENT INC SR NTS DUE 10/15/2004  9.375% | 557902AC20 5109706 SB | 0.0000 | 20,005,000.0000 | 0 | |
| 031808 | 70,000,000.0000 | CELLNET DATA SYS INC SENIOR DISC NOTE DUE 10/01/2007  14.000% | 15115MAL50 5109824 SB | 0.0000H | 70,000,000.0000 | 0 | |
| 031808 | 3,092,000.0000 | DELTA MILLS INC SR NOTE SER B DUE 09/01/2007  9.625% | 247701AB10 5115626 SB | 0.0000H | 3,092,000.0000 | 0 | |
| 031808 | 5,004,000.0000 | DRYPERS CORP SR NTS SER-B DUE 06/15/2007  10.25% | 262497AG50 5123009 SB | 0.00000H | 5,004,000.0000 | 0 | |
| 092607 | 2,410,000.0000 | EURO 0-CPN STAMPED CERT DUE 12/16/1996 WNSOUTHEAST BANKING CORP | XK5123S170 5123317 SB | 0.0000 | 2,410,000.0000 | 0 | |
| 031808 | 14,153,000.0000 | KELLSTROM INDS INC SUB NTS CONV DUE 10/15/2002  5.750% | 480035CAC00 5126354 SB | 0.0000H | 14,153,000.0000 | 0 | |
| 091708 | 12,650,000.0000 | CAL-INE CONSTRUCTION FINANCE CO 1 / CORP 2ND PRIORITY DUE 08/26/2011  11.602% | 13134VAA50 5128605 SB | 107.50000H | 12,650,000.0000  13,598,750 | 6,119,437 | |
| 092607 | 18,090,000.0000 | WNPOLLY PECK INTL FINANCE CHF DUE 03/20/2049  6.250% | 071536AF60 5131393 SB | 0.0000H | 18,090,000.0000 | 0 | |
| 031808 | 1,000,000.0000 | IRIDIUM LLC CORP SR NOTE SER C DUE 07/15/2005  11.250% | 46269lAA40 5132068 SB | 0.0000H | 1,000,000.0000 | 0 | |
| 092607 | 56,450,000.0000 | MMRSL COMMUNICATIONS GLOBAL USD DUE 03/15/2006  10.00% | G7703AAD70 5142263 SB | 0.0000H | 56,450,000.0000 | 0 | |
| 031808 | 24,440,000.0000 | KELLSTROM INDS INC CONV SUB NOTES DUE 06/15/2003  5.500% | 480035AE60 5142366 SB | 0.0000H | 24,440,000.0000 | 0 | |
| 031808 | 83,989,000.0000 | PSINET INC SENIOR NOTES SER B DUE 02/15/2005  10.000% | 74437CAD70 5142821 SB | 0.0000H | 83,989,000.0000 | 0 | |

```
                                                                                                        0                    72186,756.53
```

```
BRMSL 732-60125          CLIENT 012   STONEHILL                    MARGIN ACTIVITY STATEMENTS              09/19/08        PAGE 95770
TC  LOA                  RR: M01      OFFSHORE                      CURR-CODE: 000
IP  031008                            LONG/SHORT(-)
                                      8,250,000.0010-
```

| Date | Long/Short | Security Description | CUSIP / SEC | Price | Market Value | Amortized Amount | Margin Requirement |
|---|---|---|---|---|---|---|---|
| 031008 | 8,250,000.0010- | INSILCO HOLDING CO / SR DISC NT / DUE 08/15/2008  14.000% | 4576618A40 / 5143514 SB | 0.00000H | 8,250,000.0000 | | 0 |
| 092507 | 16,275,000.0000 | NRNS-ATR GROUP / SWEAR / DUE 07/07/2005  0.125% | H711DNAD50 / 5144409 SB | 12.12100H | 16,275,000.0000 | 1,980,830 | 594,249 |
| 031008 | 24,385,000.0000 | NENRSL COMMUNICATION PLC / SR NTS / DUE 03/01/2008  9.125% | 74972EAC20 / 5145204 SB | 0.00000H | 24,385,000.0000 | | 0 |
| 031008 | 27,500,000.0000 | CHS ELECTRONICS INC / SENIOR NOTES / DUE 04/15/2005  9.875% | 12542AAB30 / 5147251 SB | 0.0000H | 27,500,000.0000 | | 0 |
| 031008 | 100,930,000.0000 | NNCENTAUR MINING & EXPL LTD / SENIOR SECD NOTE / DUE 12/01/2007  11.000% | 15133CAC50 / 5150567 SB | 0.00000H | 100,930,000.0000 | | 0 |
| 031008 | 50,420,000.0000 | EXODUS COMMUNICATIONS INC / SR NTS / DUE 07/01/2008  11.250% | 302086AB50 / 5158280 SB | 0.00000H | 50,420,000.0000 | | 0 |
| 072208 | 6,705,304.0000 | WHEELING PITTSBURGH STL CORP / SR SECD NT / DUE 08/01/2010  6.000% | 963150AA50 / 5169833 SB | 53.75000H | 6,705,304.0000 | 3,604,100 | 1,081,230 |
| 031008 | 34,270,000.0000 | SAFETY KLEEN SERVICES INC / SR SUB NOTE / DUE 06/01/2008  9.250% | 78649DAA30 / 5173374 SB | 0.00000H | 34,270,000.0000 | | 0 |
| 031008 | 25,057,250.0000 | NRG ENERGY INC / SENIOR DEB / DUE 05/15/2006  6.500% | 62937?AE20 / 5174451 SB | 0.00000 | 25,057,250.0000 | | 0 |
| 092507 | 23,417,000.0000 | NNRSATR GROUP FINANCE B V / DUE 06/08/2006  4.375% | H5439BAA60 / 5196297 SB | 0.00000 | 23,417,000.0000 | | 0 |
| 052908 | 76,891,000.0000 | PSINET INC / SR NTS / DUE 11/01/2008  11.500% | 74437DAD30 / 5200900 SB | 0.00000H | 76,891,000.0000 | | 0 |
| 031008 | 19,560,000.0000 | WCI COMMUNITIES INC / CONV SENIOR SUB NOTE / DUE 10/01/2013  7.875% | 92923CAM60 / 5214313 SB | 39.00000H | 19,560,000.0000 | 7,628,400 | 7,628,400 |
| 031008 | 27,850,000.0000 | SECURITIZED MULTIPLE ASSET / RATED TR 1997-5 ASSET BACKED / DUE 06/15/2005  7.875% | 81375BAJ10 / 5216675 SB | 0.00000H | 27,850,000.0000 | | 0 |
| 031008 | 34,450,000.0000 | NRG ENERGY INC / SR NOTE / DUE 06/01/2009  7.720%  7.500% | 62937?AE20 / 5219666 SB | 0.00000 | 34,450,000.0000 | | 0 |

Totals: AMORTIZED AMOUNT 0   89670,352.00   0   65681,945.35

BR#56
732-401.25
TC
LDA
031800          8,800,000.0000

CLIENT 012
RR: H&I STONEHILL OFFSHORE
LONG/SHORT(-)

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08                    PAGE 93771

| BR# | Quantity | SECURITY DESCRIPTION | Rate | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 031800 | 8,800,000.0000 | CONSUMER PACKAGING INC SR NOTE DUE 02/01/2007 | 9.750% | 21061PAD60 SB | 0.00000H 8,800,000.0000 | 0 | 0 |
| 092607 | 23,300,000.0000 | INSILCO CORP SR SUB NOTE SER-B DUE 08/15/2007 12.000% | | 459659AM20 523736S SB | 0.00000H 23,300,000.0000 | 0 | 0 |
| 081300 | 25,420,000.0000 | POLLY PECK INTL FINANCE LTD DUE 11/19/1990 6.250% | | 071B36AB50 522S032 SB | 0.00000H 23,420,000.0000 | 0 | 0 |
| 092607 | 6,769,000.0000 | MCI COMMUNITIES INC CONV DUE 08/05/2023 4.000% | | 92923CAK00 522S200 SB | 33.00000H 6,769,000,000 2,233,770 | 670,131 | |
| 031300 | 5,700.0000 | SEA HOLDINGS DUE 07/15/2049 4.000% | | XX62296810 522962 SB | 0.0000H 5,700.0000 | 0 | 0 |
| 101207 | 2120,000,000.0000 | PEREGRINE INVEST HOLDINGS LTD DUE 06/20/2000 | | XX62299550 522955 SB | 0.00000H 2120,000,000,000.0000 | 0 | 0 |
| 031800 | 6,395,000.0000 | BUDGET GROUP INC SR NTS DUE 04/01/2006 | 9.125% | 11905AF80 525076D SB | 0.00000 6,395,000,000.0000 | 0 | 0 |
| 031800 | 26,335,000.0000 | TELEGLOBE INC GTD DEB DUE 07/20/2009 | 7.200% | 87941IAD70 52317SS SB | 0.00000H 26,335,000,000.0000 | 0 | 0 |
| 031800 | 53,161,000.0000 | TELEGLOBE INC DEB DUE 07/20/2029 | 7.700% | 87941IAE50 52317E3 SB | 0.00000H 53,161,000,000.0000 | 0 | 0 |
| 031800 | 79,740,000,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR 1996-A ASSET BACKED NT A-3 DUE 01/15/2002 | | 37937MAD10 52356S9 SB | 0.0000N 79,740,000,000.0000 | 0 | 0 |
| 092607 | 7,000,000.0000 | SFC NEW HLDGS INC SR SUB NT DUE 08/15/2003 | 13.250% | 78412SAF80 52371Z6 SB | 0.00000N 7,000,000,000.0000 | 0 | 0 |
| 031800 | 18,600,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5ASSET BACKED DUE 03/15/2005 | 1.15% | 01375BAK00 524S527 SB | 0.0000N 18,600,000,000.0000 | 0 | 0 |
| 031800 | 4,000,000.0000 | GST NETWORK FUNDING INC SENIOR DISC NOTE DUE 05/01/2008 | | 3628VAC90 524644Z SB | 0.0000 4,000,000,000.0000 | 0 | 0 |
| 031800 | 3,215,000.0000 | CARRIER INTL A SR NOTE SER B DUE 02/15/2009 | 13.250% | 1446DDAC90 52478DI SB | 0.0000H 3,215,000,000.0000 | 0 | 0 |

```
BMG6
732-40125
TC
LOA
12
```

```
CLIENT 012
RR: H8I STONEHILL OFFSHORE
LONG/SHORT(-)
```

| | MARGIN ACTIVITY STATEMENTS | | | 09/19/08 | PAGE 93772 |
|---|---|---|---|---|---|
| | SECURITY DESCRIPTION | CURR-CODE: 000 | | | |
| LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE / MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |

| Code | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE / MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 031808 | 49,600,000.0000 | IT GROUP INC SENIOR SUB NOTE SER B DUE 04/01/2009 11.250% | 5249169 | 0.0000H 49,600,000.0000 | | 0 |
| 092607 | 2,270,000.0000 | HMS-AIR GROUP INC DUE 11/15/2004 7.500% | XK62B62B90 SB | 0.0000H 0.00020 0.0000H | | 0 |
| 031808 | 173,811,000.0000 | PSINET INCORPORATED SR NT DUE 08/01/2009 11.000% | 5282629 SB / 6956SVAB30 SB / 5253156 SB | 0.0000H 175,811,000.0000 | AMORTIZED AMOUNT 149316,337.20 | 0 |
| 061800 | 4,350,000.0000 | YOSEMITE SECURITIES TRUST I 99-A LINKED ENRON OBLIG LEDS DUE 11/15/2004 8.250% | 5255212 SB | 0.00000H 4,350,000.0000 | AMORTIZED AMOUNT 3406,393.21 | 0 |
| 071008 | 52,619,000.0000 | FRIEDE GOLDMAN INTL INC SUB NT DUE 09/15/2004 4.500% | 354630AA0 SB / 5255291 SB | 0.0000H 52,619,000.0000 | | 0 |
| 092607 | 4,100,000.0000 | HMKPSINET INC SER EUR SR NOTES EURO SER DUE 08/01/2009 11.000% | XK62B56090 SB / 5255609 SB | 0.0000 4,100,000.0000 | | 0 |
| 071008 | 11,717,000.0000 | RESIDENTIAL CAP CORP NT 7.375% ON 08/18/2007 DUE 06/30/2010 8.375% | 7611SBAF60 SB / 5259929 SB | 21.00000H 11,717,000.0000 | 2,460,570 | 2,460,570 |
| 031808 | 34,039,000.0000 | EXODUS COMMUNICATIONS INC SR NT DUE 12/15/2009 10.750% | 302080AH20 SB / 5261713 SB | 0.0000H 34,039,000.0000 | AMORTIZED AMOUNT 25544,316.34 | 0 |
| 031808 | 11,475,000.0000 | VENTURE HOLDINGS TRUST DUE 06/01/2009 11.000% | 92326YAF60 SB / 5261756 SB | 0.0000H 11,475,000.0000 | | 0 |
| 040708 | 67,826,000.0000 | WORLD ACCESS INC SENIOR NOTES DUE 01/15/2008 13.250% | 9B141AAD30 SB / 5262154 SB | 0.0000H 67,826,000.0000 | AMORTIZED AMOUNT 65821,695.57 | 0 |
| 20042208 | 1,840,000.0000 | SLM CORP MEDIUM TERM NTS DUE 07/27/2009 2.940% | 78442FDR80 SB / 5262964 SB | 94.85714H 1,840,000.0000 1,745,371 | | 523,611 |
| 12111607 | 4,037,000.0000 | TXU EASTERN FUNDING CO GTD SR NT DRC CPN 6.45000 DUE 05/15/2005 6.450% | 871169AF30 SB / 5264215 SB | 0.00000H 4,037,000.0000 | | 0 |
| 11111607 | 8,650,000.0000 | TXU EASTERN FUNDING CO GTD SR NOTE DUE 05/15/2009 6.750% | 873169AL50 SB / 5264525 SB | 0.0000H 8,650,000.0000 | | 0 |
| 092607 | 400,000.0000 | USD HEMMENDRAXON INTL FINANCE DUE 03/29/2001 10.000% | Y3962EAA60 SB / 5272401 | 0.0000H 400,000.0000 | | 0 |

```
BMB6              CLIENT 012                    MARGIN ACTIVITY STATEMENTS                                    09/19/08        PAGE 93775
732-4012S         RR: H&1 STONEHILL
LDA               OFFSHORE  SECURITY DESCRIPTION    CURR-CODE: 000
TC 12             RR: LONG/SHORT(-)
031808                           26,400,000.0000   CONTINENTAL AIRLINES INC SR      2107959040   0.00000H   26,400,000.0000
                                                   NOTES GTD-REG-ESCROW             5272505 SB
                                                   DUE 03/15/1997  11.500%
011708            133,370,000.0000                 PSINET INC                       74437CAG60   0.00000H
                                                   SR NOTE                          5273979 SB   133,370,000.0000   0   AMORTIZED AMOUNT 116603,283.75
092607            300,000.0000                     DUE 12/01/2006   10.500%         G9143JAE00   0.00000H   300,000.0000   0
                                                   MMMTMU EASTERN FUNDING           5275991 SB
010908            48,443,000.0000                  DUE 03/00/2030   7.250%          XX52772070   0.00000   48,443,000.0000   0
                                                   MMM PSINET INC                   5277207 SB
                                                   EURO SERIES
092607            2,250,000.0000                   DUE 12/01/2006   10.500%         549860AA50   0.00000   2,250,000.0000   0
                                                   LUKENS INC                       5278012 SB
                                                   MEDIUM TERM NOTES
031808            4,218.0000                       DUE 02/01/2006   6.500%          03594AMA50   0.00000H   4,218.0000   0
                                                   MMMCMD BONDHOLDER TRUST          5281808 SB
                                                   OFFSHORE TR CTF REG S
                                                   DUE 03/31/2000
031808            100.0000                         CMD BONDHOLDER TRUST             36188IAA30   0.00000H   100.0000   0
                                                   OFFSHORE TR CTF 144A             5282351 SB
                                                   DUE 03/31/2000
031808            5,985,000.0000                   ETOYS IND                        29726CAB00   0.00000   5,985,000.0000   0
                                                   CONV SUB NOTE                    5294718 SB
092607            1,850,000.0000                   DUE 12/01/2004   6.250%          XX52964570   0.0000H   1,850,000.0000   0
                                                   MMMS-AIR GROUP                   5294457 SB
031808            5,262,000.0000                   DUE 11/04/2004  2.125%           19626AD00   0.0000H   5,262,000.0000   0
                                                   COLOR TILE INC   SR NT           5307531 SB
031808            23,850,000.0000                  DUE 12/15/2001  10.750%          62937JAE70   0.0000   23,850,000.0000   0
                                                   NNG ENERGY INC                   5310622 SB
031808            15,218,000.0000                  DUE 09/15/2010   8.250%          26952649C00   0.0000H   15,218,000.0000   0
                                                   EAGLE GEOPHYSICAL INC            5310628 SB
                                                   SR NT SER B -ESCROWED-
031808            4,036,450.0000                   DUE 07/15/2008   10.750%         55376WAD10   0.0000   4,036,450.0000   0
                                                   MTS INC                          5322255 SB
                                                   SR SUB NOTE
061308            9,213,000.0000                   DUE 03/10/2009   10.000%         29357YAA10   0.00000H   9,213,000.0000   0
                                                   ENRON CORP                       5326524 SB
                                                   PRIVATE PLACEMENT
031808            18,635,000.0000                  DUE 08/15/2005   8.000%          74922EAN00   0.00000   18,635,000.0000   0
                                                   RSL COMMUNICATIONS PLC           5325546 SB
                                                   GRD US$ SR NT
                                                   DUE 03/01/2010  12.875%
```

MARGIN ACTIVITY STATEMENTS    09/19/08   PAGE 93774

BMR56 CLIENT 012
732-40125 RR: H81 STONEHILL
TC  LDA   LONG/SHORT(-)  CURR-CODE: 000

| TC | DATE | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 12 | 092507 | 7,000,000.0000 | MMMRSL COMMUNICATIONS PLC DUE 05/01/2010  12.875% | 07702XAC00  SB 5326674 | 0.00000H 7,000,000.0000 | 0 | 0 |
| 12 | 031808 | 17,000,000.0000 | GT GROUP TELECOM INC SENIOR DISC EXCH NOTES DUE 02/01/2010  13.250% | 36235NAD50  SB 5329921 | 0.00000H 17,000,000.0000 | 0 | 0 |
| 12 | 092507 | 31,627,000.0000 | MMMAIRGROUP FINANCE DUE 10/06/2010  6.625% | N5639BAC20  SB 5332712 | 0.0000H 31,627,000.0000 AMORTIZED AMOUNT | 0 29254,975.00 | 0 |
| 12 | 092507 | 1,250,000.0000 | MMMFASHINCO FINANCE LTD EURO MEDIUM TERM NOTE DUE 02/10/2003 | Q73665AA10  SB 5334867 | 0.00000 1,250,000.0000 | 0 | 0 |
| 12 | 080508 | 13,105,000.0000 | MCI CMMTYS INC SR SUB NT DUE 05/15/2015  6.625% | 92923CAP90  SB 5337735 | 40.0000H 13,105,000.0000 | 5,242,000 | 5,242,000 |
| 12 | 072208 | 4,975,000.0000 | BRODER BROS CO SR NOTE DUE 10/15/2010  11.250% | 112013AB30  SB 5341743 | 67.50000H 4,975,000.0000 | 3,358,125 | 3,358,125 |
| 12 | 092507 | 1,320,000.0000 | MMMMULTAKERAMIK FINANCE LTD SENIOR B VAR RT DUE 10/31/2007 | V65509NA30  SB 5341886 | 0.00000H 1,320,000.0000 AMORTIZED AMOUNT | 0 1294,075.46 | 0 |
| 12 | 092507 | 3,600,000.0000 | MMMEXODUS COMMUNICATIONS SENIOR NOTES DUE 12/15/2009  10.75% | XHS342696O  SB 5342496 | 0.00000H 3,600,000.0000 AMORTIZED AMOUNT | 0 3047,581.00 | 0 |
| 12 | 031808 | 13,650,000.0000 | MMMEXODUS COMMUNICATIONS SENIOR NOTES DUE 07/15/2008  11.375% | 302086AH90  SB 5343324 | 0.00000 13,650,000.0000 | 0 | 0 |
| 12 | 010708 | 8,505,000.0000 | MMMTKU EUROPE FUNDING LTD EURO ISSUE DUE 11/30/2005  7.000% | G9143RAA00  SB 5346617 | 0.00000H 8,505,000.0000 | 0 | 0 |
| 12 | 031808 | 164,013,000.0000 | EXODUS COMMUNICATIONS INC USS SR NT DUE 07/15/2010  11.625% | 302086AL30  SB 5355200 | 164.013,000.0000 AMORTIZED AMOUNT | 0 123370,175.12 | 0 |
| 12 | 092507 | 6,045,389.0000 | MMMMULTAKERAMIK FINANCE LTD SENIOR A VAR RATE DUE 10/31/2007  7.187% | V65509AA50  SB 5355724 | 0.00000H 6,045,389.0000 | 0 | 0 |
| 12 | 073008 | 4,950,000.0000 | GENERAL MOTORS ACCEPTANCE CORP GLOBAL NOTES DUE 03/02/2011  7.250% | 370425NU60 5356646 | 62.78500 4,950,000.0000 | 3,107,857 | 1,398,535 |
| 12 | 031808 | 2,925,000.0000 | ESCROW GUANGDONG INTL TR & INVT 144A DUE 11/15/2020  6.750% | 40065L9A10  SB 5358558 | 0.00000H 2,925,000.0000 | 0 | 0 |

BHR56    CLIENT 012                    MARGIN ACTIVITY STATEMENTS            09/19/08        PAGE 93775
32-40125    RR: HBL STONEHILL OFFSHORE              CURR-CODE: 000

| C LDA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 2 031806 | 3,300,000.0000 | ESCROW GUANGDONG INTL TR & INV 144A DUE 10/24/2016 6.750% | 40065L9D30 5359457 SB | 0.00000H 3,300,000.0000 | 0 | | 0 |
| .2 031806 | 42,129,000.0000 | ***ASIA GLOBAL CROSSING LTD SR NT DUE 10/15/2010 13.375% | 045186CA870 5362572 SB | 0.00000H 42,129,000.0000 | 0 | AMORTIZED AMOUNT | 34640,153.59 |
| .2 031806 | 63,600,000.0000 | NRG ENERGY INC BONDS DUE 04/01/2031 8.625% | 629377AL60 5368394 SB | 0.00000 63,600,000.0000 | 0 | | 0 |
| .2 031806 | 23,850,000.0000 | NRG ENERGY INC NOTES DUE 04/01/2011 7.750% | 629377AK80 5368395 SB | 0.00000H 23,850,000.0000 | 0 | | 0 |
| 12 121007 | 1,185,000.0000 | FLEMING COS INC NTS DUE 04/01/2008 10.125% | 339130AP10 5370856 SB | 0.00000H 1,185,000.0000 | 0 | AMORTIZED AMOUNT | 1109,445.69 |
| 12 032708 | 1,650,000.0000 | CIT GROUP INC NEW SR NT DUE 01/30/2009 2.946% | 125581AU00 5381485 SB | 91.57100 1,650,000.0000 | 1,510,921 | | 453,276 |
| 12 111607 | 26,310,000.0000 | ***PTV INVESTMENT FINANCE CV REG S DUE 12/01/2000 4.500% | 07111WAA10 5395354 SB | 0.00000N 26,310,000.0000 | 0 | | 0 |
| 12 092507 | 1,740,000.0000 | ***HIN WINTERTHUR UNDER BAGY SVC LTD EURO MEDIUM TERM NOTE DUE 05/14/2003 5.987% | Q3689SAB80 5404497 SB | 0.00000 1,740,000.0000 | 0 | | 0 |
| 12 070208 | 2,625,000.0000 | MIDWEST GENERATION LLC PASSTHRU CTF SER-A DUE 07/02/2009 8.300% | 59832WAE90 5406872 SB | 102.73200H 2,625,000.0000 | 964,914 | AMORTIZED AMOUNT 964,914 | 939,254.11 |
| 12 031808 | 742,000.0000 | DAIRY MART CONVENIENCE STORES INC - ESCROW - DUE 03/15/2004 10.250% | 2336609030 5430398 SB | 0.00000 742,000.0000 | 0 | | 0 |
| 12 092507 | 10,000,000.0000 | ***SWISSAIR CORP DUE 04/12/2005 6.250% | H83970BD60 5435819 SB | 0.00000H 10,000,000.0000 | 0 | | 0 |
| 12 072208 | 1,000,000.0000 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE DUE 05/24/2006 7.250% | 29357VAD50 5442794 SB | 0.00000 1,000,000.0000 | 0 | | 0 |
| 12 070908 | 213,000,000.0000 | ***ENRON CORP EURO DEB DUE 06/18/2004 0.970% | U29302AJ20 5445610 SB | 0.00000H 213,000,000.0000 | 0 | | 0 |
| 12 071008 | 300,000,000.0000 | ***ENRON CORP DUE 06/15/2003 0.678% | U29302AG60 5446359 SB | 0.00000H 300,000,000.0000 | 0 | | 0 |

```
BHR56      CLIENT 012                         MARGIN ACTIVITY STATEMENTS                          09/19/08      PAGE 93776
732-40125  RR: HBI STONEHILL                     CURR-CODE: 000
TC  LDA    LONG/SHORT(-)   OFFSHORE
                           SECURITY DESCRIPTION        CUSIP/SEC        PRICE         MARKET VALUE    MARGIN REQUIREMENT
```

| TC/Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 12 092607 | 8,975,000.0000 | **POLLY PECK INTL DUE 01/04/2005 7.250% | G71536AG40 / 5446758 SB | 0.00000H / 8,975,000.0000 | 0 | 0 |
| 12 092507 | 795,000.0000 | ***SAIR GROUP DUE 02/02/2007 4.250% | H8397SAD80 SB / 5449492 SB | 0.00000H / 795,000.0000 | 0 | 0 |
| 12 092507 | 2,265,000.0000 | ***SAIRGROUP DUE 07/30/2004 2.750% -SF- | H8397SAB00 SB / 5454713 SB | 0.00000H / 2,265,000.0000 | 0 | 0 |
| 12 092607 | 29,165,000.0000 | ** POLLYPECK DUE 08/13/1992 6.000% | G71536AA70 SB / 5470166 SB | 0.00000H / 29,165,000.0000 | 0 | 0 |
| 12 092607 | 15,535,000.0000 | *** POLLYPECK DUE 09/20/1994 5.625% | G71536AE90 / 5476585 SB | 0.00000H / 15,535,000.0000 | 0 | 0 |
| 12 092607 | 28,240,000.0000 | *** POLLYPECK DUE 04/07/1993 5.750% | G71536AC30 SB / 5476587 SB | 0.00000 / 28,240,000.0000 | 0 | 0 |
| 12 031808 | 7,000,000.0000 | SECURITY MULTI ASSET DUE 01/01/2059 8.570% | 83999AAL30 SB / 5485566 SB | 8.8500H / 7,000,000.0000 | 0 | 0 |
| 12 073008 | 14,645,000.0000 | WCI COMMUNITIES INC GTD SENIOR SUB NOTE DUE 05/01/2012 9.125% | 92923CAG90 SB / 5489304 SB | 39.00000H / 14,645,000.0000 | 5,711,550 | 5,711,550 |
| 12 092607 | 25,242,000.0000 | *** POLLY PECK INTL FINANCE-DM CPN DUE 04/20/1993 6.000% | G71G4NAA90 / 5494069 SB | 0.00000H / 25,242,000.0000 | 0 | 0 |
| 12 121007 | 17,368,000.0000 | FLEMING COMPANIES INC SENIOR NOTE DUE 06/15/2010 9.250% | 339130XA40 / 5497868 SB | 0.00000H / 17,368,000.0000 | 0 | 0 |
| 12 092507 | 3,850,000.0000 | ***GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE DUE 12/15/2008 6.250% | N3592XVA50 SB / 5515750 SB | 180.05463H / 3,850,000.0000 | 6,932,103 | 3,119,446 |
| 12 092507 | 7,000,000.0000 | **F C E BANK PLC EURO MEDIUM TERM NOTE DUE 09/30/2009 5.955% | G33565PB00 SB / 5516264 SB | 135.88569H / 7,000,000.0000 | 9,511,998 | 4,280,399 |
| 12 031808 | 6,000,000.0000 | CALPINE GENERATING CO LLC SR SECD NT DUE 04/01/2010 11.070% | 13135RAF30 / 5530871 SB | 7.62500H / 6,000,000.0000 | 456,356 (AMORTIZED AMOUNT) | 456,356 / 5985,000.00 |
| 12 031808 | 3,000,000.0000 | AMES TRUE TEMPER INC SENIOR NOTE DUE 01/15/2012 6.790% | 03104ZAC80 SB / 5540558 SB | 75.50000H / 3,000,000.0000 | 2,265,000 | 2,265,000 |
| 12 111607 | 8,756,000.0000 | SOUTHEAST BKG CORP SUB NTS REG DUE 04/11/2001 10.500% | 84133SAD80 SB / 5551644 SB | 0.00000H / 8,756,000.0000 | 0 | 0 |

BMR56
32-40125
C LDA
.2 100407

CLIENT 012
RR: MRI STONEHILL

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

OFFSHORE

PAGE 93777
09/19/08

| Ref | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| | 315,000,000.0000 | | | 0.00000H | 0 | 0 |
| .2 111607 | 4,876,944.0000 | AMERICAN RICE INC MTG NOTES W/CONTINGENT INT DUE 07/15/2002 13.000% SR SECD NTS | 029318AA00 SB 5552686 | 0.00000H 315,000.0000 | 0 | 0 |
| .2 031808 | 14,800,000.0000 | SOURCE MEDIA INC SR SECD NTS DUE 11/01/2004 12.000% | 836153AC00 SB 5563864 | 0.00000 4,876,944.0000 | 0 | 0 |
| .2 031808 | 3,640,000.0000 | CALPINE GENERATING CO DUE 04/01/2009 | 13135BAE60 SB 5574272 | 0.00000H 14,800,000.0000 | 0 | 0 |
| 12 031808 | 8,600,000.0000 | JET EQUIPMENT TR MEZZANINE NOTE CL B 95-B DUE 02/15/2015 7.830% | 477122AV70 SB 5574462 | 0.00000 3,640,000.0000 | 0 AMORTIZED AMOUNT | 2932,474.74 |
| 12 031808 | 33,789,621.0000 | ESCROW CONTINENTAL AIRLINES INC DUE 11/15/2001 10.000% | 2107959L60 SB 5578456 | 0.00000H 8,600,000.0000 | 0 | 0 |
| 12 092607 | 1,839,000.0000 | AIRPLANES PASS THROUGH TRUST ASTRK/SERIES 1996-A D-FIXED RT DUE 03/15/2019 10.875% | 009451AH80 SB 5579099 | 0.00000H 33,789,621.0000 | 0 AMORTIZED AMOUNT | 33374,008.66 |
| 12 102407 | 1,312,000.0000 | SOUTHEAST BANKING CORP CV S/D -REG A DUE 10/15/1997 4.750% | 841338AA40 SB 5596000 | 0.00000 1,839,000.0000 | 0 | 0 |
| 12 031808 | 992,000.0000 | SOUTHEAST BANKING CORP-FRN CPN DUE 11/12/1997 5.250% | 841338AF30 SB 5596001 | 0.00000H 1,312,000.0000 | 0 | 0 |
| 12 040708 | 3,300,000.0000 | SOUTHEAST BANKING CORP CONV SUB CAPITAL NOTE DUE 03/15/1999 6.500% | 841338AC10 SB 5596002 | 0.00000H 992,000.0000 | 0 | 0 |
| 12 041008 | 550,000.0000 | CIT GROUP INC DUE 11/12/2008 3.212% | 125577AV80 SB 5634664 | 99.33600 3,300,000.0000 | 3,278,088 | 983,426 |
| 12 081208 | 11,694,343.0000 | CIT GROUP FUNDING CO CDA SR NT DUE 12/19/2008 | 12556BAB10 SB 5666251 | 78.61700H 550,000.0000 | 432,404 | 129,721 |
| 12 091608 | 5,980,000.0000 | NORTHERNSTAR NAT GAS INC SR NTS 144A DUE 07/01/2010 4.650% | 66107AA50 SB 5713596 | 92.00000H 11,694,343.0000 | 10,758,795 | 3,227,638 |
| 12 041008 | 4,815,000.0000 | WASHINGTON MUT PFD FDG TR I PERPETUAL 144A DUE 05/15/2013 5.000% | 93934WAA30 SB 5726350 | 12.05300H 5,980,000.0000 | 720,769 | 216,230 |
| | | WMCIT GROUP FDG CO CDA SR NT DUE 05/07/2049 6.542% DUE 11/02/2011 5.600% | 12556BAE50 SB 5778017 | 66.22330H 4,815,000.0000 | 3,188,651 | 1,454,893 |

HMR56
2-40125
:LDA

CLIENT 012
RR: H&1 STONEHILL

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000    OFFSHORE

09/19/08    PAGE 93776

| DATE | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 060408 | 2,300,000.0000 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 DUE 11/25/2035  5.695% | 12668VAF60  SB  5801730 | 48.30850H  2,300,000.0000 | 1,111,090 | 1,111,090 |
| 090208 | 4,600,000.0000 | CHMEQ HOME EQUITY LOAN TRUST MFFC/SERIES 2006-S7 A-1-VAR DUE 11/25/2035  2.561% | 12668UAA70  SB  5850019 | 85.41443H  4,600,000.0000  AMORTIZED AMOUNT | 1,546,558 | 1,546,558  1810,652.13 |
| 092507 | 500,000.0000 | ***FCE BANK PLC EURO MEDIUM TERM NOTE DUE 01/16/2012  7.125% | Q3336SSQ40  SB  5856171 | 111.25937H  500,000.0000 | 556,296 | 250,333 |
| 050508 | 12,528,000.0000 | UNIFI INC SR ST NT 11.5%14 DUE 05/15/2014  11.500% | 90467TAG60  SB  5856846 | 90.00000H  12,528,000.0000 | 11,275,200 | 11,275,200 |
| 072508 | 5,750,000.0000 | CHMEQ HOME EQUITY LN TR SER 2006-S5 CLASS A2 DUE 06/25/2035  5.681% | 12668SAB70  SB  5905694 | 59.50563H  5,750,000.0000 | 3,421,573 | 3,421,573 |
| 082508 | 6,647,920.0000 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 DUE 04/25/2036  5.555% | 12668XAC90  SB  5943647 | 47.92761H  6,647,920.0000  AMORTIZED AMOUNT | 3,175,285 | 3,175,285  6625,170.75 |
| 092607 | 65,800,000.0000 | ***BANQUE PALLAS IN DEFAULT DUE 02/08/1996  10.125% | F07959AG80  SB  5956314 | 0.00000H  63,800,000.0000 | 0 | 0 |
| 092507 | 4,735,000.0000 | GREAT 98-A SERIES A-2 FRN- DUE 12/31/2026 | XK59G71710  SB  5957171 | 0.00000H  4,735,000.0000 | 0 | 0 |
| 081808 | 4,798,000.0000 | SECURITIZED MULTIPLE ASSET A2 97-5 DUE 06/29/2005 | XK59S72020  SB  5957202 | 0.00000H  4,798,000.0000 | 0 | 0 |
| 090208 | 2,300,000.0000 | CHMEQ HOME EQUITY LOAN TRUST SERIES 2006-S10 CLASS A-2 DUE 10/25/2036  2.691% | 12668YAB90  SB  5961848 | 90.53437H  2,300,000.0000 | 2,082,290 | 2,082,290 |
| 031908 | 2,475,000.0000 | STALLION OILFIELD SVCS LTD / CORP SR NT 144A DUE 02/01/2015  9.750% | 85259IAA40  SB  5975781 | 70.50000H  2,475,000.0000 | 1,744,875 | 785,193 |
| 092507 | 1,434,989.0000 | ***LUKFER HOLDINGS PLC DUE 02/06/2012  11.330% | G5690WAD00  SB  5986867 | 0.00000H  1,434,989.0000 | 0 | 0 |
| 092807 | 299,177.0000 | ME ZUCKERMAN INVESTMENTS | XK9MA37650  SK  9NA3765 | 0.00000  299,177.0000 | 0 | 0 |
| 092707 | 175,438.6000 | CHANGING WORLD TECHNOLOGIES INC RESTRICTED | XK91118260  SK  9111826 | 0.00000  175,438.6000 | 0 | 0 |
| 091908 | 30,110.0000 | TDA TO A/C #        (##) | XK99993400  9993540 | | 0 | 0 |

BNR56   CLIENT 012                          MARGIN ACTIVITY STATEMENTS                              09/19/08                    PAGE 93779
        RR: H01 STONEHILL                       CURR-CODE: 000
'52-40125   LONG/SHORT(-)
'C LDA      37,214.0000
:0          062408

| LONG/SHORT(-) | Date | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 37,214.0000 | 062408 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 0036813070 / AD13707 SB | 4.38000 | 37,214.0000  162,997 | 111,642 |
| 158,854.0000 | 070208 | ADVANTA CORP-CL A | 0079421050 / AD80025 SB | 6.74000 | 158,854.0000  1,070,675 | 476,562 |
| 951,658.0000 | 091708 | BURLINGTON INDUSTRIES INC NEW | 0079422040 / A109735 | 9.52000H | 951,658.0000  9,059,784 | 2,717,935 |
| 0.0000 | 092507 | CIT GROUP INC NEW | 1216931050 / B550969 | 0.00000H | 901  0 | 76,750 |
| 0.0000 | 091108 | CIT GROUP INC NEW | 12588011080 / C011859 | 11.16000 | 0 | 183,650 |
| 301,044.0000 | 092208 | CONTINENTAL AIRLINES INC-CL B | 2107953080 / C562646 SB | 18.40000 | 301,044.0000  5,559,209 F | 9,335.0000  1,661,762 |
| 591,496.0000 | 091908 | DELTA AIR LINES INC DEL  CDM NEW | 2473617020 / D010768 SB | 9.67000H | 201,248.0000  5,719,766 | 1,715,929 |
| 51,850.0000 | 040908 | EXX INC-CL A | 2692821090 / E029150 SB | 2.60000 | 51,850.0000  134,810 | 134,810 |
| 174,960.0000 | 070708 | ICO GLOBAL COMMUNICATIONS HLDGS LTD DEL CL A | 44950K1080 / H010818 SB | 2.25000H | 174,960.0000  393,660 | 393,660 |
| 0.0000 | 092108 | MBIA INC | 5526201000 | 12.88000 | 0 | 920,000 |
| 0.0000 | 063008 | NORTHWESTERN CORPORATION NEW | 6680743050 / N007436 | 26.22000H | 0 | 659,210 |
| 416,436.0000 | 092208 | NORTHWEST AIRLS CORP | 6672804080 / N009281 SB | 11.53000 | 416,436.0000  4,801,507 F | 48,306.0000  1,440,452 |
| 0.0000 | 081908 | MNMNORBORD INC | 65540P1060 / N101684 | 4.18115H | 0 | 67,893 |
| 1,147.0000 | 040908 | PORTLAND GENERAL ELECTRIC CO NEW | 7365088470 / P019060 SB | 25.00000H | 1,147.0000  28,675 | 8,602 |
| 0.0000 | 081208 | RAIT FINANCIAL TRUST | 7492271040 / R003504 | 7.35000 | 0 | 275,000 |
| 608,890.0000 | 092208 | US AIRWAYS GROUP INC | 90341W1080 / U003620 | 7.91000 | 608,890.0000  4,816,319 F | 106,720.0000  1,444,895 |
| 0.0000 | 090208 | WELLS FARGO & CO | 9497461010 / W001549 | 39.80000 | 0 | 1,152,210 |
| 0.0000 | 091508 | WACHOVIA CORPORATION COM | 9299051020 / W002990 | 18.75000 | 0 | 388,125 |

BHR56    CLIENT 012
32-40125    RR: H&1 STONEHILL    OFFSHORE
C LDA    LONG/SHORT(-)

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

PAGE 93780
09/19/08

| C LDA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 0 091108 | 0.0000 | WASHINGTON MUTUAL INC | 939322105D W020516 | 4.25000 | 0 | 1,852,473 |
| 10 060208 | 225,562.0000 | WM ZARLINK SEMICONDUCTOR INC | 989139100 Y001713 SB | 0.49000 225.5620000 | 110,525 | 110,525 |
| 10 061708 | 2,300,000.0000 | UAL CORP ORD SETTLEMENT BD DUE 02/01/2021 5.000% | 902549AE40 5725709 SB | 55.87500 2,300,000.0000 | 1,285,125 | 385,537 |
| 20 082208 | 0.0000 | UNITED STATES TREASURY BOND DUE 02/15/2036 4.375% | 912810PW20 7001110 | 100.03100 | 0 | 2,300,713 |
| 20 072508 | 0.0000 | UNITED STATES TREASURY NOTE DUE 05/15/2016 3.875% | 912828HZ60 7001113 | 100.93000 | 0 | 464,278 |
| 20 081508 | 0.0000 | UNITED STATES TREASURY NOTE DUE 02/15/2014 4.000% | 912828CA60 7004940 | 104.75049H | 0 | 1,571,257 |
| 53 092507 | 30,700.0000- | BURLINGTON INDUSTRIES INC NEW | 121693105D B85D969 | 0.00000H | 0 | 0 *** |
| 53 091108 | 36,770.0000- | CIT GROUP INC NEW | 125581108D C011859 | 11.16000 | 410,353- | 0 |
| 53 082108 | 184,000.0000- | MBIA INC | 552627100D M000545 | 12.88000 | 2,369,920- | 0 |
| 53 063008 | 83,805.0000- | NORTHWESTERN CORPORATION NEW | 668076305D N007436 | 26.22000H | 2,197,367- | 0 |
| 53 081908 | 16,236.0000- | NEWMONBORD INC | 65504P1060 N101664 | 4.18115H | 67,893- | 0 |
| 53 081208 | 54,600.0000- | RAIT FINANCIAL TRUST | 749222104D R005584 | 7.35000 | 401,310- | 0 |
| 53 090208 | 96,500.0000- | WELLS FARGO & CO | 949746101D W001549 | 39.80000 | 3,840,700- | 0 |
| 53 091508 | 69,000.0000- | WACHOVIA CORPORATION COM | 929903102D W002990 | 18.75000 | 1,293,750- | 0 |
| 53 091108 | 435,876.0000- | WASHINGTON MUTUAL INC | 939322105D W020516 | 4.25000 | 1,852,473- | 0 |
| 53 082108 | 23,000,000.0000- | UNITED STATES TREASURY BOND DUE 02/15/2038 4.375% | 912810PW20 7001110 | 100.03100 | 23,007,130- | 0 |
| 53 072508 | 4,600,000.0000- | UNITED STATES TREASURY NOTE DUE 05/15/2018 3.875% | 912828HZ60 7001113 | 100.95000 | 4,642,780- | 0 |
| 53 081508 | 15,000,000.0000- | UNITED STATES TREASURY NOTE DUE 02/15/2014 4.000% | 912828CA60 7004940 | 104.75049H | 15,712,574- | 0 |

- - T O T A L S - -

| | | | |
|---|---|---|---|
| TOT MV 243,985,632 | OLD SMA 9,036,937- | SMA 9,068,744- | SMA CHANGE 31,807 |
| EQUITY 299,915,558 | LIQ EQT 299,915,558 EQY % 100 | HOUSE EXCESS 78,671,598 | NEW HSE CALL 0 |
| CSH AV 9,068,744 | BUYING P 18,137,489 | OTHER EXCESS 231,882,728 | NYSE OPT REQ 0 |

```
BMR56      CLIENT 012                              MARGIN ACTIVITY STATEMENTS              09/19/08              PAGE 93781
732-40125  RR: H01 STONEHILL OFFSHORE             CURR-CODE: 002 C$

TC   - - - -BALANCES - - - -
     OPEN T/D BAL        CLOSE T/D BAL    OPEN S/D BAL       CLOSE S/D BAL         MARKET VALUE           DLA
2           00.00        .9535Z472 T/D BAL    00.00               00.00            13,213,686        09/18/08
FOREIGN CURRENCY C$ RATE            00.00
20          1,949,777.11  2,030,438.55     1,949,777.11       2,030,438.55            366,153        09/19/08
FOREIGN CURRENCY C$ RATE    .9535Z472 T/D BAL
53          2,739,012.83- 2,819,674.27-    1,936,073.34       2,819,674.27-        2,834,051-         09/19/08
FOREIGN CURRENCY C$ RATE    .9535Z472 T/D BAL
                                           2,739,012.83-
                                           2,688,629.11-
T           789,235.72-   789,235.72-      789,235.72-        789,235.72-          10,745,787         09/19/08

TC   S/DTE       - -ACTIVITY - - -
     LONG/SHORT(-)       DESCRIPTION                          CUSIP/SEC    PRICE/ENT  T/D  TRD #    DEBIT/CREDIT(-)       MARGIN REQUIREMENT
20   09/19                MARK TO MARKET                                   MKT MS    09/19               80,661.44
53   09/19                MARK TO MARKET SHORT POS                         MKT MS    09/19               80,661.44-

TC   LDA         - -POSITIONS - - -
                 LONG/SHORT(-)   SECURITY DESCRIPTION        CUSIP/SEC.     PRICE          MARKET VALUE
12   091708      2,460,526.0000  MMMZARLINK SEMICONDUCTOR INC 9891391000   0.51308        1,264,422         1,264,422
                                                             Y001713    SB 2,460,526.0000
12   041408      13,535,000.0000 MMMGENERAL MOTORS ACCEPTANCE 370A7ZBM00   86.28618H      11,949,264        5,377,168
                                 CORP OF CANADA LTD          5B8GFL9    SB 13,535,000.0000
                                 DUE 05/22/2009    4.721X
20   082908      0.0000          MMMCANADIAN IMPERIAL BANK OF 1360691010    62.50493       0                166,513
                                 COMMERCE                    C146504
20   082808      0.0000          MMMNORDBRD INC              6540P1060      4.38494H       0                2,279,008
                                                             N101604
20   082808      712,524.0000    MMMZARLINK SEMICONDUCTOR INC 9891391000   0.51308        366,153           366,153
                                                             Y001713
53   082908      8,880.0000-     MMMCANADIAN IMPERIAL BANK OF 1360691010    62.50493       555,043-          0
                                 COMMERCE                    C146504
53   082808      519,735.0000-   MMMNORDBRD INC              6540P1060      4.38494N       2,279,008-         0
                                                             N101604

     - - - -T O T A L S - - - -
TOT MV   10,745,787    OLD FED CALL    3,500,992     FED CALL                  3,500,992    NEW FED CALL           0
EQUITY   11,535,023    LIQ EQT        11,535,023 EQY %  0  HOUSE EXCESS         2,081,757    NEW HSE CALL           0
CSH AV            0    BUYING P                           OTHER EXCESS         6,017,590    NYSE OPT REQ           0
```

BM856   CLIENT 012
732-40125    RR: HBI STONEHILL OFFSHORE

MARGIN ACTIVITY STATEMENTS         09/19/08         PAGE  93782

CURR-CODE: 003 BP

- - BALANCES - - -

|  | OPEN T/D BAL | CLOSE T/D BAL | OPEN S/D BAL | CLOSE S/D BAL | MARKET VALUE | DLA |
|---|---|---|---|---|---|---|
| TC | | | | | | |
| 12 | 00.00 | 00.00 | 00.00 | 00.00 | 928,090 | 09/18/08 |
| FOREIGN CURRENCY BP RATE | 1.85010002 | | | | | |
| 20 | 73,420.47- | 73,420.47- | | | | |
| FOREIGN CURRENCY BP RATE | 1.85010002 | | | | | |
| T | 73,420.47- | 73,420.47- | 73,420.47- | 73,420.47- | 00 | 09/18/08 |

NO ACTIVITY - - - - - - -
FOR THIS ACCOUNT
- - - - - - ·ACTIVITY· - - - ·| 73,420.47- | 134,366.00- |
- - - - - ·POSITIONS· - - -
- - - - - ·POSITIONS· - - -

|  | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE |
|---|---|---|---|---|---|
| TC | | | | | |
| 12  040108 | 985,000.0000 | MMMCIT GROUP INC | U12605AB40 | 94.22243H | 928,090 |
| | | EURO MEDIUM TERM NOTE | 5214345    SB | 985,000.0000 | 928,090 |
| | | DUE 12/16/2008    5.500% | | | |
| 12  070108 | 744,204.0000 | MMMLUXFER HOLDINGS PLC | G5698VAD00 | 0.00000H | |
| | | DUE 02/06/2012   11.330% | 5986867    SB | 744,204.0000 | 0 |

- - - T O T A L S - - -

| | OLD SMA | 73,420- | SMA | 73,420- | SMA CHANGE |
|---|---|---|---|---|---|
| TOT MV | 928,090 | LIQ EQTY | 1,001,510 EQY % | 100 | HOUSE EXCESS | 583,870 | NEW HSE CALL | 0 |
| EQUITY | 1,001,510 | BUYING P | 146,840 | | OTHER EXCESS | 908,702 | NYSE OPT REQ | 0 |
| CSH AV | 71,420 | | | | | | |

MARGIN REQUIREMENT
417,640



```
BM056    CLIENT 012                              MARGIN ACTIVITY STATEMENTS        09/19/08           PAGE 93783
32-40125    RR: H01 STONEHILL OFFSHORE                CURR-CODE: 016 JY
- - - - - BALANCES - - - -
         OPEN T/D BAL        CLOSE T/D BAL              OPEN S/D BAL        CLOSE S/D BAL      MARKET VALUE       DLA
             01.60-              01.60-                     01.00-              01.00-              00          05/13/08
FOREIGN CURRENCY JY RATE   .00935201 T/D BAL                00.00
NO ACTIVITY - ACTIVITY FOR THIS ACCOUNT

- - - - - POSITIONS - - - -    SECURITY DESCRIPTION      CUSIP/SEC          PRICE         MARKET VALUE      MARGIN REQUIREMENT
          LONG/SHORT(-)
LDA 050906  920,000,000.0000  **ENRON CORP             U293302AN60 SB    0.00000H             0                  0
                              DUE 06/18/2003  0.770%   5446609        920,000,000.0000
.2  D51308  460,000,000.0000  **ENRON CORP             U293302A680 SB    0.00000H             0                  0
                              DUE 06/15/203  0.678%    5446359        460,000,000.0000

- - - - - TOTALS - - - - -
TOT MV        0    OLD SMA        0               SMA             0     SMA CHANGE       0
EQUITY        1    LIQ EQT        1 EQY %         0 HOUSE EXCESS        NEW HSE CALL     0
:SH AV        0    BUYING P       0               0 OTHER EXCESS       NYSE OPT REQ     0
```

```
BMR56    CLIENT 012                              MARGIN ACTIVITY STATEMENTS                    09/19/08                    PAGE  93784
732-40125    RR: NBL STONEHILL OFFSHORE                 CURR-CODE: 246 EM
- - - -BALANCES - - - -
TC           OPEN T/D BAL      CLOSE T/D BAL               OPEN S/D BAL              CLOSE S/D BAL                                          DLA
12                00.00           00.00                       00.00                      00.00           MARKET VALUE
FOREIGN CURRENCY EM RATE    1.43870132 T/D BAL               00.00                                         1,693,504                        09/18/08
                196,050.45         100,862.09                196,050.45                100,862.09
FOREIGN CURRENCY EM RATE    1.43870132 T/D BAL             145,110.42
53            1,940,454.85-                                1,940,454.85-            1,845,266.49-            1,958,946-        00  B1      09/19/08
FOREIGN CURRENCY EM RATE    1.43870132 T/D BAL             1,845,266.49-
T             1,744,404.40-                                2,654,787.35-
                                                            1,744,404.40-                                     65,442-                      09/19/08

TC  S/DTE    - - -ACTIVITY - - - -              DESCRIPTION                 CUSIP/SEC                              DEBIT/CREDIT(-)
20  09/19    LONG/SHORT(-)            MARK TO MARKET                                                                95,188.36-
53  09/19                            MARK TO MARKET SHORT POS                                                       95,188.36

TC  LOA   - - -POSITIONS - - -                                                     PRICE/ENT  T/D  TRD #
12  090208    LONG/SHORT(-)       SECURITY DESCRIPTION      CUSIP/SEC       MKT MS    PRICE            MARKET VALUE       MARGIN REQUIREMENT
              250,000.0000       MMFEE BANK PLC          G3536SSS00        MKT MS   74.803861H            187,009              84,154
                                 EURO MEDIUM TERM NOTE    5BBDQY5  SB              250,000.0000
                                 DUE 01/15/2013  7.125%
12  071608    920,000.0000       MMGMAC BANK GMBH        N35923R660        SB       78.947341H            726,315             326,842
                                 EURO MEDIUM TERM NOTE    5BBPUH5  SB              920,000.0000
                                 DUE 05/21/2010  5.750%
12  041608    1,150,000.0000     MMMCTR GROUP INC        U12605A000        SB       85.232961H            980,179             441,080
                                 EURO MEDIUM TERM NOTE    5341424  SB              1,150,000.0000
                                 DUE 05/13/2009  5.415%
20  080808         0.0000        MMMATOS                 F0611161010               32.37989H                  0             216,135
                                 FRF5                    A006971
20  080808         0.0000        MMMVALEO-ORD            F962211260                25.17263H                  0             371,548
                                 FF 20 PAR               V148913
53  080808    22,250.0000-       MMMATOS                 F0611161010               32.37989H              720,452-                0
                                 FRF5                    A006971
53  080808    49,200.0000-       MMMVALEO-ORD            F962211260                25.17263N            1,236,493-                0
                                 FF 20 PAR               V148913

- - - -T O T A L S - - - -
TOT MV            65,442-   OLD FED CALL     1,030,497        FED CALL         1,030,497     NEW FED CALL
EQUITY      1,678,961   LIQ EQT        1,678,961   EQY %    0 HOUSE EXCESS      239,201     NEW HSE CALL
CSH AV             0   BUYING P              0                OTHER EXCESS       810,595     NYSE DPT REQ
```

| Symbol | CCY | Qty | Price | MV Calc | FX | MV ($) |
|---|---|---|---|---|---|---|
| CIT | USD | (36,770) | 11.16 | (410,353.20) | 1 | (410,353.20) |
| MBI | USD | (184,000) | 12.88 | (2,369,920.00) | 1 | (2,369,920.00) |
| NEW | USD | (83,805) | 26.22 | (2,197,367.10) | 1 | (2,197,367.10) |
| NBDFF | USD | (16,238) | 4.18115 | (67,893.51) | 1 | (67,893.51) |
| RAS | USD | (54,600) | 7.35 | (401,310.00) | 1 | (401,310.00) |
| WFC | USD | (96,500) | 39.8 | (3,840,700.00) | 1 | (3,840,700.00) |
| WB | USD | (69,000) | 18.75 | (1,293,750.00) | 1 | (1,293,750.00) |
| WM | USD | (435,876) | 4.25 | (1,852,473.00) | 1 | (1,852,473.00) |
| 912810PW2 | USD | (23,000,000) | 100.031 | (23,007,130.00) | 1 | (23,007,130.00) |
| 912828HZ6 | USD | (4,600,000) | 100.93 | (4,642,780.00) | 1 | (4,642,780.00) |
| 912828CA6 | USD | (15,000,000) | 104.75049 | (15,712,573.50) | 1 | (15,712,573.50) |
| Type 5 | USD | 56,231,081.00 | 1 | 56,231,081.00 | 1 | 56,231,081.00 |
| Net USD | | | | | | 434,830.69 |
| | | | | | | |
| Valeo | EUR | (22,250) | 32.37989 | (720,452.55) | 1.43870132 | (1,036,516.04) |
| Atos | EUR | (49,200) | 25.17263 | (1,238,493.40) | 1.43870132 | (1,781,822.08) |
| Type 5 | EUR | 1,845,266.49 | 1 | 1,845,266.49 | 1.43870132 | 2,654,787.33 |
| Net EUR | | | | | | (163,550.79) |
| | | | | | | |
| CM | CAD | (8,880) | 62.50493 | (555,043.78) | 0.95352472 | (529,247.96) |
| NBDFF | CAD | (519,735) | 4.38494 | (2,279,006.79) | 0.95352472 | (2,173,089.31) |
| Type 5 | CAD | 2,819,674.27 | 1 | 2,819,674.27 | 0.95352472 | 2,688,629.12 |
| Net CAD | | | | | | (13,708.15) |
| | | | | | | |
| | | | | | | |
| Total USD Due Stonehill | | | | | | 257,571.75 |

EXHIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Fund | LEHM A/C # | Month Elapsed | Internal ID | LEHM ID | CCY | Amount | Notes | Record date | Description |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 732-40125 | September-08 | | | GBP | 278.18 | INTEREST | 9/21/2008 | INTEREST ON CREDIT BALANCE FROM 08/21 THRU 09/21 @ 4.659% BAL 73,420 ABAL 64,463 INTEREST PAID FOR 31 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 12.74 | INTEREST | 8/28/2008 | INTEREST ON CREDIT BALANCE FROM 08/28 THRU 09/02 @ 1.90% BAL 282,137 ABAL 282,137 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 123.74 | INTEREST | 8/28/2008 | INTEREST ON CREDIT BALANCE FROM 08/28 THRU 09/02 @ 1.50% BAL 282,137 ABAL 282,137 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 133.82 | INTEREST | 9/16/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/24 @ 1.562% BAL 853,647 ABAL 473,171 INTEREST PAID FOR 6 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 654.81 | INTEREST | 9/15/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 3.000% BAL 781,122 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 97.036 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE FROM 09/11 THRU 09/11 @ 1.562% BAL 821,864 ABAL 319,418 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 47,051.52 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE TY 5 CR INT 8/21-9/21/08 LJ TRIND=DST=AUT/ONT |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -488.52 | DIVIDEND | 9/22/2008 | NORBOND INC |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -518.28 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/17 THRU 09/17 @ 3.14% BAL 2,934,097 ABAL 2,934 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -16.47 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/18 THRU 09/18 @ 3.14% BAL 107,217 ABAL 858,116 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -76.92 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/21 THRU 08/21 @ 3.14% BAL 3,419,33 117,1 ABAL 219,033 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -83.83 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/24 THRU 08/24 @ 3.13% BAL 23,559,122 ABAL 974,317 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -1,134.41 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/29 THRU 08/29 @ 7.18% BAL 46,535,905 ABAL 351,193 INTEREST CHARGED FOR 3 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | NBDFF | -40.99 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/12 THRU 09/14 @ 7.78% BAL 173581,610 ABAL 234,947 INTEREST CHARGED FOR 3 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 2641441 | | USD | -51,721.59 | INTEREST | 9/22/2008 | NORBOND INC |
| Stonehill Offshore Partners | 732-40125 | September-08 | | B63TK2 | USD | 9.91 | DIVIDEND | 9/24/2008 | LEHMAN BROTHERS USA DOLLAR LIQUIDITY FUND INSTL DIST CLASS |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKL84 | B742X07 | USD | 112,629.36 | PAYDOWN | 9/24/2008 | MAC CAPITAL LTD BND 00000000 07/24/2013 00000% 7/24/2013 Q5TS3NA86 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5H3563 | 126684AC3 | USD | 71,359.12 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A13 6.58000% 07/25/2014 126684AC3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5943647 | 126684XAC9 | USD | 19,190.05 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A13 6.58000% 07/25/2014 126684AC3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5901190 | 126684XAC9 | USD | 35,629.06 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SN CLASS A5 5.55500% 04/25/2036 126684XAC9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5943687 | 126684XAC9 | USD | 30,669.05 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SN CLASS A5 5.55500% 04/25/2036 126684XAC9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5905694 | 126683XA07 | USD | 19,311.59 | INTEREST | 8/29/2008 | COUNTRYWIDE HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-5 A-2-VAR A6.5 69000% 11/25/2035 126683XA07 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5119024 | 126685AB7 | USD | 27,631.43 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A2 5.68100% 06/25/2033 126685AB7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5119024 | 126685DX1 | USD | 10,081.72 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A2 5.68100% 06/25/2033 126685AB7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5850819 | 126685DX1 | USD | 54,781.00 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-S3 A-2-VAR 6.62700% 07/25/2027 126685DX1 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5850819 | 126685DX1 | USD | 62,270.47 | PAYDOWN | 9/24/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-S3 A-2-VAR 6.62700% 07/25/2027 126685DX1 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5961848 | 126684YA7 | USD | 5,311.42 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-ST-A--VAR 1.55100% 11/25/2015 126684YAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5961848 | 126684YAB9 | USD | 5,311.42 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-ST-A--VAR 1.55100% 11/25/2015 126684YAB9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5939499 | 3801ZTAB8 | USD | 32,759.45 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LN TR SER 2007-HEI2 CLASS A3 4.88800% 04/25/2034 36186LA89 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5066641 | 361H1TAK6 | USD | 2,781.95 | INTEREST | 8/31/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE1 CLASS A 5.73000% 10/25/2036 361H1TAK6 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQ1726 | 5BBQ1726 | USD | 28,745.31 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE3 CLASS A4 6.60000% 06/25/2037 361H1TAK6 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQV8J | 5BBQV8J | USD | 79,538.39 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 6.60000% 06/25/2037 361H1TAK6 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQ1726 | 5BBQ1726 | USD | 97,270.01 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 6.19300% 12/25/2037 361H6LAC07 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5723941 | 361856CV7 | USD | 17,965.18 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A-3 6.19300% 12/25/2037 361856CV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5723941 | 361856CV7 | USD | 26,116.63 | PAYDOWN | 9/24/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A-3 6.19300% 12/25/2037 361856CV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKV9J | 5BBKV9J | USD | 8,220.66 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCRSERIES 2004-HEI A-3-VAR 2.68100% 06/25/2034 361856CV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKV9J | 36186LAD05 | USD | 17,112.00 | PAYDOWN | 9/24/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCRSERIES 2004-HEI A-3-VAR 2.68100% 06/25/2034 361856CV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5041557 | 38012TAD4 | USD | 8,751.49 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCRSERIES 2007-HE A-4-VAR 3.95200% 09/25/2037 36186LAD07 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 6937YAE4 | 6937YAE4 | USD | 201,060.00 | FULL CALL | 9/24/2008 | PHH MORTGAGE TRUST SER 2007-3L1 CLASS 1AA4 6.60000% 11/25/2037 36186LAD07 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 7611VTD0 | 7611VTD0 | USD | -2,259.86 | INTEREST | 8/31/2008 | PHH MORTGAGE TRUST SER 2007-3L1 CLASS 1AA4 6.60000% 11/25/2037 36186LAD07 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5999267 | 7611VTD0 | USD | 8,154.13 | INTEREST | 8/29/2008 | PSINET INCORPORATED SR NTE-T/N DEFAULT 11.00000% 08/01/2009 69365VAB3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5926333 | 7611VTD0 | USD | 3,163.94 | INTEREST | 8/29/2008 | RESIDENTIAL FDO MTO SECS SER 2005-SL2 CLASS 144A 6.60000% 12/25/2045 12356AAB3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5326634 | X3S0J031A403 | EUR | 204,528.33 | PAYDOWN | 9/30/2008 | F C E BANK PLC EURO MEDIUM TERM NOTE 3.72800% 09/09/2009 033366PB0 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5666251 | NWERC | USD | -279,643.55 | INTEREST | 9/9/2008 | AMES TRUE TEMPER INC SR SUB NOTES 10.00000% 07/15/2012 03106ZAC8 |
| Stonehill Offshore Partners | 732-40125 | September-08 | SPF12 | 85376TAA8 | USD | 30,569.00 | INTEREST | 9/9/2008 | STANT0N FRM CONP NEW |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5559452 | 97099XAG2 | USD | 50,115.00 | INTEREST | 9/30/2008 | WOLVERINE TUBE INC BND DEB 9 7000% 1/21/2009 129392AZ2 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5811267 | 7059TAA8 | USD | 4,473.00 | INTEREST | 9/30/2008 | WOLVERINE TUBE INC BOND NOTE SER B- IN DEFAULT 10.50000% 04/01/2009 70577RAA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5142821 | 74437CAB7 | USD | 81,775.24 | INTEREST | 10/9/2008 | PEGASUS AVIATION LEASE SECURITIZATION IIASTPK/SERIES 1 8100.% 05/10/2011 70577RAA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5273979 | 74437CAG6 | USD | 138,304.69 | INTEREST | 9/30/2008 | PSINET INC SENIOR NOTES SER B- IN DEFAULT 11.00000% 02/15/2005 7437CAB7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5506964 | 74437CAG6 | USD | 80,889.33 | INTEREST | 9/30/2008 | PSINET INC SR NOTES SR B- IN DEFAULT 11.00000% 12/01/2006 74437CAG6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446109 | U29302AG8 | USD | -77,350.96 | INTEREST | 10/4/2008 | PSINET INCORPORATED SR NTE-T/N DEFAULT 11.00000% 08/01/2009 69365VAB3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446359 | U29302AG8 | USD | -127,314.66 | DISTRIBUTION | 10/4/2008 | ENRON CORP 0.77000% 12/31/2049 129302AH6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446359 | U29302AG8 | USD | 121,414.66 | DISTRIBUTION | 10/4/2008 | ENRON CORP 0.77000% 12/31/2049 129302AH6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5559452 | 038012TAB8 | USD | 52,061.50 | INTEREST | 10/14/2008 | AMES TRUE TEMPER INC SENIOR SUB NOTE 7.5 6000% 11/02/2011 22556AA5 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5977017 | 1231SAA3 | USD | 279,843.75 | INTEREST | 10/15/2008 | BKODER BROS CO SR NOTE 11.25000% 10/15/2010 112011AB3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 12356AB11 | 12356AAB1 | USD | 28,752.00 | INTEREST | 10/14/2008 | CIT GROUP FDG CO CDA SR NT 5.60000% 1/02/2011 12556AAB5 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5666251 | 12556AAB1 | USD | 34,000.00 | INTEREST | 10/14/2008 | CIT GROUP FUNDING CO CDA SR NT 5.60000% 1/02/2011 12556AAB5 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | POR | POR | 196.72 | | 9/27/2008 | PORTUGAL |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446610 | U29302AJ2 | USD | 28,132.49 | DISTRIBUTION | 10/14/2008 | ENRON CORP EURO DEB 6 9700% 1/21/2009 129302AJ2 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119024 | 126685XAC9 | USD | 17,884.00 | INTEREST | 9/30/2008 | ESCROW GUANGDONG INTL TR & INV 144A 8.7500% 11/23/2003 40655UB99 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5943647 | 126684XAC9 | USD | 30,584.09 | INTEREST | 9/30/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SN CLASS A3 5.55500% 04/25/2036 126684XAC9 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5943647 | 126684XAC9 | USD | 10,911.58 | INTEREST | 9/30/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SN CLASS A5 5.55500% 04/25/2036 126684XAC9 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5905694 | 126684YAF6 | USD | 17,231.46 | INTEREST | 9/30/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-SN CLASS A5 5.55500% 04/25/2036 126684YAF6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119024 | 126685DW1 | USD | 25,319.11 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-5A A-2-VAR A6.5 69000% 11/25/2035 126685DW1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119024 | 126685DX1 | USD | 54,781.00 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A3 4.84100% 03/25/2027 126685DX1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5850819 | 126685DX1 | USD | 32,759.45 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-S3 A-2-VAR 6.62700% 07/25/2027 126685DX1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5961848 | 126684LA7 | USD | 17,778.18 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-ST-A--VAR 1.55100% 11/25/2015 126684LA7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5939499 | 36186LAD05 | USD | 97,270.01 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LN TR SER 2007-HE12 CLASS A3 4.88800% 04/25/2034 36186LAD05 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5066641 | 36186LAD05 | USD | 32,759.45 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LN TR SER 2007-HE2 CLASS A3 6.19300% 12/25/2037 36186LAD05 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQV8J | 36186LAGA8 | USD | 17,112.00 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-ST-A--VAR 1.55100% 11/25/2015 36186LAGA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQV8J | 36186LAGA8 | USD | 17,778.18 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCRSERIES 2006-ST-A--VAR 1.55100% 11/25/2015 36186LAGA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQ1T6 | 36186LAD05 | USD | 1,765.88 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCRSERIES 2007-HE12 CLASS A3 4.88800% 04/25/2034 36186LAD05 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQ1T6 | 36186LAGA8 | USD | 17,112.00 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCRSERIES 2007-HE12 CLASS A4 4.95200% 09/25/2037 36186LAGA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5041557 | 38012TAD4 | USD | 8,751.90 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCRSERIES 2007-HE A-4-VAR 3.95200% 09/25/2037 36186LAD05 |

Page 1 of 2

EXIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Entity | Account | Month | Code | CUSIP | Ccy | Amount | Type | Date | Description |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 731-40125 | October-08 | 1BCLLC0 | 69337YAE4 | USD | 291,847.10 | PAYDOWN | 9/30/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAG5 144A 6.60000% 12/25/2027 69337YAE4 |
| Stonehill Offshore Partners | 731-40125 | October-08 | 1BCLLC0 | 69337YAE4 | USD | 76,294.31 | INTEREST | 9/30/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAG5 144A 6.60000% 12/25/2027 69337YAE4 |
| Stonehill Offshore Partners | 731-40125 | October-08 | 5106641 | 76110VTD0 | USD | 12,924.41 | INTEREST | 9/30/2008 | RESIDENTIAL DOC MFG SECS II IN SERIES 2006-HSA1 CLASS A-2 3.19000% 02/25/2036 76110VTD0 |
| Stonehill Offshore Partners | 731-40125 | October-08 | 58BNND6 | 552635AN1 | USD | 107,739.58 | INTEREST | 10/27/2008 | MAC CAPITAL LTD SER 2001-1 CL B-2L 144A/CT R/MD 7.045 07/24/2013 |
| Stonehill Offshore Partners | 731-40125 | October-08 | DAL | DAL | USD | 6.63 | CASH IN LIEU | 10/31/2008 | DELTA AIR LINES INC DEL COM NEW |
| Stonehill Offshore Partners | 731-40125 | October-08 | 1944662 | 12669AAC3 | USD | 19,194.77 | INTEREST | 9/30/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2005-2N CLASS A3 5.58007% 05/25/2034 12669AAC3 |
| Stonehill Offshore Partners | 731-40125 | November-08 | 5986867 | XS0282001810 | GBP | 125,142.40 | INTEREST | 10/31/2008 | LUXFER HOLDINGS PLC 11.83100% 02/04/2013 G5669WAD0 |
| Stonehill Offshore Partners | 731-40125 | November-08 | 5443794 | 29357YAD5 | GBP | 32,386.31 | INTEREST | 11/6/2008 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE 7.23000% 05/24/2006 29357YAD5 |
| Stonehill Offshore Partners | 731-40125 | November-08 | 5443794 | 29357YAD5 | GBP | 1,621.10 | DISTRIBUTION | 11/6/2008 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE 7.23000% 05/24/2006 29357YAD5 |
| Stonehill Offshore Partners | 731-40125 | November-08 | 5314124 | U12950A100 | EUR | 15,913.70 | INTEREST | 11/14/2008 | CIT GROUP INC EURO MEDIUM TERM NOTE 5.30000% 5/13/2009 U12950A00 |
| Stonehill Offshore Partners | 731-40125 | November-08 | 5446109 | U29301A0A6 | USD | 10,364.14 | REDEMPTION | 10/24/2008 | ENRON CORP 0.7700% 12/31/2049 U29301AH6 |
| Stonehill Offshore Partners | 731-40125 | November-08 | 5277207 | XS0108323971 | USD | 45,574.94 | PAYDOWN | 10/9/2008 | PSINET INC EURO SERIES 10.50000% 12/01/2006 |
| Stonehill Offshore Partners | 731-40125 | November-08 | 5213609 | 6936XVAD9 | USD | 3,540.90 | PAYDOWN | 10/9/2008 | PSINET INC SER EUR SR NOTE *IN DEFAULT* 11.00000% 08/01/2009 6936XVAD9 |
| Stonehill Offshore Partners | 731-40125 | November-08 | 5BB9GPL9 | CA3704728M01 | CAD | 164,576.11 | INTEREST | 11/21/2008 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.73145% 05/22/2009 7D947ZBM0 |
| Stonehill Offshore Partners | 731-40125 | December-08 | 5239929 | 76111BAF6 | USD | 490,649.38 | INTEREST | 12/29/2008 | RESIDENTIAL CAP CORP NT 6.375% 10 8.1375% 06/30/2010 76111BAF6 |
| Stonehill Offshore Partners | 731-40125 | December-08 | 5239929 | 76111BAF6 | USD | 951,111.64 | TENDER PAYMENT | 12/29/2008 | RESIDENTIAL CAP CORP NT 6.375% 10 8.1375% 06/30/2010 76111BAF6 |
| Stonehill Offshore Partners | 731-40125 | December-08 | 58DHSQ5 | 8431AJM0 | USD | 731,256.44 | DISTRIBUTION | 12/12/2008 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NTS 144A 3CT 0% 01/25/2008 8431AJM0 |
| Stonehill Offshore Partners | 731-40125 | December-08 | 5314345 | U12650AJM4 | GBP | 27,287.50 | INTEREST | 12/12/2008 | CIT GROUP INC EURO MEDIUM TERM NOTE R/MD 5.50 12/15/2008 |
| Stonehill Offshore Partners | 731-40125 | December-08 | 5515750 | XS0202220064 | GBP | 240,625.00 | INTEREST | 12/12/2008 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/MD 6.25 12/15/2008 |
| Stonehill Offshore Partners | 731-40125 | December-08 | 5314345 | U12650AJM4 | GBP | 980,000.00 | MATURITY | 12/15/2008 | CIT GROUP INC EURO MEDIUM TERM NOTE R/MD 5.50 12/15/2008 |
| Stonehill Offshore Partners | 731-40125 | December-08 | 5515750 | XS0202220064 | GBP | 3,850,000.00 | MATURITY | 12/15/2008 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/MD 6.25 12/15/2008 |
| Stonehill Offshore Partners | 731-40125 | December-08 | 58CSLJ0 | XS0294773396 | USD | 178,006.70 | DISTRIBUTION | 12/22/2008 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NOTE 4.835% 02/28/2008 GR49CA90 |
| Stonehill Offshore Partners | 731-40125 | January-09 | 58DHSQ5 | 8431AJM0 | USD | 39,814.50 | DISTRIBUTION | 1/6/2009 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NTS 144A 3CT 0% 01/25/2008 8431AJM0 |
| Stonehill Offshore Partners | 731-40125 | October-08 | 5358151 | 40065J7A1 | USD | 113,174.45 | DISTRIBUTION | 10/22/2008 | ESCROW GUANGDONG INTL TR & INVT 144A IN DEFAULT 6.35% 11/15/2010 40065L7A1 |

| Running Total | |
|---|---|
| USD | 6,173,078.91 |
| GBP | 5,262,140.69 |
| EUR | 122,442.03 |
| CAD | 164,576.11 |

# SO EXHIBIT E
## STONEHILL OFFSHORE PARTNERS LTD
### WIRES ON PRIVATE INSTRUMENTS THAT WERE MISDIRECTED TO LBI

| ACCOUNT | CURRENCY | AMOUNT | DATE | DESCRIPTION |
|---|---|---|---|---|
| 732-40125 | EUR | 262.34 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | GBP | 25,011.80 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | USD | 34,283.33 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 378,776.44 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 14,188.01 | 12/31/2008 | Entegra 2nd Lien wire from Lehman CP |

| | | | CURRENT EXCH RATE | |
|---|---|---|---|---|
| TOTAL | EUR | 262.34 | 1.35 | 353.37 |
| TOTAL | GBP | 25,011.80 | 1.52 | 37,917.89 |
| TOTAL | USD | 427,247.78 | 1.00 | 427,247.78 |
| TOTAL | AS CONVERTED | | | 465,519.04 a) |

a) Note: Currencies are converted to USD only for the purpose of tallying a rough dollar amount due.
Stonehill is not aware of the LBI estate's policies regarding converting foreign wires, the date used for
conversion, or whether foreign wires will be delivered in original currency.

SO Exhibit F        page 1 of 2

```
BMR56      CLIENT 012                              MARGIN ACTIVITY STATEMENTS           09/19/08                    PAGE  93829
732-41222    RR: HB1 STONEHILL OFFSHORE P                    CURR-CODE: 000
- - - - - - - -BALANCES- - - - - - - - - - -
TC         OPEN T/D BAL             CLOSE T/D BAL           OPEN S/D BAL          CLOSE S/D BAL           MARKET VALUE         DLA
12              00.00                   00.00                  00.00                  00.00                 5,500,000        09/18/08
- - - - - - - -ACTIVITY- - - - - - - - -
NO ACTIVITY FOR THIS ACCOUNT
- - - - - - - -POSITIONS- - - - - - - - -
TC   LDA        LONG/SHORT(-)      SECURITY DESCRIPTION            CUSIP/SEC          PRICE          MARKET VALUE
12   091808     5,500,000.0000     HBMLEHMAN BROTHERS US DOLLAR    05440B1260       1.0000H          5,500,000
                                   LIQUIDITY FUND INSTL DIST CL    A000351
- - - - -T O T A L S- - - - -
TOT MV          5,500,000  OLD SMA                               SMA                  0 SMA CHANGE            MARGIN REQUIREMENT
EQUITY          5,500,000  LIQ EQY         5,500,000 EQY %      0 HOUSE EXCESS        0 NEW HSE CALL           5,500,000
CSH AV                  0  BUYING P                0             OTHER EXCESS         0 NYSE OPT REQ
```

SO Exhibit F page 2 of 2

# LEHMAN BROTHERS

**For the period 08/30/2008 to 09/30/2008**

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

Base Currency : USD
Account Number : 732-40125 H81

## Monthly Activity (I)

(Continued)

| MOVEMENTS OF FUNDS Settlement Date | Transaction | Description | Amount |
|---|---|---|---|
| 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/12/08 SD | ( 189,000,000.00 ) |
| 09/16/2008 | | INWIRE RF#0311699 0008 INES(02) NORTHWEST AIRL INES 6 CITIUS33 | 204,909.09 |
| 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/16/08 SD | ( 5,000,000.00 ) |
| 09/16/2008 | | TFR TO ACCT 732-41222-2 | ( 2,018,932.38 ) |
| 09/17/2008 | | TFR TO ACCT 732-41222-1 | ( 5,500,000.00 ) |
| 09/17/2008 | | REF # 9N44323 | 919,994.61 |
| 09/18/2008 | | INWIRE RF#0352200 0008 INES(02) NORTHWEST AIRL INES 6 CITIUS33 | 26,290.98 |
| 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 3,585,571.55 |
| 09/19/2008 | | INWIRE RF#0919B8B7HU2R008975 026009593 PART NERS LTD FFC A C 732 401 WCI COMMUNITIES, INC | 31,607.57 |

**TOTAL NET MOVEMENTS OF FUNDS / USD**    ( 172,269,540.62 )

**GBP**

| | | | |
|---|---|---|---|
| 09/08/2008 | | FRM STK TO CMDY | ( 103,624.20 ) |
| 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 25,038.00 |

**TOTAL NET MOVEMENTS OF FUNDS / GBP**    ( 78,586.20 )

**EUR**

SO Exhibit G
page 1 of 1

# LEHMAN BROTHERS

**Base Currency : USD**
**Account Number : 732-40125 H81**

**For the period 08/01/2008 to 08/29/2008**

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

## Monthly Activity (1)(1)

**PURCHASES & SALES**
(Continued)

| Settlement Date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 08/12/2008 | BOUGHT | 14,950 | ACACIA RESEARCH - ACACIA TECHNOLOGIES<br>UNSOLICITED<br>TMS08707708701176160TMS<br>PLUS  448.50 COMM<br>CHARGED BY LEHM | 4.1589 | ( 62,824.08 ) |
| 08/12/2008 | SOLD | 240,534 | ***BARRATT DEVELOPMENTS PLC<br>AVERAGE PRICE<br>UNSOLICITED<br>TMS-REF2008081101361535<br>TMS08711708701386357TMS<br>288,029.93 GBP TOTAL<br>AS OF 0807/08 | 2.3308 | 580,074.19 |
| 08/12/2008 | BOUGHT | 2,000,000 | ****MAC FUNDING LTD<br>PRIN PROTECTED SECS ACCREDITED<br>INVS<br>UNSOLICITED<br>TMS08711708700444492TMS<br>PLUS  0.00 COMM<br>CHARGED BY CHSE | .3275 | ( 655,000.00 ) * |
| 08/12/2008 | SOLD | 6,300 | PGT INC<br>UNSOLICITED<br>TMS08707708701182504TMS<br>LESS  282.00 COMM  0.19 FEE<br>CHARGED BY MOUN | 5.1960 | 32,482.61 |
| 08/12/2008 | SOLD | 27,500 | ROSETTA RESOURCES INC<br>UNSOLICITED<br>TMS08707708701825000TMS<br>LESS  825.00 COMM  3.50 FEE<br>CHARGED BY GSCO | 22.7217 | 624,018.25 |
| 08/12/2008 | BOUGHT | 8,385 | ***ZARLINK SEMICONDUCTOR INC<br>UNSOLICITED | .7168 | ( 6,260.99 ) |

Page 45 of 108

# LEHMAN BROTHERS INC
## TRADE CONFIRMATION

To:    Stonehill Institutional Partners, L.P.
       Contact: Steve Nelson
       Tel No.: 212-739-7470
       Fax No.: 212-838-2291
       Email:   snelson@stonehillcap.com


From:  Lehman Brothers Inc.
       Contact: Denise Rosselli          Trade Confirmations: Jessica Markowitz
       Tel No.:  212-526-1490            Tel. No.:   212-526-1490
       Fax No.:  646-758-4993            Fax No.:    646-758-4993
       Email:    drosselli@lehman.com    Email:  Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| Trade Date: | March 27, 2008 |
| Seller: | Stonehill Institutional Partners, L.P., as Principal |
| Buyer: | Lehman Brothers Inc., as Principal |
| Issuer: | US Power Generating Company |
| Quantity | 6,400 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| Purchase Price: | $28.00 per Unit |

Other terms:

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.


Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598.*

NYC:147889.2

Page 2 of 4

2

| LEHMAN BROTHERS INC. | Stonehill Institutional Partners, L.P. |
|---|---|
| By: _____ | By: _____ |
| Name: **MARTHA G. MARTINEZ** **AUTHORIZED SIGNATORY** | Name: Steven D. Nelson |
| Title: _____ | Title: CFO |
| Date: _____ | Date: 4/3/08 |

NYC:147889.2

# LEHMAN BROTHERS INC
## TRADE CONFIRMATION

To: **Stonehill Offshore Partners Limited**
   Contact: Steve Nelson
   Tel No.: 212-739-7470
   Fax No.: 212-838-2291
   Email: snelson@stonehillcap.com

From: **Lehman Brothers Inc.**

| | |
|---|---|
| Contact: **Denise Rosselli** | Trade Confirmations: **Jessica Markowitz** |
| Tel No.: **212-526-1490** | Tel. No.: **212-526-1490** |
| Fax No.: **646-758-4993** | Fax No.: **646-758-4993** |
| Email: **drossell@lehman.com** | Email: **Jessica.markowitz@lehman.com** |

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| **Trade Date:** | March 27, 2008 |
| **Seller:** | Stonehill Offshore Partners Limited, as Principal |
| **Buyer:** | Lehman Brothers Inc., as Principal |
| **Issuer:** | US Power Generating Company |
| **Quantity** | 8,730 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| **Purchase Price:** | $28.00 per Unit |

**Other terms:**

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at 212-526-7598.

NYC:147889.2

page 4 of 4

2

| LEHMAN BROTHERS INC. | Stonehill Offshore Partners Limited |
|---|---|
| By: | By: |
| Name:    MARTHA G. MARTINEZ | Name:   Steven D. Nelson |
|     AUTHORIZED SIGNATORY | |
| Title: | Title:   CFO |
| Date: | Date:   4/2/08 |

NYC:147889.2

SD Exhibit H(b)

7                                                          Equity**MSG**

Screen Printed
 1/23  8:50:20                                              Page 1 / 2
  From: ●JAY COYLE (MERRILL LYNCH/NY,WFC)
 Subject: PROJECT ENERGY BANK DEBT -
          No Attachments
FIRST DAY AT BANK OF AMERICA                      Cell:(917)699-9191
ENERGY PROJECT BANK DEBT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ANP TL A | 92 | - 94 | 3x3 | LA PALOMA 1ST | 71 | - $73\frac{1}{2}$ | 3x |
| ANP TL B | 89 | - 91 | 3x3 | LA PALOMA 2ND | 59 | - 63 | 2x2 |
| BOSTON GEN 1ST | $62\frac{1}{4}$ | - $64\frac{1}{4}$ | 5x3 | LIBERTY ELEC 1ST | 75 | - 80 | |
| BOSTON GEN 2ND | $26\frac{1}{2}$ | - $31\frac{1}{2}$ | 2x2 | LIBERTY ELEC MEZZ | 50 | - 55 | |
| BOSTON GEN MEZZ | 7 | - 12 | 2x2 | LONGVIEW STRIP | 70 | - 72 | P/B |
| US POWER EQUITY | 6.00 | -7.50 | 50kx75k | MACHGEN 2ND | 60 | - 62 | 3x3 |
| BOSQUE TERM | 65 | - 70 | 3x | MACHGEN UNITS | 90 | - 130 | 5kx5k |
| ENTEGRA 2ND LIEN | 71 | - $72\frac{1}{2}$ | 3x3 | TENASKA 1ST | 88 | - 90 | |
| ENTEGRA 3RD LIEN | 33 | - 35 | 3x3 | TENASKA 2NDS | 62 | - 65 | 2x2 |
| ENTEGRA EQUITY | 3.00 | -4.00 | 75x75 | ASTORIA 1ST | $84\frac{1}{2}$ | - 86 | |
| KELSON 1ST | 78 | - 81 | 3x2 | ASTORIA 2NDS | 71 | - 74 | P/S |
| KELSON 2ND | $47\frac{1}{2}$ | - $51\frac{1}{2}$ | 5x5 | | | | |
| KELSON MEZZ | 27 | - 37 | | | | | |

SO Exhibit I

## Unsettled Zarlink Trades

| 8/15/2008 | Total Qty | Off | SI | | Total Cost | Off | SI |
|---|---|---|---|---|---|---|---|
| Original trade | 55,000 | 25,300 | 29,700 | | 41,402.00 | 19,045.00 | 22,357.00 |
| Unsettled | 14,000 | 6,440 | 7,560 | | 10,539 | 4,847.82 | 5,690.87 |
| | 25.45% | | | | 25.45% | | |
| Corrected | 41,000 | 18,860 | 22,140 | | 30,863 | 14,197.18 | 16,666.13 |
| | | | | | | | |
| 8/20/2008 | | | | | | | |
| Original trade | 60,500 | 27,830 | 32,670 | | 46,029 | 21,173.00 | 24,856.00 |
| Unsettled | 45,500 | 20,930 | 24,570 | | 34,617 | 15,923.50 | 18,693.36 |
| | 75.21% | | | | 75.21% | | |
| Corrected | 15,000 | 6,900 | 8,100 | | 11,412 | 5,249.50 | 6,162.64 |
| | | | | | | | |
| Pre-adj | 7,654,640 | 5,490,156 | 2,164,484 | | 5,663,502.66 | 3,974,221.71 | 1,689,280.95 |
| Adjustments | | (27,370) | (32,130) | | | (20,771.31) | (24,384.23) |
| New | 7,595,140 | 5,462,786 | 2,132,354 | | 5,618,347.12 | 3,953,450.40 | 1,664,896.72 |
| | | | | | | | |
| Cash Adj on unsettled | CAD | | | Rate | USD | | |
| 8/15/2008 | 11,193.00 | 5,148.78 | 6,044.22 | 0.94154 | | | |
| 8/20/2008 | 36,818.60 | 16,936.56 | 19,882.04 | 0.94020 | | | |
| Claim on Exibit I | 48,011.60 | 22,085.34 | 25,926.26 | | | | |
| CUSIP # 989139100 | | | | | | | |

page 1 of 1

page 103

**FX Forward Adj**
**9/19/2008**

Stonehill Offshore Exhibit V

| FX | Due Date | Offshore Qty | Cost | Price | FMV | Unrealized |
|---|---|---|---|---|---|---|
| CAD | 5/26/09 | (6,650,000) | (6,443,798.45) | 0.9510046 | (6,324,180.74) | 119,617.71 |
| CAD | 5/26/09 | (5,520,000) | (5,374,616.62) | 0.9510048 | (5,249,545.51) | 125,071.11 |
| CHF | 12/29/08 | (19,000,000) | (18,399,264.03) | 0.9103138 | (17,295,962.04) | 1,103,301.99 |
| Euro | 12/29/08 | (14,000,000) | (21,220,080.00) | 1.4439997 | (20,215,995.80) | 1,004,084.20 |
| Euro | 6/24/09 | (6,695,500) | (10,287,635.75) | 1.4326946 | (9,592,606.69) | 695,029.06 |
| GBP | 9/22/08 | (4,100,000) | (8,099,550.00) | 1.8357450 | (7,526,554.50) | 572,995.50 |
| GBP | 12/22/08 | (9,000,000) | (17,747,100.00) | 1.8262393 | (16,436,153.70) | 1,310,946.30 |
| GBP | 3/26/09 | (9,000,000) | (17,362,800.00) | 1.8152082 | (16,336,873.80) | 1,025,926.20 |
| GBP | 6/24/09 | (1,500,000) | (2,888,175.00) | 1.8061452 | (2,709,217.80) | 178,957.20 |
| | | | (107,823,019.85) | | (101,687,090.59) | 6,135,929.26 |

TOTAL  6,135,929.26

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

**FUTURES/FOREIGN EXCHANGE
CONFIRMATION**

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040125 |
| Page | 2 |

US NON-SEGREGATED ACCOUNT

- - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - -

| Date | B/S | Base Currency Maturity Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|---|
| | | | Total FX Long Option value | | 0CR* USD |
| | | | Total FX Short Option Value | | 0CR* USD |
| | | | Net FX Option Value | | 0CR* USD |

- - - - - - - - - - - Foreign Exchange Position Delta Summary - - - - - - - - - - - - - - - - - - - - -

| Curr | Notional | USD Equivalent | Delta Notional | Delta USD Equiv |
|---|---|---|---|---|
| EUR | 20,695,500.00DB | 29,808,602.49DB | 20,695,500.00DB | 29,808,602.49DB |
| GBP | 19,500,000.00DB | 35,482,245.30DB | 19,500,000.00DB | 35,482,245.30DB |
| CAD | 12,170,000.00DB | 11,573,726.25DB | 12,170,000.00DB | 11,573,726.25DB |
| CHF | 19,000,000.00DB | 17,295,962.04DB | 19,000,000.00DB | 17,295,962.04DB |
| Sum of the Absolute Values: | | 94,160,536.08 | | 94,160,536.08 |

- - - - - - - - - - -   M A R G I N   R E Q U I R E M E N T   S U M M A R Y   - - - - - - - - - - - - - - - - - -

| | Margin Requirement - - - - - - Initial | Equity Excess/Deficit | Margin Call/Excess |
|---|---|---|---|
| GBP | 0CR | 4,100,000.00DB | 4,100,000.00DB |
| JPY | CR | CR | CR |
| USD | 4,642,874.10DB | 8,099,550.00CR | 3,456,675.90CR |

Total Value in Base Currency

| JSD | 4,642,874.10DB | 572,995.50CR | 4,069,878.60DB |
|---|---|---|---|

- - - - - - - - - - - - - -   A C C O U N T   V A L U E   S U M M A R Y   - - - - - - - - - - - - - - - - - -

| | Account Balance | Unrealized G/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|---|
| GBP | 4,100,000.00DB | 0CR | 0CR | 0CR | 0CR | 4,100,000.00DB |
| JPY | CR | CR | CR | CR | CR | CR |
| JSD | 8,099,550.00CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 13,588,848.79CR |

Total Value in Base Currency

| JSD | 572,995.50CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 6,062,294.29CR |
|---|---|---|---|---|---|---|

* * * * * * * * CURRENCY  CONVERSION  RATES * * * * * * * * *

Base Currency - USD

| POUND STG | GBP | 1.8357450 |
|---|---|---|
| J YEN | JPY | 107.0700000 |

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

*FUTURES/FOREIGN EXCHANGE CONFIRMATION*

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040125 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - - - - OPENING  ACCOUNT  BALANCES - - - -

| POUND STG | 0CR |
|---|---|
| J YEN | CR |
| US DOLLAR | 0CR |

- - - - - - - - - - - - - - - F O R E I G N   E X C H A N G E   S E T T L E M E N T S - - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|---|---|---|
| 9/19/07 | S | 4,100,000.00DB | 22SEP08 | GBP/USD | 8,099,550.00CR  TYPE | 1.9755000 | |

The settlement amounts shown below are reflected in the closing cash balance for each currency.

- - - - CLOSING  ACCOUNT  BALANCES - - - - -

| POUND STG | 4,100,000.00DB* |
|---|---|
| J YEN | CR* |
| US DOLLAR | 8,099,550.00CR* |

- - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value | |
|---|---|---|---|---|---|---|---|---|
| 3/24/08 | S | 14,000,000.00DB | 29DEC08 | EUR/USD | 21,220,080.00CR | 1.5157200 | 995,341.86CR | USD |
| | | | | | Net Present Value | | 995,341.86CR* | USD |
| | | | | | Undiscounted MTM | 1.4439997 | 1004,084.20CR* | USD |
| 6/20/08 | S | 6,695,500.00DB | 24JUN09 | EUR/USD | 10,287,635.75CR  TYPE | 1.5365000 | 678,014.44CR | USD |
| | | | | | Net Present Value | | 678,014.44CR* | USD |
| | | | | | Undiscounted MTM | 1.4326946 | 695,029.06CR* | USD |
| 2/19/07 | S | 9,000,000.00DB | 22DEC08 | GBP/USD | 17,747,100.00CR  TYPE | 1.9719000 | 1,300,395.52CR | USD |
| | | | | | Net Present Value | | 1,300,395.52CR* | USD |
| | | | | | Undiscounted MTM | 1.8262393 | 1310,946.30CR* | USD |
| 3/24/08 | S | 9,000,000.00DB | 26MAR09 | GBP/USD | 17,362,800.00CR | 1.9292000 | 1,008,044.36CR | USD |
| | | | | | Net Present Value | | 1,008,044.36CR* | USD |
| | | | | | Undiscounted MTM | 1.8152082 | 1025,926.20CR* | USD |
| 6/20/08 | S | 1,500,000.00DB | 24JUN09 | GBP/USD | 2,888,175.00CR  TYPE | 1.9254500 | 174,576.24CR | USD |
| | | | | | Net Present Value | | 174,576.24CR* | USD |
| | | | | | Undiscounted MTM | 1.8061452 | 178,957.20CR* | USD |
| 4/10/08 | B | 5,374,616.62CR | 26MAY09 | USD/CAD | 5,520,000.00DB  TYPE | 1.0270500 | 122,281.17CR | USD |
| 3/31/08 | B | 6,443,798.45CR | 26MAY09 | USD/CAD | 6,650,000.00DB  TYPE | 1.0320000 | 116,949.42CR | USD |
| et | | 11,818,415.07CR* | | | 12,170,000.00DB* | | | |
| | | | | | Net Present Value | | 239,230.59CR* | USD |
| | | | | | Undiscounted MTM | 1.0515196 | 257,295.09CR* | CAD |
| | | | | | Undiscounted MTM In Base | | 244,688.82CR* | USD |
| 5/20/08 | B | 18,399,264.03CR | 29DEC08 | USD/CHF | 19,000,000.00DB  TYPE | 1.0326500 | 1,093,695.78CR | USD |
| | | | | | Net Present Value | | 1,093,695.78CR* | USD |
| | | | | | Undiscounted MTM | 1.0985223 | 1212,001.84CR* | CHF |
| | | | | | Undiscounted MTM In Base | | 1103,301.99CR* | USD |
| | | | | | Total FX Forward NPV | | 5,489,298.79CR* | USD |
| | | | | | Total FX Undiscounted MTM | | 5,562,933.77CR* | USD |

- - - - - C O N T I N U E D   O N   N E X T   P A G E - - - - -

SD Exhibit K (a)                                                    page 1 of 2

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

**To:**   *Kelts LLC*
     *Attention:*     ***William Pool***
     *Phone No.:*     *(203)618-2779*
     *Fax No.:*     *(203)422-4599*
     *Email:*     *harry.pool@rbsgc.com*

**From:**   *Stonehill Offshore Partners Limited*
     *Attention:*     ***Ann Mauro***
     *Phone No.:*     *212-739-7474*
     *Fax No.:*     *212-838-2291*
     *Email:*     *amauro@stonehill.nb.com*

**Date:**   *08/13/2008*

     We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

**Trade Date:**     08/01/2008

**Seller:**     Stonehill Offshore Partners Limited     ☑ Principal  ☐ Agent

**Buyer:**     Kelts LLC     ☑ Principal  ☐ Agent

**Credit Agreement:**     CREDIT AGREEMENT dated as of December 21, 2006 among EBG HOLDINGS LLC, the Lenders from time to time party thereto, and CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as administrative agent

**Borrower:**     EBG HOLDINGS LLC

**Form of Purchase:**     Assignment

**Purchase Amount/ Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 2,000,000.00 | Term | Loan | |

565561001

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

| | | | |
|---|---|---|---|
| **Purchase Rate:** | | 89.500% | Loan |

**Up Front Fees:**    Loan    None
**(if any):**

**Credit Documentation**        No
**to be provided:**

**Trade Specific**              Recordation Fee is split and no more than one full fee.
**Other Terms of Trade:**

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Chris Bleakley at ClearPar at the following fax number (646)453-2870 or email address: christopher.bleakley@fnis.com

If you have any questions, please contact Chris Bleakley at (845)639-4890.

Stonehill Offshore Partners Limited
By: Stonehill Advisers LLC

By: _____

Name:  Steven Nelson
Title:

Kelts LLC
By: The Royal Bank of Scotland plc, as sole member

By: Greenwich Capital Markets, Inc., its agent

By: _____

Name:  Karen Brewer
Title:

565561001

Page 2 of 2

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006.  All rights reserved.

SO Exhibit K (b)                                                                                        page 1 of 7

**Date:**        August 26, 2008

**Status: Effective**

**To:**          Kelts LLC as Buyer
**Attn:**        William Pool
**Phone:**       (203)618-2779
**Fax:**         (203)422-4599


**From:**        Stonehill Offshore Partners Limited as Seller
**Attn:**        Ann Mauro
**Phone:**       212-739-7474
**Fax:**         212-838-2291


**Trade Date:**          August 1, 2008
**Credit Agreement:**    **BOSTON GENERATING EBG Mezz (12/06)**


**Facility:**            Loan
**Global Commitment:**   USD 359,219,921.50
**Sale Amount:**         USD 2,000,000.00
**Percentage of Total:** 0.5567619946%
Loans outstanding under facility as of August 26, 2008 (Effective Date)

| Pricing Option: | Cur | Global Amount of Loan: | Buyer's Share of Loan: | Start Date: | Repricing Date: | Base Rate: | Margin: | RAC Rate: | All In Rate: | Exchange Rate: |
|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | USD | 359,219,921.50 | 2,000,000.00 | Jun 30, 2008 | Sep 30, 2008 | 2.800630 | 7.000000 | 0.000000 | 9.800630 | |

### Funding Memorandum
### Payment Details

**On Aug 26, 2008 Buyer will remit to Seller USD 1,788,283.65 calculated as follows:**

1,790,000.00 USD  (89.5000% x Buyer's share of outstanding loans under the Loan Facility)

(Seller will remit full Assignment fee 0.00 USD to the Agent - Not included in remittance amount above)

(1,716.35 USD)  (Other Fee - Cost of Carry on Aug 26, 2008)


**Seller's Payment Instructions:**
**Bank:**            Chase Manhattan (NYC)
**ABA #:**           021-000-021
**Account #:**       140 094 221
**Account Name:**    Lehman Brothers
**FFC:**             Stonehill Offshore Partners Limited #: 732-40125
**Attention:**       Dmitriy Kovalev
**Reference:**       BOSTON GENERATING EBG Mezz (12/06)

Reference Number:

Seller and Buyer hereby agree that payment will be made as calculated above on the Settlement Date.

**STONEHILL OFFSHORE PARTNERS LIMITED**             **KELTS LLC**
**By: Stonahill Advisers LLC**                      **By: The Royal Bank of Scotland plc, as sole member**
                                                                        **By: Greenwich Capital**
                                                    **Markets, Inc., its agent**



**By:** _____

**Name:**                                           **By:** _____
**Title:**
                                                    **Name:**
                                                    **Title:**


585561 - 001                                                        August 26, 2008      4:55:10 pm

## ASSIGNMENT AND ASSUMPTION

This Assignment and Assumption (the "Assignment and Assumption") is dated as of the Effective Date set forth below and is entered into by and between Stonehill Offshore Partners Limited (the "Assignor") and Kelts LLC (the "Assignee"). Capitalized terms used but not defined herein shall have the meanings given to them in the Credit Agreement identified below (as amended, the "Credit Agreement"), receipt of a copy of which is hereby acknowledged by the Assignee. The Standard Terms and Conditions set forth in Annex 1 attached hereto are hereby agreed to and incorporated herein by reference and made a part of this Assignment and Assumption as if set forth herein in full.

For an agreed consideration, the Assignor hereby irrevocably sells and assigns to the Assignee, and the Assignee hereby irrevocably purchases and assumes from the Assignor, subject to and in accordance with the Standard Terms and Conditions and the Credit Agreement, as of the Effective Date inserted by the Administrative Agent as contemplated below (i) all of the Assignor's rights and obligations in its capacity as a Lender under the Credit Agreement and any other documents or instruments delivered pursuant thereto to the extent related to the amount and percentage interest identified below of all of such outstanding rights and obligations of the Assignor under the respective facilities identified below and (ii) to the extent permitted to be assigned under applicable law, all claims, suits, causes of action and any other right of the Assignor (in its capacity as a Lender) against any Person, whether known or unknown, arising under or in connection with the Credit Agreement, any other documents or instruments delivered pursuant thereto or the loan transactions governed thereby or in any way based on or related to any of the foregoing, including contract claims, tort claims, malpractice claims, statutory claims and all other claims at law or in equity related to the rights and obligations sold and assigned pursuant to clause (i) above (the rights and obligations sold and assigned pursuant to clauses (i) and (ii) above being referred to herein collectively as the "Assigned Interest"). Such sale and assignment is without recourse to the Assignor and, except as expressly provided in this Assignment and Assumption, without representation or warranty by the Assignor.

1.  Assignor:                          Stonehill Offshore Partners Limited

2.  Assignee:                          Kelts LLC

3.  Borrower(s):                       EBG Holdings LLC

4.  Administrative Agent:              Credit Suisse, Cayman Islands Branch, as the administrative agent under the Credit Agreement

5.  Credit Agreement:                  The Credit Agreement dated as of December 21, 2006 among the Borrower, the Guarantors, the Lenders and certain other lender parties party thereto, the Administrative Agent, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Syndication Agents, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Documentation Agents, and CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Joint Lead Arrangers and Joint Book Running Managers.

6.    Assigned Interest:

| Facility Assigned | Aggregate Amount of Commitment/Loans for all Lenders | Amount of Commitment/Loans Assigned | Percentage Assigned of Commitment/Loans |
|---|---|---|---|
| Loan | USD 359,219,921.50 | USD 2,000,000.00 | 0.556761995% |

Effective Date:  August 26, 2008

The Assignee agrees to deliver to the Administrative Agent a completed Administrative Questionnaire in which the Assignee designates one or more Credit Contacts to whom all syndicate-level information (which may contain material non-public information about the Borrower, the other Loan Parties and their Affiliates or their respective securities) will be made available and who may receive such information in accordance with the Assignee's compliance procedures and applicable laws, including Federal and state securities laws.

page 4 of 7

The terms set forth in this Assignment and Assumption are hereby agreed to:

ASSIGNOR

**STONEHILL OFFSHORE PARTNERS LIMITED, as Assignor**

By: Stonehill Advisers LLC

By: _____

Name:    Steven Nelson

Title:

ASSIGNEE

**KELTS LLC, as Assignee**

By: The Royal Bank of Scotland plc, as sole member

By:

Greenwich Capital Markets, Inc., its agent

By: _____

Name:    Karen Brewer

Title:

*page 5 of 7*

Consented to and Accepted:

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as Administrative
Agent**

By: _Carolyn T. Stephens_

Name:    Carolyn Stephens
Title:    Assistant Vice President


By: _Shoshana Tyson_

Name:    Shoshana Tyson
Title:    Credit Suisse Authorized Signer


Consented to:

**EBG HOLDINGS LLC**



By: **N/A** _____

Name:

Title:

page 6 of 7

## STANDARD TERMS AND CONDITIONS FOR
## ASSIGNMENT AND ASSUMPTION

1. Representations and Warranties.

1.1  Assignor.  The Assignor (a) represents and warrants that (i) it is the legal and beneficial owner of the Assigned Interest, (ii) the Assigned Interest is free and clear of any lien, encumbrance or other adverse claim and (iii) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby; and (b) assumes no responsibility with respect to (i) any statements, warranties or representations made in or in connection with the Credit Agreement or any other Loan Document, (ii) the execution, legality, validity, enforceability, genuineness, sufficiency or value of the Loan Documents or any collateral thereunder, (iii) the financial condition of the Borrower, any of its Subsidiaries or Affiliates or any other Person obligated in respect of any Loan Document or (iv) the performance or observance by the Borrower, any of its Subsidiaries or Affiliates or any other Person of any of their respective obligations under any Loan Document.

1.2.  Assignee.  The Assignee (a) represents and warrants that (i) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby and to become a Lender under the Credit Agreement, (ii) it satisfies the requirements, if any, specified in the Credit Agreement that are required to be satisfied by it in order to acquire the Assigned Interest and become a Lender, (iii) from and after the Effective Date, it shall be bound by the provisions of the Credit Agreement as a Lender thereunder and, to the extent of the Assigned Interest, shall have the obligations of a Lender thereunder, (iv) it has received and/or had the opportunity to review a copy of the Credit Agreement to the extent it has in its sole discretion deemed necessary, together with copies of the most recent financial statements delivered pursuant to Section 5.03 thereof, as applicable, and such other documents and information as it has in its sole discretion deemed appropriate to make its own credit analysis and decision to enter into this Assignment and Assumption and to purchase the Assigned Interest on the basis of which it has made such analysis and decision independently and without reliance on the Administrative Agent or any other Lender, and (v) if it is a Person organized under the laws of a jurisdiction outside the United States, attached to the Assignment and Assumption is any documentation required to be delivered by it pursuant to the terms of the Credit Agreement, duly completed and executed by the Assignee; and (b) agrees that (i) it will, independently and without reliance on the Administrative Agent, the Assignor or any other Lender, and based on such documents and information as it shall deem appropriate at the time, continue to make its own credit decisions in taking or not taking action under the Loan Documents, and (ii) it will perform in accordance with their terms all of the obligations which by the terms of the Loan Documents are required to be performed by it as a Lender.

2.  Payments.  From and after the Effective Date, the Administrative Agent shall make all payments in respect of the Assigned Interest (including payments of principal, interest, fees and other amounts) to the Assignor for amounts which have accrued to but excluding the Effective Date and to the Assignee for amounts which have accrued from and after the Effective Date.

page 7 of 7

3. General Provisions. This Assignment and Assumption shall be binding upon, and inure to the benefit of, the parties hereto and their respective successors and assigns. This Assignment and Assumption may be executed in any number of counterparts, which together shall constitute one instrument. Delivery of an executed counterpart of a signature page of this Assignment and Assumption by telecopy shall be effective as delivery of a manually executed counterpart of this Assignment and Assumption. This Assignment and Assumption shall be governed by, and construed in accordance with, the law of the State of New York.

**Steven Nelson**

---

**From:**      Dvorski, Vera [vera.dvorski@barclayscapital.com]
**Sent:**      Friday, October 10, 2008 11:14 AM
**To:**        Steven Nelson; Kovalev, Dmitriy; Marco, Paul
**Subject:**   RE: Boston Gen EBG Mezz

Hi,

I entered it this morning.   Sorry about the delay.

Regards,

Vera Dvorski
Barclays Capital | Capital Markets Prime Services
Phone: (212)-526-2361
Fax: (646) 834-4652
Email: vera.dvorski@barclayscapital.com


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Friday, October 10, 2008 11:01 AM
To: Dvorski, Vera; Kovalev, Dmitriy; Marco, Paul
Subject: RE: Boston Gen EBG Mezz

We don't see this in our account.

Steve Nelson
Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022
T - 212.739.7470 (direct)
T - 212.739-7474
F - 212.838.2291
snelson@stonehillcap.com


-----Original Message-----
From: Dvorski, Vera [mailto:vera.dvorski@barclayscapital.com]
Sent: Wednesday, October 08, 2008 6:24 PM
To: Steven Nelson; Kovalev, Dmitriy; Marco, Paul
Subject: Re: Boston Gen EBG Mezz

Hi,

Yes, the money should be in your acct tomorrow.

Regards,
Vera

----- Original Message -----
From: Steven Nelson <SNelson@stonehillcap.com>
To: Steven Nelson <SNelson@stonehillcap.com>; Kovalev, Dmitriy; Marco, Paul; Dvorski, Vera
Sent: Wed Oct 08 18:17:24 2008
Subject: RE: Boston Gen EBG Mezz

Any luck with this?


Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Steven Nelson
Sent: Wednesday, October 08, 2008 10:08 AM
To: 'Kovalev, Dmitriy'; 'Marco, Paul'; 'Dvorski, Vera'
Subject: FW: Boston Gen EBG Mezz

Please see the message below.  Offshore should have rec'd $1,788,283.65 on 8/27/08.
Please check on this.

Thanks,

Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Marie.Cowell@rbsgc.com [mailto:Marie.Cowell@rbsgc.com]
Sent: Wednesday, October 08, 2008 9:57 AM
To: Steven Nelson; loanops@rbos.com
Subject: RE: Boston Gen EBG Mezz

Steven,

page 3 of 3

funds were sent on 8/27/08.  The Book Transfer # is 0661600240JS.
Please let me know if you have any more questions.

1,788,283.65 BOOK TRANSFER DEBIT BOOK 0661600240JS SAME 17:04 08/27/2008 STRAIGHT

YOUR REF: ADHPHRF30082400W

PAID TO: 00000000140094221 LEHMAN BROS INC-INCOMING CUST FD INCOMING

CUSTOMER FUNDS CLS NEW YORK NY 10019

SWIFT ID: GRNWUS33

B/O CUSTOMER: GREENWICH CAPITAL MARKETS INC 600 STEAMBOAT RD GREENWICH CT

06830-7149

ACCT PARTY: /732907552 LBI

REC GFP: 08272102

Thanks.


Marie Cowell
RBS Global Banking & Markets
Office: +1 203 618 2684


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Wednesday, October 08, 2008 9:24 AM
To: *GCM Loan Operations
Subject: Boston Gen EBG Mezz

Stonehill Offshore Partners Limited sold to you a qty of 2,000,000 of Boston Gen thru
clearpar.  It was trade #565561-001 and it closed on 8/26/08.  The funding memo called for
you to pay us $1,788,283.65 but we have yet to receive the funds.  Please check your
records and get back to me.


Thanks,


Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

3

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

SEP 2 1 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY: _____    DATE _____    TIME _____

**H A N D   D E L I V E R Y**

FILED / RECEIVED

SEP 21 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY: _____    DATE _____    TIME _____

# EXHIBIT 2

Stonehill's Motion to Re-File Proofs of Claim to Fix Previously Unliquidated
Claim Amounts or Alternatively for Leave to File Amended Claims

# Customer Account Agreement Prime Brokerage

**LEHMAN BROTHERS INC.**

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019
(212) 526-7000

| Stonehill Offshore Partners LTD | Account No.: 732-40125 |
|---|---|
| | |

**Please Read Carefully, Sign and Return**

This agreement ("Agreement") sets forth the terms and conditions under which Lehman Brothers (as defined below) will open and maintain prime brokerage account(s) in your name and otherwise transact business with you as our customer. Throughout this Agreement references to "you" and "your" refer to you as our customer.

In consideration of Lehman Brothers opening a prime brokerage account for you, you agree to the following:

**1. PARTIES.** A prime brokerage account opened pursuant to this Agreement will be opened at Lehman Brothers Inc. ("LBI"). All transactions, agreements and contracts between you and Lehman Brothers have been entered into in consideration of each other. You hereby agree that the parties to this Agreement shall consist of you and Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc. and any of their subsidiaries, parents, affiliates, divisions, officers, directors, agents and employees now existing or hereafter created, including successors and assigns (each such entity or person being referred to hereinafter as Lehman Brothers or a "Lehman Brothers Entity," unless otherwise specified, and all such entities or persons being collectively referred to hereinafter as "Lehman Brothers"). Unless you advise Lehman Brothers in writing to the contrary, you represent that you are not an affiliate (as defined in Rule 144(a)(1) under the U.S. Securities Act of 1933 as may be amended, modified or supplemented) of the issuer of any security held in any account opened hereby. You represent and warrant to Lehman Brothers that you are either (i) not (A) an employee benefit plan (an "ERISA Plan") as defined in Section 3(3) of the U.S. Employee Retirement Income Security Act of 1974, as amended ("ERISA"), or (B) subject to ERISA or Section 4975 of the U.S. Internal Revenue Code of 1986, as amended (the "Code") or (ii) (A) an ERISA Plan or subject to ERISA or Section 4975 of the Code and (B) whose Investment Manager or General Partner is (and you covenant and agree that any successor Investment Manager or General Partner appointed by you will be) a Qualified Professional Asset Manager ("QPAM") as defined by the relevant prohibited transaction class exemption(s) issued pursuant to ERISA and you will provide Lehman Brothers with a QPAM Representation Letter .

**2. APPLICABLE LAWS, RULES AND REGULATIONS; SEVERABILITY.** All transactions under this Agreement shall be subject to the applicable laws, rules and regulations of all U.S. and, if applicable, non-U.S. federal, state and self-regulatory authorities, including, but not limited to, the rules and regulations of the Board of Governors of the Federal Reserve System of the United States and the constitution, rules and customs of the exchange or market (and clearing house) where such transactions are executed or settled. In the event of any conflict between any such present or future laws, regulations and rules and the terms of this Agreement, the provision(s) of this Agreement so affected shall be deemed modified or superseded to conform to such laws, regulations and rules, but the remaining provisions of this Agreement shall remain in full force and effect.

**3. SECURITY INTEREST AND LIEN; REGISTRATION OF SECURITIES.** As security for the payment and performance of all of your obligations and liabilities from time to time outstanding to any Lehman Brothers Entity, whether under this Agreement or otherwise, each Lehman Brothers Entity shall have a continuing lien and first priority security interest in all your Assets, defined as (i) all property in which you now have or hereafter acquire an interest which is now or hereafter held by or through any Lehman Brothers Entity, including, but not limited to, any and all securities, accounts, instruments, documents, contract rights, contracts (including, but not limited to, open transactions, securities purchase or sale contracts, agreements to lend cash or securities, commodity contracts, futures contracts, forward contracts, repurchase agreements, swap agreements, contracts for differences or any other agreement, without regard to the form of such agreement which may include oral

agreements or agreements confirmed or signed by only one party to the agreement and agreements entered into or signed by a Lehman Brothers Entity on your behalf) (hereinafter "Contracts"), commercial paper and other securities, monies, deposit accounts and general intangibles (including all security entitlements in respect thereof, all income and profits thereon, all dividends, interest and other payments and distributions with respect thereto and all proceeds from any of the foregoing), and (ii) any and all rights, claims or causes of action you may now or hereafter have against any Lehman Brothers Entity. The continuing lien and first priority security interest shall apply to all such Assets, which from time to time may be deposited or credited to any account you may have with a Lehman Brothers Entity, be held or carried by a Lehman Brothers Entity for you, be due from a Lehman Brothers Entity to you, or be delivered to or in a Lehman Brothers Entity's possession or control for any purpose, including safekeeping. Such continuing lien and first priority security interest shall apply irrespective of whether or not Lehman Brothers has made advances in connection with such Assets, the number of accounts you have with Lehman Brothers or which particular Lehman Brothers Entity holds such Assets. You hereby acknowledge and agree that all such Assets held by or through any Lehman Brothers Entity are held as collateral by such Lehman Brothers Entity as agent and bailee for itself and all other Lehman Brothers Entities and, as such, each Lehman Brothers Entity shall comply with any orders or instructions originated by any other Lehman Brothers Entity with respect to or in connection with such collateral without your further consent. You and Lehman Brothers agree that all such Assets held in or credited to any account will be treated as financial assets under Article 8 of the Uniform Commercial Code as in effect in the State of New York (the "UCC") and that any account maintained by you with any Lehman Brothers Entity shall be a securities account under Article 8 of the UCC. In the event of a breach or default by you, a Lehman Brothers Entity shall have, in addition to the rights and remedies provided in this Agreement, all rights and remedies available to a secured creditor under the UCC and any other applicable law. You represent that all of the above-described Assets shall at all times be free and clear of all liens, claims and encumbrances of any nature other than the security interest created hereby. Assets consisting of securities shall be delivered in good deliverable form (or Lehman Brothers shall have the unrestricted power to place such securities in good deliverable form) in accordance with the requirements of the primary market for these securities. In addition, in order to satisfy any of your outstanding liabilities or obligations to any Lehman Brothers Entity, each Lehman Brothers Entity may, to the fullest extent permitted by law, at any time in its discretion and without prior notice to you, use, apply or transfer any and all securities or other property or Assets (including, without limitation, fully-paid securities and cash). You hereby agree that, except as otherwise specifically agreed in writing, each Lehman Brothers Entity may register and hold the securities and other property or Assets in your accounts in its name or the name of its designee. You shall execute such documents and take such other action as such Lehman Brothers Entity shall reasonably request in order to perfect its rights with respect to any of the Assets. In addition, you appoint Lehman Brothers as your attorney-in-fact to act on your behalf to sign, seal, execute and deliver all documents and do all such acts as may be required to realize upon any of Lehman Brothers' rights in the Assets.

4.  **BREACH, BANKRUPTCY OR DEFAULT.**  If you shall:

(i)  breach, repudiate or default under this Agreement or any Contract with any Lehman Brothers Entity, whether heretofore or hereafter entered into;

(ii)  make or repeat any misrepresentations in connection with this Agreement or any Contract with any Lehman Brothers Entity;

(iii)  state that you will not perform any obligation to any Lehman Brothers Entity;

(iv)  apply for, consent to or be the subject of an application or petition for the appointment of or the taking of possession by a receiver, custodian, trustee, liquidator or similar persons of yourself or of all of or a substantial part of your property;

(v)  admit in writing your inability, or become generally unable, to pay your debts as such debts become due or give Lehman Brothers other grounds for insecurity, as determined by Lehman Brothers in its sole and absolute discretion (including, without limitation, death; mental incompetence; dissolution; the appointment of a receiver by or against you, any guarantor, co-signer or other party liable on or providing security for your obligations to any Lehman Brothers Entity or the attachment against your or such other party's account(s) with any Lehman Brothers Entity; or any indication of your refusal or inability to satisfy promptly any Margin Call (as defined below) or other obligation);

(vi) make a general assignment for the benefit of your creditors; or

(vii) file or be subject of the filing or entry of a petition or order for relief or be subject of the commencement of a proceeding regarding reorganization, bankruptcy, liquidation, dissolution or insolvency;

then, any such event shall constitute, at Lehman Brothers' election, a default by you under this Agreement and any or all Contracts you may then have with any Lehman Brothers Entity, whether heretofore or hereafter entered into. In the event of any such default, each Lehman Brothers Entity shall have all of the rights of a secured party upon default under the UCC and other applicable laws, rules and regulations, including, without limitation, the right, without prior notice to you, to sell any and all Assets in which you have an interest (including without limitation this Agreement and any Contract) held by or through any Lehman Brothers Entity (either individually or jointly with others), to buy any or all property which may have been sold short, to exercise any and all options and other rights, to accelerate, cancel, terminate, liquidate, close out and net the settlement payments and/or delivery obligations under any or all outstanding transactions and/or to purchase or sell any other securities or property to offset market risk, and to set off or offset any obligation owing by any Lehman Brothers Entity to you against any obligations owing by you to any Lehman Brothers Entity, after which you shall be liable to Lehman Brothers for any remaining deficiency, loss, costs or expenses incurred or sustained by Lehman Brothers in connection therewith. Such purchases and/or sales may be effected publicly or privately without notice or advertisement in such manner as Lehman Brothers may in its sole discretion determine. At any such sale or purchase, any Lehman Brothers Entity may purchase or sell the property to or from itself or sell any securities, commodities or other property or Asset held by Lehman Brothers, or which you may owe to Lehman Brothers. In addition, each Lehman Brothers Entity shall have the right, at any time and from time to time, to set off and otherwise apply any and all amounts owing by such Lehman Brothers Entity to you or for your account against any and all amounts now or hereafter owing by you to any Lehman Brothers Entity (including, without limitation, any indebtedness in your accounts), whether matured or unmatured, fixed, contingent or otherwise and irrespective of whether any Lehman Brothers Entity shall have made any demand therefor. Lehman Brothers agrees to notify you of any such set-off and application, provided, however, that the failure to give such notice shall not affect the validity of any such set-off and application. You agree that any obligation of a Lehman Brothers Entity to you shall be subject to there being no breach, repudiation, misrepresentation or default (however characterized) by you which is continuing under any Contract with a Lehman Brothers Entity. You and Lehman Brothers intend this Agreement to be a master netting agreement.

5. **ADEQUATE ASSURANCES.** Subject to, and not as a limitation of, the rights of Lehman Brothers under this Agreement, if at any time Lehman Brothers has reasonable grounds for insecurity with respect to your performance of any of your obligations, Lehman Brothers may demand, and you shall give, adequate assurance of due performance within 24 hours, or within any shorter period of time Lehman Brothers demands that is reasonable under the circumstances. The adequate assurance of performance that may be demanded by Lehman Brothers may include, but shall not be limited to, the delivery by you of additional property as collateral.

6. **EXECUTION FEES AND SERVICE CHARGES.** You understand that your account(s) will be charged brokerage commissions or mark-ups/mark-downs in connection with the execution of transactions ("Execution Fees") and may be charged certain other fees for custody and other services furnished to you ("Service Fees"). You further understand that Execution Fees may be changed from time to time upon prior written notice to you and that Service Fees may be changed from time to time upon prior written notice to you and, in each case, you agree to be bound thereby.

7. **AMOUNTS OWED; TRUTH-IN-LENDING.** You hereby acknowledge receipt of Lehman Brothers' Truth-in-Lending disclosure statement. You understand that interest will be charged on any amount you owe in your account(s) in accordance with the methods described in such statement or in any amendment or revision thereto which may be provided to you. Any amount due which is not paid at the close of an interest period will be added to the opening balance for the next interest period.

8. **COLLECTION AND OTHER ACCOUNT-RELATED COSTS.** You hereby agree to pay, on demand, all reasonable costs, liabilities and damages incurred by Lehman Brothers (including, without limitation, costs of

3

collection, attorneys' fees, court costs and other expenses) in connection with (i) enforcing its rights hereunder, (ii) any investigation, litigation or proceeding involving your account or any property therein (including, without limitation, claims to such property by third parties), (iii) your use of or access to any Lehman Brothers or third-party system or (iv) Lehman Brothers' acting in reliance upon instructions, including, but not limited to, instructions transmitted via electronic means, including facsimile or electronic mail, from you or your authorized agents (including investment managers or advisers). In each case and whether or not demand has been made therefor, you hereby authorize Lehman Brothers to charge your account(s) for any and all such costs, liabilities and damages, including, without limitation, those incurred in connection with the liquidation of any of your Assets.

9. **IMPARTIAL LOTTERY ALLOCATION.** You agree that, in the event Lehman Brothers holds on your behalf securities in its name, in the name of its designee or in bearer form which are called in part, you will participate in the impartial lottery allocation system for such called securities in accordance with the rules of The New York Stock Exchange, Inc. or any other appropriate self-regulatory organization. When any such call is favorable, no allocation will be made to any account in which, to the knowledge of Lehman Brothers, any officer, director or employee of Lehman Brothers has any financial interest until all other customers have been satisfied on an impartial lottery basis.

10. **SECURITIES EVENTS.** Lehman Brothers shall inform you if Lehman Brothers becomes aware of the occurrence or prospective occurrence of any of the following with respect to any securities in your account(s): conversions, subdivision or consolidation; redemption; a takeover offer; calls, including calls on partly-paid securities and published calls; a capitalization issue; rights issue; distribution of income in the form of securities; or a certificate which may at a future date be exchanged for securities or an entitlement to acquire securities. Subject to Section 19 herein, if Lehman Brothers receives notice from you that you wish to act on any of the events referenced in this section and such notice is received by Lehman Brothers within a reasonable time for Lehman Brothers to act on such event, Lehman Brothers will act in accordance with your wishes. You represent that you review all prospectuses and offering statements that you may receive and understand the risks inherent with your securities transactions, including any risks associated with the above-described securities events.

11. **VOTING RIGHTS.** If any right to vote arises with respect to securities in your account, you may inform Lehman Brothers that you wish to exercise such right as you specify. Subject to Section 19 hereof, if Lehman Brothers receives this notice within a reasonable time to act, it will act in accordance with your wishes. If Lehman Brothers does not receive such timely notice from you, it will use its discretion to decide whether and how to vote such securities.

12. **WAIVER, ASSIGNMENT AND NOTICES.** Neither Lehman Brothers' failure to insist at any time upon strict compliance with this Agreement or with any of the terms hereof, nor any continued course of such conduct on its part shall constitute or be considered a waiver by Lehman Brothers of any of its rights or privileges hereunder. Any purported assignment of your rights and/or obligations hereunder without obtaining the prior written consent of an authorized representative of Lehman Brothers shall be null and void. Each Lehman Brothers Entity reserves the right to assign any of its rights or obligations hereunder or under any Contract to any other Lehman Brothers Entity without prior notice to you. Notices and other communications to you (including, without limitation, Margin Calls) that are sent by electronic means, including facsimile or electronic mail, sent by express delivery service or mailed, in each case to the address or number provided by you, shall, until the respective Lehman Brothers Entity has received notice in writing of a different address or number, be deemed to have been personally delivered to you. Margin Calls may also be communicated orally, without subsequent written confirmation.

13. **FREE CREDIT BALANCES.** You hereby authorize Lehman Brothers to use any free credit balance awaiting investment or reinvestment in your account(s) in accordance with all applicable rules and regulations and to pay interest thereon at such rate or rates and under such conditions as are established from time to time by Lehman Brothers for such account(s) and for the amounts of cash so used.

14. **RESTRICTIONS ON ACCOUNT.** You understand that Lehman Brothers, in its sole and absolute discretion, may restrict or prohibit trading of securities or other property in your account(s) and may terminate your account(s), and you shall nevertheless remain liable for all of your obligations to the Lehman Brothers Entities under this Agreement or any Contract. In the event that Lehman Brothers, in its sole and absolute discretion, determines to

impose such restrictions on your account(s) due to credit, margin, legal, regulatory, money laundering or other concerns, Lehman Brothers shall be under no obligation to provide you with prior notice of such restriction.

**15.  CREDIT INFORMATION AND INVESTIGATION.** You authorize Lehman Brothers, in its discretion, at any time and from time to time, to make or obtain reports concerning your credit standing and business conduct (including, but not limited to, obtaining audited account statements, if such are available). You may make a written request for a description of the nature and scope of the reports made or obtained by Lehman Brothers and the same will be provided to you within a reasonable period of time.

**16.  SHORT AND LONG SALES.** In placing any sell order for a short account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "short". You are required to and will comply with all applicable rules and regulations relating to short sale transactions. In placing any sell order for a long account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "long". The designation of a sell order as being for a long account shall constitute a representation by you that you own the security with respect to which the order has been placed, that such security is not restricted under Rules 144 and/or 145 under the U.S. Securities Act of 1933 (as may be amended, modified or supplemented) or any other applicable law, rule or regulation and, as such, may be sold without restriction in the open market and that, if Lehman Brothers does not have the security in its possession at the time you place the order, you shall deliver the security by settlement date in good deliverable form and pay to Lehman Brothers any losses and expenses it may incur or sustain as a result of your failure to make delivery on a timely basis.

**17.  MARGIN ACCOUNTS.** All Loans made hereunder are demand loans. You hereby agree to deposit and maintain such cash or collateral as margin in your margin accounts, if any, as Lehman Brothers may in its sole discretion require, and you agree to pay forthwith on demand any amount owing with respect to any of your margin accounts to satisfy Lehman Brothers' demand for such payment (a "Margin Call"). In addition, you further agree to deposit promptly and maintain such other collateral with Lehman Brothers as is required by any Contract you may have with any Lehman Brothers Entity. Upon your failure to make any such payment or deposit, or if at any time Lehman Brothers, in its sole discretion, deems it necessary for its protection, whether with or without prior demand, call or notice, Lehman Brothers shall be entitled to exercise all rights and remedies provided herein. No demands, calls, tenders or notices that Lehman Brothers may have made or given in the past in any one or more instances shall invalidate your waiver of the requirement to make or give the same in the future.

**18.  SECURITIES CONTRACTS.** You acknowledge and agree that any positions in your account(s) shall be deemed "securities contracts" within the meaning of Sections 555 and 741(7) (as may be amended, modified or supplemented) of the U.S. Bankruptcy Code.

**19.  CONSENT TO LOAN OR PLEDGE OF SECURITIES IN MARGIN ACCOUNTS.**

(a) Except as noted in subparagraph (b) below, within the limits of applicable law and regulations, you hereby authorize Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers in any of your accounts, to convey therewith all attendant rights of ownership (including voting rights and the right to transfer the securities to others), and to use all such property as collateral for its general loans. Any such property, together with all attendant rights of ownership, may be pledged, repledged, hypothecated or rehypothecated either separately or in common with other property for any amounts due to Lehman Brothers thereon or for a greater sum, and Lehman Brothers shall have no obligation to retain a like amount of similar property in its possession and control. You hereby acknowledge that, as a result of such activities, Lehman Brothers may receive and retain certain benefits to which you will not be entitled. In certain circumstances, such loans, pledges, repledges, hypothecations or rehypothecations may limit, in whole or in part, your ability to exercise voting and other attendant rights of ownership with respect to the loaned or pledged securities. You agree to waive the right to vote, or to provide any consent or to take any similar action with respect to these securities in the event that the record date or deadline for such vote, consent or other action falls during the period of any such loan, pledge, repledge, hypothecation or rehypothecation.

(b) Unless otherwise agreed by Lehman Brothers and you, you will be entitled to receive all distributions, including, but not limited to, cash, stock dividends and interest payments, made on or in respect of any loaned, pledged, repledged, hypothecated or rehypothecated securities which are not otherwise received by you, to the full

extent you would be entitled if the securities had not been loaned, pledged, repledged, hypothecated or rehypothecated.

**20. OPTIONS POSITIONS.** You represent and warrant not to enter into any purchase or sale of equity, debt, foreign currency or index put or call options without having read and fully understood the terms, conditions and risks as set out in the Characteristics and Risks of Standardized Options booklet and applicable supplements. You understand that short options positions are assigned on an automated random basis and may be assigned on the day written. You will notify Lehman Brothers of your intention to exercise listed options no later than two hours before the expiration time of the option (one hour in the case of an over-the-counter option). Failure to give such notice will constitute an abandonment of the option, in which case Lehman Brothers may, but shall be under no obligation to, exercise the option.

**21. PRIME BROKERAGE SERVICES.** Under the terms and conditions of this Agreement, LBI will act as a prime broker for you in accordance with the no-action letter of the Securities and Exchange Commission dated January 25, 1994, as such letter may be amended, modified or supplemented from time to time (the "SEC Letter") and the provisions set forth below:

(a)    LBI will, subject to the terms and conditions of this Agreement, accept for clearance and settlement trades executed on your behalf by such executing brokers as you may designate from time to time and who have received LBI's prior approval and who have previously executed an agreement with LBI setting forth the terms and conditions under which such executing brokers will be authorized to accept orders from you for settlement by LBI (the "Executing Brokerage Agreement").

(b)    LBI shall be responsible for settling trades executed on your behalf by your executing broker(s) and reported to LBI by you and your executing broker(s) provided that you have reported to LBI on trade date, by the time designated to you by LBI, all the details of such trades including, but not limited to, the contract amount, the security involved, the number of shares or the number of units and whether the transaction was a long or short sale or a purchase, and further provided that LBI has either affirmed or not "DK'd" ("indicated it does not know") and has not subsequently disaffirmed such trades. In the event that LBI determines not to settle a trade, LBI shall not have settlement responsibility for such trade and shall, instead, send you a cancellation notification to offset the notification sent to you under sub-paragraph (c) of this paragraph. You shall be solely responsible and liable to your executing broker(s) for settling such trade. In addition, LBI may be required to cease providing prime brokerage services to you in accordance with the Executing Brokerage Agreement.

(c)    On the day following each transaction, LBI shall send you a confirmation of each trade placed with an executing broker in accordance within the SEC Letter based upon the information you provided to LBI. Any confirmations issued by LBI as prime broker shall identify the executing broker and provide you with the information required by the SEC Letter. Confirmations of the execution of orders and other activity in your account(s) which have been provided or made available to you by 10:00 a.m. (New York time) on the business day immediately following the trade date shall be conclusive if not objected to by 2:00 p.m. (New York time) on such business day or, if such reports are provided or made available to you after 10:00 a.m. (New York time) on such business day, then such confirmations shall be conclusive if not objected to within four (4) hours after such confirmations have been provided or made available to you. Monthly statements shall be sent to you in accordance with the SEC Letter. Information contained in monthly statements of account, to the extent not included in an activity report, shall be conclusive if not objected to within ten (10) days after such statements have been provided or made available to you. LBI may send communications to your address of record or another address provided to LBI in writing. All communications sent to such address, whether by mail, facsimile, telegraph, messenger, electronic means or otherwise, shall be deemed to have been given to you personally as of the date and time sent, whether actually received or not.

(d)    In the event of: (i) the filing of a petition or other proceeding in bankruptcy, insolvency or for the appointment of a receiver by or against your executing broker, (ii) the termination of your executing broker's registration and the cessation of business by it as a broker-dealer, or (iii) your executing broker's failure, inability or refusal, for any reason whatsoever or for no reason at all, to settle a trade, and if LBI agrees to settle any trades executed on your behalf by such executing broker, regardless of whether LBI either affirmed or did not DK and did

not disaffirm such trades, you shall be solely responsible, and liable to LBI, for any losses arising out of or incurred in connection with LBI's agreement to settle such trades.

(e)  You shall maintain in your account with LBI such minimum net equity in cash or securities as LBI, in its sole discretion, may require from time to time (the "Lehman Brothers Net Equity Requirements"), which shall in no event be less than the minimum net equity required by the SEC Letter (the "SEC Net Equity Requirements"). In the event your account falls below the SEC Net Equity Requirements, you hereby authorize LBI to notify promptly all executing brokers with whom it has an Executing Brokerage Agreement on your behalf of such event. Moreover, if you fail to restore your account to compliance with the SEC Net Equity Requirements within the time specified in the SEC Letter, LBI shall, without notice to you: (i) notify all such executing brokers that LBI is no longer acting as your prime broker and (ii) either not affirm or "DK" ("indicate that it does not know") all prime brokerage transactions on your behalf with a trade date after the business day on which such notification was sent. In the event : (i) your account falls below the Lehman Brothers Net Equity Requirements, (ii) LBI determines in its sole discretion that there would not be enough cash in your account to settle such transactions or that a maintenance Margin Call may be required as a result of settling such transactions, or (iii) LBI determines in its sole discretion that the continuation of prime brokerage services to you presents an unacceptable risk to Lehman Brothers taking into consideration all the facts and circumstances, then LBI may disaffirm all your prime brokerage transactions and/or cease to act as your prime broker. In any such case, LBI shall send a cancellation notification to you, and you understand that you must settle outstanding trades directly with the relevant executing broker and that you authorize LBI to provide the executing broker with any information useful to settle such trades. You further agree that LBI will not be bound to make any investigation into the facts surrounding any transaction to which you are a party and that immediately upon notice to you and, if required, to the executing brokers, LBI may cease acting as your prime broker.

(f)  If you have instructed your executing broker(s) to send confirmations to you in care of LBI, as your prime broker, the confirmation sent by such executing broker is available to you promptly from LBI (once received), at no additional charge.

(g)  If your account is managed on a discretionary basis, you hereby acknowledge that your prime brokerage transactions may be aggregated with those of other accounts of your adviser, according to your adviser's instructions, for execution by your executing broker(s) in a single bulk trade and for settlement in bulk by LBI. You understand that no part of any transaction may be allocated to any other account where such other account's net equity is below the minimum levels established in the SEC Letter and that, should such a net equity deficiency occur in any such other account, LBI must disaffirm the entire transaction. In the event any trade is disaffirmed, as soon as practicable thereafter, LBI shall supply your executing broker(s) with the allocation of the bulk trade, based upon information provided by your adviser.

(h)  You hereby authorize LBI to disclose your name, address and tax I.D. number to your executing broker(s) to enable such executing broker to establish on its books an account for you to be used in the event transactions are disaffirmed by LBI.

(i)  Lehman Brothers will not be responsible or liable for any acts or omissions of any executing broker or its employees. You understand that Lehman Brothers does not act as investment adviser or solicit orders, that Lehman Brothers does not advise prime brokerage customers, perform any analysis, or make any judgment on any matters pertaining to the suitability of any order, or offer any opinion, judgment or other type of information pertaining to the nature, value, potential or suitability of any particular investment.

(j)  You agree to indemnify and hold Lehman Brothers harmless from any loss, claim or expense, including attorneys' fees, incurred by Lehman Brothers in connection with Lehman Brothers acting or declining to act as prime broker for you and to fully reimburse Lehman Brothers for any legal or other expenses (including the cost of any investigation and preparation) which Lehman Brothers may incur in connection with any claim, action, proceeding or investigation arising out of or in connection with this Agreement or any transactions hereunder.

(k)  You represent and warrant that you are currently in compliance, and during the term of this Agreement will remain in compliance, with all applicable requirements of the SEC Letter, including, but not limited to, the requirement that you execute an agreement with each executing broker.

7

(l)  The prime brokerage services hereunder shall be provided in a manner consistent with the SEC Letter.

**22.  LEGALLY BINDING.** You hereby agree that this Agreement and all of the terms hereof shall be binding upon you and your estate, heirs, executors, administrators, personal representatives, successors and assigns. You further agree that all purchases and sales shall be for your account(s) in accordance with your oral or written instructions. You hereby waive any and all defenses that any oral instruction was not in writing as may be required by any applicable law, rule or regulation. With respect to any of your accounts maintained in connection with this Agreement, you hereby authorize Lehman Brothers to act and rely on any instructions (including, without limitation, instructions to transfer cash or securities, purchase or sell securities, enter into derivative or other transactions or borrow money or securities) received by Lehman Brothers from any of the persons listed on Exhibit A, as such list may be amended by you from time to time. In addition, you hereby authorize Lehman Brothers to act and rely on any instructions received by Lehman Brothers from any of your employees or agents (including any investment manager or adviser) that Lehman Brothers reasonably believes is authorized to so act on your behalf.

**23.  AMENDMENT.** You agree that Lehman Brothers may modify the terms of this Agreement at any time upon prior written notice to you. By continuing to accept services from Lehman Brothers thereafter, you will have indicated your acceptance of any such modification. If you do not accept such modification, you must notify Lehman Brothers in writing; your account may then be terminated by Lehman Brothers, after which you will remain liable to Lehman Brothers for all outstanding liabilities and obligations. Otherwise, this Agreement may not be modified absent a written instrument signed by an authorized representative of Lehman Brothers.

**24.  GOVERNING LAW.** THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF NEW YORK AND SHALL BE CONSTRUED, AND THE CONTRACTUAL AND ALL OTHER RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK WITHOUT GIVING EFFECT TO ANY CONFLICTS OF LAW PRINCIPLES THEREOF.

**25.  JURISDICTION; WAIVER OF JURY TRIAL.** The parties shall attempt in good faith to promptly resolve any dispute arising out of, relating to or in connection with this Agreement or any transactions hereunder by negotiations by executives of the parties who have the authority to settle the controversy. With respect to any suit, action or proceedings relating to this Agreement ("Proceedings"), each party irrevocably submits to the exclusive jurisdiction of the courts of the State of New York and the United States District Court located in the Borough of Manhattan in New York City and waives any objection which it may have at any time to the laying of venue of any Proceedings brought in any such court, waives any claim that such Proceedings have been brought in an inconvenient forum and further waives the right to object, with respect to such Proceedings, that such court does not have any jurisdiction over such party. ANY RIGHT TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR ACTION IS HEREBY WAIVED BY ALL THE PARTIES TO THIS AGREEMENT.

**26.  WAIVER OF IMMUNITIES.** Each party irrevocably waives, to the fullest extent permitted by applicable law, with respect to itself and its revenues and assets, all immunity on the grounds of sovereignty or other similar grounds from (i) suit, (ii) jurisdiction of any court, (iii) arbitration, (iv) relief by way of arbitration award, injunction, order for specific performance or recovery of property, (v) attachment of its assets (whether before or after judgment) and (vi) execution or enforcement of any judgment or arbitration award and irrevocably agrees, to the fullest extent permitted by applicable law, that it will not claim any such immunity.

**27.  TRANSFERS.** Lehman Brothers shall have the right to transfer Assets between any account in order to satisfy any of your obligations to Lehman Brothers. When giving instructions to transfer Assets from your accounts to any bank or other entity, you agree that all such requests will have been approved by an authorized signatory and you agree to provide Lehman Brothers with an accurate account number designating the account to receive such Assets. You agree to indemnify and hold Lehman Brothers harmless from and against all liabilities arising from the provision of an inaccurate account number or any other liabilities arising as a result of the transfer at your request.

**28.  PROVISION OF DATA.** With respect to any market data or other information that Lehman Brothers or any third party service provider provide to you, (i) Lehman Brothers and any such provider are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) Lehman Brothers and any such provider are not responsible or liable for any actions that you take or do not take based on such data or information;

(iii) you will use such data or information solely for the purposes set forth in this Agreement and any other agreement between us; (iv) such data or information is proprietary to Lehman Brothers and any such provider and you will not retransmit or disclose such data or information to third parties except as required by applicable law or regulation; and (v) you will use such data or information solely in compliance with applicable laws, rules and regulations.

29.  **EXTRAORDINARY EVENTS.** You agree that Lehman Brothers will not be liable for any loss caused, directly or indirectly, by government restrictions, exchange or market rulings, suspension of trading, war (whether declared or undeclared), terrorist acts, insurrection, riots, fires, flooding, strikes, failure of utility services, accidents, adverse weather or other events of nature, including but not limited to earthquakes, hurricanes and tornadoes, or other conditions beyond Lehman Brothers' control. In the event that any communications network, data processing system, or computer system Lehman Brothers uses is rendered inoperable, Lehman Brothers will not be liable to you for any loss, liability, claim, damage or expense resulting, either directly or indirectly, therefrom.

30.  **LIMITATION OF LIABILITY.** Lehman Brothers shall not be liable in connection with the execution, clearing, handling, purchasing or selling of securities, commodities or other property, or other action, except for gross negligence or willful misconduct on Lehman Brothers' part. You understand that certain securities may be held outside the United States by unaffiliated, foreign agent banks and depositories. Lehman Brothers will not be liable to you for any loss, liability or expense incurred by you in connection with these arrangements except to the extent that any such loss, liability or expense results from Lehman Brothers' gross negligence or willful misconduct. In no event will Lehman Brothers be liable for any special, indirect, incidental or consequential damages arising out of this Agreement.

31.  **HEADINGS; COUNTERPARTS.** The headings of the provisions hereof are for ease of reference only and shall not affect the interpretation or application of this Agreement or in any way modify or qualify any of the rights provided for hereunder. This Agreement may be executed in counterparts, each of which shall be deemed an original.

32.  **TELEPHONE CONVERSATIONS.** For the protection of both you and Lehman Brothers, and as a tool to correct misunderstandings, you hereby authorize Lehman Brothers, at Lehman Brothers' discretion and without prior notice to you, to monitor and/or record any or all telephone conversations or electronic communications between you and Lehman Brothers or any of Lehman Brothers' employees or agents. You acknowledge that Lehman Brothers may determine not to make or keep any of such recordings and that such determination shall not in any way affect any party's rights.

33.  **CUMULATIVE RIGHTS; ENTIRE AGREEMENT.** The rights, remedies, benefits and protections afforded to each Lehman Brothers Entity under this Agreement and under any Contract you may have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are cumulative and in addition to any other rights, remedies, benefits and protections that any Lehman Brothers Entity may have. To the extent that the provisions of any Contracts you have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are inconsistent (whether the inconsistency be between the Contracts or within a single Contract), the conflict shall be resolved in favor of the provision which affords Lehman Brothers with the maximum rights, remedies, benefits or protections. You hereby appoint Lehman Brothers as your agent and attorney-in-fact to take any action (including, but not limited to, the filing of financing statements) necessary or desirable to perfect and protect the security interest granted herein or to otherwise accomplish the purposes of this Agreement. Except as set forth above, this Agreement represents the entire agreement and understanding between you and Lehman Brothers concerning the subject matter hereof.

34.  **CAPACITY TO CONTRACT; ANTI-MONEY LAUNDERING; AFFILIATIONS.** You represent that you have the capacity and authority to enter into this Agreement. You represent to the best of your knowledge that you do not maintain or transact business for or with nor will you introduce individuals or entities to Lehman Brothers that the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") has listed as "Specially Designated Nationals and Blocked Persons" nor with any client in an embargoed country as determined by OFAC. Furthermore, you represent that you have conducted thorough due diligence with respect to all of your clients, and you do not know or have any reason to suspect that the monies used to fund the account have been or will be derived from or related to any illegal activities, including but not limited to, money laundering activities. You agree to

9

provide Lehman Brothers with any information that it may require in relation to compliance with any applicable money laundering regulations. Each representation or warranty made by you in this Agreement will be deemed to be repeated by you on each date on which a transaction occurs hereunder.

You represent that you are of legal age and that, unless you have notified Lehman Brothers to the contrary, neither you nor any member of your immediate family is: (i) an employee or member of any exchange, (ii) an employee or member of the National Association of Securities Dealers, Inc. or any of its affiliates, (iii) an individual or an employee of any corporation or firm engaged in the business of dealing, as broker or principal, in securities, options or futures or (iv) an employee of any bank, trust company or insurance company. If you are signing on behalf of others, you hereby represent that the persons(s) or entity(ies) on whose behalf you are signing is/are authorized to enter into this Agreement and that you are duly authorized to sign this Agreement and make the representations contained herein in the name and on behalf of such other person(s) or entity(ies) and you agree to indemnify and hold Lehman Brothers harmless from any claim or claims arising from your unauthorized execution of this Agreement on the behalf of such other person(s) or entity(ies). You hereby authorize Lehman Brothers to accept faxed copies of this or any other document or instruction as if it were the original and further to accept signatures on said faxes as if they were original.

*PLEASE COMPLETE THIS INFORMATION AND SIGN THE APPROPRIATE SPACE BELOW:*

**THIS AGREEMENT IS DATED AS OF** _____, 2007

|  |  |
|---|---|
| Stonehill Offshore Partners LTD | |
| *Name of Customer* | |

| | |
|---|---|
| c/o Citco Fund Services LTD | BWI |
| P.O. Box 31106 SMB/ T Woodlaver | |
| Corp. Center West Bay Road | |
| *Address* | *Country* |

| | |
|---|---|
| Grand Cayman | |
| *City, State* | *Zip Code + 4* |

**BY SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT:**

**YOU HAVE RECEIVED A COPY OF THIS AGREEMENT AND AGREE TO ITS TERMS AND CONDITIONS.**

CUSTOMER NAME:    Stonehill Offshore Partners LTD

*Individual or Printed Name of Company*

SIGNATURE:    _____

*Signature of Authorized Person*

PRINT NAME:    John Motulsky, General Partner

*Printed Name and Title of Signatory or Name of General Partner if Signer is a Partnership*

BY:    _____

*Authorized Signatory and Title of General Partner if Above Signer is a Partnership Otherwise Blank*

**ACCEPTED AND AGREED TO:**

_____

Lehman Brothers Inc., as signatory for itself and as agent for the affiliates named herein

9 - 10-07

11

*900 002 114*



**CUSTOMER CLAIM FORM**
**LEHMAN BROTHERS INC.**

Stonehill Offshore Part Ltd.
Account# 732- 40125
885 Third Avenue
30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

Daytime Phone: (212) 739 7474

Email: cwilson@stonehillcap.com

Contact Person: Chris Wilson

Taxpayer I.D. Number
(Social Security No.): not applicable

# PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

- ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.   LBI owes me a credit or cash in the amount of:          $ *See attached*

   b.   I owe LBI a debit or cash in the amount of:             $ _____

   c.   If you wish to repay the debit balance listed in point b. above please
        insert the amount you wish to repay and attach a check payable to
        "James W. Giddens, Trustee for the SIPA Liquidation of Lehman
        Brothers Inc." If you wish to make a payment, **it must be enclosed**
        with this claim form.

                                                                $ _____


2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   ### Please Do Not Claim Any Securities You Have In Your Possession

   |        |                                       | YES            | NO |
   |--------|---------------------------------------|----------------|----|
   |        |                                       | (Circle Y or N)|    |
   | a.     | LBI owes me securities:               | (Y)            | N  |
   | b.     | I owe LBI securities:                 | Y              | N  |

   c.   If yes to either, please list below (or in
        additional pages as necessary):

| Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|---|
| | | | LBI Owes Me (Long) | I Owe LBI (Short) |
| _____ | *See attached* | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

If additional space is needed, attach additional pages providing the information in the exact
format above.

2

### 3.  COMMODITY FUTURES CLAIMS

|  | YES | NO |
|---|---|---|
|  |  | (Circle Y or N) |
| Do you have a claim based on a commodity futures account? | Y | (N) |

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____
_____
_____
_____
_____

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

**NOTE:** **IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  | YES | NO |
|---|---|---|
|  |  | (Circle Y or N) |
| 4.  Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | Y | (N) |
| 5.  Has there been any change in your account since September 19, 2008? | (Y) | N |

3

6.  Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?    Y    (N)

7.  Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).    Y    (N)

8.  Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?    Y    (N)

9.  Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.    Y    (N)

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.    Y    (N)

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.    Y    (N)

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____

Address: _____

_____

Phone number: _____

Email address: _____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _January 26, 2009_____    Signature _Christopher Ville_____

Date _____    Signature _Managing Member_____
                                          Stonehill Capital Management, LLC
                                          its advisor

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | Southern District of New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Lehman Brothers, Inc. | Case Number: 08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: 1000523153 LBI 12/1/2008 417060<br>Stonehill Offshore Part Lt<br>885 Third Avenue, 30th Floor<br>885 3rd Ave., Fl. 30<br>New York, NY 10022-4834<br><br>Telephone number: (212) 739-7474 | Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |

| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

**1. Amount of Claim as of Date Case Filed:** $ see attached

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Customer Property
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>JAN 26 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Christoph Wils*, Managing Member, Stonehill Capital Management LLC, its Advisor | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

If you would like to file your claim online please go to www.lehmantrustee.com and select the link for the online claim form.  You will need the tracking number and mail id listed below to complete your claim online.

P0000L 0000"" -PO2016 323746;5811 1613 A

Tracking Number: 423040 Mail ID: 417060

Stonehill Offshore Part Lt
885 Third Avenue, 30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

**Stonehill Capital Management LLC**
885 Third Avenue, 30th Floor
New York, NY  10022
(212) 739-7474

Contacts:    Chris Wilson, Managing Member, cwilson@stonehillcap.com
Steve Nelson, Chief Financial Officer, snelson@stonehillcap.com
Ann Kalter, Accounting Manager, akalter@stonehillcap.com


Date:  January 26, 2009


RE:    **STONEHILL OFFSHORE PARTNERS LIMITED**
**Primary LBI account number: 732-40125**


## Customer Claims in Lehman Brothers Inc. (LBI)

---

Stonehill Offshore Partners Limited (SO) was one of the largest prime brokerage clients
of LBI and LBI was SO's sole prime broker.  The professionals representing the LBI
estate have invested long hours and have been extremely accommodating in returning the
vast majority of SO's securities, and Stonehill is very appreciative of those efforts to date.
However a substantial list of securities has not yet been delivered, and substantial cash
has accumulated at LBI as well, which elements comprise SO's customer claim.  This
customer claim is supported by voluminous information; the attachments evidencing this
claim are intended to provide ample support, but SO has substantial additional
information that can be provided upon request.

### Securities

SO received extensive deliveries of its securities in late October and in late
December/early January; however, additional securities remain at LBI.  A list of
securities still carried at LBI is attached as SO Exhibit A.

### Cash

SO's cash claim is presented in several components for ease of understanding:

**Component 1 – Error in Calculation at "True-Up" Date:**

In late October, 2008, at the time of the initial delivery of securities from LBI to SO,
LBI's representatives performed a comprehensive analysis of SO's account and

calculated SO's cash balance to be, as of September 19, 2008, a debit amount (owed to LBI) of $2,248,173.04. SO Exhibit B includes the Summary, and Brokerage Account Statement generated by LBI and delivered to SO at that time. On October 21, 2008, SO paid that amount to the SIPC trustee, effectively zeroing out its cash balance as of September 19, 2008. However, LBI's calculation excluded "type 5" cash, and also excluded the market value of SO's short positions, but the two items do not offset equally. Closing out SO's short positions as of September 19, per the estate's October 14 protocol, results in the cost to close out shorts being less than the type 5 cash by $257,571.75 (see SO Exhibit C.) LBI thus owes SO this value difference.

Component 1 totals $257,571.75

### Component 2 – "P&I" post September 19:

From September 19, 2008, through the date of this claim, Stonehill is aware of principal, interest and other payments on securities custodied at LBI that have flowed to LBI, as presented on Exhibit D.

Component 2 is comprised of the following currencies:

USD   6,173,078.91
GBP   5,262,140.69
EUR   122,442.03
CAD   164,576.11

### Component 3 – Misdirected Wires on Private Investments:

After September 19, 2008, misdirected wires flowed to LBI with respect to non-custodied instruments (private investments.) In addition, certain foreign wires were sent to LBI just before LBI's proceeding, which were never posted to Stonehill's account (it was common for foreign wires to take several days to be posted, and the LBI proceeding interrupted the finalization.) Stonehill is aware of certain of these items which are listed on SI Exhibit E.

Component 3 is comprised of the following currencies:

USD   427,247.78
EUR   262.34
GBP   25,011.80

### Component 4 – Cash Transfer in mid-September:

On September 17, 2008, two days before the SIPA proceeding, SO issued direction to LBI to transfer its securities and cash balance from LBI to an alternate prime broker. LBI

demanded that SO post cash collateral in order to effect the transfer, and SO delivered $5,500,000, which was transferred by LBI to SO account number 732-41222-1. (SO's account statement as of September 19, 2008 depicts this cash as an investment in a money market fund, however, that Lehman fund on or about that date closed itself to new investment, and the funds remained in cash, as depicted in the September 30, 2008 statement.) This cash was excluded from the "true-up" described under Component 1 above, and still resides at LBI. SO Exhibit F provides supporting documentation.

Component 4 totals $5,500,000.00

## Component 5 – Incomplete Transaction re MAC Funding Purchase:

On trade date August 7, 2008 SI agreed to purchase from JP Morgan 2,000,000 MAC Funding I Ltd (cusip 55261B202) for consideration of $655,000, by physical settlement. LBI debited cash in that amount from SI's account on August 12, 2008. Subsequent to the September 19 date of proceeding, we learned from JP Morgan that the trade had never settled: JP Morgan had not delivered the security to LBI and LBI had not paid the cash to JP Morgan. LBI must return that improperly debited cash to SO. Reference SO Exhibit G.

Component 5 totals $655,000

## Component 6 – Incomplete Transaction re US Power Generating Company:

On trade date March 27, 2008, Stonehill's two funds executed with LBI as the counterparty a negotiated sale of a private instrument: 15,130 shares of US Power Generating Company at a price of $28 per share, for total consideration of $423,640.00. Both SO and related account Stonehill Institutional Partners L.P. were the sellers; LBI was the buyer. The trade confirmations executed at the time are attached as Exhibit H (a). It was a private transaction subject to documentation, and had not closed by the September 19, 2008 date of the LBI proceeding.

At the time of the true-up described in Component 1, LBI personnel demanded that Stonehill Institutional Partners (SI) pay $118,619.20 to the SIPC trustee in relation to this outstanding trade, which amount was paid on September 21, 2008. LBI misunderstood the nature of this transaction - LBI incorrectly treated this private, negotiated, unclosed trade as if it were a short sale by SI in which SI had failed to deliver the security, demanding collateral in the amount paid. This payment was improper and must be returned to SI. Please note that even though this trade was by both Stonehill funds (Institutional and Offshore, as evidenced by the trade confirmations), the payment demanded at time of true up was only demanded from SI, therefore this portion of this Component 6 claim is only claimed on behalf of SI, not SO, and is recounted here only for fullness of disclosure.

A second element of the claim arises from LBI's failure to close this negotiated trade. The current market value of US Power Gen stock is $6 per share (see Exhibit H (b)); LBI's failure to close has cost Stonehill $22 per share, times 8,730 shares (SO's portion of the trade), equals $192,060.00.

Component 6 totals $192,060.00

## Component 7 – Incomplete Transaction re Zarlink Semiconductor common:

On August 15 and August 20, 2008, SO purchased shares in Zarlink Semiconductor with purchase prices of CAD 5,148.78 and CAD 16,936.56, for a total of CAD 22,085.34. JP Morgan, the clearing broker on the other side of the trade, was unable to settle prior to September 19, 2008. However, LBI debited SO's cash in these amounts at the time of trade and never returned the funds to SO. Exhibit I provides further detail.

Component 7 totals CAD 22,085.34

## Component 8 – Forward Sales of Foreign Currencies:

Stonehill's portfolio included investments denominated in foreign currencies. To hedge such exposure, Stonehill routinely executed under its prime brokerage agreement with LBI forward sales of foreign currencies. Stonehill believes that no other Lehman entity other than LBI was involved in these transactions. SO had numerous foreign currency transactions open as of September 19, 2008, which were in a gain position because the dollar had strengthened against the foreign currencies during the term of the contracts. A brokerage statement listing the transactions, and their market values, and Stonehill's summary of that brokerage statement for ease of understanding, is SO Exhibit J.

Component 8 totals $6,135,929.26

## Component 9 – Cash Applied Late re Sale of Boston Gen:

On trade date August 1, 2008, SO executed with a third party (Kelts LLC) a negotiated sale of a private instrument: 2,000,000 EBG Holdings bank debt (aka Boston Gen) for a total consideration of $1,788,283.65. The trade confirmation executed at the time is attached as SO Exhibit K(a). The transaction closed on August 26, 2008 and Kelts funded the purchase price to LBI (see closing documents SO Exhibit K(b).) LBI acknowledged receipt, but failed to post the cash to SO's account until October 10, 2008, (see email correspondence attached as SO Exhibit K(c)). Therefore this cash was excluded from the calculation done at the time of the "true-up" discussed under Component 1 above, and LBI owes this cash to SO.

Component 9 totals $1,788,283.65

**Component 10 – Interest on Accumulated Cash Balances:**

If the court determines it appropriate, interest may be payable to SO on the accumulated cash balances which have resided at LBI. Stonehill cannot estimate the amount absent direction regarding the appropriate interest rates and a determination of the dates and amounts of funds received by LBI on SO's behalf.

The amount of this Component 10 claim cannot be quantified without direction from LBI and is therefore estimated.

**Component 11 – Other Post Date of Claim and Unknown Activity:**

Other amounts may have flowed into LBI with respect to SO's custodied securities of which we are not currently aware, and it is certain that amounts will continue to flow to LBI on securities which continue to be carried at LBI after the date of this claim. SO includes these presently unquantifiable amounts in its claim. As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items received or due with respect to custodied securities or other customer property of SO.

With regard to private investments, SO has no comprehensive way of determining what payments have flowed into LBI referencing Stonehill's account number or name. Considering Stonehill's distressed investing strategy, Stonehill's portfolio includes many private instruments which have irregular and unpredictable distribution dates, often without notice to us other than information conveyed by the wire transfer itself. As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items referencing any of the Stonehill accounts, and any Stonehill entity name, and includes all such presently unquantifiable amounts in its claim.

The amount of this Component 11 claim cannot be quantified and is therefore estimated.

**End of Document**

Stonehill Offshore Partners Ltd - Exhibit A

| Fund | LEHM A/C /Internal ID | LEHM ID | CUSIP/CINS | ISIN | SEDOL | Description | Expected Quantity | Notes |
|---|---|---|---|---|---|---|---|---|
| Offshore | 732-40123 | BTDPF | 008180 | C0R88180S | 00000081801 | DISTRESSED DEVELOPMENTS PVC | | |
| Offshore | 732-40123 | 566421 | US13355648A14 | 13355648A11 | | BOWNAZE CDT GROUP FINANCING BV CDA SR NT RMD 4.63 07/01/2010 | 2,175,000.00 | |
| Offshore | 732-40123 | CORE | | | B0637B3 | CORE MARK HOLDING CO INC | 350,000.00 | |
| Offshore | 732-40123 | DAL | 12970AD2 | US12970AD102 | US2183611046 | DELTA AIR LINES INC DEL CONV | 13,377.00 | |
| Offshore | 732-40123 | 3444039 | U2930AAC8 | U2930AAC8 | B1W9244 | DELTA AIR LINES INC DEL CONV NEW | 591,854.00 | |
| Offshore | 732-40123 | 5442794 | 29337YAD5 | 29337YAD5 | X501307046040 | ENRON CORP RMD .678 06/15/2049 | | |
| Offshore | 732-40123 | FRCPF | B04QZ20 | 3596A3106 | CA35904J1048 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE RMD 7.25 06/ | 300,000,000.00 | |
| Offshore | 732-40123 | 3BNDFL9 | CA37047ZBM01 | 37047ZBM01 | B3LZVW1 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD RMD 4.72143 05/22/2009 | 880,192.00 | |
| Offshore | 732-40123 | HDY | 44269YAA4 | 44269YAA4 | US4426894846 | HOVNANIAN ENTERPRISES INC | 13,535,000.00 | |
| Offshore | 732-40123 | 1277207 | X501030529117 | X501030529117 | 2351204 | IRIDIUM LLC CORP SR NOTE SER C RMD 11.25 07/15/2005 | 402,500.00 | |
| Offshore | 732-40123 | 3335609 | 52520WJ17 | US52520WJ170 | 2437167 | LEHMAN BROS HLDGS INC DEP SH REPSTG 1/100TH 7.95% PFD PER SER J | 1,000,000.00 | |
| Offshore | 732-40123 | PDCEF | B039JF1 | Y71144Y134 | ID1000090601 | MACQ CAPITAL NOTES LTD EUR SR NOTES EURO SER RMD 11.00 08/01/2006 | 44,484.00 | |
| Offshore | 732-40123 | 5259929 | 76113BAF6 | 76113BAF6 | US7611 3BAF67 | MASONITE CORP SR SUB NT RMD 11 04/06/2015 | 6,500,000.00 | |
| Offshore | 732-40123 | 5534664 | X501078022017 | X501078022017 | BBNK3H4 | PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE RMD .00000001 02/10/2003 | 6,670,000.00 | |
| Offshore | 732-40123 | SHUOF | N74010106 | ANN7410N1064 | B246VNH | PRATAMA DATACOM ASIA ACCREDITED INV'S RMD 8.375 06/09/2010 | 2,663,000.00 | |
| Offshore | 732-40123 | 5533712 | N3639BAC1 | ANN7410N1064 | 4411176 | RETAIL HOLDINGS N V | 2,663,000.00 | |
| Offshore | 732-40123 | 5534684 | X501183951936 | X501183951936 | | SAIROGROUP FINANCE RMD 6.625 10/06/2010 | 1,341,254.00 | |
| Offshore | 732-40123 | 348566 | 82899AAL3 | 82899AAL3 | US82899AAL35 | SASEA HOLDINGS RMD 4.00 07/13/2049 | 31,627,000.00 | |
| Offshore | 732-40123 | 501-9075 | US08117Q1245 | US08117Q1245 | CH0001118033 | SECURITY MULTI ASSET RMD 8.57 01/01/2049 | 3,700.00 | |
| Offshore | 732-40123 | 569002 | 90KLW0R | 90KLW0R | 3320753 | SIC CHEMICAL PLC UT SER B | 5,000.00 | |
| Offshore | 732-40123 | 559000 | 84133BAO1 | 84133BAO1 | US84133BAQ10 | SOUTHEAST BANKING CORP TR CTF SER B | 18,000.00 | |
| Offshore | 732-40123 | 5093597 | 84133BAK0 | 84133BAK0 | 2824465 | SOUTHEAST BANKING CORP CV B CAPITAL NOTE RMD 6.50 03/15/1999 | 992,000.00 | |
| Offshore | 732-40123 | 5596001 | XX5093597000 | XX5093597000 | | SOUTHEAST BKG CORP CV ADJ RMD 4 11/15/1997 | 1,839,000.00 | |
| Offshore | 732-40123 | 5535464 | 84133BAF3 | 84133BAF3 | US84133BAF37 | SOUTHEAST BANKING CORP FRN CPN LIBOR +1.5 RMD 5.32 11/23/1997 | 8,736,000.00 | |
| Offshore | 732-40123 | 5535932 | 84133BAD8 | 84133BAD8 | US84133BAD89 | STANDARD CHRTD CORP SUB INTS RQRMD 10.50 04/11/2001 | 4,600,000.00 | |
| Offshore | 732-40123 | T104L832 | 8431ALM0 | 8431ALM0 | US8431ALM09 | STANFIELD VICTORIA FDG LTD MEDIUM TERM NT144A 3CT RMD 02/25/2008 | 13,000,000.00 | |
| Offshore | 732-40123 | ZANLF | 87041T972 | CA87941T9720 | US902441W080 | TELEGLOBE CANADA FIN LTD RMD 9% 10/23/2026 | 13,000,000.00 | |
| Offshore | 732-40123 | C010314 | 12312T159 | 12312T159 | BOLGK648 | US AIRWAYS GROUP INC | 700,800.00 | |
| Offshore | 732-40123 | 5337735 | 92923CAP9 | 92923CAP9 | US92923CAP91 | WCI COMMUNITIES INC SR SUB NT RMD 6.625 03/15/2015 | 18,100.00 | Received from escrow on CUSIP 76113BAF6 |
| Offshore | 732-40125 | 549824 | 92923CAG9 | 92923CAG9 | US92923CAG96 | WCI COMMUNITIES INC SR SUB NT RMD 9.1250% 5/1/2012 92923CAG9 | 105,000.00 | Received from escrow on CUSIP 76113BAF6 |
| Offshore | 732-40125 | WA8PDQ | 2599951 | 2599951 | | WASHINGTON MUTUAL INC | 14,645,000.00 | |
| Offshore | 732-40125 | ZANLF | B2N25Y8 | B2N25Y8 | | ZARLINK SEMICONDUCTOR INC | 5,520.00 | |
| Offshore | 732-40125 | U3624OAF3 | U3624OAJ3 | CA89013N1000 | 2597102 | ZARLINK SEMICONDUCTOR INC | | |
| Offshore | 732-40125 | U3624OAF3 | U3624OAJ3 | U3624OAJ3 | | GMAC LLC 1.5% 12/01/2018 PVT | | Lehman knows US of 5,490,156 - the difference is unsettled trade. Return cash of CAD 13,083.14 |
| Offshore | 732-40125 | MDINV1 | 989511UA51 | US9895 11UA51 | | ORACLE BV FLTR PVT REGS | 1,243,000.00 | |
| Offshore | 732-40125 | MDINV2 | 98951UA55 | US9895 11UA51 | | ZIFF DAVIS MEDIA INC SR SUB NT RMD 0.01 PVT REGS | 1,417,000.00 | 93,718,000.00 PVR Prem |
| Offshore | 732-40125 | 549824 | 5526 1BD02 | US5526 1BD021 | | MAC HOLDINGS LTD PRIN PROTECT FLTG RATE NEW | 0.00 | Lehman known quantity of 2,000,000 which is unsettled trade. Return cash of USD 635,000.00 |
| Offshore | 732-40125 | 5142821 | 7443TCAB9 | 7443TCAB9 | X501307625926 | ENRON CORP RMD 7.7 08/15/2008 | 920,000,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 5373979 | 7443TCAD5 | 7443TCAD5 | | PSNET INC SENIOR NOTES SER B- IN DEFAULT 10.5000% 02/15/2007 7443TCAB7 | 13,580,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 7443TCAD3 | 7443TCAD3 | 7443TCAG6 | | PSNET INC SR NOTE - IN DEFAULT 12.0000% 12/01/2006 7443TCAG6 | 1,333,370,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 52E0000 | 7443TCAD3 | 7443TCAD3 | | PSNET INC SR NOTE - IN DEFAULT 11.0000% 10/01/2006 7443TCAD3 | 76,891,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 5535156 | 69363VAB3 | 69363VAB3 | | PSNET INCORPORATED SR NTE - IN DEFAULT 11.00000% 08/01/2009 69363VAB3 | 173,811,000.00 | Removed by Lehman, but there will be future distributions |

**MARGIN SUMMARY**
**COB**
**9-18-08**

So Exhibit B

## TOTAL COLLATERAL

| | |
|---|---:|
| TOTAL LMV TYPE 1 LONG POSITIONS (US$) | 266,659,029.00 |
| TOTAL LMV TYPE 1 LONG POSITIONS (C$ value converted to US$) | 12,599,576.53 |
| TOTAL LMV TYPE 1 LONG POSITIONS (BP value converted to US$) | 1,698,499.33 |
| TOTAL LMV TYPE 1 LONG POSITIONS (EM value converted to US$) | 2,724,187.15 |
| TOTAL LMV TYPE 1 LONG POSITIONS (JY value converted to US$) | 0.00 |
| | |
| TOTAL LMV TYPE 2 LONG POSITIONS (US$) | 33,123,055.72 |
| TOTAL LMV TYPE 2 LONG POSITIONS (C$ value converted to US$) | 349,136.76 |
| TOTAL LMV TYPE 2 LONG POSITIONS (BP value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (EM value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (JY value converted to US$) | 0.00 |

### _TOTAL USD DELIVERABLE COLLATERAL_   299,782,084.72

| | |
|---|---:|
| TYPE 1 CASH (US$) | 230,007.94 |
| TYPE 1 CASH C$ (value converted to US$) | 0.00 |
| TYPE 1 CASH BP (value converted to US$) | 0.00 |
| TYPE 1 CASH JY (value converted to US$) | 0.00 |
| TYPE 1 CASH EM (value converted to US$) | 0.00 |
| | |
| TYPE 2 CASH (US$) | 0.00 |
| TYPE 2 CASH C$ (value converted to US$) | 0.00 |
| TYPE 2 CASH BP (value converted to US$) | 134,366.80 |
| TYPE 2 CASH JY (value converted to US$) | 0.00 |
| TYPE 2 CASH EM (value converted to US$) | 0.00 |

### _TOTAL USD CASH COLLATERAL_   230,007.94

## _TOTAL EXPOSURES_

| | |
|---|---:|
| TYPE 2 DEBIT BALANCE | 531,364.02 |
| TYPE 2 (C$) DEBIT BALANCE | 1,936,073.34 |
| TYPE 2 (EM) DEBIT BALANCE | 145,110.42 |

### _TOTAL EXPOSURE_   2,612,547.78

| | |
|---|---:|
| _TOTAL COLLATERAL NEEDED TO COVER EXPOSURE_ | 2,248,173.04 |
| TOTAL VALUE OF COLLATERAL AVAILABLE FOR DELIVERY | 314,905,311.44 |
| TOTAL CASH AVAILABLE FOR PAYMENT | 0.00 |

**Note: Proceeds generated from the close out of shorts will result in a cash in lieu claim

```
BKR26                                    MARGIN ACTIVITY STATEMENTS              09/19/08      PAGE  93762
732-40125                                CURR-CODE: 000

CLIENT 012
RR, H61  STONEHILL OFFSHORE

- - - BALANCES - - -

                    OPEN T/D BAL            CLOSE T/D BAL           OPEN S/D BAL          CLOSE S/D BAL       MARKET VALUE         DLA
TC                  213,657.18-            230,007.96-            213,657.18-           230,007.96-          266,659,259       09/19/08
                  1,380,961.05-            531,364.02           2,904,096.36-         2,984,096.36-           55,123,085       09/19/08
                 54,286,940.36-         56,231,081.00-         54,286,940.36-        56,231,081.00-           55,796,251-      09/19/08
                 55,881,566.59-         55,929,724.92-         53,428,834.25-        53,476,992.80-          243,985,832       09/19/08

TD/OTE  09/19
LONG/SHORT-
- - - ACTIVITY - - -

                DESCRIPTION                              CUSIP/SEC      PRICE/ENT T/D TRD @    DEBIT/CREDIT(-)
LDA  09/19      MMSAIR GROUP FINANCE B V  4.375          5196207        INT      09/19          1,997,853.90-
     09/19      DUE 06/09/2006                           5196207        INT      09/19          1,981,503.14
                REV ENTRY OF 5-30 DUE TO
17   09/19      INCORRECT FX
                MMSAIR GROUP FINANCE B V  4.375          5196207        INT      09/19          1,944,132.64
                DUE 06/08/2006                                                                    51,007.57-
                REC 5/16/08 PAY 5/28/08
                ON 23417000 BNDS
                MARK TO MARKET
                IWIRE RF#0519568THU2R008975                            MKT MS    09/19
                02460005543                                            CBW 3R    09/19
                PART HERE, LTD FFC A C 732 401
                MCI COMMODITIES, INC
                MARK TO MARKET SHORT POS

- - - POSITIONS - - -

                                 SECURITY DESCRIPTION    CUSIP/SEC      PRICE        MARKET VALUE    MARGIN REQUIREMENT
     LONG/SHORT(-)
        1.0000                   MARK TO MARKET                         09/19                 0              0
                                                         XXA0009280
091708        404,481.0000       ACAT DELIVERY IN PROGRESS  A000920     0.00000              0             0
091908                           DO NOT TRANSFER SECURITIES
                                 ACACIA RESEARCH - ACACIA   035001307   4.38000         2,122,026      1,485,443
22107         392,902.0000       TECHNOLOGIES             A013707N     54,036,404/481.0000
                                 ABQVENET INC             A013707N,070  392,902.000 21,228,495    21,228,495
031808         40,000.0000       WTS ABQVENET INC         A014448      31.00000H       1,240,000       372,000
                                                          0357V4L230
121708      2,179,878.0000       MMBARRATT DEVELOPMENTS PLC A017485     40.00000M      5,922,728     5,922,728
                                                          G0828B1050   2.71700M
92607                            COMFORCE CORP            B137756      2,179,878.0000
                                                          2005BK1090   1.99000          567,747        567,747
031808        10,000.0000        WTS CD RADIO INC         C00D344      285,300.0000
                                 EXP 5/15/2009 ACCREDITED INVS 12512230 0.00000H         10,000.000
091208         6,664.0000        COMDISCO HOLDING COMPANY INC 2003541000 9.80000H        6,664.0000        65,307
                                                          1494791070   0.00000M
031808        25,942.0000        CATTLESALE COMPANY       C012394      27.92000
                                                          2186810040   25,942.0000                        0
092607         13,377.0000       CORE MARK HOLDING CO INC  C014618     13,377.0000     373,485         112,045
```

```
BHS6
732-40125
TC 043008
LD
```

CLIENT 012                    MARGIN ACTIVITY STATEMENTS                                      09/19/08        PAGE 93763
NR: 101 STONEHILL   OFFSHORE
LONG/SHORT(-)

| Acct | Quantity | Security Description (CURR-CODE: 000) | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| 031008 | 111,601.0000 | **CAPEX SA-ORD  AP 1 PAR | P2006MU020 | 1.4726H | 111,601.0000 | 164,674 |
| 043008 | 36.0000 | DECISIONONE CORP NEW | 2434571000 | 36.0000 | 36.0000 | 0 |
| 031008 | 860,395.0000 | **FRONTERA COPPER CORPORATION | C006016 3590431060 | 0.00000H | 860,395.0000 | 0 |
| 092707 | 50,913.0000 | **GUANGDONG ALLIANCE  SNS | D004752 F106640 | 1.53675 80,395.0000 | 1,352,947 | 1,352,947 |
| 092707 | 19,346.0000 | **HIGH WATER SUPPLY HL  SNS | G43185L040 C005001 | 0.00000H 50,913.0000 | 0 | 0 |
| 111607 | 11,911.0000 | SNS WTS ICC COMMUNICATIONS INC | G38541L010 C005020 SK | 0.00000H 19,346.0000 | 0 | 0 |
| 091608 | 402,500.0000 | HOVNANIAN ENTERPRISES INC-CL A | 4492461L60 SK H011304 | 0.00000H 11,911.0000 | 0 | 0 |
| 031008 | 51,750.0000 | RTS KAISER GOVT PROGRAMS INC | 44628272030 H394J10 | 9.05000 402,500.0000 3,642,625 | 1,821,312 | |
| 091608 | 2,718,868.0000 | PUT RT PUR PFD KAISER GROUP | 45350E3L110 K002715 | 0.00000H 51,750.0000 | 0 | 0 |
| 091608 | 44,482.0000 | KGEN PWR CORP  CON 144A | 49373X1030 K003958 | 0.00000H 2,718,868.0000 | 0 | 0 |
| 091608 | 2,000,000.0000 | LEHMAN BROS HLDGS INC  DEP SH RESTG 1/100TH 7.95% | 5252C0W170 L008500 | 0.11000H 44,482.0000 4,893 | 4,893 | |
| 090208 | 346,623.0000 | **MAC FUNDING LT LTD  PRIN PROTECTED SECS ACCREDITED | 5252C8E020 M016517P030 | 0.00000H 2,000,000.0000 | 0 | 0 |
| 060608 | 75,745.0000 | NEENAH ENTERPRISES INC | 6407P1110 N009S46 | 1.55000H 346,623.0000 537,265 | 537,265 | |
| 031008 | 53,071.0000 | WTS NEENAH ENTERPRISES INC | 64007P1110 N009S46 | 0.00000H 75,745.0000 | 0 | 0 |
| 031008 | 70,964,707.0000 | PATENT LITIGATION TR  BENEFICIAL TRUST INTRESTS | 7030441070 P011578 | 75.745000 53,071.0000 | 26 | 26 |
| 092607 | 134,259.0000 | **RPT SIERRA PRODUCE TBK  SNS SERIES A  PCT INC | Y71H4Y1340 P0127046 **93354U010 | 0.00532H 53,071.0000 70,964,707.0000 | 0 | 377,532 |
| 091908 | 1,341,254.0000 | **RETAIL HOLDINGS N V | P019436 N741081060 | 3.99000 134,259.0000 535,693 | 377,532 402,777 | |
| 091508 | 11,483,635.0000 | SUNSHINE MNG & REFNO COMPANY  PAR 20.01 | R005483 867835360000 S011728 | 8.00000H 1,341,254.0000 10,730,032 0.00000H 11,483,635.0000 0 | 10,730,032 0 | |

```
BHR56
732-40125
TC  LDA
12  092607
```

**CLIENT 012  STONEHILL**
**RR: 401**

**MARGIN ACTIVITY STATEMENTS**   **CURR-CODE: 000**   **09/19/08**   **PAGE  93764**

| HOL/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|
| 5,000.0000 | RESIDENT CREDITOR TRUST TR CTF SER B | G8LQ2240 / S0165275 SB | 0.00000H | 0 | 0 |
| 233,100.0000 | 3DFX INTERACTIVE INC | 88865X1050 SB | 0.01700H | 3,962 | 3,962 |
| 9,200.0000 | THTRANSOCEAN INC NEW | T00731000 SB | 125.40000H | 1,153,680 | 346,104 |
| 244,444.0000 | THTHUNDERBIRD RESORTS INC CON 144A | T010389 SB / 8860SP1060 | 0.00000H | 0 | 0 |
| 13,000,000,000.0000 | TELEGLOBE CANADA INC TEMP 82 10/25/2026 | T010488 SB / 8794119720 | 0.00000H | 0 | 0 |
| 45,471.0000 | THTHUNDERBIRD RESORTS INC NEW | T104632 SB / C085761060 | 5.50000H | 250,090 | 250,090 |
| 92,000.0000 | US AIRWAYS GROUP INC NEW | T106117 SB / 90341M100 | 7.91000H | 727,720 | 218,316 |
| 187.0000 | VIATEL HOLDING BERMUDA LIMITED NEW | U003620 SB / C934471110 | 1.00000H | 187 | 187 |
| 201,455.0000 | MTS WEBLINK WIRELESS | V004215 / 94769A1190 | 0.00000H | 0 | 0 |
| 5,520.0000 | WASHINGTON MUTUAL INC 7.75% SERIES R NON CUMULATIVE | W003B05 / 93552S6140 | 335.00000H | 1,849,200 | 554,760 |
| 2,091,544.0000 | ZARLINK SEMICONDUCTOR INC | W005356 / 98913591.000 SB | 0.49000H | 1,024,856 | 1,024,856 |
| 120,000.0000 | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA AIRLINES INC DUE 05/01/2013 5.300% | Y001713 SB / 36099AC100 SB | 0.00000H | 0 | 0 |
| 500,000.0000 | NEW YORK N Y CITY INDL DEV AGY SPL FAC REV NORTHWEST AIRLINES DUE 06/01/2029 6.000% | 3BBWTK8 SB / 64999BL90 | 0.00000H | 0 | 0 |
| 7,600,000.0000 | CALIFORNIA STATEWIDE CMNTYS DEV AUTH SPL FACS DEV UTD AIR DUE 10/01/2034 5.625% | 3BB2CTC2 SB / 13077Y9A60 | 4.00000H | 304,000 | 304,000 |
| 195,294.0000 | MOBILE ALA INDL DEV BRD SOLID WSTE DISP RV REF-MOBILE ENERGY DUE 01/01/2020 6.950% | 3006B57 SB / 60716AAY70 | 0.00000H | 0 | 0 |
| 5,500,000.0000 | CIT GROUP INC MEDIUM TERM NTS DUE 10/27/2008 2.905% | 3661870 SB / 12560FEA50 / 5BBDTK4 SB | 99.31400H | 5,462,270 | 1,638,681 |
| | | | 5,500,000.000 | 5,500,000.000 | |

CLIENT 012
RR: H01 STONEHILL
732-40125   LD
TC2   LA
031800   LDN2/SHORT(-)

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000                                    09/19/08                    PAGE 93765

| Acct | Quantity | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 031800 | 550,001.0000 | OFFSHORE STAFFORD VICTORIA FIN LTD MTN VR 032010-052509 DUE 05/25/2009 | 8BFSB4 SB | 0.0000H | 0 | |
| 092507 | 29,260,000.0000 | CROWN PAPER CO SR SUB NOTES -ESCROW CUSIP- DUE 09/01/2005 | 228649964O SB 5BBKJ07 | 0.00000 29,260,000.0000 | 0 | 0 |
| 090208 | 6,500,000.0000 | MMMAC CAPITAL LTD 11.000% DUE 07/24/2017 | G5755NAB6O SB 5BBKLB4 | 0.00000 6,500,000,000.0000 | 0 | 0 |
| 066308 | 460,000.0000 | NEENAH CORP SR SEC NT DUE 01/01/2017   9.500% | 64007LAR7O SB 5BBKVC2 | 76.62500 460,000.0000 | 352,475 | 158,613 |
| 071008 | 3,450,000,000.0000 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2007-HE1 A-4-VAR DUE 08/25/2037   5.952% | 36186KAD7O SB 5BBKVN8 | 37.972SH 3,450,000,000.0000 | 1,310,052 | 1,310,052 |
| 122007 | 6,050,000,000.0000 | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/3C7 DUE 07/26/2023   7.045% | 5265SAN1O SB 5BBNND6 | 0.00000 6,050,000,000.0000 | 0 | 0 |
| 080408 | 3,450,000.0000 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A6 DUE 12/25/2037   6.26% | 36186LAG8O SB 5BBNTY6 | 46.66422H 3,450,000,000.0000 | 1,609,915 | 1,609,915 |
| 091608 | 3,523,920.0000 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A2 DUE 12/25/2037   6.054% | 36186LAB9O SB 5BBNTZ6 | 48.83500H 3,523,920.0000 | 1,720,906 | 1,720,906 |
| 072508 | 18,170,000,000.0000 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS AA DUE 12/25/2037   6.424% | 36186LAD5O SB 5BBQTZ9 | 32.07718H 18,170,000,000.0000 | 5,828,423 | 5,828,423 |
| 093008 | 15,410,000,000.0000 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 DUE 12/25/2037   6.193% | 36186LAC7O SB 5BBQVB1 | 48.54300H 15,410,000,000.0000 | 7,480,476 | 7,480,476 |
| 091708 | 6,670,000,000.0000 | MASONITE CORP SR SUB NT DUE 04/06/2015   11.000% | 57537GAE2O SB 5BBRZC1 | 23.0000H 6,670,000,000.0000 | 1,534,100 | 1,534,100 |
| 084008 | 1,012,000,000.0000 | STANDARD PACIFIC CORP CVT SENIOR SUB NOTES DUE 10/01/2012   6.000% | 85376SAA8O SB 5BDCLH9 | 93.37500 1,012,000,000.0000 | 944,955 | 283,486 |
| 091608 | 17,236,000,000.0000 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A DUE 12/25/2027   6.600% | 69337YAE4O SB 5BCLLC0 | 80.37500H 17,236,000,000.0000 | 11,310,958 AMORTIZED AMOUNT | 14,072,732.41 |
| 031800 | 1,150,000,000.0000 | MMSTANFIELD VICTORIA EURO MEDIUM TERM NOTE DUE 03/28/2008 | C84590CANO0 SB 5BCSLJ0 | 0.00000H 1,150,000,000.0000 | 0 | 0 |

```
BGM56
732-40125
TC LDA
080408

CLIENT 012                          MARGIN ACTIVITY STATEMENTS              09/19/08        PAGE  93766
RR: HBL STONEHILL                   CURR-CODE: 000
LONG/SHORT(+-)
26,875,000.0000
```

| | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT | AMORTIZED AMOUNT |
|---|---|---|---|---|---|---|
| 061308 | OFFSHORE<br>RESIDENTIAL CAP LLC<br>SR SECD NT FLT 10<br>DUE 05/15/2010 | 76114EAE20<br>5BDGWF4 | 8.550%<br>26,875,000.0000 | 0.10000H<br>26,875,000.0000 | 16,662,500 | 0 |
| 061308 | STANFIELD VICTORIA FIN LTD<br>MEDIUM TERM NTS144A 3C7<br>DUE 01/25/2008 | 85431AJM00<br>5BDN5N5 | 8.500%<br>4,600,000.0000 | 0.10000<br>4,600,000.0000 | 0 | 0 |
| 090208 | CAPMARK FINL GROUP INC SR NT<br>FLT 10<br>DUE 05/10/2010 | 14066lAD10<br>5DKMR1 | 76.93300<br>7,625,000.0000 | 5,866,141 | 1,759,842 | |
| 001108 | ZIFF DAVIS MEDIA INC<br>SR SECD NT FLTG RATE NEW<br>DUE 05/01/2012 | 98951UAJ50<br>5BDNVY1 | 3.452%<br>2,294,000.0000 | 0.0000H<br>2,294,000.0000 | 0 | 0 |
| 071608 | ZIFF DAVIS MEDIA INC<br>SR SECD NT - ESCROW CUSIP<br>DUE 05/01/2012 | 989ESC9910<br>5BDNVZ6 | 0.0000H<br>9,085,000.0000 | 9,085,000.0000 | 0 | 0 |
| 001208 | MONTANA POWER CO<br>- TENDER OFFER -<br>DUE 12/22/2026 | 612PMTDA90<br>5BDQMJ0 | 0.00000<br>201,000.0000 | 201,000.0000 | 0 | 0 |
| 000808 | MONTANA POWER CO<br>- CONTRA CUSIP -<br>DUE 12/23/2026 | 612PMT9C40<br>5BDQNT2 | 7.960%<br>340,000.0000 | 0.00000<br>340,000.0000 | 0 | 0 |
| 002008 | MONTANA POWER CO<br>- TENDER OFFER -<br>DUE 12/20/2006 | 612PMT9B60<br>5BDQPD0 | 0.0000<br>197,000.0000 | 197,000.0000 | 0 | 0 |
| 001108 | CB NORTHWESTERN CORP<br>-CONTRA CUSIP-<br>DUE 03/15/2007 | 6689PABG60<br>5BDQSC5 | 7.070%<br>11,676,000.0000 | 0.00000<br>11,676,000.0000 | 0 | 0 |
| 082008 | NORTHWESTERN CORPORATION<br>SENIOR DEBENTURE<br>DUE 11/15/2028 | 6689PABF80<br>5BDRLG4 | 7.875%<br>16,865,000.0000 | 0.00000<br>16,865,000.0000 | 0 | 0 |
| 001108 | NORTHWESTERN CORP<br>-CONTRA CUSIP-<br>DUE 03/15/2012 | 6689PABH40<br>5BDXR52 | 6.950%<br>7,528,000.0000 | 0.00000<br>7,528,000.0000 | 0 | 0 |
| 091208 | VICTORIA FIN LTD 144A VR<br>090900-01208<br>DUE 12/22/2008 | 92622GAL30<br>5BFDPV0 | 8.750%<br>4,950,000.0000 | 0.00000<br>4,950,000.0000 | 0 | 0 |
| 091208 | VICTORIA FIN LTD 144A VR<br>090900-021709<br>DUE 02/17/2009 | 92622GAF60<br>5BFBRQ5 | 0.00000<br>1,100,000.0000 | 1,100,000.0000 | 0 | 0 |
| 031608 | GREEN TREE FINL CORP<br>SER 1997-4 MFD HSG SB/SUB<br>DUE 02/15/2029 | 39350SUY60<br>5C48250 SB | 7.750%<br>4,644,999.0000 | 0.00000H<br>4,644,999.0000 | 0 | 2614,347.94 |

BMRS6
TC 732-40125
LDA
TC 12 031808

CLIENT 012
RR: H&I STONEHILL
LONG/SHORT(-)
795,000.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08    PAGE 93767

OFFSHORE

| ACCT | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 031808 | 795,000.0000 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES 1997-6 CL A-5 DUE 10/15/2029 7.7750% | B1375BAW20 5C88202 SB | 0.00000H | 0 | 0 | 446,349.60 |
| 031808 | 14,000,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR ASSET BKD NT DUE 06/16/2005 7.052% | 37937WAA70 5C60831 SB | 0.00000H | 0 | 0 | 0 |
| 031808 | 31,643,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR CL A2 DUE 05/15/2006 7.330% | 37937WAB50 5C64242 SB | 0.00000H | 0 | 0 | 0 |
| 031808 | 12,362,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR SERIES 1998-A C1-A2 DUE 09/15/2007 7.060% | 5C64936 SB | 0.00000H | 0 | 0 | 0 |
| 031808 | 1,000,000.0000 | PEGASUS AVIATION LEASE SECURITIZATION IIASTBK/SERIES DUE 05/10/2031 2.943% | 70557RAA60 5E11267 SB | 0.00000H | 0 | 0 | 0 |
| 031808 | 30,068,000.0000 | SECURITIZED MULTIPLE ASSET SERIES 1997-6 CL A-1 DUE 1S/19/2006 7.312% | B1375BAN20 5E12094 SB | 0.00000H | 0 | 30,068,000.0000 | 0 |
| 091608 | 4,025,000.0000 | CMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2004-HE1 A-3-VAR DUE 06/25/2034 2.601% | 36385CV70 5E23941 SB | 52.93800H | 4,025,000.0000 | 1,900,914 | 1,900,914 3590,832.14 |
| 090208 | 8,947,000.0000 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 DUE 09/25/2020 2.571% | 76110U5Q20 5F59267 SB | 99.66760H | 8,947,000.0000 | 1,423,689 | 1,423,689 1428,580.64 |
| 052708 | 2,990,000.0000 | RESIDENTIAL FDG MTG SECS II IN SERIES 2005-HSA1 CLASS A-2 DUE 11/25/2020 5.139% | 76110VTD00 5I06641 SB | 70.04400H | 2,990,000.0000 | 2,094,315 | 2,094,315 |
| 063008 | 2,150,000.0000 | CMHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR DUE 07/25/2027 5.627% | 12668SDW30 5I39026 SB | 76.50920H | 2,150,000.0000 | 1,689,059 | 1,689,059 |
| 060408 | 9,200,000.0000 | CMHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-3-VAR DUE 07/25/2027 5.641% | 12668SDX10 5I19025 SB | 41.12617H | 9,200,000.0000 | 3,785,607 | 3,785,607 |
| 091608 | 6,836,750.0000 | CMACH HOME EQUITY LIN TR SERIES 2006-EQUITY A-2 DUE 10/25/2036 5.750% | 3B012TAB80 5I39489 SB | 57.55283H | 6,836,750.0000 | 3,934,743 | 3,934,743 |
| 072808 | 1,725,000.0000 | DMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-HE3 A-4-VAR DUE 10/25/2036 6.080% | 300121AD40 5I41567 SB | 83.11753H | 1,725,000.0000 | 1,433,777 | 1,433,777 |
| 070708 | 4,070,000.0000 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 DUE 03/25/2034 5.658% | 126684AC30 5I43662 SB | 87.26355H | 4,070,000.0000 | 3,551,626 | 3,551,626 |

```
BMG6
732-401-25
TC
LDA
12
```

CLIENT 012
RR: 001 STONEHILL
SECURITY (SHORT +/-)
18,301,000.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000
CUSIP/SEC: 000
09/19/08
PAGE 93768

| CODE | AMOUNT | OFFSHORE DESCRIPTION | RATE | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| | 18,301,000.0000 | | | | 18,301,000.0000 | | 0 |
| | | PHP HEALTHCARE CORPORATION | | 500234 7 | | | |
| 092607 | 10,815,000.0000 | SUB DEB CV DUE 12/15/2002 | 6.500% | G71556AM20 | 0.0000H | 0 | 0 |
| | | MMPOLLY PECK INTERNATIONAL | | 5013541 | 10,815,000.0000 | | |
| 082208 | 1,450,000.0000 | DUE 01/03/1997 | 8.750% | 200336B890 | 0.0000H | 0 | 0 |
| | | ESC CONDISCO INC NOTE - ESCROW - | | 503691 0 | 1,450,000.0000 | | |
| 121807 | 3,000,000.0000 | IONICA PLC DUE 01/15/2003 | 6.12X% | 46221 3AJ80 | 0.0000H | 0 | 0 |
| | | SR NOTE PLC | | 5032625 | 3,000,000.0000 | | |
| 031808 | 11,530,000.0000 | DUE 08/15/2006 | 13.500% | 49832 6PC30 | 0.0000H | 0 | 0 |
| | | ESC KITTY HAWK INC | | 5037926 | 11,530,000.0000 | | |
| 031808 | 966,000.0000 | SR SEED NTS DUE 11/15/2004 | 9.950% | 926093AE20 | 92.0000H | 888,720 | 888,720 |
| | | WOLVERINE TUBE INC | | 5042652 | 966,000.0000 | | |
| 031808 | 2,540,000.0000 | DUE 04/01/2009 SENIOR NOTE SER B | 10.500% | 155660A630 | 0.0000H | 0 | 0 |
| | | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE | | 5046016 | 2,540,000.0000 | | |
| 031808 | 3,000,000.0000 | DUE 06/01/2007 | 10.625% | 46221 3AK50 | 0.0000H | 0 | 0 |
| | | IONICA PLC SENIOR DISC NOTES | | 5051503 | 3,000,000.0000 | | |
| 031808 | 1,650,000.0000 | DUE 05/01/2007 KEY PLASTICS INC | 15.000% | 49313 7AD50 | 0.0000H | 0 | 0 |
| | | SR SUB NOTE SER B | | 5065089 | 1,650,000.0000 | | |
| 031808 | 500,000.0000 | DUE 03/15/2007 PRATAMA DATAKOM ASIA | 10.250% | 73931 3A50 | 0.0000H | 0 | 0 |
| | | ACCREDITED INVS | | 507051 7 | 500,000.0000 | | |
| 031808 | 18,880,000.0000 | DUE 07/15/2005 ENERGY GROUP OVERSEAS BV | 12.750% | 292689AC00 | 32.5000H | 6,136,000 | 1,888,000 |
| | | GTD NOTES 7.375% 10/9/98 | | 5070867 | 18,880,000.0000 | | |
| 121807 | 30,635,000.0000 | DUE 10/15/2017 ENERGY GROUP OVERSEAS BV | 7.425% | 292689AD80 | 32.5000H | 9,955,725 | 3,063,300 |
| | | INT DUE 10/15/2027 | | 5071495 | 30,635,000.0000 | | |
| 031808 | 34,450,000.0000 | NRG ENERGY INC | 7.560% | 629377AQ40 | 0.0000H | 0 | 0 |
| | | SR NOTE DUE 06/15/2007 | 7.500% | 5075991 | 34,450,000.0000 | | |
| 033108 | 10,350,000.0000 | READ RITE CORP CONV SUB NOTES | | 75524 6AA30 | 0.0000H | 0 | 0 |
| | | DUE 09/01/2004 | 6.500% | 5077083 | 10,350,000.0000 | | |

```
BMR56
732-40125
TC  LDA
12  01290A
```

CLIENT 012  STONEHILL OFFSHORE
RR: N01
LDA LONG/SHORT(-)
5,550,000.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08                                              PAGE  93769

| Qty | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT | AMORTIZED AMOUNT |
|---|---|---|---|---|---|---|
| 012908  5,550,000.0000 | MMSOUTHEAST BANKING CORP STAMPED CERTIFICATES DUE 11/12/1997  5.250% | XK50935970  5955597  SB | .00000 | 0 | | |
| 031808  7,125,000.0000 | VENTURE HOLDINGS TRUST SR NOTE SER B DUE 07/01/2005  9.500% | 9232GYAD10  5102005  SB | 0.00000H  7,125,000.0000 | 0 | | |
| 111607  20,005,000.0000 | LIVENT INC SR NTS DUE 10/15/2004  9.375% | 557902AC20  5197706  SB | 0.0000  20,005,000.0000 | 0 | | |
| 031808  70,000,000.0000 | CELLNET DATA SYS INC SENIOR DISC NOTE DUE 10/01/2007  14.000% | 15115MAL50  5109824  SB | 0.00000H  70,000,000.0000 | 0 | | |
| 031808  3,092,000.0000 | DELTA MILLS INC SR NOTE SER B DUE 09/01/2007  9.625% | 24770LAB10  5115626  SB | 0.00000H  3,092,000.0000 | 0 | | |
| 031808  5,004,000.0000 | DRYPERS CORP SR NTS SER-B DUE 06/15/2007  10.250% | 262497AQ50  5123009  SB | 0.00000H  5,004,000.0000 | 0 | | |
| 092607  2,410,000.0000 | EURO 0-CPN STAMPED CERT MMSOUTHEAST BANKING CORP DUE 12/18/1996 | XK51235170  5123317  SB | 0.0000  2,410,000.0000 | 0 | | |
| 031808  14,153,000.0000 | KELLSTROM INDS INC SUB NTS CONV DUE 10/15/2002  5.750% | 480035SAC00  5126334  SB | 0.0000H  14,153,000.0000 | 0 | | |
| 091708  12,650,000.0000 | CAL-PINE CONSTRUCTION FINANCE CO LP 2ND PRIORITY DUE 08/26/2011  11.602% | 1313AYVAA50  5128605  SB | 107.50000H  12,650,000.0000 | 13,598,750 | 6,119,437 | |
| 092607  18,090,000.0000 | MMPOLLY PECK INTL FINANCE CHF DUE 05/20/2049  6.250% | 0715354F60  5131393  SB | 0.00000H  18,090,000.0000 | 0 | | |
| 092607  1,000,000.0000 | IRIDIUM LLC CORP SR NOTE SER C DUE 07/15/2005  11.250% | 46269LAA40  5132068  SB | 0.0000H  1,000,000.0000 | 0 | | |
| 092607  56,450,000.0000 | MMRSL COMMUNICATIONS GLOBAL USD DUE 03/15/2008  10.000% | G7703AAD70  5142263  SB | 0.0000H  56,450,000.0000 | 0 | | |
| 031808  24,440,000.0000 | KELLSTROM INDS INC CONV SUB NOTES DUE 06/15/2003  5.500% | 480035AE60  5142366  SB | 0.0000H  24,440,000.0000 | 0 | | |
| 031808  83,989,000.0000 | PSINET INC SENIOR NOTES SER B DUE 02/15/2005  10.000% | 7443TCAD70  5142821  SB | 0.00000H  83,989,000.0000 | 0 | | |
| | | | | | | 72186,756.53 |

```
BR#56                                          MARGIN ACTIVITY STATEMENTS                    09/19/08        PAGE  93770
732-60125   CLIENT 012   STONEHILL              CURR-CODE: 000
TC  LOA     RR: M01      OFFSHORE
12  031808               LONG/SHORT(-)
                         8,250,000.0010-
```

| TC/LOA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE / MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 031808 | 8,250,000.0010- | INSILCO HOLDING CO SR DISC NT DUE 08/15/2008 14.000% | 5145514 | 0.00000H 8,250,000.0000 | 0 | 0 |
| 092507 | 16,275,000.0000 | NMS-ATR GROUP SWEAR DUE 07/07/2005 0.125% | H711DNAD50 5144409 SB | 12.12100H 16,275,000.0000 | 1,980,830 | 594,249 |
| 031808 | 24,385,000.0000 | NMRSL COMMUNICATION PLC SR NTS DUE 03/01/2008 9.125% | 7497ZEAC20 5145204 SB | 0.00000H 24,385,000.0000 | 0 | |
| 031808 | 27,500,000.0000 | CHS ELECTRONICS INC SENIOR NOTES DUE 04/15/2005 9.125% | 12542AAB30 5147251 SB | 0.00000H 27,500,000.0000 | 0 | |
| 031808 | 100,930,000.0000 | NMCENTAUR MINING & EXPL LTD SENIOR SECD NOTE DUE 12/01/2007 11.000% | 15133CAC50 5150567 SB | 0.00000H 100,930,000.0000 | 0 | 0 |
| 031808 | 50,420,000.0000 | EXODUS COMMUNICATIONS INC SR NTS DUE 07/01/2008 11.250% | 302008AB50 5158280 SB | 0.00000H 50,420,000.0000 | 0 | 0 |
| 072208 | 6,705,304.0000 | WHEELING PITTSBURGH STL CORP SR SECD NT DUE 08/01/2010 6.000% | 963150AA50 5169833 SB | 53.75000H 6,705,304.0000 | 3,604,100 | 1,081,230 |
| 031808 | 34,270,000.0000 | SAFETY KLEEN SERVICES INC SR SUB NOTE DUE 06/01/2008 9.250% | 78649DAA30 5173374 SB | 0.00000H 34,270,000.0000 | 0 | 0 |
| 031808 | 25,057,250.0000 | NRG ENERGY INC SENIOR DEB DUE 05/15/2006 6.500% | 629377AN20 5174451 SB | 0.00000H 25,057,250.0000 | 0 | 0 |
| 092507 | 23,417,000.0000 | NMSATR GROUP FINANCE B V DUE 06/08/2006 4.375% | H5439BAA60 5196227 SB | 0.00000H 23,417,000.0000 | 0 | 0 |
| 052908 | 76,891,000.0000 | PSINET INC SR NTS DUE 11/01/2008 11.500% | 74437DA030 5200900 SB | 0.00000H 76,891,000.0000 | 0 | 0 |
| 031808 | 19,560,000.0000 | WCI COMMUNITIES INC CONV SENIOR SUB NOTE DUE 10/01/2013 7.875% | 92923CAM60 5214313 SB | 39.00000H 19,560,000.0000 | 7,628,400 | 7,628,400 |
| 031808 | 27,850,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5 ASSET BACKED DUE 06/15/2005 7.720% | 8137SBAJ10 5216675 SB | 0.00000H 27,850,000.0000 | 0 | 0 |
| 031808 | 34,450,000.0000 | NRG ENERGY INC SR NOTE DUE 06/01/2009 7.500% | 629377AE20 5219666 SB | 0.00000H 34,450,000.0000 | 0 | 0 |

AMORTIZED AMOUNT  89670,352.00    65681,945.35

MARGIN ACTIVITY STATEMENTS    CURR-CODE: 000                          09/19/08    PAGE 93771

CLIENT 012
RR: H01 STONEHILL OFFSHORE
TC   LONG/SHORT(-)
LDA

| | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|
| 031808  8,800,000.0000 | CONSUMER PACKAGING INC SR NOTE DUE 02/01/2007  9.750% | 21061PAD60 / 5220319 SB | 0.00000H  8,800,000.0000 | 0 | |
| 092607  23,300,000.0000 | INSILCO CORP SR SUB NOTE SER-B DUE 08/15/2007  12.000% | 45765P9AM20 / 5223763 SB | 0.00000H  23,300,000.0000 | 0 | |
| 081308  25,420,000.0000 | MMPOLLY PECK INTL FINANCE LTD DUE 11/15/1990  6.250% | 07J1B56AB50 / 5226032 SB | 0.00000H  23,420,000.0000 | 0 | |
| 081308  6,769,000.0000 | MCI COMMUNITIES INC CONV DUE 08/05/2023  4.000% | 92923CAK00 / 5225200 SB | 33.00000  6,769,000.0000 | 2,233,770 | 670,131 |
| 092607  5,700.0000 | MMSASEA HOLDINGS DUE 07/15/2049  4.000% | XK6229681O / 5229641 SB | 0.0000H  5,700.0000 | 0 | |
| 101207  2120,000,000.0000 | MMPEREGRINE INVEST HOLDINGS LTD DUE 07/15/2049 | XK6229955O / 5229955 SB | 0.00000H  2120,000,000.0000 | 0 | |
| 031808  6,395,000.0000 | BUDGET GROUP INC SR NTS DUE 06/20/2000 | 11905AF80 / 5250760 SB | 0.00000  6,395,000.0000 | 0 | |
| 031808  26,335,000.0000 | TELEGLOBE INC DUE 04/01/2006  9.125% | 87941TAD70 / 5231755 SB | 0.0000H  26,335,000.0000 | 0 | |
| 031808  53,161,000.0000 | TELEGLOBE INC GTD DEB DUE 07/20/2009  7.200% | 87941TAE50 / 5231763 SB | 0.00000H  53,161,000.0000 | 0 | |
| 031808  79,740,000,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR 1996-A ASSET BACKED NT A-3 DUE 07/20/2029  7.700% | 37937MAD10 / 5233639 SB | 0.0000H  79,740,000,000.0000 | 0 | |
| 092607  7,000,000,000.0000 | SFC NEW HLDGS INC SR SUB NT DUE 01/15/2002 | 78412SAF80 / 5237126 SB | 0.00000H  7,000,000,000.0000 | 0 | |
| 031808  18,600,000,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5ASSET BACKED DUE 08/15/2003  13.250% | 81375BAK80 / 5245527 SB | 0.00000N  18,600,000,000.0000 | 0 | |
| 031808  4,000,000,000.0000 | GST NETWORK FUNDING INC SENIOR DISC NOTE DUE 03/15/2005  1.156% | 36228YAC90 / 5246447 SB | 0.00000  4,000,000,000.0000 | 0 | |
| 031808  3,215,000,000.0000 | CARRIER INTL A SR NOTE SER B DUE 05/01/2009 DUE 02/15/2009  13.250% | 144600AC90 / 5247801 SB | 0.0000H  3,215,000,000.0000 | 0 | |

```
BRGS6
732-40125
LDA
12

CLIENT 012                                                          MARGIN ACTIVITY STATEMENTS          09/19/08        PAGE  93772
RR: HH1 STONEHILL OFFSHORE                                          CURR-CODE: 000
      LONG/SHORT(-)        SECURITY DESCRIPTION          CUSIP/SEC       PRICE         MARKET VALUE      MARGIN REQUIREMENT
```

| Acct | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 031808 | 49,600,000.0000 | IT GROUP INC | 5249169 | 0.00000H 49,600,000.0000 | 0 | 0 |
| 092607 | 2,270,000,000.0000 | MMS-AIR GROUP FIN SENIOR SUB NOTE SER B DUE 06/01/2009 11.250% | XK6286E290 | 0.0000H 0 | 0 | |
| 031808 | 173,811,000.0000 | PSINET INCORPORATED SR NT DUE 11/15/2004 7.500% | 52852629 6936SVAB30 5253156 | 0.00020H 0.00020H 175,811,000.0000 | 0 | AMORTIZED AMOUNT 149316,337.20 |
| 061808 | 4,350,000.0000 | YOSEMITE SECURITIES TRUST I 99-A LINKED ENRON OBLIG LEDS DUE 11/15/2004 8.250% | 987406AA30 5255212 | 0.00000H 4,350,000.0000 | AMORTIZED AMOUNT | 3406,393.21 |
| 071008 | 52,619,000,000.0000 | FRIEDE GOLDMAN INTL INC SUB NT CO DUE 09/15/2004 4.500% | 358430AA40 5255291 | 0.00000H 52,619,000.0000 | 0 | |
| 092607 | 4,100,000,000.0000 | WWPSINET INC SER EUR SR NOTES EURO SER DUE 08/01/2009 11.000% | XK62ES6090 5255609 | 0.0000H 4,100,000.0000 | 0 | |
| 071008 | 11,717,000,000.0000 | RESIDENTIAL CAP CORP NT 7.375% ON 06/30/2010 8.375% | 76115BAF60 5259929 | 21.00000H 11,717,000.0000 | 2,460,570 | 2,460,570 |
| 031808 | 34,039,000,000.0000 | EXODUS COMMUNICATIONS INC SR NT DUE 12/15/2009 10.750% | 302080AH20 5262713 | 0.00000H 34,039,000.0000 | 0 | AMORTIZED AMOUNT 25544,316.34 |
| 031808 | 11,475,000,000.0000 | VENTURE HOLDINGS TRUST DUE 06/01/2009 11.000% | 9232G6YAF60 5261756 | 0.0000H 11,475,000.0000 | 0 | 0 |
| 071008 | 67,826,000,000.0000 | WORLD ACCESS INC SENIOR NOTES DUE 01/15/2008 13.250% | 98141AAD30 5262154 | 0.0000H 67,826,000.0000 | AMORTIZED AMOUNT | 65821,695.57 |
| 042208 | 1,840,000,000.0000 | SLM CORP MEDIUM TERM NTS DUE 07/27/2009 2.90% | 78442FDR80 5262964 | 94.85714H 1,840,000.0000 | 1,745,371 | 523,611 |
| 031808 | 4,037,000,000.0000 | TXU EASTERN FUNDING CO GTD SR NT DRC CPN 6.4500 DUE 05/15/2005 6.450% | 87316RAF30 5264215 | 0.00000H 4,037,000.0000 | 0 | 0 |
| 111607 | 8,650,000,000.0000 | TXU EASTERN FUNDING CO GTD SR NOTE DUE 05/15/2009 6.750% | 87316PAL50 5264525 | 0.00000H 8,650,000.0000 | 0 | 0 |
| 092607 | 400,000,000.0000 | USD MENDAXON INTL FINANCE DUE 03/29/2001 10.000% | Y5982EAA60 5272401 | 0.0000H 400,000,000.0000 | 0 | 0 |

BR86
732-4012E
TC
12
LDA

CLIENT 012
RR: H&I STONEHILL
LONG/SHORT(-)

| TC | QUANTITY | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT | AMORTIZED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | MARGIN ACTIVITY STATEMENTS CURR-CODE: 000 | | | 09/19/08 | PAGE 93775 | |
| 011708 | 26,400,000.0000 | CONTINENTAL AIRLINES INC SR NOTES GTD-REG-ESCROW DUE 03/15/1997 11.500% | 2107959D40 2072505 SB | 0.00000H 26,400,000.0000 | 0 | 0 | |
| 011708 | 133,370,000.0000 | PSINET INC SR NOTE DUE 12/01/2006 10.500% | 74437CAG60 5273979 SB | 0.00000H 133,370,000.0000 | 0 | 0 | AMORTIZED AMOUNT 116605,283.75 |
| 092607 | 300,000,000.0000 | MMKTHU EASTERN FUNDING DUE 03/00/2030 7.250% | G9143JAE00 5275991 SB | 0.00000H 300,000,000.0000 | 0 | 0 | |
| 010908 | 48,443,000.0000 | MMKPSINET INC EURO SERIES DUE 12/01/2006 10.500% | XXS2772070 5277207 SB | 0.00000 48,443,000.0000 | 0 | 0 | |
| 092607 | 2,250,000,000.0000 | LUKENS INC MEDIUM TERM NOTES DUE 02/01/2006 6.500% | 549846AA50 5270012 SB | 0.00000 2,250,000,000.0000 | 0 | 0 | |
| 031808 | 4,218.0000 | MMKCMO BONDHOLDER TRUST OFFSHORE TR CTF REG S DUE 03/31/2000 | 03944NAA50 5281808 SB | 0.00000H 4,218.0000 | 0 | 0 | |
| 031808 | 100.0000 | CMO BONDHOLDER TRUST OFFSHORE TR CTF 144A DUE 03/31/2000 | 36188IAA30 5282351 SB | 0.00000H 100.0000 | 0 | 0 | |
| 031808 | 5,985,000,000.0000 | ETOYS IND CONV SUB NOTE DUE 12/01/2004 6.250% | 29726CAA00 5294710 SB | 0.00000 5,985,000,000.0000 | 0 | 0 | |
| 092607 | 1,850,000,000.0000 | MMKS-AIR GROUP DUE 11/04/2004 2.125% | XX52964570 5294457 SB | 0.0000H 1,850,000,000.0000 | 0 | 0 | |
| 031808 | 5,262,000,000.0000 | COLOR TILE INC SR NT DUE 12/15/2001 10.750% | 196267AD00 5307551 SB | 0.0000H 3,262,000,000.0000 | 0 | 0 | |
| 031808 | 23,850,000,000.0000 | NNG ENERGY INC DUE 09/15/2010 8.250% | 66931FAG70 5316422 SB | 0.0000 23,850,000,000.0000 | 0 | 0 | |
| 031808 | 15,218,000,000.0000 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- DUE 07/15/2008 10.750% | 269524GC00 5310628 SB | 0.0000H 15,218,000,000.0000 | 0 | 0 | |
| 031808 | 4,036,450.0000 | MTS INC SR SUB NOTE DUE 12/09/2009 10.000% | 5537WAD10 5322255 SB | 0.0000 4,036,450.0000 | 0 | 0 | |
| 061308 | 9,213,000,000.0000 | ENRON CORP PRIVATE PLACEMENT DUE 08/15/2005 8.000% | 29357YAA10 5324524 SB | 0.00000H 9,213,000,000.0000 | 0 | 0 | AMORTIZED AMOUNT 6432,828.40 |
| 031808 | 18,635,000,000.0000 | RSL COMMUNICATIONS PLC GRD US$ SR NT DUE 03/01/2010 12.875% | 74922EAN00 5325546 SB | 0.00000 18,635,000,000.0000 | 0 | 0 | |

BMR56    CLIENT 012                      MARGIN ACTIVITY STATEMENTS                 09/19/08    PAGE 93774
732-40125    RR: HB1 STONEHILL OFFSHORE    CURR-CODE: 000

| TC | LDA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 12 | 092507 | 7,000,000.0000 | MMWRSL COMMUNICATIONS PLC DUE 05/01/2010 12.875% | 07702XAC00 5326674 SB | 0.00000H | 7,000,000.0000 | 0 |
| 12 | 031808 | 17,000,000.0000 | GT GROUP TELECOM INC SENIOR DISC EXCH NOTES DUE 02/01/2010 13.250% | 36235VAD50 5329921 SB | 0.00000H | 17,000,000.0000 | 0 |
| 12 | 092507 | 31,627,000.0000 | MMWAIRGROUP FINANCE DUE 10/06/2010 6.625% | N5639BAC20 5332712 SB | 0.00000H | 31,627,000.0000   AMORTIZED AMOUNT 29254,975.00 | 0 |
| 12 | 092507 | 1,250,000.0000 | MMWPASHINCO FINANCE LTD EURO MEDIUM TERM NOTE DUE 02/10/2003 | Q73665AA10 5334667 SB | 0.00000 | 1,250,000.0000 | 0 |
| 12 | 080508 | 13,105,000.0000 | MCI CMNTYS INC SR SUB NT DUE 03/15/2015 6.625% | 92923CAP90 5337735 SB | 40.0000H | 13,105,000.0000   5,242,000 | 5,242,000 |
| 12 | 072208 | 4,975,000.0000 | BRODER BROS CO SR NOTE DUE 10/15/2010 11.250% | 112013AB30 5341743 SB | 67.50000H | 4,975,000.0000   3,358,125 | 3,358,125 |
| 12 | 092507 | 1,320,000.0000 | MMWMULTIKERAMIK FINANCE LTD SENIOR B VAR RT DUE 10/31/2007 | V65509NA30 5341886 SB | 0.00000H | 1,320,000.0000   AMORTIZED AMOUNT 1294,075.46 | 0 |
| 12 | 092507 | 3,600,000.0000 | MMWEXODUS COMMUNICATIONS SENIOR NOTES DUE 12/15/2009 10.750% | XN53426960 5342696 SB | 0.00000H | 3,600,000.0000   AMORTIZED AMOUNT 3047,581.00 | 0 |
| 12 | 031808 | 13,650,000.0000 | MMWEXODUS COMMUNICATIONS SENIOR NOTES DUE 07/15/2008 11.375% | 302086AN90 5343324 SB | 0.00000 | 13,650,000.0000 | 0 |
| 12 | 010708 | 8,505,000.0000 | MMWTXU EUROPE FUNDING LTD EURO ISSUE DUE 11/30/2005 7.000% | G9143RAA00 5346617 SB | 0.00000H | 8,505,000.0000 | 0 |
| 12 | 031808 | 164,013,000.0000 | EXODUS COMMUNICATIONS INC US$ SR NT DUE 07/15/2010 11.625% | 302086AL30 5355200 SB | 0.00000H | 164,013,000.0000   AMORTIZED AMOUNT 123370,175.12 | 0 |
| 12 | 092507 | 6,045,389.0000 | MMWMULTIKERAMIK FINANCE LTD SENIOR A VAR RATE DUE 10/31/2007 7.187% | V65509AA50 5355724 SB | 0.00000H | 6,045,389.0000 | 0 |
| 12 | 073008 | 4,950,000.0000 | GENERAL MOTORS ACCEPTANCE CORP GLOBAL NOTES DUE 05/02/2011 7.250% | 3704259U60 5356646 SB | 62.78500 | 4,950,000.0000   3,107,857 | 1,398,535 |
| 12 | 031808 | 2,925,000.0000 | ESCROW GUANGDONG INTL TR & INVT 144A DUE 11/15/2020 6.750% | 4006SL9A10 5358558 SB | 0.00000H | 2,925,000.0000 | 0 |

```
BHR56    CLIENT 012                    MARGIN ACTIVITY STATEMENTS              09/19/08        PAGE  93775
32-40125 RR: HBL STONEHILL                        CURR-CODE: 000
C LDA            LONG/SHORT(-)    OFFSHORE
2 031808         3,300,000.0000
```

| Date | Long/Short(-) | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| 2 031808 | 3,300,000.0000 | 144A ESCROW GUANGDONG INTL TR & INV | 4006SL9B90 / 5359457 SB | 0.00000H / 3,300,000.0000 | 0 | 0 |
| .2 031808 | 42,129,000.0000 | ...ASIA GLOBAL CROSSING LTD SR NT DUE 10/24/2016 8.750% | 045186A870 / 5362572 SB | 0.00000H / 42,129,000.0000 | 0 AMORTIZED AMOUNT | 34640,153.59 |
| .2 031808 | 63,600,000.0000 | NRG ENERGY INC BONDS DUE 10/15/2010 13.375% | 629377AL60 / 5368394 SB | 0.00000 / 63,600,000.0000 | 0 | 0 |
| .2 031808 | 23,850,000.0000 | NRG ENERGY INC NOTES DUE 04/01/2031 8.625% | 629377AK80 / 5368395 SB | 0.00000H / 23,850,000.0000 | 0 | 0 |
| 12 121007 | 1,185,000.0000 | FLEMING CGS INC NTS DUE 04/01/2011 7.750% | 339130AF10 / 5370856 SB | 0.00000H / 1,185,000.0000 | 0 AMORTIZED AMOUNT | 1109,445.69 |
| 12 032708 | 1,650,000.0000 | CIT GROUP INC NEW SR NT DUE 01/30/2009 10.125% | 125581AV00 / 5381485 SB | 91.57100 / 1,650,000.0000 | 1,510,921 | 453,276 |
| 12 111607 | 26,310,000.0000 | ...MTV INVESTMENT FINANCE CV REG S DUE 12/01/2000 2.946% | 07111WAA10 / 5395354 SB | 0.00000N / 26,310,000.0000 | 0 | 0 |
| 12 092507 | 1,740,000.0000 | ...WIN WINTERTHUR UNDER&MGY SVC LTD EURO MEDIUM TERM NOTE DUE 05/14/2003 4.500% 5.987% | Q36895A880 / 5404497 SB | 0.00000 / 1,740,000.0000 | 0 | 0 |
| 12 070208 | 2,625,000.0000 | MIDWEST GENERATION LLC PASSTHRU CTF SER-A DUE 07/02/2009 8.300% | 59832WAE90 / 5406872 SB | 102.73200H / 2,625,000.0000 | 964,914 AMORTIZED AMOUNT | 964,914 / 939,254.11 |
| 12 031808 | 742,000.0000 | DAIRY MART CONVENIENCE STORES INC - ESCROW - DUE 03/15/2004 10.250% | 2336609030 / 5430398 SB | 0.00000 / 742,000.0000 | 0 | 0 |
| 12 092507 | 10,000,000.0000 | ...WESSAIR CORP DUE 04/12/2005 6.250% | HB3970BD60 / 5435819 SB | 0.00000H / 10,000,000.0000 | 0 | 0 |
| 12 072208 | 1,000,000.0000 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE DUE 05/24/2006 7.250% | 29357YAD50 / 5442794 SB | 0.00000 / 1,000,000.0000 | 0 | 0 |
| 12 070908 | 213,000,000.0000 | ...ENRON CORP EURO DEB DUE 06/18/2004 0.970% | U29302AJ20 / 5445610 SB | 0.00000H / 213,000,000.0000 | 0 | 0 |
| 12 071008 | 300,000,000.0000 | ...ENRON CORP DUE 06/15/2003 0.678% | U29302AG60 / 5446359 SB | 0.00000H / 300,000,000.0000 | 0 | 0 |

```
BHR56        CLIENT 012
732-40125    RR: HBI STONEHILL
/C LDA           LONG/SHORT(-)            MARGIN ACTIVITY STATEMENTS                          09/19/08          PAGE 93776
12  092607       8,975,000.0000           CURR-CODE: 000
```

| | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 12 092607 | 8,975,000.0000 | **POLLY PECK INTL DUE 01/04/2005 7.250% | G71536AG40 5446758 SB | 0.00000H 8,975,000.0000 | 0 | 0 |
| 12 092507 | 795,000.0000 | ***SAIR GROUP DUE 02/02/2007 4.250% | H8397SAC80 5449492 SB | 0.00000H 795,000.0000 | 0 | 0 |
| 12 092507 | 2,265,000.0000 | ***SAIRGROUP DUE 07/30/2004 2.750% | H8397SAB00 5454713 SB | 0.00000H 2,265,000.0000 | 0 | 0 |
| 12 092607 | 29,165,000.0000 | ** POLLYPECK -SF- DUE 08/13/1992 6.000% | G71536AA70 5470166 SB | 0.00000H 29,165,000.0000 | 0 | 0 |
| 12 092607 | 15,535,000.0000 | *** POLLYPECK DUE 03/20/1994 5.625% | G71536AE90 5476585 SB | 0.00000H 15,535,000.0000 | 0 | 0 |
| 12 092607 | 28,240,000.0000 | *** POLLYPECK DUE 04/07/1993 5.750% | G71536AC30 5478587 SB | 0.00000 28,240,000.0000 | 0 | 0 |
| 12 031808 | 7,000,000.0000 | SECURITY MULTI ASSET DUE 01/01/2059 8.570% | 83099AAL30 5485566 SB | 0.08500H 7,000,000.0000 | 0 | 0 |
| 12 073008 | 14,645,000.0000 | WCI COMMUNITIES INC CTD SENIOR SUB NOTE DUE 05/01/2012 9.125% | 92923CAG90 5489304 SB | 39.00000H 14,645,000.0000 | 5,711,550 | 5,711,550 |
| 12 092607 | 25,242,000.0000 | *** POLLY PECK INTL FINANCE-DM CPN DUE 04/20/1993 6.000% | G71G4NAA90 5494069 SB | 0.00000H 25,242,000.0000 | 0 | 0 |
| 12 121007 | 17,368,000.0000 | FLEMING COMPANIES INC SENIOR NOTES DUE 06/15/2010 9.250% | 339130AX40 5497868 SB | 0.00000H 17,368,000.0000 | 0 | 0 |
| 12 092507 | 3,850,000.0000 | ***GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE DUE 12/15/2008 6.250% | N3592XVA50 5515750 SB | 180.05463H 3,850,000.0000 | 6,932,103 | 3,119,446 |
| 12 092507 | 7,000,000.0000 | ***F C E BANK PLC EURO MEDIUM TERM NOTE DUE 09/30/2009 5.95%X | G33565PB00 5516264 SB | 135.88569H 7,000,000.0000 | 9,511,998 | 4,280,399 |
| 12 031808 | 6,000,000.0000 | CALPINE GENERATING CO LLC SR SECD NT DUE 04/01/2010 11.070% | 13135RAF30 5530871 SB | 7.62500H 6,000,000.0000 | 456,356 AMORTIZED AMOUNT | 456,356 5985,000.00 |
| 12 031808 | 3,000,000.0000 | AMES TRUE TEMPER INC SENIOR NOTE DUE 04/01/2010 11.070% | 03104ZAC80 5540558 SB | 75.50000H 3,000,000.0000 | 2,265,000 | 2,265,000 |
| 12 111607 | 8,756,000.0000 | SOUTHEAST BKG CORP SUB NTS REG DUE 04/11/2001 10.50% | 841338AD80 5551044 SB | 0.00000H 8,756,000.0000 | 0 | 0 |

BMR56  CLIENT 012
32-40125  RR: MRI STONEHILL                                MARGIN ACTIVITY STATEMENTS                            09/19/08        PAGE 93777
C LDA            LONG/SHORT(-)                                      CURR-CODE: 000

| Date | Quantity | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| .2 100407 | 315,000.0000 | OFFSHORE AMERICAN RICE INC / MTG NOTES W/CONTINGENT INT / DUE 07/15/2002 13.000% | 029318AA00 / 5552686 SB | 0.00000H / 315,000.0000 | 0 | 0 |
| .2 111607 | 4,876,944.0000 | SOURCE MEDIA INC / SR SECD NTS / DUE 11/01/2004 12.000% | 836153AC00 / 5563864 SB | 0.00000 / 4,876,944.0000 | 0 | 0 |
| .2 031808 | 14,800,000.0000 | CALPINE GENERATING CO / DUE 04/01/2009 | 13135BAE60 / 5574272 SB | 0.00000H / 14,800,000.0000 | 0 | 0 |
| .2 031808 | 3,640,000.0000 | JET EQUIPMENT TR MEZZANINE / NOTE CL B 95-B / DUE 02/15/2015 7.830% | 477122AV70 / 5574462 SB | 0.00000 / 3,640,000.0000 | 0 | 0 |
| 12 031808 | 8,600,000.0000 | ESCROW CONTINENTAL AIRLINES INC / DUE 11/15/2001 10.000% | 2107959L60 / 5578456 SB | 0.00000H / 8,600,000.0000 | AMORTIZED AMOUNT | 2932,474.74 |
| 12 031808 | 33,789,621.0000 | AIRPLANES PASS THROUGH TRUST / ASTRK/SERIES 1996-A D-FIXED RT / DUE 03/15/2019 10.875% | 00945IAH80 / 5579099 SB | 0.00000H / 33,789,621.0000 | AMORTIZED AMOUNT | 33374,008.66 |
| 12 092607 | 1,839,000.0000 | SOUTHEAST BANKING CORP CV S/D -REG A | 841338AA40 / 5596000 SB | 0.00000 / 1,839,000.0000 | 0 | 0 |
| 12 102407 | 1,312,000.0000 | SOUTHEAST BANKING CORP-FRN CPN / DUE 10/15/1997 4.750% | 841338AF30 / 5596001 SB | 0.00000H / 1,312,000.0000 | 0 | 0 |
| 12 031808 | 992,000.0000 | SOUTHEAST BANKING CORP CONV SUB CAPITAL NOTE / DUE 11/12/1997 5.250% | 841338AC10 / 5596002 SB | 0.00000H / 992,000.0000 | 0 | 0 |
| 12 040708 | 3,300,000.0000 | CIT GROUP INC / DUE 03/15/1999 6.500% | 125577AV80 / 5634664 SB | 99.33600 / 3,300,000.0000 | 3,278,088 | 983,426 |
| 12 041008 | 550,000.0000 | CIT GROUP FUNDING CO CDA / SR NT / DUE 12/19/2008 3.212% | 125568AB10 / 5666251 SB | 78.61730 / 550,000.0000 | 432,404 | 129,721 |
| 12 081208 | 11,694,343.0000 | NORTHERNSTAR NAT GAS INC / SR NTS 144A / DUE 07/01/2010 4.650% | 66107AA50 / 5713596 SB | 92.00000H / 11,694,343.0000 | 10,758,795 | 3,227,638 |
| 12 091608 | 5,980,000.0000 | WASHINGTON MUT PFD FDG TR I / PERPETUAL 144A / DUE 05/15/2013 5.000% | 93934WAA30 / 5726350 SB | 12.05300H / 5,980,000.0000 | 720,769 | 216,230 |
| 12 041008 | 4,815,000.0000 | WWWCIT GROUP FDG CO CDA / SR NT / DUE 05/07/2049 6.534% / SR NT / DUE 11/02/2011 5.600% | 125568AE50 / 5778017 SB | 66.22330H / 4,815,000.0000 | 3,188,651 | 1,454,893 |

HR56  CLIENT 012   RR: H81 STONEHILL                                                          PAGE 93778
                   LONG/SHORT(-)                    MARGIN ACTIVITY STATEMENTS        09/19/08
2-40125            2,300,000.0000                   CURR-CODE: 000

| LDA | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | | PRICE | MARKET VALUE | | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|---|
| 060408 | 2,300,000.0000 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 DUE 11/25/2035 5.69% | 12668UAF60 | 5801730 SB | 48.30830H | 1,111,090 | 2,300,000.0000 | 1,111,090 |
| 090208 | 4,600,000.0000 | CHMEQ HOME EQUITY LOAN TRUST MTFC/SERIES 2006-S7 A-1-VAR DUE 11/25/2035 2.561% | 12668UAA70 | 5850819 SB | 85.41443H | 1,546,558 | 4,600,000.0000 AMORTIZED AMOUNT | 1,546,558  1810,652.13 |
| 092507 | 500,000.0000 | **FCE BANK PLC EURO MEDIUM TERM NOTE DUE 01/16/2012 7.125% | 0333665940 | 5856171 SB | 111.25937H | 556,296 | 500,000.0000 | 250,333 |
| 050508 | 12,528,000.0000 | UNIFI INC SR ST NT 11.5%14 DUE 05/15/2014 11.500% | 9046770A060 | 5856846 SB | 90.00000H | 11,275,200 | 12,528,000.0000 | 11,275,200 |
| 072508 | 5,750,000.0000 | CHMEQ HOME EQUITY LN TR SER 2006-S5 CLASS A2 DUE 06/25/2035 5.681% | 12668SA870 | 5905694 SB | 59.50563H | 3,421,573 | 5,750,000.0000 | 3,421,573 |
| 082508 | 6,647,920.0000 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 DUE 04/25/2036 5.555% | 12668XAC90 | 5943647 SB | 47.92761H | 3,175,285 | 6,647,920.0000 AMORTIZED AMOUNT | 3,175,285  6625,170.75 |
| 092607 | 63,800,000.0000 | **BANQUE PALLAS IN DEFAULT DUE 02/08/1996 10.125% | F07959AG80 | 5956314 SB | 0.00000H | 0 | 63,800,000.0000 | 0 |
| 092507 | 4,735,000.0000 | GREAT 98-A SERIES A-2 FRN- DUE 12/31/2026 | XX959571710 | 5957171 | 0.00000H | 0 | 4,735,000.0000 | 0 |
| 081808 | 4,798,000.0000 | SECURITIZED MULTIPLE ASSET A2 97-5 DUE 06/29/2005 | XX959572020 | 5957202 SB | 0.00000H | 0 | 4,798,000.0000 | 0 |
| 090208 | 2,300,000.0000 | CHMEQ HOME EQUITY LOAN TRUST SERIES 2006-S10 CLASS A-2 DUE 10/25/2036 2.691% | 12668YA890 | 5961848 SB | 90.53437H | 2,082,290 | 2,300,000.0000 | 2,082,290 |
| 031908 | 2,475,000.0000 | STALLION OILFIELD SVCS LTD / CORP SR NT 144A DUE 02/01/2015 9.750% | 85259IAA00 | 5975781 SB | 70.50000H | 1,744,875 | 2,475,000.0000 | 785,193 |
| 092507 | 1,434,989.0000 | **LUXFER HOLDINGS PLC DUE 02/06/2012 11.530% | G5698WAD00 | 5986867 SB | 0.00000H | 0 | 1,434,989.0000 | 0 |
| 092807 | 299,177.0000 | ME ZUCKERMAN INVESTMENTS | XX9WA37650 | 9N43765 SK | 0.00000 | 0 | 299,177.0000 | 0 |
| 092707 | 175,438.6000 | CHANGING WORLD TECHNOLOGIES INC RESTRICTED | XX9111826O | 9111826 SK | 0.00000 | 0 | 175,438.6000 | 0 |
| 091908 | 30,110.0000 | TDA TO A/C # (**) | XX99934OO | 9999340 | 0.00000 | 0 | | 0 |

```
BMR56     CLIENT 012                    MARGIN ACTIVITY STATEMENTS                    09/19/08     PAGE 93779
'52-40125   RR: H01 STONEHILL OFFSHORE                              CURR-CODE: 000
'C LDA
```

| Code | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 20 062408 | 37,214.0000 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 0038813070 | 4.38000 | 37,214.0000 / 162,997 | 111,642 |
| 20 070208 | 158,854.0000 | ADVANTA CORP-CL A | A013707 SB / 0079421050 | 6.74000 | 158,854.0000 / 1,070,675 | 476,562 |
| 20 091708 | 951,658.0000 | ADVANTA CORP-CL B NON-VTG | A80025 SB / 0079422040 | 9.52000H | 951,658.0000 / 9,059,784 | 2,717,935 |
| 20 092507 | 0.0000 | BURLINGTON INDUSTRIES INC NEW | A109735 / 1216931050 | 0.00000H | 951 / 0 | 76,750 |
| 20 091108 | 0.0000 | CIT GROUP INC NEW | B550969 / 1255811080 | 11.16000 | 0 | 183,650 |
| 20 092208 | 301,044.0000 | CONTINENTAL AIRLINES INC-CL B | C011059 / 2107953080 | 18.40000 | 301,044.0000 / 5,539,209 F | 9,355.0000 / 1,661,762 |
| 20 091908 | 591,496.0000 | DELTA AIR LINES INC DEL CDM NEW | C562646 SB / 2473617020 | 9.67000H | 201,248.0000 / 5,719,766 | 1,715,929 |
| 20 040908 | 51,850.0000 | EXX INC-CL A | D010768 SB / 2692821090 | 2.60000 | 134,810 | 134,810 |
| 20 070708 | 174,960.0000 | ICO GLOBAL COMMUNICATIONS HLDGS LTD DEL CL A | E029150 SB / 44930K1080 | 2.25000H | 174,960.0000 / 393,660 | 393,660 |
| 20 092108 | 0.0000 | MBIA INC | H010818 SB / 5526201000 | 12.88000 | 0 | 920,000 |
| 20 063008 | 0.0000 | NORTHWESTERN CORPORATION NEW | M000545 / 6680743050 | 26.22000H | 0 | 659,210 |
| 20 092208 | 416,436.0000 | NORTHWEST AIRLS CORP | H007936 / 6672804080 | 11.53000 | 416,436.0000 / 4,801,507 F | 48,306.0000 / 1,440,452 |
| 20 081908 | 0.0000 | MXNNORBORD INC | N009281 SB / 65540P1060 | 4.18115H | 0 | 67,893 |
| 20 040908 | 1,147.0000 | PORTLAND GENERAL ELECTRIC CO NEW | N101684 / 7365088470 | 25.00000H | 1,147.0000 / 28,675 | 8,602 |
| 20 081208 | 0.0000 | RAIT FINANCIAL TRUST | P019060 SB / 7492271040 | 7.35000 | 1,147.0000 / 0 | 273,000 |
| 20 092208 | 608,890.0000 | US AIRWAYS GROUP INC | R003504 / 90341W1080 | 7.91000 | 608,890.0000 / 4,816,319 F | 106,720.0000 / 1,444,895 |
| 20 090208 | 0.0000 | WELLS FARGO & CO | U003620 / 9497461010 | 39.60000 | 0 | 1,152,210 |
| 20 091508 | 0.0000 | WACHOVIA CORPORATION COM | W001549 / 9299051020 / W002990 | 18.75000 | 0 | 388,125 |

BMR56   CLIENT 012
32-40125   RR: H&L STONEHILL OFFSHORE
C LDA   LONG/SHORT(-)
0 091108   0.0000   WASHINGTON MUTUAL INC

MARGIN ACTIVITY STATEMENTS   CURR-CODE: 000

PAGE 93780
09/19/08

| Acct | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 10 060208 | 225,562.0000 | WNMZARLINK SEMICONDUCTOR INC | 9891391000 W020516 | 0.49000 | 110,525 | 110,525 |
| 10 061708 | 2,300,000.0000 | UAL CORP ORD SETTLEMENT BD DUE 02/01/2021 5.000% | Y001713 SB 902549AE40 5725709 SB | 225,562.0000 55.87500 2,300,000.0000 | 1,285,125 | 385,537 |
| 20 082208 | 0.0000 | UNITED STATES TREASURY BOND DUE 02/15/2036 4.375% | 912810PW20 7001110 | 100.03100 | 0 | 2,300,713 |
| 20 072508 | 0.0000 | UNITED STATES TREASURY NOTE DUE 05/15/2016 3.875% | 912828HZ60 7001113 | 100.93000 | 0 | 464,278 |
| 20 081508 | 0.0000 | UNITED STATES TREASURY NOTE DUE 02/15/2014 4.000% | 912828CA60 7004940 | 104.75049H | 0 | 1,571,257 |
| 53 092507 | 30,700.0000- | BURLINGTON INDUSTRIES INC NEW | 1216931050 B650969 | 0.00000H | 0 | 0 *** |
| 53 091108 | 36,770.0000- | CIT GROUP INC NEW | 1255811080 C011859 | 11.16000 | 410,353- | 0 |
| 53 082108 | 184,000,000.0000- | MBIA INC | 5526201000 M000545 | 12.88000 | 2,369,920- | 0 |
| 53 063008 | 83,805.0000- | NORTHWESTERN CORPORATION NEW | 6680743050 N007436 | 26.22000H | 2,197,367- | 0 |
| 53 081908 | 16,236.0000- | MORNINGBIRD INC | 6556BP1060 N101064 | 4.18115H | 67,893- | 0 |
| 53 081208 | 54,600.0000- | RAIT FINANCIAL TRUST | 7492271040 R005584 | 7.35000 | 401,310- | 0 |
| 53 090208 | 96,500.0000- | WELLS FARGO & CO | 9497461010 W001549 | 39.80000 | 3,840,700- | 0 |
| 53 091508 | 69,000.0000- | WACHOVIA CORPORATION COM | 9299031020 W002990 | 18.75000 | 1,293,750- | 0 |
| 53 091108 | 435,876.0000- | WASHINGTON MUTUAL INC | 9393221050 W028516 | 4.25000 | 1,852,473- | 0 |
| 53 091508 | 23,000,000.0000- | UNITED STATES TREASURY BOND DUE 02/15/2038 4.375% | 912810PW20 7001110 | 100.03100 | 23,007,130- | 0 |
| 53 072508 | 4,600,000.0000- | UNITED STATES TREASURY NOTE DUE 05/15/2018 3.875% | 912828HZ60 7001113 | 100.93000 | 4,642,780- | 0 |
| 53 081508 | 15,000,000.0000- | UNITED STATES TREASURY NOTE DUE 02/15/2014 4.000% | 912828CA60 7004940 | 104.75049H | 15,712,574- | 0 |

- - T O T A L S - -
243,985,632   OLD SMA   9,036,937-
299,915,558   LIQ EQT   299,915,558   EQY %
9,068,744   BUYING P   18,137,489

TOT MV   243,985,632
EQUITY   299,915,558
CSH AV   9,068,744

SMA   9,068,744-   SMA CHANGE   33,807
100   HOUSE EXCESS   78,671,598   NEW HSE CALL   0
OTHER EXCESS   231,882,728   NYSE OPT REQ   0

```
BMR56     CLIENT 012                           MARGIN ACTIVITY STATEMENTS        09/19/08              PAGE  93781
732-40125   RR: H81 STONEHILL OFFSHORE          CURR-CODE: 002 C$
- - - -BALANCES - - - -
TC        OPEN T/D BAL        CLOSE T/D BAL      OPEN S/D BAL        CLOSE S/D BAL      MARKET VALUE           DLA
02              00.00             00.00             00.00               00.00          13,213,686         09/18/08
FOREIGN CURRENCY C$ RATE     .9352472 T/D BAL     2,030,438.55        2,030,438.55
20           1,949,777.11       2,030,438.55    1,949,777.11                             366,153          09/19/08
FOREIGN CURRENCY C$ RATE     .9352472 T/D BAL    1,936,073.34
53           2,739,012.83-      2,819,674.27-   2,739,012.83-        2,819,674.27-      2,834,051-        09/19/08
FOREIGN CURRENCY C$ RATE     .9352472 T/D BAL    2,688,629.11-
T              789,235.72-        789,235.72-     789,235.72-          789,235.72-      10,745,787
- - - -ACTIVITY - - - -
TC  S/DTE     LONG/SHORT(-)        DESCRIPTION                        CUSIP/SEC     PRICE/ENT  T/D TRD #      DEBIT/CREDIT(-)
20  09/19                       MARK TO MARKET                                      MKT MS      09/19           80,661.44
53  09/19                       MARK TO MARKET SHORT POS                            MKT MS      09/19           80,661.44-
- - - -POSITIONS - - - -
TC  LDA       LONG/SHORT(-)        SECURITY DESCRIPTION                CUSIP/SEC       PRICE          MARKET VALUE       MARGIN REQUIREMENT
12  091708    2,460,526.0000     ***ZARLINK SEMICONDUCTOR INC        9891591000    0.51388            1,264,422            1,264,422
                                                                     V001713   SB  2,460,526.0000
12  041408    13,535,000.0000    ***GENERAL MOTORS ACCEPTANCE        37047ZBM00 86.28618H  11,949,264            5,377,168
                                  CORP OF CANADA LTD                  5B8GFL9   SB  13,535,000.0000
                                  DUE 05/22/2009   4.721%
20  082908          0.0000       ***CANADIAN IMPERIAL BANK OF        136069I010  62.50493              0              166,513
                                  COMMERCE                            C146504
20  082808          0.0000       ***NORBORD INC                      65540P1060  4.38494H              0              2,279,008
                                                                     M101604
20  082808    712,524.0000       ***ZARLINK SEMICONDUCTOR INC        9891591000  0.51388          366,153              366,153
                                                                     V001713
53  082908    8,880.0000-        ***CANADIAN IMPERIAL BANK OF        136069I010  62.50493          555,043-                  0
                                  COMMERCE                            C146504
53  082808    519,735.000-       ***NORBORD INC                      65540P1060  4.38494H        2,279,000-                  0
                                                                     M101604
- - - T O T A L S - - -
TOT MV     10,745,787    OLD FED CALL    3,500,992      FED CALL               3,500,992    NEW FED CALL       0
EQUITY     11,535,023    LIQ EQT        11,535,023 EQY %   0 HOUSE EXCESS       2,081,757    NEW HSE CALL       0
CSH AV              0    BUYING P                0        OTHER EXCESS          6,017,590    NYSE OPT REQ       0
```

```
BMB56    CLIENT 012                                      MARGIN ACTIVITY STATEMENTS                        09/19/08              PAGE  93782
732-40125    RR: H&I STONEHILL OFFSHORE                        CURR-CODE: 003 BP
- - - - - -BALANCES- - - - - -
        OPEN T/D BAL           CLOSE T/D BAL              OPEN S/D BAL                  CLOSE S/D BAL               MARKET VALUE              DLA
TC                                                                                                                                      09/18/08
12           00.00                  00.00                     00.00                         00.00                       928,090
FOREIGN CURRENCY BP RATE     1.85010002 T/D BAL                00.00                                                                          00       09/18/08
20          73,420.47-                                   73,420.47-                        73,420.47-
FOREIGN CURRENCY BP RATE     1.85010002 T/D BAL          134,366.80-
T           73,420.47-                                   73,420.47-                        73,420.47-                    928,090
- - - - -ACTIVITY- - - - -
    NO ACTIVITY FOR THIS ACCOUNT
- - - - -POSITIONS- - - - -
                              -POSITIONS-
              LONG/SHORT(-)        SECURITY DESCRIPTION        CUSIP/SEC          PRICE       MARKET VALUE       MARGIN REQUIREMENT
TC   LDA                                                                                                                 417,640
12   040108   985,000.0000        MMMCIT GROUP INC             U12605A840      94.22243H     928,090
                                  EURO MEDIUM TERM NOTE        5214345    SB   985,000.0000
                                  DUE 12/16/2008    5.500%
12   070108   744,204.0000        MMMLUXFER HOLDINGS PLC       G5698WAD00      0.00000H            0
                                  DUE 02/06/2012    11.330%   5986867    SB   744,204.0000

- - - T O T A L S - - -
TOT MV        928,090  OLD SMA          75,420-           SMA               100   73,420-   SMA CHANGE
EQUITY      1,001,510  LIQ EQT       1,001,510  EQY %              583,870   NEW HSE CALL
CSH AV         71,420  BUYING P        146,840                     908,702   NYSE OPT REQ

                                                                             HOUSE EXCESS
                                                                             OTHER EXCESS                         0
                                                                                                                  0
                                                                                                                  0
```



BMR56     CLIENT 012
32-40125     RR: H81 STONEHILL OFFSHORE

MARGIN ACTIVITY STATEMENTS     09/19/08     PAGE  93783
CURR-CODE: 016 JY

- - - -BALANCES- - - - -

| | OPEN T/D BAL | CLOSE T/D BAL | OPEN S/D BAL | CLOSE S/D BAL | MARKET VALUE | DLA |
|---|---|---|---|---|---|---|
| C | 01.60- | 01.60- | 01.00- | 01.00- | 00 | 05/13/08 |
| 2 | 01.60- | .00935201 T/D BAL | 00.00 | | | |

FOREIGN CURRENCY JY RATE   .00935201 T/D BAL

NO ACTIVITY FOR THIS ACCOUNT
- - - - - -ACTIVITY- - - - - - -

- - - -POSITIONS- - - - -

| | | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| C | LDA | 920,000,000.0000 | **ENRON CORP | U29302AN60  SB | 0.00000M | 0 | 0 |
| .2 | 050906 | | DUE 06/18/2003 | 5446609 | 920,000,000.0000 | | |
| .2 | DSI308 | 460,000,000.0000 | **ENRON CORP | U29302A680  SB | 0.00000M | 0 | 0 |
| | | | DUE 06/15/2003 | 5446359  SB | 460,000,000.0000 | | |

- - - - -T O T A L S - - - - -

| TOT MV | 0 | OLD SMA | 0 | SMA | 0 | SMA CHANGE | 0 |
|---|---|---|---|---|---|---|---|
| EQUITY | 1 | LIQ EQT | 1 EQY % | 0 HOUSE EXCESS | | 0 NEW HSE CALL | 0 |
| CSH AV | 0 | BUYING P | | 0 OTHER EXCESS | | 0 NYSE OPT REQ | 0 |

0.770%

0.678%

```
BMR56    CLIENT 012                        MARGIN ACTIVITY STATEMENTS        09/19/08              PAGE 93784
732-40125    RR: NBL STONEHILL OFFSHORE                CURR-CODE: 246 EM
- - - - - BALANCES - - - - -
TC      OPEN T/D BAL        CLOSE T/D BAL      OPEN S/D BAL        CLOSE S/D BAL                MARKET VALUE           DLA
12          00.00               00.00             00.00               00.00                      1,693,504         09/18/08
FOREIGN CURRENCY EM RATE    1.43870132 T/D BAL
12        196,050.45         100,862.09        196,050.45         100,862.09                             00  B1   09/19/08
FOREIGN CURRENCY EM RATE    1.43870132 T/D BAL
53      1,940,464.85-                          145,110.42
FOREIGN CURRENCY EM RATE    1.43870132 T/D BAL    1,940,464.85-    1,845,266.49-               1,958,946-         09/19/08
T       1,744,404.40-                          2,654,787.35-
                            1.43870132 T/D BAL    1,744,404.40-    1,744,404.40-                  65,442-

TC  S/DTE    - - ACTIVITY - - -        DESCRIPTION                        CUSIP/SEC                        DEBIT/CREDIT(-)
20  09/19    LONG/SHORT(-)        MARK TO MARKET                                                           95,188.36-
53  09/19                         MARK TO MARKET SHORT POS         MKT MS                                  95,188.36

TC  LOA     - - POSITIONS - - -    SECURITY DESCRIPTION             CUSIP/SEC       PRICE/ENT  T/D  TRD #  MARKET VALUE    MARGIN REQUIREMENT
12  090208    LONG/SHORT(-)      NNNFE BANK PLC                     CUSIP/SEC         PRICE              09/19                                84,154
              250,000.0000       EURO MEDIUM TERM NOTE             G33365SS00      74.80386N        250,000.0000         187,009
                                 DUE 01/15/2013  7.125%            5BBDQY5   SB
12  071608    920,000.0000       NNNGMAC BANK GMBH                 N3592XR660      78.94734H        920,000.0000         726,315                 326,842
                                 EURO MEDIUM TERM NOTE             5BBPUH5   SB
                                 DUE 05/21/2010  5.750%
12  041608  1,150,000.0000       NNNCTR GROUP INC                  U12605AD00      85.23296H      1,150,000.0000         980,179                 441,080
                                 EURO MEDIUM TERM NOTE             5341424   SB
                                 DUE 05/13/2009  5.415%
20  080808        0.0000         MMMATOS                           F061161010      32.37989H                                  0                 216,135
                                 FRF5                              A006971
20  080808        0.0000         NNNVALEO-ORD                      F962211260      25.17263H                                  0                 371,548
                                 FF 20 PAR                         V148913
53  080808   22,250.0000-        MMMATOS                           F061161010      32.37989H                             720,452-
                                 FRF5                              A006971
53  080808   49,200.0000-        NNNVALEO-ORD                      F962211260      25.17263N                           1,238,493-                    0
                                 FF 20 PAR                         V148913

- - - - - T O T A L S - - - - -
TOT MV     65,442-    OLD FED CALL      1,030,497     FED CALL      0    NEW FED CALL      1,030,497
EQUITY   1,678,961    LIQ EQT           1,678,961     HOUSE EXCESS       NEW HSE CALL        239,201
CSH AV           0    BUYING P                  0     OTHER EXCESS       NYSE DPT REQ        810,595
```

| Symbol | CCY | Qty | Price | MV Calc | FX | MV ($) |
|--------|-----|-----|-------|---------|-----|--------|
| CIT | USD | (36,770) | 11.16 | (410,353.20) | 1 | (410,353.20) |
| MBI | USD | (184,000) | 12.88 | (2,369,920.00) | 1 | (2,369,920.00) |
| NEW | USD | (83,805) | 26.22 | (2,197,367.10) | 1 | (2,197,367.10) |
| NBDFF | USD | (16,238) | 4.1811.5 | (67,893.51) | 1 | (67,893.51) |
| RAS | USD | (54,600) | 7.35 | (401,310.00) | 1 | (401,310.00) |
| WFC | USD | (96,500) | 39.8 | (3,840,700.00) | 1 | (3,840,700.00) |
| WB | USD | (69,000) | 18.75 | (1,293,750.00) | 1 | (1,293,750.00) |
| WM | USD | (435,876) | 4.25 | (1,852,473.00) | 1 | (1,852,473.00) |
| 912810PW2 | USD | (23,000,000) | 100.031 | (23,007,130.00) | 1 | (23,007,130.00) |
| 912828HZ6 | USD | (4,600,000) | 100.93 | (4,642,780.00) | 1 | (4,642,780.00) |
| 912828CA6 | USD | (15,000,000) | 104.75049 | (15,712,573.50) | 1 | (15,712,573.50) |
| Type 5 | USD | 56,231,081.00 | 1 | 56,231,081.00 | 1 | 56,231,081.00 |
| Net USD | | | | | | 434,830.69 |
| | | | | | | |
| | | | | | | |
| Valeo | EUR | (22,250) | 32.37989 | (720,452.55) | 1.43870132 | (1,036,516.04) |
| Atos | EUR | (49,200) | 25.17263 | (1,238,493.40) | 1.43870132 | (1,781,822.08) |
| Type 5 | EUR | 1,845,266.49 | 1 | 1,845,266.49 | 1.43870132 | 2,654,787.33 |
| Net EUR | | | | | | (163,550.79) |
| | | | | | | |
| | | | | | | |
| CM | CAD | (8,880) | 62.50493 | (555,043.78) | 0.95352472 | (529,247.96) |
| NBDFF | CAD | (519,735) | 4.38494 | (2,279,006.79) | 0.95352472 | (2,173,089.31) |
| Type 5 | CAD | 2,819,674.27 | 1 | 2,819,674.27 | 0.95352472 | 2,688,629.12 |
| Net CAD | | | | | | (13,708.15) |
| | | | | | | |
| | | | | | | |
| Total USD Due Stonehill | | | | | | 257,571.75 |

EXHIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Fund | LEHM A/C # | Month Elapsed | Internal ID | LEHM ID | CCY | Amount (th) | Notes | Record date | Description |
|------|-----------|---------------|-------------|---------|-----|-------------|-------|-------------|-------------|
| Stonehill Offshore Partners | 732-40125 | September-08 | | | GBP | 278.18 | INTEREST | 9/21/2008 | INTEREST ON CREDIT BALANCE FROM 08/21 THRU 09/21 @ 4.518% BAL 73,420 A BAL 64,663 INTEREST PAID FOR 31 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 12.74 | INTEREST | 9/21/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/02 @ 1.90% BAL 282,137 A BAL 282,137 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 123.74 | INTEREST | 8/28/2008 | INTEREST ON CREDIT BALANCE FROM 08/22 THRU 09/02 @ 1.562% BAL 853,647 A BAL 475,171 INTEREST PAID FOR 6 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 131.82 | INTEREST | 9/16/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 0.000% BAL 1,145 A BAL 1,145 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 654.81 | INTEREST | 9/16/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 0.000% BAL 765,125 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 97.035 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE FROM 09/03 THRU 09/11 @ 1.562% BAL 871,164 A BAL 319,418 INTEREST PAID FOR 2 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | 47,035.52 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE FROM 09/09 THRU 09/11 @ 1.562% BAL 871,164 A BAL 319,418 INTEREST PAID FOR 2 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | NBDFF | USD | -488.52 | INTEREST | 9/22/2008 | INTEREST ON CREDIT BALANCE TY S CR INT 821: 9211001 LJ TRND-DSTAT-OUTONT |
| Stonehill Offshore Partners | 732-40125 | September-08 | | NBDFF | USD | -518.28 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/17 THRU 09/17 @ 1.04% BAL 2,294,088 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -16.47 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/17 THRU 09/17 @ 1.04% BAL 107,217 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -76.92 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/21 THRU 08/21 @ 3.14% BAL 34193,111 A BAL 219,053 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -83.83 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/24 THRU 08/24 @ 3.11% BAL 25,533 A BAL 994,317 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -1,134.41 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/29 THRU 08/02 @ 1.12% BAL 407,140 A BAL 404,400 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | | USD | -40.99 | INTEREST | 9/22/2008 | INTEREST ON FROM 08/29 THRU 08/02 @ 7.95% BAL 46,359,905 A BAL 1,193 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | NBDFF | USD | -51,721.39 | INTEREST | 9/22/2008 | INTEREST ON FROM 09/12 THRU 09/14 @ 7.78% BAL 773581,610 A BAL 234,347 INTEREST CHARGED FOR 3 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | | NORDBOD INC | USD | 9.91 | DIVIDEND | 9/22/2008 | NORDBOD INC |
| Stonehill Offshore Partners | 732-40125 | September-08 | | BO1TXU2 | USD | 112,629.06 | INTEREST | 9/24/2008 | ***LEHMAN BROTHERS US DOLLAR LIQUIDITY FUND DISTL DIST CLASS |
| Stonehill Offshore Partners | 732-40125 | September-08 | | B72TXQ7 | USD | 71,593.52 | DIVIDEND | 9/24/2008 | MAC CAPITAL LTD FUND 00000001 07/24/2013 000000% 7/24/2023 Q57S3NA86 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12668AAC3 | USD | 19,190.05 | PAYDOWN | 8/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A13 6.58000% 07/25/2044 12668AAC3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12668XAC9 | USD | 35,029.96 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-3N CLASS A3 5.55000% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12668XAC9 | USD | 30,669.05 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-3N CLASS A3 5.55000% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12663AB7 | USD | 27,211.59 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 5.69000% 11/25/2035 12663AB7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12663AB7 | USD | 10,081.72 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 5.69000% 11/25/2035 12663AB7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12668SDX1 | USD | 44,781.00 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRBEIES 2006-S3 A-2-VAR A.5.67000% 07/25/2027 12668SDW3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12668SDW3 | USD | 63,270.47 | PAYDOWN | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRBEIES 2006-S3 A-2-VAR A.5.67000% 07/25/2027 12668SDW3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12668VAA7 | USD | 5,314.43 | PAYDOWN | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRBEIES 2006-S7 A-1-VAR A3 4.68486% 10/25/2036 12668VAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12668YAB9 | USD | 5,314.43 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRBEIES 2006-S7 A-1-VAR A3 1.55130% 11/25/2035 12668VAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 38017AB8 | USD | 32,759.45 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE1 A-3-VAR 2.68110% 06/25/2034 361856CV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 361856CV7 | USD | 2,781.55 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE1 A-3-VAR 2.68110% 06/25/2034 361856CV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 12668XAC9 | USD | 59,518.39 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2007-HE2 CLASS A3 5.95200% 02/25/2036 7437CAB9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 361861AD5 | USD | 97,270.01 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A16 1.93120% 12/25/2037 361861AC7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 361861AC7 | USD | 17,963.68 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A16 1.93120% 12/25/2037 361861AC7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 361856CV7 | USD | 17,963.68 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A16 1.93120% 12/25/2037 361861AC7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 5723941 | USD | 3,163.84 | PAYDOWN | 8/29/2008 | RESIDENTIAL FDQ MTG SECS II SR 2007-5LI CLASS 144A 6.60000% 12/25/2037 36136LAD7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | 5816324 | EUR | 8,292.66 | INTEREST | 8/31/2008 | RESIDENTIAL FDQ MTG SECS II SR 2007-5LI CLASS 144A 6.60000% 12/25/2037 36136LAD7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | NWRC | USD | 17,112.00 | INTEREST | 9/9/2008 | F C E BANK PLC EURO MEDIUM TERM NOTE 5.72800% 09/09/2009 033364PB0 |
| Stonehill Offshore Partners | 732-40125 | September-08 | | SPF12 | USD | 30,560.00 | INTEREST | 9/30/2008 | START PAYMENT FRM START CORP NEW |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 85763AA8 | USD | 50,715.00 | INTEREST | 10/1/2008 | SLM STUDENT LN TR SR SENIOR SUB NOTES 0.00000% 10/01/2012 85763AA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 97899XAL2 | USD | 4,473.74 | INTEREST | 10/1/2008 | WOLVERINE TUBE INC SENIOR NOTES SER B- IN DEFAULT 10.00000% 04/01/2009 97899XAL2 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 7437CAB7 | USD | 138,304.69 | FULL CALL | 10/1/2008 | PEGASUS AVIATION LEASE SECURITIZATION IIASTP4/SERIES 3 810000% 05/10/2011 70577RAA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 7437CAG6 | USD | 30,504.09 | FULL CALL | 10/1/2008 | PSINET INC SENIOR NOTES SER B- IN DEFAULT 11.00000% 02/15/2005 7437CAB7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 7437CAD5 | USD | 80,189.31 | FULL CALL | 10/1/2008 | PSINET INC SR NTS IN DEFAULT 1** 11.00000% 11/01/2009 74437CAG6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 7437CAF6 | USD | 10,911.58 | FULL CALL | 10/1/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S7 CLASS A3 5.55000% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | U29302AC8 | USD | 17,221.46 | FULL CALL | 10/1/2008 | PSINET INC SR NTS IN DEFAULT 1** 11.00000% 11/01/2009 7437CAF6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 7437CAF6 | USD | 122.23 | INTEREST | 10/1/2008 | ENRON CORP 0.77000% 12/31/2049 U29302AH6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 12668XAC9 | USD | 44,781.00 | INTEREST | 10/4/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCRBEIES 2006-S3 A-2-VAR A.5.67000% 07/25/2027 12668SDW3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 12668SDX1 | USD | 32,759.45 | INTEREST | 10/9/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE1 A-3-VAR 3.84100% 07/25/2037 12668SDX1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 361861AD5 | USD | 17,778.18 | INTEREST | 10/9/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A16 1.93120% 12/25/2037 361861AC7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 361856LAG8 | USD | 75,738.43 | INTEREST | 10/9/2008 | RESIDENTIAL FDQ MTG SECS II SR 2007-5LI CLASS 144A 6.60000% 12/25/2037 36136LAD7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 36186LAG8 | USD | 97,270.01 | INTEREST | 10/9/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A16 1.93120% 12/25/2037 361861AC7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 36186LAG8 | USD | 17,963.68 | INTEREST | 10/9/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A16 1.93120% 12/25/2037 361861AC7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | 36186LAD7 | POR | 196.72 | DIVIDEND | 9/27/2008 | PORTLAND GENERAL ELECTRIC CO NEW |

EXHIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Entity | Account | Date | Code 1 | Code 2 | Cur | Amount | Date | Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 7312-40125 | October-08 | 18BCLLCO | 6937TYAE4 | USD | 291,847.10 | 9/30/2008 | PAYDOWN | PHH MORTGAGE TRUST SER 2007.SL1 CLASS TAGS 144A 6.60000% 12/25/2027 6937TYAE4 |
| Stonehill Offshore Partners | 7312-40125 | October-08 | 18BCLLCO | 6937TYAE4 | USD | 76,294.21 | 9/30/2008 | INTEREST | PHH MORTGAGE TRUST SER 2007.SL1 CLASS TAGS 144A 6.60000% 12/25/2027 6937TYAE4 |
| Stonehill Offshore Partners | 7312-40125 | October-08 | 5106641 | 7610VTD0 | USD | 12,924.41 | 9/30/2008 | INTEREST | RESIDENTIAL/DOC MFG SECS 11 IN SERIES 2006-HSA1 CLASS A-2 3.19000% 02/25/2036 7610VTD0 |
| Stonehill Offshore Partners | 7312-40125 | October-08 | 58BNND6 | 55265AAN1 | USD | 107,739.58 | 10/27/2008 | INTEREST | MAC CAPITAL LTD SER 2001 CL B-2L 144A/CT R/AD 7.045 07/24/2003 |
| Stonehill Offshore Partners | 7312-40125 | October-08 | DAL | DAL | USD | 6.63 | 10/51/2008 | CASH IN LIEU | DELTA AIR LINES INC DEL COM NEW |
| Stonehill Offshore Partners | 7312-40125 | November-08 | 5943662 | 12669AAC3 | USD | 19,194.77 | 9/30/2008 | INTEREST | COUNTRYWIDE ASSET BK CERT SERIES 2005-2N CLASS A3 5.6580% 05/25/2034 12669AAC3 |
| Stonehill Offshore Partners | 7312-40125 | November-08 | 5986867 | X50282001810 | GBP | 125,142.40 | 10/31/2008 | INTEREST | LUXFER HOLDINGS PLC 11.81000% 02/06/2012 G5669WAD0 |
| Stonehill Offshore Partners | 7312-40125 | November-08 | 5443794 | 2935TYAD5 | GBP | 32,386.31 | 10/31/2008 | INTEREST | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE 7.31000% 05/24/2006 2935TYAD5 |
| Stonehill Offshore Partners | 7312-40125 | November-08 | 5443794 | 2935TYAD5 | GBP | 1,621.10 | 11/6/2008 | DISTRIBUTION | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE 7.31000% 05/24/2006 2935TYAD5 |
| Stonehill Offshore Partners | 7312-40125 | November-08 | 5314124 | U12693AX00 | EUR | 15,913.70 | 11/14/2008 | INTEREST | CIT GROUP INC EURO MEDIUM TERM NOTE 5.30500% 5/13/2009 U12693AX00 |
| Stonehill Offshore Partners | 7312-40125 | November-08 | 5446109 | U29302AH6 | USD | 10,394.14 | 10/24/2008 | REDEMPTION | ENRON CORP 0.77000% 12/1/2049 U29302AH6 |
| Stonehill Offshore Partners | 7312-40125 | November-08 | 5277207 | X50108323971 | USD | 45,574.94 | 10/9/2008 | PAYDOWN | PSINET INC EURO SERIES 10.50000% 12/01/2006 |
| Stonehill Offshore Partners | 7312-40125 | November-08 | 5213609 | 6936XVAD9 | USD | 3,540.90 | 10/9/2008 | PAYDOWN | PSINET INC SER EUR SR NOTE 7% IN DEFAULT 11.00000% 08/01/2009 6936XVAD9 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 58B9GFL9 | CA37047ZBM01 | CAD | 164,576.11 | 11/21/2008 | INTEREST | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.73 4/5% 05/22/2009 70047ZBM0 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 5239929 | 76113BAF6 | USD | 490,649.38 | 12/9/2008 | INTEREST | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 5239929 | 76113BAF6 | USD | 955,118.64 | 12/11/2008 | TENDER PAYMENT | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 58DHSQ5 | 8431AJM0 | USD | 731,256.44 | 12/12/2008 | DISTRIBUTION | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/ND 6.25 12/15/2008 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 5214345 | U12650AB4 | GBP | 27,087.50 | 12/12/2008 | INTEREST | CIT GROUP INC EURO MEDIUM TERM NOTE R/ND 5.50 12/15/2008 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 5515750 | X50202220064 | GBP | 249,625.00 | 12/12/2008 | INTEREST | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/ND 6.25 12/15/2008 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 5214345 | U12650AB4 | GBP | 983,000.00 | 12/15/2008 | MATURITY | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/ND 6.25 12/15/2008 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 5515750 | X50202220064 | GBP | 3,850,000.00 | 12/15/2008 | MATURITY | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE 4.835% 03/28/2008 G8459CAN0 |
| Stonehill Offshore Partners | 7312-40125 | December-08 | 58C3LJ0 | X50297477396 | USD | 178,006.70 | 12/22/2008 | DISTRIBUTION | VICTORIA STANFELD FIN LTD MEDIUM TERM MTS 144A 1CT 0% 10/22/2008 8431AJM0 |
| Stonehill Offshore Partners | 7312-40125 | January-09 | 58DHSQ5 | 8431AJM0 | USD | 39,814.50 | 1/6/2009 | DISTRIBUTION | VICTORIA STANFELD FIN LTD MEDIUM TERM MTS 144A 1CT 0% 10/22/2008 8431AJM0 |
| Stonehill Offshore Partners | 7312-40125 | October-08 | 5358151 | 40065U7A1 | USD | 113,174.45 | 10/22/2008 | DISTRIBUTION | ESCROW GUANGDONG INTL TR & INVT 144A.IN DEFAULT 6.25% 11/15/2010 40065U7A1 |

| Running Total | |
|---|---|
| USD | 6,173,078.91 |
| GBP | 5,262,140.69 |
| EUR | 132,442.03 |
| CAD | 164,576.11 |

Page 2 of 2

## SO EXHIBIT E
## STONEHILL OFFSHORE PARTNERS LTD
### WIRES ON PRIVATE INSTRUMENTS THAT WERE MISDIRECTED TO LBI

| ACCOUNT | CURRENCY | AMOUNT | DATE | DESCRIPTION |
|---|---|---|---|---|
| 732-40125 | EUR | 262.34 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | GBP | 25,011.80 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | USD | 34,283.33 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 378,776.44 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 14,188.01 | 12/31/2008 | Entegra 2nd Lien wire from Lehman CP |

| | | | CURRENT EXCH RATE | |
|---|---|---|---|---|
| TOTAL | EUR | 262.34 | 1.35 | 353.37 |
| TOTAL | GBP | 25,011.80 | 1.52 | 37,917.89 |
| TOTAL | USD | 427,247.78 | 1.00 | 427,247.78 |
| TOTAL | AS CONVERTED | | | 465,519.04 a) |

a) Note: Currencies are converted to USD only for the purpose of tallying a rough dollar amount due.
Stonehill is not aware of the LBI estate's policies regarding converting foreign wires, the date used for
conversion, or whether foreign wires will be delivered in original currency.

page 1 of 1

SO Exhibit F    page 1 of 2

BM056    CLIENT 012
732-41222    RR: H01 STONEHILL OFFSHORE P

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08    PAGE 93829

- - - - - -BALANCES- - - - - - -
| | OPEN T/D BAL | CLOSE T/D BAL | OPEN S/D BAL | CLOSE S/D BAL | | DLA |
|---|---|---|---|---|---|---|
| TC 12 | 00.00 | 00.00 | 00.00 | 00.00 | MARKET VALUE 5,500,000 | 09/18/08 |

- - - - - -ACTIVITY- - - - - - -
NO ACTIVITY FOR THIS ACCOUNT

- - - - - -POSITIONS- - - - - - -
| TC | LDA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 12 | 091808 | 5,500,000.0000 | BBBLEHMAN BROTHERS US DOLLAR LIQUIDITY FUND INSTL DIST CL | 05460B1260 A000351 | 1.0000H | 5,500,000 | 5,500,000 |

- - - - - -TOTALS- - - - - - -
| TOT MV | 5,500,000 | OLD SMA | 0 | SMA | 0 | SMA CHANGE | 0 |
|---|---|---|---|---|---|---|---|
| EQUITY | 5,500,000 | LIQ EQT | 5,500,000 EQY % | HOUSE EXCESS | 0 | NEW HSE CALL | 0 |
| CSH AV | 0 | BUYING P | 0 | OTHER EXCESS | | NYSE OPT REQ | 0 |

SO Exhibit F Page 2 of 2

# LEHMAN BROTHERS

**For the period 08/30/2008 to 09/30/2008**

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

Base Currency : USD
Account Number : 732-40125 H81

## Monthly Activity (1)
(Continued)

| MOVEMENTS OF FUNDS | Settlement Date | Transaction | Description | Amount |
|---|---|---|---|---|
| | 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/12/08 SD | ( 189,000,000.00 ) |
| | 09/16/2008 | | INWIRE RF#0311699 0008 INES(02) NORTHWEST AIRL INES 6 CITIUS33 | 204,909.09 |
| | 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/16/08 SD | ( 5,000,000.00 ) |
| | 09/16/2008 | | TFR TO ACCT 732-41222-2 | ( 2,018,932.38 ) |
| | 09/17/2008 | | TFR TO ACCT 732-41222-1 | ( 5,500,000.00 ) |
| | 09/17/2008 | | REF # 9N44323 | 919,994.61 |
| | 09/18/2008 | | INWIRE RF#0352200 0008 INES(02) NORTHWEST AIRL INES 6 CITIUS33 | 26,290.98 |
| | 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 3,585,571.55 |
| | 09/19/2008 | | INWIRE RF#09199BB7HU2R008975 026009593 PART NERS LTD FFC A C 732 401 WCI COMMUNITIES, INC | 31,807.57 |

**TOTAL NET MOVEMENTS OF FUNDS / USD** ( 172,269,540.62 )

GBP

| | 09/08/2008 | | FRM STK TO CMDY | ( 103,624.20 ) |
| | 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 25,038.00 |

**TOTAL NET MOVEMENTS OF FUNDS / GBP** ( 78,586.20 )

EUR

Page 69 of 86

SO Exhibit G
page 1 of 1

# LEHMAN BROTHERS

**Base Currency : USD**
**Account Number : 732-40125 H81**

**For the period 08/01/2008 to 08/29/2008**

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

## Monthly Activity (ii)

**PURCHASES & SALES**
(Continued)

| Settlement Date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 08/12/2008 | BOUGHT | 14,950 | ACACIA RESEARCH - ACACIA TECHNOLOGIES UNSOLICITED TMS08707708701761601TMS PLUS 448.50 COMM CHARGED BY LEHM | 4.1589 | ( 62,824.08 ) |
| 08/12/2008 | SOLD | 240,534 | ***BARRATT DEVELOPMENTS PLC AVERAGE PRICE UNSOLICITED TMS-REF2008081101136535 TMS0871170870136535TMS 288,029.83 GBP TOTAL AS OF 0807/08 | 2.3308 | 580,074.19 |
| 08/12/2008 | BOUGHT | 2,000,000 | ***MAC FUNDING LTD PRIN PROTECTED SECS ACCREDITED INVS UNSOLICITED TMS08711708700044692TMS PLUS 0.00 COMM CHARGED BY CHSE | .3275 | ( 655,000.00 ) * |
| 08/12/2008 | SOLD | 6,300 | PGT INC UNSOLICITED TMS0870770870182504TMS LESS 282.00 COMM 0.19 FEE CHARGED BY MOUN | 5.1960 | 32,482.61 |
| 08/12/2008 | SOLD | 27,500 | ROSETTA RESOURCES INC UNSOLICITED TMS0870770870182500TMS LESS 825.00 COMM 3.50 FEE CHARGED BY GSCO | 22.7217 | 624,018.25 |
| 08/12/2008 | BOUGHT | 8,385 | ***ZARLINK SEMICONDUCTOR INC UNSOLICITED | .7168 | ( 6,260.99 ) |

Page 45 of 108

# LEHMAN BROTHERS INC

### TRADE CONFIRMATION

To:   Stonehill Institutional Partners, L.P.
      Contact: Steve Nelson
      Tel No.: 212-739-7470
      Fax No.: 212-838-2291
      Email:   snelson@stonehillcap.com


From: Lehman Brothers Inc.
      Contact: Denise Rosselli          Trade Confirmations: Jessica Markowitz
      Tel No.: 212-526-1490             Tel. No.:   212-526-1490
      Fax No.: 646-758-4993             Fax No.:    646-758-4993
      Email:   drossell@lehman.com      Email: Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| Trade Date: | March 27, 2008 |
| Seller: | Stonehill Institutional Partners, L.P., as Principal |
| Buyer: | Lehman Brothers Inc., as Principal |
| Issuer: | US Power Generating Company |
| Quantity | 6,400 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| Purchase Price: | $28.00 per Unit |

Other terms:

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598*.

NYC:147889.2

Page 2 of 4

2

**LEHMAN BROTHERS INC.**

By: _____

Name: **MARTHA G. MARTINEZ**
**AUTHORIZED SIGNATORY**

Title: _____

Date: _____

**Stonehill Institutional Partners, L.P.**

By: _____

Name: Steven O. Nelson

Title: CFO

Date: 4/3/08

NYC:147889.2

# LEHMAN BROTHERS INC

### TRADE CONFIRMATION

To: Stonehill Offshore Partners Limited
Contact: Steve Nelson
Tel No.: 212-739-7470
Fax No.: 212-838-2291
Email: snelson@stonehillcap.com

From: Lehman Brothers Inc.
Contact: Denise Rosselli
Tel No.: 212-526-1490
Fax No.: 646-758-4993
Email: drossell@lehman.com

Trade Confirmations: Jessica Markowitz
Tel. No.: 212-526-1490
Fax No.: 646-758-4993
Email: Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| Trade Date: | March 27, 2008 |
| Seller: | Stonehill Offshore Partners Limited, as Principal |
| Buyer: | Lehman Brothers Inc., as Principal |
| Issuer: | US Power Generating Company |
| Quantity | 8,730 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| Purchase Price: | $28.00 per Unit |
| Other terms: | |

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(I) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at 212-526-7598.

NYC:147889.2

page 4 of 4

2

| LEHMAN BROTHERS INC. | Stonehill Offshore Partners Limited |
|---|---|
| By: _____ | By: _____ |
| Name: __MARTHA G. MARTINEZ__ | Name: __Steven D. Nelson__ |
| __AUTHORIZED SIGNATORY__ | |
| Title: _____ | Title: __CFO__ |
| Date: _____ | Date: __4/2/08__ |

NYC:147889.2

SD Exhibit H(b)

7                                                          Equity**MSG**

Screen Printed
  1/23  8:50:20
                                                          Page  1 / 2
     From: ●JAY COYLE (MERRILL LYNCH/NY,WFC)
  Subject: PROJECT ENERGY BANK DEBT -
          No Attachments
FIRST DAY AT BANK OF AMERICA                    Cell:(917)699-9191
ENERGY PROJECT BANK DEBT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ANP TL A | 92 | - 94 | 3x3 | LA PALOMA 1ST | 71 | - 73$\frac{1}{2}$ | 3x |
| ANP TL B | 89 | - 91 | 3x3 | LA PALOMA 2ND | 59 | - 63 | 2x2 |
| BOSTON GEN 1ST | 62$\frac{1}{4}$ - 64$\frac{1}{4}$ | | 5x3 | LIBERTY ELEC 1ST | 75 | - 80 | |
| BOSTON GEN 2ND | 26$\frac{1}{2}$ - 31$\frac{1}{2}$ | | 2x2 | LIBERTY ELEC MEZZ | 50 | - 55 | |
| BOSTON GEN MEZZ | 7 | - 12 | 2x2 | LONGVIEW STRIP | 70 | - 72 | P/B |
| US POWER EQUITY | 6.00 | -7.50 | 50kx75k | MACHGEN 2ND | 60 | - 62 | 3x3 |
| BOSQUE TERM | 65 | - 70 | 3x | MACHGEN UNITS | 90 | - 130 | 5kx5k |
| ENTEGRA 2ND LIEN | 71 | - 72$\frac{1}{2}$ | 3x3 | TENASKA 1ST | 88 | - 90 | |
| ENTEGRA 3RD LIEN | 33 | - 35 | 3x3 | TENASKA 2NDS | 62 | - 65 | 2x2 |
| ENTEGRA EQUITY | 3.00 | -4.00 | 75x75 | ASTORIA 1ST | 84$\frac{1}{2}$ - 86 | | |
| KELSON 1ST | 78 | - 81 | 3x2 | ASTORIA 2NDS | 71 | - 74 | P/S |
| KELSON 2ND | 47$\frac{1}{2}$ - 51$\frac{1}{2}$ | | 5x5 | | | | |
| KELSON MEZZ | 27 | - 37 | | | | | |

SO Exhibit I

## Unsettled Zarlink Trades

| 8/15/2008 | Total Qty | Off | SI | | Total Cost | Off | SI |
|---|---|---|---|---|---|---|---|
| Original trade | 55,000 | 25,300 | 29,700 | | 41,402.00 | 19,045.00 | 22,357.00 |
| Unsettled | 14,000 | 6,440 | 7,560 | | 10,539 | 4,847.82 | 5,690.87 |
| | 25.45% | | | | 25.45% | | |
| Corrected | 41,000 | 18,860 | 22,140 | | 30,863 | 14,197.18 | 16,666.13 |
| | | | | | | | |
| 8/20/2008 | | | | | | | |
| Original trade | 60,500 | 27,830 | 32,670 | | 46,029 | 21,173.00 | 24,856.00 |
| Unsettled | 45,500 | 20,930 | 24,570 | | 34,617 | 15,923.50 | 18,693.36 |
| | 75.21% | | | | 75.21% | | |
| Corrected | 15,000 | 6,900 | 8,100 | | 11,412 | 5,249.50 | 6,162.64 |
| | | | | | | | |
| Pre-adj | 7,654,640 | 5,490,156 | 2,164,484 | | 5,663,502.66 | 3,974,221.71 | 1,689,280.95 |
| Adjustments | | (27,370) | (32,130) | | | (20,771.31) | (24,384.23) |
| New | 7,595,140 | 5,462,786 | 2,132,354 | | 5,618,347.12 | 3,953,450.40 | 1,664,896.72 |
| | | | | | | | |
| Cash Adj on unsettled | CAD | | | Rate | USD | | |
| 8/15/2008 | 11,193.00 | 5,148.78 | 6,044.22 | 0.94154 | | | |
| 8/20/2008 | 36,818.60 | 16,936.56 | 19,882.04 | 0.94020 | | | |
| Claim on Exibit I | 48,011.60 | 22,085.34 | 25,926.26 | | | | |
| CUSIP # 989139100 | | | | | | | |

page 1 of 1

page 103

**FX Forward Adj**
**9/19/2008**

Stonehill Offshore Exhibit V

| FX | Due Date | Offshore Qty | Cost | Price | FMV | Unrealized |
|---|---|---|---|---|---|---|
| CAD | 5/26/09 | (6,650,000) | (6,443,798.45) | 0.9510046 | (6,324,180.74) | 119,617.71 |
| CAD | 5/26/09 | (5,520,000) | (5,374,616.62) | 0.9510048 | (5,249,545.51) | 125,071.11 |
| CHF | 12/29/08 | (19,000,000) | (18,399,264.03) | 0.9103138 | (17,295,962.04) | 1,103,301.99 |
| Euro | 12/29/08 | (14,000,000) | (21,220,080.00) | 1.4439997 | (20,215,995.80) | 1,004,084.20 |
| Euro | 6/24/09 | (6,695,500) | (10,287,635.75) | 1.4326946 | (9,592,606.69) | 695,029.06 |
| GBP | 9/22/08 | (4,100,000) | (8,099,550.00) | 1.8357450 | (7,526,554.50) | 572,995.50 |
| GBP | 12/22/08 | (9,000,000) | (17,747,100.00) | 1.8262393 | (16,436,153.70) | 1,310,946.30 |
| GBP | 3/26/09 | (9,000,000) | (17,362,800.00) | 1.8152082 | (16,336,873.80) | 1,025,926.20 |
| GBP | 6/24/09 | (1,500,000) | (2,888,175.00) | 1.8061452 | (2,709,217.80) | 178,957.20 |
| | | | (107,823,019.85) | | (101,687,090.59) | 6,135,929.26 |

TOTAL    6,135,929.26

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

**FUTURES/FOREIGN EXCHANGE
CONFIRMATION**

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040125 |
| Page | 2 |

US NON-SEGREGATED ACCOUNT

- - - - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|---|---|---|
| | | | | | Total FX Long Option value | | 0CR* USD |
| | | | | | Total FX Short Option Value | | 0CR* USD |
| | | | | | Net FX Option Value | | 0CR* USD |

- - - - - - - - - - - - - Foreign Exchange Position Delta Summary - - - - - - - - - - - - - - - - - - -

| Curr | Notional | USD Equivalent | Delta Notional | Delta USD Equiv |
|---|---|---|---|---|
| EUR | 20,695,500.00DB | 29,808,602.49DB | 20,695,500.00DB | 29,808,602.49DB |
| GBP | 19,500,000.00DB | 35,482,245.30DB | 19,500,000.00DB | 35,482,245.30DB |
| CAD | 12,170,000.00DB | 11,573,726.25DB | 12,170,000.00DB | 11,573,726.25DB |
| CHF | 19,000,000.00DB | 17,295,962.04DB | 19,000,000.00DB | 17,295,962.04DB |
| Sum of the Absolute Values: | 94,160,536.08 | | | 94,160,536.08 |

- - - - - - - - - - -   M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - - - - - - - - - - - - - - - - - -

| | Margin Requirement - - - - - - Initial | | Equity Excess/Deficit | Margin Call/Excess |
|---|---|---|---|---|
| GBP | 0CR | | 4,100,000.00DB | 4,100,000.00DB |
| JPY | CR | | CR | CR |
| USD | 4,642,874.10DB | | 8,099,550.00CR | 3,456,675.90CR |

Total Value in Base Currency

| JSD | 4,642,874.10DB | | 572,995.50CR | 4,069,878.60DB |

- - - - - - - - - - - - - - - A C C O U N T   V A L U E   S U M M A R Y - - - - - - - - - - - - - - - -

| | Account Balance | Unrealized G/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|---|
| GBP | 4,100,000.00DB | 0CR | 0CR | 0CR | 0CR | 4,100,000.00DB |
| JPY | CR | CR | CR | CR | CR | CR |
| JSD | 8,099,550.00CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 13,588,848.79CR |

Total Value in Base Currency

| JSD | 572,995.50CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 6,062,294.29CR |

******** CURRENCY CONVERSION RATES ********

Base Currency - USD

| POUND STG | GBP | 1.8357450 |
|---|---|---|
| J YEN | JPY | 107.0700000 |

LEHMAN BROTHERS INC
745 7TH AVE
NY   10019

*FUTURES/FOREIGN EXCHANGE CONFIRMATION*

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040125 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- - - - - OPENING  ACCOUNT  BALANCES - - - -

| | |
|---|---|
| POUND STG | 0CR |
| J YEN | CR |
| US DOLLAR | 0CR |

- - - - - - - - - - - - - - - F O R E I G N   E X C H A N G E   S E T T L E M E N T S - - - - - - - - - - - - - -

| Date   B/S | Base Currency  Maturity  Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|

The settlement amounts shown below are reflected in the closing cash balance for each currency.

| Date   B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate |
|---|---|---|---|---|---|
| 9/19/07 S | 4,100,000.00DB | 22SEP08 | GBP/USD | 8,099,550.00CR TYPE | 1.9755000 |

- - - - CLOSING  ACCOUNT  BALANCES - - - - -

| | |
|---|---|
| POUND STG | 4,100,000.00DB* |
| J YEN | CR* |
| US DOLLAR | 8,099,550.00CR* |

- - - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - - - -

| Date   B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value | |
|---|---|---|---|---|---|---|---|
| 3/24/08 S | 14,000,000.00DB | 29DEC08 | EUR/USD | 21,220,080.00CR | 1.5157200 | 995,341.86CR | USD |
| | | | | Net Present Value | | 995,341.86CR* | USD |
| | | | | Undiscounted MTM | 1.4439997 | 1004,084.20CR* | USD |
| 6/20/08 S | 6,695,500.00DB | 24JUN09 | EUR/USD | 10,287,635.75CR TYPE | 1.5365000 | 678,014.44CR | USD |
| | | | | Net Present Value | | 678,014.44CR* | USD |
| | | | | Undiscounted MTM | 1.4326946 | 695,029.06CR* | USD |
| 2/19/07 S | 9,000,000.00DB | 22DEC08 | GBP/USD | 17,747,100.00CR | 1.9719000 | 1,300,395.52CR | USD |
| | | | | Net Present Value | | 1,300,395.52CR* | USD |
| | | | | Undiscounted MTM | 1.8262393 | 1310,946.30CR* | USD |
| 3/24/08 S | 9,000,000.00DB | 26MAR09 | GBP/USD | 17,362,800.00CR | 1.9292000 | 1,008,044.36CR | USD |
| | | | | Net Present Value | | 1,008,044.36CR* | USD |
| | | | | Undiscounted MTM | 1.8152082 | 1025,926.20CR* | USD |
| 6/20/08 S | 1,500,000.00DB | 24JUN09 | GBP/USD | 2,888,175.00CR TYPE | 1.9254500 | 174,576.24CR | USD |
| | | | | Net Present Value | | 174,576.24CR* | USD |
| | | | | Undiscounted MTM | 1.8061452 | 178,957.20CR* | USD |
| 4/10/08 B | 5,374,616.62CR | 26MAY09 | USD/CAD | 5,520,000.00DB TYPE | 1.0270500 | 122,281.17CR | USD |
| 3/31/08 B | 6,443,798.45CR | 26MAY09 | USD/CAD | 6,650,000.00DB TYPE | 1.0320000 | 116,949.42CR | USD |
| et | 11,818,415.07CR* | | | 12,170,000.00DB* | | | |
| | | | | Net Present Value | | 239,230.59CR* | USD |
| | | | | Undiscounted MTM | 1.0515196 | 257,295.09CR* | CAD |
| | | | | Undiscounted MTM In | Base | 244,688.82CR* | USD |
| 5/20/08 B | 18,399,264.03CR | 29DEC08 | USD/CHF | 19,000,000.00DB TYPE | 1.0326500 | 1,093,695.78CR | USD |
| | | | | Net Present Value | | 1,093,695.78CR* | USD |
| | | | | Undiscounted MTM | 1.0985223 | 1212,001.84CR* | CHF |
| | | | | Undiscounted MTM In | Base | 1103,301.99CR* | USD |
| | | | | Total FX Forward NPV | | 5,489,298.79CR* | USD |
| | | | | Total FX Undiscounted MTM | | 5,562,933.77CR* | USD |

- - - - - C O N T I N U E D   O N   N E X T   P A G E - - - - -

*SO Exhibit K (a)*                                                        *page 1 of 2*

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

**To:**    *Kelts LLC*
           Attention:        *William Pool*
           Phone No.:        *(203)618-2779*
           Fax No.:          *(203)422-4599*
           Email:            *harry.pool@rbsgc.com*

**From:**  *Stonehill Offshore Partners Limited*
           Attention:        *Ann Mauro*
           Phone No.:        *212-739-7474*
           Fax No.:          *212-838-2291*
           Email:            *amauro@stonehill.nb.com*

**Date:**  *08/13/2008*

      We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below.  The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding.  Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

**Trade Date:**         08/01/2008

**Seller:**             Stonehill Offshore Partners Limited        ☑ Principal  ☐ Agent

**Buyer:**              Kelts LLC                                   ☑ Principal  ☐ Agent

**Credit Agreement:**   CREDIT AGREEMENT dated as of December 21, 2006 among EBG HOLDINGS LLC, the Lenders from time to time party thereto, and CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as administrative agent

**Borrower:**           EBG HOLDINGS LLC

**Form of Purchase:**   Assignment

**Purchase Amount/
Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 2,000,000.00 | Term | Loan | |

565561001

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006.  All rights reserved.

*page 2 of 2*

| | | | |
|---|---|---|---|
| **Purchase Rate:** | | 89.500% | Loan |

| | | |
|---|---|---|
| **Up Front Fees:**<br>(if any): | Loan | None |

| | |
|---|---|
| **Credit Documentation**<br>to be provided: | No |

| | |
|---|---|
| **Trade Specific**<br>**Other Terms of Trade:** | Recordation Fee is split and no more than one full fee. |

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Chris Bleakley at ClearPar at the following fax number (646)453-2870 or email address: christopher.bleakley@fnis.com

If you have any questions, please contact Chris Bleakley at (845)639-4890.


Stonehill Offshore Partners Limited
By: Stonehill Advisers LLC

Kelts LLC
By: The Royal Bank of Scotland plc, as sole member

By: Greenwich Capital Markets, Inc., its agent


By: _____

Name:  Steven Nelson
Title:


By: _____

Name:  Karen Brewer
Title:


565561001

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006.  All rights reserved.

SO Exhibit K (b)

Funding Memo

page 1 of 7

Date:        August 26, 2008

Status: **Effective**

To:          Kelts LLC as Buyer
Attn:        William Pool
Phone:       (203)618-2779
Fax:         (203)422-4599

From:        Stonehill Offshore Partners Limited as Seller
Attn:        Ann Mauro
Phone:       212-739-7474
Fax:         212-838-2291

Trade Date:          August 1, 2008
Credit Agreement:    BOSTON GENERATING EBG Mezz (12/06)

Facility:            Loan
Global Commitment:   USD 359,219,921.50
Sale Amount:         USD 2,000,000.00
Percentage of Total: 0.5567619946%
Loans outstanding under facility as of August 26, 2008 (Effective Date)

| Pricing Option: | Cur | Global Amount of Loan: | Buyer's Share of Loan: | Start Date: | Repricing Date: | Base Rate: | Margin: | RAC Rate: | All In Rate: | Exchange Rate: |
|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | USD | 359,219,921.50 | 2,000,000.00 | Jun 30, 2008 | Sep 30, 2008 | 2.800630 | 7.000000 | 0.000000 | 9.800630 | |

## Funding Memorandum
### Payment Details

On Aug 26, 2008 Buyer will remit to Seller USD 1,788,283.65 calculated as follows:

1,790,000.00 USD (89.5000% x Buyer's share of outstanding loans under the Loan Facility)

(Seller will remit full Assignment fee 0.00 USD to the Agent – Not included in remittance amount above)

(1,716.35 USD)  (Other Fee - Cost of Carry on Aug 26, 2008)

**Seller's Payment Instructions:**

Bank:            Chase Manhattan (NYC)
ABA #:           021-000-021
Account #:       140 094 221
Account Name:    Lehman Brothers
FFC:             Stonehill Offshore Partners Limited #: 732-40125
Attention:       Dmitriy Kovalev
Reference:       BOSTON GENERATING EBG Mezz (12/06)

Reference Number:

Seller and Buyer hereby agree that payment will be made as calculated above on the Settlement Date.

STONEHILL OFFSHORE PARTNERS LIMITED          KELTS LLC
By: Stonehill Advisers LLC                   By: The Royal Bank of Scotland plc, as sole member

                                                        By: Greenwich Capital
                                             Markets, Inc., its agent

By: _____

Name:                                        By: _____
Title:
                                             Name:
                                             Title:

585561 - 001                                                    August 26, 2008    4:55:10 pm

## ASSIGNMENT AND ASSUMPTION

This Assignment and Assumption (the "Assignment and Assumption") is dated as of the Effective Date set forth below and is entered into by and between Stonehill Offshore Partners Limited (the "Assignor") and Kelts LLC (the "Assignee"). Capitalized terms used but not defined herein shall have the meanings given to them in the Credit Agreement identified below (as amended, the "Credit Agreement"), receipt of a copy of which is hereby acknowledged by the Assignee. The Standard Terms and Conditions set forth in Annex 1 attached hereto are hereby agreed to and incorporated herein by reference and made a part of this Assignment and Assumption as if set forth herein in full.

For an agreed consideration, the Assignor hereby irrevocably sells and assigns to the Assignee, and the Assignee hereby irrevocably purchases and assumes from the Assignor, subject to and in accordance with the Standard Terms and Conditions and the Credit Agreement, as of the Effective Date inserted by the Administrative Agent as contemplated below (i) all of the Assignor's rights and obligations in its capacity as a Lender under the Credit Agreement and any other documents or instruments delivered pursuant thereto to the extent related to the amount and percentage interest identified below of all of such outstanding rights and obligations of the Assignor under the respective facilities identified below and (ii) to the extent permitted to be assigned under applicable law, all claims, suits, causes of action and any other right of the Assignor (in its capacity as a Lender) against any Person, whether known or unknown, arising under or in connection with the Credit Agreement, any other documents or instruments delivered pursuant thereto or the loan transactions governed thereby or in any way based on or related to any of the foregoing, including contract claims, tort claims, malpractice claims, statutory claims and all other claims at law or in equity related to the rights and obligations sold and assigned pursuant to clause (i) above (the rights and obligations sold and assigned pursuant to clauses (i) and (ii) above being referred to herein collectively as the "Assigned Interest"). Such sale and assignment is without recourse to the Assignor and, except as expressly provided in this Assignment and Assumption, without representation or warranty by the Assignor.

1. Assignor:                          Stonehill Offshore Partners Limited

2. Assignee:                          Kelts LLC

3. Borrower(s):                       EBG Holdings LLC

4. Administrative Agent:              Credit Suisse, Cayman Islands Branch, as the administrative agent under the Credit Agreement

5. Credit Agreement:                 The Credit Agreement dated as of December 21, 2006 among the Borrower, the Guarantors, the Lenders and certain other lender parties party thereto, the Administrative Agent, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Syndication Agents, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Documentation Agents, and CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Joint Lead Arrangers and Joint Book Running Managers.

6.    Assigned Interest:

| Facility Assigned | Aggregate Amount of Commitment/Loans for all Lenders | Amount of Commitment/Loans Assigned | Percentage Assigned of Commitment/Loans |
|---|---|---|---|
| Loan | USD 359,219,921.50 | USD 2,000,000.00 | 0.556761995% |

Effective Date:  August 26, 2008

The Assignee agrees to deliver to the Administrative Agent a completed Administrative Questionnaire in which the Assignee designates one or more Credit Contacts to whom all syndicate-level information (which may contain material non-public information about the Borrower, the other Loan Parties and their Affiliates or their respective securities) will be made available and who may receive such information in accordance with the Assignee's compliance procedures and applicable laws, including Federal and state securities laws.

page 4 of 7

The terms set forth in this Assignment and Assumption are hereby agreed to:

ASSIGNOR

**STONEHILL OFFSHORE PARTNERS LIMITED, as Assignor**

By: Stonehill Advisers LLC

By: _____

Name:   Steven Nelson

Title:

ASSIGNEE

**KELTS LLC, as Assignee**

By: The Royal Bank of Scotland plc, as sole member

By:

Greenwich Capital Markets, Inc., its agent

By: _____

Name:   Karen Brewer

Title:

*page 5 of 7*

Consented to and Accepted:

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as Administrative
Agent**

By: _Carolyn T. Stephens_

Name:    Carolyn Stephens
Title:    Assistant Vice President


By: _Shoshana Tyson_

Name:    Shoshana Tyson
Title:    Credit Suisse Authorized Signer


Consented to:

**EBG HOLDINGS LLC**



By:    N/A _____

Name:

Title:

ANNEX I

## STANDARD TERMS AND CONDITIONS FOR
## ASSIGNMENT AND ASSUMPTION

1. Representations and Warranties.

1.1  Assignor.  The Assignor (a) represents and warrants that (i) it is the legal and beneficial owner of the Assigned Interest, (ii) the Assigned Interest is free and clear of any lien, encumbrance or other adverse claim and (iii) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby; and (b) assumes no responsibility with respect to (i) any statements, warranties or representations made in or in connection with the Credit Agreement or any other Loan Document, (ii) the execution, legality, validity, enforceability, genuineness, sufficiency or value of the Loan Documents or any collateral thereunder, (iii) the financial condition of the Borrower, any of its Subsidiaries or Affiliates or any other Person obligated in respect of any Loan Document or (iv) the performance or observance by the Borrower, any of its Subsidiaries or Affiliates or any other Person of any of their respective obligations under any Loan Document.

1.2.  Assignee.  The Assignee (a) represents and warrants that (i) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby and to become a Lender under the Credit Agreement, (ii) it satisfies the requirements, if any, specified in the Credit Agreement that are required to be satisfied by it in order to acquire the Assigned Interest and become a Lender, (iii) from and after the Effective Date, it shall be bound by the provisions of the Credit Agreement as a Lender thereunder and, to the extent of the Assigned Interest, shall have the obligations of a Lender thereunder, (iv) it has received and/or had the opportunity to review a copy of the Credit Agreement to the extent it has in its sole discretion deemed necessary, together with copies of the most recent financial statements delivered pursuant to Section 5.03 thereof, as applicable, and such other documents and information as it has in its sole discretion deemed appropriate to make its own credit analysis and decision to enter into this Assignment and Assumption and to purchase the Assigned Interest on the basis of which it has made such analysis and decision independently and without reliance on the Administrative Agent or any other Lender, and (v) if it is a Person organized under the laws of a jurisdiction outside the United States, attached to the Assignment and Assumption is any documentation required to be delivered by it pursuant to the terms of the Credit Agreement, duly completed and executed by the Assignee; and (b) agrees that (i) it will, independently and without reliance on the Administrative Agent, the Assignor or any other Lender, and based on such documents and information as it shall deem appropriate at the time, continue to make its own credit decisions in taking or not taking action under the Loan Documents, and (ii) it will perform in accordance with their terms all of the obligations which by the terms of the Loan Documents are required to be performed by it as a Lender.

2.  Payments.   From and after the Effective Date, the Administrative Agent shall make all payments in respect of the Assigned Interest (including payments of principal, interest, fees and other amounts) to the Assignor for amounts which have accrued to but excluding the Effective Date and to the Assignee for amounts which have accrued from and after the Effective Date.

3. General Provisions. This Assignment and Assumption shall be binding upon, and inure to the benefit of, the parties hereto and their respective successors and assigns. This Assignment and Assumption may be executed in any number of counterparts, which together shall constitute one instrument. Delivery of an executed counterpart of a signature page of this Assignment and Assumption by telecopy shall be effective as delivery of a manually executed counterpart of this Assignment and Assumption. This Assignment and Assumption shall be governed by, and construed in accordance with, the law of the State of New York.

SD Exhibit R (c)                                        page 1 of 3

**Steven Nelson**

---

**From:**      Dvorski, Vera [vera.dvorski@barclayscapital.com]
**Sent:**      Friday, October 10, 2008 11:14 AM
**To:**        Steven Nelson; Kovalev, Dmitriy; Marco, Paul
**Subject:**   RE: Boston Gen EBG Mezz

Hi,

I entered it this morning.  Sorry about the delay.

Regards,

Vera Dvorski
Barclays Capital | Capital Markets Prime Services
Phone: (212)-526-2361
Fax: (646) 834-4652
Email: vera.dvorski@barclayscapital.com


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Friday, October 10, 2008 11:01 AM
To: Dvorski, Vera; Kovalev, Dmitriy; Marco, Paul
Subject: RE: Boston Gen EBG Mezz

We don't see this in our account.

Steve Nelson
Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022
T - 212.739.7470 (direct)
T - 212.739-7474
F - 212.838.2291
snelson@stonehillcap.com


-----Original Message-----
From: Dvorski, Vera [mailto:vera.dvorski@barclayscapital.com]
Sent: Wednesday, October 08, 2008 6:24 PM
To: Steven Nelson; Kovalev, Dmitriy; Marco, Paul
Subject: Re: Boston Gen EBG Mezz

Hi,

Yes, the money should be in your acct tomorrow.

Regards,
Vera

----- Original Message -----
From: Steven Nelson <SNelson@stonehillcap.com>
To: Steven Nelson <SNelson@stonehillcap.com>; Kovalev, Dmitriy; Marco, Paul; Dvorski, Vera
Sent: Wed Oct 08 18:17:24 2008
Subject: RE: Boston Gen EBG Mezz

Any luck with this?


Steve Nelson

1

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Steven Nelson
Sent: Wednesday, October 08, 2008 10:08 AM
To: 'Kovalev, Dmitriy'; 'Marco, Paul'; 'Dvorski, Vera'
Subject: FW: Boston Gen EBG Mezz

Please see the message below.  Offshore should have rec'd $1,788,283.65 on 8/27/08.
Please check on this.

Thanks,

Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Marie.Cowell@rbsgc.com [mailto:Marie.Cowell@rbsgc.com]
Sent: Wednesday, October 08, 2008 9:57 AM
To: Steven Nelson; loanops@rbos.com
Subject: RE: Boston Gen EBG Mezz

Steven,

page 3 of 3

funds were sent on 8/27/08.  The Book Transfer # is 0661600240JS.
Please let me know if you have any more questions.


1,788,283.65 BOOK TRANSFER DEBIT BOOK 0661600240JS SAME 17:04 08/27/2008 STRAIGHT

YOUR REF: ADHPHRF30082400W

PAID TO: 00000000140094221 LEHMAN BROS INC-INCOMING CUST FD INCOMING

CUSTOMER FUNDS CLS NEW YORK NY 10019

SWIFT ID: GRNWUS33

B/O CUSTOMER: GREENWICH CAPITAL MARKETS INC 600 STEAMBOAT RD GREENWICH CT

06830-7149

ACCT PARTY: /732907552 LBI

REC GFP: 08272102



Thanks.


Marie Cowell
RBS Global Banking & Markets
Office: +1 203 618 2684


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Wednesday, October 08, 2008 9:24 AM
To: *GCM Loan Operations
Subject: Boston Gen EBG Mezz

Stonehill Offshore Partners Limited sold to you a qty of 2,000,000 of Boston Gen thru
clearpar.  It was trade #565561-001 and it closed on 8/26/08.  The funding memo called for
you to pay us $1,788,283.65 but we have yet to receive the funds.  Please check your
records and get back to me.


Thanks,


Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

3

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

SEP 2 1 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY: _____    DATE _____    TIME _____

**H
A
N
D

D
E
L
I
V
E
R
Y**

FILED / RECEIVED

SEP 2 1 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

_____    _____    _____
RECEIVED BY:                  DATE                  TIME

| Internal ID | CUSIP | Description | 9/12/2008 Price | 8/31/08 Price | Price used | Trading Unit | Factor | CCY | FX | Off Qty | Off MV on filing date | Off MV on transfer date | Off P&L | SI Qty | SI MV on filing date | SI MV on transfer date | SI P&L | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KGENY | 49373X103 | KGEN PWR CORP COM 144A | 0.0000 | 15.000 | 15.000 | 1.0000 | 1.0000 | USD | 1.0000 | 2,718,868.00 | 40,783,020.00 | 27,188,680.00 | (13,594,340.00) | 1,866,236.00 | 27,993,540.00 | 18,662,360.00 | (9,331,180.00) | (22,925,520.00) |
| 5489304 | 92923CAG9 | WCI COMMUNITIES INC GTD SENIOR SUB NOTE 9.125% 5/1/2012 92923CAG9 | 39.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 14,645,000.00 | 5,125,750.00 | 219,675.00 | (4,906,075.00) | 14,309,000.00 | 5,008,150.00 | 214,635.00 | (4,793,515.00) | (9,699,590.00) |
| BTDPF | 0081180 | BARRATT DEVELOPMENTS PLC | 2.5983 | 1.8671 | 2.5983 | 1.0000 | 1.0000 | USD | 1.0000 | 2,179,878.00 | 5,663,992.27 | 1,810,960.19 | (3,853,032.08) | 2,569,067.00 | 6,675,224.77 | 2,134,283.69 | (4,540,941.08) | (8,393,973.16) |
| ABVT | 00374N107 | ABOVENET INC | 56.5000 | 58.0000 | 56.5000 | 1.0000 | 1.0000 | USD | 1.0000 | 392,902.00 | 22,198,963.00 | 18,073,492.00 | (4,125,471.00) | 372,301.00 | 21,035,006.50 | 17,125,846.00 | (3,909,160.50) | (8,034,631.50) |
| 5337735 | 92923CAP9 | WCI CMNTYS INC SR SUB NT 6.625% 3/15/2015 92923CAP9 | 41.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 13,105,000.00 | 4,586,750.00 | 196,575.00 | (4,390,175.00) | 10,345,000.00 | 3,620,750.00 | 155,175.00 | (3,465,575.00) | (7,855,750.00) |
| ADVNB | 007942204 | ADVANTA CORP-CL B NON-VTG | 8.5800 | 8.2300 | 8.5800 | 1.0000 | 1.0000 | USD | 1.0000 | 951,658.00 | 8,165,225.64 | 3,654,366.72 | (4,510,858.92) | 689,393.00 | 5,914,991.94 | 2,647,269.12 | (3,267,722.82) | (7,778,581.74) |
| 5214313 | 92923CAM6 | WCI COMMUNITIES INC CONV SENIOR SUB NOTE 7.875% 10/1/2013 92923CAM6 | 38.5000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 19,560,000.00 | 6,846,000.00 | 2,934,000.00 | (3,912,000.00) | 15,978,000.00 | 5,592,300.00 | 2,396,700.00 | (3,195,600.00) | (7,107,600.00) |
| RHDGF | 2967879 | RETAIL HOLDINGS N V | 8.0000 | 8.5000 | 8.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 1,341,254.00 | 10,730,032.00 | 6,706,270.00 | (4,023,762.00) | 386,878.00 | 3,095,024.00 | 1,934,390.00 | (1,160,634.00) | (5,184,396.00) |
| HOV | 442487203 | HOVNANIAN ENTERPRISES INC-CL A | 7.5700 | 7.9900 | 7.5700 | 1.0000 | 1.0000 | USD | 1.0000 | 402,500.00 | 3,046,925.00 | 756,700.00 | (2,290,225.00) | 472,500.00 | 3,576,825.00 | 888,300.00 | (2,688,525.00) | (4,978,750.00) |
| 5BDKMR1 | 140661AD1 | CAPMARK FINL GROUP INC SR NT FLT 10 3.74625% 5/10/2010 140661AD1 | 76.6720 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,625,000.00 | 4,956,250.00 | 2,821,250.00 | (2,135,000.00) | 8,255,000.00 | 5,365,750.00 | 3,054,350.00 | (2,311,400.00) | (4,446,400.00) |
| 5332712 | N5639BAC2 | SAIRGROUP FINANCE *IN DEFAULT* 6.625% 10/6/2010 N5639BAC2 | 69.5000 | 26.7085 | 26.7085 | 0.0100 | 1.0000 | USD | 1.0000 | 31,627,000.00 | 8,447,112.38 | 6,479,710.58 | (1,967,401.80) | 35,743,000.00 | 9,546,436.30 | 7,322,992.87 | (2,223,443.33) | (4,190,845.13) |
| 5BDGWP4 | 76114EAE2 | RESIDENTIAL CAP LLC SR SECD NT 8.50% 05/15/2010 76114EAE2 | 69.5000 | 55.0000 | 55.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 26,875,000.00 | 14,781,250.00 | 12,900,000.00 | (1,881,250.00) | 26,475,000.00 | 14,561,250.00 | 12,708,000.00 | (1,853,250.00) | (3,734,500.00) |
| M017061 | 552915M202 | MAC CAPITAL LLC COMBINATION SECS MEMBERSHIP | 0.0000 | 0.3200 | 0.3200 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,656,000.00 | 3,089,920.00 | (3,089,920.00) | (3,089,920.00) |
| ZARLF | 989139100 | ZARLINK SEMICONDUCTOR INC | 0.6100 | 45.5000 | 0.6100 | 1.0000 | 1.0000 | USD | 1.0000 | 5,489,218.00 | 3,348,422.98 | 1,209,274.69 | (2,139,148.29) | 2,164,484.00 | 1,320,335.24 | 476,835.81 | (843,499.43) | (2,982,647.72) |
| 5225200 | 92923CAK0 | WCI COMMUNITIES INC CONV 4% 8/5/2023 92923CAK0 | 38.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,769,000.00 | 2,369,150.00 | 1,006,888.75 | (1,362,261.25) | 6,410,000.00 | 2,243,500.00 | 953,487.50 | (1,290,012.50) | (2,652,273.75) |
| 5986867 | XS0282003820 | LUXFER HOLDINGS PLC 11.831% 02/06/2012 G5698WAD0 | 0.0000 | 142.1600 | 142.1600 | 0.0100 | 1.0000 | USD | 1.0000 | 2,179,193.00 | 3,097,940.77 | 1,881,776.74 | (1,216,164.03) | 2,308,621.00 | 3,281,935.61 | 1,898,881.35 | (1,383,054.26) | (2,599,218.29) |
| ACTG | 003881307 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 4.1300 | 3.0200 | 4.1300 | 1.0000 | 1.0000 | USD | 1.0000 | 521,695.00 | 2,154,600.35 | 1,064,257.80 | (1,090,342.55) | 612,425.00 | 2,529,315.25 | 1,249,347.00 | (1,279,968.25) | (2,370,310.80) |
| CAL | 210795308 | CONTINENTAL AIRLINES INC-CL B | 18.9500 | 15.8300 | 18.9500 | 1.0000 | 1.0000 | USD | 1.0000 | 301,044.00 | 5,704,783.80 | 4,633,067.16 | (1,071,716.64) | 343,356.00 | 6,506,596.20 | 5,284,248.84 | (1,222,347.36) | (2,294,064.00) |
| 5BBNND6 | 55265AAN1 | MAC CAPITAL LTD SR 2007-1 CL B-2L 144A/3C7 7.0450% 7/26/2023 55265AAN1 | 0.0000 | 40.4600 | 40.4600 | 0.0100 | 1.0000 | USD | 1.0000 | 6,050,000.00 | 2,447,830.00 | 1,257,190.00 | (1,190,640.00) | 4,950,000.00 | 2,002,770.00 | 1,028,610.00 | (974,160.00) | (2,164,800.00) |
| 5196207 | N5639BAA6 | SAIR GROUP FINANCE B V *IN DEFAULT* 4.375% 6/8/2006 N5639BAA6 | 0.0000 | 26.7686 | 26.7686 | 0.0100 | 1.0000 | USD | 1.0000 | 23,417,000.00 | 6,268,397.51 | 5,222,198.79 | (1,046,198.72) | 19,357,000.00 | 5,181,593.31 | 4,100,776.01 | (1,080,817.30) | (2,127,016.02) |
| 5856846 | 904677AG6 | UNIFI INC SR SC NT 11.5% R/MD 05/15/2014 904677AG6 | 90.5000 | 82.5000 | 82.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 12,528,000.00 | 10,335,600.00 | 9,020,160.00 | (1,315,440.00) | 7,472,000.00 | 6,164,400.00 | 5,379,840.00 | (784,560.00) | (2,100,000.00) |
| 5BBKLB4 | XS0302940688 | MAC CAPITAL LTD R/MD .00000001 07/24/2023 0% 7/24/2023 G5753NAB6 | 0.0000 | 0.3900 | 0.3900 | 1.0000 | 1.0000 | USD | 1.0000 | 6,500,000.00 | 2,535,000.00 | 756,600.00 | (1,778,400.00) | 0.00 | 0.00 | 0.00 | 0.00 | (1,778,400.00) |
| LCC | 90341W108 | US AIRWAYS GROUP INC | 7.8800 | 6.0300 | 7.8800 | 1.0000 | 1.0000 | USD | 1.0000 | 689,448.00 | 5,432,850.24 | 4,626,196.08 | (806,654.16) | 809,010.00 | 6,374,998.80 | 5,428,457.10 | (946,541.70) | (1,753,195.86) |
| 5BDHSQ5 | 85431AJM0 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NTS144A 3C7 0% 01/25/2008 85431AJM0 | 0.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,600,000.00 | 1,932,000.00 | 575,000.00 | (1,357,000.00) | 5,400,000.00 | 2,268,000.00 | 1,890,000.00 | (378,000.00) | (1,735,000.00) |
| ADVNA | 007942105 | ADVANTA CORP-CL A (FORMERLY COMMON) | 7.2200 | 4.9300 | 7.2200 | 1.0000 | 1.0000 | USD | 1.0000 | 158,854.00 | 1,146,925.88 | 339,947.56 | (806,978.32) | 166,257.00 | 1,200,375.54 | 355,789.98 | (844,585.56) | (1,651,563.88) |
| 5128805 | 13134YAA5 | CALPINE CONSTRUCTION FINANCE CO L P /CCFC FINANCE CORP 144A 11.6025% 08/26/2011 13134YAA5 | 107.5000 | 101.5000 | 101.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 12,650,000.00 | 12,839,750.00 | 11,448,250.00 | (1,391,500.00) | 2,350,000.00 | 2,385,250.00 | 2,126,750.00 | (258,500.00) | (1,650,000.00) |
| ADPAJ | 00685R102 | ADELPHIA RECOVERY TRUST SERIES ARAHOVA INT | 0.4000 | 0.2500 | 0.4000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,301,739.00 | 2,120,695.60 | 636,208.68 | (1,484,486.92) | (1,484,486.92) |
| 5341743 | 112013AB3 | BRODER BROS CO SR NOTE 11.25% 10/15/2010 112013AB3 | 67.5000 | 58.5000 | 58.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,975,000.00 | 2,910,375.00 | 1,990,000.00 | (920,375.00) | 2,525,000.00 | 1,477,125.00 | 1,010,000.00 | (467,125.00) | (1,387,500.00) |
| 5262134 | 98141AAD3 | WORLD ACCESS INC SENIOR NOTES- DEFAULT 13.25% 01/15/2008 98141AAD3 | 0.0000 | 3.2389 | 3.2389 | 0.0100 | 1.0000 | USD | 1.0000 | 67,826,000.00 | 2,196,799.01 | 2,034,780.00 | (162,019.10) | 58,995,000.00 | 1,910,774.09 | 727,667.55 | (1,183,106.54) | (1,345,125.64) |
| POR | 736508847 | PORTLAND GENERAL ELECTRIC CO NEW | 25.4700 | 23.6600 | 25.4700 | 1.0000 | 1.0000 | USD | 1.0000 | 1,147.00 | 29,214.09 | 22,641.78 | (6,572.31) | 233,431.00 | 5,945,487.57 | 4,607,927.94 | (1,337,559.63) | (1,344,131.94) |
| 5355724 | XS0119591302 | MULIALERAMIK FINANCE LTD SENIOR A VAR RATE 7.18750% 10/31/2007 | 0.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,045,389.00 | 1,329,985.58 | 453,404.18 | (876,581.40) | 3,114,291.00 | 685,144.02 | 233,571.83 | (451,572.19) | (1,328,153.59) |
| 5325546 | 74972EAN8 | RSL COMMUNICATIONS PLC GRD USS SR NT- *IN DEFAULT* 12.8750% 03/01/2010 74972EAN8 | 0.0000 | 4.2500 | 4.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 18,635,000.00 | 791,987.50 | 234,987.35 | (557,000.15) | 24,550,000.00 | 1,043,375.00 | 309,575.50 | (733,799.50) | (1,290,799.65) |
| 5975781 | 852591AA4 | STALLION OILFIELD SVCS LTD / CORP SR NT 144A 9.75% 02/01/2015 852591AA4 | 73.0000 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,475,000.00 | 1,608,750.00 | 940,500.00 | (668,250.00) | 2,025,000.00 | 1,316,250.00 | 769,500.00 | (546,750.00) | (1,215,000.00) |
| 5713396 | 66610TAA5 | NORTHERNSTAR NAT GAS INC SR NTS 144A 5% 09/15/2013 66610TAA5 | 92.0000 | 30.0000 | 30.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,694,343.00 | 3,508,302.90 | 2,923,585.75 | (584,717.15) | 11,094,343.00 | 3,328,302.90 | 2,737,825.75 | (584,717.15) | (1,169,434.30) |
| FRCPF | 359043106 | FRONTERA COPPER CORPORATION | 1.7774 | 1.1475 | 1.7774 | 1.0000 | 1.0000 | USD | 1.0000 | 880,395.00 | 1,564,815.83 | 532,110.74 | (1,032,705.09) | 93,305.00 | 165,840.49 | 56,393.54 | (109,446.95) | (1,142,152.04) |
| 5145204 | 74972EAC2 | RSL COMMUNICATION PLC SR NTS- *IN DEFAULT* 9.1250% 03/01/2008 74972EAC2 | 0.0000 | 3.5000 | 3.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 24,385,000.00 | 853,475.00 | 304,812.50 | (548,662.50) | 26,290,000.00 | 920,150.00 | 328,625.00 | (591,525.00) | (1,140,187.50) |
| THBDL | 88605P108 | THUNDERBIRD RESORTS INC COM 144A | 0.0000 | 6.0000 | 6.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 244,444.00 | 1,466,664.00 | 855,554.00 | (611,110.00) | 200,000.00 | 1,200,000.00 | 700,000.00 | (500,000.00) | (1,111,110.00) |
| RIG | H8817H100 | TRANSOCEAN INC NEW | 122.6900 | 109.8400 | 122.6900 | 1.0000 | 1.0000 | USD | 1.0000 | 9,200.00 | 1,128,748.00 | 633,696.00 | (495,052.00) | 10,800.00 | 1,325,052.00 | 743,904.00 | (581,148.00) | (1,076,200.00) |
| 5142263 | XS0087917596 | RSL COMMUNICATIONS GLOBAL- USD- *IN DEFAULT* 10% 03/15/2008 G7703AAD7 | 0.0000 | 1.6000 | 1.6000 | 0.0100 | 1.0000 | USD | 1.0000 | 30,050,000.00 | 903,200.00 | 321,765.00 | (581,435.00) | 47,149,000.00 | 754,384.00 | 268,749.30 | (485,634.70) | (1,067,069.70) |
| 5BDNVY1 | 98951UAJ5 | ZIFF DAVIS MEDIA INC SR SECD NT FLTG RATE NEW 0% 05/01/2012 98951UAJ5 | 0.0000 | 83.0000 | 83.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,294,000.00 | 1,904,020.00 | 1,376,400.00 | (527,620.00) | 2,150,000.00 | 1,784,500.00 | 1,290,000.00 | (494,500.00) | (1,022,120.00) |
| 5I19025 | 126685DX1 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-3-VAR 5.841% 07/25/2027 126685DX1 | 41.1849 | 41.0000 | 41.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 9,200,000.00 | 3,772,000.00 | 3,312,000.00 | (460,000.00) | 10,800,000.00 | 4,428,000.00 | 3,888,000.00 | (540,000.00) | (1,000,000.00) |
| ABVTZ | 00374N123 | WTS ABOVENET | 31.0000 | 31.0000 | 31.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 40,000.00 | 1,240,000.00 | 840,000.00 | (400,000.00) | 40,000.00 | 1,240,000.00 | 840,000.00 | (400,000.00) | (800,000.00) |
| 5943647 | 12668XAC9 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 5.555% 04/25/2036 12668XAC9 | 52.7379 | 52.5346 | 52.5346 | 1.0000 | 1.0000 | USD | 1.0000 | 6,647,920.00 | 3,492,456.83 | 3,124,522.40 | (367,934.43) | 7,804,080.00 | 4,099,840.62 | 3,667,917.60 | (431,923.02) | (799,857.45) |
| 5I43662 | 12668XAC3 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 5.658% 03/25/2034 12668XAC3 | 86.5816 | 54.0000 | 54.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 4,070,000.00 | 2,197,800.00 | 1,831,500.00 | (366,300.00) | 4,780,000.00 | 2,581,200.00 | 2,151,000.00 | (430,200.00) | (796,500.00) |
| 5BCSLJ0 | G8439CAN0 | VICTORIA STANFIELD EURO MEDIUM TERM NOTE 4.835% 03/28/2008 G8439CAN0 | 0.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,150,000.00 | 483,000.00 | 74,750.00 | (408,250.00) | 850,000.00 | 357,000.00 | 102,000.00 | (255,000.00) | (663,250.00) |
| 5F23941 | 361856CV7 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2004-HE1 A-3-VAR 2.6818% 06/25/2034 361856CV7 | 52.9260 | 51.0000 | 51.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 4,025,000.00 | 2,052,750.00 | 1,752,137.38 | (300,612.62) | 4,725,000.00 | 2,409,750.00 | 2,056,856.92 | (352,893.08) | (653,505.70) |
| 5326574 | XS0110843629 | RSL COMM PLC 12.875% 03/01/2010 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 280,000.00 | 101,500.00 | (178,500.00) | 18,047,000.00 | 721,880.00 | 261,681.50 | (460,198.50) | (638,698.50) |
| 5BFBPV0 | 9262G0AL3 | VICTORIA FIN LTD 144A VR 090908-121208 0% 12/12/2008 9262G0AL3 | 65.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,950,000.00 | 2,079,000.00 | 1,732,500.00 | (346,500.00) | 4,050,000.00 | 1,701,000.00 | 1,417,500.00 | (283,500.00) | (630,000.00) |
| CFS | 20038K109 | COMFORCE CORP | 1.9800 | 1.6500 | 1.9800 | 1.0000 | 1.0000 | USD | 1.0000 | 285,300.00 | 564,894.00 | 288,153.00 | (276,741.00) | 260,300.00 | 515,394.00 | 262,903.00 | (252,491.00) | (529,232.00) |
| NENA | 64007P103 | NEENAH ENTERPRISES INC | 1.8000 | 2.0000 | 1.8000 | 1.0000 | 1.0000 | USD | 1.0000 | 346,623.00 | 623,921.40 | 346,623.00 | (277,298.40) | 314,578.00 | 566,240.40 | 314,578.00 | (251,662.40) | (528,960.80) |
| 5801730 | 12668VAF6 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 5.693% 11/25/2035 12668VAF6 | 48.2910 | 48.0000 | 48.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 1,104,000.00 | 874,000.00 | (230,000.00) | 2,700,000.00 | 1,296,000.00 | 1,026,000.00 | (270,000.00) | (500,000.00) |
| 5BDRLG4 | 66899ABF8 | NORTHWESTERN CORPORATION SENIOR DEBENTURE 6.95% 11/15/2028 66899ABF8 | 7.7188 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 16,863,000.00 | 1,180,410.00 | 893,739.00 | (286,671.00) | 11,654,000.00 | 815,780.00 | 617,662.00 | (198,118.00) | (484,789.00) |
| 5341424 | U12605AD0 | CIT GROUP INC EURO MEDIUM TERM NOTE 5.305% 5/13/2009 U12605AD0 | 132.8864 | 115.1815 | 115.1815 | 0.0100 | 1.0000 | USD | 1.0000 | 1,150,000.00 | 1,324,587.03 | 1,104,000.00 | (220,587.03) | 1,350,000.00 | 1,554,949.99 | 1,296,000.00 | (258,949.99) | (479,537.02) |
| SGLP | 81662W108 | SEMGROUP ENERGY PARTNERS L P COM UNIT REPSTG LTD PARTNERSHIP | 8.7600 | 6.9800 | 8.7600 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 77,800.00 | 681,528.00 | 228,732.00 | (452,796.00) | (452,796.00) |
| 5961848 | 12668VAB9 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 4.2688% 10/25/2036 12668VAB9 | 90.3607 | 60.0000 | 60.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 1,380,000.00 | 1,196,000.00 | (184,000.00) | 2,457,000.00 | 1,474,200.00 | 1,263,600.00 | (216,000.00) | (400,000.00) |
| SPF12 | 853763AA8 | STANDARD PACIFIC CORP CVT SENIOR SUB NOTES 6% 10/01/2012 853763AA8 | 76.2500 | 68.2010 | 68.2010 | 0.0100 | 1.0000 | USD | 1.0000 | 1,012,000.00 | 690,194.12 | 516,728.00 | (174,074.12) | 1,188,000.00 | 810,227.88 | 605,880.00 | (204,347.88) | (378,422.00) |
| 5551644 | 841338AD8 | SOUTHEAST BKG CORP SUB NTS REG IN DEFAULT 10.5% 04/11/2001 841338AD8 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,756,000.00 | 262,680.00 | 10,945.00 | (251,735.00) | 4,132,000.00 | 123,960.00 | 5,165.00 | (118,795.00) | (370,530.00) |
| ICOG | 44930K108 | ICO GLOBAL COMMUNICATIONS HLDGS LTD DEL CL A | 2.4300 | 1.0900 | 2.4300 | 1.0000 | 1.0000 | USD | 1.0000 | 174,960.00 | 425,152.80 | 162,712.80 | (262,440.00) | 67,540.00 | 164,122.20 | 62,812.20 | (101,310.00) | (363,750.00) |

| Internal ID | CUSIP | Description | 9/12/2008 Price | 8/31/08 Price | Price used | Trading Unit | Factor | CCY | FX | Off Qty | Off MV on filing date | Off MV on transfer date | Off P&L | SI Qty | SI MV on filing date | SI MV on transfer date | SI P&L | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5BDQSC5 | 66899ABG6 | NORTHWESTERN CORP -CONTRA CUSIP- 7.875% 03/15/2007 66899ABG6 | 7.6250 | 7.1250 | 7.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 11,676,000.00 | 831,915.00 | 630,504.00 | (201,411.00) | 8,807,000.00 | 627,498.75 | 475,578.00 | (151,920.75) | (353,331.75) |
| G005020 | 361990484 | GH WATER SUPPLY HL SHS | 0.0000 | 17.2980 | 17.2980 | 1.0000 | 1.0000 | USD | 1.0000 | 19,346.00 | 334,647.11 | 124,775.88 | (209,871.23) | 10,468.00 | 181,075.46 | 67,515.45 | (113,560.01) | (323,431.24) |
| 5341886 | XS0119594405 | MULIAKERAMIK FINANCE LTD SENIOR B VAR RT 0% 10/31/2007 | 0.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,330,000.00 | 290,400.00 | 99,000.00 | (191,400.00) | 680,000.00 | 149,600.00 | 51,000.00 | (98,600.00) | (290,000.00) |
| CPXOF | ARP2006N1025 | CAIPEX SA-ORD AP 1 PAR (BR SYMBOL: CAPX AR) | 1.9645 | 1.4839 | 1.9645 | 1.0000 | 1.0000 | USD | 1.0000 | 111,801.00 | 219,633.85 | 66,561.74 | (153,072.11) | 107,382.00 | 210,952.69 | 74,752.52 | (136,200.17) | (289,272.28) |
| 5540538 | 031042AC8 | AMES TRUE TEMPER INC SENIOR NOTE 144A 6.7906% 1/15/2012 031042AC8 | 80.5000 | 75.0000 | 75.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,000,000.00 | 2,250,000.00 | 1,965,000.00 | (285,000.00) | 0.00 | 0.00 | 0.00 | 0.00 | (285,000.00) |
| 5231763 | 87941TAE5 | TELEGLOBE INC DEB- *IN DEFAULT* 7.7% 07/20/2029 87941TAE5 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 53,161,000.00 | 664,512.50 | 531,610.00 | (132,902.50) | 57,801,000.00 | 722,512.50 | 578,010.00 | (144,502.50) | (277,405.00) |
| 5BDNVZ6 | 989ESC991 | ZIFF DAVIS MEDIA INC SR SECD NT - ESCROW CUSIP - 0% 05/01/2012 989ESC991 | 100.0000 | 4.2066 | 4.2066 | 0.0100 | 1.0000 | USD | 1.0000 | 9,085,000.00 | 382,169.61 | 240,852.44 | (141,317.17) | 8,515,000.00 | 358,191.99 | 225,741.17 | (132,450.82) | (273,767.99) |
| 5324524 | 29357YAA1 | ENRON CORP PRIVATE PLACEMENT (CLN ) 8% 08/15/2049 29357YAA1 | 0.0000 | 2.0000 | 2.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 9,213,000.00 | 184,260.00 | 11,516.25 | (172,743.75) | 4,187,000.00 | 83,740.00 | 5,233.75 | (78,506.25) | (251,250.00) |
| 5905694 | 126683AB7 | CWHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A2 5.681% 06/25/2035 126683AB7 | 59.0244 | 59.0000 | 59.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,750,000.00 | 3,392,500.00 | 3,277,500.00 | (115,000.00) | 6,750,000.00 | 3,982,500.00 | 3,847,500.00 | (135,000.00) | (250,000.00) |
| PGTI | 69336V101 | PGT INC | 4.0400 | 3.0300 | 4.0400 | 1.0000 | 1.0000 | USD | 1.0000 | 134,259.00 | 542,406.36 | 306,110.52 | (236,295.84) | 0.00 | 0.00 | 0.00 | 0.00 | (236,295.84) |
| 5BDXBS2 | 66899ABH4 | NORTHWESTERN CORP -CONTRA CUSIP- 8.75% 03/15/2049 66899ABH4 | 7.6250 | 7.1250 | 7.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 7,528,000.00 | 536,370.00 | 406,512.00 | (129,858.00) | 5,937,000.00 | 423,011.25 | 320,598.00 | (102,413.25) | (232,271.25) |
| 5144489 | H7110NAD5 | S-AIR GROUP SWSAIR 0.125% 12/31/2049 H7110NAD5 | 11.9221 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD | 1.0000 | 16,275,000.00 | 2,232,930.00 | 2,137,415.27 | (95,514.73) | 19,780,000.00 | 2,713,816.00 | 2,597,731.12 | (116,084.88) | (211,599.61) |
| THRSF | G88576106 | THUNDERBIRD RESORTS INC NEW | 6.0000 | 5.0000 | 6.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 45,471.00 | 272,826.00 | 159,148.50 | (113,677.50) | 37,204.00 | 223,224.00 | 130,214.00 | (93,010.00) | (206,687.50) |
| N009546 | 64007P111 | WTS NEENAH ENTERPRISES INC | 0.0000 | 1.6000 | 1.6000 | 1.0000 | 1.0000 | USD | 1.0000 | 75,745.00 | 121,192.00 | 7,574.50 | (113,617.50) | 57,444.00 | 91,910.40 | 5,744.40 | (86,166.00) | (199,783.50) |
| CORE | 218681104 | CORE MARK HOLDING CO INC | 26.8700 | 25.0900 | 26.8700 | 1.0000 | 1.0000 | USD | 1.0000 | 13,377.00 | 359,439.99 | 252,423.99 | (107,016.00) | 9,357.00 | 251,422.59 | 176,566.59 | (74,856.00) | (181,872.00) |
| 3450402 | 238259Z65 | DAUPHIN CNTY PA GEN AUTH REV OFFICE & PKG-FORUM PL-SER A 6% 01/15/2025 238259Z65 | 0.0000 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,295,000.00 | 841,750.00 | 666,018.50 | (175,731.50) | (175,731.50) |
| DAL | 247361702 | DELTA AIR LINES INC DEL COM NEW | 8.1300 | 7.4500 | 8.1300 | 1.0000 | 1.0000 | USD | 1.0000 | 591,804.00 | 4,811,366.52 | 4,693,005.72 | (118,360.80) | 262,805.00 | 2,136,604.65 | 2,084,043.65 | (52,561.00) | (170,921.80) |
| 5253291 | 358430AA4 | FRIEDE GOLDMAN INTL INC SUB NT CV-IN DEFAULT 4.50% 09/15/2049 358430AA4 | 0.0000 | 4.7500 | 4.7500 | 0.0100 | 1.0000 | USD | 1.0000 | 52,619,000.00 | 2,499,402.50 | 2,367,855.00 | (131,547.50) | 15,677,000.00 | 744,657.50 | 705,465.00 | (39,192.50) | (170,740.00) |
| 5449492 | CH0010348594 | SAIR GROUP -IN DEFAULT 4.25% 02/02/2007 010645182 | 0.0000 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD | 1.0000 | 795,000.00 | 109,074.00 | 104,408.30 | (4,665.70) | 12,000,000.00 | 1,646,400.00 | 1,501,044.95 | (145,355.05) | (150,020.75) |
| 5229955 | | PEREGRINE INVEST HOLDINGS LTD | 0.0000 | 0.0145 | 0.0145 | 1.0000 | 1.0000 | USD | 1.0000 | 2,120,000,000.00 | 307,400.00 | 160,696.00 | (146,704.00) | 0.00 | 0.00 | 0.00 | 0.00 | (146,704.00) |
| 5BBPVH5 | XS0301812557 | GMAC BANK GMBH EURO MEDIUM TERM NOTE 5.75% 05/21/2010 N3592XB66 | 109.1440 | 92.3090 | 92.3090 | 0.0100 | 1.0000 | USD | 1.0000 | 920,000.00 | 849,242.80 | 784,430.64 | (64,812.16) | 1,080,000.00 | 996,937.20 | 920,853.36 | (76,083.84) | (140,896.00) |
| 5I19024 | 126685DW3 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR 5.627% 07/25/2027 126685DW3 | 78.1854 | 68.0000 | 68.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,150,000.00 | 1,462,000.00 | 1,397,500.00 | (64,500.00) | 2,525,000.00 | 1,717,000.00 | 1,641,250.00 | (75,750.00) | (140,250.00) |
| 5BFBRQ5 | 9262G0AF6 | VICTORIA FIN LTD 144A VR 090908-021709 0% 2/17/2009 9262G0AF6 | 65.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,100,000.00 | 462,000.00 | 385,000.00 | (77,000.00) | 900,000.00 | 378,000.00 | 315,000.00 | (63,000.00) | (140,000.00) |
| 5497868 | 339130AX4 | FLEMING COMPANIES INC SENIOR NOTES 9.25% 06/15/2010 339130AX4 | 0.0000 | 2.5000 | 2.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 17,368,000.00 | 434,200.00 | 347,360.00 | (86,840.00) | 7,882,000.00 | 197,050.00 | 157,640.00 | (39,410.00) | (126,250.00) |
| 5BBKVC2 | 640071AR7 | NEENAH CORP SR SECD NT 9.50% 01/01/2017 640071AR7 | 76.6250 | 72.0000 | 72.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 460,000.00 | 331,200.00 | 273,700.00 | (57,500.00) | 540,000.00 | 388,800.00 | 321,300.00 | (67,500.00) | (125,000.00) |
| 5204979 | 247361VM7 | DELTA AIR PTC 1990-E15 10.33% 03/26/2006 247361VM7 | 0.0000 | 34.1063 | 34.1063 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,801,000.00 | 614,254.46 | 497,537.06 | (116,717.40) | (116,717.40) |
| 5231755 | 87941TAD7 | TELEGLOBE INC GTD DEB 7.2% 07/20/2009 87941TAD7 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 26,335,000.00 | 329,187.50 | 263,350.00 | (65,837.50) | 16,619,000.00 | 207,737.50 | 166,190.00 | (41,547.50) | (107,385.00) |
| 5084588 | 247361VU9 | DELTA AIR PTC 1990-B16 10.79% 03/26/2014 247361VU9 | 81.5000 | 42.3770 | 42.3770 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250,000.00 | 529,712.50 | 425,528.75 | (104,183.75) | (104,183.75) |
| T104832 | 87941T972 | TELEGLOBE CANADA INC TEMP 8% 10/23/2026 | 0.0000 | 0.0080 | 1.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 13,000,000.00 | 104,000.00 | 51,275.86 | (52,724.14) | 12,000,000.00 | 96,000.00 | 47,331.56 | (48,668.44) | (101,392.58) |
| 5406872 | 59832WAE9 | MIDWEST GENERATION LLC PASSTHRU CTF SER A 8.30% 07/02/2009 59832WAE9 | 102.5940 | 100.7500 | 100.7500 | 0.0100 | 1.0000 | USD | 1.0000 | 2,625,000.00 | 2,644,687.50 | 2,546,250.00 | (98,437.50) | 0.00 | 0.00 | 0.00 | 0.00 | (98,437.50) |
| 5197153 | 247361VK1 | DELTA AIR PTC 1990-C15 10.33% 03/26/2006 247361VK1 | 0.0000 | 34.1771 | 34.1771 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,601,000.00 | 547,175.37 | 451,009.71 | (96,165.66) | (96,165.66) |
| EXEXA | 269282109 | EXX INC-CL A | 2.4500 | 1.4047 | 2.4500 | 1.0000 | 1.0000 | USD | 1.0000 | 51,850.00 | 127,032.50 | 80,367.50 | (46,665.00) | 51,850.00 | 127,032.50 | 80,367.50 | (46,665.00) | (93,330.00) |
| 5253212 | 987406AA3 | YOSEMITE SECURITIES TRUST I 99-A LNKD ENRN OBLG LDS-DFLT 8.25% 11/15/2049 987406AA3 | 0.5000 | 2.0000 | 2.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,350,000.00 | 87,000.00 | 2,718.75 | (84,281.25) | 450,000.00 | 9,000.00 | 281.25 | (8,718.75) | (93,000.00) |
| 5457783 | 247361WV5 | DELTA AIR PTC 1990-D16 10.79% 03/26/2014 247361WV5 | 81.5000 | 34.3068 | 34.3068 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500,000.00 | 514,602.00 | 423,966.00 | (90,636.00) | (90,636.00) |
| 5778017 | 125568AE5 | CIT GROUP FDG CO CDA SR NT 5.6% 11/02/2011 125568AE5 | 80.0749 | 60.5000 | 60.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,815,000.00 | 2,913,075.00 | 2,864,925.00 | (48,150.00) | 3,935,000.00 | 2,380,675.00 | 2,341,325.00 | (39,350.00) | (87,500.00) |
| 5E11267 | 70557RAA8 | PEGASUS AVIATION LEASE SECURITIZATION IIASTBK/SERIES 5.81% 05/10/2031 70557RAA8 | 0.0000 | 43.0000 | 43.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,000,000.00 | 430,000.00 | 352,500.00 | (77,500.00) | 0.00 | 0.00 | 0.00 | 0.00 | (77,500.00) |
| 5174451 | 629377AN2 | NRG ENERGY INC SENIOR DEB 6.50% 05/16/2006 629377AN2 | 0.0000 | 0.3896 | 0.3896 | 1.0000 | 1.0000 | USD | 1.0000 | 25,057,250.00 | 97,626.75 | 57,631.68 | (39,995.07) | 22,005,250.00 | 85,735.70 | 50,612.08 | (35,123.62) | (75,118.69) |
| 5648314 | 247361VX3 | DELTA AIR PTC 1990-E16 10.79% 03/26/2014 247361VX3 | 0.0000 | 34.1063 | 34.1063 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,705,315.00 | 1,632,090.00 | (73,225.00) | (73,225.00) |
| 5BBFAB4 | 85431AFH5 | VICTORIA STANFIELD FIN LTD MTN VR 032406-032509 3.13% 3/24/2009 85431AFH5 | 0.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 550,000.00 | 231,000.00 | 192,500.00 | (38,500.00) | 450,000.00 | 189,000.00 | 157,500.00 | (31,500.00) | (70,000.00) |
| 5BBKJQ7 | 2284499A4 | CROWN PAPER CO SR SUB NOTES -ESCROW CUSIP- 11% 09/01/2005 2284499A4 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 39,260,000.00 | 98,150.00 | 61,656.25 | (36,575.00) | 35,937,000.00 | 64,842.50 | 32,421.25 | (32,421.25) | (68,996.25) |
| 5346617 | XS0120313605 | TXU EUROPE FUNDING LTD EURO ISSUE- IN DEFAULT 7% 11/30/2007 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,503,000.00 | 340,120.00 | 307,151.75 | (32,968.25) | 7,429,000.00 | 297,160.00 | 268,355.91 | (28,804.09) | (61,772.34) |
| 5596000 | 841338AA4 | SOUTHEAST BANKING CORP CV S/D -REG- FLAT 4.75% 10/15/1997 841338AA4 | 0.0000 | 3.0000 | 3.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,839,000.00 | 55,170.00 | 2,298.75 | (52,871.25) | 0.00 | 0.00 | 0.00 | 0.00 | (52,871.25) |
| 5263095 | XS0108136465 | RSL COMMUNCIATION LTD -DEFAULTED 12.875% 03/01/2010 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000,000.00 | 80,000.00 | 29,000.00 | (51,000.00) | (51,000.00) |
| 5334867 | XS0107432017 | PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE 0% 02/10/2049 Q73665AA1 | 0.0001 | 3.0000 | 3.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250,000.00 | 87,500.00 | 37,500.00 | (50,000.00) | (50,000.00) |
| 5454713 | CH0004931496 | SAIRGROUP* - IN DEFAULT 2.75% 07/30/2004 | 0.0000 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD | 1.0000 | 2,265,000.00 | 310,758.00 | 297,465.17 | (13,292.83) | 2,815,000.00 | 386,218.00 | 350,931.64 | (35,286.36) | (48,579.19) |
| 5649514 | 247361VL9 | DELTA AIR PTC 1990-D15 10.33% 03/26/2006 247361VL9 | 0.0000 | 34.3068 | 34.3068 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 801,000.00 | 274,797.47 | 226,397.84 | (48,399.63) | (48,399.63) |
| 5856171 | XS0282593440 | FCE BANK PLC EURO MEDIUM TERM NOTE 7.125% 01/16/2012 G33365SQ4 | 116.8762 | 99.8970 | 99.8970 | 0.0100 | 1.0000 | USD | 1.0000 | 500,000.00 | 499,485.00 | 468,095.50 | (31,389.50) | 500,000.00 | 499,485.00 | 485,561.75 | (13,923.25) | (45,312.75) |
| 5296457 | CH0007268961 | S-AIR GROUP IN DEFAULT 2.125% 11/04/2004 | 0.0000 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD | 1.0000 | 1,850,000.00 | 253,820.00 | 242,962.72 | (10,857.28) | 1,715,000.00 | 235,298.00 | 213,800.27 | (21,497.73) | (32,355.01) |
| 5370856 | 339130AP1 | FLEMING COS INC NTS 10.125% 04/01/2008 339130AP1 | 0.0000 | 2.5000 | 2.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,185,000.00 | 29,625.00 | 23,700.00 | (5,925.00) | 5,000,000.00 | 125,000.00 | 100,000.00 | (25,000.00) | (30,925.00) |
| 5123317 | 841338AG1 | SOUTHEAST BANKING CORP EURO 0 CPN STAMPED CERT 0% 12/18/1996 | 0.0000 | 3.0000 | 3.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,410,000.00 | 72,300.00 | 60,250.00 | (12,050.00) | 3,300,000.00 | 99,000.00 | 82,500.00 | (16,500.00) | (28,550.00) |
| 5596002 | 841338AG1 | SOUTHEAST BANKING CORP SUB CAP CV NOTES-REG-FLAT- *IN DEFAULT 6.5% 03/15/1999 841338AG1 | 0.0000 | 3.0000 | 3.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 992,000.00 | 29,760.00 | 1,240.00 | (28,520.00) | 0.00 | 0.00 | 0.00 | 0.00 | (28,520.00) |
| 5404497 | XS0097617996 | HIH WINTERTHUR UNDER&AGY SVC LTD EURO MEDIUM TERM NOTE 5.987% 12/31/2049 Q36895AB8 | 0.0001 | 1.0000 | 1.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,740,000.00 | 17,400.00 | 0.00 | (17,400.00) | 760,000.00 | 7,600.00 | 0.00 | (7,600.00) | (25,000.00) |
| 5274711 | XS0108136036 | RSL COMMUNICATIONS PLC 12.875% 03/01/2010 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 40,000.00 | 16,100.00 | (23,900.00) | (23,900.00) |
| 5275991 | XS0108297044 | TXU EASTERN FUNDING 7.25% 03/08/2030 | 0.0000 | 8.9000 | 8.9000 | 0.0100 | 1.0000 | USD | 1.0000 | 300,000.00 | 26,700.00 | 12,952.80 | (13,747.20) | 200,000.00 | 17,800.00 | 8,700.50 | (9,099.50) | (22,846.70) |
| 5543324 | 302088AN9 | ENRON CORP NT- *IN DEFAULT* 7.375% 05/15/2019 302088AN9 | 0.0000 | 0.1100 | 0.1100 | 0.0100 | 1.0000 | USD | 1.0000 | 13,500,000.00 | 15,017.40 | 0.00 | (15,017.40) | 4,260,000.00 | 4,686.75 | 0.00 | (4,686.75) | (19,704.15) |
| 5BBDQY5 | XS0299967413 | FCE BANK PLC EURO MEDIUM TERM NOTE 7.125% 01/15/2013 G33365SS0 | 113.2334 | 97.0830 | 97.0830 | 0.0100 | 1.0000 | USD | 1.0000 | 250,000.00 | 242,707.50 | 223,565.00 | (19,139.50) | 250,000.00 | 242,707.50 | 244,507.50 | 1,820.00 | (17,319.50) |
| 5065089 | 493137AD5 | KEY PLASTICS INC SR SUB NOTE SER B 10.25% 03/15/2007 493137AD5 | 0.0000 | 1.0500 | 1.0500 | 0.0100 | 1.0000 | USD | 1.0000 | 1,650,000.00 | 17,325.00 | 8,250.00 | (9,075.00) | 1,350,000.00 | 14,175.00 | 6,750.00 | (7,425.00) | (16,500.00) |
| CDCO | 200334100 | COMDISCO HOLDING COMPANY INC | 9.8000 | 9.5100 | 9.8000 | 1.0000 | 1.0000 | USD | 1.0000 | 6,664.00 | 65,307.20 | 56,644.00 | (8,663.20) | 4,837.00 | 47,402.60 | 41,114.50 | (6,288.10) | (14,951.30) |
| 5BDQNT2 | 612MMI9C4 | NORTHWESTERN CORP - MONTANA POWER CO - CONTRA CUSIP - 0% 12/23/2026 612MMI9C4 | 7.0000 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 340,000.00 | 23,800.00 | 18,020.00 | (5,780.00) | 278,000.00 | 19,460.00 | 14,734.00 | (4,726.00) | (10,506.00) |

| Internal ID | CUSIP | Description | 9/12/2008 Price | 8/31/08 Price | Price used | Trading Unit | Factor | CCY | FX | Off Qty | Off MV on filing date | Off MV on transfer date | Off P&L | SI Qty | SI MV on filing date | SI MV on transfer date | SI P&L | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9N44093 | | TELEGLOBE INC UNSECURED DEBENTURE IN DEFAULT 8.35% 06/20/2003 | 3.9844 | 0.8000 | 0.8000 | 0.0110 | 1.0000 | USD | 1.0000 | 2,000,000.00 | 16,000.00 | 7,730.00 | (8,270.00) | | | | | (8,270.00) |
| 5BDQMJ0 | 612MMIBA9 | NORTHWESTERN CORP - MONTANA POWER CO - TENDER OFFER - 7.96% 12/21/2026 612MMIBA9 | 6.8750 | 7.0000 | 7.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 201,000.00 | 14,070.00 | 10,653.00 | (3,417.00) | 167,000.00 | 11,690.00 | 8,851.00 | (2,839.00) | (6,256.00) |
| 5BDQPD8 | 612MMIBB6 | NORTHWESTERN CORP - MONTANA POWER CO - TENDER OFFER - 7.07% 12/20/2066 612MMIBB6 | 6.8750 | 7.0000 | 7.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 197,000.00 | 13,790.00 | 10,441.00 | (3,349.00) | 162,000.00 | 11,340.00 | 8,586.00 | (2,754.00) | (6,103.00) |
| TDFXQ | 88553X103 | 3DFX INTERACTIVE INC | 0.0210 | 0.0170 | 0.0210 | 0.0110 | 1.0000 | USD | 1.0000 | 233,100.00 | 4,895.10 | 3,263.40 | (1,631.70) | 99,500.00 | 2,089.50 | 1,393.00 | (696.50) | (2,328.20) |
| 5132068 | 462691AA4 | IRIDIUM OPERATING LLC 11.25% 07/15/2005 | 0.0000 | 0.6250 | 0.6250 | 0.0110 | 1.0000 | USD | 1.0000 | 755,000.00 | 4,718.75 | 3,303.13 | (1,415.62) | 0.00 | 0.00 | 0.00 | 0.00 | (1,415.62) |
| 5342696 | XS0108551366 | EXODUS COMMUNICATIONS SENIOR NOTES 10.75% 12/15/2009 | 0.0000 | 0.0085 | 0.0085 | 0.0110 | 1.0000 | USD | 1.0000 | 3,600,000.00 | 304.76 | 0.00 | (304.76) | 7,540,000.00 | 638.30 | 0.00 | (638.30) | (943.06) |
| KANP | 482821308 | KAANAPALI LAND LLC | 32.5000 | 30.6400 | 32.5000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 76.00 | 2,470.00 | 1,941.80 | (528.20) | (528.20) |
| 5272401 | 5071476 | INDORAYON INTL FINANCE USD-DEFAULTED 10% 03/29/2001 Y3982EAA6 | 0.0000 | 0.1000 | 0.1000 | 0.0110 | 1.0000 | USD | 1.0000 | 400,000.00 | 400.00 | 0.00 | (400.00) | 0.00 | 0.00 | 0.00 | 0.00 | (400.00) |
| 5308012 | 302088AK5 | EXODUS COMMUNICATIONS INC SR NT 144A -IN DEFAULT 11.6250% 07/15/2010 302088AK5 | 0.0000 | 0.2588 | 0.2588 | 0.0110 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 105,000.00 | 271.74 | 0.00 | (271.74) | (271.74) |
| 9057437 | 683990873 | OPEN CONNECT SYSTEMS INC RESTRICTED | 0.0000 | 0.0100 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 22,397.00 | 223.97 | 0.00 | (223.97) | (223.97) |
| 5070317 | 739731AB3 | PRATAMA DATAKOM ASIA ACCREDITED INVS 12.75% 07/15/2005 739731AB3 | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 500,000.00 | 50.00 | 0.00 | (50.00) | 0.00 | 0.00 | 0.00 | 0.00 | (50.00) |
| 5957202 | | SECURITIZED MULTIPLE ASSET A2 97-5 0% 06/29/2005 | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 4,798,000.00 | 47.98 | 0.00 | (47.98) | 0.00 | 0.00 | 0.00 | 0.00 | (47.98) |
| DYHCS | 703044107 | PATENT LITIGATION TR BENEFICIAL TRUST INTERESTS | 0.0010 | 0.0005 | 0.0005 | 1.0000 | 1.0000 | USD | 1.0000 | 53,071.00 | 26.54 | 26.53 | (0.01) | 20,069.00 | 10.03 | 10.03 | 0.00 | (0.01) |
| KGPMR | 483058111 | RTS KAISER GOVT PROGRAMS INC PGT RT PUR PFD KAISER GROUP | 0.0001 | 0.0001 | 0.0001 | 1.0000 | 1.0000 | USD | 1.0000 | 51,750.00 | 5.18 | 5.17 | (0.01) | 0.00 | 0.00 | 0.00 | 0.00 | (0.01) |
| 5579099 | 009451AH8 | AIRPLANES PASS THRU TRUST STF CL D 10.875% 03/15/2019 009451AH8 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 33,789,621.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A015124 | 029320991 | AMERICAN RICE INC ESCROW CUSIP | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 61,288.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5552686 | 029318AA0 | AMERICAN RICE INC MTG NOTES W/CONTINGENT INT 13% 07/31/2002 029318AA0 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 315,000.00 | 0.00 | 0.00 | 0.00 | 230,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5956314 | TT3070725 | BANQUE PALLAS IN DEFAULT 10.125% 02/08/2026 TT3070725 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 63,800,000.00 | 0.00 | 0.00 | 0.00 | 16,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5230760 | 119003AF8 | BUDGET GROUP INC SR NTS *IN DEFAULT* 9.125% 04/01/2006 119003AF8 | 0.0300 | 0.0810 | 0.0810 | 0.0110 | 1.0000 | USD | 1.0000 | 6,395,000.00 | 5,179.95 | 5,179.95 | 0.00 | 12,980,000.00 | 10,513.80 | 10,513.80 | 0.00 | 0.00 |
| 3006857 | 13077Y9A6 | CALIFORNIA STATEWIDE CMNTYS DEV AUTH SPL FACS DEV UTD AIR 5.62500 10/01/2034 13077Y9A6 | 3.5000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 7,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5530871 | 13135BAF3 | CALPINE GENERATING CO LLC SR SECD NT *IN DEFAULT* 7.755% 04/01/2010 13135BAF3 | 7.6250 | 7.5000 | 7.5000 | 0.0110 | 1.0000 | USD | 1.0000 | 6,000,000.00 | 450,000.00 | 450,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5247881 | 144500AC9 | CARRIER INTL S A SR NOTE SER B 13.25% 02/15/2009 144500AC9 | 0.0000 | 0.2500 | 0.2500 | 0.0110 | 1.0000 | USD | 1.0000 | 3,215,000.00 | 8,037.50 | 8,037.50 | 0.00 | 3,088,000.00 | 7,720.00 | 7,720.00 | 0.00 | 0.00 |
| CTLEE | 149479107 | CATTLESALE COMPANY | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 25,942.00 | 0.00 | 0.00 | 0.00 | 9,810.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5109824 | 15115MAL5 | CELLNET DATA SYS INC/SR DISC 14% 10/01/2007 15115MAL5 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 70,000,000.00 | 0.00 | 0.00 | 0.00 | 30,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5150557 | 15133CAC5 | CENTAUR MINING & EXPL LTD SENIOR SECD NOTE 11% 12/01/2007 15133CAC5 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 100,950,000.00 | 0.00 | 0.00 | 0.00 | 20,070,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5046016 | 155560AA3 | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE 10.625% 04/01/2007 155560AA3 | 0.0000 | 0.3750 | 0.3750 | 0.0110 | 1.0000 | USD | 1.0000 | 2,540,000.00 | 9,525.00 | 9,525.00 | 0.00 | 9,460,000.00 | 35,475.00 | 35,475.00 | 0.00 | 0.00 |
| 5147251 | 12542AAB3 | CHS ELECTRONICS INC SENIOR NOTES 9.875% 04/15/2005 12542AAB3 | 0.0000 | 0.5000 | 0.5000 | 0.0110 | 1.0000 | USD | 1.0000 | 27,500,000.00 | 137,500.00 | 137,500.00 | 0.00 | 27,500,000.00 | 137,500.00 | 137,500.00 | 0.00 | 0.00 |
| 5BBDTK4 | 12560PEA5 | CIT GROUP INC MEDIUM TERM SR NTS 2.9050% 10/27/2008 12560PEA5 | 97.8390 | 98.2040 | 98.2040 | 0.0110 | 1.0000 | USD | 1.0000 | 5,500,000.00 | 5,401,220.00 | 5,401,220.00 | 0.00 | 4,500,000.00 | 4,419,180.00 | 4,419,180.00 | 0.00 | 0.00 |
| 5307531 | 196267AD0 | COLOR TILE INC SR NT IN DEFAULT 10.75% 12/15/2001 196267AD0 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 3,262,000.00 | 0.00 | 0.00 | 0.00 | 1,700,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5220319 | 21061PAD8 | CONSUMER PACKAGING INC SR NOTE 9.75% 02/01/2007 21061PAD8 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 8,800,000.00 | 0.00 | 0.00 | 0.00 | 23,854,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5272505 | 2107959D4 | CONTINENTAL AIRLINES INC SR NOTES GTD-REG-ESCROW-DEFAULT 11.5% 03/15/1997 2107959D4 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 26,400,000.00 | 0.00 | 0.00 | 0.00 | 13,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5430398 | 2338609B3 | DAIRY MART CONVENIENCE STORES INC - ESCROW - 10.25% 03/15/2004 2338609B3 | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 742,000.00 | 74.20 | 74.20 | 0.00 | 584,000.00 | 58.40 | 58.40 | 0.00 | 0.00 |
| D004752 | 243457108 | DECISIONONE CORP NEW | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 36.00 | 0.00 | 0.00 | 0.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5115626 | 247701AB1 | DELTA MILLS INC SR NOTE SER B 9.62500 09/01/2008 247701AB1 | 0.0000 | 8.6000 | 8.6000 | 0.0110 | 1.0000 | USD | 1.0000 | 3,092,000.00 | 265,912.00 | 265,912.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5123009 | 262497AG5 | DRYPERS CORP SR NTS SER-B 10.25% 06/15/2007 262497AG5 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 5,004,000.00 | 0.00 | 0.00 | 0.00 | 15,953,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5310628 | 2695249C0 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- 10.75% 07/15/2008 2695249C0 | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 15,218,000.00 | 1,521.80 | 1,521.80 | 0.00 | 11,000,000.00 | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
| 5030910 | 200336R89 | ESC COMDISCO INC NOTE - ESCROW - 6.125% 01/15/2003 200336R89 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 1,450,000.00 | 0.00 | 0.00 | 0.00 | 1,050,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5037926 | 4983269C3 | ESC KITTY HAWK INC SR SECD NTS 9.95% 11/15/2004 4983269C3 | 0.0000 | 0.5000 | 0.5000 | 0.0110 | 1.0000 | USD | 1.0000 | 11,530,000.00 | 57,650.00 | 57,650.00 | 0.00 | 22,523,800.00 | 112,619.00 | 112,619.00 | 0.00 | 0.00 |
| 5578456 | 2107959L6 | ESCROW CONTINENTAL AIRLINES INC *IN DEFAULT* 10% 11/15/2001 2107959L6 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 5,718,000.00 | 0.00 | 0.00 | 0.00 | 5,718,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5359457 | 40065L9B9 | ESCROW GUANGDONG INTL TR & INVT 144A 8.75% 11/23/2003 40065L9B9 | 0.0000 | 4.6500 | 4.6500 | 0.0110 | 1.0000 | USD | 1.0000 | 3,300,000.00 | 153,450.00 | 153,450.00 | 0.00 | 1,700,000.00 | 79,050.00 | 79,050.00 | 0.00 | 0.00 |
| 5358558 | 40065L9A1 | ESCROW GUANGDONG INTL TR & INVT 144A-IN DEFAULT 6.75% 11/15/2020 40065L9A1 | 0.0000 | 4.6500 | 4.6500 | 0.0110 | 1.0000 | USD | 1.0000 | 2,925,000.00 | 136,012.50 | 136,012.50 | 0.00 | 1,575,000.00 | 73,237.50 | 73,237.50 | 0.00 | 0.00 |
| 5294718 | 297862AB0 | ETOYS IND CONV SUB NOTE-IN DEFAULT 6.25% 12/01/2004 297862AB0 | 0.0000 | 1.4500 | 1.4500 | 0.0110 | 1.0000 | USD | 1.0000 | 5,985,000.00 | 86,782.50 | 86,782.50 | 0.00 | 4,000,000.00 | 58,000.00 | 58,000.00 | 0.00 | 0.00 |
| 5261713 | 302088AH2 | EXODUS COMMUNICATIONS INC SR NT - IN DEFAULT 10.75% 12/15/2009 302088AH2 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 34,039,000.00 | 0.00 | 0.00 | 0.00 | 53,180,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5158280 | 302088AB5 | EXODUS COMMUNICATIONS INC SR NTS - IN DEFAULT 11.25% 07/01/2008 302088AB5 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 50,420,000.00 | 0.00 | 0.00 | 0.00 | 25,850,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5355200 | 302088AL3 | EXODUS COMMUNICATIONS INC USS SR NT 11.625% 07/15/2010 302088AL3 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 164,013,000.00 | 0.00 | 0.00 | 0.00 | 191,285,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F006921 | 301990719 | FCLT LOANS ASSET (FIRST CITY LIQ. TRUST) | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 109,141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FCFCL | 33762E108 | FIRSTCITY LIQUIDATING TRUST CL B CBI | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 109,141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3BBWTX8 | 36099ACJ0 | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA AIRLINES INC 5.30% 05/01/2013 36099ACJ0 | 0.0000 | 0.0000 | 0.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 120,000.00 | 0.00 | 0.00 | 0.00 | 120,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5233639 | 37937WAD1 | GLOBAL RATED ELIGIBLE ASSET TR 1998-A ASST BACKED NT -DEFAULT 0% 01/15/20037937WAD1 | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 79,740,000.00 | 797.40 | 797.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C64242 | 37937WAA7 | GLOBAL RATED ELIGIBLE ASSET TR CL A2 7.33% 03/15/2006 37937WAA7 | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 31,643,000.00 | 316.43 | 316.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C64936 | 37937WAB5 | GLOBAL RATED ELIGIBLE ASSET TR SERIES 1998-A CL-A-DEFAULT 7.06% 09/15/2007 37937WAB5 | 0.0000 | 0.0010 | 0.0010 | 0.0110 | 1.0000 | USD | 1.0000 | 12,362,000.00 | 123.62 | 123.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5I39489 | 38012TAB8 | GMACM HOME EQUITY LN TR SERIES 2006-HE3 CLASS A2 5.75% 10/25/2036 38012TAB8 | 76.9930 | 58.0000 | 58.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 6,836,750.00 | 3,965,315.00 | 3,965,315.00 | 0.00 | 8,025,750.00 | 4,654,935.00 | 4,654,935.00 | 0.00 | 0.00 |
| 5BBQVB1 | 36186LAC7 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 6.193% 12/25/2037 36186LAC7 | 48.0810 | 48.0000 | 48.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 15,410,000.00 | 7,396,800.00 | 7,396,800.00 | 0.00 | 18,090,000.00 | 8,683,200.00 | 8,683,200.00 | 0.00 | 0.00 |
| 5BBQTZ9 | 36186LAD5 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 6.424% 12/25/2037 36186LAD5 | 31.7589 | 44.0000 | 44.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 18,170,000.00 | 7,994,800.00 | 7,994,800.00 | 0.00 | 21,330,000.00 | 9,385,200.00 | 9,385,200.00 | 0.00 | 0.00 |
| 5I41557 | 38012TAD4 | GMACM HOME EQUITY LN TR SERIES 2006-HE3 A-4-VAR 6.988% 10/25/2036 38012TAD4 | 81.7825 | 44.0000 | 44.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 1,259,000.00 | 759,000.00 | 759,000.00 | 0.00 | 2,025,000.00 | 891,000.00 | 891,000.00 | 0.00 | 0.00 |
| 5BBKVN8 | 36186KAD7 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2007-HE1 A-4-VAR 5.952% 08/25/2037 36186KAD7 | 38.1446 | 44.0000 | 44.0000 | 0.0110 | 1.0000 | USD | 1.0000 | 3,450,000.00 | 1,518,000.00 | 1,518,000.00 | 0.00 | 4,050,000.00 | 1,782,000.00 | 1,782,000.00 | 0.00 | 0.00 |
| 5282351 | 361881AA3 | GMD BONDHOLDER TRUST OFFSHORE TR CTF 144A 0% 12/31/2026 361881AA3 | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5281808 | G3944MAA5 | GMD BONDHOLDER TRUST OFFSHORE TR CTF REG S 0% 12/31/2026 G3944MAA5 | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 4,218.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5957171 | | GREAT 98-A SERIES A-2 FRN | 0.0000 | 0.0100 | 0.0100 | 0.0110 | 1.0000 | USD | 1.0000 | 4,733,000.00 | 47.33 | 47.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Internal ID | CUSIP | Description | 9/12/2008 Price | 8/31/08 Price | Price used | Trading Unit | Factor | CCY | FX | Off Qty | Off MV on filing date | Off MV on transfer date | Off P&L | SI Qty | SI MV on filing date | SI MV on transfer date | SI P&L | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5246447 | 36228YAC9 | GST NETWORK FUNDING INC SR SECD DISC NTE DEFAULT 10.50% 05/01/2008 36228YAC9 | 0.0000 | | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,000,000.00 | 0.40 | 0.40 | 0.00 | 14,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5329921 | 362359AC5 | GT GROUP TELECOM INC SENIOR DISC EXCH NTS-DEFAULTED 13.25% 02/01/2010 362359AC5 | 0.0000 | | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 17,000,000.00 | 0.00 | 0.00 | 0.00 | 14,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5252671 | 422660AD2 | HECHINGER CO *IN DEFAULT* 6.95% 10/15/2003 422660AD2 | 0.0000 | 1.5000 | 1.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,892,080.00 | 88,380.00 | 88,380.00 | 0.00 | 0.00 |
| 5205553 | 422660AC4 | HECHINGER CO SR DEBS 9.45% 11/15/2012 422660AC4 | 0.0000 | 1.5000 | 1.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 20,158,000.00 | 302,370.00 | 302,370.00 | 0.00 | 0.00 |
| 5223763 | 457659AM2 | INSILCO CORP SR SUB NOTE SER-B *IN DEFAULT* 12% 08/15/2007 457659AM2 | 0.0000 | 0.0625 | 0.0625 | 0.0100 | 1.0000 | USD | 1.0000 | 23,300,000.00 | 14,562.50 | 14,562.50 | 0.00 | 20,185,000.00 | 12,615.63 | 12,615.63 | 0.00 | 0.00 |
| 5143514 | 457661AA4 | INSILCO HOLDINGG CO SR DISC NT 14% 08/15/2008 457661AA4 | 0.0000 | 0.0625 | 0.0625 | 0.0100 | 1.0000 | USD | 1.0000 | 8,250,000.00 | 5,156.25 | 5,156.25 | 0.00 | 6,750,000.00 | 4,218.75 | 4,218.75 | 0.00 | 0.00 |
| 5051503 | 462213AK5 | IONICA PLC -SNR DISC NTS 15% 12/31/2049 462213AK5 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 3,000,000.00 | 30.00 | 30.00 | 0.00 | 1,500,000.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| 5033225 | 462213AJ8 | IONICA PLC SR NOTE 13.50% 08/15/2006 462213AJ8 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 3,000,000.00 | 30.00 | 30.00 | 0.00 | 1,500,000.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| 5249169 | 465266AC8 | IT GROUP INC SENIOR SUB NOTE SER B 11.25% 04/01/2009 465266AC8 | 0.0000 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | USD | 1.0000 | 49,608,000.00 | 4,960.00 | 4,960.00 | 0.00 | 36,949,500.00 | 3,694.95 | 3,694.95 | 0.00 | 0.00 |
| 5574462 | 477122AV7 | JET EQUIPMENT TR MEZZANINE NOTE CL B 9.5% 8.83% 08/15/2012 477122AV7 | 0.0100 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | USD | 1.0000 | 3,640,000.00 | 364.00 | 364.00 | 0.00 | 2,860,000.00 | 286.00 | 286.00 | 0.00 | 0.00 |
| 5142368 | 488035AE6 | KELLSTROM INDS INC CONV SUB NOTES-*DEFAULTED* 5.50% 06/15/2003 488035AE6 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 24,440,000.00 | 305,500.00 | 305,500.00 | 0.00 | 23,010,000.00 | 287,625.00 | 287,625.00 | 0.00 | 0.00 |
| 5125334 | 488035AC0 | KELLSTROM INDS INC SUB NTS CONV 5.75% 10/15/2002 488035AC0 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 14,153,000.00 | 176,912.50 | 176,912.50 | 0.00 | 15,209,000.00 | 190,112.50 | 190,112.50 | 0.00 | 0.00 |
| LEHIQ | B2PJYC5 | LEHMAN BROS HLDGS INC DEP SH REPSTG 1/100TH 7.95% | 8.2500 | | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 44,482.00 | 444.82 | 444.82 | 0.00 | 36,718.00 | 367.18 | 367.18 | 0.00 | 0.00 |
| 5109706 | 537902AC2 | LIVENT INC SR NTS - IN DEFAULT 9.375% 10/15/2004 537902AC2 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 20,005,000.00 | 50,012.50 | 50,012.50 | 0.00 | 18,167,000.00 | 45,417.50 | 45,417.50 | 0.00 | 0.00 |
| 5278012 | 54986QAA5 | LUKENS INC MEDIUM TERM NOTES 6.50% 02/01/2006 54986QAA5 | 0.0000 | 0.0625 | 0.0625 | 0.0100 | 1.0000 | USD | 1.0000 | 2,250,000.00 | 1,406.25 | 1,406.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3502020 | 586169AN4 | MEMPHIS TN HLTH EDL&HSG FAC BRD MFHR SECUR.-A IN DEFAULT 8.68% 12/15/2049 586169AN4 | 0.0100 | | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3681870 | 607168AY7 | MOBILE ALIN. INDL DEV BRD SOLID WSTE DISP RV REF-MOBILE ENERGY 6.95% 01/01/2020 607168AY7 | 0.0100 | 25.0000 | 25.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 195,294.00 | 48,823.50 | 48,823.50 | 0.00 | 9,294.00 | 2,323.50 | 2,323.50 | 0.00 | 0.00 |
| 3BBZCT2 | 64999BJL9 | NEW YORK N Y CITY INDL DEV AGY SPL FAC REV NORTHWEST AIRLINES 6% 06/01/2027 64999BJL9 | 0.0000 | | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 500,000.00 | 0.00 | 0.00 | 0.00 | 500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C98570 | 62936EAF5 | NPV VI INC 1998-2 HEALTH CARE RCVBLES NT 6.10% 5/1/2004 62936EAF5 | 0.0000 | 12.1250 | 12.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 7,000,000.00 | 8,750.00 | 8,750.00 | 0.00 | 0.00 |
| 5368394 | 629377AL6 | NRG ENERGY INC BONDS-DEFAULT 8.6250% 04/01/2031 629377AL6 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 63,600,000.00 | 146,280.00 | 146,280.00 | 0.00 | 56,400,000.00 | 129,720.00 | 129,720.00 | 0.00 | 0.00 |
| 5310622 | 629377AG7 | NRG ENERGY INC DEFAULT 8.25% 09/15/2010 629377AG7 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 23,850,000.00 | 54,855.00 | 54,855.00 | 0.00 | 21,150,000.00 | 48,645.00 | 48,645.00 | 0.00 | 0.00 |
| 5368395 | 629377AK8 | NRG ENERGY INC NOTES-DEFAULT 7.75% 04/01/2011 629377AK8 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 23,850,000.00 | 54,855.00 | 54,855.00 | 0.00 | 21,150,000.00 | 48,645.00 | 48,645.00 | 0.00 | 0.00 |
| 5219666 | 629377AE2 | NRG ENERGY INC SR NOTE 7.50% 06/01/2009 629377AE2 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 34,450,000.00 | 79,235.00 | 79,235.00 | 0.00 | 30,550,000.00 | 70,265.00 | 70,265.00 | 0.00 | 0.00 |
| 5075991 | 629377AD4 | NRG ENERGY INC SR NOTE 7.50% 06/15/2007 629377AD4 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 34,450,000.00 | 79,235.00 | 79,235.00 | 0.00 | 30,550,000.00 | 70,265.00 | 70,265.00 | 0.00 | 0.00 |
| 5BDDFC1 | 629ESC9Q9 | NWA A SEN - ESCROW CUSIP - 2.30% 12/31/2049 629ESC9Q9 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC4 | 629ESC9W6 | NWA A SEN - ESCROW CUSIP - 2.39% 12/31/2049 629ESC9W6 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC3 | 629ESC9U0 | NWA A SEN - ESCROW CUSIP - 2.52% 11/01/2004 629ESC9U0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 6,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC2 | 629ESC9S5 | NWA A SEN - ESCROW CUSIP - 5.52% 10/01/2007 629ESC9S5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 40,275,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDDY9 | 629ESC9B2 | NWA A SEN - ESCROW CUSIP - 6.36% 03/01/2005 629ESC9B2 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 27,250,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PPH02 | 693344AA1 | PHP HEALTHCARE CORPORATION SUB DEB CONV 144A 6.5% 12/15/2002 693344AA1 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5002347 | 693344AC7 | PHP HEALTHCARE CORPORATION SUB DEB CV 6.50% 12/15/2002 693344AC7 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,301,000.00 | 0.00 | 0.00 | 0.00 | 1,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5395354 | G7111WAA1 | PIV INVESTMENT FINANCE CV REG S-DEFAULT 4.50% 12/01/2049 G7111WAA1 | 0.0000 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 26,310,000.00 | 1,841,700.00 | 1,841,700.00 | 0.00 | 1,040,000.00 | 72,800.00 | 72,800.00 | 0.00 | 0.00 |
| 5470166 | CH0007054015 | POLLY PECK EURO #53800 -SF-"DEFAULT" 6% 12/31/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 29,165,000.00 | 145,825.00 | 145,825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5478587 | CH0007054742 | POLLY PECK EURO #55857 "DEFAULT" 5.75% 12/31/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 28,240,000.00 | 141,200.00 | 141,200.00 | 0.00 | 21,145,000.00 | 105,725.00 | 105,725.00 | 0.00 | 0.00 |
| 5018341 | CH0007067793 | POLLY PECK INTERNATIONAL "DEFAULT" 8.75% 01/03/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 10,815,000.00 | 54,075.00 | 54,075.00 | 0.00 | 10,000.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| 5446758 | XS0015080673 | POLLY PECK INTL EURO #62976-*IN DEFAULT* 7.25% 01/04/2005 G71536AG4 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,975,000.00 | 44,875.00 | 44,875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5225032 | CH0007054304 | POLLY PECK INTL FINANCE LTD 6.25% 11/19/1990 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 23,420,000.00 | 117,100.00 | 117,100.00 | 0.00 | 995,000.00 | 4,975.00 | 4,975.00 | 0.00 | 0.00 |
| 5494069 | DE0004837372 | POLLY PECK INTL FINANCE-DM EURO #55888 CPN 6% 04/20/2010 | 0.0000 | 0.4300 | 0.4300 | 0.0100 | 1.0000 | USD | 1.0000 | 25,242,000.00 | 108,540.60 | 108,540.60 | 0.00 | 7,000,000.00 | 30,100.00 | 30,100.00 | 0.00 | 0.00 |
| 5173374 | 78649QAA3 | SAFETY KLEEN SERVICES INC SR SUB NOTE- IN DEAULT 9.25% 06/01/2008 78649QAA3 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 32,475,000.00 | 324.75 | 324.75 | 0.00 | 30,820,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5216675 | 81375BAA1 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5 ASSET BACKED 7.72% 06/15/2005 81375BAJ1 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 27,850,000.00 | 278.50 | 278.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5245527 | 81375BAK8 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5ASSET BACKED 7.056% 03/15/2005 81375BAK8 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 18,600,000.00 | 186.00 | 186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C60831 | 81375BAN2 | SECURITIZED MULTIPLE ASSET RATED TR ASSET BKD NT 7.056% 06/15/2005 81375BAN2 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 14,000,000.00 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5E12094 | 81375BAM4 | SECURITIZED MULTIPLE ASSET SERIES 1997-6 CL A-1 7.71% 11/15/2006 81375BAM4 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 30,068,000.00 | 300.68 | 300.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5237126 | 784123AF8 | SFC NEW HLDGS INC SR SUB NT 13.25% 08/15/2003 784123AF8 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 0.00 | 0.00 | 0.00 | 17,530,050.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5563864 | 836153AC0 | SOURCE MEDIA INC SR SECD NTS 12.00000 11/01/2049 836153AC0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,876,944.00 | 0.00 | 0.00 | 0.00 | 5,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SSMR | 867833680 | SUNSHINE MNG & REFNG COMPANY PAR %0.01 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,483,635.00 | 0.00 | 0.00 | 0.00 | 5,999,544.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5070867 | 292689AC0 | TXU - ENERGY GROUP OVERSEAS BV GTD NOTES 7.375% 10/9/98 7.425% 10/15/2017 292689AC0 | 32.7500 | 20.0000 | 20.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,880,000.00 | 3,776,000.00 | 3,776,000.00 | 0.00 | 18,255,000.00 | 3,651,000.00 | 3,651,000.00 | 0.00 | 0.00 |
| 5071495 | 292689AD8 | TXU - ENERGY GROUP OVERSEAS BV GTD NT 7.55% 10/15/2027 292689AD8 | 32.7500 | 20.0000 | 20.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 30,633,000.00 | 6,126,600.00 | 6,126,600.00 | 0.00 | 21,450,000.00 | 4,290,000.00 | 4,290,000.00 | 0.00 | 0.00 |
| 5264525 | 873169AJ5 | TXU EASTERN FUNDING CO GTD SR NOTE 6.75% 05/15/2009 873169AJ5 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,650,000.00 | 346,000.00 | 346,000.00 | 0.00 | 10,167,000.00 | 406,680.00 | 406,680.00 | 0.00 | 0.00 |
| 5264215 | 873169AF3 | TXU EASTERN FUNDING GTD SR NT- IN DEFAULT 6.45000 05/15/2005 873169AF3 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,037,000.00 | 161,480.00 | 161,480.00 | 0.00 | 815,000.00 | 32,600.00 | 32,600.00 | 0.00 | 0.00 |
| 5261756 | 92326YAF6 | VENTURE HOLDINGS TRUST *IN DEFAULT* 11.00000 12/31/2049 92326YAF6 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 11,475,000.00 | 14,343.75 | 14,343.75 | 0.00 | 10,575,000.00 | 13,218.75 | 13,218.75 | 0.00 | 0.00 |
| 5102085 | 92326YAD1 | VENTURE HOLDINGS TRUST SR NOTE SER B 9.50% 07/01/2005 92326YAD1 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 7,125,000.00 | 8,906.25 | 8,906.25 | 0.00 | 7,125,000.00 | 8,906.25 | 8,906.25 | 0.00 | 0.00 |
| VIAHF | G93447111 | VIATEL HOLDING BERMUDA LIMITED NEW | 1.0000 | 1.0000 | 1.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 187.00 | 187.00 | 187.00 | 0.00 | 164.00 | 164.00 | 164.00 | 0.00 | 0.00 |
| 5726350 | 93934WAA3 | WASHINGTON MUT PFD FDG TR I PERPETUAL 144A  *IN DEFAULT* 6.534% 12/29/2049 93934WAA3 | 10.1880 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,980,000.00 | 0.00 | 0.00 | 0.00 | 7,020,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WAMPQ | 939322814 | WASHINGTON MUTUAL INC 7.75% SERIES R NON CUM PERPETUAL CONV PREFERRED STOCK | 285.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,520.00 | 0.00 | 0.00 | 0.00 | 6,480.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5002385 | 960080AB5 | WESTFED HOLDINGS INC MNT SER DEB SPLT CPN 15.50% 09/15/2049 960080AB5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5042652 | 978093AE2 | WOLVERINE TUBE INC SENIOR NOTE SER B 10.50% 04/01/2009 978093AE2 | 92.0000 | 85.0000 | 85.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 966,000.00 | 821,100.00 | 821,100.00 | 0.00 | 241,000.00 | 204,850.00 | 204,850.00 | 0.00 | 0.00 |
| C010314 | 125127159 | WTS CD RADIO INC EXP 5/15/2009 ACCREDITED INVS | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ICGCW | 449246115 | WTS ICG COMMUNICATIONS INC | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,911.00 | 0.00 | 0.00 | 0.00 | 7,054.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Internal ID | CUSIP | Description | 9/12/2008 Price | 8/31/08 Price | Price used | Trading Unit | Factor | CCY | FX | Off Qty | Off MV on filing date | Off MV on transfer date | Off P&L | SI Qty | SI MV on filing date | SI MV on transfer date | SI P&L | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W003885 | 94769A119 | WTS WEBLINK WIRELESS EXP PENDING 2012 | 0.0000 | | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 201,455.00 | 0.00 | 0.00 | 0.00 | 134,303.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5322253 | 55376WAD1 | MTS INC SR SUB NOTE 9.375% 03/19/2009 55376WAD1 | 0.0000 | 4.5000 | 4.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,036,450.00 | 181,640.25 | 181,640.26 | 0.01 | 2,610,135.00 | 117,456.08 | 117,456.08 | 0.00 | 0.01 |
| 5955774 | CH0001188025 | SASEA HOLDINGS 3.25% 10/01/2042 | 0.0000 | 1.1800 | 1.1800 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 17,100.00 | 201.78 | 208.79 | 7.01 | 7.01 |
| 5C58202 | 393505YC0 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES 7.75% 03/15/2028 393505YC0 | 0.0000 | 0.0056 | 0.0056 | 0.0100 | 1.0000 | USD | 1.0000 | 795,000.00 | 44.63 | 79.50 | 34.87 | 680,000.00 | 38.18 | 68.00 | 29.82 | 64.69 |
| 5273066 | 195204AA0 | COLO.COM SR NOTE 144A - IN DEFAULT 13.875% 03/15/2010 195204AA0 | 0.0000 | 0.0082 | 0.0082 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 4,293,000.00 | 354.07 | 429.30 | 75.23 | 75.23 |
| 5C48250 | 393505UY6 | GREEN TREE FINL CORP SER 1997-4 MFD HSG SR/SUB 7.73% 02/15/2029 393505UY6 | 0.0000 | 0.0056 | 0.0056 | 0.0100 | 1.0000 | USD | 1.0000 | 4,644,999.00 | 261.43 | 464.50 | 203.07 | 3,956,000.00 | 222.66 | 395.60 | 172.94 | 376.01 |
| 5258646 | CH0001129714 | MAXWELL COMMUNICATION VAR RATE LIQUID 5% 12/31/2050 | 0.0000 | 1.0500 | 1.0500 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,897,324.00 | 19,921.90 | 20,614.54 | 692.64 | 692.64 |
| 5127481 | XS0045549812 | MAXWELL COMMUN 8.375% 09/01/2030 | 0.0000 | 0.4500 | 0.4500 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 7,943,000.00 | 35,743.50 | 37,285.67 | 1,542.17 | 1,542.17 |
| 5054115 | DE0004115027 | MAXWELL COMMUNICATIONS EURO DEBS 0% 06/15/2049 G59024AF9 | 0.0000 | 0.3100 | 0.3100 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 16,459,000.00 | 51,022.90 | 52,852.07 | 1,829.17 | 1,829.17 |
| 5463379 | CH0001207908 | SAIRGROUP *IN DEFAULT* 5.125% 03/01/2003 H83970AX33 | 10.1559 | 10.2564 | 10.2564 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 115,000.00 | 11,794.87 | 14,336.46 | 2,541.59 | 2,541.59 |
| 5445610 | U29302AJ2 | ENRON CORP EURO DEB 0.97% 12/31/2049 U29302AJ2 | 0.0000 | 0.0140 | 0.0140 | 0.0100 | 1.0000 | USD | 1.0000 | 213,000,000.00 | 29,820.00 | 32,134.41 | 2,314.41 | 87,000,000.00 | 12,180.00 | 13,125.32 | 945.32 | 3,259.73 |
| 5573732 | 717113AA2 | PHAR-MOR INC SR NOTE-DEFAULTED 11.72% 09/11/2002 717113AA2 | 0.0000 | 0.7446 | 0.7446 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,884,000.00 | 14,028.53 | 18,840.00 | 4,811.47 | 4,811.47 |
| 5442794 | 29357YAD5 | ENRON CREDIT LINKED NOTES TR STERLINGS CREDIT LINKED NOTE 7.25% 05/24/2006 29357YAD5 | 0.0000 | 1.0000 | 1.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,000,000.00 | 10,000.00 | 19,998.54 | 9,998.54 | 0.00 | 0.00 | 0.00 | 0.00 | 9,998.54 |
| 5446359 | U29302AG8 | ENRON CORP DEFAULT 0.678% 12/31/2049 U29302AG8 | 0.0000 | 0.0140 | 0.0140 | 0.0100 | 1.0000 | USD | 1.0000 | 460,000,000.00 | 64,400.00 | 69,398.26 | 4,998.26 | 540,000,000.00 | 75,600.00 | 81,467.53 | 5,867.53 | 10,865.79 |
| 5478585 | CH0007054882 | POLLY PECK 5.625% 09/20/2049 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 15,535,000.00 | 77,675.00 | 84,680.52 | 7,005.52 | 27,855,000.00 | 139,275.00 | 144,131.86 | 4,856.86 | 11,862.38 |
| 5131393 | CH0007055665 | POLLY PECK INTL FINANCE CHF 6.25% 03/29/2049 | 0.1766 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,090,000.00 | 90,450.00 | 98,607.70 | 8,157.70 | 18,950,000.00 | 94,750.00 | 99,989.10 | 5,239.10 | 13,396.80 |
| 5271493 | CH0000939394 | SWISSAIR DEFAULTED 5.50% 07/23/2004 | 0.0000 | 10.2600 | 10.2600 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 750,000.00 | 76,950.00 | 93,498.66 | 16,548.66 | 16,548.66 |
| 5449494 | H83970AJ4 | SAIRGROUP 2.775% 09/10/2049 H83970AJ4 | 10.1559 | 10.2564 | 10.2564 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750,000.00 | 179,487.18 | 210,108.44 | 30,621.26 | 30,621.26 |
| 5BBQTY6 | 36186LAG8 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A6 6.249% 12/25/2037 36186LAG8 | 46.2138 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,450,000.00 | 1,518,000.00 | 1,535,250.00 | 17,250.00 | 4,050,000.00 | 1,782,000.00 | 1,802,250.00 | 20,250.00 | 37,500.00 |
| 5461232 | CH0001207569 | SAIRGROUP ZUERICH VARIABLE RATE 4.125% 01/15/2013 H83970AV09 | 10.9948 | 10.5600 | 10.5600 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,035,000.00 | 214,896.00 | 253,693.03 | 38,797.03 | 38,797.03 |
| 5262964 | 78442FDQ8 | SLM CORP MEDIUM TERM NTS 3.06% 07/27/2009 78442FDQ8 | 94.5000 | 88.0000 | 88.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,840,000.00 | 1,619,200.00 | 1,638,704.00 | 19,504.00 | 2,160,000.00 | 1,900,800.00 | 1,923,696.00 | 22,896.00 | 42,400.00 |
| NWA | 667280408 | NORTHWEST AIRLS CORP | 9.8500 | 9.8000 | 9.8500 | 1.0000 | 1.0000 | USD | 1.0000 | 416,436.00 | 4,101,894.60 | 4,122,716.40 | 20,821.80 | 445,643.00 | 4,389,583.55 | 4,411,865.70 | 22,282.15 | 43,103.95 |
| 5381485 | 125581AV0 | CIT GROUP INC NEW SR NT 3.04938% 01/30/2009 125581AV0 | 97.7330 | 90.0940 | 90.0940 | 0.0100 | 1.0000 | USD | 1.0000 | 1,650,000.00 | 1,486,551.00 | 1,511,730.00 | 25,179.00 | 1,216,269.00 | 1,236,870.00 | 30,601.00 | 45,780.00 |  |
| 5574272 | 13135BAE6 | CALPINE GENERATING CO 9.07% 04/01/2009 13135BAE6 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 14,800,000.00 | 37,000.00 | 74,000.00 | 37,000.00 | 5,200,000.00 | 13,000.00 | 26,000.00 | 13,000.00 | 50,000.00 |
| 5BBQTZ6 | 36186LAB9 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A2 6.054% 12/25/2037 36186LAB9 | 48.9240 | 49.0000 | 49.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,523,920.00 | 1,726,720.80 | 1,761,960.00 | 35,239.20 | 4,429,080.00 | 2,170,249.20 | 2,214,540.00 | 44,290.80 | 79,530.00 |
| 5741989 | 247361VR6 | DELTA AIR PTC 1990-G3 10.79% 09/26/2013 247361VR6 | 84.5000 | 25.5343 | 25.5343 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 10,772,000.00 | 2,750,554.80 | 2,830,364.54 | 79,809.74 | 79,809.74 |
| 5252629 | XS0103759089 | S-AIR GROUP FIN 7.50% 11/15/2007 | 0.0000 | 3.3150 | 3.3150 | 0.0100 | 1.0000 | USD | 1.0000 | 2,270,000.00 | 75,250.50 | 124,850.00 | 49,599.50 | 1,730,000.00 | 57,349.50 | 95,150.00 | 37,800.50 | 87,400.00 |
| 5666251 | 125568AB1 | CIT GROUP FUNDING CO CDA SR NT 4.65% 07/01/2010 125568AB1 | 85.7500 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 550,000.00 | 357,500.00 | 486,640.00 | 129,140.00 | 450,000.00 | 292,500.00 | 398,160.00 | 105,660.00 | 234,800.00 |
| 5169833 | 963150AA5 | WHEELING PITTSBURGH STL CORP SR SECD NT 6% 08/01/2010 963150AA5 | 55.0000 | 97.0000 | 97.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,705,304.00 | 6,504,144.88 | 6,705,304.00 | 201,159.12 | 2,274,859.00 | 2,206,613.23 | 2,274,859.00 | 68,245.77 | 269,404.89 |
| 5634664 | 125577AV8 | CIT GROUP INC R/MD 5.09125   12/19/2008 2.72875% 12/19/2008 125577AV8 | 98.6560 | 93.0000 | 93.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,300,000.00 | 3,069,000.00 | 3,219,810.00 | 150,810.00 | 2,700,000.00 | 2,511,000.00 | 2,634,390.00 | 123,390.00 | 274,200.00 |
| 5435819 | CH0003532998 | SWISSAIR CORP ***IN DEFAULT 6.25% 04/12/2005 | 0.0000 | 10.2600 | 10.2600 | 0.0100 | 1.0000 | USD | 1.0000 | 10,000,000.00 | 1,026,000.00 | 1,313,311.99 | 287,311.99 | 0.00 | 0.00 | 0.00 | 0.00 | 287,311.99 |
| 5555517 | 247361VV7 | DELTA AIR LINES INC DEL EQUIP TR CTF SER 1990 C 10.79% 05/26/2014 247361VV7 | 81.5000 | 34.1771 | 34.1771 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,258,000.00 | 1,797,031.92 | 2,108,663.06 | 311,631.14 | 311,631.14 |
| 5725709 | 902549AE4 | UAL CORP ORD SETTLEMENT BD 5% 02/01/2021 902549AE4 | 51.6250 | 42.8750 | 42.8750 | 0.0100 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 986,125.00 | 1,129,990.00 | 143,865.00 | 2,700,000.00 | 1,157,625.00 | 1,326,510.00 | 168,885.00 | 312,750.00 |
| 5516264 | G33365PB0 | FCE BANK PLC EURO MEDIUM TERM NOTE 5.728% 09/30/2009 G33365PB0 | 133.0467 | 121.0200 | 121.0200 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 8,470,140.00 | 8,802,990.00 | 332,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 332,850.00 |
| 5077083 | 755246AA3 | READ RITE CORP CONV SUB NOTES 6.50% 09/01/2004 755246AA3 | 0.0000 | 0.6855 | 0.6855 | 0.0100 | 1.0000 | USD | 1.0000 | 10,350,000.00 | 70,951.64 | 414,000.00 | 343,048.36 | 0.00 | 0.00 | 0.00 | 0.00 | 343,048.36 |
| 5362572 | 04518GAB7 | ASIA GLOBAL CROSSING LTD SR NT *IN DEFAULT* 13.375% 10/15/2010 04518GAB7 | 28.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 42,129,000.00 | 1,385,606.15 | 1,685,160.00 | 299,553.85 | 34,794,000.00 | 1,144,360.90 | 1,391,760.00 | 247,399.10 | 546,952.95 |
| 5259929 | 76113BAF6 | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 | 28.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,663,000.00 | 585,860.00 | 1,384,760.00 | 798,900.00 | 2,337,000.00 | 514,140.00 | 853,005.00 | 338,865.00 | 1,137,765.00 |
| 5356646 | 370425RU6 | GENERAL MOTORS ACCEPTANCE CORP GLOBAL NOTES 7.25% 03/02/2011 370425RU6 | 71.0000 | 47.7500 | 47.7500 | 0.0100 | 1.0000 | USD | 1.0000 | 4,950,000.00 | 2,363,625.00 | 3,081,375.00 | 717,750.00 | 4,050,000.00 | 1,933,875.00 | 2,521,125.00 | 587,250.00 | 1,305,000.00 |
| 5239485 | 247367AE5 | DELTA AIR PTC 1993-A1 9.875% 4/30/2008 247367AE5 | 0.0000 | 5.8213 | 5.8213 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000,000.00 | 698,557.21 | 469,025.89 | (229,531.32) | (229,531.32) |
| 5BBGFL9 | 37047ZBM0 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.72143% 05/22/2009 37047ZBM0 | 82.8457 | 73.0000 | 73.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 13,535,000.00 | 9,880,550.00 | 11,240,627.37 | 1,360,077.37 | 14,590,000.00 | 10,650,700.00 | 12,116,790.05 | 1,466,090.05 | 2,826,167.42 |
| 5202379 | 247367AF2 | DELTA AIRLINES INC DEL PASS THRU TRS PASS THRU CTF 10.5% 04/30/2016 247367AF2 | 46.5000 | 16.0982 | 16.0982 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 11,487,000.00 | 1,849,203.35 | 2,147,489.41 | 298,286.06 | 298,286.06 |
| 5850819 | 12668VAA7 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S7 A-1-VAR 2.5513% 11/25/2035 12668VAA7 | 85.0263 | 32.1362 | 32.1362 | 0.0100 | 1.0000 | USD | 1.0000 | 4,600,000.00 | 1,478,263.29 | 1,200,524.57 | (277,738.72) | 5,400,000.00 | 1,735,352.56 | 1,409,311.46 | (326,041.10) | (603,779.82) |
| 5BCLLC0 | 69337YAE4 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGA 144A 6.60% 12/25/2027 69337YAE4 | 80.3750 | 64.3846 | 64.3846 | 0.0100 | 1.0000 | USD | 1.0000 | 17,236,000.00 | 11,097,337.80 | 10,863,860.18 | (233,477.62) | 20,233,000.00 | 13,026,945.68 | 12,752,870.91 | (274,074.77) | (507,552.39) |
| 5183591 | 247367AC9 | DELTA AIR LINES INC DEL PASS THRU TRS CTF 1992 B-1 9.375% 09/11/2017 247367AC9 | 94.7500 | 4.8706 | 4.8706 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 19,144,000.00 | 932,424.05 | 994,695.34 | 62,271.29 | 62,271.29 |
| 5F99267 | 76110VSQ2 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 3.30688% 12/25/2035 76110VSQ2 | 99.6291 | 12.7977 | 12.7977 | 0.0100 | 1.0000 | USD | 1.0000 | 8,947,000.00 | 1,145,006.57 | 1,062,271.50 | (82,735.07) | 10,503,000.00 | 1,344,138.15 | 1,247,014.37 | (97,123.78) | (179,858.85) |
| | | | | | | | | | | | | **(80,523,963.34)** | | | | | **(72,461,674.02)** | **(152,985,637.36)** |

# EXHIBIT 3

Stonehill's Motion to Re-File Proofs of Claim to Fix Previously Unliquidated
Claim Amounts or Alternatively for Leave to File Amended Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                       :        Chapter 11
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        Case No. 08-13555 (SCC)
                                             :
                          Debtors.           :        Jointly Administered

---------------------------------------------------------------x

**ORDER GRANTING MOTION OF STONEHILL INSTITURIONAL PARTNERS L.P.
AND STONEHILL OFFSHORE LIMITED TO RE-FILE PROOFS OF CLAIM TO FIX
PREVIOUSLY UNLIQUIDATED CLAIM AMOUNTS**

Upon the motion (the "Motion")[1] dated April 15, 2014 of Stonehill Institutional Partners,

L.P. ("Stonehill Institutional") and Stonehill Offshore Partners Limited ("Stonehill Offshore"

and, together with Stonehill Institutional, "Stonehill") for an order authorizing Stonehill to re-file

certain timely filed proofs of claim to fix the amounts of claims previously asserted in

unliquidated amounts in the Original Proofs of Claim; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334; and consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and after due deliberation and sufficient cause appearing

therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that Stonehill is authorized to file the Re-Filed Proofs of Claim in order to

further detail and fix the amounts of unliquidated claims asserted therein; and it is further

ORDERED that the Plan Administrator is directed to establish and maintain a single

aggregate claim reserve in the aggregate amount of $201,130,440 on account of Stonehill's

claims against Lehman; and it is further

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: _____, 2014
New York, New York

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2

ORDERED that Stonehill is authorized to file the Re-Filed Proofs of Claim in order to further detail and fix the amounts of unliquidated claims asserted therein; and it is further

ORDERED that the Plan Administrator is directed to establish and maintain a single aggregate claim reserve in the aggregate amount of $201,130,440 on account of Stonehill's claims against Lehman; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
New York, New York

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2