UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 43293, 43301-
                                                                      43303, 43316-43324, 43542-43544,
                                                                      43615, 43712, 43714, 43771, 43789,
                                                                      43834

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
15th day of April, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

08-13555-mg   Doc 43989   Filed 04/15/14   Entered 04/15/14 16:03:14   Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
        C/O ALDEN GLOBAL CAPITAL
        CHRIS SCHOLFIELD
        885 THIRD AVENUE
        NEW YORK NY 10022

Please note that your claim # 48734-84 in the above referenced case and in the amount of
    $385,091.99  allowed at $205,253.40    has been transferred **(unless previously expunged by court order)**

        TURNPIKE LIMITED
        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
        C/O ALDEN GLOBAL CAPITAL
        ATTN: ITHRAN OLIVACCE
        885 THIRD AVENUE, 34TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43712    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/03/2014                    Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez

                                            By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 3, 2014.

# EXHIBIT B

```
TIME: 14:42:35                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 04/03/14                                             CREDITOR LISTING

Name                                                   Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                  TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.                 PIAZZALE LODI, 3 MILANO (MI) 20137 ITALY
BANC OF AMERICA CREDIT PRODUCTS, INC.                  TRANSFEROR: ORE HILL HUB FUND LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY COHEN ANTE JAKIC
                                                        NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.                  TRANSFEROR: ORE HILL HUB FUND LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: GARY S COHEN ANTE JAKIC
                                                        NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.                  TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.                  TRANSFEROR: WELLS FARGO & COMPANY C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC
                                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.                  TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC- C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANQUE CANTONALE VAUDOISE                              TRANSFEROR: UBS AG ATTN: ANNE PARIS PLACE CHAUDERON 8 LAUSANNE 1003 SWITZERLAND
BARCLAYS BANK PLC                                      JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                      TRANSFEROR: RAYMOND JAMES & ASSOCIATES, INC. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BEDROK SECURITIES LLC                                  TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                                  TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                                  TRANSFEROR: OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BIMINI INVESTMENTS S.A.R.L.                            MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
BIMINI INVESTMENTS S.A.R.L.                            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE
                                                        LUXEMBOURG L-1331 LUXEMBOURG
CASSA LOMBARDA S.P.A.                                  TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: STEFANO BARCELLA VIA MANZONI, 12 MILANO 20121 ITALY
CITIGROUP FINANCIAL PRODUCTS INC                       TRANSFEROR: JULIUS BAER DIVERSIFIED FIXED INCOME MASTER HEDGE FUND C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES
                                                        1615 BRETT ROAD OPS III NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC                       TRANSFEROR: JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE RETURN BOND FUND PLUS
                                                        C/O CITIBANK, N.A.; ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                      TRANSFEROR: JULIUS BAER MULTIBOND SICAV- JULIUS BAER DOLLAR BOND FUND ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, OPS III
                                                        NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                      TRANSFEROR: JULIUS BAER MULTIBOND SICAV-JULIUS BAER ABSOLUTE RETURN BOND FUND PLUS ATTN: BRIAN BLESSING/BRIAN BROYLES
                                                        1615 BRETT ROAD, OPS III NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC                       TRANSFEROR: OCTAVIAN MULTISTRATEGY SPC - SYSTEMATIC CURRENCY SP ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, OPS III
                                                        NEW CASTLE DE 19720
CREDIT SUISSE INTERNATIONAL                            TRANSFEROR: BEDROK SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM
HYPOSWISS PRIVATE BANK GENEVE SA                       7 RUE DES ALPES GENEVE 1 CH-1211 SWITZERLAND
KUTCHIN INVESTMENTS S.A.R.L.                           MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
KUTCHIN INVESTMENTS S.A.R.L.                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE
                                                        LUXEMBOURG L-1331 LUXEMBOURG
KUTCHIN INVESTMENTS S.A.R.L.                           TRANSFEROR: JULIUS BAER MULTIBOND SICAV-JULIUS BAER ABSOLUTE RETURN BOND FUND PLUS ATTN: BRIAN BLESSING/BRIAN BROYLES
                                                        1615 BRETT ROAD, OPS III NEW CASTLE DE 19720
MORGAN STANLEY CREDIT PRODUCTS JAPAN                   TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE
 CO., LTD.                                              LUXEMBOURG L-1331 LUXEMBOURG
MORGAN STANLEY CREDIT PRODUCTS JAPAN                   MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
 CO., LTD.
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL                TRANSFEROR: RESONA BANK, LIMITED ATTN: KIKUKO ITOH/NORIKO OGAWA OTEMACHI FINANCIAL CITY SOUTH TOWER 1-9-7 OTEMACHI, CHIYODA-KU
 2, L.P.                                                TOKYO 100-8104 JAPAN
OAKTREE OPPORTUNITIES FUND VIIIPARALLEL,               TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
 L.P.                                                   333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OCM OPPORTUNITIES FUND VIIB DELAWARE, LP               TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                                        333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OCM OPPORTUNITIES FUND VIIB DELAWARE, LP               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
RAYMOND JAMES & ASSOCIATES, INC.                       ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
RAYMOND JAMES & ASSOCIATES, INC.                       STEPHANIE BUCHEL RAYMOND JAMES FINANCIAL INTERNATIONAL LIMITED BISHOPSGATE COURT 4-12 NORTON FOLGATE LONDON E I 6DB UNITED KINGDOM
RESONA BANK, LIMITED                                   TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: JONATHAN STEIN 880 CARILLON PARKWAY ST. PETERSBURG FL 33716
ROYAL BANK OF SCOTLAND, PLC, THE                       MIDOSUJI LEGAL PROFESSION CORPORATION F20 KASUMIGASEKI BLDG. 3-2-5 KASUMIGASEKI, CHIYODA-KU TOKYO 100-6020 JAPAN
ROYAL BANK OF SCOTLAND, PLC, THE                       TRANSFEROR: FFI FUND LTD. ATTN: RICHARD DALESSIO 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                       TRANSFEROR: FYI LTD. ATTN: RICHARD DALESSIO 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                       TRANSFEROR: OLIFANT FUND, LTD. ATTN: RICHARD DALESSIO 600 WASHINGTON BOULEVARD STAMFORD CT 06901

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:42:35                           LEHMAN BROTHERS HOLDING INC.                                        PAGE:   2
DATE: 04/03/14                                CREDITOR LISTING

Name                         Address
ST. GALLER KANTONALBANK AG   TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ST. LEONHARDSTRASSE 25 ST. GALLEN 9000 SWITZERLAND
TURNPIKE LIMITED             TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                             885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                       BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                       ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., SUTIE 1500 MINNEAPOLIS MN 55437
WELLS FARGO SECURITIES, LLC  TRANSFEROR: UBS AG 375 PARK AVENUE NEW YORK NY 10152

Total Number of Records Printed    45
```