UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
                          Debtors.                             :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 43756, 43764,
                                                                    43778

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 3, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
15th day of April, 2014
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 43756, 43764, 43778_Aff 4-3-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                              Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                             08-13555 (SCC)

                                                                   (Jointly Administered)
        Debtors.

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:
               RSS HOLDINGS LIMITED
               C/O LLOYDS TSB BANK PLC
               ATTN:CORPORATE ACTIONS
               PLACE BEL-AIR 1
               P.O. BOX 5145
               1211 GENEVA 11 SWITZERLAND

Additional:    LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:
               LLYODS TSB BANK PLC
               GENEVA BRANCH
               ATTN: CORPORATE ACTIONS
               PLACE BEL-AIR 1
               GENEVA 11 1211 SWITZERLAND

Transferee:    UNION BANCAIRE PRIVEE, UBP SA
               ATTN: MR. JEAN-BAPTISTE ERATH
               96 RUE DU RHONE
               GENEVE 1204 SWITZERLAND

**Your transfer   of claim #   55505   is defective for the reason(s) checked below:**

Other                                    Claim 55505 is Expunged per Docket No. 22934

Docket Number 43756           Date 03/27/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 3, 2014.

# EXHIBIT B

```
TIME: 14:43:59                                    LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 04/03/14                                          CREDITOR LISTING

Name                                         Address
LLOYDS TSB BANK PLC (GENEVA BRANCH), ON      OMNAMO NARAYANAYA HOLDINGS LTD RH HODGE PLAZA , 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1
 BEHALF OF:                                  ROAD TOWN, TORTOLA    BRITISH VIRGIN ISLANDS
LLOYDS TSB BANK PLC (GENEVA BRANCH), ON      LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11   1211 SWITZERLAND
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON       MR. NITIN JAMNADAS CHAD &/OR MRS. SHOBHA NITIN CHAD PO BOX 251 OM-MUSCAT   OMAN
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON       RSS HOLDINGS LIMITED C/O LLOYDS TSB BANK PLC ATTN:CORPORATE ACTIONS PLACE BEL-AIR 1 P.O. BOX 5145 1211 GENEVA 11   SWITZERLAND
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON       LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11   1211 SWITZERLAND
 BEHALF OF:
UNION BANCAIRE PRIVEE, UBP SA                ATTN: MR. JEAN-BAPTISTE ERATH 96 RUE DU RHONE GENEVE   1204 SWITZERLAND


Total Number of Records Printed        6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC