UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 43352, 43360,
                                                                    43367, 43570, 43582, 43590, 43603,
                                                                    43672-43674, 43688, 43689, 43708,
                                                                    43709, 43712

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 4, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
15th day of April, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
     C/O ALDEN GLOBAL CAPITAL
     CHRIS SCHOLFIELD
     885 THIRD AVENUE
     NEW YORK NY 10022
```

Please note that your claim # 48734-84 in the above referenced case and in the amount of $385,091.99  allowed at $205,253.40     has been transferred **(unless previously expunged by court order)**

```
     TURNPIKE LIMITED
     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     C/O ALDEN GLOBAL CAPITAL
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43712     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/03/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 3, 2014.

# EXHIBIT B

Pg 5 of 6

```
TIME: 10:54:23                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 04/04/14                                         CREDITOR LISTING

Name                                               Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O NEW FINANCE ALDEN SPV 885 THIRD AVENUE 34TH FLOOR
 MASTER FUND, L.P.                                 NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: GOLDMAN, SACHS & CO. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE
 MASTER FUND, L.P.                                 NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: MORGAN STANLEY & CO. LLC ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
BANC OF AMERICA CREDIT PRODUCTS, INC.              TRANSFEROR: LEHMAN BROTHERS ASIA CAPITAL COMPANY C/O BANK OF AMERICA MERRILL LYNCH
                                                   ONE BRYANT PARK 3RD FL; ATTN: GARY S. COHEN/ANTE JAKIC NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.              TRANSFEROR: US BANK NATIONAL ASSOCIATION C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                                   BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
DEEPHAVEN RELATIVE VALUE EQUITY TRADING            C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 LTD.
GOLDMAN SACHS LENDING PARTNERS LLC                 TRANSFEROR: DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                   JERSEY CITY NJ 07302
KNIGHTHEAD (NY) FUND, L.P.                         TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; ATTN: LAURA L. TORRADO, ESQ.
                                                   1140 AVENUE OF THE AMERICAS, 12TH FLR NEW YORK NY 10036
LEHMAN BROTHERS ASIA CAPITAL COMPANY               KPMG, CERTIFIED PUBLIC ACCOUNTANTS ATTN: CARMEN LEE 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL    HONG KONG
PINEY BRANCH PARK INC.                             ROBIN E. KELLER, ESQ. 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
PINEY BRANCH PARK INC.                             C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
PINEY BRANCH PARK INC.                             C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QUINTESSENCE FUND LP                               TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR
                                                   NEW YORK NY 10036
QVT SPECIAL INVESTMENT ONSHORE FUND II             TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR
 LP                                                NEW YORK NY 10036
SOLUS OPPORTUNITIES FUND 1 LP                      TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT; ATTN SOLUS COMPLIANCE OFFICER
                                                   410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                      TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                   410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP                  TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT; ATTN: SOLUS COMPLIANCE OFFICER
                                                   410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                   TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHAN OLIVACCE
                                                   885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10036
TURNPIKE LIMITED                                   TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                                   885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
                                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:54:23                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE:    2
DATE: 04/04/14                                          CREDITOR LISTING

Name                            Address
TURNPIKE LIMITED                TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: THRAN OLIVACCE
                                885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
                                THOMAS O. KELLY III, ESQ. DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET SUITE 1500 MINNEAPOLIS MN 55402
US BANK NATIONAL ASSOCIATION    JOHN STERN US BANCORP CENTER BC-MN-H18T 800 NICOLLET MALL MINNEAPOLIS MN 55402
US BANK NATIONAL ASSOCIATION    JOHN STERN US BANCORP CENTER BC-MN-N18T 800 NICOLLET MALL MINNEAPOLIS MN 55402
US BANK NATIONAL ASSOCIATION    TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR
YORK GLOBAL FINANCE BDH, LLC    NEW YORK NY 10153

Total Number of Records Printed       36
```

EPIQ BANKRUPTCY SOLUTIONS, LLC