**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
                                                          :
**In re**                                                 :          **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :          **08-13555 (SCC)**
                                                          :          **(Jointly Administered)**
                            **Debtors.**                  :
                                                          :
--------------------------------------------------------------------x          **Ref. Docket Nos. 43708-43709**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 4, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
15th day of April, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.

                                                          Case No. 08-13555 (SCC)
                                                          Jointly Administered
                                    Debtors.

_____

## NOTICE OF DEFECTIVE TRANSFER

Seller:        Alden Global Distressed
               Opportunities Master Fund, L.P.
               Attn: Jason Pecora
               885 Third Avenue, 34th Floor
               New York, NY 10022

Purchaser:     Turnpike Limited
               c/o Alden Global Capital
               Attn: Ithran Olivacce
               885 Third Avenue, 34th Floor
               New York, NY 10022

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
    [ ] expunged by court order
    [ ] previously transferred
          By document #
(X) other (specify):  Claim No. 62784 is Withdrawn per Docket No. 43338

Docket Number: 43708

/s/ Lauren Rodriquez
_____
Bankruptcy Services LLC as claims
agent for the debtor(s).

FOR EBS USE ONLY:        This notice was mailed to the seller, purchaser, and debtor(s) counsel by first class
mail, postage prepaid on April 4, 2014.

EXHIBIT B

ALDEN GLOBAL DISTRESSED
OPPORTUNITIES MASTER FUND, L.P.
ATTN: JASON PECORA
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

TURNPIKE LIMITED
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022