

# Sparkasse Hochrhein

Postfach 1755 · 79745 Waldshut - Tiengen

Eqip Bankruptcy Solutions LLC
Attn: Lehman Brothers Hld. Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
United States

Geschäftsstelle Waldshut Stadt
Kaiserstr. 17
79761 Waldshut-Tiengen
www.sparkasse-hochrhein.de

Mike Wiedrich
Vermögensberatung
☎ +49 7751 882-4183
FAX +49 7751 882-4198
mike.wiedrich@sparkasse-hochrhein.de

27. März 2014

**Transfer of claim other than for Security**





PRIORITY
PRIORITAIRE / LUFTPOST



FILED / RECEIVED
APR 02 2014
EPIQ SYSTEMS



Deutsche Post
FRANKIT 3,45 EUR
31.03.14  ID0900018E
Brief
P.P./PRIORITY



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,     Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Marc Gasparic
**Name of Transferee**

Neue Aargauer Bank AG
**Name of Transferor**

Name and Address where notices
to transferee should be sent:

Marc Gasparic
Langmattstr. 2
CH-5314 Kleindöttingen

Court Claim # (if known): 55814
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule 1): _____

Phone: _____
Last Four Digits of Acct #: 9735

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Marc Gasparic_ (signature)     Date: 02 MARCH 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Sparkasse Hochrhein** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55814** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **February 5, 2014.**

**Neue Aargauer Bank AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0267329307 | 55814 | October 29, 2009 | Lehman Brothers Treasury BV | Unit 19 |