B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.  Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

GOLDMAN SACHS LENDING PARTNERS LLC    CVI GVF (LUX) MASTER S.A.R.L.
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 19487
should be sent:                                               Amount of Claim: $580,000,000.00 (allowed)
                                                                      Transferred Amount: $100,000,000.00 (allowed)
30 Hudson Street, 38th Floor                           Date Claim Filed: 9/18/09
Jersey City, NJ 07302                                     Debtor: Lehman Commercial Paper Inc.
Tel. No.: 212-934-3921
Email: gsd.link@gs.com
Attention: Michelle Latzoni

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____ Michelle Latzoni Authorized Signatory    Date: 4/14/14
       Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and accepted:

By: _____                                     Date: _____
       Name of Transferor/Transferor's Agent

14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| GOLDMAN SACHS LENDING PARTNERS LLC | CVI GVF (LUX) MASTER S.A.R.L. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Email: gsd.link@gs.com
Attention: Michelle Latzoni

Court Claim # (if known): <u>19487</u>
Amount of Claim: <u>$580,000,000.00 (allowed)</u>
Transferred Amount: <u>$100,000,000.00 (allowed)</u>
Date Claim Filed: <u>9/18/09</u>
Debtor: <u>Lehman Commercial Paper Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and accepted:

By: _____
    Name of Transferor/Transferor Morrell
    Authorized Signer
    by Carval Investors, LLC
    its attorney-in-fact

Date:  <u>4/14/14</u>

14