B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.    Case No. 08-13555 (JMP) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Lehman Brothers Commercial Corporation Asia Limited (in liquidation) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/Brian Broyles
Email brian.m.blessing@citi.com/
brian.broyles@citi.com
Phone: (302) 324-6660/(302)894-6175
Last Four Digits of Acct #: _____

Court Claim # (if known): 62783
Amount of Claim: $2,084,741,055.00
Amount of Claim Transferred: See attached
Date Claim Filed: 11/2/2009
Phone: +852-21402888
Last Four Digits of Acct#: ____N/A____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Citigroup Financial Products Inc.

By: ____/s/Brian S. Broyles____    Date: ____April 17, 2014____
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

## AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.  **Lehman Brothers Commercial Corporation Asia Limited (in liquidation)** ("Transferor") by and through its joint and several liquidators, Edward Simon Middleton and Patrick Cowley (the "Joint Liquidators" and each a "Joint Liquidator") without personal liability, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Asset Return Deed dated 20 March 2014 and entered into, among others, between the Transferor and the Transferee (as defined below), hereby unconditionally and irrevocably transfers and assigns to **Citigroup Financial Products Inc.** ("Transferee") all right, title and interest in that portion of the claim assigned claim no. 62783 filed by or on behalf of Transferor's predecessor in interest against Lehman Brothers Holdings, Inc. ("LBHI"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), solely to the extent of the securities and in the quantities reflected in the Schedule attached hereto (the "Transferred Claim").

2.  Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

3.  One of the Joint Liquidators has signed this Evidence of Partial Transfer on behalf of all the Joint Liquidators as agents for and on behalf of Transferor and neither they, their firm, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Partial Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Liquidators and shall operate as a waiver of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Partial Transfer, the Joint Liquidators, their firm, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Partial Transfer as if they were a party to it.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __15__ day of _____April_____, 2014.

| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: *(signed)* <br> Name: Patrick Cowley <br> Title: Joint and Several Liquidator <br> For and on behalf of <br> Lehman Brothers Commercial Corporation Asia Limited (in liquidation) acting as its agent and without personal liability <br> c/o KPMG, 8/F Prince's Building <br> 10 Chater Road, Central, Hong Kong | By: *(signed)* <br> Name: Brian S. Broyles <br> Title: Authorized Signatory <br><br> 1615 Brett Road Ops III <br> New Castle, DE 19720 |

A16980876

2

31605406.6
Doc#: US1:9225967v4

## Schedule 1

### Transferred Claims

Proof of Claim Number 62783, solely to the extent of the securities and in the quantities reflected in the Schedule below.

| ISIN/CUSIP | Issuer | Guarantor | Blocking Number | Principal/ Notional Amount | Allowed Amount of Claim Transferred Hereunder | Proof of Claim |
|---|---|---|---|---|---|---|
| XS0319159702 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045606 | $3,570,000 | $3,570,000 | 62783 |
| XS0319159454 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045599 | $4,390,000 | $4,390,000 | 62783 |
| XS0313950031 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045584 | $3,040,000 | $3,040,000 | 62783 |
| XS0313537184 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045585 | $3,590,000 | $3,590,000 | 62783 |
| XS0313536962 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045581 | $3,360,000 | $3,360,000 | 62783 |
| XS0311101652 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045570 | $2,750,000 | $2,750,000 | 62783 |

3

A16980876
31605406.6
Doc#: US1:9225967v4

| | | | | |
|---|---|---|---|---|
| XS0310085062 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045575 | $1,180,000 | $1,180,000 | 62783 |
| XS0309790797 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045561 | $2,570,000 | $2,570,000 | 62783 |
| XS0309186145 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6045563 | $1,740,000 | $1,740,000 | 62783 |

4

A16980876
31605406.6
Doc#: US1:9225967v4