WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                          :    **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (SCC)**
                                                   :
            Debtors.                               :    **(Jointly Administered)**
                                                   :
                                                   :
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE ONE
### HUNDRED SEVENTIETH OMNIBUS OBJECTION TO CLAIMS
### (NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims) [ECF No. 19388] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: April 17, 2014
       New York, New York

                                      /s/ Robert J. Lemons
                                      Robert J. Lemons

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Lehman Brothers Holdings Inc.
                                      and Certain of Its Affiliates

### Exhibit A

### Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| GIOVANNA TODINI | 64323 |

US_ACTIVE:\44465773\1\58399.0008