**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :      Case No. 08-13555 (SCC)
                                                    :
                                  Debtors.    :      Jointly Administered
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

BRETT STONE, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Essex County, State of New Jersey.

2. On April 15, 2014, I caused to be served a true and correct copy of Stonehill's Motion to Re-File Proofs of Claim to Fix Previously Unliquidated Claim Amounts or Alternatively for Leave to File Amended Claims [Docket No. 43988] upon the party on the attached service list via overnight delivery.

3. On April 16, 2014, I caused to be served a true and correct copy of Notice of Filing of Corrected Exhibit 2 to Stonehill's Motion to Re-File Claims [Docket No. 44024] upon the party on the attached service list via electronic mail.

4. On April 17, 2014, I caused to be served a true and correct copy of Notice of Filing of Corrected Exhibit 2 to Stonehill's Motion to Re-File Claims [Docket No. 44024] upon the party on the attached service list via overnight delivery.

Dated: April 17, 2014
        New York, New York

                                    */s/ Brett Stone*
                                    Brett Stone

**<u>Service List</u>**

Garrett Fail, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
garrett.fail@weil.com