UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (SCC)
                                                                       :    (Jointly Administered)
                        Debtors.                                       :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 43331, 43349-
                                                                            43351, 43374, 43388, 43389, 43401,
                                                                            43403, 43410-43413, 43449, 43481,
                                                                            43500, 43501, 43514, 43520, 43523,
                                                                            43604, 43605, 43610-43612, 43616-
                                                                            43640, 43642, 43643, 43645, 43647,
                                                                            43649-43655, 43657, 43658, 43698-
                                                                            43702, 43817-43830

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of April, 2014

/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  AKERS, JOHN F.
     C/O LIQUIDITY SOLUTIONS, INC.
     ONE UNIVERSITY PLAZA, SUITE 312
     HACKENSACK NJ 07601

AKERS, JOHN F.
DECHERT LLP
ATTN: ANDREW J. LEVANDER
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Please note that your claim # 66192-03 in the above referenced case and in the amount of
       $0.00   allowed at $1,448,187.31       has been transferred **(unless previously expunged by court order)**

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AKERS, JOHN F.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43411       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 8, 2014.

# EXHIBIT B

```
TIME: 16:12:52                                    LEHMAN BROTHERS HOLDING INC.                                                  PAGE:    1
DATE: 04/08/14                                         CREDITOR LISTING

Name                                               Address
AKERS, JOHN F.                                     DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
AKERS, JOHN F.                                     C/O LIQUIDITY SOLUTIONS, INC. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 FUND LP                                           NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 FUND LP                                           NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 FUND LP                                           NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,           TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
 L.P.                                              885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
BANC OF AMERICA CREDIT PRODUCTS, INC.              TRANSFEROR: BROAD MARKET XL HOLDINGS LTD (IN OFFICIAL LIQUIDATION) C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                                   ONE BRYANT PARK 3RD FL NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.              TRANSFEROR: LEHMAN BROTHERS ASIA CAPITAL COMPANY C/O BANK OF AMERICA MERRILL LYNCH
                                                   ONE BRYANT PARK 3RD FL; ATTN: GARY S. COHEN/ANTE JAKIC NEW YORK NY 10036
BANQUE PICTET & CIE SA                             TRANSFEROR: CREDIT SUISSE ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73  1211 SWITZERLAND
BROAD MARKET XL HOLDINGS LTD (IN                   ATTN: RICHARD FOGERTY ZOLFO COOPER PO BOX 1102 4TH FLOOR BUILDING 3 CAYMAN FINANCIAL CENTRE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS
 OFFICIAL LIQUIDATION)
CANYON VALUE REALIZATION FUND L.P.                 TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CANYON CAPITAL ADVISORS LLC; ATTN: JONATHAN M. KAPLAN
                                                   2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CANYON-GRF MASTER FUND II, LP                      TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CANYON CAPITAL ADVISORS LLC; ATTN: JONATHAN M. KAPLAN
                                                   2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CCP CREDIT ACQUISITION HOLDINGS, LLC               ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. 375 PARK AVE., 12TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,           ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
 L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,           TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152
 L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,           TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
 L.P.
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: JB EMERGING MARKETS MASTER HEDGE FUND C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III
                                                   NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: JB GLOBAL RATES MASTER HEDGE FUND C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III
                                                   NEW CASTLE DE 19720
CREDIT SUISSE                                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                      RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CVI HH INVESTMENTS LP                              TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS LP                              TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD, 7TH FLOOR
                                                   HOPKINS MN 55343
CVIC II LUX MASTER S.A.R.L.                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DECHERT LLP                                        C/O LIQUIDITY SOLUTIONS, INC. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING             SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 LTD.
DEEPHAVEN INTERNATIONAL VOLATILITY                 C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 STRATEGIES TRADING LTD.
DEEPHAVEN INTL. CONVERTIBLE TRADING LTD.           SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: BNP PARIBAS SECURITIES CORP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                                   JACKSONVILLE FL 32256
EVANS, MARSHA JOHNSON                              DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
EVANS, MARSHA JOHNSON                              C/O LIQUIDITY SOLUTIONS, INC. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
GOLDMAN SACHS LENDING PARTNERS, LLC                TRANSFEROR: DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                   JERSEY CITY NJ 07302
                                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:12:52                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 04/08/14                                              CREDITOR LISTING

Name                                              Address
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                  30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: DEEPHAVEN INTL. CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HERNANDEZ, ROLAND A.                              DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
HERNANDEZ, ROLAND A.                              C/O LIQUIDITY SOLUTIONS, INC. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JB EMERGING MARKETS MASTER HEDGE FUND             C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX   UNITED KINGDOM
JB GLOBAL RATES MASTER HEDGE FUND                 C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX   UNITED KINGDOM
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: AKERS, JOHN F. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: DECHERT LLP ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: EVANS, MARSHA JOHNSON ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: HERNANDEZ, ROLAND A. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: MACOMBER, JOHN D. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LUXOR CAPITAL PARTNERS OFFSHORE MASTER            TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA
 FUND, LP                                         1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036
LUXOR CAPITAL PARTNERS, LP                        TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA
                                                  1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036
LUXOR SPECTRUM OFFSHORE MASTER FUND, LP           TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA
                                                  1114 AVENUE OF TEH AMERICAS, 29TH FLOOR NEW YORK NY 10036
LUXOR WAVEFRONT, LP                               TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA
                                                  1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036
MACOMBER, JOHN D.                                 DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
MACOMBER, JOHN D.                                 C/O LIQUIDITY SOLUTIONS, INC. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MORGAN STANLEY BANK INTERNATIONAL                 TRANSFEROR: REPUBLIC OF PORTUGAL, ACTING THROUGH INSTITUTO DE GESTAO D ATTN: BRIAN CRIPPS 25 CABOT SQUARE CANARY WHARF
 LIMITED                                          LONDON E14 4QW UNITED KINGDOM
OC 19 MASTER FUND, L.P. - LCG                     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA
                                                  1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036
PINEY BRANCH PARK INC.                            ROBIN E. KELLER, ESQ. 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
PINEY BRANCH PARK INC.                            C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
PINEY BRANCH PARK INC.                            C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT SPECIAL INVESTMENT OFFSHORE FUND II           TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR
 LP                                               NEW YORK NY 10036
REPUBLIC OF PORTUGAL, ACTING THROUGH              E DO DREDITO PUBLICO IP ATTN: DAVID DYKHOUSE C/O PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS
 INSTITUTO DE GESTAO DE TESOURARIA                NEW YORK NY 10036-6710
ROYAL BANK OF SCOTLAND, PLC, THE                  C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
THE CANYON VALUE REALIZATION MASTER               TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CANYON CAPITAL ADVISORS LLC; ATTN: JONATHAN M. KAPLAN
 FUND, L.P.                                       2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067


Total Number of Records Printed       66                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```