UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                       Debtors.                                  :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 43496, 43497,
                                                                      43756, 43764

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of April, 2014
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 43496, 43497, 43756, 43764_Aff 4-8-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   MORGAN STANLEY MORTGAGE SERVICING LIMITED
              ATTN: PATRICK SCIARRONE
              25 CABOT SQUARE
              CANARY WAHRF, FL. 5
              LONDON E14 4QA UNITED KINGDOM

Additional:   MORGAN STANLEY MORTGAGE SERVICING LIMITED
              BRIAN TRUST
              MAYER BROWN LLP
              1675 BROADWAY
              NEW YORK NY 10019

Transferee:   MSREF TURQUE S.A.R.L.
              64, AVENUE DE LA LIBERTE
              LUXEMBOURG L-1930 LUXEMBOURG

**Your transfer** of claim # 28323 is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 43497        Date 03/10/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 8, 2014.

# EXHIBIT B

```
TIME: 16:13:34                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 04/08/14                                                CREDITOR LISTING

Name                                            Address
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON          MR. NITIN JAMNADAS CHAD &/OR MRS. SHOBHA NITIN CHAD PO BOX 251 OM-MUSCAT  OMAN
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON          RSS HOLDINGS LIMITED C/O LLOYDS TSB BANK PLC ATTN:CORPORATE ACTIONS PLACE BEL-AIR 1 P.O. BOX 5145 1211 GENEVA 11    SWITZERLAND
 BEHALF OF:
LLYODS TSB BANK PLC(GENEVA BRANCH), ON          LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
 BEHALF OF:
MORGAN STANLEY MORTGAGE SERVICING               ATTN: PATRICK SCIARRONE 25 CABOT SQUARE CANARY WAHRF, FL. 5 LONDON  E14 4QA UNITED KINGDOM
 LIMITED
MORGAN STANLEY MORTGAGE SERVICING               BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
 LIMITED
MSREF TURQUE S.A.R.L.                           64, AVENUE DE LA LIBERTE LUXEMBOURG  L-1930 LUXEMBOURG
UNION BANCAIRE PRIVEE, UBP SA                   ATTN: MR. JEAN-BAPTISTE ERATH 96 RUE DU RHONE GENEVE  1204 SWITZERLAND


Total Number of Records Printed                 7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC