UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (SCC)
                                                              :    (Jointly Administered)
                            Debtors.                          :
                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 43325, 43327-
                                                                   43330, 43361, 43362, 43375, 43376,
                                                                   43522, 43559, 43706, 43707, 43711,
                                                                   43778, 43831-43833, 43835-43839,
                                                                   43919, 43924, 43929, 43930

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 9, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     /s/ Lauren Rodriguez
                                                     Lauren Rodriguez

Sworn to before me this
17th day of April, 2014
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 43325, 43327-43330...43924, 43929, 43930_AFF_4-9-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL
     CHRIS SCHOFIELD
     ALDEN GLOBAL CAPITAL
     885 THIRD AVENUE
     NEW YORK NY 10022
```

Please note that your claim # 62901-15 in the above referenced case and in the amount of
    $166,286.44  allowed at $136,556.86    has been transferred **(unless previously expunged by court order)**

```
     TURNPIKE LIMITED
     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     C/O ALDEN GLOBAL CAPITAL
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43706   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/09/2014                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 9, 2014.

# EXHIBIT B

```
TIME: 13:30:49                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 04/09/14                                         CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: BARCLAYS BANK PLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: ILLIQUIDX LTD. 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: ITHRAN OLIVACCE C/O NEW FINANCE ALDEN SPV 885 THIRD AVE 34TH FL NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: METHOD INVESTMENT AND ADVISORY ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: ODDO & CIE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
BEDROK SECURITIES LLC                    TRANSFEROR: OAKTREE HUNTINGTON INVESTMENT FUND, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                    TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIII, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                    TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                    TRANSFEROR: OAKTREE OPPORTUNITIES FUND VIIIPARALLEL, L.P. ATTN: ROBERT HEALEY 1-5 CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM
BEDROK SECURITIES LLC                    TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
BEDROK SECURITIES LLC                    TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: RICK CAPLAN 555 THEODORE FREMD AVENUE, SUITE C-301 RYE NY 10580
CBA VITA SPA                             ATTN: MR. BIAGIO MASSI VIA VITTOR PISANI, 13 MILANO 20124 ITALY
CBA VITA SPA                             16/F TOWER 1 GRAND CENTRAL PLAZA 138 SHATIN RURAL COMMITTEE ROAD SHATIN  HONG KONG
CHOW MAN YAN                             PAUL, WEISS, RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA      ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIBANK PRIVATKUNDEN AG & CO. KGAA      TRANSFEROR: BEDROK SECURITIES LLC ATTN: ASHWINEE SAWH ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM
CREDIT SUISSE INTERNATIONAL              TRANSFEROR: BEDROK SECURITIES LLC ATTN: ROBERT HEALEY 1-5 CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM
CREDIT SUISSE INTERNATIONAL              TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD, 7TH FLOOR HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: TERI SALBERT 9320 EXCELSIOR BOULEVARD, 7TH FLOOR HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CITIGROUP ALTERNATIVE INVESTMENTS ATTN: JUDITH OTTENSOSER 399 PARK AVENUE, 7TH FLOOR
D-STAR LTD.                              NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR
                                         NEW YORK NY 10005
```

```
TIME: 13:30:49                                          LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    2
DATE: 04/09/14                                               CREDITOR LISTING

Name                                               Address
DEUTSCHE BANK AG, LONDON                           TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                           TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                           TRANSFEROR: MAP 139 SEGREGATED PORTFOLIO OF LMA SPC ATTN: RICH VICHAIDITH; C/O DEUTSCHE BANK SECURITIES INC 60 WALL ST., 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                           TRANSFEROR: MAP 139 SEGREGATED PORTFOLIO OF LMA SPC ATTN: RICH VICHAIDITH; C/O DEUTSCHE BANK SECURITIES INC. 60 WALL ST., 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                           TRANSFEROR: VENOR CAPITAL MASTER FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: D-STAR LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                                   JACKSONVILLE FL 32256
ILLIQUIDX LLP                                      TRANSFEROR: UNION BANCAIRE PRIVEE
ILLIQUIDX LLP                                      TRANSFEROR: UNION BANCAIRE PRIVEE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM
J.P. MORGAN SECURITIES PLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LLOYDS TSB BANK PLC (GENEVA BRANCH), ON            LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND
BEHALF OF:
LLOYDS TSB BANK PLC (GENEVA BRANCH), ON            OMNAMO NARAYANAYA HOLDINGS LTD RH HODGE PLAZA , 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1
BEHALF OF:                                         ROAD TOWN, TORTOLA  BRITISH VIRGIN ISLANDS
LLYODS TSB BANK PLC(GENEVA BRANCH), ON             LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND
BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON             OMNAMO NARAYANAYA HOLDINGS LTD RH HODGE PLAZA , 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1
BEHALF OF:                                         ROAD TOWN, TORTOLA  BRITISH VIRGIN ISLANDS
MERRILL LYNCH INTERNATIONAL                        TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA P.O. BOX 185 PATTAYA POST OFFICE CHONBURI 20260 THAILAND
MR. WINFRIED BACH                                  TRANSFEROR: CBA VITA SPA ATTN: ROBERT DINWIDDIE 2 KING EDWARD STREET LONDON EC1A IHQ UNITED KINGDOM
OAKTREE HUNTINGTON INVESTMENT FUND, LP             TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                                   333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OAKTREE OPPORTUNITIES FUND VIII, LP                TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                                   333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OCM OPPORTUNITIES FUND VIIB, LP                    TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                                   333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OCM OPPORTUNITIES FUND VIIB, PARALLEL,             TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
L.P.                                               333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
PINEY BRANCH PARK INC.                             LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
PINEY BRANCH PARK INC.                             C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FL NEW YORK NY 10036
QUINTESSENCE FUND LP                               TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR
                                                   NEW YORK NY 10036
QVT SPECIAL INVESTMENT OFFSHORE FUND II            TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR
LP                                                 NEW YORK NY 10036
QVT SPECIAL INVESTMENT ONSHORE FUND II             TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR
LP                                                 NEW YORK NY 10036
STANDARD CHARTERED BANK (HONG KONG)                TRANSFEROR: CHOW MAN YAN 21/F, STANDARD CHARTERED TOWER KWUN TONG ROAD  388 HONG KONG
LIMITED
TURNPIKE LIMITED                                   TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL
                                                   885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                   TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                                   885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UNION BANCAIRE PRIVEE                              ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1 1211 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA                      TRANSFEROR: LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF: ATTN: MR. JEAN-BAPTISTE ERATH 96 RUE DU RHONE GENEVE 1204 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA                      TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: ATTN: MR. JEAN-BAPTISTE ERATH 96 RUE DU RHONE GENEVE 1204 SWITZERLAND

Total Number of Records Printed     66                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```