UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                              :      Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :      08-13555 (SCC)
                                                   :      (Jointly Administered)
           Debtors.                                :
                                                   :
------------------------------------------------------------------x      Ref. Docket Nos. 43294, 43305,
                                                          43501, 43541, 43607, 43608, 43664-
                                                          43667, 43711, 43717, 43864, 43941,
                                                          43942, 43945-43947, 43950-43955

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 10, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
18th day of April, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 43294, 43305, 43501...43947, 43950-43955_AFF_4-10-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
         TRANSFEROR: ILLIQUIDX LLP
         C/O ALDEN GLOBAL CAPITAL
         ATTN: CHRIS SCHOLFIELD
         885 THIRD AVENUE
         NEW YORK NY 10022
```

Please note that your claim # 62750-14 in the above referenced case and in the amount of $162,508.24   allowed at $162,968.26    has been transferred (**unless previously expunged by court order**)

```
         TURNPIKE LIMITED
         TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
         C/O ALDEN GLOBAL CAPITAL
         ATTN: ITHRAN OLIVACCE
         885 THIRD AVENUE, 34TH FLOOR
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43711    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/10/2014                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 10, 2014.

08-13555-mg    Doc 44039    Filed 04/18/14    Entered 04/18/14 17:16:15    Main Document
Pg 4 of 6

EXHIBIT B

```
TIME: 13:43:54                                              LEHMAN BROTHERS HOLDING INC.                                                                PAGE:     1
DATE: 04/10/14                                                    CREDITOR LISTING

Name                                                Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
   MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
   MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: ODDO & CIE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
   MASTER FUND, L.P.
BANC OF AMERICA CREDIT PRODUCTS, INC.               TRANSFEROR: LEHMAN BROTHERS ASIA CAPITAL COMPANY C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY S. COHEN/ANTE JAKIC
                                                    BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.               TRANSFEROR: WELLS FARGO & COMPANY C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC
                                                    BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA MONTE DEI PASCHI DI SIENA S.P.A.              ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK JULIUS BAER & CO. LTD.                         TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH   8010 SWITZERLAND
BARCLAYS BANK PLC                                   ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                          TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                    NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: JB EMERGING MARKETS MASTER HEDGE FUND C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III
                                                    NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: JB GLOBAL RATES MASTER HEDGE FUND C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III
                                                    NEW CASTLE DE 19720
CREDIT SUISSE                                       ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    PARADEPLATZ 8 ZURICH   CH-8001 SWITZERLAND
CVI CVF II LUX SECURITIES TRADING                   TRANSFEROR: GOLDMAN, SACHS & CO. CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
   S.A.R.L.
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: SL TRADE CLAIM I LLC ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
GARLAND BUSINESS CORPORATION                        TRANSFEROR: MIFCOR VIA ESPANA EDIFICIO REPUBLIC PANAMA 15 FL PANAMA
GIULIANO LONGA                                      TRANSFEROR: CREDIT SUISSE AG AHORNWEG 10 HETTLINGEN CH-8442 SWITZERLAND
GOLDMAN SACHS LENDING PARTNERS, LLC                 TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                                TRANSFEROR: CVI CVF II LUX SECURITIES TRADING S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                    NEW YORK NY 10022
HYPOSWISS PRIVATBANK AG                             SCHUTZENGASSE 4 ZURICH   CH-8021 SWITZERLAND
ILLIQUIDX LLP                                       TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES LLC                          TRANSFEROR: GARLAND BUSINESS CORPORATION ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LAMORAK ADVISORS, LLC                               TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS
                                                    NEW YORK NY 10036-8704
MERRILL LYNCH INTERNATIONAL                         TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON   ECIA IHQ UNITED KINGDOM
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.            TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR
                                                    CHARLOTTE NC 28255
MIFCOR                                              ALBERT NASSER 14 QUAI DU SEUJET 1201 GENEVE   SWITZERLAND
NEWPORT OVERSEAS HOLDINGS, INC.                     C/O INVERSIONES BAHIA ATTN: ALBERTO MOTTA JR. P.O. BOX 527948 MIAMI FL 33152
PANNING MASTER FUND, LP                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVE., 24TH FLOOR
                                                    NEW YORK NY 10022
                                                    MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
SL TRADE CLAIM I LLC                                TRANSFEROR: SERENGETI LYCAON MM LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SL TRADE CLAIM I LLC                                TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                                    NEW YORK NY 10012
ST. GALLER KANTONALBANK AG                          TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN   9000 SWITZERLAND
STERNE AGEE UK LLP                                  TRANSFEROR: NEWPORT OVERSEAS HOLDINGS, INC. 11 BRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM

                                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:43:54                               LEHMAN BROTHERS HOLDING INC.                                    PAGE:     2
DATE: 04/10/14                                    CREDITOR LISTING

Name                       Address
TURNPIKE LIMITED           TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE
                           NEW YORK NY 10022
TURNPIKE LIMITED           TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                           885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
VARDE FUND IX LP, THE      TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE      TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE    TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP  TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WINGSPAN MASTER FUND, LP   DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
WINGSPAN MASTER FUND, LP   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O WINGSPAN INVESTMENT MANAGEMENT L.P. ATTN: PETER BIO
                           650 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10022


Total Number of Records Printed       50
```

EPIQ BANKRUPTCY SOLUTIONS, LLC