UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (SCC)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 43484, 43551,
                                                                 43552, 43715, 43720

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 10, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   /s/ *Lauren Rodriguez*
                                                   Lauren Rodriguez

Sworn to before me this
18th day of April, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 43484, 43551, 43552, 43715, 43720_Aff 4-10-14.doc

# EXHIBIT A

08-13555-mg Doc 44040 Filed 04/18/14 Entered 04/18/14 17:17:58 Main Document Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   UNIONE DI BANCHE ITALIANE SCPA
              ATTENTION: LUCA BONZANINI
              AREA AFFARI LEGALI E CONTENZIOSO
              PIAZZA V. VENETO N. 8
              BERGAMO 24121 ITALY

Additional:   UNIONE DI BANCHE ITALIANE SCPA
              ALLEN & OVERY
              ATTN: CRAIG BYRNE
              VIA MANZONI, 41-43
              MILANO 20121 ITALY

Transferee:   BANCA FINNAT
              ATTN: NICOLA TEDOLDI
              PIAZZA DEL GESU, 46
              ROMA 00186 ITALY

Your transfer of claim # 56677-07 is defective for the reason(s) checked below:

Other                              Need clarification on transfer amount.

Docket Number 43720        Date 03/14/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 10, 2014.

# EXHIBIT B

```
TIME: 13:44:51                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 04/10/14                                         CREDITOR LISTING

Name                                 Address
AKTIA BANK PLC                       FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI  FIN-00100 FINLAND
BANCA FINNAT                         ATTN: NICOLA TEDOLDI PIAZZA DEL GESU, 46 ROMA  00186 ITALY
BANK J. SAFRA SARASIN LTD.           BAER & KARRER LTD., ATTN. PETER HSU BRANDSCHENKESTRASSE 90 ZURICH  CH-8027 SWITZERLAND
BANK J. SAFRA SARASIN LTD.           CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS  75008 FRANCE
CREDIT SUISSE AG, HONG KONG BRANCH   ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE  039393 SINGAPORE
SWISSQUOTE BANK SA                   CASE POSTALE 319 ATTN: NOZHA OVERGHI CHEMIN DE LA CRETAUX 33 GLAND  CH-1196 SWITZERLAND
UBS AG                               ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
UBS SECURITIES LLC                   ATTN: CRAIG PEARSON 677 WASHINGTON BLVD. STAMFORD CT  06901
UNIONE DI BANCHE ITALIANE SCPA       ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO  24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA       ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY

Total Number of Records Printed          10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC