UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (SCC)
                                                                       :    (Jointly Administered)
                            Debtors.                                   :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 43524-43526,
                                                                            43529, 43609, 43733, 43753, 43754,
                                                                            43794, 43795, 43806-43810, 43812-
                                                                            43814, 43960-43964

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  */s/ Lauren Rodriguez*
                                                                  Lauren Rodriguez

Sworn to before me this
18th day of April, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANC OF AMERICA CREDIT PRODUCTS, INC.
      TRANSFEROR: LEHMAN BROTHERS ASIA CAPITAL COMPANY
      C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY S. COHEN/ANTE JAKIC
      BANK OF AMERICA TOWER - 3RD FLOOR
      ONE BRYANT PARK
      NEW YORK NY 10036
```

Please note that your claim # 58352-22 in the above referenced case and in the amount of
    $17,712,141.65   allowed at $17,384,000.00         has been transferred (unless previously expunged by court order)

```
      CANYON BALANCED MASTER FUND, LTD.
      TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
      C/O CANYON CAPITAL ADVISORS LLC; ATTN JONATHAN M. KAPLAN
      2000 AVENUE OF THE STARS, 11TH FLOOR
      LOS ANGELES CA 90067
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43609    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/11/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 11, 2014.

EXHIBIT B

```
TIME: 13:14:38                                    LEHMAN BROTHERS HOLDING INC.                                             PAGE: 1
DATE: 04/11/14                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ABN AMRO BANK N.V. | TRANSFEROR: SEUREN, PIETER A.M. SECURITIES OPERATIONS/CA/MF7040 KEMELSTEDE2 BREDA  4817ST NETHERLANDS |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS ASIA CAPITAL COMPANY C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)   20080 ITALY |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD SUITE 971, EUROPORT, PO BOX 524 GIBRALTAR  GIBRALTAR |
| BNP PARIBAS (SUISSE) SA | F/K/A FORTIS BANQUE (SUISSE) SA 2 PLACE DE HOLLANDE GENEVA 11  CH-1211 SWITZERLAND |
| BSI BANK SA, LUGANO | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ATTN: ANDREA FERRARI CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO   6900 SWITZERLAND |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CANYON CAPITAL ADVISORS LLC; ATTN JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: IAN JACKSON JAXCA NOTIFICATIONS, GLOBAL BUSINESS 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: IAN JACKSON JAXCA NOTIFICATIONS, GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS, GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS, GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HLTS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JM KERKHOF | TRANSFEROR: BNP PARIBAS (SUISSE) SA 75BIS RUE DE ENTREPRENEURS PARIS  75015 FRANCE |
| JPMORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MATT SELTZER 477 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | EVER BLESSED HOLDING INV ROAD TOWN PASEA ESTATE TORTOLA   BRITISH VIRGIN ISLANDS |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | RICAZA INVESTMENTS LTD. RG HODGE PLAZA, 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1 ROAD TOWN, TORTOLA   BRITISH VIRGIN ISLANDS |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | WALIBI FINANCIAL HOLDINGS 7 RUE DU RHONE GENEVA   1204 SWITZERLAND |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVE., 24TH FLOOR NEW YORK NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O PANNING CAPITAL MANAGEMENT, LP ATTN: ROBERT BOWERS 50 MADISON AVE., 24TH FLOOR NEW YORK NY 10022 |
| SEUREN, PIETER A.M. | MP1 WUNDTLAAN 1 NIJMEGEN   6525 XD NETHERLANDS |
| UNION BANCAIRE PRIVEE | ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1   1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD. RUE DU RHONE 96-98 - CP 1320 GENEVA  CH-1211 SWITZERLAND |

```
                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:14:38                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 2
DATE: 04/11/14                                         CREDITOR LISTING

Name                              Address
UNION BANCAIRE PRIVEE, UBP SA     TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: RUE DU RHONE 96-98 - CP 1320 GENEVA 1  CH-1211 SWITZERLAND
YECHIEL, SHILLO                   TRANSFEROR: UNION BANCAIRE PRIVEE 12 ALEXANDRONI STREET RAMAT GAN  ISRAEL

Total Number of Records Printed    40

                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```