UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 43751, 43752,
                                                                       43755, 43958, 43959

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
18th day of April, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 43751, 43752, 43755, 43958, 43959_Aff 4-11-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   UNIONE DI BANCHE ITALIANE SCPA
              ATTENTION: LUCA BONZANINI
              AREA AFFARI LEGALI E CONTENZIOSO
              PIAZZA V. VENETO N. 8
              BERGAMO 24121 ITALY


Additional:   UNIONE DI BANCHE ITALIANE SCPA
              ALLEN & OVERY
              ATTN: CRAIG BYRNE
              VIA MANZONI, 41-43
              MILANO 20121 ITALY




Transferee:   BANCA FINNAT
              ATTN: NICOLA TEDOLDI
              PIAZZA DEL GESU, 49
              ROMA 00186 ITALY


**Your transfer   of claim #   56677-07   is defective for the reason(s) checked below:**

Other                                  Need clarification on transfer amount.




Docket Number 43720          Date 03/14/14

/s/ Lauren Rodriguez
---
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 11, 2014.

# EXHIBIT B

```
TIME: 13:41:09                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 04/11/14                                         CREDITOR LISTING

Name                                              Address
BANCA FINNAT                                      ATTN: NICOLA TEDOLDI PIAZZA DEL GESU, 49 ROMA   00186 ITALY
GOLDMAN SACHS LENDING PARTNERS LLC                ATTN: J.D. PERONE C/O GOLDMAN, SACHS & CO. 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
HLF LP                                            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLF LP                                            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
                                                  DR.KRISHNA GILL &/OR DR.BHAGWANT SINGH GILL P.O. BOX 6296 AE-SHARJAH   UNITED ARAB EMIRATES
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON
BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON            LUIS BAMEULE DR. EDUARDO MADERO 1555, MARTINEZ BUENOS AIRES  1640 ARGENTINA
BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON            MR. VALERIJONAS SEIVALOS JUNIOR CAIXA POSTAL 37714 RIO DE JANEIRO  22640-970 BRAZIL
BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON            RULA HANNOUN BEHIND AL TAYER MOTORS SHOWROOM, AL QUOS AREA P.O. BOX 71513 DUBAI    UNITED ARAB EMIRATES
BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON            LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON            LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
BEHALF OF:
UNION BANCAIRE PRIVEE, UBP SA                     RUE DU RHONE 96-98 - CP 1320 GENEVA   CH-1211 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA                     RUE DU RHONE 96-98 - CP 1320 GENEVA 1  CH-1211 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA                    ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO  24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA                    ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY

Total Number of Records Printed      15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC