UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
                                                     :

In re                                            :      Chapter 11 Case No.
                                                :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    08-13555 (SCC)
                                              :    (Jointly Administered)

                    Debtors.             :

                                                  :
-----------------------------------------------------------------------------x   **Ref. Docket Nos. 43500, 43759-43762, 43765, 43766, 43768, 43770, 43773, 43774, 43776, 43777, 43779-43782, 43784-43786, 43796, 43797, 43803**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK   )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 14, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
18th day of April, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 43500, 43759-43762...43796, 43797, 43803_AFF_4-14-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (SCC)

                                               |    (Jointly Administered)

            Debtors.                           |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim

    To:    DEUTSCHE BANK AG, LONDON
           TRANSFEROR: SILVER POINT CAPITAL FUND, LP
           ATTN: IAN JACKSON
           JAXCA NOTIFICATIONS, GLOBAL BUSINESS
           5022 GATE PARKWAY, SUITE 200
           JACKSONVILLE FL 32256

Please note that your claim # 42895-03 in the above referenced case and in the amount of
        $1,613,214.00  allowed at $1,619,411.21        has been transferred **(unless previously expunged by court order)**

           JPMORGAN SECURITIES PLC
           TRANSFEROR: DEUTSCHE BANK AG, LONDON
           ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
           383 MADISON AVENUE - FLOOR 37
           NEW YORK NY 10179

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 43796      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/14/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 14, 2014.

EXHIBIT B

```
TIME: 12:24:42                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 04/14/14                                         CREDITOR LISTING

Name                                      Address
DEUTSCHE BANK AG, LONDON                  TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: IAN JACKSON JAXCA NOTIFICATIONS, GLOBAL BUSINESS 5022 GATE PARKWAY, SUITE 200
                                          JACKSONVILLE FL 32256
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                          JACKSONVILLE FL 32256
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                          NEW YORK NY 10022
J.P. MORGAN SECURITIES LLC                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                   TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179

Total Number of Records Printed    9
```