UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (SCC)
                                                           :    (Jointly Administered)
                    Debtors.                               :
                                                           :
------------------------------------------------------------x   Ref. Docket Nos. 43549 & 43838


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 14, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
18th day of April, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: SILVER POINT CAPITAL FUND, LP
              JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES
              5022 GATE PARKWAY, SUITE 200
              JACKSONVILLE FL 32256

Additional:

Transferee:   J.P. MORGAN SECURITIES PLC
              ATTN: JEFFREY L. PANZO
              MAIL CODE: NYI-M138
              383 MADISON AVENUE, FLOOR 37
              NEW YORK NY 10179

Your transfer   of claim #   58781-09   is defective for the reason(s) checked below:

Other                                   Nominal Amt is 500.00 EUR for ISIN XS0271201484

Docket Number 43838          Date 03/28/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 14, 2014.

EXHIBIT B

```
TIME: 12:41:02                          LEHMAN BROTHERS HOLDING INC.                                                PAGE:  1
DATE: 04/14/14                                CREDITOR LISTING

Name                              Address
DEUTSCHE BANK AG, LONDON BRANCH   TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                  JACKSONVILLE FL 32256
J.P. MORGAN SECURITIES PLC        ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

| | |
|---|---|
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) 8TH FLOOR, PRINCE'S BUILDING 10 CHATEL' ROAD CENTRAL, HONG KONG |