UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                                                      :
In re                                                                 :    Chapter 11 Case No.
                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :    08-13555 (SCC)
                                                                      :    (Jointly Administered)
              Debtors.                                                :
                                                                      :
----------------------------------------------------------------------x    Ref. Docket Nos.43549, 43606,
                                                                           43702, 43703, 43798, 43800, 43802,
                                                                           43837, 43841, 43842, 43844, 43845,
                                                                           43848-43850, 43852, 43853, 43858,
                                                                           43859, 43861, 43863, 43865, 43895,
                                                                           43907, 43910, 43912, 43913, 43922,
                                                                           43923

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 15, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
18th day of April, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 43549, 43606, 43702...43913, 43922, 43923_AFF_4-15-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
          TRANSFEROR: J.P. MORGAN SECURITIES PLC
          C/O ALDEN GLOBAL CAPITAL
          ATTN: ITHRAN OLIVACCE
          885 THIRD AVENUE, 34TH FLOOR
          NEW YORK NY 10022

Please note that your claim # 43381-02 in the above referenced case and in the amount of $145,419.00   allowed at $144,959.92   has been transferred **(unless previously expunged by court order)**

          TURNPIKE LIMITED
          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
          C/O ALDEN GLOBAL CAPITAL
          ATTN: ITHRAN OLIVACCE
          885 THIRD AVENUE, 34TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43703   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/15/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 15, 2014.

EXHIBIT B

```
TIME: 12:59:17                                           LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 04/15/14                                                 CREDITOR LISTING

Name                                                   Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                  TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
BIMINI INVESTMENTS S.A.R.L.                            C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
BIMINI INVESTMENTS S.A.R.L.                            TRANSFEROR: MACQUARIE BANK LIMITED ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESS CHARLOTTE LUXEMBOURG L-1331           LUXEMBOURG
BIMINI INVESTMENTS S.A.R.L.                            TRANSFEROR: MACQUARIE BANK LIMITED ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE LUXEMBOURG L-1331          LUXEMBOURG
BIMINI INVESTMENTS S.A.R.L.                            TRANSFEROR: MACQUARIE BANK LIMITED ATTN: JEROME DEVILLET 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE LUXEMBOURG, L-1331         LUXEMBOURG
BROOKSIDE CAPITAL PARTNERS FUND, L.P.                  111 HUNTINGTON AVENUE BOSTON MA 02199
CITIGROUP FINANCIAL PRODUCTS INC.                      TRANSFEROR: EUROSAIL-UK 2007-6NC PLC ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CVI AA LUX MASTER SARL                                 TRANSFEROR: BROOKSIDE CAPITAL PARTNERS FUND, L.P. C/O CARVAL INVESTORS UK LTD 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                       LONDON W1F 9LT UNITED KINGDOM
CVI AA LUX MASTER SARL                                 TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O CARVAL INVESTORS UK LTD 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                       LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                        TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                                       JACKSONVILLE FL 32256
DEUTSCHE BANK AG, LONDON BRANCH                        TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                                       JACKSONVILLE FL 32256
HYPOSWISS PRIVATE BANK GENEVE SA                       7 RUE DES ALPES GENEVE 1 CH-1211 SWITZERLAND
ILLIQUIDX LLP                                          TRANSFEROR: VONDER, J & L & N ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN SECURITIES PLC                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
LEHMAN BROTHERS COMMERCIAL CORPORATION                 TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL     HONG KONG
 ASIA LIMITED (IN LIQUIDATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                 (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                 PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                 LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
MACQUARIE BANK LIMITED                                 ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: COAL STAFF SUPERANNUATION SCHEME TRUSTEES LIMITED ACTING
                                                       AS TRUSTEES OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (103285) ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: COAL STAFF SUPERANNUATION SCHEME TRUSTEES ACTING AS TRUSTEE OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (100808)
                                                       ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: GOLDMAN SACHS FUNDS SICAV - GS GLOBAL CURRENCY PORTOLIO (105077) ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GLOBAL
                                                       LIBOR ALPHA CAYMAN UNIT TRUST, IN RESPECT OF ITS SUB-TRUST GMT LIBOR ALPHA CAYMAN UNIT TRUST (103001) ATTN: SHAUN GEMBALA
                                                       125 WEST 55TH ST NEW YORK NY 10019
MACQUARIE BANK LIMITED                                 TRANSFEROR: TRUSTEES OF THE SERCO PENSION AND LIFE ASSURANCE SCHEME (103184), THE ATTN: SHAUN GEMBALA 125 WEST 55TH ST
                                                       NEW YORK NY 10019
ROCKVIEW TRADING, LTD                                  C/O ROCKVIEW MANAGEMENT LLC METRO CENTER ONE STATION PLACE STAMFORD CT 06902
ROCKVIEW TRADING, LTD                                  JAMES MOORE DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
SEAPORT GROUP EUROPE LLP, THE                          TRANSFEROR: ROCKVIEW TRADING, LTD ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM
ST. GALLER KANTONALBANK AG - SUCURSAL EM               TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: MRS SILVIA LEAL AV DA LIBERDADE 190-5 1250 - 147 LISBOA   PORTUGAL
 PORTUGAL
TSVE CAPITAL, LLC                                      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
TURNPIKE LIMITED                                       TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                                       885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
VONDER, J & L & N                                      BERNHARDHOF 11 APELDOORN 7315 CD NETHERLANDS

Total Number of Records Printed                        36                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```