UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                           :

In re                          :      Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (SCC)
                               :   (Jointly Administered)

            Debtors.            :
                               :

-------------------------------------------------------------------------x  Ref. Docket Nos. 42354, 43408,
                                   43528, 43561, 43613, 43614, 43661,
                                   43662, 43668-43671, 43706, 43707,
                                   43757, 43758, 43794, 43797, 43805,
                                   43811, 43815, 43816, 43838, 43853,
                                   43891, 43892, 43894, 43914, 43915,
                                   43927, 43928, 43933, 43935, 43939,
                                   43968

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On April 16, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
18th day of April, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                      Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                     08-13555 (SCC)

                                                           (Jointly Administered)

                        Debtors.

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
                 TRANSFEROR: GOLDMAN SACHS & CO.
                 C/O ALDEN GLOBAL CAPITAL
                 ATTN: CHRIS SCHOLFIELD
                 885 THIRD AVE
                 NEW YORK NY 10022

Please note that your claim # 60638-12 in the above referenced case and in the amount of
        $1,831,980.60  allowed at $1,217,773.44      has been transferred (unless previously expunged by court order)

            TURNPIKE LIMITED
            TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P
            C/O ALDEN GLOBAL CAPITAL
            ATTN: ITHRAN OLIVACCE
            885 THIRD AVENUE, 34TH FLOOR
            NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 43707      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2014                                    Vito Genna, Clerk of Court

                                                    /s/ Lauren Rodriguez

                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2014.

EXHIBIT B

TIME: 15:23:15
DATE: 04/16/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HLF LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC / GARY S. COHEN / RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESCH/RON TOROK/RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA AKROS SPA | VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA PROFILO S.P.A. | CORSO ITALIA, 49 MILAN 20122 ITALY |
| BARCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1 DESIO (MI) 20033 ITALY |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA SINGAPORE 048619 SINGAPORE |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: NEUE AARGAUER BANK AG ATTN: ANNE PARIS-CORPORATE ACTIONS CASA POSTALE 300 LAUSANNE 1001 SWITZERLAND |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: NEUE AARGAUER BANK AG ATTN: ANNE PARIS-CORPORATE ACTIONS CASA POSTALE 300 LAUSANNE 1001 SWITZERLAND |
| BARCLAYS BANK PLC | JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: RAYMOND JAMES & ASSOCIATES, INC. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BSI BANK SPA | TRANSFEROR: RBS COUTTS BANK AG BSI SA ATTN: ANDREA FERRARI CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO 6900 SWITZERLAND |
| CHOW MAN YAN | 16/F TOWER 1 GRAND CENTRAL PLAZA 138 SHATIN RURAL COMMITTEE ROAD SHATIN, NT HONG KONG |
| CREDIT SUISSE ITALY S.P.A. | TRANSFEROR: BANCA AKROS SPA ATTN: UFFICIO MASTER DATA VIA SANTA MARGHERITA, 3 MILANO 20121 ITALY |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| DC BANK | TRANSFEROR: VALIANT PRIVATBANK AG ATTN: ELVIRA LEUENBERGER KOCHERGASSE 6 BERN 7 3000 SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: IAN JACKSON JAXCA NOTIFICATIONS, GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NAPIER PARK DISTRESSED DEBT OPPORTUNITY MASTER FUND LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200 JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ULTRA MASTER LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: JEFFREY L. PANZO ATTN: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, - FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JEFFERIES INTERNATIONAL LIMITED | TRANSFEROR: BANCA PROFILO S.P.A. VINTNERS PLACE 68 UPPER THAMES STREET EC4V3BJ UNITED KINGDOM |
| JPMORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| NAPIER PARK DISTRESSED DEBT OPPORTUNITY MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CITIGROUP ALTERNATIVE INVESTMENTS ATTN: JUDITH OTTENSOSER 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| RANJANA SINGHAL AND/OR PRATHEEP SINGHAL | TRANSFEROR: BANK OF SINGAPORE LIMITED 21/51 ORIENTAL TOWERS, APT. 24C 501 CHARDEN CHAI (EKAMAI 12) SUKHUMVIT ROAD KLONGTONYA WATTIANA BANGKOK 10110 THAILAND |
| RAYMOND JAMES & ASSOCIATES, INC. | STEPHANIE BUCHEL RAYMOND JAMES FINANCIAL INTERNATIONAL LIMITED BISHOPSGATE COURT 4-12 NORTON FOLGATE LONDON E I 6DB UNITED KINGDOM |
| RAYMOND JAMES & ASSOCIATES, INC. | STEPHANIE BUCHEL RAYMOND JAMES FINANCIAL INTERNATIONAL LIMITED BISHOPSGATE COURT 4-12 NORTON FOLGATE LONDON E1 6DB UNITED KINGDOM |
| RAYMOND JAMES & ASSOCIATES, INC. | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: JONATHAN STEIN 880 CARILLON PARKWAY ST. PETERSBURG FL 33716 |
| RAYMOND JAMES & ASSOCIATES, INC. | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA JONATHAN STEIN 880 CARILLON PARKWAY ST PETERSBURG FL 33716 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHOW MAN YAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 15:23:15
DATE: 04/16/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   2

| Name | Address |
|---|---|
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| UBS AG | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 SWITZERLAND 8001 ZURICH |
| ULTRA MASTER LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| VALIANT PRIVATBANK AG | P.O. BOX BERN 3001 SWITZERLAND |
| VARDE FUND IX LP, THE | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed       53

EPIQ BANKRUPTCY SOLUTIONS, LLC