UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (SCC)
                                                                  :     (Jointly Administered)
                    Debtors.                                 :
                                                                  :
------------------------------------------------------------------x     Ref. Docket No. 43711

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
18th day of April, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (SCC)<br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  LEHMAN BROTHERS INTERNATIONAL (EUROPE)
             (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON
             25 BANK STREET
             LONDON E14 5LE UNITED KINGDOM


Additional:  LEHMAN BROTHERS INTERNATIONAL (EUROPE)
             LINKLATERS LLP
             ATTN: TITIA HOLTZ
             KIAH BEVERLY-GRAHAM
             1345 AVENUE OF THE AMERICAS
             NEW YORK NY 10105


Transferee:  TURNPIKE LIMITED
             C/O ALDEN GLOBAL CAPITAL
             ATTN: ITHRAN OLIVACCE
             885 THIRD AVENUE, 34TH FLOOR
             NEW YORK NY 10022


**Your transfer  of claim #   62784   is defective for the reason(s) checked below:**

Expunged By Court Order




Docket Number 43711            Date 03/24/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 16, 2014.

# EXHIBIT B

```
TIME: 15:24:05                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  1
DATE: 04/16/14                                    CREDITOR LISTING

Name                                        Address
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON    E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON   EC4A 4HT UNITED KINGDOM
TURNPIKE LIMITED                            C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

Total Number of Records Printed           4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC