UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (SCC)
                                                                        :    (Jointly Administered)
                        Debtors.                                        :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 43549, 43799,
                                                                             43801, 43887, 43960-43963

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 17, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
18th day of April, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

08-13555-mg    Doc 44048    Filed 04/18/14    Entered 04/18/14 17:35:44    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE                       CREDIT SUISSE
     ATTN: ALLEN GAGE                    CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                       ATTN: RICHARD LEVIN
     NEW YORK NY 10010                   WORLDWIDE PLAZA
                                         825 EIGHTH AVENUE
                                         NEW YORK NY 10019
```

Please note that your claim # 5255829-06 in the above referenced case and in the amount of $0.00   allowed at $19,808.98      has been transferred **(unless previously expunged by court order)**

```
     ISRAEL DISCOUNT BANK LTD
     TRANSFEROR: CREDIT SUISSE
     ATTN: AMIT EXRA
     YEHUDA HALEVI 38
     TEL AVIV
     ISRAEL
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43801     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/17/2014                  Vito Genna, Clerk of Court

                                  /s/ Lauren Rodriguez
                                  _____
                                  By: Epiq Bankruptcy Solutions, LLC
                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 17, 2014.

# EXHIBIT B

```
TIME: 15:06:32                                    LEHMAN BROTHERS HOLDING INC.                                                 PAGE:   1
DATE: 04/17/14                                         CREDITOR LISTING

Name                                              Address
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: HLTS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
ISRAEL DISCOUNT BANK LTD                          TRANSFEROR: CREDIT SUISSE ATTN: AMIT EXRA YEHUDA HALEVI 38 TEL AVIV  ISRAEL
LEHMAN BROTHERS COMMERCIAL CORPORATION            TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL   HONG KONG
   ASIA LIMITED (IN LIQUIDATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON            EROL MIZRAHI DILISKELESI MEVKII DILOVASI, GEBZE KOCAELI  TURKEY
   BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON            LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
   BEHALF OF:
UBS AG                                            TRANSFEROR: CREDIT SUISSE C/A SPECIAL TRANSACTION/DEFAULT MGMT BADENERSTRASSE 574/C PO BOX ZURICH  8098 SWITZERLAND
UNION BANCAIRE PRIVEE                             TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: RUE DU RHONE 96-98 - CP 1320 GENEVA-1  CH-1211 SWITZERLAND


Total Number of Records Printed       19
```