**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : |
|  | : |
| LEHMAN BROTHERS HOLDINGS INC., | : |
| *et al.*, | : |
|  | : |
| Debtors. | : |
|  | : |
|  | : |
| FEDERAL HOUSING FINANCE | : |
| AGENCY, individually and as Conservator | : |
| of Federal Home Loan Mortgage | : |
| Corporation, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| LEHMAN BROTHERS HOLDINGS INC., | : |
|  | : |
| Defendant. | : |
|  | : |

Chapter 11 Case No.
Jointly Administered

13 Civ. 07481 (LGS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/14_

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, Plaintiff Federal Housing Finance Agency, individually and

as Conservator of Federal Home Loan Mortgage Corporation ("Freddie Mac), Freddie Mac, and

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for

Defendant LBHI, hereby stipulate and consent, through their respective counsel, their agreement

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the above-captioned action

be dismissed with prejudice.  This matter has been resolved consensually pursuant to the terms of

the Order (Docket No. 42918) entered by the United States Bankruptcy Court for the Southern

District of New York, on February 19, 2014, approving LBHI's entry into and performance of its

obligations under a certain Settlement and Assignment Agreement, dated as of February 12, 2014, and all of the parties have consented to this stipulation of dismissal. Each of the parties shall bear their own attorney's fees and costs.


/s/_____Mark S. Landman_____          /s/   Nancy G. Milburn_____

LANDMAN CORSI BALLAINE & FORD          ARNOLD & PORTER LLP
P.C.                                     Michael J. Canning
Mark S. Landman                          Richard M. Alexander
120 Broadway                             Nancy G. Milburn
New York, New York 10271                 399 Park Avenue
Telephone: (212) 238-4800                New York, New York  10022
                                         Telephone:  (212) 715-1000


*Attorneys for the Federal Home Loan*    *Attorneys for the Federal Housing*
*Mortgage Corporation*                   *Finance Agency as Conservator of*
                                          *the Federal Home Loan Mortgage*
                                         *Corporation*


/s/ Alfredo R. Pérez_____
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez
700 Louisiana, Suite 1600
Houston, Texas 77002-2755
Telephone:  (713) 546-5040

*Attorneys for Lehman Brothers Holdings*
*Inc., as Plan Administrator for Lehman*
*Brothers Holdings Inc. and Certain of Its*
*Affiliates*

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

March 27, 2014
New York, NY