BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                  :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (SCC)**
:
Debtors.                             :     (Jointly Administered)
:
------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT
## OF CLAIMS OBJECTION HEARING WITH
## RESPECT TO OBJECTION TO PROOF OF CLAIM NO. 12597

      PLEASE TAKE NOTICE that the hearing on the Objection to Claim No. 12597 that was scheduled for February 27, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to a date to be determined** (the "Hearing"). Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimant listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order

US_ACTIVE:\44467372\1\58399.0011

entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].

Dated: April 21, 2014
      New York, New York

                                           /s/ Brijesh Dave
                                           Brijesh P. Dave
                                           LEHMAN BROTHERS HOLDINGS INC.
                                           OFFICE OF THE GENERAL COUNSEL
                                           1271 Avenue of the Americas
                                           New York, New York 10020
                                           Telephone: (646) 285-9441
                                           Facsimile: (646) 285-9337

                                           *Attorney for Lehman Brothers Holdings Inc.*
                                           *and Certain of Its Affiliates*