WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                                   :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
:
Debtors.                                           :    **(Jointly Administered)**
:
:
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE THREE HUNDRED NINETIETH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing without prejudice its Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims), ECF No. 34044, solely with respect to the claims listed on Exhibit A annexed hereto.

Dated: April 21, 2014
       New York, New York

       /s/ Robert J. Lemons
       Robert J. Lemons
       Ralph Miller

       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Telephone: (212) 310-8000
       Facsimile: (212) 310-8007

       Attorneys for Lehman Brothers Holdings Inc.
       and Certain of Its Affiliates

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| **Claimant Name** | **Claim Number** |
|---|---|
| Preferred Residential Securities 06-1 PLC | 34224 |
| Preferred Residential Securities 06-1 PLC | 34225 |