WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                    :
**In re**                                                           :    **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (SCC)**
                                                                    :
                                         **Debtors.**             :    **(Jointly Administered)**
                                                                    :
                                                                    :
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF FOUR HUNDRED THIRTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Thirteenth

Omnibus Objection to Claims (Valued Derivative Claims) that was scheduled originally for June

13, 2013 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain

Valued Derivative Claims to April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been**

**further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to**

**May 14, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter

as counsel may be heard.  The Hearing will be held before the Honorable Shelley C. Chapman,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

York, New York, Room 621, and such Hearing may be further adjourned from time

US_ACTIVE:\44467039\1\58399.0011

to time without further notice other than an announcement at the Hearing.

Dated:  April 21, 2014
       New York, New York

                                   /s/ Robert J. Lemons
                                   Robert J. Lemons
                                   Ralph Miller
                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Lehman Brothers Holdings Inc.
                                   and Certain of Its Affiliates

## Exhibit A

### Adjourned Claims:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Commerzbank AG | 18996 | 38674 |
| Eurohypo AG | 19002 | 38674 |

US_ACTIVE:\44467039\1\58399.0011