WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                         :        **Chapter 11 Case No.**
                                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (SCC)**
                                                                                   :
                        Debtors.                                         :        **(Jointly Administered)**
                                                                                   :
                                                                                   :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE ONE
HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 19399], that was scheduled for April 24, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim of Michael Stipo (Claim No. 15580), to June 19, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other

US_ACTIVE:\44467177\1\58399.0011

than an announcement at the Hearing.

Dated: April 21, 2014
       New York, New York

                                       /s/ Ralph I. Miller
                                       Ralph I. Miller

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc.

US_ACTIVE:\44467177\1\58399.0011