**New Hearing Date: May 14, 2014 10:00 a.m. (EST)**

Jonathan S. Henes
Joseph Serino, Jr.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing to consider the ***Debtors'* Objection to CMBS Claims and Request for Subordination Pursuant to Section 510(a)-(c) of the Bankruptcy Code** (the "*Objection*") [Docket No. 36882], scheduled for hearing on April 24, 2014 at 10:00 a.m. (EST), has been adjourned until **May 14, 2014 at 10:00 a.m. (EST)** or as soon thereafter as counsel may be heard. The hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621.

New York, New York
Dated:  April 21, 2014

/s/ Jonathan S. Henes
Jonathan S. Henes
Joseph Serino, Jr.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Lehman Brothers Holdings Inc.*