UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC. *et al.*,

                Debtors.

Chapter 11

Case No. 08-13555 (SCC)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                       ) s.s.:
COUNTY OF NEW YORK      )

        1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

        2. On April 14, 2014 I caused to be served a true and correct copy of the **Notice and Motion of Group of Defendants to Modify Certain Orders Affecting Litigation of Adversary Proceedings** (dkt 43983) by email upon those parties on the service list annexed hereto as Exhibit A and by first class mail, postage prepaid upon those parties on the service list annexed hereto as Exhibit B (pursuant to the updated case service list).

                                        /s/ Eileen A. McDonnell_____
                                            EILEEN A. MCDONNELL

Sworn to before me this
21st day of April 2014

Ricardo A. Murray_____
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2018

# **EXHIBIT A**

MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM;
MSTAMER@AKINGUMP.COM; SSCHULTZ@AKINGUMP.COM; CRAIGJUSTINALBERT@GMAIL.COM;
RAUL.ALCANTAR@ALCANTARLAW.COM; LISA.KRAIDIN@ALLENOVERY.COM;
KEN.COLEMAN@ALLENOVERY.COM; MGREGER@ALLENMATKINS.COM;
KRODRIGUEZ@ALLENMATKINS.COM; KARL.GEERCKEN@ALSTON.COM; WILL.SUGDEN@ALSTON.COM;
KIT.WEITNAUER@ALSTON.COM; TDUFFY@ANDERSONKILL.COM; RRUSSELL@ANDREWSKURTH.COM;
S.MINEHAN@AOZORABANK.CO.JP; ANGELICH.GEORGE@ARENTFOX.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;SEHLERS@ARMSTRONGTEASDALE.COM;
CHARLES_MALLOY@APORTER.COM; ANTHONY_BOCCANFUSO@APORTER.COM;
ROBERT.YALEN@USDOJ.GOV; JG5786@ATT.COM; NEAL.MANN@OAG.STATE.NY.US;
DWORKMAN@BAKERLAW.COM; IAN.ROBERTS@BAKERBOTTS.COM; PETER@BANKRUPT.COM;
MICHAEL.MCCRORY@BTLAW.COM; DAVID.POWLEN@BTLAW.COM; FFM@BOSTONBUSINESSLAW.COM;
CSALOMON@BECKERGLYNN.COM; AOSTROW@BECKERGLYNN.COM; SLEO@BM.NET;
MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM;
DAVIDS@BLBGLAW.COM; Salvatore@blbglaw.com.; DBARBER@BSBLAWYERS.COM;
DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
SABIN.WILLETT@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
MARK.DEVENO@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; CAROL.WEINERLEVY@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM; RAJ.MADAN@BINGHAM.COM;;
JOSHUA.DORCHAK@BINGHAM.COM; ERIN.MAUTNER@BINGHAM.COM;
AECKSTEIN@BLANKROME.COM; JSCHILLER@BSFLLP.COM; JSHERMAN@BSFLLP.COM;
AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM; KURT.MAYR@BGLLP.COM;
EMAGNELLI@BRACHEICHLER.COM; ARAINONE@BRACHEICHLER.COM; NOTICE@BKCYLAW.COM;
MGORDON@BRIGGS.COM; MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;
SLEVINE@BROWNRUDNICK.COM; HSTEEL@BROWNRUDNICK.COM;
SCHRISTIANSON@BUCHALTER.COM; TUNRAD@BURNSLEV.COM; SIDORSKY@BUTZEL.COM;
MARK.ELLENBERG@CWT.COM; JOHN.RAPISARDI@CWT.COM;; HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; ISRAEL.DAHAN@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM; HOWARD.HAWKINS@CWT.COM;
JASON.JURGENS@CWT.COM; ELLEN.HALSTEAD@CWT.COM; SGORDON@CAHILL.COM;
JLEVITIN@CAHILL.COM; CAHN@CLM.COM; WANDA.GOODLOE@CBRE.COM;
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM;
JCLOSE@CHAPMAN.COM; JSCHREIB@CHAPMAN.COM; APPLEBY@CHAPMAN.COM;
HEISER@CHAPMAN.COM; HEISER@CHAPMAN.COM; JBROMLEY@CGSH.COM;
LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM; LGRANFIELD@CGSH.COM;
LSCHWEITZER@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM;
MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM;
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM; ANDREW.BROZMAN@CLIFFORDCHANCE.COM;;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;; PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM;

LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM; MWARNER@COLESCHOTZ.COM; DHURST@COLESCHOTZ.COM; RWASSERMAN@CFTC.GOV; SFALANGA@CONNELLFOLEY.COM; CHEMRICK@CONNELLFOLEY.COM; JEFF.WITTIG@COAIR.COM; ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US; MHOPKINS@COV.COM; DCOFFINO@COV.COM; RLEVIN@CRAVATH.COM; JUDY.MORSE@CROWEDUNLEVY.COM; MLICHTENSTEIN@CROWELL.COM; MLICHTENSTEIN@CROWELL.COM; JCARBERRY@CL-LAW.COM; DHW@DHCLEGAL.COM; KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM; JAMES.MCCLAMMY@DPW.COM; DJCARRAGHER@DAYPITNEY.COM; MGINZBURG@DAYPITNEY.COM; JJTANCREDI@DAYPITNEY.COM; JWCOHEN@DAYPITNEY.COM; MCTO@DEBEVOISE.COM; GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM; LHOFFMAN@DEILYLAWFIRM.COM; LPERKINS@DEILYLAWFIRM.COM; TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM; ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM; AKADISH@DTLAWGROUP.COM; AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM; TIMOTHY.BRINK@DLAPIPER.COM; MATTHEW.KLEPPER@DLAPIPER.COM; THOMAS.CALIFANO@DLAPIPER.COM; STEPHEN.COWAN@DLAPIPER.COM; GEORGE.SOUTH@DLAPIPER.COM;; SCHNABEL.ERIC@DORSEY.COM; HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM; STEVEN.TROYER@COMMERZBANK.COM; JJOYCE@DRESSLERPETERS.COM; ROBERT.MALONE@DBR.COM; LJKOTLER@DUANEMORRIS.COM; TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM; SANDYSCAFARIA@EATON.COM; EZUJKOWSKI@EMMETMARVIN.COM; AENTWISTLE@ENTWISTLE-LAW.COM;  JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM; KKELLY@EBGLAW.COM; DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM; MICHAEL.KRAUSS@FAEGREBD.COM; LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG; SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM; ALUM@FTPORTFOLIOS.COM; RFLANAGAN@FLANASSOC.COM; STEVEN.USDIN@FLASTERGREENBERG.COM; WDASE@FZWZ.COM; APALAZZOLO@FZWZ.COM; DHEFFER@FOLEY.COM; JLEE@FOLEY.COM; WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM; RBERNARD@FOLEY.COM; GGOODMAN@FOLEY.COM;LAPETERSON@FOLEY.COM; RBERNARD@FOLEY.COM; KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM; SORY@FDLAW.COM; JHIGGINS@FDLAW.COM; DEGGERT@FREEBORNPETERS.COM; WALTER.STUART@FRESHFIELDS.COM; PATRICK.OH@FRESHFIELDS.COM; TIMOTHY.HARKNESS@FRESHFIELDS.COM; DAVID.LIVSHIZ@FRESHFIELDS.COM;MICHELLE.PARK@FRESHFIELDS.COM;CAITRIN.MCKIERNAN@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM;  RICHARD.TISDALE@FRIEDFRANK.COM; SHANNON.NAGLE@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM; EFRIEDMAN@FRIEDMANSPRING.COM; EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM; ABEAUMONT@FKLAW.COM; NBOJAR@FKLAW.COM; DROSENZWEIG@FULBRIGHT.COM; JMERVA@FULT.COM; JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-ATTORNEYS.COM; RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM; MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM; ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM; JFLAXER@GOLENBOCK.COM; JWALLACK@GOULSTONSTORRS.COM; DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM; BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM; MELOROD@GTLAW.COM; TANNWEILER@GREERHERZ.COM; JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM; WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET; DTHEISING@HARRISONMOBERLY.COM;

SLDREYFUSS@HLGSLAW.COM;MMOLOSHOK@HLGSLAW.COM; AGOLD@HERRICK.COM;
SSSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM;
JDORAN@HASLAW.COM; TMARRION@HASLAW.COM; SWEYL@HASLAW.COM;
RLEEK@HODGSONRUSS.COM; SCOTT.GOLDEN@HOGANLOVELLS.COM;; BARBRA.PARLIN@HKLAW.COM;
ARTHUR.ROSENBERG@HKLAW.COM; RICHARD.LEAR@HKLAW.COM;
ARTHUR.ROSENBERG@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM;
BARBRA.PARLIN@HKLAW.COM; ADAM.BREZINE@HRO.COM; KERRY.MOYNIHAN@HRO.COM;
GIDDENS@HUGHESHUBBARD.COM;KIPLOK@HUGHESHUBBARD.COM;KOBAK@HUGHESHUBBARD.COM;
MARGOLIN@HUGHESHUBBARD.COM; LUBELL@HUGHESHUBBARD.COM;
WILTENBURG@HUGHESHUBBARD.COM; KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM; TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; SEBA.KURIAN@INVESCO.COM; AFRIEDMAN@IRELL.COM;
KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM; JAY.HURST@OAG.STATE.TX.US;
PTROSTLE@JENNER.COM; DMURRAY@JENNER.COM; RBYMAN@JENNER.COM;
GSPILSBURY@JSSLAW.COM; JOSEPH.CORDARO@USDOJ.GOV;
MPOMERANTZ@JULIENANDSCHLESINGER.COM; MICHAELS@JSTRIALLAW.COM;
MICHAELS@JSTRIALLAW.COM; ROBERT.HONEYWELL@KLGATES.COM; PTRAIN-
GUTIERREZ@KAPLANLANDAU.COM; ENKAPLAN@KAPLANLANDAU.COM; DROSNER@KASOWITZ.COM;
AGLENN@KASOWITZ.COM; SNEWMAN@KATSKYKORINS.COM; MPRIMOFF@KAYESCHOLER.COM;
MPRIMOFF@KAYESCHOLER.COM;; MSOLOW@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; MPAGE@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; STEPHEN.HESSLER@KIRKLAND.COM;
MARK.MCKANE@KIRKLAND.COM; JAMES.SPRAYREGEN@KIRKLAND.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM; JONATHAN.HENES@KIRKLAND.COM;
JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM;
CHRISTOPHER.GRECO@KIRKLAND.COM; JAY@KLEINSOLOMON.COM; JJURELLER@KLESTADT.COM;
LKISS@KLESTADT.COM; ROBERT.HENOCH@KOBREKIM.COM; ANDREW.LOURIE@KOBREKIM.COM;
BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM;
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;; EKBERGC@LANEPOWELL.COM;
KEITH.SIMON@LW.COM; DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM;
JAMES.HEANEY@LAWDEB.COM; JAMESBOYAJIAN@GMAIL.COM; JAMESBOYAJIAN@GMAIL.COM;
GABRIEL.DELVIRGINIA@VERIZON.NET; LISA.SOLOMON@ATT.NET; LKATZ@LTBLAW.COM;
WSWEARINGEN@LLF-LAW.COM; SHEEHAN@TXSCHOOLLAW.COM; SFINEMAN@LCHB.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM; WCURCHACK@LOEB.COM;
VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM; LOIZIDES@LOIZIDES.COM;
ROBIN.KELLER@LOVELLS.COM; CHRIS.DONOHO@LOVELLS.COM; ROBIN.KELLER@LOVELLS.COM;
ILEVEE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM; KROSEN@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM; JPROL@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
SCARGILL@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; MWARREN@MTB.COM;
JHUGGETT@MARGOLISEDELSTEIN.COM; FHYMAN@MAYERBROWN.COM;

MSEGARRA@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;; EMERBERG@MAYERBROWN.COM; TKIRIAKOS@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM; SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM; HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM; JLAMAR@MAYNARDCOOPER.COM; KREYNOLDS@MKLAWNYC.COM; MH1@MCCALLARAYMER.COM; JNM@MCCALLARAYMER.COM; EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM; WTAYLOR@MCCARTER.COM; GGITOMER@MKBATTORNEYS.COM; NCOCO@MWE.COM; ICATTO@MWE.COM; PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM; DHAYES@MCGUIREWOODS.COM; JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM; JMR@MSF-LAW.COM;; MBLOEMSMA@MHJUR.COM; TSLOME@MSEK.COM; AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM; HARRISJM@MICHIGAN.GOV; MICHAEL.FREGE@CMS-HS.COM; DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM; PARONZON@MILBANK.COM; GBRAY@MILBANK.COM; SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV; MICHAEL.KELLY@MONARCHLP.COM; DAVIDWHEELER@MVALAW.COM; NHERMAN@MORGANLEWIS.COM; AGOTTFRIED@MORGANLEWIS.COM; JGOODCHILD@MORGANLEWIS.COM; NISSAY_10259-0154@MHMJAPAN.COM; LBERKOFF@MORITTHOCK.COM; JPINTARELLI@MOFO.COM;LMARINUZZI@MOFO.COM; LMARINUZZI@MOFO.COM; YUWATOKO@MOFO.COM; TGOREN@MOFO.COM; JPINTARELLI@MOFO.COM; LNASHELSKY@MOFO.COM; MROTHCHILD@MOFO.COM; BMILLER@MOFO.COM; BANKRUPTCY@MORRISONCOHEN.COM; JSULLIVAN@MOSESSINGER.COM; AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM; RGOODMAN@MOUNDCOTTON.COM; AMHAM@HANDLERLAW.COM; SABVANROOY@HOTMAIL.COM; MILLEE12@NATIONWIDE.COM; JOWOLF@LAW.NYC.GOV; RICHARD.FINGARD@NEWEDGE.COM; DDREBSKY@NIXONPEABODY.COM; ADARWIN@NIXONPEABODY.COM; VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM; VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM; CDESIDERIO@NIXONPEABODY.COM; RPEDONE@NIXONPEABODY.COM; BANKRUPTCYMATTERS@US.NOMURA.COM; CRMOMJIAN@ATTORNEYGENERAL.GOV; MJR1@WESTCHESTERGOV.COM; JOHN.MULE@AG.STATE.MN.US; JNADRITCH@OLSHANLAW.COM; AKANTESARIA@OPPENHEIMERFUNDS.COM; AKANTESARIA@OPPENHEIMERFUNDS.COM; RDAVERSA@ORRICK.COM; RDAVERSA@ORRICK.COM; JGUY@ORRICK.COM; JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM; RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM; JGUY@ORRICK.COM; DFELDER@ORRICK.COM; LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM; TOMWELSH@ORRICK.COM; OTCCORPACTIONS@FINRA.ORG; WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM; JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM; WK@PWLAWYERS.COM; CHIPFORD@PARKERPOE.COM; DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM; HARVEYSTRICKON@PAULHASTINGS.COM; DRAELSON@FISHERBROTHERS.COM; SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM; DSHEMANO@PEITZMANWEG.COM; KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM; WISOTSKA@PEPPERLAW.COM; LAWALLF@PEPPERLAW.COM; MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM; ARLBANK@PBFCM.COM; JHORGAN@PHXA.COM; SAMUEL.CAVIOR@PILLSBURYLAW.COM; EDWARD.FLANDERS@PILLSBURYLAW.COM; NATHAN.SPATZ@PILLSBURYLAW.COM; DFLANIGAN@POLSINELLI.COM; JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM; JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM;

BBISIGNANI@POSTSCHELL.COM; FBP@PPGMS.COM; LML@PPGMS.COM;
IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM; MBIENENSTOCK@PROSKAUER.COM;
JCHUBAK@PROSKAUER.COM; RBEACHER@PRYORCASHMAN.COM; CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTECCE@QUINNEMANUEL.COM;SCOTTSHELLEY@QUINNEMANUEL.COM; JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM;
GRAVERT@RAVERTPLLC.COM; ARAHL@REEDSMITH.COM; KGWYNNE@REEDSMITH.COM;
JFALGOWSKI@REEDSMITH.COM; CLYNCH@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM;
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;; ASOMERS@RCTLEGAL.COM;
HMAGALIFF@R3MLAW.COM; RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM;
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM;
ROGER@RNAGIOFF.COM; MARK.BANE@ROPESGRAY.COM; ROSS.MARTIN@ROPESGRAY.COM;
PHILIP.WELLS@ROPESGRAY.COM; ECOHEN@RUSSELL.COM; RUSSJ4478@AOL.COM;
MSCHIMEL@SJU.EDU; CMONTGOMERY@SALANS.COM;LWHIDDEN@SALANS.COM;
CBELMONTE@SSBB.COM;TBROCK@SSBB.COM;PBOSSWICK@SSBB.COM;ASNOW@SSBB.COM;
AISENBERG@SAUL.COM; JTORF@SCHIFFHARDIN.COM; DKESSLER@KTMC.COM;
BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM; JVAIL@SSRL.COM;
LAWRENCE.GELBER@SRZ.COM; MEGHAN.BREEN@SRZ.COM; SHARBECK@SIPC.ORG;
COHEN@SEWKIS.COM; ASHMEAD@SEWKIS.COM; FSOSNICK@SHEARMAN.COM;
NED.SCHODEK@SHEARMAN.COM; ANN.REYNAUD@SHELL.COM; JENNIFER.GORE@SHELL.COM;
JENNIFER.GORE@SHELL.COM; JSHENWICK@GMAIL.COM; CSHULMAN@SHEPPARDMULLIN.COM;
RREID@SHEPPARDMULLIN.COM; MCADEMARTORI@SHEPPARDMULLIN.COM;
ETILLINGHAST@SHEPPARDMULLIN.COM;BWOLFE@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;
AMARTIN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM; BANKRUPTCY@GOODWIN.COM; JTIMKO@SHUTTS.COM;
AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM; RFRIEDMAN@SILVERMANACAMPORA.COM;
SQUSBA@STBLAW.COM; SALLY.HENRY@SKADDEN.COM; FYATES@SONNENSCHEIN.COM;;
PMAXCY@SONNENSCHEIN.COM; SLERNER@SSD.COM; SMAYERSON@SSD.COM;
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM; j.zelloe@stahlzelloe.com;
SCHAGER@SSNYC.COM; GOLDENBERG@SSNYC.COM; MARC.CHAIT@SC.COM;
SSTARR@STARRANDSTARR.COM; ECHANG@STEINLUBIN.COM; EOBRIEN@SBCHLAW.COM;
CP@STEVENSLEE.COM; CP@STEVENSLEE.COM; MCORDONE@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM; MDORVAL@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM;
LANDON@STREUSANDLANDON.COM; VILLA@STREUSANDLANDON.COM;
STREUSAND@STREUSANDLANDON.COM; MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM;
LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM; HOLSEN@STROOCK.COM;
CSZYFER@STROOCK.COM; WWEINTRAUB@STUTMAN.COM; KJARASHOW@STUTMAN.COM;
FRITSCHJ@SULLCROM.COM; SCOTTJ@SULLCROM.COM; LACYR@SULLCROM.COM;
CLARKB@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; WRIGHTTH@SULLCROM.COM;
PAUL.TURNER@SUTHERLAND.COM; RICK.MURPHY@SUTHERLAND.COM;
BRUCE.WRIGHT@SUTHERLAND.COM; MILLER@TAFTLAW.COM; AGBANKNEWYORK@AG.TN.GOV;
MARVIN.CLEMENTS@AG.TN.GOV; THALER@THALERGERTLER.COM;
ROBERT.BAILEY@BNYMELLON.COM; MMORREALE@US.MUFG.JP; FOONT@FOONTLAW.COM;
YAMASHIRO@SUMITOMOTRUST.CO.JP; MATT@WILLAW.COM; DEMETRA.LIGGINS@TKLAW.COM;
RHETT.CAMPBELL@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM;

DAVID.BENNETT@TKLAW.COM; MBOSSI@THOMPSONCOBURN.COM;
AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM;
BTURK@TISHMANSPEYER.COM;; JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM;
AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM; NEILBERGER@TEAMTOGUT.COM;
SSKELLY@TEAMTOGUT.COM; MLYNCH2@TRAVELERS.COM;
HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM; NEWYORK@SEC.GOV;
JACOBSONN@SEC.GOV; DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM;
EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM; JWEST@VELAW.COM;
DKLEINER@VELAW.COM; JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM;
RGMASON@WLRK.COM; ARWOLF@WLRK.COM; JDWARNER@WARNERANDSCHEUERMAN.COM;
CBELISLE@WFW.COM; JFREEBERG@WFW.COM; RICHARD.KRASNOW@WEIL.COM;
LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM;
RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM;
ELEICHT@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM; ELEICHT@WHITECASE.COM;
DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM; MRUETZEL@WHITECASE.COM;;
TLAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; JEANITES@WHITEANDWILLIAMS.COM;
BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM;
MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM;
RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM; MABRAMS@WILLKIE.COM;
PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM;
CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM;
JBECKER@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM;
MKJAER@WINSTON.COM; DNEIER@WINSTON.COM; DRAVIN@WOLFFSAMSON.COM;
JLAWLOR@WMD-LAW.COM; JLAWLOR@WMD-LAW.COM; WMAHER@WMD-LAW.COM;
RRAINER@WMD-LAW.COM; BANKR@ZUCKERMAN.COM

# **EXHIBIT B**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

To:  COMMODITY FUTURES TRADING
     COMMISSION
     TERRY S ARBIT
     THREE LAFAYETTE CENTRE
     1155 21ST ST, NW
     WASHINGTON, DC  20581

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

To:  CROWELL & MORING LLP
     (COUNSEL TO: CITY EMPLOYEE WLF
     FUND LOCAL 3)
     ATTN: MARL S. LICHTENSTEIN, ESQ.
     590 MADISON AVENUE
     NEW YORK, NY  10022

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

To:  DEPARTMENT OF JUSTICE
     (SOLICITOR FOR THE RESPONDENT
     CANADA REVENUE AGENCY)
     ATTN: DIANE WINTERS, ONTARIO REGIONAL
     OFFICE
     THE EXCHANGE TOWER, 130 KING STREET
     WEST
     SUITE 00, BOX 36
     TORONTO, ON  M5X 1K6

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

To:  FEDERAL RESERVE BANK OF
     PHILADELPHIA
     C/O WILLIAM T. WISSER, ASST VICE
     PRESIDENT
     TEN INDEPENDENCE MALL
     PHILADELPHIA, PA  19106-1574

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| To: HUNTON & WILLIAMS LLP<br>ATTN: MICHELLE A. MENDEZ<br>(COUNSEL TO HEALTH CARE SERVICES CORP<br>D/B/A BLUE<br>CROSS AND BLUE SHIELD OF ILLINOIS)<br>1445 ROSS AVENUE, SUITE 3700<br>DALLAS, TX 75202 | To: INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN<br>290 BROADWAY<br>NEW YORK, NY 10007 |

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

To: KAPLAN LANDAU LLP
(COUNSEL TO RICHARD J. GLASEBROOK II, JUDITH ANN
KENNEY, RICHARD NACKENSON, ET AL)
1065 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY 10018

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

To: MCGUIRE WOODS LLP
ATTN: AARON G. MCCOLLOUGH
COUNSEL TO: FORD GLOBAL TREASURER.
901 EAST CARY STREET
RICHMOND, VA 23219

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

To: NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

To: OFFICE OF THE US TRUSTEE
WILLIAM K. HARRINGTON, ESQ;
SUSAN GOLDEN, ESQ.
ANDREA B SCHWARTZ, ESQ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, 1006
NEW YORK, NY 10014