Franklin H. Top III (admitted *pro hac vice*)
Scott A. Lewis (*pro hac vice* application pending)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000

-and-

Craig M. Price (CP 9039)
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
New York, New York  10020-1708
Telephone:  (212) 655-2522

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION OF SCOTT A. LEWIS TO PRACTICE, *Pro Hac Vice***

Craig M. Price, Esq. (the "*Movant*"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and an attorney in the law firm of Chapman and Cutler LLP, hereby moves this Court to enter an order permitting Scott A. Lewis, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above-captioned case.  In support thereof, the Movant respectfully represents as follows:

1. Chapman and Cutler LLP is counsel to U.S. Bank National Association, as trustee, in these chapter 11 cases.  Mr. Lewis is an associate in the law firm of Chapman and Cutler LLP,

3581479.01.04.doc

111 West Monroe Street, Chicago, Illinois 60603. Mr. Lewis' email address is slewis@chapman.com and his telephone number is (312) 845-3010.

2. Mr. Lewis is a member in good standing of the Bar of the highest court of the State of Illinois. He is also admitted to practice before the United States District Court for the Northern District of Illinois.

3. Mr. Lewis has submitted the fee of $200.00 for entry of an order admitting him to practice *pro hac vice* in this Chapter 11 case to the clerk.

WHEREFORE, it is requested that this Court enter an order admitting Scott A. Lewis *pro hac vice* to appear before this Court in the above-captioned chapter 11 cases and such other and further relief as may be just and proper.

Dated: April 22, 2014
New York, New York

                                            Respectfully submitted,

                                            CHAPMAN AND CUTLER LLP

                                            By: s/ Craig M. Price
                                                 _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) | Case No. 08-13555 (SCC) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Scott A. Lewis, a member in good standing of the Bar in the State of Illinois and the Bar of the U.S. District Court for the Northern District of Illinois, having requested admission, *pro hac vice,* to represent U.S. Bank National Association, as trustee, in the above-referenced case, it is

ORDERED THAT, Scott A. Lewis, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York.

Dated: _____, New York

/s/ _____

- 3 -