## CERTIFICATE OF SERVICE

I, Scott A. Lewis, an attorney, hereby certify that on the 22nd day of April 2014, I caused a true and correct copy of the **Motion for Admission of Scott A. Lewis to Practice,** *Pro Hac Vice*, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Chambers of the Honorable Shelley C. Chapman
United States Bankruptcy Court for the
   Southern District of New York
Courtroom 621
One Bowling Green
New York, NY  10004

William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
   for Region 2
201 Varick Street
Suite 1006
New York, NY  10014

David S. Cohen, Esq.
MILBANK, TWEED, HADLEY AND MCCLOY LLP
1850 K Street NW
Suite 1100
Washington, DC  20006

Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY  10110


By  _____/s/ Scott A. Lewis_____
           Scott A. Lewis