B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| Aleiter Holdings LLC | Barclays Bank PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

Court Claim # (if known): See schedule below
Amount of Claim: See schedule below
Date Claim Filed: See schedule below
Phone: _____

| Schedule | | |
|---|---|---|
| Court Claim # | Amount of Claim * | Date Claim Filed |
| 23431 | $1,328,955.20 | 09/21/2009 |
| 23416 | $1,366,001.90 | 09/21/2009 |
| 23422 | $1,455,346.40 | 09/21/2009 |
| 23415 | $1,328,955.20 | 09/21/2009 |
| 23438 | $1,366,001.90 | 09/21/2009 |
| 23436 | $1,455,346.40 | 09/21/2009 |

Last Four Digits of Acct #: _____

Last Four Digits of Acct#: _____

*plus additional amounts as set forth in the proofs of claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Aleiter Holdings LLC

By: /s/ _____          Date: 4/22/14
     Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### EVIDENCE OF TRANSFER OF CLAIMS

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **BARCLAYS BANK PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto ALEITER HOLDINGS LLC ("Buyer") all rights, title and interest in and to the claims of Seller referenced as the proof of claim numbers set forth below in the principal amounts set forth below (the "Transferred Claims") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888, jointly administered under In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (Jointly Administered).

| Claim No. | Claim Amount |
|---|---|
| 23431 | $1,328,955.20 |
| 23416 | $1,366,001.90 |
| 23422 | $1,455,346.40 |

Seller hereby waives any objection to the transfer of the Transferred Claims assigned herein to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claims and recognizing the Buyer as the sole owner and holder of the Transferred Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claims, and all payments or distributions of money or property in respect of the Transferred Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __6__ day of December, 2013.

| SELLER: | BUYER: |
|---|---|
| BARCLAYS BANK PLC | ALEITER HOLDINGS LLC |
| | By: Chapman and Cutler LLP, as authorized signatory and not in the capacity as legal counsel to Aleiter Holdings LLC |
| By: _[signature]_ | By: _[signature]_ |
| Name: Jenna Yoo | Name: Joon P. Hong |
| Title: Authorized Signatory | Title: Authorized Signatory |

4

NYI 901!0847v.7

EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **BARCLAYS BANK PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **ALEITER HOLDINGS LLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as the proof of claim numbers set forth below in the principal amounts set forth below (the "Transferred Claims") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

| Claim No. | Claim Amount |
|---|---|
| 23415 | $1,328,955.20 |
| 23438 | $1,366,001.90 |
| 23436 | $1,455,346.40 |

Seller hereby waives any objection to the transfer of the Transferred Claims assigned herein to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claims and recognizing the Buyer as the sole owner and holder of the Transferred Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claims, and all payments or distributions of money or property in respect of the Transferred Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __6__ day of December, 2013.

SELLER:

**BARCLAYS BANK PLC**

By: _____
Name:
Title: Jenna Yoo
       Authorized Signatory

BUYER:

**ALEITER HOLDINGS LLC**

By: Chapman and Cutler LLP, as authorized signatory and not in the capacity as legal counsel to Aleiter Holdings LLC

By: _____
Name: Joon H. Hong
Title: Authorized Signatory

6

NY1 901[0847v 7