DIAZ REUS & TARG, LLP.
100 S.E. 2nd Street, Suite 3400
Miami, FL 33131
Telephone (305) 375-9220
Facsimile (305) 375-8050

**Hearing scheduled for April 24, 2014 at 9:30 a.m.**
(ECF# 43678)

Attorneys for Credican, C.A.,
Banco Canarias De Venezuela, C.A.,
and Fondo De Protección Social De Los Depósitos
Bancarios y Bancarios y Protección Bancaria

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | Case No. 08-13555 (SCC) |
| | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC. et al.,** | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF CREDICAN, C.A.'S
VERIFIED MOTION TO DESIGNATE DIAZ REUS & TARG, LLP.
AS AGENT FOR RECEIPT OF DISTRIBUTIONS AND HONOR CHANGE OF
ADDRESS FOR PURPOSES OF THE FIFTH DISTRIBUTION DATE AND ALL
FUTURE DISTRIBUTIONS**

CREDICAN, C.A., by and through its undersigned counsel files this Notice of Withdrawal Without Prejudice of its Verified Motion to Designate Diaz Reus & Targ, LLP. as Agent for Receipt of Distributions and Honor Change of Address for Purposes of Fifth Distribution Date and All Future Distributions (the "Motion")(ECF# 43537).

**NOTICE**

Notice of this Notice has been given to the Office of the United States Trustee, counsel for the Debtors, and parties that have requested service pursuant to Federal Rules of Bankruptcy Procedure 2002 in these chapter 11 cases and to Chadbourne and Park LLP, Hughes Hubbard &

1

Reed, LLP. and to Raul Alcantar. Based on the foregoing, Credican respectfully submits that no further notice is needed.

Date : April 23, 2014
Miami, Florida

                                        /s/ Carlos F. Gonzalez
                                        Carlos F. Gonzalez

DIAZ, REUS & TARG, LLP
100 S.E. 2nd Street
3400 Miami Tower
Miami, FL 33131
Telephone (305) 375-9220
Facsimile (305) 375-8050
cgonzalez@diazreus.com