WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                            :
**In re**                                   :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (SCC)**
                                            :
                    **Debtors.**            :    **(Jointly Administered)**
                                            :
-------------------------------------------------------------------------------x
                                            :
**In re**                                   :
                                            :    **Case No.**
**LEHMAN BROTHERS INC.,**                   :
                                            :    **08-01420 (SCC) (SIPA)**
                    **Debtor.**             :
                                            :
-------------------------------------------------------------------------------x

NOTICE OF <u>AMENDED</u> AGENDA OF
MATTERS SCHEDULED FOR THE SEVENTY-SECOND
<u>OMNIBUS AND CLAIMS HEARING ON APRIL 24, 2014 AT 10:00 A.M.</u>

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, <u>Room 621</u>, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**I.    UNCONTESTED MATTER:**

1.    Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 34728**]

<u>Response Deadline</u>:    March 14, 2013 at 4:00 p.m.

<u>Response Received</u>:

A.    Golden State Tobacco Securitization Corporation [**ECF No. 35918**]

<u>Status</u>:  This matter is going forward on an uncontested basis solely with respect to claim numbers 67684, 67685, 67686 and 67687 of Golden State Tobacco Securitization Corporation.

## LEHMAN BROTHERS INC. PROCEEDING

**II.    CONTESTED MATTERS:**

2.    Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6131**]

<u>Response Deadline</u>:    May 20, 2013 at 4:00 p.m.

<u>Responses Received</u>:

A.    Response of David Tribou [**LBI ECF No. 6230**]

B.    Response of Walter A. Bogumil, Jr., IRA [**LBI ECF No. 6232**]

<u>Related Documents</u>:

C.    Order Granting the Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6574**]

US_ACTIVE:\44464143\7\58399.0011

D.   Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

E.   Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claims of Mr. Tribou and Mr. Bogumil.

3.   Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6157**]

Response Deadline:    May 24, 2013 at 4:00 p.m.

Responses Received:

A.   Response of Wayne Croner [**LBI ECF No. 6231**]

B.   Response of Leona and Tom Beck [**LBI ECF No. 6348**]

C.   Response of Charles Bisgaier [**LBI ECF No. 6551**]

Related Documents:

D.   Order Granting the Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6573**]

E.   Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

F.   Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward as to the claims of the Becks and Mr. Croner.

4.   Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6295**]

Response Deadline:    June 20, 2013 at 4:00 p.m.

Response Received:

A.   Response of James G. McErlean [**LBI ECF No. 6590**]

Related Documents:

B.   Order Granting the Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6792**]

US_ACTIVE:\44464143\7\58399.0011

      C.      Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      D.      Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Mr. McErlean.

5.      Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6341**]

Response Deadline:    June 27, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Heywood Zeidman [**LBI ECF No. 6691**]

Related Documents:

      B.      Order Granting the Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6803**]

      C.      Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      D.      Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Mr. Zeidman.

6.      Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6566**]

Response Deadline:    July 10, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Joseph Stanaitis [**LBI ECF No. 6818**]

Related Documents:

      B.      Order Granting the Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6971**]

      C.      Notice of Withdrawal [**LBI ECF No. 7306**]

      D.      Supplemental Order [**LBI ECF No. 7740**]

US_ACTIVE:\44464143\7\58399.0011

      E.      Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      F.      Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Mr. Stanaitis.

7.    Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6682**]

Response Deadline:    July 23, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Judith E. Blackshire [**LBI ECF No. 6850**]

Related Documents:

      B.      Order Granting the Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7059**]

      C.      Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      D.      Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Ms. Blackshire.

8.    Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6699**]

Response Deadline:    July 24, 2013 at 4:00 p.m., extended for certain claimants to July 31, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Donald A. Perata [**LBI ECF No. 6863**]

Related Documents:

      B.      Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7057**]

      C.      Supplemental Order Granting the Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7365**]

US_ACTIVE:\44464143\7\58399.0011

      D.      Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      E.      Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

<u>Status</u>:  This matter is going forward, as to the claim of Mr. Perata.

9.      Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6811**]

<u>Response Deadline</u>:    August 6, 2013 at 4:00 p.m.

<u>Response Received</u>:

      A.      Response of Henry Grossman [**LBI ECF No. 6944**]

<u>Related Documents</u>:

      B.      Order Granting the Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7096**]

      C.      Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      D.      Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

<u>Status</u>:  This matter is going forward, as to the claim of Mr. Grossman.

10.      Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6906**]

<u>Response Deadline</u>:    August 21, 2013 at 4:00 p.m.

<u>Response Received</u>:

      A.      Response of John and Delight Eilering [**LBI ECF No. 7169**]

<u>Related Documents</u>:

      B.      Order Granting the Trustee's One Hundred Eighteenth Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7286**]

      C.      Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      D.      Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

US_ACTIVE:\44464143\7\58399.0011

Status:  This matter is going forward, as to the claim of the Eilerings.

11.    Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6918**]

Response Deadline:    August 22, 2013 at 4:00 p.m.

Responses Received:

  A.    Response of Theodore Pearlman [**LBI ECF No. 7076**]

  B.    Response of Bouef Limited [**LBI ECF No. 7103**]

Related Documents:

  C.    Order Granting the Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7277**]

  D.    Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

  E.    Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Mr. Pearlman.

12.    Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7008**]

Response Deadline:    September 3, 2013 at 4:00 p.m.

Response Received:

  A.    Response of Kavita Nakra [**LBI ECF No. 7216**]

Related Documents:

  B.    Order Granting the Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7278**]

  C.    Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

  D.    Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Ms. Nakra.

US_ACTIVE:\44464143\7\58399.0011

13.     Trustee's One Hundred Thirty-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7279**]

Response Deadline:    October 9, 2013 at 4:00 p.m.

Response Received:

      A.     Response of Patricia Pope [**Not Docketed**]

Related Documents:

      B.     Order Granting One Hundred Thirty-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7607**]

      C.     Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      D.     Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Ms. Pope.

14.     Trustee's One Hundred Forty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7399**]

Response Deadline:    October 29, 2013 at 4:00 p.m.

Response Received:

      A.     Response of Sandra J. Valade [**LBI ECF No. 7561**]

Related Documents:

      B.     Order Granting One Hundred Forty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7737**]

      C.     Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

      D.     Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Ms. Valade.

15.     Trustee's One Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7582**]

Response Deadline:    November 22, 2013 at 4:00 p.m.

US_ACTIVE:\44464143\7\58399.0011

Response Received:

    A.    Response of Robert A. Levine [**LBI ECF No. 7775**]

Related Documents:

    B.    Order Granting One Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7906**]

    C.    Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

    D.    Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter is going forward, as to the claim of Mr. Levine.

## MATTERS TO BE HEARD AT 2:00 P.M.

**III.**    **ADVERSARY PROCEEDINGS:**

16.    Lehman Brothers Special Financing Inc. v. Ballyrock ABS CDO 2007-1 Limited [**Adversary Proceeding No. 09-01032**]

    **Joint Motion for Release of Interpleaded Funds**

Related Documents:

    A.    Joint Motion of Lehman Brothers Holdings Inc. and Blackrock Mortgage Investors Master Fund, L.P. for Release of Blackrock Interpleaded Funds to Lehman Brothers Special Financing Inc. [**ECF No. 164**]

    B.    Response of Wells Fargo Bank, N.A., Trustee to Joint Motion [**ECF No. 167**]

    C.    Notice of Filing of Proposed Amended Order [**ECF No. 173**]

    D.    Notice of Withdrawal of Response to Lehman and Blackrock's Joint Motion for the Release of Interpleaded Funds [**ECF No. 174**]

Status:  This matter is going forward on an uncontested basis.

US_ACTIVE:\44464143\7\58399.0011

17.    Tamia Allen v. Franklin American Mortgage Company [**Adversary Proceeding No. 14-01837**]

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Summons with Notice of Pre-Trial Conference [**ECF No. 2**]

Status:  This matter is going forward.

## IV.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

18.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims [**ECF No. 19399**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Response Received:

    A.    Response of Michael Stipo (Claim No. 15580) [**ECF No. 20176**]

Related Document:

    B.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

19.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    April 17, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

20.    Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code [**ECF No. 36882**]

Response Deadline:    July 25, 2013 at 12:00 p.m.

US_ACTIVE:\44464143\7\58399.0011

Response Received:

    A.    Response of Federal Home Loan Bank of Pittsburgh to Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code **[ECF No. 39014]**

Related Documents:   None.

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

21.    Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 37168**]

Response Deadline:   June 3, 2013 at 4:00 p.m. or as otherwise extended.

Adjourned Responses:

    A.    Response of Commerzbank AG **[ECF No. 38674]**

    B.    Response of EuroHypo AG **[ECF No. 38674]**

Status:  The hearing on the objection to claim number 18996 of Commerzbank AG and claim number 19002 of Eurohypo AG has been adjourned to May 14, 2014 at 10:00 a.m.

22.    Plan Administrator's Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. **[ECF No. 37839]**

Response Deadline:   July 10, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Frank Tolin, Jr. **[ECF No. 39912]**

Related Document:   None.

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

23.    Claims Objection Hearing with Respect to Debtors' Objection to Proofs of Claim Nos. 28740 and 28828 **[ECF No. 38054]**

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

24.    Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim No. 12597 **[ECF No. 39129]**

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

US_ACTIVE:\44464143\7\58399.0011

25.    Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:    September 11, 2013 at 4:00 p.m.

Adjourned Response:

    A.    Response of Sanford and Tina Mohr [**ECF No. 41101**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

26.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:    April 17, 2014 at 4:00 p.m.

Response Received:

    A.    LBHI's Opposition [**ECF No. 40232**]

Related Documents:    None.

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

27.    Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [**ECF No. 40292**]

Response Deadline:    November 6, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Arthur A. Boor and Joan Boor [**ECF No. 40991**]

    B.    Response of Arthur A. Boor and Joan Boor [**ECF No. 40992**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

28.    Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 40475**]

Response Deadline:    November 14, 2013 at 4:00 p.m.

Adjourned Response:

    A.    Response of Guam Economic Development Authority [**ECF No. 41090**]

Status:  The hearing on the objection to claim numbers 29559 and 65855 of Guam Economic Development Authority has been adjourned to May 14, 2014 at 10:00 a.m.

29.     Four Hundred Fifty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 42104**]

Response Deadline:    February 18, 2014 at 4:00 p.m.

Adjourned Response:

  A.    Response of ING USA Annuity and Life Insurance Company [**EFC No. 42903**]

Status:  The hearing on the objection to claim numbers 11152 and 11153 of ING USA Annuity and Life Insurance Company has been adjourned to May 14, 2014 at 10:00 a.m.

30.     Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

Response Deadline:    February 18, 2014 at 4:00 p.m. or as otherwise extended.

Status:  The hearing on the objection to claim numbers 19986, 19987, 19988 and 27709 has been adjourned to June 19, 2014 at 10:00 a.m.

31.     Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 11152 and 11153 [**ECF No. 43115**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

32.     Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 43532**]

Response Deadline:    April 22, 2014 at 4:00 p.m.

Response Received:

  A.    Response of Newport Global Advisors LP to the Four Hundred Fifty-Eighth Omnibus Objection to Claims [**ECF No. 44071**]

Status:  The hearing as to all claims identified on the objection has been adjourned to May 14, 2014 at 10:00 a.m.

US_ACTIVE:\44464143\7\58399.0011

**B.      Adversary Proceeding**

33.      Lehman Brothers Holdings Inc., *et al*. v. Giants Stadium LLC [**Adversary Proceeding No. 13-01554**]

**Pre-Trial Conference**

Related Documents:

A.      Adversary Complaint [**ECF No. 1**]

B.      Motion to Dismiss Adversary Proceeding filed by Bruce E. Clark on behalf of Giants Stadium LLC [**ECF No. 10**]

C.      Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 11**]

D.      Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 13**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

**C.      Lehman Brothers Inc. Proceedings**

34.      Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Response Received:

A.      Response of Zameer Khan [**Not Docketed**]

Related Document:

B.      Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6563**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m., as to the claim of Mr. Khan.

35.      Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6918**]

Response Deadline:    August 22, 2013 at 4:00 p.m.

US_ACTIVE:\44464143\7\58399.0011

Responses Received:

    A.    Response of Theodore Pearlman [**LBI ECF No. 7076**]

    B.    Response of Bouef Limited [**LBI ECF No. 7103**]

Related Documents:

    C.    Order Granting the Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7277**]

    D.    Trustee's Omnibus Reply to Certain Responses [**LBI ECF No. 8693**]

    E.    Declaration In Support of Omnibus Reply [**LBI ECF No. 8694**]

Status:  This matter has been adjourned to a date to be determined, as to the Bouef Limited claim.

36.    Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7185**]

Response Deadline:    September 27, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Louise Brodsky [**Not Docketed**]

Related Document:

    B.    Order Granting One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7483**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m., as to the claim of Ms. Brodsky.

37.    Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

Response Deadline:    October 23, 2013 at 4:00 p.m., extended for certain claimants to October 30, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Terry G. Reckas [**Not Docketed**]

US_ACTIVE:\44464143\7\58399.0011

Related Document:

    B.    Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m., as to the claim of Mr. Reckas.

38.    Trustee's Objection to the General Creditor Claim Filed by Mortgage Guaranty Insurance Corp. (Claim No. 5624)  [**LBI ECF No. 7950**]

Response Deadline:    January 10, 2014 at 4:00 p.m.

Response Received:

    A.    Response of MGIC [**LBI ECF No. 8233**]

Related Documents:    None.

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

39.    Trustee's Objection to the General Creditor Proof of Claim of Cornell Companies Inc. (Claim No. 4393)  [**LBI ECF No. 8046**]

Response Deadline:    January 31, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Cornell Companies Inc. [**LBI ECF No. 8414**]

Related Document:

    B.    Trustee's Reply in Further Support of the Objection to the General Creditor Proof of Claim of Cornell Companies Inc. (Claim No. 4393) [**LBI ECF No. 8658**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

40.    Trustee's One Hundred Ninety-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8094**]

Response Deadline:    February 11, 2014 at 4:00 p.m., extended to March 14, 2014 at 4:00 p.m. solely as to the claim filed by Lilith Ventures Ltd.

Response Received:

    A.    Response of Lilith Ventures Ltd. [**LBI ECF No. 8478**]

16

Related Document:

      B.      Order Granting One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 8441**]

Status:  This matter has been adjourned to a date to be determined, as to the claim of Lilith Ventures Ltd.

41.     Trustee's Two Hundred Tenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8284**]

Response Deadline:     March 13, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

42.     Trustee's Two Hundred Eleventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8331**]

Response Deadline:     March 17, 2014 at 4:00 p.m., extended to April 11, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

      A.      Order Granting Two Hundred Eleventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8706**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m., as to the claim of Ms. Bah.

43.     Trustee's Objection to the General Creditor Proof of Claim of Connie & Curtis Gale (Claim No. 7000142) [**LBI ECF No. 8408**]

Response Deadline:     March 20, 2014 at 4:00 p.m.

Responses Received:

      A.      First Response of Connie and Curtis Gale [**LBI ECF Nos. 8490, 8512**]

        B.      Supplemental Response Affidavit on behalf of Connie and Curtis Gale's Response and Opposition to Trustee's Objection [**LBI ECF No. 8511**]

Related Documents:   None.

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

44.   Trustee's Objection to the General Creditor Proof of Claim of Sofia Frankel (Claim No. 4909) [**LBI ECF No. 8425**]

Response Deadline:   March 24, 2014 at 4:00 p.m.

Response Received:

        A.      Response of Sofia Frankel [**LBI ECF No. 8597**]

Related Documents:   None.

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

45.   Trustee's Two Hundred Fourteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8427**]

Response Deadline:   March 24, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m.

46.   Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8428**]

Response Deadline:   March 24, 2014 at 4:00 p.m.

Response Received:

        A.      Response of Nomura Holdings, Inc. [**LBI ECF No. 8539**]

Related Documents:

        B.      Notice of Withdrawal [**LBI ECF No. 8681**]

        C.      Certificate of No Objection [**LBI ECF No. 8702**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to certain claims.

47. Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8467**]

Response Deadline:    April 2, 2014 at 4:00 p.m.

Response Received:

A.    Response of John and Ann McCulla [**LBI ECF No. 8623**]

Related Document:

B.    Certificate of No Objection [**LBI ECF No. 8679**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to the claims of the McCullas.

48. Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:    April 4, 2014 at 4:00 p.m., extended to April 21, 2014 at 4:00 p.m.

Response Received:

A.    Response of Comerica Bank [**LBI ECF No. 8711**]

Related Document:

B.    Certificate of No Objection [**LBI ECF No. 8703**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m., as to certain claims.

49. Trustee's Two Hundred Twenty-First Omnibus Objection to General Creditor Claims (Redundant Claims) [**LBI ECF No. 8520**]

Response Deadline:    April 9, 2014 at 4:00 p.m., extended to April 16, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Notice of Withdrawal [**LBI ECF No. 8697**]

Status:  This matter has been adjourned to May 14, 2014 at 10:00 a.m. solely as to a certain claim.

US_ACTIVE:\44464143\7\58399.0011

V.    **WITHDRAWN MATTERS**:

50.    Credican C.A.'s Motion to Designate Diaz, Reus & Targ LLP as Agent for Receipt of Distributions and Honor Change of Address for Purposes of Fifth Distribution Date and all Future Distributions [**ECF No. 43537**]

Response Deadline:    March 21, 2014 at 4:00 p.m.

Response Received:

A.    Junta Administradora de Credican, C.A.'s Objection to Diaz Reus & Targ LLP's Motion to Designate Itself as Agent for Receipt of Distributions And Honor Change of Address for Purposes of Fifth Distribution Date and all Future Distributions [**ECF No. 43690**]

Related Documents:

B.    Plan Administrator's Statement in Respect of the Motion to Designate Diaz Reus & Targ, LLP as Agent for Receipt of Distributions and Honor Change of Address for Purposes of Fifth Distribution Date and all Future Distributions [**ECF No. 43683**]

C.    Notice of Change of Address [**ECF No. 43536**]

D.    LBI Trustee's Statement in Respect of the Motion to Designate Diaz Reus & Targ, LLP as Agent for Receipt of Distributions and Honor Change of Address for Purposes of the Fifth Distribution Date and All Future Distributions [**ECF No. 43906**]

US_ACTIVE:\44464143\7\58399.0011

E.    Notice of Withdrawal [**ECF No. 44082**]

Status:  This matter has been withdrawn.


Dated:  April 23, 2014
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates


Dated:  April 23, 2014
        New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.