WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re**                                                       :    **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (SCC)**
                                                                :
                   **Debtors.**                            :    **(Jointly Administered)**
                                                                :
------------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE THE AUTOMATIC STAY, THE PLAN, AND THE CONFIRMATION ORDER AGAINST PICBENGRO, LLC**

Lehman Brothers Holdings Inc. ("LBHI"), in its capacity as Plan Administrator (in such capacity, the "Plan Administrator") under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, and on behalf of LBHI and Lehman Brothers Commercial Paper Inc. ("LCPI"), having filed the *Motion to Enforce the Automatic Stay, the Plan, and the Confirmation Order Against Picbengro, LLC* [ECF No. 41486] (the "Motion"); and

The Plan Administrator, on behalf of LBHI and LCPI, and Picbengro having entered into a stipulation resolving the Motion [ECF #43558] (the "Stipulation");[1] and

The Bankruptcy Court having approved the Stipulation [ECF #43909]; and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

US_ACTIVE:\44465880\1\58399.0011

Picbengro having dismissed LBHI from the District Court Proceeding in accordance with ¶ 2 of the Stipulation; and

Picbengro having filed an amended complaint in the District Court Proceeding in accordance with ¶ 2 of the Stipulation; now therefore

Pursuant to ¶ 4 of the Stipulation, the Plan Administrator hereby withdraws the Motion without prejudice.

Dated: April 24, 2014
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates