UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                                    :    Chapter 11
                                                         :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :
                                                         :    Jointly Administered
               Debtors.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES

WHEREAS, on February 28, 2014, the Court granted the request of Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited (together, "Canary Wharf") to move for summary judgment that Lehman Brothers Holdings Inc. ("LBHI," and with Canary Wharf, the "Parties") is liable for Canary Wharf's claims (proof of claim numbers 14824 and 14826) under paragraph 1 of the surety agreement between the Parties and approved the Parties' proposed briefing schedule under which Canary Wharf would file its summary judgment motion on March 14, 2014, LBHI would file its response on May 2, 2014 and Canary Wharf would file its reply on May 23, 2014;

WHEREAS, on March 14, 2014, Canary Wharf filed its motion for summary judgment (ECF Nos. 43538–40);

WHEREAS, on March 26, 2014, LBHI requested the Court's permission to file a cross-motion for summary judgment on May 2, 2014 that it is not liable under paragraph 1 of the surety agreement, and to amend the briefing schedule so that Canary Wharf would file its reply on its motion for summary judgment and response to LBHI's cross-motion on May 23, 2014, and LBHI would file a reply on its cross-motion on June 13, 2014 (ECF No. 43741), which the Court granted (ECF No. 43898);

WHEREAS, on March 28, 2014, Canary Wharf filed an Affidavit of Frank Bartolotta in support of its motion for summary judgment (ECF No. 43804);

WHEREAS, the Parties agreed to a deposition of Mr. Bartolotta and attempted without success to schedule the deposition at a time that would not interfere with the Court-ordered briefing schedule;

WHEREAS, Mr. Bartolotta's deposition is currently scheduled to take place on May 7, 2014, beginning at 2:30 p.m.;

IT IS THEREFORE AGREED AND ORDERED:

1. LBHI will serve and file its response to Canary Wharf's summary judgment motion and cross-motion for summary judgment on or before May 22, 2014 at 5 p.m.;

2. Canary Wharf will serve and file its reply in support of its motion for summary judgment and response to LBHI's cross-motion for summary judgment on or before June 12, 2014 at 5 p.m.; and

3. LBHI will serve and file its reply in support of its cross-motion for summary judgment on or before July 3, 2014.

4. All papers will be served by email.

5. In the event that Mr. Bartolotta's deposition does not proceed as currently scheduled, the briefing schedule contained herein shall be modified as agreed or as ordered by the Court.

2

IT IS HEREBY STIPULATED AND AGREED:

Dated this 18th day of April, 2014.

| WEIL, GOTSHAL & MANGES LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/ Peter D. Isakoff | By: /s/ Marc De Leeuw |
| Peter D. Isakoff<br>1300 Eye Street, NW, Suite 900<br>Washington, DC 20005-3314<br>Phone: (202) 682-7000<br>Fax: (202) 857-0949 | David Tulchin<br>Marc De Leeuw<br>John J. Jerome<br>125 Broad Street<br>New York, NY 10004<br>Phone: (212) 558-4000<br>Fax: (212) 558-3588 |
| *Counsel for Lehman Brothers Holdings, Inc.* | *Counsel for Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited* |

**IT IS SO-ORDERED:**
April 24, 2014
New York, New York


*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

3