UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
 : 
Debtors. : (Jointly Administered)
 : 
----------------------------------------------------------------x  Ref. Docket No. 44084

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2014, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Claim Objections Scheduled for Hearing on April 24, 2014," dated April 23, 2014 [Docket No. 44084], by causing true and correct copies to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: Office of the US Trustee, U.S. Federal Office Building, Attn: William K. Harrington, ESQ., Susan D. Golden, ESQ., 201 Varick Street, Room 1006, New York, NY 10014, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

      /s/ *Christina Siguenza*
      Christina Siguenza

Sworn to before me this
24th day of April, 2014
/s/ *Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

# EXHIBIT A

LBH EMAIL SERVICE LIST

ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com