EXHIBIT A-2

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc., *et al,*

                    Debtors.

Chapter 11

Case No. 08-13555 (SCC)

Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Citigroup Financial Products Inc.**
Name of Transferee

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/Brian Broyles

Name and Address where transfere payments should be sent (if different from above):

_____

_____

Telephone: _____

Attention: _____

**ING Capital Markets LLC**
Name of Transferor

Claim No.: 10346

Amount of Claim: $3,230,465

Date Claim Filed: September 4, 2009

Phone: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: :_____  Brian S. Broyies  Date: April 22, 2014
      Transferee/Transferee's Agent  Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S C. §152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **ING Capital Markets LLC** ("Seller") has, pursuant to and as more fully detailed in a claim purchase agreement dated __April 22__, 2014, unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim no. 10346 the "Claim") against Lehman Brothers Special Financing Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __22nd__ day of April, 2014.

| SELLER: | BUYER: |
|---|---|
| **ING Capital Markets LLC** | **Citigroup Financial Products Inc.** |
| Name: | Name: |
| Title:   Marcy Cohen | Title: |
| General Counsel, Managing Director | |

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **ING Capital Markets LLC** ("Seller") has, pursuant to and as more fully detailed in a claim purchase agreement dated _April 22_ __, 2014, unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim no. 10346 the "Claim") against Lehman Brothers Special Financing Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _22nd_ day of April, 2014.

| SELLER: | BUYER: |
|---|---|
| **ING Capital Markets LLC** | **Citigroup Financial Products Inc.** |
| Name: | Name: ⌐ːan S. Broyles |
| Title: | Title: Authorized Signatory |