**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 15443

Reference is made to proof of claim number 15443 filed on September 17, 2009 (the "**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**") by Banca Popolare di Milano S.c.a.r.l. ("**BPM**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, BPM hereby withdraws the Claim and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, BPM does not seek to withdraw any claims other than the Claim.

Dated: April 28, 2014
New York, New York

/s/ John Kibler
John Kibler
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for Banca Popolare di Milano S.c.a.r.l*

1