Duane Morris LLP
A Delaware Limited Liability Partnership
1540 Broadway
New York, NY 10036
Tel: (212) 692.1000
Patricia H. Heer, Esq.
   and
30 South 17th Street
Philadelphia, PA 19103-4196
Rudolph J. Di Massa, Jr., Esq.

*Counsel for Pennsylvania Public School Employees'*
*Retirement System*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** | Case No. 08-13555 |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the mailing address for Pennsylvania Public School Employees' Retirement System ("PSERS"), a creditor in the above captioned cases, has changed. Effective immediately, any correspondence and payments to PSERS' in these cases should be mailed to the following address:

> Public School Employees' Retirement System
> 5 N. Fifth Street
> Harrisburg, PA 17101

Dated: April 28, 2014          */s/ Patricia H. Heer*
                              Patricia H. Heer
                              1540 Broadway
                              New York, NY 10036
                              Telephone: (212) 692.1000

DM3\2887597.1