# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re: Lehman Brothers Holdings Inc. et al., ET AL.,    Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS III, LLC** | **ASA New York Tax Advantaged Fund L.P.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS III, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): **23544**
Amount of Claim as Filed: **$2,223,485.00**
Amount of Claim as Allowed: **$645,347.50**
Date Claim Filed: **9/21/2009**

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

ASA New York Tax Advantaged Fund L.P.
c/o ASA New York Managers LLC
601 Carlson Parkway, Suite 610
Minnetonka, MN 55305

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg            Date: 4/28/2014
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**ASA New York Tax Advantaged Fund L.P.**, located at 601 Carlson Parkway, Suite 610, Minnetonka, MN 55305 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Sonar Credit Partners III, LLC** its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 23544) in the amount of $645,347.50 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 28 day of April, 2014.

**ASA NEW YORK TAX ADVANTAGED FUND L.P.**
**By: ASA New York Managers LLC, the General Partner**

By: _____
Name: Robert D. Albright Jr.
Title:  Member and Secretary


**SONAR CREDIT PARTNERS III, LLC**
**By: SONAR ASSET MANAGEMENT GROUP, INC.**
**Its Managing Member**

By: _____
Name: Michael I. Goldberg
Title:  President

KL2 2630882.9