B 210A (Form 210A) (12/09)

# LBHI TRANSFER NOTICE

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

_____
CVF Lux Master Sarl, as Transferee

Name and Address where notices to transferee should be sent:

CVF Lux Master Sarl
c/o Carval Investors GB LLP
3rd Floor
25 Great Pulteney Street
London
W1F 9LT

_____
Jefferies International Limited, as Transferor

Court Claim # (if known): 66886
Amount of Claim Transferred: US$ 4,741,167.47
Date Claim Filed: 24 June 2010
Debtor: Lehman Brothers Holdings Inc.

7057613v.2 3093/00016

1

### LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

_____
CVF Lux Master Sarl, as Transferee
BY CARVAL INVESTORS GB LLP

Name and Address where notices to transferee should be sent:

CVF Lux Master Sarl
c/o Carval Investors GB LLP
3rd Floor
25 Great Pulteney Street
London
W1F 9LT

_____
Jefferies International Limited, as Transferor

Court Claim # (if known): 66886
Amount of Claim Transferred: US$ 4,741,167.47
Date Claim Filed: 24 June 2010
Debtor: Lehman Brothers Holdings Inc.

7057613v.2 3093/00016

1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____
    CVF Lux Master Sarl, as Transferee

By: _____  Date: _28 March 2014_
    Jefferies International Limited, as Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

7057613v.2 3093/00016     2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____28th March 2014_____
CVF Lux Master Sarl, as Transferee
BY CARVAL INVESTORS GB LLP

By: _____    Date: _____
Jefferies International Limited, as Transferor

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.