# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>JPMorgan Chase Bank, N.A.</u>                                 <u>Värde Investment Partners, L.P.</u>
Name of Transferee                                                   Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>32695</u>
should be sent:                                                           Amount of Claim Transferred: <u>$25,000,000.00</u>
                                                                                  Date Claim Filed: <u>September 22, 2009</u>
JPMorgan Chase Bank, N.A.                                  Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 43
New York, New York 10179
ATTN: Jeffrey L. Panzo

15

LCPI LBHI (State Street) Varde to JPM AOC (2).doc

JPMORGAN CHASE BANK, N.A.

By: _____  Alexander Wilk
        Transferee/Transferee's Agent    Authorized Signatory

Date: _____4-29-14_____

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____  Scott T. Hartman
        Transferor/Transferor's Agent   Managing Director

Date: _____4-28-14_____

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| JPMorgan Chase Bank, N.A. | Värde Investment Partners, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

JPMorgan Chase Bank, N.A.
c/o J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 43
New York, New York 10179
ATTN: Jeffrey L. Panzo

Court Claim # (if known): 32697
Amount of Claim Transferred: $25,000,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Commercial Paper Inc.

13

LCPI LBHI (State Street) Varde to JPM AOC (2).doc

JPMORGAN CHASE BANK, N.A.

By: _____    Alexander Wilk
    Transferee/Transferee's Agent    Authorized Signatory

Date: 4-29-14


VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____    Scott T. Hartman
    Transferor/Transferor's Agent    Managing Director

Date: 4-28-14

LCPI LBHI (State Street) Varde to JPM AOC (2).doc