B 210A (Form 210A) (12/09)

Rich, Michaelson, Magaliff, Moser, LLP
340 Madison Avenue, 19th Floor
New York, New York 10173
Telephone: 212-220-9402
Facsimile: 212-913-9642
Robert N. Michaelson

*Attorney for Brian W. Monahan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :
                         Debtors.                              :    (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM 4706 AND RELATED RESPONSE

**PLEASE TAKE NOTICE** that Brian W. Monahan ("Claimant") hereby withdraws with prejudice proof of claim number 4706 (the "Claim"), which was filed on June 1, 2009 in the amount of $500,000 and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. PLEASE TAKE FURTHER NOTICE that Claimant hereby withdraws with prejudice his response to the Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) [ECF No. 29263] (the "Response"). The withdrawal of the Claim and the Response is without prejudice to any other claim that Claimant has filed in the above-captioned cases.

The undersigned represents and warrants that he is authorized by Claimant to execute this withdrawal and that the withdrawals of the Claim and the Response are within Claimant's powers, have been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on Claimant, or any law, regulation, judgment, order or administrative action binding on Claimant.

Dated: April 29, 2014
       New York, New York

_____
Robert N. Michaelson
Rich, Michaelson, Magaliff, Moser, LLP
340 Madison Avenue, 19th Floor
New York, New York 10173
Telephone: 212-220-9402
Facsimile: 212-913-9642
*Attorney for Brian W. Monahan*

US_ACTIVE:\44471677\1\58399.0011