B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

## AMENDED PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BKM Holdings (Cayman) Ltd. | Goldman Sachs & Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BKM Holdings (Cayman) Ltd.
c/o Davidson Kempner Capital Management
65 East 55th Street
New York, NY 10022
Attn: Jennifer Donovan
(212) 446-4018
jdonovan@dkpartners.com

Court Claim # (if known): 62744
Amount of Claim Transferred: $10,838,504.43 in allowed amount with respect to ISIN CH0029197156
Date Claim Filed: November 2, 2009
Debtor: Lehman Brothers Holdings, Inc.

**NOTE: THIS AMENDED PARTIAL TRANSFER OF CLAIM AGREEMENT AMENDS DOCKET #37843 FILED ON JUNE 10, 2013 SOLELY WITH RESPECT TO THE TRANSFER OF ISIN CH0029197156 UNDER CLAIM NUMBER 62744**

829656v.1 153/05435


08-13555-mg    Doc 44138    Filed 04/29/14    Entered 04/29/14 17:05:12    Main Document
Pg 2 of 6

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief. Dennis Lafferty

~~Managing Director~~

By: _[signature]_                                    Date: __4/29/14__

Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## AMENDMENT TO ASSIGNMENT AGREEMENT

AMENDMENT, dated as of April [29], 2014 (the "Amendment"), to the AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM LEHMAN PROGRAM SECURITY (the "Assignment Agreement") by and between Goldman, Sachs & Co. ("Goldman") and BKM Holdings (Cayman) Ltd. ("BKM") on June 10, 2013.

### RECITALS

A.    Goldman and BKM entered into the Assignment Agreement on June 10, 2013; and

B.    Goldman and BKM desire to amend certain provisions of the Assignment Agreement as set forth below.

### AGREEMENT

Section 1.    Defined Terms. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Assignment Agreement.

Section 2.    Amendment with respect to CH0029197156. Effective as of the date of this Amendment, the Parties agree that:

Line 3 to the chart set forth in Schedule 1 shall be deleted in its entirety and replaced with the following (headings provided purely for reference and not to be included in the replacement):

| ISIN/CUSIP | Issuer | Guarantor | Proof of Claim | Principal/ Notional Amount | Allowed Amount (USD) |
|---|---|---|---|---|---|
| CH0029197156 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62744 | CHF 11,980,000.00 | $10,838,504.43 |

Section 3.    Effect of Amendments. Except as expressly amended hereby, all of the terms of the Assignment Agreement (including without limitation the representations, warranties, covenants and conditions) shall remain unchanged and shall continue to be in full force and effect. In the event of any conflict or inconsistency between the provisions of this Amendment and the provisions of the Assignment Agreement, the provisions of this Amendment shall govern.

Section 4.    Survival; Successors and Assigns. The terms of this Amendment shall survive the execution, delivery and performance hereof. This Amendment shall inure to the benefit of, be binding upon and be enforceable by and against the parties hereto and their respective successors and assigns.

Section 5.    Counterpart Execution. This Amendment may be executed in any number of counterparts (including by facsimile, email, or other means of electronic transmission), each of which, when so executed and delivered, shall be an original, but all of which together shall constitute one agreement binding all of the parties hereto.

Section 6.     <u>Governing Law</u>.   This Amendment shall be governed by and construed in accordance with the internal laws of the State of New York (without regard to any conflict of law provision that would require the application of the law of any other jurisdiction).

*[Remainder of page intentionally left blank]*

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed and delivered by their proper and duly authorized officers as of the day and year first above written.

| GOLDMAN SACHS & CO. | BKM Holdings (Cayman) Ltd. |
|---|---|
| By: _____ | By: _____ |
| Name: Dennis Lafferty | Name: |
| Title: Managing Director | Title: Director |
| 30 Hudson Street, 5th Floor | c/o Davidson Kempner Capital Management |
| Jersey City, NJ 07302 | 65 East 55th Street |
| Attn: Michelle Latzoni | New York, New York 10022 |
| Email: gsd.link@gs.com | Attention: Jennifer Donovan |
| Tel: (212) 934-3921 | Telephone: (212) 446-4018 |
| | Email: jdonovan@dkpartners.com |

829656v.1 153/05435

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed and delivered by their proper and duly authorized officers as of the day and year first above written.

| | |
|---|---|
| **GOLDMAN SACHS & CO.** | **BKM Holdings (Cayman) Ltd.** |
| By: _____ | By: _/s/ Anthony Yoseloff_ |
| Name: | Name: Anthony Yoseloff |
| Title: | Title: ~~Director~~ Manager |
| 30 Hudson Street, 5th Floor | c/o Davidson Kempner Capital Management |
| Jersey City, NJ 07302 | 65 East 55th Street |
| Attn: Michelle Latzoni | New York, New York 10022 |
| Email: gsd.link@gs.com | Attention: Jennifer Donovan |
| Tel: (212) 934-3921 | Telephone: (212) 446-4018 |
| | Email: jdonovan@dkpartners.com |