UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                                          :          Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :          08-13555 (SCC)
                                                               :          (Jointly Administered)
                              Debtors.                         :
                                                               :
------------------------------------------------------------------------x          Ref. Docket Nos. 43679, 43703,
                                                                          43705, 43710, 43868, 43888, 43984,
                                                                          43993, 43994, 44000, 44004


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 18, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
25th day of April, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---
| |
In re                                      | Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     | 08-13555 (SCC)
                                           |
                                           | (Jointly Administered)
          Debtors.                         |
---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
             TRANSFEROR: J.P. MORGAN SECURITIES LLC
             C/O ALDEN GLOBAL CAPITAL
             ATTN: ITHRAN OLIVACCE
             885 THIRD AVENUE, 34TH FLOOR
             NEW YORK NY 10022

Please note that your claim # 59840-10 in the above referenced case and in the amount of
        $280,346.44  allowed at $285,544.53      has been transferred **(unless previously expunged by court order)**

        TURNPIKE LIMITED
        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
        C/O ALDEN GLOBAL CAPITAL
        ATTN: ITHRAN OLIVACCE
        885 THIRD AVENUE, 34TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 43703    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/18/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 18, 2014.

EXHIBIT B

TIME: 14:28:20
DATE: 04/18/14

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LTD. 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, FKA JP MORGAN SECURITIES INC ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 889 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: SBA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: FRANCO BRICHETTI & FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY |
| CASSA LOMBARDA S.P.A. | VIA A MANZONI 12/16 MILANO 20121 ITALY |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| CSCP II ACQUISITION LUXCO, SARL | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152<br>ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: GOLDMAN, SACHS & CO. CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343<br>WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | LONDON EC2M 3XD UNITED KINGDOM |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF FUND II LP C/O GOLDMAN SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CVI CVF II LUX SECURITIES TRADING S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HYPOSWISS PRIVATBANK AG | SCHUTZENGASSE 4 ZURICH CH-8021 SWITZERLAND<br>TRANSFEROR: NEUE AARGAUER BANK AG LANGMATTSTR. 2 KLEINDOTTINGEN CH-5314 SWITZERLAND |
| MARC GASPARIC | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | TRANSFEROR: CREDIT SUISSE AG 1002 SHERBROOKE W., 6TH FLOOR MONTREAL QC HBA1L6 |
| SCOTIA MCLEAD | TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 35TH FLOOR NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 14:28:20
DATE: 04/18/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE,34TH FLOOR NEW YORK NY 10022 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    39

EPIQ BANKRUPTCY SOLUTIONS, LLC