UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
----------------------------------------------------------------x   Ref. Docket No. 43889

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
29th day of April, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 43889_Aff 4-18-14.doc

# EXHIBIT A

08-13555-mg    Doc 44140    Filed 04/29/14    Entered 04/29/14 17:44:45    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE
               ATTN: ALLEN GAGE
               1 MADISON AVE
               NEW YORK NY 10010


Additional:    CREDIT SUISSE
               CRAVATH, SWAINE & MOORE LLP
               ATTN: RICHARD LEVIN
               WORLDWIDE PLAZA
               825 EIGHTH AVENUE
               NEW YORK NY 10019


Transferee:    BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) SA
               BEETHOVENSTRASSE 48
               PO BOX 2192
               ZURICH CH-8022 SWITZERLAND


**Your transfer   of claim #   55829   is defective for the reason(s) checked below:**

Other                                    Not enough money to complete transfer.



Docket Number 43889              Date 03/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 18, 2014.

# EXHIBIT B

```
TIME: 14:37:22                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 04/18/14                              CREDITOR LISTING

Name                              Address
BANQUE INTERNATIONALE A LUXEMBOURG  BEETHOVENSTRASSE 48 PO BOX 2192 ZURICH  CH-8022 SWITZERLAND
 (SUISSE) SA
CREDIT SUISSE                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019


Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC