UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (SCC)
                                                                :    (Jointly Administered)
          Debtors.                                              :
                                                                :    Ref. Docket Nos. 37082, 43551,
                                                                :    43691-43694, 43719, 43734, 43783,
                                                                :    43787, 43840, 43846, 43851, 43855,
                                                                :    43860, 43862, 43866, 43867, 43931,
                                                                :    43932, 43979, 43996-43999, 44001-
                                                                :    44003, 44006-44023, 44025, 44031
                                                                :
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                         :    08-13888 (SCC)
                                                                :    (Jointly Administered)
          Debtors.                                              :
                                                                :    Ref. Docket Nos. 379
                                                                :
                                                                :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
29th day of April, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 37082, 43551, 43691...44023, 44025, 44031; (08-13888) 379_AFF_4-22-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

---

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC    ROBERT SCHEININGER
      610 BROADWAY, 6TH FLOOR                           SIDLEY AUSTIN LLP
      NEW YORK NY 10012                                 787 SEVENTH AVENUE
                                                        NEW YORK NY 10019
```

Please note that your claim # 67079-62 in the above referenced case and in the amount of
    $16,540,817.92  allowed at $9,500,000.00    has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS LENDING PARTNERS, LLC
      TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
      C/O GOLDMAN, SACHS & CO.
      ATTN: MICHELLE LATZONI
      30 HUDSON STREET, 5TH FLOOR
      JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44016     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2014                  Vito Genna, Clerk of Court

                                                   /s/ Lauren Rodriguez
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2014.

# EXHIBIT B

```
TIME: 12:45:53                                      LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 04/22/14                                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| AKTIA BANK PLC | FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI FIN-00100 FINLAND |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) C/O CITIBANK, N.A. ATTN: BRIAN BLESING/BRIAN BROYLES 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| D-STAR LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CITIGROUP ALTERNATIVE INVESTMENTS ATTN: JUDITH OTTENSOSER 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: D-STAR LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP C/O DEUTSCHE BANK AG, LONDON BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NAPIER PARK DISTRESSED DEBT OPPORTUNITY MASTER FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: JEFFREY OLINSKY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: GRF MASTER FUND II, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP C/O GOLDMAN, SACHS CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HBK MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HYPOSWISS PRIVATBANK AG | SCHUTZENGASSE 4 ZURICH CH-8021 SWITZERLAND |
| HYPOSWISS PRIVATBANK AG | TRANSFEROR: UBS AG ATTN: CORPORATE ACTIONS STAUFFACHERSTRASSE 41 ZURICH CH-8021 GERMANY |
| HYPOSWISS PRIVATE BANK GENEVE SA | 7 RUE DES ALPES GENEVE 1 CH-1211 SWITZERLAND |
| JPMORGAN SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:45:53                                          LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    2
DATE: 04/22/14                                               CREDITOR LISTING

Name                                                    Address
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON                  EMIN BITLIS DILISKELESI MEVKII DILOVASI, GEBZE KOCAELI    TURKEY
  BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON                  ERTUGRUL BITLIS DILISKELESI, MEVKII, DILOVASI, GEBZE KOCAELI    TURKEY
  BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON                  LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11    1211 SWITZERLAND
  BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON                  MR. MEHMET CENGIZ ALPER C/O TG INVESTMENT SERVICES AG ATTN: MR. SELMAN KUZU RENNWEG 38 ZURICH    8001 SWITZERLAND
  BEHALF OF:
MELWANI KISHORE CHANDUMAL A/O MELWANI                   TRANSFEROR: RBS COUTTS BANK AG BARCLAYS WEALTH MANAGEMENT ATTN: NILESH THAKKAR LEVEL 28, MARINA BAY, FINANCIAL CENTRE
  KISHORE CHANDRA                                       TOWER 2, 10 MARINA BLVD. SINGAPORE    018983
MENON MAHAYA BINTI MOHD HASSAN A/O MENON                TRANSFEROR: RBS COUTTS BANK AG ATTN: MRS. MENON MAHAYA BINTI MOHD HASSAN 69 CAIRNHILL ROAD 14-73 SINGAPORE    229675
  BALACHANDRA @ MENON TPB
MERRILL LYNCH, PIERCE, FENNER & SMITH,INC               TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
NAPIER PARK DISTRESSED DEBT OPPORTUNITY                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CITIGROUP ALTERNATIVE INVESTMENTS ATTN: JUDITH OTTENSOSER 399 PARK AVENUE, 7TH FLOOR
  MASTER FUND LTD.                                      NEW YORK NY 10022
QVT FUND IV LP                                          TRANSFEROR: QVT FUND LP C/O QVT ASSOCIATES GP LLC; ATTN JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND IV LP                                          TRANSFEROR: QVT FUND LP C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND LP                                             TRANSFEROR: CARILLON LTD. C/O NICK BRUMM QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FL NEW YORK NY 10036
QVT FUND V LP                                           TRANSFEROR: QVT FUND LP C/O QVT ASSOCIATES GP LLC 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND V LP                                           TRANSFEROR: QVT FUND LP C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
RBS COUTTS BANK AG                                      STAUFFACHERSTRASSE 1 POSTFACH ZURICH    8022 SWITZERLAND
SILVER POINT CAPITAL FUND, LP                           DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                           TRANSFEROR: JPMORGAN SECURITIES LLC ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                                        GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                           TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                                        GREENWICH CT 06830
ST. GALLER KANTONALBANK AG                              TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN    9000 SWITZERLAND
ST. GALLER KANTONALBANK AG                              TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN    9000 SWITZERLAND
ST. GALLER KANTONALBANK AG                              TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ST. LEONHARDSTRASSE 25 ST. GALLEN, 9000    SWITZERLAND
UBS SECURITIES LLC                                      TRANSFEROR: AKTIA BANK PLC ATTN: CRAIG PEARSON 677 WASHINGTON BOULEVARD STAMFORD CT 06901
UNION BANCAIRE PRIVEE, UBP SA                           TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: EMIN BITLIS RUE DU RHONE 96-98 GENEVE    CH-1211 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA                           TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: ERTUGRUL BITLIS RUE DU RHONE 96-98 GENEVE    CH-1211 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA                           TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: MR. MEHMET CENGIZ ALPER RUE DU RHONE 96-98 GENEVE    CH-1211 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP                           TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                           TRANSFEROR: BARCLAYS CAPITAL INC ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                           TRANSFEROR: CANTOR FITZGERALD SECURITIES ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                           TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                           TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed                         68
```