UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (SCC)
                                    :        (Jointly Administered)
                    Debtors.        :
                                    :
------------------------------------------------------------------x        Ref. Docket No. 43901

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On April 23, 2014, I caused to be served the "Notice of Defective Transfer," a sample of
    which is attached hereto as Exhibit A, by causing true and correct copies to be: 1)
    personalized with the transferee, transferor and claim information for the above-referenced
    docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered
    by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
29th day of April, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    RIVERROCK SECURITIES LIMITED
               TRANSFEROR: BBVA (SUIZA) S.A.
               ATTN: GUI GOYARD
               8-10 GROSVENOR GARDENS
               LONDON SW1W 0DH UNITED KINGDOM


Additional:




Transferee:    ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
               C/O ALDEN GLOBAL CAPITAL, LLC
               ATTN: ITHRAN OLIVACCE
               885 THIRD AVENUE, 34TH FLOOR
               NEW YORK NY 10022


**Your transfer** of claim #  51162-05  **is defective for the reason(s) checked below:**

Other                              Not enough money to complete the transfer.




Docket Number 43901              Date 03/28/14

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 23, 2014.

EXHIBIT B

TIME: 13:06:14
DATE: 04/23/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC