UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                                  :
:
-----------------------------------------------------------------x    Ref. Docket Nos. 43660 & 43676

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 24, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
29th day of April, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 43660 & 43676_Aff 4-24-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  VARDE FUND X (MASTER) LP, THE
             TRANSFEROR: THE SEAPORT GROUP EUROPE LLP
             ATTN: EDWINA P.J. STEFFER
             8500 NORMANDALE LAKE BOULEVARD
             SUITE 1500
             MINNEAPOLIS MN 55437

Additional:

Transferee:  BARCLAYS BANK PLC
             ATTN: DANIEL MIRANDA
             745 SEVENTH AVENUE, 2ND FLOOR
             NEW YORK NY 10019

**Your transfer   of claim #   48734-11   is defective for the reason(s) checked below:**

Other                                          Verify Principal/Notional Amt

Docket Number 43660              Date 03/19/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 24, 2014.

# EXHIBIT B

```
TIME: 13:40:50                           LEHMAN BROTHERS HOLDING INC.                                       PAGE:    1
DATE: 04/24/14                               CREDITOR LISTING

Name                        Address
BANCA AKROS SPA             ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY
BARCLAYS BANK PLC           ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
GRUPPO BANCA LEONARDO SPA   ATTN: LUIGI CROSTI / ANNALISA ROMANO VIA BROLETTO 46 MILANO 20121 ITALY
VARDE FUND X (MASTER) LP, THE  TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC