UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re                                                                                           :    Chapter 11 Case No.
                                                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (SCC)
                                                                                                :    (Jointly Administered)
                                        Debtors.                                   :
                                                                                                :
-----------------------------------------------------------------------x    Ref. Docket Nos. 43886, 43903,
                                                                                                      44066, 44067

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                                      ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    /s/ Lauren Rodriguez
                                                                                    Lauren Rodriguez

Sworn to before me this
29th day of April, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 43886, 43903, 44066, 44067_AFF_4-25-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: LAI LAI CHING
RM H 15/F BLOCK 1
FLORA PLAZA
FAN LING
HONG KONG

Please note that your claim # 57235 in the above referenced case and in the amount of
$100,000.00    allowed at $46,826.94    has been transferred **(unless previously expunged by court order)**

ROYAL BANK OF SCOTLAND NV, THE
TRANSFEROR: LAI LAI CHING
30/F, AIA CENTRAL
1 CONNAUGHT ROAD CENTRAL
HONG KONG

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43886    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/25/2014                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 25, 2014.

# EXHIBIT B

```
TIME: 14:59:47                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 04/25/14                                         CREDITOR LISTING

Name                                   Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES   TRANSFEROR: STERNE AGEE UK LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE NEW YORK NY 10022
 LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 LP                                     NEW YORK NY 10022
LAI LAI CHING                           RM H 15/F BLOCK 1 FLORA PLAZA FAN LING    HONG KONG
LAI LAI CHING                           TRANSFEROR: RIVERROCK SECURITIES LIMITED
RIVERROCK SECURITIES LIMITED            TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE RM H 15/F BLOCK 1 FLORA PLAZA FAN LING    HONG KONG
ROYAL BANK OF SCOTLAND NV, THE          TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON   SW1W 0DH UNITED KINGDOM
ROYAL BANK OF SCOTLAND NV, THE          TRANSFEROR: LAI LAI CHING 30/F, AIA CENTRAL 1 CONNAUGHT ROAD CENTRAL HONG KONG
STERNE AGEE UK LLP                      TRANSFEROR: LAI LAI CHING 7/F, LINCOLN HOUSE, TAIKOO PLACE 979 KING'S ROAD QUARRY BAY    HONG KONG
TURNPIKE LIMITED                        TRANSFEROR: NEWPORT OVERSEAS HOLDINGS, INC. 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
                                        TRANSFEROR: STERNE AGEE UK LLP C/O ALDEN GLOBAL CAPITAL , LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

Total Number of Records Printed     10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC