**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (SCC)** **(Jointly Administered)** |
| **Debtors.** | : | |
| | | **Ref. Docket No. 43549** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
29th day of April, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |
|---|---|

**NOTICE OF DEFECTIVE TRANSFER**

Transferor: LEHMAN BROTHERS INTERNATIONAL (EUROPE)
(IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON
25 BANK STREET
LONDON E14 5LE UNITED KINGDOM

Additional: LEHMAN BROTHERS INTERNATIONAL (EUROPE)
PRICEWATERHOUSECOOPERS LLP
ATTN: STEVEN ANTHONY PEARSON
PLUMTREE COURT
LONDON EC4A 4HT UNITED KINGDOM

Transferee: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION)
8TH FLOOR, PRINCE'S BUILDING
10 CHATER ROAD
CENTRAL HONG KONG

**Your transfer of claim # 62783-85 is defective for the reason(s) checked below:**

Other ISINS XS0252835110 & XS0224346592 Part of 56ISIN CLAIMS

Docket Number 43549 Date 03/14/14

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 25, 2014.

# EXHIBIT B

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING



| Name | Address |
|---|---|
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |

Total Number of Records Printed 4