UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (SCC)
:    (Jointly Administered)
                    Debtors.                                    :
:
------------------------------------------------------------------------x    Ref. Docket Nos. 43675, 43718,
    43730, 43876-43883, 44092

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 28, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        */s/ Lauren Rodriguez*
                                                                          Lauren Rodriguez

Sworn to before me this
29th day of April, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE                           CREDIT SUISSE
      ATTN: ALLEN GAGE                        CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                           ATTN: RICHARD LEVIN
      NEW YORK NY 10010                       WORLDWIDE PLAZA
                                              825 EIGHTH AVENUE
                                              NEW YORK NY 10019
```

Please note that your claim # 5255829-08 in the above referenced case and in the amount of
             $0.00   allowed at $66,903.20            has been transferred **(unless previously expunged by court order)**

```
      LUZERNER KANTONALBANK AG
      TRANSFEROR: CREDIT SUISSE
      PILATUSSTRASSE 12
      LUZERN    CH-6003
      SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43730    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/28/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 28, 2014.

# EXHIBIT B

```
TIME: 12:34:06                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:     1
DATE: 04/28/14                                         CREDITOR LISTING

Name                                    Address
BANCA MONTE DEI PASCHI DI SIENA S.P.A.  ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANQUE PRIVEE ESPIRITO SANTO SA         TRANSFEROR: HYPOSWISS PRIVATBANK AG AV. GENERAL GUISAN 70A CASE POSTALE 107 PULLY    1009 SWITZERLAND
BERNER KANTONALBANK AG                  TRANSFEROR: CREDIT SUISSE ATTN: SAMUEL STUCKI POSTFACH BERN  CH 3001 SWITZERLAND
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
HSBC TRINKAUS & BURKHARDT INTERNATIONAL 8 RUE LOU HEMMER LUXEMBOURG-FINDEL  L-1748 LUXEMBOURG
 SA
HSBC TRINKAUS & BURKHARDT INTERNATIONAL MR. JOSEPH PETHES BLOCK 5, FLAT 5B 83 CASTLE PEAK ROAD KWU TUNG SHEUNG SHUI, N.T.   HONG KONG
 SA
HYPOSWISS PRIVATBANK AG                 SCHUTZENGASSE 4 ZURICH  CH-8021 SWITZERLAND
LUZERNER KANTONALBANK AG                TRANSFEROR: CREDIT SUISSE PILATUSSTRASSE 12 LUZERN   CH-6003 SWITZERLAND
NEUE AARGAUER BANK AG                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
PAULSON PARTNERS L.P.                   ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS L.P.                   TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PC SPC 2 SEG INV POR 1                  MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PC SPC 2 SEG INV POR 1                  TRANSFEROR: PAULSON PARTNERS L.P. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
RBS COUTTS BANK AG                      TRANSFEROR: BERNER KANTONALBANK AG STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022    SWITZERLAND
ST. GALLER KANTONALBANK AG              TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN  9000 SWITZERLAND
SWISSQUOTE BANK SA                      CASE POSTALE 319 ATTN: NOZHA OVERGHI CHEMIN DE LA CRETAUX 33 GLAND  CH-1196 SWITZERLAND
UBS AG                                  TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
UBS AG                                  TRANSFEROR: NEUE AARGAUER BANK AG BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
UBS AG                                  TRANSFEROR: SWISSQUOTE BANK SA ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
VP BANK (LUXEMBOURG) SA                 TRANSFEROR: HSBC TRINKAUS & BURKHARDT INTERNATIONAL SA AVENUE DE LA LIBERTE 26 L-1930 LUXEMBOURG   LUXEMBOURG


Total Number of Records Printed         24
```