08-13555-mg   Doc 44149   Filed 04/29/14   Entered 04/29/14 18:08:54   Main Document
Pg 1 of 5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
In re                                                           :       **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :       **08-13555 (SCC)**
                                                                :       **(Jointly Administered)**
                        **Debtors.**                            :
                                                                :
----------------------------------------------------------------x       **Ref. Docket Nos. 43552, 43788,**
                                                                        **43977, 43978**


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez


Sworn to before me this
29th day of April, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015


T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 43552, 43788,  43977, 43978_Aff 4-22-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　　　　　Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:　　RBS COUTTS BANK AG
　　　　　　　STAUFFACHERSTRASSE 1
　　　　　　　POSTFACH
　　　　　　　ZURICH 8022 SWITZERLAND

Additional:

Transferee:　　DR. DETLEV BELKE
　　　　　　　ERBACHER STRASSE 3
　　　　　　　DARMSTADT 64283 GERMANY

**Your transfer    of claim #    45221-36   is defective for the reason(s) checked below:**

Other                                          Schedule 1 Missing from Trans Notice - ISIN not indicated

Docket Number 43977            Date 04/14/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2014.

EXHIBIT B

TIME: 13:46:10
DATE: 04/22/14
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| AKTIA BANK PLC | FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI  FIN-00100 FINLAND |
| DR. DETLEV BELKE | ERBACHER STRASSE 3 DARMSTADT  64283 GERMANY |
| LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF: | FAMILU SERVICES, S.L. CALLE FERRER DEL RIO 19-1C MADRID  ES-28028 SPAIN |
| LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF: | GUSTAVO ADOLFO GASTALDI SANTA MONICA 1948, APTO.004 MONTEVIDEO  11500 URUGUAY |
| LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF: | LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND |
| UBS SECURITIES LLC | ATTN: CRAIG PEARSON 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UNION BANCAIRE PRIVEE, UBP SA | RUE DU RHONE 96-98 GENEVE  CH-1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | RUE DU RHONE 96-98 - CP 1320 GENEVA 1 SD CH-1211 SWITZERLAND |

Total Number of Records Printed  9

EPIQ BANKRUPTCY SOLUTIONS, LLC