**EXHIBIT B-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $4,218,523.21of the claim set forth below (the "Transferred Claim"), of OC 530 OFFSHORE FUND, LTD. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount | Proof of Claim<br>No. |
|---|---|
| $11,122,817.66 | 27584 |

has been transferred and assigned to CITIGROUP FINNANCIAL PRODUCTS INC. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,218,523.21 of or an undivided 37.92674% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: OC 530 OFFSHORE FUND, LTD.    ASSIGNEE: CITIGROUP FINANCIAL
                                                              PRODUCTS INC.

Address: 7 North Broad Street, 3rd Floor, Ridgewood, NJ 07450

Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: _Graham Oxley_
Name: Graham Oxley
Title: Director/CFO
Date: 4/28/14

Signature: _____
Name: _____
Title: _____
Date: _____

628-005/AGR/4205188.1

**EXHIBIT B-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $4,218,523.21of the claim set forth below (the "Transferred Claim"), of OC 530 OFFSHORE FUND, LTD. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
| --- | --- |
| $11,122,817.66 | 27584 |

has been transferred and assigned to CITIGROUP FINNANCIAL PRODUCTS INC. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,218,523.21 of or an undivided 37.92674% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: OC 530 OFFSHORE FUND, LTD.

ASSIGNEE:  CITIGROUP FINANCIAL
PRODUCTS INC.

Address:  7  North  Broad  Street,  3rd  Floor,
Ridgewood, NJ 07450

Signature: _____

Name: _____

Title: _____

Date: _____

Address: 1615 Brett Road, Bldg 3
New Castle, DE  19720

Signature: _____

Name: _____

Title: _____Brian S. Broyles____
Authorized Signatory

Date: ___4/28/14___

628-005/AGR/4205188.1