**EXHIBIT A-2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF [PARTIAL] TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $16,000,000.00 ownership interest in the claim set forth below (the "Transferred Claim"), of OC 530 Offshore Fund, Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $24,234,520.00 | 29058 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $16,000,000.00 of or an undivided 66.021526318% ownership interest in the claim and all rights thereto.

(signature page follows)

628-005/AGR/4207048.2

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: OC 530 OFFSHORE FUND, LTD.

ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC.

Address: 7 North Broad Street, 3rd Floor, Ridgewood, NJ 07450

Signature: *[signature]*
Name: Graham Quigley
Title: Director/CFO
Date: 4/28/14

Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: _____

628-005/AGR/4207048.2

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: OC 530 OFFSHORE FUND, LTD. | ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| Address: 7 North Broad Street, 3rd Floor, Ridgewood, NJ 07450 | Address: 1615 Brett Road, Bldg 3 New Castle, DE 19720 |
| Signature: _____ | Signature: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: Brian S. Broyles |
| Date: _____ | Date: 4/28/14   Authorized Signatory |

628-005/AGR/4207048.2