EXHIBIT B-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS SPECIAL FINANCING, INC.<br><br>Debtors | Case No. 08-13888<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE AND EVIDENCE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $4,218,523.21of the claim set forth below (the "Transferred Claim"), of OC 530 OFFSHORE FUND, LTD. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $11,171,210.66 | 66382 |

has been transferred and assigned to CITIGROUP FINNANCIAL PRODUCTS INC. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,218,523.21 of or an undivided 37.92674% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: OC 530 OFFSHORE FUND, LTD.

Address: 7 North Broad Street, 3rd Floor, Ridgewood, NJ 07450

Signature: *[signature]*
Name: Graham Quigley
Title: Director/CFO
Date: 4/28/14

ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC.

Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: _____

628-005/AGR/4205187.1

EXHIBIT B-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13888 |
|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING, INC. | Chapter 11 |
| | Jointly Administered |
| Debtors | |

## NOTICE AND EVIDENCE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $4,218,523.21 of the claim set forth below (the "Transferred Claim"), of OC 530 OFFSHORE FUND, LTD. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $11,171,210.66 | 66382 |

has been transferred and assigned to CITIGROUP FINNANCIAL PRODUCTS INC. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,218,523.21 of or an undivided 37.92674% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: OC 530 OFFSHORE FUND, LTD. | ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| Address: 7 North Broad Street, 3rd Floor, Ridgewood, NJ 07450 | Address: 1615 Brett Road, Bldg 3 New Castle, DE 19720 |
| Signature: _____ | Signature: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: Brian S. Broyles |
| Date: _____ | Authorized Signatory Date: _____ |

628-005/AGR/4205187.1