Lawrence P. Eagel (LE4505)
Justin A. Kuehn (JK5853)
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue – Suite 3040
New York, NY 10022
Tel.: (212) 308-5858
Fax: (212) 486-0462
eagel@bespc.com
kuehn@bespc.com

*Attorneys for Mark Mazzatta and
Michele McHugh-Mazzatta*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM**

Reference is made to proof of claim number 13493 filed on September 16, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by Mark Mazzatta and Michele McHugh-Mazzatta (the "Claimants") in the amount of $1,157,049.35 (the "Claim").

PLEASE TAKE NOTICE that Claimants hereby withdraw with prejudice the Claim and direct Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The undersigned has been duly authorized to withdraw the Claim on Claimants' behalf.

Dated: April 30, 2014

*/s/ Lawrence P. Eagel*
Lawrence P. Eagel
BRAGAR EAGEL & SQUIRE, PC
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
eagel@bespc.com
*Attorneys for Mark Mazzatta and
Michele McHugh-Mazzatta*