# United States Bankruptcy Court

### Southern District of New York

In re:  Lehman Brothers Holdings Inc.
      Case Number 08-13555
      Entity Name Lehman Brothers Special Financing Inc.
      Entity Case Number 08-13888

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Corre Opportunities Qualified Master Fund, LP** | Name of Transferor<br>**Corre Opportunities Fund, L.P.** |
| Name and Address where notices to transferee should be sent:<br><br>**Corre Opportunities Qualified Master Fund, LP**<br>**1370 Avenue of the Americas, 29th Floor**<br>**New York, NY  10019**<br>**Attn: Claims Processing (Bankruptcy)**<br><br>Phone:<br>646.863.7151 | Court Record Address of Transferor<br>(Court Use Only) |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br>Phone: *Same as Above* | Name and Current Address of Transferor<br>**Corre Opportunities Fund, L.P.**<br>**1370 Avenue of the Americas, 29th Floor**<br>**New York, NY  10019**<br><br>Claim Amount: **$337,687.93**<br>Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| | Court Claim # (if known):  **10340**<br>Date Claim Filed:  **09/04/2009** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Kevin Barrett_____        Date:        **04/30/2014**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**~~DEADLINE TO OBJECT TO TRANSFER~~**

---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____        _____
                                                                                   **CLERK OF THE COURT**