# NOTICE OF CLAIMS PURCHASE AGREEMENT

CORRE OPPORTUNITIES FUND, LP, a(n) __LP__ (State of Corporation), __DE__ its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP** its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$273,971.00** (proof of claim no. 33281 , defined as the "Claim") against **Lehman Brothers Holdings Inc.** (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 08-13555** (jointly administered)(JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF,** the undersigned has duly executed this Agreement by its duly authorized representative dated the __2nd__ day of April, 2014.

CORRE OPPORTUNITIES FUND, LP

WITNESS _____
(Signature)

_____
(Signature of Fund Representative)

_Kevin Barrett_
(Print Name and Title of Witness)

_Eric Soderlund – Managing Partner_
(Print Name and Title of Fund Representative)

CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP

WITNESS _____

_____
(Signature of Fund Representative)

# EXHIBIT "A"

# NOTICE OF CLAIMS PURCHASE AGREEMENT

CORRE OPPORTUNITIES FUND, LP, a(n) *LP* (State of Corporation), *DE* its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP** its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$273,971.00** (proof of claim no. 33274, defined as the "Claim") against **Lehman Brothers Special Financing Inc.** (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 08-13888** (jointly administered)(JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the *2nd* day of April, 2014.

**CORRE OPPORTUNITIES FUND, LP**

WITNESS _____
(Signature)

Kevin Barrett
(Print Name and Title of Witness)

_____
(Signature of Fund Representative)

Eric Soderlund - Managing Partner
(Print Name and Title of Fund Representative)

**CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP**

WITNESS _____

_____
(Signature of Fund Representative)

# EXHIBIT "A"