WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (SCC)**
:
                                        Debtors.     :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF THE ONE HUNDRED ELEVENTH
## OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Eleventh

Omnibus Objection to Claims (No Liability Claims) [ECF No. 15012], that was scheduled for

May 14, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,** *solely* **as to the**

**claim of Banco Interior de S.A. (Claim No. 21949), to June 19, 2014 at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The

Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and

such Hearing may be further adjourned from time to time without further notice other

than an announcement at the Hearing.

Dated: May 5, 2014
     New York, New York

                    /s/ Jacqueline Marcus
                    Jacqueline Marcus

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.

2