WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile:  (202) 857-0940

Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                :   08-13555 (SCC)
                                                            :
                Debtors.                                    :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

### NOTICE OF HEARING AS TO CERTAIN CLAIM ON THE
### ONE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 15012] *solely* **as to the claim of Essex Equity Holdings USA, LLC (Claim No. 30596)** will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 621, One Bowling Green, New York, New York 10004 on **June 19, 2014 at 10:00 a.m. (Eastern Time)**.

Dated:  May 5, 2014
        New York, New York

                                            /s/ Ralph I. Miller
                                            Ralph I. Miller

                                            WEIL, GOTSHAL & MANGES LLP
                                            1300 Eye Street NW, Suite 900
                                            Washington, DC 20005
                                            Telephone: (202) 682-7000
                                            Facsimile:  (202) 857-0940

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates