B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.　　　Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Aleiter Holdings LLC | Banc of America Credit Products, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

With copy to:

Schulte Roth & Zabel LLP
919 Third Ave.
New York, NY 10022
Attn: David J. Karp
Tel: 212.756.2175
Email: david.karp@srz.com
Attn: Stephanie Blattmachr
Tel: 212.756.2007
Email: stephanie.blattmachr@srz.com
Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 30669
Amount of Claim Transferred: $10,000,000.00
Date Claim Filed:　　　September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

501311684v2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature], port                                     Date: May 2, 2014
**ALEITER HOLDINGS LLC**
By: Chapman and Cutler LLP, as authorized signatory and
not in the capacity as legal counsel to Aleiter Holdings LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

501311684v2

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Banc of America Credit Products, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Aleiter Holdings LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $10,000,000.00, and the relevant portion of any and all proofs of claim (No. 30669) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2 day of ~~April~~ May 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:        **Ronald Torok**
              **Managing Director**
              **Bank of America Merrill Lynch**

ALEITER HOLDINGS LLC
By: Chapman and Cutler LLP, as authorized signatory
    and not in the capacity as legal counsel to Aleiter
    Holdings LLC

By: _____
Name:
Title:    Authorized Signatory

501311684v2

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Banc of America Credit Products, Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Aleiter Holdings LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $10,000,000.00, and the relevant portion of any and all proofs of claim (No. 30669) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2 day of ~~April~~ May, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:


ALEITER HOLDINGS LLC
By: Chapman and Cutler LLP, as authorized signatory
    and not in the capacity as legal counsel to Aleiter
    Holdings LLC

By: _____
Name: Lum C. Halp
Title:    Authorized Signatory

501311684v2