

To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

**BY DHL**

Lugano        15 april 2014

Notice of transfer, from RBS COUTTS BANK AG Switzerland (the "Transferor") to BSI SA on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Securities N.V. (the "Securities") and claim n. 45221 attached thereto (the "Claim")

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "Transfer").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) "*Evidence of Transfer of Claim*", signed by RBS COUTTS BANK AG, Switzerland as Transferor, as proof that RBS COUTTS BANK AG has partially transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much for your kind help and attention.

Yours faithfully,

BSI SA

pp S. Mattea        pp A. Ferrari

Attachments: as above

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
Debtors.                                                       :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| BSI BANK SA, LUGANO | RBS COUTTS BANK AG Switzerland |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br>BSI SA<br>Attn: Andrea Ferrari<br>Custody Administration<br>Via Magatti 2, 6900 Lugano<br>Email:<br>Group.BsiCustodyAdministration@bsibank.com | Court Claim # (if known): 45221<br>Amount of Claim as Filed:<br><br>Amount of Claim Transferred: EUR 100'000<br>Amount of Claim Transferred: EUR 100'000<br>Amount of Claim Transferred: EUR 100'000<br>Amount of Claim Transferred : USD 150'000<br>Amount of Claim Transferred : USD 100'000<br>XS0300662607 EUR -100'000-<br>XS0301130554 EUR -100'000-<br>XS0305100892 EUR -100'000-<br>XS0306693127 USD -150'000-<br>XS0308970994 USD -100'000- |
| Name and address where transferee payments should be sent:<br>For USD :CITIBANK NY / SWIFT CITIUS33<br>            ACCOUNT 10938561<br>            In the name of BSI SA<br>For EUR :DEUTSCHE BK FF / SWIFT<br>            DEUTDEFF ACCT: 1009415860 1000<br>            In the name of BSI SA | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BSI SA** Lugano

By:_____  Date:\_\_15.04.2014_____

Transferee/Transferee's Agent
Name:_____
Title:_____pp A. Ferrari
pp S. Mattea
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **BSI SA, Lugano, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 05 November 2013

RBS Coutts Bank AG

By: _____  
Name: Kurt Hauser  
Title: Associate

By: _____  
Name: Hans-Peter Schmid  
Title: Director

# SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0300662607 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | EUR   100'000.00 |
| XS0301130554 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | EUR   100'000.00 |
| XS0305100892 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | EUR   100'000.00 |
| XS0306693127 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | USD   150'000.00 |
| XS0308970994 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | USD   100'000.00 |