



U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, NY 10017

USA

Zurich, April 24, 2014 / SVR

**Notice of Transfer of Claims other than for Security
Pursuant to Bankruptcy Rule 3001**

Case No: 08-13555 (JMP)
Claim No: 55829
Issue: Nom EUR 30'000 Lehman Bros. Treas. Bv Var.% 02.11.35 /
ISIN XS0232364868

Dear Sirs

I write in respect of our above transfer request between us and Credit Suisse, Zurich.
In your enclosed reply you state, that there is insufficient money to complete the transfer request.

May I ask you to provide us with information what be the standard procedure now will be in such a situation. Do we i.e. have to re-try again sometimes at a later date with the transfer request? If yes, in which time period this would make sense? Or do you keep the transfer pending until there is money available? Why is the transfer depending on money, since from my understanding this only is a "simple" transfer?

For your co-operation in replying my question what's the best we should do now, I thank you very much in advance.

Yours sincerely

**Banque Internationale à Luxembourg (Suisse) SA**

Markus Friedrich
Authorized Signatory

Sven Riva
Assistant Vice President

<u>Enclosures:</u>
Mentioned

Banque Internationale à Luxembourg (Suisse) SA
Beethovenstrasse 48 · Postfach · CH-8022 Zürich
T +41 (0)58 810 82 92 · F +41 (0)58 810 82 71
www.bil.com/ch

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE
               ATTN: ALLEN GAGE
               1 MADISON AVE
               NEW YORK NY 10010

Additional:    CREDIT SUISSE
               CRAVATH, SWAINE & MOORE LLP
               ATTN: RICHARD LEVIN
               WORLDWIDE PLAZA
               825 EIGHTH AVENUE
               NEW YORK NY 10019



25 April 2014

Transferee:    BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) SA
               BEETHOVENSTRASSE 48
               PO BOX 2192
               ZURICH CH-8022 SWITZERLAND

Your transfer of claim #   55829   is defective for the reason(s) checked below:

Other                                 Not enough money to complete transfer.

Docket Number 43889          Date 03/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 18, 2014.