UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                                : Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   : 08-13555 (SCC)
                                                                         : (Jointly Administered)
                    Debtors.                                    :
                                                                         :
---------------------------------------------------------------x  Ref. Docket Nos. 43560, 43562,
                                                                             43731, 44096-44107, 44109, 44110,
                                                                             44112

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 29, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    /s/ *Lauren Rodriguez*
                                                                                    Lauren Rodriguez

Sworn to before me this
5th day of April, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 43560, 43562, 43731...44109, 44110, 44112_AFF_4-29-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE                         CREDIT SUISSE
      ATTN: ALLEN GAGE                      CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                         ATTN: RICHARD LEVIN
      NEW YORK NY 10010                     WORLDWIDE PLAZA
                                            825 EIGHTH AVENUE
                                            NEW YORK NY 10019
```

Please note that your claim # 5255829-09 in the above referenced case and in the amount of
          $0.00  allowed at $20,994.63         has been transferred **(unless previously expunged by court order)**

```
      BERNER KANTONALBANK AG
      TRANSFEROR: CREDIT SUISSE
      ATTN: SAMUEL STUCKI
      POSTFACH
      BERN    CH 3001
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 43731     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 29, 2014.

# EXHIBIT B

```
TIME: 15:40:59                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 04/29/14                                              CREDITOR LISTING

Name                                    Address
BERNER KANTONALBANK AG                  TRANSFEROR: CREDIT SUISSE ATTN: SAMUEL STUCKI POSTFACH BERN    CH 3001
CITIBANK PRIVATKUNDEN AG & CO. KGAA     PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA     ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: ING BELGIUM S.A./N.V. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: ING CAPITAL MARKETS LLC C/O BITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: ING CAPITAL MARKETS LLC C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III NEW CASTLE DE 19720
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO PRIVATO COMMERCIALE SA          VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: ULTRA MASTER LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
GETZLAFF, HILDEGARD                     TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA FRANKENWEG 24 BOCHUM 44867 GERMANY
ING BELGIUM S.A./N.V.                   ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS   1000 BELGIUM
ING BELGIUM S.A./N.V.                   CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
ING BELGIUM S.A./N.V.                   ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM  1102 MG THE NETHERLANDS
ING CAPITAL MARKETS LLC                 ATTN: J. CLEMENT 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019
ING CAPITAL MARKETS LLC                 CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
ING CAPITAL MARKETS LLC                 ING BANK N.V. ATTN: M.J.S.J MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM  1102 MG THE NETHERLANDS
LEUMI PRIVATE BANK LTD                  TRANSFEROR: CREDIT SUISSE DIANASTRASSE 5 ZURICH  8002 SWITZERLAND
RAYMOND JAMES & ASSOCIATES, INC.        STEPHANIE BUCHEL RAYMOND JAMES FINANCIAL INTERNATIONAL LIMITED BISHOPSGATE COURT 4-12 NORTON FOLGATE LONDON  E I 6DB UNITED KINGDOM
RAYMOND JAMES & ASSOCIATES, INC.        TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: JONATHAN STEIN 880 CARILLON PARKWAY ST. PETERSBURG FL 33716
SOLUS CORE OPPORTUNITIES MASTER FUND LTD  C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: RYAN ROLFERT 410 PARK AVE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD  TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD  TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                        C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: RYAN ROLFERT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                        TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                        TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                        TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022


Total Number of Records Printed       31                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```