UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       : 08-13555 (SCC)
                                                               : (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x  Ref. Docket No. 44114


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 30, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
5th day of April, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P.
     TRANSFEROR: ILLIQUIDX LLP
     C/O ALDEN GLOBAL CAPITAL
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022

Please note that your claim # 56117 in the above referenced case and in the amount of
     $17,727.91  allowed at $13,912.79       has been transferred **(unless previously expunged by court order)**

     TURNPIKE LIMITED
     TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P
     C/O ALDEN GLOBAL CAPITAL, LLC
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44114    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/30/2014                                        Vito Genna, Clerk of Court

                                                        /s/ Lauren Rodriguez
                                                        _____
                                                        By: Epiq Bankruptcy Solutions, LLC
                                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 30, 2014.

EXHIBIT B

```
TIME: 14:33:39                                        LEHMAN BROTHERS HOLDING INC.                                             PAGE:    1
DATE: 04/30/14                                             CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 FUND, L.P.
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 FUND, LP
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 FUND, LP
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
 FUND, LP.                                         NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER          TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 FUND, LP.
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

Total Number of Records Printed         8
```