UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (SCC)
                                                :    (Jointly Administered)
                     Debtors.                   :
                                                :
------------------------------------------------------------------x    Ref. Docket No. 43735

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 30, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
5th day of May, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 43735_Aff 4-30-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
|  | (Jointly Administered) |
| Debtors. |  |

NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDIT SUISSE
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:   BANQUE INTL. A LUXEMBOURG (SUISSE) SA, ZURICH
              BANQUE INTERNATIONLE A LUXEMBOURG (SUISSE) SA
              BEETHOVENSTRASSE 48
              PO BOX 2192
              ZURICH CH-8022

**Your transfer   of claim #   55829   is defective for the reason(s) checked below:**

Other                                 Transfer Amt is Greater than Amt Owned XS0232364868

Docket Number 43735              Date 03/25/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 30, 2014.

# EXHIBIT B

```
TIME: 14:34:35                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 04/30/14                                    CREDITOR LISTING

Name                                   Address
BANCA AKROS SPA                        ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN  20149 ITALY
BANQUE INTL. A LUXEMBOURG (SUISSE) SA, BANQUE INTERNATIONLE A LUXEMBOURG (SUISSE) SA BEETHOVENSTRASSE 48 PO BOX 2192 ZURICH  CH-8022
ZURICH
CREDIT SUISSE                          ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                          CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                          RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
GRUPPO BANCA LEONARDO SPA              ATTN: BIAGIO OLIVA / ANNALISA ROMANO VIA BROLETTO 46 MILANO  20121 ITALY


Total Number of Records Printed        6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC