1

Re: Lehman Brothers Holdings Inc.
Debtor Name: Lehman Re LTD
Chapter 11 Case# 08-13555 (JMP)
Claim#10424, Docket #21213
for A. M. Best Company Inc.
Our Account#9767600
Our Invoice#2223440 dated 7/2/2008

# INDEX

**EXHIBIT 1:**
A. M. BEST'S ANSWERS TO COURT'S MOTION, IN APRIL 29, 2014
LETTER AND EXHIBITS 1-15 AS DOCUMENTATION

**EXHIBIT 2:**
A. M. BEST'S APPLICATION FOR CM/ECF ACCOUNT

**EXHIBIT 3:**
INVOICE# 1611468 for $75,000.00 dated 8/31/2001

**EXHIBIT 4.0 - EXHIBIT 4.6:**
INVOICE#1749003 for $150,000 dated 10/02/2002
INVOICE#1857753 for $150,000 dated 12/02/2003
INVOICE#1924467 for $150,000 dated 10/27/2004
INVOICE#1993581 for $150,000 dated  9/30/2005
INVOICE#2087334 for $150,000 dated 10/27/2006
INVOICE#2129986 for $150,000 dated  7/02/2007

**EXHIBIT 5:**
ACKNOWLEDGEMENT LETTER

**EXHIBIT 6:**
PRESS RELEASE

**EXHIBIT 7:**
COMPANY REPORT

2

**EXHIBIT 8:**
**INVOICE#2223440 for $150,000 dated 7/02/2008**

**EXHIBIT 9:**
**PRESS RELEASE**

**EXHIBIT 10:**
**PRESS RELEASE**

**EXHIBIT 11:**
**LIQUIDATION NOTICE FOR LEHMAN RE LTD**

**EXHIBIT 12:**
**A. M. BEST'S PROOF OF CLAIM OMITTING DEBTOR INFO**

**EXHIBIT 13:**
**A. M. BEST'S ANSWERS TO COURT'S MOTION, IN OCTOBER 15, 2010 LETTER AND REVISED PROOF OF CLAIM ADDING DEBTOR INFO OMITTED IN ERROR**

**EXHIBIT 14:**
**COMPANY REPORT**

**EXHIBIT 15:**
**A. M. BEST'S ANSWERS TO COURT'S MOTION, IN OCTOBER 25, 2011 LETTER AND DOCUMENTATION**