Re: **Lehman Brothers Holdings Inc.**
Debtor Name: **Lehman Re LTD**
Chapter 11 Case# 08-13555 (JMP)
Claim#10424, Docket #21213
for A. M. Best Company Inc.
Our Account#9767600
Our Invoice#2223440 dated 7/2/2008

**EXHIBIT 3:**
INVOICE# 1611468 for $75,000.00 dated 8/31/2001

1

# INVOICE

**A.M. BEST COMPANY, INC.**
FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200  FAX (908) 439-3697
FED ID # 13-4955140

**TERMS: Net 30 Days**
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%

| ACCOUNT NUMBER | 97676600 |
| ORDER NUMBER | |
| P.O. / REFERENCE | |
| INVOICE DATE | 8/31/2001 |
| INVOICE NUMBER | 1611468 |

**BILL TO:**
Scott Willoughby, SVP
Lehman Re, Ltd
C/o Lehman Re, Ltd., 3 World Financial Center
New York, NY 10285

**ORDERED BY (If different than BILL TO):**

SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % | DISCOUNT AMOUNT | PRODUCT AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 00136020I | 2001 GFS Final Rating Service Fee<br>Scott Willoughby New York, NY | | 75,000.00 | | | 75,000.00 |

| TOTAL PRODUCT AMOUNT | $75,000.00 |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PAYMENT/ ADJUSTMENT | $0.00 |
| TOTAL AMOUNT DUE | $75,000.00 |

PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT

IF YOU WISH TO PAY BY CREDIT CARD, COMPLETE BELOW
☐ VISA
☐ MASTERCARD
☐ DISCOVER
☐ AMERICAN EXPRESS

_____ EXP. DATE _____

ACCOUNT NUMBER

PRINT NAME

SIGNATURE (REQUIRED) _____ DATE _____

**MAKE CHECK PAYABLE AND REMIT TO:**

A.M. BEST COMPANY INC.
P.O. BOX 828806
PHILADELPHIA, PA 19182-8806

☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK)
FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)

# INVOICE

| ACCOUNT NUMBER | 97676600 |
| ORDER NUMBER | |
| INVOICE NUMBER | 1611468 |
| INVOICE DATE | 8/31/2001 |
| DUE DATE | 9/30/2001 |
| AMOUNT DUE | $75,000.00 |

REVISED DATE 04-02-12

