**Re: Lehman Brothers Holdings Inc.**
**Debtor Name: Lehman Re LTD**
**Chapter 11 Case# 08-13555 (JMP)**
**Claim#10424, Docket #21213**
**for A. M. Best Company Inc.**
**Our Account#9767600**
**Our Invoice#2223440 dated 7/2/2008**

**EXHIBIT 4.0 - EXHIBIT 4.6:**

**INVOICE#1749003 for $150,000 dated 10/02/2002**
**INVOICE#1857753 for $150,000 dated 12/02/2003**
**INVOICE#1924467 for $150,000 dated 10/27/2004**
**INVOICE#1993581 for $150,000 dated  9/30/2005**
**INVOICE#2087334 for $150,000 dated 10/27/2006**
**INVOICE#2129986 for $150,000 dated  7/02/2007**

1

# INVOICE



**A.M. BEST COMPANY, INC.**
FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200 FAX (908) 439-3697
FED ID # 13-4955140

TERMS: Net 30 Days
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%

| ACCOUNT NUMBER | 97676600 |
| ORDER NUMBER | 196845 |
| P.O./REFERENCE | 86849 |
| INVOICE DATE | 10/2/02 |
| INVOICE NUMBER | 1749003 |

**BILL TO:**
SCOTT WILLOUGHBY, PRESIDENT
LEHMAN RE LIMITED
C/O LEHMAN BROTHERS INC
101 HUDSON ST FL 25
JERSEY CITY, NJ 07302-3915

**ORDERED BY (If different than BILL TO):**

REPRINTED 4/28/2014

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % AMOUNT | PRODUCT AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 001360902 | 2002 GFS ANNUAL RATING SERVICE FEE<br>Scott Willoughby, Jersey City, NJ | | 150,000.00 | | 150,000.00 |

| | |
|---|---|
| TOTAL PRODUCT AMOUNT | $150,000.00 |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

*************************************************
BestESP® Services - US is a Microsoft Windows-based software package that enables you to prepare, print and file quarterly and annual statements that comply with all NAIC and New York State regulatory requirements. Learn more at www.ambest.com/sales/esp.
*************************************************

G

---

PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT

**WIRE TRANSFER FUNDS USD:**
PNC Bank, N.A., ABA # 031207607
500 First Avenue
Pittsburgh, PA 15219
Further credit to: A.M. BEST Company # 8013589391
SWIFT address: PNCCUS 33 (IF REQUIRED)

**MAKE CHECK PAYABLE AND REMIT TO:**
A. M. BEST COMPANY INC.
P.O. BOX 828806
PHILADELPHIA, PA 19182-8806



# INVOICE

| ACCOUNT NUMBER | 97676600 |
| ORDER NUMBER | 196845 |
| INVOICE NUMBER | 1749003 |
| INVOICE DATE | 10/2/02 |
| DUE DATE | 11/1/02 |
| AMOUNT DUE | $150,000.00 |

REVISED DATE 04-02-12

☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK)
FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)



# INVOICE

**A.M. BEST COMPANY, INC.**
FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200 FAX (908) 439-3697
FED ID # 13-4955140

**TERMS: Net 30 Days**
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%

| ACCOUNT NUMBER | 97676600 |
| --- | --- |
| ORDER NUMBER | 196848 |
| P.O./ REFERENCE | AMB#86949 |
| INVOICE DATE | 12/2/03 |
| INVOICE NUMBER | 1857753 |

**BILL TO:**
CHRIS MCGLASHAN, PRESIDENT
LEHMAN RE LIMITED
C/O LEHMAN BROTHERS INC
745 7TH AVE FL 5
NEW YORK, NY 10019-6801

**ORDERED BY (If different than BILL TO):**

REPRINTED 4/28/2014

## SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % AMOUNT | PRODUCT AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 001360903 | 2003 CAPITAL MKT ANNUAL RATING FEE SVC<br>Chris McGlashan, New York, NY | | 150,000.00 | | 150,000.00 |

| | |
| --- | --- |
| TOTAL PRODUCT AMOUNT | $150,000.00 |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

****************************************
BestESP® Services - US is a Microsoft Windows-based software package that enables you to prepare, print and file quarterly and annual statements that comply with all NAIC and New York State regulatory requirements. Learn more at www.ambest.com/sales/esp.
****************************************

G



PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT

**WIRE TRANSFER FUNDS USD:**
PNC Bank, N.A., ABA # 031207607
500 First Avenue
Pittsburgh, PA 15219
Further credit to: A.M. BEST Company # 8013589391
SWIFT address: PNCCUS33 (IF REQUIRED)

**MAKE CHECK PAYABLE AND REMIT TO:**
A.M. BEST COMPANY INC.
P.O. BOX 828806
PHILADELPHIA, PA 19182-8806

# INVOICE

| ACCOUNT NUMBER | 97676600 |
| --- | --- |
| ORDER NUMBER | 196848 |
| INVOICE NUMBER | 1857753 |
| INVOICE DATE | 12/2/03 |
| DUE DATE | 1/1/04 |
| AMOUNT DUE | $150,000.00 |

☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK)
FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)



REVISED DATE 04-02-12



# INVOICE

| ACCOUNT NUMBER | 97676600 |
| --- | --- |
| ORDER NUMBER | 196852 |
| P.O. / REFERENCE | AMB#86949 |
| INVOICE DATE | 10/27/04 |
| INVOICE NUMBER | 1924467 |

**A.M. BEST COMPANY, INC.**
FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200 FAX (908) 439-3697
FED ID # 13-4955140

**TERMS: Net 30 Days**
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%

**BILL TO:**
CHRIS MCGLASHAN, PRESIDENT
LEHMAN RE LIMITED
C/O LEHMAN BROTHERS INC
745 7TH AVE FL 5
NEW YORK, NY 10019-6801

**ORDERED BY (If different than BILL TO):**

REPRINTED 4/28/2014

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % AMOUNT | PRODUCT AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 001360904 | 2004 CAPITAL MKT ANNUAL RATING FEE SVC<br>Chris McGlashan,New York,NY | | 150,000.00 | | 150,000.00 |

MAINTENANCE FEE

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.**

********************************************************************
BestESP® Services - US is a Microsoft Windows-based software package that enables you to prepare, print and file quarterly and annual statements that comply with all NAIC and New York State regulatory requirements. Learn more at www.ambest.com/sales/esp.
********************************************************************

| TOTAL PRODUCT AMOUNT | $150,000.00 |
| --- | --- |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT

**WIRE TRANSFER FUNDS USD:**
PNC Bank, N.A., ABA # 031207607
500 First Avenue
Pittsburgh, PA 15219
Further credit to: A.M. BEST Company # 8013589391
SWIFT address: PNCCUS 33 (IF REQUIRED)

**MAKE CHECK PAYABLE AND REMIT TO:**
A. M. BEST COMPANY INC.
P.O. BOX 828806
PHILADELPHIA, PA 19182-8806



# INVOICE

| ACCOUNT NUMBER | 97676600 |
| --- | --- |
| ORDER NUMBER | 196852 |
| INVOICE NUMBER | 1924467 |
| INVOICE DATE | 10/27/04 |
| DUE DATE | 11/26/04 |
| AMOUNT DUE | $150,000.00 |

☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK)
FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)



REVISED DATE 04-02-12



# INVOICE

**A.M. BEST COMPANY, INC.**
FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200 FAX (908) 439-3697
FED ID # 13-4955140

TERMS: Net 30 Days
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%

| ACCOUNT NUMBER | 9767600 |
| --- | --- |
| ORDER NUMBER | 238748 |
| P.O./REFERENCE | AMB #86949 |
| INVOICE DATE | 9/30/05 |
| INVOICE NUMBER | 1993581 |

**BILL TO:**
CHRIS MCGLASHAN, PRESIDENT
LEHMAN RE LIMITED
C/O LEHMAN BROTHERS INC
745 7TH AVE FL 5
NEW YORK, NY 10019-6801

**ORDERED BY (If different than BILL TO):**

REPRINTED 4/28/2014

SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % AMOUNT | PRODUCT AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 001360905 | 2005 CAPITAL MKT ANNUAL RATING FEE SVC<br>Chris McGlashan, New York, NY | | 150,000.00 | | 150,000.00 |

******************************************************************
BestESP® Services - US is a Microsoft Windows-based software package that enables you to prepare, print and file quarterly and annual statements that comply with all NAIC and New York State regulatory requirements. Learn more at www.ambest.com/sales/esp.

G

| TOTAL PRODUCT AMOUNT | $150,000.00 |
| --- | --- |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT

**WIRE TRANSFER FUNDS USD:**
PNC Bank, N.A., ABA # 031207607
500 First Avenue
Pittsburgh, PA 15219
Further credit to: A.M. BEST Company # 8013589391
SWIFT address: PNCCUS33 (IF REQUIRED)

**MAKE CHECK PAYABLE AND REMIT TO:**
A.M. BEST COMPANY INC.
P.O. BOX 828806
PHILADELPHIA, PA 19182-8806

☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK)
FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)



# INVOICE

| ACCOUNT NUMBER | 9767600 |
| --- | --- |
| ORDER NUMBER | 238748 |
| INVOICE NUMBER | 1993581 |
| INVOICE DATE | 9/30/05 |
| DUE DATE | 10/30/05 |
| AMOUNT DUE | $150,000.00 |



REVISED DATE 04-02-12

# INVOICE



**A.M. BEST COMPANY, INC.**
FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200 FAX (908) 439-3697
FED ID # 13-4955140

**TERMS: Net 30 Days**
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%

| ACCOUNT NUMBER | 97676600 |
| --- | --- |
| ORDER NUMBER | 336028 |
| P.O./REFERENCE | AMB#86949 |
| INVOICE DATE | 10/27/06 |
| INVOICE NUMBER | 2087334 |

**BILL TO:**
JEREMY STARR, PRESIDENT
LEHMAN RE LIMITED
C/O LEHMAN BROTHERS INC
745 7TH AVE FL 5
NEW YORK, NY 10019-6801

**ORDERED BY (If different than BILL TO):**

**REPRINTED 4/28/2014**

SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % | AMOUNT | PRODUCT AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 001360906 | 2006 BEST'S RATING SVC FEE - STRUCTURED FINANCE - ANNUAL<br>Jeremy Starr, New York, NY | | 150,000.00 | | | 150,000.00 |

*******************************************************************
This is your annual maintenance invoice of $15,000.00 for the rating service fee for LEHMAN RE LIMITED.
*******************************************************************
BestESP® Services – US is a Microsoft Windows-based software package that enables you to prepare, print and file quarterly and annual statements that comply with all NAIC and New York State regulatory requirements. Learn more at www.ambest.com/sales/esp.

G

| TOTAL PRODUCT AMOUNT | $150,000.00 |
| --- | --- |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

---

## INVOICE



**PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT**

**WIRE TRANSFER FUNDS USD:**
PNC Bank, N.A., ABA # 031207607
500 First Avenue
Pittsburgh, PA 15219
Further credit to: A.M. BEST Company # 8013589391
SWIFT address: PNCCUS 33 (IF REQUIRED)

**MAKE CHECK PAYABLE AND REMIT TO:**
A.M. BEST COMPANY INC.
P.O. BOX 828806
PHILADELPHIA, PA 19182-8806

☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK)
FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)

| ACCOUNT NUMBER | 97676600 |
| --- | --- |
| ORDER NUMBER | 336028 |
| INVOICE NUMBER | 2087334 |
| INVOICE DATE | 10/27/06 |
| DUE DATE | 11/26/06 |
| AMOUNT DUE | $150,000.00 |

REVISED DATE 04-02-12



# INVICE



**A.M. BEST COMPANY, INC.**
FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200  FAX (908) 439-3697
FED ID # 13-4955140

**TERMS: Net 30 Days**
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%

| ACCOUNT NUMBER | 97676600 |
| --- | --- |
| ORDER NUMBER | 381700 |
| P.O./ REFERENCE | 86949 |
| INVOICE DATE | 7/2/07 |
| INVOICE NUMBER | 2129986 |

**ORDERED BY (If different than BILL TO):**

**BILL TO:**
MICHAEL GELBAND, PRESIDENT
LEHMAN RE LIMITED
HM 68
HAMILTON  HM AX
BERMUDA

REPRINT  10/10/2011

## SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % | DISCOUNT AMOUNT | PRODUCT AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 002100907 | 2007 BEST'S RATING SVC FEE - L/H FSR - ANNUAL<br>Michael Gelband, Hamilton, Bermuda | | 150,000.00 | | | 150,000.00 |

| | |
| --- | --- |
| TOTAL PRODUCT AMOUNT | $150,000.00 |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

*****************************************************
PLEASE REMIT PAYMENT IN U.S. FUNDS ON A U.S. BANK OR VIA WIRE TRANSFER (SEE BILLING POLICY #2 ON BACK). CUSTOMERS LOCATED OUTSIDE OF THE U.S. TERRITORIES WILL BE CONSIDERED THE IMPORTER OF THE SHIPPED GOODS AND HENCE MAY BE LIABLE FOR ANY APPLICABLE TAX AND CUSTOM DUTY CHARGES INCURRED.
*****************************************************

**PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT**

IF YOU WISH TO PAY BY CREDIT CARD, COMPLETE BELOW
☐ VISA
☐ MASTERCARD
☐ DISCOVER
☐ AMERICAN EXPRESS

ACCOUNT NUMBER _____  EXP. DATE _____

PRINT NAME _____

SIGNATURE (REQUIRED) _____  DATE _____

**MAKE CHECK PAYABLE AND REMIT TO:**
A. M. BEST COMPANY INC.
P.O. BOX  828806
PHILADELPHIA, PA 19182-8806



☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK)
   FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)

# INVOICE

| ACCOUNT NUMBER | 97676600 |
| --- | --- |
| ORDER NUMBER | 381700 |
| INVOICE NUMBER | 2129986 |
| INVOICE DATE | 7/2/07 |
| DUE DATE | 8/1/07 |
| AMOUNT DUE | $150,000.00 |

REVISED DATE 02-08-11