# Re: Lehman Brothers Holdings Inc.
# Debtor Name: Lehman Re LTD
# Chapter 11 Case# 08-13555 (JMP)
# Claim#10424, Docket #21213
# for A. M. Best Company Inc.
# Our Account#9767600
# Our Invoice#2223440 dated 7/2/2008

**EXHIBIT 8:**
**INVOICE#2223440 for $150,000 dated 7/02/2008**



**A.M. BEST COMPANY, INC.**
FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200 FAX (908) 439-3697
FED ID # 13-4955140

## INVOICE

TERMS: Net 30 Days
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%

| ACCOUNT NUMBER | 97676600 |
|---|---|
| ORDER NUMBER | 480359 |
| P.O./ REFERENCE | 86949 |
| INVOICE DATE | 7/2/08 |
| INVOICE NUMBER | 2223440 |

**ORDERED BY (If different than BILL TO):**

**BILL TO:**

MICHAEL GELBAND, PRESIDENT
LEHMAN RE LIMITED
HM 68
HAMILTON HM AX
BERMUDA

REPRINT    12/23/2008

SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % | AMOUNT | PRODUCT AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 002100908 | 2008 BEST'S RATING SVC FEE - L/H FSR - ANNUAL | | 150,000.00 | | | 150,000.00 |

| TOTAL PRODUCT AMOUNT | $150,000.00 |
|---|---|
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

*************************************
PLEASE REMIT PAYMENT IN U.S. FUNDS ON A U.S. BANK OR VIA WIRE TRANSFER (SEE BILLING POLICY #2 ON BACK). CUSTOMERS LOCATED OUTSIDE OF THE U.S. TERRITORIES WILL BE CONSIDERED THE IMPORTER OF THE SHIPPED GOODS AND HENCE MAY BE LIABLE FOR ANY APPLICABLE TAX AND CUSTOM DUTY CHARGES INCURRED.

5