**Re: Lehman Brothers Holdings Inc.
Debtor Name: Lehman Re LTD
Chapter 11 Case# 08-13555 (JMP)
Claim#10424, Docket #21213
for A. M. Best Company Inc.
Our Account#9767600
Our Invoice#2223440 dated 7/2/2008**

**EXHIBIT 9:
PRESS RELEASE**

1

Press Release - SEPTEMBER 11, 2008

# A.M. Best Downgrades Ratings of Lehman Re Limited; Revises Outlook to Negative

🖶 Print this article

CONTACTS:

Analyst(s)
Richard Baldwin
(908) 439-2200, ext. 5664
richard.baldwin@ambest.com

William Pargeans
(908) 439-2200, ext. 5359
william.pargeans@ambest.com

Public Relations
Jim Peavy
(908) 439-2200, ext. 5644
james.peavy@ambest.com

Rachelle Morrow
(908) 439-2200, ext. 5378
rachelle.morrow@ambest.com

FOR IMMEDIATE RELEASE

OLDWICK, N.J., SEPTEMBER 11, 2008
**A.M. Best Co.** has downgraded the financial strength rating (FSR) to A- (Excellent) from A (Excellent) and the issuer credit rating (ICR) to "a-" from "a" of **Lehman Re Limited** (Lehman Re) (Hamilton, Bermuda). The outlook for all ratings has been revised to negative from stable. Lehman Re is a wholly owned reinsurance subsidiary of Lehman Brothers Holding Inc. (Lehman Brothers).

While the financial condition of Lehman Re is currently unaffected by challenges at the parent company, A.M. Best's growing concern regarding the potential impact on Lehman Re due to perceived financial difficulties at Lehman Brothers has prompted these rating actions. Lehman Brothers has experienced a significant decline in its market capitalization, and A.M. Best believes that this rapid deterioration in investor confidence generates uncertainty as to the ability of the parent to raise capital to support Lehman Re, if needed. While A.M. Best believes that Lehman Re's current stand-alone capital position adequately supports its ratings, the negative perception surrounding the parent company may potentially impact Lehman Re's ability to attract and retain business.

A.M. Best will continue to closely monitor developments regarding Lehman Brothers and Lehman Re. The ratings and/or outlook for Lehman Re could change in the short term as new information becomes available.

For Best's Ratings, an overview of the rating process and rating methodologies, please visit Best's Rating Center.

Founded in 1899, **A.M. Best Company** is a global full-service credit rating organization dedicated to serving the financial and health care service industries, including insurance companies, banks, hospitals and health care system providers.

A.M. Best's credit ratings are independent and objective opinions, not statements of fact. A.M. Best is not an Investment Advisor, does not offer investment advice of any kind, nor does the company or its Ratings Analysts offer any form of structuring or financial advice. A.M. Best's credit opinions are not recommendations to buy, sell or hold securities, or to make any other investment decisions.

A.M. Best receives compensation for interactive rating services provided to organizations that it rates. A.M. Best may also receive compensation from rated entities for non-rating related services or products offered by A.M. Best. A.M. Best does not offer consulting or advisory services. For more information regarding A.M. Best's rating process, including handling of confidential (non-public) information, independence, and avoidance of conflicts of interest, please read the A.M. Best Code of Conduct.

A.M. Best Company and its subsidiaries are not registered as External Credit Assessment Institutions (ECAI) in the European Union (EU). Credit ratings issued by A.M. Best Company and its subsidiaries can not be used for regulatory purposes in the EU as per Directive 2006/48/EC. View our entire notice for complete details.