1

**Re: Lehman Brothers Holdings Inc.**
**Debtor Name: Lehman Re LTD**
**Chapter 11 Case# 08-13555 (JMP)**
**Claim#10424, Docket #21213**
**for A. M. Best Company Inc.**
**Our Account#9767600**
**Our Invoice#2223440 dated 7/2/2008**

**EXHIBIT 10:**
**PRESS RELEASE**

# A.M. Best Downgrades Ratings of Lehman Re Limited

🖨 Print this article

CONTACTS:

Analyst(s)
Richard Baldwin
(908) 439-2200, ext. 5664
richard.baldwin@ambest.com

William Pargeans
(908) 439-2200, ext. 5359
william.pargeans@ambest.com

Public Relations
Jim Peavy
(908) 439-2200, ext. 5644
james.peavy@ambest.com

Rachelle Morrow
(908) 439-2200, ext. 5378
rachelle.morrow@ambest.com

**FOR IMMEDIATE RELEASE**

OLDWICK, N.J., SEPTEMBER 16, 2008
A.M. Best Co. has downgraded the financial strength rating (FSR) to B (Fair) from A- (Excellent) and issuer credit rating (ICR) to "bb" from "a-" of **Lehman Re Limited** (Lehman Re) (Hamilton, Bermuda). The outlook for both ratings is negative. Lehman Re is a wholly owned reinsurance subsidiary of Lehman Brothers Holding Inc. (Lehman Brothers), and the decision of Lehman Brothers to petition for Chapter 11 bankruptcy protection has prompted these rating actions.

While Lehman Re is not included in the bankruptcy petition, A.M. Best believes that the pending reorganization of Lehman Brothers could have a significant adverse impact on Lehman Re. A.M. Best had expected that the balance sheet of Lehman Brothers would be a source of capital for Lehman Re, if needed. A.M. Best also is concerned about the future of ongoing operating ties such as the securities activity between Lehman Re and other Lehman Brothers' affiliates, the administrative and investment management services provided to Lehman Re by other subsidiaries of Lehman Brothers and the inability of Lehman Brothers to refer potential insurance clients to Lehman Re.

A.M. Best will continue to evaluate the impact of the Lehman Brothers' bankruptcy reorganization on Lehman Re. The ratings and/or outlook of Lehman Re could change as new information becomes available.

For Best's Ratings, an overview of the rating process and rating methodologies, please visit Best's Rating Center.

**Founded in 1899, A.M. Best Company is a global full-service credit rating organization dedicated to serving the financial and health care service industries, including insurance companies, banks, hospitals and health care system providers.**

A.M. Best's credit ratings are independent and objective opinions, not statements of fact. A.M. Best is not an Investment Advisor, does not offer investment advice of any kind, nor does the company or its Ratings Analysts offer any form of structuring or financial advice. A.M. Best's credit opinions are not recommendations to buy, sell or hold securities, or to make any other investment decisions.

A.M. Best receives compensation for interactive rating services provided to organizations that it rates. A.M. Best may also receive compensation from rated entities for non-rating related services or products offered by A.M. Best. A.M. Best does not offer consulting or advisory services. For more information regarding A.M. Best's rating process, including handling of confidential (non-public) information, independence, and avoidance of conflicts of interest, please read the A.M. Best Code of Conduct.

A.M. Best Company and its subsidiaries are not registered as External Credit Assessment Institutions (ECAI) in the European Union (EU). Credit ratings issued by A.M. Best Company and its subsidiaries can not be used for regulatory purposes in the EU as per Directive 2006/48/EC. View our entire notice for complete details.

Copyright © 2012 by A.M. Best Company, Inc. ALL RIGHTS RESERVED