1

**Re: Lehman Brothers Holdings Inc.
Debtor Name: Lehman Re LTD
Chapter 11 Case# 08-13555 (JMP)
Claim#10424, Docket #21213
for A. M. Best Company Inc.
Our Account#9767600
Our Invoice#2223440 dated 7/2/2008**

**EXHIBIT 12:
A. M. BEST'S PROOF OF CLAIM OMITTING DEBTOR INFO**

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held / Case No. of Debtor

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities. (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

A.M. Best Company, Inc.
Ambest Road
Oldwick, NJ 08858

Telephone number: 908-439-2200 ext. 5840   Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 150,000.00

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** Services performed
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 6600
**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $ _____  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____   Basis for perfection: _____
Amount of Secured Claim: $ _____   Amount Unsecured: $ 150,000.00

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____
(See instruction #6 on reverse side.)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ _____

**FOR COURT USE ONLY**

Date: 1/31/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
[signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INVOICE



**A.M. BEST COMPANY, INC.**

FOR INQUIRIES AND CORRESPONDENCE ONLY:
Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200  FAX (908) 439-3697
FED ID # 13-4955140

TERMS: Net 30 Days
All Past Due Invoices are subject to a FINANCE CHARGE of 1.5% per month which is equivalent to an ANNUAL PERCENTAGE RATE OF 18%.

| ACCOUNT NUMBER | ORDER NUMBER | P.O./REFERENCE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 97676600 | 480359 | 86949 | 7/2/08 | 2223440 |

**BILL TO:**
MICHAEL GELBAND, PRESIDENT
LEHMAN RE LIMITED
HM 68
HAMILTON HM AX
BERMUDA

**ORDERED BY (If different than BILL TO):**

REPRINT   12/23/2008

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % AMOUNT | PRODUCT AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 002100908 | 2008 BEST'S RATING SVC FEE - L/H FSR - ANNUAL | | 150,000.00 | | 150,000.00 |

| | |
|---|---|
| TOTAL PRODUCT AMOUNT | $150,000.00 |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

*************************************************************
PLEASE REMIT PAYMENT IN U.S. FUNDS ON A U.S. BANK OR VIA WIRE TRANSFER (SEE BILLING POLICY #2 ON BACK). CUSTOMERS LOCATED OUTSIDE OF THE U.S. TERRITORIES WILL BE CONSIDERED THE IMPORTER OF THE SHIPPED GOODS AND HENCE MAY BE LIABLE FOR ANY APPLICABLE TAX AND CUSTOM DUTY CHARGES INCURRED.

5

PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT

IF YOU WISH TO PAY BY CREDIT CARD, COMPLETE BELOW
☐ VISA
☐ MASTERCARD
☐ DISCOVER
☐ AMERICAN EXPRESS

_____ EXP. DATE _____

ACCOUNT NUMBER

PRINT NAME

SIGNATURE (REQUIRED) _____ DATE _____

**MAKE CHECK PAYABLE AND REMIT TO:**

A. M. BEST COMPANY INC.
P.O. BOX 828806
PHILADELPHIA, PA 19182-8806

# INVOICE

| ACCOUNT NUMBER | 97676600 |
|---|---|
| ORDER NUMBER | 480359 |
| INVOICE NUMBER | 2223440 |
| INVOICE DATE | 7/2/08 |
| DUE DATE | 8/1/08 |
| AMOUNT DUE | $150,000.00 |

☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK) FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)