1

**Re: Lehman Brothers Holdings Inc.**
**Debtor Name: Lehman Re LTD**
**Chapter 11 Case# 08-13555 (JMP)**
**Claim#10424, Docket #21213**
**for A. M. Best Company Inc.**
**Our Account#9767600**
**Our Invoice#2223440 dated 7/2/2008**

**EXHIBIT 13:**
**A. M. BEST'S ANSWERS TO COURT'S MOTION,**
**IN OCTOBER 15, 2010 LETTER AND REVISED PROOF OF CLAIM**
**ADDING DEBTOR INFO OMITTED IN ERROR**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
                                       :
In re                                  :    Chapter 11 Case No.
                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                       :
                    Debtors.           :    (Jointly Administered)
                                       :
---------------------------------------x

LBH OMNI46 09-24-2010 (MERGE2.TXNOA2) 40000657187 MAIL ID *** 0035526368 *** BSEUSE 35

A.M. BEST COMPANY, INC.
AMBEST ROAD
OLDWICK, NJ 08858

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL,
ERIK ENCARNACION, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' FORTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
| --- | --- |
| Creditor Name and Address: | Claim Number: 10424 |
| A.M. BEST COMPANY, INC.<br>AMBEST ROAD<br>OLDWICK, NJ 08858 | Date Filed: 9/4/2009 |
| | Classification and Amount: UNSECURED: $ 150,000.00 |

PLEASE TAKE NOTICE that, on September 24, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as it was submitted without specifying a case number or a Debtor against whom the claim is asserted. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction, or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction, or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 27, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received _only_ if the original response is _actually_ received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on November 10, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce, or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erik Encarnacion, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.**

DATED:   September 24, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 15, 2010

Honorable James M. Peck
U.S. Bankruptcy Court
Courtroom 601
One Bowling Green
New York, NY 10004

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP)
Claim# 10424
Account#97676600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Honorable Judge James M. Peck:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured , but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,

Michalina Del Rio
Assistant Vice President
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

A.BEST®
The Insurance Information Source

Page 1 of 1

UPS CampusShip: Shipment Label

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.

   Hand the package to any UPS driver in your area.

   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
   To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.



FOLD HERE

SHELLBY MILLS-FARLEY
908-439-2200 5485
A M BEST CO
1 AMBEST RD
OLDWICK NJ 08858

**SHIP TO:**
HONORABLE JUDGE JAMES M. PECK
0000000000
U.S. BANKRUPTCY COURT
COURTROOM 601
ONE BOWLING GREEN
NEW YORK NY 10004-1415

NY 102 9-09

UPS 2ND DAY AIR
TRACKING #: 1Z 056 585 02 9713 6257

BILLING: P/P

GL CODES: 5000 / 3700

[hdr]

CS 12.4.10
WXW2370 06.0A 07/2010

0.0 LBS    LTR    1 OF 1

https://www.campusship.ups.com/cship/create?ActionOriginPair=print___Receipt&POP...    10/18/2010

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 15, 2010

The Office of the United States
Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Tracy Hope Davis, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP)
Claim# 10424
Account#9767600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Tracy Hope Davis:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured , but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,



Michalina Del Rio
Assistant Vice President
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

A.BEST
The Insurance Information Source

Page 1 of 1

- UPS CampusShip: Shipment Label

https://www.campusship.ups.com/cship/create?ActionOriginPair=print__Receipt&POP...    10/18/2010

## UPS CampusShip: View/Print Label

1.  **Print the label(s):**   Select the Print button on the print dialog box that appears.  Note: If your browser does not support this function select Print from the File menu to print the label.

2.  **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3.  **GETTING YOUR SHIPMENT TO UPS**
    **Customers without a Daily Pickup**
    Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
    Hand the package to any UPS driver in your area.
    Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
    To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

    **Customers with a Daily Pickup**
    Your driver will pickup your shipment(s) as usual.



FOLD HERE

---

1 OF 1        0.0 LBS    LTR

**SHIP TO:**
ATTN: TRACY HOPE DAVIS, ESQ.
0000000000
THE OFFICE OF THE UNITED STATES
TRUSTEE FOR THE SOUTHERN DISTRICT
OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK NY 10004-2176

SHELLEY MILLS-FARLEY
908-439-2200 5485
A M BEST CO
1 AMBEST RD
OLWICK NJ 08858

**NY 102 9-09**

**UPS 2ND DAY AIR**

TRACKING #: 1Z 056 585 02 9634 4239        2

BILLING: P/P

GL CODES: 5000 / 3700    [bd]

CS 12.4.10    WX9B170.06.0A.07/2010    ™

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 15, 2010

The Office of the United States
Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Brian Masumoto, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP)
Claim# 10424
Account#97676600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Brian Masumoto:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured, but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,



Michalina Del Rio
Assistant Vice President
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

BEST ®
The Insurance Information Source

- UPS CampusShip: Shipment Label

## UPS CampusShip: View/Print Label

1.  **Print the label(s):**  Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2.  **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3.  **GETTING YOUR SHIPMENT TO UPS**
    **Customers without a Daily Pickup**
    Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
    Hand the package to any UPS driver in your area.
    Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
    To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

    **Customers with a Daily Pickup**
    Your driver will pickup your shipment(s) as usual.






# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY  08858
908-439-2200

October 15, 2010

The Office of the United States
Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Paul Schwartzberg, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#/08-13555 (JMP)
Claim# 10424
Account#97676600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Paul Schwartzberg:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#/08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured, but the corrected claim#/10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,

Michalina Del Rio
Assistant Vice President
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

BEST ®
The Insurance Information Source

UPS CampusShip: Shipment Label

Page 1 of 1

## UPS CampusShip: View/Print Label

1. **Print the label(s):**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
   To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.





FOLD HERE

SHELBY MILLS-FARLEY
908-439-2200 5485
J M BEST CO
1 AMBERST RD
OLDWICK NJ 08858

0.0 LBS    LTR    1 OF 1

**SHIP TO:**
ATTN: PAUL SCHWARTZBERG, ESQ.
000000000000
THE OFFICE OF THE UNITED STATES
TRUSTEE FOR THE SOUTHERN DISTRICT
OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK NY 10004-2176

NY 102 9-09

UPS 2ND DAY AIR    2

TRACKING #: 1Z 056 585 02 9656 6286

BILLING: P/P

GL CODES: 5000 / 3700
[hd]
CS 12.4.10.    WXB9210.06.0A.07/2010

https://www.campusship.ups.com/cship/create?ActionOriginPair=print__Receipt&POP...    10/18/2010

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 15, 2010

The Office of the United States
Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Linda Riftin, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP)
Claim# 10424
Account#97676600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Linda Riftin:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured , but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,

Michalina Del Rio
Assistant Vice President
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

⚫ BEST ®

The Insurance Information Source

Page 1 of 1

## UPS CampusShip: View/Print Label

1.  **Print the label(s):**  Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2.  **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3.  **GETTING YOUR SHIPMENT TO UPS**
    **Customers without a Daily Pickup**
    Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
    Hand the package to any UPS driver in your area.
    Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
    To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

    **Customers with a Daily Pickup**
    Your driver will pickup your shipment(s) as usual.





FOLD HERE

SHELLEY MILLS-FARLEY
908-439-2200 5485
A M BEST CO
1 AMBEST RD
OLDWICK NJ 08858

0.0 LBS    LTR    1 OF 1

SHIP TO:
ATTN:  LINDA RIFKIN, ESQ.
00000000000
THE OFFICE OF THE UNITED STATES
TRUSTEE FOR THE SOUTHERN DISTRICT
OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK NY 10004-2176

NY 102 9-09

UPS 2ND DAY AIR
TRACKING #: 1Z 056 585 02 9912 1447    2

BILLING: P/P

GL CODES: 5000 / 3700
[Fn#]
CS 12.8.10
WXRBJ0 06.OA 07/2010

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 15, 2010

The Office of the United States
Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Andy Velez- Rivera, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP)
Claim# 10424
Account#97676600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Andy Velez-Rivera:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured , but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,

Michalina Del Rio
Assistant Vice President
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

BEST
The Insurance Information Source

UPS CampusShip: Shipment Label

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
   To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.



https://www.campusship.ups.com/cship/create?ActionOriginPair=print__Receipt&POP...    10/18/2010

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 15, 2010

Attorneys for the Debtor
Lehman Brothers Holdings Inc, et al.,
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Shai Waisman, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP)
Claim# 10424
Account#97676600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Shai Waisman:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured , but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,

Michalina Del Rio
Assistant Vice President
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

**BEST**®
The Insurance Information Source

UPS CampusShip: Shipment Label

Page 1 of 1

## UPS CampusShip: View/Print Label

1.  **Print the label(s):**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2.  **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3.  **GETTING YOUR SHIPMENT TO UPS**
    **Customers without a Daily Pickup**
    Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.

    Hand the package to any UPS driver in your area.

    Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
    To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

    **Customers with a Daily Pickup**
    Your driver will pickup your shipment(s) as usual.





FOLD HERE

SHIP TO:
ATTN: SHAI WAISMAN, ESQ.
0000000000
LEHMAN BROTHERS HOLDINGS INC, ET. AL.
ATTORNEYS FOR THE DEBTOR
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK NY 10153-0023

NY 100 9-45

UPS 2ND DAY AIR
TRACKING #: 1Z 056 585 02 9844 4663

2

BILLING: P/P

GL CODES: 5000 / 3700
[hdr]

CS 12.8.10
WXR8370 06.0A 07/2010

TM

1 OF 1    LTR    0.0 LBS
SHELLEY MILLS-FARLEY
908.435.2200-5485
AM BEST CO
1 AMBEST RD
OLDWICK NJ 08858

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 15, 2010

Attorneys for the Official Committee of
Unsecured Creditors,
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP)
Claim# 10424
Account#9767600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Dennis Dunne:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured , but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,

Michalina Del Rio, Assistant V.P.
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

Cc:Dennis O'Donnell, Esq
Evan Fleck, Esq.

A.BEST ®
The Insurance Information Source

UPS CampusShip: Shipment Label

Page 1 of 1

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.

   Hand the package to any UPS driver in your area.

   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
   To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.



# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 15, 2010

Attorneys for the Official Committee of
Unsecured Creditors,
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP)
Claim# 10424
Account#97676600
Invoice: 2223440
2008 Best's Rating Service Fees- $150,000.00

Dear Dennis Dunne:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured , but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,

Michalina Del Rio, Assistant V.P.
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

Cc:Dennis O'Donnell, Esq
Evan Fleck , Esq.

**⚫ BEST**
The Insurance Information Source

UPS CampusShip: Shipment Label

Page 1 of 1

## UPS CampusShip: View/Print Label

I.  **Print the label(s):**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2.  **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3.  **GETTING YOUR SHIPMENT TO UPS**
    **Customers without a Daily Pickup**
    Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
    Hand the package to any UPS driver in your area.
    Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
    To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

    **Customers with a Daily Pickup**
    Your driver will pickup your shipment(s) as usual.



FOLD HERE



SHELLEY MILLS-FARLEY
908-439-2200 5485
A M BEST CO
1 AMBEST RD
OLDWICK NJ 08858

**SHIP TO:**
ATTN: DENNIS O'DONNELL, ESQ
0000000000
MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTORNEYS FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005-1402

NY 102 9-09

UPS 2ND DAY AIR
TRACKING #: 1Z 056 585 02 9593 4308

2

BILLING: P/P

GL CODES: 5000 / 3700    [bdt]

WXW2370 06.0A 07/2010
CS 12.8.10.

1 OF 1    0.0 LBS    LTR

https://www.campusship.ups.com/cship/create?ActionOriginPair=print__Receipt&POP...    10/18/2010

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY  08858
908-439-2200

October 15, 2010

Attorneys for the Official Committee of
Unsecured Creditors,
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.

Re: Lehman Brothers Holdings Inc., et al.,
Debtor Name: Lehman Re LTD
Chapter 11 Case#/08-13555 (JMP)
Claim# 10424
Account#97676600
Invoice: 2223440
2008 Best's Rating Service Fee- $150,000.00

Dear Dennis Dunne:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases (Docket No. 4271), as it was submitted without specifying a case number or Debtor against whom the claim is asserted.

I oppose the expungement, since it was a clerical error in not entering the debtors name and case# in the appropriate fields in the Proof of Claim. I have supplied a corrected Proof of Claim, listing the Debtor as Lehman Re LTD, case#/08-13555 and the invoice reflecting the original claim amount.

We recognize that our claim is unsecured , but the corrected claim#10424, should be honored, as it was a clerical error and should not be disallowed on that basis.

You may contact me if you have any questions.

Very truly yours,

Michalina Del Rio, Assistant V.P.
Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

Cc:Dennis O'Donnell, Esq
Evan Fleck, Esq.

BEST
The Insurance Information Source

UPS CampusShip: Shipment Label

Page 1 of 1

## UPS CampusShip: View/Print Label

1.  **Print the label(s):**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2.  **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3.  **GETTING YOUR SHIPMENT TO UPS**
    **Customers without a Daily Pickup**
    Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
    Hand the package to any UPS driver in your area.
    Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are also accepted at Drop Boxes.
    To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

    **Customers with a Daily Pickup**
    Your driver will pickup your shipment(s) as usual.



FOLD HERE



1 OF 1    0.0 LBS    LTR

**SHIP TO:**
ATTN: EVAN FLECK, ESQ.
000000000
MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTORNEYS FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005-1402

**NY 102 9-09**

**UPS 2ND DAY AIR**   **2**
TRACKING #: 1Z 056 585 02 9915 0719

BILLING: P/P

GL CODES: 5000 / 3700
[hdt]   WK8170 06.0A 07/2010
CS 12.8.10.

SHELLBY MILLS-FARLEY
908-439-2200 5485
1 M BEST CO
1 AMHERST RD
OLDWICK NJ 08858

https://www.campusship.ups.com/cship/create?ActionOriginPair=print__Receipt&POP...    10/18/2010

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC, Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC, Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

Name of Debtor Against Which Claim is Filed | Case No. of Debtor

**Lehman Re Limited    08-13555    (JMP)**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

A.M. Best Company, Inc.
Ambest Road
Oldwick, NJ 08858

Telephone number:    908-439-2200 ext. 5840    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

**THIS SPACE IS FOR COURT USE ONLY**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 150,000.00
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

**2. Basis for Claim:** Services Performed
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 6600

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:
Value of Property: $ _____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____    Basis for perfection: _____
**Amount of Secured Claim:** $ _____    **Amount Unsecured** under 11 U.S.C. §503(b)(9): $ 150,000.00

**6.** Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
(See instruction #6 on reverse side.)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$ _____

**FOR COURT USE ONLY**

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" or reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: 10/15/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Micholas DiFio*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# INVOICE

**A.M. BEST COMPANY, INC.**

FOR INQUIRIES AND CORRESPONDENCE ONLY:

Ambest Road, Oldwick, New Jersey 08858-0700
(908) 439-2200 FAX (908) 439-3697
FED ID # 13-4955140

TERMS: Net 30 Days

All Past Due Invoices are subject to a FINANCE CHARGE
of 1.5% per month which is equivalent to an ANNUAL
PERCENTAGE RATE OF 18%.

| ACCOUNT NUMBER | 97676600 |
| ORDER NUMBER | 480359 |
| P.O./ REFERENCE | 86949 |
| INVOICE DATE | 7/2/08 |
| INVOICE NUMBER | 2223440 |

**BILL TO:**

MICHAEL GELBAND, PRESIDENT
LEHMAN RE LIMITED
RM 68
HAMILTON HM AX
BERMUDA

**ORDERED BY (if different than BILL TO):**

REPRINT  12/23/2008

SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING A.M. BEST POLICIES.

| QTY | PRODUCT CODE | DESCRIPTION / SHIP TO NAME | DELIVERY CHARGES | UNIT PRICE | DISCOUNT % | AMOUNT | PRODUCT AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 002100908 | 2008 BEST'S RATING SVC FEE - L/H FSR - ANNUAL | | 150,000.00 | | | 150,000.00 |

| TOTAL PRODUCT AMOUNT | $150,000.00 |
| TOTAL DELIVERY CHARGES | $0.00 |
| TOTAL SALES TAX | $0.00 |
| PREPAYMENT | $0.00 |
| TOTAL AMOUNT DUE | $150,000.00 |

*******************************************************
PLEASE REMIT PAYMENT IN U.S. FUNDS ON A U.S. BANK OR VIA WIRE TRANSFER (SEE BILLING POLICY #2 ON BACK). CUSTOMERS LOCATED OUTSIDE OF THE U.S. TERRITORIES WILL BE CONSIDERED THE IMPORTER OF THE SHIPPED GOODS AND HENCE MAY BE LIABLE FOR ANY APPLICABLE TAX AND CUSTOM DUTY CHARGES INCURRED.

PLEASE DETACH AND RETURN THIS INVOICE REMITTANCE WITH YOUR PAYMENT

IF YOU WISH TO PAY BY CREDIT CARD, COMPLETE BELOW

☐ VISA
☐ MASTERCARD
☐ DISCOVER
☐ AMERICAN EXPRESS

ACCOUNT NUMBER

PRINT NAME                    EXP. DATE

SIGNATURE (REQUIRED)          DATE

**MAKE CHECK PAYABLE AND REMIT TO:**

A. M. BEST COMPANY INC.
P.O. BOX  823806
PHILADELPHIA, PA 19182-8806

| ACCOUNT NUMBER | 97676600 |
| ORDER NUMBER | 480359 |
| INVOICE NUMBER | 2223440 |
| INVOICE DATE | 7/2/08 |
| DUE DATE | 8/1/08 |
| AMOUNT DUE | $150,000.00 |

# INVOICE

☐ CHECK HERE FOR NAME OR ADDRESS CHANGES (SEE BACK)
  FOR WIRE TRANSFER (SEE BILLING POLICIES #2 ON BACK)

5