1

Re: Lehman Brothers Holdings Inc.
Debtor Name: Lehman Re LTD
Chapter 11 Case# 08-13555 (JMP)
Claim#10424, Docket #21213
for A. M. Best Company Inc.
Our Account#9767600
Our Invoice#2223440 dated 7/2/2008

EXHIBIT 15:
A. M. BEST'S ANSWERS TO COURT'S MOTION,
IN OCTOBER 25, 2011 LETTER AND DOCUMENTATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re                                              : Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : 08-13555 (JMP)
                                                   :
                  Debtors.                         : (Jointly Administered)

---

LBHI OMNI200 09-13-2011 (MERGE2.TXNUM2) 4000057187 BAR(23) MAIL ID *** 000051544453 *** BSIUSE: 52

A.M. BEST COMPANY, INC.
AMBEST ROAD
OLDWICK, NJ 08858

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' TWO HUNDREDTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

| CLAIM TO BE DISALLOWED AND EXPUNGED | |
|---|---|
| Creditor Name and Address: | |
| A.M. BEST COMPANY, INC.<br>AMBEST ROAD<br>OLDWICK, NJ 08858 | |
| Claim Number: | 10424 |
| Date Filed: | 9/4/2009 |
| Debtor: | No Case |
| Classification and Amount: | UNSECURED: $ 150,000.00 |

PLEASE TAKE NOTICE that, on September 13, 2011, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Two Hundredth Omnibus Objection to Claims (No Liability Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED AND EXPUNGED on the ground that it asserts claims against entities that are not Debtors in these jointly administered chapter 11 cases, and thus, the Debtors have no liability for your claim. Any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED AND EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED AND EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on October 13, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq., and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on October 27, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED AND EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.**

DATED:   September 13, 2011
         New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# A.M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200
www.ambest.com

October 25, 2011

The Office of the United States Trustee for Region 2
Attention: Tracy Hope Davis Esq.,
Elisabetta Gasparini, Esq., & Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Re: Lehman Brothers Holdings Inc.
Debtor Name: Lehman Re LTD
Chapter 11 Case # 08-13555 (JMP) Claim # 10424
Our Account # 250117200
Our Invoice # 2488880
2008 Best's Rating Service Fee - $150,000.00

Dear Ms. Hope Davis, Gasparini, & Schwartz:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that **"it asserts claims against entities that are not Debtors in these jointly administered chapter 11 cases, and thus, the Debtors have no liability for your claim".**

A.M. Best Company's claim should not be disallowed and expunged on the basis of the relationship between Lehman Brothers Holdings and Lehman Re LTD as evidenced by the following facts:

- Lehman Re Ltd. ("Lehman Re") is an indirectly wholly owned offshore reinsurance subsidiary of Lehman Brothers Holdings Inc. ("Holdings").

- Lehman Re's financial obligations are fully guaranteed by Lehman Brothers.

- Lehman Re is managed by professionals in the Insurance Products Group with Lehman Brothers managing directors included among Lehman Re's board of directors.

- Lehman Re, at inception, was provided with USD 500 million in cash equity and a full and unconditional guarantee from its parent Lehman Brothers Holdings, Inc.

A. M. Best Company has been billing this entity in the same format since March 14, 2001, at their main office located at: Cumberland House, 1 Victoria Street, 3rd Floor, Hamilton HM, Bermuda, mailing address: P.O. Box HM 68, Hamilton HMAX, Bermuda.

We respectfully request that you review the attached paperwork which includes a condensed version (excluding financial statements) of the AMB Credit Report produced by AMB's analytical staff on May 7, 2008. Also included is a letter signed by their President, Doug McBeth on May 8, 2008, which confirms the validity of our claim, and that it be included within the foregoing proceedings.

You may contact me if you have any questions.

Michalina DelRio
AVP Account Services
(908) 439-2200 Ext. 5840
Michalina.Delrio@ambest.com

Enclosures: Includes 1st letter(attempt) Dated Oct. 11, 2011 w/Return to Sender documentation



# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 11, 2011

The Office of the United States Trustee
For Region 2
Attention: Tracy Hope Davis Esq.,
Elisabetta Gasparini, Esq, & Andrea Schwartz, Esq.
767 Fifth Avenue
New York, NY 10153

Re: Lehman Brothers Holdings Inc
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP) Claim#10424
Our Account#250117200
Our Invoice: 2488880
2008 Best's Rating Service Fee- $150,000.00

Dear Ms. Hope Davis, Gasparini & Schwartz:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that "it asserts claims against entities that are not Debtors in these jointly administered chapter 11 cases, and thus, the Debtors have no liability for your claim". .

A. M. Best Company's claim should not be disallowed and expunged on the basis of the relationship between Lehman Brothers Holdings and Lehman Re LTD as evidenced by the following facts:

- Lehman Re Ltd. ("Lehman Re") is an indirectly wholly owned offshore reinsurance subsidiary of Lehman Brothers Holdings Inc. ("Holdings").

- Lehman Re's financial obligations are fully guaranteed by Lehman Brothers.

- Lehman Re is managed by professionals in the Insurance Products Group with Lehman Brothers managing directors included among Lehman Re's board of directors.

- Lehman Re, at inception, was provided with USD 500 million in cash equity and a full and unconditional guarantee from its parent Lehman Brothers Holding, Inc.

A. M. Best Company has been billing this entity in the same format since March 14, 2001, at their main office located at: Cumberland House, 1 Victoria Street 3rd floor, Hamilton HM, Bermuda, mailing address: P. O. Box HM 68, Hamilton HMAX, Bermuda.

We respectfully request that you review the attached paperwork which includes a condensed version (excluding financial statements) of the AMB Credit Report produced by AMB's analytical staff on May 7, 2008. Also included is a letter signed by their President, Doug McBeth on May 8, 2008, which confirms the validity of our claim, and that it be included within the foregoing proceedings.

You may contact me if you have any questions.

Michalina Del Rio
AVP Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

Enclosure



BEST
The Insurance Information Source

Page 1 of 1

UPS CampusShip: Shipment Label

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.

   Hand the package to any UPS driver in your area.

   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.





https://www.campusship.ups.com/cship/create?ActionOriginPair=default__PrintWindo...    10/25/2011

UPS CampusShip: Shipment Label

Page 1 of 1

## UPS CampusShip: View/Print Label

1. **Print the label(s):**  Select the Print button on the print dialog box that appears. Note: if your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.

   Hand the package to any UPS driver in your area.

   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.





FOLD HERE

SHELLBY MILLS-FARLEY
908-439-2200 5485
A M BEST CO
1 AMBEST RD
OLDWICK NJ 08858

1 OF 1          1 LBS

**SHIP TO:**
TRACY HOPE DAVIS ESQ
00000000000
OFFICE OF US TRUSTEE FOR REGION 2
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK NY 10004-2176

**NY 102 9-09**

**UPS GROUND**

TRACKING #: 1Z 056 585 03 9587 4078

BILLING: P/P

GL CODES: 3700 / Correspondence/Documentation
Reference # 2: [hdr/pd]
C5 13.6.08.    WX9820 21.0A 10/2011

Page 1 of 1

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.







# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 11, 2011

Honorable James M. Peck
U.S. Bankruptcy Court
Courtroom 601
One Bowling Green
New York, NY 10004

Re: Lehman Brothers Holdings Inc
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP) Claim#10424
Our Account#250117200
Our Invoice: 2488880
2008 Best's Rating Service Fee- $150,000.00

Dear Honorable Judge James M. Peck:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that "it asserts claims against entities that are not Debtors in these jointly administered chapter 11 cases, and thus, the Debtors have no liability for your claim"..

A. M. Best Company's claim should not be disallowed and expunged on the basis of the relationship between Lehman Brothers Holdings and Lehman Re LTD as evidenced by the following facts:

- Lehman Re Ltd. ("Lehman Re") is an indirectly wholly owned offshore reinsurance subsidiary of Lehman Brothers Holdings Inc. ("Holdings").

- Lehman Re's financial obligations are fully guaranteed by Lehman Brothers.

- Lehman Re is managed by professionals in the Insurance Products Group with Lehman Brothers managing directors included among Lehman Re's board of directors.

- Lehman Re, at inception, was provided with USD 500 million in cash equity and a full and unconditional guarantee from its parent Lehman Brothers Holding, Inc.

A. M. Best Company has been billing this entity in the same format since March 14, 2001, at their main office located at: Cumberland House, 1 Victoria Street 3rd floor, Hamilton HM, Bermuda, mailing address: P. O. Box HM 68, Hamilton HMAX, Bermuda.

We respectfully request that you review the attached paperwork which includes a condensed version (excluding financial statements) of the AMB Credit Report produced by AMB's analytical staff on May 7, 2008. Also included is a letter signed by their President, Doug McBeth on May 8, 2008, which confirms the validity of our claim, and that it be included within the foregoing proceedings.

You may contact me if you have any questions.

Michalina Del Rio
AVP Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

Enclosures



The Insurance Information Source

UPS CampusShip: Shipment Label

**UPS CampusShip: View/Print Label**

1. **Print the label(s):**    Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.

   Hand the package to any UPS driver in your area.

   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliance (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.



FOLD HERE

SHIP TO:
HONORABLE JAMES M PECK
U S BANKRUPTCY COURT
ONE BOWLING GREEN
COURTROOM 601
NEW YORK NY 10004-1415

NY 102 9-09

**UPS GROUND**

TRACKING #: 1Z 056 585 03 9344 9255

BILLING: P/P

GL CODES: 3700 - Correspondence
Reference # 2: [hd]

CS 13.6.08.    WXPE270 18.0A 07/2011

SHELBY MILLS-FARLEY
908-439-2200 5485
A M BEST CO
1 AMBEST RD
OLDWICK NJ 08858

1 LBS            1 OF 1

COPY

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 11, 2011

Weil Gotshal & Manges LLP
Attorneys for the Debtors
Attention: Robert J. Lemons Esq.
and Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153

Re: Lehman Brothers Holdings Inc
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP) Claim#10424
Our Account#250117200
Our Invoice: 2488880
2008 Best's Rating Service Fee- $150,000.00

Dear Mr. Lemons & Mr. Bernstein:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that "it asserts claims against entities that are not Debtors in these jointly administered chapter 11 cases, and thus, the Debtors have no liability for your claim".

A. M. Best Company's claim should not be disallowed and expunged on the basis of the relationship between Lehman Brothers Holdings and Lehman Re LTD as evidenced by the following facts:

- Lehman Re Ltd. ("Lehman Re") is an indirectly wholly owned offshore reinsurance subsidiary of Lehman Brothers Holdings Inc. ("Holdings").
- Lehman Re's financial obligations are fully guaranteed by Lehman Brothers.
- Lehman Re is managed by professionals in the Insurance Products Group with Lehman Brothers managing directors included among Lehman Re's board of directors.
- Lehman Re, at inception, was provided with USD 500 million in cash equity and a full and unconditional guarantee from its parent Lehman Brothers Holding, Inc.

A. M. Best Company has been billing this entity in the same format since March 14, 2001, at their main office located at: Cumberland House, 1 Victoria Street 3rd floor, Hamilton HM, Bermuda, mailing address: P. O. Box HM 68, Hamilton HMAX, Bermuda.

We respectfully request that you review the attached paperwork which includes a condensed version (excluding financial statements) of the AMB Credit Report produced by AMB's analytical staff on May 7, 2008. Also included is a letter signed by their President, Doug McBeth on May 8, 2008, which confirms the validity of our claim, and that it be included within the foregoing proceedings.

You may contact me if you have any questions.

Michalina Del Rio
AVP Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

Enclosure



A. BEST

The Insurance Information Source

# A. M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908-439-2200

October 11, 2011

Weil Gotshal & Manges LLP
Attorneys for the Debtors
Attention: Robert J. Lemons Esq.
and Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153

Re: Lehman Brothers Holdings Inc
Debtor Name: Lehman Re LTD
Chapter 11 Case#08-13555 (JMP) Claim#10424
Our Account#250117200
Our Invoice: 2488880
2008 Best's Rating Service Fee- $150,000.00

Dear Mr. Lemons & Mr. Bernstein:

I am writing regarding the recent communication received advising that our claim was to be disallowed and expunged on the grounds that "it asserts claims against entities that are not Debtors in these jointly administered chapter 11 cases, and thus, the Debtors have no liability for your claim" . .

A. M. Best Company's claim should not be disallowed and expunged on the basis of the relationship between Lehman Brothers Holdings and Lehman Re LTD as evidenced by the following facts:

- Lehman Re Ltd. ("Lehman Re") is an indirectly wholly owned offshore reinsurance subsidiary of Lehman Brothers Holdings Inc. ("Holdings").

- Lehman Re's financial obligations are fully guaranteed by Lehman Brothers.

- Lehman Re is managed by professionals in the Insurance Products Group with Lehman Brothers managing directors included among Lehman Re's board of directors.

- Lehman Re, at inception, was provided with USD 500 million in cash equity and a full and unconditional guarantee from its parent Lehman Brothers Holding, Inc.

A. M. Best Company has been billing this entity in the same format since March 14, 2001, at their main office located at: Cumberland House, 1 Victoria Street 3rd floor, Hamilton HM, Bermuda, mailing address: P. O. Box HM 68, Hamilton HMAX, Bermuda.

We respectfully request that you review the attached paperwork which includes a condensed version (excluding financial statements) of the AMB Credit Report produced by AMB's analytical staff on May 7, 2008. Also included is a letter signed by their President, Doug McBeth on May 8, 2008, which confirms the validity of our claim, and that it be included within the foregoing proceedings.

You may contact me if you have any questions.

Michalina Del Rio
AVP Account Services
(908) 439-2200 x 5840
Michalina.DelRio@ambest.com

Enclosure



A. BEST ®

The Insurance Information Source

UPS CampusShip: Shipment Label

## UPS CampusShip: View/Print Label

1. **Print the label(s):**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.





FOLD HERE





GL CODES: 3700 - Correspondence
Reference # 2: [hdr]
WXR870 18.0A 07/2011

BILLING: P/P

**UPS GROUND**

TRACKING #: 1Z 056 585 03 9242 0269

NY 100 9-45

**SHIP TO:**
ATTENTION: ROBERT J. LEMONS ESQ
WEIL, GOTSHAL & MANGES LLP
0000000000
767 FIFTH AVENUE
NEW YORK NY 10153-0023

1 LBS          1 OF 1

SHELLEY MILLS-FARLEY
908-439-2200 5485
A M BEST CO
1 AMBEST RD
OLDWICK NJ 08858

UPS CampusShip: Shipment Label

Page 1 of 1

**UPS CampusShip: View/Print Label**

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.





FOLD HERE

SHELLBY MILLS-PARLEY
908-439-2200 5485
A M BEST CO
1 AMBEST RD
OLDWICK NJ 08858

1 LBS                    1 OF 1

SHIP TO:
ATTENTION: MARK BERNSTEIN, ESQ.
0000000000
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK NY 10153-0023

NY 100 9-45



UPS GROUND

TRACKING #: 1Z 056 585 03 9080 5277

BILLING: P/P

GL CODES: 3700 - Correspondence
Reference # 2: [hd[]

CS 13.6.08
WXW2E7O 18.0A 07/2011

# A.M. BEST COMPANY

Ambest Road
Oldwick, New Jersey 08858-0700
908-439-2200
Fax 908-439-3077
WWW.AMBEST.COM

May 07, 2008

Doug McBeth, President
Lehman Re Ltd
745 Seventh Avenue
New York, New York 10019

Dear Mr. McBeth:

This letter serves as a formal notice of Lehman Re's rating after an analysis of all current information shared with us. The rating assignments, public financial strength rating rationale, non-public rating commentary and rating release procedures are detailed below. We encourage you to visit our online Rating Center, located at http://www.ambest.com/ratings, for the latest Best's Ratings, an overview of our rating process and rating methodologies.

The following public rating assignments will be published:

| AMB# | Company Name | Financial Strength Rating | | Issuer Credit Rating | |
|------|--------------|---------|----------------------|--------|------------------------|
| | | Rating | Outlook/ Implication | Rating | Outlook/ Implication |
| 088949 | Lehman Re Ltd | A | Stable | a | Stable |

## Public Financial Strength Rating Rationale

The rating of Lehman Re Ltd. ("Lehman Re") reflects the Company's substantial level of capitalization; increased volume of transformer business; a modest level of insurance liabilities; and earnings generated from developing risk management solutions, including securitizations and structured transactions. Offsetting these strengths are modest earnings, earlier dividend payouts to parent Lehman Brothers Holdings, the drop-off in life reinsurance business activity and low transaction volume during the same time period.

Lehman Re possesses the capital, the expertise and the investment banking access to life and non-life reinsurance industry principals, which are strong enhancements to further development of its business model, including implementing capital market solutions that facilitate orderly risk diversification in the insurance and reinsurance industries.

Notwithstanding Lehman Re's acknowledged future potential, however, predictable earnings and new business activities have not developed to the extent A.M. Best originally expected. Lehman Re acts as a conduit for reinsurance business to Lehman Brothers for capital market execution. Over the past few years, Lehman Re has been inactive and thus has not demonstrated a steady or sustainable pattern of new business growth. However, more recently, Lehman Re has begun exploiting niche business opportunities which A.M. Best expects will increase Lehman Re's earnings capacity and lead to greater new business volumes going forward.

Although the company currently is overcapitalized for the current risks accepted, continued dividend payments of earlier amounts will result in a shrinking capital position. A.M. Best notes, however, that no dividend payments have been made in the last two years and no dividend payments are planned for 2008.

## Non-Public Rating Commentary

A.M. Best is very appreciative of the quick and thorough responses we received during the rating review process. We certainly look forward to a continued open dialogue as we work with Lehman Re in the future. Although Lehman Re has been rated by A.M. Best for a number of years, the most recent analysis was done more than one year ago. Since the last review A.M. Best recognizes that the Lehman Re business model has changed and has experienced growth in volume and premium from transformer business.

Please recognize that companies in the "Excellent" rating category generally have a demonstrated and sustained level of business continuity, and A.M. Best will be looking for a continued upward trend in business development, volume and profit growth going forward.

As stated on a number of occasions, the capital position is considered very strong for Lehman Re's current risk profile, despite the earlier shareholder dividends. While we do not expect any significant shareholder dividends payments over the near term, we would ask that you keep us apprised, should Lehman's dividend policy change.

A. BEST

**Rating Release Procedures**

Given your request of a rating from A.M. Best, we will evaluate all relevant risks within your business and financial operations. In conducting this analysis, A.M. Best analyzes all pertinent operating companies, holding companies, and any other financial obligations of the organization, including debt securities issued by such companies. Upon completing the analysis of the organization, A.M. Best reserves the right to publish our opinion of your organization's ability to meet financial obligations issued by insurance-related companies, including the assignment of Financial Strength Ratings, Issuer Credit Ratings, or Debt Ratings.

To acknowledge the assigned Best's Ratings, and the above commentary, we request that you sign and date this letter in the space provided below and return it via fax. Our fax number is 908-439-2237. The rating and corresponding rationale will be publicly available via Best's Internet site immediately upon our release of the rating. While A.M. Best retains absolute control over the timing of the release of its rating opinions, we encourage acknowledgment of ratings within 3 business days (unless a shorter time period has been communicated), after which, the ratings will be released automatically. We respectfully ask that you do not publicly release the rating assignment prior to its public release by A.M. Best Company.

In addition to our subscription and Internet products, your organization's Best's Rating and corresponding Best's Company Report will appear in the next edition of Best's Insurance Reports. A draft copy of your Best's Company Report has been sent to your designated contact for review. Please submit any suggested revisions to this report within ten business days.

In closing, Ed and I sincerely appreciate the valuable assistance that you, David and the rest of your staff have given us. Should you have any questions concerning this matter, please feel free to contact Ed or me at the numbers below.

Sincerely,

*William Pargeans*

William Pargeans
Assistant Vice President
908-439-2200 x5359
William.Pargeans@ambest.com

Lehman Re Ltd, AMB # 86949

Date: ___/___ /2008

Acknowledged: _____  Title: _President_

*Edward J Eyring*

Edward J Eyring
Financial Analyst
908-439-2200 x5123
Edward.Eyring@ambest.com

-2-

AMB Credit Report - Insurance Professional - LEHMAN RE LIMITED

Print this report

View/Save Report from a New Window

Publication Date: 05/07/2008

## AMB Credit Report - Insurance Professional for
## LEHMAN RE LIMITED

Composite Reinsurer

**Ultimate Parent: Lehman Brothers Holdings Inc**

HM 68, Hamilton HM AX, Bermuda

**Tel:** 441-296-8451       **Fax:** 441-296-8452
**AMB#:** 86949             **AIIN#:** AA-3190804
**Ultimate Parent#:** 51596

Report Revision Date: 05/07/2008

# BEST'S RATING

Based on our opinion of the company's Financial Strength, it is assigned a Best's Rating of A (Excellent). The company's Financial Size Category is Class IX.

# RATING RATIONALE

**Rating Rationale:** The rating of Lehman Re Ltd. (Lehman Re) reflects the company's substantial level of capitalization; increased volume of transformer business; a modest level of insurance liabilities; and earnings generated from developing risk management solutions, including securitizations and structured transactions. Offsetting these strengths are modest earnings, earlier dividend payments to parent, Lehman Brothers Holdings, the drop-off in life reinsurance business activity and low transaction volume during the same time period.

Lehman Re possesses the capital, the expertise and the investment banking access to life and non-life reinsurance industry principals, which are strong enhancements to further development of its business model, including implementing capital market solutions that facilitate orderly risk diversification in the insurance and reinsurance industries.

Notwithstanding Lehman Re's acknowledged future potential, however, predictable earnings and new business activities have not developed to the extent A.M. Best originally expected. Lehman Re acts as a conduit for reinsurance business to Lehman Brothers for capital market execution. Over the past few years, Lehman Re has been inactive and Re has not demonstrated a steady or sustainable pattern of new business growth. However, more recently, Lehman Re has begun exploiting niche business opportunities which A.M. Best expects will increase Lehman Re's earnings capacity and lead to greater new business volumes going forward.

Although the company currently is overcapitalized for the current risks accepted, continued dividend payments of earlier amounts will result in a shrinking capital position. A.M. Best notes, however, that no dividend payments have been made in the last two years and no dividend payments are planned for 2008.

**Best's Rating: A**                                              **Outlook: Stable**

# FIVE YEAR RATING HISTORY

|  | Best's |
| Date | Rating |

05/07/08    A
09/18/06    A+
04/20/04    A+
06/24/03    A+

# BUSINESS REVIEW

Lehman Re Ltd. ("Lehman Re") is an indirectly wholly-owned offshore reinsurance subsidiary of Lehman Brothers Holdings Inc. ("Holdings"). Incorporated in Bermuda 1998, it is licensed as a Class 4 and long-term insurance company under Bermuda's 1978 Insurance Act. Lehman Re's financial obligations are fully guaranteed by Lehman Brothers. Lehman Re is managed by professionals in the Insurance Products Group with Lehman Brothers managing directors included among Lehman Re's board of directors. The Insurance Products Group has significant management depth and competence and includes a seasoned leadership team as well as a high level of technical expertise among the analytical, research, and legal support teams.

Lehman Re functions as "intermediary/transformer/agent" of risks in its capacity as a reinsurer. One of the key business models planned is that Lehman Re acquires insurance risks, restructures and repackages risks to suit investor appetites, and distributes such risks in various forms including retrocession, debt securities, and applications of securitization technique. Lehman Re is positioned as a complement to the product and service offerings to Lehman Brothers investment banking clients. Lehman Re will be utilized as a vehicle to deliver insurance-based solutions to the financial requirements of Lehman Brothers' customer base. Lehman Re attempts to position itself in the still-nascent convergence area of insurance and capital markets and will adopt roles as acquirer, warehouser, and distributor of insurance risks as required.

The brief operating history and unproven strategy place Lehman Re outside established rating parameters for reinsurers. Rating factors that were considered include capital base, the financial guarantee from Holdings and the franchise value. The rating assigned to Lehman Re is heavily based on the quality of senior management and the technical expertise of research and analytical staff at LISG. We also recognize the integration of Lehman Re's business operations into the risk management oversight processes at Lehman Brothers. To the extent Lehman Re holds risks, the risks are analyzed and quantified through a rigorous risk management process. Running Lehman Re's GAAP financial data through A.M. Best's capital adequacy model, albeit based on a limited period, indicated more than sufficient capital to support the assigned rating even after consideration of the systematic depletion of capital over the last four years. Capital adequacy may fluctuate with transactions as booked, and the overall capital strength will be monitored and reviewed.

In view of the various roles to be played by Lehman Re in supporting the insurance-based business strategy in tandem with Lehman Brothers, we require close and interactive ongoing monitoring to support the rating. Transactions booked through Lehman Re are typically complex, highly-structured, and the result of extensive marketing and incubation periods. Transactions will not be individually reviewed and the integrity of the rating will rely on comfort with the intellectual capital and risk management processes as exhibited in ongoing due diligence of Lehman Brothers and Lehman Re.

# FINANCIAL PERFORMANCE

Overall Earnings: Since its incorporation in 1998, Lehman Re's adjusted return on equity has averaged 2.4 %; peak return occurred in 2000 at 6.2%, which was dominated by investment income. With the exception of 2002 and 2005, year-over-year net premiums earned have declined, as a result of the company's reduced deal flow and opportunistic business plan. The increases in 2002 and 2005 reflected the addition of two life and three property reinsurance contracts and a terrorism coverage policy. The two life contracts have been structured/repackaged and retroceded to third parties, including hedge funds and reinsurers. The three property contracts are fully collateralized by retrocessionaires and have a risk period of 12 months. In 2006, Lehman newly added 15 property transformer transactions.

During the four years (2002-2005), Lehman Re's main focus was on providing advisory to its customer base and, as a

result, assumed underwriting premiums and warehoused insurance risks were dramatically reduced. Because of market conditions, and with the implementation of its business strategy as an integral portion of LISG under Lehman Brothers Fixed Income Group, its earnings fluctuated during the period. Its profitability ranged from a high of USD 33.8 million in 2000 to a low of USD 7.1 million in 2004 (USD 12.4 million in 2005). Its net premiums earned from the underwriting of traditional insurance risks peaked in 2000 at USD 20.5 million. With its revised strategy commencing in 2002, net premiums earned in 2003 and 2004 were negligible. The major source of income still consisted of investment income and capital gains earned on its investment portfolio. Further erosion in Lehman Re's capital base will negatively impact investment income in 2005 and future years.

The return on equity probably is not a good financial indicator for Lehman Re, because Lehman Re's key value is in being an intermediary to Lehman Brothers' market expansion in the insurance sector, and its mandate has been performed by LISG which structurally belongs to Lehman Brothers. Lehman Re continuously positions itself as a transformer. This may explain its low level of general and administrative expenses of less than USD 1 million; staffing expense being compensated by Lehman Brothers.

Although its investment portfolio remained relatively stable in 2005, increasing by approximately USD 30.0 million, year-over-year investment earnings increased substantially, reflecting the interest rate environment of the past 18 months. Reduced business activity continued to drive net income lower until 2004, when new business activity began to increase.

Lehman Re's net premium earned and operating income dropped dramatically during 2000-2004, reflecting the reduced level of new business and/or transactions. Earnings for the period were primarily sourced from income and gains generated from its investment portfolio, through its affiliate, Appalachian.

# CAPITALIZATION

**Overall Capitalization:** Lehman Re, at inception, was provided with USD 500 million in cash equity and a full and unconditional guarantee from its parent Lehman Brothers Holding, Inc. In addition, Holding has allowed Lehman Re to benefit from the franchise value of carrying its name.

After a USD 54.9 million dividend payment to the holding company, 2005 year-end equity (capital and surplus per GAAP financial statements) totaled USD 334.7 million. Additional distributions of USD 80, 68.5 and 74.5 million were made to its holding company in 2004, 2003 and 2002. A.M. Best recognizes that Lehman Re's warehousing and transforming activities will require inter-period capital requirements that may fluctuate over time as insurance risks are acquired, repackaged and subsequently redistributed or sold. This will be monitored as part of the rating review process.

# LIQUIDITY

**Overall Liquidity:** The invested assets of Lehman Re are managed by Appalachian Asset Management Corp., an affiliate and wholly-owned subsidiary of Lehman Brothers Holdings, Inc. As of the most recent review by A.M. Best, security holdings were all investment grade and above. Given the surplus capital relative to current requirements, a large portion of invested assets are placed with Lehman affiliates through short-term REPO transactions, secured by marketable securities. The investment portfolio is highly liquid. Interest rate risk is managed through hedging transactions through interest rate swaps and currency swaps booked internally with Lehman affiliates, eliminating third party counterparty credit risk. A.M. Best is satisfied with the asset/liability management of Lehman Brothers and notes the portfolio limits on individual credit exposures and limits on investments per rating category mandated by Lehman Brothers risk management controls.

**Source of Information: Audited Financial Statement**

**Summarized Accounts as of December 31, 2007**

# STATEMENT OF INCOME

| | 12/31/2007 USD(000) | 12/31/2006 USD(000) |
|---|---|---|
| **Combined technical account:** | | |
| Gross premiums written | 76,985 | 16,109 |
| Reinsurance ceded | 75,969 | 12,766 |
| Net premiums written | 1,016 | 3,343 |
| Increase/(decrease) in gross unearned premiums | -59 | 571 |
| Net premiums earned | 1,075 | 2,772 |
| Net investment income | 31,451 | 31,819 |
| Realised capital gains/(losses) | 381 | 4,998 |
| Total revenue | 32,907 | 39,589 |
| Net claims paid | 7,961 | 4,202 |
| Net claims incurred | 7,961 | 4,202 |
| Management expenses | 1,414 | 748 |
| Acquisition expenses | -1,482 | 724 |
| Net operating expenses | -68 | 1,472 |
| Total underwriting expenses | 7,893 | 5,674 |
| Balance on combined technical account | 25,014 | 33,915 |
| **Non-technical account:** | | |
| Other income/(expense) | -4,070 | 2,500 |
| Profit/(loss) before tax | 20,944 | 36,415 |
| Taxation | 7,330 | 12,730 |
| Profit/(loss) after tax | 13,614 | 23,685 |
| Retained Profit/(loss) for the financial year | 13,614 | 23,685 |
| Retained Profit/(loss) brought forward | 39,481 | 15,796 |
| Retained Profit/(loss) carried forward | 53,095 | 39,481 |

# ASSETS

| | 12/31/2007 USD(000) | 12/31/2007 % of total | 12/31/2006 USD(000) |
|---|---|---|---|
| Cash & deposits with credit institutions | 120,329 | 10.4 | 21,123 |
| Bonds & other fixed interest securities | 895,917 | 77.3 | 668,255 |
| Liquid assets | 1,016,246 | 87.7 | 689,378 |
| Inter-company investments | 18,175 | 1.6 | 26,649 |
| Other investments | 51,333 | 4.4 | 47,709 |
| Total investments | 1,085,754 | 93.7 | 763,736 |
| Insurance/reinsurance debtors | 41,696 | 3.6 | 17,754 |
| Inter-company debtors | 5,550 | 0.5 | 7,257 |

| | 12/31/2007 USD(000) | 12/31/2007 % of total | 12/31/2006 USD(000) |
|---|---|---|---|
| Total debtors | 47,226 | 4.1 | 25,011 |
| Prepayments & accrued income | 22,196 | 1.9 | 5,587 |
| Other assets | 3,259 | 0.3 | ... |
| Total assets | 1,158,435 | 100.0 | 794,334 |

## LIABILITIES

| | 12/31/2007 USD(000) | 12/31/2007 % of total | 12/31/2006 USD(000) |
|---|---|---|---|
| Capital | 318,998 | 27.5 | 318,998 |
| Paid-up capital | 318,998 | 27.5 | 318,998 |
| Retained earnings | 53,095 | 4.6 | 39,481 |
| Capital & surplus | 372,093 | 32.1 | 358,479 |
| Gross provision for unearned premiums | 19,942 | 1.7 | 5,209 |
| Gross provision for outstanding claims | 18,499 | 1.6 | 11,339 |
| Gross provision for long term business - life | 288,934 | 24.9 | 294,115 |
| Total gross technical reserves | 327,375 | 28.3 | 310,663 |
| Insurance/reinsurance creditors | 43,834 | 3.8 | 8,549 |
| Inter-company creditors | 49,058 | 4.2 | 14,356 |
| Other creditors | 14,357 | 1.2 | 15,133 |
| Total creditors | 107,249 | 9.3 | 38,038 |
| Accruals & deferred income | 8,095 | 0.7 | 12,199 |
| Other liabilities | 343,623 | 29.7 | 74,955 |
| Total liabilities & surplus | 1,158,435 | 100.0 | 794,334 |

# HISTORY

The company was incorporated on April 1, 1998, under the laws of Bermuda, and commenced operations on June 1, 1998.

As of June 1, 1998, authorized, issued and outstanding capital amounted to USD 1,250,000, comprising 1,250,000 common shares with a par value of USD 1 each. Additional paid-in capital amounted to USD 317,747,726.

# MANAGEMENT

The company is a wholly-owned subsidiary of Lehman Brothers Holdings, Inc. All the executive members of Lehman Re are from Lehman Brothers, with extensive experience in Lehman Brothers' investment banking and structured finance, and are a part of Lehman Insurance Solutions Group, a functional group in Lehman Brothers, specializing in insurance/reinsurance. As a transformer between the insurance and capital markets, Lehman Re's management team members are familiar with the insurance industry and capital markets.

Officers: President Martin P. Klein, Co-head of Lehman Insurance Solutions Group Doug McBeth, Jeremy Starr, Alex Cooper, David Astwood, and Alex Cowley.

# BALANCE SHEET ITEMS

| | USD (000) 2007 | USD (000) 2006 | USD (000) 2005 | USD (000) 2004 | USD (000) 2003 |
|---|---|---|---|---|---|
| Liquid assets | 1,016,246 | 689,378 | 677,911 | 661,092 | 752,537 |
| Total investments | 1,085,754 | 763,736 | 761,626 | 715,733 | 797,395 |
| Total assets | 1,158,435 | 794,334 | 777,531 | 735,458 | 818,624 |
| Gross technical reserves | 327,375 | 310,663 | 308,898 | 334,735 | 336,174 |
| Net technical reserves | 327,375 | 310,663 | 308,898 | 334,735 | 336,174 |
| Total liabilities | 786,342 | 435,855 | 442,737 | 358,191 | 368,447 |
| Capital & surplus | 372,093 | 358,479 | 334,794 | 377,267 | 450,177 |

# INCOME STATEMENT ITEMS

| | USD (000) 2007 | USD (000) 2006 | USD (000) 2005 | USD (000) 2004 | USD (000) 2003 |
|---|---|---|---|---|---|
| Gross premiums written | 76,985 | 16,109 | 5,641 | -59 | 1,200 |
| Net premiums written | 1,016 | 3,343 | 1,899 | -59 | 157 |
| Balance on technical account(s) | 25,014 | 33,915 | 18,146 | 10,905 | 25,654 |
| Profit/(loss) before tax | 20,944 | 36,415 | 19,146 | 10,905 | 18,086 |
| Profit/(loss) after tax | 13,614 | 23,685 | 12,427 | 7,088 | 11,754 |

# LIQUIDITY RATIOS (%)

| | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| Total debtors to total assets | 4.1 | 3.1 | 1.7 | 2.5 | 2.4 |
| Liquid assets to net technical reserves | 310.4 | 221.9 | 219.5 | 197.5 | 223.9 |
| Liquid assets to total liabilities | 129.2 | 158.2 | 153.1 | 184.6 | 204.2 |
| Total investments to total liabilities | 138.1 | 175.2 | 172.0 | 199.8 | 216.4 |

# PROFITABILITY RATIOS (%)

| | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| Return on net premiums written | 999.9 | 708.5 | 654.4 | -99.9 | 999.9 |
| Return on total assets | 1.4 | 3.0 | 1.6 | 0.9 | 1.4 |
| Return on capital & surplus | 3.7 | 6.8 | 3.5 | 1.7 | 2.5 |

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Best's Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor do they address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Debt/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, A.M. Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, A.M. Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit www.ambest.com/ratings/notice for additional information or www.ambest.com/terms.html for details on the Terms of Use.

Copyright © 2008 A.M. Best Company, Inc.  All rights reserved.

AMB Credit Report - Insurance Professional - LEHMAN RE LIMITED

No part of this report may be reproduced, distributed, or stored in a database or retrieval system, or transmitted in any form or by any means without the prior written permission of the A.M. Best Company. While the data in this report was obtained from sources believed to be reliable, its accuracy is not guaranteed.
AMB Credit Report - Insurance Professional BCR06302011