UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (SCC)
                                              :
                      Debtors.                :   (Jointly Administered)
                                              :
---------------------------------------------------------------x   Ref. Docket No. 44200

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2014, I caused to be served the "Objection of Lehman Brothers Special Financing Inc. to the Motion of the Group of Defendants to Modify Certain Orders Affecting Litigation of Adversary Proceeding No. 10-03547," dated May 5, 2014 [Docket No. 44200], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
6th day of May, 2014

/s/ Panagiotis Caris
Notary Public PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\Objection Re Adv Proc 10-03547 Litigation_DI_44200_AFF_5-5-14_SS.doc

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
caitrin.mckiernan@freshfields.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com

demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com

| | |
|---|---|
| ekbergc@lanepowell.com | hseife@chadbourne.com |
| eleicht@whitecase.com | hsnovikoff@wlrk.com |
| ellen.halstead@cwt.com | hsteel@brownrudnick.com |
| emagnelli@bracheichler.com | ian.roberts@bakerbotts.com |
| emerberg@mayerbrown.com | icatto@mwe.com |
| enkaplan@kaplanlandau.com | igoldstein@proskauer.com |
| eobrien@sbchlaw.com | ilevee@lowenstein.com |
| epearlman@scottwoodcapital.com | israel.dahan@cwt.com |
| erin.mautner@bingham.com | iva.uroic@dechert.com |
| eschwartz@contrariancapital.com | jacobsonn@sec.gov |
| etillinghast@sheppardmullin.com | james.heaney@lawdeb.com |
| ezujkowski@emmetmarvin.com | james.mcclammy@dpw.com |
| fbp@ppgms.com | james.sprayregen@kirkland.com |
| ffm@bostonbusinesslaw.com | jamesboyajian@gmail.com |
| fhenn@law.nyc.gov | jamestecce@quinnemanuel.com |
| fhyman@mayerbrown.com | jar@outtengolden.com |
| foont@foontlaw.com | jason.jurgens@cwt.com |
| fritschj@sullcrom.com | jay.hurst@oag.state.tx.us |
| fsosnick@shearman.com | jay@kleinsolomon.com |
| fyates@sonnenschein.com | jbeemer@entwistle-law.com |
| gabriel.delvirginia@verizon.net | jbeiers@co.sanmateo.ca.us |
| gary.ravertpllc@gmail.com | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| george.south@dlapiper.com | jcarberry@cl-law.com |
| ggitomer@mkbattorneys.com | jchristian@tobinlaw.com |
| ggoodman@foley.com | jchubak@proskauer.com |
| giddens@hugheshubbard.com | jdoran@haslaw.com |
| gkaden@goulstonstorrs.com | jdrucker@coleschotz.com |
| glenn.siegel@dechert.com | jdwarner@warnerandscheuerman.com |
| gmoss@riemerlaw.com | jdweck@sutherland.com |
| goldenberg@ssnyc.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| harrisjm@michigan.gov | jeanites@whiteandwilliams.com |
| harveystrickon@paulhastings.com | jeannette.boot@wilmerhale.com |
| hbeltzer@mayerbrown.com | jeff.wittig@coair.com |
| heim.steve@dorsey.com | jeffery.black@bingham.com |
| heiser@chapman.com | jeffrey.sabin@bingham.com |
| hmagaliff@r3mlaw.com | jeldredge@velaw.com |
| hollace.cohen@troutmansanders.com | jennifer.demarco@cliffordchance.com |
| holsen@stroock.com | jennifer.gore@shell.com |
| howard.hawkins@cwt.com | jfalgowski@reedsmith.com |

jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com

jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com

kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com

mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
michelle.park@freshfields.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com

mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com

peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com

robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org

shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com

tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

Additional Email Parties:

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007