BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                        :        Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        08-13555 (SCC)
:
Debtors.                      :        (Jointly Administered)
:
------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT
# OF CLAIMS OBJECTION HEARING WITH RESPECT TO
# <u>OBJECTION TO PROOFS OF CLAIM NOs. 28740 AND 28828</u>

　　　　　PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 28740 and 28828 that was scheduled for May 14, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to June 19, 2014, at 10 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 7, 2014
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Brijesh Dave　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Brijesh P. Dave
　　　　　　　　　　　　　　　　　　　　　　　　　LEHMAN BROTHERS HOLDINGS INC.
　　　　　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE GENERAL COUNSEL
　　　　　　　　　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (646) 285-9441
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 285-9337

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Lehman Brothers Holdings Inc.*
　　　　　　　　　　　　　　　　　　　　　　　　　*and Certain of Its Affiliates*