BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                   :    08-13555 (SCC)
                                                                   :
              Debtors.                                             :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION
HEARING WITH RESPECT TO OBJECTION TO PROOFS OF CLAIM NO. 68076**

   PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 68706 that was scheduled for May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 16, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 7, 2014
   New York, New York

                /s/ Brijesh Dave
                Brijesh P. Dave
                LEHMAN BROTHERS HOLDINGS INC.
                OFFICE OF THE GENERAL COUNSEL
                1271 Avenue of the Americas
                New York, New York 10020
                Telephone: (646) 285-9441
                Facsimile: (646) 285-9337

                *Attorney for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates*