United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,              Case No. 08-13555 (JMP)

                                                          (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Aleiter Holdings LLC                                      J.P. Morgan Securities LLC
Name of Transferee                                        Name of Transferor

                                                          Court Claim #: 50474
                                                          Amt of Allowed Claim Transferred: 100% of
                                                          allowed claim in respect of ISIN XS0270679722 =
                                                          $6,488,836.03

Name and Address where notices to Transferee
should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ALEITER HOLDINGS LLC
By: Chapman and Cutler LLP, as authorized signatory and not in the capacity as legal counsel to Aleiter Holdings LLC

By: _____                               Date: May 6, 2014
Name: Lawn G Halperin
Title: Partner

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.